

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 14, 2007

William T. Walsh, Clerk
USDC for the District of New Jersey
Martin Luther King, Jr. Federal Building & U. S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ  07102

**Re: MDL No. 1869 —In Re:  Rail Freight Fuel Surcharge Antitrust Litigation**

Dust Pro, Inc. v. CSX Transportation, Inc., et al.
    Your Case Number: C.A. No. 2:07-2251     Our Case Number: CA No. 1-07-2061

Dear Clerk of Court:

   Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above case to the United States District Court for the District of Columbia.

   At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov
Please make reference to our new case number in your transmittal letter.**

                              Sincerely,


                              Katherine Snuffer, Deputy Clerk
                              (202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 14, 2007

Michael W. Dobbins, Clerk
USDC for the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

**Re: MDL No. 1869 ---In Re:  Rail Freight Fuel Surcharge Antitrust Litigation**

Dad's Products Co., Inc. v. BNSF Railway Co., et al.
    Your Case Number: C.A. No. 1:07-2954         Our Case Number: CA No. 1-07-2063
Zinifex Taylor Chemicals, Inc. v. CSX Transportation, Inc., et al.
    Your Case Number: C.A. No. 1:07-3274         Our Case Number: CA No. 1:07-2062

Dear Clerk of Court:

   Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above two cases to the United States District Court for the District of Columbia.

   At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:<u>katherine_Snuffer@dcd.uscurts.gov</u>
**Please make reference to our new case number in your transmittal letter.**

                                        Sincerely,


                                        Katherine Snuffer, Deputy Clerk
                                        (202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 14, 2007

Sheryl L. Loesch, Clerk
USDC for the Middle District of Florida
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

**Re: MDL No. 1869 ---In Re:  Rail Freight Fuel Surcharge Antitrust Litigation**

Cedar Farms Co., Inc. v. CSX Transportation, Inc., et al.
    Your Case Number: C.A. No. 3:07-557        **Our Case Number: CA No. 1-07-2064**

Dear Clerk of Court:

    Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above two cases to the United States District Court for the District of Columbia.

    At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov
Please make reference to our new case number in your transmittal letter.**

                    Sincerely,


                    Katherine Snuffer, Deputy Clerk
                    (202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 14, 2007

Perry D. Mathis, Clerk
USDC for the Northern District of Alabama
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

**Re: MDL No. 1869 ---In Re: Rail Freight Fuel Surcharge Antitrust Litigation**

West Alabama Sand & Gravel, Inc. V. CSX Transportation, Inc., et al.
    Your Case Number: C.A. No. 7:07-1191      **Our Case Number: CA No. 1-07-2065**

Dear Clerk of Court:

Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above two cases to the United States District Court for the District of Columbia.

At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov
Please make reference to our new case number in your transmittal letter.**

Sincerely,

Katherine Snuffer, Deputy Clerk
(202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 14, 2007

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA. 19106-1797

**Re: MDL No. 1869 —In Re: Rail Freight Fuel Surcharge Antitrust Litigation**

Quality Refractories Installation, Inc. v. Assoication of American Railroads, et al.
    Your case number: C.A. No. 2:07-2657    **Our Case Number: CA 1:07-2060**
Nizhnekamskneftekhim USA, Inc. v. CSX Transportation, Inc., et al.
    Your case number: C.A. No. 2:07-2809    **Our Case Number: CA 1:07-2059**

Dear Clerk of Court:

    Enclosed please find certified copies of the Transfer Order of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. 1407 transferring the above two cases to the United States District Court for the District of Columbia.

    At your earliest convenience, please forward the case files and docket sheets as PDF documents attached to an email addressed to:**katherine_Snuffer@dcd.uscurts.gov
Please make reference to our new case number in your transmittal letter.**

                  Sincerely,

                  Katherine Snuffer, Deputy Clerk
                  (202) 354-3183

Enclosures

cc: Judge Friedman
    Judicial Panel on Multidistrict Litigation