UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) ) ) 1:07-mc-00489-PLF<br>MDL 1869 |

### [PROPOSED] ORDER

The motion of plaintiffs Dust Pro, Inc. and US Magnesium LLC for a status conference having come before this Court, and the Court being fully apprised of the premises concludes that the motion ought to be granted.

Accordingly, it is hereby

ORDERED that a status conference in the above-referenced multidistrict litigation shall held at _____ on _____, 2007, at _____ __.m.

It is further ORDERED that the parties shall meet and confer, and then jointly submit no later than five business days prior to the status conference a proposed case management order that establishes a master docket and master file number, sets forth a proposed procedure for dealing with subsequently filed related cases, sets forth a proposed schedule and process for selection of plaintiffs' interim class counsel, and addresses other relevant matters.

_____
PAUL L. FRIEDMAN
United States District Judge

Date: _____, 2007