UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

## JOINT MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1

All Plaintiffs and Defendants in the above-captioned action respectfully jointly move this Court for entry of Proposed Pretrial Order No. 1. (Submitted herewith as Exhibit 1.) Following centralization in this Court of actions alleging that Defendants conspired to fix prices of rail freight fuel surcharges in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, Proposed Pretrial Order No.1 sets forth a schedule for the initial stage of this litigation.

### I.   BACKGROUND

On November 6, 2007, the United States Judicial Panel on Multidistrict Litigation (the "Panel") determined that actions pending in six judicial districts involved common issues of fact, and that centralization in this Court for pretrial purposes was appropriate under 28 U.S.C. § 1407. (*See* Panel Transfer Order, Exhibit 2.) These actions allege that the United States Class I Railroads and a railroad trade association have conspired to fix prices of rail freight fuel surcharges and seek relief on behalf of a proposed class of purchasers of rail freight shipping services from the Defendants. The defendants named in these cases are Association of American Railroads, BNSF Railway Company, CSX Transportation, Inc., Kansas City Southern Railway

Company, Norfolk Southern Railway Company, and Union Pacific Railroad Company (collectively, "Defendants").[1]

Since centralization and transfer by the Panel, a master docket has been established in this Court. (*See* Docket in MDL 1869, Exhibit 3.) Currently, all cases transferred by the Panel to this Court are listed on the Court's master docket for this matter, under a common caption. Additionally, two other cases filed in this District, including one filed recently, have been integrated into the Court's MDL 1869 docket: *Donnelly Commodities Inc. v. Association of American Railroads, et al.*, 07-cv-01515 (filed on August 24, 2007), and *US Magnesium LLC v. CSX Transportation, Inc., et al.*, 07-cv-02116 (filed on November 23, 2007).

This action is ready to proceed.

## II. PROPOSED PRETRIAL ORDER NO. 1 WILL FACILITATE THE JUST AND EFFICIENT MANAGEMENT OF THE LITIGATION.

Proposed Pretrial Order No. 1 provides an initial schedule for the litigation in two parts. First, it sets forth a streamlined briefing period to assist the Court in appointing interim class counsel (also still referred to as "Lead Counsel" in certain treatises), as recommended by the Manual for Complex Litigation (Fourth, 2004) ("Manual"). *See* Manual, at § 10.22. As the Manual notes, in complex actions involving numerous parties, such as this one, the efficient management of the litigation is facilitated by "institut[ing] procedures under which one or more attorneys are selected and authorized to act on behalf of other counsel and their clients with respect to specified aspects of the litigation." *Id.* "Counsel designated by the court ... assume a

---

[1] Some of the cases centralized in this Court by the Panel did not name the Association of American Railroads as a defendant.

responsibility to the court and an obligation to act fairly, efficiently, and economically in the interests of all parties and parties' counsel." Manual, § 10.221.[2]

Second, Proposed Pretrial Order No. 1 provides a schedule for the filing of a consolidated amended complaint and the briefing of any motion(s) to dismiss. Plaintiffs have conferred about this schedule with Defendants, who have consented to the proposed schedule and agreed to the joint filing of the present motion. The parties submit that entering this schedule will facilitate the just and efficient conduct of this litigation by ensuring that there will be a single operative complaint and a schedule for the briefing of any motion(s) to dismiss by Defendants after the Court's appointment of interim class counsel.

### III. ENTRY OF PRETRIAL ORDER NO. 1 NEED NOT AWAIT A STATUS CONFERENCE.

Proposed Pretrial Order No. 1 contains a consensus proposal for matters that might have been addressed at the status conference recently requested in a motion filed by Dust Pro Inc., US Magnesium LLC and certain plaintiffs in this multidistrict litigation. This consensus proposal was initiated by certain other plaintiffs, including Dakota Granite Company, who had not joined the status conference motion. The undersigned parties and counsel (including all of the plaintiffs and counsel who had joined the motion for a status conference) have now agreed to the Proposed Pretrial Order No. 1. Accordingly, the plaintiffs who moved for a status conference will be withdrawing their motion as moot. While all parties remain willing to attend a status conference in this matter, it may be unnecessary to convene a conference of all parties at this time.

---

[2] Plaintiffs' counsel have made efforts to date to coordinate their activities and develop a proposed case management structure, without court intervention, as the Manual recommends. While plaintiffs' counsel will continue these efforts, the proposed pretrial order sets a schedule in the event it becomes necessary for the Court to consider competing applications for interim class counsel and possibly other designations.

## IV. CONCLUSION

For the reasons discussed above, the Moving Parties respectfully request that the Court enter Joint Proposed Pretrial Order No. 1.

