UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL<br>SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

NOTICE OF FILING OF EXHIBITS 2 AND 3 TO
JOINT MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1

PLEASE TAKE NOTICE of the filing of Exhibits 2 and 3 to the Joint Motion for Entry of Proposed Pretrial Order No. 1, filed on December 7, 2007.  Exhibits 2 and 3 were inadvertently not included with the December 7, 2007 filing.

Dated:  December 10, 2007

By: /s/ Michael D. Hausfeld_____
Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  mhausfeld@cmht.com
           bbrown@cmht.com

*Attorneys for Plaintiffs Dakota Granite Company*

# EXHIBIT 2

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

8:19 am, Nov 06, 2007

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

MDL No. 1869

**TRANSFER ORDER**

**Before the entire Panel**[*]: Plaintiffs in four actions have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation as follows: (1) one plaintiff in the District of New Jersey action has moved for centralization in the District of New Jersey; (2) plaintiffs in two District of District of Columbia actions have moved for centralization in the District of District of Columbia; and (3) plaintiff in one Eastern District of Pennsylvania action has moved for centralization in the Eastern District of Pennsylvania. All responding parties agree that centralization is appropriate and variously support one or more of the previous three suggested districts or the Northern District of Alabama, the Middle District of Florida or the Northern District of Illinois as transferee forum.

This litigation currently consists of thirteen actions listed on Schedule A and pending in six districts as follows: six actions in the District of District of Columbia; two actions each in the Northern District of Illinois and the Eastern District of Pennsylvania; and one action each in the Northern District of Alabama, the Middle District of Florida, and the District of New Jersey.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the District of District of Columbia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions relating to allegations that defendants conspired to fix prices of rail fuel surcharges in violation of the Sherman Antitrust Act for rail freight transportation pursuant to private contracts and other means exempt from federal rate regulation. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources

---

[*] Judge Motz did not participate in the decision of this matter.

[1] Two of the motions before the Panel included four actions in the District of New Jersey. Those actions have been consolidated. In addition, the Panel has been notified that one other related action has been filed in the District of District of Columbia. This action will be treated as a potential tag-along action. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

-2-

of the parties, their counsel and the judiciary.

We are persuaded that the District of District of Columbia is an appropriate transferee forum for this litigation. Several actions are already pending there. In addition, defendant Association of American Railroads is located in this district and may be a source of discovery.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of District of Columbia are transferred to the District of District of Columbia and, with the consent of that court, assigned to the Honorable Paul L. Friedman for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| D. Lowell Jensen | J. Frederick Motz* |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION                                       MDL No. 1869

## SCHEDULE A

Northern District of Alabama

West Alabama Sand & Gravel, Inc. v. CSX Transportation, Inc., et al., C.A. No. 7:07-1191

District of District of Columbia

Dakota Granite Co. v. Association of American Railroads, et al., C.A. No. 1:07-1078
McIntyre Group, Ltd. v. Association of American Railroads, et al., C.A. No. 1:07-1101
GVL Pipe & Demolition, Inc. v. Association of American Railroads, et al., C.A. No. 1:07-1119
Ferraro Foods of North Carolina, LLC v. Association of American Railroads, et al.,
    C.A. No. 1:07-1121
Sublette Cooperative, Inc. v. Association of American Railroads, et al., C.A. No. 1:07-1126
Strates Shows, Inc. v. Association of American Railroads, et al., C.A. No. 1:07-1127

Middle District of Florida

Cedar Farms Co., Inc. v. CSX Transportation, Inc., et al., C.A. No. 3:07-557

Northern District of Illinois

Dad's Products Co., Inc. v. BNSF Railway Co., et al., C.A. No. 1:07-2954
Zinifex Taylor Chemicals, Inc. v. CSX Transportation, Inc., et al., C.A. No. 1:07-3274

District of New Jersey

Dust Pro, Inc. v. CSX Transportation, Inc., et al., C.A. No. 2:07-2251

Eastern District of Pennsylvania

Quality Refractories Installation, Inc. v. Association of American Railroads, et al.,
    C.A. No. 2:07-2657
Nizhnekamskneftekhim USA, Inc. v. CSX Transportation, Inc., et al., C.A. No. 2:07-2809

# EXHIBIT 3

MDL

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-mc-00489-PLF

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION - MDL 1869
Assigned to: Judge Paul L. Friedman
Cases: 1:07-cv-01515-PLF
　　　　1:07-cv-02116-PLF
　　　　1:07-cv-02059-PLF
　　　　1:07-cv-02060-PLF
　　　　1:07-cv-02061-PLF
　　　　1:07-cv-02062-PLF
　　　　1:07-cv-02063-PLF
　　　　1:07-cv-02064-PLF
　　　　1:07-cv-02065-PLF
Cause: 15:1 Antitrust Litigation

Date Filed: 11/14/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### In Re

**RAIL FREIGHT FUEL
SURCHARGE ANTITRUST
LITIGATION - MDL NO. 1869**

### Plaintiff

**DAKOTA GRANITE COMPANY**
*on behalf of itself and all others
similarly situated*

represented by **Benjamin D. Brown**
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
Email: bbrown@cmht.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Hausfeld**
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964
(202) 408-4600
Fax: (202) 408-4699
Email: mhausfeld@cmht.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**
MCINTYRE GROUP, LTD.                     represented by **Benjamin D. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Shedden**
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604
(312) 939-6280
Fax: (312) 939-4661
*ATTORNEY TO BE NOTICED*

**Lawrence W. Schad**
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604
(312) 939-6280
Fax: (312) 939-4661
*ATTORNEY TO BE NOTICED*

**Matthew S. Burns**
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604
(312) 939-6280
Fax: (312) 939-4661
*ATTORNEY TO BE NOTICED*

