UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION | 1:07-mc-00489-PLF<br>MDL 1869 |
| DUST PRO, INC.,<br>and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC. ET AL.,<br><br>      Defendants. | 1:07-cv-02061-PLF |
| US MAGNESIUM LLC,<br>and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CSX TRANSPORTATION, INC. ET AL.,<br><br>      Defendants. | 1:07-cv-02116-PLF |

## NOTICE OF WITHDRAWAL OF MOTION FOR STATUS CONFERENCE

On December 3, 2007, plaintiffs Dust Pro, Inc. and US Magnesium LLC, joined by certain other plaintiffs, respectfully moved this Court to convene a status conference for the above-captioned multidistrict litigation. *See* 1:07-mc-00489-PLF (MDL 1869), Docket # 3.

Subsequent to the filing of the motion, all of the parties in the multi-district litigation reached agreement on a joint proposed pretrial order that covers subject matters that might have been addressed at a status conference. On December 7, 2007, all of the parties filed a joint motion for entry of the proposed pretrial order. *See id.*, Docket # 5.

In light of the foregoing, plaintiffs' Dust Pro, Inc. and US Magnesium LLC therefore withdraw as moot their motion for a status conference. All of the undersigned remain prepared to appear for any status conference that may be scheduled by the Court.

Dated: December 3, 2007

/s/Paul M. Donovan
Paul M. Donovan (D.C. Bar # 105189)
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
Telephone: (202) 298-8100
Facsimile: (202) 298-8200
Email: paul.donovan@laroelaw.com

/s/Stephen R. Neuwirth
Stephen Neuwirth
Daniel Brockett
Sami H. Rashid
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CHECCHI, STEWART & OLSTEIN
5 Beeker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com

*Attorneys for Plaintiff Dust Pro, Inc.*
*Attorneys for Plaintiff US Magnesium LLC*

**Also joining the notice:**

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
Kaplan Fox & Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Lisa J. Rodriquez
Trujillo Rodriguez & Richards
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000

Anthony J. Bolognese
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
(215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
Bernstein Liebhard & Lifshitz
10 E. 40th Street, 22nd Floor
New York, New York
(212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
Kaplan Fox & Kilsheimer
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Anthony J. Bolonese
Bolonese & Associates
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
Kohn Swift & Graf
One South Broad Street
Suite 2100
Philadelphia, PA
(215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry Supply Co.*

James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

*Attorneys for Plaintiff Blue Grass Tobacco Company*