# UNITED STATES FEDERAL DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL
SURCHARGE ANTITRUST LITIGATION

Civil Docket No. 1:07-mc-00489- PLC

MDL 1869

## ENTRY OF APPEARANCE OF COUNSEL

The parties are hereby notified, that Roger M. Adelman, Esq., a member of the Bar of this Court, hereby enters the appearance as counsel for plaintiff West Alabama Sand and Gravel, Company, Inc.

Respectfully submitted,

*/s/ Roger M. Adelman*

Roger M. Adelman, Esq.
THE LAW OFFICE OF ROGER M. ADELMAN
1100 Connecticut Avenue, NW
Suite 730
Washington, DC 20036
Bar No. #056 358

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Entry of Appearance of Counsel was served on the attorneys of record for all parties via electronic mail in accordance with the Court's Order on this 17 day of December 2007.

_____
Roger M. Adelman, Esq.

December 17, 2007