UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

### NOTICE OF APPEARANCE

Comes now, William M. Audet, Michael McShane, and Adel A. Nadji, attorneys for Plaintiff Complete Transportation System, Inc., and hereby enter this Notice of Appearance on their behalf in the above-captioned case.

Dated: December 17, 2007

AUDET & PARTNERS, LLP

_____
William M. Audet (waudet@audetlaw.com)
Michael McShane (mmcshane@audetlaw.com)
Adel A. Nadji (anadji@audetlaw.com)
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*On Behalf of Plaintiff Complete Transportation System, Inc.*

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

### NOTICE OF APPEARANCE

on the parties shown below:

[see attached Service List]

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☒ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

☐ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

☒ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 17th day of December, 2007 at San Francisco, California.

_____

Benjamin D. Brown
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Matthew S. Burns
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604

Daniel Paul Dietrich
WILLIAMS SCHIFINO MANGIONE &
STEADY, PA
P.O. Box 380
201 North Franklin Street
Suite 2600
Tampa, FL 33601-0380

Paul M. Donovan
LAROE WINN, MOERMAN &
DONOVAN
1250 Connecticut Avenue NW
Suite 200
Washington, DC 20036

Kent Alan Gardiner
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595

David Irving Gelfand
CLEARY, GOTTLIEB, STEEN &
HAMILTON
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964

Tony Kim
|SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604

Kathryn D Kirmayer
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
11th Floor
Washington, DC 20004-2595

Gary Edward Mason
THE MASON LAW FIRM, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036

IN RE: RAIL FREIGHT FUEL MDL 1969 1:07-mc-00489-PLF Service List

Barry Nace
PAULSON & NACE
1615 New Hampshire Avenue, NW
3rd Floor
Washington, DC 20009

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE, P.C.
2600 Philmont Avenue
Huntingdon Valley, PA 19006

Lawrence W. Schad
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604

William J. Schifino, Jr.
WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.
One Tampa City Center
201 North Franklin Street
Suite 3200
Tampa, FL 33602

James Shedden
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604

Gary A. Winters
MAYER BROWN LLP
1909 K Street, NW
Suite 1200
Washington, DC 20006