IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

### MOTION FOR ADMISSION OF JASON A. KILENE *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jason S. Kilene, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of Plaintiff GVL Pipe & Demolition, Inc. in the above-captioned case. In support of this motion, Mr. Kilene provides his declaration, attached as Exhibit A.

Respectfully submitted on this 19th day of December, 2007.

                                                     /s/ Benjamin D. Brown
                                       Michael D. Hausfeld (D.C. Bar No. 153742)
                                       Benjamin D. Brown (D.C. Bar No. 495836)
                                       Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                                       1100 New York Avenue NW
                                       Suite 500, West Tower
                                       Washington, D.C.  20005
                                       Phone: 202.408.4600
                                       Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br>Defendants. | Civil Action No. 07-CV-01119 (PLF) |

**DECLARATION OF JASON S. KILENE IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jason S. Kilene, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am a partner at the law firm of Gustafson Gluek PLLC, and counsel for GVL Pipe & Demolition, Inc. My office address is 650 Northstar East, 608 Second Avenue South, Minneapolis, MN 55402. My business telephone number is 612.333.8844.

3. I am a member of the Minnesota State Bar, No. 024773X, the North Dakota State Bar, No. 05207, and the U.S. District Court for the District of Minnesota.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone number of the sponsoring attorney of record for plaintiff GVL Pipe & Demolition, Inc. is:

> Michael D. Hausfeld (D.C. Bar No. 153742)
> Benjamin D. Brown (D.C. Bar No. 495836)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15 day of November, 2007, at Minneapolis, MN.

*[signature]*

Jason S. Kilene (MN 024773X)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612.333.8844
jkilene@gustafsongluek.com

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | **Civil Docket No. 1:07-mc-00489-PLF**<br><br>**MDL 1869** |

### [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Jason S. Kilene and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of _____, 200___, ORDERED that the motion be and hereby is GRANTED.

 

 

_____
The Honorable Paul L. Friedman
United States District Judge