# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

### MOTION FOR ADMISSION OF THOMAS A. MUZILLA *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Thomas A. Muzilla, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of Plaintiff GVL Pipe & Demolition, Inc. in the above-captioned case.  In support of the motion, Mr. Muzilla provides his declaration, attached as Exhibit A.

Respectfully submitted on this 19th day of December, 2007.

  /s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar No. 153742)
Benjamin D. Brown (D.C. Bar No. 495836)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C.  20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GVL PIPE & DEMOLITION, INC., on behalf of      :
itself and all others similarly situated,       :
                                                :
                        Plaintiff,              :      Civil Action No. 07-CV-01119
                                                :      (PLF)
            v.                                  :
                                                :
ASSOCIATION OF AMERICAN RAILROADS,              :
BNSF RAILWAY COMPANY, CSX                        :
TRANSPORTATION COMPANY, KANSAS CITY             :
SOUTHERN RAILWAY COMPANY, NORFOLK               :
SOUTHERN RAILWAY COMPANY, AND UNION             :
PACIFIC RAILROAD COMPANY,                        :
                        Defendants.             :
                                                :

### DECLARATION OF THOMAS A. MUZILLA IN SUPPORT
### OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas A. Muzilla, make the following declaration pursuant to 28 U.S.C. § 1746:

1.      I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2.      I am a partner at The Muzilla Law Firm, LLC, and counsel for GVL Pipe & Demolition, Inc.  My office address is Tower at Erieview, Suite 1100, 1301 East 9th Street, Cleveland, Ohio 44114.  My business telephone number is 216.458.5880.

3.      I am a member of the Ohio State Bar Association, No. 0037662.  I am also admitted to the Bar of the U.S. District Court for the Northern District of Ohio, and U.S. Court of Appeals for the Sixth Circuit, and in the United States Supreme Court.

4.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7.    The name, address and telephone number of the sponsoring attorney of record for plaintiff GVL Pipe & Demolition, Inc. is:

> Michael D. Hausfeld (D.C. Bar No. 153742)
> Benjamin D. Brown (D.C. Bar No. 495836)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C.  20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this /3 day of November, 2007, at Cleveland, Ohio.

> Thomas A. Muzilla (OH 0037662)
> **The Muzilla Law Firm, LLC**
> Tower at Erieview, Suite 1100
> 1301 East 9th Street
> Cleveland, Ohio 44114
> P: 216.458.5880
> F: 216.928.0016

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**IN RE: RAIL FREIGHT FUEL
SURCHARGE ANTITRUST LITIGATION**

**Civil Docket No. 1:07-mc-00489-PLF**

**MDL 1869**

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Thomas A. Muzilla *Pro Hac Vice* made pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of _____, 200____, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge