**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————— )
                                                    )
IN RE: RAIL FREIGHT FUEL            )
SURCHARGE ANTIRUST LITIGATION  )
                                                    )                    1:07mc-00489-PLF
———————————————————— )                    MDL 1869

### NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Howrey LLP, as counsel for the defendant Union Pacific Rail

Company, in the above-captioned case.

Respectfully submitted,

By: *Alan Wiseman*
────────────────────────────
Alan M. Wiseman, D.C. Bar# 187972

HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
Email: WisemanA@howrey.com

Joseph Ostoyich, D.C. Bar# 4346157
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
Email: OstoyichJ@howrey.com

Melissa Kimmel, D.C. Bar# 461643
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 783-0800
Email: KimmelM@howrey.com

*Attorneys for Defendant Union Pacific*
*Railroad Company*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE RAIL FUEL SURCHARGE )
ANTITRUST LITIGATION )
)          1:07-mc-00489-PLF
)          MDL 1869

## CERTIFICATE OF SERVICE

I here by certify that a copy of the forgoing Notice of Appearance was forwarded to the counsel on the attached Service List via regular mail.

Date: December 20, 2007

By: _Garth E. Bryan_
    *Garth E. Bryan*

**SERVICE LIST**

| | |
|---|---|
| Stephen Neuwirth<br>Daniel Brockett<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: stephenneuwirth@quinnemanuel.com<br>danielbrockett@quinnemanuel.com | Michael D. Hausfeld<br>Benjamin D. Brown<br>COHEN, MILSTEIN, HAUSFELD &<br>TOLL, P.L.L.C.<br>1100 New York Avenue NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: mhausfeld@cmht.com<br>bbrown@cmht.com |
| Paul M. Donovan<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, NW, Suite 200<br>Washington, DC 20036<br>Telephone: (202) 298-8100<br>Facsimile: (202) 298-8200<br>Email: paul.donovan@laroelaw.com | Vincent J. Esades<br>Scott W. Carlson<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br>Email: vesades@heinsmills.com<br>scarlson@heinsmills.com |
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN,<br>CHECCHI, STEWART & OLSTEIN<br>5 Beeker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br>Email: icecchi@carellabyme.com<br>Ltaylor@carellabyrne.com | Christian M. Sande<br>CHRISTIAN SANDE LLC<br>2751 Hennepin Avenue South, No. 232<br>Minneapolis, MN 55408<br>Telephone: (612) 387-1430<br>Facsimile: (612) 677-3078<br>Email: christian@christiansande.com |
| *Attorneys for Plaintiff Dust Pro, Inc.*<br>*Attorneys for Plaintiff US Magnesium LLC* | Timothy I. Peters<br>PETERS LAW FIRM<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>Telephone: (612) 746-1475<br>Facsimile: (612) 874-9793<br>Email: peters.timothy.james@gmail.com |
| Robert N. Kaplan<br>Gregory Arenson<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 6874980 | *Attorneys for Plaintiff Dakota Granite*<br>*Company* |

Lisa J. Rodriquez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ  08033
(856) 795-9002

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000

Anthony J. Bolognese
1617 JFK Boulevard, Suite 650
Philadelphia, PA  19103
(215) 814-6751

*Attorneys for Plaintiff United Co-operative*
*Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI–LEOPOLD, PA.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL  33410
(561) 684-6500

*Attorneys for Plaintiff Carter Distributing*
*Company*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th Street, 22nd Floor
New York, New York
(212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
FREED KANNER LONDON & MILLEN
LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:  (224) 632-4500
Facsimile:  (224) 632-4521
Email:  skanner@fklmlaw.com
        dmillen@fklmlaw.com
        rwozniak@fklmlaw.com

Mark S. Goldman
GOLDMAN, SCARLATO & KARON,
P.C.
101 West Elm Street, Suite 360
Conshohocken, PA  19428
Telephone:  (484) 342-0700
Facsimile:  (484) 342-0701
Email:  goldman@gsk-law.com

