IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

**MOTION FOR ADMISSION OF DANIEL E. GUSTAFSON *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Daniel E. Gustafson, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of GVL Pipe & Demolition, Inc. in the above-captioned case. In support of this motion, Mr. Gustafson provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached as Exhibit B.

Respectfully submitted on this 7th day of January, 2008.

          /s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar No. 153742)
Benjamin D. Brown (D.C. Bar No. 495836)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br>            Defendants. | Civil Action No. 07-CV-01119 (PLF) |

**DECLARATION OF DANIEL E. GUSTAFSON IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Daniel E. Gustafson, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am a partner at the law firm of Gustafson Gluek PLLC, and counsel for GVL Pipe & Demolition, Inc. My office address is 650 Northstar East, 608 Second Avenue South, Minneapolis, MN 55402. My business telephone number is 612.333.8844.

3. I am a member of the Minnesota State Bar, No. 202241. I am also admitted to the Bar of the U.S. District Court for the District of Minnesota, and U.S. Court of Appeals for the Fifth, Eighth, and Eleventh Circuits, and in the United States Supreme Court.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone number of the sponsoring attorney of record for plaintiff GVL Pipe & Demolition, Inc. is:

> Michael D. Hausfeld (D.C. Bar No. 153742)
> Benjamin D. Brown (D.C. Bar No. 495836)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of January, 2008, at Minneapolis, MN.

_____
Daniel E. Gustafson  (MN 202241)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612.333.8844
dgustafson@gustafsongluek.com

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | **Civil Docket No. 1:07-mc-00489-PLF**<br><br>**MDL 1869** |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Daniel E. Gustafson *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declarations,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge