IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

**MOTION FOR ADMISSION OF JASON A. KILENE *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jason S. Kilene, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice*, on behalf of GVL Pipe & Demolition, Inc. in the above-captioned case. In support of this motion, Mr. Kilene provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached as Exhibit B.

Respectfully submitted on this 7th day of January, 2008.

    /s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar No. 153742)
Benjamin D. Brown (D.C. Bar No. 495836)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br>          Defendants. | Civil Action No. 07-CV-01119 (PLF) |

### DECLARATION OF JASON S. KILENE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jason S. Kilene, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am a partner at the law firm of Gustafson Gluek PLLC, and counsel for GVL Pipe & Demolition, Inc. My office address is 650 Northstar East, 608 Second Avenue South, Minneapolis, MN 55402. My business telephone number is 612.333.8844.

3. I am a member of the Minnesota State Bar, No. 024773X, the North Dakota State Bar, No. 05207, and the U.S. District Court for the District of Minnesota.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone number of the sponsoring attorney of record for plaintiff GVL Pipe & Demolition, Inc. is:

> Michael D. Hausfeld (D.C. Bar No. 153742)
> Benjamin D. Brown (D.C. Bar No. 495836)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of January, 2008, at Minneapolis, MN.

Jason S. Kilene (MN 024773X)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
612.333.8844
jkilene@gustafsongluek.com

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | **Civil Docket No. 1:07-mc-00489-PLF**<br><br>**MDL 1869** |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Jason S. Kilene and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge