IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

## MOTION FOR ADMISSION OF PATRICK HOWARD *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Patrick Howard, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of GVL Pipe & Demolition, Inc. in the above-captioned case. In support of this motion, Mr. Howard provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached as Exhibit B.

Respectfully submitted on this 7th day of January, 2008

    /s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar No. 153742)
Benjamin D. Brown (D.C. Bar No. 495836)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION COMPANY, KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br>　　　　　　　　　　　Defendants. | Civil Action No. 07-CV-01119 (PLF) |

**DECLARATION OF PATRICK HOWARD IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Patrick Howard, make the following declaration pursuant to 28 U.S.C. § 1746:

1.　I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2.　I am associated with the law firm of Saltz, Mongeluzzi, Barrett & Bendesky, P.C., and am counsel for GVL Pipe & Demolition, Inc. My office address is 1650 Market Street, One Liberty Place, 52nd Floor, Philadelphia, PA 19103. My business telephone number is 215.496.8282.

3.　I am a member of the Pennsylvania State Bar, No. 88572. I am also admitted to the New Jersey State Bar, and the U.S. District Court for the Eastern District of Pennsylvania, and the U.S. District Court for the District of New Jersey.

4.　I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone number of the sponsoring attorney of record for plaintiff GVL Pipe & Demolition, Inc. is:

> Michael D. Hausfeld (D.C. Bar No. 153742)
> Benjamin D. Brown (D.C. Bar No. 495836)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 4th day of January, 2008, at Philadelphia, PA.

_____
Patrick Howard (PA 88572)
**Saltz, Mongeluzzi, Barrett & Bendesky, P.C.**
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103
215.496.8282
Phoward@smbb.com

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Patrick Howard *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declarations,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge