IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

**MOTION FOR ADMISSION OF SIMON B. PARIS *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Simon B. Paris, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* on behalf of GVL Pipe & Demolition, Inc. in the above-captioned case. In support of this motion, Mr. Paris provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached as Exhibit B to this Motion.

Respectfully submitted on this 7th day of January, 2008.

   /s/ Benjamin D. Brown
Michael D. Hausfeld (D.C. Bar No. 153742)
Benjamin D. Brown (D.C. Bar No. 495836)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, D.C. 20005
Phone: 202.408.4600
Fax: 202.408.4699

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GVL PIPE & DEMOLITION, INC., on behalf of itself and all others similarly situated, : : : Plaintiff, : : v. : : ASSOCIATION OF AMERICAN RAILROADS, : BNSF RAILWAY COMPANY, CSX : TRANSPORTATION COMPANY, KANSAS CITY : SOUTHERN RAILWAY COMPANY, NORFOLK : SOUTHERN RAILWAY COMPANY, AND UNION : PACIFIC RAILROAD COMPANY, : Defendants. : : | Civil Action No. 07-CV-01119 (PLF) |

**DECLARATION OF SIMON B. PARIS IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Simon B. Paris, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am associated with the law firm of Saltz, Mongeluzzi, Barrett & Bendesky, P.C., and am counsel for GVL Pipe & Demolition, Inc. My office address is 1650 Market Street, One Liberty Place, 52nd Floor, Philadelphia, PA 19103. My business telephone number is 215.496.8282.

3. I am a member of the New Jersey State Bar, No. 04982-1996. I am also admitted to the U.S. District Court for the District of New Jersey.

4. I hereby certify that I have never been disciplined by any Bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I reside and practice law from an office outside this district, am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. The name, address and telephone number of the sponsoring attorney of record for plaintiff GVL Pipe & Demolition, Inc. is:

> Michael D. Hausfeld (D.C. Bar No. 153742)
> Benjamin D. Brown (D.C. Bar No. 495836)
> Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
> 1100 New York Avenue NW
> Suite 500, West Tower
> Washington, D.C. 20005
> Phone: 202.408.4600
> Fax: 202.408.4699

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this ___ day of January, 2008, at Philadelphia, PA.

_____
Simon B, Paris (NJ 04982-1996)
**Saltz, Mongeluzzi, Barrett & Bendesky, P.C.**
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103
215.496.8282
sparis@smbb.com

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | Civil Docket No. 1:07-mc-00489-PLF <br><br> MDL 1869 |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion of Simon B. Paris and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                                                                   _____
                                                                                   The Honorable Paul L. Friedman
                                                                                   United States District Judge