IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION : | Civil Docket No.:1:07-mc-00489-PLF |
| : | MDL 1869 |

MOTION FOR ADMISSION OF G. DOUGLAS JONES *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, G. Douglas Jones, by undersigned sponsoring counsel, moves this Court for permission to appear *pro hac vice* on behalf of Plaintiff West Alabama Sand & Gravel in the above-captioned case. In support of this motion, Mr. Jones provides his Declaration, attached as Exhibit "A". A proposed Order is attached as Exhibit "B".

Respectfully submitted:   January 9, 2008.

*/s/ Roger Adelman*

Roger M. Adelman (DC Bar No. 056358)
THE LAW OFFICE OF ROGER M. ADELMAN
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Motion for Admission of G. Douglas Jones *Pro Hac Vice* was served on the counsel of record for all parties via electronic mail in accordance with the Court's Order on this \_\_\_9th\_\_ day of January, 2008.

                                                                                     /s/ Roger M. Adelman
                                                                                      Roger M. Adelman, Esq.

# EXHIBIT "A"

## DECLARATION OF G. DOUGLAS JONES
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, G. Douglas Jones, declare as follows:

1. My full name is Gordon Douglas Jones.

2. I am a lawyer with the law firm of Whatley Drake & Kallas, LLC, 2001 Park Place North, Suite 1000, Birmingham, Alabama 35203; telephone (205) 328-9576; and fax (205) 328-9669.

3. I am admitted to practice in all courts of the state of Alabama, the United States District courts for the Northern, Middle, and Southern Districts of Alabama, the United States Court of Appeals for the Eleventh Circuit, the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court.

4. I certify that I have not been disciplined by any bar and I am in good standing in all of the referenced courts. Attached is a Certificate of Good Standing for the United State District Court for the Northern District of Alabama.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not live in the District of Columbia, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

7. I am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted this 7th day of January, 2008.

WHATLEY DRAKE & KALLAS LLC

_____
G. Douglas Jones
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
Tel: (205) 328-9576; Fax: (205) 328-9669

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

**CERTIFICATE OF GOOD STANDING**

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

DO HEREBY CERTIFY that **G. DOUGLAS JONES** was duly admitted to practice in said Court on **December 19, 1980**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on December 19, 2007.

SHARON HARRIS, CLERK

By: _____
Deputy Clerk

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No.:1:07-mc-00489-PLF <br><br> MDL 1869 |

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of G. Douglas Jones *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting Declaration,

IT IS, this _____ day of January 2008, ORDERED that the Motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge