## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE:  RAIL FREIGHT FUEL | : | |
| SURCHARGE ANTITRUST LITIGATION | : | **Civil Docket No.:  1:07-mc-00489-PLF** |
| | : | |
| | : | **MDL 1869** |
| | : | |
| | : | |

### MOTION FOR ADMISSION OF RICHARD P. ROUCO *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Richard P. Rouco, by undersigned sponsoring counsel, moves this Court for permission to appear *pro hac vice* on behalf of Plaintiff West Alabama Sand & Gravel in the above-captioned case. In support of this motion, Mr. Rouco provides his Declaration, attached as Exhibit "A". A proposed Order is attached as Exhibit "B".

Respectfully submitted:          January 9, 2008.


Roger M. Adelman (DC Bar No. 056358)
THE LAW OFFICE OF ROGER M. ADELMAN
1100 Connecticut Avenue, NW
Suite 730
Washington, D.C.  20036

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Admission of Richard P. Rouco *Pro Hac Vice* was served on the counsel of record for all parties via electronic mail in accordance with the Court's Order on this ___9th___ day of January, 2008.

Roger M. Adelman, Esq.

# EXHIBIT "A"

## DECLARATION OF RICHARD P. ROUCO
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard P. Rouco, declare as follows:

1.      My full name is Richard P. Rouco.

2.      I am a lawyer with the law firm of Whatley Drake & Kallas, LLC, 2001 Park Place North, Suite 1000, Birmingham, Alabama 35203; telephone (205) 328-9576; and fax (205) 328-9669.

3.      I am admitted to practice in all courts of the state of Alabama, the United States District courts for the Northern, Middle, and Southern Districts of Alabama and the United States Court of Appeals for the Eleventh Circuit.

4.      I certify that I have not been disciplined by any bar and I am in good standing in all of the above referenced courts. Attached is a Certificate of Good Standing for the United State District Court for the Northern District of Alabama.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

6.      I do not live in the District of Columbia, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

7.      I am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this ___7th___ day of January, 2008.

                                WHATLEY DRAKE & KALLAS LLC

                                Richard P. Rouco
                                2001 Park Place North, Suite 1000
                                Birmingham, Alabama 35203
                                Tel: (205) 328-9576; Fax: (205) 328-9669

## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **RICHARD P. ROUCO** was duly admitted to practice in said Court on **March 2, 1995**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on December 18, 2007.

SHARON HARRIS, CLERK

By: _____
Deputy Clerk

# EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:  RAIL FREIGHT FUEL** | : | |
| **SURCHARGE ANTITRUST LITIGATION** | : | **Civil Docket No.:1:07-mc-00489-PLF** |
| | : | |
| | : | **MDL 1869** |
| | : | |
| | : | |

**[PROPOSED] ORDER**

UPON CONSIDERATION  of the Motion for Admission of Richard P. Rouco *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting Declaration,

IT IS, this _____ day of January 2008, ORDERED that the Motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge