# UNITED STATES FEDERAL DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLC<br><br>MDL 1869 |

## ENTRY OF APPEARANCE OF COUNSEL

The parties are hereby notified that Linda P. Nussbaum, a member of the Bar of this Court, hereby enters her appearance as counsel for Plaintiff Isaac Industries, Inc.

Dated: January 9, 2008

Respectfully Submitted,

_____
Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714
lnussbaum@kaplanfox.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Entry of Appearance of Counsel was served on the attorneys of record for all parties via electronic mail in accordance with the Court's Order on the 9th day of January, 2008.

_____
Linda P. Nussbaum