UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) ) ) ) | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of John M. Nannes as counsel for defendant Norfolk Southern Railway Company in the above-captioned case.

Date: January 10, 2008

                                                             Respectfully submitted,

                                                            /s/ John M. Nannes
                                        John M. Nannes, D.C. Bar # 195966
                                        SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                        1440 New York Avenue, N.W.
                                        Washington, D.C. 20005
                                        (202) 371-7000
                                        Email: john.nannes@skadden.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) ) ) ) | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of John M. Nannes was forwarded to the counsel on the attached Service List via regular mail on this 10th day of January 2008.

_____
Katharine A. Alexander

## SERVICE LIST
## In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION

| | |
|---|---|
| Stephen Neuwirth<br>Daniel Brockett<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Paul M. Donovan<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, NW<br>Suite 200<br>Washington, D.C. 20036<br>Telephone: (202) 298-8100<br>Facsimile: (202) 298-8200<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN,<br>CECCHI, STEWART & OLSTEIN<br>5 Beeker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br><br>*Attorneys for Plaintiff Dust Pro, Inc.*<br>*Attorneys for Plaintiff US Magnesium LLC*<br><br>Robert N. Kaplan<br>Gregory Arenson<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: (212) 687-4980<br><br>Lisa J. Rodriguez<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002 | Michael D. Hausfeld<br>Benjamin D. Brown<br>COHEN, MILSTEIN, HAUSFELD &<br>TOLL, P.L.L.C.<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Vincent J. Esades<br>Scott W. Carlson<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br><br>Christian M. Sande<br>CHRISTIAN SANDE LLC<br>2751 Hennepin Avenue South, No. 232<br>Minneapolis, MN 55408<br>Telephone: (612) 387-1430<br>Facsimile: (612) 677-3078<br><br>Timothy I. Peters<br>PETERS LAW FIRM<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>Telephone: (612) 746-1475<br>Facsimile: (612) 874-9793<br><br>*Attorneys for Plaintiff Dakota Granite Company*<br><br>Steven A. Kanner<br>Douglas A. Millen<br>Robert J. Wozniak, Jr.<br>FREED KANNER LONDON & MILLEN<br>LLC |

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Anthony J. Bolognese
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI-LEOPOLD, PA.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th Street, 22nd Floor
New York, NY
Telephone: (212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603

2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
Telephone: (215) 925-8200
Facsimile: (215) 925-0508

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604-4398
Telephone: (312) 939-6280
Facsimile: (312) 939-4661

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Donald Perelman
FINE, KAPLAN & BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

Tim J. Moore
LAW OFFICES OF MORRIS LAING
Old Town Square
300 N. Mead, Suite 200
Wichita, KS 67202
Telephone: (316) 262-2671
Facsimile: (316) 262-6226

Telephone: (312) 984-0000

*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
KOHN SWIFT & GRAF
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry Supply Co.*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Beeker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Steven A. Asher
Robert S. Kitchenoff
WEINSTEIN, KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535

Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER GOLDBERG & IVES, PA.
20 First Plaza
Suite 700
Albuquerque, NM 87102
Telephone: (505) 842-9960
Facsimile: (505) 842-0761

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA 19382
Telephone: (610) 431-9505
Facsimile: (610) 431-1269

*Attorneys for Plaintiff GVL Pipe & Demolition, Inc.*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T. PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
Telephone: (215) 636-9988
Facsimile: (215) 636-9987

*Attorneys for Plaintiff Blue Grass Tobacco Company*

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street
Suite 4500
Jamestown, NY 14701
Telephone: (716) 483-3732
Facsimile: (716) 664-2983

*Attorneys for Plaintiff Strates Shows, Inc.*

James C. Dodge
SHARP McQUEEN, P.A.
207 S. Inman Street
P.O. Box 935
Sublette, KS 67877
Telephone: (620) 675-2272
Facsimile: (620) 675-2782

Isaac L. Diel
SHARP McQUEEN, P.A.
Financial Plaza
6900 College Blvd.
Suite 285
Overland Park, KS 66211
Telephone: (913) 661-9931, Ext. 102
Facsimile: (913) 661-9935

*Attorneys for Plaintiff Sublette Cooperative, Inc.*

Barry Nace
PAULSON & NACE
1615 New Hampshire Avenue, NW
Washington, DC 20009-2520

*Attorneys for Plaintiff Ferraro Foods of North Carolina, LLC*

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Attorney for Dad's Products Company, Inc.*

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

*Attorneys for Plaintiff Bar-Ale, Inc.*

Eugene A. Spector
Jay S. Cohen
William G. Caldes
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Philip A. Steinberg
124 Rockland Avenue
Bala Cynwyd, PA 19004
Telephone: (610) 664-0972
Facsimile: (610) 664-3101

John Phillip McCarthy, Esquire
217 Bay Avenue
Somers Point, NJ 08244

Telephone: (202) 463-1999
Facsimile: (202) 223-6824

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiff Donnelly Commodities Inc.*

