UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter the appearance of Tara L. Reinhart as counsel for defendant Norfolk Southern Railway Company in the above-captioned case.

Date: January 10, 2008

Respectfully submitted,

   /s/ Tara L. Reinhart
Tara L. Reinhart, D.C. Bar # 462106
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
Email: tara.reinhart@skadden.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLF<br><br>MDL 1869 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of Tara L. Reinhart was forwarded to the counsel on the attached Service List via regular mail on this 10th day of January 2008.

Katharine A. Alexander

# SERVICE LIST
## In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION

| | |
|---|---|
| Stephen Neuwirth<br>Daniel Brockett<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Paul M. Donovan<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, NW<br>Suite 200<br>Washington, D.C. 20036<br>Telephone: (202) 298-8100<br>Facsimile: (202) 298-8200<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN<br>5 Beeker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br><br>*Attorneys for Plaintiff Dust Pro, Inc.*<br>*Attorneys for Plaintiff US Magnesium LLC*<br><br>Robert N. Kaplan<br>Gregory Arenson<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: (212) 687-4980<br><br>Lisa J. Rodriguez<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002 | Michael D. Hausfeld<br>Benjamin D. Brown<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>Vincent J. Esades<br>Scott W. Carlson<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692<br><br>Christian M. Sande<br>CHRISTIAN SANDE LLC<br>2751 Hennepin Avenue South, No. 232<br>Minneapolis, MN 55408<br>Telephone: (612) 387-1430<br>Facsimile: (612) 677-3078<br><br>Timothy I. Peters<br>PETERS LAW FIRM<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>Telephone: (612) 746-1475<br>Facsimile: (612) 874-9793<br><br>*Attorneys for Plaintiff Dakota Granite Company*<br><br>Steven A. Kanner<br>Douglas A. Millen<br>Robert J. Wozniak, Jr.<br>FREED KANNER LONDON & MILLEN LLC |

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Anthony J. Bolognese
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI-LEOPOLD, PA.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th Street, 22nd Floor
New York, NY
Telephone: (212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603

2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
Telephone: (215) 925-8200
Facsimile: (215) 925-0508

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604-4398
Telephone: (312) 939-6280
Facsimile: (312) 939-4661

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Donald Perelman
FINE, KAPLAN & BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

Tim J. Moore
LAW OFFICES OF MORRIS LAING
Old Town Square
300 N. Mead, Suite 200
Wichita, KS 67202
Telephone: (316) 262-2671
Facsimile: (316) 262-6226

Telephone: (312) 984-0000

*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
KOHN SWIFT & GRAF
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry Supply Co.*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Beeker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Steven A. Asher
Robert S. Kitchenoff
WEINSTEIN, KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535

Joseph Goldberg
FREEDMAN BOYD DANIELS HOLLANDER GOLDBERG & IVES, PA.
20 First Plaza
Suite 700
Albuquerque, NM 87102
Telephone: (505) 842-9960
Facsimile: (505) 842-0761

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA 19382
Telephone: (610) 431-9505
Facsimile: (610) 431-1269

*Attorneys for Plaintiff GVL Pipe & Demolition, Inc.*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T. PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
Telephone: (215) 636-9988
Facsimile: (215) 636-9987

