IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Action No. 1:07-mc-00489 (PLF) <br><br> MDL No. 1869 |

**JOINT MOTION TO REACTIVATE**
**THE JOINT MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1**

All Plaintiffs and Defendants hereby move the Court for an order reactivating their Joint Motion for Entry of Proposed Pretrial Order No. 1, which was filed on December 7, 2007 and erroneously terminated in the Court's docketing system. In support of the motion, the parties state as follows:

1.  On December 3, 2007, plaintiffs Dust Pro and U.S. Magnesium, joined by certain other plaintiffs, filed a motion for a status conference (Dkt. # 3).

2.  On December 7, 2007, plaintiffs (including Dust Pro and U.S. Magnesium) and defendants filed a Joint Motion for Entry of Proposed Pretrial Order No. 1 (Dkt. # 5). As a consequence, on December 11, 2007, Dust Pro and U.S. Magnesium filed a notice of withdrawal of their earlier motion for a status conference (Dkt. # 7). The intent was to withdraw Docket # 3.

3.  The electronic docket sheet contains the notation "Terminated" in connection with both Docket # 3 *and* Docket # 5. It therefore appears that Dust Pro and U.S. Magnesium's notice of withdrawal was erroneously applied to the joint motion (Dkt. # 5), instead of only the Dust Pro/U.S. Magnesium motion for a status conference (Dkt. #3).

4.  All Plaintiffs and Defendants respectfully request that their joint motion for entry of Pretrial Order No. 1 (Dkt. # 5) be reactivated on the Court's docket.

WHEREFORE, all Plaintiffs and Defendants respectfully request that the Court reactivate the Joint Motion for Entry of Pretrial Order No. 1.

Dated: January 14, 2008

| | |
|---|---|
| By: /s/ Stephen Neuwirth_____<br>Stephen Neuwirth<br>Daniel Brockett<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>**On behalf of plaintiffs Dust Pro, Inc. and US Magnesium LLC and other plaintiffs and counsel (listed below)**<br><br><br>Paul M. Donovan (D.C. Bar # 105189)<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, NW, Suite 200<br>Washington, DC 20036<br>(202) 298-8100<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN, CHECCHI, STEWART & OLSTEIN<br>5 Beeker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>*Attorneys for Plaintiff Dust Pro, Inc.*<br>*Attorneys for Plaintiff US Magnesium LLC* | By: /s/ Michael D. Hausfeld_____<br>Michael D. Hausfeld (D.C. Bar #153742)<br>Benjamin D. Brown (D.C. Bar #495836)<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>(202) 408-4600<br><br>**On behalf of plaintiff Dakota Granite Company and other plaintiffs and counsel (listed below)**<br><br><br>Vincent J. Esades<br>Scott W. Carlson<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 338-4605<br><br>Christian M. Sande<br>CHRISTIAN SANDE LLC<br>2751 Hennepin Avenue South, No. 232<br>Minneapolis, MN 55408<br>(612) 387-1430<br><br>Timothy J. Peters<br>PETERS LAW FIRM<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>(612) 746-1475<br><br>*Attorneys for Plaintiff Dakota Granite Company* |

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Lisa J. Rodriquez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
(215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
(484) 342-0700

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
(215) 925-8200

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue, Suite 1000
Chicago, IL 60604-4398
(312) 939-6280

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Donald Perelman
FINE, KAPLAN & BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
(215) 567-6565

Tim J. Moore
LAW OFFICES OF MORRIS LAING
Old Town Square
300 N. Mead, Suite 200
Wichita, KS 67202
(316) 262-2671

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th Street, 22nd Floor
New York, New York
(212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, IL  60603

*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
KOHN SWIFT & GRAF
One South Broad Street
Suite 2100
Philadelphia, PA
(215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry Supply Co.*

Steven A. Asher
Robert S. Kitchenoff
WEINSTEIN, KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200

Joseph Goldberg
FREEDMAN BOYD DANIELS
HOLLANDER GOLDBERG & IVES, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA 19382
(610) 431-9505

*Attorneys for Plaintiff GVL Pipe & Demolition, Inc.*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T. PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
(215) 636-9988

*Attorneys for Plaintiff Ferraro Foods of North Carolina, LLC*

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200

4

| | |
|---|---|
| James E. Cecchi, Esq.<br>Lindsey H. Taylor, Esq.<br>CARELLA, BYRNE, BAIN, GILFILLAN,<br>    CECCHI, STEWART & OLSTEIN<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>Christopher A. Seeger<br>Stephen A. Weiss<br>Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>(215) 564-2300<br><br>*Attorneys for Plaintiff Blue Grass Tobacco Company* | Arthur N. Bailey<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 West Second Street<br>Suite 4500<br>Jamestown, NY   14701<br>(716) 483-3732<br><br>*Attorneys for Plaintiff Strates Shows, Inc.*<br><br>James C. Dodge<br>SHARP McQUEEN, P.A.<br>207 S. Inman<br>P.O. Box 935<br>Sublette, KS 67877<br>(620) 675-2272<br><br>Isaac L. Diel<br>SHARP McQUEEN, P.A.<br>Financial Plaza<br>6900 College Blvd. – Suite 285<br>Overland Park, KS 66211<br>(913) 661-9931, Ext. 102<br><br>*Attorneys for Plaintiff Sublette Cooperative, Inc.*<br><br>Barry Nace (D.C. Bar #130724)<br>PAULSON & NACE<br>1615 New Hampshire Avenue, N.W.<br>Washington, DC 20009-2520<br>(202) 463-1999<br><br>Bruce L. Simon<br>Esther L. Klisura<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>(415) 433-9000 |

