IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE:  RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) | 1:07-mc-00489-PLF |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Mark Leddy as counsel in the above-captioned litigation for defendant Association of American Railroads.


January 15, 2008                                                /s/ Mark Leddy
DC Bar Number 404833                                  Mark Leddy
                                                                         Cleary Gottlieb Steen & Hamilton LLP
                                                                         2000 Pennsylvania Avenue, NW
                                                                         Washington, DC 20006
                                                                         Telephone: (202) 974-1500
                                                                         Facsimile:  (202) 974-1999
                                                                         mleddy@cgsh.com

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 15, 2008 a copy of the foregoing Appearance of Mark Leddy was served by electronic transmission through the Court's CM/ECF System on the following parties:

Roger M. Adelman
1100 Connecticut Avenue, NW
Suite 730
Washington, DC 20036
Email: radelman@erols.com


Benjamin D. Brown
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Email: bbrown@cmht.com


Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964
Email: mhausfeld@cmht.com


Jeffrey B. Gittleman
BARRACK, RODOS, BACINE
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Email: jgittleman@barrack.com

Paul M. Donovan
LAROE WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue NW
Suite 200
Washington, DC 20036
Email: paul.donovan@laroelaw.com


Barry Nace
PAULSON & NACE
1615 New Hampshire Avenue, NW
3rd Floor
Washington, DC 20009
Email: bjn@paulsonandnace.com


Michelle A. Parfitt
ASHCRAFT & GEREL
2000 L Street
Suite 400
Washington, DC 20036
Email: mparf@aol.com


Gary Edward Mason
THE MASON LAW FIRM, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036
Email: gmason@masonlawdc.com


Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Email: lnussbaum@kaplanfox.com


Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Email: rkaplan@kaplanfox.com

Gary A. Winters
MAYER BROWN LLP
1909 K Street, NW
Suite 1200
Washington, DC 20006
Email: gwinters@mayerbrownrowe.com


Kathryn D Kirmayer
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
11th Floor
Washington, DC 20004-2595
Email: kkirmayer@crowell.com


John Murray Nannes
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111
Email: jnannes@skadden.com


Tara L. Reinhart
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541
Email: tara.reinhart@skadden.com


Alan Mitchell Wiseman
HOWREY, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004 -2420
Email: wisemana@howrey.com

and was served by U.S. mail, first-class postage prepaid, on the following parties:

>Lawrence W. Schad
>Matthew S. Burns
>James Shedden
>Tony Kim
>SCHAD DIAMOND & SHEDDEN P.C.
>332 S. Michigan Avenue
>Suite 1000
>Chicago, IL 60604


>Daniel Paul Dietrich
>WILLIAMS SCHIFINO MANGIONE & STEADY, PA
>P.O. Box 380
>201 North Franklin Street
>Suite 2600
>Tampa, FL 33601-0380


>Kent Alan Gardiner
>CROWELL & MORING, L.L.P.
>1001 Pennsylvania Avenue, NW
>Washington, DC 20004-2595


>William M. Audet
>Adel A. Nadji
>AUDET & PARTNERS, LLP
>221 Main Street
>Suite 1460
>San Francisco, CA 94105


>Krishna B. Narine
>LAW OFFICE OF KRISHNA B. NARINE, P.C.
>2600 Philmont Avenue
>Huntingdon Valley, PA 19006

William J. Schifino, Jr.
WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.
One Tampa City Center
201 North Franklin Street
Suite 3200
Tampa, FL 33602

Dated:  January 15, 2008         /s/ Emily C. Capehart
                                 Emily C. Capehart