IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION : : : : : | Civil Docket No.:1:07-mc-00489-PLF<br><br>MDL 1869 |

MOTION FOR ADMISSION OF OTHNI J. LATHRAM *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Othni J. Lathram, by undersigned sponsoring counsel, moves this Court for permission to appear *pro hac vice* on behalf of Plaintiff West Alabama Sand & Gravel in the above-captioned case. In support of this Motion, Mr. Lathram provides his Declaration, attached as Exhibit "A". A proposed Order is attached as Exhibit "B".

Respectfully submitted:   January 18, 2008.

/s/ Roger M. Adelman

Roger M. Adelman (DC Bar No. 056358)
THE LAW OFFICE OF ROGER M. ADELMAN
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Admission of Othni J. Lathram *Pro Hac Vice* was served on the counsel of record for all parties via electronic mail in accordance with the Court's Order on this 18 day of January, 2008.

_____
Roger M. Adelman, Esq.

# EXHIBIT "A"

## DECLARATION OF OTHNI J. LATHRAM
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Othni J. Lathram, declare as follows:

1. My full name is Othni J. Lathram.

2. I am a lawyer with the law firm of Whatley Drake & Kallas, LLC, 2001 Park Place North, Suite 1000, Birmingham, Alabama 35203; telephone (205) 328-9576; and fax (205) 328-9669.

3. I am admitted to practice in all courts of the State of Alabama, the United States District Courts for the Northern, Middle, and Southern Districts of Alabama; I am admitted to practice in the State of Texas, the United States District Courts for the Northern and Eastern Districts of Texas; United States District Court for the District of Colorado; United States District Court for the Northern District of California; United States District Court for the Northern District of Illinois; United States District Court for the District of Minnesota; and the United States Court of Appeals for the Second, Fifth, Sixth and Eleventh Circuits.

4. I certify that I have not been disciplined by any bar and I am in good standing in all of the above-referenced courts. Attached is a Certificate of Good Standing for the United States District Court for the Northern District of Alabama.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not live in the District of Columbia, am not regularly employed in this District, and do not regularly engage in the practice of law in this District.

7. I am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 16th day of January, 2008.

WHATLEY DRAKE & KALLAS LLC

Othni J. Lathram
2001 Park Place North, Suite 1000
Birmingham, Alabama 35203
Tel: (205) 328-9576; Fax: (205) 328-9669

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, Sharon Harris, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **OTHNI J. LATHRAM** was duly admitted to practice in said Court on **December 11, 2000** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on January 15, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION : | Civil Docket No.:1:07-mc-00489-PLF |
| : | MDL 1869 |
| : | |

[PROPOSED] ORDER

UPON CONSIDERATION of the Motion for Admission of Othni J. Lathram *Pro Hac Vice* and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting Declaration,

IT IS, this ____ day of January 2008, ORDERED that the Motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge