**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) 1:07-mc-00489-PLF |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Joanne L. Werdel as counsel in the above-captioned litigation for defendant Association of American Railroads.


January 24, 2008
USDC-DC # D00294

/s/ Joanne L. Werdel
Joanne L. Werdel
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile:  (202) 974-1999
jwerdel@cgsh.com

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 24, 2008 a copy of the foregoing Appearance of Joanne L. Werdel was served by electronic transmission through the Court's CM/ECF System on the following parties:

Roger M. Adelman
1100 Connecticut Avenue, NW
Suite 730
Washington, DC 20036
Email: radelman@erols.com


Benjamin D. Brown
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
Email: bbrown@cmht.com


Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964
Email: mhausfeld@cmht.com


Jeffrey B. Gittleman
BARRACK, RODOS, BACINE
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Email: jgittleman@barrack.com

Paul M. Donovan
LAROE WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue NW
Suite 200
Washington, DC 20036
Email: paul.donovan@laroelaw.com


Barry Nace
PAULSON & NACE
1615 New Hampshire Avenue, NW
3rd Floor
Washington, DC 20009
Email: bjn@paulsonandnace.com


Michelle A. Parfitt
ASHCRAFT & GEREL
2000 L Street
Suite 400
Washington, DC 20036
Email: mparf@aol.com


Gary Edward Mason
THE MASON LAW FIRM, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036
Email: gmason@masonlawdc.com


Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Email: lnussbaum@kaplanfox.com


Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
Email: rkaplan@kaplanfox.com

Gary A. Winters
MAYER BROWN LLP
1909 K Street, NW
Suite 1200
Washington, DC 20006
Email: gwinters@mayerbrownrowe.com


Kathryn D Kirmayer
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
11th Floor
Washington, DC 20004-2595
Email: kkirmayer@crowell.com


John Murray Nannes
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111
Email: jnannes@skadden.com


Tara L. Reinhart
MORGAN, LEWIS & BOCKIUS, L.L.P.
1111 Pennsylavania Avenue, NW
Washington, DC 20004-2541
Email: tara.reinhart@skadden.com


Alan Mitchell Wiseman
HOWREY, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004 -2420
Email: wisemana@howrey.com

Gordon Douglas Jones
WHATLEY DRAKE KALLAS LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203
Email: djones@whatleydrake.com

       Richard P. Rouco
       WHATLEY DRAKE & KALLAS, LLC
       2001 Park Place North
       Suite 1000
       Birmingham, AL 35203
       Email: ecf@wdklaw.com

and was served by U.S. mail, first-class postage prepaid, on the following parties:

       Lawrence W. Schad
       Matthew S. Burns
       James Shedden
       Tony Kim
       SCHAD DIAMOND & SHEDDEN P.C.
       332 S. Michigan Avenue
       Suite 1000
       Chicago, IL 60604

       Daniel Paul Dietrich
       WILLIAMS SCHIFINO MANGIONE & STEADY, PA
       P.O. Box 380
       201 North Franklin Street
       Suite 2600
       Tampa, FL 33601-0380

       Kent Alan Gardiner
       CROWELL & MORING, L.L.P.
       1001 Pennsylvania Avenue, NW
       Washington, DC 20004-2595

       William M. Audet
       Adel A. Nadji
       AUDET & PARTNERS, LLP
       221 Main Street
       Suite 1460
       San Francisco, CA 94105

       Krishna B. Narine
       LAW OFFICE OF KRISHNA B. NARINE, P.C.
       2600 Philmont Avenue
       Huntingdon Valley, PA 19006

William J. Schifino, Jr.
WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.
One Tampa City Center
201 North Franklin Street
Suite 3200
Tampa, FL 33602

Matthew H. Armstrong
SCHLICHTER BOGARD & DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603

Carol V. Gilden
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
39 South LaSalle Street
Suite 1100
Chicago, IL 60603

Daniel E. Gunstafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Patrick Howard
Simon B. Paris
SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
1650 Market Street
One Liberty Place
52nd Floor
Philadelphia, PA 19103

        Thomas A. Muzilla
        THE MUZILLA LAW FIRM, LLC
        Tower at Erieview
        1301 East 9th Street
        Suite 1100
        Cleveland, OH 44114

Dated: January 24, 2008        /s/ Emily C. Capehart
                                                       Emily C. Capehart