UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | Civil Docket No. 1:07-mc-00489-PLC<br><br>MDL 1869 |

### ENTRY OF APPEARANCE OF COUNSEL

The parties are hereby notified that Ronald J. Aranoff hereby enters his appearance as counsel for Plaintiff Somerset Industries, Inc.

Dated: January 28, 2008

Respectfully Submitted,

_____
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street - 22nd Floor
New York, NY 10016
Telephone: (212) 779-1414
Fax: (212) 779-3218
aranoff@bernlieb.com