UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FRIEGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) Civil Docket No. 1:07-mc-00489-PLF<br>)<br>) MDL 1869<br>) |

**ENTRY OF APPEARANCE**

Please take notice that Matthew H. Armstrong hereby enters his appearance as counsel for Plaintiff RB Rubber Products, Inc.

Dated: January 29, 2008

                                            Respectfully submitted,

                                            /s/ Matthew H. Armstrong
                                            Matthew H. Armstrong
                                               D.C. Bar No. 974272
                                            SCHLICHTER BOGARD & DENTON
                                            100 S. Fourth Street, Suite 900
                                            Saint Louis MO 63102
                                            Tel: 314-621-6115
                                            Fax: 314-621-5171
                                            marmstrong@uselaws.com