# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |
| This document relates to:<br><br>ALL CASES | ) ) ) ) ) | |

## NOTICE OF APPEARANCE

Comes now, Sonnenschein Nath & Rosenthal LLP, by Reid L. Ashinoff and Michael S. Gugig, attorneys for Defendant The Kansas City Southern Railway Company ("KCS"), and hereby enter this Notice of Appearance on KCS' behalf in the above-captioned action.

Dated: New York, New York
      February 4, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Reid L. Ashinoff (rashinoff@sonnenschein.com)
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212-768-6700
Facsimile: 212-768-6800

By: _____
Michael S. Gugig (mgugig@sonnenschein.com)
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212-768-6700
Facsimile: 212-768-6800

Attorneys for Defendant
  The Kansas City Southern Railway Co.

17587480.V-1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |
| This document relates to: | |
| ALL CASES | **CERTIFICATE OF SERVICE** |

I am an attorney at law who is admitted to practice in the United States District Court for the Southern District of New York, and other state and federal courts, who has been permitted to practice in the above-captioned action pursuant to paragraph 8 the Court's January 31, 2008 Order. I certify that the Notice of Appearance of Sonnenschein Nath & Rosenthal LLP, by Reid L. Ashinoff and Michael S. Gugig, on behalf of Defendant The Kansas City Southern Railway Company, has been served on the attorneys identified on the attached service list via U.S. Postal Service First Class Mail.

Dated: New York, New York
       February 4, 2008

_____
Michael S. Gugig

| | |
|---|---|
| Gordon Douglas Jones<br>Othni J. Lathram<br>Richard P. Rouco<br>WHATLEY DRAKE KALLAS LLC<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203 | Carol V. Gilden<br>Michael D. Hausfeld<br>Benjamin D. Brown<br>COHEN MILSTEIN HAUSFELD & TOLL,<br>PLLC<br>1100 New York Ave., NW<br>Suite 500, West Tower<br>Washington, DC 20005 |
| Matthew S. Burns<br>Tony Kim<br>Lawrence W. Schad<br>James Shedden<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 South Michigan Avenue, Suite 1000<br>Chicago, IL 60604 | Patrick Howard<br>Simon B. Paris<br>SALTZ, MONGELUZZI, BARRETT &<br>BENDESKY, P.C.<br>1650 Market Street<br>One Liberty Place, 52nd Floor<br>Philadelphia, PA 19103 |
| Daniel E. Gunstafson<br>Jason S. Kilene<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | Thomas A Muzilla<br>THE MUZILLA LAW FIRM, LLC<br>Tower at Erieview<br>1301 East 9th St., Suite 1100<br>Cleveland, OH 44114 |
| Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE,<br>P.C.<br>2600 Philmont Avenue<br>Huntingdon Valley, PA 19006 | Roger M. Adelman<br>THE LAW OFFICES OF ROGER M.<br>ADELMAN<br>1100 Connecticut Avenue, NW<br>Suite 730<br>Washington, DC 20036 |
| Daniel Paul Dietrich<br>William J. Schifino, Jr.<br>WILLIAMS SCHIFINO MANGIONE &<br>STEADY, PA<br>PO Box 380<br>201 North Franklin St., Suite 2600<br>Tampa, FL 33601 | Jeffrey B. Gittleman<br>BARRACK, RODOS, BACINE<br>2001 Market St., Suite 3300<br>Philadelphia, PA 19103 |
| Mary Jane Fait<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ, LLC<br>55 West Monroe St., Suite 1111<br>Chicago, IL 60603 | Paul M. Donovan<br>LAROE WINN, MOERMAN, & DONOVAN<br>1250 Connecticut Avenue, NW<br>Suite 200<br>Washington, DC 20036 |

| | |
|---|---|
| Barry Nace<br>PAULSON & NACE<br>1615 New Hampshire Avenue, NW<br>3rd Floor<br>Washington, DC 20009 | Susan Carole Minkin<br>Michelle A. Parfitt<br>ASHCRAFT & GEREL<br>2000 L Street, Suite 400<br>Washington, DC 20036 |
| Matthew H. Armstrong<br>SCHLICHTER BOGARD & DENTON<br>100 South Fourth St., Suite 900<br>St. Louis, MO 63102 | Gary Edward Mason<br>THE MASON LAW FIRM, LLP<br>1225 19th St., NW<br>Suite 500<br>Washington, DC 20036 |
| Ronald J. Aranoff<br>BERNSTEIN LIEBHARD & LIFSHITZ, LLP<br>10 East 40th St., 22nd Floor<br>New York, NY 10016 | William M. Audet<br>Adel A. Nadji<br>AUDET & PARTNERS, LLP<br>221 Main St., Suite 1460<br>San Francisco, CA 94105 |
| Robert N. Kaplan<br>Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>New York, NY 10022 | David Irving Gelfand<br>Mark Leddy<br>Joanne Louise Werdel<br>CLEARY, GOTTLIEB, STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006 |
| Gary A. Winters<br>MAYER BROWN LLP<br>1909 K Street, NW<br>Suite 1200<br>Washington, DC 20006 | Kent A. Gardiner<br>Kathryn D. Kirmayer<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 |
| John M. Nannes<br>Tara L. Reinhart<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005 | Alan M. Wiseman<br>HOWERY, LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 |