IN THE UNITED STATES DISTRIT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | : <br> : 1:07-mc-00489-PLF <br> : <br> : MDL 1869 <br> : |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Joe R. Whatley, Jr. as counsel in the above-captioned litigation for Plaintiff West Alabama Sand and Gravel.

s/Joe R. Whatley, Jr.
Joe R. Whatley, Jr.

OF COUNSEL:
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, New York 10016
(212) 447-7011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Entry of Appearance of Counsel was served on the attorneys of record for all parties via electronic mail in accordance with the Court's Order on this 5th day of February, 2008.

s/Joe R. Whatley, Jr.
OF COUNSEL