UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | ) ) ) ) ) ) ) ) ) ) ) )   MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

## NOTICE OF APPEARANCE

Comes now Sonnenschein Nath & Rosenthal LLP, attorneys for Defendant The Kansas City Southern Railway Company ("KCS"), and hereby enter this Notice of Appearance of the following attorneys on KCS' behalf in the above-captioned action:

David R. Baum
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 768-6700
Fax: (212) 768-6800
E-mail: dbaum@sonnenschein.com

Robert T. Joseph
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower, 233 S. Wacker Dr.
Chicago, IL 60606
Tel.: (312) 876-8000
Fax: (312) 876-7934
E-Mail: rjoseph@sonnenschein.com

Dated: New York, New York
       February 6, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
    Reid L. Ashinoff
    Michael S. Gugig
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212-768-6700
Facsimile: 212-768-6800

Attorneys for Defendant
The Kansas City Southern Railway Co.

17587747\V-1