UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
:
IN RE:                                                         :
                                                               :
RAIL FREIGHT FUEL SURCHARGE          :    MDL DOCKET NO. 1869
ANTITRUST LITIGATION                                :
                                                               :
---------------------------------------------------------------X

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel enters his appearance on behalf of Plaintiff Maroon Incorporated in the above-entitled action:

>   Imtiaz A. Siddiqui
>   Lovell Stewart Halebian LLP
>   500 Fifth Avenue
>   New York, NY 10110
>   212-608-1900

Dated: February 6, 2008            LOVELL STEWART HALEBIAN LLP

                                   _____
                                   Imtiaz A. Siddiqui
                                   500 Fifth Avenue
                                   New York, New York 10110
                                   (212) 608-1900
                                   *Attorneys for Plaintiff Maroon Incorporated*