# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 1869 Misc. No. 07-489 (PLF) |

## NOTICE OF APPEARANCE

The parties are hereby notified that Eric L. Cramer hereby enters his appearance as counsel for Plaintiff United Co-Operative Farmers, Inc.

Dated: February 11, 2008

          Respectfully submitted,

           /s/ Eric L. Cramer
          Eric L. Cramer
          BERGER & MONTAGUE, P.C.
          1622 Locust Street
          Philadelphia, PA 19103
          Tel: (215) 875-3000
          Fax: (215) 875-4604
          Email: ecramer@bm.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 11, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via the Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order upon Transfer Pursuant to 28 U.S.C. § 1407.

   /s/ Eric L. Cramer