IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION <br><br> This document relates to: <br><br> ALL CASES | MDL Docket No. 1869 <br> Misc. No. 07-489 (PLF) |

## NOTICE OF APPEARANCE

The parties are hereby notified that Stephen R. Neuwirth hereby enters his appearance as counsel for Plaintiff Dust Pro, Inc.

Dated: February 14, 2008

Respectfully submitted,

*/s/ Stephen R. Neuwirth*
Stephen R. Neuwirth
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via the Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407.

_____
Stephen R. Neuwirth