# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION _____ This document relates to: ALL CASES _____ | ) ) ) ) ) ) ) MDL Docket No. 1869 Misc No. 07-489 (PLF) |

## JOINT MOTION FOR APPOINTMENT OF
## WHATLEY DRAKE & KALLAS, LLC AS INTERIM LEAD CLASS COUNSEL
## AND ROGER M. ADELMAN AS LIAISON CLASS COUNSEL

Plaintiffs West Alabama Sand & Gravel, Inc., and RB Rubber Products, Inc., (hereinafter collectively referred to as "Plaintiffs") on behalf of themselves and all others similarly situated, respectfully move this Court, pursuant to Rule 23(g)(2)(A), to appoint Whatley Drake & Kallas, LLC as Interim Lead Class Counsel and Roger M. Adelman as Liaison Class Counsel. Further, Plaintiffs respectfully move that the court to authorize Interim Lead Class Counsel to establish a leadership structure to facilitate the ordered prosecution of the case on behalf of Plaintiffs and the proposed class. Plaintiffs file herewith a Memorandum of Law in support of their motion setting forth the reasons that the appointment of Whatley Drake & Kallas, LLC as Interim Lead Class Counsel and Roger M. Adelman as Liaison Class Counsel is appropriate. Plaintiffs also file herewith a proposed order, attached hereto as Exhibit 1, in accordance with Local Civil Rule 7(c).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Civil Rule 7(m), Plaintiffs believe that oral argument may assist the Court in its consideration of this Motion, and they respectfully move the Court to schedule oral argument concerning the same.

## LOCAL RULE 7(M) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Plaintiffs has conferred with counsel for other Plaintiffs in this litigation, but could not reach agreement as to the specific relief sought by this motion.

Dated: February 15, 2008

Respectfully Submitted,

/s/ Richard P. Rouco
Joe R. Whatley, Jr.
Richard P. Rouco
G. Douglas Jones
Othni J. Lathram
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35203
Tel: 205.328.9576
Fax: 205.328.9669

Roger M. Adelman
THE LAW OFFICE OF ROGER M. ADELMAN
1100 Connecticut Avenue, N.W.
Suite 730
Washington, D.C. 20036
Tel: 202.822.0600
Fax: 202.822.6722
*Local Counsel*


*Counsel for Plaintiff West Alabama Sand & Gravel, Inc.*


/s/ Matthew H. Armstrong
Matthew H. Armstrong
SCHLICHTER BOGARD & DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102
Tel: 314.621.6115
Fax: 314.621.7151

Michelle A. Parfitt
Susan Carole Minkin
ASHCRAFT & GEREL
2000 L Street, NW
Suite 400
Washington, DC
Tel: 202.783.6400
Fax: 202.416.6392
*Local Counsel*

*Counsel for Plaintiff RB Rubber Products, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the email-registered participants as identified on the Notice of Electronic Filing ("NEF") on February 15, 2008.

/s/ Richard P. Rouco
OF COUNSEL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: ALL CASES )<br>) | MDL Docket No. 1869<br>Misc No. 07-489 (PLF) |

## PROPOSED ORDER GRANTING JOINT MOTION FOR APPOINTEMNT OF WHATLEY DRAKE & KALLAS, LLC AS INTERIM LEAD CLASS COUNSEL AND ROGER M. ADELMAN AS LIAISON CLASS COUNSEL

Upon the joint motion of Plaintiffs West Alabama Sand & Gravel Inc. and RB Rubber Products, Inc., for appointment of Whatley Drake & Kallas, LLC, ad Interim Lead Class Counsel and Roger M. Adelman as Liaison class counsel, and it appearing to the Court that the appointment of Interim Lead Class Counsel is necessary to the efficient administration of this case, it is hereby ORDERED as follows:

## I.    APPOINTMENT AND ORGANIZATION OF PLAINTIFFS' COUNSEL

Whatley Drake & Kallas is hereby appointed to serve as Interim Lead Class Counsel pursuant to Fed. R. Civ. P. 23(g)(2)(A) and to act on behalf of the Plaintiffs and the putative Class in this action and all subsequently filed actions. Roger M. Adelman is appointed as Liaison Class Counsel. The Court also authorizes Interim Lead Class Counsel to establish a leadership structure to facilitate the efficient and orderly prosecution of the case on behalf of Plaintiffs and the proposed class.

