UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
IN RE RAIL FUEL SURCHARGE        )
ANTITRUST LITIGATION             )
_____)   MDL Docket No. 1869
                                 )     Misc No. 07-489 (PLF)
This document relates to:  ALL CASES  )
_____)

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR APPOINTMENT
OF WHATLEY DRAKE & KALLAS, LLC AS INTERIM LEAD CLASS COUNSEL
AND ROGER M. ADELMAN AS LIAISON CLASS COUNSEL**

Plaintiffs West Alabama Sand & Gravel, Inc., and RB Rubber Products, Inc., (hereinafter collectively referred to as "Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully file this Memorandum of Law in Support of their Joint Motion to Appoint Whatley Drake & Kallas, LLC as Interim Lead Class Counsel, to appoint Roger Adelman as Liaison Class Counsel, and to authorize Interim Lead Class Counsel to establish a leadership structure to facilitate the orderly prosecution of the case on behalf of all named Plaintiffs and the proposed class.  In further support of this Motion, Plaintiffs submit the affidavit of Richard P. Rouco as a part hereof, with respect to the factual matters asserted herein.

I.    **INTRODUCTION**

The attorneys of Whatley Drake & Kallas are uniquely suited to best serve the interests of the class in this action given their experience, knowledge of the law, and possession of the resources necessary to effectively pursue this litigation.  The law firm of Whatley Drake & Kallas, which was recently named to the National Law Journal's prestigious "Plaintiff's Hot List", specializes in class action and complex litigation.  The attorneys of Whatley Drake & Kallas vigorously prosecute class actions and have extensive knowledge of both class action and antitrust law.  Further, because of the complexity of the claims and the number of defendants

involved in this action, a leadership structure consisting of three interim class counsel is appropriate in this action, and the attorneys of Whatley Drake & Kallas are willing to coordinate with other firms to minimize duplicative work. In light of their experience and knowledge of the law, Plaintiffs request that the Court grant their motion to appoint Whatley Drake & Kallas as Interim Lead Class Counsel and to appoint Roger M. Adelman as Liaison Class Counsel.

## II.  BACKGROUND

This class action litigation arises from injuries sustained by numerous purchasers of rail freight transportation services as a result of a price fixing conspiracy. On June 22, 2007, the attorneys of Whatley Drake & Kallas, on behalf of West Alabama Sand & Gravel, Inc. ("West Alabama"), filed a class action complaint against CSX Transportation Inc., BNSF Railway Company, Union Pacific Railroad Company, Norfolk Southern Railway Company, and Kansas City Southern Railway Company (hereinafter collectively referred to as "Defendants") in the United States District Court for the Northern District of Alabama for violations of § 1 of the Sherman Antitrust Act. On July 27, 2007, the action was stayed pending a determination by the United States Judicial Panel on Multidistrict Litigation (JPMDL) of whether actions relating to allegations of conspiracy to fix prices of rail fuel surcharges should be centralized pursuant to 28 U.S.C. § 1407. Finding that centralization under § 1407 would best serve the interests of the convenience of the parties and witnesses and would promote the just and efficient conduct of the litigation, the JPMDL transferred Plaintiff's action, along with twelve other actions, to this Court on November 6, 2007.

## III.  ARGUMENT

**A.  A Leadership Structure Consisting of Three Interim Lead Class Counsel is Appropriate.**

In complex nationwide class actions, the Federal Rules of Civil Procedure envision that the Court should implement a leadership structure in the early stages of the litigation to ensure that the proceedings advance in an orderly, expeditious, and cost-effective manner. Indeed, the Advisory Committee's Notes to the recently amended Rule 23(g) stress that "the selection and activity of class counsel are often critically important to the successful handling of the class action." Fed. R. Civ. P. 23(g) (Notes of the Advisory Committee).

