**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:  ALL CASES | )<br>)<br>)<br>)<br>)<br>) |

MDL Docket No. 1869
Misc No. 07-489 (PLF)

## AFFIDAVIT OF RICHARD P. ROUCO

1.      My name is Richard P. Rouco.  I am a partner in the law firm of Whatley Drake &
Kallas, LLC.  I make this Affidavit on personal knowledge.

2.      My firm represents Plaintiff West Alabama Sand & Gravel, Inc., in the above-
captioned action.

3.      I submit this Affidavit in support of the Joint Motion for Appointment of Whatley
Drake & Kallas, LLC as Interim Class Counsel and Roger M. Adelman as Liaison Class Counsel
in the above-captioned action.

4.      The firm resume of Whatley Drake & Kallas is attached hereto as Exhibit A.

5.      The biography of Roger M. Adelman is attached hereto as Exhibit B.

6.      I affirm based on personal knowledge that the firm of Whatley Drake & Kallas
has extensive experience in litigating complex federal class actions and that the factual
statements in the memorandum submitted herewith are true and correct.


Signed under the pains and penalties of perjury this the 15th day of February, 2008.


/s/ Richard P. Rouco

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be served electronically through the ECF System on the email-registered participants as identified on the Notice of Electronic Filing ("NEF") on February 15, 2008.

/s/ Richard P. Rouco
OF COUNSEL

# WHATLEY, DRAKE & KALLAS, LLC

**2001 Park Place North, Suite 1000**
**Birmingham, Alabama 35203**
**205.328.9576**

**1540 Broadway, 37th Floor**
**New York, New York 10036**
**212.447.7070**

**28 State Street, 11th Floor**
**Boston, Massachusetts 02109**
**617.573.5118**

**www.wdklaw.com**

## HISTORY

**WHATLEY, DRAKE & KALLAS, LLC**, a forty-five lawyer firm with offices in Birmingham, New York City, and Boston was formed in 1998 as a successor to the firm of Cooper, Mitch, Crawford, Kuykendall & Whatley. Since that time, the firm has concentrated on complex class action and derivative litigation, including securities, ERISA, 401k, healthcare, insurance, antitrust and mass tort & consumer litigation.

WD&K also remains devoted to its longstanding representation of unions and workers throughout the Southeast United States. WD&K represents several Taft-Hartley plans as counsel for the plans, providing advice on a myriad of compliance and litigation issues confronting such plans.

Additionally, WD&K does substantial *pro bono* projects including litigation for persons who are hearing impaired.

In 2006, WD&K expanded from its southern base and opened offices in New York City and Boston. Through this expansion, the firm added 10 litigators with extensive class action experience.

## FIRM LITIGATION

### Securities. Derivative and 401(k) Litigation

Whatley Drake and Kallas has been appointed to leadership positions in numerous securities and 401(k) class actions and derivative litigation. Examples of cases in which WD&K currently holds or has held a leadership position include, among others, the following:

*In Re HealthSouth Corporation Securities Litigation.* WD&K acts as Liaison Counsel in this securities class action pending in the United States District Court for the Northern District of

Alabama. To date, a partial settlement of $455 million with the corporation and board of directors has been approved. The litigation is continuing against the remaining defendants.

*In re Merck & Co., Inc., Securities, ERISA and Shareholder Derivative Litigation.* (USDC District of New Jersey, MDL No. 1658 (SRC), The Consolidated Securities Action Case No. 3:05-CV-01151-SRC-TJB; Case No. 3:05-CV-02367-SRC-TJB). Whatley Drake was appointed co-lead plaintiff counsel in this shareholder derivative action pending against Merck in Trenton, New Jersey arising out of the marketing and sale of Vioxx. Plaintiffs have asserted breach of fiduciary duty, abuse of control, gross mismanagement, waste of corporate assets and unjust enrichment.

*In re MedPartners Securities Litigation.* (CV-98-B-0067-S (NDAL)): Whatley, Drake & Kallas served as liaison counsel in this action which was filed in Circuit Court of Jefferson County, Alabama on behalf of a class of shareholders against MedPartners. A settlement of $65 million was obtained and approved by the court.

*In re Qwest Savings and Retirement Plan ERISA Litigation.* (USDC District of Colorado, Civil Action No. 02-CV-00464-REB-PAC (Consolidated with Civil Action Nos. 02-RB-470, 02-RB-602, 02-RB-714, 02-RB-2120))*:* Whatley Drake was appointed co-lead counsel in this class action filed on behalf of all participants and beneficiaries of Qwest's 401(k) retirement plan. The suit alleged that various fiduciaries of the plan failed to properly exercise their duties as required under ERISA. A settlement of approximately $7.5 million was obtained and approved by the court.

*In re Rankin v. Conaway (Kmart).* WD&K served as lead counsel in this class action on behalf of participants and beneficiaries of Kmart's Retirement Savings Plans who lost money when Kmart filed for bankruptcy. The suit alleged that various fiduciaries of the Plan failed to property exercise their duties as required under ERISA. A settlement of $11.75 million was obtained and approved by the court.

*In re Xcel Energy.* (USDC District of Minnesota, Master File No.: Civil 02-2677 (DSD/FLN), MDL File: 1511, The "ERISA" Actions Case Nos. 03-2218 and 03-2219)*:* Whatley Drake was appointed co-lead counsel on behalf of participants and beneficiaries of Xcel's 401(k) Retirement Plan. A settlement of $8 million was obtained and approved by the court.

*In re Broadwing, Inc. ERISA Litigation.* (USDC Southern District of Ohio, Western Division, Case No. 1:02-CV-00857, Judge Michael H. Watson, Magistrate Judge Timothy S. Hogan)*:* WD&K was co-lead counsel in this class action brought on behalf of the participants and beneficiaries of Cincinnati Bell, Inc. Savings and Securities Plan, the Broadwing Retirement Savings Plan, and the Plans themselves, to remedy defendant's breaches of fiduciary duty under ERISA. A settlement of $11 million was obtained and approved by the court.

*In re Gail Fink, Derivatively On Behalf of Biogen IDEC, Inc.* This action was filed and settled in the Superior Court of the State of California against Biogen and certain of its officers and directors for breach of their fiduciary duties and other violations of California law.

*In re City of Montgomery v. Enron.* This action was originally filed in the Circuit Court of Montgomery, Alabama under the Securities Act of Alabama (the Alabama Act), under sections 11 and 12(2) of the Securities Act of 1933 (1933 Act), and under the statutory and common law

of fraud, unjust enrichment and constructive trust of the State of Alabama, to require defendants to repurchase from Plaintiffs Enron Securities debt securities and Enron common stock which were sold to the Retirement Systems of Alabama by the Defendants. The case was removed to the Middle District of Alabama and then transferred to the Southern District of Texas to be part of the *In re Enron Corp. Securities, Derivative & ERISA Litigation* for coordination and consolidated pretrial proceedings.

*In re Dynegy, Inc. Derivative Litigation.* The firm is counsel for plaintiffs in this stockholder derivative action on behalf of Dynegy, Inc. against certain of Dynegy's officers and directors. It alleges breach of fiduciary duty, abuse of control, gross mismanagement, unjust enrichment and waste of corporate assets and is pending in the District Court of Harris County, Texas.

*Cornerstone Propane Partners, L.P. Derivative Litigation.* The firm represents the plaintiffs in this derivative action which was filed on June 18, 2003. The defendant filed for Chapter 11 Bankruptcy in June of 2004. A case management conference was held on April 26, 2005.

*In re Greg Umeda, Derivatively on Behalf of Elan Corporation PLC.* Joe R. Whatley, Jr. is co-counsel for plaintiffs in this shareholder derivative action on behalf of the company against certain of its officers and directors. The action was filed on March 22, 2005 in the Superior Court of the State of California and seeks to remedy, among other things, defendants' violations of California law.

*In re ARIBA, Inc. Derivative Litigation.* The firm represents the plaintiffs in this verified shareholder derivative action for violation of the Sarbanes-Oxley Act and other violations of California law. It is pending in the United States District Court for the Northern District of California.

*In re Mutual Funds Investment Litigation*, MDL Docket No. 1586 (D. Md.), is a securities lawsuit seeking to recoup damages suffered by mutual fund shareholders caused by market timing and late trading activity. Lawyers at WD&K are actively participating in the litigation of this case on behalf of a class of mutual fund shareholders.

## Insurance and Commercial Litigation

Whatley Drake & Kallas is a leader in complex litigation against the largest insurance, brokerage and managed care companies in the world. WD&K has been appointed to leadership positions in the following cases, among others:

*In re Managed Care Litigation,* MDL Docket No. 1334. (USDC Southern District of Florida, Miami Division, Master File No. 00-1334-MD-MORENO): Whatley, Drake & Kallas is a member of the provider Plaintiffs' Steering Committee representing a class of 900,000 physicians against nine of the largest managed care providers including AETNA, CIGNA, United, Healthnet, Humana, PacifiCare, Prudential and Wellpoint. The suit alleged that these defendants engaged in civil conspiracy in violation of the Racketeering Influenced and Corrupt Organizations Act ("RICO") to wrongfully and fraudulently pay doctors less than the amounts to which they are entitled. The proceeding is currently pending in the United States District Court for the Southern District of Florida. To date, settlements with AETNA, CIGNA, Healthnet, Humana, Prudential and Wellpoint consisting of monetary relief and significant practice changes valued in the billions of dollars have been obtained and approved by the court.

3

*Love, et al. v. Blue Cross Blue Shield Association, et al.* (USDC Southern District of Florida, Miami Division, No. 03-21296-CIV-MORENO): Whatley Drake was appointed co-lead counsel in a nationwide class action against over sixty Blue Cross and Blue Shield plans as well as the Blue Cross and Blue Shield Association. The suit, pending in the Southern District of Florida, alleges that these defendants engaged in civil conspiracy in violation of RICO to wrongfully and fraudulently pay doctors less than the amounts to which they were entitled. On April 27, 2007, a proposed settlement with over ninety percent (90%) of the Blue Cross Blue Shield Plans across the Country was announced consisting of monetary relief and significant practice changes valued at over a billion dollars.

