**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 |
| This document relates to: | No. 07-mc-489 (PLF) |
| ALL CASES | |

**PARTIES' JOINT STATEMENT PURSUANT TO PARAGRAPH 17 OF THE
COURT'S JANUARY 31, 2008 INITIAL PRACTICE AND PROCEDURE ORDER**

Pursuant to Paragraph 17 of the Court's January 31, 2008 Initial Practice and Procedure

Order Upon Transfer Pursuant to 28 U.S.C § 1407 ("Initial Order"), the parties have met and

conferred and respectfully submit the following joint statement, indicating below where the

parties reached agreement, and setting out the parties' respective positions where agreement

could not be reached.

a.      **Whether the parties have reached an agreement regarding a discovery schedule,
        and if not, the nature of any discovery-related disputes:**

The parties have not reached an agreement regarding a discovery schedule in this matter.

Plaintiffs and Defendants have each set out their respective positions below..

        **Plaintiffs' Position:**

Plaintiffs respectfully submit that it would be inappropriate in this case to postpone

discovery until after this Court has ruled on motions to dismiss.  Plaintiffs request that once the

Court has designated interim class counsel, that the Court convene a rule 26 conference to set a

discovery schedule.  If it would please the Court, the plaintiffs would be prepared to submit

briefing on the merits of opening discovery following service of a consolidated complaint.

Plaintiffs therefore submit that initial discovery should be served fifteen days after the filing of

the Consolidated Complaint.  Plaintiffs also propose that, thirty days after the filing of the

Consolidated Complaint, initial disclosures (under Fed.R.Civ.P. 26(a)(1)(A) only) be exchanged

by the parties and that date should serve as a deadline for the parties to complete negotiations

regarding: (a) Electronically Stored Information pursuant to Fed. R. Civ. P. 26(f)(3); (b)  a

deposition protocol ; and (c) a proposed protective order covering issues relating to, *e.g.*,

confidentiality of documents produced during the course of the case.  Plaintiffs also propose that

motions for class certification be filed by October 2, 2008.

**Defendants' Position:**

Defendants respectfully submit that the efficient conduct of the litigation would be best

served by reserving any discovery or further schedule of proceedings until such time as Plaintiffs

have filed their consolidated amended complaint and the Court has resolved Defendants'

anticipated motions to dismiss.  Accordingly, Defendants believe that discovery should not

commence when the consolidated amended complaint is filed, and that it would be premature to

hold a Rule 26(f) conference at this time.  Instead, Defendants propose that, following resolution

of the motions, the Court convene an initial status conference to address discovery-related or

other issues in such manner as the Court may deem appropriate under the circumstances.

**b.      Whether the parties desire an initial status conference to address discovery-related issues or other issues, or whether the parties would prefer to schedule an initial status conference after the Court has resolved any forthcoming motions to dismiss:**

**Plaintiffs' Position:**

Plaintiffs propose that the Court schedule an initial status conference to address

discovery-related and other issues at the Court's earliest convenience following the appointment

by the Court of interim class counsel.

**Defendants' Position:**

Defendants prefer for the Court to schedule an initial status conference after Plaintiffs have filed their consolidated amended complaint and the Court has resolved the Defendants' anticipated motions to dismiss.

c.      **Whether some or all of the factual or legal issues can be agreed upon or narrowed:**

The parties do not believe that factual or legal issues can be agreed upon or narrowed at this time.  The parties will be open at later stages of this litigation to agreeing upon or narrowing factual or legal issues, as appropriate.

d.      **Whether there is a realistic possibility of settling this matter without judicial action:**

At this time, the parties do not believe there is a realistic possibility of settling this matter without judicial action.

e.      **Whether the case could benefit from the Court's Mediation Program or some other form of alternative dispute resolution ("ADR"), such as referral to a magistrate judge, a Court-appointed mediator, or a special master for purposes of facilitating settlement discussions:**

**Plaintiffs' Position:**

Plaintiffs are always willing to engage in meaningful settlement discussions in good faith and believe that, after a certain amount of discovery has occurred, this case might very well benefit from the Court's Mediation Program or some other form of alternative dispute resolution ("ADR"), such as referral to a magistrate judge, a Court-appointed mediator, or a special master for purposes of facilitating settlement discussions.  Plaintiffs, however, believe that such a referral would be premature at this preliminary stage in the proceedings.  Plaintiffs further believe that, alternatively, a private mediator selected and agreed to by the parties might be beneficial to resolving this matter at some point.

**Defendants' Position:**

Defendants believe that it is premature at this preliminary stage of the litigation to make

any prediction about whether the case could benefit from the Court's Mediation Program or

some other form of alternative dispute resolution.  Defendants certainly will remain open to

considering such options as the litigation progresses.

f.      **Whether the parties believe it would be useful to appoint a special master to address any or all of the following matters (or any others): discovery and discovery disputes; the preparation of reports and recommendations to the Court concerning dispositive motions, non-dispositive motions, or both; the determination of privilege questions, if any; and issues relating to experts and expert reports and information:**

The parties do not believe that it would be useful to appoint a special master to address

any or all of the following matters (or any others): discovery and discovery disputes; the

preparation of reports and recommendations to the Court concerning dispositive motions, non-

dispositive motions, or both; the determination of privilege questions, if any; and issues relating

to experts and expert reports and information.

