**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

MDL Docket No. 1869
Misc. No. 07-489 (PLF)

This document relates to:

ALL CASES

## JOINT MOTION FOR EXTENSION OF TIME

The undersigned parties and counsel hereby respectfully request an extension of time of one business day – until February 19, 2008[1] – for the submission of papers seeking appointment of interim class counsel, pursuant to this Court's January 31, 2008 Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407 ("Initial Order").

The Court's Initial Order provided that, "Unless the parties can otherwise agree, on or before February 15, 2008, plaintiffs' counsel seeking appointment as Interim Class Counsel … on behalf of the proposed class of direct purchasers in this action shall file affidavits and memoranda of law in support of their appointment."  (Initial Order at ¶ 18.)  The undersigned plaintiffs' counsel – constituting nearly all of the plaintiffs' counsel in this litigation – have been engaged in vigorous negotiations and discussions over the past weeks with the goal of reaching agreement on the firms that should be designated Interim Class Counsel.  Despite counsel's best efforts, such an agreement could not be reached by today.  However, undersigned counsel respectfully submit that a one-day extension of time may well allow counsel sufficient time to

---

[1]       Monday, February 18, 2008 is a Federal holiday.

finalize their discussions, and remain cautiously optimistic that agreement of all, or nearly all,

plaintiffs' counsel will be reached.


Respectfully submitted:

Dated:  February 15, 2008

| | |
|---|---|
| By: /s/ Stephen Neuwirth_____<br>Stephen Neuwirth<br>Daniel Brockett<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 | By: /s/ Michael D. Hausfeld_____<br>Michael D. Hausfeld (D.C. Bar #153742)<br>Benjamin D. Brown (D.C. Bar #495836)<br>COHEN, MILSTEIN, HAUSFELD & TOLL,<br>P.L.L.C.<br>1100 New York Avenue NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>(202) 408-4600 |
| **On behalf of plaintiffs Dust Pro, Inc. and US Magnesium LLC and other plaintiffs and counsel (listed below)** | **On behalf of plaintiff Dakota Granite Company and other plaintiffs and counsel (listed below)** |
| Paul M. Donovan (D.C. Bar # 105189)<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, NW, Suite 200<br>Washington, DC 20036<br>(202) 298-8100<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN,<br>CHECCHI, STEWART & OLSTEIN<br>5 Beeker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>*Attorneys for Plaintiff Dust Pro, Inc.*<br>*Attorneys for Plaintiff US Magnesium LLC* | Vincent J. Esades<br>Scott W. Carlson<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 338-4605<br><br>Christian M. Sande<br>CHRISTIAN SANDE LLC<br>2751 Hennepin Avenue South, No. 232<br>Minneapolis, MN 55408<br>(612) 387-1430 |

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Lisa J. Rodriquez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
(215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI~LEOPOLD, P.A.
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
(561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Timothy J. Peters
PETERS LAW FIRM
2116 Second Avenue South
Minneapolis, MN 55404
(612) 746-1475

*Attorneys for Plaintiff  Dakota Granite Company*

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
(484) 342-0700

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
(215) 925-8200

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue, Suite 1000
Chicago, IL 60604-4398
(312) 939-6280

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Donald Perelman
FINE, KAPLAN & BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
(215) 567-6565

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th Street, 22nd Floor
New York, New York
(212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603

*Attorneys for Plaintiff Zinifex Taylor
Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
KOHN SWIFT & GRAF
One South Broad Street
Suite 2100
Philadelphia, PA
(215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry
Supply Co.*

Tim J. Moore
LAW OFFICES OF MORRIS LAING
Old Town Square
300 N. Mead, Suite 200
Wichita, KS 67202
(316) 262-2671

Steven A. Asher
Robert S. Kitchenoff
WEINSTEIN, KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 545-7200

Joseph Goldberg
FREEDMAN BOYD DANIELS
HOLLANDER GOLDBERG & IVES, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA 19382
(610) 431-9505

*Attorneys for Plaintiff GVL Pipe & Demolition,
Inc.*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T. PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
(215) 636-9988

*Attorneys for Plaintiff Ferraro Foods of North
Carolina, LLC*

James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
CARELLA, BYRNE, BAIN, GILFILLAN,
    CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

