UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | ) ) ) ) ) ) ) ) ) ) ) MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

### NOTICE OF APPEARANCE

Comes now, Sonnenschein Nath & Rosenthal LLP, by David R. Baum and Robert T. Joseph, attorneys for Defendant The Kansas City Southern Railway Company ("KCS"), and hereby enter this Notice of Appearance on KCS' behalf in the above-captioned action.

Dated: New York, New York
February 8, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _/s/ David R. Baum_
David R. Baum (dbaum@sonnenschein.com)
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212-768-6700
Facsimile: 212-768-6800

By: _/s/ Robert T. Joseph_
Robert T. Joseph (rjoseph@sonnenschein.com)
7800 Sears Tower, 233 S. Wacker Dr
Chicago, IL 60606
Telephone: 312-876-8000
Facsimile: 312-876-7934

Attorneys for Defendant
The Kansas City Southern Railway Co.

17587747\V-1