**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

**MOTION FOR THE APPOINTMENT OF COHEN MILSTEIN AND QUINN EMANUEL**
**AS CO-LEAD INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

Pursuant to Federal Rule of Civil Procedure 23(g) and this Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C § 1407, dated January 31, 2008, the undersigned direct purchaser plaintiffs all respectfully and jointly move this Court to designate Cohen Milstein Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") and Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel") as co-lead interim class counsel for the proposed direct purchaser class.

In support of this motion, the undersigned submit the accompanying Memorandum of Law in Support of Motion for the Appointment of Cohen Milstein and Quinn Emanuel as Co-Lead Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g).

Privileged and Confidential

Dated: February 19, 2008                                    Respectfully submitted:

| | |
|---|---|
| By: /s/ Stephen Neuwirth<br>Stephen Neuwirth<br>Daniel Brockett<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>Paul M. Donovan (D.C. Bar # 105189)<br>LAROE, WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue, NW, Suite 200<br>Washington, DC 20036<br>(202) 298-8100<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN<br>5 Beeker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>*Attorneys for Plaintiff Dust Pro, Inc.*<br>*Attorneys for Plaintiff US Magnesium LLC*<br><br>Robert N. Kaplan<br>Gregory Arenson<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980<br><br>Lisa J. Rodriquez<br>TRUJILLO RODRIGUEZ & RICHARDS<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>(856) 795-9002<br><br>*Attorneys for Plaintiff Isaac Industries, Inc.* | By: /s/ Michael D. Hausfeld<br>Michael D. Hausfeld (D.C. Bar #153742)<br>Benjamin D. Brown (D.C. Bar #495836)<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>(202) 408-4600<br><br>Vincent J. Esades<br>Scott W. Carlson<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 338-4605<br><br>Christian M. Sande<br>CHRISTIAN SANDE LLC<br>2751 Hennepin Avenue South, No. 232<br>Minneapolis, MN 55408<br>(612) 387-1430<br><br>Timothy J. Peters<br>PETERS LAW FIRM<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>(612) 746-1475<br><br>*Attorneys for Plaintiff Dakota Granite Company*<br><br>Steven A. Kanner<br>Douglas A. Millen<br>Robert J. Wozniak, Jr.<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>(224) 632-4500 |

Privileged and Confidential

| | |
|---|---|
| H. Laddie Montague, Jr.<br>Eric Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103<br>(215) 875-3000<br><br>Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103<br>(215) 814-6751<br><br>*Attorneys for Plaintiff United Co-operative Farmers, Inc.*<br><br>Theodore J. Leopold<br>Diana Martin<br>RICCI~LEOPOLD, P.A.<br>2925 PGA Blvd., Suite 200<br>Palm Beach Gardens, FL 33410<br>(561) 684-6500<br><br>*Attorneys for Plaintiff Carter Distributing Company*<br><br><br>Stanley D. Bernstein<br>Mel E. Lifshitz<br>Ronald J. Aranoff<br>BERNSTEIN LIEBHARD & LIFSHITZ<br>10 E. 40th Street, 22nd Floor<br>New York, New York<br>(212) 779-1414<br><br>*Attorneys for Plaintiff Somerset Industries, Inc.*<br><br>Mary Jane Fait<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>55 West Monroe Street<br>Suite 1111<br>Chicago, IL  60603<br><br>*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.* | Mark S. Goldman<br>GOLDMAN, SCARLATO & KARON, P.C.<br>101 West Elm Street, Suite 360<br>Conshohocken, PA 19428<br>(484) 342-0700<br><br>Andrew B. Sacks<br>SACKS & WESTON<br>114 Old York Road<br>Jenkintown, PA 19046<br>(215) 925-8200<br><br>James Shedden<br>Lawrence W. Schad<br>SCHAD, DIAMOND & SHEDDEN, P.C.<br>332 S. Michigan Avenue, Suite 1000<br>Chicago, IL 60604-4398<br>(312) 939-6280<br><br>*Attorneys for Plaintiff McIntyre Group, Ltd.*<br><br>Donald Perelman<br>FINE, KAPLAN & BLACK R.P.C.<br>1835 Market Street, 28th Floor<br>Philadelphia, PA 19103<br>(215) 567-6565<br><br>Tim J. Moore<br>LAW OFFICES OF MORRIS LAING<br>Old Town Square<br>300 N. Mead, Suite 200<br>Wichita, KS 67202<br>(316) 262-2671<br><br>Steven A. Asher<br>Robert S. Kitchenoff<br>WEINSTEIN, KITCHENOFF & ASHER LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>(215) 545-7200 |

