UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) **MDL 1869** ) **Misc. No. 07-489 (PLF)** |
| This Document Relates To: ALL ACTIONS | ) ) ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

In accordance with the waiver of the requirements of Local Civil Rule 83.2 pursuant to paragraph 8 of the Initial Practice and Procedure Order dated January 31, 2008 in the above-captioned actions, please enter the appearance of Saul P. Morgenstern, a member in good standing of the bar of the United States District Court for the Southern District of New York, among other federal district and appellate courts, as additional counsel for defendant Norfolk Southern Railway Company in the above-captioned actions.

Date: February 15, 2008

Respectfully submitted,

/s/ Saul P. Morgenstern

Saul P. Morgenstern (SM 1142)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000
Email: smorgenstern@kayescholer.com

31606511.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of Saul P. Morgenstern was forwarded to the counsel on the attached Service List via regular mail on this 19th day of February 2008.

*Laura O. Wolf*

## SERVICE LIST
## In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Beeker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

*Attorneys for Plaintiff Dust Pro, Inc.*
*Attorneys for Plaintiff US Magnesium LLC*

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002

Vincent J. Esades
Scott W. Carlson
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Timothy I. Peters
PETERS LAW FIRM
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-1475
Facsimile: (612) 874-9793

*Attorneys for Plaintiff Dakota Granite Company*

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr.
FREED KANNER LONDON & MILLEN LLC

*Attorneys for Plaintiff Isaac Industries, Inc.*

H. Laddie Montague, Jr.
Eric Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000

Anthony J. Bolognese
1617 JFK Boulevard
Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6751

*Attorneys for Plaintiff United Co-operative Farmers, Inc.*

Theodore J. Leopold
Diana Martin
RICCI-LEOPOLD, PA.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 684-6500

*Attorneys for Plaintiff Carter Distributing Company*

Stanley D. Bernstein
Mel E. Lifshitz
Ronald J. Aranoff
BERNSTEIN LIEBHARD & LIFSHITZ
10 E. 40th Street, 22nd Floor
New York, NY
Telephone: (212) 779-1414

*Attorneys for Plaintiff Somerset Industries, Inc.*

Mark S. Goldman
GOLDMAN, SCARLATO & KARON, P.C.
101 West Elm Street, Suite 360
Conshohocken, PA 19428
Telephone: (484) 342-0700
Facsimile: (484) 342-0701

Andrew B. Sacks
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
Telephone: (215) 925-8200
Facsimile: (215) 925-0508

James Shedden
Lawrence W. Schad
SCHAD, DIAMOND & SHEDDEN, P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604-4398
Telephone: (312) 939-6280
Facsimile: (312) 939-4661

*Attorneys for Plaintiff McIntyre Group, Ltd.*

Donald Perelman
FINE, KAPLAN & BLACK R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Telephone: (215) 567-6565
Facsimile: (215) 568-5872

Tim J. Moore
LAW OFFICES OF MORRIS LAING
Old Town Square
300 N. Mead, Suite 200
Wichita, KS 67202
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
Telephone: (312) 984-0000

*Attorneys for Plaintiff Zinifex Taylor Chemicals, Inc.*

Robert N. Kaplan
Gregory Arenson
Linda Nussbaum
KAPLAN FOX & KILSHEIMER
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980

Anthony J. Bolognese
BOLOGNESE & ASSOCIATES
1500 JFK Boulevard
Suite 320
Philadelphia, PA 19102
(215) 814-6750

Joseph C. Kohn
KOHN SWIFT & GRAF
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700

*Attorneys for Plaintiff Lancaster Foundry Supply Co.*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Beeker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

Christopher A. Seeger
Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Steven A. Asher
Robert S. Kitchenoff
WEINSTEIN, KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 545-6535

Joseph Goldberg
FREEDMAN BOYD DANIELS
HOLLANDER GOLDBERG & IVES, PA.
20 First Plaza
Suite 700
Albuquerque, NM 87102
Telephone: (505) 842-9960
Facsimile: (505) 842-0761

Christopher Hayes, Esq.
225 South Church Street
West Chester, PA 19382
Telephone: (610) 431-9505
Facsimile: (610) 431-1269

