UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) |
| | MDL Docket No. 1869 |
| | Misc. No. 07-489 (PLF) |
| This document relates to: | ) ) ) |
| ALL CASES | ) ) |

ORDER

This matter is set forth for an initial status conference to discuss the parties' Joint Statement pursuant to paragraph 17 of the Court's Initial Practice and Procedure Order, and the disagreements among them evidenced therein, for March 7, 2008 at 10:00 a.m. The Court will also hear argument at that time on (1) the Joint Motion for Appointment of Whatley Drake & Kallas, LLC As Interim Lead Class Counsel and Roger M. Adelman as Liaison Class Counsel, (2) the Motion to Appoint Interim Co-Lead Class Counsel for Indirect Purchaser Plaintiffs, and (3) the Motion for the Appointment of Cohen Milstein and Quinn Emanuel as Co-Lead Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 21, 2008