UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION )<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | **Civil Docket No. 1:07-mc-00489-PLF**<br><br>**MDL 1869** |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of George Ruttinger as counsel for Defendant CSX Transportation, Inc. in the above-captioned case.

Date: February 22, 2008

                                       Respectfully submitted,

                                       /s/
                                       George Ruttinger (D.C. Bar #214445)
                                       CROWELL & MORING LLP
                                       1001 Pennsylvania Avenue, NW
                                       Washington, DC  20004-2595
                                       Tel.: 202-624-2670
                                       Fax:  202-628-5116
                                       gruttinger@crowell.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2008, a copy of the foregoing Notice of Appearance was served to the following counsel via the Court's Electronic Case Filing ("ECF") system:

| | |
|---|---|
| Roger M. Adelman<br>1100 Connecticut Avenue, NW<br>Suite 730<br>Washington, D.C. 20036<br>(202) 822-0600<br>Fax: (202) 822-6722 | Gary Edward Mason<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br>(202) 429-2290<br>Fax: (202) 429-2294 |
| Ronald J. Aranoff<br>BERNSTEIN LIEBHARD & LIFSHITZ, LLP<br>10 East 40th Street<br>22nd Floor<br>New York, NY 10016<br>(212) 779-1414<br>Fax: (212) 779-3218 | Susan Carole Minkin<br>ASHCRAFT & GEREL<br>2000 L Street, NW<br>Suite 400<br>Washington, DC 20036<br>(202) 783-6400 |
| Matthew H. Armstrong<br>SCHLICHTER BOGARD & DENTON<br>100 South Fourth Street<br>Suite 900<br>St. Louis, MO 63102<br>(314) 621-6115<br>Fax: (314) 621-7151 | Christopher Lovell<br>52 Duane Street<br>New York, NY 10007<br>(212) 608-1900 |
| Reid L. Ashinoff<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 768-6700<br>Fax: (212) 768-6800 | Barry Nace<br>PAULSON & NACE<br>1615 New Hampshire Avenue, NW<br>3rd Floor<br>Washington, DC 20009<br>(202)463-1999<br>Fax: (202)223-6824 |
| Benjamin D. Brown<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>(202) 408-4600 | John Murray Nannes<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005-2111<br>(202) 371-7500<br>Fax: (202) 661-9191 |

| | |
|---|---|
| Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3009<br>Fax: (215) 875-5809 | Stephen R. Neuwirth<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>Fax: (212) 849-7100 |
| Paul M. Donovan<br>LAROE WINN, MOERMAN & DONOVAN<br>1250 Connecticut Avenue NW<br>Suite 200<br>Washington, DC 20036<br>(202) 298-8100<br>Fax: 202-298-8200 | Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>14th Floor<br>New York, NY 10022<br>(212) 687-1980<br>Fax: (212) 687-7714 |
| Mary Jane Fait<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLC<br>55 West Monroe Street<br>Suite 1111<br>Chicago, IL 60603<br>(312) 984-0000<br>Fax: (312) 984-0001 | Michelle A. Parfitt<br>ASHCRAFT & GEREL<br>2000 L Street<br>Suite 400<br>Washington, DC 20036<br>(202) 783-6400<br>Fax: (202) 416-6392 |
| David Irving Gelfand<br>CLEARY, GOTTLIEB, STEEN & HAMILTON<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1801<br>(202) 974-1690<br>Fax: (202) 974-1999 | Simon B. Paris<br>SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.<br>1650 Market Street<br>One Liberty Place<br>52nd Floor<br>Philadelphia, PA 19103<br>(215) 496-8282 |
| Jeffrey B. Gittleman<br>BARRACK, RODOS, BACINE<br>2001 Market Street<br>Suite 3300<br>Philadelphia, PA 19103<br>(215) 963-0600<br>Fax: (215) 963-0838 | Tara L. Reinhart<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005-2111<br>(202) 371-7500<br>Fax: (202) 661-9191 |

