UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

## NOTICE OF APPEARANCE

The parties are hereby notified that Steig D. Olson hereby enters his appearance as counsel for Plaintiff Dad's Products Company, Inc.

Dated: February 25, 2008

Respectfully submitted,

/s/
Steig D. Olson
COHEN, MILSTEIN, HAUSFELD & TOLL, PL.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: solson@cmht.com

339215.1 1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 25, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via the Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407.

/s/
Steig D. Olson

339215.1 1