UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION </br></br> This document relates to: </br></br> ALL CASES | ) </br> ) MDL Docket No. 1869 </br> ) Misc. No. 07-489 (PLF) </br> ) </br> ) </br> ) </br> ) </br> ) |

### NOTICE OF APPEARANCE

To the clerk of this Court and all parties of record:

Please enter the appearances of Tyrone R. Childress and David G. Meyer as additional counsel in the above-captioned litigation for defendant Union Pacific Railroad Company.

Dated: February 15, 2008

_____
Tyrone R. Childress
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 892-1800
Fax: (213) 892-2300

Dated: February 15, 2008

_____
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 892-1800
Fax: (213) 892-2300

Attorneys for Defendant
Union Pacific Railroad Company

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on February 21, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407.

_____
Alan M. Wiseman