UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL DOCKET NO. 1869<br>Misc. No. 07-489 (PLF) |
| This document relates to:<br><br>ALL CASES | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Eugene A. Spector as counsel for Quality Refractories Installation, Inc., d/b/a American Refractory Products.

Dated: February 25, 2008                                            Respectfully submitted,

                                                                                     /s/ Eugene A. Spector
                                                                                    Eugene A. Spector
                                                                                    SPECTOR ROSEMAN & KODROFF, P.C.
                                                                                    1818 Market Street
                                                                                    Suite 2500
                                                                                    Philadelphia, PA 19103
                                                                                    Tel: (215) 496-0300
                                                                                    Fax: (215) 496-6611
                                                                                    E-mail: espector@srk-law.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL DOCKET NO. 1869 Misc. No. 07-489 (PLF) |
| This document relates to: ALL CASES | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of William G. Caldes as counsel for Quality Refractories Installation, Inc., d/b/a American Refractory Products.

Dated: February 25, 2008                    Respectfully submitted,

                                                                                              /s/ William G. Caldes
                                                                                       William G. Caldes
                                                                                       SPECTOR ROSEMAN & KODROFF, P.C.
                                                                                       1818 Market Street
                                                                                       Suite 2500
                                                                                       Philadelphia, PA 19103
                                                                                       Tel: (215) 496-0300
                                                                                       Fax: (215) 496-6611
                                                                                       E-mail: wcaldes@srk-law.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL DOCKET NO. 1869<br>Misc. No. 07-489 (PLF) |
| This document relates to:<br><br>ALL CASES | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter the appearance of Jay S. Cohen as counsel for Quality Refractories Installation, Inc., d/b/a American Refractory Products.

Dated: February 25, 2008                    Respectfully submitted,

                                            /s/ Jay S. Cohen
                                            Jay S. Cohen
                                            SPECTOR ROSEMAN & KODROFF, P.C.
                                            1818 Market Street
                                            Suite 2500
                                            Philadelphia, PA 19103
                                            Tel: (215) 496-0300
                                            Fax: (215) 496-6611
                                            E-mail: jcohen@srk-law.com