IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

      Please enter the appearance of Mary Jane Fait as counsel for Nyrstar formerly known as Zinifex Taylor Chemicals, Inc.

Dated:   February 25, 2008          Respectfully submitted,

                                            **WOLF HALDENSTEIN ADLER**
                                                **FREEMAN & HERZ LLC**

                                      By:__/s/ Mary Jane Fait_____
                                                Mary Jane Fait, Esq.
                                                Theodore B. Bell, Esq.
                                                WOLF HALDENSTEIN ADLER
                                                FREEMAN & HERZ LLC
                                                55 West Monroe Street, Suite 1111
                                                Chicago, Illinois 60603
                                                Tel: (312) 984-0000
                                                Fax: (312) 984-0001