UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------X
:
IN RE:                           :
                                 :   MDL DOCKET NO. 1869
RAIL FREIGHT FUEL SURCHARGE      :
ANTITRUST LITIGATION             :
                                 :
---------------------------------X

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel enters his appearance on behalf of Plaintiff Maroon Incorporated in the above-entitled action:

> Christopher Lovell
> Lovell Stewart Halebian LLP
> 500 Fifth Avenue
> New York, NY 10110
> 212-608-1900

Dated: February 7, 2008

LOVELL STEWART HALEBIAN LLP

/s/ Christopher Lovell

Christopher Lovell
500 Fifth Avenue
New York, New York 10110
(212) 608-1900
*Attorneys for Plaintiff Maroon Incorporated*