UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

In re RAIL FREIGHT FUEL SURCHARGE )
ANTITRUST LITIGATION )
)  MDL Docket No. 1869
)  Misc. No. 07-489 (PLF)
This document relates to: )
)
ALL CASES )

---

## NOTICE OF APPEARANCE

The parties are hereby notified that H. Laddie Montague, Jr. hereby enters his appearance as counsel for Plaintiff United Co-Operative Farmers, Inc.

Dated: February 28, 2008

Respectfully submitted,

H. Laddie Montague, Jr.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: hlmontague@bm.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via the Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order upon Transfer Pursuant to 28 U.S.C. § 1407.

/s/ H. Laddie Montague, Jr.
H. Laddie Montague, Jr.