**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Please enter the appearance of Richard J. Favretto as counsel for BNSF Railway Company.

Dated:  March 3, 2008                                       Respectfully submitted,


                                                                                 /s/ Richard J. Favretto_____
                                                                                Richard J. Favretto (D.C. Bar #156588)
                                                                                MAYER BROWN LLP
                                                                                 1909 K Street, N.W.
                                                                                Washington, D.C. 20006
                                                                                (202) 263-3250
                                                                                Fax (202) 263-5230
                                                                                Email: rfavretto@mayerbrown.com