IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

In re RAIL FREIGHT FUEL SURCHARGE

ANTITRUST LITIGATION

_____/

        MDL Docket No.: 1869

        Misc. No.: 07-489 (PLF)

This document relates to:

ALL CASES

_____/

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of Reginald Terrell as counsel for Fayus Enterprise.

Dated: 3-5-2008                                 Respectfully submitted,

                                                      THE TERRELL LAW GROUP

                                                      By: _____

                                                      Reginald Terrell

                                                      223 25th Street

                                                      Richmond, CA 94804

                                                      Telephone: 510-237-9700

                                                      Facsimile: 510-237-4616