UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) MDL DOCKET NO. 1869 <br> ) Misc. No. 07-489 (PLF) <br> ) <br> ) |
| This document relates to: <br><br> ALL CASES | ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that THEODORE J. LEOPOLD, ESQ. of RICCI ~ LEOPOLD, P.A. files this their Notice of Appearance as an attorney of record for the Plaintiff, CARTER DISTRIBUTING COMPANY in the above matter and requests that a copy all pleadings and correspondence be sent to his address.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U. S. Mail, postage prepaid, this 12 day of March, 2008 to the attached service list.

RICCI~LEOPOLD, P.A.
2925 PGA Blvd.
Suite 200
Palm Beach Gardens, FL 33410
Phone: 561-684-6500
Fax:    561-697-2383

By: _____
THEODORE J. LEOPOLD, Esq.
Florida Bar No.: 705608

**1:07-mc-00489-PLF** IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION - MDL 1869

## Attorneys

**Roger M. Adelman**
1100 Connecticut Avenue, NW
Suite 730
Washington, DC 20036
(202) 822-0600
(202) 822-6722 (fax)
radelman@erols.com
 *Assigned: 12/17/2007*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**WEST ALABAMA SAND & GRAVEL, INC.**
*(Plaintiff)*

**RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION - MDL NO. 1869**
*(In Re)*

**Ronald J. Aranoff**
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 East 40th Street
22nd Floor
New York, NY 10016
(212) 779-1414
(212) 779-3218 (fax)
aranoff@bernlieb.com
 *Assigned: 01/28/2008*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**SOMERSET INDUSTRIES, INC.**
*(Consol Plaintiff)*

**Matthew H. Armstrong**
SCHLICHTER BOGARD & DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102
(314) 621-6115
(314) 621-7151 (fax)

representing

**RB RUBBER PRODUCTS, INC.**
*(Plaintiff)*

marmstrong@uselaws.com
*Assigned: 01/23/2008*
*ATTORNEY TO BE NOTICED*

**Reid L. Ashinoff**
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
(212) 768-6800 (fax)
rashinoff@sonnenschein.com
*Assigned: 02/04/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**KANSAS CITY SOUTHERN RAILWAY COMPANY**
*(Defendant)*

**William M. Audet**
AUDET & PARTNERS, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
(415) 568-2555
(415) 568-2556 (fax)
*Assigned: 12/18/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**COMPLETE TRANSPORATION SYSTEMS, INC.**
*(Consol Plaintiff)*

**David R. Baum**
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
(212) 768-6800 (fax)
*Assigned: 02/18/2008*
*ATTORNEY TO BE NOTICED*

representing

**KANSAS CITY SOUTHERN RAILWAY COMPANY**
*(Defendant)*

**Benjamin D. Brown**
COHEN, MILSTEIN, HAUSFELD &
TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600
bbrown@cmht.com
*Assigned: 11/14/2007*

representing

**DAKOTA GRANITE COMPANY**
*(Plaintiff)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FERRARO FOODS OF NORTH CAROLINA, LLC**
*(Plaintiff)*

**GVL PIPE & DEMOLITION, INC.**
*(Plaintiff)*

**MCINTYRE GROUP, LTD.**
*(Plaintiff)*

**STRATES SHOWS, INC.**
*(Plaintiff)*

**SUBLETTE COOPERATIVE, INC.**
*(Plaintiff)*

**Matthew S. Burns**
SCHAD DIAMOND & SHEDDEN P.C.
332 S. Michigan Avenue
Suite 1000
Chicago, IL 60604
(312) 939-6280
(312) 939-4661 (fax)
 *Assigned: 11/14/2007*
 *ATTORNEY TO BE NOTICED*

representing

**MCINTYRE GROUP, LTD.**
*(Plaintiff)*

**William G. Caldes**
SPECTOR, ROSEMAN AND KODROFF PC
1818 Market Street
Phildadelphia, PA 19103
(215) 469-0300
(215) 496-6611 (fax)
 *Assigned: 02/25/2008*
 *ATTORNEY TO BE NOTICED*

representing

**QUALITY REFRACTORIES INSTALLATION, INC.**
*(Plaintiff)*

**Tyrone R. Childress**
HOWREY LLP

550 South Hope Street
Suite 1100
Los Angeles, CA 90071
(213) 892-1800
(213) 892-2300 (fax)
  *Assigned: 02/21/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**UNION PACIFIC RAILROAD COMPANY**
*(Defendant)*

