**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In re RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

MDL Docket No. 1869
Misc. No. 07-489 (PLF)

This document relates to:

ALL CASES

## DECLARATION OF STEPHEN A. WEISS

1.      I am a member of the bar of the State of New York and a founding member of
Seeger Weiss LLP, one of the law firms representing Blue Grass Tobacco in this multidistrict
litigation ("MDL"). I make this declaration based upon my personal knowledge of the facts set
forth herein.

2.      Seeger Weiss is a nationally recognized plaintiffs'-oriented law firm comprised of
approximately 30 lawyers and offices in four states. We have served as Lead, Co-Lead or
Liaison Counsel in some of the largest and most successful mass tort and class action MDLs in
recent years. By way of example, Seeger Weiss serves as Co-Lead Counsel in the Vioxx MDL
against Merck & Co. before the Honorable Eldon Fallon of the Eastern District of Louisiana,
which settled in 2007 for $4.85 billion, and as Liaison Counsel in the Zyprexa MDL against Eli
Lilly & Co. before the Honorable Jack Weinstein in the Eastern District of New York, which
settled for $700 million. Among numerous other leadership designations, we currently serve as
Co-Lead Counsel in a series of consolidated antitrust class actions against Monsanto & Co.
before the Honorable Richard Webber in the Eastern District of Missouri.

3.     Based upon my firm's demonstrated leadership in MDL proceedings nationwide, I believe that we are amply qualified to serve in a leadership capacity in this case. However, in deference to the advanced efforts of the several other firms who we supported for Co-Lead and Executive Committee positions, Seeger Weiss did not move this Court to be appointed to the Executive Committee in these MDL proceedings. This deference owes to the considerable importance of allowing the consensus of the vast majority of plaintiffs and law firms involved in this important case to prevail.

4.     It is my judgment, and I believe the judgment of the other eminently qualified firms who also supported the leadership structure recommended by the Quinn Emanuel and Cohen Milstein law firms, that to allow others to upset the overwhelming and carefully balanced consensus achieved by the Co-Lead Counsel in this case would establish a highly regrettable precedent for future MDL proceedings. Put simply, it would encourage law firms who have played no demonstrable role in the development of the facts or theories supporting a case to attempt to undermine the salutary goal of reaching a case management consensus.

5.     Consistent with this judgment, Seeger Weiss would not have supported a leadership structure that included firms other than those proposed by the Cohen Milstein and Quinn Emanuel because to do so would violate the considered judgment of the many qualified firms who laudably agreed to work cooperatively in furtherance of the collective good of their clients in this MDL proceeding.

6.     Should this Court, however, determine that additional firms should be added to the Executive Committee proposed by the Co-Lead Counsel, I believe that Seeger Weiss merits such a position.

7.    I have annexed hereto as Exhibit A a copy of Seeger Weiss' firm resume, which sets forth our qualifications and background.

_Stephen A. Weiss_
STEPHEN A. WEISS

# EXHIBIT A

**SEEGER WEISS LLP**
**One William Street**
**New York, NY 10004**
**(212) 584-0700**
**(212) 584-0799 fax**

**Newark, N.J.    ***    Philadelphia, Pa.    ***    Tulsa, Okla.**

www.seegerweiss.com

## FIRM BIOGRAPHY

**SEEGER WEISS LLP** is one of the nation's leading plaintiffs' law firms.  The firm currently numbers over 30 attorneys operating out of offices in New York City, Newark, N.J., Philadelphia, PA, and Tulsa, Oklahoma.  The firm specializes in class action and mass tort litigation, with particular emphasis in the areas of products liability, pharmaceutical injury, consumer protection, environmental and toxic tort litigation, securities fraud, qui tam, insurance litigation, pension and ERISA litigation, antitrust, and employment litigation.  The firm is made up of experienced litigators, including many former state and federal prosecutors.  The firm's reputation for leadership and innovation has resulted in its appointment to numerous plaintiffs' steering committees in a variety of multidistrict litigations throughout the United States, and regularly serves as court-appointed Liaison Counsel in New York and New Jersey federal and state courts.

### *Mass Torts and Pharmaceutical Litigation.*

During the past decade, Seeger Weiss has emerged as one of the premier mass torts firms in the United States, particularly in the area of pharmaceutical torts.  The firm's expertise in the area has been recognized by courts throughout the U.S. which have appointed the firm to numerous plaintiffs' steering committees in a variety of multidistrict litigations, including, among others:

*Vioxx.*  Seeger Weiss plays highly prominent roles in both the federal and New Jersey state court litigations against Merck & Co. relating to the prescription arthritis drug, Vioxx.  On April 8, 2005, the Honorable Eldon E. Fallon, who presides over the Vioxx multidistrict litigation in New Orleans, Louisiana, appointed firm partner, Christopher A. Seeger, as Co-Lead of the Plaintiffs' Steering Committee.  Additionally, partner David R. Buchanan was appointed Co-Liaison counsel in the New Jersey state Vioxx litigation before the Honorable Carol E. Higbee, J.S.C.  These appointments followed the firm's designation by Judge Higbee as Lead Counsel in a nationwide class action brought on behalf of all third-party payers, including health-maintenance organizations, managed-care organizations, employers and unions, challenging Merck's advertising practices and pricing policies for the prescription arthritis drug Vioxx.  On July 29, 2005, Judge Higbee granted the firm's motion to certify a national class action, thereby creating the largest single claim to date against Merck.  In her ruling, Judge Higbee recognized

Seeger Weiss's prominence in Vioxx-litigation in stating that "there is probably no other law firm as knowledgeable about Vioxx."

