UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br>_____<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiff Blue Grass Tobacco Company in the above matter.

>  CARELLA, BYRNE, BAIN, GILFILLAN,
>  CECCHI, STEWART & OLSTEIN
>  5 Becker Farm Road
>  Roseland, New Jersey 07068
>  (973) 994-1700
>  Attorneys for Plaintiff
>  BLUE GRASS TOBACCO COMPANY
>
>  By:   /s/ James E. Cecchi
>           JAMES E. CECCHI
>
>  By:   /s/ Lindsey H. Taylor
>           LINDSEY H. TAYLOR

Dated: March 19, 2008