UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION <br><br> This document relates to: <br><br> ALL CASES | MDL Docket No. 1869 <br> Misc. No. 07-489 (PLF) |

## NOTICE OF APPEARANCE

The parties are hereby notified that Sami H. Rashid hereby enters his appearance as counsel for Plaintiff Dust Pro, Inc.

Dated:  March 19, 2008

                                               Respectfully submitted,

                                               _/s/ Sami H. Rashid_
                                               Sami H. Rashid
                                               QUINN EMANUEL URQUHART
                                                   OLIVER & HEDGES, LLP
                                               51 Madison Avenue, 22nd Floor
                                               New York, New York  100010
                                               Telephone:  (212) 849-7000
                                               Facsimile:  (212) 849-7100
                                               Email:  samirashid@quinnemanuel.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via the Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407.

_____
Sami H. Rashid