UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

## NOTICE OF APPEARANCE

The parties are hereby notified that Daniel Brockett hereby enters his appearance as counsel for Plaintiff Dust Pro, Inc.

Dated: March 12, 2008

Respectfully submitted,

_____
Daniel Brockett
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  100010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100
Email:  danbrockett@quinnemanuel.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via the Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C. § 1407.

_____
Sami H. Rashid