## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FUEL SURCHARGE ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: )<br>)<br>ALL CASES )<br>)<br>) | MDL Docket No. 1869<br>Misc. No. 07–489 (PLF) |

### [PROPOSED] ORDER APPOINTING THE EXECUTIVE COMMITTEE OF COUNSEL

Pursuant to this Court's Memorandum Opinion and Order, dated March 11, 2008, the Court hereby designates the following firms to serve as an Executive Committee of Counsel, under the direction of interim class counsel to assist interim class counsel in the fulfillment of their responsibilities:

Freed Kanner London & Millen LLC;

Heins Mills & Olson, P.L.C.;

Kaplan Fox & Kilsheimer LLP;

Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein;

Gold Bennett Cera & Sidener LLP;

Audet & Partners, LLP; and

Whatley, Drake & Kallas, L.L.C.

//

//

//

//

Having reviewed all relevant memoranda and supporting materials, the Court finds that the aforementioned firms are best positioned to assist Cohen Milstein and Quinn Emanuel in the fulfillment of the responsibilities enumerated in the Court's March 11, 2008 Order Appointing Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs.

It is **SO ORDERED.**

Dated: _____, 2008

_____
PAUL L. FRIEDMAN
United States District Judge