**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION <br><br> This document relates to: ALL CASES | MDL Docket No. 1869 <br> Misc. No. 07-489 (PLF) |

**MOTION FOR LEAVE TO FILE OPPOSITON TO THE PLEADINGS
SEEKING APPOINTMENT OF WHATLEY, DRAKE & KALLAS, AUDET &
PARTNERS AND WALTERS BENDER STOHBEHN VAUGHAN TO THE
PLAINTIFFS' EXECUTIVE COMMITTEE**

Interim Co-Lead Counsel, Quinn Emanuel and Cohen Milstein respectfully request leave of Court to file a short opposition brief (not to exceed five pages) to the recent filings (Docket Nos. 79, 80, 81) of Whatley, Drake, & Kallas, LCC, Audet & Partners, LLP, and Walters Bender Strobehn Vaughan P.C., in which each firm requests to be added to the executive committee for plaintiffs' counsel in this action. Interim Co-Lead Counsel propose a filing deadline of Friday, March 28, 2008 for the proposed opposition brief. Plaintiffs also file herewith a proposed order in accordance with Local Civil Rule 7(c).

This Court's March 11, 2008, Memorandum Opinion and Order, ordered Interim Co-Lead Counsel to report to the Court on or before March 18 regarding its recommended executive committee, and ordered any objections to be filed on or before March 25. (Docket No. 71 and accompanying minute entry). Having reviewed the three aforementioned filings and their attachments, Interim Co-Lead Counsel wish to clarify pertinent facts and otherwise respond to previously unstated objections. Interim Co-Lead Counsel can address those issues quickly and

concisely, and therefore respectfully request leave to file a short brief within two days, by Friday, March 28, 2008.

## LOCAL CIVIL RULE 7(M) CERTIFICATION

The undersigned counsel hereby certifies that Interim Co-Lead Counsel, has attempted to confer with representative counsel for the three aforementioned objecting firms by leaving telephone messages this morning for William Audet and Joseph Whatley seeking consent for this motion. Those messages have not been returned as of the filing of this motion. Counsel received word that Walters Bender Strohbehn Vaughan P.C. does not consent to this motion.

Dated: March 26, 2008

Respectfully submitted:

| | |
|---|---|
| /s/ Stephen R. Neuwirth | /s/ Michael D. Hausfeld |
| Stephen R. Neuwirth | Michael D. Hausfeld (D.C. Bar #153742) |
| Daniel Brockett | Benjamin D. Brown (D.C. Bar #495836) |
| Sami H. Rashid | COHEN, MILSTEIN, HAUSFELD |
| QUINN EMANUEL URQUHART |   & TOLL, P.L.L.C. |
|   OLIVER & HEDGES, LLP | 1100 New York Avenue NW |
| 51 Madison Avenue, 22nd Floor | Suite 500, West Tower |
| New York, New York 10010 | Washington, DC 20005 |
| Telephone: (212) 849-7000 | Telephone: (202) 408-4600 |
| Facsimile: (212) 849-7100 | Facsimile: (202) 408-4699 |
| Email: stephenneuwirth@quinnemanuel.com | Email: mhausfeld@cmht.com |

*Direct Purchaser Plaintiffs' Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE OPPOSITION TO THE PLEADINGS SEEKING APPOINTMENT OF WHATLEY, DRAKE & KALLAS, AUDET & PARTNERS AND WALTERS BENDER STOHBEHN VAUGHN TO THE PLAINTIFFS' EXECUTIVE COMMITTEE**

Pending before the Court is a Motion for Leave to File Opposition to the Pleadings Seeking Appointment of Whatley Drake & Kallas, LLC, Audet & Partners, LLP, and Walters Bender Stohbehn Vaughn, P.C. to the Plaintiffs' Executive Committee. The Motion for Leave to File Opposition is hereby **GRANTED**. Interim Co-Lead Counsel shall file their brief, not to exceed five pages in length, on or before Friday, March 28, 2008.

It is **SO ORDERED**:

Dated: _____, 2008            _____
                                        PAUL L. FRIEDMAN
                                        United States District Judge