UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: ALL CASES )<br>)<br>) | MDL Docket No. 1869<br>Misc. No. 07–489 (PLF) |

OPPOSITION BY AUDET & PARTNERS TO INTERIM CO-LEAD COUNSEL'S MOTION
FOR LEAVE TO FILE OPPOSITION TO THE PLEADINGS SEEKING APPOINTMENT OF
WHATLEY, DRAKE & KALLAS, AUDET & PARTNERS AND WALTERS BENDER
STOHBEHN VAUGHN TO THE PLAINTIFFS' EXECUTIVE COMMITTEE

This court's March 11, 2008, Memorandum and Opinion, set forth a specific briefing schedule relating to the issue of the appointment of the Executive Committee. That schedule provided Interim Co-Lead Counsel with an opportunity to consider this Court's concerns as expressed in the March 11 Order, and to make their recommendations regarding Executive Committee membership accordingly. Having availed themselves of the opportunity presented to them by the Court, they now seek a second judicial bite of the apple; apparently concerned with their stated justifications for their proposed Executive Committee.

The undersigned believes that the briefing opportunity provided by the Court is both sufficient to address the issue and to inform the Court of the parties respective positions. Accordingly, the undersigned respectively requests that the Court deny the request for additional briefing.

Dated: March 26, 2008

          Respectfully submitted,

          AUDET & PARTNERS, LLP


          /s/ William M. Audet
          William M. Audet
          221 Main Street, Suite 1460
          San Francisco CA 94105
          Telephone: 415.568.2555
          Facsimile: 415.568.2556

          *Attorneys for Complete Transportation Systems, Inc*
          *and the Proposed Class*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on March 26, 2008, a copy of the foregoing Opposition by Audet & Partners to Interim Co-Lead Counsel's Motion for Leave to File Opposition to the Pleadings Seeking Appointment of Whatley, Drake & Kallas, Audet & Partners And Walters Bender Stohbehn Vaughan to the Plaintiffs' Executive Committee were served on the attorneys of record for all parties via the Case Management/Electronic Case Filing system, in accordance with the Court's Initial Practice and Procedure Order Upon Transfer Pursuant to 28 U.S.C § 1407.

                                                                /s/ William M. Audet  
                                                               William M. Audet