UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) | MDL Docket No. 1869 Misc. No. 07-mc-489-PLF |
| This document relates to: ALL CASES | | |

**PLAINTIFF *RB RUBBER PRODUCTS, INC.'S* OPPOSITION TO CO-LEAD COUNSEL'S MOTION FOR LEAVE TO FILE OPPOSITION TO THE PLEADINGS SEEKING APPOINTMENT OF WHATLEY, DRAKE & KALLAS LLC, AUDET & PARTNERS AND WALTERS BENDER STOHBEHN VAUGHN TO THE PLAINTIFFS' EXECUTIVE COMMITTEE**

Plaintiff RB Rubber Products, Inc., oppose interim co-lead counsel's Motion for Leave to File Opposition (Doc. 85) to the pleadings seeking to appoint Whatley, Drake & Kallas, Audet & Partners and Walters Bender Stohbehn Vaughn to the executive committee because interim co-lead counsel's [Proposed] Opposition (Doc. 87) contains a factual misstatement about RB Rubber Products which may mislead the Court.

Referencing RB Rubber Products in their proposed opposition papers, interim co-lead counsel states: "Prior to filing their Report, however, Interim Co-Lead Counsel spoke with counsel for both of these new plaintiffs, and those counsel did not suggest that they were supporting either Whatley Drake or Audet & Partners for an Executive Committee position." (Doc. 87 at pp. 2-3) Interim co-lead counsel's statement is not factually accurate. RB Rubber Products' counsel did not have any conversations with interim co-lead counsel or any of their proxies regarding their suggested appointments to the Executive Committee prior to their filing the Report Concerning Proposed Executive

1

Committee. (Doc. 74) Furthermore, RB Rubber Products' counsel has never spoken with either of the interim co-lead counsel regarding the MDL's leadership structure. *See* Declaration of Matthew H. Armstrong attached hereto as Exhibit A.

For the foregoing reasons, RB Rubber Products requests that the Court enter an Order (1) denying Interim Co-Lead Counsel's Motion for Leave to File Opposition; (2) striking Interim Co-Lead Counsel's [Proposed] Opposition; and (3) appointing the Whatley, Drake & Kallas and Audet & Partners law firms to the Plaintiffs' Executive Committee.

Respectfully submitted,

**SCHLICHTER BOGARD & DENTON LLP**

/s/ Matthew H. Armstrong
Matthew H. Armstrong, D.C. Bar No. 974272
Jerome J. Schlichter
Roger C. Denton
100 S. Fourth Street, Suite 900
Saint Louis MO 63102
Tel: 314-621-6115
Fax: 314-621-5171
marmstrong@uselaws.com

and

Michelle A. Parfitt, D.C. Bar No. 358592
Susan Minkin, D.C. Bar No. 413477
**ASHCRAFT & GEREL LLP**
2000 L Street, N.W., Suite 400
Washington DC 20036
Tel: 202-783-6400
Fax: 202-416-6392
mparf@aol.com
sminkin@ashcraftlaw.com

*Attorneys for Plaintiff RB Rubber Products, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed Plaintiff RB Rubber Products, Inc.'s Opposition to Interim Co-Lead Counsel's Motion for Leave to File Opposition to the Pleadings Seeking Appointment of Whatley, Drake & Kallas LLC, Audet & Partners and Walters Bender Stohbehn Vaughn to the Plaintiffs' Executive Committee with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Matthew H. Armstrong
                                        Matthew H. Armstrong

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE RAIL FUEL SURCHARGE ANTITRUST LITIGATION )<br>)<br>)<br>)<br>)<br>This document relates to: ALL CASES )<br>)<br>) | MDL Docket No. 1869<br>Misc. No. 07-mc-489-PLF |

**DECLARATION OF MATTHEW H. ARMSTRONG DENYING A STATEMENT OF "FACT" IN CO-LEAD COUNSEL'S [PROPOSED] OPPOSITION TO THE PLEADINGS SEEKING APPOINTMENT OF WHATLEY, DRAKE & KALLAS LLC, AUDET & PARTNERS AND WALTERS BENDER STOHBEHN VAUGHAN TO THE PLAINTIFFS EXECUTIVE COMMITTEE (Doc. 87)**

Pursuant to 28 U.S.C. § 1746, I, Matthew H. Armstrong, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at law admitted to practice in the states of Illinois and Missouri, and in the District of Columbia. I am counsel of record in this matter for my client, RB Rubber Products, Inc., which is a manufacturing company located in McMinnville, Oregon, and is a subsidiary of Dash Multi-Corp, Inc., a group of chemical manufacturing companies headquartered in Saint Louis, Missouri.

