**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 Misc. No. 07-489 (PLF) |
| This document relates to: ALL CASES | |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the Court's suggestion at the March 7, 2008, status conference, plaintiffs and defendants have met and conferred, and have agreed on the following schedule for filing the amended complaints and briefing on motions:

| | |
|---|---|
| Amended Consolidated Complaints | April 8, 2008 |
| Motions to Dismiss | May 23, 2008 |
| Opposition Briefs | July 8, 2008 |
| Reply Briefs | August 7, 2008 |

The parties respectfully propose that the Court hear oral argument on the motions to dismiss on September 8-11, or September 15-17.

Furthermore, the direct purchaser plaintiffs served requests for production of documents on March 14, 2008. The parties have met and conferred regarding a motion for protective order. Pursuant to the Court's direction at the March 7 conference, when the Court stated that it would consider this (anticipated) motion itself, the parties submit the following agreed briefing schedule:

|  |  |
|---|---|
| Motion for protective order to defer discovery and objections to pending document production requests | April 23, 2008 |
| Opposition Brief | May 7, 2008 |
| Reply Brief | May 16, 2008 |

WHEREFORE, the parties respectfully request that the Court approve the foregoing agreed schedule.  A proposed order accompanies this motion.

Respectfully submitted,


/s/ Stephen Neuwirth
Stephen Neuwirth
Daniel Brockett
Sami H. Rashid
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600

*Interim Co-Lead Class Counsel for the
Direct Purchaser Plaintiffs*

/s/ Gary A. Winters
Richard J. Favretto (D.C. Bar #156588)
Mark W. Ryan (D.C. Bar #359098)
Gary A. Winters (D.C. Bar #439376)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Attorneys for Defendant BNSF Railway
Company*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 628-5116

*Attorneys for Defendant CSX Transportation,
Inc.*

<u>/s/ Christopher Lovell</u>
Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART
  HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900

Jared Stammell
John C. Crow
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
(212) 566-4047

Gary E. Mason
THE MASON LAW FIRM, LLP
1225 19th Street, NW, Suite 500
Washington, D.C. 20039
(202) 429-2290

*Interim Co-Lead Class Counsel for the*
*Indirect Purchaser Plaintiffs*

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
(213) 892-1800

*Attorneys for Defendant Union Pacific*
*Railroad Company*

John M. Nannes
Tara Reinhart
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorneys for Defendant Norfolk Southern*
*Railway Company*

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH & ROSENTHAL
LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700

*Attorneys for Defendant Kansas City Southern*
*Railway Company*

3

Mark Leddy
David I. Gelfand
CLEARY GOTTLIEB
 STEEN & HAMILTON
2000 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 974-1500

*Attorneys for Defendant Association of
American Railroads*

Dated: April 2, 2008

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 Misc. No. 07-489 (PLF) |
| This document relates to: ALL CASES | |

**[PROPOSED] SCHEDULING ORDER**

The Court, having reviewed the parties' Joint Motion for Entry of a Scheduling Order, hereby enters the following Order:

The following schedule shall govern the filing of the Amended Consolidated Complaint and any motions in response thereto:

| | |
|---|---|
| Amended Consolidated Complaints | April 8, 2008 |
| Motions to Dismiss | May 23, 2008 |
| Opposition Briefs | July 8, 2008 |
| Reply Briefs | August 7, 2008 |

The Court will schedule oral argument on one of the following dates: September 8-11, or September 15-17.

The following schedule shall govern any responses to direct purchaser plaintiffs' document production requests, including motions relating thereto:

| | |
|---|---|
| Motion for protective order to defer discovery and objections to pending document production requests | April 23, 2008 |
| Opposition Brief | May 7, 2008 |
| Reply Brief | May 16, 2008 |

IT IS SO ORDERED.

_____

Paul L. Friedman
United States District Judge

Dated: _____, 2008