**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION <br><br> This document relates to: <br><br> ALL CASES | MDL Docket No. 1869 <br> Misc. No. 07-489 (PLF) |

## **[PROPOSED] SCHEDULING ORDER**

The Court, having reviewed the parties' Joint Motion for Entry of a Scheduling Order, hereby enters the following Order:

The following schedule shall govern the filing of the Amended Consolidated Complaint and any motions in response thereto:

| | |
|---|---|
| Amended Consolidated Complaints | April 8, 2008 |
| Motions to Dismiss | May 23, 2008 |
| Opposition Briefs | July 8, 2008 |
| Reply Briefs | August 7, 2008 |

The Court will schedule oral argument on one of the following dates: September 8-11, or September 15-17.

The following schedule shall govern any responses to direct purchaser plaintiffs' document production requests, including motions relating thereto:

2

| | |
|---|---|
| Motion for protective order to defer discovery and objections to pending document production requests | April 23, 2008 |
| Opposition Brief | May 7, 2008 |
| Reply Brief | May 16, 2008 |

IT IS SO ORDERED.

_____
Paul L. Friedman
United States District Judge

Dated: _____, 2008