**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

**AMENDED JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's suggestion at the March 7, 2008, status conference, the plaintiffs and defendants met and conferred, and on April 2 submitted to the Court a joint motion for the entry of a proposed Order setting a schedule for filing of the amended complaints and briefing on motions. Having further met and conferred, plaintiffs have requested certain amendments to the previously-proposed schedule which defendants do not oppose, and therefore the parties now propose the following amended schedule. The amended schedule does not change the date on which the defendants' motions to dismiss will be fully submitted or the proposed dates for oral argument on those motions.

| | |
|---|---|
| Amended Consolidated Complaints | April 15, 2008 |
| Motions to Dismiss | May 30, 2008 |
| Opposition Briefs | July 8, 2008 |
| Reply Briefs | August 7, 2008 |

The parties respectfully propose that the Court hear oral argument on the motions to dismiss on September 8-11, or September 15-17.

Furthermore, the direct purchaser plaintiffs served requests for production of documents on March 14, 2008. The parties have met and conferred regarding a motion for protective order. Pursuant to the Court's direction at the March 7 conference, when the Court stated that it would consider this (anticipated) motion itself, the parties submit the following agreed briefing schedule:

| | |
|---|---|
| Motion for protective order to defer discovery and objections to pending document production requests | April 30, 2008 |
| Opposition Brief | May 14, 2008 |
| Reply Brief | May 23, 2008 |

WHEREFORE, the parties respectfully request that the Court approve the foregoing agreed schedule. A proposed order accompanies this motion.

Dated: April 8, 2008                                        Respectfully submitted,


/s/ Stephen Neuwirth                                        /s/ Gary A. Winters
Stephen Neuwirth                                            Richard J. Favretto (D.C. Bar #156588)
Daniel Brockett                                             Mark W. Ryan (D.C. Bar #359098)
Sami H. Rashid                                              Gary A. Winters (D.C. Bar #439376)
QUINN EMANUEL URQUHART                                      MAYER BROWN LLP
OLIVER & HEDGES, LLP                                        1909 K Street, N.W.
51 Madison Avenue, 22nd Floor                               Washington, D.C. 20006
New York, New York 10010                                    (202) 263-3000
(212) 849-7000

*Attorneys for Defendant BNSF Railway Company*

Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600

*Interim Co-Lead Class Counsel for the Direct Purchaser Plaintiffs*

/s/ Christopher Lovell
Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART
 HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900

Jared Stammell
John C. Crow
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, NY 10006-1404
(212) 566-4047

Gary E. Mason
THE MASON LAW FIRM, LLP
1225 19th Street, NW, Suite 500
Washington, D.C. 20039
(202) 429-2290

*Interim Co-Lead Class Counsel for the Indirect Purchaser Plaintiffs*

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 628-5116

*Attorneys for Defendant CSX Transportation, Inc.*

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
(213) 892-1800

*Attorneys for Defendant Union Pacific Railroad Company*

John M. Nannes
Tara Reinhart
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorneys for Defendant Norfolk Southern Railway Company*

3

Reid L. Ashinoff
Michael S. Gugig
SONNENSCHEIN, NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6700

*Attorneys for Defendant Kansas City Southern Railway Company*

Mark Leddy
David I. Gelfand
CLEARY GOTTLIEB
 STEEN & HAMILTON
2000 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 974-1500

*Attorneys for Defendant Association of American Railroads*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

This document relates to:

ALL CASES

MDL Docket No. 1869
Misc. No. 07-489 (PLF)

**[PROPOSED] SCHEDULING ORDER**

The Court, having reviewed the parties' Joint Motion for Entry of a Scheduling Order, hereby enters the following Order:

The following schedule shall govern the filing of the Amended Consolidated Complaint and any motions in response thereto:

| | |
|---|---|
| Amended Consolidated Complaints | April 15, 2008 |
| Motions to Dismiss | May 30, 2008 |
| Opposition Briefs | July 8, 2008 |
| Reply Briefs | August 7, 2008 |

The Court will schedule oral argument on one of the following dates: September 8-11, or September 15-17.

The following schedule shall govern any responses to direct purchaser plaintiffs' document production requests, including motions relating thereto:

| | |
|---|---|
| Motion for protective order to defer discovery and objections to pending document production requests | April 30, 2008 |
| Opposition Brief | May 14, 2008 |
| Reply Brief | May 23, 2008 |

                                                IT IS SO ORDERED.

_____
Paul L. Friedman
United States District Judge

Dated: _____, 2008

2