AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re Rail Freight Fuel Surcharge
Antitrust Litigation )
        Plaintiff(s) )  **APPEARANCE**
         )
         )
        vs. )  CASE NUMBER  Misc. No. 07-489 (PLF)
         )  MDL Docket No. 1869
         )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Joseph M. Barton__ as counsel in this
                              (Attorney's Name)

case for: __Cedar Creek Wholesale, Inc.__
        (Name of party or parties)

__4/17/2008__
Date

__/s/ Joseph M. Barton__
Signature

Joseph M. Barton
Print Name  Gold Bennett Cera & Sidener LLP

Calif. Bar No. 188441
BAR IDENTIFICATION

595 Market Street, Suite 2300
Address

San Francisco, CA 94105
City  State  Zip Code

(415) 777-2230
Phone Number