CO-386-online
10/03

# United States District Court
# For the District of Columbia

In re Rail Freight Fuel Surcharge  )
Antitrust Litigation  )
                      )
                      )
          Plaintiff  )       Civil Action No. __Misc. No. 07-489 (PLF)__
    vs                )                        MDL Docket No. 1869
                      )
                      )
                      )
          Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Cedar Creek Wholesale, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Cedar Creek Wholesale, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Joseph M. Barton
Signature

Calif. Bar No. 188441
BAR IDENTIFICATION NO.

Joseph M. Barton
Print Name  GOLD BENNETT CERA & SIDENER LLP

595 Market Street, Suite 2300
Address

San Francisco, CA 94105
City          State          Zip Code

(415) 777-2230
Phone Number