AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re Rail Freight Fuel Surcharge  )
Antitrust Litigation               )
        Plaintiff(s)         )  **APPEARANCE**
                             )
        vs.                  )  CASE NUMBER   Misc. No. 07-489 (PLF)
                             )                MDL Docket No. 1869
        Defendant(s)         )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven O. Sidener   as counsel in this
                                 (Attorney's Name)

case for:  Cedar Creek Wholesale, Inc.
          (Name of party or parties)

4/18/08
Date

Signature

Calif. Bar No. 121062
BAR IDENTIFICATION

Steven O. Sidener
Print Name
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
Address

San Francisco, CA 94105
City        State        Zip Code

(415) 777-2230
Phone Number