A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re Rail Freight Fuel Surcharge  
Antitrust Litigation )  
        Plaintiff(s) )   **APPEARANCE**  
                    )  
                    )  
        vs. )   CASE NUMBER   Misc. No. 07-489 (PLF)  
                    )                           MDL Docket No. 1869  
                    )  
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Paul F. Bennett   as counsel in this  
                               (Attorney's Name)

case for:   Cedar Creek Wholesale, Inc.  
               (Name of party or parties)

4/17/08  
Date

                                         Signature

Calif. Bar No. 63318  
BAR IDENTIFICATION

Paul F. Bennett  
Print Name  
  Gold Bennett Cera & Sidener LLP  
595 Market Street, Suite 2300  
Address  

San Francisco, CA 94105  
City      State      Zip Code  

(415) 777-2230  
Phone Number