AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re Rail Freight Fuel Surcharge
Antitrust Litigation                               )
        Plaintiff(s)          )     **APPEARANCE**
                                                   )
                                                   )
        vs.                   )     CASE NUMBER   Misc. No. 07-489 (PLF)
                                                   )                   MDL Docket No. 1869
                                                   )
        Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Stephen A. Weiss  as counsel in this
                           (Attorney's Name)

case for:  Blue Grass Tobacco
        (Name of party or parties)

April 29, 2008
Date                                               Signature

                                                   Stephen A. Weiss
NY Bar No. 2413342                                 **SEEGER WEISS LLP**
BAR IDENTIFICATION
                                                   One William Street, Suite 10
                                                   Address
                                                   New York      NY         10004
                                                   City          State      Zip Code

                                                   (212) 584-0799
                                                   Phone Number