AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In Re: Rail Freight Fuel Surcharge
Antitrust Litigation
       Plaintiff(s)

vs.

       Defendant(s)

**APPEARANCE**

CASE NUMBER   1:07-mc-00489-PLF

To the Clerk of this court and all parties of record:

Please enter the appearance of   Richard M. Hagstrom   as counsel in this
                               (Attorney's Name)

case for:   Dakota Granite Company
           (Name of party or parties)

June 3, 2008
Date

MN 0039445
BAR IDENTIFICATION

*Richard M. Hagstrom* (signature)
Signature

Richard M. Hagstrom
Print Name

500 Washington Ave. S., Ste. 4000
Address

Minneapolis, MN   55415
City      State      Zip Code

612-339-2020
Phone Number