AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In Re: Rail Freight Fuel Surcharge
Antitrust Litigation
    Plaintiff(s)

vs.

    Defendant(s)

**APPEARANCE**

CASE NUMBER   1:07-mc-00489-PLF

To the Clerk of this court and all parties of record:

Please enter the appearance of  Aaron M. McParlan  as counsel in this
          (Attorney's Name)

case for:  Dakota Granite Company
     (Name of party or parties)

June 4, 2008
Date

MN 0347899
BAR IDENTIFICATION

Signature

Aaron M. McParlan
Print Name

500 Washington Ave. S., Ste. 4000
Address

Minneapolis, MN  55415
City   State   Zip Code

(612) 339-2020
Phone Number