AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In Re: Rail Freight Fuel Surcharge
Antitrust Litigation )
       Plaintiff(s) )   **APPEARANCE**
                           )
                           )
       vs. )   CASE NUMBER   1:07-mc-00489-PLF
                           )
                           )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael E. Jacobs   as counsel in this
                                   (Attorney's Name)

case for:   Dakota Granite Company
               (Name of party or parties)

June 4, 2008
Date

                                                     Signature

                                                     Michael E. Jacobs
MN 0309552                                               Print Name
BAR IDENTIFICATION

                                                     500 Washington Ave. S., Ste. 4000
                                                     Address

                                                     Minneapolis, MN  55415
                                                     City         State         Zip Code

                                                     (612) 339-2020
                                                   Phone Number