AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In Re: Rail Freight Fuel Surcharge
Antitrust Litigation )
        Plaintiff(s) )    **APPEARANCE**
        )
        )
    vs. )    CASE NUMBER   1:07-mc-00489-PLF
        )
        )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   James S. Reece   as counsel in this
                            (Attorney's Name)

case for:   Dakota Granite Company
              (Name of party or parties)

June 4, 2008
Date

*[Signature]*
Signature

James S. Reece
Print Name

MN 0090037
BAR IDENTIFICATION

500 Washington Ave. S., Ste. 4000
Address

Minneapolis, MN  55415
City    State    Zip Code

(612) 339-2020
Phone Number