# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 |
| This document relates to: | Misc. No. 07-489 (PLF) |
| ALL CASES | |

## JOINT REPORT REGARDING ORAL ARGUMENT

Pursuant to the Court's May 20, 2008, Order, the parties have met and conferred regarding a date for oral argument on the defendants' motions to dismiss. The parties' preference is for October 10. The parties request that argument begin no earlier than 11:00 a.m. in order to enable counsel to travel to Washington that morning. The parties believe that argument can be completed before the end of the court day.

Furthermore, in the event that one of the original proposed dates for argument in September becomes available on the Court's calendar, the parties respectfully request that the Court utilize the same process as is set forth in its May 20 Order, *i.e.*, advise the parties of the available date and direct the parties to "meet and confer and file a joint report informing the Court as to whether all necessary counsel are available for oral argument" on such date.

Dated: June 9, 2008

Respectfully submitted,

/s/ Stephen Neuwirth
Stephen Neuwirth
Daniel Brockett
Sami H. Rashid
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

/s/ Tara Reinhart
John M. Nannes  (D.C. Bar #195966)
Tara Reinhart  (D.C. Bar #462106)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorneys for Defendant Norfolk Southern
Railway Company*

Michael D. Hausfeld (D.C. Bar #153742)
Benjamin D. Brown (D.C. Bar #495836)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600

*Interim Co-Lead Class Counsel for the
Direct Purchaser Plaintiffs*

Richard J. Favretto
Mark W. Ryan
Gary A. Winters
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000

*Attorneys for Defendant BNSF Railway
Company*

/s/ Christopher Lovell
Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART
  HALEBIAN LLP
500 Fifth Avenue
New York, NY  10110
(212) 608-1900

Richard McMillan, Jr.
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 628-5116

*Attorneys for Defendant CSX Transportation,
Inc.*

Jared Stammell
John C. Crow
STAMELL & SCHAGER LLP
One Liberty Plaza, 35th Floor
New York, NY  10006-1404
(212) 566-4047

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

2

Gary E. Mason
THE MASON LAW FIRM, LLP
1225 19th Street, NW, Suite 500
Washington, D.C.  20039
(202) 429-2290

*Interim Co-Lead Class Counsel for the
Indirect Purchaser Plaintiffs*

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071
(213) 892-1800

*Attorneys for Defendant Union Pacific
Railroad Company*