UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: )<br>)<br>ALL CASES )<br>) | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

ORDER

This matter is before the Court on defendants' motion for a protective order and a stay of discovery. Plaintiffs have served upon defendants a request for "documents that the defendants have already compiled and produced to the New Jersey Office of the Attorney General and the Surface Transportation Board." Pls.' Opp. at 1. Defendants "seek a protective order to prevent plaintiffs from taking any discovery until after [defendants'] motions to dismiss are decided, and to defer defendants' obligation under Rule 34 to respond or object to [plaintiffs'] specific document requests . . . .". Defs.' Mot. at 7.

Upon careful consideration of the parties' papers and the circumstances of this case, the Court concludes that it is appropriate to stay all discovery pending resolution of the defendants' motions to dismiss or until further order of this Court. The Court will therefore grant defendants' motion for a protective order. Accordingly, it is hereby

ORDERED that defendants' motion for a protective order and a stay of discovery [102] is GRANTED; it is

FURTHER ORDERED that all discovery in this matter will be stayed pending resolution of the defendants' motions to dismiss or until further order of this Court. Defendants' obligations under Rule 34 to respond or object to plaintiffs' specific document requests will be deferred during the effective period of the stay; and it is

FURTHER ORDERED that, in the event that the Court does not grant defendants' motions to dismiss, defendants shall be prepared to fulfill their discovery obligations with respect to the direct purchaser plaintiffs' first request for production within fifteen (15) days of the Court's ruling.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 23, 2008