## UNITED STATES DISTRICT COURT
## FOR THE DISTICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE RAIL FUEL SURCHARGE | ) | |
| ANTITRUST LITIGATION | ) | MDL Docket 1869 |
| | ) | |
| | ) | |
| This document relates to: | ) | |
|    USDC NO Dist AL 7:07-cv-1191 | ) | |
| | ) | |

## <u>MOTION TO WITHDRAW</u>

COMES NOW, Othni J. Lathram, of Whatley Drake & Kallas, LLC, and moves to withdraw as counsel for Plaintiff, West Alabama Sand & Gravel, and sets forth the following in support thereof:

1.     Effective July 1, 2008, Mr. Lathram will no longer be employed at the firm Whatley Drake & Kallas, LLC.

2.     Plaintiff will continue to be represented by the other members of the firm of Whatley Drake & Kallas, LLC, and all other counsel of record for the Plaintiffs.

3.     Allowing undersigned counsel to withdraw from this matter will in no way harm the interest of Plaintiffs nor will there be any resulting delay in the proceedings.

WHEREFORE, Othni J. Lathram respectfully requests that this Court issue an order approving his withdrawal of counsel for Plaintiffs in the above-captioned action.

Dated: July 1, 2008

Respectfully submitted,

_____
Othni J. Lathram

WHATLEY DRAKE & KALLAS
P O Box 10647
2001 Park Place North, Suite 1000
Birmingham, AL  35203
Tel:  205.328.9576
Fax:  205.328.9669

**UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF COLUMBIA**

_____

IN RE RAIL FUEL SURCHARGE     )
ANTITRUST LITIGATION        )     MDL Docket 1869
_____)
                                   )
This document relates to:        )
_____)

## <u>PROPOSED ORDER</u>

      Now before this Court is a Motion to Withdraw as Counsel filed by attorney

Othni J. Lathram of Whatley Drake & Kallas, LLC. The Court is advised that Plaintiffs

will continue to be represented by Whatley Drake & Kallas, LLC, and all other counsel

of record having appeared on Plaintiff's behalf.

      Accordingly, the Motion to Withdraw as Counsel is hereby **GRANTED.**

      **IT IS SO ORDERED.**

      Dated: _____

                             _____

                             United States District Judge