IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869 |
| This document relates to: ALL CASES | Misc. No. 07-489 (PLF) Hon. Paul L. Friedman |

**NOTICE OF APPEARANCE OF PETER A. BARILE III AS ADDITIONAL COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Peter A. Barile III as additional counsel in this case for Defendant Union Pacific Railroad Company.

DATED: July 8, 2008

BAR IDENTIFICATION NO. CT0003

Respectfully submitted,

/s/ Peter A. Barile III

Peter A. Barile III (CT0003)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800 (telephone)
(202) 318-8394 (facsimile)
barilep@howrey.com

Alan M. Wiseman
Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800 (telephone)
(202) 318-8394 (facsimile)

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 110
Los Angeles, CA 90071

*Counsel for Defendant Union Pacific Railroad Company*

**PROOF OF SERVICE**

I HEREBY CERTIFY, pursuant to Civil Rules 5.3 and 5.4(d) of this Court, that I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF PETER A. BARILE III AS ADDITIONAL COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY to be served upon Counsel of Record by operation of the Court's CM/ECF system.

DATED: July 8, 2008

/s/ Peter A. Barile III

Peter A. Barile III (CT0003)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800 (telephone)
(202) 318-8394 (facsimile)
barilep@howrey.com

*Counsel for Defendant Union Pacific Railroad Company*