## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

### NOTICE OF APPEARANCE

The parties are hereby notified that Joshua D. Snyder enters his appearance as additional counsel for Plaintiff Strates Shows, Inc.

Dated: July 22, 2008                          Respectfully submitted,


                                              /s/  Joshua D. Snyder
                                              Joshua D. Snyder
                                              BONI & ZACK, LLC
                                              15 St. Asaphs Road
                                              Bala Cynwyd, PA 19004
                                              Tel:  (610) 822-0200
                                              Fax: (610) 822-0206

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 22, 2008, a copy of the foregoing Notice of Appearance was served on the attorneys of record for all parties via the Case Management/ Electronic Case Filing system.

                                    /s/ Joshua D. Snyder  
                                    Joshua D. Snyder