CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

UNITED STATES POSTAGE
PITNEY BOWES
$00.59⁰
JUL 07 2008
MAILED FROM ZIP CODE 20001

JUL 16 2008

NIXIE    191   CE 1       75  07/13/08
       RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
       UNABLE TO FORWARD
BC: 20001280299   *0131-08945-07-42

Donald L. Perelman
Fine Kaplan & Black RPC
1845 Walnut Street
23rd Floor
Philadelphia, PA 19103



DCD_ECFNotice@dcd.uscourts.gov
07/03/2008 01:42 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:07-mc-00489-PLF IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION - MDL 1869 Order on Motion to Withdraw as Attorney

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 7/3/2008 at 1:42 PM and filed on 7/3/2008

**Case Name:** IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION - MDL 1869
**Case Number:** 1:07-mc-489
**Filer:**
**Document Number:** No document attached

Docket Text:
**MINUTE ORDER granting [116] Othni J. Lathram's motion to withdraw as attorney. Signed by Judge Paul L. Friedman on July 3, 2008. (MA)**

1:07-mc-489 Notice has been electronically mailed to:

George D. Ruttinger   gruttinger@crowell.com, aosullivan@crowell.com, dchapman@crowell.com, dgiardina@crowell.com, mavallone@crowell.com

Michael D. Hausfeld   mhausfeld@cmht.com

Michelle A. Parfitt   mparf@aol.com

Roger M. Adelman radelman@erols.com, tlatimer@csgrr.com

Linda P. Nussbaum lnussbaum@kaplanfox.com

Eugene A. Spector espector@srk-law.com

William G. Caldes bcaldes@srk-law.com

Gary Edward Mason gmason@masonlawdc.com, adicocco@masonlawdc.com, mdicocco@masonlawdc.com, nmigliaccio@masonlawdc.com

Barry Nace bjn@paulsonandnace.com, bjn@lawtort.com

Gary A. Winters gwinters@mayerbrown.com

Gordon Douglas Jones djones@whatleydrake.com

Joe R. Whatley, JR jwhatley@wdklaw.com, ecf@wdklaw.com

Robert N. Kaplan rkaplan@kaplanfox.com

Mark Leddy mleddy@cgsh.com

Richard McMillan, Jr rmcmillan@crowell.com

Steven A. Skalet sskalet@findjustice.com

Susan Carole Minkin sminkin@ashcraftlaw.com

John Murray Nannes john.nannes@skadden.com, dlmlcwas@skadden.com

David Irving Gelfand dgelfand@cgsh.com, aecollins@cgsh.com, ecapehart@cgsh.com, ejdavis@cgsh.com

Alan Mitchell Wiseman wisemana@howrey.com

Claudia R. Higgins chiggins@kayescholer.com

Kent Alan Gardiner kgardiner@crowell.com

Kathryn D Kirmayer kkirmayer@crowell.com

Christopher Lovell clovell@lshllp.com

Steven O. Sidener ssidener@gbcslaw.com

Paul M. Donovan paul.donovan@laroelaw.com

Tara L. Reinhart tara.reinhart@skadden.com, STEPE@SKADDEN.COM, dlmlcwas@skadden.com, krisha.cerilli@skadden.com

Shari Ross Lahlou slahlou@crowell.com, jfoley@crowell.com, mscarlato@crowell.com

Jay S. Cohen jcohen@srk-law.com

Richard P. Rouco ecf@wdklaw.com

Joanne Louise Werdel jwerdel@cgsh.com, phayes@cgsh.com

Benjamin D. Brown bbrown@cmht.com

Stephen A. Weiss Dmora@seegerweiss.com, jshub@seegerweiss.com, sweiss@seegerweiss.com

Eric L. Cramer ecramer@bm.net

Lawrence W. Schad lschad@lawsds.com

James Shedden jshedden@lawsds.com

Tony Kim tkim@lawsds.com

Matthew S. Burns mburns@lawsds.com

Krishna B. Narine knarine@kbnlaw.com

William M. Audet waudet@audetlaw.com

Jeffrey B. Gittleman jgittleman@barrack.com

Matthew H. Armstrong marmstrong@uselaws.com, lmorris@uselaws.com

Jason S. Kilene jkilene@gustafsongluek.com

Patrick Howard phoward@smbb.com

Simon B. Paris sparis@smbb.com

Mary Jane Fait fait@whafh.com

Carol V. Gilden cgilden@cmht.com

Othni J. Lathram olathram@wdklaw.com, ecf@wdklaw.com, olathram@gmail.com

Ronald J. Aranoff aranoff@bernlieb.com

Michael S. Gugig mgugig@sonnenschein.com, gbarbera@sonnenschein.com, ntavarez@sonnenschein.com

Reid L. Ashinoff rashinoff@sonnenschein.com

Imtiaz A. Siddiqui isiddiqui@lshllp.com

Stephen R. Neuwirth stephenneuwirth@quinnemanuel.com

Steig D. Olson solson@cmht.com

Tyrone R. Childress childresst@howrey.com

David G. Meyer meyerd@howrey.com

H. Laddie Montague hlmontague@bm.net

Reginald Terrell reggiet2@aol.com

Theodore J. Leopold tleopold@riccilaw.com

James E. Cecchi jcecchi@carellabyrne.com

Lindsey H. Taylor ltaylor@carellabyrne.com

Sami H. Rashid samirashid@quinnemanuel.com

Daniel Brockett danbrockett@quinnemanuel.com

Joseph A. Kronawitter jkronawitter@hab-law.com

R. Keith Johnston kjohnston@wbsvlaw.com

Joseph M. Barton jbarton@gbcslaw.com

Paul F. Bennett pfb@gbcslaw.com

Richard M. Hagstrom rhagstrom@zelle.com, sellingson@zelle.com

James S. Reece jreece@zelle.com

Aaron M. McParlan amcparlan@zelle.com

Michael E. Jacobs mjacobs@zelle.com

**1:07-mc-489 Notice will be delivered by other means to::**

David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

Daniel Paul Dietrich
WILLIAMS SCHIFINO MANGIONE & STEADY, PA
P.O. Box 380
201 North Franklin Street
Suite 2600
Tampa, FL 33601-0380

Daniel E. Gunstafson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Robert T. Joseph
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Saul Morgenstern
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Thomas A. Muzilla
THE MUZILLA LAW FIRM, LLC
Tower at Erieview
1301 East 9th Street
Suite 1100
Cleveland, OH 44114

Adel A. Nadji
AUDET & PARTNERS, LLP

221 Main Street
Suite 1460
San Francisco, CA 94105

Donald L. Perelman
FINE, KAPLAN AND BLACK R.P.C.
1845 Walnut Street
23rd Floor
Philadelphia, PA 19103

David M. Peterson
PETERSON & ASSOCIATES, PC
Park Plaza Building
801 West 47th Street
Suite 101
Kansas City, MO 64112

William J. Schifino , Jr
WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.
One Tampa City Center
201 North Franklin Street
Suite 3200
Tampa, FL 33602