UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAILROAD FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) ) ) ) | MDL No. 1869<br><br>Civil Docket No. 1:07-mc-00489-PLF<br><br>NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of Lynn L. Sarko as additional counsel for plaintiff Ferraro Foods of North Carolina, LLC.

Date:  August 5, 2008

Respectfully submitted,

  /s/ Lynn L. Sarko
Lynn L. Sarko (D.C. Bar No. 370840)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone:  206-623-1900
Fax:  206-623-3384
Email: lsarko@kellerrohrback.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record.

DATED this 5th day of August 2008.

  /s/ Lynn L. Sarko
Lynn L. Sarko (D.C. Bar No. 370840)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384
Email: lsarko@kellerrohrback.com