UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ) <br> ANTITRUST LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 1869 <br><br> Civil Docket No. 1:07-mc-00489-PLF |

**<u>AMENDED NOTICE OF APPEARANCE</u>**

To the Clerk of the Court and all parties of record:

Please enter the appearance of Lynn L. Sarko as additional counsel for plaintiff Ferraro Foods of North Carolina, LLC.

Date:   August 5, 2008

                                                    Respectfully submitted,

                                                      /s/ Lynn L. Sarko
                                                  Lynn L. Sarko (D.C. Bar No. 370840)
                                                  Keller Rohrback L.L.P.
                                                  1201 3rd Ave., Suite 3200
                                                  Seattle, WA 98101
                                                  Phone:  206-623-1900
                                                  Fax:  206-623-3384
                                                  Email: lsarko@kellerrohrback.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record, and I further certify that I have served the same on the following non-ECF parties via U.S. First Class Mail:

David R. Baum
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020

Daniel Paul Dietrich
WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.
P.O. Box 380
201 North Franklin Street
Suite 2600
Tampa, FL 33601-0380

Daniel E. Gunstafson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Robert T. Joseph
SONNENSCHEIN NATH & ROSENTHAL, LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Thomas A. Muzilla
THE MUZILLA LAW FIRM, LLC
Tower at Erieview
1301 East 9th Street, Suite 1100
Cleveland, OH 44114

Adel A. Nadji
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

David M. Peterson
PETERSON & ASSOCIATES, PC
Park Plaza Building
801 West 47th Street, Suite 101
Kansas City, MO 64112

William J. Schifino, Jr.
WILLIAMS SCHIFINO MANGIONE & STEADY, P.A.
One Tampa City Center
201 North Franklin Street, Suite 3200
Tampa, FL 33602


DATED this 5th day of August 2008.


   /s/ Lynn L. Sarko
Lynn L. Sarko (D.C. Bar No. 370840)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone:  206-623-1900
Fax:  206-623-3384
Email: lsarko@kellerrohrback.com