UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) ) ) ) ) | MDL No. 1869<br><br>Civil Docket No. 1:07-mc-00489-PLF |

## MOTION FOR ADMISSION OF MARK A. GRIFFIN *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Mark A. Griffin, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice*, on behalf of Ferraro Foods of North Carolina, LLC in the above-captioned case.  In support of this motion, Mr. Griffin provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached as Exhibit B.

Respectfully submitted on this 6th day of August, 2008.

/s/ Lynn L. Sarko
Lynn L. Sarko (D.C. Bar No. 370840)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ) | MDL No. 1869 |
| ANTITRUST LITIGATION ) | |
| ) | Civil Docket No. 1:07-mc-00489-PLF |
| ) | |
| ) | |
| ) | |
| ) | |
| _____) | |

### DECLARATION OF MARK A. GRIFFIN
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Mark A. Griffin, make the following declaration pursuant to 28 U.S.C. § 1746:

1.      I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2.      I am a partner at the law firm of Keller Rohrback L.L.P., and counsel for Ferraro Foods of North Carolina, LLP.  My office address is 1201 3rd Ave., Suite 3200, Seattle, WA 98101.  My business telephone number is 206-623-1900.

3.      I am a member of the Washington State Bar, No. 16296, the U.S. District Court for the Western District of Washington, the U.S. District Court for the Eastern District of Washington, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court.

4.      I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

6.    I reside and practice law from an office outside this district.

7.    The name, address and telephone number of the sponsoring attorney of record for

plaintiff Ferraro Foods of North Carolina, LLC is:

Lynn L. Sarko
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone:  206-623-1900
Fax:  206-623-3384

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of August, 2008, at Seattle, WA.

Mark A. Griffin (WA Bar No. 16296)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone:  206-623-1900
Fax:  206-623-3384
Email:  mgriffin@kellerrohrback.com

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ) | MDL No. 1869 |
| ANTITRUST LITIGATION                ) | |
| ) | Civil Docket No. 1:07-mc-00489-PLF |
| ) | |
| ) | NOTICE OF APPEARANCE |
| ) | |
| ) | |
| _____ ) | |

## **PROPOSED ORDER**

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Mark A.

Griffin and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is

GRANTED.


_____
The Honorable Paul L. Friedman
United States District Judge