UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ) <br> ANTITRUST LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 1869 <br><br> Civil Docket No. 1:07-mc-00489-PLF |

**MOTION FOR ADMISSION OF RAYMOND J. FARROW *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Raymond J. Farrow, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice*, on behalf of Ferraro Foods of North Carolina, LLC in the above-captioned case. In support of this motion, Mr. Farrow provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached as Exhibit B.

Respectfully submitted on this 6th day of August, 2008.

                                                    /s/ Lynn L. Sarko
                                             Lynn L. Sarko (D.C. Bar No. 370840)
                                             Keller Rohrback L.L.P.
                                             1201 3rd Ave., Suite 3200
                                             Seattle, WA 98101
                                             Phone: 206-623-1900
                                             Fax: 206-623-3384

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL SURCHARGE ) MDL No. 1869
ANTITRUST LITIGATION )
) Civil Docket No. 1:07-mc-00489-PLF
)
)
)
)
)

## DECLARATION OF RAYMOND J. FARROW
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Raymond J. Farrow, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am an associate at the law firm of Keller Rohrback L.L.P., and counsel for Ferraro Foods of North Carolina, LLP. My office address is 1201 3rd Ave., Suite 3200, Seattle, WA 98101. My business telephone number is 206-623-1900.

3. I am a member of the Washington State Bar, No. 31782, and the U.S. District Court for the Western District of Washington.

4. I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5.  I have been admitted *pro hac vice* in this Court once within the last two years, in *Molecular Diagnostics Laboratories v. Hoffman-La Roche, Inc.*, et al., No. 1:04-cv-01649 (HHK).

6.  I reside and practice law from an office outside this district.

7.  The name, address and telephone number of the sponsoring attorney of record for plaintiff Ferraro Foods of North Carolina, LLC is:

Lynn L. Sarko
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of August, 2008, at Seattle, WA.

_____
Raymond J. Farrow (WA Bar No. 31782)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384
Email: rfarrow@kellerrohrback.com

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ) <br> ANTITRUST LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 1869 <br><br> Civil Docket No. 1:07-mc-00489-PLF <br><br> NOTICE OF APPEARANCE |

## **PROPOSED ORDER**

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Raymond J. Farrow and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ____ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

                                                                    _____
                                                                    The Honorable Paul L. Friedman
                                                                    United States District Judge