UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ) <br> ANTITRUST LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 1869 <br><br> Civil Docket No. 1:07-mc-00489-PLF |

### MOTION FOR ADMISSION OF T. DAVID COPLEY *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, T. David Copley, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice*, on behalf of Ferraro Foods of North Carolina, LLC in the above-captioned case. In support of this motion, Mr. Copley provides his declaration, attached as Exhibit A.

A [Proposed] Order is attached as Exhibit B.

Respectfully submitted on this 6th day of August, 2008.

/s/ Lynn L. Sarko
Lynn L. Sarko (D.C. Bar No. 370840)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ) <br> ANTITRUST LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 1869 <br><br> Civil Docket No. 1:07-mc-00489-PLF |

**DECLARATION OF T. DAVID COPLEY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, T. David Copley, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. I am a partner at the law firm of Keller Rohrback L.L.P., and counsel for Ferraro Foods of North Carolina, LLP. My office address is 1201 3rd Ave., Suite 3200, Seattle, WA 98101. My business telephone number is 206-623-1900.

3. I am a member of the Washington State Bar, No. 19379, the State of Arizona, the U.S. District Court for the District of Arizona, the U.S. Court of Appeals for the Ninth Circuit, the U.S. District Court for the Northern District of California, the U.S. District Court for the Western District of Washington, the U.S. District Court for the Eastern District of Washington, and the U.S. Supreme Court.

4.  I hereby certify that I have never been disciplined by any bar in any jurisdiction.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I reside and practice law from an office outside this district.

7.  The name, address and telephone number of the sponsoring attorney of record for plaintiff Ferraro Foods of North Carolina, LLC is:

Lynn L. Sarko
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of August, 2008, at Seattle, WA.

T. David Copley (WA Bar No. 19379)
Keller Rohrback L.L.P.
1201 3rd Ave., Suite 3200
Seattle, WA 98101
Phone: 206-623-1900
Fax: 206-623-3384
Email: dcopley@kellerrohrback.com

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) ) ) ) ) | MDL No. 1869<br><br>Civil Docket No. 1:07-mc-00489-PLF<br><br>NOTICE OF APPEARANCE |

### PROPOSED ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of T. David Copley and pursuant to Rule 83.2(d) of the Local Rules of this Court and supporting declaration,

IT IS, this ___ day of _____, 2008, ORDERED that the motion be and hereby is GRANTED.

_____
The Honorable Paul L. Friedman
United States District Judge