United States District Court
District of Columbia

FILED
OCT - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re: Rail Freight Fuel Surcharge Antitrust Litigation
Jonathan Lee Riches d/b/a Rothenberg Political report, Movant
Dinesh Paliwal, Movant
Hunter Parrish, Movant
Peter H. Diamandis, Movant

07-489 (PLF)

Motion for Reconsideration & Clarification
Motion to Intervene as Plaintiffs under Fed R. Civ P rule 24(A)2, 24(B)
Motion to File Amicus Curiae, friend of the court Brief

Comes now the Plaintiffs, Intervenors Jonathan Lee Riches d/b/a Rothenberg Political Report, Dinesh Paliwal, Hunter Parrish, Peter H. Diamandis, Moves this court to intervene as Plaintiffs under Fed R. civ P rule 24(A)2 as a matter of right, or under Rule 24(B)-permissive Intervention or in the Alternative, moves for a Amicus Curaie, friend of the court Brief. Intervenors have a interest in this case. Intervenors are Wall St. Economists and Mr. Riches is a cyber security expert. Riches hacked into Defendants computer files during the Y2K Scare and downloaded and saved important documents and evidence in this case including Price manipulation, Tax fraud, and Accounting fraud under the McCain-Feingold Act. Defendants were using Ethanol as fuel and surcharging the gov't in a halliburton/KBR scam. Plaintiffs have Exhibits, documents, and wire taps regarding this case and can be reached at the below address. Plaintiffs move for a motion for reconsideration to allow intervention for the purpose of producing newly discovered evidence. Plaintiffs pray for relief

respectfully,

Dinesh Paliwal
Hunter Parrish
Peter H. Diamandis
7950 Jones Branch dR.
McLean, VA 22108

RECEIVED
MAR 09 2009
by case Admin
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

10-2-08
Rothenberg Political report
P.O. Box 340
Saulters, SC 29590
843-387-9400