# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION <br><br> This document relates to: <br><br> ALL CASES | MDL Docket No. 1869 <br> Misc. No. 07-489 (PLF/JMF/AK) |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED that:

Class Certification Briefing

1. Plaintiffs' moving memorandum of law shall not exceed 80 pages.

2. Defendants' answering memorandum of law shall not exceed 100 pages.

3. Plaintiffs' reply memorandum of law shall not exceed one-half of the number of pages of Defendants' answering memorandum of law.

4. Exhibits to declarations accompanying the briefing may be served by overnight express mail delivery rather than by e-mail or hand delivery.

Expert Reports

5. Data and other back-up materials (including, *e.g.*, calculations and computer code that performs analysis) accompanying any expert report must be served so that they are received by the opposing counsel within 3 business days after service and filing of the report;

6. The data and other back-up materials referenced in paragraph 5 shall be served on a disc or discs.

Dated: March 17, 2010

Respectfully submitted:

| | |
|---|---|
| /s/Michael D. Hausfeld | /s/Stephen R. Neuwirth |
| Michael D. Hausfeld | Stephen R. Neuwirth |
| William P. Butterfield | Daniel Brockett |
| HAUSFELD LLP | Marc L. Greenwald |
| 1700 K Street NW, Suite 650 | Sami H. Rashid |
| Washington, DC 20006 | QUINN EMANUEL URQUHART |
| Telephone: (202) 540-7200 | & SULLIVAN, LLP |
| Facsimile: (202) 540-7201 | 51 Madison Avenue, 22nd Floor |
| Email: mhausfeld@hausfeldllp.com | New York, New York 10010 |
| | Telephone: (212) 849-7000 |
| Steig D. Olson | Facsimile: (212) 849-7100 |
| HAUSFELD LLP | Email: |
| 11 Broadway, Suite 615 | stephenneuwirth@quinnemanuel.com |
| New York, NY 10004 | |
| Telephone: (212) 830-9850 | |
| Facsimile: (212) 480-8560 | |
| Email: solson@hausfeldllp.com | |

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*


| | |
|---|---|
| /s/Richard J. Favretto | /s/John M. Nannes |
| Richard J. Favretto | John M. Nannes (D.C. Bar #195966) |
| Gary A. Winters | Tara L. Reinhart (D.C. Bar #462106) |
| Michael E. Lackey, Jr. | Sean M. Tepe |
| MAYER BROWN LLP | SKADDEN ARPS SLATE MEAGHER & |
| 1909 K Street, N.W. | FLOM LLP |
| Washington, D.C. 20006 | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005 |
| *Attorneys for Defendant BNSF Railway Company* | *Attorneys for Defendant Norfolk Southern Railway Company* |

| | |
|---|---|
| /s/Kent A. Gardiner___<br>Richard McMillan, Jr.<br>Kent A. Gardiner<br>Kathryn D. Kirmayer<br>David D. Cross<br>John L. Cuddihy<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br><br>***Attorneys for Defendant CSX Transportation, Inc.*** | /s/Alan M. Wiseman___<br>Alan M. Wiseman<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br><br>Tyrone R. Childress<br>David G. Meyer<br>HOWREY LLP<br>550 South Hope Street, Suite 110<br>Los Angeles, CA  90071<br>***Attorneys for Defendant Union Pacific Railroad Company*** |

SO ORDERED:

March __, 2010

_____
              U.S.D.J.