**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order of July 28, 2009 (Dkt. 296), the parties submit this Joint Status Report.

1. Plaintiffs and defendants have produced documents in accordance with the Scheduling Order. A third party, the Association of American Railroads (AAR), also has produced documents. The parties have met and conferred on a number of occasions in an effort to resolve certain discovery disputes. For the disputes that could not be resolved, motions have been submitted to the Court. There are three discovery issues currently pending before the Court. The first concerns the *in camera* review of certain BNSF documents over which BNSF has claimed attorney-client privilege. *See* Memorandum Opinion of 6/7/10 (Dkt. 371). The second concerns *in camera* review of certain UP documents. *See* Dkt. # 374. The third concerns the Surface Transportation Board's motion to quash a subpoena for documents served by plaintiffs. *See* Dkt. # 367, 367-2, 369

2. Defendants have taken ten depositions of witnesses for the plaintiffs, including Rule 30(b)(6) depositions. Plaintiffs have taken 14 depositions of witnesses for defendants.

Plaintiffs also have taken two depositions of witnesses for the AAR. Several additional depositions of witnesses for defendants have been or are being scheduled.

3.  Plaintiffs filed their motion for class certification and supporting expert report on March 18, 2010. Defendants filed their opposition to the motion for class certification and supporting expert report on July 1, 2010. Defendants have deposed plaintiffs' class certification expert, and plaintiffs are scheduled to depose defendants' class certification expert in the first week of August. Plaintiffs have filed a motion for an extension of time to file their reply brief in support of their class certification motion, which defendants have opposed. That motion is pending. The hearing on the class certification motion is scheduled for October 6-7, 2010.

4.  The parties propose the following schedule for expert discovery:

| Event | Defendants' Proposal | Plaintiffs' Proposal |
|---|---|---|
| Plaintiffs' expert disclosures | 30 days after ruling on class certification motion | 75 days after the earlier of: (a) November 19, 2010[1] or (b) a ruling on class certification. |
| Deadline for Plaintiffs' expert depositions | 60 days from Plaintiffs' expert disclosures[*] | 45 days from Plaintiffs' expert disclosures |
| Defendants' expert disclosures | 90 days after Plaintiffs' expert disclosures | 60 days after Plaintiffs' expert disclosures |
| Deadline for Defendants' expert depositions | 30 days from Defendants' expert disclosures[*] | 30 days from Defendants' expert disclosures |
| Plaintiffs' rebuttal expert disclosures | 45 days from Defendants' expert disclosures | 45 days from Defendants' expert disclosures |
| Plaintiffs' rebuttal expert depositions | 30 days after Plaintiffs' rebuttal expert disclosures[*] | 30 days after Plaintiffs' rebuttal expert disclosures |

Defendants respectfully submit that, in the event a party petitions for leave to appeal from the order on class certification pursuant to Fed. R. Civ. P. 23(f), these proceedings should be stayed

---

[1] November 19, 2010 is the closing date for fact discovery.
[*] These specific deadlines may be modified by agreement of all parties. All other deadlines may be modified only by order of the Court.

pending final resolution of the petition and any resulting appeal by the Court of Appeals.

Plaintiffs do not believe that such a stay would be necessary or appropriate.


Dated: July 26, 2010                                      Respectfully submitted,

| | |
|---|---|
|   /s/ Stephen R. Neuwirth   |   /s/ Tara Reinhart   |
| Stephen R. Neuwirth | John M. Nannes |
| Rick I. Werder, Jr. | Tara Reinhart |
| Daniel Brockett | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Marc L. Greenwald | 1440 New York Avenue, N.W. |
| Sami H. Rashid | Washington, D.C. 20005 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | (202) 371-7000 |
| 51 Madison Avenue, 22nd Floor | |
| New York, New York 10010 | *Attorneys for Defendant Norfolk Southern Railway Co.* |
| Telephone: (212) 849-7000 | |
| Facsimile:  (212) 849-7100 | Richard J. Favretto |
| Email: stephenneuwirth@quinnemanuel.com | Gary A. Winters |
| | Michael E. Lackey, Jr. |
| | MAYER BROWN LLP |
| Michael D. Hausfeld | 1999 K Street, N.W. |
| William P. Butterfield | Washington, D.C. 20006 |
| HAUSFELD LLP | (202) 263-3000 |
| 1700 K Street NW, Suite 650 | |
| Washington, DC 20006 | *Attorneys for Defendant BNSF Railway Company* |
| Telephone: (202) 540-7200 | |
| Facsimile:  (202) 540-7201 | Alan M. Wiseman |
| Email:  mhausfeld@hausfeldllp.com | Thomas A. Isaacson |
| | HOWREY LLP |
| Steig D. Olson | 1299 Pennsylvania Avenue, N.W. |
| HAUSFELD LLP | Washington, D.C. 20004 |
| 11 Broadway, Suite 615 | (202) 783-0800 |
| New York, NY 10004 | |
| Telephone: (212) 830-9850 | Tyrone R. Childress |
| Facsimile:  (212) 480-8560 | David G. Meyer |
| Email:  solson@hausfeldllp.com | HOWREY LLP |
| | 550 South Hope Street, Suite 1100 |
| *Attorneys for Plaintiffs* | Los Angeles, CA 90071 |
| | (213) 892-1800 |
| | |
| | *Attorneys for Defendant Union Pacific Railroad Co.* |

926301-D.C. Server 2A - MSW

- 4 -

        Kent A. Gardiner
        Kathryn D. Kirmayer
        David D. Cross
        CROWELL & MORING LLP
        1101 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        (202) 628-5116

        *Attorneys for Defendant CSX Transportation, Inc.*