# Exhibit A, Expert Report of Robert D. Willig has been redacted in full.