# Appendices to Exhibit A, Expert Report of Robert D. Willig have been redacted in full.