IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 |
| This document relates to: DIRECT PURCHASER CASES | Misc. No. 07-489 (PLF/AK/JMF) |

CERTIFICATE OF SERVICE

I, Margaret A. Prystowsky, an attorney, certify that on July 1, 2010, I caused true and correct copies of the Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification; Expert Report of Dr. Robert D. Willig; and Declarations of Margaret A. Prystowsky, Charles M. Adams, Marc Allen, Jim Bolander, Donna Cerwonka, George T. Duggan, David Garin, Thomas R. Gehl, Thomas Jacobowski, Christopher Jenkins, Richard Kiley, John Kraemer, Julie A. Krehbiel, David T. Lawson, Ronald Listwak, Scott D. McGregor, Tim McNulty, Joseph Osborne, Dean Piacente, Richard A. Pagan, James R. Schaaf, and Andrew Strok and exhibits thereto; to be served upon Co-Lead Plaintiffs counsel by electronic mail.

Dated: New York, New York
July 1, 2010

_[signature]_