**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 |
| This document relates to:<br><br>DIRECT PURCHASER CASES | Misc. No. 07-489 (PLF/AK/JMF)<br><br>**PUBLICLY FILED VERSION** |

**DECLARATION OF MARGARET A. PRYSTOWSKY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Margaret A. Prystowsky, declare as follows:

I am a member of the Bar of the State of New York and an associate in the law firm of Kaye Scholer LLP, attorneys of record for Norfolk Southern Railway Company ("NS"). I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, dated July 1, 2010.

**Attached Documents**

1. Attached hereto as PD Ex. 1 is a true and correct copy of excerpts of the June 3, 2010 deposition of Dr. Gordon Rausser.

2. Attached hereto as PD Ex. 2 is a true and correct copy of excerpts of Department of Transportation Report, *A Prospectus for Change in the Freight Railroad Industry* (Oct. 1978).

3. Attached hereto as PD Ex. 3 is a true and correct copy of excerpts of Government Accountability Office, *Preliminary Observations on Rates, Competition, and Capacity Issues* (June 21, 2006).

4. Attached hereto as PD Ex. 4 is a true and correct copy of excerpts of Laurits R. Christensen Associates, Inc., *A Study of Competition in the U.S. Freight Railroad Industry and Analysis of Proposals that Might Enhance Competition, Revised Final Report* (Nov. 2009).

5. Attached hereto as PD Ex. 5 is a true and correct copy of excerpts of the deposition of Plaintiff U.S. Magnesium LLC, through Howard I. Kaplan, which took place on March 10, 2010.

6. Attached hereto as PD Ex. 6 is a true and correct copy of excerpts of the deposition of Plaintiff Dust Pro, Inc., through Louis Snow, which took place on June 4, 2010.

7. Attached hereto as PD Ex. 7 is a true and correct copy of excerpts of the deposition of Plaintiff Olin Corp., through Michael Gilley, which took place on May 5, 2010.

8. Attached hereto as PD Ex. 8 is a true and correct copy of excerpts of the deposition of Plaintiff Nyrstar Chemicals, Inc., through Betsy L. Myers, which took place on March 11, 2010.

9. Attached hereto as PD Ex. 9 is a true and correct copy of excerpts of the deposition of Plaintiff Dakota Granite Co., through William Rouff, which took place on March 25, 2010.

10. Attached hereto as PD Ex. 10 is a true and correct copy of excerpts of the deposition of Plaintiff Strates Shows, Inc., through Efstrateos Jay Strates, which took place on April 16, 2010.

11. Attached hereto as PD Ex. 11 is a true and correct copy of excerpts of the deposition of Plaintiff Carter Distributing Co., through Blair Carter, which took place on May 11, 2010.

12. Attached hereto as PD Ex. 12 is a true and correct copy of excerpts of the deposition of Plaintiff Donnelly Commodities Inc., though Michael Donnelly, which took place on March 16, 2010.

13. Attached hereto as PD Ex. 13 is a true and correct copy of excerpts of *Hearing on Econ., Service, and Capacity in the Freight R.R. Industry: Before the Comm. on Commerce, Sci., and Transp. Subcomm. on Surface Transp. and Merchant Marine*, 109th Cong. (2006) (testimony of John B. Ficker, President of the National Industrial Transportation League).

14. Attached hereto as PD Ex. 14 is a true and correct copy of excerpts of *Outlook for Growth of Coal-Fired Electric Generation and Coal Supply: Hearing Before the Committee on Energy and Natural Resources*, 109th Cong (Mar. 25, 2006) (testimony of the Hon. Robert K. Sahr Chairman, South Dakota Public Utilities Commission on behalf of the National Association of Regulatory Utility Commissioners).

15. Attached hereto as PD Ex. 15 is a true and correct copy the APPA, *Railroad Competition* (Feb. 2008) issue brief.

16. Attached hereto as PD Ex. 16 is a true and correct copy of the *Dairyland Power Cooperative Statement*, Wisconsin State Agency Hearing (Sept. 28, 2006) (statement of Dairyland Power Cooperative President and CEO William Berg).

17. Attached hereto as PD Ex. 17 is a true and correct copy of excerpts of *Hearing on Rail competition and Service: Hearing before the House Transportation and Infrastructure*

*Committee*, 110th Cong. (2007) (testimony of Ron Harper Chief Executive Officer and General Manager Basin Electric Power Cooperative).

18. Attached hereto as PD Ex. 18 is a true and correct copy of excerpts of *Hearing on H.R. 1650, the "Railroad Antitrust Enforcement Act of 2007: Hearing before the House Judiciary Committee Antitrust Task Force on Antitrust and Competition Policy*, 110th Cong. (2008) (testimony of Terry Huval Director, Lafayette Utilities System).

19. Attached hereto as PD Ex. 19 is a true and correct copy of the American Chemistry Council, *Issue Brief - Freight Rail Policy* (July 2009).

20. Attached hereto as PD Ex. 20 is a true and correct copy of excerpts of U.S. Dep't of Transp. and U.S.Dep't of Commerce, *2002 Economic Census - Transportation - 2002 Commodity Flow Survey* (Dec. 2004).

21. Attached hereto as PD Ex. 21 is a true and correct copy of excerpts of Cambridge Systematics, Inc., *Bottom Line Technical Report: Highway and Public Transp. Nat'l and State Inv. Needs* (Mar. 2009).

