# Exhibit 1 to the Prystowsky Declaration has been redacted in full.