# Exhibit 16

(Prystowsky Declaration)

## William L. Berg, Dairyland Power Cooperative
## Statement – Wisconsin State Agency Hearing
## September 28, 2006 – City Hall, La Crosse

Thank you, Chairperson Ebert and Secretary Nilsestuen, for joining us here in La Crosse to conduct this hearing on the critical issue of rail transportation. My name is William Berg. I am the President and CEO of Dairyland Power Cooperative. I am here to share our concerns about the quality of rail service available to Wisconsin shippers and also to express our opinion regarding the significant cost increases we have seen recently in our rail rates.

Dairyland Power is a Generation and Transmission Cooperative located in La Crosse, WI. Dairyland supplies the electricity needs of over 575,000 people living in Minnesota, Iowa, Illinois and Wisconsin. As a non-profit organization, we are dedicated to holding down the cost of electricity because, ultimately, all costs that we incur in the generation and distribution of electricity flow through to our members.

We annually burn about 3.2 million tons of coal in three coal-fired plants in western Wisconsin. Three-quarters of that coal comes from the Powder River Basin in Wyoming. For the delivery of that coal, we are captive to and dependent upon the only two existing railroads that serve the Powder River Basin, or PRB, as it is called. Because of the virtually unrestrained market power that these railroads have over PRB movements, we are in fact paying more and receiving less. In 2005, Dairyland experienced a 13% shortfall of scheduled coal shipments, yet we were hit with a 93% rate increase beginning in 2006 - resulting in about $35 million of increased cost.

This 93% rate increase was the major factor in our Board's decision to increase rates, such that the average rate to our members in 2006 is over 20% higher than in 2005.

Since this is a wholesale price increase, the actual impact to the consumer will vary among our member distribution cooperatives; however, I can safely say the vast majority of cooperatives were forced to pass on most of this increase directly to our rural ratepayers this year. Ultimately, every penny of this increase will come out of our members' pockets.

We are certainly not alone in this situation. As an example, Xcel Energy recently asked the Wisconsin Public Service Commission for an electric rate increase to offset a 71% increase in the rate it pays to move PRB coal to its generating plants located in Minnesota. This increase in the rail rate was reported as $7.61 per ton and represents the change from 2006 to 2007. This change is higher than some, but lower than the average increase sustained by Dairyland. We are hearing similar stories of concern throughout the electric industry nationwide.

At the same time as these increases were occurring, we and many other utilities suffered from serious shortfalls in shipments of PRB coal in 2005 and 2006. These shortfalls were mainly caused by failure of the PRB railroads to perform timely maintenance on the 103-mile Jointline serving Wyoming's Powder River Basin mines. The subsequent emergency repairs and maintenance caused delays to coal train traffic that resulted in undershipment of demand for PRB coal by 23 million tons in 2005. The volume of this shortfall is not much less than the 24.8 million tons of coal used by all Wisconsin utilities in 2004. Continuation of this maintenance is a significant contributor to the shortfall of approximately 20 million tons expected in 2006.

Since utilities have no viable alternative to rail in moving coal from the Powder River Basin to our power plants, and since railroads now appear to have all the business

they can handle, we cannot protect ourselves through normal business negotiations. As a utility with an obligation to serve our members, we have no choice but to get our predominant fuel, coal, delivered to our plants, and it must come by rail. At our largest plant, we have rail access from only one provider. At our other plants, which receive coal by barge, we must still secure rail delivery to the barges. Although there may be more than one railroad for those hauls, the shortage of rail capacity has allowed the railroads to literally dictate terms to us. There is almost an absolute market power being exercised by the railroads, with little effective recourse by Dairyland or other utilities.

Perhaps of even more concern to us is where the rail system is going in the future. Currently, the major railroads find themselves in a very lucrative position. Demand for their services exceeds their capacity to serve, giving them almost perfect pricing power. Constrained regulatory oversight seems to protect them from rail customer complaints; and they are exempt from the nation's antitrust laws. In addition to suffering from inadequate rail service today, we know that utilities are going to require even more coal transportation service in the future. The PRB mines are projecting demand for their coal to increase from 325 million tons in 2005, to 497 million tons by 2012, a 53% increase!

I agree with President Bush's 2001 National Energy Policy report that states that "[t]here is a need to eliminate bottlenecks in the coal transportation system." We also are encouraged by the recent legislative changes to the Federal Railroad Administration (FRA) loan program directing the Department of Transportation to prioritize projects that *"enhance service and capacity in the national rail system"* and that *"would materially*

*alleviate rail capacity problems which degrade the provision of service to shippers and would fulfill a need in the national transportation system."*

Dairyland has been very vocal in our support for legislative relief on the rail situation. We support two approaches to this problem: first, reform the Surface Transportation Board (STB) to give them more teeth to enforce competition where possible and to protect captive shippers when no competition exists, and, secondly, remove the anti-trust exemption given to the railroads. We believe both bills would have a positive influence to restore some balance to a situation facing many types of Wisconsin businesses.

Railroads suggest that legislative relief is "re-regulation." We disagree. We have also heard the railroads state that this legislative relief would result in their decision not to add infrastructure. We understand railroads need a reasonable profit to operate, and they must have enough capital to make needed improvements. Of necessity, we are going to be partners for many decades to come. We do not, however, support price increases well out of line of the cost of service, and we cannot tolerate a virtual doubling of rates, especially at a time when our service quality is actually declining.

Railroads also use aggregate numbers as they defend themselves from the issue of high rates. Aggregate numbers do not show the real individual impact to captive shippers like Dairyland who have had their rates dramatically increased and who have been scrambling to get deliveries of a vital resource. At the end of the day, railroads can use charts, graphs, spreadsheets and all kinds of numbers in an attempt to justify what they are doing to shippers or to show that their rates have not really increased that much. But the bottom line is this: every month Dairyland has to pay millions of dollars more

because of rail rates that have nearly doubled, and as a cooperative, every single cent of that has to come out of our members' pockets.

Finally, let me share a few thoughts on state responses to this situation.

We really appreciate the work of the Commission and of DATCP in raising concerns about the rail situation, and airing the issues before us today. Many, many types of Wisconsin businesses are directly affected by this problem, and indirectly, every consumer in the state is paying a price through higher electric rates and other impacts on the system.

We encourage you to continue to speak out and ask the railroads to justify their price increases.

We encourage you to support congressional bills aimed at restoring a balance between fair treatment of customers and the capital needs of the rail industry.

We encourage your support for the DM&E railroad line, an opportunity to bring more competition to the Powder River Basin rail situation. The DM&E is currently working to get adequate funding for expanding and improving their lines. This could be an enormous benefit to all Wisconsin shippers.

Thank you for your consideration of our interests in this matter and for the opportunity to appear before you today.