# Exhibit 20

(Prystowsky Declaration)

# United States: 2002

Issued December 2004

EC02TCF-US

**2002 Economic Census**
*Transportation*
2002 Commodity Flow Survey



U.S. Department of Transportation
BUREAU OF TRANSPORTATION STATISTICS

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU


ECONOMIC
CENSUS
2002

## ACKNOWLEDGMENTS

This report was prepared in the Service Sector Statistics Division under the direction of **Thomas E. Zabelsky,** Assistant Division Chief for Current Service and Transportation Programs. Planning, implementation, and compiling of this report were under the supervision of **John L. Fowler,** Chief, Commodity Flow Survey Branch, assisted by **Bruce Dembroski, Marilyn Quiles Amaya, Debra Corbett, Shirley Gray, Stephanie Groth, Michael Jones, Mabel Ocasio, Bonnie Opalko, Joyce Price,** and **Barbara Selinske.**

Sample design and statistical methodology were developed under the direction of **Ruth E. Detlefsen,** Assistant Division Chief, Research and Methodology. Sample design and estimation were developed under the supervision of **Jock Black,** Chief, Program Research and Development Branch, assisted by **William C. Davie Jr., Jacklyn R. Jonas, Brett Moore, M. Cristina Cruz,** and **Michael Beaghen.** Frame construction, status change, editing, and imputation procedures were developed under the supervision of **Carol King,** Chief, Statistical Methods Branch, assisted by **David Kinyon, Anthony Myers,** and **Quatracia Williams.**

The processing system and computer programs were developed and implemented by the Economic Statistical Methods and Programming Division, under the direction of **Barry F. Sessamen,** Assistant Division Chief for Post Collection, assisted by **Steven G. McCraith,** Chief, Census Related Surveys Branch, **Joy McLaughlin, John Nelson, Duc-Mong Nguyen,** and **Edna Vega.**

The Systems Support Division provided the table composition system. **Robert Joseph Brown,** Table Image Processing System (TIPS) Senior Software Engineer, was responsible for the design and development of the TIPS, under the supervision of **Robert J. Bateman,** Assistant Division Chief, Information Systems.

Coordination of data collection efforts was under the direction of National Processing Center, **Judith N. Petty,** Chief, assisted by **Carlene Bottorff, Linda Broadus, Sandra Hurst, Debbie Woods, Debbie Hamilton,** and **Michael Lutz.**

**Margaret A. Smith** and **Michael T. Browne** of the Administrative and Customer Services Division, **Walter C. Odom,** Chief, provided publications and printing management, graphics design and composition, and editorial review for print and electronic media. General direction and production management were provided by **James R. Clark,** Assistant Division Chief, and **Susan L. Rappa,** Chief, Publications Services Branch.

The Bureau of Transportation Statistics (BTS) of the Department of Transportation played a major role in all aspects of the Commodity Flow Survey. **Jack Wells,** Chief Economist, assisted with program planning and oversight. Survey methodology, design, and implementation were conducted under the direction of **Michael P. Cohen,** Assistant Director for Survey Programs assisted by BTS staff: **Mike Margreta, Ronald J. Duych, Joy Sharp, Julie Smith, Irwin Silberman, Promod Chandhok, Hossain Sanjani,** and **Scott Dennis. Felix Ammah-Tagoe** and **Adhi Dipo** of MacroSys Research and Technology assisted BTS in various aspects of the survey. **Frank Southworth, Shih-Miao Chin,** and **Bruce Peterson** of Oak Ridge National Laboratory, provided support to BTS staff in performing the mileage calculations for the survey.

Special acknowledgment is also due to the many businesses whose cooperation has contributed to the publication of these data.

# United States: 2002

Issued December 2004

EC02TCF-US

## 2002 Economic Census

*Transportation*

2002 Commodity Flow Survey





**U.S. Department of Transportation**
**Norman Y. Mineta,**
Secretary

**Kirk K. Van Tine,**
Deputy Secretary

**BUREAU OF TRANSPORTATION STATISTICS**
**Rick Kowalewski,**
Deputy Director



**U.S. Department of Commerce**
**Donald L. Evans,**
Secretary
**Theodore W. Kassinger,**
Deputy Secretary

**Economics and Statistics Administration**
**Kathleen B. Cooper,**
Under Secretary for Economic Affairs

**U.S. CENSUS BUREAU**
**Charles Louis Kincannon,**
Director



**Economics
and Statistics
Administration**

**Kathleen B. Cooper,**
Under Secretary
for Economic Affairs

 

