# Exhibit 21

(Prystowsky Declaration)

# BOTTOM LINE TECHNICAL REPORT:
# HIGHWAY AND PUBLIC TRANSPORTATION
# NATIONAL AND STATE INVESTMENT NEEDS

*Requested by:*

American Association of State Highway
and Transportation Officials (AASHTO)

*Prepared by:*

Cambridge Systematics, Inc. with Alan E. Pisarski
*Alan E. Pisarski, Arlee T. Reno*
Bethesda, Maryland

*March, 2009*

The information contained in this report was prepared as part of NCHRP Project 20-24(54)G, National
Cooperative Highway Research Program, Transportation Research Board.

## Acknowledgements

This study was requested by the American Association of State Highway and Transportation Officials (AASHTO), and conducted as part of National Cooperative Highway Research Program (NCHRP) Project 20-24.   The NCHRP is supported by annual voluntary contributions from the state Departments of Transportation (DOT).   Project 20-24 is intended to fund studies of interest to the leadership of AASHTO and its member DOTs.  The report was prepared by Alan E. Pisarski, independent consultant, and Arlee T. Reno, Cambridge Systematics, Inc.  The work was guided by a task group chaired by Dennis Slimmer of Kansas DOT which included Ross Crichton, FHWA; Dennis Keck, Edwards and Kelcey; Jonette Kreideweis, Minnesota DOT; Calvin Leggett, North Carolina DOT; Susan Mortel, Michigan DOT; Janet Oakley, AASHTO; Gregory Oliver, Delaware DOT; Douglas Rose, Maryland SHA; Joan Sollenberger, California DOT; Sandra Straehl, Montana DOT; and Thomas Welch, Iowa DOT.  The project was managed by Andrew C. Lemer, Ph.D., NCHRP Senior Program Officer.

## *Disclaimer*

The opinions and conclusions expressed or implied are those of the research agency that performed the research and are not necessarily those of the Transportation Research Board or its sponsors. The information contained in this document was taken directly from the submission of the author(s). This document is not a report of the Transportation Research Board or of the National Research Council.

# 2.0   The Value of Transportation Investments

## ■ 2.1   Introduction

There are four levels of approach to transportation needs and issues that, especially from the state view, demand our attention.  These are:

- Interstate and international commerce;

- Intrastate social and economic interaction and integration;

- Metropolitan activity and development; and

- Community activity and development.

It is apparent that many times the policy conflicts that impede progress are conflicts over which of these levels is paramount – which demands precedence.  The short answer is that **all** of these demands must be met by the transportation system.  This is not optional – a nation, a state, or a community cannot choose one to the exclusion of the others.

**The nation, every state and every community has an obligation to recognize, respect and serve interstate and international commerce needs.**  This is perhaps the foremost transportation obligation of the Federal government as embedded in the Constitution.  The Interstate System is perhaps the best example of that obligation.

**The nation, every state and every community has an obligation to assure that intrastate development is well served by transportation to expand economic opportunity and social interaction.**  This may involve access to state institutions such as universities and hospitals, or access to sea and airports to promote the commerce and well being of the state.  It may mean improving transportation in one part of the state to expand economic opportunity while responding to congestion to another part.

**Serving the economic and social needs of these metropolitan areas is critical to national competitiveness and to the well-being of our citizens.**  Our great metropolitan regions are the economic engines of the nation.  Increasingly spanning large distances and multiple jurisdictions.

**It is at the community level that households live and operate.**  This refers to serving the trips for personal business, school, and recreation that often occur at the lowest levels of trip length.

This entire spectrum of passenger and freight travel can perhaps best be characterized by the lengths of trips involved.

- **At the community level** they may entail travel of a mile or so to 5 or 10 miles.

- **At the metropolitan regional level**, trips typically encompass 5 to 10 miles, but can range up to 50 or even 100 miles.

- At the state level, **interactions** can be encompassed within 50 or 100 miles, but also can involve ranges of hundreds of miles.

- At the **interstate commerce** level, trips can span the nation, but typically function at levels measured in hundreds of miles.

There is considerable overlap in distance ranges between these functions just as there is overlap between freight and passenger travel, explaining why some of the issues of balancing these demands are becoming so significant. Further, it is notable that the car and the truck are the modes of transport that span all of these functional areas. The average beltway around a metropolitan area will contain all of these contributing elements. Just as it would be astonishing to survey the myriad purposes of the passengers flying cross country in a single aircraft, or intercity bus or train, it would be similarly amazing what the array of purposes are among the travelers on a single segment of interstate highway.

