# Exhibit 22-Part A

(Prystowsky Declaration)



# Evaluation of U.S. Commercial Motor Carrier Industry Challenges and Opportunities

## Final Report

March 31, 2003

ICF Consulting
9300 Lee Highway
Fairfax, Virginia 22031
Tel  703-934-3000
Fax  703-934-3740

Contact:  Sergio J. Ostria

With George L. Edwards and Associates

# Contents

1  INTRODUCTION ..................................................................................................1

2  INDUSTRY OVERVIEW .......................................................................................3

3  STUDY METHODOLOGY .....................................................................................9

4  RISING INSURANCE COSTS ............................................................................12

5  HOURS OF SERVICE RULE CHANGES ...........................................................15

6  FUEL PRICE VARIABILITY ................................................................................19

7  URBAN CONGESTION AND TRAVEL TIME RELIABILITY ...............................22

8  NEW EMISSIONS AND FUEL STANDARDS ....................................................25

9  DRIVER WAITING AND LOADING TIMES ........................................................27

10  SECURITY CONCERNS ....................................................................................32

11  DELAYS AT PORT FACILITIES .........................................................................35

12  SUMMARY .........................................................................................................39

# 1 INTRODUCTION

## 1.1 Purpose

The U.S. commercial motor carrier industry is facing a number of challenges that threaten to erode its productivity and compromise the high level of service currently provided to shippers. Heightened security presents a challenge, particularly for carriers of hazardous materials. Marketplace shifts and deteriorating transportation system performance can contribute to difficult operating conditions for motor carriers. Other challenges include regulatory actions concerning safety and the environment that could potentially impose significant cost and service disruptions on trucking companies.

Because the motor carrier industry is so vital to the U.S. economy, these challenges demand attention. The purpose of this study is to identify and assess the challenges, and to discuss possible public and private sectors strategies to mitigate their negative effects.

The remainder of this section presents an overview of the study findings, focusing on possible solutions. Section 2 presents an overview of the commercial motor carrier industry, including a description of the industry's principal segments, their basic operating characteristics, and some data on the size and level of activity of the various segments. Section 3 describes the study methodology, including the selection of issues for analysis and the characteristics of the organizations that were interviewed as part of this work. Sections 4 – 11 discuss each of the major challenges and issues assessed in the study, including the causes of the issue and its effects on the motor carrier industry, possible solutions, and needs for additional research. The last section is a complete summary of the study findings.

## 1.2 Summary of Findings

According to the motor carrier industry experts interviewed for this study, the issues that pose the greatest threat to trucking productivity[1] and service quality are: rising insurance costs, changes to the hours of service rule, and fuel price volatility. Nearly all interviewees placed these three issues near the top of the list in terms of importance. Interviewees identified three other issues as being somewhat less pressing but potentially having significant negative effects: urban congestion, new emissions and fuel standards, and driver waiting and loading times. Two other issues assessed in this study, security concerns and delays at port terminals, were not considered important by most interviewees, the former because major new security regulations have yet to be implemented, and the latter because the issue affects only a small segment of the motor carrier industry. A summary of the findings for each major issue studied is provided below.

**Rising Insurance Costs** – Rising insurance premiums are caused by two factors: poor performance of insurance company investments and an increase in expected pay-outs due to rising damage awards and the effects of 9/11. Many carriers feel the problem can only be solved though tort reform to limit damage awards. Carriers have responded to rising insurance premiums by relying more on self-insurance and forming risk retention groups. Many have also sought to bring down insurance rates by reducing their accident risk though driver safety programs. There may be a government role in promoting the expansion of existing industry safety programs to share information and voluntarily achieve higher safety standards.

**Hours of Service Rule Changes** – The nature of the expected HOS rule changes is not publicly known at this time. While HOS rule changes would likely increase highway safety, more restrictive rules could

---

[1] Productivity is generally measured in terms of output obtained for a given level of input. For the trucking industry, productivity can be measured in terms of cost per mile or per ton-mile, labor hours required to deliver a cargo shipment, revenue per tractor, revenue per employee, and other measures.

make vehicle and driver scheduling less flexible, and possibly raise the cost or lower the quality of service that trucking firms can provide. The greatest effect of a changed HOS rule would fall on the regional and long-haul for-hire truckload firms. Alternative approaches to regulating HOS have been proposed. Some policy-makers have suggested that the Fair Labor Standards Act should be applied to the motor carrier industry to require overtime pay. Another alternative, possibly to complement HOS regulations, is a voluntary program that encourages the use of best practices. Such a program could encourage information sharing and adoption of safety performance management practices through a branding program that would recognize firms that achieve a superior level of safety performance.

**Fuel Price Variability** – Many motor carriers have little ability to absorb rapid changes in fuel costs. Historically, trucking firm bankruptcies have been closely correlated with fuel price increases. Larger motor carries employ a number of strategies to hedge against changes in fuel price, including the use of swaps and options, or purchasing fuel on the spot market or at the wholesale level. While many view public sector intervention in the issue of fuel prices as inappropriate, several bills have been introduced recently in Congress that attempt to mitigate the effect of fuel price changes (particularly on smaller carriers) by requiring carriers to apply a fuel price surcharge on shippers.

