# Exhibit 22-Part B

(Prystowsky Declaration)

## 2.2   For-Hire Service

The major division in the for-hire industry segment is between truckload (TL) and less-than-truckload (LTL) service. The distinction is a simple one. A truckload firm moves a shipment, a full truckload, or close to it, directly from origin to destination. A LTL operation collects small shipments from local pick-ups, moves them over the road between terminals in truckloads, breaks them up at the destination terminal, whence it makes local deliveries. For-hire firms also include household goods and parcel-delivery firms.

### *Truckload companies*

Total TL revenue is about $110 billion, of which about $97 billion is from long-haul service. These firms own an estimated 770,000 tractors; of these, approximately 660,000 are in long-haul service. There are approximately 53,000 TL firms. This is a stark contrast with the LTL sector where there are fewer than 1,000 firms in total and less than 40 firms account for almost all the business. Among the TL firms, 40,000 are very small, with five or fewer tractors. This group includes the owner-operators, those that are genuinely independent firms with their own customers. There are roughly 300,000 owner-operators in total, but the great preponderance of them are working under leases to larger TL companies such that they are, in effect, part of the capacity of those companies and not firms seeking business for their own account.

Aside from the owner-operators, there are still 13,000 or so TL companies, a large number compared to any other segments of the for-hire business. As shown in Table 2, a substantial share of the revenue is with small and middle-sized TL firms. Assuming annual revenue of $125,000 per tractor[8], a company with 100 tractors has revenue of $12.5 million—not a big company. But firms with fewer than 100 tractors have around 43 percent of sector revenue. If we go up to 500 tractors, revenue of $62.5 million, we find 68 percent of total TL revenue going to firms with less revenue than that.

**Table 2: Truckload Carrier Revenue by Firm Size**

| Number of Tractors | (millions) Revenue | Percent |
|---|---|---|
| 1 – 5 | $9,768 | 8.9% |
| 6 – 24 | $12,369 | 11.2% |
| 25 – 99 | $25,597 | 23.3% |
| 100 – 499 | $27,250 | 24.8% |
| 500+ | $35,059 | 31.9% |
| Total | $110,042 | 100% |

The truckload business is an example of an industrial sector where something like atomistic competition actually prevails. This fact is reflected in the tight average operating ratio of this segment, 95.0 percent. A truckload company is analogous to a tramp-steamer company in the ocean-freight business. The trucks do not operate on fixed routes and schedules; they go where the loads are. It is a bit difficult to generalize about operating patterns of TL firms. Some firms will concentrate in a particular region, some in very

---

[8] This figure is used by Transportation Technical Services in the 2002 edition of the *National Motor Carrier Directory* to estimate TL revenue. Discussions with TL firms and industry experts confirm that this is an acceptable basis for an approximate estimates.

specific traffic lanes, and some will criss-cross the nation, taking the best loads, in a business sense, as they find them. A TL company's dispatching staff live in a complex world, where they are constantly trying to make optimal decisions as to how to allocate their equipment and drivers to the available loads, bearing in mind a host of cost considerations.

Regarding the 40,000 owner-operators noted above, those with five or fewer tractors can support neither a sales force nor a dispatch center. Typically, such companies function in one of two ways. Some of them will get their business from one or two customers with whom they have contracts, or some kind of arrangement, to haul loads among a few points. Others may put their principal reliance on trucking brokers who provide, in effect, their marketing and dispatch functions. As companies increase above the minimal size, there will be at least one person devoting time to sales and dispatch, and then as revenues increase, there will be groups for these functions.

Truckload companies do not have terminals in any meaningful sense. Most companies will have a home terminal, but it is principally a site for offices, maintenance facilities, and a place to park tractors and trailers when they are not on the road. Some companies that serve large geographic areas will have multiple bases, but others will not.

Note that many TL companies are plagued with a very high rate of driver turnover; retention of drivers is a major issue in the TL sector. This is not generally the case in LTL and private operations. Part of this stems from better pay and benefits in these latter sectors; and part of this is because many of these companies either employ union drivers or must compete with union employers to obtain good drivers. But high driver turnover among TL carriers is also likely due to the irregular and often-shifting work times of TL operation and the amount of time on the road and away from home that drivers must incur.

### Less-than-truckload companies

As already noted, LTL companies are a sharp contrast with TL firms, both in degree of concentration and in mode of operation. Thirty-five companies receive 85 percent of LTL sector revenue. The seven largest LTL concerns have combined revenue of $13.7 billion, about half the sector total.

While the LTL sector has a much higher degree of concentration than does the truckload business, it is much smaller, with total revenue of $27 billion, compared to about $110 billion in the TL sector. There are over almost 500 LTL companies that list themselves as having average hauls of less than 150 miles. Some of the service they provide would be local LTL movement in the sense that actual origin and destination are within 150 miles of each other. A good part of their service would also be provision of pick-up and delivery service under contract with a larger LTL company that uses a local concern to avoid investing in a terminal in that area.

