# Exhibit 23-Part A

(Prystowsky Declaration)

# The STB and the Railroads in a Capacity Constrained Environment

## STB Commissioner Francis P. Mulvey

North American Fertilizer Transportation Conference

Mont Tremblant, Quebec, June 13, 2005



1

# The Railroads and the Surface Transportation Board

- Created by ICC Termination Act of 1995
- Born out of the Deregulation Movement
- Residual Economic Regulation of the Railroads
- Far Smaller Staff and Scope of Authority

