# Exhibit 23-Part B

(Prystowsky Declaration)

3

# STB Mission

- Exclusive authority to approve of rail mergers
- Review rail rates and practices to ensure they are reasonable and not discriminatory
- Approval, including environmental review, of
  - (i) construction of any new rail line or
  - (ii) abandonment of existing lines
- Motor carrier collective ratemaking activities
- Rates for non-contiguous domestic water trade
- Rates for pipelines not carrying energy products



# STB Responsibilities over Rates and Service

- Oversee and Monitor Railroad Practices Nationally
- Enforce the Railroads' Common Carrier Obligation
- Ensure that Rates Charged Captive Shippers are Reasonable
- Assist Railroads in Earning Adequate Revenues
- Calculate the Railroads' Cost of Capital



4

5

# Rate Case Resolution–Large Shipments

- Determination of Market Dominance
- Stand Alone Cost Test—*Fact-based approach rooted in economic reasoning and approved by the courts*
- No Substitute for Preparing a Strong Case with Solid Evidence
- Strive for a Balance between Railroad's Need to Earn Adequate Returns and Shipper's Need for Fair and Reasonable Rates



# Alternative Approaches

SAC approach has been criticized as artificial and overly complex

SAC approach is very costly and time consuming

Only feasible for large shippers

Is it time to look for alternative approaches?
  -- Recent Board decisions suggest openness to proposed rulemaking on SAC changes
  -- April 26th hearing on the SAC process



# Small Shipment Cases

- First Case -- BP vs NS
- Request for Mediation
- If Mediation Fails STB has Issued Procedural Orders
  - --200-day schedule
  - --3 measures of rate reasonableness  RSAM, RSAC>180, RSAC comp



7