# Exhibit 23-Part C

(Prystowsky Declaration)

# Railroad Regulation and Capacity

- STB's Role has Centered on Rate Reasonableness for Regulated Traffic
- Most Commodities are Exempt from Regulation and/or Modally Competitive
- Interstate Commerce Laws and Doctrine Address Reasonableness of Rates and Service
- Shippers want "Fairness"
- What Can and Should the Board Do?



8

# The Railroads' Dilemma

- Improved Earnings Still not Revenue Adequate
- Railroads "Punished" by Wall Street for Making Capital Investments
- Railroads Often Found that Infrastructure Investments Failed to Generate Sufficient Income
- Long term Strategy to Reduce Size of Workforce
- Added Rail Infrastructure is Long-Lived While Demand Increases can be Short-Lived



9

# Growth and Decline of Railroad Mileage




10



Railroad Employment 1939-2003 (in thousands)



# Railroad ROI 1970-2003

12





# Railroad Cost of Capital and ROI

Sources: Annual R-1 Reports and AAR



| | Cost Of Capital | BNSF | CSXT | NS | UP | KCS | SOO | GT | IC |
|---|---|---|---|---|---|---|---|---|---|
| 1996 | 11.9% | 8.6% | 8.9% | 13.0% | 9.3% | 7.2% | 23.5% | 0.0% | 15.2% |
| 1997 | 11.8% | 8.4% | 9.8% | 13.1% | 5.2% | 3.6% | 12.3% | 5.2% | 15.8% |
| 1998 | 10.7% | 9.7% | 8.1% | 10.5% | 2.9% | 9.1% | 4.9% | 3.0% | 13.6% |
| 1999 | 10.8% | 9.5% | 3.8% | 5.2% | 6.8% | 6.4% | 2.5% | 25.4% | 10.0% |
| 2000 | 11.0% | 8.8% | 3.6% | 5.5% | 6.9% | 6.3% | 5.6% | 5.9% | 5.9% |
| 2001 | 10.2% | 7.1% | 4.6% | 8.3% | 7.6% | 7.0% | 5.9% | 4.9% | 4.9% |
| 2002 | 9.8% | 6.4% | 5.2% | 9.1% | 8.6% | 6.5% | 5.7% | 3.1% | 3.1% |
| 2003 | 9.4% | 6.2% | 4.0% | 9.1% | 7.3% | 3.7% | .01% | 4.5% | 4.5% |
| 2004 | N/A | 5.8% | 4.4% | 11.6% | 4.5% | 8.3% | 3.3% | 6.0% | 16.0% |