# Exhibit 23-Part D

(Prystowsky Declaration)

# The Developing Rail Capacity Crisis

Shrinking Workforce and Infrastructure Partly Offset by Productivity Improvements

But Continuous Increase in Traffic Begins to Absorb “Excess Capacity”

Network becomes More Vulnerable to Stochastic Events

A Perfect Storm or the Rail Version of Global Warming



# 2003-2004 Capacity Problems
# A Perfect Storm?

Expanding Economy Led to Surge in Imports

Large Grain Harvests in 2003 and 2004

Growth in Export Coal Market

Crew Shortages due to Wave of Retirements

Equipment Shortages due to Reduced Purchases

Cutbacks in Capital Spending Programs

Tight Capacity in Trucking Industry due to Driver Shortages, Higher Fuel Costs, HOS Rules, etc.



## Intermodal Shipments beginning 1965

12,000,000
10,000,000
8,000,000
6,000,000
4,000,000
2,000,000
0

10,994,000
total

8,066,000
containers

2,928,000
trailers

1965
1975
1980
1982
1984
1986
1988
1990
1992
1994
1996
1998
2000
2002
2004

# Class I Capital Expenditures
## (in billions of current $)





# Carrier Responses to Recent Capacity Problem

More Cars and Locomotives Bought and Leased

Accelerated Hiring and Training of Train Crews

Some Infrastructure Expansion Efforts

Price Rationing of Available Capacity

Railroads Choosing who they will Serve and the Common Carrier Obligation

# Long-Term Rail Capacity Constraint Factors

Demand for Freight Rail Transport Projected to Grow by 60%-70% over Next Two Decades

Railroads' Inability to Earn Cost of Capital

Pressure from Wall Street to Reduce Capital Costs and Improve ROI

Long-Term Contracts Limit Railroad Pricing Flexibility

Railroads tend to Bid Long Term Contract Rates Down to Long Run Marginal Costs