# Exhibit 23-Part E

(Prystowsky Declaration)

# What is The Role of the Public Sector?

Railroads Support Limited Role—Public/Private Partnerships (Alameda Corridor, CREATE)

Railroad Trust Fund Concept

Investment Tax Credits

-Short Lines and the 286K lb. Car Problem

-Class I Access and Limited Fiscal Capacity

- RIM and RIFF



# STB's Service Initiatives



- Board carefully monitors rail trends and performance metrics
- Urge open communication between railroads and shippers in 2004 held carrier/shipper fora in:
  - San Francisco, Atlanta, Kansas City and Houston
- Asked railroads in 2004 to submit their fall peak plans and will ask again this year
- Worked with railroads and shippers on service issues

21

# STB – 2005 Priorities

- Handle first small shipment rate case(s)
- Reassess SAC Approach for Large Shipment Cases
- Improved Customer Service from Carriers
- Examination of Capacity Constraints
- Amtrak Directed Service Mandate



# Rail Consumer Assistance Program

- Facilitates informal solutions to disputes with RR's
- Brings issues to RR's attention rapidly
- Solves Problems without Litigation
- Promotes Rail Service Improvements
- 120 Rail Consumer complaints handled in 2004
- Over 420 handled since program began in 2000



23

# Is It Time to Review Rail Regulatory Policy?

- Focus on 25th Anniversary of Staggers Act and 10th Anniversary of the creation of the STB
- Proposed TRB study of railroads and regulation in the 21st Century



24

# Thank You, Any Questions?

