# Exhibit 24

(Prystowsky Declaration)



**North America Equity Research**
14 July 2005

# Railroad Shipper Survey
Pricing Momentum, Service Challenges Likely to Persist

We recently completed a proprietary survey of major North American industrial rail shippers. Survey results show capacity remains tight and service challenged while shippers expect price increases to remain strong throughout 2005 and in 2006.

- **Rail Price Increases are Likely to Remain Strong.** Responses to our survey show that more shippers expect to pay high end rate increases looking out into 2006. In 2004 11% of respondents paid a >10% price increase with a jump to 25% in 2005 and a jump to 32% that expected to pay an increase in 2006. Strong fuel surcharge coverage with its industrial customers should also support yields with 90% indicating they pay some form of fuel surcharge mechanism.

- **Shippers indicate continued Rail Capacity Shortages.** A surprising 50% of survey participants see lower available rail capacity in 2005 versus 2004 while only 9% have observed an increase in rail capacity. Shippers showed somewhat greater optimism about truck capacity with 20% seeing an increase and 33% observing a decline in capacity.

- **A Near-Term Service Recovery is Not Expected.** Survey respondents hold a pessimistic view on the prospects of a service recovery. Most respondents indicated that they expect service levels to stay at current levels or deteriorate in 2H05. CSX and CP were the two railroads highlighted by shippers as having experienced service downturns in the last three months and respondents have the lowest service expectations for CSX and CP for 2H05.

- **Limited Modal Shift Due to Rail Service.** The ability to pursue a significant modal shift appears limited as 59% of respondents indicated they could shift <25% to truck. However, a modest shift (>5% of business) to truck due to rail services issues is expected by 22% of participants.

Survey results support the idea that strong rail pricing gains are likely to persist, and fast service improvement appears unlikely.

**Railroads**

**Thomas R. Wadewitz**
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

**Hassan Malik**
(1-212) 622-6383
hassan.malik@jpmorgan.com

**Brannon Cook**
(1-212) 622-6423
brannon.cook@jpmorgan.com

**Kirill Kazanli**
(1-212) 622-6428
kirill.kazanli@jpmorgan.com

**J.P. Morgan Securities Inc.**

*See page 17 for analyst certification and important disclosures, including investment banking relationships. JPMorgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of JPMorgan in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.morganmarkets.com or can call 1-800-477-0406 toll free to request a copy of this research.*

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmorgan.com

North America Equity Research
14 July 2005



## Key Investment Points

**Rail pricing is accelerating.** Our survey respondents expect price increases to accelerate. In 2004, 43% of respondents reported price increases of more than 5%, while 64% of respondents reported such increases in 2005. When asked about expectations for pricing in 2006, 82% of respondents reported expectations for prices to increase by more than 5%, with almost 30% reporting expectations for price increases of more than 10%. This trend is especially important as pure price increases allow railroads to add revenue at minimal marginal cost.

**The railroads are shifting away from contract rates.** In the past, railroads frequently negotiated long-term contract rates with larger customers. Our survey respondents indicated that railroads are now shifting to market-based tariff rates to enable higher and quicker price increases. When asked if the railroads had forced them from contract rates, 59% of respondents reported that they had been forced to move to tariff rates in the last 2 years. This trend facilitates frequent rail price increases.

**The railroads are maintaining strong fuel surcharges.** Only 10% of our respondents reported paying no fuel surcharge on their rail shipments, with 90% being covered by some sort of fuel surcharge. Indeed, 71% of respondents reported paying the full rate posted by the railroad, while only 19% reported paying the less effective RCAF escalation. These surcharge coverage results are especially noteworthy given that our respondents represented larger shippers, who are typically able to leverage their size to obtain discounts to standard rates and surcharges.

**Shippers remain pessimistic on prospects for a service improvement.** Most of our shippers had a neutral to negative response when asked about rail service in the last three months and their expectations for service improvements in 2H05. CSX was highlighted as having experienced service declines in the last three months, while shippers had the most pessimistic outlook on 2H05 service for CSX and CP.

**Modest Potential Modal Shift Due to Rail Service Challenges.** 59% of survey respondents indicated that they could shift <25% of their business from rail to truck. However, despite the apparent limitations on how much business could move to truck, rail service issues appear to be a factor which could prompt a shift of some business from rail to truck. 22% of survey respondents plan to shift >5% of their transport business from rail to truck due to service issues. Although a meaningful percentage of shippers plan to switch some business to truck due to rail price, this appears to be offset by shippers planning to shift business the other direction due to price.

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmorgan.com

North America Equity Research
14 July 2005



**Figure 5: Fuel Surcharge Coverage**
% of total



Source: JPMorgan

## Rail Capacity Remains Tight

The responses to our questions about rail capacity indicate that despite increased capital spending and sporadic operational improvements by the various railroads, rail capacity remains constrained. When asked whether or not they had seen a change in railroad capacity in 2005, fully 50% of survey respondents stated that they had experienced a decline in railroad capacity, while 41% of respondents reported that they had not experienced a material increase or decrease in rail capacity. Only 9% of respondents reported that they had experienced a material increase in railroad capacity in 2005. We believe this reflects a cautious approach by the railroads in terms of investing in the railcar fleet that serves some of its industrial customers. In certain circumstances the rails are reducing the size of the car fleet they provide in order to improve fluidity of their network operation.

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmorgan.com

North America Equity Research
14 July 2005



**Figure 6: Rail Capacity Changes in 2005**
% of total

**Figure 7: Truck Capacity Changes in 2005**
% of total



Source: JPMorgan

Source: JPMorgan

When asked about changes in truckload capacity, survey participants had a more mixed outlook. Only a third of respondents indicated that they experienced a decline in truckload capacity in 2005. Indeed, 47% of respondents reported that they had not experienced a material change in truckload capacity in 2005. However, 20% of respondents—twice as many as when asked about rail capacity—reported an increase in trucking capacity. Thus, while more respondents indicate capacity declines rather than increases in the trucking space, it appears that trucking capacity is not as constrained as rail capacity.