# Exhibit 25

(Prystowsky Declaration)



See page 27 for Analyst Certification and Important Disclosures

**EQUITY RESEARCH: UNITED STATES**

# Airfreight & Surface Transportation

December 9, 2004

Scott Flower
212-816-5667
scott.flower@citigroup.com

Glen Petraglia
212-816-2497

Matthew Tingler, CFA
212-816-7370

Brendan McLaughlin
212-816-5777

# Survey Says...

## Checking in with the Front Lines of Transport

➤ Shippers have become more reserved in their outlook for the economy in recent months, with about 58% of respondents to our airfreight/trucking and rail surveys seeing the economy as strengthening; this is down sharply from the 80%–85% range in our third quarter surveys. Accordingly, it appears an increasing percentage of shippers believe the pace of economic growth has moderated in recent months.

➤ Capacity appears to have remained tight, with a growing number of shippers paying higher rates to secure capacity through the peak season. Within the truckload (TL) sector, nearly 76% of respondents to our survey are paying higher rates to secure capacity; this is up from 66% in the third quarter and 40% in the second quarter. This has had a positive impact on TL yields over the past year.

➤ As we approach year-end, it seems as though rail operations have started to stabilize, albeit at fairly low levels. Of the respondents to our survey, about 28% conclude that rail service levels have improved compared with a paltry 2% in our last survey. Those noting that service levels are worse have declined, to 37% in the fourth quarter from 79% in the third quarter. Still, 35% of respondents believe there has been no change in service, implying that operations remain at suboptimal levels.

Smith Barney is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**

# Table of Contents

| | |
|---|---:|
| **Investment Summary** | 3 |
| **Airfreight/Logistics and Trucking** | **5** |
| Shippers' Views on the Current State of the Economy | 5 |
| Inventory Levels and the Prospects for Freight Demand | 6 |
| Rate Expectations — Trucking | 7 |
| Impact of Fuel Surcharges on TL Rates | 9 |
| Are TL Capacity Concerns Leading to Higher Rates? | 10 |
| Are Shippers Presently Evaluating Intermodal? | 11 |
| Are You Paying to Reposition Equipment? | 12 |
| Are You Broadening Your TL Carrier Base? | 12 |
| Which Transport Mode Will Shippers Seek to Use More? | 13 |
| Rate Expectations — Airfreight/Parcel | 15 |
| Have the Integrators Become More Aggressive? | 16 |
| Will the Mix of Delivery Services Change in an Economic Recovery? | 17 |
| Industry and Transport Budget Profiles of Respondents | 18 |
| **Railroads** | **19** |
| Shippers' Views on the Current State of the Economy | 19 |
| Perceptions of Rail Service Levels | 20 |
| Rate Expectations — Railroads | 23 |
| Rail Mergers and Combinations | 25 |
| Industry and Transport Budget Profiles of Respondents | 26 |

*Welcome to* **Survey Says...,** *our periodic survey of the airfreight, small parcel, trucking, and rail shipping community. The focus of this series is to identify and distill the emerging trends taking shape within the transport industry that we believe will impact the equity performance of carriers operating in the various subsectors of the airfreight and surface transportation sector.*

### Shippers are more reserved in their economic outlook.

While most shippers continue to view the economy as strengthening, the percentage has decreased sharply from our third quarter survey. Specifically, nearly 58% of respondents to our airfreight and trucking fourth quarter survey believe the economy is strengthening, which is down from the 80%–85% range in the third quarter. Accordingly, the percentage of shippers that view the economy to be stabilizing or weakening has grown (those that see the economy as stabilizing has increased to 33.3% from 18.2%, and those that see the economy as weakening has increased to 8.9% from 2.3%). Consequently, it appears an increasing percentage of shippers believe the pace of economic growth has moderated in recent months. Nevertheless, based on anecdotal information from carriers and carrier volume and pricing trends, we believe freight demand remains strong. Furthermore, based on the strength of freight demand and congestion along some points in the supply chain, we believe freight demand should remain strong through the seasonally slower first quarter.

