# Exhibit 26

(Prystowsky Declaration)

North America United States
Industrials Airfreight & Surface Transportation

 
Deutsche Bank

27 September 2006

# DB Transportation Survey
## Peak acceleration expected, but capacity looser

**Jordan Alliger**
Research Analyst
(+1) 212 250-8588
jordan.alliger@db.com

**Marcelo Choi**
Research Associate
(+1) 212 2505271
marcelo.choi@db.com

Industry Bulletin

Company Research

### Channel Check

| Companies featured | | | |
|---|---|---|---|
| UPS (UPS.N),USD72.71 | | | Buy |
| | 2005A | 2006E | 2007E |
| EPS (USD) | 3.47 | 3.85 | 4.25 |
| P/E (x) | 21.1 | 18.9 | 17.1 |
| EV/EBITDA (x) | 10.2 | 9.4 | 8.3 |
| J. B. Hunt (JBHT.OQ),USD20.05 | | | Buy |
| | 2005A | 2006E | 2007E |
| EPS (USD) | 1.37 | 1.43 | 1.55 |
| P/E (x) | 21.3 | 14.0 | 12.9 |
| EV/EBITDA (x) | 8.8 | 5.5 | 5.0 |
| Burlington Northern SF (BNI.N),USD71.23 | | | Hold |
| | 2005A | 2006E | 2007E |
| EPS (USD) | 4.13 | 4.95 | 5.55 |
| P/E (x) | 13.1 | 14.4 | 12.8 |
| EV/EBITDA (x) | 6.6 | 7.0 | 6.3 |
| YRC Worldwide (YRCW.OQ),USD38.47 | | | Buy |
| | 2005A | 2006E | 2007E |
| EPS (USD) | 5.25 | 5.72 | 6.00 |
| P/E (x) | 9.6 | 6.7 | 6.4 |
| EV/EBITDA (x) | 5.4 | 3.4 | 3.1 |

### Hope comes with the peak
Our quarterly transportation survey indicates that shippers expect sequential express (air plus ground) volume improvement as we move into the peak season. Interpreting the data would suggest roughly 3.0%-3.5% express volume growth for the peak, or ahead of the 2.5%-3.0% growth rate anticipated in the late summer/early fall period, and about the same implied growth rate as a year ago. The expectation for sequential improvement is not all that surprising as we head into the peak season, although we would not have been surprised if the data came out more muted given the recent trend deceleration seen in truck and rail sector. Some of the differential could be explained by the fact that express volumes are closely tied to Christmas, and the B2C internet selling season, or perhaps with some areas seeing a slower start to peak, there could be shipper belief/optimism that some pent-up volume needs to move. Moreover, the recent sharp drop in oil prices during the survey timeframe likely buoyed sentiment.

### However, softness warning signs still out there
That being said, several data points suggest some evidence for at least pockets of softness in the overall transport patch – centering on apparent increased capacity looseness, more normalized ability for shippers to push back on transport costs, and softer price direction trend-lines.

### Volume expectations look solid, but will sentiment become reality?
Bottom line, it would appear that volume trends remain relatively solid, although signs do exist that softness should remain at least of some concern looking forward especially given the looser reading on capacity and price, as well as increased or normalized ability to push back on costs. While 40% of respondents indicated that stronger business conditions exist at the start of this year's peak, one should not ignore the fact that almost 25% of respondents actually indicated that conditions going into the peak were weaker than a year ago. Given the "hoped" for acceleration in trends after the so-called delayed peak, it will be interesting to see whether the peak anticipation in this quarter's survey matches the actual reading when the survey is re-taken in December.

### Maintain cautious stance on transportation stocks
While transport stocks could periodically rally into the peak season, since we have not yet witnessed an extended industry-wide period of flat-to-down volume growth coupled with declining operating margin, we would remain cautious on the transport sector in the intermediate term as it is still unlikely, in our view, that cyclical stocks will outperform the broader market averages as we move further through the initial phases of slower YoY GDP growth comparisons. We believe that the lack of positive fundamental catalysts and the potential for EPS reductions could cause transport stocks to come under further pressure despite the already impacted valuation levels.

Deutsche Bank Securities Inc.

All prices are those current at the end of the previous trading session unless otherwise indicated. Prices are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is sourced from Deutsche Bank and subject companies.

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Investors should consider this report as only a single factor in making their investment decision.

Independent, third-party research (IR) on certain companies covered by DBSI's research is available to customers of DBSI in the United States at no cost. Customers can access this IR at http://gm.db.com, or call 1-877-208-6300 to request that a copy of the IR be sent to them.

DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1



# Executive summary

Our quarterly transportation survey indicates that shippers expect sequential express (air plus ground) volume improvement as we move into the peak season. Interpreting the data would suggest roughly 3.0%-3.5% express volume growth for the peak, or ahead of the 2.5%-3.0% growth rate anticipated in the late summer/early fall period, and about the same implied growth rate as a year ago. The expectation for sequential improvement is not all that surprising as we head into the peak season, although we would not have been surprised if the data came out more muted given the recent trend deceleration seen in truck and rail sector. Some of the differential could be explained by the fact that express volumes are closely tied to Christmas, and the B2C internet selling season, or perhaps with some areas seeing a slower start to peak, there could be shipper belief/optimism that some pent-up volume needs to move. Moreover, the recent sharp drop in oil prices during the survey timeframe likely buoyed sentiment. Either way, the data tends to support FedEx's notion on its last earnings call that the express business environment is still good (although our anecdotal evidence still suggests truck and economically sensitive rail freight is on the soft side).

That being said, several data points suggest some evidence for at least pockets of softness in the overall transport patch – centering on apparent increased capacity looseness, more normalized ability for shippers to push back on transport costs, and softer price direction trend-lines. To wit:

* While tighter-than-normal capacity persists for trucks (38%), the tightness level is below that of last year by a measurable amount (18% less for trucks). As with the June quarter, this represents the loosest capacity reading since we began asking the question in December 2004.

* Perhaps in conjunction with the looser capacity and/or softer freight demand, the number of shippers that indicated either normal or increased flexibility in pushing back on transportation costs rose to 77%, or 15% above that of last year. This marks the third consecutive quarter where improved or normal flexibility was noted (77% vs. 69% and 64% in the prior two surveys). While some more normal pricing is evident, the near-term exception could still be the rails, as they remain in the early to mid-part part of a price up-cycle, and with rail networks still not operating at full consistency, it could mean shippers will still be willing to pay more to ensure capacity availability. Of course, if capacity is really creeping into truck markets, this factor plus softer YOY demand could eventually impact the ability of rails to boost price as much as in the past (notably in the truck competitive intermodal area) – with shippers on average still upset over service quality, they could very well try to maximize any shift in leverage.

* From an express standpoint, the price trend-line is not looking quite as robust as in the past 6 or so quarters; the weighted price trend-line of 3.57 is below the 4.00 in September and almost a full point below last year's 4.47 reading. While this score still could mean decent pricing (of up to 2%), it is below the 2%-3% increase of the prior six quarters.

Bottom line, it would appear that volume trends remain relatively solid, although signs do exist that softness should remain at least of some concern looking forward especially given the looser reading on capacity and price, as well as increased or normalized ability to push back on costs. While 40% of respondents indicated that stronger business conditions exist at the start of this year's peak, one should not ignore the fact that almost 25% of respondents actually indicated that conditions going into the peak were weaker than a year ago. Given the "hoped" for acceleration in trends after the so-called delayed peak, it will be


interesting to see whether the peak anticipation in this quarter's survey matches the actual reading when the survey is re-taken in December.

## Other key highlights

* Dissatisfaction with rail and truck service ticked down in this quarter's survey – 5% less for trucks and 14% less for rails versus the prior quarter's survey. This could be a function of simply better operations, however at least for the rails, the anecdotal shipper commentary would not necessarily support the notion that rail service is all that improved from a structural standpoint. As such, we think that at least some of the better results could be a function of looser capacity (on truck side), and perhaps somewhat softer YOY demand (AAR data shows that rail volumes are down 2.4% this quarter for economically sensitive carloads).

* Ground product usage continues to hold pretty steady at 2.73 - consistent with prior surveys.

* Asian export lanes still cited as the key area over the next six months (43 percent), with a relatively firm trend-line, perhaps as shippers start to anticipate the start of this year's peak season.

* Ocean usage still solid (31% expect some increase) and continues to outstrip air (17%).

* From an ocean pricing standpoint, the shippers expect to see a relatively flat price trend, as opposed to the sharp drop-off in earlier surveys. Not surprising due to some stabilization in ocean container rates of late.

## Sector investment summary

While transport stocks could periodically rally into the peak season, since we have not yet witnessed an extended industry-wide period of flat-to-down volume growth coupled with declining operating margin, we would remain cautious on the transport sector in the intermediate term as it is still unlikely, in our view, that cyclical stocks will outperform the broader market averages as we move further through the initial phases of slower YoY GDP growth comparisons. We believe that the lack of positive fundamental catalysts and the potential for EPS reductions could cause transport stocks to come under further pressure despite the already impacted valuation levels.

Historically, the right time to buy transport stocks to maximize upside potential has been no later than one to two quarters post the onset of volume and profit deterioration. As operating conditions are still producing positive, albeit decelerating growth, rather than absolute profit declines, we still think it is too early to consider accumulating large positions in these early-cycle stocks, i.e., heightened economic risk could yet create a "worst is yet to come" scenario – one that we do not yet believe is being fully anticipated by the stock market.



# Survey details

## Express volumes (air & ground)

Q: "How would you assess the volume of your company's express shipments?"

