# Exhibit 27-Part A

(Prystowsky Declaration)



# 2010 and Beyond: A Vision of America's Transportation Future

# 21st Century Freight Mobility

Draft Final Report

May 2004

ICF Consulting
9300 Lee Highway
Fairfax, Virginia 22031
(703) 934-3000

With:
DELCAN, Inc.

Contact:

Sergio J. Ostria
ICF Consulting
(703) 934-3013

21st Century Freight Mobility

# Table of Contents

Table Of Contents ................................................................................................. 1
E.      Executive Summary .................................................................................. 2
E.1      Freight Transportation And The U.S. Economy ................................... 2
E.2      A Gathering Storm .............................................................................. 3
E.3      Growth In The Demand For Freight Transportation ......................... 10
E.4      The Role Of Public Policy ................................................................. 12
1.   Context And Project Overview .................................................................. 15
2.   Freight And The Economy .......................................................................... 17
2.1      Freight Transportation And Economic Productivity .......................... 18
2.2      Examples Of System Strain And Potential Degradation .................... 23
3.   Capacity And Performance Challenges ...................................................... 28
3.1      Highway Capacity Issues ................................................................... 29
3.2      Rail Capacity Issues ........................................................................... 33
3.3      Water Freight Capacity Issues ........................................................... 35
3.4      Air Cargo Capacity Issues ................................................................. 39
3.5      Summary Of Freight Transportation Capacity Issues ....................... 40
4.   Expected Increases In The Demand For Freight Transport ........................ 42
4.1      Demand Factors .................................................................................. 42
4.2      Demand Forecasts .............................................................................. 49
4.3      Summary Of Forecasts And Interpretation Of Trends ....................... 53
5.   Current Public Policies Relevant To Freight Transportation ..................... 60
5.1      Some Fundamental Guiding Principles .............................................. 61
5.2      A Spectrum Of Choices ...................................................................... 62
5.3      Criteria For Choosing A Policy Response .......................................... 64
5.4      Recommendations ............................................................................... 65
Appendix A: Information On Pipelines ............................................................... 67
Appendix B: A Review Of Relevant Policies And Policy Research .................... 68
B.1      Overview Of Existing Laws, Regulations, And Financing Mechanisms ........... 68
B.2      Recent Policy Recommendations And Developments ........................ 70
B.3      Recent Legislation .............................................................................. 75

## 3.    Capacity and Performance Challenges

In 2000, our freight system (not including pipelines) moved well over 12 billion tons of goods worth roughly 10 trillion dollars. However, there is significant and growing concern on the part of both the private and public sectors about the future performance of our freight transportation system. Consider the following:

➤ *Growing congestion on our highway system.* The demand for highway travel has been growing at a fast rate. According to a recently released report from the General Accounting Office (GAO), peak-period highway congestion for passenger and commercial vehicles doubled from 1982 through 2000. From 1993 through 2001, truck traffic on urban highways increased more than twice as much as passenger traffic. This means that freight traffic is contributing to worsening congestion at a faster rate than passenger traffic, and as discussed in Section 4 of this report there is no end in sight to the growth in freight traffic.[23]

➤ *Our shrinking railway system.* Before deregulation and the Staggers Rail Act of 1980, the rail industry was widely considered to have significant levels of excess capacity. From 1980 to 2001, however, Class I railroads consolidated from 22 carriers to 7 (four of which have 95 percent of Class-I revenue), the number of locomotives decreased by 29.7 percent, the number of freight cars decreased by 23 percent, and railroad employment decreased by 55.5 percent.[24] The amount of rail line has also contracted substantially since 1980, from 164,822 to only 142,633 in 2001, a decrease of 13.5 percent.

➤ *Our constrained and inefficient port system.* Globalization and growth in international trade are placing more demands on our ports. Between 1970 and 1999, trade's share of GDP increased from 10.7 percent to 26.9 percent. As a result, our nation's ports and channels are becoming increasingly congested as ever greater amounts of freight are moved through a system with limited means for physical capacity expansion. From 1990 to 2000, tonnage at U.S. ports increased by 13.8 percent,[25] while capacity expanded only marginally. In fact, considerable resources were required merely to maintain physical capacity through efforts such as dredging.

➤ *Our aging inland waterways.* The U.S. inland waterways are critical for certain bulk commodities such as coal and grain. Investment in the infrastructure required to support these waterways, however, has not been adequate to maintain the system, and the median age of all lock chambers has been estimated at was 35 years. Moreover, capacity of inland water channels has remained basically flat since 1970.

