# Exhibit 27-Part A

(Prystowsky Declaration)

### 3.2.2 Non-Infrastructure Related Rail Capacity Issues

As with the trucking industry, a number of non-infrastructure issues affect the effective capacity of the railroads. Examples include the following:

- *Inefficient Carload Operations:* Carload service is movement of small shipments—one or a few cars in a shipment—in all-rail trips from origin to siding. These trips are made in a series of mixed trains running through a railroad's terminal network. Although carload service accounts for over 30 percent of carloadings and 40 percent of rail revenue, it has been handled, until fairly recently, in an inefficient manner. Rather than maintain schedules for the trains running between terminals, railroads pursued a strategy of holding trains until some tonnage level was reached. This resulted in lower labor costs per ton for line-haul movements but led to higher equipment costs because of poor utilization and to unreliable service. Railroads are now moving to scheduled operations, which hold the potential of making this service both more reliable and profitable.[34]

- *Labor Agreements and Short Lines:* All of the Class-I carriers have union crews and a variety of labor agreements that affect crew sizes and working practices. Over the past two or three decades, substantial progress has been made in removing inefficiencies from these agreements. Many industry observers, however, believe that there are still obstacles to efficiency in these agreements, especially regarding practices in local service—pick-up and drop-off of carload shipments. There are marked contrasts between the way local service is handled on big railroads and the way it is handled on short lines, the latter being free of union contracts. Some experts believe that the current mode of operation of local service is one of the biggest obstacles to achieving efficient carload operation.[35]

- *Interchanges:* A great deal of traffic, especially carload traffic, moves on more than one Class-I railroad. While special arrangements are made for high-priority service (e.g., motor vehicles and parts), the general pattern is that current practices for handling cars between railroads are slow and cumbersome, contributing both to unreliable service and inefficient use of equipment.

## 3.3 Water Freight Capacity Issues

The importance of our ports and harbors to an efficient and reliable freight system cannot be overstated. This is because the advent of globalization, with the concomitant increases in international trade, means that the efficiency and reliability of our ports now have a larger influence on the efficiency and reliability of our trucking and railroad industries, since these modes now function more as "one system" than ever before. Consequently, our ports have a growing influence on the nation's ability to minimize transportation costs and foster economic productivity.

---

[34] ICF Consulting and ZETA-TECH Associates, Scheduled Railroading and the Viability of Carload Service, Executive Summary, prepared for the Federal Railroad Administration, Office of Policy, March 2004.
[35] Ibid., pp. 8, 24.

## 21st Century Freight Mobility

The role that our port system plays in multimodal freight transportation can best be explained through examples of inefficiencies. Consider the following, which is borrowed from ICF's report to FHWA entitled *Evaluation of U.S. Commercial Motor Carrier Industry Challenges and Opportunities*.

> *Port facility delays are crucially important to trucking firms that pick-up and deliver freight to ports. Port drayage firms operate in a highly competitive market, with many small firms and owner-operators competing to provide services. These firms typically use older equipment, charge low carriage rates, and operate on very slim profit margins. Delays at port facilities impose a cost on these firms in lost revenue and profits. The reduced efficiency of this critical link in the transportation system also imposes costs on the downstream customers of port drayage services.*
>
> *Generally speaking, port facilities can impose long wait times on truckers with impunity since the ports do not bear the economic cost of the delay. Long wait times and congestion at port facilities are caused by a set of factors that are fairly distinct from the wait times encountered at other shipper facilities. These include lack of sufficient gates, limited hours of terminal operation, poor intermodal chassis maintenance, and vessel bunching.*
>
> *The Maritime Administration recently conducted a survey of port facilities to determine which system elements of the intermodal transportation network were operating in an acceptable manner.[36] Unacceptable conditions were defined as those where "efficient and effective cargo movement cannot occur ... nor can additional cargo flows be easily handled". In the case of ports, gate hours of operation were deemed to be a problem at 38 percent of the largest container ports and 11 percent of all ports. Gate automation is a consistent problem at about half of all ports, both large and small.*
>
> ➢ *Gate access - Ports often do not provide enough gates and only operate these gates during limited hours, creating lines to enter terminals that can back up for miles and wait times that can stretch into hours. Limited gate access can be attributed to several factors:*
>
> 1. *Peaks in daily traffic are caused by the desire of firms for morning pickups and afternoon deliveries. Additionally, a mismatch between the hours of operation of marine terminals and those of the steamship lines and rail terminals exacerbates the need to move containers during peak hours.*
>
> 2. *Rail terminals are typically open 24 hours a day and steamship lines unload containers during hours when terminal gates are not open. Terminal gates are typically open during normal business hours, sometimes on a 9 – 5 schedule. Required breaks can cause gates to be closed during these hours as well. The need to move containers during these restricted hours to meet the pick-up and delivery schedules of customers causes congestion.*
>
> 3. *Labor agreements often prevent expanding the hours of gate operation limit hours of operation. In some cases terminal operators can keep*

---

[36] U.S. DOT, Maritime Administration. *Intermodal Access to US Ports, Report on Survey Findings.* August 2002.

