# Exhibit 28

(Prystowsky Declaration)

CONGRESS OF THE UNITED STATES
CONGRESSIONAL BUDGET OFFICE



A CBO PAPER



JANUARY 2006

Freight Rail Transportation: Long-Term Issues



# Freight Rail Transportation: Long-Term Issues

January 2006

The Congress of the United States ■ Congressional Budget Office



# Preface

The demand for freight transportation in the United States has been rising—reflecting growth in the economy—and is expected to continue its upward trend. Policymakers and transportation experts have expressed concern about whether the railroads will be able to keep pace with rising demand.

This Congressional Budget Office (CBO) paper—prepared at the request of the House Committee on Transportation and Infrastructure—reviews trends in the demand for and supply of freight rail transportation. After many years of reducing the amount of track and equipment and reducing the size of their workforce, the railroads have begun to increase their capital stock and hire new workers. This paper identifies factors that might affect the railroad industry's investment decisions.

In keeping with CBO's mandate to provide objective, impartial analysis, the paper makes no recommendations.

Elizabeth Pinkston of CBO's Microeconomic Studies Division wrote the paper under the supervision of Roger Hitchner, Joseph Kile, and David Moore. (Roger Hitchner has since left CBO.) Angela McCollough and Craig Cammarata assisted with the preparation of the manuscript and figures. Within CBO, Naomi Griffin, Arlene Holen, Fatimot Ladipo, Rachel Milberg, Robert Murphy, Christopher Williams, and Thomas Woodward provided comments on the draft. In addition, John Frittelli of the Congressional Research Service, Robert Martin of the Federal Railroad Administration, Michael Redisch of the Surface Transportation Board, and Louis Thompson of Thompson, Galenson & Associates provided comments. (The assistance of external reviewers implies no responsibility for the final product, which rests solely with CBO.)

Janey Cohen edited the paper, and Christine Bogusz and John Skeen proofread it. Maureen Costantino designed the cover and prepared the paper for publication, and Lenny Skutnik produced the printed copies.

Donald B. Marron
Acting Director

January 2006



# Freight Rail Transportation: Long-Term Issues

## Summary and Introduction

The freight railroad industry plays an important role in the nation's economy as a mainstay of transportation for many basic industries and, increasingly, for exports and imports that travel by rail to and from the nation's ports. After a long period of excess rail capacity, the pendulum has begun to swing toward tight capacity—at least at certain times and places.[1] Some transportation experts have expressed concern that the railroads are not investing enough to meet rising demand for their services. If they cannot keep pace, the result could be higher costs not only for shippers and consumers but also for taxpayers, because demand that the railroads cannot satisfy is most likely to be handled by trucks and thus require more spending on the construction and maintenance of highways.

The concern expressed about the availability of supply implies a view that the railroad industry is somehow different from most other industries. Most companies in a market economy respond to increases in demand by raising prices, which increases revenues and profits that can then be used to finance expansion. The prospect of profits not only induces existing firms to expand but also attracts newcomers to the industry.

Why might the railroad industry not respond to rising demand as other industries do? Economic factors specific to the railroad industry may reduce its ability and willingness to invest in new capacity. Building new track is costly, and because track is fixed in a specific location, investing in it subjects railroads to the risk that demand will shift to other locations and that the investment will not yield an adequate return. The other major domestic freight transportation industries, trucking and water carriers, do not face that kind of risk; instead, the governments that build and maintain highways and waterways—and the taxpayers who provide their funding—bear that risk.

