# Exhibit 29

(Prystowsky Declaration)



# Study of Competition in the Railroad Industry and Analysis of Proposals that Might Enhance Competition

**Final Report**

*November 2008*

CHRISTENSEN ASSOCIATES

# Outline

◻ Project background

◻ Railroad economics

◻ Trends in rates and market power

◻ Railroad productivity and costs

◻ Railroad revenue sufficiency

◻ Shipper captivity

◻ Capacity and service quality

◻ Economic analysis of policy proposals

◻ Future directions

CHRISTENSEN ASSOCIATES

2

## Project Background

☐ The Christensen Associates team was selected by the STB to perform an independent study of competitive issues in the U.S. freight railroad industry, including

— Competition and captivity

— Capacity and service quality issues

— Economic analysis of policy proposals

☐ Two research phases

— Gather stakeholder input to assist in formulating research plan

— Quantitative research

CHRISTENSEN ASSOCIATES

November 2006

3

# Railroad Economics

☐ Economies of density and fixed costs require pricing above marginal cost to cover total costs

— Economies of density – costs fall as traffic over network increases

☐ By definition, price above marginal cost is the exercise of market power, but exercise does not imply abuse

☐ Railroads use differential pricing to recover their total costs

— Different commodity groups face different markups of rates over marginal costs

CHRISTENSEN ASSOCIATES

November 2006

4

# Railroad Market Power –
## Margin between RPTM and MC

# Trends in Railroad Rates and Market Power

☐ Recent years' rate increases due to declining productivity growth and increasing costs, not increased exercise of market power

☐ Market power index relatively flat in recent years

— LMI = (RPTM-MC)/RPTM

☐ Market power increased most when both MC and RPTM falling

CHRISTENSEN ASSOCIATES

5



# Railroad Market Power –
## Lerner Index

CHRISTENSEN ASSOCIATES

7

# Railroad Productivity and Costs

- Recent declines in productivity growth and increases in input price growth
  - Less ability for railroads to absorb cost increases
  - Reflected in upturn in RCAF-A
- Increases in average and marginal costs in recent years
  - "Spike" in fixed costs
  - Increases in marginal and variable costs
  - Differences in marginal costs by commodity and over time

8

CHRISTENSEN ASSOCIATES

# Productivity-Adjusted Input Prices— RCAFA



(1Q89=1.000)



# Recent Trends in Commodity Rates

- ☐ Rates and markups over marginal cost vary by commodity groups and within groups
  - Relatively larger markups for agricultural commodities

- ☐ Some ability by shippers to adjust to counteract increases
  - e.g., length of haul, car loadings
  - But what are adjustment costs?
  - However, not all shippers can adjust

- ☐ Data problems with intermodal
  - Most lumped into STCC 46, Misc. Mixed Shipments

CHRISTENSEN ASSOCIATES

11

# Estimated Marginal Costs and Markups by Commodity

| Commodity | LMI | | Adjusted MC (2000 Q1 cents) | |
|---|---|---|---|---|
| | 2001-2003 | 2004-2006 | 2001-2003 | 2004-2006 |
| Farm Products (Aggregate) | 0.61 | 0.61 | 0.9 | 0.9 |
| Barley | 0.68 | 0.75 | 0.7 | 0.6 |
| Corn | 0.71 | 0.73 | 0.7 | 0.6 |
| Wheat | 0.67 | 0.71 | 0.8 | 0.7 |
| Soybeans | 0.63 | 0.58 | 0.9 | 1.0 |
| Metallic Ores | 0.46 | 0.51 | 2.1 | 2.3 |
| Coal | 0.41 | 0.41 | 1.1 | 1.1 |
| Non-metallic Minerals | 0.52 | 0.39 | 1.8 | 2.2 |
| Food Products | 0.59 | 0.60 | 1.2 | 1.2 |
| Lumber & Wood Products | 0.64 | 0.63 | 1.4 | 1.4 |
| Chemicals | 0.63 | 0.59 | 1.6 | 1.6 |
| Petroleum & Coal Products | 0.64 | 0.60 | 1.6 | 1.5 |
| Clay, Concrete, Glass, & Stone | 0.60 | 0.60 | 1.7 | 1.8 |
| Primary Metal Products | 0.59 | 0.59 | 1.8 | 2.1 |
| Transportation Equipment | 0.55 | 0.51 | 5.1 | 5.4 |
| Intermodal (COFC/TOFC) | -0.36 | -0.35 | 4.3 | 4.5 |

CHRISTENSEN ASSOCIATES

November 2006

# Railroad Revenue Sufficiency

- Revenue sufficiency measure = RPTM/ATC

- For most years of study (1987-2006) Class I's do not appear to be earning above normal profit

  - Results vary by railroad

  - Does 2006 indicate start of new trend?

