# Exhibit 48

(Prystowsky Declaration)

North America Equity Research
09 June 2006

**JPMorgan**

# Railroad Shipper Survey
## Strong Pricing Outlook; Slow Service Recovery

We recently completed our 2nd annual proprietary survey of major North American industrial rail shippers. Survey results show shippers continue to expect strong rail price increases but only gradual improvement in service.

- **Pricing Momentum Likely to Persist in 2006 and 2007.** Responses to our survey show that a similar percentage of shippers---around 65% who paid rate increases in the 5-10% range or higher in 2005---expect to pay rate increases in this range in 2006 and 2007, implying pricing and yield growth for railroads is likely to remain strong in 2006 and 2007.

- **Union Pacific Viewed as Most Aggressive with Rate Increases.** 41% of shippers viewed Union Pacific as the most aggressive in raising prices while BNI was rated most aggressive by 32%. The survey results add to our confidence that UNP is likely to realize the best yield (revenue/railcar) growth of the major rails in the medium term, sustaining the leading growth it delivered in 1Q06.

- **Rising Interest in Truck/ Modal Shift.** Although many rail shippers have difficulty switching transport modes, we believe that strong rail price increases over the past few years have narrowed the gap with truck pricing and in turn driven some shippers (forest products) to consider shifting from rail to truck. 36% of our survey respondents indicated plans to switch >5% of their transport business from rail to truck due to rail price increases.

- **Service Improvement Expectation is Greatest for CSX.** Based on both change in service over the past three months and expectations for service improvement in 2H06, CSX stood out from the other railroads in terms of a much more optimistic assessment in our 2006 survey compared to our June 2005 survey. The average response showed a slight deterioration in service over the past three months at Union Pacific and Burlington Northern.

We believe that the results of our 2006 survey support the view that rail pricing gains are likely to persist at a strong pace through 2006 and 2007, providing a strong support for rail earnings growth and an upward trend in the railroad stocks.

**Airfreight and Surface Transportation**

**Thomas R. Wadewitz**
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

**Brannon Cook**
(1-212) 622-6423
brannon.cook@jpmorgan.com

**Kirill Kazanli**
(1-212) 622-6428
kirill.kazanli@jpmorgan.com

J.P. Morgan Securities Inc.

**See page 24 for analyst certification and important disclosures, including investment banking relationships.**
JPMorgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers of JPMorgan in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.morganmarkets.com or can call 1-800-477-0406 toll free to request a copy of this research.

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

North America Equity Research
09 June 2006

**JPMorgan**

# Key Investment Points

**Rail Pricing Momentum Likely to Continue in 2006 and 2007.** Of the 36 shippers who responded to our survey, the percentage of shippers who paid a 5-10% or higher rate increase in 2005 was about 65%. Looking to 2006 and 2007, the percentage of shippers expecting to pay rate increases in this range (5-10% or higher) was very stable at 65%. However, there was a modest migration of about 7 percentage points for 2007 expectations versus 2005 actual price increases from the 10-20% category to the 5-10% category. We interpret the results as showing that looking forward, the railroads are likely to realize a modest decline in their opportunities for high-end price increases but should continue to realize strong, broad-based price increases throughout 2006 and 2007.

**Meaningful Percentage of Large Industrial Contracts have not yet been Repriced.** While shipper expectations show a modest reduction in the percentage who expect 10-20% rate increases in 2006 and 2007, the percentage of shippers who did not have contract expirations in the strong rail pricing environment of 2004/2005 implies that there remains a significant opportunity for rails to raise rates sharply on underpriced long-term contracts. Of the 60% of survey respondents who have multi-year contracts (40% are on tariff pricing), 59% indicated their contract did not expire in 2004 or 2005. We believe that the rails are likely to continue to experience a tailwind for yield growth from repricing of long-term contracts in the 2006 and 2007 time frame.

**Shippers Still See Rail Capacity Constraints . . .** Survey respondents indicated they still view the rail system as capacity constrained. Shippers provided a roughly even attribution of the driver of constraints with 17-23% of respondents indicating either locomotive power, freight cars, or track were the key factors. The greatest constraint from a shipper perspective is terminals, as shown by the 39% of respondents identifying terminals as a constraint. We believe that a constrained rail system provides an ongoing support for rail pricing increases and also indicates that there remains opportunity for operational and cost side improvement.

**. . . But Are Modestly More Optimistic About Service Improvement.** 2006 survey results show generally greater optimism about service improvement in the 2nd half of 2006 compared to the more pessimistic outlook in our June 2005 rail shipper survey. The most notable change in expectations was for CSX, which moved from an expectation of further deterioration in the 2005 survey to an expectation of the greatest optimism for improvement of any of the major six railroads. The range of expectations for Union Pacific was broad and did not show much of an increase in optimism regarding service improvement compared to the 2005 survey.

**Price Increases Drive Interest in Modal Shift.** The percentage of shippers planning to switch >5% of their transport business from rail to truck due to rail pricing rose sharply from 22% in the 2005 survey to 36% in the 2006 survey. We believe this reflects a narrowing of the price gap between rail and truck without a commensurate narrowing of the service gap. As a result, we believe that shippers who have the ability to shift some business to truck (such as forest products shippers) are likely to move some of their short haul traffic over to truck in 2006 and 2007.

