# Exhibit 51

(Prystowsky Declaration)



Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, Virginia 23510-9241

**Brenda Chapman**
Legal Assistant

Writer's Direct Dial Number
(757) 629-2815
(757) 823-5797 Fax
E-mail: Brenda.Chapman@nscorp.com

March 9, 2010

Robert A. Gavin, Jr.
Clerk of the Bankruptcy Court
Eastern District of New York
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

> Re: Donnelly Commodities, Debtor
> Chapter 7, Case No. 09-79349
> Proof of Claim of Norfolk Southern Railway Company - $105,431.52

Dear Mr. Gavin:

Enclosed are the following:

1. Original and one copy of a fully executed Proof of Claim of Norfolk Southern Railway Company ("NS") in the above proceeding
2. Summary of charges due to NS
3. Stamped, self-addressed envelope

I would appreciate your acknowledging receipt of the Proof of Claim by stamping the copy and returning it to me in the stamped, self-addressed envelope which is enclosed for your convenience. Also, please advise me if any additional papers need to be filed in connection with this Proof of Claim.

Please forward copies of all future notices and documents for creditors in this proceeding to William H. Johnson, Esquire, Norfolk Southern Corporation, Three Commercial Place, Norfolk, Virginia, 23510.

Sincerely,

*Brenda Chapman*

Brenda Chapman

Enclosures
cc:   W. H. Johnson, Esquire

Operating Subsidiary: Norfolk Southern Railway Company

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT  EASTERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| **Name of Debtor** Donnelly Commodities, Inc.   **Case Number** 09-79349 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

**Norfolk Southern Railway Company**

Name and address where notices should be sent:
William H. Johnson, Esq.
Norfolk Southern Railway Company
Three Commercial Place
Norfolk, VA 23510-2191
Telephone number: (757) 533-4940

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which creditor identifies debtor:** UN 1130

Check here if this claim: ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #: ___ ___ ___
Unpaid compensation for services performed
from _____ to _____
       (date)         (date)

**2. Date debt was incurred:** 09/26/07
**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 105,431.52
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse or child – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a) (___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 03/09/10 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): W. H. Johnson, Senior General Attorney: /s/ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

STATEMENT OF CHARGES DUE NORFOLK SOUTHERN RAILWAY COMPANY
FOR THE ACCOUNT OF
DONNELLY COMMODITIES
AS COVERED BY BILLS LISTED BELOW:

