# Attachment 1

## Curriculum Vita of
## Robert D. Willig

[NOT REVISED]

December 2009

## Curriculum Vitae

**Name**:          **Robert D. Willig**

**Address**:          220 Ridgeview Road, Princeton, New Jersey  08540

**Birth**:          1/16/47; Brooklyn, New York

**Marital Status**:          Married, four children

**Education**:    Ph.D.  Economics, Stanford University, 1973
Dissertation:  Welfare Analysis of Policies
                   Affecting Prices and Products.
Advisor:  James Rosse

    M.S.  Operations Research, Stanford University, 1968.

    A.B.  Mathematics, Harvard University, 1967.

**Professional Positions**:

Professor of  Economics and Public Affairs, Princeton University, 1978-.

Principal External Advisor, Infrastructure Program, Inter-American Development Bank, 6/97-8/98.

Deputy Assistant Attorney General, U.S. Department of Justice, l989-1991.

Supervisor, Economics Research Department, Bell Laboratories, 1977-1978.

Visiting Lecturer (with rank of Associate Professor), Department of Economics and Woodrow Wilson School, Princeton University, 1977-78 (part time).

Economics Research Department, Bell Laboratories, 1973-77.

Lecturer, Economics Department, Stanford University, 1971-73.

**Other Professional Activities**:

OECD Advisory Council for Mexican Economic Reform, 2008 -,

Senior Consultant, Compass Lexecon, 2008 -,

Director, Competition Policy Associates, Inc., 2003-2005

Advisory Board,  Electronic Journal of Industrial Organization and Regulation Abstracts, 1996-.

Advisory Board, Journal of Network Industries, 2004-.

Visiting Faculty Member (occasional), International Program on Privatization and Regulatory Reform, Harvard Institute for International Development, 1996-2000.

Member, National Research Council Highway Cost Allocation Study
Review Committee, 1995-98.

Member, Defense Science Board Task Force on the Antitrust Aspects of Defense Industry Consolidation, 1993-94.

Editorial Board, Utilities Policy, 1990-2001

Leif Johanson Lecturer, University of Oslo, November 1988.

Member, New Jersey Governor's Task Force on Market-Based Pricing of Electricity, 1987-89.

Co-editor, Handbook of Industrial Organization, 1984-89.

Associate Editor, Journal of Industrial Economics, 1984-89.

Director, Consultants in Industry Economics, Inc., 1983-89, 1991-94.

Fellow, Econometric Society, 1981-.

Organizing Committee, Carnegie-Mellon-N.S.F. Conference on Regulation, 1985.

Board of Editors, American Economic Review, 1980-83.

Nominating Committee, American Economic Association, 1980-1981.

Research Advisory Committee, American Enterprise Institute, 1980-1986.

Editorial Board, M.I.T. Press Series on Government Regulation of Economic Activity, 1979-93.

2

Program Committee, 1980 World Congress of the Econometric Society.

Program Committee, Econometric Society, 1979, 1981, 1985.

Organizer, American Economic Association Meetings: 1980, 1982.

American Bar Association Section 7 Clayton Act Committee, 198l.

Principal Investigator, NSF grant SOC79-0327, 1979-80; NSF grant 285-6041, 1980-82; NSF grant SES-8038866, 1983-84, 1985-86.

Aspen Task Force on the Future of the Postal Service, 1978-80.

Organizing Committee of Sixth Annual Telecommunications Policy Research Conference, 1977-78.

Visiting Fellow, University of Warwick, July 1977.

Institute for Mathematical Studies in the Social Sciences, Stanford University, 1975.


**Published Articles and Book Chapters**:

"The 1982 Department of Justice Merger Guidelines: An Economic Assessment," (with J. Ordover) reprinted in Economics of Antitrust Law, Benjamin Klein (ed.), Edward Elgar, 2008.

"Antitrust and Patent Settlements: The Pharmaceutical Cases," (with John Bigelow) in The Antitrust Revolution (Fifth Edition), John Kwoka and Lawrence White (eds.), 2008.

"On the Antitrust Treatment of Production Joint Ventures," (with Carl Shapiro)  reprinted in Economics of Antitrust Law, Benjamin Klein (ed.), Edward Elgar, 2008.

 "Consumer's Surplus Without Apology," reprinted in Applied Welfare Economics, Richard Just, Darrel Hueth and Andrew Schmitz (eds.), Edward Elgar, 2008; reprinted in  Readings in Social Welfare: Theory and Policy, Robert E. Kuenne (ed.), Blackwell, 2000, pp. 86-97; reprinted in  Readings in Microeconomic Theory, M. M. La Manna (ed.), Dryden Press, 1997, pp. 201-212.

"The Risk of Contagion from Multi-Market Contact," (with Charles Thomas), The International Journal of Industrial Organization, Vol. 24, Issue 6 (Nov. 2006), pp 1157 – 1184.

"Pareto-Superior Nonlinear Outlay Schedules," reprinted in The Economics of Public Utilities, Ray Rees (ed.), Edward Elgar, 2006; reprinted in The Economics of Price Discrimination, G. Norman, (ed.), Edward Elgar, 1999.

3

"Economic Effects of Antidumping Policy," reprinted in <u>The WTO and Anti-Dumping</u>, Douglas Nelson (ed.), Edward Elgar, 2005.

"Merger Analysis, Industrial Organization Theory and the Merger Guidelines," reprinted in <u>Antitrust and Competition Policy</u>, Andrew Kleit (ed.) Edward Elgar, 2005

"Antitrust Policy Towards Agreements That Settle Patent Litigation,"  (with John Bigelow), <u>Antitrust Bulletin,</u> Fall 2004, pp. 655-698.

"Economies of Scope," (with John Panzar), reprinted in <u>The Economics of Business Strategy,</u> John Kay (ed.), Edward Elgar, 2003.

"Panel on Substantive Standards for Mergers and the Role of Efficiencies," in <u>International Antitrust Law & Policy</u>, Barry E. Hawk (ed.), Juris Publishing, 2003.

 "Practical Rules for Pricing Access in Telecommunications," (with J. Ordover) in <u>Second Generation Reforms in Infrastructure Services ,</u> F. Basanes and R. Willig (eds.), Johns Hopkins Press, 2002.

"Comments on Antitrust Policy in the Clinton Administration," in <u>American Economic Policy in the 1990s</u>, J. Frankel and P. Orszag (eds.), MIT Press, 2002.

"Entrepreneurship, Access Policy and Economic Development: Lessons from Industrial Organization," (with M. Dutz and J. Ordover), <u>European Economic Review</u>, (44)4-6 (2000), pp. 739-747.

"Public Versus Regulated Private Enterprise," reprinted in <u>Privatization in Developing Countries</u>, P. Cook and C. Kirkpatrick (eds.), Edward Elgar, 2000.

"Deregulation v. the Legal Culture: Panel Discussion," in <u>Is the Telecommunications Act of 1996 Broken?,</u> G. Sidak (ed.), AEI Press, 1999.

"Economic Principles to Guide Post-Privatization Governance,"  in <u>Can Privatization Deliver? Infrastructure for Latin America</u>, R. Willig co-editor, Johns Hopkins Press, 1999.

"Access and Bundling in High-Technology Markets," (with J. A. Ordover), in <u>Competition, Innovation and the Microsoft Monopoly: Antitrust in the Digital Marketplace</u>, J. A. Eisenach and T. Lenard (eds.), Kluwer, 1999.

"Competitive Rail Regulation Rules: Should Price Ceilings Constrain Final Products or Inputs?," (With W. J. Baumol),  <u>Journal of Transport Economics and Policy</u>, Vol. 33, Part 1, pp. 1-11.

"Economic Effects of Antidumping Policy," <u>Brookings Trade Forum: 1998</u>, 19-41.

"Interview With Economist Robert D. Willig," <u>Antitrust</u> , Vol. 11, No. 2, Spring 1997, pp.11-15.

"Parity Pricing and its Critics: A Necessary Condition for Efficiency in Provision of Bottleneck Services to Competitors," (with W. J. Baumol and J. A. Ordover), <u>Yale Journal on Regulation,</u> Vol. 14, No. 1, Winter 1997, pp. 145-164.

"Restructuring Regulation of the Rail Industry,"  (with Ioannis Kessides), in <u>Private Sector,</u> Quarterly No. 4, September 1995, pp. 5 - 8.  Reprinted in <u> Viewpoint,</u>  October, 1995, The World Bank.  Reprinted in <u>Private Sector, *special edition*: Infrastructure</u>, June 1996.

"Competition and Regulation in the Railroad Industry," (with Ioannis Kessides), in <u>Regulatory Policies and Reform: A Comparative Perspective,</u> C. Frischtak (ed.), World Bank, 1996.

"Economic Rationales for the Scope of Privatization," (with Carl Shapiro), reprinted in <u>The Political Economy of Privatization and Deregulation</u>, E. E. Bailey and J. R. Pack (eds.), The International Library of Critical Writings in Economics, Edward Elgar Publishing Co., 1995, pp. 95-130.

"Weak Invisible Hand Theorems on the Sustainability of Multi-product Natural Monopoly," (with W. Baumol and E. Bailey), reprinted in <u>The Political Economy of Privatization and Deregulation</u>, E. E. Bailey and J. R. Pack (eds.), The International Library of Critical Writings in Economics, Edward Elgar Publishing Co., 1995, pp. 245-260.

"Economists' View: The Department of Justice Draft Guidelines for the Licensing and Acquisition of Intellectual Property," (with J. Ordover), <u>Antitrust</u>, V. 9, No. 2 (spring 1995), 29-36.

"Public Versus Regulated Private Enterprise," in <u>Proceedings of the World Bank Annual Conference on Development Economics 1993</u>, L. Summers (ed.), The World Bank, 1994.

"Economics and the 1992 Merger Guidelines: A Brief Survey," (with J. Ordover), <u>Review of Industrial Organization</u>, V. 8, No. 2, (1993), pp. 139-150.

"The Role of Sunk Costs in the 1992 Guidelines' Entry Analysis," <u>Antitrust</u>, V. 6, No. 3 (summer 1992).

"Antitrust Lessons from the Airlines Industry:  The DOJ Experience," <u>Antitrust Law Journal</u>, V. 60, No. 2 (1992).

"William J. Baumol," (with E. E. Bailey), in <u>New Horizons in Economic Thought:  Appraisals of Leading Economists</u>, W. J. Samuels (ed.), Edward Elgar, 1992.

"Anti-Monopoly Policies and Institutions," in <u>The Emergence of Market Economies in Eastern</u>

Europe, Christopher Clague and Gordon Rausser (eds.), Basil Blackwell, 1992.

"Economics and the 1992 Merger Guidelines," (with Janusz Ordover), in Collaborations Among Competitors:  Antitrust Policy and Economics, Eleanor Fox and James Halverson (eds.), American Bar Association, 1992.

"On the Antitrust Treatment of Production Joint Ventures," (with Carl Shapiro), reprinted in Collaborations Among Competitors:  Antitrust Policy and Economics, Eleanor Fox and James Halverson (eds), American Bar Association, 1992.

"Merger Analysis, Industrial Organization Theory, and Merger Guidelines," Brookings Papers on Economic Activity -- Microeconomics 1991, pp. 281-332.

"On the Antitrust Treatment of Production Joint Ventures," (with C. Shapiro), Journal of Economic Perspectives, Vol. 4, No. 3, Summer 1990, pp. 113-130.

 "Economic Rationales for the Scope of Privatization," (with Carl Shapiro), in The Political Economy of Public Sector Reform and Privatization, E.N. Suleiman and J. Waterbury (eds.), Westview Press, Inc., 1990, pp. 55-87.

"Contestable Market Theory and Regulatory Reform," in Telecommunications Deregulation: Market Power and Cost Allocation, J.R. Allison and D.L. Thomas (eds.), Ballinger, 1990.

"Address To The Section," Antitrust Law Section Symposium, New York State Bar Association, 1990.

"Price Caps:  A Rational Means to Protect Telecommunications Consumers and Competition," (with W. Baumol), Review of Business, Vol. 10, No. 4, Spring 1989, pp. 3-8.

"U.S.-Japanese VER:  A Case Study from a Competition Policy Perspective," (with M. Dutz) in The Costs of Restricting Imports, The Automobile Industry.  OECD, 1988.

"Contestable Markets," in The New Palgrave:  A Dictionary of Economics, J. Eatwell, M. Milgate, and P. Newman (eds.), 1987.

