**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 |
| This document relates to:<br><br>DIRECT PURCHASER CASES | Misc. No. 07-489 (PLF/AK/JMF) |

**CERTIFICATE OF SERVICE**

I, Margaret A. Prystowsky, an attorney, certify that on August 10, 2010, I caused a true and correct copy of the redacted version of Defendants' Opposition to Plaintiffs' Motion for Class Certification to be served upon Co-Lead Plaintiffs' counsel by electronic mail which includes the following:

(a) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion For Class Certification;

(b) Exhibit A to the Memorandum (Expert Report of Dr. Robert D. Willig); and

(c) Declarations in Support of Defendants' Opposition to Class Certification in three volumes:

  i. Volume 1: Charles M. Adams, Marc Allen, Jim Bolander, Donna Cerwonka, George T. Duggan, David Garin, Thomas R. Gehl, Thomas Jacobowski, Christopher Jenkins, Richard Kiley, John Kraemer, and Julie A. Krehbiel, and exhibits thereto;

2

    ii.    <u>Volume 2</u>: David T. Lawson, Ronald Listwak, Scott D. McGregor, Tim McNulty, Joseph Osborne, Dean Piacente, Richard A. Pagan, James R. Schaaf, and Andrew Strok, and exhibits thereto; and

    iii.    <u>Volume 3</u>: Margaret A. Prystowsky and Exhibits 1 - 51 attached thereto; and

(d)    Errata to Declarations in Support of Defendants' Memorandum in Opposition to Class Certification and exhibits thereto; and

(e)    The Revised Expert Report of Robert D. Willig, Errata and exhibits thereto.

Dated: New York, New York
       August 10, 2010

           /s/ Margaret A. Prystowsky
           Margaret A. Prystowsky
           KAYE SCHOLER LLP
           425 Park Avenue
           New York, NY  10022
           (212) 836-8000