**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br>ALL DIRECT PURCHASER CASES | |

**NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that on August 23, 2010, Defendants BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company (together "Defendants") are filing Defendants' Motion and Memorandum In Support to Compel Certain Discovery from Plaintiffs and Rule 30(B)(6) Deposition of Plaintiff Olin and for Sanctions, Declaration of David. D. Cross in Support of Motion, and corresponding exhibits under seal with the Clerk pursuant to the Order dated April 20, 2009 (Docket No. 275).

Dated: Washington, D.C.
       August 23, 2010

Dated: August 23, 2010             Respectfully submitted,

                          ___/s/ David D. Cross_____
                          Kent A. Gardiner
                          Kathryn D. Kirmayer
                          John L. Cuddihy
                          David D. Cross
                          CROWELL & MORING LLP
                          1001 Pennsylvania Avenue, NW
                          Washington, D.C. 20004
                          (202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| John M. Nannes | P. Morgenstern |
| Tara L. Reinhart | Jennifer B. Patterson |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Margaret A. Prystowsky |
| | KAYE SCHOLER LLP |
| 1440 New York Avenue, N.W. | 425 Park Avenue |
| Washington, DC 20005 | New York, NY 10022 |
| (202) 371-7000 | (212) 836-8000 |
| | |
| Sean M. Tepe | Claudia R. Higgins |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Jeffrey Saltman |
| | KAYE SCHOLER LLP |
| Four Times Square | 901 Fifteenth Street, NW |
| New York, New York 10036 | Washington, DC 20005 (202) 682-3500 |
| (212) 735-3000 | |

*Attorneys for Defendant Norfolk Southern Railway Company*

| | |
|---|---|
| Tyrone R. Childress | Alan M. Wiseman |
| David G. Meyer | Thomas A. Isaacson |
| HOWREY LLP | Peter A. Barile III |
| 550 South Hope Street, Suite 110 | HOWREY LLP |
| Los Angeles, CA 90071 | 1299 Pennsylvania Avenue, N.W. |
| (213) 892-1800 | Washington, DC 20004 |
| | (202) 783-0800 |

*Attorneys for Defendant Union Pacific Railroad Company*

| | |
|---|---|
| Richard J. Favretto | Samuel M. Sipe, Jr. |
| Gary A. Winters | Linda S. Stein |
| Michael E. Lackey, Jr. | STEPTOE & JOHNSON LLP |
| MAYER BROWN LLP | 1330 Connecticut Avenue, NW |
| 1909 K Street, NW | Washington, DC 20036 |
| Washington, DC 20006 | (202) 429-3000 |
| (202) 263-3000 | |

*Attorneys for Defendant BNSF Railway Company*

**CERTIFICATE OF SERVICE**

    I, David D. Cross, certify that on August 23, 2010, I caused a true and correct copy of the foregoing Notice of Filing Under Seal to be Filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

/s/  David D. Cross
David D. Cross