**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/JMF/AK) |

**NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that on August 27, 2010, Direct Purchaser Plaintiffs are filing the Declaration of Mary Jane Fait under seal with the Clerk pursuant to the Order dated April 20, 2009 (Docket No. 275).

- 2 -

Dated:  August 27, 2010

          Respectfully submitted:

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ Stephen R. Neuwirth |
| Michael D. Hausfeld, D.C. Bar #153742 | Stephen R. Neuwirth |
| Michael P. Lehmann | Richard I. Werder, Jr. |
| William P. Butterfield, D.C. Bar #420354 | Daniel Brockett |
| Sathya S. Gosselin | Marc L. Greenwald |
| William P. Butterfield | Sami H. Rashid |
| HAUSFELD LLP | Joseph D. Hammond |
| 1700 K Street NW, Suite 650 | QUINN EMANUEL URQUHART & |
| Washington, DC 20006 |   SULLIVAN, LLP |
| Telephone: (202) 540-7200 | 51 Madison Avenue, 22nd Floor |
| Facsimile:  (202) 540-7201 | New York, New York 10010 |
| Email:  mhausfeld@hausfeldllp.com | Telephone: (212) 849-7000 |
| | Facsimile:  (212) 849-7100 |
| Steig D. Olson | Email: stephenneuwirth@quinnemanuel.com |
| HAUSFELD LLP | |
| 11 Broadway, Suite 615 | |
| New York, NY 10004 | |
| Telephone: (212) 830-9850 | |
| Facsimile:  (212) 480-8560 | |
| Email:  solson@hausfeldllp.com | |

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

      I, Sami H. Rashid, an attorney, certify that on August 27, 2010, I caused a true and correct copy of the foregoing notice to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                                                          /s/ Sami H. Rashid
                                                                           Sami H. Rashid