**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |

**NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that on September 7, 2010, Direct Purchaser Plaintiffs are filing (1) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Compel Certain Discovery from Plaintiffs and Rule 30(b)(6) Deposition of Plaintiff Olin and for Sanctions; and (2) the Second Declaration of Joseph D. Hammond and related exhibits under seal with the Clerk pursuant to the order dated April 20, 2009 (Docket No. 275).

Dated: September 7, 2010

Respectfully submitted:

| | |
|---|---|
| */s/ Michael D. Hausfeld* | */s/ Stephen R. Neuwirth* |
| Michael D. Hausfeld, D.C. Bar #153742 | Stephen R. Neuwirth |
| William P. Butterfield, D.C. Bar #420354 | Richard I. Werder, Jr. |
| Sathya S. Gosselin | Daniel Brockett |
| HAUSFELD LLP | Marc L. Greenwald |
| 1700 K Street NW, Suite 650 | Sami H. Rashid |
| Washington, DC 20006 | QUINN EMANUEL URQUHART |
| Telephone: (202) 540-7200 | & SULLIVAN, LLP |
| Facsimile:  (202) 540-7201 | 51 Madison Avenue, 22nd Floor |
| Email:  mhausfeld@hausfeldllp.com | New York, New York 10010 |
| | Telephone: (212) 849-7000 |
| Steig D. Olson | Facsimile:  (212) 849-7100 |
| HAUSFELD LLP | Email:  stephenneuwirth@quinnemanuel.com |
| 11 Broadway, Suite 615 | |
| New York, NY 10004 | |
| Telephone: (212) 830-6850 | |
| Facsimile:  (212) 480-8560 | |
| Email:  solson@hausfeldllp.com | |

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

I, Sathya S. Gosselin, an attorney, certify that on September 7, 2010, I caused a true and correct copy of the foregoing Notice of Filing under Seal to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

*/s/ Sathya S. Gosselin*