**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>ALL DIRECT PURCHASER CASES | |

**NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that on September 14, 2010, Defendants BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company (together "Defendants") are filing Defendants' Reply Memorandum In Support of Their Motion to Compel Certain Discovery from Plaintiffs and Rule 30(b)(6) Deposition of Plaintiff Olin and for Sanctions, Declaration of Luke van Houwelingen in Support of Motion, and corresponding exhibits under seal with the Clerk pursuant to the Order dated April 20, 2009 (Docket No. 275).


Dated: Washington, D.C.
          September 14, 2010

Dated: September 14, 2010                          Respectfully submitted,

                                                 ___/s/ David D. Cross_____
                                                 Kent A. Gardiner
                                                 Kathryn D. Kirmayer
                                                 John L. Cuddihy
                                                 David D. Cross
                                                 CROWELL & MORING LLP
                                                 1001 Pennsylvania Avenue, NW
                                                 Washington, D.C. 20004
                                                 (202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| John M. Nannes | P. Morgenstern |
| Tara L. Reinhart | Jennifer B. Patterson |
| SKADDEN, ARPS, SLATE, MEAGHER & | Margaret A. Prystowsky |
| FLOM LLP | KAYE SCHOLER LLP |
| 1440 New York Avenue, N.W. | 425 Park Avenue |
| Washington, DC 20005 | New York, NY 10022 |
| (202) 371-7000 | (212) 836-8000 |
| | |
| Sean M. Tepe | Claudia R. Higgins |
| SKADDEN, ARPS, SLATE, MEAGHER & | Jeffrey Saltman |
| FLOM LLP | KAYE SCHOLER LLP |
| Four Times Square | 901 Fifteenth Street, NW |
| New York, New York 10036 | Washington, DC 20005 (202) 682-3500 |
| (212) 735-3000 | |

*Attorneys for Defendant Norfolk Southern Railway Company*

| | |
|---|---|
| Tyrone R. Childress | Alan M. Wiseman |
| David G. Meyer | Thomas A. Isaacson |
| HOWREY LLP | Peter A. Barile III |
| 550 South Hope Street, Suite 110 | HOWREY LLP |
| Los Angeles, CA 90071 | 1299 Pennsylvania Avenue, N.W. |
| (213) 892-1800 | Washington, DC 20004 |
| | (202) 783-0800 |

*Attorneys for Defendant Union Pacific Railroad Company*

| | |
|---|---|
| Richard J. Favretto | Samuel M. Sipe, Jr. |
| Gary A. Winters | Linda S. Stein |
| Michael E. Lackey, Jr. | STEPTOE & JOHNSON LLP |
| MAYER BROWN LLP | 1330 Connecticut Avenue, NW |
| 1909 K Street, NW | Washington, DC 20036 |
| Washington, DC 20006 | (202) 429-3000 |
| (202) 263-3000 | |

*Attorneys for Defendant BNSF Railway Company*

## **CERTIFICATE OF SERVICE**

    I, David D. Cross, certify that on September 14, 2010, I caused a true and correct copy of the foregoing Notice of Filing Under Seal to be Filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                                     /s/ David D. Cross
                                                     David D. Cross