**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 <br><br> No. 07-mc-489 (PLF) |

**JOINT APPLICATION UPON CONSENT FOR MISCELLANEOUS RELIEF**

The parties have received and reviewed the Court's Order dated September 17, 2010, which directs the parties to file supplemental memoranda on or before September 24, 2010. Given the Jewish holidays during the coming week, including Succot on September 23 and 24, 2010, Plaintiffs propose with Defendants' consent that the deadline for filing the supplemental memoranda be extended one business day until September 27, 2010.

The parties also respectfully request that the Court, at the earliest time it considers convenient and appropriate, convene a telephonic or in-person conference to address the format for the class certification hearing. The parties may submit their respective proposals for the structure of the hearing prior to such a conference.

Dated: September 17, 2010

                      Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ Stephen R. Neuwirth |
| Michael D. Hausfeld (D.C. Bar #153742) | Stephen R. Neuwirth |
| William P. Butterfield (D.C. Bar #420354) | Richard I. Werder, Jr. |
| HAUSFELD LLP | Daniel Brockett |
| 1700 K Street NW, Suite 650 | Marc L. Greenwald |
| Washington, DC 20006 | Sami H. Rashid |
| Telephone: (202) 540-7200 | QUINN EMANUEL URQUHART |
| Facsimile: (202) 540-7201 |   & SULLIVAN, LLP |
| Email: mhausfeld@hausfeldllp.com | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | Email: stephenneuwirth@quinnemanuel.com |

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

| | |
|---|---|
| /s/ John M. Nannes | /s/ Alan M. Wiseman |
| John M. Nannes (D.C. Bar #195966) | Alan M. Wiseman |
| Tara L. Reinhart (D.C. Bar #462106) | HOWREY LLP |
| Sean M. Tepe | 1299 Pennsylvania Avenue, N.W. |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | Washington, D.C. 20004 |
| 1440 New York Avenue, N.W. | Tyrone R. Childress |
| Washington, D.C. 20005 | David G. Meyer |
| | HOWREY LLP |
| *Attorneys for Defendant Norfolk Southern Railway Company* | 550 South Hope Street, Suite 110 |
| | Los Angeles, CA 90071 |
| | |
| | *Attorneys for Defendant Union Pacific Railroad Company* |

3

| | |
|---|---|
| /s/_Kent A. Gardiner | /s/_Richard J. Favretto |
| Kent A. Gardiner | Richard J. Favretto |
| Kathryn D. Kirmayer | Gary A. Winters |
| David Cross | Michael E. Lackey, Jr. |
| John L. Cuddihy | MAYER BROWN LLP |
| CROWELL & MORING LLP | 1909 K Street, N.W. |
| 1001 Pennsylvania Avenue, N.W. | Washington, D.C.  20006 |
| Washington, D.C.  20004 | |
| | *Attorneys for Defendant BNSF Railway Company* |
| *Attorneys for Defendant CSX Transportation, Inc.* | |

**CERTIFICATE OF SERVICE**

    I, Sami H. Rashid, an attorney, certify that on September 17, 2010, I caused a true and correct copy of the foregoing joint application to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                          _/s/ Sami H. Rashid_____
                                            Sami H. Rashid