IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |

## NOTICE OF ADDRESS CHANGE

To the Clerk of the Court and all parties of record:

Please take notice the new address and contact information for the undersigned attorney, appearing as counsel for Defendant Norfolk Southern Railway Company, in the above-captioned matter.

Date:   September 21, 2010

                                        Respectfully submitted,

                                           /s/ Sean M. Tepe
                                        Sean M. Tepe
                                        (Admitted in NY only)
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP
                                        1440 New York Avenue, N.W.
                                        Washington, DC 20005
                                        Tel:    202-371-7106
                                        Fax:   202-661-9106
                                        sean.tepe@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2010, the foregoing Notice of Address Change was electronically served on the attorneys of record in this matter via the District Court's Case Management/Electronic Case Filing system.

                                                /s/ Sean M. Tepe
                                                Sean M. Tepe