UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) This document relates to: ) ) ALL CASES ) ) | MDL Docket No. 1869 Misc. No. 07-489 (PLF) |

ORDER

        On September 22, 2010, the parties filed a joint submission regarding the format and pre-hearing disclosures for the class certification hearing on October 6 and 7, 2010.  Among other topics addressed, the parties indicated their disagreement regarding whether the Court should allow live testimony at this hearing: plaintiffs asserted that live testimony is "not required in light of the comprehensive evidentiary record developed to date (including documents, fact witness depositions, transactional data, expert reports and expert designations)"; defendants, by contrast, asserted that live testimony is "essential to the proper airing of all issues raised by [p]laintiffs' motion, and to provide to [d]efendants a full and fair opportunity to defend against the motion."  (See Parties' Joint Submission at 1, Sept. 22, 2010.)

        Later that day, during a conference call with counsel for both sides to address this joint submission, there was further discussion regarding whether live testimony should be permitted at the class certification hearing.  Defendants indicated their desire to call their expert, Dr. Robert Willig, to testify in order to comment on portions of the reply report of Dr. Gordon Rausser, plaintiffs' expert.  Plaintiffs, however, oppose any live testimony and indicated that they

did not intend to call Dr. Rausser to testify — probably even if the Court permitted Dr. Willig to provide brief testimony.  Plaintiffs also noted that Dr. Rausser's reply report was specifically tailored to reply to Dr. Willig's report and that a reply to a reply through live testimony was inappropriate.  Finally, plaintiffs advised the Court that Dr. Rausser will be deposed on Friday, September 24, 2010; both sides therefore will be able to examine him about his reply report.

      The Court is disinclined to permit live testimony at the class certification hearing on October 6 and 7, 2010, and it thought it would be helpful for counsel to be aware of that tentative view before Dr. Rausser's deposition.[1]

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 23, 2010

---

[1] The Court was not persuaded by anything said in the joint submission or during the conference call that, if live testimony were permitted, anyone other than Dr. Rausser and Dr. Willig should be permitted to testify.