# THE EXPERT REPLY REPORT OF GORDON RAUSSER, PH.D., HAS BEEN REDACTED IN FULL