IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No.1869<br>Misc. No. 07-489 (PLF/JMF/AK) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF APPEARANCE

Come now Daniel M. Cohen of the law firm of Cuneo Gilbert & LaDuca, LLP and enters his appearance on behalf of all Plaintiffs in this matter.

Respectfully submitted,

Dated: October 13, 2010

**CUNEO GILBERT & LADUCA, LLP**

/s/ Daniel M. Cohen
Daniel M. Cohen
106-A S. Columbus Street
Alexandria, VA 22314
Phone: (202) 789-3960
Facsimile: (202)-789-1813
E-mail: danielc@cuneolaw.com

## CERTIFICATE OF SERVICE

I, Daniel M. Cohen certify that on October 13, 2010, I electronically filed the foregoing notice of appearance with the Clerk of the U.S. District Court for the District of Columbia using the CM/ECF system which will in turn send a notice of this electronic filing to all counsel.

/s/ Daniel M Cohen
Daniel M Cohen