## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>ALL DIRECT PURCHASER CASES | |

### NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that on October 21, 2010, Defendants BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company (collectively, "Defendants") are filing (1) Defendants' Objections Under 49 U.S.C. Section 10706(a)(3)(B)(ii) To Plaintiffs' Exhibits In Support Of Plaintiffs' Motion For Class Certification (with exhibits) and (2) Declaration of David G. Meyer In Support of Defendants' Objections Under 49 U.S.C. Section 10706(a)(3)(B)(ii) To Plaintiffs' Exhibits In Support Of Plaintiffs' Motion For Class Certification **under seal** with the Clerk pursuant to the Order dated April 20, 2009 (Docket No. 275).

Dated:  October 21, 2010

Respectfully submitted,

/s/ Alan M. Wiseman

| | |
|---|---|
| Tyrone R. Childress | Alan M. Wiseman (D.C. Bar # 187971 |
| David G. Meyer | Thomas A. Isaacson |
| HOWREY LLP | Peter A. Barile III |
| 550 South Hope Street, Suite 1100 | HOWREY LLP |
| Los Angeles, CA  90071 | 1299 Pennsylvania Avenue, N.W. |
| (213) 892-1800 | Washington, D.C.  20004 |
| | (202) 783-0800 |

*Attorneys for Defendant Union Pacific Railroad Company*

| | |
|---|---|
| John M. Nannes | Saul P. Morgenstern |
| Tara L. Reinhart | Jennifer B. Patterson |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Margaret A. Prystowsky |
| | KAYE SCHOLER LLP |
| 1440 New York Avenue, N.W. | 425 Park Avenue |
| Washington, D.C. 10005 | New York, NY 10022 |
| (202) 371-7000 | (212) 836-8000 |
| | |
| Sean M. Tepe | Claudia R. Higgins |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM | Jeffrey Saltman |
| | KAYE SCHOLER LLP |
| Four Times Square | 901 Fifteenth Street, NW |
| New York, New York 10036 | Washington, DC 20005 |
| (212) 735-3000 | (202) 682-3500 |

*Attorneys for Defendant Norfolk Southern Railway Company*

| | |
|---|---|
| Richard J. Favretto | Samuel M. Sipe, Jr. |
| Gary A. Winters | Linda S. Stein |
| Michael E. Lackey, Jr. | STEPTOE & JOHNSON LLP |
| MAYER BROWN LLP | 1330 Connecticut Avenue, NW |
| 1999 K Street, N.W. | Washington, D.C. 20036 |
| Washington, D.C. 20006 | (202) 429-3000 |
| (202) 263-3000 | |

*Attorneys for Defendant BNSF Railway Company*

Kent A. Gardiner
Kathryn D. Kirmayer
John L. Cuddihy
David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
*Attorneys for Defendant CSX Transportation, Inc*

**CERTIFICATE OF SERVICE**

      I, David G. Meyer, an attorney certify that on October 21, 2010, I caused a true and correct copy of the foregoing **Notice of Filing Under Seal** to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                                     /s/ David G. Meyer
                                                       David G. Meyer