**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>DIRECT PURCHASER CASES | |

**PLAINTIFFS' AND DEFENDANTS' JOINT**
**SUBMISSION REGARDING CLASS DEFINITION**

Plaintiffs and Defendants respectfully submit this joint response to the Court's question, posed at the close of the October 6-7, 2010 Hearing on Plaintiffs' Motion for Class Certification ("Plaintiffs' Motion"), regarding whether the parties deemed it necessary for Plaintiffs to move to amend the Second Amended Complaint in these cases to conform the class definition set forth therein to the class definition set forth in Plaintiffs' Motion. The parties have conferred with respect to the question and report to the Court as follows:

1. The parties agree that a formal amendment to the Second Amended Complaint is not necessary and that the Court may decide plaintiffs' motion for class certification based on the proposed class definition in the motion, and on the record before it.

2. Defendants reserve all objections to the propriety, certifiability and validity of the class as defined (either in the Second Amended Complaint or in Plaintiffs' Motion), as well as the validity of all allegations of conspiracy, injury and damages as to the purported class and any of its members.

Dated: November 1, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ Stephen R. Neuwirth |
| Michael D. Hausfeld (D.C. Bar #153742) | Stephen R. Neuwirth |
| William P. Butterfield (D.C. Bar #420354) | Richard I. Werder, Jr. |
| HAUSFELD LLP | Daniel Brockett |
| 1700 K Street NW, Suite 650 | Marc L. Greenwald |
| Washington, DC 20006 | Sami H. Rashid |
| Telephone: (202) 540-7200 | QUINN EMANUEL URQUHART |
| Facsimile: (202) 540-7201 |   & SULLIVAN, LLP |
| Email: mhausfeld@hausfeldllp.com | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| Steig D. Olson | Telephone: (212) 849-7000 |
| HAUSFELD LLP | Facsimile: (212) 849-7100 |
| 11 Broadway Suite 615 New York, NY 10004 | Email: stephenneuwirth@quinnemanuel.com |

*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*

| | |
|---|---|
| /s/ Saul P. Morgenstern | /s/ Alan M. Wiseman |
| Saul P. Morgenstern | Alan M. Wiseman |
| Jennifer B. Patterson | HOWREY LLP |
| KAYE SCHOLER LLP | 1299 Pennsylvania Avenue, N.W. |
| 425 Park Avenue | Washington, D.C. 20004 |
| New York, NY 10022 | |
| | Tyrone R. Childress |
| John M. Nannes (D.C. Bar #195966) | David G. Meyer |
| Tara L. Reinhart (D.C. Bar #462106) | HOWREY LLP |
| Sean M. Tepe | 550 South Hope Street, Suite 110 |
| SKADDEN ARPS SLATE | Los Angeles, CA 90071 |
|   MEAGHER & FLOM LLP | |
| 1440 New York Avenue, N.W. | *Attorneys for Defendant Union Pacific* |
| Washington, D.C. 20005 | *Railroad Company* |

*Attorneys for Defendant Norfolk Southern Railway Company*

- 3 -

| | |
|---|---|
| /s/ Kent A. Gardiner | /s/ Richard J. Favretto |
| Kent A. Gardiner | Richard J. Favretto |
| Kathryn D. Kirmayer | Gary A. Winters |
| John L. Cuddihy | Michael E. Lackey, Jr. |
| David Cross | MAYER BROWN LLP |
| CROWELL & MORING LLP | 1999 K Street, N.W. |
| 1001 Pennsylvania Avenue, N.W. | Washington, D.C. 20006 |
| Washington, D.C. 20004 | |
| | *Attorneys for Defendant BNSF Railway Company* |
| *Attorneys for Defendant CSX Transportation, Inc.* | |

- 4 -

## CERTIFICATE OF SERVICE

     I, Margaret A. Prystowsky, an attorney, certify that on November 1, 2010, I caused a true and correct copy of the foregoing joint submission to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

Dated: New York, New York
       November 1, 2010                          /s/ Margaret A. Prystowsky
                                                                     Margaret A. Prystowsky