# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to: ALL CASES | **PUBLICLY FILED VERSION** |

## DECLARATION OF MARGARET A. PRYSTOWSKY IN SUPPORT OF DEFENDANTS' PROFFER AT HEARING ON CLASS CERTIFICATION

I, Margaret A. Prystowsky, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an associate in the law firm of Kaye Scholer LLP, attorneys of record for Norfolk Southern Railway Company ("NS"). I submit this declaration in support of Defendants' Proffer at Hearing on Class Certification on October 7, 2010.

2. Attached hereto as Exhibit 1 is a true and correct copy of the deposition of Tim McNulty, which took place on August 10, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of the deposition of Thomas Gehl, which took place on August 10, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of the deposition of Julie Krehbiel, which took place on August 10, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of the deposition of Michael Gilley, which took place on October 1, 2010.

6.   Attached hereto as Exhibit 5 is a true and correct copy of the deposition of Gordon Rausser, which took place on September 24, 2010.

7.   Attached hereto as Exhibit 6 is a true and correct copy of the deposition of Gordon Rausser, which took place on June 3, 2010.

8.   Attached hereto as Exhibit 7 is a true and correct copy of a document bearing the bates number UPFSC 0434797.

9.   Attached hereto as Exhibit 8 is a true and correct copy of a document bearing the bates number UPFSC 0019522.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 21, 2010 in New York, N.Y.

_____
Margaret A. Prystowsky