# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>ALL DIRECT PURCHASER CASES | |

## NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that on November 8, 2010, Defendant CSX Transportation ("CSXT") is filing Defendant CSX Transportation's Motion for Protective Order and Memorandum in Support Thereof, Declaration of David. D. Cross in Support of Motion, and corresponding exhibits under seal with the Clerk pursuant to the Order dated April 20, 2009 (Docket No. 275).

Dated: Washington, D.C.
       November 8, 2010

Dated: November 8, 2010                               Respectfully submitted,


                  ___/s/ David D. Cross_____
                  Kent A. Gardiner
                  Kathryn D. Kirmayer
                  John L. Cuddihy
                  David D. Cross
                  CROWELL & MORING LLP
                  1001 Pennsylvania Avenue, NW
                  Washington, D.C. 20004
                  (202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

    I, David D. Cross, certify that on November 8, 2010, I caused a true and correct copy of the foregoing Notice of Filing Under Seal to be Filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                                 /s/  David D. Cross  
                                                 David D. Cross