**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) (JMF) (AK) |
| This document relates to:<br><br>DIRECT PURCHASER CASES | |

**NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that on November 10, 2010, Defendant Norfolk Southern Railway Company is filing under seal with the Clerk pursuant to the Order dated April 20, 2009 (Docket No. 275): (1) Motion of Norfolk Southern Railway Company for Protective Order and Memorandum in Support Thereof; (2) Declaration of Sean M. Tepe in Support of Motion of Norfolk Southern Railway Company for Protective Order and Memorandum in Support Thereof (with exhibits); and (3) Proposed Order.

Dated:  November 10, 2010

Respectfully submitted,

/s/ Sean M. Tepe
John M. Nannes
Tara L. Reinhart
Sean M. Tepe (admitted in New York only)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005
(202) 371-7000

## CERTIFICATE OF SERVICE

I, Sean M. Tepe, an attorney certify that on November 10, 2010, I caused a true and correct copy of the foregoing **Notice of Filing Under Seal** to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

/s/ Sean M. Tepe
Sean M. Tepe