## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to: ALL DIRECT PURCHASER CASES | |

**STIPULATION AND [PROPOSED] ORDER RE DEPOSITION SCHEDULING**

Plaintiffs and Defendants CSXT Transportation, Inc. ("CSXT"), BNSF Railway Company ("BNSF"), Norfolk Southern Railway Company ("NS"), and Union Pacific Railroad Company ("UP"), stipulate as follows:

WHEREAS, the date for the cut-off of fact discovery is November 19, 2010; and,

WHEREAS, on October 15, 2010, Plaintiffs noticed the depositions of five current and former senior executives, including Chief Executive Officers, as follows:

a)      David R. Goode (former CEO, NS);

b)      Charles M. Moorman (Chairman, President and CEO, NS);

c)      John J. Koraleski (Executive Vice President, Marketing and Sales, UP);

d)      Richard K. Davidson (former CEO, UP);

e)      Michael J. Ward (Chairman and CEO, CSXT); and,

WHEREAS, on October 19, 2010, Plaintiffs noticed the corporate depositions under Fed. R. Civ. P. 30(b)(6) of each of the Defendants; and,

WHEREAS, some or all Defendants are moving for a protective order to limit or quash the corporate depositions noticed of each of the Defendants under Fed. R. Civ. P. 30(b)(6); and

WHEREAS, on October 20, 2010, Defendants noticed the corporate depositions under Fed. R. Civ. P. 30(b)(6) of Plaintiffs Nyrstar Taylor Chemicals, Inc., Olin Corporation and U.S. Magnesium, Inc. and the deposition of Windy Hames (Olin Corp.); and,

WHEREAS, on November 8, 2010, Plaintiffs noticed a continued corporate deposition under Fed. R. Civ. P. 30(b)(6) on NS, which notice is the object of ongoing meet and confers and which may be adjourned by either agreement of the parties or Court order; and

WHEREAS, given the schedules of the deponents as well as counsel, it is not feasible to schedule these depositions to be completed prior to the discovery cut-off date; and,

WHEREAS, each side reserves all rights and objections with respect to these depositions, except that all parties are agreeable to scheduling these, and only these, depositions past the discovery cut-off date, if those depositions are to occur;

THEREFORE, the parties STIPULATE that the above-referenced depositions that Plaintiffs and Defendants have previously noticed, unless otherwise modified or adjourned by agreement of the parties or Court order, may be scheduled past the discovery cut-off date of November 19, 2010.

Dated:  November 12, 2010

/s/ Michael D. Hausfeld
Michael D. Hausfeld, D.C. Bar #153742
Michael P. Lehmann
William P. Butterfield, D.C. Bar #420354
Sathya S. Gosselin
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeldllp.com

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
Richard I. Werder, Jr.
Daniel L. Brockett
Marc L. Greenwald
Sami H. Rashid
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

Steig D. Olson
HAUSFELD LLP
11 Broadway, Suite 615
New York, NY 10004
Telephone: (212) 830-9850
Facsimile: (212) 480-8560
Email: solson@hausfeldllp.com
                    *Interim Co-Lead Counsel for Direct Purchaser Plaintiffs*


/s/ David G. Meyer
Tyrone R. Childress                    Alan M. Wiseman
David G. Meyer                         Thomas A. Isaacson
HOWREY LLP                             Peter A. Barile III
550 South Hope Street, Suite 1100      HOWREY LLP
Los Angeles, CA  90071                 1299 Pennsylvania Avenue, N.W.
(213) 892-1800                         Washington, D.C.  20004
                                       (202) 783-0800
            *Attorneys for Defendant Union Pacific Railroad Company*

/s/ Tara L. Reinhart
John M. Nannes                         Saul P. Morgenstern
Tara L. Reinhart                       Jennifer B. Patterson
SKADDEN, ARPS, SLATE, MEAGHER &        Margaret A. Prystowsky
FLOM LLP                               KAYE SCHOLER LLP
1440 New York Avenue, N.W.             425 Park Avenue
Washington, D.C. 10005                 New York, NY 10022
(202) 371-7000                         (212) 836-8000

Sean M. Tepe                           Claudia R. Higgins
SKADDEN, ARPS, SLATE, MEAGHER &        Jeffrey Saltman
FLOM                                   KAYE SCHOLER LLP
Four Times Square                      901 Fifteenth Street, NW
New York, New York 10036               Washington, DC 20005
(212) 735-3000                         (202) 682-3500
            *Attorneys for Defendant Norfolk Southern Railway Company*

/s/ Gary A. Winters
Richard J. Favretto                    Samuel M. Sipe, Jr.
Gary A. Winters                        Linda S. Stein
Michael E. Lackey, Jr.                 STEPTOE & JOHNSON LLP
MAYER BROWN LLP                        1330 Connecticut Avenue, NW
1999 K Street, N.W.                    Washington, D.C. 20036
Washington, D.C. 20006                 (202) 429-3000
(202) 263-3000
            *Attorneys for Defendant BNSF Railway Company*

/s/ David D. Cross
Kent A. Gardiner
Kathryn D. Kirmayer
John L. Cuddihy
David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

## ORDER

IT IS SO ORDERED.

_____
Paul L. Friedman
United States District Judge

Dated:  November __, 2010

**CERTIFICATE OF SERVICE**

I, David G. Meyer, an attorney certify that on November 12, 2010, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE DEPOSITION SCHEDULING** to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                                         /s/ David G. Meyer
                                                         David G. Meyer