UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____<br>)<br>In re RAIL FREIGHT FUEL SURCHARGE  )<br>ANTITRUST LITIGATION  )<br>_____)<br>)<br>This document relates to:  )<br>)<br>ALL DIRECT PURCHASER CASES  )<br>_____) | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

### ORDER

       This matter is before the Court on the direct purchaser plaintiffs' motion (1) for leave to reply to defendants' objections under 49 U.S.C. § 10706(a)(3)(B)(ii) to plaintiffs' exhibits in support of plaintiffs' motion for class certification or (2) to limit defendants' submission.  Defendants filed a response, stating that they do not oppose plaintiffs' motion for leave to reply and thus submitting that plaintiffs' alternative request to limit defendants' submission "is moot and should be denied." (See Statement of Non-Opposition at 1 & n.1, Nov. 15, 2010.)

       Accordingly, it is hereby

       ORDERED that plaintiffs' motion [457] is GRANTED in part and DENIED in part; it is

       FURTHER ORDERED that plaintiffs are granted leave to file their reply brief and chart attached as Exhibit A to plaintiffs' motion; and it is

FURTHER ORDERED that plaintiffs' alternative request is denied as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 18, 2010