# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | MDL No. 1869<br><br>Misc. No. 07-489 (PLF/AK/JMF) |

## NOTICE OF FILING UNDER SEAL

PLEASE TAKE NOTICE that on November 22, 2010, Direct Purchaser Plaintiffs are filing under seal (a) Plaintiffs' Consolidated Opposition to the Motions for Protective Order of: (1) BNSF Railway Company, (2) CSX Transportation, Inc., (3) Norfolk Southern Railway Company, and (4) Union Pacific Railroad Company; (b) the Declaration of Sathya S. Gosselin; and (c) all related exhibits. This filing will comply with the order dated April 20, 2009 (Docket No. 275).

Dated: November 22, 2010

Respectfully submitted:

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld, D.C. Bar #153742
William P. Butterfield, D.C. Bar #420354
Sathya S. Gosselin
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeldllp.com

Steig D. Olson
HAUSFELD LLP
11 Broadway, Suite 615
New York, NY 10004
Telephone: (212) 830-6850
Facsimile: (212) 480-8560
Email: solson@hausfeldllp.com

*/s/ Stephen R. Neuwirth*
Stephen R. Neuwirth
Richard I. Werder, Jr.
Daniel Brockett
Marc L. Greenwald
Sami H. Rashid
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

***Interim Co-Lead Counsel for Direct Purchaser Plaintiffs***

## CERTIFICATE OF SERVICE

I, Sathya S. Gosselin, an attorney, certify that on November 22, 2010, I caused a true and correct copy of the foregoing notice of filing under seal to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

*/s/ Sathya S. Gosselin*
