| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>DIRECT PURCHASER CASES | MDL Docket No. 1869<br><br>Misc. No. 07-489 (PLF) (JMF) (AK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Memorandum Order of January 14, 2011 (Docket No. 487) ("Order"), the parties submit this Joint Status Report:

1. Each of the Defendants agreed to the Court's proposed Rule 30(6)(b) deposition topics. But Plaintiffs could not agree to the limitations contained in the topics proposed by the Court, and instead made a counterproposal to Defendants in full satisfaction of each of the deposition notices. Defendants could not agree to the scope of the topics in Plaintiffs' counterproposal. The parties do not believe that further conferences would result in an agreement.

2. Per the Court's Order, the parties hereby inform the Court that the parties have reached an impasse on all topics raised by Defendants' motions for a protective order.

3. Plaintiffs respectfully request oral argument so that the parties may address the issues raised by Defendants' motions for a protective order and so Plaintiffs may explain respectfully why they could not agree to the Court's proposal. Defendants do not believe oral argument is needed or would be helpful in resolving the dispute, as the issues have been fully briefed by both sides.

1

Dated: January 24, 2011 

Respectfully submitted,

| | |
|---|---|
| /s/<br>Michael D. Hausfeld<br>William P. Butterfield<br>HAUSFELD LLP<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 540-7200<br>Facsimile:  (202) 540-7201<br>Email:  mhausfeld@hausfeldllp.com<br><br>Steig D. Olson<br>HAUSFELD LLP<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Telephone: (212) 830-9850<br>Facsimile:  (212) 480-8560<br>Email:  solson@hausfeldllp.com<br><br>Stephen R. Neuwirth<br>Rick I. Werder, Jr.<br>Daniel Brockett<br>Marc L. Greenwald<br>Sami H. Rashid<br>QUINN EMANUEL URQUHART &<br>    SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile:  (212) 849-7100<br>Email:  stephenneuwirth@quinnemanuel.com<br><br>*Interim Co-Lead Counsel for Direct Purchaser Plaintiffs* | /s/<br>Richard J. Favretto<br>Gary A. Winters<br>Michael E. Lackey, Jr.<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 263-3000<br><br>Samuel M. Sipe, Jr.<br>Linda S. Stein<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br><br>*Attorneys for Defendant BNSF Railway Company*<br><br>John M. Nannes<br>Tara Reinhart<br>Sean M. Tepe<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br><br>*Attorneys for Defendant Norfolk Southern Railway Co.*<br><br>Kent A. Gardiner<br>Kathryn D. Kirmayer<br>David D. Cross<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2500<br><br>*Attorneys for Defendant CSX Transportation, Inc.*<br><br>Alan M. Wiseman<br>Thomas A. Isaacson<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 |

**Error! Unknown document property name.**

3

(202) 783-0800

Tyrone R. Childress
David G. Meyer
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1800

*Attorneys for Defendant Union Pacific Railroad Co.*