IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br><br>Misc. No. 07-489 (PLF) |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL OF RECORD**

Defendant Union Pacific Railroad Company hereby provides notice of the change of address for Thomas A. Isaacson, one of the attorneys of record for Union Pacific Railroad Company in the above-captioned matter:

Thomas A. Isaacson
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
Phone: (202)662-5082
Fax:  (202)778-5082
tisaacson@cov.com

Union Pacific Railroad Company respectfully requests the Court and counsel for the parties to update their records accordingly.

Dated: March 30, 2011                                        Respectfully submitted,

                                                                              s/ Thomas A. Isaacson
Thomas A. Isaacson
Covington & Burling LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
Phone: (202)662-5082
Fax:  (202)778-5082
tisaacson@cov.com

*Attorneys for Defendant Union Pacific Railroad Company*