**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | **MDL No. 1869**<br><br>**Misc. No. 07-489 PLF-JMF-AK** |
| **This document relates to:**<br><br>**ALL ACTIONS** | **NOTICE OF WITHDRAWAL OF PETER A. BARILE III AS COUNSEL FOR UNION PACIFIC RAILROAD COMPANY** |

PLEASE TAKE NOTICE that I, Peter A. Barile III, hereby withdraw as counsel for Defendant Union Pacific Railroad Company.  I hereby request that I be removed from the case docket and the Notice of Electronic Filing System, as indicated on the docket.  All pleadings, orders and other papers should continue to be served on Union Pacific through other counsel for it having appeared in this case.

DATED:  April 4, 2011.

Respectfully Submitted,

 /s/ Peter A. Barile III
Peter A. Barile III (DC Bar No. 980030)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 4, 2011, I caused a true and correct copy of the

foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send a notice

of electronic filing to co-lead counsel for all Plaintiffs.


_/s/ Peter A. Barile III_