**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>ALL DIRECT PURCHASER CASES | |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

**PLEASE TAKE NOTICE THAT** Steig D. Olson, counsel of record for the Direct Purchaser Plaintiffs, is now affiliated with Quinn Emanuel Urquhart & Sullivan, LLP at the following address:

> QUINN EMANUEL URQUHART
> & SULLIVAN, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York 10010
> Telephone: (212) 849-7000
> Facsimile: (212) 849-7100
> Email: steigolson@quinnemanuel.com

Direct Purchaser Plaintiffs respectfully request that the Court and counsel for the parties update their records accordingly.

Dated: April 5, 2011

        Respectfully submitted:

        /s/ Steig D. Olson_____
        QUINN EMANUEL URQUHART
          & SULLIVAN, LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: (212) 849-7000
        Facsimile:  (212) 849-7100
        Email:  steigolson@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

      I, Steig D. Olson, an attorney, certify that on April 5, 2011, I caused a true and correct copy of the foregoing Notice of Change of Firm Affiliation to be served on counsel for Defendants.

                                                /s/Steig D. Olson
                                                    Steig D. Olson