**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL Docket No. 1869<br><br>Misc. No. 07-489 (PLF/AK/JMF) |

## NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

PLEASE TAKE NOTICE THAT David G. Meyer, one of the attorneys of record for Union Pacific Railroad Company in the above-captioned matter, is now affiliated with Jones Day at the following address:

Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539
dmeyer@jonesday.com

Union Pacific Railroad Company respectfully requests that the Court and counsel for the parties update their records accordingly.

LAI-3127614v1

PLEASE TAKE FURTHER NOTICE THAT Howrey LLP no longer has any counsel of record affiliated with it and may be removed from the service list.

Dated: April 6, 2011               Respectfully submitted,

      /s/David G. Meyer
David G. Meyer
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539
dmeyer@jonesday.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

## **CERTIFICATE OF SERVICE**

    I, David G. Meyer, an attorney, certify that on April 6, 2011, I caused a true and correct copy of the foregoing Notice of Change of Address and Firm Affiliation to be filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                                                        /s/ David G. Meyer
                                                                           David G. Meyer

LAI-3127614v1