**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE, ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL DIRECT PURCHASER CASES ) ) The Dow Chemical Company ) 2030 Dow Center ) Midland, MI  48674 ) ) | MDL Docket No. 1869 Misc. No. 07-489 (PLF) |

**THE DOW CHEMICAL COMPANY'S MOTION FOR ACCESS TO THE RECORD**

The Dow Chemical Company ("Dow") and its subsidiaries and affiliates, by and through their undersigned attorneys, respectfully move this Court for access to the entire unredacted record in the above-captioned matter. In support of its motion, Dow and its subsidiaries and affiliates state as follows:

1. Dow and its subsidiaries and affiliates are members of the class that was certified in this matter on June 21, 2012. (Dkt. 540.) In the near future, class members, including Dow and its subsidiaries and affiliates, will have to determine whether to remain a member of the class, or to opt out. Dow and its subsidiaries and affiliates engage in a substantial amount of rail freight transportation, and they have made considerable fuel surcharge payments to the Defendants. Thus Dow and its subsidiaries and affiliates have a major stake in the outcome of this litigation.

2. For the reasons articulated in Section I of the Motion for Access to Materials Filed Under Seal, filed in this action by counsel for the Southern Company (Dkt. 553), class

members have a right to access the full record in this case. This Court's June 21, 2012 order recognizes that "the courts are not intended to be, nor should they be secretive places for the resolution of disputes." (Dkt. 540 at 3) (internal citations omitted.) As the motion filed by counsel for the Southern Company explains, a large number of materials have been designated as confidential pursuant to the Court's protective order. (Dkt. 553, at 2.) Without access to the unredacted versions of these materials, it is not possible for counsel to advise Dow and its subsidiaries and affiliates fully regarding whether they should remain members of the class or opt out and pursue their claims separately.

## Conclusion

For the reasons set forth above, Dow and its subsidiaries and affiliates respectfully request that the Court grant them access to the complete unredacted record in this matter. Dow and its subsidiaries and affiliates additionally request that the Court allow their counsel to appear at the hearing scheduled for August 9, 2012 for the limited purpose of addressing this motion. A proposed order granting counsel for Dow and its subsidiaries and affiliates access to the record is attached hereto as Exhibit A.

Dated: August 6, 2012     By: /s/ Stephen H. Weil
    Nathan P. Eimer
    Scott C. Solberg
    Stephen H. Weil
    Eimer Stahl LLP
    224 S. Michigan Avenue, Suite 1100
    Chicago, IL 60604
    Tel: (312) 660-7600
    Fax: (312) 692-1718
    neimer@eimerstahl.com
    ssolberg@eimerstahl.com
    sweil@eimerstahl.com

*Attorneys for The Dow Chemical Company*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2012, a true and correct copy of the foregoing **The Dow Chemical Company's Motion for Access to the Record** was filed electronically. Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                /s/ Stephen H. Weil