IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL Docket No. 1869<br><br>Misc. No. 07-489 (PLF) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Veronica S. Lewis hereby enters her appearance as counsel for BNSF Railway Company in this matter.

Respectfully submitted,

Dated: August 30, 2012

/s/ Veronica S. Lewis
Veronica S. Lewis
vlewis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201-6912
Telephone: 214.698.3320
Facsimile:214.571.2900

Attorney for BNSF Railway Company

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 30, 2012, I filed the foregoing Notice of Appearance using the Court's CM/ECF system, which will send a notice of the filing to counsel for all parties.

        /s/ Veronica S. Lewis