**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) (JMF) (AK) |
| This document relates to:<br><br>DIRECT PURCHASER CASES | **PUBLIC VERSION** |

**DECLARATION OF SEAN M. TEPE**

I, Sean M. Tepe, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an associate in the law firm of Skadden, Arps, Slate, Meagher & Flom, LLP, counsel for Defendant, Norfolk Southern Railway Company ("NS"), in the above-captioned matter. I submit this Declaration in support of the Motion of Norfolk Southern Railway Company for Protective Order and Memorandum in Support Thereof, dated November 10, 2010.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Transcript of Class Certification Hearing, which took place on October 6-7, 2010.

3. Attached hereto as Exhibit 2 are true and correct copies of Direct Purchaser Plaintiffs' First Set of Requests for Admission to Defendant Norfolk Southern Railway Company and Direct Purchaser Plaintiffs' Second Set of Interrogatories to Defendant Norfolk Southern Railway Company, each dated October 20, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Notice of Deposition Under Rule 30(b)(6) to Defendant Norfolk Southern Railway Company, dated October 19, 2010.

5. Attached hereto as Exhibit 4 are true and correct copies of electronic mail correspondence between Plaintiffs' counsel and NS's counsel, each individual correspondence taking place during July 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Donald Seale, which took place on February 26, 2010; and a true and correct copy of excerpts from the deposition of Patrick Glennon, which took place on July 20, 2010.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition of Donald Seale, which took place on February 26, 2010.

8. Attached hereto as Exhibit 7 are true and correct copies of Notice of Deposition of David R. Goode and Notice of Deposition of Charles W. Moorman, both dated October 15, 2010.

9. Attached hereto as Exhibit 8 is a true and correct copy of correspondence from Plaintiffs' counsel to NS's counsel, dated October 29, 2010.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Donald Seale, which took place on February 26, 2010.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of David T. Lawson, dated June 25, 2010.

12. Attached hereto as Exhibit 11 are true and correct copies of an electronic mail message from Richard Kiley, dated June 27, 2005; an electronic mail message from Brad

Yeatts, dated July 18, 2005; and an electronic mail message from Chris Luebbers, dated June 30, 2006.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the deposition of Donald Seale, which took place on February 26, 2010.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition of Samuel Kyei, which took place on March 4, 2010; a true and correct copy of excerpts from the deposition of John Lanigan, which took place on June 22, 2010; a true and correct copy of excerpts from the deposition of Matthew Rose, which took place on July 16, 2010; and a true and correct copy of excerpts from the deposition of Edward Hamberger, which took place on June 7, 2010.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition of Donald Seale, which took place February 26, 2010; and a true and correct copy of excerpts from the deposition of Chris Neikirk, which took place June 15, 2010.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Jim Bolander, dated June 28, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2010, in Washington, D.C.

/s/ Sean M. Tepe
Sean M. Tepe

# Exhibits, 2, 3 5, 6 and 9-15

# are Redacted