**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/JMF/AK) |
| This document relates to:<br><br>ALL CASES | **PUBLICLY FILED VERSION** |

**SECOND DECLARATION OF JOSEPH D. HAMMOND**

I, Joseph D. Hammond, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, co-lead interim class counsel for the Direct Purchaser Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants Motion to Compel Certain Discovery From Plaintiffs and Rule 30(b)(6) Deposition of Plaintiff Olin and for Sanctions.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Nyrstar Taylor Chemicals Inc.'s Objections and Responses to Defendants' Joint First Set of Interrogatories Directed to Zinifex Taylor Chemicals, Inc.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff Nyrstar Taylor Chemicals Inc.'s Objections and Responses to Defendants' Joint First Request For Production of Documents Directed to Zinifex Taylor Chemicals, Inc.

4. Attached hereto as Exhibit 3 is a true and correct copy of a March 4, 2010 email sent by Plaintiffs' counsel to Defendants' counsel.

5. Attached hereto as Exhibit 4 is a true and correct copy of emails dated May 4, 2010 and May 7, 2010, exchanged by counsel for Plaintiffs and counsel for Defendants.

6. Attached hereto as Exhibit 5 is a true and correct copy of a March 9, 2010 email sent by Plaintiffs' counsel to Defendants' counsel.

7. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 1 to the deposition of Kenneth Hayden, which took place on March 10, 2010.

8. Attached hereto as Exhibit 7 is a true and correct copy of emails dated March 3-9, 2010, exchanged by counsel for Plaintiffs and counsel for Defendants.

9. Attached hereto as Exhibit 8 is a true and correct copy of emails dated August 12, 2010, exchanged by counsel for Plaintiffs and counsel for Defendants.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition of Howard Kaplan, which took place on March 10, 2010.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition of Blair Carter, which took place on May 11, 2010.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition of Efstrateos Jay Strates, which took place on April 16, 2010.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the deposition of Michael Donnelly, which took place on March 16, 2010.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition of Michael Gilley, which took place on May 5, 2010.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition of Betsy Myers and Corneice Hester, which took place on March 11, 2010.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the deposition of William Ruoff, which took place on March 25, 2010.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the deposition of Steve Bahn, which took place on July 7, 2010.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the deposition of Kenneth Hayden, which took place on March 10, 2010.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the deposition of Robert Knight, Jr., which took place on July 9, 2010.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the deposition of Christopher Jenkins, which took place on August 24, 2010.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the deposition of Tim McNulty, which took place on August 10, 2010.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the deposition of Amanda Davis, which took place on July 8, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2010 in New York, New York.

Joseph D. Hammond

**CERTIFICATE OF SERVICE**

I, Joseph D. Hammond, an attorney, certify that on September 7, 2010, I caused a true and correct copy of the foregoing declaration (and accompanying exhibits) to be served on counsel for Defendants.

Joseph D. Hammond

# EXHIBITS 1, 17-20 HAVE BEEN FILED UNDER SEAL