**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | MDL No. 1869<br><br>Misc. No. 07-489 (PLF/AK/JMF)<br><br>**PUBLICLY FILED VERSION** |

**DECLARATION OF STEIG D. OLSON IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE INTERLINE-RELATED COMMUNICATIONS FROM CONSIDERATION FOR CLASS CERTIFICATION OR ANY OTHER PURPOSE PROHIBITED BY 49 U.S.C. SECTION 10706**

I, Steig D. Olson, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and a partner in the law firm of Hausfeld LLP, interim co-lead class counsel for the Direct Purchaser Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Interline-Related Communications from Consideration for Class Certification or Any Other Purpose Prohibited by 49 U.S.C. Section 10706.

2. Attached hereto as OD Ex. 1 is a true and correct copy of excerpts from the deposition of Charles M. Adams, which took place on March 4, 2010.

3. Attached hereto as OD Ex. 2 is a true and correct copy of excerpts from the deposition of John Couch, which took place on August 3, 2010.

4. Attached hereto as OD Ex. 3 is a true and correct copy of excerpts from the deposition of Mark Draper, which took place on March 3, 2010.

1

5. Attached hereto as OD Ex. 4 is a true and correct copy of excerpts from the deposition of Charles Eisele, which took place on May 12, 2010.

6. Attached hereto as OD Ex. 5 is a true and correct copy of excerpts from the deposition of Michael Giftos, which took place on February 25, 2010.

7. Attached hereto as OD Ex. 6 is a true and correct copy of excerpts from the deposition of Clarence Gooden, which took place on July 16, 2010.

8. Attached hereto as OD Ex. 7 is a true and correct copy of excerpts from the deposition of Robert Knight, Jr., which took place on July 9, 2010.

9. Attached hereto as OD Ex. 8 is a true and correct copy of excerpts from the deposition of John Lanigan, which took place on June 22, 2010.

10. Attached hereto as OD Ex. 9 is a true and correct copy of excerpts from the deposition of Clyde V. McIntyre, Jr., which took place on February 18, 2010.

11. Attached hereto as OD Ex. 10 is a true and correct copy of excerpts from the deposition of Matthew K. Rose, which took place on July 16, 2010.

12. Attached hereto as OD Ex. 11 is a true and correct copy of excerpts from the deposition of Donald W. Seale, which took place on February 26, 2010.

13. Attached hereto as OD Ex. 12 is a true and correct copy of excerpts from the deposition of James Young, which took place on August 4, 2010.

14. Attached hereto as OD Ex. 13 is a true and correct copy of the testimony of J. Michael Hemmer, Hearing Before the Subcommittee on Courts and Competition Policy of the House Committee on the Judiciary -- House of Representatives, 111th Cong., 1st Session, Serial No. 111-63 (May 19, 2009).

15. Attached hereto as OD Ex. 14 is a true and correct copy of the testimony of Donald Flexner, Hearing Before the Subcommittee on Transportation and Commerce Committee on Interstate and Foreign Commerce on H.R. 4570 -- House of Representatives, 96th Cong. (Oct. 23, 1979).

16. Attached hereto as OD Ex. 15 is a true and correct copy of exhibit 38 from the deposition of Charles Adams, which took place on March 4, 2010.

17. Attached hereto as OD Ex. 16 is a true and correct copy of exhibit 28 from the deposition of Charles Eisele, which took place on May 12, 2010.

18. Attached hereto as OD Ex. 17 is a true and correct copy of excerpts from Merriam-Webster's Collegiate Dictionary (11th ed. 2003).

19. Attached hereto as OD Ex. 18 is a true and correct copy of *In re Nifedipine Antitrust Litig.*, No. 1:03-mc-00223-RJL, slip. op. (D.C. Cir. Feb. 23, 2009).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 22, 2010 in New York, New York.

*[signature]*
Steig D. Olson

## **CERTIFICATE OF SERVICE**

      I, Sathya S. Gosselin, certify that on September 22, 2010, I caused a true and correct copy of the foregoing declaration and accompanying exhibits to be served on counsel for Defendants.

                                                  */s/ Sathya S. Gosselin*
                                                  Sathya S. Gosselin

# EXHIBITS 1-13, 15-16 HAVE BEEN FILED UNDER SEAL