# Merriam-Webster's Collegiate® Dictionary

ELEVENTH
EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.   cm.
   Includes index.
   ISBN-13: 978-0-87779-807-1   (Laminated unindexed : alk. paper)
   ISBN-10: 0-87779-807-9   (Laminated unindexed : alk. paper)
   ISBN-13: 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
   ISBN-10: 0-87779-808-7   (Jacketed hardcover unindexed : alk. paper)
   ISBN-13: 978-0-87779-809-5   (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-10: 0-87779-809-5   (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-810-1   (Leatherlook with CD-ROM : alk. paper)
   ISBN-10: 0-87779-810-9   (Leatherlook with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-813-2   (Canadian)
   ISBN-10: 0-87779-813-3   (Canadian)
   ISBN-13: 978-0-87779-814-9   (International)
   ISBN-10: 0-87779-814-1   (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21                                                  2003003674
                                                                         CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

# Contents

Preface   6a

Explanatory Chart   8a

Explanatory Notes   10a

The English Language in the Dictionary   25a

Guide to Pronunciation   33a

Abbreviations in This Work   38a

Pronunciation Symbols   40a

**A Dictionary of the English Language**   **1**

Foreign Words and Phrases   1460

Biographical Names   1466

Geographical Names   1511

Signs and Symbols   1600

A Handbook of Style   1604

Index   1623

mestic animal often due to infection at any time before completion of pregnancy — compare CONTAGIOUS ABORTION   2 : MONSTROSITY   3 : arrest of development (as of a part or process) resulting in imperfection; *also* : a result of such arrest
**abor·tion·ist** \-sh(ə-)nist\ *n* (1871) : one who induces abortions
**abortion pill** *n* (1979) : a drug taken orally to induce abortion esp. early in pregnancy; *esp* : RU-486
**abor·tive** \ə-'bȯr-tiv\ *adj* (14c)   1 *obs* : prematurely born   2 : FRUITLESS, UNSUCCESSFUL   3 : imperfectly formed or developed   4 : tending to cut short — **abor·tive·ly** *adv* — **abor·tive·ness** *n*
**ABO system** \ˌā-(ˌ)bē-'ō-\ *n* (1944) : the basic system of antigens of human blood behaving in heredity as an allelic unit to produce any of the ABO blood groups
**abound** \ə-'baund\ *vi* [ME, fr. AF *abunder*, fr. L *abundare*, fr. *ab-* + *unda* wave — more at WATER] (14c)   1 : to be present in large numbers or in great quantity : be prevalent   2 : to be copiously supplied — used with *in* or *with* ⟨life ~*ed* in mysteries —Norman Mailer⟩ ⟨institutions ~ with evidence of his success —*Johns Hopkins Mag.*⟩
¹**about** \ə-'baut\ *adv* [ME, fr. OE *abūtan*, fr. *'a-* + *būtan* outside — more at BUT] (bef. 12c)   1 a : reasonably close to ⟨~ a year ago⟩   b : ALMOST ⟨~ starved⟩   c : on the verge of — usu. used with *be* and a following infinitive ⟨is ~ to join the army⟩; used with a negative to express intention or determination ⟨not ~ to quit⟩   2 : on all sides : AROUND   3 a : in rotation   b : around the outside   4 : HERE AND THERE   5 : in the vicinity : NEAR   6 : in the opposite direction ⟨face ~⟩ ⟨the other way ~⟩
²**about** *prep* (bef. 12c)   1 : in a circle around : on every side of : AROUND   2 a : in the immediate neighborhood of : NEAR   b : on or near the person of   c : in the makeup of ⟨a mature wisdom ~ him⟩   d : at the command of ⟨has his wits ~ him⟩   3 : engaged in ⟨act as if they know what they're ~ —T. S. Matthews⟩   4 a : with regard to : CONCERNING ⟨spoke ~ his past⟩   b : concerned with   c : fundamentally concerned with or directed toward ⟨poker is ~ money —David Mamet⟩   5 : over or in different parts of
³**about** *adj* (1815)   1 : moving from place to place; *specif* : being out of bed   2 : AROUND 2
**about-face** \ə-'baut-'fās\ *n* [fr. the imper. phrase *about face*] (1861)   1 : a 180° turn to the right from the position of attention   2 : a reversal of direction   3 : a reversal of attitude, behavior, or point of view — **about-face** *vi*
**about-turn** \-'tərn\ *n* (1893) *Brit* : ABOUT-FACE
¹**above** \ə-'bəv\ *adv* [ME, fr. OE *abufan*, fr. *a-* + *bufan* above, fr. *be-* + *ufan* above; akin to OE *ofer* over] (bef. 12c)   1 a : in the sky : OVERHEAD ⟨the clouds ~⟩   b : in or to heaven   2 a : in or to a higher place   b : higher on the same page or on a preceding page   c : UPSTAIRS   d : above zero ⟨10 degrees ~⟩   3 : in or to a higher rank or number ⟨30 and ~⟩   4 *archaic* : in addition : BESIDES   5 : UPSTAGE
²**above** *prep* (bef. 12c)   1 a : in or to a higher place than : OVER   b : upriver from   2 a : superior to (as in rank, quality, or degree)   b : out of reach of ⟨~ suspicion⟩   c : in preference to   d : too proud or honorable to stoop to ⟨not ~ taking undue credit⟩   3 : exceeding in number, quantity, or size : more than ⟨men ~ 50 years old⟩   4 : as distinct from and in addition to ⟨heard the whistle ~ the roar of the crowd⟩
³**above** *n, pl* **above** (13c)   1 a : something that is above   b : a person whose name is written above   2 a : a higher authority   b : HEAVEN *usage* Although still objected to by some, the use of *above* as a noun in sense 1a ⟨none of the *above*⟩ ⟨the *above* is Theseus's opinion —William Blake⟩ and as an adjective ⟨without the *above* reserve —O. W. Holmes †1935⟩ ⟨I was brought up on the *above* words —Viscount Montgomery⟩ has been long established as standard.
⁴**above** *adj* (1604) : written or discussed higher on the same page or on a preceding page   *usage* see ¹ABOVE
**above all** *adv* (14c) : before every other consideration : ESPECIALLY
¹**above-board** \ə-'bəv-ˌbȯrd\ *adv* [fr. the difficulty of cheating at cards when the hands are above the table] (1594) : in a straightforward manner : OPENLY
²**aboveboard** *adj* (1648) : free from all traces of deceit or duplicity
**above-ground** \ə-'bəv-ˌgraund\ *adj* (1878)   1 : located or occurring on or above the surface of the ground   2 : existing, produced, or published by or within the establishment ⟨~ movies⟩ — **aboveground** *adv*
**ab ovo** \ab-'ō-(ˌ)vō\ *adv* [L, lit., from the egg] (ca. 1586) : from the beginning
**abp** *abbr* archbishop
**abr** *abbr* abridged; abridgment
**ab·ra·ca·dab·ra** \ˌa-brə-kə-'da-brə\ *n* [LL] (1565)   1 : a magical charm or incantation   2 : unintelligible language
**abrade** \ə-'brād\ *vb* **abrad·ed**; **abrad·ing** [L *abradere* to scrape off, fr. *ab-* + *radere* to scrape — more at RODENT] *vt* (1677)   1 a : to rub or wear away esp. by friction : ERODE   b : to irritate or roughen by rubbing   2 : to wear down in spirit : IRRITATE, WEARY ~ *vi* : to undergo abrasion — **abrad·able** \-'brā-də-bəl\ *adj* — **abrad·er** *n*
**Abra·ham** \'ā-brə-ˌham\ *n* [LL, fr. Gk *Abraam*, fr. Heb *'Abhrāhām*] (14c) : an Old Testament patriarch regarded by Jews as the founder of the Hebrew people through his son Isaac and by Muslims as the founder of the Arab peoples through his son Ishmael
**abra·sion** \ə-'brā-zhən\ *n* [ML *abrasion-, abrasio*, fr. L *abradere*] (1554)   1 a : a wearing, grinding, or rubbing away by friction   b : IRRITATION   2 : an abraded area of the skin or mucous membrane
¹**abra·sive** \ə-'brā-siv, -ziv\ *n* (1853) : a substance (as emery or pumice) used for abrading, smoothing, or polishing
²**abrasive** *adj* (1875)   1 : tending to abrade   2 : causing irritation ⟨~ manners⟩ — **abra·sive·ly** *adv* — **abra·sive·ness** *n*
**ab·re·ac·tion** \ˌa-brē-'ak-shən\ *n* [part trans. of G *Abreagierung* catharsis, fr. *ab* off, away + *Reagierung* reaction] (1912) : the expression of emotional discharge of unconscious material (as a repressed idea or emotion) by verbalization esp. in the presence of a therapist — **ab·re·act** \-'akt\ *vb*
**abreast** \ə-'brest\ *adv or adj* (15c)   1 : beside one another with bodies in line ⟨columns of men five ~⟩   2 : up to a particular standard or level esp. of knowledge of recent developments ⟨keeps ~ of the news⟩
**abridge** \ə-'brij\ *vt* **abridged**; **abridg·ing** [ME *abregen*, fr. AF *abreger*, fr. LL *abbreviare*, fr. L *ad-* + *brevis* short — more at BRIEF] (14c)   1 a *archaic* : DEPRIVE   b : to reduce in scope : DIMINISH ⟨attempts to ~ the right of free speech⟩   2 : to shorten in duration or extent ⟨modern transportation that ~*s* distance⟩   3 : to shorten by omission of words without sacrifice of sense : CONDENSE   *syn* see SHORTEN — **abridg·er** *n*
**abridg·ment** *or* **abridge·ment** \ə-'brij-mənt\ *n* (15c)   1 : the action of abridging : the state of being abridged   2 : a shortened form of a work retaining the general sense and unity of the original
**abroach** \ə-'brōch\ *adv or adj* (14c)   1 *archaic* : in a condition for letting out a liquid (as wine)   2 *archaic* : in action or agitation : ASTIR ⟨mischiefs that I set ~ —Shak.⟩
**abroad** \ə-'brȯd\ *adv or adj* (13c)   1 : over a wide area : WIDELY   2 : away from one's home   3 : beyond the boundaries of one's country   4 : in wide circulation : ABOUT   5 : wide of the mark : ASTRAY
**ab·ro·gate** \'a-brə-ˌgāt\ *vt* **-gat·ed**; **-gat·ing** [L *abrogatus*, pp. of *abrogare*, fr. *ab-* + *rogare* to ask, propose a law — more at RIGHT] (1526)   1 : to abolish by authoritative action : ANNUL   2 : to treat as nonexistent ⟨*abrogating* their responsibilities⟩   *syn* see NULLIFY — **ab·ro·ga·tion** \ˌa-brə-'gā-shən\ *n*
**abrupt** \ə-'brəpt\ *adj* [L *abruptus*, fr. pp. of *abrumpere* to break off, fr. *ab-* + *rumpere* to break — more at REAVE] (1530)   1 a : characterized by or involving action or change without preparation or warning : UNEXPECTED ⟨came to an ~ stop⟩ ⟨an ~ turn⟩ ⟨an ~ decision to retire⟩   b : unceremoniously curt ⟨an ~ manner⟩   c : lacking smoothness or continuity ⟨an ~ transition⟩   2 : giving the impression of being cut or broken off; *esp* : involving a sudden steep rise or drop ⟨~ hills⟩ ⟨a high ~ bank bounded the stream⟩   *syn* see PRECIPITATE, STEEP — **abrupt·ly** \ə-'brəp(t)-lē\ *adv* — **abrupt·ness** \ə-'brəp(t)-nəs\ *n*
**abrup·tion** \ə-'brəp-shən\ *n* (1606) : a sudden breaking off or away
**abs** *abbr*   1 absolute   2 abstract
¹**ABS** \ˌā-(ˌ)bē-'es\ *n* [acrylonitrile-butadiene-styrene] (1964) : a tough rigid plastic used esp. for automobile parts and building materials
²**ABS** *abbr*   1 American Bible Society   2 antilock braking system
**ab·scess** \'ab-ˌses\ *n, pl* **ab·scess·es** \'ab-ˌse-səz, -ˌsēz; -sə-səz\ [L *abscessus*, lit., act of going away, fr. *abscedere* to go away, fr. *abs-, ab-* + *cedere* to go] (1615) : a localized collection of pus surrounded by inflamed tissue — **ab·scessed** \-ˌsest\ *adj*
**ab·scise** \ab-'sīz\ *vb* **ab·scised**; **ab·scis·ing** [L *abscisus*, pp. of *abscidere*, fr. *abs-* + *caedere* to cut] *vt* (1612) : to separate (as a flower from a stem) by abscission ~ *vi* : to separate by abscission
**ab·scis·ic acid** \ab-ˌsi-zik-, -sik-\ *n* [*abscision* (var. of *abscission*) + *-ic*] (1968) : a plant hormone $C_{15}H_{20}O_4$ that is a sesquiterpene widespread in nature and that typically promotes leaf abscission and dormancy and has an inhibitory effect on cell elongation
**ab·sci·sin** \'ab-sə-sən, ab-'si-s'n\ *n* [*abscision* + *-in*] (1961) : ABSCISIC ACID
**ab·scis·sa** \ab-'si-sə\ *n, pl* **abscissas** *also* **ab·scis·sae** \-'si-(ˌ)sē\ [NL, fr. L, fem. of *abscissus*, pp. of *abscindere* to cut off, fr. *ab-* + *scindere* to cut — more at SHED] (1694) : the horizontal coordinate of a point in a plane Cartesian coordinate system obtained by measuring parallel to the x-axis — compare ORDINATE
**ab·scis·sion** \ab-'si-zhən\ *n* [ME *abscisioun*, fr. AF *abscission*, L *abscission-, abscissio*, fr. *abscindere*] (15c)   1 : the act or process of cutting off : REMOVAL   2 : the natural separation of flowers, fruit, or leaves from plants at a special separation layer



