**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>ALL CASES | |

**DECLARATION OF DAVID D. CROSS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ANSWERS TO DEFENDANTS' INTERROGATORIES AND REQUESTS FOR ADMISSIONS**

I, David D. Cross, declare as follows:

1. Attached hereto as Exhibit 1 is a true and correct copy of BNSF Railway Company's First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs, dated Oct. 20, 2010.

2. Attached hereto as Exhibit 2 is a true and correct copy of CSX Transportation, Inc.'s First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs, dated Oct. 20, 2010.

3. Attached hereto as Exhibit 3 is a true and correct copy of Norfolk Southern Railway Company's First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs, dated Oct. 20, 2010.

4. Attached hereto as Exhibit 4 is a true and correct copy of Union Pacific Railway Company's First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs, dated Oct. 20, 2010.

5. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Second Amended Consolidated Objections and Responses to Defendants' Joint First Requests for Admissions, dated May 11, 2011.

6. Attached hereto as Exhibit 6 is a true and correct copy of a letter dated March 17, 2011, to Steig Olson and Marc Greenwald from David Cross.

7. Attached hereto as Exhibit 7 is a true and correct copy of Direct Purchaser Plaintiffs' Second Amended Consolidated Objections and Responses to the First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs by: (1) BNSF Railway Company; (2) CSX Transportation, Inc.; Norfolk Southern Railway Company; and (4) Union Pacific Railway Company, dated May 11, 2011.

8. Attached hereto as Exhibit 8 are excerpts from a true and correct copy of the transcript of the deposition of Gordon Rausser, Ph.D, on Sept. 24, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 18, 2011.

/s/ David D. Cross
David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500