**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>ALL CASES | |

**DECLARATION OF DAVID D. CROSS IN SUPPORT OF DEFENDANT CSX TRANSPORTATION'S MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT THEREOF**

I, David D. Cross, declare as follows:

1. Attached hereto as Exhibit 1 is a true and correct copy of the October 15, 2010 Notice of Deposition of Michael J. Ward.

2. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' October 19, 2010 Notice of Deposition Under Rule 30(b)(6) to CSX Transportation, Inc.

3. Attached hereto as Exhibit 3 is a true and correct copy of Direct Purchaser Plaintiffs' First Request for Production to Defendant CSX Transportation, Inc., dated March 14, 2008.

4. Attached hereto as Exhibit 4 is a true and correct copy of Direct Purchaser Plaintiffs' Second Request for Production to Defendant CSX Transportation, Inc., dated December 30, 2008.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Class Action Complaint filed by Dakota Granite Company on June 15, 2007 in Case No. 07-cv-0178-PLF (D.D.C.).

6. Attached hereto as Exhibit 6 is a true and correct copy of an e-mail sent by David David Cross to Steig Olson and Marc Greenwald on October 28, 2010 at 4:07pm.

7. Attached hereto as Exhibit 7 is a true and correct copy of an e-mail sent by Steig Olson to David Cross and Marc Greenwald on November 2, 2010 at 4:30pm.

8. Attached hereto as Exhibit 8 is a true and correct copy of CSXFSC000137621-000137740, which has been produced to Plaintiffs in this litigation.

9. Attached hereto as Exhibit 9 is a true and correct copy of CSXFSC000352064-000352095, which has been produced to Plaintiffs in this litigation.

10. Attached hereto as Exhibit 10 are excerpts from a true and correct copy of the transcript of the deposition of Clyde McIntyre, Jr., taken on February 18, 2010.

11. Attached hereto as Exhibit 11 are excerpts from a true and correct copy of the transcript of the deposition of Donna Cerwonka, taken on August 13, 2010.

12. Attached hereto as Exhibit 12 are excerpts from a true and correct copy of the transcript of the deposition of Dean Piacente, taken on August 13, 2010.

13. Attached hereto as Exhibit 13 are excerpts from a true and correct copy of the transcript of the deposition of Timothy McNulty, taken on August 10, 2010.

14. Attached hereto as Exhibit 14 are excerpts from a true and correct copy of the transcript of the deposition of Michael Giftos, taken on February 25, 2010.

15. Attached hereto as Exhibit 15 are excerpts from a true and correct copy of the transcript of the deposition of Clarence Gooden, taken on July 17, 2010.

16. Attached hereto as Exhibit 16 are excerpts from a true and correct copy of the transcript of the deposition of John Couch, taken on August 3, 2010.

17. Attached hereto as Exhibit 17 is a true and correct copy of Direct Purchaser Plaintiffs' Second Set of Interrogatories to Defendant CSX Transportation, Inc., dated October 20, 2010.

18. Attached hereto as Exhibit 18 is a true and correct copy of Direct Purchaser Plaintiffs' First Set of Requests for Admission to Defendant CSX Transportation, Inc., dated October 20, 2010

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 8, 2010.

/s/ David D. Cross
David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500