**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This document relates to:<br><br>ALL CASES | |

**DECLARATION OF DAVID D. CROSS IN SUPPORT OF MOTION TO COMPEL CERTAIN DISCOVERY FROM PLAINTIFFS AND A RULE 30(B)(6) DEPOSITION OF PLAINTIFF OLIN**

I, David D. Cross, declare as follows:

1. Attached hereto as Exhibit 1 are excerpts from a true and correct copy of the Revised Expert Report of Robert D. Willig, Docket No. 389.

2. Attached hereto as Exhibit 2 are excerpts from a true and correct copy of Plaintiffs' Memorandum in Support of Motion for Class Certification, Docket No. 337.

3. Attached hereto as Exhibit 3 are excerpts from a true and correct copy of the transcript of the deposition of Plaintiff Strates Shows, Inc., through its designated Rule 30(b)(6) witness, Efstrateos Jay Strates, on April 16, 2010.

4. Attached hereto as Exhibit 4 are excerpts from a true and correct copy of the transcript of the deposition of Gordon Rausser, Ph.D, on June 3, 2010.

5. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff Olin Corporation's ("Olin") March 4, 2010 Objections and Responses to Defendants' Joint First Set of Interrogatories.

6. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Olin's March 4, 2010 Objections and Responses to Defendants' Joint First Request for Production of Documents.

7. Attached hereto as Exhibit 7 are true and correct copies of documents Bates-stamped OLI092022-23, OLI099418, produced by Plaintiff Olin.

8. Attached hereto as Exhibit 8 is a true and correct copy of the March 3, 2010 Amended Notice of Deposition to Plaintiff U.S. Magnesium LLC ("U.S. Magnesium").

9. Attached hereto as Exhibit 9 is a true and correct copy of the March 3, 2010 Amended Notice of Deposition to Plaintiff Nyrstar Taylor Chemicals, Inc. ("Nyrstar").

10. Attached hereto as Exhibit 10 is a true and correct copy of the March 3, 2010 Amended Notice of Deposition to Plaintiff Donnelly Commodities, Inc. ("Donnelly").

11. Attached hereto as Exhibit 11 is a true and correct copy of the March 17, 2010 Notice of Deposition to Plaintiff Olin.

12. Attached hereto as Exhibit 12 is a true and correct copy of the March 17, 2010 Notice of Deposition to Plaintiff Carter Distributing Co. ("Carter").

13. Attached hereto as Exhibit 13 is a true and correct copy of the March 17, 2010 Notice of Deposition to Plaintiff Dust Pro, Inc. ("Dust Pro").

14. Attached hereto as Exhibit 14 is a true and correct copy of the March 17, 2010 Amended Notice of Deposition to Plaintiff Dakota Granite, Inc. ("Dakota Granite").

15. Attached hereto as Exhibit 15 is a true and correct copy of the March 17, 2010 Notice of Deposition to Plaintiff Strates Shows.

16. Attached hereto as Exhibit 16 is a true and correct copy of an email dated March 4, 2010, to Jennifer Patterson from Stephen Neuwirth.

17. Attached hereto as Exhibit 17 are excerpts from a true and correct copy of the transcript of the deposition of Plaintiff Nyrstar, through its designated Rule (30)(b)(6) witnesses, Betsy L. Myers and Corneice Hester, on March 11, 2010.

18. Attached hereto as Exhibit 18 are excerpts from a true and correct copy of the transcript of the deposition of Plaintiff Donnelly, through its designated Rule (30)(b)(6) witness, Michael Donnelly, on March 16, 2010.

19. Attached hereto as Exhibit 19 are excerpts from a true and correct copy of the transcript of the deposition of Plaintiff Carter, through its designated Rule (30)(b)(6) witness, Blair Carter, on May 11, 2010.

20. Attached hereto as Exhibit 20 are excerpts from a true and correct copy of the transcript of the deposition of Plaintiff Olin, through its designated Rule 30(b)(6) witness, Michael Gilley, on May 5, 2010.

21. Attached hereto as Exhibit 21 are excerpts from a true and correct copy of the transcript of the deposition of Plaintiff Dust Pro, through its designated Rule 30(b)(6) witness, Louis Snow, on June 4, 2010.

22. Attached hereto as Exhibit 22 are excerpts from a true and correct copy of the deposition of Plaintiff U.S. Magnesium, through its designated Rule 30(b)(6) witness, Dr. Howard I. Kaplan, on March 10, 2010.

23. Attached hereto as Exhibit 23 is a true and correct copy of a letter dated June 25, 2010, to Stephen Neuwirth from David Cross.

24. Attached hereto as Exhibit 24 is a true and correct copy of a letter dated July 9, 2010, to David Cross from Sami Rashid.

25. Attached hereto as Exhibit 25 are excerpts from a true and correct copy of the Corrected Expert Report of Gordon Rausser, Ph.D., Docket No. 368.

26. Attached hereto as Exhibit 26 are excerpts from a true and correct copy of the rough transcript of the deposition of Timothy McNulty, on August 10, 2010.

27. Attached hereto as Exhibit 27 are excerpts from a true and correct copy of the rough transcript of the deposition of David Garin, on August 16, 2010.

28. Attached hereto as Exhibit 28 is a true and correct copy of the declaration of David Garin, attached to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, Docket No. 381.

29. Attached hereto as Exhibit 29 are excerpts from a true and correct copy of the rough transcript of the deposition of Donna Cerwonka, on August 13, 2010.

30. Attached hereto as Exhibit 30 are excerpts from a true and correct copy of Plaintiffs' Second Consolidated Amended Class Action Complaint, Docket No. 324.

31. Attached hereto as Exhibit 31 is a true and correct copy of *In re Urethane Antitrust Litig.*, slip op., U.S. District Court for the District of Kansas, Case No. 04-MD-1616-JWL (Jan. 20, 2010).

32. Attached hereto as Exhibit 32 is a true and correct copy of *J.B.D.L. Corp. v. Wyeth-Ayerst Labs., Inc.*, Case No. C-1-01-704, slip op. (S.D. Ohio June 7, 2004).

33. Attached hereto as Exhibit 33 are excerpts from a true and correct copy of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, Docket No. 381.

34. Attached hereto as Exhibit 34 is a true and correct copy of email correspondence from March 30 to April 22, 2010, between Jennifer Patterson and Joseph Hammond.

35. Attached hereto as Exhibit 35 is a true and correct copy of an email dated August 20, 2010, to Stephen Neuwirth from David Cross.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 23, 2010.

David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500