**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/JMF/AK) |
| This document relates to:<br><br>ALL DIRECT PURCHASER CASES | **PUBLIC VERSION** |

**DECLARATION OF GARY A. WINTERS SUBMITTED IN SUPPORT OF BNSF RAILWAY COMPANY'S MOTION FOR PROTECTIVE ORDER**

I, Gary A. Winters, hereby declare as follows:

1. I am a member of the Bar of the District of Columbia and a partner in the law firm of Mayer Brown LLP, counsel for Defendant BNSF Railway Company ("BNSF") in the above-captioned matter. I have personal knowledge of the matters set forth herein. I submit this declaration in conjunction with the Reply Memorandum in Support of BNSF's Motion for Protective Order, dated December 3, 2010.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant BNSF's Answer to the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint, filed December 18, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant BNSF's Answer to the Direct Purchaser Plaintiffs' Second Consolidated Amended Class Action Complaint, filed February 22, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of Reply Memorandum of Defendants in Support of Defendants' Motion for Phased Discovery, filed March 24, 2009.

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Joint

Responses & Objections to Direct Purchaser Plaintiffs' First Request for Production, served November 24, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant BNSF's Responses & Objections to Direct Purchaser Plaintiffs' Second Request for Production, served February 2, 2009.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2010 at Washington, D.C.

/s/ Gary A. Winters
Gary A. Winters