**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | |

**DECLARATION OF KYLE R. TAYLOR**

I, Kyle R. Taylor, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, Co-Lead Class Counsel in the above-captioned matter. I submit this declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Modify Scheduling Order.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the September 13, 2012 motion hearing.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the August 9, 2012 status conference.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Union Pacific Railroad Company's Objections and Second Supplemental Response to Interrogatory No. 1 in Direct Purchaser Plaintiffs' First Set of Interrogatories, dated September 21, 2012.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the October 9, 2012 Rule 30(b)(6) deposition of Union Pacific Railroad Company.

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant CSX Transportation Inc.'s Supplemental Objections and Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories to Defendant CSX Transportation, Inc., dated January 12, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Shari Lahlou to Stephen Neuwirth, dated January 26, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2012, in New York, New York.

Kyle R. Taylor

**CERTIFICATE OF SERVICE**

I, Kyle R. Taylor, an attorney, hereby certify that on October 26, 2012, I caused a true and correct copy of the foregoing declaration and accompanying exhibits to be served by hand delivery on the following counsel for Defendants:

Richard J. Favretto
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006

*Counsel for Defendant BNSF Railway Company*

David Cross
CROWELL & MORING LLP
1101 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendant CSX Transportation, Inc.*

John M. Nannes
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Counsel for Defendant Norfolk Southern Railway Co.*

Alan M. Wiseman
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendant Union Pacific Railroad Co.*

/s/ Kyle R. Taylor