**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF) |

## OXBOW'S MOTION TO DISQUALIFY COUNSEL

Oxbow Carbon & Minerals LLC; Oxbow Calcining LLC; Oxbow Mining, LLC; Oxbow Calcining International LLC; Oxbow Midwest Calcining LLC; and Terror Creek LLC (collectively, "Oxbow"), as class members and movants in the captioned case (and plaintiffs in the related case *Oxbow Carbon & Minerals LLC v. Union Pacific Railroad Co.*, ECF No. 1, 1:11-cv-01049-PLF), move this Court under applicable law and the Court's inherent powers for an order disqualifying Latham & Watkins LLP as counsel for Defendant Union Pacific Railroad ("UP"), awarding Oxbow it's attorneys' fees and costs incurred in seeking such relief, and for such other and further relief as may be just and proper.  This Motion is made for good cause as set forth in the accompanying Memorandum of Points and Authorities and supporting documents.  On February 12, 2013, pursuant to LCvR 7(m), counsel for Oxbow consulted by telephone and e-mail with Latham & Watkins.  Latham confirmed that it would not voluntarily withdraw and that UP would oppose Oxbow's Motion to Disqualify.

Dated:  February 12, 2013

Respectfully submitted

TROUTMAN SANDERS LLP

  /s/ John R. Gerstein
John R. Gerstein, D.C. Bar No. 913228
Merril Hirsh, D.C. Bar No. 366952
901 9th Street, NW, Suite 1000
Washington, DC 20004-2134
Telephone:  (202) 274-2950

Fletcher Paddison
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone:  (858) 509-6007

*Attorneys for Oxbow Carbon & Minerals LLC; Oxbow*
*Mining, LLC; Oxbow Calcining International LLC; Oxbow Midwest*
*Calcining LLC; Oxbow Calcining LLC; and Terror Creek LLC*