**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869 |
| | Misc. No. 07-489 (PLF/AK/JMF) |
| This Document Relates To: ALL DIRECT PURCHASER CASES | |

**STIPULATION AND PROPOSED ORDER**

  WHEREAS, Defendants approached Plaintiffs on February 4, 2013, to propose certain adjustments to the case schedule to accommodate contemplated motion practice;

  WHEREAS, Plaintiffs advised Defendants that in light of Defendants' having served, on January 22, 2013, seven merits experts reports, Plaintiffs would need time beyond the current deadline of March 4, 2013, to prepare and serve their rebuttal expert report(s);

  WHEREAS, during the month of February the parties met and conferred for the purpose of seeking agreement on proposed revisions to the case schedule (Dkt. No. 631), including among other things an extension of the current March 4, 2013 deadline for Plaintiffs to serve their rebuttal expert report(s);

  WHEREAS, all parties have not yet reached agreement on a proposed scheduling order, but all parties have stated that they are interested in attempting in the coming days to reach an agreement among all parties;

  WHEREAS, in the event that such an agreement cannot be reached among all parties this week, Plaintiffs intend to file a motion seeking a modification to the current schedule;

WHEREAS, all parties agree that Plaintiffs' deadline for serving their rebuttal expert report(s) should immediately be extended 30 days to permit the parties additional time to seek agreement on a proposed scheduling order and, in the event an agreement cannot be reached, to accommodate expedited briefing on a motion;

THEREFORE, Plaintiffs and Defendants STIPULATE and AGREE to the following scheduling adjustments, subject to the Court's approval:

1. Plaintiffs shall have until March 8, 2013 to file a motion to modify the schedule in the event all parties are unable to reach agreement on a proposed scheduling order by or before that date.

2. Defendants shall have until March 15, 2013 to file a response to any such motion.

3. Plaintiffs shall have until March 18, 2013 to file a reply in support of any such motion.

4. Pending the Court's resolution of the motion, (a) Plaintiffs shall have an extension of 30 days, until April 3, 2013, to submit their rebuttal expert report(s); and (b) all other deadlines in the schedule shall be extended by 30 days.

Dated: March 4, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Michael D. Hausfeld* | */s/ Stephen R. Neuwirth* |
| Michael D. Hausfeld | Stephen R. Neuwirth |
| William P. Butterfield | Richard I. Werder, Jr. |
| Seth R. Gassman | Sami H. Rashid |
| Sathya S. Gosselin | QUINN EMANUEL URQUHART |
| HAUSFELD LLP | & SULLIVAN, LLP |
| 1700 K Street NW, Suite 650 | 51 Madison Avenue, 22nd Floor |
| Washington, DC 20006 | New York, New York 10010 |
| Telephone: (202) 540-7200 | Telephone: (212) 849-7000 |
| Facsimile: (202) 540-7201 | Facsimile: (212) 849-7100 |
| Email: mhausfeld@hausfeldllp.com | Email: stephenneuwirth@quinnemanuel.com |

Michael P. Lehmann
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

*Co-Lead Class Counsel*

/s/ Tara L. Reinhart
John M. Nannes
Tara L. Reinhart
Sean M. Tepe
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000

Saul P. Morgenstern
Jennifer B. Patterson
Amanda C. Croushore
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

Claudia R. Higgins
KAYE SCHOLER LLP
901 Fifteenth Street, NW
Washington, DC 20005
(202) 682-3500

*Attorneys for Petitioner Norfolk Southern Railway Company*

/s/ David G. Meyer
Tyrone R. Childress
David G. Meyer
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
(213) 489-3939

Maureen E. Mahoney
J. Scott Ballenger
LATHAM & WATKINS, LLP
555 11th Street, NW Suite 1000
(202) 637-2200

Alan M. Wiseman
Thomas A. Isaacson
COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004-2401
(202) 662-6000

*Attorneys for Petitioner Union Pacific Railroad Company*

*/s/ Randy M. Mastro*
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4047

Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Samuel L. Sipe, Jr.
Linda Stein
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Theodore J. Boutros, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Veronica S. Lewis
Robert C. Walters
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue Suite 1100
Dallas, TX 75201
(214) 698-3100

*Attorneys for Petitioner BNSF Railway Company*

*/s/ David D. Cross*
Kent A. Gardiner
Kathryn D. Kirmayer
Shari Ross Lahlou
David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500

*Attorneys for Petitioner CSX Transportation, Inc.*

## **PROPOSED ORDER**

Good cause appearing therefore, it is so ordered.

Dated: _____

                                                                         _____
                                                                          Hon. Paul L. Friedman
                                                                          United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

/s/Sami Rashid