**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869 |
| | Misc. No. 07-489 (PLF/AK/JMF) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, under the current schedule, Plaintiffs' rebuttal expert report(s) were due March 4, 2013 (Dkt. No. 631);

WHEREAS, on January 22, 2013, Defendants served seven expert reports, and Plaintiffs have represented they need additional time to respond to these reports;

WHEREAS, on February 4, 2013, Defendants represented to Plaintiffs that certain class member contracts contain arbitration clauses, and Defendants apprised Plaintiffs of their intention to file a motion requesting that the existing schedule be modified to permit motions to compel arbitration, on the basis of what Defendants have asserted are relevant arbitration clauses in certain class member contracts ("Arbitration Motions"), to be filed after the opt-out deadline for class members, which under the current schedule will fall after the conclusion of summary judgment briefing;

WHEREAS, except as expressly provided for herein, all parties reserve all rights with respect to any Arbitration Motion, including without limitation any argument existing as of February 4, 2013 (including any argument that Defendants had already waived any Arbitration Motion as of February 4, 2013);

WHEREAS, Plaintiffs agree not to argue waiver, forfeiture, or prejudice based on the fact that Defendants do not file any Arbitration Motion(s) between February 4, 2013 and 30 days after the period for opting out of the class has expired;

WHEREAS, the parties have agreed to the scheduling adjustments set forth below, but all parties reserve all rights to seek or oppose further scheduling adjustments based on this Stipulation and Order and/or future developments;

THEREFORE, Plaintiffs and Defendants STIPULATE and AGREE to the following, subject to the Court's approval:

1. Plaintiffs shall submit their rebuttal expert report(s) on or before June 11, 2013.

2. The parties shall agree upon a schedule for expert depositions, and all expert depositions shall be completed on or before August 9, 2013.

3. All *Daubert* motions and summary judgment motions shall be filed no later than October 2, 2013.

4. All opposition briefs to *Daubert* motions and summary judgment motions shall be filed no later than December 3, 2013.

5. All reply briefs in support of *Daubert* motions and summary judgment motions shall be filed no later than January 13, 2014.

6. The fact that Defendants do not file any Arbitration Motion(s) between February 4, 2013 and up to 30 days after the period for opting out of the class has expired shall not waive, forfeit, or prejudice any rights Defendants possessed as of February 4, 2013 to file any Arbitration Motion(s).

7. All parties' rights are reserved with respect to any Arbitration Motion, including without limitation any argument existing as of February 4, 2013 (including any argument that the Defendants had already waived any Arbitration Motion as of February 4, 2013).

Dated: March 8, 2013

Respectfully submitted,

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
William P. Butterfield
Seth R. Gassman
Sathya S. Gosselin
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeldllp.com

*/s/ Stephen R. Neuwirth*
Stephen R. Neuwirth
Richard I. Werder, Jr.
Sami H. Rashid
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

*Co-Lead Class Counsel*

| | |
|---|---|
| */s/ Tara L. Reinhart* | |
| John M. Nannes | Saul P. Morgenstern |
| Tara L. Reinhart | Jennifer B. Patterson |
| Sean M. Tepe | Amanda C. Croushore |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | KAYE SCHOLER LLP |
| 1440 New York Avenue, N.W. | 425 Park Avenue |
| Washington, DC 20005 | New York, NY 10022 |
| (202) 371-7000 | (212) 836-8000 |
| | |
| | Claudia R. Higgins |
| | KAYE SCHOLER LLP |
| | 901 Fifteenth Street, NW |
| | Washington, DC 20005 |
| | (202) 682-3500 |

*Attorneys for Defendant Norfolk Southern Railway Company*

| | |
|---|---|
| */s/ David G. Meyer* | |
| Tyrone R. Childress | Maureen E. Mahoney |
| David G. Meyer | J. Scott Ballenger |
| JONES DAY | LATHAM & WATKINS, LLP |
| 555 South Flower Street, 50th Floor | 555 11th Street, NW Suite 1000 |
| Los Angeles, CA 90071-2300 | (202) 637-2200 |
| (213) 489-3939 | |
| | |
| | Alan M. Wiseman |
| | Thomas A. Isaacson |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Ave, NW |
| | Washington, DC 20004-2401 |
| | (202) 662-6000 |

*Attorneys for Defendant Union Pacific Railroad Company*

*/s/ Randy M. Mastro*
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4047

Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Samuel L. Sipe, Jr.
Linda Stein
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Theodore J. Boutros, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Veronica S. Lewis
Robert C. Walters
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue Suite 1100
Dallas, TX 75201
(214) 698-3100

*Attorneys for Defendant BNSF Railway Company*

*/s/ David D. Cross*
Kent A. Gardiner
Kathryn D. Kirmayer
Shari Ross Lahlou
David D. Cross
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

4

## **PROPOSED ORDER**

Good cause appearing therefore, it is so ordered.

Dated: _____

_____
Hon. Paul L. Friedman
United States District Judge

**CERTIFICATE OF SERVICE**

I, Sami H. Rashid, hereby certify that on March 8, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

/s/ Sami H. Rashid