# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | **MDL Docket No. 1869** |
| This Document Relates To: DIRECT PURCHASER CASES | **Misc. No. 07-489 (PLF/AK/JMF)** |

## STIPULATION AND PROPOSED ORDER

WHEREAS, under the current schedule, all expert depositions were to be completed by August 9, 2013, and all summary judgment and *Daubert* motions were to be filed by October 2, 2013 (Dkt. No. 640);

WHEREAS, on June 12, 2013, Plaintiffs served three rebuttal expert reports in response to the seven expert reports previously served by Defendants;

WHEREAS, Defendants have represented they need additional time to prepare to depose Plaintiffs' experts and prepare for summary judgment and *Daubert* motions, and Plaintiffs have represented that, in turn, they would need additional time to respond to any such motions;

WHEREAS, the parties have agreed to the scheduling adjustments set forth below, but all parties reserve all rights to seek or oppose further scheduling adjustments as appropriate;

THEREFORE, Plaintiffs and Defendants STIPULATE and AGREE to the following, subject to the Court's approval:

1. All expert depositions concerning the rebuttal expert reports shall be completed on or before September 30, 2013.

2. Any *Daubert* motions and summary judgment motions shall be filed no later than November 6, 2013.

3. All opposition briefs to any *Daubert* motions and summary judgment motions shall be filed no later than January 23, 2014.

4. All reply briefs in support of *Daubert* motions and summary judgment motions shall be filed no later than March 5, 2014.

Dated: July 17, 2013                                              Respectfully submitted,

                                        /s/ David D. Cross
David D. Cross
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| Randy M. Mastro | s/ Veronica S. Lewis |
| GIBSON, DUNN & CRUTCHER LLP | Veronica S. Lewis |
| 200 Park Avenue | Robert C. Walters |
| New York, NY 10166 | GIBSON, DUNN & CRUTCHER LLP |
| (212) 351-4047 | 2100 McKinney Avenue, Suite 1100 |
| | Dallas, TX 75201 |
| | (214) 698-3100 |
| | |
| Andrew S. Tulumello | Theodore J. Boutros, Jr. |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1050 Connecticut Avenue, NW | 333 South Grand Avenue |
| Washington, DC 20036 | Los Angeles, CA 90071 |
| (202) 955-8500 | (213) 229-7000 |
| | |
| Samuel L. Sipe, Jr. | |
| Linda Stein | |
| STEPTOE & JOHNSON LLP | |
| 1330 Connecticut Avenue, NW | |
| Washington, DC 20036 | |
| (202) 429-3000 | |

*Attorneys for Defendant BNSF Railway Company*

| | |
|---|---|
| | /s/ John M. Nannes |
| Saul P. Morgenstern | John M. Nannes |
| Jennifer B. Patterson | Tara Reinhart |
| Amanda C. Croushore | Sean M. Tepe |
| KAYE SCHOLER LLP | SKADDEN, ARPS, SLATE, MEAGHER & |

2

| | |
|---|---|
| 425 Park Avenue | FLOM LLP |
| New York, NY 10022 | 1440 New York Avenue, N.W. |
| (212) 836-8000 | Washington, D.C. 20005 |
| | (202) 371-7000 |

*Attorneys for Defendant Norfolk Southern Railway Co.*

| | |
|---|---|
| | /s/ Alan M. Wiseman |
| Tyrone R. Childress | Alan M. Wiseman |
| David G. Meyer | Thomas A. Isaacson |
| JONES DAY | COVINGTON & BURLING LLP |
| 555 South Flower Street, 50th Floor | 1201 Pennsylvania Avenue, NW |
| Los Angeles, CA 90071-2300 | Washington, DC 20004-2401 |
| (213) 489-3939 | (202) 662-5069 |

Maureen E. Mahoney
J. Scott Ballenger
LATHAM & WATKINS, LLP
555 11th Street, NW Suite 1000
(202) 637-2200

*Attorneys for Defendant Union Pacific Railroad Co.*

| | |
|---|---|
| */s/ Michael D. Hausfeld* | */s/ Stephen R. Neuwirth* |
| Michael D. Hausfeld | Stephen R. Neuwirth |
| William P. Butterfield | Richard I. Werder, Jr. |
| Seth R. Gassman | Dan Brockett |
| Sathya S. Gosselin | Kyle Taylor |
| HAUSFELD LLP | Ben Harrington |
| 1700 K Street NW, Suite 650 | QUINN EMANUEL URQUHART |
| Washington, DC 20006 |   & SULLIVAN, LLP |
| Telephone: (202) 540-7200 | 51 Madison Avenue, 22nd Floor |
| Facsimile: (202) 540-7201 | New York, New York 10010 |
| Email: mhausfeld@hausfeldllp.com | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | Email: stephenneuwirth@quinnemanuel.com |

*Co-Lead Class Counsel*

4

**CERTIFICATE OF SERVICE**

    I, David Cross, certify that on July 17, 2013, I caused true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to counsel for all parties.

                                                        /s/David Cross
                                                          David Cross