# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | **MDL Docket No. 1869** |
| This Document Relates To:<br><br>DIRECT PURCHASER CASES | **Misc. No. 07-489 (PLF/AK/JMF)** |

## STIPULATION AND PROPOSED ORDER AMENDING SCHEDULING ORDER

WHEREAS, pursuant to this Court's July 19, 2013 Scheduling Order (Dkt. No. 656), all expert depositions concerning rebuttal expert reports currently are due to be completed on or before September 30, 2013;

WHEREAS, depositions of two of Plaintiffs' three rebuttal experts currently are noticed for September 24, 2013 and October 1, 2013 respectively;

WHEREAS, Defendants filed a motion to compel discovery related to Plaintiffs' third rebuttal expert (Dkt. No. 658), which is fully briefed and pending resolution by this Court;

WHEREAS, on August 9, 2013, the U.S. Court of Appeals for the District of Columbia entered an order vacating and remanding the order granting Plaintiffs Motion for Class Certification in this case (Dkt. No. 540);

WHEREAS, on September 11, 2013, this Court issued a Memorandum Opinion and Order (Dkt. No. 671), vacating certain deadlines and scheduling a Case Management Conference for October 4, 2013 to discuss, *inter alia,* the procedures and schedule for the remand;

WHEREAS, Plaintiffs and Defendants agree that in light of the Court of Appeals order vacating and remanding this Court's class certification order, it would be premature to proceed with the scheduled depositions of Plaintiffs' rebuttal experts until this Court has provided guidance on the procedures and schedule for the remand;

THEREFORE, Plaintiffs and Defendants STIPULATE and AGREE, subject to the Court's approval, that the current deadline for depositions of Plaintiffs' rebuttal experts contained in this Court's July 19, 2013 Scheduling Order (Dkt. No. 656) is hereby vacated, to be reset at or after the October 4, 2013 Case Management Conference.

It is SO ORDERED.

    ENTERED THIS ____ DAY OF _____ 2013.


                                                                  _____
                                                                  PAUL FRIEDMAN
                                                                  United States District Judge

STIPULATED AND AGREED this 16th day of September, 2013:

                                                  /s/ David D. Cross
David D. Cross
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| /s/ Tara L. Reinhart | Saul P. Morgenstern |
| John M. Nannes | Jennifer B. Patterson |
| Tara L. Reinhart | Amanda C. Croushore |
| Sean M. Tepe | KAYE SCHOLER LLP |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 425 Park Avenue |
| 1440 New York Avenue, N.W. | New York, NY 10022 |
| Washington, DC 20005 | (212) 836-8000 |
| (202) 371-7000 | |
| | Claudia R. Higgins |
| | KAYE SCHOLER LLP |
| | 901 Fifteenth Street, NW |
| | Washington, DC 20005 |
| | (202) 682-3500 |

*Attorneys for Defendant Norfolk Southern Railway Company*

| | |
|---|---|
| /s/ David G. Meyer | Daniel M. Wall |
| Tyrone R. Childress | Tim O'Mara |
| David G. Meyer | LATHAM & WATKINS LLP |
| JONES DAY | 505 Montgomery Street |
| 555 South Flower Street, 50th Floor | Suite 200 |
| Los Angeles, CA 90071-2300 | San Francisco, CA 94111-6538 |
| (213) 489-3939 | (415) 391-0600 |
| | |
| | Alan M. Wiseman |
| | Thomas A. Isaacson |
| | COVINGTON & BURLING LLP |
| | 1201 Pennsylvania Ave, NW |
| | Washington, DC 20004-2401 |
| | (202) 662-6000 |

*Attorneys for Defendant Union Pacific Railroad Company*

3

/s/ Randy M. Mastro
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4047

Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Samuel L. Sipe, Jr.
Linda Stein
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

Theodore J. Boutros, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Veronica S. Lewis
Robert C. Walters
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue Suite 1100
Dallas, TX 75201
(214) 698-3100

*Attorneys for Defendant BNSF Railway Company*

/s/ Michael D. Hausfeld
Michael D. Hausfeld
William P. Butterfield
Seth R. Gassman
Sathya S. Gosselin
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeldllp.com

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
Richard I. Werder, Jr.
Dan Brockett
Kyle Taylor
Ben Harrington
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email:stephenneuwirth@quinnemanuel.com

*Co-Lead Class Counsel*