IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/JMF/AK) |
| This document relates to:<br><br>DIRECT PURCHASER CASES | |

**STIPULATION AND [PROPOSED] ORDER**

In compliance with the Court's Order of October 16, 2013 (Dkt. No. 691, at 3), IT IS HEREBY STIPULATED AND AGREED that:

Supplemental Class Certification Briefing and Expert Depositions

1. Plaintiffs' supplemental opening memorandum of law shall not exceed 65 pages, and Plaintiffs shall file their supplemental opening memorandum of law, and any accompanying expert reports, no later than December 19, 2013. Plaintiffs shall provide Defendants at least seven days' notice if Plaintiffs determine to file their opening memorandum of law, and any accompanying expert reports, before December 19, 2013.

2. Defendants' supplemental answering memorandum(s) of law, whether a single memorandum or multiple memorandums from individual defendants, shall not exceed a combined total of 80 pages, and Defendants shall file their supplemental answering memorandum(s) of law, and any accompanying expert reports, no later than the earlier of March 31, 2014, or 102 days following filing of Plaintiffs' supplemental opening memorandum of law.

3.      Plaintiffs' supplemental reply memorandum of law shall not exceed one-half of the combined total number of pages of Defendants' supplemental answering memorandum(s) of law, and Plaintiffs shall file their supplemental reply memorandum of law, and any accompanying expert reports, no later than the earlier of May 27, 2014, or 57 days after the filing of Defendants' supplemental answering memorandum(s).

4.      The depositions of any experts who author an expert report in support of Plaintiffs' supplemental opening memorandum of law must be completed within 60 days of the filing of Plaintiffs' supplemental opening memorandum of law.  Consistent with Dkt. No. 673 and Dkt. No. 676, the depositions of Plaintiffs' merits rebuttal experts must also be completed within 60 days of the filing of Plaintiffs' supplemental opening memorandum of law.  In the event that any of Plaintiffs' merits rebuttal experts submit an expert report in support of Plaintiffs' supplemental opening memorandum of law, Defendants will not be entitled to two separate depositions of the same individual, but rather a single deposition of a length to be agreed by the parties or ordered by the Court.

5.      The depositions of any experts who author an expert report in support of Defendants' supplemental answering memorandum(s) of law must be completed within 30 days of the filing of defendants' supplemental memorandum(s) of law.

6.      The depositions of any experts who author an expert report in support of Plaintiffs' supplemental reply memorandum of law must be completed within 21 days of the filing of Plaintiffs' supplemental reply memorandum of law.

7.      The foregoing schedule has been set with the current expectation that no party shall serve or file an expert report authored by an individual who has not already authored a merits or class expert report in this litigation.

8. Data and other back-up materials (including, e.g., calculations and computer code that performs analysis) accompanying any expert report in support of Plaintiffs' supplemental opening memorandum of law must be served so that they are received by Defendants by noon EST on December 21, 2013. Data and other back-up materials (including, e.g., calculations and computer code that performs analysis) accompanying any other expert report must be served so that they are received by the opposing counsel at a single address within 3 business days after service and filing of the report.

It is SO ORDERED.

    ENTERED THIS ___ DAY OF _____ 2013.

                                                                           _____
                                                                           The Honorable Paul L. Friedman
                                                                           United States District Judge

STIPULATED AND AGREED this 29th day of October, 2013:

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ Stephen R. Neuwirth |
| Michael D. Hausfeld | Stephen R. Neuwirth |
| William P. Butterfield | Richard I. Werder, Jr. |
| Seth R. Gassman | Dan Brockett |
| Sathya S. Gosselin | Kyle Taylor |
| HAUSFELD LLP | Ben Harrington |
| 1700 K Street NW, Suite 650 | QUINN EMANUEL URQUHART |
| Washington, DC 20006 | & SULLIVAN, LLP |
| Telephone: (202) 540-7200 | 51 Madison Avenue, 22nd Floor |
| Facsimile: (202) 540-7201 | New York, New York 10010 |
| Email: mhausfeld@hausfeldllp.com | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | Email:stephenneuwirth@quinnemanuel.com |

*Co-Lead Class Counsel*

/s/ David D. Cross
David D. Cross
Kent A. Gardiner
Kathryn D. Kirmayer
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| /s/ Tara L. Reinhart | Saul P. Morgenstern |
| John M. Nannes | Jennifer B. Patterson |
| Tara L. Reinhart | Amanda C. Croushore |
| Sean M. Tepe | KAYE SCHOLER LLP |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 425 Park Avenue |
| 1440 New York Avenue, N.W. | New York, NY 10022 |
| Washington, DC 20005 | (212) 836-8000 |
| (202) 371-7000 | |
| | Claudia R. Higgins |
| | KAYE SCHOLER LLP |
| | 901 Fifteenth Street, NW |
| | Washington, DC 20005 |
| | (202) 682-3500 |

*Attorneys for Defendant Norfolk Southern Railway Company*

4

/s/ David G. Meyer
Tyrone R. Childress
David G. Meyer
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
(213) 489-3939

Daniel M. Wall
Tim O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 200
San Francisco, CA 94111-6538
(415) 391-0600

Alan M. Wiseman
Thomas A. Isaacson
COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004-2401
(202) 662-6000

*Attorneys for Defendant Union Pacific Railroad Company*

/s/ Randy M. Mastro
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4047

Theodore J. Boutros, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Veronica S. Lewis
Robert C. Walters
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue Suite 1100
Dallas, TX 75201
(214) 698-3100

Samuel L. Sipe, Jr.
Linda Stein
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000

*Attorneys for Defendant BNSF Railway Company*