UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | |

## JOINT NOTICE OF STIPULATION AND PROPOSED ORDER

The parties jointly submit this notice to request the Court's approval of the attached stipulation and proposed order, which extends from June 18 until July 31, 2014 the deadline for Defendants to depose Plaintiffs' two reply experts, Dr. Gordon Rausser and Dr. James McClave. Because of unanticipated scheduling conflicts, the earliest dates that worked for both counsel and the experts were during the final two weeks of July.

**Plaintiffs' position:**  Plaintiffs respectfully request that the Court schedule a hearing on Plaintiffs' pending renewed motion for class certification as soon after July 31 as would be convenient for the Court.  The scheduled briefing on the motion was fully submitted to the Court as of May 28, 2014.  Plaintiffs believe that oral argument of roughly one and one-half days should be appropriate, and that the voluminous record of expert depositions makes live expert testimony at the hearing unnecessary.  At a post-remand hearing before Your Honor, Defendants suggested that they might seek leave to file some form of sur-reply papers.  Plaintiffs do not believe any such sur-reply filing would be appropriate, both because Plaintiffs have the burden of proof on this motion and because nothing in Plaintiffs' reply papers merits such an extra round of briefing.  In any event, however, Plaintiffs respectfully submit that Defendants should not be

entitled to delay a decision on whether to seek such relief.  Defendants have had Plaintiffs' reply brief and reply expert reports since late May, and the question of whether some form of sur-reply is appropriate could only legitimately be based on the content of those papers.  Certainly there would be no legitimate basis to postpone a sur-reply request until after the expert depositions in late July.

**Defendants' position:**  Defendants intend to seek leave to file a short sur-reply to address a limited number of issues that arose in Plaintiffs' reply papers, particularly in the two new expert reports.  This will not delay matters at all, as Defendants will file their motion seeking leave within the next seven days and file any papers the Court allows before the upcoming depositions.  Upon resolution of the motion for leave, Defendants respectfully request that the Court hold a short status conference to discuss the structure and length of a hearing on class certification.  Defendants agree that such a hearing should take place as soon after July 31 as would be convenient for the Court.  Plaintiffs' proposal of a one and a half day hearing may prove to be workable, but it would be preferable, Defendants believe, to consider the parameters for the hearing in the context of a discussion of the parties' intentions regarding their presentation of the evidence and legal arguments, as well as the thoughts of the Court.

Dated:  June 17, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ Stephen R. Neuwirth |
| Michael D. Hausfeld (DC Bar #153742) | Stephen R. Neuwirth |
| William P. Butterfield (DC Bar #420354) | Richard I. Werder, Jr. |
| Seth R. Gassman (DC Bar #1011077) | Daniel L. Brockett |
| Sathya S. Gosselin (DC Bar #989710) | Kyle R. Taylor |
| HAUSFELD LLP | QUINN EMANUEL URQUHART |
| 1700 K Street NW, Suite 650 |   & SULLIVAN, LLP |
| Washington, DC 20006 | 51 Madison Avenue, 22nd Floor |
| Telephone:  (202) 540-7200 | New York, NY 10010 |
| Facsimile:  (202) 540-7201 | Telephone:  (212) 849-7000 |
| Email:  mhausfeld@hausfeldllp.com | Facsimile:  (212) 849-7100 |
| | Email:  stephenneuwirth@quinnemanuel.com |

*Interim Co-Lead Class Counsel*

| | |
|---|---|
| /s/ John M. Nannes | |
| John M. Nannes (D.C. Bar No. 195966) | Saul P. Morgenstern |
| Tara L. Reinhart (D.C. Bar No. 462106) | Jennifer B. Patterson |
| Sean M. Tepe (D.C. Bar No. 1001323) | Amanda C. Croushore |
| SKADDEN, ARPS, SLATE, | KAYE SCHOLER LLP |
|    MEAGHER & FLOM LLP | 425 Park Avenue |
| 1440 New York Avenue, N.W. | New York, NY 10022 |
| Washington, DC 20005 | Telephone:  (212) 836-8000 |
| Telephone:  (202) 371-7000 | |
| | Claudia R. Higgins (D.C. Bar No. 940288) |
| | KAYE SCHOLER LLP |
| | 901 Fifteenth Street, NW |
| | Washington, DC 20005 |
| | Telephone:  (202) 682-3500 |

*Attorneys for Defendant Norfolk Southern Railway Co.*

3

/s/ Daniel M. Wall
Daniel M. Wall
Timothy L. O'Mara
Christopher Campbell
Connie Sardo
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

J. Scott Ballenger (D.C. Bar No. 465252)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200

Tyrone R. Childress
David G. Meyer
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939

Alan M. Wiseman (D.C. Bar No. 187971)
Thomas A. Isaacson (D.C. Bar No. 376959)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000

*Attorneys for Defendant Union Pacific Railroad Co.*

/s/ Randy M. Mastro
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4047

Joshua H. Soven (D.C. Bar No. 436633)
Andrew S. Tulumello (D.C. Bar No. 468351)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8500

Samuel M. Sipe, Jr. (D.C. Bar No. 256446)
Linda Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000

Theodore J. Boutros, Jr.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

Veronica S. Lewis
Robert C. Walters
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3100

*Attorneys for Defendant BNSF Railway Co.*

<u>/s/ David D. Cross</u>
Kent A. Gardiner (D.C. Bar No. 432081)
Kathryn D. Kirmayer (D.C. Bar No. 424699)
Shari Ross Lahlou (D.C. Bar No. 476630)
David D. Cross (D.C. Bar No. 490187)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500

*Attorneys for Defendant CSX Transportation, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Stephen R. Neuwirth, certify that on June 17, 2014, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

                                              /s/ Stephen R. Neuwirth