**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |

**DECLARATION OF TIMOTHY O'MARA**

**PUBLICLY FILED VERSION**

I, Timothy O'Mara, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an active member in good standing with the State Bar of California and a partner at the law firm of Latham & Watkins LLP, counsel for Defendant Union Pacific Railroad Company ("UP") in the above-captioned matter. I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion for Class Certification.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of a hearing held in this matter on October 15, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of a hearing held in this matter on October 7, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated September 24, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated March 4, 2014, and Exhibit 1 thereto.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the oral argument before the Supreme Court of the United States, dated November 5, 2012, in *Comcast Corporation v. Behrend*, 133 S. Ct. 1426 (2013) (No. 11-864).

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated March 5, 2014.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Expert Report of Janusz A. Ordover, Ph.D., dated January 22, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Expert Report of Gordon Rausser, Ph.D., dated October 15, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Corrected Expert Report of Dennis W. Carlton, Ph.D., dated February 6, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Corrected Expert Report of Dr. John H. Johnson, IV, dated February 15, 2013.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Expert Reply Report of Gordon Rausser, Ph.D., dated June 12, 2013.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Expert Report of Joseph P. Kalt, Ph.D. (Corrected), dated March 1, 2013.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated December 11, 2012.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the deposition of James T. McClave, Ph.D., dated February 26, 2014.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated December 18, 2012.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Expert Reply Report of Gordon Rausser, Ph.D., dated August 27, 2010.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the Corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the Expert Report of Robert D. Willig, dated June 30, 2010.

20. Attached hereto as Exhibit 19 is a true and correct copy of Plaintiffs' First Set of Interrogatories to Defendant Union Pacific Railroad Company, dated May 11, 2010.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Supplemental Responses and Objections of Defendant Norfolk Southern Railway Company to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated April 25, 2013.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of Gordon Rausser, Ph.D., dated June 3, 2010.

23. Attached hereto as Exhibit 22 is a true and correct copy of a document titled "Master Rail Transportation Services Agreement Contract No. 19009" produced by Defendant Norfolk Southern Railway Co. with the bates range NS_003043436-452.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the Expert Report of James T. McClave, Ph.D., dated June 12, 2013.

25. Attached hereto as Exhibit 24 is a true and correct copy of a document titled [redacted] Master Railroad Transportation Contract," dated July 31, 2001, produced by UP with the bates range UPFSC0469677-711.

26. Attached hereto as Exhibit 25 is a true and correct copy of a document produced by UP with the bates range UPFSC0000079-102.

27. Attached hereto as Exhibit 26 is a true and correct copy of a document produced by Defendant BNSF Railway Company ("BNSF") with the bates range BNSF-0337916-918.

28. Attached hereto as Exhibit 27 is a true and correct copy of a document produced by BNSF with the bates number BNSF-0581954.

29. Attached hereto as Exhibit 28 is a true and correct copy of a document produced by BNSF with the bates range BNSF-0800349-353.

30. Attached hereto as Exhibit 29 is a true and correct copy of a document titled "Amendment 1 to International Transportation Agreement [redacted]," produced by BNSF with the bates range BNSF-0800664-665.

31. Attached hereto as Exhibit 30 is a true and correct copy of a document titled "The Burlington Northern And Santa Fe Railway Company [redacted] Regulated Transportation Contract," produced by BNSF with the bates range BNSF-FSC 001713-740.

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the Corrected Expert Report of Barry C. Harris, Ph.D., dated March 22, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2014, in San Francisco, California.

Timothy O'Mara