Dated: December 7, 2007

| | |
|---|---|
| By: /s/ Stephen Neuwirth<br>Stephen Neuwirth<br>Daniel Brockett<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART<br>    OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: stephenneuwirth@quinnemanuel.com<br>    danielbrockett@quinnemanuel.com<br><br>**On behalf of plaintiffs Dust Pro, Inc. and US Magnesium LLC and other plaintiffs and counsel (listed below) withdrawing motion for status conference and joining motion for entry of Joint Proposed Pretrial Order No. 1.**<br><br>Paul M. Donovan (D.C. Bar # 105189)<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, NW, Suite 200<br>Washington, DC 20036<br>Telephone: (202) 298-8100<br>Facsimile: (202) 298-8200<br>Email: paul.donovan@laroelaw.com<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN,<br>CHECCHI, STEWART & OLSTEIN<br>5 Beeker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700 | By: /s/ Michael D. Hausfeld<br>Michael D. Hausfeld (D.C. Bar #153742)<br>Benjamin D. Brown (D.C. Bar #495836)<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: mhausfeld@cmht.com<br>    bbrown@cmht.com<br><br>**On behalf of plaintiff Dakota Granite Company and other plaintiffs and counsel (listed below) joining motion for entry of Joint Proposed Pretrial Order No. 1.**<br><br>Vincent J. Esades<br>Scott W. Carlson<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>Email: vesades@heinsmills.com<br>    scarlson@heinsmills.com<br><br>Christian M. Sande<br>CHRISTIAN SANDE LLC<br>2751 Hennepin Avenue South, No. 232<br>Minneapolis, MN 55408<br>Telephone: (612) 387-1430<br>Facsimile: (612) 677-3078 |

Email: jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

*Attorneys for Plaintiff Dust Pro, Inc.*
*Attorneys for Plaintiff US Magnesium LLC*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Lisa J. Rodriquez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Anthony J. Bolognese
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
(215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Email: christian@christiansande.com

Timothy J. Peters
PETERS LAW FIRM
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-1475
Facsimile: (612) 874-9793
Email: peters.timothy.james@gmail.com

*Attorneys for Plaintiff Dakota Granite Company*

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
Email: skanner@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701
Email: goldman@gsk-law.com

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
Telephone: (215) 925-8200
Facsimile: (215) 925-0508
Email: ABS@sackslaw.com

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue, Suite 1000

| | |
|---|---|
| Stanley D. Bernstein<br>Mel E. Lifshitz<br>Ronald J. Aranoff<br>BERNSTEIN LIEBHARD & LIFSHITZ<br>10 E. 40th Street, 22nd Floor<br>New York, New York<br>(212) 779-1414<br><br>*Attorneys for Plaintiff Somerset Industries, Inc.*<br><br>Mary Jane Fait<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ LLC<br>55 West Monroe Street<br>Suite 1111<br>Chicago, IL 60603<br><br>*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*<br><br>Robert N. Kaplan<br>Gregory Arenson<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980<br><br>Anthony J. Bolonese<br>BOLONESE & ASSOCIATES<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102<br>(215) 814-6750<br><br>Joseph C. Kohn<br>KOHN SWIFT & GRAF<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA<br>(215) 238-1700<br><br>*Attorneys for Plaintiff Lancaster Foundry Supply Co.*<br><br>James E. Cecchi, Esq. | Chicago, IL 60604-4398<br>Telephone: (312) 939-6280<br>Facsimile: (312) 939-4661<br>Email: jshedden@lawsds.com<br>      lschad@lawsds.com<br><br>*Attorneys for Plaintiff McIntyre Group, Ltd.*<br><br>Donald Perelman<br>FINE, KAPLAN & BLACK R.P.C.<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 567-6565<br>Facsimile: (215) 568-5872<br><br>Tim J. Moore<br>LAW OFFICES OF MORRIS LAING<br>Old Town Square<br>300 N. Mead, Suite 200<br>Wichita, KS 67202<br>Telephone: (316) 262-2671<br>Facsimile: (316) 262-6226<br><br>Steven A. Asher<br>Robert S. Kitchenoff<br>WEINSTEIN, KITCHENOFF & ASHER LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 545-7200<br>Facsimile: (215) 545-6535<br><br>Joseph Goldberg<br>FREEDMAN BOYD DANIELS<br>HOLLANDER GOLDBERG & IVES, P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>Telephone: (505) 842-9960<br>Facsimile: (505) 842-0761<br><br>Christopher Hayes, Esq.<br>225 South Church Street<br>West Chester, PA 19382<br>Telephone: (610) 431-9505<br>Facsimile: (610) 431-1269<br><br>*Attorneys for Plaintiff GVL Pipe & Demolition,* |