**Tony Kim**
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604
(312) 939-6280
Fax: (312) 939-4661
*ATTORNEY TO BE NOTICED*

**Plaintiff**
GVL PIPE & DEMOLITION, INC.           represented by **Benjamin D. Brown**

*On behalf of itself and all others similarly situated*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FERRARO FOODS OF NORTH CAROLINA, LLC**
*On behlaf of itself and all others similarly situated*

represented by **Benjamin D. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SUBLETTE COOPERATIVE, INC.**
*On behalf of itself and all others similarly situated*

represented by **Benjamin D. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Krishna B. Narine**
LAW OFFICE OF KRISHNA B. NARINE, P.C.
2600 Philmont Avenue
Huntingdon Valley, PA 19006
(215) 914-2460
Fax: (215) 914-2462
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STRATES SHOWS, INC.**

represented by **Benjamin D. Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WEST ALABAMA SAND & GRAVEL, INC.**

**Plaintiff**

**CEDAR FARMS CO., INC.**
*on behalf of itself and all others similarly situated*

represented by **Daniel Paul Dietrich**
WILLIAMS SCHIFINO MANGIONE & STEADY, PA
P.O. Box 380
201 North Franklin Street
Suite 2600
Tampa, FL 33601-0380
(813) 221-2626
Fax: (813) 221-7335
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Schifino, Jr.**
WILLIAMS SCHIFINO MANGIONE

& STEADY, P.A.
One Tampa City Center
201 North Franklin Street
Suite 3200
Tampa, FL 33602
(813) 221-2626
Fax: (813) 221-7335
*ATTORNEY TO BE NOTICED*

**Plaintiff**
DAD'S PRODUCTS CO., INC.

**Plaintiff**
ZINIFEX TAYLOR CHEMICALS, INC.

**Plaintiff**
DUST PRO, INC.    represented by **Paul M. Donovan**
LAROE WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue NW
Suite 200
Washington, DC 20036
(202) 298-8100
Fax: 202-298-8200
Email: paul.donovan@laroelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
QUALITY REFRACTORIES INSTALLATION, INC.

**Plaintiff**
NIZHNEKAMSKNEFTEKHIM USA, INC.

**Plaintiff**
DONNELLY COMMODITIES INCORPORATED    represented by **Barry Nace**
*On behalf of itself and all others similarly situated*
PAULSON & NACE
1615 New Hampshire Avenue, NW
3rd Floor
Washington, DC 20009
(202)463-1999
Fax: (202)223-6824
Email: bjn@paulsonandnace.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **US MAGNESIUM LLC** | represented by | **Paul M. Donovan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**
**ASSOCIATION OF AMERICAN RAILROADS**   represented by   **David Irving Gelfand**
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
(202) 974-1690
Fax: (202) 974-1999
Email: dgelfand@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**BNSF RAILWAY COMPANY**   represented by   **Gary A. Winters**
MAYER BROWN LLP
1909 K Street, NW
Suite 1200
Washington, DC 20006
(202) 263-3000
Fax: (202) 263-3300
Email: gwinters@mayerbrownrowe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**CSX TRANSPORTATION, INC.**   represented by   **Kent Alan Gardiner**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2578
Fax: 202-628-5116
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn D Kirmayer**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
11th Floor
Washington, DC 20004-2595
(202) 624-2532
Email: kkirmayer@crowell.com

*ATTORNEY TO BE NOTICED*

**Defendant**

KANSAS CITY SOUTHERN
RAILWAY COMPANY

**Defendant**

NORFOLK SOUTHERN RAILWAY
COMPANY

**Defendant**

UNION PACIFIC RAILROAD
COMPANY

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2007 | 1 | CERTIFIED COPY OF TRANSFER ORDER from the Judicial Panel on Multidistrict Litgation transferring actions from other Courts listed on Schedule A to the District of Columbia assigned to the Honorable Paul L. Friedman for the coordinated or consolidated pretrial proceedings pursuant to 28 U.S. C. Section 1407. (N) (ks, ) (Entered: 11/16/2007) |
| 11/14/2007 | 2 | COPY OF LETTERS (5) from Clerk, USDC District of Columbia to Transferor Clerks requesting the file and docket entries in the cases pursuant to the MDL Transfer Order. (MDL 1869) (ks, ) (Entered: 11/16/2007) |
| 12/03/2007 | 3 | MOTION Scheduling of Status Conference by DUST PRO, INC. (Donovan, Paul) Additional attachment(s) added on 12/4/2007 (ks, ). (Entered: 12/03/2007) |
| 12/03/2007 | 4 | ENTERED IN ERROR.....MOTION PROPOSED ORDER re 3 MOTION Scheduling of Status Conference by DUST PRO, INC. (Donovan, Paul) Modified on 12/4/2007 (ks, ). (Entered: 12/03/2007) |
| 12/04/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: DOCUMENT No. 4, was entered in error as proposed orders are not to be filed as motions, and said pleading has been added as an additional attachment to Document No. 3. (ks, ) (Entered: 12/04/2007) |
| 12/07/2007 | 5 | Joint MOTION for Order *of Entry of Proposed Pretrial No. 1* by DAKOTA GRANITE COMPANY (Attachments: # 1 Text of Proposed Order [PROPOSED] PRETRIAL ORDER NO. 1)(Hausfeld, Michael) (Entered: 12/07/2007) |

|  |
|---|
| **PACER Service Center** |
| **Transaction Receipt** |
|  |

|  | 12/10/2007 11:19:01 | | |
|---|---|---|---|
| PACER Login: | cm0018 | Client Code: | 21490001 |
| Description: | Docket Report | Search Criteria: | 1:07-mc-00489-PLF |
| Billable Pages: | 3 | Cost: | 0.24 |