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA  19046
Telephone:  (215) 925-8200
Facsimile:  (215) 925-0508
Email:  ABS@sackslaw.com

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue, Suite 1000
Chicago, IL  60604-4398
Telephone:  (312) 939-6280
Facsimile:  (312) 939-4661
Email:  ishedden@lawsds.com
        lschad(&.lawsds.com

*Attorneys for Plaintiff McInte Group, Ltd.*

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLC
55 West Monroe Street
Suite 1111 Chicago, IL  60603

*Attorneys for Plaintiff ZinfAx Taylor Chemicals,
Inc.*
Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY  10022
(212) 687-1980

Anthony J. Bolonese
BOLONESE & ASSOCIATES
1500 JFK Boulevard, Suite 320
Philadelphia, PA  19102
(215) 814-6750

Joseph C. Kohn
KOHN SWIFT & GRAF
One South Broad Street
Suite 2100
Philadelphia, PA
(215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry Supply
Co.*

James E. Ceechi, Esq,
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, BAIN, GILFILLAN,
     CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey  07068
(973) 994-1700

Donald Perelman
FINE, KAPLAN & BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA  19103
Telephone:  (215) 567-6565
Facsimile:  (215) 568-5872

Tim J. Moore
LAW OFFICES OF MORRIS LAING
Old Town Square
300 N. Mead, Suite 200
Wichita, KS  67202
Telephone:  (316) 262-2671
Facsimile:  (316) 262-6226

Steven A. Asher
Robert S. Kitchenoff
WEINSTEIN, KITCHENOFF & ASHER
LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone : (215) 545-7200
Facsimile:  (215) 545-6535

Joseph Goldberg
FREEDMAN BOYD DANIELS
HOLLANDER GOLDBERG & IVES, PA.
20 First Plaza, Suite 700
Albuquerque, NM  87102
Telephone:  (505) 842-9960
Facsimile:  (505) 842-0761

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA  19382
Telephone:  (610) 431-9505
Facsimile:  (610) 431-1269

*Attorneys for Plaintiff GPL Pipe &
Demolition, Inc.*

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

*Attorneys for Plaintiff Blue Grass Tobacco
Company*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: mgriffin@kellerrohrback.com
        rfarrow@kellerrohrback.com

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T.
PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
Telephone: (215) 636-9988
Facsimile: (215) 636-9987
Email: jtplaw@jtplegal.com

*Attorneys for Plaintiff Ferraro Foods of
North Carolina, LLC*

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206
Email: mboni@bonizack.com
        izack@bonizack.com
        isnyder@bonizack.com

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street
Suite 4500
Jamestown, NY 14701
Telephone: (716) 483-3732
Facsimile: (716) 664-2983
Email: artlaw@alitel.net

*Attorneys for Plaintiff Strates Shows, Inc.*

James C. Dodge
SHARP McQUEEN, P.A.
207 S. Imnan
P.O. Box 935
Sublette, KS 67877
Telephone: (620) 675-2272
Facsimile: (620) 675-2782
Email: idodge@sharpmcqueen.com

Isaac L. Did.
SHARP McQUEEN, P.A.
Financial Plaza
6900 College Blvd. – Suite 285
Overland Park, KS 66211
Telephone: (913) 661-9931, Ext. 102
Facsimile: (913) 661-9935
Email: idiel@sharpmcqueen.com

*Attorneys for Plaintiff Sublette Cooperative, Inc.*

Barry Nace (D.C. Bar #130724)
PAULSON & NACE
1615 New Hampshire Avenue, N.W.
Washington, DC 20009-2520
Telephone: (202) 463-1999
Facsimile: (202) 223-6824

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON, SIMON, SOIER, WARSHAW
& PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiff Donnelly
Commodities Inc.*

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: solson@cmht.com

*Attorney for Dad's Products Company, Inc.*

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA. &
SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: pfb@gbeslaw.com
        ssidener@gbcslaw.com
        jbarton@gbcslaw.com