Gerard J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Beth R. Targan
BARRACK RODOS & BACINE
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600

Telephone: (609) 653-1094
Facsimile: (609) 653-3029

Jeffrey A. Brodkin, Esquire
1601 Market Street
Suite 2300
Philadelphia, PA 19103
Telephone: (215) 567-1234
Facsimile: (215) 569-0809

John C. Murdock
Theresa Groh
MURDOCK GOLDENBERG
SCHNEIDER & GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 345-8291
Facsimile: (513) 345-8294

*Attorneys for Plaintiff Quality Refractories Installation, Inc.*

Joe R. Whatley, Jr.
Richard P. Rouco
Othni J. Lathram
WHATLEY DRAKE & LAS, LLC
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35203
Telephone: (205) 328-9575
Facsimile: (205) 328-9669

*Attorneys for Plaintiff West Alabama Sand & Gravel, Inc.*

Christopher A. Seeger
Stephen A. Weiss
SEEGER WEISS LLP
550 Broad Street
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393

Jonathan Shub
Terrianne Benedetto
SEEGER WEISS LLP

5

Williams J. Schifino, Jr.
Daniel P. Dietrich
WILLIAMS, SCHIFINO, MANGIONE &
STEADY, P.A.
One Tampa City Center
Suite 3200
201 North Franklin St.
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335

*Attorneys for Plaintiff Cedar Farms Co., Inc.*

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street
Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street
Suite 1700
San Francisco, CA 94111-5618
Telephone: (415) 544-0200

Robert G. Pahlke
PAHLKE, SMITH, SNYDER, PETTIT &
EUBANKS
1904 First Avenue
P.O. Box 1204
Scottsbluff, Nebraska 69363-1204

*Attorneys for Plaintiff Stateline Bean Producers*

Michelle A. Parfitt
ASHCRAFT & GEREL LLP
2000 L Street, NW
Suite 400
Washington, D.C. 20036

1515 Market Street
Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

William M. Audet
Michael McShane
AUDET & PARTNERS, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Paul M. Weiss
FREED & WEISS, LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602
Telephone: (312) 220-0000
Facsimile: (312) 220-7777

*Attorneys for Plaintiff Complete Transportation Systems, Inc.*

James R. Malone
Michael D. Gottsch
Joseph G. Sander
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Bernard Persky
Christopher J. McDonald
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0868
Facsimile: (212) 883-7068

Robert Schachter

Telephone: (202) 783-6400
Facsimile: (202) 416-6392

Matthew H. Armstrong
Jerome J. Schlichter
Roger C. Denton
100 S. Fourth Street
Suite 900
Saint Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5171

*Attorneys for Plaintiff RB Rubber Products, Inc.*

Jared Stamell
Stamell & Schager LLP
One Liberty Plaza
35th Floor
New York, NY 10006
Telephone: (212) 566-4047

*Attorneys for Plaintiff Agway Liquidating Trust*

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002

Alexander E. Barnett
THE MASON LAW FIRM, LLP
1120 Avenue of the Americas
Suite 4019
New York, NY 10036
Telephone: (212) 362-5770
Facsimile: (917) 591-5227

Gary E. Mason
THE MASON LAW FIRM, LLP
1225 19th Street, NW
Suite 500
Washington, D.C. 20038
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
Michael F. Ram

Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER &
ZWERLING LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

L. Kendall Satterfield
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, NW
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Bryan L. Cobes
Ellen Meriwether
Jennifer Winter Sprengel
CAFFERTY FAUCHER LLP
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

*Attorneys for Plaintiff Nizhnekainsknefiekhim USA, Inc.*

On Behalf of Defendants:

Richard J. Favretto
Mark W. Ryan
Gary A. Winters
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006

LEVY, RAM & OLSON
639 Front Street
Fourth Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Donald Amamgbo
AMAMGBO & ASSOCIATES
7901 Oakport Street
Suite 4900
Oakland, CA 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025

Reginald Terrell
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

*Attorneys for Plaintiff Fayus Enterprises*

Jared Stamell
John C. Crow
Stamell & Schager LLP
One Liberty Plaza
35th Floor
New York, NY 10006
Telephone: (212) 566-4047

Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
Telephone: (212) 608-1900

Edward W. Cochran
20030 Marchmont Road
Shaker Heights, OH 44122
Telephone: (216) 751-5546

*Attorneys for Plaintiff Maroon Incorporated*

Telephone: (202) 263-3000

*Attorneys for Defendant BNSF Railway Company*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-5116

*Attorneys for Defendant CSX Transportation, Inc.*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700

*Attorneys for Defendant Kansas City Southern Railway Company*

Mark Leddy
David I. Gelfand
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Ave., NW
Washington, D.C. 20006
Telephone: (202) 974-1500

*Attorneys for Defendant Association of American Railroads*

Alan M. Wiseman
Joseph Ostoyich
Melissa Kimmel
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 783-0800

|  | *Attorneys for Defendant Union Pacific Railroad Company* |
|---|---|