| | |
|---|---|
| *Attorneys for Plaintiff Blue Grass Tobacco Company*<br><br>Michael J. Boni<br>Joanne Zack<br>Joshua D. Snyder<br>BONI & ZACK LLC<br>15 St. Asaphs Rd.<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 822-0200<br>Facsimile: (610) 822-0206<br><br>Arthur N. Bailey<br>Arthur N. Bailey & Associates<br>111 West Second Street<br>Suite 4500<br>Jamestown, NY 14701<br>Telephone: (716) 483-3732<br>Facsimile: (716) 664-2983<br><br>*Attorneys for Plaintiff Strates Shows, Inc.*<br><br>James C. Dodge<br>SHARP McQUEEN, P.A.<br>207 S. Inman Street<br>P.O. Box 935<br>Sublette, KS 67877<br>Telephone: (620) 675-2272<br>Facsimile: (620) 675-2782<br><br>Isaac L. Diel<br>SHARP McQUEEN, P.A.<br>Financial Plaza<br>6900 College Blvd.<br>Suite 285<br>Overland Park, KS 66211<br>Telephone: (913) 661-9931, Ext. 102<br>Facsimile: (913) 661-9935<br><br>*Attorneys for Plaintiff Sublette Cooperative, Inc.*<br><br>Barry Nace<br>PAULSON & NACE<br>1615 New Hampshire Avenue, NW<br>Washington, DC 20009-2520 | *Attorneys for Plaintiff Ferraro Foods of North Carolina, LLC*<br><br>Steig D. Olson<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br><br>*Attorney for Dad's Products Company, Inc.*<br><br>Paul F. Bennett<br>Steven O. Sidener<br>Joseph M. Barton<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market Street<br>Suite 2300<br>San Francisco, CA 94105<br>Telephone: (415) 777-2230<br>Facsimile: (415) 777-5189<br><br>*Attorneys for Plaintiff Bar-Ale, Inc.*<br><br>Eugene A. Spector<br>Jay S. Cohen<br>William G. Caldes<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br><br>Philip A. Steinberg<br>124 Rockland Avenue<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 664-0972<br>Facsimile: (610) 664-3101<br><br>John Phillip McCarthy, Esquire<br>217 Bay Avenue<br>Somers Point, NJ 08244 |

Telephone: (202) 463-1999
Facsimile: (202) 223-6824

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiff Donnelly Commodities Inc.*

Gerard J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Beth R. Targan
BARRACK RODOS & BACINE
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600

Telephone: (609) 653-1094
Facsimile: (609) 653-3029

Jeffrey A. Brodkin, Esquire
1601 Market Street
Suite 2300
Philadelphia, PA 19103
Telephone: (215) 567-1234
Facsimile: (215) 569-0809

John C. Murdock
Theresa Groh
MURDOCK GOLDENBERG
SCHNEIDER & GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 345-8291
Facsimile: (513) 345-8294

*Attorneys for Plaintiff Quality Refractories Installation, Inc.*

Joe R. Whatley, Jr.
Richard P. Rouco
Othni J. Lathram
WHATLEY DRAKE & LAS, LLC
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35203
Telephone: (205) 328-9575
Facsimile: (205) 328-9669

*Attorneys for Plaintiff West Alabama Sand & Gravel, Inc.*

Christopher A. Seeger
Stephen A. Weiss
SEEGER WEISS LLP
550 Broad Street
Newark, NJ 07102
Telephone: (973) 639-9100
Facsimile: (973) 639-9393

Jonathan Shub
Terrianne Benedetto
SEEGER WEISS LLP

5

Williams J. Schifino, Jr.
Daniel P. Dietrich
WILLIAMS, SCHIFINO, MANGIONE & STEADY, P.A.
One Tampa City Center
Suite 3200
201 North Franklin St.
Tampa, FL 33602
Telephone: (813) 221-2626
Facsimile: (813) 221-7335

*Attorneys for Plaintiff Cedar Farms Co., Inc.*

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street
Suite 2200
San Francisco, CA 94104
Telephone: (415) 544-0200

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street
Suite 1700
San Francisco, CA 94111-5618
Telephone: (415) 544-0200

Robert G. Pahlke
PAHLKE, SMITH, SNYDER, PETTIT & EUBANKS
1904 First Avenue
P.O. Box 1204
Scottsbluff, Nebraska 69363-1204

*Attorneys for Plaintiff Stateline Bean Producers*

Michelle A. Parfitt
ASHCRAFT & GEREL LLP
2000 L Street, NW
Suite 400
Washington, D.C. 20036

1515 Market Street
Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029

William M. Audet
Michael McShane
AUDET & PARTNERS, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

Paul M. Weiss
FREED & WEISS, LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602
Telephone: (312) 220-0000
Facsimile: (312) 220-7777

*Attorneys for Plaintiff Complete Transportation Systems, Inc.*

James R. Malone
Michael D. Gottsch
Joseph G. Sander
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Bernard Persky
Christopher J. McDonald
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0868
Facsimile: (212) 883-7068