|   |   |
|---|---|
|   | Clifford H. Pearson<br>Gary S. Soter<br>Daniel L. Warshaw<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>(818) 788-8300<br><br>Thomas V. Girardi<br>GIRARDI KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>(213) 977-0211<br><br>*Attorneys for Plaintiff Donnelly Commodities Inc.*<br><br>Steig D. Olson<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022<br>(212) 838-7797<br><br>*Attorney for Dad's Products Company, Inc.*<br><br>Paul F. Bennett<br>Steven O. Sidener<br>Joseph M. Barton<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>(415) 777-2230<br><br>*Attorneys for Plaintiff Bar-Ale, Inc.*<br><br>Eugene A. Spector<br>Jay S. Cohen<br>William G. Caldes<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300 |

Philip A. Steinberg
124 Rockland Avenue
Bala Cynwyd, PA 19004
(610) 664-0972

John Phillip McCarthy, Esquire
217 Bay Avenue
Somers Point NJ 08244
(609) 653-1094

Jeffrey A. Brodkin, Esquire
1601 Market Street
Suite 2300
Philadelphia, PA 19103
(215) 567-1234

John C. Murdock
Theresa Groh
MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
(513) 345-8291

*Attorneys for Plaintiff Quality Refractories Installation, Inc.*

Joe R. Whatley, Jr.
Richard P. Rouco
Othni J. Lathram
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35203
(205) 328-9575

*Attorneys for Plaintiff West Alabama Sand & Gravel, Inc.*

|  | Gerard J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman<br>Beth R. Targan<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>(215) 963-0600<br><br>Williams J. Schifino, Jr.<br>Daniel P. Dietrich<br>WILLIAMS, SCHIFINO, MANGIONE & STEADY, PA.<br>One Tampa City Center, Suite 3200<br>201 North Franklin St.<br>Tampa Fl. 33602<br>(813) 221-2626<br><br>*Attorneys for Plaintiff Cedar Farms Co., Inc.*<br><br>Chrisopher A. Seeger<br>Stephen A. Weis<br>550 Broad St.<br>Suite 920<br>Newark, NJ 07102<br>(973) 639-9100<br><br>Jonathan Shub<br>TerriAnne Benedetto<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>(215) 564-2300<br><br>William M. Audet<br>Michael McShane<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco CA 94105<br>(415) 568-2555 |

Paul M. Weiss
FREED & WEISS, LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000

*Attorneys for Plaintiff Complete Transportation Systems, Inc.*

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
(415) 544-0200

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine St., Suite 1700
San Francisco, California 94111-5618
(415) 544-0200

Robert G. Pahlke
PAHLKE, SMITH, SNYDER, PETITT & EUBANKS
1904 First Avenue
Post Office Box 1204
Scottsbluff, Nebraska 69363-1204

*Attorneys for Plaintiff Stateline Bean Producers*

James R. Malone
Michael D. Gottsch
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

|  | Bernard Persky<br>Christopher J. McDonald<br>LABATON SUCHAROW & RUDOFF LLP<br>100 Park Avenue<br>New York, New York, 10017<br>(212) 907-0700<br><br>Robert Schachter<br>Joseph Lipofsky<br>Paul Kleidman<br>ZWERLING, SCHACHTER & ZWERLING LLP<br>41 Madison Avenue<br>New York, N.Y. 10010<br>(212) 223-3900<br><br>Marvin A. Miller<br>Lori A. Fanning<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street<br>Suite 2910<br>Chicago, IL 60603<br>(312) 332-3400<br><br>L. Kendall Satterfield<br>FINKELSTEIN THOMPSON LLP<br>The Duvall Foundry<br>1050 30th Street, N.W.<br>Washington, D.C. 20007<br>(202) 337-8000<br><br>Bryan L. Cobes<br>Ellen Meriwether<br>Jennifer Winter Sprengel<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Philadelphia, PA 19103<br>(215) 864-2800<br><br>*Attorneys for Plaintiff Nizhnekamskneftekhim USA, Inc.* |

*On Behalf of Defendants:*

/s/ Gary A. Winters
Richard J. Favretto (D.C. Bar #156588)
Mark W. Ryan (D.C. Bar #359098)
Gary A. Winters (D.C. Bar #439376)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Attorneys for Defendant BNSF Railway Company*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 628-5116

*Attorneys for Defendant CSX Transportation, Inc.*

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
(213) 892-1800
*Attorneys for Defendant Union Pacific Railroad Company*

John M. Nannes
Tara Reinhart
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorneys for Defendant Norfolk Southern Railway Company*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700

*Attorneys for Defendant Kansas City Southern Railway Company*

Mark Leddy
David I. Gelfand
CLEARY GOTTLIEB STEEN &
HAMILTON
2000 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 974-1500

*Attorneys for Defendant Association of American Railroads*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Action No. 1:07-mc-00489 (PLF)<br><br>MDL No. 1869 |

**[PROPOSED] ORDER**

Before the Court is the motion of plaintiffs and defendants to reactivate their previously-filed Joint Motion for Entry of Pretrial Order No. 1 on the Court's docket. The Court finds the motion well-taken, and accordingly it is hereby

ORDERED that the motion be and it hereby is GRANTED.

Done this ____ day of _____, 2008.

_____
Paul L. Friedman
United States District Judge