The Responsibilities of Interim Lead Class Counsel include as follows:

1.    Interim Lead Class Counsel is expected to maintain communications and promote harmonious dealings among all Plaintiffs' counsel. In addition, Interim Lead Class Counsel shall provide general supervision of the activities of Plaintiffs' counsel.

2.     Interim Lead Class Counsel shall maintain lists of all Plaintiffs' counsel and their respective addresses and will be responsible for receiving and distributing, to all Plaintiffs' counsel in the action, all notices, orders and other communications from the Court. Interim Lead Class Counsel shall keep complete files of all materials received and make those materials available for inspection at reasonable hours.

3.     No pleadings or other papers shall be filed or tasks performed by Plaintiffs' counsel without the advance approval of Interim Lead Class Counsel. No discovery shall be conducted by Plaintiffs without the advance approval of Plaintiffs' Interim Lead Class Counsel. This is intended to prevent the duplication of pleadings, discovery or tasks by Plaintiffs' counsel. All pleadings or other papers filed with the Court on behalf of any Plaintiffs shall be filed through Interim Lead Class Counsel.

4.     All Plaintiffs' counsel shall submit to Interim Lead Class Counsel a record of time expended and expenses incurred in the manner, form and frequency directed by Interim Lead Class Counsel.

## II.    COMMUNICATION AMONG COUNSEL

The Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation. Accordingly, the mere communication of otherwise privileged information between and among Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the work product doctrine. Similarly, the mere communication of information among and between counsel for defendants shall not be deemed a waiver of any applicable privilege.

Counsel for all parties are directed to cooperate with one another, wherever possible, to promote the expeditious handling of pre-trial proceedings in this action.

DONE and ORDERED this the ___ day of _____, 2008.


                                        _____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

# ATTORNEYS TO BE NOTIFIED

**Roger M. Adelman**
1100 Connecticut Avenue, NW
Suite 730
Washington, DC 20036
(202) 822-0600
(202) 822-6722 (fax)
radelman@erols.com
*Assigned: 12/17/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**WEST ALABAMA SAND &
GRAVEL, INC.**
*(Plaintiff)*

**Ronald J. Aranoff**
BERNSTEIN LIEBHARD &
LIFSHITZ, LLP
10 East 40th Street
22nd Floor
New York, NY 10016
(212) 779-1414
(212) 779-3218 (fax)
aranoff@bernlieb.com
*Assigned: 01/28/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**SOMERSET INDUSTRIES,
INC.**
*(Consol Plaintiff)*

**Matthew H. Armstrong**
SCHLICHTER BOGARD &
DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)
marmstrong@uselaws.com
*Assigned: 01/23/2008*
*ATTORNEY TO BE NOTICED*

representing

**RB RUBBER PRODUCTS,
INC.**
*(Plaintiff)*

**Reid L. Ashinoff**
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
(212) 768-6800 (fax)
rashinoff@sonnenschein.com
  *Assigned: 02/04/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**KANSAS CITY
SOUTHERN RAILWAY
COMPANY**
*(Defendant)*

**William M. Audet**
AUDET & PARTNERS, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
(415) 568-2555
(415) 568-2556 (fax)
  *Assigned: 12/18/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**COMPLETE
TRANSPORATION
SYSTEMS, INC.**
*(Consol Plaintiff)*

**Benjamin D. Brown**
COHEN, MILSTEIN, HAUSFELD
& TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
bbrown@cmht.com
  *Assigned: 11/14/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**DAKOTA GRANITE
COMPANY**
*(Plaintiff)*