Given the complexity and number of defendants involved in the averred conspiracy, a leadership structure consisting of three (3) interim lead class counsel would be appropriate. It is anticipated that interim lead class counsel would agree to create committees and assign certain tasks to firms willing to participate on such committees. By way of example, a committee responsible for conducting discovery as to each defendant could consist of several firms. These firms would coordinate (with interim class counsel) paper discovery and depositions for their assigned defendant. Whatley Drake & Kallas has used this suggested structure in other cases and has experience coordinating the activities of other firms so as to minimize duplicative work.

**B.    Consideration of the Factors Set Forth in Federal Rule of Civil Procedure 23(g) Demonstrates that Whatley Drake and Kallas can Best Serve the Interests of the Proposed Class**

Federal Rule of Civil Procedure 23(g) governs the appointment of class counsel by the Court. Pursuant to Rule 23, a "court may designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action." Rule 23(g)(1)(C)(i) provides the factors that the Court must consider in appointing Interim Lead Class Counsel, including:

- the work counsel has done in identifying or investigating potential claims in the action;

- counsel's experience in handling class actions, other complex litigation, and claims of the type asserted in the action;

- counsel's knowledge of the applicable law; and

- the resources counsel will commit to representing the class;

The Court "may [also] consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class."  Fed. R. Civ. P. 23(g)(1)(C)(ii).  As set forth below, an analysis of the factors set forth in Rule 23(g)(1)(C) demonstrates that the attorneys of Whatley Drake & Kallas are eminently qualified to serve as Interim Lead Class Counsel and will fairly and adequately represent the interests of the proposed class in this litigation.  Accordingly, the Court should grant Plaintiffs' motion to appoint Whatley Drake & Kallas as Interim Lead Class Counsel and Roger M. Adelman as Liaison Class Counsel.

    **1.**    **The Attorneys of Whatley Drake & Kallas Have Completed Substantial Work in Identifying or Investigating Potential Claims in the Action**

Whatley Drake & Kallas has committed numerous attorney hours to researching legal claims and investigating the price fixing conspiracy alleged in this action.  As part of the pre-filing investigation, the attorneys of Whatley Drake & Kallas investigated the rail freight industry's use of rail fuel surcharges to fix prices and to increase revenues without having to renegotiate individual contracts.  Further, the attorneys of Whatley Drake & Kallas conducted further investigation by discussing with West Alabama's representatives the relevant issues such as West Alabama's payment of rail fuel surcharges and the method by which certain of the Defendants calculated the rail fuel surcharges that West Alabama was charged and paid.  The firm also collected invoices from West Alabama to examine the method by which these rail fuel surcharges were calculated.  In sum, Whatley Drake & Kallas has performed, and continues to perform, research on the factual and legal issues in this litigation.

### 2. The Attorneys of Whatley Drake & Kallas are Experienced in Handling Class Actions, Other Complex Litigation, and Antitrust Litigation

The second factor that the Court must consider in appointing class counsel is counsel's experience in handling class action litigation, other complex litigation, and the claims of the type asserted in the action. The attorneys of Whatley Drake & Kallas are experienced attorneys with proven track records for successfully prosecuting major class actions and other complex cases.

Whatley Drake & Kallas specializes in complex class action and derivative litigation and the firm has served and is presently serving in a lead or co-lead counsel capacity in numerous complex class actions and antitrust litigation. Some of the recent lead counsel appointments of Whatley Drake & Kallas in complex antitrust litigation include:

- *In re Brokerage Antitrust Litigation* (USDC District of New Jersey, MDL 1663 Civil Action Nos. 04-5184 (GEB))(PS), 05-1079(GEB)(PS)): Whatley Drake & Kallas currently serves as Co-Lead Counsel in a federal multidistrict litigation antitrust and RICO case against several insurance brokers and companies. The suit alleges that a number of insurance brokerage entities and insurance companies engaged in a RICO conspiracy, violated antitrust laws, and engaged in various bid rigging schemes.

- *In re Pharmacy Benefit Managers Antitrust Litigation* (USDC for the Eastern District of Pennsylvania, MDL 1782, Master File No. 06-md-1782-JF): Whatley Drake & Kallas currently serves as Co-Lead Counsel in a nationwide class action that seeks to ensure patients' access to their selected pharmacists and that independent pharmacists will be able to provide quality care to the people who seek over 1.3 billion prescriptions from them each year.