*Thomas v. Blue Cross and Blue Shield Association, et al.* Whatley, Drake & Kallas, LLC is co-lead counsel in a class action on behalf of physicians against more than 60 Blue Cross Blue Shield entities across the nation. The suit alleges that these defendants engaged in a *RICO* conspiracy to wrongfully and fraudulently reimburse doctors. The case is currently pending in the United States District Court for the Southern District of Florida, Miami Division. Settlements have been negotiated with ninety (90%) of the Blue Cross and Blue Shield Plans in the country which have resulted in over $131 million in cash to the class as well as hundreds of millions of dollars of practice reforms to physicians throughout the country.

*In re Monumental Life Insurance Company, Industrial Life Insurance Litigation,* MDL Docket No. 1371. WD&K served as a member of the Plaintiffs' Steering Committee and Class Certification Committee in several cases transferred by order of the Judicial Panel on Multi-District Litigation to the United States District Court for the Eastern District of Louisiana seeking redress for discriminatory practices of many major insurance companies with respect to the sale of life insurance products to minorities including: *Rosebud Montgomery* v. *Life Insurance Company of Georgia, Ada Wilson* v. *United Insurance Company of America, Mattie and John Bratcher* v. *National Standard Life Insurance Company, Capital Security, Monumental Life Insurance Company, Jo Ella Brown* v. *American National Insurance Company, Clarence Ellis, Sr.* v. *Western & Southern Life Insurance Company* and *Diane Walker Jackson* v. *Security Plan Life Insurance Company Formerly Security Industrial Life Insurance Company.* Settlements approximating $500 million have been obtained in these cases and approved by the court. In addition, the firm is involved in representing plaintiffs in the following industrial life class actions: *Moore* v. *Liberty National Life Insurance Company, Carnegie* v. *Mutual Savings Life Insurance Company, Crawford* v. *American General Life & Accident Company* and *Thompson* v. *Metropolitan Life Insurance Company.*

*Denney v. Jenkens & Gilchrist, et al.* Whatley, Drake & Kallas, LLC, serves as co-counsel in representing a number of individuals and a putative class who have sued a number of entities for selling them fraudulent tax shelters. The case has result in a more then $80 million settlement with Jenkens & Gilchrist, which is currently on appeal to the Second Circuit, and remains pending as to the other defendants.

**Antitrust Litigation**

*In re Brokerage Antitrust Litigation* (USDC District of New Jersey, MDL 1663, Civil Action Nos. 04-5184 (GEB))(PS), 05-1079(GEB)(PS)): Whatley Drake currently serves as Co-Lead Counsel and represents a putative class of purchasers of commercial and employer benefit insurance against many of the largest insurance companies and brokers in the country relating to

4

these companies' alleged participation in a conspiracy to manipulate the markets for commercial and employee benefits. Settlements with defendant Zurich Insurance Company on behalf of commercial policyholders for in excess of $100 million and with the brokerage firm Arthur J. Gallagher of approximately $28 million have been obtained and approved by the court.

*In re Parcel Tanker Shipping Services Antitrust Litigation,* (USDC for the District of Connecticut, MDL Docket No. 3:03md1568 (AVC)): Whatley Drake was appointed co-lead counsel of the class of indirect purchasers of shipping services who allege in the pending case that several organizations in the Parcel Tanker industry conspired to fix prices for shipping services.

*In re North Jackson Pharmacy v. Medco, et al.* WD&K represents plaintiff North Jackson Pharmacy in this consolidated action brought on behalf of a nationwide class of independent pharmacies against the largest Prescription Benefit Management companies in the United States. The suit alleges that these PBMs conspired to and engaged in horizontal price fixing of the reimbursement rates paid to independent pharmacies. These actions are pending in the Northern District of Alabama, the Northern District of Pennsylvania and the Northern District of Illinois.

*In re Lorazepam and Clorazepate Anti-Trust Litigation,* MDL Docket No. 1290. WD&K served as Third Party Payor Lead Class Counsel in this antitrust action styled *Arkansas Carpenters Health & Welfare Fund* v. *Mylam Labs, et al.* which was transferred by order of the Judicial Panel for Multi-District Litigation to the United States District Court for the District of Columbia. Settlements of over $100 million were obtained.

*Pickett, et al. v. Tyson Fresh Meats, Inc.,* No. CV-96-A-1103-N (Middle District of Alabama): Whatley Drake served as Co-Lead Counsel in representing a class of cattle ranchers against the major beef packers and producers in the country for conspiring to depress the price of beef on the cash market. The firm was able to successfully certify the class of cattle ranchers at the trial court level and went on to work closely with a team of four economists to develop the damage theories used at trial resulting in a $1.28 billion jury verdict. The verdict was later set aside by the trial judge which decision was affirmed.

### Environmental Litigation

Whatley Drake & Kallas represents thousands of individuals against the manufacturers of toxic substances released into the environment and has played a significant role in several nationally prominent environmental litigations including the following:

*In re Allen v. ALDOT.* WD&K represented residential property owners in three neighborhoods in Montgomery, Alabama harmed by the Alabama Department of Transportation's release of the chemical TCE into the groundwater of a 600-acre area affecting the property of some 1200 homeowners. A settlement of $5.5 million was obtained.

*In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* (USDC Southern District of New York, MDL Docket No. 1358, Case No. 1 CIV 1076 (SAS)): WD&K was appointed to Plaintiffs' Steering Committee in a class action lawsuit against oil companies, oil refiners and distributors that introduced a defective gasoline additive into the marketplace that

easily escaped into the environment and contaminated groundwater. The lawsuit alleged that the defendants knew of the defective nature MTBE and conspired to suppress and conceal this information from class members, the general public and state and federal governments.

*Factory Hog Farm Environmental Litigation.* The firm is involved in litigation against many of the nation's largest industrial hog farm operators on behalf of individuals, land owners and other residents in the vicinity of factory hog farms. These lawsuits seek to recover for the environmental and atmospheric degradation caused by the illegal discharge of harmful toxins and other pollutants contained in the enormous quantities of hog feces and other waste produced by the defendants.

*Monsanto PCB Litigation.(Tolbert, et al v. Monsanto and Pharmacia Corp.*, USDC Civil Action No. 2:01-cv-1407-UWC) WD&K partner G. Douglas Jones was appointed General Special Master by Chief Judge U. W. Clemon to perform specific duties with respect to the implementation of injunctive relief in a massive environmental settlement involving PCB's in Anniston, Alabama.

## Consumer Litigation

Whatley, Drake & Kallas holds leadership roles in many major consumer class actions throughout the country. Whatley, Drake & Kallas is involved in the following consumer class actions among others:

*In re TJX Companies Retail Security Breach Litigation* (USDC for the District Massachusetts, MDL 1838, Case No. 1:07-cv-10162-WGY): Whatley Drake currently serves as co-lead counsel in representing a class of financial institutions against TJX Companies, Inc. and Fifth Third Bancorp as a result of a widely publicized security breach that has recently been described as the largest retail security breach ever to have occurred in the United States, resulting in the compromising of approximately 45 million customer debit and credit cards.

*In re Pharmacy Benefit Managers Antitrust Litigation* (USDC for the Eastern District of Pennsylvania, MDL 1782, Master File No. 06-md-1782-JF): Whatley Drake currently serves as co-lead counsel in a nationwide class action that seeks to ensure patients' access to their selected pharmacists and that independent pharmacists will be able to provide quality care to the people who seek over 1.3 billion prescriptions from them each year.

*In re Local* 68 *v. Merck.* This is a case pending against Merck in New Jersey on behalf of all third-party payors in the United States relating to Merck's marketing of Vioxx. The Court is currently considering whether to certify the case under New Jersey's consumer protection statute.

*In re Sparks v. Lucent & AT&T, formerly In re Residential Telephone Lease Program Contract Litigation.* MDL Docket No. 1165. The firm was involved in a nationwide class action lawsuit concerning the unfair and deceptive trade practices related to the lease and/or sale of phone equipment by the defendants. The firm played a pivotal role in briefing and winning class certification in the litigation and played an active role in settlement of that case.

*In re Bridgestone/Firestone, Inc. ATX, ATXII and Wilderness Tires Products Liability Litigation.* The firm represented consumers seeking, among other things, a broader tire recall, recovery for the cost of tire replacement and recovery for the diminution in the value of Ford Explorer vehicles resulting from design defects in response to a limited recall stemming from the recent spate of tire tread separation and Ford Explorer roll-over occurrences. Whatley, Drake & Kallas

served as a member of the Plaintiffs' Discovery Committee.

*Kim Ann Scott and Malia Knight v. Blockbuster, Inc.* The firm was involved in a class action suit against Blockbuster, Inc. concerning Blockbuster's policies, procedures and practices regarding the imposition of late fees charged on movie rental returns. The lawsuit was settled on a nationwide basis in the District Court for Jefferson County Texas in Beaumont, Texas.

### Pharmaceutical Products Litigation

Whatley, Drake & Kallas is actively involved in representing plaintiffs individually and in class action cases who have been injured by defective pharmaceutical products. Some of the products involved include the following:

*In re New York Bextra and Celebrex Product Liability Litigation* (Supreme Court of the State of New York, County of New York, Index No. 560001/2005, LCP No. 0002/05): Whatley Drake was appointed as Liaison Counsel in this action involving injury claims arising from ingestion of these Cox 2 inhibitors.

*In re Ortho Evra Patch Litigation*, MDL 1742: Whatley, Drake & Kallas is representing women who have suffered vascular injuries resulting from use of the Ortho Evra birth control patch. WD&K has taken an active role as a member of the discovery committee. WD&K participated in the MDL mediation process and as a result settled two of its cases.

*Atypical Antipsychotics*: Whatley, Drake & Kallas is currently representing several hundred individuals who developed diabetes and suffered other injuries as a result of taking Zyprexa and Seroquel. The firm has been actively involved in *In Re: Zyprexa Litigation*, MDL 1596, and has recently settled all of its cases with Eli Lilly.

*In re Seroquel Products Liability Litigation*, MDL Dkts. No. 6:06-mdl-1769-Orl-22DAB (MD of Fla., Orlando Div.). WD&K is actively litigating cases involving the drug Seroquel, manufactured by AstraZeneca.