Dated:  February 15, 2008

| By: /s/ Stephen Neuwirth_____ | By: /s/ Michael D. Hausfeld_____ |
|---|---|
| Stephen Neuwirth | Michael D. Hausfeld (D.C. Bar #153742) |
| Daniel Brockett | Benjamin D. Brown (D.C. Bar #495836) |
| Sami H. Rashid | COHEN, MILSTEIN, HAUSFELD & TOLL, |
| QUINN EMANUEL URQUHART OLIVER | P.L.L.C. |
| & HEDGES, LLP | 1100 New York Avenue NW |
| 51 Madison Avenue, 22nd Floor | Suite 500, West Tower |
| New York, New York 10010 | Washington, DC 20005 |
| (212) 849-7000 | (202) 408-4600 |
| | |
| **On behalf of plaintiffs Dust Pro, Inc. and US Magnesium LLC and other plaintiffs and counsel (listed below)** | **On behalf of plaintiff Dakota Granite Company and other plaintiffs and counsel (listed below)** |

Paul M. Donovan (D.C. Bar # 105189)
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036
(202) 298-8100

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CHECCHI, STEWART & OLSTEIN
5 Beeker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Attorneys for Plaintiff Dust Pro, Inc.*
*Attorneys for Plaintiff US Magnesium LLC*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Lisa J. Rodriquez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000

Vincent J. Esades
Scott W. Carlson
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

Christian M. Sande
CHRISTIAN SANDE LLC
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
(612) 387-1430

Timothy J. Peters
PETERS LAW FIRM
2116 Second Avenue South
Minneapolis, MN 55404
(612) 746-1475

*Attorneys for Plaintiff  Dakota Granite Company*

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
(484) 342-0700

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
(215) 925-8200

5

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
(215) 814-6751

*Attorneys for Plaintiff United Co-operative
Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

*Attorneys for Plaintiff Carter Distributing
Company*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th Street, 22nd Floor
New York, New York
(212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, IL  60603

*Attorneys for Plaintiff Zinifex Taylor
Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue, Suite 1000
Chicago, IL 60604-4398
(312) 939-6280

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Donald Perelman
FINE, KAPLAN & BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
(215) 567-6565

Tim J. Moore
LAW OFFICES OF MORRIS LAING
Old Town Square
300 N. Mead, Suite 200
Wichita, KS 67202
(316) 262-2671

Steven A. Asher
Robert S. Kitchenoff
WEINSTEIN, KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200

Joseph Goldberg
FREEDMAN BOYD DANIELS
HOLLANDER GOLDBERG & IVES, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA 19382
(610) 431-9505

*Attorneys for Plaintiff GVL Pipe & Demolition,
Inc.*

6

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
KOHN SWIFT & GRAF
One South Broad Street
Suite 2100
Philadelphia, PA
(215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry
Supply Co.*

James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, BAIN, GILFILLAN,
    CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

*Attorneys for Plaintiff Blue Grass Tobacco
Company*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T. PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
(215) 636-9988

*Attorneys for Plaintiff Ferraro Foods of North
Carolina, LLC*

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street
Suite 4500
Jamestown, NY   14701
(716) 483-3732

*Attorneys for Plaintiff Strates Shows, Inc.*

James C. Dodge
SHARP McQUEEN, P.A.
207 S. Inman
P.O. Box 935
Sublette, KS 67877
(620) 675-2272

|  | Isaac L. Diel<br>SHARP McQUEEN, P.A.<br>Financial Plaza<br>6900 College Blvd. – Suite 285<br>Overland Park, KS 66211<br>(913) 661-9931, Ext. 102<br><br>*Attorneys for Plaintiff Sublette Cooperative, Inc.*<br><br>Barry Nace (D.C. Bar #130724)<br>PAULSON & NACE<br>1615 New Hampshire Avenue, N.W.<br>Washington, DC 20009-2520<br>(202) 463-1999<br><br>Bruce L. Simon<br>Esther L. Klisura<br>PEARSON, SIMON, SOTER, WARSHAW &<br>PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>(415) 433-9000<br><br>Clifford H. Pearson<br>Gary S. Soter<br>Daniel L. Warshaw<br>PEARSON, SIMON, SOTER, WARSHAW &<br>PENNY, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>(818) 788-8300<br><br>Thomas V. Girardi<br>GIRARDI KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>(213) 977-0211<br><br>*Attorneys for Plaintiff Donnelly Commodities Inc.* |
|---|---|

|  | Steig D. Olson<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022<br>(212) 838-7797<br><br>*Attorney for Dad's Products Company, Inc.*<br><br>Paul F. Bennett<br>Steven O. Sidener<br>Joseph M. Barton<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>(415) 777-2230<br><br>*Attorneys for Plaintiff Bar-Ale, Inc.*<br><br>Eugene A. Spector<br>Jay S. Cohen<br>William G. Caldes<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br><br>Philip A. Steinberg<br>124 Rockland Avenue<br>Bala Cynwyd, PA 19004<br>(610) 664-0972<br><br>John Phillip McCarthy, Esquire<br>217 Bay Avenue<br>Somers Point NJ 08244<br>(609) 653-1094<br><br>Jeffrey A. Brodkin, Esquire<br>1601 Market Street<br>Suite 2300<br>Philadelphia, PA 19103<br>(215) 567-1234 |
|--|--|