*Attorneys for Plaintiff Blue Grass Tobacco
Company*

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
(610) 822-0200

Arthur N. Bailey
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street
Suite 4500
Jamestown, NY   14701
(716) 483-3732

*Attorneys for Plaintiff Strates Shows, Inc.*

James C. Dodge
SHARP McQUEEN, P.A.
207 S. Inman
P.O. Box 935
Sublette, KS 67877
(620) 675-2272

Isaac L. Diel
SHARP McQUEEN, P.A.
Financial Plaza
6900 College Blvd. – Suite 285
Overland Park, KS 66211
(913) 661-9931, Ext. 102

*Attorneys for Plaintiff Sublette Cooperative,
Inc.*

Barry Nace (D.C. Bar #130724)
PAULSON & NACE
1615 New Hampshire Avenue, N.W.
Washington, DC 20009-2520
(202) 463-1999

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
(415) 433-9000

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
(818) 788-8300

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
(213) 977-0211

*Attorneys for Plaintiff Donnelly Commodities
Inc.*

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797

*Attorney for Dad's Products Company, Inc.*

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
(415) 777-2230

*Attorneys for Plaintiff Bar-Ale, Inc.*

Eugene A. Spector
Jay S. Cohen
William G. Caldes
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Philip A. Steinberg
124 Rockland Avenue
Bala Cynwyd, PA 19004
(610) 664-0972

John Phillip McCarthy, Esquire
217 Bay Avenue
Somers Point NJ 08244
(609) 653-1094

Jeffrey A. Brodkin, Esquire
1601 Market Street
Suite 2300
Philadelphia, PA 19103
(215) 567-1234

John C. Murdock
Theresa Groh
MURDOCK GOLDENBERG SCHNEIDER &
GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
(513) 345-8291

*Attorneys for Plaintiff Quality Refractories
Installation, Inc.*

Gerard J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Beth R. Targan
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

Williams J. Schifino, Jr.
Daniel P. Dietrich
WILLIAMS, SCHIFINO, MANGIONE &
STEADY, PA.
One Tampa City Center, Suite 3200
201 North Franklin St.
Tampa Fl. 33602
(813) 221-2626

*Attorneys for Plaintiff Cedar Farms Co., Inc.*

Chrisopher A. Seeger
Stephen A. Weis
550 Broad St.
Suite 920
Newark, NJ 07102
(973) 639-9100

Jonathan Shub
TerriAnne Benedetto
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

William M. Audet
Michael McShane
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
(415) 568-2555

Paul M. Weiss
FREED & WEISS, LLC
111 West Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000

*Attorneys for Plaintiff Complete
Transportation Systems, Inc.*

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
(415) 544-0200

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine St., Suite 1700
San Francisco, California 94111-5618
(415) 544-0200

Robert G. Pahlke
PAHLKE, SMITH, SNYDER, PETITT &
EUBANKS
1904 First Avenue
Post Office Box 1204
Scottsbluff, Nebraska 69363-1204

*Attorneys for Plaintiff Stateline Bean
Producers*

James R. Malone
Michael D. Gottsch
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

Bernard Persky
Christopher J. McDonald
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York, 10017
(212) 907-0700

Robert Schachter
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER & ZWERLING
LLP
41 Madison Avenue
New York, N.Y. 10010
(212) 223-3900

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400

L. Kendall Satterfield
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000

Bryan L. Cobes
Ellen Meriwether
Jennifer Winter Sprengel
CAFFERTY FAUCHER LLP
1717 Arch Street
Philadelphia, PA 19103
(215) 864-2800

*Attorneys for Plaintiff Nizhnekamskneftekhim
USA, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

MDL Docket No. 1869
Misc. No. 07-489 (PLF)

This document relates to:

ALL CASES

**[PROPOSED] ORDER**

The Motion of certain parties for an extension of time of one business day – until

February 19, 2008 – for the submission of papers seeking appointment of interim class counsel,

pursuant to this Court's January 31, 2008 Initial Practice and Procedure Order Upon Transfer

Pursuant to 28 U.S.C. § 1407 ("Initial Order") is **HEREBY GRANTED**.

It is **SO ORDERED**:


Dated: _____, 2008          _____

                                       PAUL L. FRIEDMAN
                                       United States District Judge