Privileged and Confidential

| | |
|---|---|
| Robert N. Kaplan<br>Gregory Arenson<br>Linda Nussbaum<br>KAPLAN FOX & KILSHEIMER<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980<br><br>Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102<br>(215) 814-6750<br><br>Joseph C. Kohn<br>KOHN SWIFT & GRAF<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA<br>(215) 238-1700<br><br>*Attorneys for Plaintiff Lancaster Foundry Supply Co.*<br><br>James E. Cecchi, Esq.<br>Lindsey H. Taylor, Esq.<br>CARELLA, BYRNE, BAIN, GILFILLAN,<br>    CECCHI, STEWART & OLSTEIN<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>Christopher A. Seeger<br>Stephen A. Weiss<br>Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>(215) 564-2300<br><br>*Attorneys for Plaintiff Blue Grass Tobacco Company* | Joseph Goldberg<br>FREEDMAN BOYD DANIELS<br>HOLLANDER GOLDBERG & IVES, P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>(505) 842-9960<br><br>Christopher Hayes, Esq.<br>225 South Church Street<br>West Chester, PA 19382<br>(610) 431-9505<br><br>*Attorneys for Plaintiff GVL Pipe & Demolition, Inc.*<br><br>Mark A. Griffin<br>Raymond Farrow<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>(206) 623-1900<br><br>Joseph T. Piscitello<br>LAW OFFICES OF JOSEPH T. PISCITELLO<br>234 Delancey Street<br>Philadelphia, PA 19106<br>(215) 636-9988<br><br>*Attorneys for Plaintiff Ferraro Foods of North Carolina, LLC*<br><br>Michael J. Boni<br>Joanne Zack<br>Joshua D. Snyder<br>BONI & ZACK LLC<br>15 St. Asaphs Rd.<br>Bala Cynwyd, PA 19004<br>(610) 822-0200 |

Privileged and Confidential

|  | Arthur N. Bailey<br>ARTHUR N. BAILEY & ASSOCIATES<br>111 West Second Street<br>Suite 4500<br>Jamestown, NY   14701<br>(716) 483-3732<br><br>*Attorneys for Plaintiff Strates Shows, Inc.*<br><br>James C. Dodge<br>SHARP McQUEEN, P.A.<br>207 S. Inman<br>P.O. Box 935<br>Sublette, KS 67877<br>(620) 675-2272<br><br>Isaac L. Diel<br>SHARP McQUEEN, P.A.<br>Financial Plaza<br>6900 College Blvd. – Suite 285<br>Overland Park, KS 66211<br>(913) 661-9931, Ext. 102<br><br>*Attorneys for Plaintiff Sublette Cooperative, Inc.*<br><br>Barry Nace (D.C. Bar #130724)<br>PAULSON & NACE<br>1615 New Hampshire Avenue, N.W.<br>Washington, DC 20009-2520<br>(202) 463-1999<br><br>Bruce L. Simon<br>Esther L. Klisura<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>(415) 433-9000 |
|---|---|

Privileged and Confidential

|  | Clifford H. Pearson<br>Gary S. Soter<br>Daniel L. Warshaw<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>(818) 788-8300<br><br>Thomas V. Girardi<br>GIRARDI KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017-1904<br>(213) 977-0211<br><br>*Attorneys for Plaintiff Donnelly Commodities Inc.*<br><br>Steig D. Olson<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>150 East 52nd Street, 30th Floor<br>New York, NY 10022<br>(212) 838-7797<br><br>*Attorney for Dad's Products Company, Inc.*<br><br>Paul F. Bennett<br>Steven O. Sidener<br>Joseph M. Barton<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105<br>(415) 777-2230<br><br>*Attorneys for Plaintiff Bar-Ale, Inc.*<br><br>Eugene A. Spector<br>Jay S. Cohen<br>William G. Caldes<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300 |

Privileged and Confidential

|  | Philip A. Steinberg<br>124 Rockland Avenue<br>Bala Cynwyd, PA 19004<br>(610) 664-0972<br><br>John Phillip McCarthy, Esquire<br>217 Bay Avenue<br>Somers Point NJ 08244<br>(609) 653-1094<br><br>Jeffrey A. Brodkin, Esquire<br>1601 Market Street<br>Suite 2300<br>Philadelphia, PA 19103<br>(215) 567-1234<br><br>John C. Murdock<br>Theresa Groh<br>MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>(513) 345-8291<br><br>*Attorneys for Plaintiff Quality Refractories Installation, Inc.*<br><br>Gerard J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman<br>Beth R. Targan<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>(215) 963-0600 |