*Attorneys for Plaintiff GVL Pipe & Demolition, Inc.*

Mark A. Griffin
Raymond Farrow
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Joseph T. Piscitello
LAW OFFICES OF JOSEPH T. PISCITELLO
234 Delancey Street
Philadelphia, PA 19106
Telephone: (215) 636-9988
Facsimile: (215) 636-9987

*Attorneys for Plaintiff Blue Grass Tobacco Company*

Michael J. Boni
Joanne Zack
Joshua D. Snyder
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0200
Facsimile: (610) 822-0206

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street
Suite 4500
Jamestown, NY 14701
Telephone: (716) 483-3732
Facsimile: (716) 664-2983

*Attorneys for Plaintiff Strates Shows, Inc.*

James C. Dodge
SHARP McQUEEN, P.A.
207 S. Inman Street
P.O. Box 935
Sublette, KS 67877
Telephone: (620) 675-2272
Facsimile: (620) 675-2782

Isaac L. Diel
SHARP McQUEEN, P.A.
Financial Plaza
6900 College Blvd.
Suite 285
Overland Park, KS 66211
Telephone: (913) 661-9931, Ext. 102
Facsimile: (913) 661-9935

*Attorneys for Plaintiff Sublette Cooperative, Inc.*

Steig D. Olson
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Attorney for Dad's Products Company, Inc.*

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street
Suite 2300

San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

*Attorneys for Plaintiff Bar-Ale, Inc.*

Eugene A. Spector
Jay S. Cohen
William G. Caldes
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Philip A. Steinberg
124 Rockland Avenue
Bala Cynwyd, PA 19004
Telephone: (610) 664-0972
Facsimile: (610) 664-3101

John Phillip McCarthy, Esquire
217 Bay Avenue
Somers Point, NJ 08244
Telephone: (202) 463-1999
Facsimile: (202) 223-6824

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403

Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Thomas V. Girardi
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiff Donnelly Commodities Inc.*

Gerard J. Rodos
Mark R. Rosen
Jeffrey B. Gittleman
Beth R. Targan
BARRACK RODOS & BACINE
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Telephone: (609) 653-1094
Facsimile: (609) 653-3029

Jeffrey A. Brodkin, Esquire
1601 Market Street
Suite 2300
Philadelphia, PA 19103
Telephone: (215) 567-1234
Facsimile: (215) 569-0809

John C. Murdock
Theresa Groh
MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 345-8291
Facsimile: (513) 345-8294

*Attorneys for Plaintiff Quality Refractories Installation, Inc.*

| | |
|---|---|
| Christopher A. Seeger<br>Stephen A. Weiss<br>SEEGER WEISS LLP<br>550 Broad Street<br>Newark, NJ 07102<br>Telephone: (973) 639-9100<br>Facsimile: (973) 639-9393<br><br>Jonathan Shub<br>Terrianne Benedetto<br>SEEGER WEISS LLP<br>Williams J. Schifino, Jr.<br>Daniel P. Dietrich<br>WILLIAMS, SCHIFINO, MANGIONE &<br>STEADY, P.A.<br>One Tampa City Center<br>Suite 3200<br>201 North Franklin St.<br>Tampa, FL 33602<br>Telephone: (813) 221-2626<br>Facsimile: (813) 221-7335<br><br>*Attorneys for Plaintiff Cedar Farms Co., Inc.*<br><br>Terry Gross<br>Adam C. Belsky<br>Monique Alonso<br>GROSS & BELSKY LLP<br>180 Montgomery Street<br>Suite 2200<br>San Francisco, CA 94104<br>Telephone: (415) 544-0200<br><br>Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111-5618<br>Telephone: (415) 544-0200<br><br>Robert G. Pahlke<br>PAHLKE, SMITH, SNYDER, PETTIT &<br>EUBANKS<br>1904 First Avenue | P.O. Box 1204<br>Scottsbluff, Nebraska 69363-1204<br><br>*Attorneys for Plaintiff Stateline Bean Producers*<br><br>William M. Audet<br>Michael McShane<br>AUDET & PARTNERS, LLP<br>221 Main Street<br>Suite 1460<br>San Francisco, CA 94105<br>Telephone: (415) 568-2555<br>Facsimile: (415) 568-2556<br><br>Paul M. Weiss<br>FREED & WEISS, LLC<br>111 West Washington Street<br>Suite 1331<br>Chicago, IL 60602<br>Telephone: (312) 220-0000<br>Facsimile: (312) 220-7777<br><br>*Attorneys for Plaintiff Complete Transportation Systems, Inc.*<br><br>James R. Malone<br>Michael D. Gottsch<br>Joseph G. Sander<br>Benjamin F. Johns<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>Telephone: (610) 642-8500<br>Facsimile: (610) 649-3633<br><br>Bernard Persky<br>Christopher J. McDonald<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0868<br>Facsimile: (212) 883-7068 |