| | |
|---|---|
| Michael S. Gugig<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 768-6700<br>Fax: (212) 768-6800 | Richard P. Rouco<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place North<br>Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576<br>Fax: (205) 328-9669 |
| Michael D. Hausfeld<br>COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964<br>(202) 408-4600<br>Fax: (202) 408-4699 | Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>58th Floor<br>New York, NY 10110<br>(212) 608-1900<br>Fax: (212) 719-4775 |
| Claudia R. Higgins<br>KAYE SCHOLER, LLP<br>901 15th Street, NW<br>Suite 1100<br>Washington, DC 20580<br>(202) 682-3653 | Steven A. Skalet<br>MEHRI & SKALET, PLLC<br>1250 Connecticut Avenue, NW<br>Suite 300<br>Washington, DC 20036-1609<br>(202) 822-5100<br>Fax: (202) 822-4997 |
| Patrick Howard<br>SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.<br>1650 Market Street<br>One Liberty Place<br>52nd Floor<br>Philadelphia, PA 19103<br>(215) 496-8282 | Mark Leddy<br>CLEARY, GOTTLIEB, STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1801<br>(202) 974-1500<br>Fax: (202)-974-1999 |
| Gordon Douglas Jones<br>WHATLEY DRAKE KALLAS LLC<br>2001 Park Place North<br>Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576<br>Fax: (205) 328-9669 | Joanne Louise Werdel<br>CLEARY, GOTTLIEB, STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1801<br>(202) 974-1500<br>Fax: (202)-974-1999 |

| | |
|---|---|
| Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>4th Floor<br>New York, NY 10022<br>(212) 687-1980<br>Fax: (212) 687-7714<br><br>Jason S. Kilene<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>(612) 333-8844<br><br><br>Othni J. Lathram<br>WHATLEY DRAKE & KALLAS LLC<br>2001 Park Place North<br>Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576<br>Fax: (205) 328-9669 | Joe R. Whatley, JR.<br>WHATLEY DRAKE & KALLAS, LLC<br>1540 Broadway<br>37th Floor<br>New York, NY 10036<br>212-447-7070<br>Fax: 212-447-7077<br><br>Gary A. Winters<br>MAYER BROWN LLP<br>1909 K Street, NW<br>Suite 1200<br>Washington, DC 20006<br>(202) 263-3000<br>Fax: (202) 263-3300<br><br>Alan Mitchell Wiseman<br>HOWREY, LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004 -2420<br>(202) 383-6638<br>Fax: (202) 383-6610 |

In addition, I hereby certify that on February 22, 2008, a copy of the foregoing Notice of Appearance was served to the following counsel via First Class Mail:

| | |
|---|---|
| William M. Audet<br>AUDET & PARTNERS, LLP<br>221 Main Street<br>Suite 1460<br>San Francisco, CA 94105<br>(415) 568-2555<br>Fax: (415) 568-2556 | Saul Morgenstern<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-8000 |
| David R. Baum<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 768-6700<br>Fax: (212) 768-6800 | Thomas A. Muzilla<br>THE MUZILLA LAW FIRM, LLC<br>Tower at Erieview<br>1301 East 9th Street<br>Suite 1100<br>Cleveland, OH 44114<br>(216) 458-5880 |
| Matthew S. Burns<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br>(312) 939-6280<br>Fax: (312) 939-4661 | Adel A. Nadji<br>AUDET & PARTNERS, LLP<br>221 Main Street<br>Suite 1460<br>San Francisco, CA 94105<br>(415) 568-2555<br>Fax: (415) 568-2556 |
| Daniel Paul Dietrich<br>WILLIAMS SCHIFINO MANGIONE & STEADY, PA<br>P.O. Box 380<br>201 North Franklin Street<br>Suite 2600<br>Tampa, FL 33601-0380<br>(813) 221-2626<br>Fax: (813) 221-7335 | Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE, P.C.<br>2600 Philmont Avenue<br>Huntingdon Valley, PA 19006<br>(215) 914-2460<br>Fax: (215) 914-2462 |
| Carol V. Gilden<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>39 South LaSalle Street<br>Suite 1100<br>Chicago, IL 60603<br>(312) 357-0370<br>Fax: (312) 357-0369 | Lawrence W. Schad<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br>(312) 939-6280<br>Fax: (312) 939-4661 |

| | |
|---|---|
| Daniel E. Gunstafson<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>(612) 333-8844<br><br><br>Robert T. Joseph<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>(312) 876-8000<br>Fax: (312) 876-7934<br><br>Tony Kim<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br>(312) 939-6280<br>Fax: (312) 939-4661 | William J. Schifino, Jr.<br>WILLIAMS SCHIFINO MANGIONE & STEADY, PA<br>One Tampa City Center<br>201 North Franklin Street<br>Suite 3200<br>Tampa, FL 33602<br>(813) 221-2626<br>Fax: (813) 221-7335<br><br>James Shedden<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br>(312) 939-6280<br>Fax: (312) 939-4661 |

Respectfully submitted,


/s/
Matthew F. Scarlato