**Jay S. Cohen**
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
(215) 496-0300
jcohen@srk-law.com
  *Assigned: 02/25/2008*
  *ATTORNEY TO BE NOTICED*

representing

**QUALITY REFRACTORIES INSTALLATION, INC.**
*(Plaintiff)*

**Eric L. Cramer**
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3009
(215) 875-5809 (fax)
ecramer@bm.net
  *Assigned: 02/11/2008*
  *ATTORNEY TO BE NOTICED*

representing

**UNITED CO-OPERATIVE FARMERS, INC.**
*(Consol Plaintiff)*

**Daniel Paul Dietrich**
WILLIAMS SCHIFINO MANGIONE & STEADY, PA
P.O. Box 380
201 North Franklin Street
Suite 2600
Tampa, FL 33601-0380
(813) 221-2626
(813) 221-7335 (fax)
  *Assigned: 11/26/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**CEDAR FARMS CO., INC.**
*(Plaintiff)*

**Paul M. Donovan**
LAROE WINN, MOERMAN & DONOVAN

| | | |
|---|---|---|
| 1250 Connecticut Avenue NW<br>Suite 200<br>Washington, DC 20036<br>(202) 298-8100<br>202-298-8200 (fax)<br>paul.donovan@laroelaw.com<br>  *Assigned: 11/28/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **US MAGNESIUM LLC**<br>*(Plaintiff)* |
| | | **DUST PRO, INC.**<br>*(Plaintiff)* |
| **Mary Jane Fait**<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ, LLC<br>55 West Monroe Street<br>Suite 1111<br>Chicago, IL 60603<br>(312) 984-0000<br>(312) 984-0001 (fax)<br>fait@whafh.com<br>  *Assigned: 01/23/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **ZINIFEX TAYLOR CHEMICALS, INC.**<br>*(Plaintiff)* |
| **Kent Alan Gardiner**<br>CROWELL & MORING, L.L.P.<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595<br>(202) 624-2578<br>202-628-5116 (fax)<br>kgardiner@crowell.com<br>  *Assigned: 11/14/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **CSX TRANSPORTATION, INC.**<br>*(Defendant)* |
| **David Irving Gelfand**<br>CLEARY, GOTTLIEB, STEEN & HAMILTON<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1801<br>(202) 974-1690<br>(202) 974-1999 (fax)<br>dgelfand@cgsh.com<br>  *Assigned: 11/14/2007* | representing | **ASSOCIATION OF AMERICAN RAILROADS**<br>*(Defendant)* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carol V. Gilden**
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
39 South LaSalle Street
Suite 1100
Chicago, IL 60603
(312) 357-0370
(312) 357-0369 (fax)
  *Assigned: 01/23/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**DAD'S PRODUCTS CO., INC.**
*(Plaintiff)*

**Jeffrey B. Gittleman**
BARRACK, RODOS, BACINE
2001 Market Street
Suite 3300
Philadelphia, PA 19103
(215) 963-0600
(215) 963-0838 (fax)
jgittleman@barrack.com
  *Assigned: 12/27/2007*
  *ATTORNEY TO BE NOTICED*

representing

**CEDAR FARMS CO., INC.**
*(Plaintiff)*

**Michael S. Gugig**
SONNENSCHEIN NATH &
ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700
(212) 768-6800 (fax)
mgugig@sonnenschein.com
  *Assigned: 02/04/2008*
  *ATTORNEY TO BE NOTICED*

representing

**KANSAS CITY SOUTHERN
RAILWAY COMPANY**
*(Defendant)*

**Daniel E. Gunstafson**
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844
  *Assigned: 01/14/2008*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**GVL PIPE & DEMOLITION,
INC.**
*(Plaintiff)*