*Zyprexa.* In 2004, Seeger Weiss partner Chris Seeger was appointed by the Honorable Jack B. Weinstein of the U.S. District Court for the Eastern District of New York to serve as Liaison Counsel in the multidistrict litigation against Ely Lilly & Co. relating to the anti-psychotic drug Zyprexa. On June 7, 2005, Eli Lilly and Mr. Seeger, on behalf of the Plaintiff's Steering Committee, announced a $700 million settlement of approximately 8,000 Zyprexa claims alleging that Zyprexa caused diabetes and diabetes-related injuries. Mr. Seeger was one of the chief architects and leading negotiators of this landmark settlement.

*Accutane.* In 2005, Seeger Weiss partners Chris Seeger and Dave Buchanan were jointly named to serve on the Plaintiffs' Steering Committee in connection with consolidated litigation against New Jersey based Hoffman-Laroche, Inc. involving the company's acne medication, Accutane. The mass tort litigation, pending before the Honorable Carole E. Higbee in Atlantic County, involves the consolidation of claims throughout the state of New Jersey alleging severe side effects resulting from the use of Accutane, including birth defects and suicidal impulses among young adults.

*Rezulin.* Seeger Weiss plays a major role in products liability actions against Pfizer and Warner Lambert involving Rezulin, a prescription drug used to treat Type II diabetes. The firm is a court-appointed member of the Executive Committee in the federal suits coordinated by the Judicial Panel on Multidistrict Litigation ("JPML") before Judge Lewis A. Kaplan in the U.S. District Court for the Southern District of New York. The firm is also a member of the New Jersey Rezulin Steering Committee in In re: Rezulin Litigation, currently pending before the Superior Court of New Jersey, Middlesex County. The firm also successfully represented numerous individuals who commenced personal injury damage actions in various courts throughout the country, all of which claims have been resolved through confidential settlement.

Notably, in March 2003, following a six-week jury trial, the firm achieved a $2 million verdict against Pfizer on behalf of Concepcion Morgado, a Brooklyn resident who sustained liver injury and was hospitalized for 10 days following her Rezulin use. The case was the first and only Rezulin matter to be tried in New York and represented a watershed result in the nationwide Rezulin litigation.

*PPA.* Seeger Weiss remains actively involved in litigation against numerous manufacturers of pharmaceutical products containing PPA (phenylpropanolamine), until 2000 an ingredient in virtually every over-the-counter cold medication and many appetite suppressant products. The firm serves on the Plaintiffs' Steering Committee in the federal suits consolidated by the JPML in the U.S. District Court for the Western District of Washington, and as the court-appointed Liaison Counsel in the New York PPA actions coordinated before Judge Helen Freedman. In 2003, the firm was one of the lead negotiators of a nationwide settlement agreement with the manufacturers of Dexatrim, a leading over-the-counter appetite suppressant that until 2000 contained PPA. The settlement covers the claims of all individuals who suffered stroke-related injuries resulting from the ingestion of PPA-containing Dexatrim.

***Propulsid.*** Seeger Weiss has held national leadership positions in pharmaceutical products liability litigation against Johnson & Johnson and Janssen Pharmaceutica, Inc., the manufacturers of Propulsid—a prescription drug used to treat nocturnal heartburn. Seeger Weiss LLP is a member of the court-appointed Plaintiffs' Steering Committees in both the federal litigation, which have been consolidated by the JPML in the Eastern District of Louisiana, and in the statewide consolidated actions in Middlesex County, New Jersey. The firm served as counsel to numerous individuals who have commenced personal injury damage actions in various courts throughout the country.

***Guidant and Medtronic Heart Device Litigations.*** Seeger Weiss serves as a court-appointed member of the Plaintiffs' Steering Committee in multidistrict litigation in the U.S. District Court for the District of Minnesota against Medtronic and Guidant involving defective heart defibrillators. The heart devices at issue are surgically implanted in persons who have a type of heart disease that creates the risk of a life-threatening heart arrhythmia (abnormal rhythm). Both Medtronic and Guidant have disclosed defects in certain of their defibrillators that caused the devices to fail without warning. The firm filed one of the first actions in the U.S. against Guidant on behalf of patients.

***Other Pharmaceutical Products.*** In addition to aforementioned pharmaceutical , the firm serves or has served as counsel in numerous lawsuits in state and federal courts throughout the country brought by individuals who have suffered personal injury or death resulting from the use of various pharmaceutical products, including Baycol, Celebrex, Elidel, Ephedra, Fen-Phen, Fosamax, Lamisil, Neurontin, Serevent, Serzone and Sporanox.

### *Consumer Litigation.*

Seeger Weiss LLP has achieved notable recoveries and currently holds leadership roles in many major consumer class action litigations throughout the country. Among the consumer class action litigations in which Seeger Weiss LLP plays or has played a major role are:

- In re MCI Non-Subscriber Telephone Rates Litigation: $88 million class settlement completed in the United States District Court for the Southern District of Illinois following a transfer to that district by the JPML. Final approval of the class settlement was entered in March 2001 resolving claims brought by class members to recover overcharges arising from MCI's improper imposition of non-subscriber rates and surcharges on certain of its customers. Seeger Weiss LLP was a member of the Plaintiffs' Steering Committee and served as Chair of the Discovery Committee.

- IBM Deskstar 75GXP Litigation: The firm represents statewide classes of purchasers of an IBM manufactured hard disk drive, known as the Deskstar 75GXP, in 9 different state and federal courts throughout the country. The actions include claims for violations of consumer protection statutes and breach warranty resulting from IBM's commercial practices in the marketing and sale of hard disk drives that it knew were inherently unreliable and that it knew would

fail at epidemically high rates. In August 2003, Judge Ronald Sabraw issued a tentative ruling certifying a California statewide class of purchasers of the 75GXP in <u>Michael Granito, et al. v. IBM</u>, pending in California Superior Court in Alameda County. In addition to California, cases are also pending in New Jersey, New York, Florida, Illinois, Connecticut, Ohio, Michigan, and Pennsylvania. The firm serves as co-lead counsel in these cases.