2. Referencing RB Rubber Products in their [Proposed] Opposition papers, interim co-lead counsel states: "Prior to filing their Report, however, Interim Co-Lead Counsel spoke with counsel for both of these new plaintiffs, and those counsel did not suggest that they were supporting either Whatley Drake or Audet & Partners for an Executive Committee position." (Doc. 87 at pp. 2-3)

3. Interim co-lead counsel's statement is not factually accurate.

4. I did not have any conversations with Mr. Hausfeld, Mr. Neuwirth, or any of their proxies regarding their suggested appointments to the Executive Committee prior to their filing the Report Concerning Proposed Executive Committee. (Doc. 74) Furthermore, neither I nor any member of my law firm, to my knowledge, has ever spoken with interim co-lead counsel regarding the MDL's leadership structure. The only two conversations I had with agents of interim co-lead counsel regarding leadership structure are set forth below.

5. On Tuesday, February 12, 2008, St. Louis attorney Michael Flannery of the Carey & Danis law firm called me. I spoke to Mr. Flannery for approximately five minutes. After exchanging introductions and pleasantries, Mr. Flannery explained that although his firm did not have a case in the MDL, his friend, attorney Vince Esades of the Heins Mills & Olson law firm did, and that Mr. Esades wanted to speak with me about working on the case. I agreed to call Mr. Esades.

6. After trading voicemails, I spoke with Mr. Esades for approximately ten minutes on Thursday, February 14, 2008. Mr. Esades explained that he was working with Michael Hausfeld of Cohen Milstein Hausfeld & Toll and they were asking for my support of Cohen Milstein as interim lead counsel in the MDL. I explained to Mr. Esades that I had a decade long working relationship with Joe Whatley and Whatley, Drake & Kallas, and that I was supporting Mr. Whatley's application for interim co-lead counsel, but that I was happy to support any leadership structure that included Mr. Whatley. I told Mr. Esades that I would check with Mr. Whatley about the status of his discussions with Mr. Hausfeld before committing, but that I would not support a leadership structure that did not include Whatley,

2

Drake & Kallas. I finished the conversation by telling Mr. Esades that in any event I looked forward to meaningfully working with the leadership appointed by the Court and with all the attorneys to fully prosecute this case. Later that evening I left a voicemail for Mr. Esades confirming my support of Mr. Whatley, stating that I could not support Mr. Hausfeld without Mr. Whatley, and again offering to support any leadership structure that included Mr. Whatley's firm. I did not hear from Mr. Esades again on the matter.

7. Knowing that Mr. Whatley did not oppose Mr. Hausfeld's appointment as interim co-lead counsel, but only sought to join him in that leadership role, and expecting that Mr. Hausfeld would be appointed one of the interim co-leads, I emailed one of Mr. Hausfeld's partners, Victoria Nugent, with whom I had worked in the past asking her for a reference. She agreed to give me the reference when she had an opportunity. A copy of the email exchange is attached hereto as Exhibit 1.

8. I have had no other conversations with interim co-lead counsel, their proxies, or any of the executive committee members proposed by the Cohen Milstein/Quinn Emanuel group regarding the leadership structure.

Executed on this 31st day of March, 2007.

_____
Matthew H. Armstrong
D.C. Bar No. 974272
SCHLICHTER BOGARD & DENTON LLP
100 S. Fourth Street, Suite 900
Saint Louis MO 63102
Tel: 314-621-6115
Fax: 314-621-5171
marmstrong@uselaws.com

3

# Matthew Armstrong

| | |
|---|---|
| **From:** | Nugent, Victoria [VNugent@CMHT.com] |
| **Sent:** | Wednesday, February 13, 2008 1:17 PM |
| **To:** | Matthew Armstrong |
| **Subject:** | RE: Rail freight fuel surcharge MDL |

Matt: I would be very happy to do so! Michael is out today and tomorrow, but will be back on Friday so I will raise it with him then. Hope you and Jerry are well, too. Tory.

> -----Original Message-----
> **From:** Matthew Armstrong [mailto:marmstrong@uselaws.com]
> **Sent:** Wednesday, February 13, 2008 2:15 PM
> **To:** Nugent, Victoria
> **Subject:** Rail freight fuel surcharge MDL
>
> Tory,
>
> I hope this message finds you well. I have a case in the rail freight fuel surcharge MDL which has been assigned to the DC district court. Michael Hausfeld of your firm is putting together one of the leadership groups along with the Heins firm from Mpls. Would you be willing to let Michael know that you and I have worked well together in tha past as a reference for me to him. We are very excited about this MDL and are willing to invest both time and money. Thanks.
>
> Matt
>
> This e-mail message is confidential, intended only for the named recipients(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at #314-621-6115 and delete this e-mail message from your computer. Thank you.



3/31/2008