22. Attached hereto as PD Ex. 22 is a true and correct copy of excerpts of ICF Consulting, *Evaluation of U.S. Commercial Motor Carrier Industry Challenges and Opportunities* (Mar. 31, 2003).

23. Attached hereto as PD Ex. 23 is a true and correct copy of the Francis P. Mulvey, *STB and the Railroads in a Capacity Constrained Environment* (June 13, 2005) powerpoint presentation.

24. Attached hereto as PD Ex. 24 is a true and correct copy of excerpts of JP Morgan, *Railroad Shipper Survey: Pricing Momentum, Service Challenges Likely to Persist* (July 14, 2005).

25. Attached hereto as PD Ex. 25 is a true and correct copy of excerpts of Citigroup, *Airfreight and Service Transportation* (Dec. 9, 2004).

26. Attached hereto as PD Ex. 26 is a true and correct copy of excerpts of Deutsche Bank, *DB Transportation Survey: Peak Acceleration Expected, But Capacity Looser* (Sept. 27, 2006).

27. Attached hereto as PD Ex. 27 is a true and correct copy of excerpts of ICF Consulting, *2010 and Beyond: A Vision of America's Transportation Future* (May 2004).

28. Attached hereto as PD Ex. 28 is a true and correct copy of excerpts of Congressional Budget Office, *Freight Rail Transportation: Long-Term Issues* (Jan. 2006).

29. Attached hereto as PD Ex. 29 is a true and correct copy of the Laurits R. Christensen Associates, Inc., *Study of Competition in the Railroad Industry and Analysis of Proposal that Might Enhance Competition* (Nov. 2008) powerpoint presentation.

30. Attached hereto as PD Ex. 30 is a true and correct copy of the Rick Brooks, *More Businesses Slap on Fuel Surcharges*, Wall St. J., (May 4, 2006).

31. Attached hereto as PD Ex. 31 is a true and correct copy of a document bearing the bates number OLI190143-47.

32. Attached hereto as PD Ex. 32 is a true and correct copy of a document bearing the bates number STR001405-12.

33. Attached hereto as PD Ex. 33 is a true and correct copy of two documents bearing the bates numbers USM004944, and USM004877.

34. Attached hereto as PD Ex. 34 is a true and correct copy of a document bearing the bates number DUS000122-23.

35. Attached hereto as PD Ex. 35 is a true and correct copy of a document bearing the bates number DAK00064-65.

36. Attached hereto as PD Ex. 36 is a true and correct copy of a document bearing the bates number DON020925.

37. Attached hereto as PD Ex. 37 is a true and correct copy of a document bearing the bates number DON019685.

38. Attached hereto as PD Ex. 38 is a true and correct copy of a document bearing the bates number CAR000705.

39. Attached hereto as PD Ex. 39 is a true and correct copy of a document bearing the bates number NYR013547-48.

40. Attached hereto as PD Ex. 40 is a true and correct copy of excerpts of Nat'l Indus. Transp. League, *Written Testimony before the STB: Rail Fuel Surcharges*, Ex Parte No. 661 (Apr. 27, 2006).

41. Attached hereto as PD Ex. 41 is a true and correct copy of a document bearing the bates number CSXFSC000000308-09.

42. Attached hereto as PD Ex. 42 is a true and correct copy of a document bearing the bates number NS010073260-61.

43. Attached hereto as PD Ex. 43 is a true and correct copy of a document bearing the bates number NS010060426.

44. Attached hereto as PD Ex. 44 is a true and correct copy of a document bearing the bates number UPFSC0042871-72.

45. Attached hereto as PD Ex. 45 is a true and correct copy of excerpts of Government Accountability Office, *Freight Railroads: Industry Health Has Improved, but Concerns about Competition and Capacity Should Be Addressed* (2006).

46. Attached hereto as PD Ex. 46 is a true and correct copy of excerpts of Salvatore Massa, *Surface Freight Transportation: Accounting for Subsidies in a "Free Market,"* 4 N.Y.U. J. Legis. & Pub. Pol'y 285 (2001).

47. Attached hereto as PD Ex. 47 is a true and correct copy of the *Rail Capacity and Infrastructure Requirements*, S.T.B. Ex Parte 671 (Apr. 11, 2007) (Testimony of Jeffrey N. Shane, Deputy Secretary of Transportation).

48. Attached hereto as PD Ex. 48 is a true and correct copy of excerpts of JP Morgan, *Railroad Shipper Survey: Strong Pricing Outlook; Slow Service Recovery* (June 9, 2006).

49. Attached hereto as PD Ex. 49 is a true and correct copy of an Excerpt of Back-up Data for Table 28 of Dr. Rausser's Report.

50. Attached hereto as PD Ex. 50 is a true and correct copy of the March 20, 2010 Letter from Mary Jane Fait to David Cross.

51. Attached hereto as PD Ex. 51 is a true and correct copy of a Proof of Claim of Norfolk Southern Rail Corporation submitted to the clerk of the United States Bankruptcy Court for the Eastern District of New York regarding Donnelly Commodities, Debtor, Chapter 7, Case No. 09-79349.

**Arbitration Provisions**

52. During my work in the representation of NS in this matter, I have reviewed a number of transportation contracts between NS and other parties. Many of these contracts contain

dispute resolution provisions in which the contracting parties agreed to resolve disputes between them in binding arbitration. Examples of the language in these provisions requiring resolution of disputes through arbitration include:

REDACTED

REDACTED

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2010
New York, New York.

Margaret A. Prystowsky