**U.S. CENSUS BUREAU**

**Charles Louis Kincannon,**
Director

**Hermann Habermann,**
Deputy Director and
Chief Operating Officer

**Vacant,**
Principal Associate
Director for Programs

**Frederick T. Knickerbocker,**
Associate Director
for Economic Programs

**Thomas L. Mesenbourg,**
Assistant Director
for Economic Programs

**Mark E. Wallace,**
Chief, Service Sector
Statistics Division

**BUREAU OF TRANSPORTATION STATISTICS**

**Rick Kowalewski,**
Deputy Director

**Mary J. Hutzler,**
Associate Director
for Statistical Programs

**William J. Chang,**
Associate Director for
Information Systems

## CONTENTS

| | | |
|---|---|---|
| | Introduction to the Economic Census | v |
| | 2002 Commodity Flow Survey | vii |
| **Tables** | | |
| 1a. | Shipment Characteristics by Mode of Transportation for the United States: 2002 | 1 |
| 1b. | Shipment Characteristics by Mode of Transportation for the United States: Percent of Total for 2002, 1997 and 1993 | 2 |
| 2a. | Shipment Characteristics by Total Modal Activity for the United States: 2002 | 3 |
| 2b. | Shipment Characteristics by Total Modal Activity for the United States: 2002 and 1997 | 3 |
| 2c. | Shipment Characteristics by Total Modal Activity for the United States: 2002 and 1993 | 4 |
| 2d. | Shipment Characteristics by Total Modal Activity for the United States: Annualized Growth Rate for 1997 to 2002 and 1993 to 2002 | 4 |
| 2e. | Shipment Characteristics by Total Modal Activity for the United States: Percent of Total for 2002, 1997, and 1993 | 5 |
| 3a. | Shipment Characteristics by Distance Shipped for the United States: 2002 | 5 |
| 3b. | Shipment Characteristics by Distance Shipped for the United States: 2002 and 1997 | 6 |
| 3c. | Shipment Characteristics by Distance Shipped for the United States: 2002 and 1993 | 6 |
| 3d. | Shipment Characteristics by Distance Shipped for the United States: Annualized Growth Rate for 1997 to 2002 and 1993 to 2002 | 7 |
| 3e. | Shipment Characteristics by Distance Shipped for the United States: Percent of Total for 2002, 1997, and 1993 | 7 |
| 4a. | Shipment Characteristics by Shipment Weight for the United States: 2002 | 8 |
| 4b. | Shipment Characteristics by Shipment Weight for the United States: 2002 and 1997 | 8 |
| 4c. | Shipment Characteristics by Shipment Weight for the United States: 2002 and 1993 | 9 |
| 4d. | Shipment Characteristics by Shipment Weight for the United States: Annualized Growth Rate for 1997 to 2002 and 1993 to 2002 | 9 |
| 4e. | Shipment Characteristics by Shipment Weight for the United States: Percent of Total for 2002, 1997, and 1993 | 10 |
| 5a. | Shipment Characteristics by Two-Digit Commodity for the United States: 2002 | 11 |
| 5b. | Shipment Characteristics by Two-Digit Commodity for the United States: Percent of Total 2002 and 1997 | 12 |
| 6. | Shipment Characteristics by Three-Digit Commodity for the United States: 2002 | 13 |
| 7. | Shipment Characteristics by Two-Digit Commodity and Mode of Transportation for the United States: 2002 | 16 |
| 8. | Shipment Characteristics by Two-Digit Commodity and Distance Shipped for the United States: 2002 | 31 |
| 9. | Shipment Characteristics by Two-Digit Commodity and Shipment Weight for the United States: 2002 | 37 |

Tables—Con.

10. Shipment Characteristics by Two-Digit Commodity and Shipment Weight by Distance Shipped for the United States: 2002 ........................................................... 43
11a. Shipment Characteristics by Mode of Transportation for the United States: 2002 and 1997 ............................. 66
11b. Shipment Characteristics by Mode of Transportation for the United States: 2002 and 1993 ............................. 66
11c. Shipment Characteristics by Mode of Transportation for the United States: Annualized Growth Rate for 1997 to 2002 and 1993 to 2002 ........................................ 67
12. Shipment Characteristics by Commodity Group for the United States: 2002 and 1997 .................................. 67

Appendixes

A. Comparability With the 1997 Commodity Flow Survey ......... A–1
B. Reliability of the Estimates .................................. B–1
C. Sample Design, Data Collection, and Estimation .............. C–1
D. Standard Classification of Transported Goods Code Information ............................................. D–1

# Introduction to the Economic Census

**PURPOSES AND USES OF THE ECONOMIC CENSUS**

The economic census is the major source of facts about the structure and functioning of the Nation's economy. It provides essential information for government, business, industry, and the general public. Title 13 of the United States Code (Sections 131, 191, and 224) directs the Census Bureau to take the economic census every 5 years, covering years ending in "2" and "7".

The economic census furnishes an important part of the framework for such composite measures as the gross domestic product estimates, input/output measures, production and price indexes, and other statistical series that measure short-term changes in economic conditions. Specific uses of economic census data include the following:

- Policymaking agencies of the federal government use the data to monitor economic activity and to assess the effectiveness of policies.

- State and local governments use the data to assess business activities and tax bases within their jurisdictions and to develop programs to attract business.

- Trade associations study trends in their own and competing industries, which allows them to keep their members informed of market changes.

- Individual businesses use the data to locate potential markets and to analyze their own production and sales performance relative to industry or area averages.

**BASIS OF REPORTING**

The economic census is conducted on an establishment basis. A company operating at more than one location is required to file a separate report for each store, factory, shop, or other location. Each establishment is assigned a separate industry classification based on its primary activity and not that of its parent company.

**AVAILABILITY OF ADDITIONAL DATA**

All results of the 2002 Economic Census are available on the Census Bureau Internet site (www.census.gov) and on compact discs and digital versatile discs (CD-ROMs and DVD-ROMs) for sale by the Census Bureau. The American FactFinder system at the Web site allows selective retrieval and downloading of the data. For more information, including a description of reports being issued, see the Web site, write to the U.S. Census Bureau, Washington, DC 20233-8300, or call Customer Services at 301-763-4636.

**HISTORICAL INFORMATION**

The economic census has been taken as an integrated program at 5-year intervals since 1967 and before that for 1954, 1958, and 1963. Prior to that time, individual components of the economic census were taken separately at varying intervals.

The economic census traces its beginnings to the 1810 Decennial Census, when questions on manufacturing were included with those for population. Coverage of economic activities was expanded for the 1840 Decennial Census and subsequent censuses to include mining and some commercial activities. The 1905 Manufactures Census was the first time a census was taken apart from the regular decennial population census. Censuses covering retail and wholesale trade and construction industries were added in 1930, as were some service trades in 1933.

Censuses of construction, manufacturing, and the other business service censuses were suspended during World War II.

The 1954 Economic Census was the first census to be fully integrated, providing comparable census data across economic sectors and using consistent time periods, concepts, definitions, classifications, and reporting units. It was the first census to be taken by mail, using lists of firms provided by the administrative records of other Federal agencies. Since 1963, administrative records also have been used to provide basic statistics for very small firms, reducing or eliminating the need to send them census report forms.

The range of industries covered in the economic censuses expanded between 1967 and 2002. The census of construction industries began on a regular basis in 1967, and the scope of service industries, introduced in 1933, was broadened in 1967, 1977, and 1987. While a few transportation industries were covered as early as 1963, it was not until 1992 that the census broadened to include all of transportation, communications, and utilities. Also new for 1992 was coverage of financial, insurance, and real estate industries. With these additions, the economic census and the separate census of governments and census of agriculture collectively covered roughly 98 percent of all economic activity. New for 2002 is coverage of four industries classified in the Agriculture, Forestry, and Fishing sector under the SIC system: landscape agricultural services, landscaping services, veterinary services, and pet care services.

Printed statistical reports from the 1997 and earlier censuses provide historical figures for the study of long-term time series and are available in some large libraries. CD-ROMs issued from the 1987, 1992, and 1997 Economic Censuses contain databases including all or nearly all data published in print, plus additional statistics, such as ZIP Code statistics, published only on CD-ROM.