## Overview of Person Travel

A brief summary of local travel person trip lengths for all modes of transportation is presented in Table 2.1 below. These averages can vary significantly by the size of area. For example work trips vary from under 10 miles for areas below a quarter million in population to over 13 miles for metropolitan areas over five million. Importantly, rural commuters have similar trip lengths to those of the largest metropolitan areas.

## Table 2.1   Average Person Trip Distances by Trip Purpose

| Average Person Trip Distances, 2001 NHTS | 2001 |
|---|---|
| All Purposes | 10.0 |
| To/From Work | 12.1 |
| Work Related Business | 28.3 |
| Shopping | 7.0 |
| Other Family/Personal Business | 7.8 |
| School/Church | 6.0 |
| Social and Recreational | 11.4 |

Trips of certain purposes tend to have a relatively well-defined length.  This occurs because those who decide where to locate certain shopping opportunities, or banks, or even schools, are trying to arrange the locations of their sites to reduce the access distances by their customers.  In effect these organizations, whether public or private, are acting so as to keep those trip distances as short as economically feasible.  School and church trips are the shortest, followed by shopping trips.  On the other hand, few people pick friends or relatives based on distance so that social and recreational activities will extend over the entire area of a metropolitan region or beyond.

The case of work trip length deserves special consideration.  Over time the average work trip has grown in length.  A number of factors go into this trend.  The most explanatory is perhaps the rising incomes associated with increased specialization of work.   As household incomes rise the ability to decide where to live expands and households avail themselves of that choice.  If one works in a convenience store or fast food chain there is little benefit to working at one farther from home than necessary.  Some chains will actually offer to allow employees to switch between outlets based on convenient access to home.  On the other hand highly specialized employment situations requiring specific job skills will not tend to be broadly distributed but will be concentrated, in a medical complex, university center or research park, etc., so that workers are very unlikely to find such a facility near their home or to find the housing they might prefer near by.  This is emphasized by the fact that approximately 70 percent of American workers live in a household with other workers and therefore optimizing one person's access to a job site may well place the other worker(s) in the household at a relative inconvenient distance from their work.  Additionally, the high rates of job change in modern employment, coupled with high transaction costs of moving their residence, make it infeasible for employees to shift home locations in response to each job change.  Figure 2.1 shows the trends in work trip lengths versus other trip lengths.

**Figure 2.1     Work Trip Length versus All Other Purposes**



Many other factors act to generate friction re home changes at the same time that increasing job specialization may increase the distances to desirable jobs. Not the least of the frictional factors is overall housing costs and housing transaction costs; as metropolitan areas expand the more affordable housing may only be available at extensive distances from the central city or suburban job centers. It is clear that many households do not select their home locations based on convenient access to their employment. Other factors such as schools, safety, and amenities often dominate consideration. Housing restrictions and regulation also can play a part. As transportation costs, in travel time and private vehicle operating costs or transit fares rise, these preferences may end up needing to be compromised.

## Overview of Freight Travel

Figure 2.2 below shows the distribution of truck travel by range as one measure of freight activity. More than half of trucking occurs in the segments under 100 miles. These trips will involve the myriad activities of local goods movement travel; store deliveries, construction vehicles, service truck operations, etc. that serve the community.

**Figure 2.2   Truck Movements by Mileage**



Source:   Freight Facts and Figures 2007.

A more detailed typology of travel is presented in Figure 2.3 (Typology) below which recognizes the eight main surface transportation categories of activity. At the state and regional level, and even the community level, almost all of these activities are happening on a daily basis interacting with our cities and neighborhoods and our lives. So many of the activities that are served by our transportation system go unnoticed and are simply taken for granted on an average day.

Again, it is imperative to recognize that all of these elements are part of the economic and social fabric of our states, regions, and local communities. It is most significant that there is no statistical structure in transportation that can by itself quantify the scale and scope of all of the elements in this list. We cannot gain a full scale picture of the proportions of each segment involved. Some notable points include that, contradictory to most views about passenger transportation, commuting is a small and declining part of local passenger travel – less than 20 percent of local travel, (i.e., the first two items on the list). The lesson for transportation is that this means that if all commuters stayed home the demands on our transportation system would still be very substantial. The share held by intercity passenger travel versus local travel is estimated to be on the order of 25 percent, varying substantially by area of the country based on estimates developed in the 1995 American Travel Survey of the U.S. DOT. The other elements have only local anecdotal statistical descriptions. Similar statements can be made about freight. Whereas passenger statistics are stronger at the local level and weaker on intercity activity the opposite is true of freight.