> *While we do not explicitly address the effects of technological change in our discussion of productivity, it is important to note the following:*
>
> - *New technologies, such as advanced materials and alternative fuels, will likely increase the efficiency and productivity of the motor carrier industry over time.*
>
> - *In many cases, new technologies employed to make the motor carrier industry more efficient will also improve safety, reduce vehicle emissions, or result in other socially desirable outcomes.*

**Urban Congestion and Travel Time Reliability** – Urban congestion causes an increase in travel times for motor carriers, and worse, a reduction in travel time reliability. If possible, carriers respond to congestion by selecting alternative routes, shifting to off-peak periods, or scheduling trips with a greater travel time buffer. A variety of strategies can reduce the extent of congestion or at least make it more tolerable. For example, truck drivers and dispatchers can make use of real time traffic information systems to help minimize delay. Greater benefits could be realized if carrier route planning systems were integrated with measures of travel time reliability. There has been recent interest in truck-only lanes or truck freeways as a way to serve goods movement, reduce congestion, and improve highway safety. Toll-financed truck facilities are being considered in Southern California and Virginia.

**New Emissions and Fuel Standards** – There is widespread concern that the new emissions standards for heavy-duty engines, which began October 1, 2002, will cause lower fuel economy, lower horsepower, and the possible need for more frequent engine maintenance. Because of these side effects, particularly uncertainty over engine reliability, motor carriers have been reluctant to purchase the newly certified engines. Instead, fleets have been purchasing larger numbers of older engines, and also holding on to their current trucks longer than they normally do. It is too soon to determine how the new emissions standards have affected fuel economy. However, it appears that the industry's fears about fuel costs and maintenance problems with the new engines have been exaggerated. The emissions standards that will take effect in 2007 pose a far greater challenge for engine makers, and may generate more concern about reliability and performance.

**Driver Waiting and Loading Times** – Long waiting and loading times for truck drivers impose substantial costs on the motor carrier industry. For the most part, this problem affects for-hire truckload

carriers only, and according to a Truckload Carriers Association study, is worst in the grocery sector[2]. At its core, the problem results because shippers do not directly bear the cost of the driver and equipment delay they cause. One possible solution is to change shipper/carrier contracts so they address wait times and allow for detention charges if necessary. Other strategies involve changes to loading dock practices, such as allowing 24-hour delivery or providing a mechanism for the delivery of freight that arrives early. Some have argued that cooperative industry efforts or voluntary programs could help reduce wait times, such as an industry International Standard Organization (ISO) standard addressing loading and unloading practices in detail.

**Security Concerns** – The events of September 11, 2001 focused attention on trucking security, including border crossings, hazardous materials transport, potential contamination of food shipments, and the potential use of a truck trailer to deliver a weapon. Although the heightened focus on security has changed the operating environment for motor carriers, our interviews suggest that, at the moment, motor carriers are not generally feeling adverse productivity effects. Many carriers appear to welcome the increased emphasis on security. New security procedures and regulations for trucking are expected, however, and may result in more significant industry effects. For example, new hazmat carriers regulations being considered include requirements for hazmat carriers to provide armed escorts, pre-notify states about hazmat shipments, track trucks using GPS transponders, employ e-seals, and equip tractors with electronic ignition locks. If adopted, the cost and productivity effects of some of these proposals (such as armed escorts) would be significant. Some carriers have suggested that federal action is needed to revise the definitions of hazardous materials because the current definitions are excessively broad and may prevent attention and resources from being focused on shipments that pose the greatest threat

**Delays at Port Facilities** – Delays at port facilities and poor chassis condition at ports are serious issues, but affect only a small segment of the motor carrier industry. Similar to shipper loading docks, port facilities can impose long wait times on truckers with impunity since the ports do not bear the economic cost of the delay. But the long wait times at port facilities are caused by a set of factors that are fairly distinct from the wait times encountered at other shipper facilities, including lack of sufficient gates, limited hours of terminal operation, poor chassis maintenance, connector road congestion/poor roadway design and vessel bunching. Overcoming some of the barriers to more efficient port gate operation, such as longer operating hours and full automation of paperwork, will require a negotiated settlement between labor and port management. Other more practical solutions include use of reversible gates, two-stage gates, specialized gates, or terminal staging areas. Some policy makers have proposed to fine terminal operators whose operations regularly require port drayman to wait in long lines to enter terminals, and such a bill was recently signed in California. Several states have passed laws to address the issue of poor chassis condition at ports, and ATA has urged implementation of a national rule on chassis roadability.

## 2   INDUSTRY OVERVIEW

Trucking is the backbone of the nation's freight system, carrying 85 percent of domestic cargo by value and 70 percent by weight.[3] Even freight carried by other modes often depends on trucking to provide access to air cargo, railroad, and seaport terminals. The flexibility of the motor carrier industry has allowed trucking to serve nearly every freight transport market, meeting shipper demands with high levels of service.