In order to operate its business, whether regional or national, a LTL firm requires a set of terminals. Each terminal will have a force of pick-up and delivery drivers. Typically, they go out in the morning with loaded trucks, make deliveries, spend the afternoon picking up loads, and return to the terminal at the end of the day with outbound loads. These loads are moved across t Wolfe, Michael, for delivery the following morning, when the pick-up and delivery cycle is repeated. Some loads may be going out of a carrier's region; they would be handed over to another LTL firm for onward movement to a destination at one of the other company's terminals. That is the general pattern of operation in a regional LTL company.

For the "national" LTL firms, those that provide long-haul service and have average lengths of haul in excess of 1,000 miles, the operation is somewhat more complicated. These companies will have a set of major hub terminals, each of which has a large number of satellite terminals. Line-haul moves will often be from satellite to hub to hub to satellite. In some circumstances, a trailer may go directly from a satellite

to a hub in another region. Where the line-haul is more than 500 miles, moves are frequently handled with either teams or relays. (The national LTL companies are usually thought of as Roadway Express, Yellow Freight System, ABF Freight System, Overnite, and FedEx Freight.)

## 2.3   Private Carriage

For-hire truckers are in the business of carrying other people's goods. Private carriers are firms that choose to carry their own goods. Generally, private carriers do this because they are very sensitive to requirements for timely and reliable service, either because of their own methods of supply-chain management or those of their customers. Some private carriers also use their drivers to handle delivery to customers as part of their customer-relations efforts.

Private carriers pay a price for moving their own goods. The alternative in most cases would be for-hire truckload service; private carriage is somewhat more costly than truckload – a premium of a little more than ten percent on a truck-mile basis.[9] Several factors may account for this difference: the high level of service that private carriers provide themselves which would include a higher ratio of empty miles to loaded miles; economies of specialization realized by truckload companies; and generally more expensive pay-and-benefits packages for private drivers. Many private carriers try to offset this cost differential by seeking loads on a for-hire basis for their backhauls that would otherwise be empty.

Information on private carriers is more limited than is the case with for-hire carriage. Private carriers are not treated as trucking companies by many data gathering efforts. Private carriers may range in size from a handful of small trucks used in local delivery to thousands of tractors in long-haul service. We estimate that about 700,000 tractors and drivers are employed in private, long haul service. Perhaps 100,000 tractors are in short-haul service together with a much larger number of straight trucks. Imputed revenues have been estimated for private carriage: $123 billion in long-haul service and $122 billion in short haul service.[10]

An important point is that private short-haul operations include a great deal of truck movements that do not involve carriage of goods. These involve trucks that carry people and equipment to places where they are needed to provide services of one kind or another. This includes: service trucks belonging to utility companies; trucks of a variety of types of service contractors—plumbers, electricians, roofers, landscapers, etc.; trucks taking crews and equipment to construction sites; dump trucks; trash trucks; and other like vehicles. Otherwise, a great deal of short-haul private carriage is local distribution—movement of snack foods, baked goods, beverages, fuels, etc. to wholesale or retail points, and retail deliveries to households and offices of many kinds of goods.

It is difficult to generalize about private-carriage patterns of operation. In short haul service, a driver starts from a store or warehouse and makes a circuit of deliveries in the region, frequently covering the same approximate route every day. In long-haul operations, there can be considerable variety. A firm may ship, for example, from a single national point to a small number of regional distribution centers which, in turn, ship to a large number of stores or more distribution centers. Multiple drops are quite common: a driver leaves a factory or warehouse with a full trailer and makes several delivery stops before returning home. Some runs of this nature require the driver to spend several days on the road, just as a TL driver would. There will be other private operations in which the drivers never spend a night away from home.

---

[9] Transportation Technical Services. *America's Private Carriers*, 1999, p. 101.
[10] Transportation Technical Services. *The Motor Carrier Industry in Transition* 2001, p. 29. Estimates for 1999 were adjusted to 2000 with general-freight growth factors from the Economic Census.

Some firms arrange for their private carriage on a contract basis; they outsource their carriage to a contractor, usually a truckload company that dedicates an agreed number of trucks and drivers to a private carrier's service. Since the equipment and drivers are under the control of the private carrier, such an operation behaves in the same way as any other private carrier.

# 3   STUDY METHODOLOGY

## 3.1   Issue Identification

The intent of this study is to focus on the most important issues facing the motor carrier industry. A screening process was used to identify these issues. We first created the following comprehensive list of all possible issues through a review of industry trade publications, discussions with industry experts, and internal staff brainstorming.

- Urban congestion and travel time reliability
- Access to port facilities
- Hours of service rules
- Security concerns
- Safety concerns and NAFTA
- Driver turnover
- Rising insurance costs
- New emissions and fuel standards
- Truck size and weight limits
- New ergonomics regulation

- Introduction of truck toll roads
- Fuel price volatility
- Long driver waiting and loading times
- Shortage of vehicle mechanics
- Growth in time-sensitive delivery requirements
- Growth in intermodal/containerized freight
- Demands for new information technologies

## 3.2   Issue Selection

We identified the following criteria for assessing the importance of each issue and the appropriateness of including the issue in the study:

- The issue has potentially significant effects on motor carrier productivity.