### Shippers have grown increasingly concerned about capacity.

Based on responses to our current and previous surveys, it appears a growing percentage of shippers have become increasingly concerned with TL capacity availability through peak season. This has obviously provided a tailwind to TL yield improvement in recent quarters, as a larger number of shippers are paying higher rates to secure capacity. Carriers are also benefiting from those shippers that have decided to forgo paying higher rates and instead are relying on spot capacity to meet their shipping needs. Overall, carriers have found themselves in a highly favorable position in terms of being able to seek rate increases from the shipping community. Given the strength of freight demand and the lack of new capacity coming into the market, we see no reason for this situation to change in the near term.

### Rail service appears to be stabilizing, though at low levels.

Rail service levels have been affected by numerous factors through 2004; capacity constraints, crew shortages, surging traffic, and weather issues have all combined to impact service levels at the railroads. As we approach year-end, it seems as though operations have started to stabilize, albeit at fairly low levels. Of the respondents to our survey, about 28% conclude that rail service levels have improved compared with a paltry 2% in our last survey. Those noting that service levels are worse have declined, to 37% in the fourth quarter from 79% in the third quarter. Still, 35% of respondents believe there has been no change in service, implying that operations remain at suboptimal levels.



Survey Says... – December 9, 2004

## Figure 1. Airfreight and Surface Transportation Coverage Universe — Sector Valuation

| Company | Symbol | Rating | 12/08/04 Price | Market Cap. | Earnings Per Share 2003 | 2004E | 2005E | P/E Ratios 2003 | 2004E | 2005E | P/E Relative Multiples 2003 | 2004E | 2005E | Enterprise Value/EBITDA 2003 | 2004E | 2005E | Enterprise Value/ (EBITDA-Capex) 2003 | 2004E | 2005E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Air Express/Parcel Carriers:** | | | | | | | | | | | | | | | | | | | |
| FedEx Corp. (1) | FDX | 2M | $98.96 | $30,183 | $3.52 | $4.75 | $4.90 | 28.08x | 20.82x | 20.21x | 131.8% | 116.6% | 123.0% | 9.75x | 7.86x | 7.67x | 16.01x | 16.41x | 13.31x |
| United Parcel Service Inc | UPS | 1L | $87.03 | $98,779 | $2.43 | $2.95 | $3.45 | 35.75x | 29.55x | 25.21x | 167.8% | 165.5% | 153.5% | 16.37x | 14.28x | 12.79x | 24.26x | 21.01x | 18.26x |
| **Freight Forwarding:** | | | | | | | | | | | | | | | | | | | |
| C.H. Robinson Worldwide | CHRW | 2M | $54.45 | $4,713 | $1.25 | $1.57 | $1.85 | 43.65x | 34.57x | 29.48x | 204.9% | 193.6% | 179.4% | 24.25x | 19.41x | 16.62x | 25.41x | 22.83x | 17.56x |
| EAGL, Inc | EAGL | 2H | $32.67 | $1,673 | $0.50 | $1.05 | $1.40 | 64.78x | 31.22x | 23.30x | 362.8% | 174.8% | 141.8% | 11.46x | 14.41x | 11.46x | 35.07x | 30.46x | 15.68x |