**Figure 1: Express volumes analysis**

Express Volumes: Jul - Sep
Expected vs. Actual

| | 6/06 Proj. | 9/06 Act. | Differential |
|---|---|---|---|
| 1 Decrease Sharply (>5%) | 3% | 3% | 0.3% |
| Decrease Modestly (2-4%) | 6% | 3% | (2.8%) |
| About Flat (+/- 1%) | 56% | 55% | (1.1%) |
| Increase Modestly (2-4%) | 25% | 28% | 2.6% |
| 5 Increase Sharply (>5%) | 9% | 10% | 1.0% |
| Weighted Score: | 3.31 | 3.38 | 0.07 |

Source: Deutsche Bank

- Weighted September volume score tracking about inline with original expectations at 3.38 vs. 3.31.
- Mix-wise, slightly more respondents looking for up-tick in volumes (38%) relative to June survey (34%).
- Reading represents approximately 2.5%-3.0% YoY growth – not a big surprise given underlying macroeconomic trend-lines.

**Figure 2: Express volumes**



Source: Deutsche Bank

- **Outlook meter:** Early read for December quarter suggests a sequential up-tick in expectations.
- 51% expect an increase in express volumes for the next three months (December), up from 38% in the prior quarter.
- Anticipation of peak, especially for express packages likely driving higher sequential trend-line.

**Figure 3: Express volumes – Weighted score trend**



Source: Deutsche Bank

- Weighted volume trend-line is projected to increase on a sequential basis to 3.69 from 3.38.
- Volume reading for next quarter looks like it will be somewhat higher versus last year's December score of 3.53 – still in the 3.0-%-3.5% growth rate bucket.
- Again, up-tick in expectations not a surprise as we move into peak – perhaps exacerbated by transport providers' sense of delayed start to peak and with the recent reduction in oil prices. Or said another way, perhaps shippers "hoping" for accelerated trends – will be interesting to see if December survey lives up to expectations.

27 September 2006    Airfreight & Surface Transportation   DB Transportation Survey                                   Deutsche Bank

Q: "Please assess capacity availability in individual transport areas."



Figure 4: Topical question I

Source: Deutsche Bank

- Still ample overall air capacity.
- Tighter-than-normal capacity persists for trucking (38%) and rails (42%).
- However, capacity tightness for trucks is in line with the prior survey, and represents the least tightness in the past 8 quarters.
- Last year 56% of respondents indicated tighter than normal capacity for trucks; this year just 38%.

Q: "Please assess service satisfaction for individual transport areas."



Figure 5: Topical question II

Source: Deutsche Bank

- Air service still solid, for both domestic and international.
- Dissatisfaction with rail and truck service is down versus past survey (5% less for trucks and 14% less for rails).
- We suspect that if capacity looseness accelerates for trucks, the dissatisfaction reading would moderate with time.
- It is conceivable that better service is at least in part a function of looser capacity as denoted above, while for the rails, the better reading could be in part due to weaker economically sensitive carload growth.

Q: "Please assess your flexibility to push back on transportation costs."

Figure 6: Topical question III

Increased flexibility 17% (22%)
Little flexibility 23% (31%)
Normal 60% (47%)

( ) = last survey reading

Source: Deutsche Bank

- Pushback continues to normalize – 77% see either normal or increased flexibility (up 15% versus last year).
- Only 23% said little flexibility – representing the low water mark since March 2005.
- The upslope could accelerate if capacity stays looser – particularly given shippers frustration with supply-chains (notably rails).

Q: "Would you switch more shipments to trucks from rail if more truck capacity were available?"

**Figure 7: Topical question IV**



Source: Deutsche Bank

- 17% of respondents would switch to truck if more capacity were available – about in-line with last survey.
- The "switchability" quotient rises to 20% when one includes only those respondents that can use either rail or truck.
- We would view this as generally positive for rails, as it suggests that despite poor service shippers have perhaps gotten used to utilizing rails for intermodal business.

Q: "How would you assess the start of this year's overall peak season versus last year's?"

**Figure 8: Topical question V**



Source: Deutsche Bank

- 40% of respondents indicated stronger business conditions exist at the start of this year's peak season – a bit surprising given transport providers talk of delayed peak.
- That said, almost a quarter of all respondents (or 30% looking at just manufacturing respondents) suggested that conditions were actually weaker – not an insignificant number in our opinion.

## Express pricing

Q: "How have express industry prices moved?"

**Figure 9: Express pricing analysis**

Express Pricing: Jul - Sep
Expected vs. Actual

|   | 6/06 Proj. | 9/06 Act. | Differential |
|---|---|---|---|
| 1 Decrease (>2%) | 10% | 3% | (6.2%) |
| Decrease (1.1-2%) | 0% | 3% | 3.4% |
| About Flat (+/- 1%) | 39% | 28% | (11.1%) |
| Increase (1.1 - 2%) | 23% | 31% | 8.5% |
| Increase (2.1% - 3%) | 16% | 24% | 8.0% |
| 6 Increase (>3%) | 13% | 10% | (2.6%) |
| Weighted Score: | 3.74 | 4.00 | 0.26 |

Source: Deutsche Bank

- Weighted September price reading was higher than expected (4.00 versus 3.74).
- More respondents indicated an increase in pricing than originally anticipated (65% vs. 52%).