➤ *Incredible growth in air cargo.* At an annual growth rate of 5.1 percent from 1990 to 2000, air cargo is by far the fastest growing mode of freight transportation. (The

---

[23] General Accounting Office, Freight Transportation: Strategies Needed to Address Planning and Financing Limitations, December 2003.
[24] Association of American Railroads; Railroad Facts, 2002 Edition.
[25] U.S. Department of Transportation, Bureau of Transportation Statistics, National Transportation Statistics, 2002.

21st Century Freight Mobility

exception would be intermodal rail if it were regarded as a separate mode.) Our aviation system already is characterized by frequent delays, traffic control safety concerns, and heightened security measures, and certain hubs are beginning to experience chronic problems.

As these points highlight, trends in freight movements cannot be understood outside of the context of capacity constraints. While these constraints are primarily infrastructure related (e.g., highways), they also include operational concerns, regulatory issues, and financial considerations. This section describes the capacity of the current freight system and likely trends over the next 20 years.

## 3.1   Highway Capacity Issues

### 3.1.1  Infrastructure

As of 2002, our nation's road network consisted of 8.3 million lane-miles. Local roads comprise around 66 percent of these lane-miles leaving approximately 2.8 million lane-miles of interstates, arterials and collectors to carry intercity freight traffic. While the overall number of lane-miles is impressive, growth in lane-miles has been scant over the last 20 years.



**Exhibit 11: Trends in Lane-Miles of Roadway by Functional Class (1980–2002)**

*Source: FHWA*

Exhibit 11 illustrates lane-mile growth from 1980 to 2002. Lane-miles of principal arterials grew by 30 percent while interstate lane-miles grew 17 percent. Total lane-miles across all roads, however, grew by a mere 5 percent over these 22 years, an annual growth rate of only 0.22 percent.

Traffic on this infrastructure, however, has been growing at a much faster rate. Some of this growth comes from freight movements but a large proportion is derived from a general increase in travel due to population and income growth. This has lead to a significant increase in congestion over the past few decades.

Exhibit 12 (below) depicts trends in intensity of usage as measured by the ratio of Vehicle Miles Traveled (VMT) to lane miles for various types of roads from 1980 to 2001. Usage has increased across all roads with the most dramatic increases on rural interstates (97 percent), followed by urban interstates (61 percent), rural arterials (52 percent), rural collectors (45 percent), urban arterials (38 percent), and urban collectors (27 percent).

## 21st Century Freight Mobility

These trends suggest that the ratio of volume to capacity is increasing at the greatest rate on interstates, the most important road segments for intercity trucking. While these metrics indicate trends that are useful when thinking about congestion, they are not direct measures of congestion in themselves. Volume-to-service flow ratios[26], however, indicate that there is considerable congestion on even the nation's rural interstates. For example, in 2001 7,225 miles of rural highways were classified as severely or significantly congested[27].

Even greater levels of congestion, naturally, characterize urban areas. Data from the Texas Transportation Institute (see Exhibit 10 in Section 2) show increasing trends in congestion from 1982 to 2001 for different sized metropolitan areas. While all metro areas exhibit increasing congestion, the larger metro areas have the worst congestion. TTI estimates that in 2001, congestion in the top 75 U.S. urban areas cost the nation 69.5 billion dollars in terms of delay and fuel. This cost, however, does not adequately describe the full burden of congestion on highway freight movement.



**Exhibit 12: Highway Traffic Density 1980 to 2001 (Vehicle Miles Traveled/Lane Miles)**

*Source: FHWA*

Freight movements by trucks today are increasingly time sensitive. The ability of the trucking industry to delivery goods in a reliable and time efficient manner is a key component to the mode's overall competitive position. Congestion increases transit times and decreases schedule reliability. Even in areas of persistent congestion, the extent of that congestion may vary widely from day to day depending on weather, accidents, or other events. Recent trends such as just-in-time delivery require reliability and performance and unanticipated congestion comes at a great cost. For example, some recent evident suggests that unscheduled delays may cost shippers as much as $371 per hour depending on cargo.

Significant swings in the travel times of international trucking movements caused by border delays makes logistics planning difficult for shippers, intermediaries, and carriers. Such traffic bottlenecks could force costly redesigns to logistics systems leading to

---

[26] For multilane facilities, volume-service flow ratio is determined by dividing the peak traffic in the peak direction by the capacity. For all other facilities, the ratio is determined by dividing the peak traffic by the capacity. Peak traffic is estimated as AADT *K, where K is the design hour volume (30th highest hour) as a percent of AADT.