**21st Century Freight Mobility**

*gates open longer by paying overtime to the required staff. Some labor contracts require a full crew be paid for an 8-hour shift, even if the gates are kept open for only a couple more hours. Terminal operators argue that restrictive labor practices make the cost of keeping gates open prohibitive. Unions tend to see restrictions on labor hours as one of the key benefits derived from negotiated labor contracts. The tense relationship between labor and management in marine terminal operations has made resolution of this issue difficult.*

➢ *Chassis condition - The steamship lines own an overwhelming majority of the chassis used to haul containers. Some steamship lines do not properly maintain these chassis, and in some cases drivers are required to move chassis to repair facilities without compensation. When no roadworthy chassis are available, drivers may face the choice of waiting for a chassis to be repaired or using an existing one that may have mechanical defects. While the steamship lines are required by law to maintain safe chassis, the driver is most often the one who is punished through fines and tickets.*

*A related problem is that ports frequently do not maintain enough space for chassis storage, resulting in chassis being stored in any available space. This creates traffic impediments within the terminal, further increasing wait times and congestion.*

➢ *Vessel bunching - Although port facilities are open seven days a week, the fixed schedules maintained by shipping lines can result in a number of vessels arriving at the same time. Vessel bunching causes vehicle congestion as trucks line up to load or unload cargo. The more efficient scheduling of vessel arrivals and departures may require a collaborative effort between port authorities. Shipping lines often have difficulty predicting the arrival dates of their vessels at particular ports since these often depend on uncertain arrival and departure dates from other ports.*

### 3.3.1 Infrastructure

As shown in Exhibit 16, port traffic has increased significantly over the last few decades. During this time, however, the physical capacity of our ports has not changed very much. With capacity becoming more constrained, disturbances create larger and larger shocks. For example, the recent collision of an offshore supply boat and a container vessel at the mouth of the Mississippi River's only channel deep enough for large oceangoing vessels created major bottlenecks delaying tankers and cargo ships at costs as high



**Exhibit 16: Trends in U.S. Ports Container Traffic**

*Source: American Association of Port Authorities www.aapa-ports.org*

Note that according to a recent article in the *Washington Post*, Wal-Mart estimates it spent $15 billion on Chinese-made products in 2003. If Wal-Mart were a nation, it would be the fifth largest export market for China, ahead of Germany and Britain.

as $35,000 to $40,000 per vessel per day.[37]

The following exemplify the infrastructure-oriented capacity issues that are affecting our water transportation system.

> *Dredging:* Not only is traffic growth into U.S. ports increasing, but industry consolidation and the ever-present drive for increased efficiency is leading to greater use of mega-containerships and traffic consolidation (hub-ports). This additional traffic necessitates wider and deeper channels. For example, the newest class of mega-containerships requires channels 50 to 53 feet deep compared to historic standards in the 36-to-40-foot range. Although expansion dredging is an important issue, many of the nation's ports have not even been able to fulfill their maintenance dredging needs. For example, a 2001 U.S. DOT survey found that nearly 30 percent of all U.S. container ports reported unacceptable channel depths.[38] This could be particularly problematic should the Panama Canal be widened to accommodate post-Panamax vessels.

> *Land-side Port Access:* Land-side access is a problem of increasing importance for U.S. ports and is becoming one of the primary bottlenecks for the movement of goods from ships to the rest of the transportation system. Once vessels arrive at a port it makes little difference how efficient the rest of the port is if goods cannot be unloaded off a vessel promptly. In 2001, several of the top 15 U.S. deepwater ports reported unacceptable flow conditions on landside elements of the intermodal access system.[39] Compounding this problem is the fact that many ports do not have sufficient room to expand landside access nor do they have the funds required to maintain this additional capacity even if it was acquired.

> *Congested Locks in Inland Waterways:* U.S. inland waterways are an important component of the nation's transportation system. These waterways transport approximately 20 percent of the nation's coal and 60 percent of the nation's grain movements.[40] Investment in the infrastructure required to support these waterways (e.g., locks) has not been adequate to maintain the system. In 1997, the U.S. Army Corps of Engineers reported that the median age of all lock chambers is 35 years.[41] This survey also concluded that locking delays have been increasing throughout the inland waterway system, and that delays averaged around six hours at the most congested locks and were sometimes much longer.

---

[37] *Collision Brings Chaos: Main Mississippi Channel Blocked*; The Advocate; Baton Rouge, Louisiana; February 23, 2004.
[38] U.S. Department of Transportation Maritime Administration, 2002 Intermodal Access to US Ports Report on Survey Finings, August 2002.
[39] U.S. Department of Transportation Maritime Administration, 2002 Intermodal Access to US Ports Report on Survey Finings, August 2002.
[40] The American Waterways Operators: http://www.americanwaterways.com/
[41] Reported in: *Freight Capacity for the 21st Century, Special Report 271*; National Academies of Sciences; Transportation Research Board.