Government policies may also adversely affect railroads by reducing the costs of competing industries. Although truckers and water carriers pay taxes that help finance the highways and waterways they use, those taxes do not fully cover the cost of the infrastructure. The Federal Highway Administration has estimated that tractor-trailer trucks pay only 80 percent of the highway costs attributed to them, and the heaviest trucks—those over 80,000 pounds—pay only half of their costs.[2] Barge operators on the inland waterways pay in taxes only about 20 percent of the amount the Corps of Engineers spends on navigation projects.[3]

Still another factor constraining potential railroad investment could be laws that are specific to railroads, which were enacted when the railroad industry was a dominant force in the U.S. economy. Some of those laws may benefit railroads, but others may impose costs. From 1887,

---

1. In the transportation industries, "capacity" is usually defined in terms of a level of service, such as how many cars or trains can be handled efficiently and effectively by a facility or network in a given amount of time. Excess capacity exists when inputs—tracks, equipment, and labor—could be used to produce more service than they are currently providing. Capacity becomes constrained when any critical input is in tight supply.

2. Department of Transportation, Federal Highway Administration, *Addendum to the 1997 Federal Highway Cost Allocation Study Final Report* (May 2000). The Federal Highway Administration's estimate includes only government program costs; it does not include pollution or congestion costs.

3. The costs include construction as well as operation and maintenance.

when the Interstate Commerce Act was passed, until 1980, railroad rates, routes, mergers, abandonments, and other economic activities were heavily regulated by the federal government.[4] The Staggers Rail Act of 1980 removed many of the regulatory restrictions, enabling railroads to operate more efficiently.[5] But some regulation remains, such as regulation of rates on traffic for which the Surface Transportation Board (STB) finds that one railroad dominates the market, to protect "captive shippers" that have no alternative transportation. Other laws that treat railroads differently from most other industries are the Federal Employers' Liability Act (enacted in 1908 to cover workers' compensation), the Railway Labor Act (enacted in 1926 to cover various aspects of collective bargaining), and the Railroad Retirement Act (originally enacted in 1934 to provide pension coverage). There has been little research to address whether those railroad-specific laws adversely affect the railroads in their competition with other modes of transportation.

This paper discusses the growth in demand for freight transportation and explores factors that may affect the railroads' ability to meet future demand. In general, data on trends in costs, productivity, and profitability suggest that the railroad industry has been moving forward in adding to capacity, although the picture is not entirely clear. By several measures, the amount of capital investment in the railroad industry has been fluctuating or declining; employment is well below its historical peak and has been drifting downward until recently. Yet productivity has risen markedly, enabling the railroads to provide more transportation services with fewer resources.

Government policies that affect railroads often affect other transportation industries, and vice versa. If an aim of public policy is to encourage efficiency across transportation modes—that is, for railroads, trucks, and water carriers to carry the types of shipments for which they are best suited—then any policy changes should comprehensively consider the effects on all modes.

### Recent Experience
In 2004, shippers and policymakers were sufficiently concerned about the ability of railroads to meet unprecedented demand that the chairman of the Surface Transportation Board asked the heads of the seven major freight railroads about their plans for meeting the upsurge.[6]

The railroads responded that they were taking a number of measures—hiring more workers, adding more locomotives and cars, rerouting traffic, and seeking help from shippers—to accommodate the rising demand. By the end of the fall peak season, the railroads had been able to meet most of the demand, and the feared "meltdown"—as it was referred to in the press—had been avoided.[7] Demand has remained strong, however, and in June 2005, the STB chairman again asked the railroads how they intended to meet the demand for the coming fall peak season.[8] The railroads cited continued efforts to increase capacity. It appears that actions by both shippers and railroads in anticipation of rising demand have mitigated congestion in 2005.[9]

### Long-Term Issues
Over the next 20 years, if demand for rail transportation continues its rapid rise, the railroads will need to invest in new tracks and equipment to keep pace. At least two major transportation organizations have expressed concern about whether capacity will be sufficient to meet freight demand. The Transportation Research Board (TRB, a unit of the National Academies) appointed a special com-

---

4. As initially enacted, the Interstate Commerce Act provided relatively weak regulation, but regulatory controls were increased substantially in ensuing legislation.

5. The Staggers Rail Act of 1980 (Public Law 96-448, 49 U.S.C. 10101 et seq.).

6. Letter from Roger Nober, Chairman, Surface Transportation Board, to the heads of the seven Class I freight railroads, June 9, 2004, available at www.stb.dot.gov/stb/docs/fallpeakletter.pdf. As the successor to the Interstate Commerce Commission, the STB has jurisdiction over certain economic aspects of the rail industry. The Federal Railroad Administration regulates rail safety.