- Consistent with financial market assessment

  - e.g., P/E ratios, EPS

  - Financial performance similar to electric utilities

CHRISTENSEN ASSOCIATES

13

# Railroad Revenue Sufficiency: RPTM/ATC



Legend: ▬▬ RPTM/ATC

X-axis: 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006

Y-axis: 75%, 80%, 85%, 90%, 95%, 100%, 105%, 110%

CHRISTENSEN ASSOCIATES

14

## Railroad Revenue Sufficiency and Market Power

☐ No increase in exercise of market power in recent years as revenue sufficiency improved

☐ Greatest increases in market power occurred in late 1980s and early 1990s when industry mostly below and trying to achieve revenue sufficiency levels

Railroad Revenue Sufficiency and Market Power

# Shipper Captivity

☐ Within commodity groups, shippers with no or limited transportation options pay more than shippers with same shipment characteristics and better transportation alternatives

☐ R/VC is weakly correlated with market structure factors that affect shipper captivity

— Not a reliable indicator of market dominance

— Instances of "relative captivity" when R/VC < 180

— Percent of R/VC below 100 often greater than percent above 300

17

CHRISTENSEN ASSOCIATES

# Percent Tons and Ton-Miles by R/VC Category

| Period | Percent of Tons by R/VC Category | | | | |
|---|---|---|---|---|---|
| | R/VC < 100 Percent | R/VC between 100 and 180 Percent | R/VC between 180 and 300 Percent | R/VC > 300 Percent | Subtotal R/VC > 180 Percent |
| 2000-2001 | 14% | 44% | 31% | 12% | 43% |
| 2005-2006 | 14% | 42% | 27% | 17% | 44% |

| Period | Percent of Ton-Miles by R/VC Category | | | | |
|---|---|---|---|---|---|
| | R/VC < 100 Percent | R/VC between 100 and 180 Percent | R/VC between 180 and 300 Percent | R/VC > 300 Percent | Subtotal R/VC > 180 Percent |
| 2000-2001 | 19% | 51% | 25% | 5% | 30% |
| 2005-2006 | 20% | 51% | 21% | 9% | 29% |

CHRISTENSEN ASSOCIATES

# Correlation of R/VC with Market Factors

## Correlation Coefficient with R/VC Ratio

| Commodity Group | RPTM | Distance to Water (Origin) | Distance to Water (Destination) | Railroad Competition at Origin | Railroad Competition at Destination | Econometric Market Structure Shifter |
|---|---|---|---|---|---|---|
| Chemicals | 0.18 | -0.03 | -0.01 | -0.07 | 0.01 | 0.06 |
| Coal | 0.61 | -0.26 | 0.03 | -0.25 | -0.13 | 0.05 |
| Corn | 0.23 | -0.01 | 0.09 | 0.00 | -0.06 | 0.07 |
| Intermodal | 0.12 | -0.06 | 0.13 | -0.04 | -0.20 | 0.21 |
| Transportation | 0.16 | -0.18 | -0.18 | -0.05 | -0.02 | -0.10 |
| Wheat | 0.44 | 0.09 | -0.04 | -0.05 | -0.02 | 0.08 |



Market Structure and Rates - Wheat

CHRISTENSEN ASSOCIATES

21

November 2006

## Capacity Constraints

☐ Capacity "tightness" due to localized congestion and constraints

— Similar to performance of other network industries

— Econometric and engineering studies say overall networks not constrained

☐ No evidence of connection between capacity and increased exercise of market power

— No overall changes in railroad markups during periods of "tightness," but some redistribution

☐ Capacity lumpiness – hard to achieve optimality

☐ Future projections must be viewed cautiously

CHRISTENSEN ASSOCIATES

22

# Capacity Investment

□ Investment has increased in both nominal and real terms in recent years

□ Investment is relatively constant percent of industry revenues

— Still high relative to other industries, but down somewhat from 1990s – period of high "capex"

— Similar to electric utilities

CHRISTENSEN ASSOCIATES

23

# Service Quality

- ☐ RPM Train speed data used as proxy
  - — These data are a rough, aggregate proxy

- ☐ Service performance declines in 2003-2005 period linked to terminal congestion

- ☐ Speed and variability by commodity
  - — Variability typically greatest for coal and grains, lowest for intermodal

- ☐ Better data needed

# Economic Analysis of Policy Proposals

- □ Circumstances (as of 2006) imply providing relief to certain groups will likely result in increases for other shippers or threaten railroad viability

  – Caveat – does 2006 represent a new trend?

- □ Incremental policies have greater likelihood of resolving shipper issues with lower risk of adverse consequences. For example,

  – Reciprocal switching, terminal agreements

  – Improvements in STB procedures

  – Possibility of encouraging competitive response and expanding "size of pie"

- □ Some shippers will not benefit from greater competition – continued oversight necessary

CHRISTENSEN ASSOCIATES

# Economic Impact of Open Access Proposals

| | Reciprocal Switching | Bottleneck Rates | Terminal Agreements | Trackage Rights |
|---|---|---|---|---|
| Economies of Density | Potential gains | Gains unlikely | Potential gains | Potential gains |
| Length-of-Haul Economies | Small loss | Potentially large loss | No gain to small gain | No gain to small gain |
| Vertical Economies | Small loss | Potentially large loss | Small loss | Potentially large loss |
| Investment Incentives | Small effect | Potentially large effect | Small effect | Potentially large effect |
| Railroad Profitability | Small effect | Potentially large effect | Small effect | Potentially large effect |
| Coordination Costs | Small to moderate | Small to moderate | Small to moderate | Potentially large |
| Competitive Response | Most likely | Least likely | Most likely | Somewhat likely |
| Shipper Gains | Most likely | Least likely | Most likely | Somewhat likely |

CHRISTENSEN ASSOCIATES

# Future Directions

- Captivity and effective competition
- Disaggregate analysis of service quality
- Disaggregate analysis of capacity issues
- Cost shifting
- Fuel surcharges
- Class II and III issues
- Critical evaluation of demand growth projections
- Access to railroads

CHRISTENSEN ASSOCIATES

27