Thomas R. Wadewitz  
(1-212) 622-6461  
thomas.r.wadewitz@jpmchase.com

North America Equity Research  
09 June 2006



Figure 16: CSX Terminal Dwell Time



Source: Railroadpm.org

Figure 17: NSC Terminal Dwell Time



Source: Railroadpm.org

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

North America Equity Research
09 June 2006

JPMorgan



Figure 18: CNI Terminal Dwell Time and Y/Y Improvement

Source: Canadian National Railway



Figure 19: CP Terminal Dwell Time and Y/Y Improvement

Source: Railroadpm.org

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

North America Equity Research
09 June 2006


JPMorgan

### Will Service Challenges Prompt a Modal Shift?

We believe that many industrial shippers have difficulty shifting business from rail to truck. However, industrial shippers have much greater opportunity to shift business to truck compared to coal or long haul grain shippers. Only 12% of respondents indicated that truck is not a viable option. However, less than 20% can shift a majority of their business to truck. Almost 70% of shippers in our survey could move a minority of their business to truck (41% could shift up to one quarter and 29% could shift one quarter to one half).

For industrial type of shippers, long-haul movements of bulk commodities such as aggregates, plastics, and lumber are inefficient to move by truck. In addition, we believe that hazardous chemicals are also more likely to stay on rail. Trucking is a more likely opportunity for shippers that have shorter hauls, where trucking rates are more competitive with the rails. Forest product and automotive manufacturers (auto parts) are likely to have more business that can switch to truck.



Figure 20: Viability of Modal Shift to Truck by Percent of Total Rail Freight

Source: JPMorgan Rail Shipper Survey.

In our 2006 survey, when asked about their intentions to shift >5% of their traffic to alternative transportation modes, 36% of shippers indicated they will not make a change. Another 36% intended to switch from rail to truck due to price, although we believe that strong rail price increases would be better tolerated if rail service was better.

In 2005, the shippers that were considering a modal shift were equally likely to change to truck because of price or service. In 2006, price became a more significant factor in motivating customers to switch from rail to truck. The proportion of shippers considering the switch based on service issues declined from 22% in 05 to

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

North America Equity Research
09 June 2006

JPMorgan

14% in 06. Traditionally, the rails are more cost effective than trucks for long-haul operations and we believe it would take significant service disruptions and pricing issues before large rail customers seriously consider alternative modes of transportation. We believe that the results of our 2006 survey show that for some industrial shippers with viable modal alternatives, rails have sufficiently narrowed the gap between rail and truck prices that switching to truck has become a more likely choice.

Figure 21: Shipper Intentions Regarding Modal Shift

[Bar chart showing 2006 Results and 2005 Results across categories: Rail to Truck due to Service (~14%, ~22%), Rail to Truck due to Price (~36%, ~22%), Truck to Rail due to Service (0%, ~3%), Truck to Rail due to Price (~14%, ~17%), No Change (~36%, ~36%)]

Source: JPMorgan Rail Shipper Survey.

### Shipper Comments Show Interest in Modal Shift

Comments from a number of rail shippers who participated in our survey indicated that the combination of continued strong rail rate increases and lack of improvement in service has driven them to look harder for ways to shift business away from rail. One chemical shipper indicated that his company is considering ways to swap product with a competitor in order to reduce rail shipments. Another company had purchased trucks in order to provide in house truck transport in place of rail. Several shippers indicated they continue to see examples of railroads pricing in order to push "undesirable" traffic off of the railroad.

Shippers also commented about capacity constraints and attributed some of the constraints to management and processes in rail yards. Another comment provided a view that union work rules were an impediment to efficient operation. Rail customers generally expect capacity to remain tight as shown by one metals shipper who indicated tight supply of rail gondolas, barges, and trucks would make shipping in 2006 and 2007 challenging.

Case 1:07-mc-00489-PLF -JMF   Document 395-55   Filed 08/10/10   Page 8 of 9
Case 1:07-mc-00489-PLF -JMF   Document 395-55   Filed 08/10/10   Page 8 of 9

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

North America Equity Research
09 June 2006



JPMorgan

### Demand Growth Remains Strong

We expect volume growth to continue throughout 06, driven by growth in coal and intermodal. Intermodal traffic has been strong over the past couple years, driven by growth in trade and, to a lesser extent, truck to rail conversion due to the rise in diesel prices and truck driver shortage. We expect rebuilding of utility stockpiles along with a solid ongoing coal burn at utilities, despite the pullback in natural gas prices from peak levels, to drive continued growth in rail coal volumes in 06. Industrial traffic has been relatively weaker since 2005 as several hurricanes knocked out capacity along the Gulf Coast and overall demand for industrial goods moderated. In certain industrial segments such as forest products, we believe a shift of some shorter haul traffic to truck also contributes to weakness in rail volumes.



Figure 22: Rail Industry Volume Growth (4-Week MA, % change y/y)

Source: Association of American Railroads

JPMorgan

Thomas R. Wadewitz
(1-212) 622-6461
thomas.r.wadewitz@jpmchase.com

North America Equity Research
09 June 2006

JPMorgan

When asked about demand expectations in 2H:06, approximately 40% of respondents expect demand for rail transport services will grow strongly in the second half and another 52% anticipate flat demand. Only 6% anticipate a decline in demand. We notice that fewer shippers expect strong growth in demand for products in 2H:06 (40%) relative to expectations in 2H:05 (50%), when this survey was first conducted.

Figure 23: 2006 Survey - Demand Expectations for 2H:06



Source: JPMorgan Rail Shipper Survey.

Figure 24: 2005 Survey - Demand Expectations for 2H:05



Source: JPMorgan Rail Shipper Survey.