CUSTOMER NUMBER: UN 1130

| Freight Bill # | FB Date | Waybill # | Waybill Date | Amount Billed | Amount Paid | Correction | Net Amount Due |
|---|---|---|---|---|---|---|---|
| 4250001024 | 9/26/2007 | 060670 | 7/13/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4250001032 | 9/26/2007 | 060672 | 7/13/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4261122621 | 9/18/2007 | 683499 | 8/7/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4261123130 | 9/18/2007 | 698181 | 8/7/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4261123148 | 9/18/2007 | 698182 | 8/7/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4263120358 | 9/20/2007 | 691372 | 8/9/2007 | $1,400.00 | $0.00 | $0.00 | $1,400.00 |
| 4264131475 | 9/21/2007 | 692219 | 8/9/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4264131768 | 9/21/2007 | 698625 | 8/8/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4268122371 | 9/25/2007 | 692218 | 8/9/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4269123639 | 9/26/2007 | 685628 | 8/20/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4270115966 | 12/13/2007 | 691125 | 8/23/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 4271122461 | 9/28/2007 | 690872 | 8/31/2007 | $750.00 | $0.00 | $0.00 | $750.00 |
| 5127100725 | 5/6/2008 | 563200 | 4/4/2008 | $750.00 | $0.00 | $0.00 | $750.00 |
| 5266327909 | 10/21/2009 | 680526 | 6/6/2008 | $543.00 | $0.00 | $0.00 | $543.00 |
| 5266328599 | 10/21/2009 | 694367 | 6/9/2008 | $543.00 | $0.00 | $0.00 | $543.00 |
| 5266328604 | 10/21/2009 | 694387 | 6/9/2008 | $543.00 | $0.00 | $0.00 | $543.00 |
| 5266328612 | 10/21/2009 | 694959 | 6/11/2008 | $500.00 | $0.00 | $0.00 | $500.00 |
| 5294336102 | 9/11/2009 | 681315 | 8/6/2008 | $500.00 | $0.00 | $0.00 | $500.00 |
| 5296112520 | 9/11/2009 | 692932 | 8/11/2008 | $500.00 | $0.00 | $0.00 | $500.00 |
| 5296112538 | 9/11/2009 | 694090 | 8/10/2008 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6001140227 | 1/2/2009 | 742169 | 12/5/2008 | $1,576.00 | $0.00 | $0.00 | $1,576.00 |
| 6023072432 | 1/23/2009 | 520732 | 10/6/2008 | $1,473.00 | $0.00 | $0.00 | $1,473.00 |
| 6034101553 | 2/3/2009 | 748176 | 1/15/2009 | $775.00 | $0.00 | $0.00 | $775.00 |
| 6043081443 | 9/11/2009 | 609538 | 11/24/2008 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6043096804 | 9/11/2009 | 684517 | 12/3/2008 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6065096480 | 9/11/2009 | 683661 | 11/12/2008 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6065096498 | 10/21/2009 | 683662 | 11/12/2008 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6065096503 | 10/21/2009 | 683663 | 11/12/2008 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6112088421 | 9/11/2009 | 695997 | 4/3/2009 | $1,253.00 | $0.00 | $0.00 | $1,253.00 |
| 6114083590 | 9/11/2009 | 686830 | 3/25/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6114083605 | 9/11/2009 | 686914 | 3/25/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6114083948 | 9/11/2009 | 690949 | 3/23/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6114084855 | 9/11/2009 | 692648 | 3/24/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6118088217 | 9/11/2009 | 683710 | 3/30/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6118088241 | 9/11/2009 | 688913 | 3/28/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6118088259 | 9/11/2009 | 688914 | 3/28/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6120080827 | 9/11/2009 | 691051 | 4/9/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6121086070 | 10/30/2009 | 681011 | 4/8/2009 | $500.00 | $0.00 | $0.00 | $500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6128042140 | 5/8/2009 | 324076 | 4/28/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6128042158 | 5/8/2009 | 324137 | 4/28/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6128042166 | 5/8/2009 | 324139 | 4/28/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6128042174 | 5/8/2009 | 324140 | 4/28/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6132077490 | 9/11/2009 | 681849 | 4/8/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6134083764 | 10/21/2009 | 684839 | 4/10/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6134084312 | 9/11/2009 | 685582 | 4/28/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6138242556 | 9/11/2009 | 683412 | 4/15/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6138250907 | 9/11/2009 | 687857 | 4/23/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6138250915 | 9/11/2009 | 687859 | 4/23/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6139070839 | 9/11/2009 | 496188 | 5/13/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6147071247 | 9/11/2009 | 690169 | 5/6/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6148065370 | 9/11/2009 | 690174 | 5/6/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6163043482 | 9/11/2009 | 336739 | 5/14/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6163043490 | 9/11/2009 | 336740 | 5/14/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6163075895 | 10/21/2009 | 605820 | 5/7/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6163083814 | 9/11/2009 | 681012 | 4/8/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6163084810 | 9/11/2009 | 690170 | 5/6/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6163084828 | 9/11/2009 | 690171 | 5/6/2009 | $795.00 | $0.00 | $0.00 | $795.00 |