"Do Entry Conditions Vary Across Markets:  Comments," Brookings Papers on Economic Activity, 3 - 1987, pp. 872-877.

"Railroad Deregulation:  Using Competition as a Guide," (with W. Baumol), Regulation, January/February 1987, Vol. 11, No. 1, pp. 28-36.

"How Arbitrary is 'Arbitrary'? - or, Toward the Deserved Demise of Full Cost Allocation," (with W. Baumol and M. Koehn), Public Utilities Fortnightly, September 1987, Vol. 120, No. 5, pp. 16-22.

6

"Contestability:  Developments Since the Book," (with W. Baumol), <u>Oxford Economic Papers</u>, December 1986, pp. 9-36.

"The Changing Economic Environment in Telecommunications:  Technological Change and Deregulation," in <u>Proceedings from the Telecommunications</u> <u>Deregulation Forum</u>; Karl Eller Center; 1986.

"Perspectives on Mergers and World Competition," (with J. Ordover), in  <u>Antitrust and Regulation</u>, R.E. Grieson (ed.), Lexington, 1986.

"On the Theory of Perfectly Contestable Markets," (with J. Panzar and W. Baumol), in <u>New Developments in The Analysis of Market Structure</u>, J. Stiglitz and F. Mathewson (eds.), MIT Press, 1986.

"InterLATA Capacity Growth and Market Competition," (with C. Shapiro), in <u>Telecommunications and Equity:  Policy Research Issues</u>, J. Miller (ed.), North Holland, 1986.

"Corporate Governance and Market Structure," in <u>Economic Policy in Theory</u> <u>and Practice</u>, A. Razin and E. Sadka (eds.), Macmillan Press, 1986.

"Antitrust for High-Technology Industries:  Assessing Research Joint Ventures and Mergers," (with J. Ordover), <u>Journal of Law and Economics</u>, Vol 28(2), May 1985, pp. 311-334.

"Non-Price Anticompetitive Behavior by Dominant Firms Toward the Producers of Complementary Products," (with J. Ordover and A. Sykes), in <u>Antitrust and Regulation</u>, F.M. Fisher (ed.), MIT Press, 1985.

"Telephones and Computers:  The Costs of Artificial Separation," (with W. Baumol), <u>Regulation</u>, March/April 1985.

"Transfer Principles in Income Redistribution," (with P. Fishburn), <u>Journal of Public Economics</u>, 25 (1984), pp. 1-6.

"Market Structure and Government Intervention in Access Markets," in <u>Telecommunications Access and Public Policy</u>, A. Baughcam and G. Faulhaber (eds.), 1984.

"Pricing Issues in the Deregulation of Railroad Rates," (with W. Baumol), in  <u>Economic Analysis of Regulated Markets:  European and U. S. Perspectives,</u> J. Finsinger (ed.), 1983.

"Local Telephone Pricing in a Competitive Environment," (with J. Ordover), in <u>Telecommunications Regulation Today and Tomorrow</u>, E. Noam (ed.), Harcourt Brace Jovanovich, 1983.

"Economics and Postal Pricing Policy," (with B. Owen), in <u>The Future of the</u> <u>Postal Service</u>, J. Fleishman (ed.), Praeger, 1983.

"Selected Aspects of the Welfare Economics of Postal Pricing," in <u>Telecommunications Policy</u> <u>Annual</u>, Praeger, 1987.

"The Case for Freeing AT&T" (with M. Katz), <u>Regulation</u>, July-Aug. 1983, pp. 43-52.

"Predatory Systems Rivalry:  A Reply" (with J. Ordover and A. Sykes), <u>Columbia Law Review</u>, Vol. 83, June 1983, pp. 1150-1166.  Reprinted in <u>Corporate Counsel's Handbook - 1984</u>.

"Sector Differentiated Capital Taxation with Imperfect Competition and Interindustry Flows," <u>Journal of Public Economics</u>, Vol. 21, 1983.

"Contestable Markets:  An Uprising in the Theory of Industry Structure: Reply," (with W.J. Baumol and J.C. Panzar), <u>American Economic Review</u>, Vol. 73, No. 3, June 1983, pp. 491-496.

"The 1982 Department of Justice Merger Guidelines:  An Economic Assessment," (with J. Ordover), <u>California Law Review</u>, Vol. 71, No. 2, March 1983, pp. 535-574.  Reprinted in <u>Antitrust Policy in Transition: The Convergence of Law and Economics</u>, E.M. Fox and J.T. Halverson (eds.), 1984.

"Intertemporal Failures of the Invisible Hand:  Theory and Implications for International Market Dominance," (with W.J. Baumol), <u>Indian Economic Review</u>, Vol. XVI, Nos. 1 and 2, January-June 1981, pp. 1-12.

"Unfair International Trade Practices," (with J. Ordover and A. Sykes), <u>Journal of International</u> <u>Law and Politics</u>, Vol. 15, No. 2, winter 1983, pp. 323-337.

"Journals as Shared Goods:  Reply," (with J. Ordover), <u>American Economic Review</u>, V. 72, No. 3, June 1982, pp. 603-607.

"Herfindahl Concentration, Rivalry, and Mergers," (with J. Ordover and A. Sykes), <u>Harvard Law</u> <u>Review</u>, V. 95, No. 8, June 1982, pp. 1857-l875.

"An Economic Definition of Predation:  Pricing and Product Innovation," (with J. Ordover), <u>Yale Law Journal</u>, Vol. 90: 473, December 1981, pp. 1-44.

"Fixed Costs, Sunk Costs, Entry Barriers, and the Sustainability of Monopoly," (with W. Baumol), <u>Quarterly Journal of Economics</u>, Vol. 96, No. 3, August 1981, pp. 405-432.

"Social Welfare Dominance," <u>American Economic Review</u>, Vol. 71, No. 2, May 1981, pp. 200-204.

"Economies of Scope," (with J. Panzar), American Economic Review, Vol. 72, No. 2, May 1981, pp. 268-272.

"Income-Distribution Concerns in Regulatory Policymaking," (with E.E. Bailey) in Studies in Public Regulation (G. Fromm, ed.), MIT Press, Cambridge, 1981, pp. 79-118.

"An Economic Definition of Predatory Product Innovation," (with J. Ordover), in Strategic Predation and Antitrust Analysis, S. Salop (ed.), 1981.

"What Can Markets Control?" in Perspectives on Postal Service Issues, R. Sherman (ed.), American Enterprise Institute, 1980.

"Pricing Decisions and the Regulatory Process," in Proceedings of the 1979 Rate Symposium on Problems of Regulated Industries, University of Missouri-Columbia Extension Publications, 1980, pp. 379-388.

"The Theory of Network Access Pricing," in Issues in Public Utility Regulation, H.M. Trebing (ed.), MSU Public Utilities Papers, 1979.

"Customer Equity and Local Measured Service," in Perspectives on Local Measured Service, J. Baude, etal. (ed.), 1979, pp. 71-80.

"The Role of Information in Designing Social Policy Towards Externalities," (with J. Ordover), Journal of Public Economics, V. 12, 1979, pp. 271-299.

"Economies of Scale and the Profitability of Marginal-Cost Pricing:  Reply," (with J. Panzar), Quarterly Journal of Economics, Vol. 93, No. 4, Novmber 1979, pp. 743-4.

"Theoretical Determinants of the Industrial Demand for Electricity by Time of Day," (with J. Panzar) Journal of Econometrics, V. 9, 1979, pp. 193-207.

"Industry Performance Gradient Indexes," (with R. Dansby), American Economic Review, V. 69, No. 3, June 1979, pp. 249-260.

"The Economic Gradient Method," (with E. Bailey), American Economic Review, Vol. 69, No. 2, May 1979, pp. 96-101.

"Multiproduct Technology and Market Structure," American Economic Review, Vol. 69, No. 2, May 1979, pp. 346-351.

"Consumer's Surplus Without Apology:  Reply," American Economic Review, Vol.     69, No. 3, June 1979, pp. 469-474.

"Decisions with Estimation Uncertainty," (with R. Klein, D. Sibley, and L. Rafsky),

Econometrica, V. 46, No. 6, November 1978, pp. 1363-1388.

"Incremental Consumer's Surplus and Hedonic Price Adjustment," Journal of Economic Theory, V. 17, No. 2, April 1978, pp. 227-253.

"Recent Theoretical Developments in Financial Theory:  Discussion, "The Journal of Finance, V. 33, No. 3, June 1978, pp. 792-794.

"The Optimal Provision of Journals Qua Sometimes Shared Goods," (with J. Ordover), American Economic Review, V. 68, No. 3, June 1978, pp. 324-338.

"On the Comparative Statics of a Competitive Industry With Infra-marginal Firms," (with J. Panzar), American Economic Review, V. 68, No. 3, June 1978, pp. 474-478.

"Pareto Superior Nonlinear Outlay Schedules," Bell Journal of Economics, Vol. 9, No. 1, Spring 1978, pp. 56-69.

"Predatoriness and Discriminatory Pricing," in The Economics of Anti-Trust: Course of Study Materials, American Law Institute-American Bar Association, 1978.

"Economies of Scale in Multi-Output Production," (with J. Panzar), Quarterly Journal of Economics, V. 91, No. 3, August 1977, pp. 481-494.

"Weak Invisible Hand Theorems on the Sustainability of Multi-product Natural Monopoly," (with W. Baumol and E. Bailey), American Economic Review, V. 67, No. 3, June 1977, pp. 350-365.

"Free Entry and the Sustainability of Natural Monopoly," (with J. Panzar), Bell Journal of Economics, Spring 1977, pp. 1-22.

"Risk Invariance and Ordinally Additive Utility Functions," Econometrica, V. 45, No. 3, April 1977, pp. 621-640.

"Ramsey-Optimal Pricing of Long Distance Telephone Services," (with E. Bailey), in Pricing in Regulated Industries, Theory and Application, J. Wenders (ed.), Mountain State Telephone and Telegraph Co., 1977, pp. 68-97.

"Network Externalities and Optimal Telecommunications Pricing:  A Preliminary Sketch," (with R. Klein), in Proceedings of Fifth Annual Telecommunications Policy Research Conference, Volume II, NTIS, 1977, pp. 475-505.

"Otsenka ekonomicheskoi effektivnosti proizvodstvennoi informatsii" ["The Evaluation of the Economic Benefits of Productive Information"] in Doklady Sovetskikh i Amerikanskikh Spetsialistov Predstavlennye na Pervyi Sovetsko-Amerikanskii Simpozium po Ekonomicheskoi

Effektivnosti Informat sionnogo Obsluzhivaniia [Papers of Soviet and American Specialists Presented at the First Soviet- American Symposium on Costs and Benefits of Information Services], All Soviet Scientific Technical Information Center, Moscow, 1976.

"Vindication of a 'Common Mistake' in Welfare Economics," (with J. Panzar), Journal of Political Economy, V. 84, No. 6, December 1976, pp. 1361-1364.

"Consumer's Surplus Without Apology," American Economic Review, V. 66, No. 4, September 1976, pp. 589-597.


**Books**

Second Generation Reforms in Infrastructure Services,  F. Basanes and R. Willig (eds.), Johns Hopkins Press, 2002.

Can Privatization Deliver? Infrastructure for Latin America, R. Willig co-editor, Johns Hopkins Press, 1999.

Handbook of Industrial Organization, (edited with R. Schmalensee), North Holland Press, Volumes 1 and 2, 1989.

Contestable Markets and the Theory of Industry Structure, (with W.J. Baumol and J.C. Panzar), Harcourt Brace Jovanovich, 1982. Second Edition, 1989.

Welfare Analysis of Policies Affecting Prices and Products, Garland Press, 1980.


**Unpublished Papers and Reports**:

**"**The Consumer Benefits from Broadband Connectivity to U.S. Households**,"** (with Mark Dutz and Jon Orszag), 10/1/09, report to be submitted for publication.

"An Econometric Analysis of the Matching Between Football Student-Athletes and Colleges," (with Yair Eilat, Bryan Keating and Jon Orszag), 8/31/08, submitted for publication.

Supreme Court Amicus Brief Regarding Morgan Stanley Capital Group Inc. v. Public Utility District No. 1 of Snohomish County, Washington, (co-authored), AEI-Brookings Joint Center Brief No. 07-02, 12/2/07

"(Allegedly) Monopolizing Tying Via Product Innovation," statement before the Department of Justice/Federal Trade Commission Section 2 Hearings, November 1, 2006.

 "Assessment of U.S. Merger Enforcement Policy," statement before the Antitrust Modernization

Commission, 11/17/05.