*AP* abscissa of point *P*

**ab·scond** \ab-'skänd, əb-\ *vi* [L *abscondere* to hide away, fr. *abs-* + *condere* to store up, conceal — more at CONDIMENT] (ca. 1578) : to depart secretly and hide oneself — **ab·scond·er** *n*
**ab·seil** \'ab-ˌsāl, -ˌsī(-ə)l\ *vi* [G *abseilen*, fr. *ab* down, off + *Seil* rope] (1941) *chiefly Brit* : RAPPEL — **abseil** *n*
**ab·sence** \'ab-sən(t)s\ *n* (14c)   1 : the state of being absent   2 : the period of time that one is absent   3 : WANT, LACK ⟨an ~ of detail⟩   4 : inattention to present surroundings or occurrences ⟨~ of mind⟩
¹**ab·sent** \'ab-sənt\ *adj* [ME, fr. AF, fr. L *absent-, absens*, prp. of *abesse* to be absent, fr. *ab-* + *esse* to be — more at IS] (14c)   1 : not present or attending : MISSING   2 : not existing : LACKING ⟨danger in a situation where power is ~ —M. H. Trytten⟩   3 : lost in thought : not attentive   *syn* see ABSTRACTED — **ab·sent·ly** *adv*
²**ab·sent** \ab-'sent, 'ab-ˌ\ *vt* (15c) : to keep (oneself) away
³**ab·sent** \'ab-sənt\ *prep* (1944) : in the absence of : WITHOUT
**ab·sen·tee** \ˌab-sən-'tē\ *n* (1605) : one that is absent: as   a : a proprietor that lives away from his or her estate or business   b : one missing from work or school — **absentee** *adj*
**absentee ballot** *n* (1932) : a ballot submitted (as by mail) in advance of an election by a voter who is unable to be present at the polls
**ab·sen·tee·ism** \ˌab-sən-'tē-ˌi-zəm\ *n* (1829)   1 : prolonged absence of an owner from his or her property   2 : chronic absence (as from work or school); *also* : the rate of such absence
**ab·sent-mind·ed** \ˌab-sənt-'mīn-dəd\ *adj* (1829)   1 : lost in thought and unaware of one's surroundings or actions : PREOCCUPIED; *also* : given to absence of mind   2 : indicative of or resulting from preoccupation or absence of mind   *syn* see ABSTRACTED — **ab·sent-mind·ed·ly** *adv* — **ab·sent-mind·ed·ness** *n*
**absent without leave** *adj* (1797) : absent without authority from one's place of duty in the armed forces
**ab·sinthe** *also* **ab·sinth** \'ab-(ˌ)sin(t)th\ *n* [F *absinthe*, fr. L *absinthium*, fr. Gk *apsinthion*] (1612)   1 : WORMWOOD 1   2 : a green liqueur which is flavored with wormwood, anise, and other aromatic herbs and commercial production of which is banned in many countries for health concerns
**ab·so·lute** \'ab-sə-ˌlüt, ˌab-sə-'\ *adj* [ME *absolut*, fr. AF, fr. L *absolutus*, fr. pp. of *absolvere* to set free, absolve] (14c)   1 a : free from imperfection : PERFECT ⟨it is a most ~ and excellent horse —Shak.⟩   b : free or relatively free from mixture : PURE ⟨~ alcohol⟩   c : OUTRIGHT, UNMITIGATED ⟨an ~ lie⟩   2 : being, governed by, or characteristic of a ruler or authority completely free from constitutional or other restraint ⟨~ power⟩   3 a : standing apart from a normal or usual syntactical relation with other words or sentence elements ⟨the ~ construction *this being the case* in the sentence "this being the case, let us