Lindsey H. Taylor, Esq.
CARELLA, BYRNE, BAIN, GILFILLAN,
    CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

*Attorneys for Plaintiff Blue Grass Tobacco Company*

*Inc.*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: mgriffin@kellerrohrback.com
       rfarrow@kellerrohrback.com

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T. PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
Telephone: (215) 636-9988
Facsimile: (215) 636-9987
Email: jtplaw@jtplegal.com

*Attorneys for Plaintiff Ferraro Foods of North Carolina, LLC*

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: mboni@bonizack.com
       jzack@bonizack.com
       jsnyder@bonizack.com

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street
Suite 4500
Jamestown, NY  14701
Telephone:    (716) 483-3732
Facsimile:    (716) 664-2983
Email: artlaw@alltel.net

*Attorneys for Plaintiff Strates Shows, Inc.*

|  | James C. Dodge<br>SHARP McQUEEN, P.A.<br>207 S. Inman<br>P.O. Box 935<br>Sublette, KS 67877<br>Telephone: (620) 675-2272<br>Facsimile: (620) 675-2782<br>Email: jdodge@sharpmcqueen.com<br><br>Isaac L. Diel<br>SHARP McQUEEN, P.A.<br>Financial Plaza<br>6900 College Blvd. – Suite 285<br>Overland Park, KS 66211<br>Telephone: (913) 661-9931, Ext. 102<br>Facsimile: (913) 661-9935<br>Email: idiel@sharpmcqueen.com<br><br>*Attorneys for Plaintiff Sublette Cooperative, Inc.*<br><br>Barry Nace (D.C. Bar #130724)<br>PAULSON & NACE<br>1615 New Hampshire Avenue, N.W.<br>Washington, DC 20009-2520<br>Telephone: (202) 463-1999<br>Facsimile: (202) 223-6824<br><br>Bruce L. Simon<br>Esther L. Klisura<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br><br>Clifford H. Pearson<br>Gary S. Soter<br>Daniel L. Warshaw<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104 |

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiff Donnelly Commodities Inc.*

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: solson@cmht.com

*Attorney for Dad's Products Company, Inc.*

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: pfb@gbcslaw.com
       ssidener@gbcslaw.com
       jbarton@gbcslaw.com

*Attorneys for Plaintiff Bar-Ale, Inc.*

Eugene A. Spector
Jay S. Cohen
William G. Caldes
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Philip A. Steinberg

|  | 124 Rockland Avenue<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 664-0972<br>Facsimile: (610) 664-3101<br><br>John Phillip McCarthy, Esquire<br>217 Bay Avenue<br>Somers Point NJ 08244<br>Telephone: (609) 653-1094<br>Facsimile: (609) 653-3029<br><br>Jeffrey A. Brodkin, Esquire<br>1601 Market Street<br>Suite 2300<br>Philadelphia, PA 19103<br>Telephone: (215) 567-1234<br>Facsimile: (215) 569-0809<br><br>John C. Murdock<br>Theresa Groh<br>MURDOCK GOLDENBERG SCHNEIDER &<br>GROH, LPA<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>Telephone: (513) 345-8291<br>Facsimile: (513) 345-8294<br><br>*Attorneys for Plaintiff Quality Refractors Installation, Inc.*<br><br>Joe R. Whatley, Jr.<br>Richard P. Rouco<br>Othni J. Lathram<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place North, Suite 1000<br>P.O. Box 10647<br>Birmingham, AL 35203<br>Telephone: (205) 328-9575<br>Facsimile: (205) 328-9669<br><br>*Attorneys for Plaintiff West Alabama Sand & Gravel, Inc.*<br><br>Gerard J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman |

|  | Beth R. Targan<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-0600<br><br>Williams J. Schifino, Jr.<br>Daniel P. Dietrich<br>WILLIAMS, SCHIFINO, MANGIONE &<br>STEADY, PA.<br>One Tampa City Center, Suite 3200<br>201 North Franklin St.<br>Tampa Fl. 33602<br>Telephone: (813) 221-2626<br>Facsimile: (813) 221-7335<br><br>*Attorneys for Plaintiff Cedar Farms Co., Inc.*<br><br>Chrisopher A. Seeger<br>Stephen A. Weis<br>550 Borad St.<br>Suite 920<br>Newark, NJ 07102<br>Telephone: 973 639 9100<br>Facsimile: 973 639 9393<br><br>Jonathan Shub<br>TerriAnne Benedetto<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>Telephone: 215 564-2300<br>Facsimile: 215-851-8029<br><br>William M. Audet<br>Michael McShane<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco CA 94105<br>Telephone: 415-568-2555<br>Facsimile: 415-568-2556<br><br>Paul M. Weiss<br>FREED & WEISS, LLC<br>111 West Washington Street |