*Attorneys for Plaintiff Bar-Ale, Inc.*

Eugene A. Spector
Jay S. Cohen
William G. Caldes
SPECTOR, ROSEMAN & KODROFF,
P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Philip A. Steinberg
124 Rockland Avenue
Bala Cynwyd, PA 19004
Telephone: (610) 664-0972
Facsimile: (610) 664-3101

John Phillip McCarthy, Esquire
217 Bay Avenue
Somers Point NJ 08244
Telephone: (609) 653-1094
Facsimile: (609) 653-3029

Jeffrey A. Brodkin, Esquire
1601 Market Street
Suite 2300
Philadelphia, PA 19103
Telephone: (215) 567-1234
Facsimile: (215) 569-0809

John C. Murdock
Theresa Groh
MURDOCK GOLDENBERG
SCHNEIDER & GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 345-8291
Facsimile: (513) 345-8294

*Attorneys for Plaintiff Quality .Refractors Installation, Inc.*

Joe R. Whatley, Jr.
Richard P. Rouco
Othni J. Lathram
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35203
Telephone: (205) 328-9575
Facsimile: (205) 328-9669

*Attorneys for Plaintiff West Alabama Sand & Gravel, Inc.*

Gerard J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Beth R. Targan
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

Williams J. Schifino, Jr.
Daniel P. Dietrich
WILLIAMS, SCHIFINO, MANGIONE &
SIE,ADY, PA.
One Tampa City Center, Suite 3200
201 North Franklin St.
Tampa Fl. 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335

*Attorneys for Plaintiff Cedar Farms Co., Inc.*

Chrisopher A. Seeger
Stephen A, Weis
550 Borad St.
Suite 920
Newark, NJ 07102
Telephone: 973 639 9100
Facsimile: 973 639 9393

Jonathan Shub
TerriAnne Benedetto
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: 215 564-2300
Facsimile: 215-851-8029

William M. Audet
Michael McShane
AUDET & PARTNERS, LLP\
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415-568-2555
Facsimile: 415-568-2556

Paul M. Weiss
FREED & WEISS, LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602
Telephone: 312-220-0000
Facsimile: 312-220-7777

*Attorneys for Plaintiff Complete Transportation Systems, Inc.*

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine St., Suite 1700
San Francisco, California  94111-5618
Telephone:  (415) 544-0200

Robert G. Pahlke
PAHLKE, SMITH, SNYDER, PETTIT &
EUBANKS
1904 First Avenue
Post Office Box 1204
Scottsbluff, Nebraska  69363-1204

*Attorneys for Plaintiff Stateline Bean
Producers*

James R. Malone
Michael D. Gottsch
Joseph G. Sander
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
Telephone:  (610) 642-8500
Facsimile:  (610) 649-3633

Bernard Persky
Christopher J. McDonald
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0868
Facsimile:  (212) 883-7068

Robert Schachter
Joseph Lipofsky
Paul Kleidrnan
ZWERLING, SCHACHTER &
ZWERLING LLP
41 Madison Avenue
New York, N.Y.  10010
Telephone:  (212) 223-3900
Facsimile:  (212) 371-5969

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

L. Kendall Satterfield
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Bryan L. Cobes
Ellen Meriwether
Jennifer Winter Sprengel
CAFFERTY FAUCHER LLP
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

*Attorneys for Plaintiff*
*Nizhnekainsknefiekhim USA, Inc.*

*On Behalf of Defendants:*

Richard J. Favretto
Mark W. Ryan Gary A.
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
*Attorneys for Defendant BNSF Railway*
*Company*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Attorneys for Defendant CSX
Transportation, Inc.*

John M. Nannes
Tara Reinhart
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Norfolk Southern
Railway Company*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

*Attorneys for Defendant Kansas City
Southern Railway Company*

Mark Leddy
David I. Gelfand
CLEARY GO'TTLTEB SIEEN &
HAMILTON
2000 Pennsylvania Ave., N.W.
Washington, D.C. 20006

*Attorneys for Defendant Association of
American Railroads'*