Robert Schachter

| | |
|---|---|
| Telephone: (202) 783-6400<br>Facsimile: (202) 416-6392<br><br>Matthew H. Armstrong<br>Jerome J. Schlichter<br>Roger C. Denton<br>100 S. Fourth Street<br>Suite 900<br>Saint Louis, MO 63102<br>Telephone: (314) 621-6115<br>Facsimile: (314) 621-5171<br><br>*Attorneys for Plaintiff RB Rubber Products, Inc.*<br><br>Jared Stamell<br>Stamell & Schager LLP<br>One Liberty Plaza<br>35th Floor<br>New York, NY 10006<br>Telephone: (212) 566-4047<br><br>*Attorneys for Plaintiff Agway Liquidating Trust*<br><br>Lisa J. Rodriguez<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: (856) 795-9002<br><br>Alexander E. Barnett<br>THE MASON LAW FIRM, LLP<br>1120 Avenue of the Americas<br>Suite 4019<br>New York, NY 10036<br>Telephone: (212) 362-5770<br>Facsimile: (917) 591-5227<br><br>Gary E. Mason<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, NW<br>Suite 500<br>Washington, D.C. 20038<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>Michael F. Ram | Joseph Lipofsky<br>Paul Kleidman<br>ZWERLING, SCHACHTER &<br>ZWERLING LLP<br>41 Madison Avenue<br>New York, NY 10010<br>Telephone: (212) 223-3900<br>Facsimile: (212) 371-5969<br><br>Marvin A. Miller<br>Lori A. Fanning<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street<br>Suite 2910<br>Chicago, IL 60603<br>Telephone: (312) 332-3400<br><br>L. Kendall Satterfield<br>FINKELSTEIN THOMPSON LLP<br>The Duvall Foundry<br>1050 30th Street, NW<br>Washington, D.C. 20007<br>Telephone: (202) 337-8000<br>Facsimile: (202) 337-8090<br><br>Bryan L. Cobes<br>Ellen Meriwether<br>Jennifer Winter Sprengel<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Philadelphia, PA 19103<br>Telephone: (215) 864-2800<br>Facsimile: (215) 864-2810<br><br>*Attorneys for Plaintiff<br>Nizhnekainsknefiekhim USA, Inc.*<br><br>On Behalf of Defendants:<br><br>Richard J. Favretto<br>Mark W. Ryan<br>Gary A. Winters<br>MAYER BROWN LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006 |

| | |
|---|---|
| LEVY, RAM & OLSON<br>639 Front Street<br>Fourth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 433-4949<br>Facsimile: (415) 433-7311<br><br>Donald Amamgbo<br>AMAMGBO & ASSOCIATES<br>7901 Oakport Street<br>Suite 4900<br>Oakland, CA 94621<br>Telephone: (510) 615-6000<br>Facsimile: (510) 615-6025<br><br>Reginald Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br><br>*Attorneys for Plaintiff Fayus Enterprises*<br><br>Jared Stamell<br>John C. Crow<br>Stamell & Schager LLP<br>One Liberty Plaza<br>35th Floor<br>New York, NY 10006<br>Telephone: (212) 566-4047<br><br>Christopher Lovell<br>Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>Telephone: (212) 608-1900<br><br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>Telephone: (216) 751-5546<br><br>*Attorneys for Plaintiff Maroon Incorporated* | Telephone: (202) 263-3000<br><br>*Attorneys for Defendant BNSF Railway Company*<br><br>Richard McMillan, Jr.<br>Kent A. Gardiner<br>Kathryn D. Kirmayer<br>CROWELL & MORING LLP<br>1101 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-5116<br><br>*Attorneys for Defendant CSX Transportation, Inc.*<br><br>Reid L. Ashinoff<br>Michael S. Gugig<br>SONNENSCHEIN, NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 768-6700<br><br>*Attorneys for Defendant Kansas City Southern Railway Company*<br><br>Mark Leddy<br>David I. Gelfand<br>CLEARY GOTTLIEB STEEN & HAMILTON<br>2000 Pennsylvania Ave., NW<br>Washington, D.C. 20006<br>Telephone: (202) 974-1500<br><br>*Attorneys for Defendant Association of American Railroads*<br><br>Alan M. Wiseman<br>Joseph Ostoyich<br>Melissa Kimmel<br>HOWREY LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Telephone: (202) 783-0800 |

|  | *Attorneys for Defendant Union Pacific Railroad Company* |
|---|---|