**FERRARO FOODS OF
NORTH CAROLINA, LLC**
*(Plaintiff)*

**GVL PIPE &
DEMOLITION, INC.**
*(Plaintiff)*

**MCINTYRE GROUP, LTD.**
*(Plaintiff)*

**STRATES SHOWS, INC.**
*(Plaintiff)*

**SUBLETTE COOPERATIVE, INC.**
*(Plaintiff)*

| | | |
|---|---|---|
| **Matthew S. Burns**<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br>(312) 939-6280<br>(312) 939-4661 (fax)<br>*Assigned: 11/14/2007*<br>*ATTORNEY TO BE NOTICED* | representing | **MCINTYRE GROUP, LTD.**<br>*(Plaintiff)* |
| **Eric L. Cramer**<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3009<br>(215) 875-5809 (fax)<br>ecramer@bm.net<br>*Assigned: 02/11/2008*<br>*ATTORNEY TO BE NOTICED* | representing | **UNITED CO-OPERATIVE FARMERS, INC.**<br>*(Consol Plaintiff)* |
| **Daniel Paul Dietrich**<br>WILLIAMS SCHIFINO MANGIONE & STEADY, PA<br>P.O. Box 380<br>201 North Franklin Street<br>Suite 2600<br>Tampa, FL 33601-0380<br>(813) 221-2626<br>(813) 221-7335 (fax)<br>*Assigned: 11/26/2007* | representing | **CEDAR FARMS CO., INC.**<br>*(Plaintiff)* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. Donovan**
LAROE WINN, MOERMAN &
DONOVAN
1250 Connecticut Avenue NW
Suite 200
Washington, DC 20036
(202) 298-8100
202-298-8200 (fax)
paul.donovan@laroelaw.com
  *Assigned: 11/28/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**US MAGNESIUM LLC**
*(Plaintiff)*


**DUST PRO, INC.**
*(Plaintiff)*

**Mary Jane Fait**
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603
(312) 984-0000
(312) 984-0001 (fax)
fait@whafh.com
  *Assigned: 01/23/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**ZINIFEX TAYLOR
CHEMICALS, INC.**
*(Plaintiff)*

**Kent Alan Gardiner**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2578
202-628-5116 (fax)
kgardiner@crowell.com
  *Assigned: 11/14/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**CSX TRANSPORTATION,
INC.**
*(Defendant)*

**David Irving Gelfand**
CLEARY, GOTTLIEB, STEEN &
HAMILTON
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801                representing        **ASSOCIATION OF**
(202) 974-1690                                              **AMERICAN RAILROADS**
(202) 974-1999 (fax)                                        *(Defendant)*
dgelfand@cgsh.com
 *Assigned: 11/14/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Carol V. Gilden**
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
39 South LaSalle Street
Suite 1100                                                  **DAD'S PRODUCTS CO.,**
Chicago, IL 60603                        representing        **INC.**
(312) 357-0370                                              *(Plaintiff)*
(312) 357-0369 (fax)
 *Assigned: 01/23/2008*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Jeffrey B. Gittleman**
BARRACK, RODOS, BACINE
2001 Market Street
Suite 3300
Philadelphia, PA 19103                                      **CEDAR FARMS CO., INC.**
(215) 963-0600                           representing        *(Plaintiff)*
(215) 963-0838 (fax)
jgittleman@barrack.com
 *Assigned: 12/27/2007*
 *ATTORNEY TO BE NOTICED*


**Michael S. Gugig**
SONNENSCHEIN NATH &
ROSENTHAL LLP                                               **KANSAS CITY**
1221 Avenue of the Americas                                 **SOUTHERN RAILWAY**
New York, NY 10020                       representing        **COMPANY**
(212) 768-6700                                              *(Defendant)*
(212) 768-6800 (fax)
mgugig@sonnenschein.com

*Assigned: 02/04/2008*
*ATTORNEY TO BE NOTICED*

**Daniel E. Gunstafson**
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402                representing
(612) 333-8844
  *Assigned: 01/14/2008*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**GVL PIPE &
DEMOLITION, INC.**
*(Plaintiff)*

**Michael D. Hausfeld**
COHEN, MILSTEIN, HAUSFELD
& TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005-3964            representing
(202) 408-4600
(202) 408-4699 (fax)
mhausfeld@cmht.com
  *Assigned: 12/07/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**DAKOTA GRANITE
COMPANY**
*(Plaintiff)*

**Patrick Howard**
SALTZ, MONGELUZZI,
BARRETT & BENDESKY, P.C.
1650 Market Street
One Liberty Place
52nd Floor                           representing
Philadelphia, PA 19103
(215) 496-8282
phoward@smbb.com
  *Assigned: 01/14/2008*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**GVL PIPE &
DEMOLITION, INC.**
*(Plaintiff)*

**Gordon Douglas Jones**
WHATLEY DRAKE KALLAS              representing
LLC

**RAIL FREIGHT FUEL
SURCHARGE
ANTITRUST LITIGATION**

2001 Park Place North
Suite 1000
Birmingham, AL 35203
(205) 328-9576
(205) 328-9669 (fax)
djones@whatleydrake.com
  *Assigned: 01/14/2008*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**- MDL NO. 1869**
*(In Re)*

**Robert N. Kaplan**
KAPLAN FOX & KILSHEIMER
LLP
850 Third Avenue
4th Floor
New York, NY 10022          representing
(212) 687-1980
(212) 687-7714 (fax)
rkaplan@kaplanfox.com
  *Assigned: 01/09/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**ISSAC INDUSTRIES, INC.**
*(Consol Plaintiff)*