- *Pickett, et al. v. Tyson Fresh Meats Inc.*, No. CV-96-A-1103-N (Middle District of Alabama): Whatley Drake & Kallas served as Co-Lead Counsel in representing a class of cattle ranchers against the major beef packers for engaging in unilateral conduct that manipulated the price of beef on the cash market. A jury returned a verdict for approximately 1.3 billion dollars. Though the verdict was subsequently set aside, the firm managed to successfully certify a class when prior litigation against the beef packing industry has failed to do so and also tried an antitrust case to a jury that involved, among other things, the presentation of testimony from numerous economic experts.

- *In Re: Lorazepam and Clorazepate Anti-Trust Litigation* (USDC for the District of Columbia, Case No. MDL 1290 (TFH), Case No. 1:01-cv-00159): Whatley Drake & Kallas was appointed as Third Party Payor Lead Class Counsel in this antitrust action

which was transferred by order of the Judicial Panel for Multi-District Litigation to the United States District Court for the District of Columbia.

In addition to the antitrust cases, Whatley Drake & Kallas has also served in leadership positions in other multi-district litigation cases:

- *Love, et al. v. Blue Cross Blue Shield Association, et al.*, (USDC Southern District of Florida, Miami Division, No. 03-21296-CIV-MORENO): Whatley Drake & Kallas was appointed Co-Lead Counsel in a nationwide class action against over sixty Blue Cross and Blue Shield plans as well as the Blue Cross and Blue Shield Association.

- *Thomas v. Blue Cross and Blue Shield Association, et al.*: Whatley Drake & Kallas is Co-Lead Counsel in a class action on behalf of physicians against more than 60 Blue Cross Blue Shield entities across the nation in this action currently pending in the United States District Court for the Southern District of Florida.

- *In re Merck & Co. Inc. Securities Litigation, ERISA and Shareholder Derivative Litigation* (USDC District of New Jersey, MDL No. 1658 (SRC), The Consolidated Securities Action Case No. 3:05-cv-01151-SRC-TJB; Case No. 3:05-CV-02367-SRC-TJB): Whatley Drake & Kallas was appointed Co-Lead Counsel in this shareholder derivative action pending against Merck in Trenton, New Jersey arising out of the marketing an sale of Vioxx.

- *In Re Healthsouth Securities Fraud Litigation* (USDC Northern District of Alabama, Southern Division, Case No. 2:03-CV-01500-KOB-TMP): WD&K serves as liaison counsel for a class of persons defrauded in the sale or purchase of securities issued by HealthSouth, Inc.

- *Mcphail et. al v. First Command* (USDC Southern District of California, Case No.: 3:05-CV-00179-IEG-JMA); Whatley Drake and Kallas is Co-Lead Counsel in a securities fraud case brought against a broker-dealer that plaintiffs have alleged fraudulently marketed certain investments to military families. The case was recently certified as a class of approximately 170,000 military personnel and their dependents.

- *In re Managed Care Litigation* (USDC Southern District of Florida, Miami Division, Master file No. 00-1334-MD-MORENO): Whatley Drake & Kallas is a member of the provider Plaintiffs' Steering Committee representing a class of 900,000 physicians against nine of the largest managed care providers in this federal multidistrict litigation pending in the Southern District of Florida.

- *In re Monumental Life Insurance Company, Industrial Life Insurance Litigation*, MDL Docket No. 1371. Whatley Drake & Kallas served a member of the Plaintiffs' Steering Committee and Class Certification Committee in several cases transferred by order of the Judicial Panel on Multi-District Litigation to the United States District Court for the

Eastern District of Louisiana seeking redress for discriminatory practices of many major insurance companies with respect to the sale of insurance products to minorities.