*In re: Bausch & Lomb, Inc. Contact Lens Solution Products Liability Litigation (*USDC for the District of South Carolina, Case No. 2:06-MN-77777): WDK was appointed to Plaintiffs' Executive Committee in this case involving serious eye injuries resulting from contaminated contact lens solution ReNu MoistureLoc®.

### Medical Device Products Litigation

*In re ProteGen Sling and Vesica System Products Liability Litigation* (USDC for the District of Maryland, Northern Division, MDL Docket No. 1387, Master File No. 1:01-01387)**:** Whatley Drake served as a member of the Plaintiffs' Executive Committee in an action on behalf of hundreds of women all over the country in individual lawsuits who had been implanted with a ProteGen Sling manufactured by Boston Scientific Corporation, used to treat female urinary stress incontinence. These cases were consolidated for coordinated proceedings by order of the Panel for Multi-District Litigation in the USDC for Maryland at Baltimore. In May, 2003, Mr. Whatley assisted in trying a case in Pennsylvania on behalf of a woman injured by the vaginal

sling and obtained a jury verdict on her behalf for $450,000.00. As a result of these efforts, Boston Scientific agreed to settle all the claims made against them related to their vaginal sling product.

*In re Medtronic Implantable Defibrillator Litigation*, MDL 1726 and *In Re: Guidant Implantable Defibrillator Litigation*, MDL 1708 (*Heart Device Cases*. Whatley, Drake & Kallas is currently representing hundreds of individuals who were injured or died prematurely as a result of defective heart defibrillators and pacemakers manufactured by Guidant and Medtronic. Jack Drake and Mitchell M. Breit are actively involved in both MDL 1726 and MDL 1708. The firm is currently chairing the Law and Briefing Committee in the Medtronic litigation. The firm has settled all of its cases.

*In re Guidant Corp. Implantable Defibrillators Products Liability Litigation,* MDL 1708. WD&K has been actively involved in litigating, both at the MDL level, and its individual cases against Boston Scientific.

*Tracheal Stent Cases*: Whatley, Drake & Kallas is currently representing individuals who have been injured as a result of failed tracheal stents manufactured by Boston Scientific.

### Oil & Gas Royalty

The firm has represented oil and gas royalty owners in litigation against oil companies over the past seven to eight years. Settlements have been reached with Torch Energy and LL&E, Inc., and Exxon. The lawsuits arose from the underpayment of royalties and charging impermissible costs. The two cases were settled for in excess of $13 million.

### BIOGRAPHIES

### MEMBERS OF FIRM

### ANDREW C. ALLEN

Mr. Allen was born in New Orleans, Louisiana. He is a member of the Bar of the States of Alabama (1988) and Mississippi (1989). He is admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the Fifth and Eleventh Circuits and U.S. District Courts for the Northern, Middle and Southern District of Alabama and Northern and Southern Districts of Mississippi.

Mr. Allen's complex and multi-district litigation practice is concentrated in the areas of antitrust and trade regulation, labor and employment, civil rights, discrimination, governmental litigation and securities fraud as well as appellate and general practice.

He graduated from Birmingham-Southern College (B.A., cum laude, 1984) and the University of Alabama (J.D., 1988) where he was a member of the John A. Campbell Moot Court Board. Following law school he served as law clerk to Associate Justice Janie L. Shores, Alabama Supreme Court (1988-1989). He is a member of the Birmingham and American (Member, Sections on: Labor and Employment Law; Litigation) Bar Associations, Alabama Association for Justice, American Association for Justice, Alabama State Bar, and Mississippi State Bar.

8

REPORTED CASES: Mangieri v. DCH Healthcare Authority, 304 F.3d 1072 (11th Cir. 2002); Benson v. Tocco, Inc., 113 F.3d 1203 (11th Cir. 1997); Ex parte Green, 689 So.2d 838 (Ala. 1996); Hardy v. Birmingham Bd. of Educ., 634 So.2d 574 (Ala. Civ. App. 1994); Floyd v. Cullman County Bd. of Educ., 575 So.2d 577 (Ala. Civ. App. 1991); Harris v. Florence City Bd. of Educ., 568 So.2d 827 (Ala. Civ. App. 1990).
EMAIL: aallen@wdklaw.com

**MITCHELL M. BREIT**
Mr. Breit was born in Norfolk, Virginia. He is a member of the Bar of The Commonwealth of Virginia (1980), New Jersey (1989) and New York (1990) and is admitted to practice before the U.S. Court of Appeals for the Second Circuit.

Mr. Breit's practice is concentrated in the area of class actions, mass torts, toxic torts, drug and medical device litigation and water pollution.

Mr. Breit serves as liaison counsel in New York State consolidated Bextra-Celebrex litigation, is on the Executive Committee in the *In Re Bausch & Lomb Contact Lens Solution Products Liability Litigation*, MDL 1785, and maintains an active mass tort practice that includes Vioxx, Guidant, and Medtronic defibrillator litigation; environmental contamination class action litigation; and consumer class actions involving the banking industry. He was class co-counsel and court-appointed depository custodian in groundwater contamination litigation in the Southern District of New York involving the gasoline additive MTBE. He formerly represented the County of Suffolk, New York and the Suffolk County Water Authority in their claims against the petroleum industry for MTBE contamination. Mr. Breit was also co-counsel in union health and welfare fund tobacco litigation, which included multiple class actions in numerous jurisdictions.

He is a member of the American Bar Association, Federal Bar Council Inn of Court, Virginia State Bar, American Association for Justice, the New York State Trial Lawyers Association, where he is a member of the Board of Directors, and Association of the Bar of the City of New York, where he currently serves on the Committee on the Judiciary and previously served on Committees involving: Art Law, State Courts of Superior Jurisdiction, Federal Legislation and Law Student Perspectives. He is a graduate of the University of North Carolina (B.A. 1972) and Southwestern University (J.D. 1979).
EMAIL: mbreit@wdklaw.com

**GLEN M. CONNOR**
Mr. Connor was born in Ft. Walton Beach, Florida. His practice is concentrated in the areas of ERISA, employee benefits, bankruptcy and pension plans.

He is a member of the Alabama Bar and is admitted to practice before the U.S. Court of Appeals for the Third, Sixth, and Eleventh Circuits and U.S. District Courts for the Northern, Middle and Southern Districts of Alabama. Mr. Connor attended Birmingham-Southern College (B.A., cum laude, 1981) and the University of Alabama (J.D., 1984) where he was a member of the John A. Campbell Moot Court Board (1983-1984). He is a member of the Alabama State Bar and

9

American Bar Association.

REPORTED CASES: Rankin v. Rots, 220 F.R.D. 511 (E.D. Mich. 2004); Rankin v. Rots, F.Supp. 853 (E.D. Mich. 2003); McCoy v. Hess Oil of Virgin Islands, 206 F.Supp.2d 276 (D.V.I. 2002); United Steelworkers of America v. Cherokee Electric Co-op, 127 LRRM (BNA) 2375; 108 Lab.Cas. p. 10, 441; aff'd 829 F.2d 1131; cert. den. 458 U.S. 1038; 108 S.Ct. 1601 (1988); Operating Engineers Local 312 Health and Welfare Fund v. Rivers & Rhodes, Inc., 813 F.Supp. 791 (N.D. Ala. 1993); United Steelworkers of America v. Simcala, 111 F.Supp.2d 1287 (M.D. Ala. 2000); Kirwan v. Reynolds, 536 So. 2d 936 (Ala. 1988).
EMAIL: gconnor@wdklaw.com

**RUSSELL JACKSON DRAKE**
Mr. Drake was born in Jefferson County, Alabama.  Mr. Drake is a 1969 graduate of the University of Alabama Law School and is a member of the Bar in the States of Alabama, Texas and New York.  Mr. Drake is the author of "Enforcing the Right to Treatment," 10 American Criminal Law Review, 587, 1972, and "Judicial Implementation and Wyatt v. Stickney," 32 Al. L. Rev. 299, 1981, and has lectured at the University of Alabama Law School, 1983-1987; 1995-96.

Mr. Drake has been active in Bar Association and AAJ activities for more than thirty-five (35) years; chaired several Task Forces and Committees of the Alabama State Bar; served on the Alabama AAJ Executive Committee since 1988; chaired the Alabama AAJ Amicus Committee for ten (10) years and served as President of the Tuscaloosa County Bar Association.  At the national level Mr. Drake is a member of the AAJ Leadership Council and is a member and supporter of the Public Justice (formerly Trial Lawyers for Public Justice).

Outside legal activities:  Mr. Drake was general counsel to the Alabama Democratic Party, has represented numerous elected officials including the Governor of Alabama and the Mayor of Birmingham, and serves as a Trustee of the Birmingham Museum of Art.

Mr. Drake concentrates his practice in the areas of personal injury litigation; products liability litigation; wrongful death litigation; appellate practice in state and federal courts; constitutional litigation; and complex class action litigation.

REPORTED CASES: Avis Rent-a-Car Systems v. Heilman, 976 So. 2d 1111 (Ala. 2003); Peters v. Amoco, 57 F.Supp. 2d 1268 (M.D. Ala. 1999); Clark v. Container Corporation of America, Al. Sup. Ct. 589 So. 2d 184 (Ala. 1992); Moore v. Mobile Infirmary Association, 592 So.2d 156 (Ala. 1991); Henderson v. Graddick, 641 F.Supp. 1192 (Three Judge court), appeal dismissed, 107 S. Ct. 681 (1986); Ex Parte Graddick, 495 So.2d 1367 (Ala. 1986); Ex Parte Baxley, 497 So.2d 30 (Ala. 1986); Dodson v. Atrax, 437 So.2d 1294 (Ala. Civ. App. 1983); DeStafney v. University of Alabama, 413 So.2d 391 (Ala. 1982); City of Tuscaloosa v. Board of Trustees, Fire and Police, 677 So.2d 198 (Ala. 1996); Henderson v. Alabama Power Co., 627 So.2d 878 (Ala. 1993); Wyatt v. Stickney, 344 F.Supp. 373, 387 (M.D.Ala. 1972).
E-MAIL : jdrake@wdklaw.com

**CHARLENE P. FORD**

Ms. Ford was born in Limestone County, Alabama. She is a member of the Alabama Bar and is admitted to practice before the U.S. Supreme Court and the U.S. Court of Appeals for the 11th Circuit. Ms. Ford is a graduate of the University of Montevallo (B.S., summa cum laude, 1982) and Cumberland School of Law of Samford University (J.D., summa cum laude, 1993) where she was a Member (1991-1993) and Comment Editor (1992-1993) of the Cumberland Law Review. Following law school, she served as law clerk to the Honorable Judge William M. Acker, Jr., U.S. District Court, Northern District of Alabama. Ms. Ford is the author of "Rule 11: Due Process Reconsidered," 22 Cumberland Law Review 729, 1991-1992.