9

| | John C. Murdock |
|---|---|
| | Theresa Groh |
| | MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA |
| | 35 East Seventh Street, Suite 600 |
| | Cincinnati, OH 45202 |
| | (513) 345-8291 |
| | |
| | *Attorneys for Plaintiff Quality Refractories Installation, Inc.* |
| | |
| | Joe R. Whatley, Jr. |
| | Richard P. Rouco |
| | Othni J. Lathram |
| | WHATLEY DRAKE & KALLAS, LLC |
| | 2001 Park Place North, Suite 1000 |
| | P.O. Box 10647 |
| | Birmingham, AL 35203 |
| | (205) 328-9575 |
| | |
| | *Attorneys for Plaintiff West Alabama Sand & Gravel, Inc.* |
| | |
| | Gerard J. Rodos |
| | Mark R. Rosen |
| | Jeffrey B. Gittleman |
| | Beth R. Targan |
| | BARRACK, RODOS & BACINE |
| | 3300 Two Commerce Square |
| | 2001 Market Street |
| | Philadelphia, PA 19103 |
| | (215) 963-0600 |
| | |
| | Williams J. Schifino, Jr. |
| | Daniel P. Dietrich |
| | WILLIAMS, SCHIFINO, MANGIONE & STEADY, PA. |
| | One Tampa City Center, Suite 3200 |
| | 201 North Franklin St. |
| | Tampa Fl. 33602 |
| | (813) 221-2626 |
| | |
| | *Attorneys for Plaintiff Cedar Farms Co., Inc.* |

10

|  | Chrisopher A. Seeger<br>Stephen A. Weis<br>550 Broad St.<br>Suite 920<br>Newark, NJ 07102<br>(973) 639-9100<br><br>Jonathan Shub<br>TerriAnne Benedetto<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>(215) 564-2300<br><br>William M. Audet<br>Michael McShane<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco CA 94105<br>(415) 568-2555<br><br>Paul M. Weiss<br>FREED & WEISS, LLC<br>111 West Washington Street<br>Suite 1331<br>Chicago, IL 60602<br>(312) 220-0000<br><br>*Attorneys for Plaintiff Complete<br>Transportation Systems, Inc.*<br><br>Terry Gross<br>Adam C. Belsky<br>Monique Alonso<br>GROSS & BELSKY LLP<br>180 Montgomery Street, Suite 2200<br>San Francisco, California 94104<br>(415) 544-0200<br><br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine St., Suite 1700<br>San Francisco, California 94111-5618<br>(415) 544-0200 |
|--|--|

Robert G. Pahlke
PAHLKE, SMITH, SNYDER, PETITT &
EUBANKS
1904 First Avenue
Post Office Box 1204
Scottsbluff, Nebraska 69363-1204

*Attorneys for Plaintiff Stateline Bean
Producers*

James R. Malone
Michael D. Gottsch
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

Bernard Persky
Christopher J. McDonald
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York, 10017
(212) 907-0700

Robert Schachter
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER & ZWERLING
LLP
41 Madison Avenue
New York, N.Y. 10010
(212) 223-3900

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

12

13

| | L. Kendall Satterfield<br>FINKELSTEIN THOMPSON LLP<br>The Duvall Foundry<br>1050 30th Street, N.W.<br>Washington, D.C. 20007<br>(202) 337-8000<br><br>Bryan L. Cobes<br>Ellen Meriwether<br>Jennifer Winter Sprengel<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Philadelphia, PA 19103<br>(215) 864-2800<br><br>*Attorneys for Plaintiff Nizhnekamskneftekhim USA, Inc.* |
|---|---|

*On Behalf of Defendants:*

/s/ Gary A. Winters
Richard J. Favretto (D.C. Bar #156588)
Mark W. Ryan (D.C. Bar #359098)
Gary A. Winters (D.C. Bar #439376)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Attorneys for Defendant BNSF Railway
Company*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 628-5116

*Attorneys for Defendant CSX
Transportation, Inc.*

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
(213) 892-1800
*Attorneys for Defendant Union Pacific
Railroad Company*

John M. Nannes
Tara Reinhart
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorneys for Defendant Norfolk Southern
Railway Company*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700

*Attorneys for Defendant Kansas City
Southern Railway Company*

Mark Leddy
David I. Gelfand
CLEARY GOTTLIEB STEEN &
HAMILTON
2000 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 974-1500

*Attorneys for Defendant Association of
American Railroads*