Privileged and Confidential

|  | Williams J. Schifino, Jr.<br>Daniel P. Dietrich<br>WILLIAMS, SCHIFINO, MANGIONE & STEADY, PA.<br>One Tampa City Center, Suite 3200<br>201 North Franklin St.<br>Tampa Fl. 33602<br>(813) 221-2626<br><br>*Attorneys for Plaintiff Cedar Farms Co., Inc.*<br><br>Terry Gross<br>Adam C. Belsky<br>Monique Alonso<br>GROSS & BELSKY LLP<br>180 Montgomery Street, Suite 2200<br>San Francisco, California 94104<br>(415) 544-0200<br><br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine St., Suite 1700<br>San Francisco, California 94111-5618<br>(415) 544-0200<br><br>Robert G. Pahlke<br>PAHLKE, SMITH, SNYDER, PETITT & EUBANKS<br>1904 First Avenue<br>Post Office Box 1204<br>Scottsbluff, Nebraska 69363-1204<br><br>*Attorneys for Plaintiff Stateline Bean Producers*<br><br>James R. Malone<br>Michael D. Gottsch<br>Joseph G. Sauder<br>Benjamin F. Johns<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>(610) 642-8500 |
|---|---|

Privileged and Confidential

|  | Bernard Persky<br>Christopher J. McDonald<br>LABATON SUCHAROW & RUDOFF LLP<br>100 Park Avenue<br>New York, New York, 10017<br>(212) 907-0700<br><br>Robert Schachter<br>Joseph Lipofsky<br>Paul Kleidman<br>ZWERLING, SCHACHTER & ZWERLING LLP<br>41 Madison Avenue<br>New York, N.Y. 10010<br>(212) 223-3900<br><br>Marvin A. Miller<br>Lori A. Fanning<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street<br>Suite 2910<br>Chicago, IL 60603<br>(312) 332-3400<br><br>L. Kendall Satterfield<br>FINKELSTEIN THOMPSON LLP<br>The Duvall Foundry<br>1050 30th Street, N.W.<br>Washington, D.C. 20007<br>(202) 337-8000<br><br>Bryan L. Cobes<br>Ellen Meriwether<br>Jennifer Winter Sprengel<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Philadelphia, PA 19103<br>(215) 864-2800<br><br>*Attorneys for Plaintiff Nizhnekamskneftekhim USA, Inc.* |

Privileged and Confidential

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

## [PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL

### I.   Appointment of Interim Class Counsel

Pursuant to Federal Rule of Civil Procedure 23(g)(3) and this Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C § 1407, dated January 31, 2008, the Court hereby designates Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein") and Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel") as co-lead interim class counsel for the proposed direct purchaser class.

Having reviewed all relevant memoranda and supporting materials, the Court finds that designation of Cohen Milstein and Quinn Emanuel as co-lead interim class counsel is in the best interests of the proposed direct purchaser class because Cohen Milstein and Quinn Emanuel:

(1)  have the overwhelming support of plaintiffs and firms filing cases in this action;

(2)  have conducted significant independent investigations into the potential claims in this action;

(3)  have extensive relevant experience in complex antitrust litigation and knowledge of the law applicable to this action; and

(4)  are willing to commit the resources necessary to representing the class.

Privileged and Confidential

## II.     Duties of Interim Class Counsel

Lead interim class counsel, working together in a coordinated fashion, shall be responsible for the overall conduct of the litigation on behalf of the direct purchaser plaintiffs, including the following:

    a.    Supervise all pretrial, trial, and post-trial proceedings on behalf of plaintiffs;

    b.    Sign any pleadings, motions, briefs, discovery requests or objections, subpoenas, or notices on behalf of plaintiffs;

    c.    Determine and present in motions, briefs, oral argument, or such other fashion as may be appropriate, the position of all of the plaintiffs as to all matters arising during pretrial and trial proceedings;

    d.    Designate attorneys to act as spokespersons at pretrial conferences and meetings with defendants;

    e.    Negotiate and enter stipulations with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

    f.    Conduct or coordinate discovery on behalf of plaintiffs, including the preparation of interrogatories, requests for production of documents, requests for admissions, and the examination of witnesses in depositions;

    g.    Coordinate the activities of plaintiffs' counsel and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

    h.    Collect time and expense reports from plaintiffs' counsel on a periodic basis;

    i.    Employ and consult with experts;

    j.    Convene meetings of plaintiffs' counsel;

Privileged and Confidential

    k.    Delegate tasks to counsel for plaintiffs and otherwise coordinate the work of all plaintiffs' counsel, and perform such other duties as the lead interim class counsel deem necessary;

    l.    Allocate fees, if any are awarded by the Court; and

    m.    Ensure that all plaintiffs' counsel are kept informed of the progress of this litigation as necessary.

## III. Appointment of Executive Committee

The following firms shall serve as an Executive Committee of counsel, under the direction of interim class counsel, to assist interim class counsel in the fulfillment of the aforementioned responsibilities:

Freed Kanner London & Millen LLC;

Heins Mills & Olson, P.L.C.;

Kaplan Fox & Kilsheimer LLP;

Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein; and

Gold Bennett Cera & Sidener LLP.

It is **SO ORDERED**:

Dated: _____, 2008        _____
                                              PAUL L. FRIEDMAN
                                              United States District Judge