Robert Schachter
Telephone: (202) 783-6400
Facsimile: (202) 416-6392

*Attorneys for Plaintiff RB Rubber Products, Inc.*

Jared Stamell
Stamell & Schager LLP
One Liberty Plaza
35th Floor
New York, NY 10006
Telephone: (212) 566-4047
*Attorneys for Plaintiff Agway Liquidating Trust*

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002

Alexander E. Barnett
THE MASON LAW FIRM, LLP
1120 Avenue of the Americas
Suite 4019
New York, NY 10036
Telephone: (212) 362-5770
Facsimile: (917) 591-5227

Michael F. Ram
Joseph Lipofsky
Paul Kleidman
ZWERLING, SCHACHTER &
ZWERLING LLP
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910

Chicago, IL 60603
Telephone: (312) 332-3400

L. Kendall Satterfield
FINKELSTEIN THOMPSON LLP
The Duvall Foundry
1050 30th Street, NW
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Bryan L. Cobes
Ellen Meriwether
Jennifer Winter Sprengel
CAFFERTY FAUCHER LLP
1717 Arch Street
Philadelphia, PA 19103
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

*Attorneys for Plaintiff Nizhnekainsknefiekhim USA, Inc.*

On Behalf of Defendants:

Richard J. Favretto
Mark W. Ryan
Gary A. Winters
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
LEVY, RAM & OLSON
639 Front Street
Fourth Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Donald Amamgbo
AMAMGBO & ASSOCIATES
7901 Oakport Street
Suite 4900
Oakland, CA 94621
Telephone: (510) 615-6000
Facsimile: (510) 615-6025

| | |
|---|---|
| Reginald Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br><br>*Attorneys for Plaintiff Fayus Enterprises*<br><br>Jared Stamell<br>John C. Crow<br>Stamell & Schager LLP<br>One Liberty Plaza<br>35th Floor<br>New York, NY 10006<br>Telephone: (212) 566-4047<br><br>Edward W. Cochran<br>20030 Marchmont Road<br>Shaker Heights, OH 44122<br>Telephone: (216) 751-5546<br><br>*Attorneys for Plaintiff Maroon Incorporated*<br><br>Richard McMillan, Jr.<br>Kent A. Gardiner<br>Kathryn D. Kirmayer<br>CROWELL & MORING LLP<br>1101 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone: (202) 624-5116<br><br>*Attorneys for Defendant CSX Transportation, Inc.*<br><br>David R. Baum<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br><br>Matthew S. Burns<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604 | Carol V. Gilden<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>39 South LaSalle Street<br>Suite 1100<br>Chicago, IL 60603<br><br>Daniel E. Gunstafson<br>GUNSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br><br>Robert T. Joseph<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br><br>Tony Kim<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br><br>Thomas A. Muzilla<br>THE MUZILLA LAW FIRM, LLC<br>Tower at Erieview<br>1301 East 9th Street<br>Suite 1100<br>Cleveland, OH 44114<br><br>Adel A. Nadji<br>AUDET & PARTNERS, LLP<br>221 Main Street<br>Suite 1460<br>San Francisco, CA 94105<br><br>Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE, P.C.<br>2600 Philmont Avenue<br>Huntington Valley, PA 19006 |

Service List - *In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION*
7