| | | |
|---|---|---|
| **Michael D. Hausfeld**<br>COHEN, MILSTEIN, HAUSFELD &<br>TOLL, PLLC<br>1100 New York Avenue, NW<br>West Tower, Suite 500<br>Washington, DC 20005-3964<br>(202) 408-4600<br>(202) 408-4699 (fax)<br>mhausfeld@cmht.com<br>  *Assigned: 12/07/2007*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **DAKOTA GRANITE COMPANY**<br>*(Plaintiff)* |
| **Claudia R. Higgins**<br>KAYE SCHOLER, LLP<br>901 15th Street, NW<br>Suite 1100<br>Washington, DC 20580<br>(202) 682-3653<br>chiggins@kayescholer.com<br>  *Assigned: 02/19/2008*<br>  *ATTORNEY TO BE NOTICED* | representing | **NORFOLK SOUTHERN RAILWAY COMPANY**<br>*(Defendant)* |
| **Patrick Howard**<br>SALTZ, MONGELUZZI, BARRETT &<br>BENDESKY, P.C.<br>1650 Market Street<br>One Liberty Place<br>52nd Floor<br>Philadelphia, PA 19103<br>(215) 496-8282<br>phoward@smbb.com<br>  *Assigned: 01/14/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | **GVL PIPE & DEMOLITION, INC.**<br>*(Plaintiff)* |
| **Gordon Douglas Jones**<br>WHATLEY DRAKE KALLAS LLC<br>2001 Park Place North<br>Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576<br>(205) 328-9669 (fax)<br>djones@whatleydrake.com<br>  *Assigned: 01/14/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | **RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION - MDL NO. 1869**<br>*(In Re)* |

| | | |
|---|---|---|
| **Robert T. Joseph**<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>(312) 876-8000<br>(312) 876-7934 (fax)<br>  *Assigned: 02/18/2008*<br>  *ATTORNEY TO BE NOTICED* | representing | **KANSAS CITY SOUTHERN**<br>**RAILWAY COMPANY**<br>*(Defendant)* |
| **Robert N. Kaplan**<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>4th Floor<br>New York, NY 10022<br>(212) 687-1980<br>(212) 687-7714 (fax)<br>rkaplan@kaplanfox.com<br>  *Assigned: 01/09/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **ISSAC INDUSTRIES, INC.**<br>*(Consol Plaintiff)* |
| **Jason S. Kilene**<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>(612) 333-8844<br>jkilene@gustafsongluek.com<br>  *Assigned: 01/14/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | **GVL PIPE & DEMOLITION,**<br>**INC.**<br>*(Plaintiff)* |
| **Tony Kim**<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br>(312) 939-6280<br>(312) 939-4661 (fax)<br>  *Assigned: 11/14/2007*<br>  *ATTORNEY TO BE NOTICED* | representing | **MCINTYRE GROUP, LTD.**<br>*(Plaintiff)* |

**Kathryn D Kirmayer**
CROWELL & MORING, L.L.P.

| | | |
|---|---|---|
| 1001 Pennsylvania Avenue, NW<br>11th Floor<br>Washington, DC 20004-2595<br>(202) 624-2532<br>kkirmayer@crowell.com<br>  Assigned: 11/26/2007<br>  *ATTORNEY TO BE NOTICED* | representing | **CSX TRANSPORTATION,<br>INC.**<br>*(Defendant)* |
| **Shari Ross Lahlou**<br>CROWELL & MORING, L.L.P.<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595<br>(202) 624-2500<br>slahlou@crowell.com<br>  Assigned: 02/22/2008<br>  *ATTORNEY TO BE NOTICED* | representing | **CSX TRANSPORTATION,<br>INC.**<br>*(Defendant)* |
| **Othni J. Lathram**<br>WHATLEY DRAKE & KALLAS LLC<br>2001 Park Place North<br>Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576<br>(205) 328-9669 (fax)<br>olathram@wdklaw.com<br>  Assigned: 01/24/2008<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | **WEST ALABAMA SAND &<br>GRAVEL, INC.**<br>*(Plaintiff)* |
| **Mark Leddy**<br>CLEARY, GOTTLIEB, STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1801<br>(202) 974-1500<br>(202)-974-1999 (fax)<br>mleddy@cgsh.com<br>  Assigned: 01/15/2008<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **ASSOCIATION OF<br>AMERICAN RAILROADS**<br>*(Defendant)* |
| **Christopher Lovell**<br>52 Duane Street<br>New York, NY 10007<br>(212) 608-1900<br>clovell@lshllp.com | representing | **AGWAY LIQUIDATING<br>TRUST**<br>*(Consol Plaintiff)* |

*Assigned: 02/15/2008*
*LEAD ATTORNEY*

**FAYUS ENTERPRISES**
*(Consol Plaintiff)*

**MAROON INCORPORATED**
*(Consol Plaintiff)*

**Gary Edward Mason**
THE MASON LAW FIRM, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036
(202) 429-2290
(202) 429-2294 (fax)
gmason@masonlawdc.com
  *Assigned: 12/03/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**FAYUS ENTERPRISES**
*(Consol Plaintiff)*