- <u>Lester v. Percudani, et al.</u>: Pending in the U.S. District Court for the Middle District of Pennsylvania. The firm represents over 170 first-time homeowners who purchased homes at inflated valuations based upon fraudulent appraisals and in violation of Federal mortgage lending guidelines. The action includes federal civil RICO and state consumer fraud claims against a group of RICO co-conspirators.

- <u>In re Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness Tires Products Liability Litigation</u>: Seeger Weiss represented Firestone tire owners and purchasers of Ford Explorers equipped with certain models of Firestone tires. Plaintiffs sought damages flowing from design defects that resulted in severe, life-threatening accidents. Specifically, the consumer class sought a tire recall, recovery for the cost of tire replacement, and recovery for the diminution in the value of Ford Explorer vehicles resulting from the subject design defects. Following the filing of a number of federal class actions, the litigations were transferred for pre-trial proceedings to the Federal court in Indianapolis. In those coordinated actions, Seeger Weiss served as a member of the Plaintiffs' Law Committee. Following extensive discovery and motion practice, plaintiffs achieved a favorable nationwide settlement of their class claims.

- <u>Robin Sternberg v. Apple Computer, Inc.</u> and <u>Mikel Gordon and Pamela Parker v. Apple Computer, Inc.</u>: Nationwide settlement completed in California state court. Plaintiffs recovered class-wide damages resulting from Apple's deceptive advertisements for its iMac and G4 brand computers—specifically the functionality of the DVD playback feature. Seeger Weiss LLP served as co-lead counsel for the classes.

- <u>In re AOL Version 5.0 Software Litigation</u>: Pending in the United States District Court for the Southern District of Florida pursuant to a JPML consolidation order. Plaintiffs seek to recover damages for violations of federal antitrust laws, as well as for damage inflicted on their computers as a result of installing the software. Seeger Weiss LLP is a member of the proposed Plaintiffs' Steering Committee.

- <u>Sims v. Allstate</u> and <u>Dorries v. State Farm</u>: Pending in Illinois state court. The firm serves as co-counsel in these separate class actions, representing automobile policyholders seeking to recover payment for the diminution in value of their vehicles following accidents in which certain types of body damage was sustained. These cases were certified as class actions in December 2000.

- In re: Armstrong World Industries, Inc.  $7 million settlement achieved in the United States Bankruptcy Court for the District of Delaware after transfer, the firm represents the State of Connecticut, one of numerous property damage claimants which sought injunctive relief and monetary damages resulting from the presence of Armstrong-manufactured asbestos-containing resilient floor tile and sheet vinyl in residences and buildings throughout the United States.

- Workers' Compensation Litigation:  The firm served as co-counsel in putative class actions brought in thirteen different states against most of the country's largest workers' compensation insurance carriers.  The actions sought to recover damages on behalf of numerous corporate entities resulting from the inappropriate imposition of "residual market loads."  In 2006, these cases settled for an aggregate amount of $25 million dollars.

- In re Industrial Life Insurance Litigation:  The firm represents purchasers of industrial life insurance policies who were charged race-based and discriminatory rates.  The firm serves on the Plaintiffs' Steering Committee in connection with the several cases that have been sent to the Eastern District of Louisiana by the JPML.

### Securities Litigation.

*IPO Litigation.*  In Re: Initial Public Offering Securities Litigation is one of the largest and most significant coordinated securities fraud prosecutions in United States history.  In this coordinated action, Seeger Weiss serves on the Plaintiffs' Steering Committee and is Co-Chair of the Plaintiffs' Legal Committee.  The lawsuit consists of 310 class actions involving IPOs marketed between 1998 and 2000.  The defendants include 310 individual companies and 55 investment bank underwriter, which includes Wall Street's largest and most well-know investment houses.  The class actions allege that the IPOs were manipulated by the issuers and investment banks to artificially inflate the market price of the price of the securities of those companies by inducing customers to engage in aftermarket "tie-in" agreements in exchange for IPO allocations.  The cases further allege that the investment banks extracted significant undisclosed compensation from their customers in exchange for giving them the IPO allocations.  The actions are coordinated before Judge Shira A. Scheindlin in the U.S. District Court for the Southern District of Manhattan.  To date, the issuers have entered into a settlement, which was recently approved by Judge Scheindlin, that guarantees at least a $1 billion recovery for class members (separate from any recoveries to be received by them as a result of government or regulatory actions) and, more recently, Judge Scheindlin has ordered that six selected focus cases, among the more than 300 coordinated cases, could proceed as class actions against the underwriter banks charged in those case.  In connection with these actions, the firm was instrumental in defeating a recusal motion brought by certain of the underwriter-defendants in 2001, and was the principal author of the electronic data preservation protocol that was entered by Judge Scheindlin in the litigation.

*Securities Fraud Class Action.*  The firm holds leadership roles in a variety of national securities class action litigations.  For example, Seeger Weiss LLP served as lead

counsel in an action against <u>ATEC Group, Inc.</u>, in which the firm recovered $1.7 million for the class in the United States District Court for the Eastern District of New York. Additionally, Seeger Weiss LLP serves as lead counsel in an action against <u>The Miix Group</u>, a medical malpractice insurance carrier based in New Jersey, and various of its former and current directors and officers which is pending in the District of New Jersey, and chaired the Executive Committee in a derivative action against <u>Legato Systems, Inc.</u> in California.