**SOURCES FOR MORE INFORMATION**

More information about the scope, coverage, classification system, data items, and publications for each of the economic censuses and related surveys is published in the Guide to the 2002 Economic Census at www.census.gov/epcd/ec02/guide.html. More information on the methodology, procedures, and history of the censuses will be published in the History of the 2002 Economic Census at www.census.gov/econ/www/history.html.

# 2002 Commodity Flow Survey

**GENERAL**

The 2002 Commodity Flow Survey (CFS) is undertaken through a partnership between the U.S. Census Bureau, U.S. Department of Commerce, and the Bureau of Transportation Statistics (BTS), U.S. Department of Transportation. This survey produces data on the movement of goods in the United States. It provides information on commodities shipped, their value, weight, and mode of transportation, as well as the origin and destination of shipments of manufacturing, mining, wholesale, and select retail establishments. The data from the CFS are used by public policy analysts and for transportation planning and decision making to assess the demand for transportation facilities and services, energy use, and safety risk and environmental concerns. The CFS was last conducted in 1997.

This report contains background information on the 2002 Commodity Flow Survey and then presents detailed tabular results on shipment characteristics by mode of transportation, commodity, distance shipped, and shipment weight. In Appendix A, key characteristics of the 2002 CFS are compared to those of the 1993 and 1997 surveys. Appendix B focuses on the reliability of the estimates and discusses sampling and nonsampling errors. Tables containing estimates of sampling variability corresponding to each table on shipment characteristics are also included in Appendix B.

This report presents the final United States summary data. It contains more detail than the preliminary United States report issued in December 2003 and reflects all revisions based on the geographic level analyses conducted since then. Additional reports will include data for census regions, divisions, states, and selected metropolitan areas, as well as selected data on exports and hazardous material shipments.

**INDUSTRY COVERAGE**

The 2002 CFS covers business establishments with paid employees that are located in the United States and are classified using the 1997 North American Industry Classification System (NAICS) in mining, manufacturing, wholesale trade, and select retail trade industries, namely, electronic shopping and mail-order houses. Establishments classified in services, transportation, construction, and most retail industries are excluded from the survey. Farms, fisheries, foreign establishments, and most government-owned establishments are also excluded.

The survey also covers auxiliary establishments (i.e., warehouses and managing offices) of multi-establishment companies, which have nonauxiliary establishments that are in-scope to the CFS or are classified in retail trade. The coverage of managing offices has been expanded in the 2002 CFS, compared to the 1997 CFS. For the 1997 CFS, the number of in-scope managing offices was reduced to a large extent based on the results of the 1992 Economic Census. A managing office was considered in-scope to the 1997 CFS only if it had sales or end-of-year inventories in the 1992 Census. However, research conducted prior to the 2002 CFS showed that not all managing offices with shipping activity in the 1997 CFS indicated sales or inventories in the 1997 Economic Census. Therefore, the 1997 Economic Census results were not used in the determination of scope for managing offices in the 2002 CFS.

For the 1993 CFS and the 1997 CFS, establishments were classified based on the 1987 Standard Industrial Classification System (SIC). Though an attempt was made to maintain similar coverage between the 1997 CFS and the 2002 CFS, there were some changes in industry coverage due to the conversion from SIC to NAICS. Most notably, coverage of the logging industry changed from an in-scope Manufacturing SIC code (SIC 2411) to an out-of-scope Agriculture, Forestry, Fishing,

and Hunting NAICS code (NAICS 1133). Also, coverage of the publishing industry changed from in-scope Manufacturing SIC codes (SIC 2711, 2721, 2731, 2741, and part of 2771) to out-of-scope Information NAICS codes (NAICS 5111 and 51223).

See Appendix A for a comparison between the 2002, 1997, and 1993 surveys. Also see Appendix C for a more detailed discussion on industry coverage and the sample design.

The NAICS industries covered in the 2002 CFS are listed in the following table:

| NAICS code | Description |
| --- | --- |
| 212 | Mining (Except Oil and Gas) |
| 311 | Food Manufacturing |
| 312 | Beverage and Tobacco Product Manufacturing |
| 313 | Textile Mills |
| 314 | Textile Product Mills |
| 315 | Apparel Manufacturing |
| 316 | Leather and Allied Product Manufacturing |
| 321 | Wood Product Manufacturing |
| 322 | Paper Manufacturing |
| 323 | Printing and Related Support Activities |
| 324 | Petroleum and Coal Products Manufacturing |
| 325 | Chemical Manufacturing |
| 326 | Plastics and Rubber Products Manufacturing |
| 327 | Nonmetallic Mineral Product Manufacturing |
| 331 | Primary Metal Manufacturing |
| 332 | Fabricated Metal Product Manufacturing |
| 333 | Machinery Manufacturing |
| 334 | Computer and Electronic Product Manufacturing |
| 335 | Electrical Equipment, Appliance, and Component Manufacturing |
| 336 | Transportation Equipment Manufacturing |
| 337 | Furniture and Related Product Manufacturing |
| 339 | Miscellaneous Manufacturing |
| 421 | Wholesale Trade, Durable Goods |
| 422 | Wholesale Trade, Nondurable Goods |
| 4541 | Electronic Shopping and Mail-Order Houses |
| 49310 | Warehousing and Storage |
| 551114 | Corporate, Subsidiary, and Regional Managing Offices |

**SHIPMENT COVERAGE**

The CFS captures data on shipments originating from select types of business establishments located in the 50 states and the District of Columbia. The data do not cover shipments originating from business establishments located in Puerto Rico and other U.S. possessions and territories. Shipments traversing the U.S. from a foreign location to another foreign location (e.g., from Canada to Mexico) are not included, nor are shipments from a foreign location to a U.S. location. Imported products are included in the CFS at the point that they left the importer's domestic location for shipment to another location. Shipments that are shipped through a foreign territory with both the origin and destination in the U.S. are included in the CFS data. The mileages calculated for these shipments exclude the international segments (e.g., shipments from New York to Michigan through Canada do not include any mileages for Canada). Export shipments are included, with the domestic destination defined as the U.S. port, airport, or border crossing of exit from the U.S.

The "Industry Coverage" section of the text lists the NAICS groups covered by the CFS. Other industry areas that are not covered, but may have significant shipping activity, include agriculture and government. For agriculture, specifically, this means that the CFS does not cover shipments of agricultural products from the farm site to the processing centers or terminal elevators (most likely short-distance local movements), but does cover the shipments of these products from the initial processing centers or terminal elevators onward.