## Figure 2.3   Typology of Trips

COMMUTING

OTHER RESIDENT TRAVEL
School
Work Connected Business
Personal Business
Shopping
Visit Friends And Relatives
Social/Recreational
Medical Dental
Other

TOURISM
Overnight Visitors
Same Day Visitors
Business Travel

SERVICES
Telephone
Gas
Electric
Cable TV

PUBLIC VEHICLES
Government/Military
Police
Fire
Ambulance
Refuse
Road Construction/Maint.

URBAN GOODS MOVEMENT
Couriers
Store Delivery
Home Delivery
Office Delivery
Services/Repair

THROUGH PASSENGER TRAVEL
Business
Social Recreational
Visit Friends/Relatives

THROUGH FREIGHT TRAVEL
Agriculture
Construction/Manufacturing
Wholesale/Retail
Import/Export

# ■ 2.2  Interstate Commerce and International Trade

When we think of interstate commerce and international trade we most directly connect it with freight movements, but passenger travel in the form of business travel and recreational travel are important economic factors in our economy.  This is discussed below under the heading of Long-Distance Travel and Tourism.

## Freight

The freight side of the picture has seen prodigious growth in recent decades.[2]  In part this is the natural product of growing population and growing incomes.

The United States has enjoyed continued growth in gross domestic product, which drives freight demand.  Figure 2.4 shows average annual gain in real gross domestic product, by period.  The real gross domestic product is corrected for inflation.  The period from 1932 to 1940, and each of the decades after that are shown in terms of the annual average growth rates.  From 1932 to 1940, and in the 1940s, the United States economy grew very rapidly at over 7 percent per year.  Both of these periods were unique.  In the period 1932 to 1940, this rapid growth was due to the economic recovery from the great depression, which began in 1932 and which was assisted by public works spending.  World War II and the late 1940s was a period during which the U.S. economy grew while industries in other countries had been destroyed.

The 1950s, and 1960s showed very strong growth rates per year, near 5 percent or more, and this was the period of initiation of the Interstate highway program, which had a dramatic impact on the growth of the U.S. economy.  The decades of the 1970s, 1980s, and 1990s showed average annual growth rates of 3.5 percent or more.  In the 1970s. which had growth rates slightly higher than the 1980s or 1990s, the economy weathered oil price shocks.  In the 1980s, the economy weathered the savings and loan crisis, and in the 1980s and 1990s, the economy has weathered the relative slowdown in infrastructure investment compared to earlier periods.  Thus, although there have been periods of recession, long-term trends have remained positive, although the economy has grown less robustly when infrastructure investment has not been adequate than during the periods of more aggressive investment in infrastructure.  Freight travel growth has remained strong.

---

[2] Freight Facts and Figures, 2007, prepared by the Office of Freight Management and Operations of the FHWA, is heavily relied on in this section.

### Figure 2.4   Real Gross Domestic Product Growth by Period



Source:   U.S. Department of Commerce

Even in the lower growth period of the 26 years from 1980 to 2006, population grew about 32 percent and Gross Domestic Product, GDP grew by 123 percent in the same time period. This means that the per capita GDP grew by almost 70 percent in the period. Similar growth expectations for the future would indicate that we should also therefore expect greater distribution and consumption of goods by businesses and households in the future GDP was projected to increase by 39 percent from 2005 to 2014 and population to grow at about 9 percent, again producing substantial increases in income per capita, largely occurring during the period of the next surface transportation reauthorization.

Aside from the general population and income growth, the nature of freight movement has also changed as a result of a far greater international trade component to many freight moves. This means changing patterns of movement as well as longer typical lengths of shipment. Another significant part of the pattern shift has been in Mexican and Canadian trade flows emanating from the NAFTA since 1994.   To illustrate, Figure 2.5 below (value of trade by district) shows the dramatic growth in the value of trade flows along our borders.