---

[2] Mercer Management Consulting. "Just in Time to Wait:" An Examination of Best Practices for Streamlining Loading / Unloading Functions." Prepared for The Truckload Carriers Association. June 6, 2000
[3] *1997 Commodity Flow Survey*, U.S. Census.

*Evaluation of U.S. Commercial Motor Carrier Industry Challenges and Opportunities*  Final Report

The motor carrier industry has evolved tremendously since the Motor Carrier Act of 1980. As a result of deregulation, trucking rates declined significantly, and a more responsive and flexible trucking industry emerged. The elimination of regulatory barriers to entry, and particularly the requirement for route and commodity-specific operating authority, permitted the rise of the truckload sector that has brought huge gains in productivity. It was this development that allowed guaranteed just-in time (JIT) deliveries and all the other features that brought the evolution of advanced logistics systems and supply-chain management.

Over the last decade, growth in trucking ton-miles has accelerated significantly and at a faster rate than GDP, but in line with growth rates in manufacturing. As shown in Figure 1, both goods production and intercity trucking ton-miles have nearly doubled since 1980.

**Figure 1: Change in Trucking Ton-Miles and U.S. Goods Production Since 1980[4]**



In addition to absolute growth, trucking has been gaining a larger share of the freight market. Trucking's share of domestic intercity freight ton-miles (non-pipeline) grew from 29 percent in 1980 to 35 percent in 1998.[5] Reasons for this mode shift include:

- Just-in-time inventory practices. Manufacturers that employ JIT systems strive to minimize on-site inventory by coordinating their supply deliveries with production schedules. This requires smaller, more frequent and more reliable inbound shipments – characteristics that typically favor trucking over rail.

- Manufacturing and warehouse location patterns. Manufacturing and warehousing have migrated from urban areas to suburban or rural locations, often in search of cheaper land and labor. Longer hauls by truck carriers are required to connect more distant supply, production and consumption facilities. At the same time, these facilities are increasingly inaccessible by rail.

- Reliable highway network. The completion of the Interstate Highway System has linked virtually the entire nation by a safe and reliable network of four-lane highways ideally suited for truck transport.

The flip side of the competitive, responsive trucking industry is that some carriers are very sensitive to changes in the marketplace and regulatory environment. Profit margins among publicly traded truckload

---

[4] *Transportation in America 1999*, Eno Transportation Foundation, 2000 and U.S. Department of Commerce, Bureau of Economic Analysis.
[5] *Transportation in America 1999*.

motor carriers are typically close to or under five percent. Driver turnover is high in some industry segments. As a result, it's possible for significant changes to the business environment to force large numbers of motor carriers into bankruptcy. Because so much of the U.S. economy relies on trucking, such a development could ripple throughout the economy with profound effects.

The remainder of this section further describes the trucking industry. We sub-divide the industry into its principal segments, describe their basic operating characteristics, and provide some data on the size and level of activity of the various segments. The principal sub-divisions of the industry, together with associated revenue and VMT estimates for 2000, are shown in Table 1.

There are three major lines of division within the industry. One is between long haul and short haul: between companies that provide primarily intercity services and companies that provide service within a metropolitan region and its outlying areas and perhaps to nearby cities. Second, there is the divide between the for-hire and private-carriage segments. The former is the firms that move the goods of others for payment—probably what most people think of as the "trucking industry." The latter are firms that use their own trucks and drivers to move their own goods. When their trucks are returning empty, many private carriers will move the goods of others for hire; some will not. The third division splits the for-hire segment into two principal classes: truckload (TL) and less-than-truckload (LTL). TL carriers move truckloads of goods direct from origin to destination. LTL carriers consolidate, haul, and distribute goods through a network of terminals in less-than-truckload lots. These segments are discussed below in greater detail.

Table 1: 2000 Revenue and VMT Estimates by Industry Segment (billions)[6]

|  | Long-haul and regional | | | | Short-haul and local | |
|---|---|---|---|---|---|---|
|  | For-hire | | | Private | For-hire | Private |
|  | TL | LTL | Other[7] |  |  |  |
| Revenue | $97 | $26 | $31 | $123 | $76 | $122 |
| VMT | 77 | 8 | N/A | 81 | 30 | 50 |

## 2.1  Long Haul and Short Haul

One major division within the industry is between long haul and short haul. Selecting a point of demarcation is inherently somewhat arbitrary. For the estimates in Table 1, we have chosen 150 miles as the average length of haul that is the border between short haul and long haul. Note that many industry observers will speak of a distinction between local and short haul carriage, the latter having longer moves. Most truckers also make a clear distinction between regional and long haul operation, the latter having the longer runs. The estimates in Table 1 do not make these distinctions.

---

[6] The estimates in this table are derived by ICF Consulting from a variety of data sources, including the 1997 Economic Census, the 1997 Vehicle Inventory and Use Survey (VIUS), the FMCSA database of for-hire carriers, ATA's *North American Truck Fleet Directory*, University of Michigan Professor Francine Lafontaine, and publications from Transportation Technical Services including *The Motor Carrier Industry in Transition, Blue Book, America's Private Carriers*.

[7] "Other" includes package service with $24 billion in revenue (mostly UPS) and household good movers with approximately $7 billion in revenue.