- The issue is an emerging issue, likely to grow in importance in the future.

- The issue is likely to have present or near-term effects.

- The issue warrants additional study.

- There are opportunities for a public or private sector response to the issue.

Upon further review, the following three issues were determined to be inappropriate for study consideration: growth in time-sensitive delivery requirements, growth in intermodal/containerized freight, and demands for new information technologies. These issues are fundamentally different from the others in that they reflect customer-driven market shifts internal to the industry, rather than external forces that bear on motor carriers. In other words, they represent a long-term shift in the nature of the market rather more than a disruption to the industry. As such, there is little opportunity for public or private response to these issues other than to serve customer demands.

We presented a list of potential issues to seven motor carrier industry experts (primarily trucking company executives) and asked them to rank or discuss the issues in terms of importance. Industry experts were asked to apply the five criteria listed above in making their assessment. Interviewees were provided the opportunity to identify additional challenges that were not on the list.

Table 3 shows the ranking of each of the issues provided by the interviewees as well as an average rank and an overall rank. Two respondents declined to numerically rank the potential issues, preferring instead to discuss the potential effects of each issue and qualitatively assess its importance. To integrate these responses with the numerical rankings, we assigned issues with "high" importance a score of 3 and issues with "low" importance a score of 10. Responses were fairly consistent, with some notable exceptions. Rising insurance costs were ranked first or second by all but one respondent. Four respondents ranked fuel price volatility in the top three issues, although it ranked low with the two largest carriers. All interviewees placed the hours of service rule among the top six issues. Most interviewees gave urban congestion and travel time reliability a rank of between fourth and seventh. There was more variation in the assignment of rank to driver waiting and loading times and security concerns.

Some of the differences in responses are undoubtedly caused by differences in carrier type. For example, the ergonomics issue is more important to LTL carriers, who do more loading and unloading of vehicles on their premises. Rising insurance costs may be more significant to smaller carriers, who are unable to self-insure. Larger firms may be less concerned about fuel price volatility because they are better able to use strategies that provide some insulation against fluctuations.

**Table 3: Issue Ranking Interviews**

| Issue | Mid-sized TL | Mid-sized TL | Mid-sized TL | Mid-sized LTL | Retired Industry Expert[11] | Broker-3PL | Large LTL | Average | Overall Rank |
|---|---|---|---|---|---|---|---|---|---|
| Rising insurance costs | 1 | 1 | 1 | 7 | 2 | 3 (High) | 3 | 2.6 | 1 |
| Hours of service rules changes | 3 | 4 | 5 | 1 | 6 | 3 | 3 | 3.6 | 2 |
| Fuel price volatility | 2 | 3 | 2 | 10 | 1 | 10 (Low) | 10 | 5.4 | 3 |
| Urban congestion and travel time reliability | 5 | 5 | 4 | 5 | 7 | 3 | 10 | 5.6 | 4 |
| New emissions and fuel standards | 4 | 6 | 7 | 3 | 10 | 3 | 10 | 6.1 | 5 |
| Driver waiting and loading times | 10 | 2 | 3 | 9 | 4 | 10 | 10 | 6.9 | 6 |
| Security concerns | 11 | 10 | 8 | 4 | 5 | 3 | 10 | 7.3 | 7 |
| Truck size and weight limits | 9 | 14 | 10 | 11 | 11 | 3 | 3 | 8.7 | 8 |
| Driver turnover | 6 | 8 | 6 | 13 | 8 | 10 | 10 | 8.7 | 9 |
| Ergonomics regulation | 8 | 7 | 14 | 2 | 15 | 10 | 10 | 9.4 | 10 |
| Safety concerns and NAFTA | 13 | 9 | 11 | 6 | 12 | 10 | 10 | 10.1 | 11 |
| Shortage of vehicle mechanics | 7 | 11 | 12 | 12 | 9 | 10 | 10 | 10.1 | 12 |
| Introduction of truck toll roads | 12 | 12 | 9 | 8 | 14 | 10 | 10 | 10.7 | 13 |
| Delays at port terminals | 14 | 13 | 13 | 14 | 13 | 10 | 10 | 12.4 | 14 |
| Insufficient knowledge of cost structure | | | | | 3 | | | | |

We recognize that the motor carrier industry is diverse, and that this interview process does not account for all the variation that exists between carriers in terms of fleet size, operating range, geographic location, cargo type, etc. However, the general consistency of the interview responses and close correlation of these responses with issue coverage in industry publications suggests that an extensive survey would result in the same top issues.

---

[11] Our interviews included Mr. George Edwards, a retired executive with a trucking firm in the Southeast of the U.S., who currently is an industry consultant.