| Expeditors International | EXPD | 2M | $54.25 | $6,033 | $1.10 | $1.44 | $1.65 | 49.27x | 37.73x | 32.84x | 231.2% | 211.4% | 199.9% | 27.05x | 20.73x | 17.77x | 30.05x | 26.63x | 20.72x |
| **Regional LTL** | | | | | | | | | | | | | | | | | | | |
| CNF Inc | CNF | 1H | $47.45 | $2,629 | $2.07 | $2.55 | $3.30 | 22.92x | 18.59x | 14.37x | 107.6% | 104.1% | 87.5% | 7.08x | 6.99x | 5.88x | 11.78x | 14.67x | 10.53x |
| Overnite Corporation | OVNT | 1H | $35.13 | $983 | $1.51 | $2.30 | $2.80 | 23.32x | 15.24x | 12.55x | 109.4% | 85.4% | 76.4% | 7.85x | 6.16x | 5.36x | 13.88x | 12.33x | 9.48x |
| **TL Carriers:** | | | | | | | | | | | | | | | | | | | |
| J.B. Hunt Transport Services | JBHT | 3H | $40.60 | $3,397 | $1.26 | $2.12 | $2.40 | 32.21x | 19.14x | 16.90x | 151.2% | 107.2% | 102.9% | 10.16x | 7.50x | 6.89x | 186.76x | 25.43x | 12.65x |
| Swift Transportation | SWFT | 2H | $19.12 | $1,542 | $0.92 | $1.12 | $1.40 | 20.75x | 17.13x | 13.67x | 97.4% | 96.0% | 83.2% | 6.32x | 5.38x | 4.53x | NM | NM | 16.86x |
| Werner Enterprises | WERN | 2M | $22.92 | $1,847 | $0.90 | $1.07 | $1.30 | 25.39x | 21.33x | 17.59x | 119.2% | 119.5% | 107.0% | 6.80x | 6.01x | 5.14x | NM | NM | NM |
| **Eastern Rails:** | | | | | | | | | | | | | | | | | | | |
| CSX Corporation | CSX | 3M | $38.60 | $8,309 | $1.90 | $2.06 | $2.45 | 20.27x | 18.71x | 15.77x | 95.2% | 104.8% | 96.0% | 9.07x | 8.22x | 7.18x | 25.19x | 18.73x | 14.09x |
| Norfolk Southern | NSC | 2M | $35.21 | $13,890 | $1.36 | $2.13 | $2.20 | 25.90x | 16.53x | 16.00x | 121.5% | 92.6% | 97.4% | 11.87x | 9.26x | 8.54x | 19.89x | 17.81x | 14.30x |
| **Western Rails:** | | | | | | | | | | | | | | | | | | | |
| Burlington Northern | BNI | 1L | $45.99 | $17,315 | $2.09 | $2.73 | $3.15 | 22.03x | 16.85x | 14.60x | 103.4% | 94.4% | 88.9% | 9.40x | 7.83x | 7.17x | 28.83x | 21.41x | 17.71x |
| Union Pacific | UNP | 2M | $63.04 | $16,491 | $4.07 | $2.75 | $3.55 | 15.49x | 22.89x | 17.74x | 72.7% | 128.2% | 108.0% | 7.28x | 8.72x | 7.62x | 15.64x | 54.86x | 28.71x |
| **Canadian Rails:** | | | | | | | | | | | | | | | | | | | |
| Canadian Pacific | CP | 2M | $31.20 | $4,951 | $1.51 | $1.80 | $2.30 | 20.66x | 17.33x | 13.57x | 97.0% | 97.1% | 82.6% | 7.95x | 7.19x | 6.64x | 22.25x | 17.66x | 15.31x |
| Canadian National | CNI | 1M | $57.58 | $16,744 | $2.54 | $3.32 | $4.05 | 22.67x | 17.34x | 14.23x | 106.4% | 97.1% | 86.6% | 11.02x | 9.47x | 8.79x | 19.79x | 15.74x | 14.02x |
| Dow Jones Industrials | DJIA | | 10,494.23 | | $55.52 | $66.25 | $72.00 | 21.30x | 17.85x | 16.43x | | | | | | | | | |
| S&P 500 (2) | SPX | | 1,182.81 | | | | | | | | | | | | | | | | |

(1) Estimated and actuals are for fiscal years ended May 31. Periods shown are for fiscal 2004A ended May 31 and estimated fiscal years 2005 and 2006.
(2) S&P 500 operating earnings estimates courtesy of Smith Barney Economics Research.

Source: Company reports and Smith Barney

4