[27] Highway Statistics, 2002; Federal Highway Administration (FHWA). Highways classified as severely or significantly congested if volume-to-service flow ratios are 0.80 or higher.

decreases in productivity. Other findings from the recent border crossing study conducted by FHWA (referenced in Section 2 as well) include:[28]

➢ Time required for processing inbound commercial vehicles is significantly longer than for outbound vehicles;

➢ There was no single trend that accounted for the extent of delays across all ports-of-entry. Reasons varied by particular port-of-entry;

➢ Crossings varied greatly in their abilities to handle traffic volumes; and

➢ Studies of urban mobility reveal that delays on roadways are generally more predictable than at ports-of-entry.

### 3.1.2 Non-Infrastructure Related Highway Capacity and Trucking Productivity Issues

The effective capacity of the freight transportation system is also affected by operational and regulatory issues. Truck size and weight, hours of service, highway/road access restrictions, environmental regulations, and numerous other policy-driven considerations directly affect cargo payloads, trucking operation cycles, and route selection, for example. In addition, environmental laws and requirements and the amount of money available to public transportation agencies affect the ability to build needed facilities. Examples of some non-infrastructure based capacity issues relevant to the trucking industry follow.[29]

➢ *Truck Size/Weight Regulations:* Congress, by statute, limits the allowable size and weight of trucks on the Federal-aid highway system. Safety is the driving force behind these regulations as many feel larger trucks, especially those known as Longer Combination Vehicles (LCVs), are potentially dangerous to the traveling public. Increased infrastructure costs are also a concern. The regulations, however, do act as a capacity constraint as they reduce the amount of goods that can be moved by trucks. The U.S. Department of Transportation's most recent Truck Size and Weight study concluded that use of LCVs would lead to productivity gains ranging from $10 billion to $40 billion per year.[30]

---

[28] Federal Highway Administration, <u>Commercial Vehicle Travel Time and Delay at U.S. Border Crossings</u>, June 2002.

[29] It is important to note that motor carrier policy decisions should be based on numerous criteria that reflect the range of our relevant societal values—from economic efficiency to the public safety. For instance, in the case of size and weight and hours of service restrictions, any explicit financial burdens on the industry may be counter-balanced by long-term improvements in safety. Likewise, improvements in safety performance can lead to lower insurance rates, reduced cargo damage, and better service reliability. In general, regulatory measures that effectively remedy market failures ultimately can improve social welfare.

[30] U.S. Department of Transportation, Federal Highway Administration, <u>Comprehensive Truck Size and Weight Study</u>, August 2000.

➤ *Hours of Service (HOS) Regulations:* The HOS regulations apply to motor carriers (operators of commercial motor vehicles, or CMVs) and CMV drivers, and regulate the number of hours that CMV drivers may drive, and the number of hours that CMV drivers may remain on duty before a period of rest is required. This has a palpable effect on how carriers operate.

➤ *Regulations slowing project delivery/capacity improvements:* Environmental review processes for major Federal-aid highway projects take an average of 5 years 2 months, up from only 2 years in the 1970s.[31]

➤ *NAFTA Harmonization:* Differences in truck size and weight, emissions standards, insurance and liability rules still differ among the U.S., Mexico, and Canada, thus reducing efficiency of truck freight movements. Other complications are due to anomalies, such as the U.S.'s unilateral move to block the provision in NAFTA allowing Mexican truckers to carry freight into and out of the United States.

➤ *Project Financing:* The pay-as-you-go financing strategies typically employed by State DOTs for highway projects are one reason that projects require 5 to 15 years to plan and 20 years to complete is not uncommon.[32] State Infrastructure Banks (SIBs), which are essentially revolving loan funds, are one financial mechanism designed to accelerate projects.

➤ *Homeland Security:* The events of September 11, 2001 elevated transportation security to an issue of critical importance. Industry experts and policymakers have highlighted the vulnerability of the nation's freight system to terrorist attack and proposed a variety of responses. Concerns have focused in particular on border crossings, freight moving through seaports, hazardous materials transport, potential contamination of food shipments, and the potential use of a truck trailer to deliver a weapon.

The heightened focus on security since 9/11 has changed the operating environment for motor carriers. Long-haul truckers have reported difficulty in locating parking at night because informal roadside truck parking areas are now off-limits. Some have responded by stopping earlier for the night. The president of one of the major LTL carriers noted that his firm was feeling the cost effects of 9/11 in a variety of ways. For example, truck inspections, and the associated time lost, had increased by 150 percent.