### 3.3.2  Non-Infrastructure Related Water Capacity Issues

There are also a number of regulatory and institutional issues that affect water transportation, of which the most influential are:

- *The Jones Act:* Originally known as the 1920 Merchant Marine Act, the Jones Act limits all waterborne trade between U.S. ports to U.S. flag vessels. Many critics of the Jones Act advocate its repeal since the Act inhibits capacity by reducing the available pool of transport vessels, raising the price of transportation and final cost of goods. A study by the International Trade Commission estimates that the Jones Act costs the nation $2.8 billion annually and its repeal would lead to reductions in relevant shipping prices by around 26 percent.[42]

- *Port Rate Competition:* Many U.S. ports charge users fees below their costs. This is partly due to subsidies from various levels of government, but also due to competition among ports where raising user fees would lead to losses of business. This creates an environment where individual ports may have excess capacity much of the time, but are characterized by severe congestion during peak periods.

## 3.4  Air Cargo Capacity Issues

At an annual growth rate of 5.1 percent from 1990 to 2000, air cargo is by far the fastest growing mode of freight transportation (unless one counts intermodal rail as a separate mode). Available forecasts predict air cargo will continue to grow at rates of 4.0 percent to 5.2 percent through 2020. Growth at these rates will put considerable strain on an aviation system already characterized by frequent delays and traffic control safety concerns. To date, however, this growth in air cargo has yet to severely constrain the system as a whole although certain hubs are beginning to experience chronic problems. About 16 percent flight takeoffs and landings at LaGuardia Airport, for example, experience delays.[43]

The conditions at heavily trafficked airports such as LaGuardia suggest that air cargo may be beginning to strain the system. There are a number of issues involved in airport capacity expansion including terminal and runway expansion and need for additional landside connections for freight. Interrelated are freight and passenger conflicts and safety concerns such as the adequacy of the air traffic control system.

Non-infrastructure related air cargo capacity issues include regulations restricting the operations of non-U.S. carriers.

- *Economic Regulations:* Similar to the Jones Act in relation to water freight, air cargo also has regulations stating that foreign-flag carriers may not operate between U.S.

---

[42] U.S. International Trade Commission; *The Economic Effects of Significant U.S. Import Restraints*; May 1999.
[43] Reported in: *Freight Capacity for the 21st Century, Special Report 271*; National Academies of Sciences; Transportation Research Board.

points. These regulations, however, are not likely to receive the same scrutiny as the Jones Act due, in part, to security concerns.

> *International Regulations:* Other international regulations, such as customs regulations, impact goods movements into the U.S. and the efficiency of those movements. For example, there are new Customs rules on electronic pre-filing for air cargo imports and exports (except to Canada). For long flights, import data must be filed well before landing. For flights less than four hours, import data must be filed before wheels-up.

## 3.5 Summary of Freight Transportation Capacity Issues

Exhibit 17 summarize the capacity challenges that characterize our current freight transportation system. Ensuring an efficient, reliable, and safe freight system will require concerted efforts from both government agencies and the private sector. There is ample evidence that the system is becoming increasingly strained, and disruptions in one part of the system can reverbrate across the others and create bottlenecks that can adversely affect our national economy.

Of particular concern is the rapid growth in the demand for freight transportation that is expected for the future. Given the capacity of our current freight system and projected increases in demand suggests that our freight system could become severly strained. The following Section of this report presents information on the future demand for freight transportation.

21st Century Freight Mobility

Exhibit 17: Summary of Capacity Issues by Mode

| | Trucking | Rail | Waterways and Ports | Air Cargo |
|---|---|---|---|---|
| Infrastructure-based | ✓ Urban bottlenecks<br>✓ Congestion on rural highway corridors<br>✓ Border crossing delays<br>✓ Terminal specific congestion | ✓ Mainline capacity<br>✓ Deteriorating bridges and tunnels<br>✓ Height clearances (e.g. double-stack access)<br>✓ Highway access from terminals<br>✓ Intermodal terminal capacity<br>✓ Inefficient interchanges at rail hubs | ✓ Land-side access<br>✓ Channel depth (dredging)<br>✓ Road and rail access to terminals<br>✓ Congested locks and limited inland waterway infrastructure | ✓ Airport capacity (major issue pre-9/11)<br>✓ Landside connections<br>✓ Air traffic control<br>✓ Cargo/passenger conflicts |
| Regulatory- or Institutionally-based | ✓ Truck size/weight regulations<br>✓ Hours of Service (HOS) regulations<br>✓ Regulations slowing project delivery/capacity improvements (e.g. EIS)<br>✓ NAFTA harmonization<br>✓ Driver retention<br>✓ Project financing | ✓ Organized labor<br>✓ Scheduling challenges<br>✓ Dedicated service vs. mixed<br>✓ Steady decline in rail revenues on a ton-mile basis due to competition<br>✓ Return on investment has fallen short of cost of capital, affecting railroads' ability to generate funds for infrastructure investment | ✓ Lack of national/regional focus for port planning and development<br>✓ Inefficient pricing due to port competition<br>✓ Jones Act | ✓ Landing rights restrictions<br>✓ Cabotage restrictions (Open Skies)<br>✓ Belly cargo safety concerns |