7. Congressional Budget Office, *Freight Rail Transportation: A Review of the 2004 Experience* (May 2005).

8. Letter from Roger Nober, Chairman, Surface Transportation Board, to the heads of the seven Class I freight railroads, June 15, 2005, available at www.stb.dot.gov/stb/docs/fallpeakletter 2005.pdf.

9. See, for example, Laura Mandaro, "Ports, Rails, Retailers Plan Ahead to Avoid Import Logjam Again; Ship Early, Work Late," *Investor's Business Daily*, National Section (August 15, 2005), p. A01. Track problems recently have caused disruptions in coal service by the Union Pacific Railroad and BNSF Railway from the Powder River Basin in Wyoming. Hurricane Katrina has also caused damage to key rail lines.

mittee to study potential problems. The committee found that "Rail capacity constraints and recent service problems are discouraging to the hopes of state and federal officials, environmentalists, and motorists that rail can relieve highways of part of the burden of truck traffic growth."[10] The report further summarized concerns about rail capacity over the long run:

> Taken together, the trends have indicated to many observers a pattern of unprecedented tight capacity in certain parts of the freight transportation system, expected continued growth of traffic, and slowing of the rate of addition of capacity in response to various external constraints.[11]

The American Association of State Highway and Transportation Officials (AASHTO) also commissioned a study of future rail capacity and demand. The resulting *Freight-Rail Bottom Line Report* examined the need for future highway investments under alternative assumptions about the potential contribution of railroads to meeting freight transportation demand.[12] Based on what railroads had been spending on investment, it found that the railroad industry would be unable to generate enough funds for investment to maintain its current share of freight transportation.[13]

More recently, a report issued by the Hudson Institute expressed similar concerns, concluding that "given little or no change in government programs and policies there are likely to be significant strains on the capacity of the national freight system over the next 10 to 20 years."[14] Among other sources of demand, the report noted that the growth in international trade may require better transportation service between ports and inland cities.[15]

In recent years, the railroads have been making new investments, even though their profitability has fluctuated and has generally remained below the cost of capital as estimated by the Surface Transportation Board. They have increased productivity markedly and increased employment in 2004 after decades of steady employment declines. They have been able to raise prices on some traffic, despite the fact that overall revenue per ton-mile has generally declined.[16] Those developments may ease concerns about the ability to meet future demand, although it is unclear whether the railroad industry will invest quickly enough to avoid disruptions.

## The Demand for Freight Rail Transportation

The demand for freight transportation is derived from the demand for the goods themselves. No intrinsic value, or utility, arises from moving a trainload of coal, grain, or imported goods; rather, the value of the transportation derives from the value of consuming or using the good at its destination.

The demand for freight transportation depends primarily on the overall amount of economic activity; the type of economic activity (for example, the relative amount of goods, which have to be transported, and services, which do not); and the location of economic activity (in particular, the distances between the sources of raw materials, distribution and production facilities, and consumers). The transportation industries are not passive participants in the market, however. If they can reduce the cost of transportation—by adopting new technologies or finding other ways to increase productivity, for example—they may be able to increase demand for their services. Indeed, the historical progression of trade from local, to regional, to national, to international was aided to a large extent by reductions in the cost of transportation.[17]

### The Role of Freight Railroads Today

Railroads carry about 47 percent of intercity freight traffic (excluding pipelines and airfreight) in the United

---

10. Transportation Research Board, *Freight Capacity for the 21st Century*, Special Report 271 (Washington, D.C.: National Research Council, 2003), p. 19.

11. Ibid., p. 109.

12. American Association of State Highway and Transportation Officials, *Freight-Rail Bottom Line Report* (Washington, D.C.: AASHTO, January 2003), available at freight.transportation.org/doc/FreightRailReport.pdf.