| 6191075887 | 9/11/2009 | 681603 | 6/24/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6195023840 | 10/21/2009 | 148573 | 6/17/2009 | $1,240.00 | $0.00 | $0.00 | $1,240.00 |
| 6196076456 | 9/11/2009 | 680522 | 6/29/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6202085799 | 10/30/2009 | 640148 | 7/3/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6202087076 | 10/30/2009 | 686479 | 7/2/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6204083777 | 10/30/2009 | 681516 | 7/3/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6205079739 | 10/21/2009 | 698869 | 7/7/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6208239891 | 10/21/2009 | 690564 | 7/9/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6211072826 | 10/30/2009 | 687882 | 7/14/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6246038378 | 9/3/2009 | 310655 | 8/21/2009 | $14,931.96 | ($7,010.30) | ($911.36) | $7,010.30 |
| 6253026764 | 9/10/2009 | 311213 | 8/29/2009 | $14,592.00 | ($6,850.56) | ($890.88) | $6,850.56 |
| 6261033911 | 9/18/2009 | 311522 | 9/8/2009 | $10,120.32 | $0.00 | ($1,164.64) | $8,955.68 |
| 6261043835 | 9/18/2009 | 375599 | 9/11/2009 | $769.06 | $0.00 | $0.00 | $769.06 |
| 6266029454 | 9/23/2009 | 311916 | 9/14/2009 | $2,530.08 | $0.00 | ($291.16) | $2,238.92 |
| 6288026626 | 10/30/2009 | 181264 | 9/30/2009 | $1,163.00 | $0.00 | $0.00 | $1,163.00 |
| 6288026634 | 10/30/2009 | 181265 | 9/29/2009 | $1,163.00 | $0.00 | $0.00 | $1,163.00 |
| 6288044315 | 10/30/2009 | 374461 | 10/2/2009 | $1,240.00 | $0.00 | $0.00 | $1,240.00 |
| 6288044323 | 10/30/2009 | 374494 | 10/2/2009 | $1,240.00 | $0.00 | $0.00 | $1,240.00 |
| 6288044713 | 10/30/2009 | 377778 | 10/4/2009 | $775.00 | $0.00 | $0.00 | $775.00 |
| 6288104903 | 10/30/2009 | 788366 | 10/7/2009 | $775.00 | $0.00 | $0.00 | $775.00 |
| 6293019927 | 10/30/2009 | 154575 | 10/6/2009 | $930.00 | $0.00 | $0.00 | $930.00 |
| 6293023112 | 10/30/2009 | 181888 | 9/29/2009 | $1,163.00 | $0.00 | $0.00 | $1,163.00 |
| 6293038654 | 10/30/2009 | 254198 | 10/6/2009 | $1,085.00 | $0.00 | $0.00 | $1,085.00 |
| 6299103944 | 12/21/2009 | 254881 | 10/14/2009 | $1,085.00 | $0.00 | $0.00 | $1,085.00 |
| 6301062105 | 12/21/2009 | 446789 | 10/16/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6301062113 | 12/21/2009 | 446790 | 10/16/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6301094754 | 12/21/2009 | 690129 | 10/12/2009 | $1,163.00 | $0.00 | $0.00 | $1,163.00 |
| 6301094762 | 12/21/2009 | 690130 | 10/12/2009 | $1,163.00 | $0.00 | $0.00 | $1,163.00 |
| 6301094770 | 12/21/2009 | 690132 | 10/12/2009 | $1,163.00 | $0.00 | $0.00 | $1,163.00 |
| 6302053353 | 12/21/2009 | 446851 | 10/15/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6303091299 | 12/21/2009 | 682215 | 10/14/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316017408 | 12/21/2009 | 160831 | 10/21/2009 | $1,163.00 | $0.00 | $0.00 | $1,163.00 |
| 6316093527 | 12/21/2009 | 681203 | 10/23/2009 | $500.00 | $0.00 | $0.00 | $500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6316093991 | 12/21/2009 | 681569 | 10/23/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094002 | 12/21/2009 | 681570 | 10/23/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094060 | 12/21/2009 | 684096 | 10/26/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094078 | 12/21/2009 | 684750 | 10/21/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094086 | 12/21/2009 | 685064 | 10/21/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094094 | 12/21/2009 | 685066 | 10/21/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094109 | 12/21/2009 | 685071 | 10/21/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094117 | 12/21/2009 | 687321 | 10/24/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6316094125 | 12/21/2009 | 687322 | 10/24/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6316094133 | 12/21/2009 | 687323 | 10/24/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6316094141 | 12/21/2009 | 687324 | 10/24/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6316094159 | 12/21/2009 | 687325 | 10/24/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6316094167 | 12/21/2009 | 690726 | 10/20/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6317092605 | 12/21/2009 | 680668 | 10/28/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6317095108 | 12/21/2009 | 689503 | 10/27/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6317095116 | 12/21/2009 | 689504 | 10/27/2009 | $1,008.00 | $0.00 | $0.00 | $1,008.00 |
| 6327283907 | 12/21/2009 | 684517 | 11/5/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6327283915 | 12/21/2009 | 684518 | 11/5/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6335077043 | 12/21/2009 | 683065 | 11/9/2009 | $500.00 | $0.00 | $0.00 | $500.00 |
| 6336068770 | 12/21/2009 | 616728 | 10/23/2009 | $1,395.00 | $0.00 | $0.00 | $1,395.00 |
| | | | | **$122,550.42** | **($13,860.86)** | **($3,258.04)** | **$105,431.52** |