"Investment is Appropriately Stimulated by TELRIC," in Pricing Based on Economic Cost, 12/2003.

"Brief of Amici Curiae Economics Professors, re Verizon v. Trinko, In the Supreme Court of the U.S.," (with W.J. Baumol, J.O. Ordover and F.R. Warren-Boulton), 7/25/2003.

"Stimulating Investment and the Telecommunications Act of 1996," (with J. Bigelow, W. Lehr and S. Levinson), 2002.

"An Economic Analysis of Spectrum Allocation and Advanced Wireless Services," (with Martin N. Baily, Peter R. Orszag, and Jonathan M. Orszag), 2002

"Effective Deregulation of Residential Electric Service," 2001

"Anticompetitive Forced Rail Access," (with W. J. Baumol), 2000

"The Scope of Competition in Telecommunications" (with B. Douglas Bernheim), 1998

"Why Do Christie and Schultz Infer Collusion From Their Data? (with Alan Kleidon), 1995.

"Demonopolization," (with Sally Van Siclen), OECD Vienna Seminar Paper, 1993.

"Economic Analysis of Section 337: The Balance Between Intellectual Property Protection and Protectionism," (with J. Ordover) 1990.

"The Effects of Capped NTS Charges on Long Distance Competition," (with  M. Katz).

"Discussion of Regulatory Mechanism Design in the Presence of Research Innovation, and Spillover Effects," 1987.

"Industry Economic Analysis in the Legal Arena," 1987.

"Deregulation of Long Distance Telephone Services: A Public Interest Assessment," (with M. Katz).

"Competition-Related Trade Issues," report prepared for OECD.

"Herfindahl Concentration Index," (with J. Ordover), Memorandum for ABA Section 7 Clayton Act Committee, Project on Revising the Merger Guidelines, March 1981.

"Market Power and Market Definition," (with J. Ordover), Memorandum for ABA  Section 7 Clayton Act Committee, Project on Revising the Merger Guidelines, May 1981.

"The Continuing Need for and National Benefits Derived from the REA Telephone
Loan Programs - An Economic Assessment," 1981.

"The Economics of Equipment Leasing:  Costing and Pricing," 1980.

"Rail Deregulation and the Financial Problems of the U.S. Railroad Industry," (with
W.J. Baumol), report prepared under contract to Conrail, 1979.

"Price Indexes and Intertemporal Welfare," Bell Laboratories Economics Discussion Paper,
1974.

"Consumer's Surplus:  A Rigorous Cookbook," Technical Report #98, Economics
Series, I.M.S.S.S., Stanford University, l973.

"An Economic-Demographic Model of the Housing Sector," (with B. Hickman and
M. Hinz), Center for Research in Economic Growth, Stanford University, 1973.


**Invited Conference Presentations**:

NY State Bar Association Annual Antitrust Conference
           "New Media Competition Policy"                                              2009

Antitrust Law Spring Meeting of the ABA
           "Antitrust and the Failing Economy Defense"                                 2009

Georgetown Law Global Antitrust Enforcement Symposium
           "Mergers: New Enforcement Attitudes in a Time of Economic Challenge"   2009

Phoenix Center US Telecoms Symposium
           "Assessment of Competition in the Wireless Industry"                        2009

FTC and DOJ Horizontal Merger Guidelines Workshop
           "Direct Evidence is No Magic Bullet"                                         2009

Northwestern Law Research Symposium: Antitrust Economics and Competition Policy
           "Discussion of Antitrust Evaluation of Horizontal Mergers"                  2008

Inside Counsel Super-Conference
           "Navigating Mixed Signals under Section 2 of the Sherman Act"               2008

Federal Trade Commission Workshop on Unilateral Effects in Mergers
           "Best Evidence and Market Definition"                                        2008

13

European Policy Forum, Rules for Growth: Telecommunications Regulatory Reform
   "What Kind of Regulation For Business Services?"     2007

Japanese Competition Policy Research Center, Symposium on M&A and Competition Policy
   "Merger Policy Going Forward With Economics and the Economy"  2007

Federal Trade Commission and Department of Justice Section 2 Hearings
   "Section 2 Policy and Economic Analytic Methodologies"    2007

Pennsylvania Bar Institute, Antitrust Law Committee CLE
   "The Economics of Resale Price Maintenance and Class Certification" 2007

Pennsylvania Bar Institute, Antitrust Law Committee CLE
   "Antitrust Class Certification – An Economist's Perspective"   2007

Fordham Competition Law Institute, International  Competition Economics Training Seminar
   "Monopolization and Abuse of Dominance"      2007

Canadian Bar Association Annual Fall Conference on Competition Law
   "Economic Tools for the Competition Lawyer"      2007

Conference on Managing Litigation and Business Risk in Multi-jurisdiction Antitrust Matters
   "Economic Analysis in Multi-jurisdictional Merger Control"   2007

World Bank Conference on Structuring Regulatory Frameworks for Dynamic and Competitive
South Eastern European Markets
   "The Roles of Government Regulation in a Dynamic Economy"  2006

Department of Justice/Federal Trade Commission Section 2 Hearings
   "(Allegedly) Monopolizing Tying Via Product Innovation"   2006

Fordham Competition Law Institute,  Competition Law Seminar
   "Monopolization and Abuse of Dominance"      2006

Practicing Law Institute on Intellectual Property Antitrust

"Relevant Markets for Intellectual Property Antitrust"                 2006

PLI Annual Antitrust Law Institute
   "Cutting Edge Issues in Economics"                 2006

World Bank's Knowledge Economy Forum V
   "Innovation, Growth and Competition"                 2006

Charles University Seminar Series
   "The Dangers of Over-Ambitious Antitrust Regulation"                 2006

NY State Bar Association Antitrust Law Section Annual Meeting
   "Efficient Integration or Illegal Monopolization?"                 2006

World Bank Seminar
   "The Dangers of Over-Ambitious Regulation"                 2005

ABA Section of Antitrust Law 2005 Fall Forum
    "Is There a Gap Between the Guidelines and Agency Practice?"
2005

Hearing of Antitrust Modernization Commission
   "Assessment of U.S. Merger Enforcement Policy"                 2005

LEAR Conference on Advances in the Economics of Competition Law
   "Exclusionary Pricing Practices"                 2005

Annual Antitrust Law Institute
   "Cutting Edge Issues in Economics"                 2005

PRIOR Symposium on States and Stem Cells
   "Assessing the Economics of State Stem Cell Programs"                 2005

ABA Section of Antitrust Law – AALS Scholars Showcase
   "Distinguishing Anticompetitive Conduct"                 2005

Allied Social Science Associations National Convention
   "Antitrust in the New Economy"                 2005

ABA Section of Antitrust Law 2004 Fall Forum

"Advances in Economic Analysis of Antitrust"                                   2004

Phoenix Center State Regulator Retreat
        "Regulatory Policy for the Telecommunications Revolution"              2004

OECD Competition Committee
        "Use of Economic Evidence in Merger Control"                          2004

Justice Department/Federal Trade Commission Joint Workshop
        "Merger Enforcement"                                                  2004

Phoenix Center Annual U.S. Telecoms Symposium
        "Incumbent Market Power"                                              2003

Center for Economic Policy Studies Symposium on Troubled Industries
        "What Role for Government in Telecommunications?"                     2003

Princeton Workshop on Price Risk and the Future of the Electric Markets
        "The Structure of the Electricity Markets"                           2003

2003 Antitrust Conference
        "International Competition Policy and Trade Policy"                   2003

International Industrial Organization Conference
        "Intellectual Property System Reform"                                2003

ABA Section of Antitrust Law 2002 Fall Forum
        "Competition, Regulation and Pharmaceuticals"                        2002

Fordham Conference on International Antitrust Law and Policy
        "Substantive Standards for Mergers and the Role of Efficiencies"     2002

Department of Justice Telecom Workshop
        "Stimulating Investment and the Telecommunications Act of 1996"      2002

Department of Commerce Conference on the State of the Telecom Sector
        "Stimulating Investment and the Telecommunications Act of 1996"      2002

Law and Public Affairs Conference on the Future of  Internet Regulation
        "Open Access and Competition Policy Principles"                      2002

Center for Economic Policy Studies Symposium on Energy Policy
        "The Future of Power Supply"                                         2002

16

The Conference Board: Antitrust Issues in Today's Economy
       "The 1982 Merger Guidelines at 20"               2002

Federal Energy Regulatory Commission Workshop
       "Effective Deregulation of Residential Electric Service"
2001

IPEA International Seminar on Regulation and Competition
       "Electricity Markets: Deregulation of Residential Service"   2001
       "Lessons for Brazil from Abroad"               2001

ABA Antitrust Law Section Task Force Conference
       "Time, Change, and Materiality for Monopolization Analyses"   2001

Harvard University Conference on American Economic Policy in the 1990s
       "Comments on Antitrust Policy in the Clinton Administration"   2001

Tel-Aviv Workshop on Industrial Organization and Anti-Trust
       "The Risk of Contagion from Multimarket Contact"   2001

2001 Antitrust Conference
       "Collusion Cases: Cutting Edge or Over the Edge?"   2001
       "Dys-regulation of California Electricity"   2001

FTC Public Workshop on Competition Policy for E-Commerce
       "Necessary Conditions for Cooperation to be Problematic"   2001

HIID International Workshop on Infrastructure Policy
       "Infrastructure Privatization and Regulation"   2000

Villa Mondragone International Economic Seminar
       "Competition Policy for Network and Internet Markets"   2000

New Developments in Railroad Economics: Infrastructure Investment and Access Policies
       "Railroad Access, Regulation, and Market Structure"   2000

The Multilateral Trading System at the Millennium
       "Efficiency Gains From Further Liberalization"   2000

Singapore – World Bank Symposium on Competition Law and Policy
       "Policy Towards Cartels and Collusion"   2000

CEPS: Is It a New World?: Economic Surprises of the Last Decade
       "The Internet and E-Commerce"   2000

Cutting Edge Antitrust: Issues and Enforcement Policies
      "The Direction of Antitrust Entering the New Millennium"      2000

The Conference Board: Antitrust Issues in Today's Economy
      "Antitrust Analysis of Industries With Network Effects"      1999

CEPS: New Directions in Antitrust
      "Antitrust in a High-Tech World"      1999

World Bank Meeting on Competition and Regulatory Policies for Development
      "Economic Principles to Guide Post-Privatization Governance"      1999

1999 Antitrust Conference
      "Antitrust and the Pace of Technological Development"      1999
      "Restructuring the Electric Utility Industry"      1999

HIID International Workshop on Privatization, Regulatory Reform and Corporate Governance
      "Privatization and Post-Privatization Regulation of Natural Monopolies"      1999

The Federalist Society: Telecommunications Deregulation: Promises Made,
Potential Lost?
      "Grading the Regulators"      1999

Inter-American Development Bank: Second Generation Issues In the Reform
Of Public Services
      "Post-Privatization Governance"      1999
      "Issues Surrounding Access Arrangements"      1999

Economic Development Institute of the World Bank -- Program on Competition Policy
      "Policy Towards Horizontal Mergers"      1998

Twenty-fifth Anniversary Seminar for the Economic Analysis Group of the Department of
Justice
      "Market Definition in Antitrust Analysis"      1998

HIID International Workshop on Privatization, Regulatory Reform and Corporate Governance
      "Infrastructure Architecture and Regulation: Railroads"      1998

EU Committee Competition Conference – Market Power
      "US/EC Perspective on Market Definition"      1998

Federal Trade Commission Roundtable

"Antitrust Policy for Joint Ventures"                                                   1998

1998 Antitrust Conference
        "Communications Mergers"                                                        1998

The Progress and Freedom Foundation Conference on Competition, Convergence, and the
Microsoft Monopoly
        Access and Bundling in High-Technology Markets                                  1998

FTC Program on The Effective Integration of Economic Analysis into Antitrust Litigation
        The Role of Economic Evidence and Testimony                                     1997

FTC Hearings on Classical Market Power in Joint Ventures
        Microeconomic Analysis and Guideline                                            1997

World Bank Economists --Week IV Keynote
        Making Markets More Effective With Competition Policy                           1997

Brookings Trade Policy Forum
        Competition Policy and Antidumping: The Economic Effects                        1997

University of Malaya and Harvard University Conference on The Impact of Globalisation and
Privatisation on Malaysia and Asia in the Year 2020
        Microeconomics, Privatization, and Vertical Integration                         1997