go") **b** *of an adjective or possessive pronoun* : standing alone without a modified substantive ⟨*blind* in "help the blind" and *ours* in "your work and ours" are ~⟩   **c** *of a verb* : having no object in the particular construction under consideration though normally transitive ⟨*kill* in "if looks could kill" is an ~ verb⟩   **4** : having no restriction, exception, or qualification ⟨an ~ requirement⟩ ⟨~ freedom⟩   **5** : POSITIVE, UNQUESTIONABLE ⟨~ proof⟩   **6 a** : independent of arbitrary standards of measurement   **b** : relating to or derived in the simplest manner from the fundamental units of length, mass, and time ⟨~ electric units⟩   **c** : relating to, measured on, or being a temperature scale based on absolute zero ⟨~ temperature⟩; *specif* : KELVIN ⟨10° ~⟩   **7** : FUNDAMENTAL, ULTIMATE ⟨~ knowledge⟩   **8** : perfectly embodying the nature of a thing ⟨~ justice⟩   **9** : being self-sufficient and free of external references or relationships ⟨an ~ term in logic⟩ ⟨~ music⟩   **10** : being the true distance from an aircraft to the earth's surface ⟨~ altitude⟩ — **ab·so·lute·ness** *n*

**absolute ceiling** *n* (ca. 1920) : the maximum height above sea level at which a particular airplane can maintain horizontal flight under standard air conditions — called also *ceiling*

**absolute convergence** *n* (1893) : convergence of a mathematical series when the absolute values of the terms are taken

**absolute humidity** *n* (1867) : the amount of water vapor present in a unit volume of air — compare RELATIVE HUMIDITY

**ab·so·lute·ly** \'ab-sə-,lüt-lē, ,ab-sə-'\ *adv* (14c)   **1** : in an absolute manner or condition — often used as an intensive ⟨~ brilliant⟩   **2** : with respect to absolute values ⟨an ~ convergent series⟩

**absolute magnitude** *n* (1902) : a measure of the intrinsic luminosity of a celestial body (as a star) expressed as the apparent magnitude the body would have if viewed from a distance of 10 parsecs

**absolute pitch** *n* (1864)   **1** : the position of a tone in a standard scale independently determined by its rate of vibration   **2** : the ability to recognize or sing a given isolated note — called also *perfect pitch*

**absolute space** *n* (1710) : SPACE 4b

**absolute value** *n* (1889)   **1** : a nonnegative number equal in numerical value to a given real number   **2** : the positive square root of the sum of the squares of the real and imaginary parts of a complex number

**absolute zero** *n* (1808) : a theoretical temperature characterized by complete absence of heat and motion and equivalent to exactly −273.15°C or −459.67°F

**ab·so·lu·tion** \,ab-sə-'lü-shən\ *n* (13c) : the act of absolving; *specif* : a remission of sins pronounced by a priest (as in the sacrament of reconciliation)

**ab·so·lut·ism** \'ab-sə-,lü-,ti-zəm\ *n* (1830)   **1 a** : a political theory that absolute power should be vested in one or more rulers   **b** : government by an absolute ruler or authority : DESPOTISM   **2** : advocacy of a rule by absolute standards or principles   **3** : an absolute standard or principle — **ab·so·lut·ist** \-,lü-tist\ *n or adj* — **ab·so·lu·tis·tic** \,ab-sə-(,)lü-'tis-tik\ *adj*

**ab·so·lu·tive** \,ab-sə-'lü-tiv\ *adj* (1948) : of, relating to, or being an inflectional morpheme that typically marks the subject of an intransitive verb or the direct object of a transitive verb in an ergative language

**ab·so·lut·ize** \'ab-sə-,lü-,tīz\ *vt* **-ized; -iz·ing** (1919) : to make absolute : convert into an absolute

**ab·solve** \əb-'zälv, -'sälv, -'zòlv, -'sòlv *also without* l\ *vt* **ab·solved; ab·solv·ing** [ME, fr. L *absolvere*, fr. *ab-* + *solvere* to loosen — more at SOLVE] (15c)   **1** : to set free from an obligation or the consequences of guilt   **2** : to remit (a sin) by absolution   *syn* see EXCULPATE — **ab·solv·er** *n*

**ab·sorb** \əb-'sòrb, -'zòrb\ *vt* [AF *asorbir* to swallow up, fr. L *absorbēre*, fr. *ab-* + *sorbēre* to suck up; akin to Lith *surbti* to sip, Gk *rophein* to gulp down] (15c)   **1** : to take in and make part of an existent whole ⟨the capacity of China to ~ invaders⟩   **2 a** : to suck up or take up ⟨a sponge ~s water⟩ ⟨charcoal ~s gas⟩ ⟨plant roots ~ water⟩   **b** : to take in : ACQUIRE, LEARN ⟨convictions ~ed in youth —M. R. Cohen⟩   **c** : USE UP, CONSUME ⟨the fever ~ed her strength⟩   **3** : to engage or engross wholly ⟨~ed in thought⟩   **4 a** (1) : to receive without recoil or echo ⟨provided with a sound-*absorbing* surface⟩   (2) : ENDURE, SUSTAIN ⟨~*ing* hardships⟩   (3) : ASSUME, BEAR ⟨the expenses were ~ed by the company⟩   **b** : to transform (radiant energy) into a different form esp. with a resulting rise in temperature ⟨the earth ~s the sun's rays⟩ — **ab·sorb·abil·i·ty** \əb-,sòr-bə-'bi-lə-tē, -,zòr-\ *n* — **ab·sorb·able** \əb-'sòr-bə-bəl, -'zòr-\ *adj* — **ab·sorb·er** *n*

**ab·sor·bance** \əb-'sòr-bən(t)s, -'zòr-\ *n* (1947) : the ability of a layer of a substance to absorb radiation expressed mathematically as the negative common logarithm of transmittance

**ab·sor·ben·cy** \əb-'sòr-bən(t)-sē, -'zòr-\ *n, pl* **-cies** (1859)   **1** : the quality or state of being absorbent   **2** *or* **ab·sor·ban·cy** : ABSORBANCE

**ab·sor·bent** *also* **ab·sor·bant** \-bənt\ *adj* [L *absorbent-, absorbens*, prp. of *absorbēre*] (1718) : able to absorb ⟨as ~ as a sponge⟩ — **absorbent** *also* **absorbant** *n*

**ab·sorb·ing** *adj* (1876) : fully taking one's attention : ENGROSSING ⟨an ~ novel⟩ — **ab·sorb·ing·ly** \-biŋ-lē\ *adv*

**ab·sorp·tance** \əb-'sòrp-tən(t)s, -'zòrp-\ *n* [*absorption* + *-ance*] (ca. 1931) : the ratio of the radiant energy absorbed by a body to that incident upon it

**ab·sorp·ti·om·e·try** \əb-,sòrp-shē-'ä-mə-trē, -,zòrp-\ *n* [*absorption* + *-metry*] (1951) : measurement of the amount of radiation absorbed (as by living tissue) esp. to determine density — compare DUAL-ENERGY X-RAY ABSORPTIOMETRY

**ab·sorp·tion** \əb-'sòrp-shən, -'zòrp-\ *n* [F & L: F, fr. L *absorption-, absorptio*, fr. *absorbēre*] (1741)   **1 a** : the process of absorbing or of being absorbed — compare ADSORPTION   **b** : interception of radiant energy or sound waves   **2** : entire occupation of the mind ⟨~ in his work⟩ — **ab·sorp·tive** \-tiv\ *adj*