Suite 1331
Chicago, IL 60602
Telephone: 312-220-0000
Facsimile: 312-220-7777

*Attorneys for Plaintiff Complete
   Transportation Systems, Inc.*

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine St., Suite 1700
San Francisco, California 94111-5618
Telephone: (415) 544-0200

Robert G. Pahlke
PAHLKE, SMITH, SNYDER, PETITT &
EUBANKS
1904 First Avenue
Post Office Box 1204
Scottsbluff, Nebraska 69363-1204

*Attorneys for Plaintiff Stateline Bean
   Producers*

James R. Malone
Michael D. Gottsch
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Bernard Persky
Christopher J. McDonald

LABATON SUCHAROW LLP
140 Broadway
New York, New York, 10005
Telephone: (212) 907-0868
Facsimile: (212) 883-7068

Robert Schachter
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, N.Y. 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

L. Kendall Satterfield
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Bryan L. Cobes
Ellen Meriwether
Jennifer Winter Sprengel
CAFFERTY FAUCHER LLP
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

*Attorneys for Plaintiff*
    *Nizhnekamskneftekhim USA, Inc.*

*On Behalf of Defendants:*

/s/ Gary A. Winters
Richard J. Favretto (D.C. Bar #156588)
Mark W. Ryan (D.C. Bar #359098)
Gary A. Winters (D.C. Bar #439376)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
*Attorneys for Defendant BNSF Railway Company*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendant CSX Transportation, Inc.*

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
*Attorneys for Defendant Union Pacific Railroad Company*

John M. Nannes
Tara Reinhart
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
*Attorneys for Defendant Norfolk Southern Railway Company*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
*Attorneys for Defendant Kansas City
Southern Railway Company*

Mark Leddy
David I. Gelfand
CLEARY GOTTLIEB STEEN &
HAMILTON
2000 Pennsylvania Ave., N.W.
Washington, D.C. 20006
*Attorneys for Defendant Association of
American Railroads*

# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL<br>SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

### [PROPOSED] PRETRIAL ORDER NO. 1

All Plaintiffs and Defendants in the above-captioned action jointly submit this proposed Pretrial Order No. 1, which includes a schedule for the initial stage of this litigation.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 16, and by agreement of the parties, the Court finds that the entry of this Order will serve the just and efficient resolution of the above-captioned case. Accordingly, the Court hereby **ORDERS** that this litigation shall be conducted according to the procedures set forth herein:

### I.     MASTER DOCKET

1. The docket established by this Court at Civil Docket No. 1:07-mc-00489-PLF, *In re: Rail Freight Fuel Surcharge Antitrust Litigation* – MDL 1869, shall serve as the Master Docket for this action.

2. Every document filed in this action shall bear the following caption:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL<br>SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

- 2 -

3. When a document is applicable to all actions, it need be filed only in the Master Docket, and no further copies need be filed nor entries made in individual dockets.

4. When a document is intended to be applicable only to an individual action or actions, the separate caption and docket number for each individual action to which the document is intended to be applicable shall appear immediately below the Master Docket caption. In such cases, counsel shall file the document in the Master Docket and in the docket of each individual action to which it is applicable.

## II. INITIAL SCHEDULE

### A. Appointment of Interim Class Counsel

5. Within 14 days of the entry of this Order, plaintiffs' counsel seeking appointment as interim class counsel (including "Lead counsel" and/or "Liaison counsel" designations) on behalf of the proposed Class of direct purchasers in this action shall file affidavits and memoranda of law in support of their appointment.

6. Within 14 days of the deadline for filing opening papers in support of interim class counsel, responsive papers shall be filed.

### B. Consolidated Amended Complaint

7. Within 21 days after the appointment of interim class counsel by the Court, plaintiffs (through Court-appointed interim class counsel) shall file a consolidated amended complaint.

### C. Briefing of Motions to Dismiss

8. Within 45 days after the filing of plaintiffs' consolidated amended complaint, Defendant(s) shall file any motion(s) to dismiss.

9. Within 45 days after the filing of any motion(s) to dismiss by Defendant(s), plaintiffs shall file an opposition.

- 3 -

10. Within 30 days after the filing of plaintiffs' opposition, Defendant(s) shall file a reply brief.

### III. APPLICATION TO OTHER ACTIONS

11. This Order shall apply to all actions transferred to this Court for coordinated or consolidated pretrial proceedings by the United States Judicial Panel on Multidistrict Litigation.

12. In addition, this Order shall apply to any related actions filed in this Court, or transferred to this Court, raising antitrust claims on behalf of direct purchasers from Defendants of rail freight shipping services.

**SO ORDERED.**

**Dated:** _____

                                                        Paul L. Friedman
                                                      United States District Judge