**Jason S. Kilene**
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402          representing
(612) 333-8844
jkilene@gustafsongluek.com
  *Assigned: 01/14/2008*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**GVL PIPE &**
**DEMOLITION, INC.**
*(Plaintiff)*

**Tony Kim**
SCHAD DIAMOND & SHEDDEN
P.C.
332 S. Michigan Avenue
Suite 1000          representing
Chicago, IL 60604
(312) 939-6280
(312) 939-4661 (fax)
  *Assigned: 11/14/2007*

**MCINTYRE GROUP, LTD.**
*(Plaintiff)*

*ATTORNEY TO BE NOTICED*

**Kathryn D Kirmayer**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
11th Floor
Washington, DC 20004-2595          representing
(202) 624-2532
kkirmayer@crowell.com
 *Assigned: 11/26/2007*
 *ATTORNEY TO BE NOTICED*

**CSX TRANSPORTATION, INC.**
*(Defendant)*

**Othni J. Lathram**
WHATLEY DRAKE & KALLAS
LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203            representing
(205) 328-9576
(205) 328-9669 (fax)
olathram@wdklaw.com
 *Assigned: 01/24/2008*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

**WEST ALABAMA SAND & GRAVEL, INC.**
*(Plaintiff)*

**Mark Leddy**
CLEARY, GOTTLIEB, STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801         representing
(202) 974-1500
(202)-974-1999 (fax)
mleddy@cgsh.com
 *Assigned: 01/15/2008*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**ASSOCIATION OF AMERICAN RAILROADS**
*(Defendant)*

**Gary Edward Mason**
THE MASON LAW FIRM, LLP
1225 19th Street, NW            representing
Suite 500
Washington, DC 20036

**FAYUS ENTERPRISES**
*(Consol Plaintiff)*

(202) 429-2290
(202) 429-2294 (fax)
gmason@masonlawdc.com
  *Assigned: 12/03/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Susan Carole Minkin**
ASHCRAFT & GEREL
2000 L Street, NW
Suite 400
Washington, DC 20036                    representing
(202) 783-6400
sminkin@ashcraftlaw.com
  *Assigned: 01/29/2008*
  *ATTORNEY TO BE NOTICED*

**RB RUBBER PRODUCTS, INC.**
*(Plaintiff)*

**Thomas A. Muzilla**
THE MUZILLA LAW FIRM, LLC
Tower at Erieview
1301 East 9th Street
Suite 1100                              representing
Cleveland, OH 44114
(216) 458-5880
  *Assigned: 01/14/2008*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

**GVL PIPE & DEMOLITION, INC.**
*(Plaintiff)*

**Barry Nace**
PAULSON & NACE
1615 New Hampshire Avenue, NW
3rd Floor
Washington, DC 20009                    representing
(202)463-1999
(202)223-6824 (fax)
bjn@paulsonandnace.com
  *Assigned: 11/28/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**DONNELLY COMMODITIES INCORPORATED**
*(Plaintiff)*

**Adel A. Nadji**                        representing
AUDET & PARTNERS, LLP

**COMPLETE TRANSPORATION**

221 Main Street
Suite 1460
San Francisco, CA 94105
(415) 568-2555
(415) 568-2556 (fax)
 *Assigned: 12/17/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**SYSTEMS, INC.**
*(Consol Plaintiff)*

**John Murray Nannes**
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111
(202) 371-7500
(202) 661-9191 (fax)
jnannes@skadden.com
 *Assigned: 01/10/2008*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**NORFOLK SOUTHERN
RAILWAY COMPANY**
*(Defendant)*

**Krishna B. Narine**
LAW OFFICE OF KRISHNA B.
NARINE, P.C.
2600 Philmont Avenue
Huntingdon Valley, PA 19006
(215) 914-2460
(215) 914-2462 (fax)
 *Assigned: 11/14/2007*
 *ATTORNEY TO BE NOTICED*

representing

**SUBLETTE
COOPERATIVE, INC.**
*(Plaintiff)*

**Linda P. Nussbaum**
KAPLAN FOX & KILSHEIMER
LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)
lnussbaum@kaplanfox.com
 *Assigned: 01/09/2008*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**ISSAC INDUSTRIES, INC.**
*(Consol Plaintiff)*