The work of the Whatley Drake & Kallas and its partners has resulted in numerous high profile settlements in many of the above actions that have provided for billions of dollars for class members, as well as significant corporate reforms. Examples of recent cases in which the firm has served in a leadership role and was extensively involved in the litigation and negotiation of settlements include: *In re: Managed Care Litigation* (resulting in billions of dollars in cash and value to a class of 900,000 physicians throughout the United States); *In re: Brokerage Antitrust Litigation* (a settlement with defendant Zurich Insurance Company on behalf of commercial policyholders for in excess of $100 million); *In re: Quest Savings and Retirement Plan ERISA Litigation* (approximately $37.5 million) *In re: HealthSouth Corporation Securities Litigation* ($445 million); *In re: Denney v. Jenkins & Gilchrist* ($81.6 million settlement on behalf of former clients of Jenkins & Gilchrist in connection with illegal tax shelters); and *In re: MedPartners Securities Litigation* ($65 million).

In summary, the attorneys of Whatley Drake & Kallas are among the most experienced attorneys in the country in the prosecution of class actions and have repeatedly served as lead, co-lead or other primary litigation counsel in such cases. *See* Ex. A to Rouco Aff., Whatley Drake & Kallas Firm Resume. Further, the attorneys of Whatley Drake & Kallas possess the experience necessary to represent the interests of the class with skill and diligence.

    **3.**     **The Attorneys of Whatley Drake & Kallas Have a Comprehensive Understanding of the Applicable Law**

This case is a class action brought pursuant to Federal Rule of Civil Procedure 23 and asserting claims for violations of the Sherman Act. As discussed above and set forth in more detail in the firm resume attached to the Rouco Affidavit as Exhibit A, the attorneys at Whatley Drake & Kallas have extensive experience in prosecuting class actions, including multidistrict litigation.

The attorneys of Whatley Drake & Kallas have been involved in significant class action litigation throughout the nation and have substantial knowledge of the applicable law. Moreover, a significant portion of Whatley Drake & Kallas's practice is devoted to class action antitrust litigation.

Joe R. Whatley, Jr., is a founding partner of Whatley Drake & Kallas with his practice primarily focusing on class action and complex litigation. Mr. Whatley has long represented clients in antitrust, securities fraud and healthcare litigation. Mr. Whatley has had a very active career as a nationally recognized trial lawyer.

A recent profile in The American Lawyer described Mr. Whatley "as a private watchdog" for his work in the ongoing managed care litigation as well as other cases. He has been one of the attorneys representing African Americans and other minorities in the industrial life insurance race discrimination cases throughout the country.

Mr. Whatley has tried cases and handled arguments, in trial and appellate courts throughout the country as well as the United States Supreme Court. Mr. Whatley has tried numerous cases to verdict. He won a $1.28 billion jury verdict on behalf of a class of cattle ranchers against Tyson Fresh Meats, Inc. in *Picket v. Tyson Fresh Meats Inc.*, No. 96-A-1103-N (M.D. Ala.). Mr. Whatley also won what was at the time the largest wrongful death verdict in Louisiana history in *Dunn v. Consolidated Rail Corp.*, 890 F. Supp. 1262 (M.D. La. 1995).

Richard P. Rouco focuses his practice in the areas of class actions, antitrust, ERISA, union labor law, and securities fraud.  Mr. Rouco has experience representing plaintiffs in several antitrust case including, *American Express Consolidated Merchants Antitrust Litigation*, No. 1:04-CV-05432-GBD-THK (S.D.N.Y.), *In Re Household Goods Movers Antitrust Litigation* (MDL 1865), *In Re Pharmacy Benefits Manager Antitrust Litigation* (MDL 1782), *In Re Insurance Brokerage Antitrust Litigation* (MDL 1663), *In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation* (MDL 1720), *In Re International Air Transportation Surcharge Antitrust Litigation* (MDL 1793), *In Re Air Cargo Antitrust Litigation* (MDL 1775), *In Re Graphics Processing Units Antitrust Litigation* (MDL 1826), *In Re Elevator and Escalator Antitrust Litigation* (MDL 1644), *In Re Parcel Tanker Shipping Services Antitrust Litigation* (MDL 1568), *In Re Oxycontin Antitrust Litigation* (MDL 1630) and *In re Digital Music Antitrust Litigation* (MDL 1780).  Mr. Rouco played a central role in successfully certifying a nationwide class in *In Re Pharmacy Benefits Managers Antitrust Litigation* (MDL 1782). He briefed and argued the motion for class certification.  Mr. Rouco is a member of the Alabama Bar and is admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Courts for the Northern, Middle, and Southern Districts of Alabama.  Mr. Rouco has also held several teaching positions including Adjunct Professor at the University of Alabama School of Law from 2003-2005.