Ms. Ford concentrates her practice in the areas of class actions, complex litigation, small business law and business litigation as well as appellate practice. She is a member of the Birmingham and American Bar Associations, Alabama State Bar, Alabama Association for Justice, and American Association for Justice.

REPORTED CASES: PacifiCare Health Systems, Inc. v. Book, 538 U.S. 401, 123 S.Ct. 1531 (2003); Klay v. Humana, Inc., 382 F.3d 1241 (11th Cir. 2004); McFarlin v. Conseco Services, L.L.C., 381 F.3d 1251 (11th Cir. 2004); In re Humana Inc. Managed Care Litigation, 333 F.3d 1247 (11th Cir. 2003); In re Humana Inc. Managed Care Litigation, 285 F.3d 971 (11th Cir. 2002); In re Managed Care Litigation, 246 F.Supp.2d 1363 (Jud. Pan. Mult. Lit. 2003); In re Managed Care Litigation, 236 F.Supp.2d 1336 (S.D. Fla. 2002); In re Managed Care Litigation, 209 F.R.D. 678 (S.D. Fla. 2002); In re Managed Care Litigation, 135 F. Supp.2d 1235 (S.D. Fla. 2001); Moore v. Liberty Nat. Ins.Co., 108 F.Supp.2d 1266 (N.D. Ala. 2000); Avis Rent A Car Systems, Inc. v. Heilman, 876 So.2d 1111 (Ala. 2003); Yeager v. General Motors Acceptance Corp., 719 So.2d 210 (Ala. 1998); Johnson v. Garlock, 682 So.2d 25 (Ala. 1996). EMAIL: cford@wdklaw.com

**JOSEPH P. GUGLIELMO**

Mr. Guglielmo has been involved in numerous complex consumer class actions and oversees Whatley Drake & Kallas' healthcare litigation practice. Mr. Guglielmo represents physicians, medical associations and consumers throughout the United States and serves in a leadership capacity in numerous actions. Mr. Guglielmo has been extensively involved in *In re Managed Care Litigation* and participated in the settlement negotiations with Aetna, CIGNA, Prudential, Health Net, Humana and Wellpoint/Anthem that have provided monetary and practice changes to physicians valued in excess of one billion dollars. Mr. Guglielmo is extensively involved in *Love, et al. v. Blue Cross Blue Shield Association, et al.*, also pending in the United States District Court for the Southern District of Florida and has lead all discovery efforts concerning this action. The *Love* action is a nationwide class action alleging violations of RICO on behalf of a number of medical organizations and a class of physicians against 73 Blue Cross and Blue Shield Plans, their affiliates as well as the Blue Cross and Blue Shield Association. A settlement has recently been reached with the substantial majority of defendants in this action which provides for over $130 million in monetary benefits. Mr. Guglielmo is also involved in *In re Insurance Brokerage Antitrust Litigation*, pending in the District of New Jersey against a number of the largest insurance companies and insurance brokers for violations of RICO as well as federal and state antitrust laws. The action has resulted in settlements with Zurich and Gallagher

that total in excess of $180 million dollars.  The action is ongoing against the remaining defendants.

Mr. Guglielmo is also the co-author of a number of publications including: "Class Action Health Care Litigation," ALI-ABA Health Care Law and Litigation Conference, 1999; "Class Actions: HMOs and Health Care Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions)," ALI-ABA Health Care Law and Litigation Conference, 2000: "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Breast Cancer Alert, 2000; "Health Care Litigation: What You Need to Know After Program," Practicing Law Institute, 2000; "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Health Care Law and Litigation Conference, 2001; the CLE Conference presented by the American Society of Medical Association Counsel, 2002; "The Unique Role of the Medical Society Effectively Litigating for Change in the Healthcare Arena," American Academy of Otolaryngology Presidential-Board of Governors Special Seminar, 2002; and "Forum Shopping: Defendants Do It Too" ABA Business Litigation Committee, Winter 2007.

Mr. Guglielmo also lectures on a number of issues related to class actions and serves as a member of the Sedona Conference, an organization devoted to providing guidance and information concerning issues such as discovery and production issues, as well as areas focusing on antitrust law, complex litigation and intellectual property.

Mr. Guglielmo graduated from Catholic University (B.A., cum laude, 1992; J.D., 1995) and also received a Certificate of Public Policy.  Mr. Guglielmo was admitted to the to New York State bar in 1996, the District of Columbia Bar in 1997 and the United States Supreme Court in 2003. He is a member of the following organizations: Association of the Bar of the City of New York; The District of Columbia Bar; New York State Bar Association, American Bar Association, Federal Bar Council, American Association for Justice and The Sedona Conference. EMAIL: jguglielmo@wdklaw.com

## G. DOUGLAS JONES
G. Douglas Jones was born in Birmingham, Alabama.  He is a graduate of the University of Alabama (B.A. 1976) and Cumberland School of Law of Samford University (J.D., 1979), where he was a member of the American Journal of Trial Advocacy (1978-1979).  Following law school, he served as U.S. Staff Counsel to U.S. Senator Howell Heflin (DAL), Senate Judiciary Committee (1979-1980).  Mr. Jones is a member of the Bar of the State of Alabama and is admitted to practice in the United States District Court for the Northern, Middle and Southern Districts of Alabama, the United States Court of Appeals for the First, Fifth and Eleventh Circuits, the United States Tax Court, and the United States Supreme Court.

Mr. Jones is the former United States Attorney for the Northern District of Alabama (1997-2001) and served as a member of the Attorney General's Advisory Sub-Committee on Health Care Fraud, White Collar Crime and Ethics.  While he was the U.S Attorney, Mr. Jones successfully prosecuted Thomas E. Blanton, Jr. for the 1963 bombing of the 16th Street Baptist Church that resulted in the deaths of four African-American school girls.  He was an Assistant United States Attorney from 1980-1984 in the NDAL.

Since 2004, Mr. Jones has served as the court appointed General Special Master charged with specific duties with respect to a consent decree involving the clean-up of PCBs in the city of Anniston, Alabama (Tolbert, et al v. Monsanto and Pharmacia Corp., USDC Civil Action No. 2:01-cv-1407-UWC).

Mr. Jones is a member of the National Association of Former U.S. Attorneys, Birmingham (Chairman, Criminal Justice Committee, 1991) and American (Member, Litigation, Tort and Insurance Practice, Criminal Justice and Environmental Sections) Bar Associations; the Alabama State Bar (Chairman, Criminal Law Section, 1988); the American Association for Justice (formerly the Association of Trial Lawyers of America); the Alabama Association for Justice (Member, Board of Governors, 1992-1994, Executive Committee, 1995-1997 and 2002 - ); the National Association of Criminal Defense Lawyers (Board of Directors, 1993-1995; Vice-Chairman Legislative Committee); and the Alabama Criminal Defense Lawyers Association (Secretary, 1991-1992; Member, Board of Directors, 1990-1992).  He authored "Justice for Four Little Girls," Alabama Trial Lawyers Journal, Summer 2002.

Mr. Jones focuses his practice in the areas of complex litigation, class actions, securities, white collar criminal defense, antitrust, false claims act, qui tam litigation, appellate practice, consumer fraud, personal injury, wrongful death, products liability, environmental law, ERISA, health care litigation, corporate investigations and mass torts.

REPORTED CASES: Hunter v. U.S., 101 F.3d 1565, 65 USLW 2426 (11th Cir. Ala.), Dec 10, 1996; Capital Alliance Ins. Co. v. Through-Clean, Inc., 639 So.2d 1349 (Ala., Apr 01, 1994); Thrower v. Barney, 849 F.Supp. 1445, 91 El Law Rep. 159 (N.D.Ala., Mar 30, 1994); U.S. v. Satterfield, 743 F.2d 827, 53 USLW 2212 (11th Cir.Ala.), Oct 03, 1984).
E-MAIL : djones@wdklaw.com

**EDITH M. KALLAS**
Ms. Kallas was born in New York, New York.  In April of 2004, Ms. Kallas was honored by thirteen State and County Medical Societies, "For the Success Attained in her Relentless Pursuit of Justice for the Physicians of America and their Patients." Also in 2004, Ms. Kallas was named by the New York County Lawyers' Association as one of the "Outstanding Women of the Bar." In 2005, the National Law Journal featured Ms. Kallas in their UP CLOSE section in an article entitled, "HMO Settlement: A Fairer Deal for Doctors."  Ms. Kallas is also co-chair of the Public Justice's Class Action Preservation Project. Ms. Kallas graduated from the Juilliard School in 1984 with a B.M. in Music Performance and from the Fashion Institute of Technology with an A.A.S., summa cum laude.  She is a 1987 graduate of the Benjamin N. Cardozo School of Law, where she was a member of the Moot Court Board.  Ms. Kallas is admitted to the New York State Bar, the United States District Court for the Southern and Eastern Districts of New York and the United States Courts of Appeal for the Second, Third and Sixth Circuits.  She is also a member of the Association of the Bar of the City of New York, the New York State Bar Association, the New York County Lawyers' Association, the American Society of Medical Association Counsel, and the American Association for Justice (formerly the Association of Trial Lawyers of America).

Ms. Kallas concentrates her practice in the areas of healthcare and insurance litigation. Her clients include numerous state and county medical societies including: the Medical Society of the State of New York, the Connecticut State Medical Society, the Medical Society of New Jersey, South Carolina Medical Association, Tennessee Medical Association, Northern Virginia Medical Societies, North Carolina Medical Society, Nebraska Medical Association, Washington State Medical Association, Hawaii Medical Association, Alaska Medical Association, Rhode Island Medical Society, Vermont Medical Society, New Hampshire Medical Society, El Paso County Medical Society of Colorado, and the California Chiropractic Association.