**Richard McMillan, Jr.**
CROWELL & MORING, L.L.P.
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2580
202-628-5116 (fax)
rmcmillan@crowell.com
  *Assigned: 02/22/2008*
  *ATTORNEY TO BE NOTICED*

representing

**CSX TRANSPORTATION, INC.**
*(Defendant)*

**David G. Meyer**
HOWREY LLP
550 South Hope Street
Suite 1100
Los Angeles, CA 90071
(213) 892-1800
(213) 892-2300 (fax)
  *Assigned: 02/21/2008*
  *ATTORNEY TO BE NOTICED*

representing

**UNION PACIFIC RAILROAD COMPANY**
*(Defendant)*

**Susan Carole Minkin**
ASHCRAFT & GEREL
2000 L Street, NW

Suite 400
Washington, DC 20036
(202) 783-6400
sminkin@ashcraftlaw.com
  *Assigned: 01/29/2008*
  *ATTORNEY TO BE NOTICED*

representing

**RB RUBBER PRODUCTS, INC.**
*(Plaintiff)*

**Saul Morgenstern**
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
  *Assigned: 02/19/2008*
  *ATTORNEY TO BE NOTICED*

representing

**NORFOLK SOUTHERN RAILWAY COMPANY**
*(Defendant)*

**Thomas A. Muzilla**
THE MUZILLA LAW FIRM, LLC
Tower at Erieview
1301 East 9th Street
Suite 1100
Cleveland, OH 44114
(216) 458-5880
  *Assigned: 01/14/2008*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**GVL PIPE & DEMOLITION, INC.**
*(Plaintiff)*

**Barry Nace**
PAULSON & NACE
1615 New Hampshire Avenue, NW
3rd Floor
Washington, DC 20009
(202)463-1999
(202)223-6824 (fax)
bjn@paulsonandnace.com
  *Assigned: 11/28/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**DONNELLY COMMODITIES INCORPORATED**
*(Plaintiff)*

**Adel A. Nadji**
AUDET & PARTNERS, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105
(415) 568-2555
(415) 568-2556 (fax)
  *Assigned: 12/17/2007*

representing

**COMPLETE TRANSPORATION SYSTEMS, INC.**
*(Consol Plaintiff)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Murray Nannes**
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Avenue, NW
Washington, DC 20005-2111
(202) 371-7500
(202) 661-9191 (fax)
jnannes@skadden.com
  *Assigned: 01/10/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**NORFOLK SOUTHERN RAILWAY COMPANY**
*(Defendant)*

**Krishna B. Narine**
LAW OFFICE OF KRISHNA B.
NARINE, P.C.
2600 Philmont Avenue
Huntingdon Valley, PA 19006
(215) 914-2460
(215) 914-2462 (fax)
  *Assigned: 11/14/2007*
  *ATTORNEY TO BE NOTICED*

representing

**SUBLETTE COOPERATIVE, INC.**
*(Plaintiff)*

**Stephen R. Neuwirth**
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000
(212) 849-7100 (fax)
stephenneuwirth@quinnemanuel.com
  *Assigned: 02/14/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**DUST PRO, INC.**
*(Plaintiff)*

**Linda P. Nussbaum**
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (fax)
lnussbaum@kaplanfox.com

representing

**ISSAC INDUSTRIES, INC.**
*(Consol Plaintiff)*

*Assigned: 01/09/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steig D. Olson**
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
150 East 52nd Street
30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)
solson@cmht.com
  *Assigned: 02/22/2008*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**DONNELLY COMMODITIES INCORPORATED**
*(Plaintiff)*

**DAD'S PRODUCTS CO., INC.**
*(Plaintiff)*

**Michelle A. Parfitt**
ASHCRAFT & GEREL
2000 L Street
Suite 400
Washington, DC 20036
(202) 783-6400
(202) 416-6392 (fax)
mparf@aol.com
  *Assigned: 12/19/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**RB RUBBER PRODUCTS, INC.**
*(Plaintiff)*