      The firm also represents or has represented shareholders in a variety of securities litigations, including those against <u>ATEC Group</u> (E.D.N.Y.); <u>Axonyx</u> (S.D.N.Y.); <u>Bell South</u> (N.D. Ga.); <u>Bradley Pharmaceutical</u> (D.N.J.); <u>Broadcom Corp.</u> (C.D. Ca.); <u>Buca, Inc.</u> (D. Minn.); <u>Cryo-Cell International, Inc.</u> (M.D. Fl.); <u>eConnect, Inc.</u> (C.D. Ca.); <u>FirstEnergy Corp.</u> (N.D. Ohio); <u>Friedman, Billings, Ramsey Group</u> (S.D.N.Y.); <u>Gander Mountain</u> (D. Minn.); <u>Genta</u> (D.N.J.); officers and directors of <u>Global Crossing</u> (C.D. Ca.); <u>Grand Court Lifestyles, Inc.</u> (D.N.J.); <u>Impath</u> (S.D.N.Y.); <u>IT Group Securities</u> (W.D. Pa.); <u>Mattel, Inc.</u> (C.D. Ca); <u>Matrixx Initiatives</u> (D. Ariz.); <u>MBNA</u> (D. Del.); <u>MIIX Group</u> (D.N.J.); <u>Molson Coors Brewing Company</u> (D. Del.); <u>Mutual Benefits Corp.</u> (S.D. Fla.); <u>New Era of Networks, Inc.</u> (M.D.N.C.); <u>Nuance Communications</u> (N.D. Ca.); <u>NVE Corporation</u> (D. Minn.); <u>Omnivision Technologies, Inc.</u> (N.D. Ca.); <u>Par Pharmaceuticals</u> (D.N.J.); <u>Pixelplus, Co.</u> (S.D.N.Y.); <u>Procter & Gamble Co.</u> (S.D. Ohio); <u>Priceline.com</u> (D. Conn.); <u>Purchase Pro</u> (S.D.N.Y.); <u>Quintiles Transnational</u> (D. Colo.); <u>Read Rite Corporation</u> (N.D. Ca.); <u>Sagent Technology</u> (N.D. Ca.); <u>Sina Corporation</u> (S.D.N.Y.); <u>The Singing Machine, Inc.</u> (S.D. Fl.); <u>Terayon, Inc.</u> (C.D. Ca.); and <u>Tesoro Petroleum Corp.</u> (E.D. Tex); <u>Viisage Technology, Inc.</u> (D. Mass.), among others.

### *Pension and ERISA Litigation.*

      <u>Delta MDL</u>. Seeger Weiss served as Lead Counsel in a nationwide ERISA multidistrict litigation consolidated in Atlanta, Georgia. The firm represented active and retired Delta Air Lines pilots in a class action challenging various company pension plan amendments and practices that have caused them to forfeit some $2 billion of accrued and vested pension benefits since 1990. These claims stemmed from a number of provisions and policies affecting, among other things, the calculation and payment of lump sums of pension benefits, the company's retroactive freeze of a benefit formula previously pegged to increases in investment performance, and automatic reductions of pension benefits of married retirees hired before 1972. In 2005, the firm achieved a class-wide settlement which included $16 million in cash and 1 million Delta warrants.

      <u>Bell South</u>. Seeger Weiss represents tens of thousands of aggrieved Bell South employees in a class action suit against the company and the administrators of their 401K plan, in connection with "Enron-like" breaches of fiduciary duty. These claims stem from defendants' failures to advise employees of investment diversification options and their having created a falsely optimistic outlook in Bell South's stock as a prudent investment for the plan. Defendants encouraged employees to invest their earnings in company stock at a time when the company was noting positive operating results, artificially-optimistic revenue growth, and other financial indicators that were found to be

materially false, including revelations of accounting irregularities and losses from the company's risky venture into the highly-speculative Latin American wireless phone market.

### Environmental and Toxic Tort Litigation.

Factory Hog and Poultry Farm Environmental Litigation. The firm is involved in the prosecution of various environmental and common law claims against several of the nation's largest industrial hog and poultry farm operators. These cases, pending in several jurisdictions throughout the country, were brought on behalf of public citizens, riparian property owners and other residents in the vicinity of factory hog and poultry farms who have suffered from environmental and atmospheric degredation caused by the illegal discharge of harmful toxins and other pollutants contained in the enormous quantities of hog and poultry feces and other wastes produced by the industrial farmer defendants. The firm serves as co-lead counsel in several of these actions. For example, the Firm serves as court-appointed Co-Lead Counsel in an action pending in the state District Court of Mayes County, Oklahoma pertaining to environmental damages to the Grand Lake O'Cherokees caused by the disposal of massive quantities of chicken litter by the operations of various major poultry integrators and their contract growers.

In September 2006, following a three-week trial in which firm partner, Stephen A. Weiss, served as co-lead trial counsel, a state court jury sitting in Jackson County, Missouri returned a $4.5 million combined verdict against industrial hog producers Premium Standard Farms, Inc. and ContiGroup Companies, Inc. in favor of six neighbors of the defendants' vast farm operations in northern Missouri. The firm continues to represent over 250 remaining claimants against these defendants.

Lead Poisoning Litigation. The firm represents families and property owners living within Tar Creek, one of the nation's most notorious hazardous waste sites, situated within the former Picher Mining Field in Northeast Oklahoma. The site has ranked consistently near the top of EPA's National Priorities List for over a decade. Seeger Weiss is pursuing two types of cases on behalf of the residents: claims on behalf of seven minor children who have irreversible brain damage as a result of exposure to the lead left behind by the mining companies; and a prospective class of residents whose properties have been devalued and whose have been exposed to this toxic mining waste.

### Litigation Insurance Litigation.

During the past decade, the firm has played a pivotal role in many notable insurance market practices class actions brought against members of the life insurance industry. These nationwide suits resulted from alleged misrepresentations made in connection with the sale of certain life insurance products, including "vanishing premium" policies which, due to market-sensitive dividend projections, required customers to pay premiums on a more prolonged basis than originally expected.