**MILEAGE CALCULATIONS**

To estimate the distance traveled by each freight shipment sampled for the 2002 Commodity Flow Survey, the BTS Mileage Calculation Team used routing algorithms and an integrated, intermodal transportation network developed and updated expressly for this purpose by the Oak Ridge National Laboratory (ORNL). The BTS Team worked at a secure data site within the Census Bureau. Each record contained the ZIP Code shipment origin and destination, and the mode or modal sequence required by the routing algorithm for distance estimation. Each record also contained information on type of commodity moved, its weight, dollar value, and hazardous materials status. For export shipments, data on the U.S. port of exit were also identified, along with foreign destination city and country. Processing of shipment records began in the fall of 2002, with completion in October 2003.

One essential exercise was editing and imputing both absent and invalid geographic data elements, specifically origin and destination ZIP Codes, prior to estimating the distance traveled for each freight shipment. For this purpose, the BTS Mileage Calculation Team developed and maintained databases of domestic city/state names and foreign city/country names. The missing data elements, along with other related data problems found by the BTS Team, were either: (1) imputed because of high probability of accurate correction by the BTS Team, such as imputing a missing destination ZIP Code, given a destination city and state; or (2) reported back to the Census Bureau, allowing for call-backs to shippers for clarification/correction.

For a domestic shipment, the mileage is calculated between the center of the geographic area (centroid) of the U.S. origin ZIP Code and the centroid of the destination ZIP Code. The mileage for the shipments within a ZIP Code is calculated by means of a formula that approximates the longest distance within the boundaries of that ZIP Code. The mileage for an export shipment is calculated between a shipments centroid of U.S. origin ZIP Code and its foreign destination country (city in the case of Canada and Mexico), via a U.S. port of exit (POE), be it seaport, airport, or border crossing. However, only the portion of mileage that falls within the U.S. is included in the CFS estimates. That is to say, once the export reaches the POE, the POE is considered the final domestic destination, the domestic route is finished, and any following mileage is not counted from the POE. These mileages are computed using routing algorithms that find the minimum impedance path over mathematical representations of the U.S. and North American highway, railway and waterway networks, and a transglobal representation of U.S.originating air freight and deep-sea transport networks. Shipment mileages were estimated for each record by summing over the distances of links contained within each minimum impedance path. Impedance was computed as a weighted combination of distance, time, and cost factors.

The ORNL multimodal network database is composed of mode-specific subnetworks representing each of the major transportation modes, such as highway, railway, waterway, and airway (pipeline network was not available due to security reasons). The links of these networks represent line-haul transportation facilities. Network nodes represent intersections and interchanges, along with the access points to the transportation network. To simulate local access, test links are created from each five-digit ZIP Code centroid to nearby nodes on the network. For the truck network, local access is assumed to exist everywhere. For the other modes this is not true. Before any test links are created for these modes, a search procedure is used to determine if and where such networks are most likely to provide access to the ZIP Code. For shipments involving more than one mode, such as truck-rail or rail-water shipments, intermodal transfer links are added to the network database to connect the individual modal networks together for routing purposes. An intermodal terminals database and a number of terminal transfer models were developed at ORNL to identify likely transfer points for different classes of freight. A measure of link impedance was calculated for each access, line-haul, and intermodal transfer link traversed by a shipment. These impedances were mode specific and are based on various link characteristics. For example, the set of links characterizing the highway network included speed impacting factors, such as the presence of a divided or undivided roadway, the degree of access control, the rural or urban setting, the number of lanes, the degree of urban congestion, and the length of the link. Link impedance measures were also assigned to the local access links. Intermodal transfer link impedances are estimated in terms of the time it takes to move goods through a transfer facility. In the case of

rail and air freight, intercarrier transfer penalties were also considered to obtain proper route selections. A shortest path algorithm is used to find the minimum impedance path between a shipment's origin ZIP Code centroid and destination ZIP Code centroid. The cumulative length of the local access plus line-haul links on this path provides the estimated distances used in CFS mileage computations. When rail and air freight were involved, these shipment distances were often averaged over more than one path between an origin-destination pair.

**Mileage Data for Pipeline Shipments**

For pipeline shipments, ton-miles and average miles per shipment are not shown in the tables. For most of these shipments, the respondents reported the shipment destination as a pipeline facility on the main pipeline network. Therefore, for the majority of these shipments, the resulting mileage represented only the access distance through feeder pipelines to the main pipeline network, and not the actual distance through the main pipeline network. Pipeline shipments are included in the U.S. totals for ton-miles and average miles per shipment.

For security purposes, there is no pipeline network available in the public domain with which to route petroleum-based products. Hence, any modal distance, either single or multi, involving pipeline was considered as solely pipeline mileage from origin ZIP to destination ZIP and calculated to equal great circle distance (GCD). Note: Great circle distance is defined as the shortest distance between two points on the earth's surface, taking into account the earth's curvature.

**EXPLANATION OF TERMS**

**Value of shipments.** The dollar value of the entire shipment. This was defined as the net selling value, f.o.b. plant, exclusive of freight charges and excise taxes. The value data are displayed in millions of dollars.

The total value of shipments, as measured by the CFS, and the U.S. gross domestic product (GDP) while similar in size provide different measures of economic activity in the United States and are not directly comparable. GDP is the value of all goods produced and services performed by labor and capital located in the United States. In 2002, the U.S. GDP was estimated at $10.4 trillion (measured in current U.S. dollars). The value of shipments, as measured by the CFS, is the market value of goods shipped from manufacturing, mining, wholesale, and mail order retail establishments, as well as warehouses and managing offices of multiunit establishments.

Three important differences can be identified between GDP and value of shipments:

1. GDP captures goods produced by all establishments located in the United States, while the CFS measures goods shipped from a subset of all goods-producing establishments.

2. GDP measures the value of goods produced and of services performed. CFS measures the value of goods shipped.

3. GDP counts only the value-added at each step in the production of a product. CFS captures the value of shipments of materials used to produce or manufacture a product, as well as the value of shipments of the finished product itself. This means that the value of the materials used to produce a particular product contributes multiple times to the value.

**Commodity.** Products that an establishment produces, sells, or distributes. This does not include items that are considered as excess or byproducts of the establishment's operation. Respondents reported the description and the five-digit Standard Classification of Transported Goods (SCTG) code for the major commodity contained in the shipment, defined as the commodity with the greatest weight in the total shipment.