**Figure 2.5   Value of Trade Flows by Customs District**



Overall forecasts of freight flows by all modes in the period from 2006 to 2035 by both tons and value are shown in the Tables 2.2 and 2.3 (weight and value) below. Expectations are that freight movements, as measured in tons will grow in the range of 75 to 80 percent in the period with air freight and air/truck freight flows forecast to quadruple. The overall value of goods shipped is forecast to nearly triple in the period indicating a growing emphasis on the speed, reliability and control of movements. Overall values of goods shipped are expected to grow in the range of 3 to 3.5 percent per year, contrasted to the forecast of tonnage growth of around 2 percent per year. Of course, these forecasts, like all forecasts, are subject to uncertainty. The growth of global freight flows may moderate under higher prices for petroleum based fuels which are used for almost all freight modes. The current economic downturn, while affecting growth rates in the very near term, should not have a significant effect on the 2035 forecasts. Economies traditionally after a downturn recover their previous growth rates and make up for lost ground. Truck flows comprise about 60 percent of total tonnage now and are forecast to maintain that share in the future, with approximately two-thirds of the domestic flows by truck. The truck share by value is forecast to drop between 2006 and 2035 from 65 percent to 57 percent, but this is due to the astronomical growth in both air and air/truck and intermodal moves which are also heavily truck related. Both rail and waterborne flows are forecast to continue to decline in their share of the value of goods moved.

**Table 2.2    Forecasts of Freight Weight Shipped by Mode**
*Millions of Tons per Year*

|  | 2006 Total | 2006 Domestic | 2006 Exports | 2006 Imports | 2035 Total | 2035 Domestic | 2035 Exports | 2035 Imports |
|---|---|---|---|---|---|---|---|---|
| Total | 20,974 | 18,985 | 620 | 1,369 | 37,212 | 33,668 | 1,112 | 2,432 |
| Truck | 12,659 | 12,389 | 169 | 101 | 22,814 | 22,231 | 262 | 320 |
| Rail | 2,040 | 1,905 | 41 | 95 | 3,525 | 3,292 | 57 | 176 |
| Water | 688 | 582 | 48 | 58 | 1,041 | 874 | 114 | 54 |
| Air, Air and Truck | 15 | 5 | 4 | 6 | 61 | 10 | 13 | 38 |
| Intermodal | 1,503 | 194 | 353 | 956 | 2,598 | 334 | 660 | 1,604 |
| Pipeline and Unknown | 4,068 | 3,909 | 6 | 153 | 7,172 | 6,926 | 5 | 240 |

**Table 2.3    Forecasts of Freight Value Shipped by Mode**
*Billions of Dollars per Year*

|  | 2006 | | | | 2035 | | | |
|---|---|---|---|---|---|---|---|---|
|  | Total | Domestic | Exports | Imports | Total | Domestic | Exports | Imports |
| Total | $14,935 | $12,104 | $1,128 | $1,703 | $41,869 | $29,592 | $3,392 | $8,884 |
| Truck | 9,765 | 9,069 | 428 | 267 | 23,767 | 21,655 | 806 | 1,306 |
| Rail | 430 | 319 | 33 | 77 | 702 | 483 | 63 | 156 |
| Water | 102 | 75 | 10 | 17 | 151 | 103 | 31 | 18 |
| Air, Air and Truck | 1,048 | 271 | 351 | 426 | 5,925 | 721 | 1,548 | 3,655 |
| Intermodal | 2,096 | 904 | 304 | 888 | 8,966 | 4,315 | 943 | 3,708 |
| Pipeline and Unknown | 1,494 | 1,466 | 1 | 28 | 2,357 | 2,315 | 1 | 41 |

When tonnage moved is examined more closely to see the kinds of products moving it is clear how significant energy products are in freight movement – 5 of the top 10 commodities moved are energy sources, constituting a third of all tonnage moved, as shown in Table 2.4, with the energy freight tons highlighted. This also suggests that as substitutes are found for fossil fuels, the tonnages that will need to be moved in the national freight system could diminish substantially.

**Table 2.4    Tons of Freight by Commodity (Millions)**

| Total | 19,326 |
|---|---|
| Natural Gas and Related | 2,687 |
| Gravel | 2,048 |
| Cereal Grains | 1,330 |
| Crude Petroleum | 1,284 |
| Coal | 1,261 |
| Nonmetal mineral products | 1,138 |
| Gasoline | 1,090 |
| Waste/Scrap | 926 |
| Fuel Oils | 560 |
| Natural Sands | 557 |

Source:   Commodity Flow Survey, 2002.

The North American Free Trade Agreement (NAFTA) trade has been an important part of the recent growth in freight movements. The Figure 2.6 (NAFTA growth) below shows the dramatic growth rates in all of the flows in the NAFTA trade ranging from 50 percent to 85 percent growth in eight years. These movements are predominantly by truck but rail movements are growing rapidly. Canada and Mexico traditionally have been our major trading partners but China surpassed Mexico in 2006. Although the NAFTA trade in May 2008 was down slightly from the previous month it was still up almost 7 percent from the previous May.