As with the issues listed above, a number of market-driven factors affect the operating capacity and productivity of the trucking industry.[33] For example, with average operating

---

[31] Reported in: Freight Capacity for the 21st Century, Special Report 271; National Academies of Sciences; Transportation Research Board.

[32] U.S. General Accounting Office, Surface Infrastructure: Costs, Financing and Schedules for Large-Dollar Transportation Projects, 1998.

[33] For a more detailed discussion of the range of issues affecting the trucking industry, please see the FHWA report (prepared by ICF Consulting) entitled Evaluation of U.S. Commercial Motor Carrier Industry Challenges and Opportunities, March 31, 2003.

21st Century Freight Mobility

profit margins of five percent, the industry has little ability to absorb changes in fuel costs. While predictable and long-term price increases can be passed onto customers, where firms face unanticipated price increases and have long-term contract obligations to deliver freight, they may be unable to adjust their prices quickly enough to recapture these costs. It is not surprising that trucking firm bankruptcies are correlated with fuel price increases, as illustrated in Exhibit 13.

Likewise, insurance rates for the motor carrier industry have risen steeply over the last several years. The conditions causing rates to rise do not appear likely to be mitigated in the near future. Indeed, the low investment returns, increased risk of terrorism, and increased damage awards could cause further rate increases in the future. Additionally, competition in the trucking industry makes it difficult for carriers to pass these costs along to their customers in the form of higher prices. Insurance rate increases reduce the profitability and productivity of the motor carrier industry, and may



**Exhibit 13: Correlation of Trucking Firm Bankruptcies and Changes in the Price of Fuel**

Number of Trucking Bankruptcies Compared To Diesel Fuel Prices

Total Trucking Failures (left scale) — Average National Diesel Prices (right scale)

Sources: A.G. Edwards & U.S. Department of Energy

force marginal companies out of business. Rising insurance rates were one of the factors cited by Consolidated Freightways as a cause of their recent bankruptcy.

## 3.2    Rail Capacity Issues

### 3.2.1  Infrastructure

As discussed above, before deregulation and the Staggers Rail Act of 1980, the rail industry was widely considered to have much more capacity than was needed. But physical capacity (measured by the miles of rail line) has been steadily decreasing since deregulation (see Exhibit 14).

Although the reduction in capacity experienced since 1980 has led to increased productivity for the rail freight industry, there are signs that capacity levels are beginning to



**Exhibit 14: Miles of Rail Line in the United States (1980 - 2001)**

Class I
Regional
Local

Year

**21st Century Freight Mobility**

show signs of strain.

Exhibit 15 portrays growth in Class I rail traffic density, defined as revenue ton-miles per mile of track owned. The figure shows that density has almost tripled since 1980 and furthermore shows no signs of abatement. This trend cannot be increased indefinitely since moving greater volumes of goods over a shrinking network is unsustainable. Additionally, as the nation's rail system becomes more saturated with traffic, it will be even more sensitive to shocks, such as unanticipated levels of demand, infrastructure failures, or operational issues.



**Exhibit 15: Revenue Ton-Miles per Owned Mile of Track (in Millions: 1980 - 2001)**

Rail mainline capacity, however, is not the only infrastructure related issue that the industry faces. The evolution of the rail system and new trends in international trade and intermodalism have led to other problems, such as:

➤ *Highway Access from Terminals and Intermodal Terminal Capacity:* The evolution of rail infrastructure produced many terminals located in dense urban areas where little room for facility expansion exists. Higher capacity utilization rates necessitate additional access to these terminals, but providing this access is more difficult now than ever as land is scarcer and highway access routes are congested. In recent years, this situation has led to the development of rail terminals away from urban areas. These remote terminals, however, come with their own problems as they often lack the road infrastructure needed for their efficient use. The development of this infrastructure would have a significant effect on intermodal freight capacity.

➤ *Deteriorating Bridges and Tunnels:* A significant part of our modern day rail infrastructure was constructed in the 1800s when rail was the preferred mode for East-West shipments and for connecting regional hubs. Much of this infrastructure, especially bridges and tunnels, is now in serious states of deterioration. Repairing this infrastructure will require a substantial investment over the next decade. These improvements, however, would yield benefits for years to come.

➤ *Height Clearances:* As intermodal freight grows, double-stack rail is becoming more commonplace, especially at large port facilities. The rail industry needs to invest and modernize in order to provide adequate double-stack access. This is crucial for the growth of intermodal rail.