13. Ibid., p. 3.

14. Sergio J. Ostria, "Freight Transportation," Part II of Hudson Institute, *2010 and Beyond: A Vision of America's Transportation Future* (Noblesville, Ind.: Hudson Institute, 2004), p. 111.

15. Ibid., p. 91.

16. A ton-mile is the measure of one ton of freight transported the distance of one mile.

17. Improved transportation at a lower cost has enabled producers to reap economies of scale in production and advantages from specialization.

States, measured in ton-miles, and about 30 percent, measured in tons.[18] In 2003, they carried 1.8 billion tons of freight a total of about 1.6 trillion ton-miles.[19] Because rail rates are generally lower than rates for trucking or airfreight, however, railroads take in only about 13 percent of intercity freight revenues—about $36.6 billion in 2003.[20]

Railroads carried shipments valued at $320.5 billion in 2002. By comparison, during the same period, trucks transported shipments worth $6.2 trillion, air carriers transported shipments worth $279.5 billion, and water carriers transported freight worth $90.9 billion.[21] The value of freight rail shipments in 2002 represented 3.1 percent of gross domestic product (GDP) for that year; it was 10.7 percent of the nonservice (durable plus nondurable goods) portion of GDP.[22] The value of rail shipments accounted for nearly 17 percent of the value of goods imported into and exported from the United States in 2002.[23]

Rail transportation is particularly important to certain industries. About 70 percent of coal delivered to power plants in the United States travels by rail, as do about 70 percent of all automobiles manufactured domestically.[24] Approximately 32 percent of grain shipments are transported by rail.[25] The chemical industry also relies heavily on railroads.

The railroad industry in the United States is dominated by two large carriers in the West, Union Pacific Railroad Company (UP) and BNSF Railway (formerly known as the Burlington Northern Santa Fe), and two in the East, CSX Transportation, Inc., and Norfolk Southern Railway. Those railroads plus three others—the Grand Trunk Corporation (a unit of the Canadian National Railway Company that includes Grand Truck Western, Illinois Central, Wisconsin Central, and smaller railroads), Soo Line Railroad Company (a unit of Canadian Pacific Railway), and Kansas City Southern Railway Company—constitute the set of Class I railroads, as defined by the Surface Transportation Board, that are the focus of this paper.[26] Data for Class I railroads closely track data for the entire industry. The use of data for Class I railroads or all railroads in this paper reflects whichever are more readily available.

### Trends in Freight Rail Transportation

Total freight traffic carried by all modes of transportation in the United States has been growing. Rail and intercity truck traffic, as measured in ton-miles, has risen steadily in recent years, while water transportation has declined (see Figure 1).

Railroad freight traffic has trended upward over the history of the industry, generally suffering small dips only in periods of recession. Railroads experienced a sharp increase in traffic in the 1990s: traffic jumped more than 50 percent between 1990 and 2003, rising from about 1.0

---

18. Pipelines are not generally in direct competition with railroads, nor is air freight. Air freight accounts for a very small proportion of freight tonnage and ton-miles. Ton-mile data are from Department of Transportation, Bureau of Transportation Statistics, *National Transportation Statistics 2005*, Table 1-46a, available at www.bts.gov/publications/national_transportation_statistics/2005/index.html. Tonnage data are from Rosalyn A. Wilson, *Transportation in America*, 19th ed. (Washington, D.C.: Eno Transportation Foundation, 2002), p. 44.

19. Association of American Railroads, *Railroad Facts, 2004 Edition* (Washington, D.C.: AAR, October 2004), pp. 27-28.

20. Department of Transportation, Bureau of Transportation Statistics, *National Transportation Statistics 2005*, Table 3-18, available at www.bts.gov/publications/national_transportation_statistics/2005/index.html. The calculation used air freight data from the BTS' *Air Profile* and Table 3-17 of *National Transportation Statistics*.

21. Department of Transportation, *National Transportation Statistics 2005*, Table 1-52, available at www.bts.gov/publications/national_transportation_statistics/2005/index.html. These numbers double-count the value of goods carried by more than one mode.