ABA Section of Antitrust Law Conference on The Telecommunications Industry
        Current Economic Issues in Telecommunications                                   1997

Antitrust 1998: The Annual Briefing
        The Re-Emergence of Distribution Issues                                         1997

Inter-American Development Bank Conference on Private Investment, Infrastructure Reform and
Governance in Latin America & the Caribbean
        Economic Principles to Guide Post-Privatization Governance                      1997

Harvard Forum on Regulatory Reform and Privatization of Telecommunications in the Middle East
        Privatization: Methods and Pricing Issues                                       1997

American Enterprise Institute for Public Policy Research Conference
        Discussion of Local Competition and Legal Culture                               1997

Harvard Program on Global Reform and Privatization of Public Enterprises
        "Infrastructure Privatization and Regulation: Freight"                          1997

World Bank Competition Policy Workshop
    "Competition Policy for Entrepreneurship and Growth"    1997

Eastern Economics Association Paul Samuelson Lecture
    "Bottleneck Access in Regulation and Competition Policy"    1997

ABA Annual Meeting, Section of Antitrust Law
    "Antitrust in the 21st Century: The Efficiencies Guidelines"    1997

Peruvian Ministry of Energy and Mines Conference on Regulation of Public Utilities
    "Regulation: Theoretical Context and Advantages vs. Disadvantages"    1997

The FCC: New Priorities and Future Directions
    "Competition in the Telecommunications Industry"    1997

American Enterprise Institute Studies in Telecommunications Deregulation
    "The Scope of Competition in Telecommunications"    1996

George Mason Law Review Symposium on Antitrust in the Information Revolution
    "Introduction to the Economic Theory of Antitrust and Information"    1996

Korean Telecommunications Public Lecture
    "Market Opening and Fair Competition"    1996

Korea Telecommunications Forum
    "Desirable Interconnection Policy in a Competitive Market"    1996

European Association for Research in Industrial Economics Annual Conference
    "Bottleneck Access: Regulation and Competition Policy"    1996

Harvard Program on Global Reform and Privatization of Public Enterprises
    "Railroad and Other Infrastructure Privatization"    1996

FCC Forum on Antitrust and Economic Issues Involved with InterLATA Entry
    "The Scope of Telecommunications Competition"    1996

Citizens for a Sound Economy Policy Watch on Telecommunications Interconnection
    "The Economics of Interconnection"    1996

World Bank Seminar on Experiences with Corporatization
    "Strategic Directions of Privatization"    1996

20

FCC Economic Forum on the Economics of Interconnection
    Lessons from Other Industries                                          1996

ABA Annual Meeting, Section of Antitrust Law
    The Integration, Disintegration, and Reintegration
    of the Entertainment Industry          1996

Conference Board: 1996 Antitrust Conference
    How Economics Influences Antitrust and Vice Versa      1996

Antitrust 1996: A Special Briefing
    Joint Ventures and Strategic Alliances          1996

New York State Bar Association Section of Antitrust Law Winter Meeting
    Commentary on Horizontal Effects Issues          1996

FTC Hearings on the Changing Nature of Competition in a Global and Innovation-Driven Age
    Vertical Issues for Networks and Standards          1995

Wharton Seminar on Applied Microeconomics
    Access Policies with Imperfect Regulation          1995

Antitrust 1996, Washington D.C.
    Assessing Joint Ventures for Diminution of Competition     1995

ABA Annual Meeting, Section of Antitrust Law
    Refusals to Deal -- Economic Tests for Competitive Harm    1995

FTC Seminar on Antitrust Enforcement Analysis
    Diagnosing Collusion Possibilities            1995

Philadelphia Bar Education Center: Antitrust Fundamentals
    Antitrust--The Underlying Economics           1995

Vanderbilt University Conference on Financial Markets
    Why Do Christie and Schultz Infer Collusion From Their Data?  1995

ABA Section of Antitrust Law Chair=s Showcase Program
    Discussion of Telecommunications Competition Policy     1995

Conference Board: 1995 Antitrust Conference
    Analysis of Mergers and Joint Ventures           1995

ABA Conference on The New Antitrust: Policy of the '90s

Antitrust on the Super Highways/Super Airways                                    1994

ITC Hearings on The Economic Effects of Outstanding Title VII Orders
      "The Economic Impacts of Antidumping Policies"                             1994

OECD Working Conference on Trade and Competition Policy
      "Empirical Evidence on The Nature of Anti-dumping Actions"                  1994

Antitrust 1995, Washington D.C.
      "Rigorous Antitrust Standards for Distribution Arrangements"               1994

ABA -- Georgetown Law Center: Post Chicago-Economics: New Theories
- New Cases?
      "Economic Foundations for Vertical Merger Guidelines"                      1994

Conference Board: Antitrust Issues in Today's Economy
      "New Democrats, Old Agencies: Competition Law and Policy"                  1994

Federal Reserve Board Distinguished Economist Series
      "Regulated Private Enterprise Versus Public Enterprise"                    1994

Institut d'Etudes Politiques de Paris
      "Lectures on Competition Policy and Privatization"                         1993

Canadian Bureau of Competition Policy Academic Seminar Series, Toronto.
      "Public Versus Regulated Private Enterprise"                               1993

CEPS Symposium on The Clinton Administration: A Preliminary Report Card
      "Policy Towards Business"                                                  1993

Columbia Institute for Tele-Information Conference on Competition in Network Industries, New York, NY
      "Discussion of Deregulation of Networks: What Has Worked and What Hasn't"
                                                                                 1993
World Bank Annual Conference on Development Economics
      "Public Versus Regulated Private Enterprise"                               1993

Center for Public Utilities Conference on Current Issues Challenging the Regulatory Process
      "The Economics of Current Issues in Telecommunications Regulation"         1992
      "The Role of Markets in Presently Regulated Industries"                    1992

The Conference Board's Conference on Antitrust Issues in Today's Economy, New York, NY
      "Antitrust in the Global Economy"                                          1992
      "Monopoly Issues for the '90s"                                             1993

Columbia University Seminar on Applied Economic Theory, New York, NY
    "Economic Rationales for the Scope of Privatization"    1992

Howrey & Simon Conference on Antitrust Developments, Washington, DC
    "Competitive Effects of Concern in the Merger Guidelines"    1992

Arnold & Porter Colloquium on Merger Enforcement, Washington, DC
    "The Economic Foundations of the Merger Guidelines"    1992

American Bar Association, Section on Antitrust Law Leadership Council Conference, Monterey, CA
    "Applying the 1992 Merger Guidelines"    1992

OECD Competition Policy Meeting, Paris, France
    "The Economic Impacts of Antidumping Policy"    1992

Center for Public Choice Lecture Series, George Mason University Arlington, VA
    "The Economic Impacts of Antidumping Policy"    1992

Brookings Institution Microeconomics Panel, Washington, DC,
    "Discussion of the Evolution of Industry Structure"    1992

AT&T Conference on Antitrust Essentials
    "Antitrust Standards for Mergers and Joint Ventures"    1991

ABA Institute on The Cutting Edge of Antitrust: Market Power
    "Assessing and Proving Market Power: Barriers to Entry"    1991

Second Annual Workshop of the Competition Law and Policy Institute of New Zealand
    "Merger Analysis, Industrial Organization Theory, and Merger Guidelines"    1991
    "Exclusive Dealing and the Fisher & Paykel Case"    1991

Special Seminar of the New Zealand Treasury
    "Strategic Behavior, Antitrust, and The Regulation of Natural Monopoly"    1991

Public Seminar of the Australian Trade Practices Commission
    "Antitrust Issues of the 1990's"    1991

National Association of Attorneys General Antitrust Seminar
    "Antitrust Economics"    1991

District of Columbia Bar's 1991 Annual Convention
    "Administrative and Judicial Trends in Federal Antitrust Enforcement"    1991

23

ABA Spring Meeting
    "Antitrust Lessons From the Airline Industry"                                    1991

Conference on The Transition to a Market Economy - Institutional Aspects
    "Anti-Monopoly Policies and Institutions"                                        1991

Conference Board's Thirtieth Antitrust Conference
    "Antitrust Issues in Today's Economy"                                            1991

American Association for the Advancement of Science Annual Meeting
    "Methodologies for Economic Analysis of Mergers"                                 1991

General Seminar, Johns Hopkins University
    "Economic Rationales for the Scope of Privatization"                             1991

Capitol Economics Speakers Series
    "Economics of Merger Guidelines"                                                 1991

CRA Conference on Antitrust Issues in Regulated Industries
    "Enforcement Priorities and Economic Principles"                                 1990

Pepper Hamilton & Scheetz Anniversary Colloquium
    "New Developments in Antitrust Economics"                                        1990

PLI Program on Federal Antitrust Enforcement in the 90's
    "The Antitrust Agenda of the 90's"                                               1990

FTC Distinguished Speakers Seminar
    "The Evolving Merger Guidelines"                                                 1990

The World Bank Speakers Series
    "The Role of Antitrust Policy in an Open Economy"                                1990

Seminar of the Secretary of Commerce and Industrial Development of Mexico
    "Transitions to a Market Economy"                                                1990

Southern Economics Association
    "Entry in Antitrust Analysis of Mergers"                                         1990
    "Discussion of Strategic Investment and Timing of Entry"                         1990

American Enterprise Institute Conference on Policy Approaches to the
Deregulation of Network Industries
    "Discussion of Network Problems and Solutions"                                   1990

American Enterprise Institute Conference on Innovation, Intellectual Property, and World
Competition
    "Law and Economics Framework for Analysis"      1990

Banco Nacional de Desenvolvimento Economico Social Lecture
    "Competition Policy:  Harnessing Private Interests for the Public Interest"    1990

Western Economics Association Annual Meetings
    "New Directions in Antitrust from a New Administration"    1990
    "New Directions in Merger Enforcement: The View from Washington"    1990

Woodrow Wilson School Alumni Colloquium
    "Microeconomic Policy Analysis and Antitrust--Washington 1990"    1990

Arnold & Porter Lecture Series
    "Advocating Competition"    1991
    "Antitrust Enforcement"    1990

ABA Antitrust Section Convention
    "Recent Developments in Market Definition and Merger Analysis"    1990

Federal Bar Association
    "Joint Production Legislation: Competitive Necessity or Cartel Shield?"    1990

Pew Charitable Trusts Conference
    "Economics and National Security"    1990

ABA Antitrust Section Midwinter Council Meeting
    "Fine-tuning the Merger Guidelines"    1990
    "The State of the Antitrust Division"    1991

International Telecommunications Society Conference
    "Discussion of the Impact of Telecommunications in the UK"    1989

The Economists of New Jersey Conference
    "Recent Perspectives on Regulation"    1989

Conference on Current Issues Challenging the Regulatory Process
    "Innovative Pricing and Regulatory Reform"    1989
    "Competitive Wheeling"    1989

Conference Board: Antitrust Issues in Today's Economy
    "Foreign Trade Issues and Antitrust"    1989

McKinsey & Co. Mini-MBA Conference
    "Economic Analysis of Pricing, Costing, and Strategic Business Behavior"     1989
                                                                            1994

Olin Conference on Regulatory Mechanism Design
    "Revolutions in Regulatory Theory and Practice: Exploring The Gap"     1989

University of Dundee Conference on Industrial Organization and Strategic Behavior
    "Mergers in Differentiated Product Industries"     1988

Leif Johanson Lectures at the University of Oslo
    "Normative Issues in Industrial Organization"     1988

Mergers and Competitiveness: Spain Facing the EEC
    "Merger Policy"     1988
    "R&D Joint Ventures"     1988

New Dimensions in Pricing Electricity
    "Competitive Pricing and Regulatory Reform"     1988

Program for Integrating Economics and National Security: Second Annual Colloquium
    "Arming Decisions Under Asymmetric Information"     1988

European Association for Research in Industrial Economics
    "U.S. Railroad Deregulation and the Public Interest"     1987
    "Economic Rationales for the Scope of Privatization"     1989
    "Discussion of Licensing of Innovations"     1990

Annenberg Conference on Rate of Return Regulation in the Presence of Rapid Technical Change
    "Discussion of Regulatory Mechanism Design in the Presence
     of Research, Innovation, and Spillover Effects"     1987

Special Brookings Papers Meeting
    "Discussion of Empirical Approaches to Strategic Behavior"     1987
    "New Merger Guidelines"     1990

Deregulation or Regulation for Telecommunications in the 1990's
    "How Effective are State and Federal Regulations?"     1987