**absorption band** *n* (1865) : a dark band in an absorption spectrum; *also* : ABSORPTION LINE

**absorption line** *n* (ca. 1889) : a dark line in an absorption spectrum

**absorption spectrum** *n* (1869) : an electromagnetic spectrum in which a decrease in intensity of radiation at specific wavelengths or ranges of wavelengths characteristic of an absorbing substance is manifested esp. as a pattern of dark lines or bands

**ab·sorp·tiv·i·ty** \əb-,sòrp-'ti-və-tē, -,zòrp-\ *n, pl* **-ties** (ca. 1859) : the property of a body that determines the fraction of incident radiation absorbed by the body

**ab·stain** \əb-'stān, ab-\ *vi* [ME *absteinen*, fr. AF *asteign-, absteign-*, stem of *astenir, abstenir*, fr. L *abstinēre*, fr. *abs-, ab-* + *tenēre* to hold — more at THIN] (14c) : to refrain deliberately and often with an effort of self-denial from an action or practice ⟨~ from drinking⟩ — **ab·stain·er** *n*

**ab·ste·mi·ous** \ab-'stē-mē-əs\ *adj* [L *abstemius*, fr. *abs-* + *-temius*; akin to L *temetum* intoxicating drink] (1609) : marked by restraint esp. in the consumption of food or alcohol; *also* : reflecting such restraint ⟨an ~ diet⟩ — **ab·ste·mi·ous·ly** *adv* — **ab·ste·mi·ous·ness** *n*

**ab·sten·tion** \əb-'sten(t)-shən, ab-\ *n* [LL *abstention-, abstentio*, fr. L *abstinēre*] (1521) : the act or practice of abstaining — **ab·sten·tious** \-shəs\ *adj*

**ab·sti·nence** \'ab-stə-nən(t)s\ *n* [ME, fr. AF, fr. L *abstinentia*, fr. *abstinent-, abstinens*, prp. of *abstinēre*] (14c)   **1** : voluntary forbearance esp. from indulgence of an appetite or craving or from eating some foods   **2 a** : habitual abstaining from intoxicating beverages   **b** : abstention from sexual intercourse — **ab·sti·nent** \-nənt\ *adj* — **ab·sti·nent·ly** *adv*

**abstr** *abbr* abstract

¹**ab·stract** \ab-'strakt, 'ab-,\ *adj* [ML *abstractus*, fr. L, pp. of *abstrahere* to drag away, fr. *abs-, ab-* + *trahere* to pull, draw] (14c)   **1 a** : disassociated from any specific instance ⟨an ~ entity⟩   **b** : difficult to understand : ABSTRUSE ⟨~ problems⟩   **c** : insufficiently factual : FORMAL ⟨possessed only an ~ right⟩   **2** : expressing a quality apart from an object ⟨the word *poem* is concrete, *poetry* is ~⟩   **3 a** : dealing with a subject in its abstract aspects : THEORETICAL ⟨~ science⟩   **b** : IMPERSONAL, DETACHED ⟨the ~ compassion of a surgeon —*Time*⟩   **4** : having only intrinsic form with little or no attempt at pictorial representation or narrative content ⟨~ painting⟩ — **ab·stract·ly** \ab-'strakt(t)-lē, 'ab-,\ *adv* — **ab·stract·ness** \ab-'strakt(t)-nəs, 'ab-,\ *n*

²**ab·stract** \'ab-,strakt, *in sense 2 also* ab-'\ *n* [ME, fr. L *abstractus*] (15c)   **1** : a summary of points (as of a writing) usu. presented in skeletal form; *also* : something that summarizes or concentrates the essentials of a larger thing or several things   **2** : an abstract thing or state   **3** : ABSTRACTION 4a

³**ab·stract** \ab-'strakt, 'ab-,, *in sense 3 usu* 'ab-,\ *vt* (1542)   **1** : REMOVE, SEPARATE   **2** : to consider apart from application to or association with a particular instance   **3** : to make an abstract of : SUMMARIZE   **4** : to draw away the attention of   **5** : STEAL, PURLOIN ~ *vi* : to make an abstraction — **ab·stract·able** \-'strak-tə-bəl, -,strak-\ *adj* — **ab·strac·tor** *or* **ab·stract·er** \-tər\ *n*

**ab·stract·ed** \ab-'strak-təd, 'ab-,\ *adj* (1643)   **1** : withdrawn in mind : inattentive to one's surroundings ⟨said hello but seemed ~⟩   **2** : ABSTRACT 4 ⟨~ geometric shapes⟩ — **ab·stract·ed·ly** *adv* — **ab·stract·ed·ness** *n*

*syn* ABSTRACTED, PREOCCUPIED, ABSENT, ABSENTMINDED, DISTRACTED mean inattentive to what claims or demands consideration. ABSTRACTED implies absorption of the mind in something other than one's surroundings, and often suggests reflection on weighty matters ⟨walking about with an *abstracted* air⟩. PREOCCUPIED often implies having one's attention so taken up by thoughts as to neglect others ⟨too *preoccupied* with her debts to enjoy the meal⟩. ABSENT stresses inability to fix the mind on present concerns due more to mental wandering than to concentration on other matters ⟨an *absent* stare⟩. ABSENTMINDED implies that the mind is fixed elsewhere and often refers to a habit of abstractedness ⟨so *absentminded*, he's been known to wear mismatched shoes⟩. DISTRACTED may suggest an inability to concentrate caused by worry, sorrow, or anxiety ⟨was too *distracted* by grief to continue working⟩.

**abstract expressionism** *n, often cap A&E* (1951) : an artistic movement of the mid-20th century comprising diverse styles and techniques and emphasizing esp. an artist's liberty to convey attitudes and emotions through nontraditional and usu. nonrepresentational means — **abstract expressionist** *n or adj, often cap A&E*

**ab·strac·tion** \ab-'strak-shən, əb-\ *n* (1549)   **1 a** : the act or process of abstracting : the state of being abstracted   **b** : an abstract idea or term   **2** : absence of mind or preoccupation   **3** : abstract quality or character   **4 a** : an abstract composition or creation in art   **b** : ABSTRACTIONISM — **ab·strac·tion·al** \-shnəl, -shə-n°l\ *adj* — **ab·strac·tive** \ab-'strak-tiv, 'ab-,\ *adj*

**ab·strac·tion·ism** \ab-'strak-shə-,ni-zəm, əb-\ *n* (1926) : the principles or practice of creating abstract art — **ab·strac·tion·ist** \-sh(ə-)nist\ *adj or n*

**abstract of title** (1858) : a summary statement of the successive conveyances and other facts on which a title to a piece of land rests

**ab·struse** \əb-'strüs, ab-\ *adj* [L *abstrusus*, fr. pp. of *abstrudere* to conceal, fr. *abs-, ab-* + *trudere* to push — more at THREAT] (1599) : difficult to comprehend : RECONDITE ⟨the ~ calculations of mathematicians⟩ — **ab·struse·ly** *adv* — **ab·struse·ness** *n*

**ab·stru·si·ty** \-'strü-sə-tē\ *n, pl* **-ties** (1646)   **1** : the quality or state of being abstruse : ABSTRUSENESS   **2** : something that is abstruse

¹**ab·surd** \əb-'sərd, -'zərd\ *adj* [MF *absurde*, fr. L *absurdus*, fr. *ab-* + *surdus* deaf, stupid] (1557)   **1** : ridiculously unreasonable, unsound, or incongruous ⟨an ~ argument⟩   **2** : having no rational or orderly relationship to human life : MEANINGLESS ⟨an ~ universe⟩; *also* : lacking order or value ⟨an ~ existence⟩   **3** : dealing with the absurd or with absurdism ⟨~ theater⟩ — **ab·surd·ly** *adv* — **ab·surd·ness** *n*

²**absurd** *n* (1946) : the state or condition in which human beings exist in an irrational and meaningless universe and in which human life has no ultimate meaning — usu. used with *the*

**ab·surd·ism** \əb-'sər-,di-zəm, -'zər-\ *n* (1946) : a philosophy based on the belief that the universe is irrational and meaningless and that the search for order brings the individual into conflict with the universe — compare EXISTENTIALISM