**Michelle A. Parfitt**
ASHCRAFT & GEREL
2000 L Street
Suite 400
Washington, DC 20036                                        **RB RUBBER PRODUCTS,**
(202) 783-6400                         representing          **INC.**
(202) 416-6392 (fax)                                        *(Plaintiff)*
mparf@aol.com
  *Assigned: 12/19/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Simon B. Paris**
SALTZ, MONGELUZZI,
BARRETT & BENDESKY, P.C.
1650 Market Street
One Liberty Place
52nd Floor                                                  **GVL PIPE &**
Philadelphia, PA 19103                 representing          **DEMOLITION, INC.**
(215) 496-8282                                              *(Plaintiff)*
sparis@smbb.com
  *Assigned: 01/14/2008*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*


**Tara L. Reinhart**
MORGAN, LEWIS & BOCKIUS,
L.L.P.
1111 Pennsylavania Avenue, NW                               **NORFOLK SOUTHERN**
Washington, DC 20004-2541                                   **RAILWAY COMPANY**
(202) 467-7442                         representing          *(Defendant)*
tara.reinhart@skadden.com
  *Assigned: 01/10/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Richard P. Rouco**                                        **RAIL FREIGHT FUEL**
WHATLEY DRAKE & KALLAS,                                      **SURCHARGE**
LLC                                                         **ANTITRUST LITIGATION**
2001 Park Place North                  representing          **- MDL NO. 1869**
Suite 1000                                                  *(In Re)*
Birmingham, AL 35203

(205) 328-9576
(205) 328-9669 (fax)
ecf@wdklaw.com
 *Assigned: 01/14/2008*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*


**Lawrence W. Schad**
SCHAD DIAMOND & SHEDDEN
P.C.
332 S. Michigan Avenue
Suite 1000                                      representing        **MCINTYRE GROUP, LTD.**
Chicago, IL 60604                                                   *(Plaintiff)*
(312) 939-6280
(312) 939-4661 (fax)
 *Assigned: 11/14/2007*
 *ATTORNEY TO BE NOTICED*


**William J. Schifino, Jr.**
WILLIAMS SCHIFINO
MANGIONE & STEADY, P.A.
One Tampa City Center
201 North Franklin Street
Suite 3200                                      representing        **CEDAR FARMS CO., INC.**
Tampa, FL 33602                                                     *(Plaintiff)*
(813) 221-2626
(813) 221-7335 (fax)
 *Assigned: 11/26/2007*
 *ATTORNEY TO BE NOTICED*


**James Shedden**
SCHAD DIAMOND & SHEDDEN
P.C.
332 S. Michigan Avenue
Suite 1000                                      representing        **MCINTYRE GROUP, LTD.**
Chicago, IL 60604                                                   *(Plaintiff)*
(312) 939-6280
(312) 939-4661 (fax)
 *Assigned: 11/14/2007*
 *ATTORNEY TO BE NOTICED*


**Imtiaz A. Siddiqui**                          representing        **MAROON**

LOVELL STEWART HALEBIAN
LLP
500 Fifth Avenue
58th Floor
New York, NY 10110
(212) 608-1900
(212) 719-4775 (fax)
isiddiqui@lshllp.com
  *Assigned: 02/06/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**INCORPORATED**
*(Consol Plaintiff)*

**Joanne Louise Werdel**
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Room 1130
Washington, DC 20001
(202) 354-3039
jwerdel@cgsh.com
  *Assigned: 01/24/2008*
  *ATTORNEY TO BE NOTICED*

representing

**ASSOCIATION OF
AMERICAN RAILROADS**
*(Defendant)*

**Joe R. Whatley, JR.**
WHATLEY DRAKE & KALLAS,
LLC
1540 Broadway
37th Floor
New York, NY 10036
212-447-7070
212-447-7077 (fax)
jwhatley@wdklaw.com
  *Assigned: 02/05/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**WEST ALABAMA SAND &
GRAVEL, INC.**
*(Plaintiff)*

**Gary A. Winters**
MAYER BROWN LLP
1909 K Street, NW
Suite 1200
Washington, DC 20006
(202) 263-3000
(202) 263-3300 (fax)

representing

**BNSF RAILWAY
COMPANY**
*(Defendant)*

gwinters@mayerbrownrowe.com
*Assigned: 11/14/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Mitchell Wiseman**
HOWREY, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004 -2420
(202) 383-6638
(202) 383-6610 (fax)
wisemana@howrey.com
*Assigned: 12/20/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**UNION PACIFIC
RAILROAD COMPANY**
*(Defendant)*