G. Douglas Jones joined Whatley Drake & Kallas in June 2001, following his tenure as the United States Attorney for the Northern District of Alabama where he served from 1997 to 2001. Mr. Jones is nationally recognized for his work as United States Attorney for prosecuting two former members of the Ku Klux Klan for the 1963 bombing of the 16th Street Baptist church where four young African-American girls were killed and coordinating the investigation that

9

ultimately led to the conviction of Eric Robert Rudolph for the bombing of a women's clinic in Birmingham and Olympic Park in Atlanta.

With Whatley Drake & Kallas, Mr. Jones concentrates his practice on complex civil and criminal litigation, including class actions, securities fraud, derivatives, anti-trust, environmental and white collar criminal defense. He has been the firm's lead attorney in the *In re: HealthSouth Securities Litigation* and other securities fraud class actions. Mr. Jones has extensive trial experience in state and federal courts throughout the country. In addition to his litigation experience, Mr. Jones currently serves as Special Master to oversee the ongoing environmental clean-up PCB's in Anniston, Alabama pursuant to his appointment by the Chief Judge of the United States District Court for the Northern District of Alabama and the Consent Decree entered in the case of *United States vs. Pharmacia Corp, and Solutia, Inc,* CV-02-C-0749-E, NDAL. He is admitted to practice before numerous federal district courts, the First, Fifth and Eleventh CircuitsCourts of Appeal and the United States Supreme Court.

Othni Lathram's practice concentrates in the area of class actions, complex and multi-district litigation, consumer litigation, commercial litigation, antitrust class actions, securities litigation and arbitration, and labor and employment. Mr. Lathram coordinated all electronic discovery efforts for *In re Managed Care Litigation* (MDL 1334), a multidistrict action brought on behalf of a class of 900,000 physicians against nine of the largest managed care providers. In addition, Mr. Lathram has played an active role in all phases of the prosecution and resolution of *Denney v. Jenkins & Gilchrist, et al*, a case in which Whatley Drake & Kallas serves as co-counsel in representing a number of individuals and putative class members who have sued a number of entities for selling fraudulent tax shelters. Mr. Lathram has also been heavily involved in all aspects of the *In re Pharmacy Benefit Managers Antitrust Litigation*. Mr.

Lathram is a member of the Bar in the States of Alabama and Texas. He is admitted to practice before the U.S. Court of Appeals for the Second, Fifth, Sixth, and Eleventh Circuits and the U.S. District Courts for the Middle, Northern and Southern Districts of Alabama, Northern District of Illinois and District of Colorado

### 4. The Attorneys of Whatley Drake & Kallas Possess and Will Commit the Resources Necessary to Effectively Prosecute This Litigation

Whatley Drake & Kallas has gained a reputation for its aggressive litigation style and its quality legal work. A significant aspect of the firm's resources is its ability to try a complex case. Whatley Drake & Kallas is willing to try a case and take advantage of the skills of its experienced trial lawyers.

Whatley Drake & Kallas has repeatedly demonstrated that it possesses the legal, financial, and logistical resources necessary to properly prosecute complex cases such as this one. Whatley Drake & Kallas presently employs 45 lawyers and has a support staff of 34 people including paralegals, secretaries, and others, all of whom work on complex litigation matters. Whatley Drake & Kallas will commit as many lawyers, paralegals, staff and other resources as necessary to fully and properly represent the interests of the class. In summary, Whatley Drake & Kallas has repeatedly demonstrated that it has the legal, financial, and logistical resources necessary to properly prosecute complex cases such as this one and Whatley Drake & Kallas is prepared to devote the time and resources of both attorneys and staff to ensure the effective prosecution of the claims brought on behalf of the putative class in this litigation.