Ms. Kallas has represented physicians and medical associations in numerous class actions pending in federal and state courts (including representation of a certified class of approximately 900,000 physicians throughout the United States). Ms. Kallas serves on the Steering Committee in the In re Managed Care action and as co-lead counsel in the Thomas et al. v. Blue Cross Blue Shield Association et al. pending in the United States District Court for the Southern District of Florida and serves as lead counsel in numerous state court healthcare actions. She was one of the principal negotiators of the recent settlements with Aetna, Cigna, Healthnet, Prudential, Humana, Wellpoint and nationwide classes of physicians and medical societies that have resulted in billions of dollars of practice reforms and monetary relief to physicians throughout the country. The settlements have resulted in significant business practice changes that are viewed as setting a new standard in the healthcare industry that is in the best interests of physicians and their patients. Ms. Kallas has also given legislative testimony regarding issues affecting physicians and successfully handled, on a pro bono basis, an appeal for a patient requiring lifesaving treatment.

Ms. Kallas is also co-lead counsel in the In re Insurance Brokerage Antitrust Litigation pending in the District of New Jersey against major brokerage and insurance companies on behalf of classes of businesses and employees who purchased insurance, including healthcare insurance.

Ms. Kallas is the co-author of "Gender Bias and the Treatment of Women As Advocates," Women in Law 1998. Ms. Kallas has also participated as a Faculty Member and/or Speaker in the following conferences: "Class Action Health Care Litigation," ALI-ABA Health Care Law and Litigation Conference, 1999; "Class Actions: HMOs and Health Care Providers Under Attack, "ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions), "ALI-ABA Health Care Law and Litigation Conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Breast Cancer Alert, 2000; "Health Care Litigation: What You Need to Know After Pegram," Practicing Law Institute, 2000; "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Health Care Law and Litigation Conference, 2001; The Joint Seminar Session of the School of Allied Health and Health Law Section at Quinnipiac University School of Law, 2001; The CLE Conference presented by the American Society of Medical Association Counsel, 2002; "The Unique Role of The Medical Society Effectively Litigating for Change in the Healthcare Arena," American Academy of Otolaryngology Presidential - Board of Governors Special Seminar 2002; "The Future of Class Action Litigation in America" The CLE Conference presented by the American Bar Association, 2005; "Gender Bias in Litigation and the Trend Toward Diversity in Multi-District Litigation Proceedings," Whatley Drake LLC Continuing Legal Education Conference 2006.

E-MAIL : ekallas@wdklaw.com

## OTHNI J. LATHRAM

Mr. Lathram was born in Birmingham, Alabama.  He is a member of the Bar in the States of Alabama (2000) and Texas (2006).  He is also admitted to practice before the U.S. Court of Appeals for the Second, Fifth, Sixth and Eleventh Circuits and the U.S. District Courts for the Middle, Northern and Southern Districts of Alabama, Northern District of Illinois and District of Colorado. He graduated from Auburn University (B.S., 1997) and the University of Alabama School of Law (J.D., 2000) where he was a member of St. Thomas More Society and recipient of the Dean's Service Award.

Mr. Lathram's practice concentrates in the areas of class actions, complex and multi-district litigation, consumer litigation, commercial litigation, antitrust class actions, securities litigation and arbitration, personal injury, labor and employment, wrongful death and fraud.  He is a member of the Birmingham and American Bar Associations, Alabama State Bar, American Association for Justice, Alabama Association for Justice, Alabama Law Institute (Member: Drafting Committee for Uniform Electronic Transactions Act, Drafting Committee for Uniform Securities Act, Study Committee on Alabama Election Law).  In 2006, Mr. Lathram addressed "Use of Electronic Discovery in Class Actions," at the Complex Litigation, Mass Torts & Class Actions Whatley Drake LLC Continuing Legal Education Summit .

REPORTED CASES: North Jackson Pharmacy, Inc. v. Express Scripts, Inc., et al 345 F. Supp. 2d 1279 (N.D.Ala 2004); Denney v. Jenkens & Gilchrist, 362 F.Supp. 2d (S.D. NY 2004); Denney v. Jenkens & Gilchrist 230 FRD 317 (S.D. NY 2005); Acker v. AIG Intern., Inc., 398 F. Supp. 2d 1239 (S.D. Fla 2005); Denney v. Jenkens & Gilchrist, 412 F. Supp. 2d 293 (S.D. N.Y. 2005); Klay v. Humana, Inc. 382 F.3d 1241 (11th Cir. 2004).
EMAIL: olathram@wdklaw.com

## RICHARD PAUL ROUCO,

Mr. Rouco was born in Miami, Florida, July 17, 1964.  He is one of three WD&K lawyers fluent in Spanish.  Mr. Rouco's practice is focused in the areas of class actions, antitrust, ERISA, union labor law, and securities fraud.

He is a member of the Alabama Bar and is admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Courts for the Northern, Middle and Southern Districts of Alabama.  He is a member of the Alabama State Bar and American Bar Association. Mr. Rouco is a Board Member for the Greater Birmingham Ministries.   He is the author of "Available Remedies Under ERISA," Section 502 45 Alabama Law Rev., 1994.  In 2006, he addressed the Whatley Drake LLC Continuing Legal Education Conference on "The Basics of Antitrust Class Action Litigation," Complex Litigation, Mass Torts & Class Actions Continuing Legal Education Summit.

Mr. Rouco is a graduate of  Florida State University (B.A., cum laude, 1987), University of California, Irvine (M.A., Candidate, 1991) and the University of Alabama School of Law (J.D., magna cum laude, 1994).  In law school, he served as Senior Articles Editor, Alabama Law Review (1993-1994) and member, Order of the Coif.  He was Most Outstanding Undergraduate,

Florida State University College of Arts & Sciences (1987); Most Outstanding Student, Florida State University Department of Philosophy (1986-1987) and Recipient, University of California Regents Fellowship, (1987-1990).

Mr. Rouco has also held several teaching positions including Adjunct Professor at the University of Alabama School of Law (2003-2004) and (2004-2005) and at Occidental College, Los Angeles, California (1989-1991); Graduate Teaching Fellow, Department of Philosophy at University of California, Irvine (1989-1990). He was a Research Assistant at the Alabama Law Institute (1992-1994).

REPORTED CASES: Adams v. United Steelworkers of America, 189 F.3d 1321 (11th Cir. 1999); Ryan et. al v. Flowserve Corp., 2007 WL 946052 (ED Tx); Boin v. Verizon South, 283 F.Supp. 2d 1254 (M.D. Ala. 2003); Estate of Rodriquez v. Drummond Company, 256 F.Supp. 2d 1250 (N.D. Ala. 2003); Williams v. United Steelworkers, 234 F.Supp. 2d 552 (M.D.N.C. 2002); United Steelworkers of America v. Ivaco, 216 F.R.D. 693 (N.D. Ga. 2002).
EMAIL: rrouco@wdklaw.com

## PATRICK J. SHEEHAN

Mr. Sheehan practices in the firm's Boston, Massachusetts office. Mr. Sheehan's practice focuses on class actions, health care law, insurance law and issues relating to information security. As part of his practice, Mr. Sheehan represents businesses, professionals, professional associations and consumers in litigation pending throughout the country. Currently, in *In Re TJX Companies Retail Security Breach Litigation*, pending in the District of Massachusetts, a team of WDK attorneys including Mr. Sheehan serve as co-lead counsel for a proposed class of financial institutions who were injured when their customers' payment card accounts were compromised in the largest data breach in retail history.

Mr. Sheehan contributes regularly to publications for continuing legal education programs. Mr. Sheehan is the co-author of "Class Actions In The Healthcare Context," which was published for the following legal conferences: "Class Action Health Care Litigation," ALI-ABA Health Care Law and Litigation Conference, 1999; "Class Actions: HMO and Health Care Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions)," ALI-ABA Health Care Law and Litigation Conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Breast Cancer Alert, 2000; and "Health Care Litigation: What You Need to Know After Pegram," Practicing Law Institute, 2000. Mr. Sheehan is also the co-author of "An Overview of Class Action Litigation In the Managed Care Context," which was published for the following legal conferences: "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Health Care Law and Litigation Conference, 2001 and American Society of Medical Associations Counsel, Fall 2002.

Mr. Sheehan is a member of the Massachusetts and New York bars and is admitted to practice before the United States District Courts for the District of Massachusetts and the Southern and Eastern Districts of New York.

Mr. Sheehan is a graduate of the College of the Holy Cross (B.A., 1993) and Northeastern University School of Law (J.D., 1997), where he was an editor of the NU Forum, the school's law journal. He is a member of the American Bar Association, the American Association for Justice, the Massachusetts Bar Association, the Massachusetts Academy of Trial Attorneys and the Boston Bar Association.   Mr. Sheehan also serves on the Board of Directors of the Holy Cross Lawyers Association.
E-MAIL : psheehan@wdklaw.com

## DEBORAH CLARK-WEINTRAUB

Ms. Weintraub was born in Patchogue, New York and is a 1981 graduate of St. John's University, Jamaica, New York (B.A. summa cum laude; President's Award in recognition of achieving highest GPA among graduates of St. John's College of Liberal Arts and Science). She attended Hofstra Law School in Hempstead, New York, where she was a member of the Hofstra Law Review and Research Editor (1985-1986), and obtained her J.D. degree with distinction in 1986. Following her graduation from Hofstra Law School, Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge, United States District Court for the Eastern District of New York (1986-1987).

Ms. Weintraub has extensive securities class action experience and has acted as one of plaintiffs' co-lead counsel in numerous securities class action cases that have obtained substantial recoveries for defrauded investors. Among other cases, Ms. Weintraub was one of the lead counsel in In re Oxford Health Plans, Inc. Securities Litigation, MDL Dkt. No 1222 (CLB) (S.D.N.Y.), in which a cash settlement of $300 million was obtained on the eve of trial after more than five years of litigation. At the time, the $300 million cash recovery obtained for shareholders in the Oxford case was one of the largest recoveries ever achieved in a securities class action. Significantly, the Honorable Charles L. Brieant, who presided over the Oxford case described it as "perhaps the most heavily defended, ardently pursued defense of a similar case that I can recall." Ms. Weintraub also served as one of plaintiffs' co-lead counsel in In re CVS Corporation Securities Litigation, No. 01-11464 (JLT) (D. Mass.), in which a cash settlement of $110 million was obtained for investors. Following the settlement, in March 2006, CVS disclosed that the SEC had opened an inquiry into the manner in which CVS had accounted for a barter transaction, which was a subject of the class action suit, and that independent counsel to the firm's audit committee had concluded in December 2005 that various aspects of the company's accounting for the transaction were incorrect, leading to the resignations of the company's controller and the treasurer.