**Simon B. Paris**
SALTZ, MONGELUZZI, BARRETT &
BENDESKY, P.C.
1650 Market Street
One Liberty Place
52nd Floor
Philadelphia, PA 19103
(215) 496-8282
sparis@smbb.com
  *Assigned: 01/14/2008*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**GVL PIPE & DEMOLITION, INC.**
*(Plaintiff)*

| | | |
|---|---|---|
| **Tara L. Reinhart**<br>MORGAN, LEWIS & BOCKIUS, L.L.P.<br>1111 Pennsylavania Avenue, NW<br>Washington, DC 20004-2541<br>(202) 467-7442<br>tara.reinhart@skadden.com<br>  Assigned: 01/10/2008<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **NORFOLK SOUTHERN RAILWAY COMPANY**<br>*(Defendant)* |
| **Richard P. Rouco**<br>WHATLEY DRAKE & KALLAS, LLC<br>2001 Park Place North<br>Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576<br>(205) 328-9669 (fax)<br>ecf@wdklaw.com<br>  Assigned: 01/14/2008<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | representing | **RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION - MDL NO. 1869**<br>*(In Re)*<br><br>**RB RUBBER PRODUCTS, INC.**<br>*(Plaintiff)*<br><br>**WEST ALABAMA SAND & GRAVEL, INC.**<br>*(Plaintiff)* |
| **George D. Ruttinger**<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004-2595<br>(202) 624-2670<br>(202) 628-5116 (fax)<br>gruttinger@crowell.com<br>  Assigned: 02/22/2008<br>  *ATTORNEY TO BE NOTICED* | representing | **CSX TRANSPORTATION, INC.**<br>*(Defendant)* |
| **Lawrence W. Schad**<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604 | representing | **MCINTYRE GROUP, LTD.**<br>*(Plaintiff)* |

(312) 939-6280
(312) 939-4661 (fax)
  *Assigned: 11/14/2007*
  *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **William J. Schifino, Jr.**<br>WILLIAMS SCHIFINO MANGIONE &<br>STEADY, P.A.<br>One Tampa City Center<br>201 North Franklin Street<br>Suite 3200<br>Tampa, FL 33602<br>(813) 221-2626<br>(813) 221-7335 (fax)<br>  *Assigned: 11/26/2007*<br>  *ATTORNEY TO BE NOTICED* | representing | **CEDAR FARMS CO., INC.**<br>*(Plaintiff)* |
| **James Shedden**<br>SCHAD DIAMOND & SHEDDEN P.C.<br>332 S. Michigan Avenue<br>Suite 1000<br>Chicago, IL 60604<br>(312) 939-6280<br>(312) 939-4661 (fax)<br>  *Assigned: 11/14/2007*<br>  *ATTORNEY TO BE NOTICED* | representing | **MCINTYRE GROUP, LTD.**<br>*(Plaintiff)* |
| **Imtiaz A. Siddiqui**<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>58th Floor<br>New York, NY 10110<br>(212) 608-1900<br>(212) 719-4775 (fax)<br>isiddiqui@lshllp.com<br>  *Assigned: 02/06/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | representing | **MAROON INCORPORATED**<br>*(Consol Plaintiff)* |
| **Steven A. Skalet**<br>MEHRI & SKALET, PLLC<br>1250 Connecticut Avenue, NW<br>Suite 300<br>Washington, DC 20036-1609<br>(202) 822-5100<br>(202) 822-4997 (fax) | representing | **M.C. DIXON LUMBER COMPANY, INC.**<br>*(Plaintiff)* |

sskalet@findjustice.com
*Assigned: 02/21/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene A. Spector**
SPECTOR, ROSEMAN AND
KODROFF PC
1818 Market Street
Philadelphia, PA 19103
(215) 469-0300
(215) 496-6611 (fax)
*Assigned: 02/25/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**QUALITY REFRACTORIES INSTALLATION, INC.**
*(Plaintiff)*

**Joanne Louise Werdel**
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Room 1130
Washington, DC 20001
(202) 354-3039
jwerdel@cgsh.com
*Assigned: 01/24/2008*
*ATTORNEY TO BE NOTICED*

representing

**ASSOCIATION OF AMERICAN RAILROADS**
*(Defendant)*

**Joe R. Whatley, JR.**
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway
37th Floor
New York, NY 10036
212-447-7070
212-447-7077 (fax)
jwhatley@wdklaw.com
*Assigned: 02/05/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**WEST ALABAMA SAND & GRAVEL, INC.**
*(Plaintiff)*

**Gary A. Winters**
MAYER BROWN LLP
1909 K Street, NW
Suite 1200
Washington, DC 20006
(202) 263-3000
(202) 263-3300 (fax)

representing

**BNSF RAILWAY COMPANY**
*(Defendant)*

gwinters@mayerbrownrowe.com
*Assigned: 11/14/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Mitchell Wiseman**
HOWREY, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004 -2420
(202) 383-6638
(202) 383-6610 (fax)
wisemana@howrey.com
*Assigned: 12/20/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **UNION PACIFIC RAILROAD COMPANY**
*(Defendant)*