In 1995, the firm was appointed as the national Policyowner Representative in Wilson v. New York Life Insurance Company sales practices litigation, the first settlement of a

nationwide class action relating to the vanishing premium insurance product. Wilson involved claims brought by a class of approximately 3.2 million New York Life policyowners who suffered damages as the result of allegedly improper sales practices by the company and its agents, including the alleged failure to properly disclose the market-sensitivity of the company's premium payment projections. As Policyowner Representative, the firm served as the principal advocate on behalf of members of the class who elected to pursue individual claim relief before independent appeal boards.

Following its appointment in the New York Life litigation, the firm served as the Attorney Representative in the In re Prudential Life Insurance Sales Practices Litigation. In that role, the firm, and others serving under its auspices, represented individual class members in connection with over 53,000 separate claim arbitrations.

In addition to the New York Life and Prudential matters, the firm has served as the Policyowner Representative, Attorney Representative, or Claim Evaluator in the following insurance sales practices class actions: In re Sun Life Assurance Company of Canada Insur. Litig.; Ace Seat Cover Co., Inc. v. The Pacific Life Insur. Co.; In re Manufacturers Life Insur. Co. Premium Litig.; Roy v. Independent Order of Foresters; Murray v. Indianapolis Life Insur. Co.; In re New England Mutual Life Insur. Company Sales Practices Litigation; Manners and Philip A. Levin v. American General Life Insur. Co.; Moody v. American General Life and Accident Insur. Co.; Garst v. The Franklin Life Insur. Co.; Lee v. US Life Corp.; In re Metropolitan Life Insur. Co. Sales Practices Litig.; Duhaime v. John Hancock Mutual Life Ins. Co.; Benacquisto v. American Express Financial Corporation; Snell v. Allianz Life Insur. Company of North America; and Wemer v. The Ohio National Life Insur. Co.

### Nursing Home Litigation.

Seeger Weiss LLP has served as counsel in over two dozen personal injury and wrongful death actions on behalf of victims of severe nursing home abuses and neglect. These cases, both pending and settled, were litigated in various state courts throughout the country and have earned the firm a national reputation in the area of nursing home litigation.

### Personal Injury Litigation.

The firm maintains a highly-selective docket of matters involving serious personal injury or wrongful death. Unlike many personal injury practices in which attorneys may handle hundreds of slip and fall matters at a time, the firm's philosophy is to allow its attorneys to concentrate on a smaller number of "high-end" catastrophic injury cases, thereby permitting the highest quality of attention and service available in the field.

### Antitrust Litigation.

- Compact Disc Litigation. Seeger Weiss LLP is involved in nationally prominent consumer antitrust litigation. One action, In re Compact Disc Minimum Advertised Price Antitrust Litigation, which was settled favorably in the United

States District Court for the District of Maine, sought damages against the wholesale sellers of pre-recorded music sold in the form of compact disc. Plaintiffs alleged that the defendants conspired to artificially inflate the retail prices of compact discs in violation of the Sherman Act.

- <u>Monsanto YieldGuard Litigation</u>. The firm serves as Co-Lead Counsel in a series of consolidated putative class actions against Monsanto Company, E.I. DuPont de Nemours and Company, and Pioneer Hi-Bred International currently pending before the Honorable Richard E. Webber in the U.S. District Court for the Eastern District of Missouri. These lawsuits, brought on behalf of farmers who purchased genetically-modified YieldGard corn and Roundup Ready soybean seeds, allege violations of state antitrust and unfair trade practices statutes, as well as common law claims for unjust enrichment. The claims stem from the defendants' conspiracy to fix the price of these seeds through the imposition of "technology fees," ostensibly for the purpose of allowing Monsanto to recoup its research and development costs of those seed products but which, in reality, capitalized on and exploited Monsanto's development of those seeds in order to monopolize and "cartelize" the market for those seeds and thereby charge and collect premium prices.

### Other Commercial Litigation.

In addition to its diverse complex litigation practice, Seeger Weiss LLP is engaged in a wide variety of commercial litigation matters representing individuals and businesses in state and federal courts throughout the country. The following are examples of such commercial actions in which the firm is involved:

- <u>"StarLink" Litigation</u>. Action completed in the United States District Court for the Northern District of Illinois pursuant to a JPML consolidation order. The JPML order consolidated and transferred to that district numerous putative statewide and nationwide class actions brought in various corn-belt states by the firm and others against Aventis Cropscience USA, the manufacturer of the "StarLink" brand of genetically altered corn. These actions were brought on behalf of certain U.S. corn growers who are seeking to recover for damages to the value of their corn crop resulting from the improper sale and marketing of the StarLink corn. The firm is one of four court-appointed co-lead counsel for the putative classes. In April 2003, Judge James B. Moran gave final approval to a $110,000,000 settlement of the class claims.

- <u>Bayer Cropscience Rice Contamination MDL</u>. The firm represents a putative nationwide class of rice growers who are seeking to recover for damages to the value of their rice crop resulting from contamination by LL601, a variety of long-grain rice that has been genetically modified with a bacterial gene trait that causes the rice grown from that seed to produce a protein that makes the crop resistant to glufosinate – the active ingredient in Liberty® Herbicide, another Bayer product. This "glufosinate-tolerant" trait allows growers to spray Liberty® herbicide over

the entire crop, killing all weeds without risking any damage to the rice crop. This case, and others similar, are consolidated in a multidistrict litigation now pending before the Honorable Catherine D. Perry of the U.S. District Court for the Eastern District of Missouri.