**Average miles per shipment.** For the 1993 CFS, we excluded shipments of Standard Transportation Commodity Classification (STCC) 27, Printed Matter, from our calculation of average miles per shipment. We made this decision after determining that respondents in the 1993 CFS shipping newspapers, magazines, catalogs, etc., had used widely varying definitions of the term "shipment."

For the 1997 and 2002 CFS, we made numerous efforts throughout our data collection and editing to produce consistent results from establishments shipping SCTG 29, Printed Products. As a result, we have included printed products in the average miles per shipment estimates for 1997 and 2002.

**Distance shipped.** In Table 3, shipment data are presented for various "distance shipped" intervals. Shipments were categorized into these "distance shipped" intervals based on the great circle distance between their origin and destination ZIP Code centroids. All other distance-related data in this and other tables (i.e., ton-miles and average miles per shipment) are based on the mileage calculations. (See the "Mileage Calculations" section for more details.)

**Great circle distance.** The shortest distance between two points on the surface of a sphere over the surface of that sphere.

**Mode of transportation.** The type of transportation used for moving the shipment to its domestic destination. For exports, the domestic destination was the port of exit.

**Mode Definitions**

In the instructions to the respondent, we defined the possible modes as follows:

1. **Parcel delivery/courier/U.S. Postal Service.** Delivery services that carry letters, parcels, packages, and other small shipments that typically weigh less than 100 pounds. Includes bus parcel delivery service.

2. **Private truck.** Trucks operated by a temporary or permanent employee of an establishment or the buyer/receiver of the shipment.

3. **For-hire truck.** Trucks that carry freight for a fee collected from the shipper, recipient of the shipment, or an arranger of the transportation.

4. **Railroad.** Any common carrier or private railroad.

5. **Shallow draft vessels.** Barges, ships, or ferries operating primarily on rivers and canals; in harbors, the Great Lakes, the Saint Lawrence Seaway; the Intra-coastal Waterway, the Inside Passage to Alaska, major bays and inlets; or in the ocean close to the shoreline.

6. **Deep draft vessel.** Barges, ships, or ferries operating primarily in the open ocean. Shipping on the Great Lakes and the Saint Lawrence Seaway is classified with shallow draft vessels.

7. **Pipeline.** Movements of oil, petroleum, gas, slurry, etc., through pipelines that extend to other establishments or locations beyond the shipper's establishment. Aqueducts for the movement of water are not included.

8. **Air.** Commercial or private aircraft, and all air service for shipments that typically weigh more than 100 pounds. Includes air freight and air express.

9. **Other mode.** Any mode not listed above.

10. **Unknown.** The shipment was not carried by a parcel delivery/courier/U.S. Postal Service, and the respondent could not determine what mode of transportation was used.

In the tables, we have used additional terms for mode, which we define as follows:

1. **Air (includes truck and air).** Shipments that used air or a combination of truck and air.

2. **Single modes.** Shipments using only one of the above-listed modes, except parcel or other and unknown.

3. **Multiple modes.** Shipments for which two or more of the following modes of transportation were used:

    Private truck
    For-hire truck
    Rail

Shallow draft vessel
Deep draft vessel
Pipeline

In addition, Parcel, U.S. Postal Service, or Courier shipments are considered multiple modes because this category includes all parcel shipments whether on the ground or via air tendered to a parcel or express carrier. In defining this mode, we did not combine these shipments with any other reported mode because by their nature, Parcel, U.S. Postal Service or Courier are already multimodal. For example, if the respondent reported a shipment's mode of transportation as "parcel" and "air," we treated the shipment as parcel only. Also in the CFS reports, the "Truck and Rail" and "Rail and Water" combinations included under "Multiple Modes" may not reflect all the movement of trailers or containers by rail and at least one other mode of transportation. Since the shipper may not always know the modal combinations used to transport the goods, some shipments moving by more than one mode may be reported as a single mode shipment. This may result in underestimation of multimodal shipments in the CFS.

4. **Other multiple modes.** Shipments using any other mode combinations not specifically listed in the tables.

5. **Other and unknown modes.** Shipments for which modes were not reported, or were reported by the respondent as "Other" or "Unknown."

6. **Truck.** Shipments using for-hire truck only, private truck only, or a combination of for-hire truck and private truck.

7. **Water.** Shipments using shallow draft vessel only, deep draft vessel only, or Great Lakes vessel only. Combinations of these modes, such as shallow draft vessel and Great Lakes vessel are included as "Other multiple modes." (Note: By definition, "shallow draft," "Great Lakes," and "deep draft" are mutually exclusive.)

8. **Great Lakes.** In the tables in this publication, "Great Lakes" appears as a single mode. ORNL's transportation network and mileage calculation system allowed for separate mileage calculations for Great Lakes between the origin and destination ZIP Codes.

**Other Definitions and Terms**

**Shipment.** A shipment is a single movement of goods, commodities, or products from an establishment to a single customer or to another establishment owned or operated by the same company as the originating establishment (e.g., a warehouse, distribution center, or retail or wholesale outlet). Full or partial truckloads are counted as a single shipment only if all commodities on the truck are destined for the same location. If a truck makes multiple deliveries on a route, the goods delivered at each stop are counted as one shipment. Interoffice memos, payroll checks, or business correspondence are not considered shipments. Shipments such as refuse, scrap paper, waste, or recyclable materials are not considered shipments unless the establishment is in the business of selling or providing these materials.

**Standard Classification of Transported Goods (SCTG).** The commodities shown in this report are classified using the SCTG coding system. The SCTG coding system was developed jointly by agencies of the United States and Canadian governments based on the Harmonized Commodity Description and Coding System (Harmonized System) to address statistical needs in regard to products transported. See Appendix D for more details.

**Ton-miles.** The shipment weight multiplied by the mileage traveled by the shipment. The respondents reported shipment weight in pounds. Aggregated pound-miles were converted to ton-miles. Mileage was calculated as the distance between the shipment origin and destination ZIP Codes. For shipments by truck, rail, or shallow draft vessels, the mileage excludes international segments. For example, mileages from Alaska to the continental United States exclude any mileages through Canada (see the "Mileage Calculations" section for more details). For trucks making mutliple stops, the ton-miles are calculated for each delivery, and each drop-off point is treated as a final destination. Ton-miles estimates are displayed in millions.