22. Council of Economic Advisers, *Economic Report of the President* (February 2004), Table B-1.

23. Ibid., Table B-24.

24. Association of American Railroads, *Economic Impact of U.S. Freight Railroads* (Washington, D.C.: AAR, November 2005), p. 2, available at www.aar.org.

25. Department of Agriculture, Agricultural Marketing Service, Transportation Services Branch, *Transportation of U.S. Grains: A Modal Share Analysis, 1978-2000* (October 2004), p. 10.

26. The STB defines Class I railroads according to a revenue threshold. For 2003, the threshold was more than $277.7 million in annual revenues.

FREIGHT RAIL TRANSPORTATION: LONG-TERM ISSUES 5

**Figure 1.**

## Intercity Freight Traffic, 1965 to 2000

(Billions of ton-miles)

[Line chart showing Class I Railroad rising from about 700 in 1965 to about 1,500 in 2000; Water Carrier around 600-900; Intercity Truck rising from about 400 to about 1,100]

Source: Congressional Budget Office based on Department of Transportation, Bureau of Transportation Statistics, *National Transportation Statistics 2005*, Table 1-46a.

trillion ton-miles to about 1.6 trillion ton-miles (see Figure 2).[27]

Coal has long been the dominant commodity carried by rail in the United States. In 2004, it accounted for about 43 percent of the tons carried (see Figure 3) and about 20 percent of revenues of Class I railroads.[28] Coal traffic has trended upward over the past 10 years (see Figure 4 on page 8).

The principal sources of railroad growth over the past decade have been coal and intermodal ("miscellaneous mixed") shipments.[29] Coal traffic (as measured in tons) rose about 37 percent from 1994 to 2003; in terms of

revenue, however, it increased just 12 percent.[30] Intermodal shipments, which tend to be relatively high in value and can command higher rates, grew about 33 percent in tonnage and 46 percent in revenues from 1994 to 2003.[31]

### Projections of Growth in Demand for Rail Transportation

Rail traffic is projected to continue to increase as the economy grows. The Department of Energy's Energy Information Administration (EIA) projects rail growth of 1.7 percent annually, rising from about 1.6 trillion ton-miles in 2004 to nearly 2.4 trillion ton-miles in 2030.[32]

The Energy Department's interest in rail transportation derives primarily from its interest in the production and consumption of coal. The EIA projects an increase in the number of tons of coal consumed in the United States of about 62 percent between 2004 and 2030.[33] About 92 percent of coal consumption in 2004 was for the production of electricity.[34] The EIA projects Western coal production to increase to nearly 1.1 billion tons in 2030 from 627 million tons in 2004.[35] Most of that coal will have to be transported over distances for which trucking costs would be prohibitive and where water transportation is unavailable, so railroads will probably be called upon to fill the need for coal transportation.

The Federal Highway Administration (FHWA) has also developed a forecast of demand for freight transportation. That forecast, called the Freight Analysis Framework (FAF), focuses on tonnage, rather than ton-mileage, and

---

27. Association of American Railroads, *Class I Railroad Statistics* (Washington, D.C.: AAR, July 13, 2005), available at www.aar.org. These numbers include Class II and III railroad data. The Bureau of Transportation Statistics numbers used to compare railroads with other modes include only Class I data.

28. Association of American Railroads, *Class I Railroad Statistics*, p. 3.

29. Intermodal service refers to truck trailers and containers transported on railcars. "Miscellaneous mixed" shipments include those carried by boxcars and other types of equipment in addition to containers and trailers used in intermodal transportation.

30. Association of American Railroads, *Railroad Ten-Year Trends, 1994-2003* (Washington, D.C.: AAR, 2004), pp. 45 and 47.

31. Ibid.

32. Department of Energy, Energy Information Administration, *Annual Energy Outlook 2006 (Early Release)*, Table 7, available at www.eia.doe.gov/oiaf/aeo/index.html.