Conference Board Roundtable on Antitrust
    "Research and Production Joint Ventures"     1990
    "Intellectual Property and Antitrust"     1987

Current Issues in Telephone Regulation

"Economic Approaches to Market Dominance:  Applicability of
    Contestable Markets"          1987

Harvard Business School Forum on Telecommunications
    "Regulation of Information Services"          1987

The Fowler Challenge:  Deregulation and Competition in The Local Telecommunications Market
    "Why Reinvent the Wheel?"          1986

World Bank Seminar on Frontiers of Economics
    "What Every Economist Should Know About Contestable Markets"    1986
Bell Communications Research Conference on Regulation and Information
    "Fuzzy Regulatory Rules"          1986

Karl Eller Center Forum on Telecommunications
    "The Changing Economic Environment in Telecommunications:
     Technological Change and Deregulation"          1986

Railroad Accounting Principles Board Colloquium
    "Contestable Market Theory and ICC Regulation          1986

Canadian Embassy Conference on Current Issues in Canadian -- U.S. Trade and Investment
    "Regulatory Revolution in the Infrastructure Industries"          1985

Eagleton Institute Conference on Telecommunications in Transition
    "Industry in Transition:  Economic and Public Policy Overview"     1985

Brown University Citicorp Lecture
    "Logic of Regulation and Deregulation"          1985

Columbia University Communications Research Forum
    "Long Distance Competition Policy"          1985

American Enterprise Institute Public Policy Week
    "The Political Economy of Regulatory Reform"          1984

MIT Communications Forum
    "Deregulation of AT&T Communications"          1984

Bureau of Census Longitudinal Establishment Data File and Diversification Study Conference
    "Potential Uses of The File"          1984

Federal Bar Association Symposium on Joint Ventures
    "The Economics of Joint Venture Assessment"          1984

Hoover Institute Conference on Antitrust
     "Antitrust for High-Technology Industries"                  1984

NSF Workshop on Predation and Industrial Targeting
     "Current Economic Analysis of Predatory Practices"         1983

The Institute for Study of Regulation Symposium: Pricing Electric, Gas, and Telecommunications Services Today and for the Future
     "Contestability As A Guide for Regulation and Deregulation"     1984

University of Pennsylvania Economics Day Symposium
     "Contestability and Competition: Guides for Regulation and Deregulation"     1984

Pinhas Sapir Conference on Economic Policy in Theory and Practice
     "Corporate Governance and Market Structure"             1984

Centre of Planning and Economic Research of Greece
     "Issues About Industrial Deregulation"                 1984
     "Contestability: New Research Agenda"                 1984

Hebrew and Tel Aviv Universities Conference on Public Economics
     "Social Welfare Dominance Extended and Applied to Excise Taxation"     1983

NBER Conference on Industrial Organization and International Trade
     "Perspectives on Horizontal Mergers in World Markets"       1983

Workshop on Local Access: Strategies for Public Policy
     "Market Structure and Government Intervention in Access Markets"      1982

NBER Conference on Strategic Behavior and International Trade
     "Industrial Strategy with Committed Firms: Discussion"       1982

Columbia University Graduate School of Business, Conference on Regulation and New Telecommunication Networks
     "Local Pricing in a Competitive Environment"             1982

International Economic Association Roundtable Conference on New Developments in the Theory of Market Structure
     "Theory of Contestability"                        1982
     "Product Dev., Investment, and the Evolution of Market Structures"     1982

N.Y.U. Conference on Competition and World Markets: Law and Economics
     "Competition and Trade Policy--International Predation"       1982

CNRS-ISPE-NBER Conference on the Taxation of Capital
    "Welfare Effects of Investment Under Imperfect Competition"    1982

Internationales Institut fur Management und Verwalturg Regulation Conference
    "Welfare, Regulatory Boundaries, and the Sustainability of Oligopolies"    1981
NBER-Kellogg Graduate School of Management Conference on the
Econometrics of Market Models with Imperfect Competition
    "Discussion of Measurement of Monopoly Behavior:  An
     Application to the Cigarette Industry"    1981

The Peterkin Lecture at Rice University
    "Deregulation:  Ideology or Logic?"    1981

FTC Seminar on Antitrust Analysis
    "Viewpoints on Horizontal Mergers    1982
    "Predation as a Tactical Inducement for Exit"    1980

NBER Conference on Industrial Organization and Public Policy
    "An Economic Definition of Predation"    1980

The Center for Advanced Studies in Managerial Economics Conference on The Economics of
Telecommunication
    "Pricing Local Service as an Input"    1980

Aspen Institute Conference on the Future of the Postal Service
    "Welfare Economics of Postal Pricing"    1979

Department of Justice Antitrust Seminar
    "The Industry Performance Gradient Index"    1979

Eastern Economic Association Convention
    "The Social Performance of Deregulated Markets for Telecom Services"    1979

Industry Workshop Association Convention
    "Customer Equity and Local Measured Service"    1979

Symposium on Ratemaking Problems of Regulated Industries
    "Pricing Decisions and the Regulatory Process"    1979

Woodrow Wilson School Alumni Conference
    "The Push for Deregulation"    1979

NBER Conference on Industrial Organization

"Intertemporal Sustainability"                                                           1979

World Congress of the Econometric Society
    "Theoretical Industrial Organization"                             1980
Institute of Public Utilities Conference on Current Issues in Public Utilities Regulation
    "Network Access Pricing"                                          1978

ALI-ABA Conference on the Economics of Antitrust
    "Predatoriness and Discriminatory Pricing"                        1978

AEI Conference on Postal Service Issues
    "What Can Markets Control?"                                        1978

University of Virginia Conference on the Economics of Regulation
    "Public Interest Pricing"                                          1978

DRI Utility Conference
    "Marginal Cost Pricing in the Utility Industry: Impact and Analysis"    1978

International Meeting of the Institute of Management Sciences
    "The Envelope Theorem"                                            1977

University of Warwick Workshop on Oligopoly
    "Industry Performance Gradient Indexes"                            1977

North American Econometric Society Convention
    "Intertemporal Sustainability"                                    1979
    "Social Welfare Dominance"                                        1978
    "Economies of Scope, DAIC, and Markets with Joint Production"      1977

Telecommunications Policy Research Conference
    "Transition to Competitive Markets"                               1986
    "InterLATA Capacity Growth, Capped NTS Charges and Long
     Distance Competition"                                          1985
    "Market Power in The Telecommunications Industry"                 1984
    "FCC Policy on Local Access Pricing"                              1983
    "Do We Need a Regulatory Safety Net in Telecommunications?"        1982
    "Anticompetitive Vertical Conduct"                                1981
    "Electronic Mail and Postal Pricing"                              1980
    "Monopoly, Competition and Efficiency":  Chairman                1979
    "A Common Carrier Research Agenda"                                1978
    "Empirical Views of Ramsey Optimal Telephone Pricing"             1977
    "Recent Research on Regulated Market Structure"                   1976
    "Some General Equilibrium Views of Optimal Pricing"               1975

National Bureau of Economic Research Conference on Theoretical Industrial Organization
    "Compensating Variation as a Measure of Welfare Change"    1976
Conference on Pricing in Regulated Industries: Theory & Application
    "Ramsey Optimal Pricing of Long Distance Telephone Services"    1977

NBER Conference on Public Regulation
    "Income Distributional Concerns in Regulatory Policy-Making"    1977

Allied Social Science Associations National Convention
    "Merger Guidelines and Economic Theory"    1990
    Discussion of "Competitive Rules for Joint Ventures"    1989
    "New Schools in Industrial Organization"    1988
    "Industry Economic Analysis in the Legal Arena"    1987
    "Transportation Deregulation"    1984
    Discussion of "Pricing and Costing of Telecommunications Services"    1983
    Discussion of "An Exact Welfare Measure"    1982
    "Optimal Deregulation of Telephone Services"    1982
    "Sector Differentiated Capital Taxes"    1981
    "Economies of Scope"    1980
    "Social Welfare Dominance"    1980
    "The Economic Definition of Predation"    1979
    Discussion of "Lifeline Rates, Succor or Snare?"    1979
    "Multiproduct Technology and Market Structure"    1978
    "The Economic Gradient Method"    1978
    "Methods for Public Interest Pricing"    1977
    Discussion of "The Welfare Implications of New Financial Instruments"    1976
    "Welfare Theory of Concentration Indices"    1976
    Discussion of "Developments in Monopolistic Competition Theory"    1976
    "Hedonic Price Adjustments"    1975
    "Public Good Attributes of Information and its Optimal Pricing"    1975
    "Risk Invariance and Ordinally Additive Utility Functions"    1974
    "Consumer's Surplus:  A Rigorous Cookbook"    1974

University of Chicago Symposium on the Economics of Regulated Public Utilities
    "Optimal Prices for Public Purposes"    1976

American Society for Information Science
    "The Social Value of Information:  An Economist's View"    1975

Institute for Mathematical Studies in the Social Sciences Summer Seminar
    "The Sustainability of Natural Monopoly"    1975

U.S.-U.S.S.R. Symposium on Estimating Costs and Benefits of Information Services

"The Evaluation of the Economic Benefits of Productive Information"          1975

NYU-Columbia Symposium on Regulated Industries
    "Ramsey Optimal Public Utility Pricing"          1975


**Research Seminars**:

| | |
|---|---|
| Bell Communications Research (2) | University of California, San Diego |
| Bell Laboratories (numerous) | University of Chicago |
| Department of Justice (3) | University of Delaware |
| Electric Power Research Institute | University of Florida |
| Federal Reserve Board | University of Illinois |
| Federal Trade Commission (4) | University of Iowa (2) |
| Mathematica | Universite Laval |
| Rand | University of Maryland |
| World Bank (3) | University of Michigan |
| Carleton University | University of Minnesota |
| Carnegie-Mellon University | University of Oslo |
| Columbia University (4) | University of Pennsylvania (3) |
| Cornell University (2) | University of Toronto |
| Georgetown University | University of Virginia |
| Harvard University (2) | University of Wisconsin |
| Hebrew University | University of Wyoming |
| Johns Hopkins University (2) | Vanderbilt University |
| M. I. T. (4) | Yale University (2) |
| New York University (4) | Princeton University (many) |
| Northwestern University (2) | Rice University |
| Norwegian School of Economics and | Stanford University (5) |
|   Business Administration | S.U.N.Y. Albany |

# Attachment 2

## Four Year Testimony List of
## Robert D. Willig

[REVISED]

**Robert Willig Expert Testimony Provided in the Last Four Years**

1.      In re Public Offering Fee Antitrust Litigation and Issuer Plaintiff Public Offering Fee Antitrust Litigation, In the U.S. District Court for the Southern District of New York, 98 Civ. 7890 (LMM) and 00 Civ. 7804 (LMM); Expert Report 5/25/2005; Deposition, 9/15/2005; Rebuttal Report 1/09/2008.

2.      Mylan Pharmaceuticals Inc., Mylan Laboratories Inc., and UDL Laboratories Inc., *v*. Clifford Chance US LLP, and Clifford Chance Rogers & Wells LLP, In the United States District Court For The Northern District Of West Virginia, Civil Action No.: 1:03 CV 16; Expert Report 3/31/2006, Deposition 7/28/2006.

3.      Bob L. McIntosh and Chris Petersen (d/b/a C-K Farms) v. Monsanto Company, et al., In the United States District Court for the Eastern District of Missouri, Civil No. 4:01cv00065RWS, Expert Report, 7/10/2006, Deposition 8/23/2006.

4.      The SCO Group, Inc. v. International Business Machines Corporation, In the United States District Court For The District of Utah, Civil No. 2: 03-CV-0294 DAK, Expert Report 7/17/2006, Deposition 10/6/2006.

5.      New England Carpenters Health Benefits Fund et al.v. First Databank, Inc., and McKesson Corp. In the United States District Court for the District of Massachusetts, Civil Action: 1:05-CV-11148-PBS, Expert Report 1/24/2007; Rebuttal Expert Declaration 5/07/2007; Expert Declaration 10/15/2007; Rebuttal Expert Declaration 11/08/2007; Expert Declaration 11/28/2007. Expert Declaration 5/21/08.  Expert Report 10/1/08.

6.      American Express Travel Related Services Company, Inc. v. Visa U.S.A. Inc., et al, In the U.S. District Court for the Southern District of New York, Civil Action No.1:04-CV-08967-BSJ-DEF; Expert Report 7/23/2007; Rebuttal Report 12/18/2007; Deposition 01/23-24/2008; Declaration 3/21/2008.