---

\ə\ **abut** \'ə\ **kitten**, F **table** \ər\ **further** \a\ **ash** \ā\ **ace** \ä\ **mop, mar** \au̇\ **out** \ch\ **chin** \e\ **bet** \ē\ **easy** \g\ **go** \i\ **hit** \ī\ **ice** \j\ **job** \ŋ\ **sing** \ō\ **go** \ȯ\ **law** \ȯi\ **boy** \th\ **thin** \t̲h\ **the** \ü\ **loot** \u̇\ **foot** \y\ **yet** \zh\ **vision, beige** \k̲, ⁿ, œ, ᴜᴇ, ʏ\ *see* Guide to Pronunciation

quantity, or volume as if by squeezing ⟨∼ a computer file⟩ ∼ vi : to undergo compression  **syn** see CONTRACT

²**com·press** \ˈkäm-ˌpres\ n [MF compresse, fr. compresser to compress, fr. LL compressare] (1599) **1** : a folded cloth or pad applied so as to press upon a body part  **2** : a machine for compressing

**com·pressed** \kəm-ˈprest also ˈkäm-ˌ\ adj (14c) **1** : pressed together : reduced in size or volume (as by pressure) **2** : flattened as though subjected to compression: **a** : flattened laterally ⟨petioles ∼⟩ **b** : narrow from side to side and deep in a dorsoventral direction — **com·pressed·ly** \kəm-ˈprest-lē, -ˈpre-səd-lē\ adv

**compressed air** n (1669) : air under pressure greater than that of the atmosphere

**com·press·ible** \kəm-ˈpre-sə-bəl\ adj (ca. 1691) : capable of being compressed — **com·press·ibil·i·ty** \-ˌpre-sə-ˈbi-lə-tē\ n

**com·pres·sion** \kəm-ˈpre-shən\ n (15c) **1 a** : the act, process, or result of compressing  **b** : the state of being compressed  **2** : the process of compressing the fuel mixture in a cylinder of an internal combustion engine (as in an automobile)  **3** : the compressed remains of a fossil plant  **4** : conversion (as of data, a data file, or a communications signal) in order to reduce the space occupied or bandwidth required — **com·pres·sion·al** \-ˈpresh-nəl, -ˈpre-shə-nᵊl\ adj

**compressional wave** n (1875) : a longitudinal wave (as a sound wave) propagated by the elastic compression of the medium — called also *compression wave*

**com·pres·sive** \kəm-ˈpre-siv\ adj (1572) **1** : of or relating to compression  **2** : tending to compress — **com·pres·sive·ly** adv

**com·pres·sor** \-ˈpre-sər\ n (1839) : one that compresses: as **a** : a muscle that compresses a part  **b** : a machine that compresses gases

**com·prise** \kəm-ˈprīz\ vt **com·prised; com·pris·ing** [ME, fr. AF compris, pp. of comprendre, fr. L comprehendere] (15c) **1** : to include esp. within a particular scope ⟨civilization as Lenin used the term would then certainly have *comprised* the changes that are now associated in our minds with "developed" rather than "developing" states —Times Lit. Supp.⟩  **2** : to be made up of ⟨a vast installation, *comprising* fifty buildings —Jane Jacobs⟩  **3** : COMPOSE, CONSTITUTE ⟨a misconception as to what ∼s a literary generation —William Styron⟩ ⟨about 8 percent of our military forces are *comprised* of women —Jimmy Carter⟩

   **usage** Although it has been in use since the late 18th century, sense 3 is still attacked as wrong. Why it has been singled out is not clear, but until comparatively recent times it was found chiefly in scientific or technical writing rather than belles lettres. Our current evidence shows a slight shift in usage: sense 3 is somewhat more frequent in recent literary use than the earlier senses. You should be aware, however, that if you use sense 3 you may be subject to criticism for doing so, and you may want to choose a safer synonym such as *compose* or *make up*.

¹**com·pro·mise** \ˈkäm-prə-ˌmīz\ n [ME, mutual promise to abide by an arbiter's decision, fr. AF *compromisse*, fr. L *compromissum*, fr. neut. of *compromissus*, pp. of *compromittere* to promise mutually, fr. *com-* + *promittere* to promise — more at PROMISE] (15c)  **1 a** : settlement of differences by arbitration or by consent reached by mutual concessions  **b** : something intermediate between or blending qualities of two different things  **2** : a concession to something derogatory or prejudicial ⟨a ∼ of principles⟩

²**compromise** vb **-mised; -mis·ing** vt (1598) **1** obs : to bind by mutual agreement  **2** : to adjust or settle by mutual concessions  **3 a** : to expose to suspicion, discredit, or mischief ⟨his reputation has been *compromised*⟩  **b** : to reveal or expose to an unauthorized person and esp. to an enemy ⟨confidential information was *compromised*⟩  **c** : to cause the impairment of ⟨a *compromised* immune system⟩ ⟨a seriously *compromised* patient⟩ ∼ vi **1 a** : to come to agreement by mutual concession  **b** : to find or follow a way between extremes  **2** : to make a shameful or disreputable concession ⟨wouldn't ∼ with their principles⟩ — **com·pro·mis·er** n

**compt** \ˈkau̇nt, ˈkäm(p)t\ archaic var of COUNT

**comp·trol·ler** \kən-ˈtrō-lər, ˈkäm(p)-ˌ, käm(p)-ˈ\ n [ME, alter. of *countreroller* controller] (15c)  **1** : a royal-household official who examines and supervises expenditures  **2** : a public official who audits government accounts and sometimes certifies expenditures  **3** : CONTROLLER 1c — **comp·trol·ler·ship** \-ˌship\ n

**com·pul·sion** \kəm-ˈpəl-shən\ n [ME, fr. AF or LL; AF, fr. LL *compulsion-, compulsio*, fr. L *compellere* to compel] (15c)  **1 a** : an act of compelling : the state of being compelled  **b** : a force that compels  **2** : an irresistible persistent impulse to perform an act (as excessive hand washing); also : the act itself

**com·pul·sive** \-ˈpəl-siv\ adj (1588)  **1** : having power to compel  **2** : of, relating to, caused by, or suggestive of psychological compulsion or obsession ⟨∼ actions⟩ ⟨a ∼ gambler⟩ — **com·pul·sive·ly** adv — **com·pul·sive·ness** n — **com·pul·siv·i·ty** \kəm-ˌpəl-ˈsi-və-tē, ˌkäm-\ n

**com·pul·so·ry** \kəm-ˈpəls-rē, -ˈpəl-sə-\ adj (1581)  **1** : MANDATORY, ENFORCED ⟨∼ retirement⟩  **2** : COERCIVE, COMPELLING ⟨∼ measures⟩ — **com·pul·so·ri·ly** \-rə-lē\ adv

**com·punc·tion** \kəm-ˈpəŋ(k)-shən\ n [ME *compunccioun*, fr. AF *compunction*, fr. LL *compunction-, compunctio*, fr. L *compungere* to prick hard, sting, fr. *com-* + *pungere* to prick — more at PUNGENT] (14c)  **1 a** : anxiety arising from awareness of guilt ⟨∼s of conscience⟩  **b** : distress of mind over an anticipated action or result ⟨showed no ∼ in planning devilish engines of . . . destruction —Havelock Ellis⟩  **2** : a twinge of misgiving : SCRUPLE ⟨cheated without ∼⟩  **syn** see PENITENCE, QUALM — **com·punc·tious** \-shəs\ adj

**com·pur·ga·tion** \ˌkäm-(ˌ)pər-ˈgā-shən\ n [LL *compurgation-, compurgatio*, fr. L *compurgare* to clear completely, fr. *com-* + *purgare* to purge] (ca. 1658) : the clearing of an accused person by oaths of others who swear to the veracity or innocence of the accused

**com·pur·ga·tor** \ˈkäm-(ˌ)pər-ˌgā-tər\ n (1533) : one who under oath vouches for the character or conduct of an accused person

**com·put·able** \kəm-ˈpyü-tə-bəl\ adj (1646) : capable of being computed — **com·put·abil·i·ty** \-ˌpyü-tə-ˈbi-lə-tē\ n

**com·pu·ta·tion** \ˌkäm-pyü-ˈtā-shən, -pyə-\ n (15c)  **1 a** : the act or action of computing : CALCULATION  **b** : the use or operation of a computer  **2** : a system of reckoning  **3** : an amount computed — **com·pu·ta·tion·al** \-shnəl, -shə-nᵊl\ adj — **com·pu·ta·tion·al·ly** adv