In addition to the experience of the attorneys of Whatley Drake & Kallas, the experience of attorney Roger Adelman, who is serving as Whatley Drake & Kallas's local counsel in this litigation, also provides an invaluable resource that will allow Whatley Drake & Kallas to effectively prosecute this litigation. *See* Ex. B to Rouco Aff., Biography of Roger Adelman. Mr.

11

Adelman, who has been engaged in the practice of trial law and complex civil and criminal investigation for over 37 years, specializes in trial and litigation practice including class actions and complex litigation. Mr. Adelman also has extensive experience practicing law before the United States District Court for the District of Columbia and he serves as counsel in several cases pending in this district.

Mr. Adelman served as an Assistant United States Attorney in Washington D.C for 18 years where he specialized in trial litigation. Specifically, he served as lead trial prosecutor in a wide variety of cases including the ABSCAM case involving a U.S. Congressman, various white collar offenses, conspiracy cases, RICO prosecutions, as well as homicide, robbery and kidnapping cases. Mr. Adelman was a partner at Kickpatrick & Lockhart in Washington, D.C. and his practice there included representation of individuals and business entities in criminal and civil litigation, environmental cases, grand jury investigations, and administrative proceedings. From April 1996 to September 1996, he served as Senior Deputy Independent Counsel in Washington D.C. Currently Mr. Adelman conducts a trial litigation practice in Washington D.C. where he represents individuals and entities in white collar prosecutions and grand jury investigations and where he litigates complex civil cases. He has worked as plaintiffs' trial counsel in class action cases brought against tobacco companies, and he has also been on the trial teams in class action litigation in the ENRON, AT&T, and HealthSouth cases. Mr. Adelman has worked closely with Milberg Weiss, now Coughlin Stoia, serving as one of the plaintiffs' trial counsel in class action cases brought against the tobacco industry. He has also worked with Coughlin Stoia in securities class actions and other class action litigation.

Mr. Adelman has obtained a reputation for excellence in litigation and trial work, and he has extensive experience trying and litigating cases in this District. By serving as local counsel

for Whatley Drake & Kallas in this litigation, Mr. Adelman provides the attorneys of Whatley Drake & Kallas with additional resources necessary to effectively prosecute this litigation.

## IV.     CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that the Court appoint Whatley Drake & Kallas as Interim Lead Class Counsel and Roger M. Adelman as Liaison Class Counsel. Plaintiffs further request that the Court authorize Interim Lead Class Counsel to establish a leadership structure to facilitate the ordered prosecution of this case on behalf of all Plaintiffs and the putative Class.

Dated: February 15, 2008

Respectfully Submitted,

/s/ Richard P. Rouco
Joe R. Whatley, Jr.
Richard P. Rouco
G. Douglas Jones
Othni J. Lathram
WHATLEY DRAKE & KALLAS, LLC
2001 Park Place North, Suite 1000
P.O. Box 10647
Birmingham, AL 35203
Tel: 205.328.9576
Fax: 205.328.9669

Roger M. Adelman
THE LAW OFFICE OF ROGER M. ADELMAN
1100 Connecticut Avenue, N.W.
Suite 730
Washington, D.C. 20036
Tel: 202.822.0600
Fax: 202.822.6722
*Local Counsel*

*Counsel for Plaintiff West Alabama Sand & Gravel, Inc.*

/s/ Matthew H. Armstrong
Matthew H. Armstrong
SCHLICHTER BOGARD & DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102
Tel: 314.621.6115
Fax: 314.621.7151

Michelle A. Parfitt
Susan Carole Minkin
ASHCRAFT & GEREL
2000 L Street, NW
Suite 400
Washington, DC
Tel: 202.783.6400
Fax: 202.416.6392
*Local Counsel*


*Counsel for Plaintiff RB Rubber Products, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the email-registered participants as identified on the Notice of Electronic Filing ("NEF") on February 15, 2008.

                                                /s/ Richard P. Rouco
                                                OF COUNSEL