Prior to joining Whatley Drake & Kallas, Ms. Weintraub also acted as one of plaintiffs' co-lead counsel in In re Mutual Funds Investment Litigation, MDL No. 1586 (D. Md.), which consists of actions brought against mutual fund managers and others arising out of the recent scandals involving "late trading" and "market timing" in the mutual fund industry.  In this capacity, among other investors, Ms. Weintraub represented the Ohio Tuition Trust Authority ("OTTA"), a state agency that offers and administers Ohio's CollegeAdvantage 529 Savings Plan.  Since leaving her prior firm, at OTTA's request, Ms. Weintraub has continued to consult with OTTA's counsel concerning this matter.

Ms. Weintraub is the co-author of "Gender Bias and the Treatment of Women as Advocates, "Women in Law (1998), and the "Dissenting Introduction" defending the merits of securities class action litigation contained in the 1994 monograph "Securities Class Actions: Abuses and Remedies," which was published by the National Legal Center for the Public Interest. She is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York, and the American Association for Justice (formerly the Association of Trial Lawyers of America).
E-MAIL : dweintraub@wdklaw.com

**JOE R. WHATLEY, JR**.
Mr. Whatley was born in Selma, Alabama. He is a graduate of Harvard University (A.B., cum laude, 1975), and University of Alabama Law School (J.D., 1978). Mr. Whatley is a member of the Bar in the States of Alabama, Texas, New York and Colorado and is admitted to practice before the United States District Court for the Middle, Southern and Northern Districts of Alabama, the Southern District of Texas, District of Colorado, Eastern District of Michigan, Northern District of Illinois, Southern and Eastern Districts of New York. He is also admitted before the United States Court of Appeals for the Fifth, Eleventh, First, Second, Sixth and Ninth Circuits and the U.S. Supreme Court.

After graduating from the University of Alabama Law School, Mr. Whatley served as a law clerk to the Honorable Frank H. McFadden, who was then Chief United States District Judge for the Northern District of Alabama (1978-1979). Mr. Whatley is a member of the American Bar Association (Member, Sections on: Labor and Employment Law; Litigation), a member and past President ( Birmingham Chapter 1990-1991) of the Federal Bar Association, a member and past President (1990-1991) of the Labor and Employment Law Section of the Alabama State Bar and member of the Birmingham Bar Association. He is also a member of the Alabama Association for Justice, the American Association for Justice (formerly the Association of Trial Lawyers of America), and the National Association of Criminal Defense Lawyers.

Mr. Whatley has a wide-ranging, national practice. Among others, he represents numerous labor unions in the southeast of the United States, financial institutions in deceptive trade practice litigation arising out of the failure of a large retailer to secure confidential cardholder data as required by industry standards, medical societies and physicians in complex class action litigation against the managed care industry, employees in discrimination cases, rice farmers damaged by the contamination of the U.S. long grain rice supply by genetically modified rice traits, and individuals in personal injury and mass torts litigation.

Mr. Whatley is an experienced trial lawyer, having tried numerous cases, including class actions, to verdict. For example, Mr. Whatley won a $1.28 billion jury verdict on behalf of a class of cattle ranchers against Tyson Fresh Meats, Inc. in Pickett v. Tyson Fresh Meats, Inc., No. 96-A-1103-N (M.D. Ala.), and won what was at the time the largest wrongful death verdict in Louisiana history in Dunn v. Consolidated Rail Corp., 890 F. Supp. 1262 (M.D. La. 1995). Mr. Whatley has recovered billions of dollars in monetary relief and business practice changes in litigations against the managed care industry. He also achieved an $81.6 million settlement for former clients of Jenkins & Gilchrist in Denney v. Jenkens & Gilchrist, 230 F.R.D. 317

(S.D.N.Y. 2005), litigation relating to that firm's role in structuring and marketing illegal tax shelters.

Mr. Whatley concentrates his practice in the areas of class actions; union representation; personal injury litigation; products liability litigation; wrongful death litigation; appellate practice in state and federal courts; antitrust litigation; governmental litigation and complex litigation.

REPORTED CASES: PacifiCare Health Systems, Inc. v. Book, 538 U.S. 401, 123 S.Ct. 1531 (2003); In re Managed Care Litigation, 246 F.Supp.2d 1363 (Jud. Pan. Mult. Lit. 2003); In re Humana Inc. Managed Care Litigation, 285 F. 3d 971 (11th Cir. 2002); In re Managed Care Litigation, 209 F.R.D. 678 (S.D. Fla. 2002); In re Managed Care Litigation, 135 F.Supp.2d 1235 (S.D. Fla. 2001); Thompson v. Metropolitan Life Ins. Co., 2003 WL 21222151 (SDNY 2003); United States v. State of Alabama, 571 F. Supp. 958 (N.D. Ala. 1983), 574 F. Supp. 762 (N.D. Ala. 1983), 582 F. Supp. 1197 (N.D. Ala. 1984), aff'd, 762 F.2d 1021 (11th Cir. 1985), 791 F.2d 1450 (11th Cir. 1986), cert. denied, 479 U.S. 1085 (1987); 628 F. Supp. 1137 (N.D. Ala. 1985), rev'd, 828 F.2d 1532 (11th Cir. 1987); 787 F.Supp. 1286 (N.D. Ala. 1991), Aff'd in part, rev'd in part 14 F.3d 1534 (11th Cir. 1994), on remand, 900 F.Supp. 272; Dunn v. ConRail, 890 F. Supp. 1262 (M.D.La. 1995); Shuford v. Alabama State Board of Education, 894 F. Supp. 1511, 897 F. Supp. 1535 (M.D.Ala. 1995); Cox v. Administrator, 17 F.3d 1386 (11th Cir. 1994); Kelly v. Arrington, 599 So.2d 24 (Ala. 1992), 624 So.2d 546 (Ala. 1993).
E-MAIL : jwhatley@wdklaw.com

## ASSOCIATES

### JOHN MICHAEL BARCLAY
Mr. Barclay was born in Birmingham, Alabama. He practices in the area of class actions focusing on antitrust and managed care. He is a member of the Alabama Bar (2004) and is admitted to practice before the U.S. District Court for the Northern District of Alabama. He graduated from Washington & Lee University (B.A., 1999) and the University of Alabama School of Law (J.D., 2004). Following law school, he served as law clerk to Hon. Robert S. Vance, Jr., 10th Judicial Circuit, Jefferson County, Alabama (2004-2005). He is a member of the Birmingham and American Bar Associations and the Alabama State Bar.
EMAIL: jmbarclay@wdklaw.com

### W. TUCKER BROWN
Mr. Brown was born in Birmingham, Alabama. He practices in the area of class action litigation. He is a member of Alabama Bar (2004) and is admitted to practice before the U.S. District Court for the Northern and Middle Districts of Alabama. He is a graduate of Vanderbilt University (B.A., cum laude, 2001) and Georgetown University (J.D., magna cum laude, 2004), Order of the Coif. Following law school he served as law clerk to Hon. William M. Acker, Jr., U.S. District Court, NDAL (2004-2005). He is a member of the American Bar Association, Birmingham Bar Association and American Association for Justice.
EMAIL: tbrown@wdklaw.com

### E. ASHLEY CRANFORD
Ms. Cranford was born in Birmingham, Alabama. She is a member of the Alabama Bar (2003)

and is admitted to practice before the U.S. District Court for the Northern and Middle Districts of Alabama. Ms. Cranford's practice is focused in the areas of products liability, drug and medical device litigation and personal injury litigation. She graduated from Auburn University (B.S., Secondary Education in English and Political Science, magna cum laude, 1999) where she was a Gamma Sigma Alpha Honorary, Kappa Delta Pi Honorary, and Golden Key Honorary. She obtained her J.D. from the University of Alabama School of Law (2003).where she was a Mortar Board Honorary, member of the Bench and Bar Honor Society and participant on the Jessup International Moot Court Team. She is a member of the Birmingham and American Bar Associations, Alabama Association for Justice and American Association for Justice.
EMAIL: acranford@wdklaw.com

**SARA C. HACKER**
Ms. Hacker is a member of the Alabama Bar (2005). She graduated from Auburn University (B.A. magna cum laude, 2002) and the University of Alabama School of Law (J.D., 2005) where she was Senior Editor of the *Alabama Law Review*. Following law school she served as law clerk for Judge Patricia Smith, Alabama Supreme Court (2005-2006) and for Judge Inge Johnson, U. S. District Judge, Northern District of Alabama (2006-2007);. She is a member of the Alabama State Bar, Birmingham Bar Association and Farrah Law Society.
E-MAIL : shacker@wdklaw.com

**LAURENCE J. HASSON**
Mr. Hasson is a member of the New York State Bar (2007) and is admitted to the U.S. District Court for the Southern and Eastern Districts of New York. He graduated from Brandeis University (B.A., magna cum laude, (2003) and Benjamin N. Cardozo School of Law (J.D., 2006). He was a member of the Executive Board for the Moot Court Honor Society, Memorandum of Law Editor and Heyman Scholar.