- Educational Testing Services MDL. In re: ETS Praxis Principles of Learning and Teaching: Grades 7-12 Litigation is a consolidated national class action on behalf of more than 4100 prospective teachers who ETS negligently and wrongfully reported failing scores on the Praxis Principles of Learning and Teaching test for grades 7 through 12 (the "PPLT" test) during the period from January 2003 through April 2004. The PPLT is a test that is required in many states in order for a teacher to obtain their teaching certification. In December 2004, the various class actions filed around the country were transferred to Judge Sarah Vance of the United States District Court for the Eastern District of Louisiana. Judge Vance has since appointed Seeger Weiss LLP to the position of State Court Litigation Liaison Counsel.

- NASD

- HMO Litigation. The firm is counsel to individual doctor-members of the Connecticut State Medical Society ("CSMS") and the Medical Society of the State of New York ("MSSNY") in connection with various putative statewide class actions filed in Connecticut and New York state courts, respectively against several national health management organizations (HMOs). The class members are seeking damages resulting from the defendants' improper, unfair and deceptive practices designed to deny, impede or delay lawful reimbursement to CSMS and MSSNY physicians who rendered necessary healthcare services to members of the HMO managed care plans.

- Automobile Dealership Warranty Litigation: The firm represents dozens of franchised automobile dealerships located throughout New York State in separate actions against the "Big Three" automobile manufacturers — Ford, General Motors, and DaimlerChrysler. These actions are pending in federal court in New York and are based on the manufacturers' failure to comply with the New York State Vehicle & Traffic Law § 465. These actions assert claims that in violation of New York State statute and the franchise agreement that governs the relationship between the dealerships and the factories, the manufacturers have failed to adequately reimburse the dealerships for parts used in performing repairs pursuant to the manufacturers' warranties. In addition to the three federal court actions, the firm also represents close to a dozen franchised Chrysler dealerships in arbitrations pending before the American Arbitration Associations asserting the same claims.

**SEEEGER WEISS LLP**
**Selected Attorney Biographies**

## PARTNERS

**CHRISTOPHER A. SEEGER**. Position: Member. Born New York, N.Y., April 14, 1960. Admitted: 1990, New Jersey; 1991, New York; 1992, U.S. District Court, Southern District of New York and U.S. District Court, District of New Jersey; 2000, U.S. District Court, Eastern District of New York. Education: Hunter College of the City University of New York (B.A., summa cum laude, 1987); Benjamin N. Cardozo School of Law (J.D., magna cum laude, 1990). Honors: Managing Editor, Benjamin N. Cardozo Law Review. Author: "The Fixed Price Preemptive Right in the Community Land Trust Lease," 11 Cardozo Law Review 471, 1990; "Developing Assisted Living Facilities," New York Real Estate Law Reporter, Volume XII, Number 10, August 1998. Lecturer, "The Use of ADR in Class Actions and Mass Torts," New York University School of Continuing and Professional Studies, October 13, 2000. Member: Board of Advisors, New York Real Estate Law Reporter; Annual Fund Committee, 1999 -- . Director: American Friends of Rabin Medical Center, Inc.; Benjamin N. Cardozo School of Law, 1999-2000. Co-Chair, Cardozo Law School Alumni Annual Fund, 1998-2000. Member: The Association of the Bar of the City of New York; New Jersey State Bar Association. Practice Areas: Consumer Fraud; Products Liability; Antitrust; Insurance; Class Actions; Mass Torts.

**STEPHEN A. WEISS**. Position: Member. Born New York, N.Y., December 5, 1964. Admitted: 1991, New York and U.S. District Court, Southern and Eastern Districts of New York. Education: Brandeis University (B.A., 1986); Benjamin N. Cardozo School of Law (J.D., 1990). Honors: Business Editor, Cardozo Law Review, 1989-1990. Director, Benjamin N. Cardozo School of Law, Yeshiva University, 1999-current; Member, Capital Campaign Committee, Strategic Planning Committee, Membership Committee. Chair, Cardozo Alumni Annual Fund, 1998-2000. Author: "Environmental Liability Disclosure Under the Federal Securities Law," Law Education Institute, Inc., 1998; "Liability Issues and Recent Case Law Developments Under CERCLA, New Environmental Issues of Liabilities of Government Agencies & Government Contractors," Federal Publications, Inc., Chapter 4, 1995; "New York Proposes Legislation to Restrict Shareholder Derivative Suits," Insights, Vol. 8, No. 3, p. 24, 1994; "Suretyship as Adequate Protection Under Section 361 of the Bankruptcy Code," Cardozo Law Review, Vol. 12, p. 285, 1990. Awards: International Humanitarian Achievement Award, Shaare Zedek Medical Center, 2002. Member: Association of Trial Lawyers of America; American Bar Association. Practice Areas: Complex Litigation, including Antitrust, Consumer, Employment, Environmental, Insurance, Products Liability, Pharmaceutical and Securities Litigation.

**DAVID R. BUCHANAN**. Position: Member. Born July 19, 1967. Admitted: 1993, New Jersey and U.S. District Court, District of New Jersey; 1994, New York and U.S. District Court, Southern District of New York; 1999, U.S. District Court, Eastern District of New York. Education: University of Delaware (B.S., 1990); Benjamin N. Cardozo

Law School (J.D., magna cum laude, 1993). Honors: Samuel Belkin Scholar, 1993. Member, 1991-1993 and Administrative Editor, 1992-1993, Cardozo Law Review. Member: American Bar Association (Member, Sections on: Litigation; Intellectual Property). Practice Areas: Complex and Mass Tort Litigation, including Antitrust, Consumer, Environmental, Insurance, Intellectual Property, Pharmaceutical, Products Liability, and Securities Litigation.