**Tons shipped.** The total weight of the entire shipment. Respondents reported the weight in pounds. Aggregated pounds were converted to short-tons (2,000 pounds). For freight shipped to distribution centers for subsequent reshipment, the tonnage is counted each time the goods are transported.

**Total modal activity (Table 2 only).** The overall activity (e.g., ton-miles) of a specific mode of transportation, whether used in a single-mode shipment, or as part of a multiple-mode shipment. For example, the total modal activity for private truck is the total ton-miles carried by private truck in single-mode shipments, combined with the total ton-miles carried by private truck in all multiple-mode shipments that include private truck (private truck and for-hire truck, private truck and rail, private truck and air, etc.)

## ABBREVIATIONS AND SYMBOLS

The following abbreviations and symbols are used in the tables for this publication:

| | |
|---|---|
| – | Represents an estimate equal to zero or less than 1 unit of measure. |
| D | Denotes estimates withheld to avoid disclosing data of individual companies. |
| S | Estimate does not meet publication standards because of high sampling variability or poor response quality. |
| CFS | Commodity Flow Survey. |
| lb | Pounds. |
| n.e.c. | Not elsewhere classified. |
| NA | Not applicable. |

## OTHER TRANSPORTATION DATA

Users of transportation data may be especially interested in the following reports:

**Vehicle Inventory and Use Survey** covers state and U.S. level statistics on the physical and operational characteristics of the nation's truck, van, minivan, and sport utility vehicle population. Some of the types of data collected include number of vehicles, major use, body type, annual miles, model year, vehicle size, fuel type, operator classification, engine size, range of operation, weeks operated, products carried, and hazardous materials carried. This survey shows comparative statistics reflecting percent changes in number of vehicles between 2002 and 1997 for most characteristics.

**Service Annual Survey** covers firms with paid employees that provide commercial motor freight transportation and public warehousing services. Data collected include operating revenue and operating revenue by source, percentage of motor carrier freight revenue by commodity type, size of shipments handled, length of haul, and vehicle fleet inventory.

For more information on any Census Bureau product, including a description of electronic and printed reports being issued, see the Web site or call Customer Services at 301-763-INFO (4636).

Table 1a. **Shipment Characteristics by Mode of Transportation for the United States: 2002**

[Estimates are based on data from the 2002 Commodity Flow Survey. Because of rounding, estimates may not be additive]

| Mode of transportation | Value | | Tons | | Ton-miles[1] | | Average miles per shipment |
|---|---|---|---|---|---|---|---|
| | 2002 (million dollars) | Percent of total | 2002 (thousands) | Percent of total | 2002 (millions) | Percent of total | |
| Total | 8 397 210 | 100.0 | 11 667 919 | 100.0 | 3 137 898 | 100.0 | 546 |
| Single modes | 7 049 383 | 83.9 | 11 086 660 | 95.0 | 2 867 938 | 91.4 | 240 |
| Truck[2] | 6 235 001 | 74.3 | 7 842 836 | 67.2 | 1 255 908 | 40.0 | 173 |
| For-hire truck | 3 757 114 | 44.7 | 3 657 333 | 31.3 | 959 610 | 30.6 | 523 |
| Private truck | 2 445 288 | 29.1 | 4 149 658 | 35.6 | 291 114 | 9.3 | 64 |
| Rail | 310 884 | 3.7 | 1 873 884 | 16.1 | 1 261 612 | 40.2 | 807 |
| Water | 89 344 | 1.1 | 681 227 | 5.8 | 282 659 | 9.0 | 568 |
| Shallow draft | 57 467 | .7 | 458 577 | 3.9 | 211 501 | 6.7 | 450 |
| Great Lakes | 843 | – | 38 041 | .3 | 13 808 | .4 | 339 |
| Deep draft | 31 034 | .4 | 184 610 | 1.6 | 57 350 | 1.8 | 664 |
| Air (includes truck and air) | 264 959 | 3.2 | 3 760 | – | 5 835 | .2 | 1 919 |
| Pipeline[3] | 149 195 | 1.8 | 684 953 | 5.9 | S | S | S |
| Multiple modes | 1 079 185 | 12.9 | 216 686 | 1.9 | 225 715 | 7.2 | 895 |
| Parcel, U.S. Postal Service or courier | 987 746 | 11.8 | 25 513 | .2 | 19 004 | .6 | 894 |
| Truck and rail | 69 929 | .8 | 42 984 | .4 | 45 525 | 1.5 | 1 413 |
| Truck and water | 14 359 | .2 | 23 299 | .2 | 32 413 | 1.0 | 1 950 |
| Rail and water | 3 329 | – | 105 107 | .9 | 114 986 | 3.7 | 957 |
| Other multiple modes | 3 822 | – | 19 782 | .2 | 13 788 | .4 | S |
| Other and unknown modes | 268 642 | 3.2 | 364 573 | 3.1 | 44 245 | 1.4 | 130 |

– Represents data cell equal to zero or less than 1 unit of measure.
S Estimate does not meet publication standards because of high sampling variability or poor response quality.

[1]Ton-miles estimates are based on estimated distances traveled along a modeled transportation network. See "Mileage Calculations" section for additional information.
[2]"Truck" as a single mode includes shipments that were made by only private truck, only for-hire truck, or a combination of private truck and for-hire truck.
[3]Estimates for pipeline exclude shipments of crude petroleum.

Note: Value-of-shipments estimates have not been adjusted for price changes. Appendix B tables provide estimated measures of sampling variability. The Introduction and appendixes give information on confidentiality protection, sampling error, nonsampling error, sample design, and definitions. Links to this information on the Internet may be found at *www.census.gov/cfs*.

Note: Coverage for the 2002 Commodity Flow Survey (CFS) differs from the previous surveys due to a change from the 1987 Standard Industrial Classification System to the 1997 North American Industry Classification System and other survey improvements. Therefore, data users are urged to use caution when comparing 2002 CFS estimates with estimates from prior years.