33. Ibid., Table 15.

34. EIA projected a decline to 84 percent in 2030.

35. Department of Energy, *Annual Energy Outlook 2006*, Table 15. Western coal generally has lower sulfur content, which makes it more attractive under current environmental laws. However, policies or technologies could change—such as finding that Western coal might cause other environmental damage or finding new technologies to remove sulfur more cheaply—that would shift the balance away from Western coal. That would have major effects on the coal-hauling railroads.

**6**   FREIGHT RAIL TRANSPORTATION: LONG-TERM ISSUES

**Figure 2.**

## Freight Carried by U.S. Railroads, 1890 to 2003

(Billions of ton-miles)

[Bar chart showing freight carried by All U.S. Railroads and Class I Railroads from 1890 to 2003, with values rising from near 0 in 1890 to approximately 1,600 billion ton-miles by 2003.]

Source: Congressional Budget Office based on Association of American Railroads, *Railroad Facts, 2004 Edition*, pp. 27 and 32; and Association of American Railroads, *Class I Railroad Statistics* (July 13, 2005), available at www.aar.org.

is for the years 2010 and 2020.[36] In the FAF forecast, freight tonnage in the United States (including imports and exports) will rise by nearly 70 percent between 1998 and 2020, increasing from 15.3 billion tons in 1998 to 25.8 billion tons in 2020.[37] Rail tonnage is projected to rise by about 55 percent, from 2.3 billion tons to 3.6 billion tons.[38] Rail's share of all freight traffic is projected to decline from 15.1 percent in 1998 to 13.9 percent in 2020.

---

36. American Association of State Highway and Transportation Officials, *Freight-Rail Bottom Line Report*, p. 50.

37. Federal Highway Administration, *Freight Analysis Framework* (October 2002), FHWA-OP-03-006(R), available at www.ops.fhwa.dot.gov/freight/documents/faf_overview.pdf. Information about the methodology is available at www.ops.fhwa.dot.gov/freight/documents/WebMeth/faf_db_derivation.pdf.

38. Rail's *domestic* tonnage is projected to rise by about 48.1 percent, from roughly 1.9 billion tons to about 2.8 billion tons.

In the FAF forecast for 2020, coal continues to dominate rail traffic, accounting for about 37 percent of tonnage (see Figure 5 on page 9). Trailing coal are chemicals, accounting for about 9 percent of rail tonnage; food and kindred products, with about 8 percent; and, with about 7 percent each, farm products, nonmetallic minerals, and a category called "freight all kind," which refers to general freight that might be carried in boxcars or intermodal containers or trailers.

Showing the greatest growth in rail tonnage between 1998 and 2020 are clay/concrete/glass/stone and food and kindred products, which are projected to more than double in volume (see Table 1 on page 10). General freight (freight all kind) and lumber and wood are projected to nearly double. Coal and chemicals are projected to grow by 28.5 percent and 75.5 percent, respectively.

### Meeting Future Freight Transportation Demand: The AASHTO Report

The transportation demand of a growing economy can be met in various ways. The FHWA's Freight Analysis Framework projects that each mode will see an increase in the amount of traffic it carries. But both the inherent advantages of each mode and the public policies affecting them will have a bearing on the pattern of growth.

A recent report that has been influential in the debate over freight transportation policy is the *Freight-Rail Bottom Line Report*, published by the American Association of State Highway and Transportation Officials.[39] That report was motivated by concerns that highway capacity was increasingly being stretched to its limits. State transportation planners were interested in whether future freight transportation demand could be met more efficiently through a mix of highway and rail investments rather than focusing on highways. The *Bottom Line Report* made alternative assumptions about how the freight railroad industry might respond to growing demand, and it analyzed the implications for highway and other infrastructure needs.

Using forecasts of freight transportation demand—principally proprietary forecasts of the Freight Analysis Framework—the *Bottom Line Report* estimated how much new highway capacity would be needed, and what

---

39. American Association of State Highway and Transportation Officials, *Bottom Line Report*.