7.      Jason White, Brian Polak, Jovan Harris, and Chris Craig on Behalf of Themselves and All Others Similarly Situated v. National Collegiate Athletic Association, In the United States District Court Central District of California Western Division, No. CV 06-0999 VBF (MANx); Expert Report 9/6/2007.

8.      In re OSB Antitrust Litigation, In the United States District Court for the Eastern District of Pennsylvania, Master File No. 06-CV-00826 (PSD); Expert Report 9/24/2007; Deposition 11/15/2007.

9.      In re Universal Service Fund Telephone Billing Practices Litigation, MDL No. 1468, All Cases, In the United States District Court for the District of Kansas; Expert Report 10/05/2007; Deposition 11/30/2007.

10.     Cindy Cullen, Wendy Fleishman, on Behalf of Themselves and All Others Similarly Situated v. Albany Medical Center, Ellis Hospital, Northeast Health, Seton Health System, and St. Peter's Health Care Service, In the United States District Court

for the Northern District of New York, Civil Action No. 06-CV-0765/ TJM/ DRH; Expert Report 2/29/2008; Deposition 3/27-28/2008; Expert Report 9/4/2009; Deposition 11/19-20/2009, Declaration 12/28/2009.

11.     In the Matter of Verizon New Jersey, Inc. – Resolution for Assistance Resolving Interconnection Negotiations with US Cable of Paramus/Hillsdale, Time Warner Cable, Cablevision, and Comcast; Before the State of New Jersey Office of Board of Public Utilities, Docket No. CO07070524; Expert Report 4/21/2008; Testimony 5/12/2008.

12.     In the Matter of Rambus Inc. v. Micron Technology, Inc., et al. In the Superior Court of the State of California County of San Francisco, Civil Action No. 04-431105; Expert Report 11/08/2008; Supplemental Expert Report 12/19/2008, Deposition Testimony 5/7/2009-5/8/2009

13.     In the Matter of Lisa Reed and Cindy Digiannantonio v. Advocate Health Care, et al. In the Northern District of Illinois Eastern Division, Civil Action No. 06 C 3337; Expert Report 1/20/2009; Supplemental 2/27/2009; Deposition Testimony 3/23/2009-3/24/2009.

14.     In the Australian Competition Tribunal: Re: Application for Review of the Deemed Decision by the Commonwealth Treasurer of 23 May 2006 under Section 44H(9) of the Trade Practices Act 1974 (CTH) in Relation to the Application for Declaration of Services Provided by the Mount Newman Railway Line, By: Fortescue Metals Group Limited; Re: Application for Review of the Deemed Decision by the Commonwealth Treasurer of 27 October 2008 under Section 44H(1) of the Trade Practices Act 1974 (CTH) in Relation to the Application for Declaration of Services Provided by the Robe RailwayBy: Robe River Mining Co PTY LTD & ORS; Re: Application for Review of the Deemed Decision by the Commonwealth Treasurer of 27 October 2008 under Section 44H(1) of the Trade Practices Act 1974 (CTH) in Relation to the Application for Declaration of Services Provided by the Hamersley Rail Network, By: Hamersley Iron Co PTY LTD & ORS; Re: Application for Review of the Deemed Decision by the Commonwealth Treasurer of 27 October 2008 under Section 44H(1) of the Trade Practices Act 1974 (CTH) in Relation to the Application for Declaration of Services Provided by the Goldsworthy Railway, By: BHP Billiton Iron Ore PTY LTD and BHP Billiton Minerals PTY LTD; Expert Report 6/30/2009 and 9/18/2009, Testimony 11/2/2009-11/6/2009.

15.     Stagecoach Group PLC and Coach USA, Inc., et al, Acquisition of Control, Twin America, LLC, Before the Surface Transportation Board, Verified Statement of Professor Robert D. Willig, Submitted November 17, 2009.

16.     In Re McKesson Governmental Entities Average Wholesale Price Litigation, Master File No.: 1:08-CV-10843-PBS; Related to San Francisco Health Plan v. McKesson Corp., The Board of County Commissioners of Douglas County, Kansas et al. v. McKesson Corp.; Expert Report, April 14, 2010; Response Report, June 28, 2010; Related to Connecticut v. McKesson Corp.; Expert Report, April 14, 2010.

# Attachment 3

## Materials Relied Upon

[REVISED]

**Attachment 3**
**Materials Relied Upon**

## Court Documents

Consolidated Amended Class Action Complaint, In Re Rail Freight Fuel Surcharge Antitrust
Litigation, MDL Docket No. 1869, dated April 15, 2008.

Dust Pro, Inc v. CSX Transportation, Inc.; BNSF Railway Company; Union Pacific Railroad
Company; Norfolk Southern Railway Company; and Kansas City Southern Railway
Company, Class Action Complaint, U.S.D.C. (District of NJ) filed May 14, 2007, Case
2:07-cv-02251-DMC-MF.

Plaintiffs' Memorandum in Support of Motion for Class Certification, In Re: Rail Freight Fuel
Surcharge Antitrust Litigation, MDL Docket No. 1869, dated March 18, 2010.

Memorandum Opinion, In Re: Rail Freight Fuel Surcharge Antitrust Litigation (All Direct
Purchaser Cases), MDL Docket No. 1829, October 23, 2009.

Order, In Re: Rail Freight Fuel Surcharge Antitrust Litigation (All Direct Purchaser Cases),
MDL Docket No. 1829, October 23, 2009.

Zinifex Tailor Chemicals Inc v. CSX Transportation, Inc.; BNSF Railway Company; Union
Pacific Railroad Company; Norfolk Southern Railway Company; and Kansas City
Southern Railway Company, Class Action Complaint, U.S.D.C. (Northern District of IL),
filed June 11, 2007, Case 07CV3274.

Fleischman v. Albany Med. Center, 2008 WL 2945993, (N.D.N.Y.), July 28, 2008.

In re Initial Public Offerings Securities Litigation, 471 F. 3d 24, December 5, 2006.

Reed v. Advocate Health Care, et al., No. 06 C 3337, (N.D. Ill), September 28, 2009.

## Testimony and Declarations

Declaration of Charles M. Adams, dated June 18, 2010.

Declaration of Marc Allen, dated June 24, 2010.

Declaration of Jim Bolander, dated June 28, 2010.

Declaration of Donna Cerwonka, dated June 22, 2010.

Declaration of George T. Duggan, dated June 29, 2010.

Declaration of David Garin, dated June 24, 2010.

Declaration of Thomas R. Gehl, dated June 17, 2010.

Declaration of Thomas J. Jacobowski, dated June 23, 2010.

Declaration of Christopher Jenkins, dated June 28, 2010.

Declaration of Richard Kiley, dated June 28, 2010.

Declaration of John Kraemer, dated June 23, 2010.

Declaration of Julie A. Krehbiel, dated June 15, 2010.

Declaration of David T. Lawson, dated June 25, 2010.

Declaration of Ronald Listwak, dated June 28, 2010.

Declaration of Scott D. McGregor, dated June 23, 2010.

Declaration of Tim McNulty, dated June 28, 2010.

Declaration of Joseph Osbourne, dated June 28, 2010.

Declaration of Richard A. Pagan, dated June 16, 2010.

Declaration of Dean Piacente, dated June 22, 2010.

Declaration of James R. Schaaf, dated June 23, 2010.

Declaration of Andrew Strok, dated June 21, 2010.

Deposition of Michael Donnelly, dated March 16, 2010.

Deposition of Michael Gilley, dated May 5, 2010.

Deposition of Howard Kaplan, dated March 10, 2010.

Deposition of Betsy Myers, dated March 11, 2010.

Deposition of Gordon Rausser Ph.D., dated June 3, 2010.

Deposition of William Ruoff, dated March 25, 2010.

Deposition of Louis Snow, dated June 4, 2010.

Deposition of Efstrateos Jay Strates, dated April 16, 2010.

Deposition of Blair Carter, dated May 11, 2010.

Testimony of Robert Carlson, President of North Dakota Farmers Union, Senate Committee on
Commerce, Science and Transportation, Subcommittee on Surface Transportation and
Merchant Marine, Oversight Hearing on the Surface Transportation Board and Regulation
Related to Railroads, Surface Transportation and Merchant Marine Infrastructure, Safety,
and Security, October 23, 2007.

Testimony of Honorable Glenn English, CEO, National Rural Electric Coop. Association, Senate
Committee on Commerce, Science and Transportation, Subcommittee on Surface
Transportation and Merchant Marine, Hearing on Economics, Service, and Capacity in the
Freight Railroad Industry, June 21, 2006.

Testimony of Ron Harper, Chief Executive Officer and General Manager Basin Electric Power
Cooperative, House Committee on Transportation and Infrastructure, Hearing on Rail
Competition and Service, September 25, 2007.

Testimony of Wayne Hurst, Past President of the Idaho Grain Producers Association and
Member of National Association of Wheat Growers Budget Committee, House Committee
on Transportation and Infrastructure, Hearing on Rail Competition and Service,
September 25, 2007.

Testimony of Terry Huval, Director, Lafayette Utilities System,  House Judiciary Committee,
Antitrust Task Force on Antitrust and Competition Policy, Hearing on HR 1650, the
Railroad Antitrust Enforcement Act of 2007, February 25, 2008.

Testimony of David McGregor, Senior Vice President, NAFTA Logistics, BASF Corp., Senate
Committee on Commerce, Science and Transportation, Subcommittee on Surface
Transportation and Merchant Marine  Safety, Security and Infrastructure, October 23,
2007.

Testimony of John McIntosh, President of Chlor-Alkali Products and Olin Corp. on behalf of
American Chemistry Council, Senate Committee on Commerce, Science and
Transportation, Subcommittee on Surface Transportation and Merchant Marine, Hearing
on Economics, Service, and Capacity in the Freight Railroad Industry, June 20, 2006.

Testimony of Charles E. Platz, President, Basell North America, Inc., Senate Committee on
Commerce, Science and Transportation, Subcommittee on Surface Transportation and
Merchant Marine, Hearing on Railroad Shipper Issues and S. 919, the Railroad
Competition Act of 2003, October 23, 2003.

Testimony of Dale Schuler, President, National Association of Wheat Growers, Senate
Committee on Commerce, Science and Transportation, Subcommittee on Surface
Transportation and Merchant Marine, Hearing on Economics, Service, and Capacity in the
Freight Railroad Industry, June 21, 2006.

Testimony of Ken Vander Schaaf, Director, Supply Chain Management, Alliant Techsystems Inc., Senate Committee on the Judiciary, Subcommittee on Antitrust, Competition Policy and Consumer Rights, An Examination of S.772, The Railroad Antitrust Enforcement Act, October 3, 2007.

Testimony of Terry Whiteside on behalf of Montana Wheat & Barley Committee, Wheat & Barley Commissions in Colo., Idaho, S. Dakota, and Washington, Oregon Wheat Growers League, & Alliance for Rail Competition, Senate Committee on Commerce, Science and Transportation, Subcommittee on Surface Transportation and Merchant Marine , October 23, 2003.

Comments of We Energies before Department of Agriculture, Trade and Consumer Protection, Public Service Commission of Wisconsin, concerning Railroad Shipping Costs and Delays, September 26, 2006.