**com·pute** \kəm-ˈpyüt\ vb **com·put·ed; com·put·ing** [L *computare*, fr. *com-* + *putare* to count] vt (1616) : to determine esp. by mathematical means ⟨∼ your income tax⟩; also : to determine or calculate by means of a computer ∼ vi  **1** : to make calculation : RECKON  **2** : to use a computer

**computed tomography** n (1974) : radiography in which a three-dimensional image of a body structure is constructed by computer from a series of plane cross-sectional images made along an axis — called also *computed axial tomography, computerized axial tomography, computerized tomography*

**com·put·er** \kəm-ˈpyü-tər\ n, often attrib (1646) : one that computes; *specif* : a programmable usu. electronic device that can store, retrieve, and process data — **com·put·er·dom** \-dəm\ n — **com·put·er·less** \-ləs\ adj — **com·put·er·like** \-ˌlīk\ adj

**com·put·er·ese** \-ˌpyü-tə-ˈrēz, -ˈrēs\ n (ca. 1960) : jargon used by computer technologists

**com·put·er·ise** chiefly Brit var of COMPUTERIZE

**com·put·er·ist** \kəm-ˈpyü-tə-rist\ n (1973) : a person who uses or operates a computer

**com·put·er·ize** \kəm-ˈpyü-tə-ˌrīz, -tər-ˌīz\ vt **-ized; -iz·ing** (1957)  **1** : to carry out, control, or produce by means of a computer ⟨*computerized* music⟩  **2** : to equip with computers ⟨∼ public schools⟩  **3 a** : store in a computer ⟨∼ data⟩  **b** : to put in a form that a computer can use ⟨∼ paperwork⟩ — **com·put·er·iz·able** \-ˌpyü-tə-ˈrī-zə-bəl\ adj — **com·put·er·i·za·tion** \-ˌpyü-tə-rə-ˈzā-shən\ n

**com·put·er·nik** \kəm-ˈpyü-tər-ˌnik\ n (1968) : a computer enthusiast or expert

**com·put·er·phobe** \-ˌfōb\ n (1976) : a person who experiences anxiety about computers and esp. about their use — **com·put·er·pho·bia** \-ˌpyü-tər-ˈfō-bē-ə\ n — **com·put·er·pho·bic** \-ˈfō-bik\ adj

**comr** abbr commissioner

**com·rade** \ˈkäm-ˌrad, -rəd, esp Brit -ˌrād\ n [MF *camarade* group sleeping in one room, roommate, companion, fr. OSp *camarada*, fr. *cámara* room, fr. LL *camera, camara* — more at CHAMBER] (1544)  **1 a** : an intimate friend or associate : COMPANION  **b** : a fellow soldier  **2** : its use as a form of address by communists] : COMMUNIST — **com·rade·li·ness** \-lē-nəs\ n — **com·rade·ly** adj — **com·rade·ship** \-ˌship\ n

**com·rad·ery** \ˈkäm-ˌra-d(ə-)rē, -rə-drē, -ˌrä-d(ə-)rē\ n (1879) : CAMARADERIE

**Comsat** \ˈkäm-ˌsat\ *service mark* — used for communications service involving an artificial satellite

**Com·stock·ery** \ˈkäm-ˌstä-kə-rē also ˈkəm-\ n [Anthony *Comstock* + *-ery*] (1905)  **1** : strict censorship of materials considered obscene  **2** : censorious opposition to alleged immorality (as in literature)

**Com·stock·ian** \käm-ˈstä-kē-ən also ˌkəm-\ adj (1921) : of or relating to Comstockery

**com·symp** \ˈkäm-ˌsimp\ n [*communist* + *symp*athizer] (ca. 1961) *disparaging* : a person sympathetic to Communist causes

**Comt·ian** or **Comt·ean** \ˈkäm(p)-tē-ən, ˈkōⁿ(n)-tē-\ adj (1846) : of, relating to Auguste Comte or his doctrines — **Comt·ism** \ˈkäm(p)-ˌzəm, ˈkōⁿ(n)-\ n — **Comt·ist** \ˈkäm(p)-tist, ˈkōⁿ(n)-\ adj or n

¹**con** \ˈkän\ vt **conned; con·ning** [ME *connen* to know, learn, study, alter. of *cunnen* to know, infin. of *can* — more at CAN] (13c)  **1** : to commit to memory  **2** : to study or examine closely

²**con** var of CONN

³**con** adv [ME, short for *contra*] (15c) : on the negative side : in opposition ⟨so much has been written pro and ∼⟩

⁴**con** n (1589)  **1** : an argument or evidence in opposition  **2** : the negative position or one holding it ⟨an appraisal of the pros and ∼s⟩

⁵**con** adj [by shortening] (1889) : CONFIDENCE ⟨a ∼ artist⟩ ⟨a ∼ game⟩

⁶**con** vt **conned; con·ning** (1896)  **1** : SWINDLE ⟨accused of *conning* tirees out of their savings⟩  **2** : MANIPULATE 2b  **3** : PERSUADE, CAJOLE

⁷**con** n (1901) : something (as a ruse) used deceptively to gain another's confidence; also : a confidence game : SWINDLE

⁸**con** n [by shortening] (1893) : CONVICT

⁹**con** n [short for *consumption*] (1915) *slang* : a destructive disease of the lungs; *esp* : TUBERCULOSIS

¹⁰**con** abbr  **1** [L *conjunx*] consort  **2** consolidated  **3** consul  **4** continued

**con-** — see COM-

**con·al·bu·min** \ˌkän-al-ˈbyü-mən\ n [*con-* + *albumin*] (1900) : a protein of the white of egg that binds with metal ions (as of iron and copper)

**con amo·re** \ˌkän-ə-ˈmȯr-ē, ˌkōn-ə-ˈmȯr-(ˌ)ā\ adv [It] (1739)  **1** : with love, devotion, or zest  **2** : in a tender manner — used as a direction in music

**con ani·ma** \kän-ˈä-nə-ˌmä, kōn-ˈä-ni-\ adv [It, lit., with spirit] (1906) : in a spirited manner — used as a direction in music

**co·na·tion** \kō-ˈnā-shən\ n [L *conation-, conatio* act of attempting, fr. *conari* to attempt — more at DEACON] (ca. 1837) : an inclination (as an instinct, a drive, a wish, or a craving) to act purposefully : IMPULSE — **co·na·tive** \ˈkō-nə-tiv, ˈkä-, ˈkō-ˌnā-\ adj

**con brio** \kän-ˈbrē-(ˌ)ō, kōn-\ adv [It, lit., with vigor] (1798) : in a vigorous or brisk manner — often-used as a direction in music

**conc** abbr  **1** concentrate; concentrated; concentration  **2** concrete

**con·ca·nav·a·lin** \ˌkän-kə-ˈna-və-lən\ n [*con-* + *canavalin*, a noncrystalline globulin found in the jack bean, fr. NL *Canavalia*, genus of the jack bean] (1917) : a protein that occurs in the jack bean and is a mitogen and hemagglutinin

¹**con·cat·e·nate** \kän-ˈka-tə-nət, kən-\ adj [ME, fr. LL *concatenatus*, pp. of *concatenare* to link together, fr. L *com-* + *catena* chain] (15c) : linked together

²**concatenate** \-ˌnāt\ vt **-nat·ed; -nat·ing** (1598) : to link together in a series or chain — **con·cat·e·na·tion** \(ˌ)kän-ˌka-tə-ˈnā-shən, kən-\ n

¹**con·cave** \kän-ˈkāv, ˈkän-ˌ\ adj [ME, fr. L *concavus*, fr. *com-* + *cavus* hollow — more at CAVE] (15c)  **1** : hollowed or rounded inward like the inside of a bowl  **2** : arched in : curving in — used of the side of a curve or surface on which neighboring normals to the curve or surface converge and on which lies the chord joining two neighboring points of the curve or surface

²**con·cave** \ˈkän-ˌkāv\ n (1552) : a concave line or surface

**-i-ty** \kän-'kā-və-tē\ *n, pl* **-ties** (15c)  1 : a concave line, surface, or space : HOLLOW  2 : the quality or state of being concave

**con-ca-vo-con-vex** \kän-'kā-vō-kän-'veks; 'kän-, kən-'\ *adj* (1676)  1 : concave on one side and convex on the other  2 : having the concave curved more than the convex ⟨a ~ lens⟩