**STEPHANIE N. JOHNSON**
Ms. Johnson is a member of the Tennessee Bar (2005). She graduated from the University of Pittsburgh (B.A., 2000) and the University of Tennessee at Knoxville (J.D., 2004). Following law school she served as law clerk to Judge William J. Haynes, Jr., U.S. District Court, Middle District of Tennessee (2005-2006).
EMAIL: sjohnson@wdklaw.com

**ANIL A. MUJUMDAR**
Mr. Mujumdar was born in Memphis, Tennessee. He is a member of the Alabama Bar (2001) and is admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Courts for the Northern, Middle and Southern Districts of Alabama. He is a graduate of Birmingham-Southern College (B.A., 1997), the University of Alabama School of Law, Tuscaloosa (J.D., 2000) and the University of Alabama (M.A., 2001). Mr. Mujumdar is a member of the Birmingham, Alabama State, American (Member, HIV/AIDS Project Coordinating Committee) and North American South Asian Bar Associations, National Lawyer's Guild and American Civil Liberties Union of Alabama (Board of Directors). His practice is focused in the areas of white collar criminal defense, class actions, labor and employment and health care litigation.
EMAIL: amujumdar@wdklaw.com

**JOY NESBITT**
Ms. Nesbitt was born in New York, New York.  She is a member of the Bar in Nebraska (2001) and New York (2005) and is admitted to practice before the U.S. District Courts for the District of Nebraska, District of Columbia and the Southern and Eastern Districts of New York.  Her practice is focused in healthcare, labor and employment and commercial business litigation.  She attended Florida A. & M. University (B.S., with honors, 1996) and Northeastern University (M.S., 1997; J.D., 2001). Ms. Nesbitt is a member of the New York County Lawyers' Association, Nebraska State Bar, New York State Bar Association, American Bar Association and The District of Columbia Bar.
EMAIL: jnesbitt@wdklaw.com

**ADAM P. PLANT**
Mr. Plant was born in Huntsville, Alabama.  He is a member of the Bar in Alabama (2003) and the District of Columbia (2007).  He is admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Court for the Northern District of Alabama. Mr. Plant focuses his practice in the areas of securities, complex and multi-district litigation, agricultural law, class actions and appellate practice.  He attended Samford University (B.A., 1999) and the University of Alabama School of Law (J.D., cum laude, 2003) where served as Editor in Chief (2002-2003) and Junior Editor (2002-2003) of the Alabama Law Review.  Also while a law student, Mr. Plant was the recipient of the Dean's Award, Dean's Community Service Award, and Outstanding Scholar Award.  Following law school, Mr. Plant served as law clerk to Hon. William H. Pryor Jr., United States Court of Appeals for the Eleventh Circuit (2004-2005).  Prior to joining WD&K, Mr. Plant was Deputy Solicitor General for the State of Alabama (2003-2004).  He is the author of:  "With a Little Help from my Friends: The Intersection of the Gestational Carrier Surrogacy Agreement, Legislative Inaction, and Medical Advancement," 54 Ala. L. Rev. 639 (2003); "Selective Service Act of 1917," 3 Major Acts of Congress 178 (Thomson Publishing 2003); and "Smoot Hawley Tariff Act (1930)," 3 Major Acts of Congress 194 (Thomson Publishing 2003). Mr. Plant is a member of the American Association for Justice, Alabama Association for Justice and American Bar Association.

REPORTED CASES: Ex parte Medical Licensure Comm'n, 897 So 2d 1093 (Ala. 2004); McGinley v. Houston, 361 F.3d 1328 (11th Cir. 2004); Davis v. Judy, 540 U.S. 1075 (Brief of Amici Curiae 2003).
EMAIL: aplant@wdklaw.com

**AMANDA REID**
Ms. Reid was born in Tuscaloosa, Alabama. She is a member of the Alabama bar (2004).  She attended Birmingham-Southern College (B.A., cum laude, 2000) and the University of Alabama School of Law (J.D., 2004).
EMAIL: areid@wdklaw.com

**ELIZABETH ROSENBERG**,.
Ms. Rosenberg was born in Roslyn, New York.  She concentrates her practice in the areas of class actions complex and multi-district litigation.  Ms. Rosenberg is a member of the New York State Bar (2003) and New York State Bar Association.  She attended the University of Michigan

(B.A., 1998) and Brooklyn Law School (J.D., 2001).
EMAIL: erosenberg@wdklaw.com

**LILI R. SABO**
Ms. Sabo was born in Queens, New York. Ms. Sabo practices in the areas of consumer and securities litigation. She is member of the New York State Bar (2003) and is admitted to practice before the U.S. District Court for the Southern and Eastern Districts of New York. She is a graduate of State University of New York at Albany (B.A., 1997) and Brooklyn Law School (J.D., 2002).
EMAIL: lsabo@wdklaw.com

**JEVEN R. SLOAN**
Mr. Sloan was born in Oka-Tamuning, Guam. His practice concentrates in the areas of tax shelter litigation, complex commercial and business litigation, securities litigation, business torts, professional malpractice and contracts. He is a member of the State Bars of Georgia (2000) and Texas (2003). Mr. Sloan is admitted before the U.S. Court of Appeals for the Fifth Circuit and the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, Northern District of Georgia, and Northern District of Illinois. He obtained a B.B.A. in 1997 from Abilene Christian University and received his J.D. in 2000 from Emory University School of Law. He is a member of the State Bar of Texas, State Bar of Georgia, Dallas Bar Association, and Dallas Association of Young Lawyers.
E-MAIL : jsloan@wdklaw.com

**MATHEW SPILKA**
Mr. Spilka was born in Fort Dodge, Iowa. He has been a member of the California bar since 1987. He graduated from the University of California at Davis with a B.A. in 1983 and received his J.D. from the University of Washington in 1986.
EMAIL: mspilka@wdklaw.com

**ILZE C. THIELMANN**
Ms. Thielmann was born in West Islip, New York. She practices health care litigation, complex and multi-district litigation. She is a member of the New York State Bar (1995) and is also admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York. Ms. Thielmann attended Princeton University (A.B., 1988) and obtained her J.D. in 1994 from Columbia University Law School where she was a member of Law Review and Harlan Fiske Stone Scholar.
EMAIL: ithielmann@wdklaw.com

**AMY ALEXANDER WEAVER**
Ms. Weaver was born in Birmingham, Alabama. She attended Duke University (B.A., 2001) and the University of Alabama School of Law (J.D., 2005). She is a member of the Alabama State Bar (2005) and practices in the areas of mass torts and products liability. She is a member of the Birmingham and American Bar Associations, the Alabama Association for Justice and the American Association for Justice.
EMAIL: aweaver@wdklaw.com

**OF COUNSEL**

**ROBERTO RAMIREZ**
Mr. Ramirez was born in Puerto Rico. He is a member of the New York State Bar. He graduated from Bronx Community College (A.D.), New York University (B.S.) and New York University School of Law (J.D., 1993). In New York State, Mr. Ramirez has earned a reputation as one of the hardest working public officials in government and as a "voice of conscience" on some of the most pressing issues of our time. He is also a formidable activist in the crusade against social injustice and racism.

**STAFF ATTORNEYS**

**VIRGINIA APPLEBAUM**, born Biloxi, Mississippi; admitted to bar, Alabama 2006; *Education:* Jacksonville State University, Jacksonville, Alabama (B.S., M.S. 1995), Cumberland School of Law, Samford University, Birmingham, Alabama (J.D. 2004); *Member:* Alabama State Bar Association.
E-MAIL: vapplebaum@wdklaw.com

**H. STEPHEN BRIGGS**, born Rome New York, 1957; admitted to bar Colorado, 1990; *Education:* University of Buffalo (B.S. 1980), University of Houston Law Center, Houston Texas (J.D. 1989); *Classes/Seminars Taught:* International Law, Lviv Ukraine, U.S. Peace Corp. (1992 – 1994).
E-MAIL: sbriggs@wdklaw.com

**D. JAMIE CARRUTH**, born April 4, 1979; admitted to bar, Alabama, 2004. *Education:* University of Alabama, Tuscaloosa, Alabama, (B.A. May 2001); University of Alabama School of Law, Tuscaloosa, Alabama (J.D. 2004); *Member:* American Bar Association.
E-MAIL: jcarruth@wdklaw.com

**DANIEL GLEASON**, born Memphis, Tennessee, 1981; admitted to bar, Alabama 2006, U.S. District Court for the Northern District of Alabama, 2006; *Education:* Birmingham-Southern College, Birmingham, Alabama (B.A. 2006), Washington and Lee University School of Law, Lexington, Virginia (J.D. 2006).
E-MAIL: dgleason@wdklaw.com

**ANNA L. HART**, born 1977; admitted to bar, 2006, Alabama and U.S. District Court, Northern District of Alabama. *Education:* Georgia State University (B.A., 1999); Cumberland School of Law at Samford University (J.D., 2005). *Member:* Birmingham Bar Association.
EMAIL: ahart@wdklaw.com

**JOSEPH H. "TREY" McCLURE**, born Birmingham, Alabama, 1977; admitted to bar, Alabama 2006, U.S. District Court for the Northern District of Alabama, 2006; *Education:* The University of Alabama, Tuscaloosa, Alabama (B.A. 2000), The University of Alabama School of Law, Tuscaloosa Alabama (J.D. 2006).
E-MAIL: tmcclure@wdklaw.com

**KEVIN B. McKIE,** born November 7, 1978; admitted to bar, Alabama 2005, *Education:* Auburn University (B.S., *cum laude* 2001), University of Alabama School of Law (J.D. 2005); *Published Works:* Co-Authored, *International Liability Under the New Montreal Convention,* Handbook of Airline Economics 2nd Edition.
E-MAIL: kmckie@wdklaw.com


**TULLIE PATTERSON**, born Dalton, Georgia, 1979; admitted to bar, Alabama 2006; *Education:* Louisiana Tech University (B.A. 2003); Cumberland School of Law, Samford University, Birmingham, Alabama (J.D. 2006).
E-MAIL: tpatterson@wdklaw.com


**AARON PINHAS**, born Birmingham, Alabama, 1981; admitted to bar, Alabama 2006; *Education:* Auburn University, Auburn, Alabama (B.S. 2003), The University of Alabama School of Law, Tuscaloosa, Alabama (J.D. 2006).
E-MAIL: apinhas@wdklaw.com


**BOOTH GORDON SAMUELS**, born 1981; admitted to bar, 2006, Alabama; 2007, U.S. District Court, Northern District of Alabama. *Education***:** Washington & Lee University (B.A., 2003); Loyola University School of Law (J.D., 2006). Visiting Student: Hurricane Katrina, Louisiana State University, Paul M. Hebert Law Center, Fall 2005; Summer Program Abroad, Loyola University School of Law, Vienna, Austria, 2004. Associate, John R. Shoemaker, Jr., Attorney at Law, 2007. *Member***:** Birmingham and American Bar Associations; Alabama State Bar; Alabama Criminal Defense Lawyers Association (Member, Criminal Justice Section).
EMAIL: bsamuels@wdklaw.com