**DIOGENES P. KEKATOS**. Position: Member. Born New York, New York, November 29, 1958. Admitted: New York 1984; U.S. District Court, Southern and Eastern Districts of New York, 1984; U.S. Court of Appeals for the Second Circuit, 1985; U.S. Supreme Court, 1987. Education: Columbia College, Columbia University (B.A., 1980); Brooklyn Law School (J.D., 1983). Experience: Associate, 1983-84, Meltzer, Fishman, Madigan & Campbell; Assistant Regional Counsel, 1984-86, U.S. Department of Health and Human Services; Special Assistant United States Attorney, 1986-88, Southern District of New York; Assistant United States Attorney, 1988-2000, Southern District of New York; Chief, Financial Litigation Unit, 1988-90 and Chief, Immigration Unit, 1990-2000. Has argued some 130 appeals and motions in U.S. Court of Appeals for the Second Circuit, including successful *en banc* rehearing. Has argued numerous cases resulting in published opinions. Practice Areas: Federal Civil Litigation; Complex Litigation; Federal Appellate Litigation.

**ERIC T. CHAFFIN.** Position: Member. Born East Liverpool, Ohio, August 11, 1971. Admitted: 1996, Pennsylvania; 1997, W.D. Pa.; 1997, 3d Cir. Ct. of Appeals; 2002, 2nd Cir. Ct. of Appeals; Admission to New York bar pending. Education: West Virginia University (B.A., Phi Beta Kappa, summa cum laude, Arts & Sciences Scholar, University Honors Scholar, 1993); Washington & Lee University School of Law (J.D., cum laude, 1996). Honors: Chairman, Moot Court Board; Staff Writer, Washington and Lee Environmental Law Digest; Best Brief and Runner-Up, Best Oral Advocate, Davis Moot Court Competition; Charles V. Laughlin Award. Author: "Higher Education Law: The Relationship With The Faculty," in THE LAW OF HIGHER EDUCATION (Pa. Bar. Inst. 1997); "Review of Third Circuit Antitrust Cases (May 1993-May 1995)," in 1001 ANTITRUST CHALLENGES IN THE 90'S: ENFORCEMENT REACHES NEW HEIGHTS 200 (Pa. Bar. Inst. 1995). Teaching: Adjunct Clinical Professor of Law, Brooklyn Law School. Experience: Reed Smith LLP, 1996-1999; Law Clerk to the Honorable D. Brooks Smith, U.S. District Court, Western District of Pennsylvania, 1997; Assistant U.S. Attorney, Business/ Securities Fraud Unit, 1999-2003. Notable Trials and Cases: Skidmore v. Duquesne Light Co., (W.D.Pa.) (successful defense of ADEA action to verdict); U.S. v. Arbel, 01-CR-917 (EDNY) (ILG) (lead trial counsel in successful 10(b)(5) securities fraud prosecution); U.S. v. Asti, 03-CR-283 (EDNY) (LDW) (investigated and prosecuted accounting and securities fraud at Symbol Technologies, Inc.); U.S. v. Cuero-Flores, 276 F.3d 113 (2d Cir. 2002) (argued and on brief). Profiled in "Case Reveals The Meaning of Life," National Law Journal, September 6, 1999. Practice Areas: Securities and Employment Litigation.

**MOSHE HORN.** Position: Member. Admitted: New York, New Jersey. Education: George Washington University (B.A., 1989); Benjamin N. Cardozo School

of Law (1993). Experience: Assistant District Attorney, New York County, 1993-2002 (held numerous supervisory positions and tried 50 jury cases); Senior Associate, Kaye Scholer LLP, 2002-2004.

**JONATHAN SHUB**. Position: Member. Born Philadelphia, PA., November 28, 1961. Admitted: 1988, Pennsylvania; 1989, Dist. of Columbia; 1995, E.D. of Pennsylvania; 2002, E.D. of Michigan; 2005, California; 2006, N.D. of California and C.D. of California. Education: American University (B.A. 1983); Delaware Law School of Widener University (J.D., *cum laude*, 1988). Honors: Articles Editor, Law Review, Delaware Journal of Corporate Law, 1987-88; "Best Student Article Award," 1988. Author: "Shareholder Rights Plans – Do They Render Shareholders Defenseless Against Their Own Management," 12 Del. J. Corp. L. 991 (1997); "Distinguishing Individual from Derivative Claims in the Context of Battles for Corporate Control," 13 Del. J. Corp. L. 579 (1998); Co-author with Harvey L. Pitt: "Once Again, the Court Fails to Rein in RICO," Legal Times, at 31 (April 27, 1992); "Failed One-Share, One Vote Rule Let SEC Intrude in Boardroom," National Law Journal, at 32 (October 8, 1990). Wolcott Fellow Law Clerk to the Hon. Joseph T. Walsh, Delaware Supreme Court, 1988 Academic Year. Member: American Trial Lawyers Association, American Bar Association. Practice Areas: Complex Litigation, including Antitrust, Consumer, Employment, Environmental, Insurance, Products Liability, Pharmaceutical and Securities Litigation.

## COUNSEL

**MICHAEL L. ROSENBERG**. Position: Counsel. Born New York, New York May 25, 1964. Admitted: New Jersey 1989; U.S. District Court, District of New Jersey 1989; New York 1990. Education: Rutgers-Camden School of Law (J.D., 1989), University of Delaware (B.A. 1986). Practice Areas: Complex and Insurance Litigation.

**MARC S. ALBERT.** Position: Counsel. Born Commack, New York, September 25, 1970. Admitted: 1996, New York and U.S. District Court, Southern and Eastern Districts of New York Education: University of Wisconsin-Madison (B.A., 1992); New York Law School (J.D., 1995). Member: New York State Trial Lawyers Association. Practice Areas: Catastrophic Personal Injury and Medical Malpractice Litigation.