Table 1b. **Shipment Characteristics by Mode of Transportation for the United States: Percent of Total for 2002, 1997, and 1993**

[Estimates are based on data from the 2002, 1997, and 1993 Commodity Flow Surveys. Because of rounding, estimates may not be additive]

| Mode of transportation | Value (percent) | | | Tons (percent) | | | Ton-miles[1] (percent) | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 1997 | 1993 | 2002 | 1997 | 1993 | 2002 | 1997 | 1993 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Single modes | 83.9 | 82.7 | 84.5 | 95.0 | 94.0 | 92.1 | 91.4 | 89.4 | 88.3 |
| Truck[2] | 74.3 | 72.0 | 75.3 | 67.2 | 69.0 | 65.9 | 40.0 | 38.5 | 35.9 |
| For-hire truck | 44.7 | 42.2 | 44.9 | 31.3 | 30.8 | 29.0 | 30.6 | 28.2 | 26.0 |
| Private truck | 29.1 | 29.2 | 30.0 | 35.6 | 36.8 | 36.6 | 9.3 | 9.8 | 9.7 |
| Rail | 3.7 | 4.6 | 4.2 | 16.1 | 14.6 | 15.9 | 40.2 | 39.4 | 38.9 |
| Water | 1.1 | 1.1 | 1.1 | 5.8 | 5.1 | 5.2 | 9.0 | 9.3 | 11.2 |
| Shallow draft | .7 | .8 | .7 | 3.9 | 3.8 | 3.7 | 6.7 | 7.0 | 6.8 |
| Great Lakes | – | – | S | .3 | .4 | .3 | .4 | .5 | .5 |
| Deep draft | .4 | .3 | .3 | 1.6 | .9 | 1.1 | 1.8 | 1.8 | 3.9 |
| Air (includes truck and air) | 3.2 | 3.3 | 2.4 | – | – | – | .2 | .2 | .2 |
| Pipeline[3] | 1.8 | 1.7 | 1.5 | 5.9 | 5.2 | 5.0 | S | S | S |
| Multiple modes | 12.9 | 13.3 | 11.3 | 1.9 | 2.0 | 2.3 | 7.2 | 7.8 | 7.9 |
| Parcel, U.S. Postal Service or courier | 11.8 | 12.0 | 9.6 | .2 | .2 | .2 | .6 | .6 | .5 |
| Truck and rail | .8 | 1.1 | 1.4 | .4 | .5 | .4 | 1.5 | 2.1 | 1.6 |
| Truck and water | .2 | .1 | .2 | .2 | .3 | .7 | 1.0 | 1.3 | 1.7 |
| Rail and water | – | – | – | .9 | .8 | .8 | 3.7 | 3.0 | 2.9 |
| Other multiple modes | – | – | – | .2 | .2 | .2 | .4 | .7 | S |
| Other and unknown modes | 3.2 | 4.0 | 4.1 | 3.1 | 4.0 | 5.6 | 1.4 | 2.8 | 3.8 |

– Represents data cell equal to zero or less than 1 unit of measure.
S Estimate does not meet publication standards because of high sampling variability or poor response quality.

[1]Ton-miles estimates are based on estimated distances traveled along a modeled transportation network. See "Mileage Calculations" section for additional information.
[2]"Truck" as a single mode includes shipments that were made by only private truck, only for-hire truck, or a combination of private truck and for-hire truck.
[3]Estimates for pipeline exclude shipments of crude petroleum.

Note: Value-of-shipments estimates have not been adjusted for price changes. Appendix B tables provide estimated measures of sampling variability. The Introduction and appendixes give information on confidentiality protection, sampling error, nonsampling error, sample design, and definitions. Links to this information on the Internet may be found at www.census.gov/cfs.

Note: Coverage for the 2002 Commodity Flow Survey (CFS) differs from the previous surveys due to a change from the 1987 Standard Industrial Classification System to the 1997 North American Industry Classification System and other survey improvements. Therefore, data users are urged to use caution when comparing 2002 CFS estimates with estimates from prior years.

Table 2a. **Shipment Characteristics by Total Modal Activity for the United States: 2002**

[Estimates are based on data from the 2002 Commodity Flow Survey. Because of rounding, estimates may not be additive]

| Mode of transportation[1] | Ton-miles[2] | | 2002 Average miles per shipment |
|---|---|---|---|
| | 2002 (millions) | Percent of total | |
| Total | 3 137 902 | 100.0 | 536 |
| Truck | 1 261 813 | 40.2 | 168 |
| Rail | 1 360 760 | 43.4 | 893 |
| Shallow draft | 258 386 | 8.2 | 459 |
| Great Lakes | 49 330 | 1.6 | 354 |
| Deep draft | 75 544 | 2.4 | 1 498 |
| Air | 5 659 | .2 | 1 866 |
| Parcel, U.S. Postal Service or courier | 19 004 | .6 | 894 |
| Pipeline[3] | S | S | S |
| Other and unknown modes | 44 253 | 1.4 | 130 |

– Represents data cell equal to zero or less than 1 unit of measure.
S Estimate does not meet publication standards because of high sampling variability or poor response quality.

[1]Estimates represent activity for a given mode across single and multiple mode shipments. For example, "Truck" ton-miles includes total ton-miles for shipments moving only by truck plus ton-miles for truck segments of multiple mode shipments.
[2]Ton-miles estimates are based on estimated distances traveled along a modeled transportation network. See "Mileage Calculations" section for additional information.
[3]Estimates exclude shipments of crude petroleum (SCTG 16).
Note: The Introduction and appendixes give information on confidentiality protection, sampling error, nonsampling error, sample design, and definitions. Links to this information on the Internet may be found at *www.census.gov/cfs*.

Note: Coverage for the 2002 Commodity Flow Survey (CFS) differs from the previous surveys due to a change from the 1987 Standard Industrial Classification System to the 1997 North American Industry Classification System and other survey improvements. Therefore, data users are urged to use caution when comparing 2002 CFS estimates with estimates from prior years.

Table 2b. **Shipment Characteristics by Total Modal Activity for the United States: 2002 and 1997**

[Estimates are based on data from the 2002 and 1997 Commodity Flow Surveys. Because of rounding, estimates may not be additive]

| Mode of transportation[1] | Ton-miles[2] | | | Average miles per shipment | | |
|---|---|---|---|---|---|---|
| | 2002 (millions) | 1997 (millions) | Percent change | 2002 | 1997 | Percent change |
| Total | 3 137 902 | 2 592 590 | 21.0 | 536 | 477 | 12.3 |
| Truck | 1 261 813 | 1 003 611 | 25.7 | 168 | 154 | 9.3 |
| Rail | 1 360 760 | 1 113 674 | 22.2 | 893 | 893 | – |
| Shallow draft | 258 386 | 219 157 | 17.9 | 459 | 254 | 80.5 |
| Great Lakes | 49 330 | 38 290 | 28.8 | 354 | 386 | -8.3 |
| Deep draft | 75 544 | 70 357 | 7.4 | 1 498 | 1 331 | 12.5 |
| Air | 5 659 | 5 802 | -2.5 | 1 866 | 1 312 | 42.2 |
| Parcel, U.S. Postal Service or courier | 19 004 | 16 729 | 13.6 | 894 | 821 | 8.8 |
| Pipeline[3] | S | S | S | S | S | S |
| Other and unknown modes | 44 253 | 72 976 | -39.4 | 130 | 123 | 6.0 |

– Represents data cell equal to zero or less than 1 unit of measure.
S Estimate does not meet publication standards because of high sampling variability or poor response quality.