**Bates Numbered Documents**

00001897-98
00000766-67
00001892-93
00002651
00001831-32
00002722-36
00002645-47
00002643-44
00002636-37
00007826-35
00037244
00002634-35
00002621-22
00036101-02
00000858-60
00002511-14
00002499-2502
00002474-78
00036095-96
00042298-300
00028206-07
00028223-24
00008487-88
00028981-82
00001665-84
00009877-9882

00061520 & 00061527
00037090
BNSF-0042514 -559
BNSF-0041531 - 533
BNSF-0345346
BNSF-0330305
BNSF-0492869–72
BNSF-0368426-437
BNSF-0070502
BNSF-0330262 – 63
BNSF-0028442 - 46
BNSF-0345050 - 51
BNSF-0354574 – 81
BNSF-0340523 – 55
BNSF-0330331 – 32
BNSF-0330333
BNSF-0330708 – 11
BNSF-0330712 – 13
BNSF-0330221
BNSF-0330715
BNSF-0330272 – 73
BNSF-0330716 – 17
BNSF-0330334 – 38
BNSF-0330227 – 30
BNSF-0330306 – 14
BNSF-0368128 – 36
BNSF-0330322 – 23
BNSF-0368137 – 39
BNSF-0330264 – 65
BNSF-0330266
BNSF-0330267
BNSF-0330220
BNSF-0330244
BNSF-0330351 – 70
BNSF-0346050 – 51
BNSF-0330269
BNSF-0344875
BNSF-0342819 – 20
CSXFSC000000058-66
CSXFSC000148017-137
CSXFSC000203553-595
CSXFSC255789
CSXFSC37050-53
CSXFSC37050-53

CSXFSC255789
CSXFSC000000643-647
DON006780
DON006881
DON009636
DON018907-08
DON019023
DON009659
DON009655
DON007844
DON006374
DON004396
DON023633
DON023627
DON018930
DON001755-56
DUS000122
NS_001000012
NS_010007412 – 13
NS_ 001000192
NS_010046591–95
NS_001000192
NS_010019516-518
NS_007000805 - 812
NS_003044084 - 87
NS_003044092 - 98
NS_003044057 - 71
NS_003044072 - 80
NS_003044041 - 45
NS_003044047 - 51
NS_003043633 - 708
NS_003043529 - 49
NS_003043550 - 63
NS_003043490 - 510
NS_003043515 - 28
NS_003043205 - 27
NS_003043246 - 58
NS_003043241 - 45
NS_003043259 - 73
NS_003043274 - 88
NS_003043173 - 78
NS_003043189 - 200
NS_003043314 - 17
NS_003043811 - 20
NS_003043846 - 51
NS_003043839 - 42

NS_003043742 - 46
NS_003043795 - 803
NS_003043767 - 76
NS_003043777 - 94
NS_003043747 - 66
NS_003043962 - 76
NS_003044026 - 38
NS_003043940 - 61
NS_003043895 - 910
NS_003043887 - 94
NS_003043866 - 72
NS_003043852 - 63
NS_003043873 - 86
NS_003043988 - 4011
NS_003043732 - 41
NS_003043318 - 40
NS_003043358 - 429
NS_003043436 - 69
NS_010047416 - 34
NS_013001781 - 82
UPFSC 0469748 - 72
UPFSC 0380936 - 40
UPFSC 0380999 - 014
UPFSC 0466130 - 32
UPFSC 0381182 - 86
UPFSC 0381234 - 1240
UPFSC 0469962 - 96
UPFSC 0469855 - 9901
UPFSC 0061610 - 42
UPFSC 0121043 - 44
UPFSC 0469547 – 9650
UPFSC 0170773
UPFSC 0001471-147
UPFSC 0000572-582
USM005787 - 90
USM004718
USM004537
USM004500
USM004460
USM004465
USM004424
USM004424
USM004313
USM004944
USM004877
USM004574

USM004827
USM004764
USM004572
USM004747
USM004733
USM004691
USM004643
USM004601
USM004540
USM004499
USM004467
USM004199
USM004072
USM003932
USM003808
USM003671
USM003540
USM003474
USM006637-42
USM003604
USM003630
USM003069
USM000465
USM001155
USM001200
USM002254
USM002261
USM002271
USM002225
USM006706-15
USM005700-04
USM006658-66
USM006686-94
USM000047
USM002347
USM000020
USM002352
USM002335
USM002353
USM002274
USM002351
USM002176
USM002323
USM002178
USM002199
USM005647

USM006590
USM005667-68
USM006753-55
USM005681

**Railroad Fuel Surcharge Documents**

BNERM 1, Section 1, General Rules and Regulations, Item 41, Item 42, effective December 16, 1995.

BNSF Rules Book 6100, Item 3375, effective April 1, 2000.

BNSF Rules Book 6100-A, Item 3375 H Section B, effective April 25, 2007.

BNSF Rules Book 6100-A, Item 3375A, effective July 1, 2001.

BNSF Rules Book 6100-A, Item 3375C, effective June 1, 2003.

CSX, "Frequently Asked Questions on CSXT Fuel Surcharge."
http://www.csx.com/?fuseaction=customers.news-detail&i=26632

Norfolk Southern Corp. "6/30/2000 FSC Program Terms."
http://nscorp.com/nscportal/nscorp/Customers/Public%20Prices/conditions_prev.html

Norfolk Southern Corp., "3/1/2004 FSC Program History."
http://www.norfolksouthern.com/nscportal/nscorp/Customers/Public%20Prices/history_fsc2.html

Norfolk Southern Corp., "3/1/2004 FSC Program Terms."
http://www.nscorp.com/nscportal/nscorp/Customers/Public%20Prices/prev_fsc_terms.html

Norfolk Southern Corp., "Norfolk Southern Fuel Surcharge Announcement," dated March 16, 2007.
http://www.nscorp.com/nscportal/nscorp/Media/News%20Releases/2007/surcharge.html

Norfolk Southern Corp., "Tariff NS – 8003 History."
http://www.norfolksouthern.com/nscportal/nscorp/Customers/Public%20Prices/NS8003_history.html

Norfolk Southern Corp., "Tariff NS – 8003 Terms."
http://www.nscorp.com/nscportal/nscorp/Customers/Public%20Prices/NS8003_terms.html

ShipCSX, "Fuel Surcharge Tariffs & Publications."
http://shipcsx.com/public/ec.cpricingpublic/Tariff

Union Pacific, "2002 West Texas Intermediate Crude Oil (WTI) Prices."
http://www.uprr.com/customers/surcharge/wti_2002.shtml

Union Pacific, "Carload Mileage Based Standard HDF Fuel Surcharge."
http://www.uprr.com/customers/surcharge/index_mileage.shtml

Union Pacific, "Carload Rate Based Standard HDF Fuel Surcharge."
http://www.uprr.com/customers/surcharge/index_revenue.shtml

Union Pacific, "Carload WTI Based Fuel Surcharge."
http://www.uprr.com/customers/surcharge/surcharge.shtml

Union Pacific, "Mileage – HDF Fuel Surcharge Table."
http://www.uprr.com/customers/surcharge/fsc_table.shtml


**STB Proceedings**

AEP Texas North Company v. The Burlington Northern and Santa Fe Railway Company
Verified Complaint.  STB Docket No. 41191 (Sub-No. 1), filed August 11, 2003.

BNSF v. STB, Case No. 06-1372, U.S. Court of Appeals for the DC Circuit, May 20, 2008.

Carolina Power & Light Co. v. Norfolk Southern Ry. Co., STB Docket No. NOR 42072, filed
February 1, 2002.

Consolidated Papers, Inc. et al. v. Chicago and North Western Transportation Co., et al., STB
No. 37626, decided February 19, 1991.

E.I. DuPont de Nemours & Co. v. CSX Transportation, Inc., STB Docket Nos. 42099, decided
June 27, 2008.

E.I. DuPont de Nemours & Co. v. CSX Transportation, Inc., STB Docket Nos. 42101, decided
June 27, 2008.

E.I. DuPont de Nemours and Company v. CSX Transportation, Inc., STB Docket No. 42100,
2008 WL 2588609, decided June 27, 2008.

FMC Wyoming Corporation and FMC Corporation v. Union Pacific, STB Ex Parte No. 346
(Sub-No. 29A), decided May 10, 2000.

Improvement of TOFC/COFC Regulation, STB Ex Parte No. 230 (Sub-No. 5), decided February
19, 1981.

Interpretation of the Term "Contract" in 49 U.S.C. 10709, STB Ex. Parte No. 669 and Rail Transportation Contracts under 49 U.S.C. 10709, Ex Parte No. 676, decided March 6, 2008.

Otter Tail Power Co. v. Burlington N. & Santa Fe Ry. Co., STB Docket NOR 42071, filed January 2, 2002.

Public Service Co. v. Burlington N. & Santa Fe Ry., STB Docket No. 42057, 2004 WL 1428724, decided June 8, 2004.

Rail Fuel Surcharges, STB Ex Parte No. 661, decided January 25, 2007.

Rail General Exemption Authority – Fresh Fruits and Vegetables, Ex Parte No. 346 (Sub-No. 1), decided March 21, 1979.

Rail General Exemption Authority – Miscellaneous Manufactured Commodities, STB Ex Parte No. 346 (Sub-No. 24), decided November 28, 1989.

Rail Transportation Contracts under 49 U.S.C. 10709, STB Ex Parte No. 676, decided January 22, 2010.

Railroad Cost Recovery Procedures – Productivity Adjustment, 5 I.C.C.2d 434 (1989) WL 239045 (I.C.C.) Surface Transportation Board.

Seminole Electric Cooperative, Inc. v. CSX Transp., STB Docket No. 42110, filed October 3, 2008.

Western Fuels Association & Basin Electric v. BNSF Ry. Co., STB Docket No. 42088, 2009 WL 415499, decided February 18, 2009.

Comment of Senator Conrad Burns, Rail Fuel Surcharges, STB Ex Parte No. 661, May 8, 2006.

Comments of Concerned Captive Coal Shippers, Common Carrier Obligation of Railroads, Ex Parte No. 677, April 17, 2008.

Comments of Concerned Captive Coal Shippers, Rail Fuel Surcharges, STB Ex Parte No. 677, April 17, 2008.

Comments of Concerned Captive Coal Shippers, Rail Fuel Surcharges, STB Ex Parte No. 661, April 27, 2006.

Comments of the Concerned Captive Coal Shippers, Rail Capacity and Infrastructure Requirements, STB Ex Parte No. 671, April 4, 2007.

Comments of Dow Chemical Co., Rail Rate Challenges in Small Cases, STB Ex Parte No. 646, February 26, 2007.

Post-Hearing Supp. Comments of Dow Chem. Co., Rail Rate Challenges in Small Cases, Ex Parte No. 646 (Sub-No. 1), February 26, 2007.

Opening Comments of Entergy Services, Inc., Interpretation of the Term "Contract" in 49 U.S.C. 10709, STB Ex Parte No. 669, June 4, 2007.

Joint Verified Statement of Joseph P. Kalt and Robert D. Willig, Market Dominance Determinations – Product and Geographic Competition, STB Ex Parte No. 627

Reply Verified Statement of Joseph P. Kalt and Robert D. Willig, Market Dominance Determinations – Product and Geographic Competition, STB Ex Parte No. 627, dated June 25, 1998.

Joint Comments of Nevada Power Co., Sierra Pacific Power Co., & Idaho Power Co., Rail Fuel Surcharges, STB Ex Parte No. 661, April 27, 2006.

Joint Comments of Nevada Power Company, Sierra Pacific Power Company and Idaho Power Company, STB Ex Parte No. 661, April 27, 2006.

Petition of North Dakota Grain Dealers Association for Leave to Intervene, PPL Montana, LLC v. The Burlington Northern & Santa Fe Ry. Co., STB Docket No. 42053, September 27, 2002.

Comments of the North Dakota Public Service Commission, North Dakota Grain Dealers Association, and North Dakota Wheat Commission, Market Dominance Determinations Product and Geographic Competition, STB Ex Parte No. 627, May 29, 1998.

Reply Comments of the North Dakota Public Service Commission, North Dakota Grain Dealers Association, & North Dakota Wheat Commission, Market Dominance Determinations Product and Geographic Competition, STB Ex Parte No. 627, June 30, 1998.

Comments of Occidental Chemical Corp., Petition Of the Union Pacific R.R. Co. for a Declaratory Order, STB Finance Docket No. 35219, April 10, 2009.

Comments of Stephen Pocsik, V.P. Supply Chain and Alan Cramer, Manager Supply Chain Logistics, Total Petrochemicals, Rail Fuel Surcharges, Ex Parte No. 661, April 27, 2006.

Opening Evidence of PPL Montana, LLC, PPL Montana, LLC v. Burlington N. & Santa Fe Ry. Co., STB Docket No. 42054, May 28, 2003.

Comments of the Honorable Brian Schweitzer, Governor of Montana, Rail Fuel Surcharges, STB Ex Parte 661, April 27, 2006.

Comments of Dan Slavin, Rail Services Manager, Graniterock, Rail Fuel Surcharges, STB Ex Parte No. 661, April 27, 2006.

Comments of Union Pacific Railroad Company, STB Ex Parte No. 661, May 11, 2006.

Union Pacific R.R. Co. – Petition for Declaratory Order, STB Fin. Docket No. 35219, June 11, 2009.

Comments of the U.S. Department of Agriculture, STB Ex Parte No. 658, dated October 19, 2005.

US Magnesium LLC Comments, Petition of Union Pacific Railroad Company for a Declaratory Order, STB Finance Docket No. 35219, filed March 23, 2009.

Statements by Robert D. Willig and William J. Baumol on behalf of the railroads, Coal Rate Guidelines – Nationwide, Ex Parte No. 347 (Sub-No, 1), filed May 11, 1981, April 13, 1982, July 28, 1983, and October 4, 1984.