**con-ceal** \kən-'sēl\ *vt* [ME *concelen*, fr. AF *conceler*, fr. L *concelare*, fr. *com-* + *celare* to hide — more at HELL] (14c)  1 : to prevent disclosure or recognition of ⟨~ the truth⟩  2 : to place out of sight ⟨~*ed* himself behind the door⟩  **syn** see HIDE — **con-ceal-able** \-'sē-lə-bəl\ *adj* — **con-ceal-ing-ly** \-'sē-liŋ-lē\ *adv* — **con-ceal-ment** \-'sē(ə)l-mənt\ *n* — **con-ceal-er** \-'sē-lər\ *n* (1514)  1 : one that conceals ⟨a ~ of the truth⟩  2 : a cosmetic used to conceal blemishes or discoloration esp. under the eyes

**con-cede** \kən-'sēd\ *vb* **con-ced-ed; con-ced-ing** [F or L; F *concéder*, fr. L *concedere*, fr. *com-* + *cedere* to yield] *vt* (1626)  1 : to grant as a right or privilege  2 a : to accept as true, valid, or accurate ⟨the right of the state to tax is generally *conceded*⟩  b : to acknowledge grudgingly or hesitantly ⟨*conceded* that it might be a good idea⟩ ~ *vi* : to make concession : YIELD  **syn** see GRANT — **con-ced-ed-ly** \-'sē-dəd-lē\ *adv* — **con-ced-er** *n*

**con-ceit** \kən-'sēt\ *n* [ME, fr. AF, fr. *conceivre*] (14c)  1 a (1) : a result of mental activity : THOUGHT  (2) : individual opinion  b : favorable opinion; *esp* : excessive appreciation of one's own worth or virtue  2 : a fancy item or trifle  3 a : a fanciful idea  b : an elaborate or strained metaphor  c : use or presence of such conceits in poetry  d : an organizing theme or concept ⟨found his ~ for the film early on in Wilkinson⟩

**conceit** *vt* (1557)  1 *obs* : CONCEIVE, UNDERSTAND  2 *chiefly dial* : IMAGINE  3 *dial Brit* : to take a fancy to

**con-ceit-ed** \-'sē-təd\ *adj* [*'conceit*] (1526)  1 : ingeniously contrived *obs*  2 : having or showing an excessively high opinion of oneself : VAIN — **con-ceit-ed-ly** *adv* — **con-ceit-ed-ness** *n*

**con-ceiv-able** \kən-'sē-və-bəl\ *adj* (15c) : capable of being conceived : IMAGINABLE ⟨every ~ combination⟩ — **con-ceiv-abil-i-ty** \kən-ˌsē-və-'bi-lə-tē\ *n* — **con-ceiv-able-ness** \-'sē-və-bəl-nəs\ *n* — **con-ceiv-ably** \-blē\ *adv* (1625)  1 : in a conceivable manner  2 : it can be conceived : POSSIBLY ⟨we could ~ finish next week⟩

**con-ceive** \kən-'sēv\ *vb* **con-ceived; con-ceiv-ing** [ME, fr. AF *conceivre*, fr. L *concipere* to take in, conceive, fr. *com-* + *capere* to take — more at HEAVE] *vt* (14c)  1 a : to become pregnant with (young) ⟨~ a child⟩  b : to cause to begin : ORIGINATE ⟨a project *conceived* by the company's founder⟩  2 a : to take into one's mind ⟨~ a prejudice⟩  b : to form a conception of : IMAGINE ⟨a badly *conceived* design⟩  3 : to apprehend by reason or imagination : UNDERSTAND ⟨unable to ~ his motions⟩  4 : to have as an opinion ⟨I cannot ~ that he acted alone⟩ ~ *vi*  1 : to become pregnant  2 : to have a conception — usu. used with *of* ⟨~ *of* death as emptiness⟩ **syn** see THINK — **con-ceiv-er** *n*

**con-cel-e-brant** \kän-'se-lə-brənt, kän-\ *n* (ca. 1931) : one that concelebrates a Eucharist or Mass

**con-cel-e-brate** \kən-'se-lə-ˌbrāt, kän-\ *vb* [ML *concelebratus*, pp. of *concelebrare*, fr. L, to frequent, celebrate, fr. *com-* + *celebrare* to celebrate] *vt* (1879) : to participate in (a Eucharist) as a joint celebrant who recites the canon in unison with other celebrants ~ *vi* : to participate as a celebrant in a concelebrated Eucharist — **con-cel-e-bra-tion** \-ˌse-lə-'brā-shən, kən-\ *n*

**con-cent** \kən-'sent\ *n* [L *concentus*, fr. *concinere* to sing together, fr. *com-* + *canere* to sing — more at CHANT] (1585) *archaic* : HARMONY

**con-cen-ter** \kən-'sen-tər, kän-\ *vb* [F *concentrer*, fr. *com-* + *centre* center] *vt* (1598) : to draw or direct to a common center : CONCENTRATE ~ *vi* : to come to a common center

**con-cen-trate** \'kän(t)-sən-ˌtrāt, -sen-\ *vb* **-trat-ed; -trat-ing** [*com-* + L *centrum* center] *vt* (1641)  1 a : to bring or direct toward a common center or objective : FOCUS ⟨~ one's efforts⟩  b : to gather into one body, mass, or force ⟨power was *concentrated* in a few able hands⟩  c : to accumulate (a toxic substance) in bodily tissues ⟨fish ~ mercury⟩  d : to make less dilute ⟨~ syrup⟩  b : to express or exhibit in concentrated form ~ *vi*  1 : to draw toward or meet in a common center  2 : GATHER, COLLECT  3 : to focus one's powers, efforts, or attention ⟨~ on a problem⟩ — **con-cen-trat-ed-ly** \-ˌtrā-təd-lē; ˌkän(t)-sən-'\ *adv* — **con-cen-tra-tive** \-ˌtrā-tiv\ *adj*

**concentrate** *n* (1883)  1 : something concentrated: as  a : a mineral product obtained after an initial processing of ore  b : a food reduced in bulk by elimination of fluid ⟨orange juice ~⟩  2 : a feedstuff (as grains) relatively rich in digestible nutrients — compare FIBER

**con-cen-tra-tion** \ˌkän(t)-sən-'trā-shən, -ˌsen-\ *n* (1634)  1 a : the act or process of concentrating : the state of being concentrated; *esp* : direction of attention to a single object  b : an academic major or area of focus within a major  2 : a concentrated mass or thing  3 : the amount of a component in a given area or volume

**concentration camp** *n* (1901) : a camp where persons (as prisoners of war, political prisoners, or refugees) are detained or confined

**con-cen-tra-tor** \'kän(t)-sən-ˌtrā-tər\ *n* (1833) : one that concentrates: as  a : an industrial plant that produces concentrates from ores  b : a group of mirrors that focus sunlight for use as an energy source  c : a device in a computer network that collects data from separate low-volume transmission channels and retransmits it over a single high-volume channel

**con-cen-tric** \kən-'sen-trik, ˌkän-\ *adj* [ME *consentrik*, fr. ML *concentricus*, fr. L *com-* + *centrum* center] (14c)  1 : having a common center ⟨~ circles⟩  2 : having a common axis : COAXIAL — **con-cen-tri-cal-ly** \-tri-k(ə-)lē\ *adv* — **con-cen-tric-i-ty** \ˌkän-ˌsen-'tri-sə-tē\ *n*

**con-cept** \'kän-ˌsept\ *n* [L *conceptum*, neut. of *conceptus*, pp. of *concipere* to conceive — more at CONCEIVE] (1556)  1 : something conceived in the mind : THOUGHT, NOTION  2 : an abstract or generic idea generalized from particular instances  **syn** see IDEA

**concept** *adj* (1896)  1 : organized around a main idea or theme ⟨a ~ album⟩  2 : created to illustrate a concept ⟨a ~ car⟩

**con-cep-ta-cle** \kən-'sep-ti-kəl\ *n* [NL *conceptaculum*, fr. L, receptacle, fr. *conceptus*, pp. of *concipere* to take in] (1835) : an external cavity containing reproductive cells in algae (as of the genus *Fucus*)

**con-cep-tion** \kən-'sep-shən\ *n* [ME *concepcioun*, fr. AF *concepcion*, fr. L *conception-*, *conceptio*, fr. *concipere*] (14c)  1 a (1) : the process of becoming pregnant involving fertilization or implantation or both  (2) : EMBRYO, FETUS  b : BEGINNING ⟨joy had the like ~ in our eyes