**JEREMY PAUL SHERER**, born March 29, 1979, admitted to bar, Alabama 2004. *Education:* University of Alabama, Tuscaloosa, Alabama (B.A. 2001); University of Alabama School of Law, Tuscaloosa, Alabama (J.D. 2004). *Member:* District Policy Advisor, Congressman Artur Davis.
E-MAIL: jsherer@wdklaw.com


**JOHN J. THOMAS**, born Knoxville, Tennessee, 1980; admitted to bar, Alabama 2006; *Education:* Auburn University Auburn, Alabama (B.S. 2002), The University of Alabama School of Law, Tuscaloosa, Alabama (J.D./MBA 2005).
E-MAIL: jthomas@wdklaw.com


**NATHAN A. WAKE**, admitted to bar , Alabama, 2005. *Education:* University of Alabama School of Law (J.D., 2004). MEMBER: Tuscaloosa County Bar Association; Alabama State Bar.
EMAIL: nwake@wdklaw.com


**JAMES A. YONFA**, admitted to bar, Alabama 2006. *Education*: Birmingham-Southern College, Birmingham, Alabama (B.S. 1997), Birmingham School of Law, Birmingham, Alabama (J.D. 2001); *Languages:* Spanish.
E-MAIL: jyonfa@wdklaw.com


**WILLIAM BRETT BROWN**, born Mobile, Alabama, March 7, 1980; admitted to bar,

Alabama, 2006; Education: Cumberland School of Law, J.D., 2006, Auburn University, B.A., 2002; Member: Alabama State Bar; American Bar Association; Practice Areas: Products Liability; Class Actions; Personal Injury; Wrongful Death.
E-MAIL: bbrown@wdklaw.com

**BRADLEY E. BYRNE, JR.,** born, 1982; admitted to bar, Alabama, 2007. *Education*: University of Alabama School of Law, J.D., 2007, University of Alabama, B.A., 2004; *Past Positions*:   Assistant District Attorney, Escambia County District Attorney's Office, 2007; *Practice Areas*:   Class Actions.
E-MAIL: bbryne@wdklaw.com

## EXECUTIVE DIRECTOR

**HOWARD M. MILES**, born Ketchikan, Alaska, August 18, 1958; admitted to bar, Alabama 1983; *Education:* University of Mississippi, J.D., 1983, University of Mississippi, B.B.A., 1979; *Past Positions*:   Certified Public Accountant, Mississippi, 1980; *Practice Areas:* Law Firm Management; Business Law; Contracts; Commercial Transactions
E-MAIL: hmiles@wdklaw.com

## COMMUNICATIONS DIRECTOR

**AMY E. GALLIMORE**, born Albany, New York, 1968; admitted to bar 1993, Alabama, U.S. District Court, Northern and Middle Districts of Alabama and U.S. Court of Appeals, Eleventh Circuit; 1995, North Carolina; 1996, U.S. District Court, Southern District of Alabama. *Education:* Kennesaw State University (B.S., cum laude, 1990); Cumberland School of Law at Samford University (J.D., 1993). Public Information Officer: U.S. Department of Justice, Office of the U.S. Attorney NDAL, 1998-2001; Media Coordinator for the Prosecution: State of Alabama v. Bobby Frank Cherry, 2002; Attorney: Jaffe, Strickland, Beasley  & Drennan P.C., 1997 - 1998; Attorney: Jones, Bowron and Selden, P.C., 1993 - 1997; Town Attorney: Dunnavant, Alabama, 1994. *Co-author:* Justice for Four Little Girls, Alabama Trial Lawyers Journal, 2002. *Faculty Member*, University of Alabama Superintendents' Academy: "Communications for the School Superintendent," 2003; "The Public Information Officer," 2003 & 2004; "The Executive Bio: What, Why, and Making a Positive First Impression," 2006; "Press Releases, Press Conferences & Tough Questions From the Media," 2007. *Panel Member,* "Speaking to the Public, Media Relations and County Communications," Auburn University Center for Governmental Services, 2004; Instructor, Paralegal Studies, Virginia College at Birmingham, 1997 - 1998. *Member***:** Alabama State Bar; North Carolina State Bar. *Reported Cases:* Scott v. Estes, 60 F.Supp.2d 1260 (M.D.Ala.1999); Ferrill v. Parker Group, Inc., 985 F.Supp. 1331 (N.D.ALa.1997); Thrower v. Barney, 849 F.Supp. 1445 (N.D.Ala.1994). *Practice Areas*: Personal Injury; Environmental Litigation; White Collar Criminal Defense.
EMAIL: agallimore@wdklaw.com

## WHATLEY DRAKE & KALLAS, LLC IS COUNSEL FOR:

The Connecticut State Medical Society; California Medical Association; Florida Medical Association; Louisiana State Medical Society; Texas Medical Association; the Medical Society of the State of New York; the Medical Society of New Jersey; South Carolina Medical

Association; Tennessee Medical Association; Northern Virginia Medical Societies; North Carolina Medical Society, Nebraska Medical Association, Washington State medical Association, Hawaii Medical Association, Alaska Medical Association, Rhode Island Medical Society; Vermont Medical Society; New Hampshire Medical Society; El Paso County Medical Society of Colorado; California Chiropractic Association.

United Steelworkers of America, AFL-CIO; Alabama AFL-CIO; International Association of Machinists and Aerospace Workers AFL-CIO Local Lodge 985; Birmingham Plumbers & Steamfitters Local Union No. 91 Pension Fund and Health and Welfare Fund; Sheet Metal Workers Local Union No. 48 Welfare Fund; Birmingham Building Trades Towers; Laborers' District Council of Alabama Health and Welfare Fund and Education and Training Fund; Carpenter Local 127 Pension Fund, Health and Welfare and Apprenticeship Fund; Asbestos Workers Local No. 78 Pension Fund; Local Union 136, International Brotherhood of Electrical Workers Health and Welfare Fund; Operating Engineers Local Union No. 312 Health and Welfare Fund and Joint Apprenticeship and Training Fund; Millwright and Machinery Erectors Local 1192 Defined Contributions Pension Plan; Teamsters and Chauffeurs Union Local 612; The Alabama Association of the Deaf, AFL-CIO; Local 558, Laborers' International Union of North America, Local 559; District 75 of the International Association of Machinists and Aerospace Workers, AFL-CIO-CLC; International Union of Operating Engineers; Sheet Metal Workers Local Union No. 48; International Union of Elevator Constructors, Local 24.

The Pate Companies; Alabama Democratic Party; Alabama New South Coalition; Jefferson County Citizens Coalition.

**ROGER M. ADELMAN** has been engaged in the practice of trial law and complex civil and criminal litigation for over 37 years. He has tried over 280 jury trials in a wide variety of matters. He served as an Assistant United States Attorney (AUSA) in Washington, DC, specializing in trial litigation. During his 18-year tenure as an AUSA, he was lead trial prosecutor in a wide variety of cases, including the ABSCAM case involving a U.S. Congressman, various white collar offenses, conspiracy cases, RICO prosecutions, as well as homicide, robbery and kidnapping cases. He tried many cases involving the insanity defense. He was the chief trial prosecutor in the trial of John W. Hinckley, Jr., who shot President Reagan and three others.

Mr. Adelman conducts a trial and litigation practice in Washington in which he represents individuals and entities in white collar prosecutions and grand jury investigations, as well as litigating complex civil cases. He has represented clients in investigations and prosecutions conducted by U.S. Attorneys' offices, the U.S. Justice Department, the FBI, the SEC, the IRS, the Department of Labor, and Federal and local law enforcement agencies. He has dealt with a broad range of evidentiary, procedural and strategic issues arising in trials and litigation. Since 1997, he has worked with Milberg Weiss, and now Coughlin Stoia, serving as one of the plaintiffs' trial counsel in class action cases brought against the tobacco industry; he has also worked with that firm in securities class actions and other class action litigation and has been on trial teams in class action litigation in the Enron, AT&T, and HealthSouth cases. He has also represented federal law enforcement agents in litigation involving them. He has been appointed as *amicus curiae* in criminal cases in the U.S. District Court in Washington.

From 1988 to 1997, he was a partner at Kirkpatrick & Lockhart in Washington, D.C.; his practice there included representation of individuals and business entities in criminal and civil litigation, environmental cases, grand jury investigations and administrative proceedings. From April 1996 to September 1996 he served as Senior Deputy Independent Counsel in Washington, D.C. Besides trial work he has argued numerous appeals, including two *en banc* cases before the U.S. Court of Appeals, *United States v. Moore*, 486 F.2d 1139 (D.C. Cir. 1972) *(en banc)*, and *United States v. Wood*, 627 F.2d 554 (D.C. Cir. 1980) *(en banc)*. He was appointed *amicus curie* in *United States v. Smith*, 709 A.2d 78 (D.C. C.A. 1998 *(en banc)*, where the Court revised the reasonable doubt instruction for D.C. Courts.

Mr. Adelman is a Fellow of the American College of Trial Lawyers. From 1975 to 1998 he served as an adjunct professor at the Georgetown University Law Center (GULC) where he taught a widely subscribed course in evidence. He also taught trial practice and criminal law there. GULC has awarded him the Charles Fahey Distinguished Adjunct Professor Award. He has served on the faculty of Federal Judicial Center education programs for federal judges; and has taught in the Trial Advocacy Program at the Harvard Law School. He has lectured frequently, on trial practice, litigation and evidence before professional, academic, and law enforcement audiences, including the FBI Academy, the U.S. Attorney General's Advocacy Institute, U.S. Attorney training programs and the American Bar Association. He is the co-founder of the William B. Bryant American Inn of Court in Washington, D.C.; he is Master of the Bench of the Inn, and was its President in 2005-2006. Mr. Adelman is a member of the Cosmos Club, Lawyers' Club of Washington and the American Bar Association (Litigation and Criminal Justice Sections). He is a member of the Bars of the District of Columbia, Pennsylvania, the U.S. Supreme Court, the D.C. Circuit, and other federal Circuits. He received a B.A. From Dartmouth College and his L.L.B. from the University of Pennsylvania Law School. While serving in the U.S. Army he completed the one-year intensive course in Russian at the Defense Language Institute.