**DONALD R. BRADFORD**. Position: Counsel. Born Guymon, Oklahoma, January 3, 1945; admitted to bar, 1974, Oklahoma; U.S. Court of Appeals, Fifth and Tenth Circuits; 1996, U.S. Tax Court; registered to practice before the U.S. Patent and Trademark Office. (Not admitted in New York). Education: University of Texas (B.S.E.E., 1967); University of Tulsa College of Law (J.D., 1974). Member, Order of the Curule Chair. Member, Tulsa Law Journal, 1973-1974. Law Clerk to Hon. Joseph W. Morris, Chief Judge, U.S. District Court, Eastern District of Oklahoma, 1974-1976. Member: Tulsa County (Chairman, Mineral Law Section, 1991-1992) and Oklahoma Bar Associations.

## ASSOCIATES

**RICK BARRECA**: Position: Associate. Born Passaic, New Jersey, 1970. Admitted: New York and New Jersey, 1999. Education: Montclair State University (B.A., 1992); Touro College Jacob D. Fuchsberg Law Center (J.D., 1998). Practice Areas: Pharmaceutical; Mass Torts; Securities Fraud; Investment Fraud; Consumer Litigation; Complex Commercial Litigation.

**PATRICIA D. CODEY**. Position: Associate. Born Orange, New Jersey, November 8, 1955. Admitted: 1989 New Jersey; U.S. District Court, District of New Jersey. Education: College of Saint Elizabeth (B.A., 1977); City University of New York Law School (J.D. 1988). Experience: Law Clerk to the Honorable Michael J. Degnan, 1988-89.

**DONALD A. ECKLUND**. Position: Associate. Born Bronx, New York, December 23, 1975. Admitted: New Jersey, 2001; New York, 2003; U.S. District Court, District of New Jersey, 2001. Education: Rutgers University (B.S. 1998); Rutgers-Newark School of Law (J.D., 2001). Experience: Law Clerk to Judge Joseph Messina, New Jersey Superior Court, Presiding Judge – Chancery Division, 2001-2002; Law Clerk to Judge Marina Corodemus, New Jersey Superior Court, Mass Tort of New Jersey, 2003-2004.

**SINDHU SUSAN DANIEL.** Position: Associate. Born Manama, Bahrain. Admitted: New Jersey, Pennsylvania, Michigan, 1994. Education: Temple University (B.A., 1991; J.D., 1994). Practice Areas: Pharmaceutical Injury.

**MICHAEL S. FARKAS**. Position: Associate. Born Philadelphia, PA, May 13, 1976. Admitted: New York, New Jersey, 2001. Education: University of Virginia (B.S. 1998); Benjamin N. Cardozo Law School (J.D., cum laude, 2001). Honors: Cardozo Law Review, 1999-2000; Heyman Scholar, 1998-2001.

**JEFFREY S. GRAND.** Position: Associate. Born Tallahassee, Florida, January 15, 1966. Admitted: 2003, New York and U.S. District Court, Southern and Eastern Districts of New York. Education: New York School of Visual Arts (B.F.A., 1990); Benjamin N. Cardozo School of Law (J.D., Order of the Coif, 2002). Honors: Felix Frankfurter Award; Executive Editor, Cardozo Law Review, 2001-02; Treasurer, Cardozo Chapter of the American Constitution Society. Author: "The Blooding of America: Privacy and the DNA Dragnet," 23 Cardozo Law Review 2277 (2002). Member: American Bar Association; New York State Bar Association. Prior to joining Seeger Weiss LLP,

**ROOPAL P. LUHANA**. Position: Associate. Born Ahmedabad, India, April 23, 1976. Admitted: New Jersey, District of New Jersey, 2001. Education: Rutgers University, Douglass College (B.A., 1998); Seton Hall University School of Law (J.D., 2001). Experience: Law Clerk to Judge Marina Corodemus, New Jersey Superior Court, Mass Tort of New Jersey, 2002-2003.

**LAURENCE V. NASSIF**. Position: Associate. Born Los Angeles, California, July 11, 1972. Admitted: New York, 2000; New Jersey 1999. Education: California State University, Northridge (B.A., 1995); Benjamin N. Cardozo School of Law (J.D., 1998).

**JAMES A. O'BRIEN III**. Position: Associate. Born Boston, Massachusetts, December 11, 1961. Admitted: New York, 2000; Massachusetts, 1988; U.S. District Court, District of Massachusetts, 1991. Education: University of Massachusetts at Amherst (B.A., 1984); New England School of Law (J.D., 1988). Experience: Attorney Advisor, U.S. Department of Labor, 1988-89; Assistant District Counsel, U.S. Immigration and Naturalization Service, 1990; Special Assistant United States Attorney, 1990-2001, Southern District of New York. Practice Areas: Federal Civil Litigation; Federal Appellate Litigation.

**ANDREA MERCEDES PI-SUNYER**. Position: Associate. Born: Boston, Massachusetts, 1965; Admitted: New York, 1996. Education: Oberlin College (B.A., 1987); Northeastern University School of Law (J.D., 1994). Practice Areas: Pharmaceutical Injury.

**MELISSA STEWART-HAYNES**. Position: Associate. Born Freeport Texas, December 5, 1968. Admitted: New York, 2004. Experience: Associate, Milberg Weiss Bershad & Schulman LLP, 2003-2005; Law Clerk to the Honorable Edward C. Prado, U.S. District Court, Western District of Texas and U.S. Court of Appeals for the Fifth Circuit, 2002-2003. Education: University of Texas at Austin (B.A., 1992; M.S. in Community & Regional Planning, 1998); Benjamin N. Cardozo School of Law (J.D., 2002). Executive Editor, Cardozo Journal of International and Comparative Law, 2001-2002.

**ELIZABETH A. WALL**. Position: Associate. Born New York, New York, February 2, 1968. Admitted: 1996, New Jersey, New York and U.S. District Court, District of New Jersey. Education: Haverford College (B.A., 1990); Cornell University (J.D., 1995).