[1]Estimates represent activity for a given mode across single and multiple mode shipments. For example, "Truck" ton-miles includes total ton-miles for shipments moving only by truck plus ton-miles for truck segments of multiple mode shipments.
[2]Ton-miles estimates are based on estimated distances traveled along a modeled transportation network. See "Mileage Calculations" section for additional information.
[3]Estimates exclude shipments of crude petroleum (SCTG 16).
Note: The Introduction and appendixes give information on confidentiality protection, sampling error, nonsampling error, sample design, and definitions. Links to this information on the Internet may be found at *www.census.gov/cfs*.

Note: Coverage for the 2002 Commodity Flow Survey (CFS) differs from the previous surveys due to a change from the 1987 Standard Industrial Classification System to the 1997 North American Industry Classification System and other survey improvements. Therefore, data users are urged to use caution when comparing 2002 CFS estimates with estimates from prior years.

Table 2c. **Shipment Characteristics by Total Modal Activity for the United States: 2002 and 1993**

[Estimates are based on data from the 2002 and 1993 Commodity Flow Surveys. Because of rounding, estimates may not be additive]

| Mode of transportation[1] | Ton-miles[2] | | | Average miles per shipment | | |
|---|---|---|---|---|---|---|
| | 2002 (millions) | 1993 (millions) | Percent change | 2002 | 1993 | Percent change |
| Total | 3 137 902 | 2 420 915 | 29.6 | 536 | 424 | 26.5 |
| Truck | 1 261 813 | 880 890 | 43.2 | 168 | 140 | 20.3 |
| Rail | 1 360 760 | 1 003 552 | 35.6 | 893 | 932 | -4.2 |
| Shallow draft | 258 386 | 255 057 | 1.3 | 459 | 394 | 16.4 |
| Great Lakes | 49 330 | 34 619 | 42.5 | 354 | 507 | -30.1 |
| Deep draft | 75 544 | 87 564 | -13.7 | 1 498 | 1 676 | -10.6 |
| Air | 5 659 | 3 781 | 49.7 | 1 866 | 1 354 | 37.8 |
| Parcel, U.S. Postal Service or courier | 19 004 | 13 151 | 44.5 | 894 | 734 | 21.7 |
| Pipeline[3] | S | S | S | S | S | S |
| Other and unknown modes | 44 253 | 92 581 | -52.2 | 130 | 229 | -43.2 |

- Represents data cell equal to zero or less than 1 unit of measure.
S Estimate does not meet publication standards because of high sampling variability or poor response quality.

[1] Estimates represent activity for a given mode across single and multiple mode shipments. For example, "Truck" ton-miles includes total ton-miles for shipments moving only by truck plus ton-miles for truck segments of multiple mode shipments.
[2] Ton-miles estimates are based on estimated distances traveled along a modeled transportation network. See "Mileage Calculations" section for additional information.
[3] Estimates exclude shipments of crude petroleum (SCTG 16).
Note: The Introduction and appendixes give information on confidentiality protection, sampling error, nonsampling error, sample design, and definitions. Links to this information on the Internet may be found at www.census.gov/cfs.

Note: Coverage for the 2002 Commodity Flow Survey (CFS) differs from the previous surveys due to a change from the 1987 Standard Industrial Classification System to the 1997 North American Industry Classification System and other survey improvements. Therefore, data users are urged to use caution when comparing 2002 CFS estimates with estimates from prior years.

Table 2d. **Shipment Characteristics by Total Modal Activity for the United States: Annualized Growth Rate for 1997 to 2002 and 1993 to 2002**

[Estimates are based on data from the 2002, 1997, and 1993 Commodity Flow Surveys]

| Mode of transportation[1] | Ton-miles[2] (percent) | | Average miles per shipment (percent) | |
|---|---|---|---|---|
| | 1997 to 2002 | 1993 to 2002 | 1997 to 2002 | 1993 to 2002 |
| Total | 3.9 | 2.9 | 2.4 | 2.6 |
| Truck | 4.7 | 4.1 | 1.8 | 2.1 |
| Rail | 4.1 | 3.4 | - | -.5 |
| Shallow draft | 3.3 | .1 | 12.5 | 1.7 |
| Great Lakes | 5.2 | 4.0 | -1.7 | -3.9 |
| Deep draft | 1.4 | -1.6 | 2.4 | -1.2 |
| Air | -.5 | 4.6 | 7.3 | 3.6 |
| Parcel, U.S. Postal Service or courier | 2.6 | 4.2 | 1.7 | 2.2 |
| Pipeline[3] | S | S | S | S |
| Other and unknown modes | -9.5 | -7.9 | 1.2 | -6.1 |

- Represents data cell equal to zero or less than 1 unit of measure.
S Estimate does not meet publication standards because of high sampling variability or poor response quality.

[1] Estimates represent activity for a given mode across single and multiple mode shipments. For example, "Truck" ton-miles includes total ton-miles for shipments moving only by truck plus ton-miles for truck segments of multiple mode shipments.
[2] Ton-miles estimates are based on estimated distances traveled along a modeled transportation network. See "Mileage Calculations" section for additional information.
[3] Estimates exclude shipments of crude petroleum (SCTG 16).

Note: Annualized growth rate measures the annual rate of change between estimates from any 2 years by assuming a constant yearly rate of change. See Appendix C for additional information about this rate.
Note: The Introduction and appendixes give information on confidentiality protection, sampling error, nonsampling error, sample design, and definitions. Links to this information on the Internet may be found at www.census.gov/cfs.

Note: Coverage for the 2002 Commodity Flow Survey (CFS) differs from the previous surveys due to a change from the 1987 Standard Industrial Classification System to the 1997 North American Industry Classification System and other survey improvements. Therefore, data users are urged to use caution when comparing 2002 CFS estimates with estimates from prior years.