Statements by Robert D. Willig and William J. Baumol on behalf of the Association of American Railroads and Consolidated Rail Corporation, Intramodal Rail Competition, Ex Parte No. 445 (Sub-No. 1), filed May 31, 1985, July 8, 1985, and July 18, 1985.

Statement by Robert D. Willig and William J. Baumol on behalf of Consolidated Rail Corporation, Midtec Paper Corp. v. Chicago and Northwestern Transportation Company (Use of Terminal Facilities and Reciprocal Switching Agreement), Docket No. 39021, September 2, 1986.

Statement by Robert D. Willig and William J. Baumol, Seaboard Air Line Railroad Company Merger with Atlantic Coast Line Railroad Company; Petition to Remove Traffic Protective Conditions, Finance Docket No. 21215 (ICC) (sub-No. 5).

Statements by Robert D. Willig and William J. Baumol on behalf of the Association of American Railroads, Standards for Railroad Revenue Adequacy, Ex Parte No. 393 (Sub-No. 1), filed August 4, 1986 and September 3, 1986.

**Regulations**

49 CFR §1039

**Articles, Books and Reports**

APPA Issue Brief, February 2008.

Association of American Railroads, "Overview of America's Freight Railroads,"  May 2008.

 Association of American Railroads, "Rail Industry Structure and Market Behavior," May 2008.

Association of American Railroads, "Shipper Leverage Over Freight Railroads," May 2009.

Association of American Railroads, "U.S. Freight Railroad Productivity," September 2009.

Badger-CURE, Wisconsin Consumers United for Rail Equity, "Badger-CURE Praises Senate Judiciary Committee's Approval of Railroad Antitrust Enforcement Act of 2007," September 20, 2007.

Baumol, W.J., and Willig, R.D., "Pricing Issues in the Deregulation of Railroad Rates," in Economic Analysis of Regulated Markets, 1983.

Baumol, W.J., and Willig, R.D., "Competitive Rail Regulation Rules:  Should Price Ceilings Constrain Final Products or Inputs?" Journal of Transport Economics and Policy, Volume 33, Part 1, pp. 43-53.

BB&T Capital Markets, Railroad Industry, "Pricing Power: Gone for 25+ Years, but Back Now in a Big Way.  Welcome Back!" August 29, 2005.

Bitzan, John D., "The Structure of Railroad Costs and The Benefits/Costs Of Mergers," Research in Transportation Economics, Volume 5, pp. 1-52, 1999.

Bitzan, John, "Railroad Cost Conditions – Implications for Policy," Upper Great Plains Transportation Institute, North Dakota State University, Prepared for the Federal Railroad Administration, U.S. Department of Transportation, May 10, 2000.

Breen, Denis A., "The Union Pacific/Southern Pacific Rail Merger: A Retrospective on Merger Benefits," Review of Network Economics, Vol. 3, Issue 2, pp.283-322, September 2004.

Brooks, R., "More Businesses Slap On Fuel Fees – As Gas Prices Soar, Everyone From Personal Chefs To Garbage Collectors Is Passing On the Costs," WSJ, May 4, 2006.

"Burns, Rockefeller, Dorgan Introduce Legislation to Protect Rail Customers," April 27, 2005. http://rockefeller.senate.gov/press/record.cfm?id=288739

Laurits R. Christensen Associates, Inc., Analysis of Competition, Capacity, and Service Quality, v. 2, Final Report Prepared for The Surface Transportation Board, November 2008.

Laurits R. Christensen Associates, Inc., A Study of Competition in the U.S. Freight Railroad Industry and Analysis of Proposals that Might Enhance Competition, Executive Summary of Revised Final Report, Prepared for The Surface Transportation Board, November 2009.

Laurits R. Christensen Associates, Inc., Description of the U.S. Freight Railroad Industry, v. 1, Revised Final Report to The Surface Transportation Board, November 2009.

Laurits R. Christensen Associates, Inc., Analysis of Competition, Capacity, and Service Quality, v. 2, Revised Final Report Prepared for The Surface Transportation Board, November 2009.

Laurits R. Christensen Associates, Inc, An Update to the Study of Competition in the U.S. Freight Railroad Industry, Final Report to The Surface Transportation Board, January 2010.

Citigroup, Airfreight & Surface Transportation, "Survey Says!!!  Economy Strengthening; Rates Robust; Service No Worse," August 22, 2005.

Cooper, Mark, "Bulk Commodities and the Rails:  Still Crazy After All These Years," Consumer Federation of America, May 2009.

CSFB, "Railroad Industry Eastern Coal – Pricing and Competitive Dynamics," November 12, 2003.

"CSX Transportation Announces Modifications to Its Fuel Cost Recovery Program," PR Newswire, March 20, 2003.

"CSXT to Add Fuel Surcharge," The Florida Times Union, September 28, 2000, http://jacksonville.com/tu-online/stories/092800/bus_4192457.html

Cutler, J. and Goldstein, A., et al., "Railroad Rates and Services Provided to Montana Shippers: A Report Prepared for the State of Montana," February 2009.

Marty Durlin, "Captive Food Growers Seek More Choices," San Francisco Chronicle, April 5, 2009.

Escalation Consultants, Inc., Railroad Fuel Surcharge Study, December 2004.

Escalation Consultants, Inc., Results of Rail Shipper Survey on the Impact of Large Rate Increases on Rail Customers' Business, March 9, 2009.

Frittelli, John, Congressional Research Service, Railroad Access and Competition Issues, (August 3, 2007, May 1, 2009 and January 29, 2010.

GAO, Railroad Regulation: Current Issues Associated with the Rate Relief Process, GAO/RCED-99-46 (Washington, D.C.), February 26, 1999.

GAO Report to Congressional Requesters, Freight Railroads Industry Health Has Improved, but Concerns about Competition and Capacity Should be Addressed, October 2006.

GopherCURE, Minnesota Consumers United for Rail Equity, Railroaded! A Fact Sheet on Minnesota's Captive Shippers

Hanson, Steven D., Baumhover, Stephen B. and Baumel, C. Phillip, "Characteristics of Grain Elevators that Contract with Railroads," American Agricultural Economics Association, pp. 1041-1046, 1990.

JPMorgan Railroad Shipper Survey, "Moderation in Pricing Expectations; Expanding Opportunity for Modal Conversion from Truckload," July 10, 2008.

JPMorgan Railroad Shipper Survey, "Pricing Momentum, Service Challenges Likely to Persist," July 14, 2005.

JPMorgan Railroad Shipper Survey, "Strong Pricing Outlook; Slow Service Recovery," June 9, 2006.

Stan Mark Kaplan, Rail Transportation of Coal to Power Plants: Reliability Issues, Congressional Research Service Report for Congress, September 26, 2007.

Kessides, I.N., and Willig, R.D., "Competition and Regulation in the Railroad Industry," Regulatory Policies and Reform: A Comparative Perspective, The World Bank, December 1995.

Kessides, I.N., and Willig, R.D., "Restructuring Regulation of the Rail Industry for the Public Interest," Policy Research Working Paper 1506, The World Bank, September 1995.

Koo, W.W., Tolliver, D.D., and Bitzan, J.D., "Railroad Pricing in Captive Markets: An Empirical Study of North Dakota Grain Rates," Logistics and Transportation Review, June 1993: 29, 2.

Levin, Richard C., "Railroad rates, profitability, and welfare under deregulation," The Bell Journal of Economics, pp. 1-26, 1981.

Lotterman, Edward, "On this Monopoly Board, Railroads are Winning," Pioneer Press, January 9, 2008.

MacDonald, James M., "Competition and rail rates for the shipment of corn, soybeans, and wheat," Rand Journal of Economics, Vol. 18, No.1, pp.151-163, Spring 1987.

McClellan, J., "Railroad Capacity Issues," in Transportation Research Board, Research to Enhance Rail Network Performance, 2007.

Morgan Stanley, "Downgrading the Railroads; Priced for a Full Recovery," January 10, 2002.

Morgan Stanley, "Freight Transportation; Morgan Stanley Proprietary TL Freight Index Update," April 1, 2010.

Morgan Stanley, "Freight Transportation; Morgan Stanley Proprietary Truckload Freight Index Update," May 28, 2009.

Morgan Stanley, "Freight Transportation; Truckload: Cyclical Upside, but Secular Disappointment," June 11, 2009.

Morgan Stanley, "Transportation:  Initiation of Coverage:  Rails Have More Room to Run on Pricing," May 7, 2007.

L.E. Peabody & Associates, Inc., Abstract, Amount & Characteristics of "Captive Rail Traffic," June 1998.

Pittman, R., "The Economics of Railroad 'Captive Shipper' Legislation," U.S. Department of Justice Economic Analysis Group Discussion Paper EAG10-1, January 2010.

Pittman, Russell W., "Railroads and Competition: The Santa Fe/Southern Pacific Merger Proposal," The Journal of Industrial Economics, Volume XXXIX, pp. 25-46, September 1990.

Railroad Rates and Services Provided to Montana Shippers, A report prepared for the State of Montana, February 2009.

Scotia Capital, "North American Freight Rail Sector: Pricing Story Has Long-Term Legs," April 2006.

Suisse Equity Research, "Railroad Industry CSFB Value Equation: The Power of Positive Pricing – What a Way to Create Value," March 1, 2002.

Surface Transportation Board, "Study of Railroad Rates:  1985-2007," January 16, 2009.

Swanson, Lori, Minnesota Attorney General, "Time To Put Railroads Under Anti-trust," The Bemidji Pioneer, January 25, 2008.

U.S. Department of Agriculture, Transportation of U.S. Grains: A Modal Share Analysis, 1978-2004, October 2006.

U.S. Department of Justice and the Federal Trade Commission, Horizontal Merger Guidelines, Revised April 8, 1997.

Weatherford, Brian A., Willis, Henry H. and Ortiz, David S., "Technical Report: The State of U.S. Railroads; A Review of Capacity and Performance Data," RAND, 2008.

Willig, R.D., and Baumol, W.J., "Railroad Deregulation:  Using Competition as a Guide," Regulation, January/February 1987, vol. 11, no. 1, pp. 28-35.

Winston, Clifford, Maheshri Vikram and Scott Dennis, "Long Run Effects of Mergers: The Case of U.S. Western Railroads," U.S. Congressional Budget Office, August 2009.

**Data**

Association of American Railroads, "Class I Railroad Statistics," September 10, 2009.

Association of American Railroads, "North American Freight Railroad Statistics," September 10, 2009.

Association of American Railroads, "Quarterly Rail Cost Adjustment Factor," Q2 2000 – Q2 2009.

Association of American Railroads, "Rail Cost Adjustment Factor," updated November 2001.

Association of American Railroads, "Railroad Facts," 1991, 1996, 2008, and 2009.

Association of American Railroads, "U.S. Freight Railroad Statistics," June 10, 2009.

Norfolk Southern, WTI Daily Reported Prices.
    http://www.nscorp.com/nscportal/nscorp/Customers/Public%20Prices/wti_daily.html

U.S. Energy Information Administration, HDF Fuel Prices, January 2000 – December 2008.

Wall Street Journal, WTI Daily Spot Prices, January 1, 2000 – June 11, 2010.

Wall Street Journal, WTI Monthly Spot Prices, January 1982 – May 2010.

U.S. Census Bureau, 2002 Economic Census Transportation:  2002 Commodity Flow Survey Issued December 2004, Table 7, Shipment Characteristics by Two-Digit Commodity and Mode of Transportation for the United States:  2002.

**SEC Filings**

Burlington Northern Santa Fe Corporation, Form 10-K, 2003 – 2009.

Burlington Northern Santa Fe Corporation, Form 10-Q, 2003 – 2009.

CSX Corporation, Form 10-K, 2003 – 2008.

CSX Corporation, Form 10-Q, 2003 – 2009.

Norfolk Southern Corporation, Form 10-K, 2003 – 2009.

Norfolk Southern Corporation, Form 10-Q, 2003 – 2009.

Union Pacific Corporation, Form 10-K, 2003 – 2009.

Union Pacific Corporation, Form 10-Qs, 2003 – 2009.

**Expert Reports**

Corrected Expert Report of Gordon Rausser, Ph.D. and back-up materials, May 27, 2010.

Expert Report of Gordon Rausser, Ph.D. and back-up materials, March 18, 2010.

**Interviews**

Interview with Chris Sanford, UP's Director of Interline Marketing