—Shak.⟩  2 a : the capacity, function, or process of forming or understanding ideas or abstractions or their symbols  b : a general idea : CONCEPT  c : a complex product of abstract or reflective thinking  d : the sum of a person's ideas and beliefs concerning something  3 : the originating of something in the mind  **syn** see IDEA — **con-cep-tion-al** \-shnəl, -shə-nᵊl\ *adj* — **con-cep-tive** \-'sep-tiv\ *adj*

**con-cep-tu-al** \kən-'sep-chə-wəl, -chü-əl, kän-, -chəl, -shwəl\ *adj* [ML *conceptualis* of thought, fr. LL *conceptus* act of conceiving, thought, fr. L *concipere*] (ca. 1834) : of, relating to, or consisting of concepts ⟨~ thinking⟩ — **con-cep-tu-al-i-ty** \-ˌsep-chə-'wa-lə-tē, -shə-; -chü-'a-, -shü-\ *n* — **con-cep-tu-al-ly** *adv*

**conceptual art** *n, often cap* C (ca. 1969) : an art form in which the artist's intent is to convey a concept rather than to create an art object — **conceptual artist** *n, often cap* C

**con-cep-tu-al-ise** *Brit var of* CONCEPTUALIZE

**con-cep-tu-al-ism** \-'sep-chə-wə-ˌli-zəm, -chü-ə-, -chə-ˌli-, -shwə-ˌli-\ *n* (ca. 1838)  1 : a theory in philosophy intermediate between realism and nominalism that universals exist in the mind as concepts of discourse or as predicates which may be properly affirmed of reality  2 *often cap* : CONCEPTUAL ART — **con-cep-tu-al-is-tic** \-ˌsep-chə-wə-'lis-tik, -chü-ə-, -chə-'lis-, -shwə-'lis-\ *adj* — **con-cep-tu-al-is-ti-cal-ly** \-ti-k(ə-)lē\ *adv*

**con-cep-tu-al-ist** \-'sep-chə-wə-list, -chü-ə-, -chə-list, -shwə-list\ *n* (1785) : an adherent to the tenets of conceptualism or of conceptual art

**con-cep-tu-al-ize** \-ˌlīz\ *vt* **-ized; -iz-ing** (1878) : to form a concept of; *esp* : to interpret conceptually — **con-cep-tu-al-i-za-tion** \-ˌsep-chə-wə-lə-'zā-shən, -chü-ə-, -chə-lə-', -shwə-lə-'\ *n* — **con-cep-tu-al-iz-er** \-'sep-chə-wə-ˌlī-zər, -chü-ə-, -chə-ˌlī-, -shwə-ˌlī-\ *n*

**con-cep-tus** \kən-'sep-təs\ *n, pl* **-tus-es** *also* **-ti** \-ˌtī\ [L, one conceived, fr. pp. of *concipere* to conceive] (1745) : a fertilized egg, embryo, or fetus

¹**con-cern** \kən-'sərn\ *vb* [ME, fr. MF & ML; MF *concerner*, fr. ML *concernere*, fr. LL, to sift together, mingle, fr. L *com-* + *cernere* to sift — more at CERTAIN] *vt* (15c)  1 a : to relate to : be about ⟨the novel ~s three soldiers⟩  b : to bear on  2 : to have an influence on : INVOLVE; *also* : to be the business or affair of ⟨the problem ~s us all⟩  3 : to be a care, trouble, or distress to ⟨her ill health ~s me⟩  4 : ENGAGE, OCCUPY ⟨he ~s himself with trivia⟩ ~ *vi, obs* : to be of importance : MATTER

²**concern** *n* (1655)  1 a : marked interest or regard usu. arising through a personal tie or relationship  b : an uneasy state of blended interest, uncertainty, and apprehension  2 : something that relates or belongs to one : AFFAIR ⟨it's no ~ of yours⟩  3 : matter for consideration  4 : an organization or establishment for business or manufacture ⟨a banking ~⟩  5 : CONTRIVANCE, GADGET  **syn** see CARE

**concerned** *adj* (1656)  1 a : ANXIOUS, WORRIED ⟨~ for their safety⟩  b : INTERESTED ⟨~ to prove the point⟩  2 a : interestedly engaged ⟨~ with books and music⟩  b : culpably involved : IMPLICATED ⟨arrested all ~⟩

**concerning** *prep* (15c) : relating to : REGARDING

**con-cern-ment** \kən-'sərn-mənt\ *n* (1610)  1 : something in which one is concerned  2 : IMPORTANCE, CONSEQUENCE  3 *archaic* : INVOLVEMENT, PARTICIPATION  4 : SOLICITUDE, ANXIETY

¹**con-cert** \'kän(t)-sərt, 'kän-ˌsərt\ *n* [F, fr. It *concerto*, fr. *concertare*] (1571)  1 : agreement in design or plan : union formed by mutual communication of opinion and views  2 *obs* : musical harmony : CONCORD  3 : a public performance (as of music or dancing) — **concert** *adj* — **in concert** : TOGETHER ⟨acting *in concert* with others⟩

²**con-cert** \kən-'sərt\ *vb* [MF *concerter*, fr. Olt *concertare*, perh. fr. *com-* + *certo* certain, decided, fr. L *certus* — more at CERTAIN] *vt* (1652)  1 : to make a plan for ⟨~ measures for aiding the poor⟩  2 : to settle or adjust by conferring and reaching an agreement ⟨~*ed* their differences⟩ ~ *vi* : to act in harmony or conjunction

**con-cert-ed** \kən-'sər-təd\ *adj* (1706)  1 a : mutually contrived or agreed on ⟨a ~ effort⟩  b : performed in unison ⟨~ artillery fire⟩  2 : arranged in parts for several voices or instruments — **con-cert-ed-ly** *adv* — **con-cert-ed-ness** *n*

**con-cert-go-er** \'kän(t)-sərt-ˌgō(-ə)r, 'kän-ˌsərt-\ *n* (1853) : one who frequently attends concerts — **con-cert-go-ing** \-ˌgō-iŋ, -ˌgō(-)iŋ\ *n or adj*

**concert grand** *n* (1885) : a grand piano of the largest size adapted in volume, timbre, and brilliance of tone to concert use

**con-cer-ti-na** \ˌkän(t)-sər-'tē-nə\ *n* [prob. fr. ¹*concert* + It *-ina*, dim. suffix] (1837)  1 : a musical instrument of the accordion family  2 : CONCERTINA WIRE

**concertina wire** *n* (1930) : a coiled barbed wire for use as an obstacle

**con-cer-ti-no** \ˌkän-chər-'tē-(ˌ)nō\ *n, pl* **-nos** [It, dim. of *concerto*] (ca. 1801)  1 : the solo instruments in a concerto grosso  2 : a short concerto

**con-cert-ize** \'kän(t)-sər-ˌtīz\ *vi* **-ized; -iz-ing** (1847) : to perform professionally in concerts

**con-cert-mas-ter** \'kän(t)-sərt-ˌmas-tər\ *or* **con-cert-meis-ter** \-ˌmī-stər\ *n* [G *Konzertmeister*, fr. *Konzert* concert + *Meister* master] (1853) : the leader of the first violins of an orchestra and by custom usu. the assistant to the conductor

**con-cer-to** \kən-'cher-(ˌ)tō *also* -'chər-\ *n, pl* **-ti** \-(ˌ)tē\ *or* **-tos** [It, fr. *concerto* concert] (1730) : a piece for one or more soloists and orchestra with three contrasting movements

**concerto gros-so** \-'grō-(ˌ)sō, -'grō-\ *n, pl* **concerti gros-si** \-(ˌ)sē\ [It, lit., big concerto] (1724) : a baroque orchestral composition featuring a small group of solo instruments contrasting with the full orchestra

**concert pitch** *n* (1767)  1 : INTERNATIONAL PITCH  2 : a high state of fitness, tension, or readiness

**con-ces-sion** \kən-'se-shən\ *n* [ME *concessyon*, fr. AF *concessioun*, fr. L *concession-, concessio*, fr. *concedere* to concede] (15c)  1 a : the act or an instance of conceding  b : the admitting of a point claimed in ar-

---

\ə\ about  \ˀ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \o\̇ law  \ȯi\ boy  \th\ thin  \t̲h̲\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision, beige  \k, ⁿ, œ, ᴜ, ᴧ\ *see Guide to Pronunciation*