UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869 Misc. No. 07-489 (PLF/AK/JMF) |
| This Document Relates To: ALL DIRECT PURCHASER CASES | **FILED UNDER SEAL** |

## <u>DECLARATION OF KYLE R. TAYLOR</u>

I, Kyle R. Taylor, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the Bar of the State of New York and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, Co-Lead Interim Class Counsel in the above matter.  I submit this declaration in support of Plaintiffs' Supplemental Memorandum of Law in Support of Class Certification.

2.      Attached as TD Exhibit 1 is a true and correct copy of the public copy of the Final Reply Brief of Petitioners in the United States Court of Appeals for the District of Columbia Circuit, dated February 21, 2013.

3.      Attached as TD Exhibit 2 is a true and correct copy of the email chain from Bob M. Toy, dated April 29, 2003, produced at UPFSC 0129813, and the attached UP Fuel Surcharge Scenarios produced at UPFSC 0129815.

4.      Attached as TD Exhibit 3 is a true and correct copy of an excerpt of the transcript of the hearing dated October 15, 2013.

5.      Attached as TD Exhibit 4 is a true and correct copy of the public copy of the Final Opening Brief of Petitioners in the United States Court of Appeals for the District of Columbia Circuit, dated February 21, 2013.

6.    Attached as TD Exhibit 5 is a true and correct copy of an excerpt of the transcript of the oral argument before the United States Court of Appeals for the District of Columbia Circuit, dated May 3, 2013.

7.    Attached as TD Exhibit 6 is a true and correct copy of excerpts of the deposition of Gordon Rausser, Ph.D., dated September 24, 2010.

8.    Attached as TD Exhibit 7 is a true and correct copy of an excerpt of the deposition of Patrick Glennon, dated July 20, 2010.

9.    Attached as TD Exhibit 8 is a true and correct copy of Defendant CSX Transportation Inc.'s Objections and Responses to Plaintiffs' First Interrogatories and Fourth Request for Production of Documents Exhibit C, "Fuel Surcharge Key," dated June 21, 2010.

10.    Attached as TD Exhibit 9 is a true and correct copy of Amendment 8 to the contract number BNC 68959 between Burlington Northern and Santa Fe Railway Company and ██████████████, Inc., effective September 1, 2001, produced at BNSF-0658104.

11.    Attached as TD Exhibit 10 is a true and correct copy of Amendment 9 to the contract number BNC 68959 between Burlington Northern and Santa Fe Railway Company and ██████████████, Inc., effective May 1, 2003, produced at BNSF-0658136.

12.    Attached as TD Exhibit 11 is a true and correct copy of the email from Sam Kyei, dated April 30, 2003, produced at BNSF-0327012, and the attached Carload Program memorandum, produced at BNSF-0327011.

13.    Attached as TD Exhibit 12 is a true and correct copy of the Burlington Northern and Santa Fe Railway Company BNSF Rules Book 6100-A, dated January 1, 2001, produced at BNSF-0511809.  TD Exhibit 12 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 2.

14.    Attached as TD Exhibit 13 is a true and correct copy of the email from James Obermiller, dated April 10, 2003, produced at BNSF-0027935.  TD Exhibit 13 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 19.

15.     Attached as TD Exhibit 14 is a true and correct copy of an excerpt of the deposition of Michael Giftos, dated February 25, 2010.

16.     Attached as TD Exhibit 15 is a true and correct copy of the CSX press release titled "CSX Transportation Announces Modifications To Its Fuel Cost Recovery Program," dated March 20, 2003, produced at CSXFSC000084489.  TD Exhibit 15 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 26.

17.     Attached as TD Exhibit 16 is a true and correct copy of the email chain from Clyde McIntyre, dated March 27, 2003, produced at CSXFSC000152731, and the attached memorandum, produced at CSXFSC000152732.

18.     Attached as TD Exhibit 17 is a true and correct copy of the email from Pat Glennon to Don Seale, dated April 29, 2003, produced at NS_001000012.  TD Exhibit 17 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 46.

19.     Attached as TD Exhibit 18 is a true and correct copy of the email chain from Pat Glennon, dated August 5, 2003, produced at NS_010027051.

20.     Attached as TD Exhibit 19 is a true and correct copy of excerpts of the deposition of John H. Johnson, IV, Ph.D., dated May 31, 2013.

21.     Attached as TD Exhibit 20 is a true and correct copy of the email chain from George Gillen, dated June 19, 2002, produced at BNSF-0478450, and the attached Marketing Freight Revenue Contracting Process Audit produced at BNSF-0478452.

22.     Attached as TD Exhibit 21 is a true and correct copy of excerpts of the Expert Report of Robert D. Willig, revised August 1, 2010.

23.     Attached as TD Exhibit 22 is a true and correct copy of the BNSF Marketing Advisory Fuel Surcharge Information on the Internet, dated July 26, 2000, produced at BNSF-0814185.

24.     Attached as TD Exhibit 23 is a true and correct copy of the email from Don Seale, dated July 23, 2003, produced at NS_013005693.

25.     Attached as TD Exhibit 24 is a true and correct copy of the email chain from Pat Glennon, dated January 28, 2004, produced at NS_010074041.

26.     Attached as TD Exhibit 25 is a true and correct copy of the email from Pat Glennon, dated March 10, 2004, produced at NS_010073840.  TD Exhibit 25 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 2.

27.     Attached as TD Exhibit 26 is a true and correct copy of the email chain from James W. Hamilton, Jr., dated January 19, 2004, produced at NS_014002901, and the attached screenshot of Fuel Surcharge Status (effective 3/1/2004), produced at NS_014002905, fuel surcharge notice letters from Mark W. Griffin, dated January 16, 2004, produced at NS_014002907, Fuel Surcharge Issues and Answered memorandum, produced at NS_014002915, spreadsheet, produced at NS_014002918, and March 1, 2004, Fuel Surcharge Revisions memorandum, produced at NS_014002919.

28.     Attached as TD Exhibit 27 is a true and correct copy of the UP Intermodal Standard Fuel Surcharge Note produced at UPFSC 0000091.

29.     Attached as TD Exhibit 28 is a true and correct copy of the UP Intermodal Weekly Fuel Surcharge Note produced at UPFSC 0000092.

30.     Attached as TD Exhibit 29 is a true and correct copy of the Union Pacific Railroad Company Master Intermodal Transportation Agreement issued May 1, 2003, effective June 1, 2003, produced at UPFSC 0578449.

31.     Attached as TD Exhibit 30 is a true and correct copy of the email chain from Nobu Terasaki, dated October 18, 2005, produced at UPFSC 0078792.

32.     Attached as TD Exhibit 31 is a true and correct copy of the email chain from Trena Bryan, dated April 18, 2005, produced at UPFSC 0520154.

33.     Attached as TD Exhibit 32 is a true and correct copy of the email chain from Bob Toy, dated January 5, 2004, produced at UPFSC 0276597.  TD Exhibit 32 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 76.

34.     Attached as TD Exhibit 33 is a true and correct copy of the Written Statement of CSX Transportation, Inc., to the Surface Transportation Board regarding Ex Parte No. 661— Railroad Fuel Surcharges, dated April 27, 2006.  TD Exhibit 33 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 137.

35.     Attached as TD Exhibit 34 is a true and correct copy of the memorandum from Sam Kyei to Matt Rose, dated May 10, 2004, produced at BNSF-0648196.

36.     Attached as TD Exhibit 35 is a true and correct copy of an excerpt of the transcript of the October 7, 2010, hearing.

37.     Attached as TD Exhibit 36 is a true and correct copy of excerpts of the class certification Corrected Expert Reply Report of Gordon Rausser, Ph.D., dated September 20, 2010.

38.     Attached as TD Exhibit 37 is a true and correct copy of excerpts of the Expert Report of Janusz A. Ordover, Ph.D., dated January 22, 2013.

39.     Attached as TD Exhibit 38 is a true and correct copy of the Responses and Objections of Defendant Norfolk Southern Railway Company to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated June 14, 2010.

40.     Attached as TD Exhibit 39 is a true and correct copy of the letter from Tara L. Reinhart to Stephen R. Neuwirth, dated April 25, 2013, and the enclosed Supplemental Responses and Objections of Defendant Norfolk Southern Railway Company to Direct Purchaser Plaintiffs' First Set of Interrogatories.

41.     Attached as TD Exhibit 40 is a true and correct copy of the Revised Draft Contract No. DER-NS-C-17251 between Norfolk Southern Corporation and ███████████ ███████ produced at NS_003007155.

42.     Attached as TD Exhibit 41 is a true and correct copy of the Revised Draft Contract No. DER-NS-C-17251 Amendment No. 1 between Norfolk Southern Corporation and ████████████████, dated March 26, 2004, produced at NS_003007169.

43.     Attached as TD Exhibit 42 is a true and correct copy of the Amendment BC to Amended Quote number UPLQ-63771.009 from Union Pacific Railroad Company to ██████ ████, issued January 19, 2004, effective December 1, 2003, produced at UPFSC 0307592.

44.     Attached as TD Exhibit 43 is a true and correct copy of the Amendment B to Amended Quote number OTMQ 94626 from Union Pacific Railroad Company to ████ ████████████, issued January 26, 2004, effective January 1, 2004, produced at UPFSC 0320633.

45.     Attached as TD Exhibit 44 is a true and correct copy of the Amendment F to Amended Quote number UPCQ 90090 between Union Pacific Railroad Company and ████ ████████, issued January 8, 2004, effective January 7, 2004, produced at UPFSC 0424115.

46.     Attached as TD Exhibit 45 is a true and correct copy of the Amendment 8 to Amended Signed Contract number UP-C-36586 between Union Pacific Railroad Company and ██████████, issued January 16, 2004, effective August 1, 2003, produced at UPFSC 0320955.

47.     Attached as TD Exhibit 46 is a true and correct copy of excerpts of the deposition of Janusz A. Ordover, Ph.D., dated May 24, 2013.

48.     Attached as TD Exhibit 47 is a true and correct copy of excerpts of the deposition of Dennis W. Carlton, Ph.D., dated May 14, 2013.

49.     Attached as TD Exhibit 48 is a true and correct copy of excerpts of the corrected Expert Report of Joseph P. Kalt, Ph.D., dated March 1, 2013.

50.     Attached as TD Exhibit 49 is a true and correct copy of Plaintiffs' Supplemental Consolidated Objections and Responses to the First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs By: (1) BNSF Railway Company; (2) CSX Transportation, Inc.; (3) Norfolk Southern Railway Company; and (4) Union Pacific Railroad Company, dated January 4, 2012.

51.     Attached as TD Exhibit 50 is a true and correct copy of Plaintiffs' Second Amended Consolidated Objections and Responses to the First Set of Interrogatories Directed To

All Direct Purchaser Plaintiffs By: (1) BNSF Railway Company; (2) CSX Transportation, Inc.; (3) Norfolk Southern Railway Company; and (4) Union Pacific Railway Company, dated May 11, 2011.

52. Attached as TD Exhibit 51 is a true and correct copy of the email chain from Chris Jenkins, dated June 13, 2002, and the attached CSX ███████████ Presentation, produced at CSXFSC000199146. TD Exhibit 51 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 7.

53. Attached as TD Exhibit 52 is a true and correct copy of excerpts of the Corrected Expert Report of Barry C. Harris, Ph.D., dated March 22, 2013.

54. Attached as TD Exhibit 53 is a true and correct copy of the memorandum from Sam Kyei to John Lanigan and Nick Murray, dated July 1, 2003, produced at BNSF-FSC 000486. TD Exhibit 53 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 57.

55. Attached as TD Exhibit 54 is a true and correct copy of an excerpt of the deposition of Donald W. Seale, dated February 26, 2010.

56. Attached as TD Exhibit 55 is a true and correct copy of the Enterprise Wide Risk Assessment Burlington Northern Santa Fe Risk Profile, dated May 28, 2002, produced at BNSF-0574516. TD Exhibit 55 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 24.

57. Attached as TD Exhibit 56 is a true and correct copy of the email chain from Pat Glennon, dated October 2002, produced at NS_010072905. TD Exhibit 56 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 4.

58. Attached as TD Exhibit 57 is a true and correct copy of the memorandum from Chuck Shultz, dated January 15, 2003, produced at BNSF-0328865. TD Exhibit 57 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 25.

59. Attached as TD Exhibit 58 is a true and correct copy of the email chain from Amy Whiting, dated March 10, 2003, produced at BNSF-0027276.

60.     Attached as TD Exhibit 59 is a true and correct copy of the email chain from Pat Glennon, dated March 13, 2003, produced at NS_010072654.

61.     Attached as TD Exhibit 60 is a true and correct copy of the Enterprise Wide Risk Assessment BNSF Railway Risk Profile Executive Team Presentation, dated September 12, 2005, produced at BNSF-0574195.  TD Exhibit 60 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 31.

62.     Attached as TD Exhibit 61 is a true and correct copy of the email from John Couch, dated March 11, 2003, produced at CSXFSC000036491, and the attached CSX Fuel Surcharge Merchandise 2003 Presentation, produced at CSXFSC000036492.  TD Exhibit 61 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 154.

63.     Attached as TD Exhibit 62 is a true and correct copy of the email chain from John Couch, dated March 5, 2003, produced at CSXFSC000165104.  TD Exhibit 62 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 210.

64.     Attached as TD Exhibit 63 is a true and correct copy of the email from Chuck Adams, dated March 11, 2003, produced at UPFSC 0075385, and the attached Union Pacific Revised Fuel Surcharge Recommendation and JJK Revised Surcharge Proposal, produced at UPFSC 0075386.  TD Exhibit 63 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 17.

65.     Attached as TD Exhibit 64 is a true and correct copy of the Expert Report of James T. McClave, Ph.D., dated June 12, 2013.

66.     Attached as TD Exhibit 65 is a true and correct copy of an excerpt of the deposition of John J. Koraleski, dated December 2, 2010.

67.     Attached as TD Exhibit 66 is a true and correct copy of the email from Matthew Feldman dated April 30, 2003, produced at BNSF-0495601, and the attached Update: BNSF Carload Fuel Surcharge May 2003 memorandum, produced at BNSF-0495602.

68.     Attached as TD Exhibit 67 is a true and correct copy of the BNSF Rules Book 6100 - Carload Fuel Surcharge memorandum dated June 19, 2006, produced at BNSF-0656195.

69.     Attached as TD Exhibit 68 is a true and correct copy of the email chain from Don Seal, dated May 12, 2003, produced at NS_010042321.  TD Exhibit 68 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 55.

70.     Attached as TD Exhibit 69 is a true and correct copy of the email chain from Doug McNeil, dated June 30, 2003, produced at NS_001000360, and the attached Minutes NS/UP Alliance Meeting, produced at NS 001000361.  TD Exhibit 69 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 204.

71.     Attached as TD Exhibit 70 is a true and correct copy of the handwritten meeting notes, dated June 3, 2003, produced at UPFSC 0001088.  TD Exhibit 70 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 209.

72.     Attached as TD Exhibit 71 is a true and correct copy of the email from Woody Sutton, dated June 6, 2003, produced at CSXFSC000000416, and an excerpt of the attached meeting minutes, produced at CSXFSC000000417.  TD Exhibit 71 was previously submitted in support of Plaintiff's motion for class certification as RD Ex. 218.

73.     Attached as TD Exhibit 72 is a true and correct copy of the email chain from George Gillen, dated May 2, 2003, produced at BNSF-0572402, and copies of the attached Fuel Surcharge Script memorandum, produced at BNSF-0572404, BNSF Rules Book 6100 - Carload Fuel Surcharge memorandum, produced at BNSF-0572408, and Fuel Surcharge Rate Based on Retail On-Highway Diesel Fuel (HDF) memorandum, produced at BNSF-0572408.

74.     Attached as TD Exhibit 73 is a true and correct copy of the email chain from Diane Knutson, dated January 15, 2003, produced at UPFSC 0195600.  TD Exhibit 73 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 14.

75.     Attached as TD Exhibit 74 is a true and correct copy of the email chain from Dave LaPlant, dated April 5, 2000, produced at NS_010013312.  TD Exhibit 74 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 189.

76.     Attached as TD Exhibit 75 is a true and correct copy of the email chain from Dick Parker, dated June 15, 2000, produced at NS_037004332.

77.     Attached as TD Exhibit 76 is a true and correct copy of the email from Chris Luebbers, dated June 21, 2000, produced at NS_036018393, and a reproduction of the attached spreadsheet, produced at NS_036018394.

78.     Attached as TD Exhibit 77 is a true and correct copy of the email chain from George Gillen, dated October 27, 2004, produced at BNSF-0029546, and the attached BNSF Carload Fuel Surcharge December 2004 memorandum, produced at BNSF-0029548.

79.     Attached as TD Exhibit 78 is a true and correct copy of the email chain from Kurt Schroeder, dated October 14, 2002, produced at UPFSC 0355766.

80.     Attached as TD Exhibit 79 is a true and correct copy of the email chain from Mike McClellan, dated June 19, 2000, produced at NS_037004330.

81.     Attached as TD Exhibit 80 is a true and correct copy of the email chain from Jan Wooddy, dated November 2, 2004, produced at NS_010047377, and excerpts of the attached spreadsheets, produced at NS_010047379.

82.     Attached as TD Exhibit 81 is a true and correct copy of the email from Clyde McIntyre, Jr., dated August 6, 2001, produced at CSXFSC000159789, and the attached CSXT Fuel Surcharge and Finance Charge Status Report August 6, 2001, Staff Meeting Discussion Items, produced at CSXFSC000159790.

83.     Attached as TD Exhibit 82 is a true and correct copy of an email chain from Clyde McIntyre, dated February 4, 2003, produced at CSXFSC000039102, and the attached CSX Transportation Fuel Surcharge Analysis produced at CSXFSC000039105.

84.     Attached as TD Exhibit 83 is a true and correct copy of the email chain from Ed Elkins, dated April 23, 2001, produced at NS_037009955.

85.     Attached as TD Exhibit 84 is a true and correct copy of the email chain from Erik Palm, dated June 12, 2005, produced at CSXFSC000092134.

86.     Attached as TD Exhibit 85 is a true and correct copy of the email chain from Mike Evans, dated June 6, 2005, produced at CSXFSC000130041, and an excerpt of the attached spreadsheet, produced at CSXFSC000130042.

87.     Attached as TD Exhibit 86 is a true and correct copy of the email chain from Don Seale, dated July 7, 2003, produced at NS_057005733.

88.     Attached as TD Exhibit 87 is a true and correct copy of the email chain from Pat Glennon, dated April 25, 2003, produced at NS_010026782, and the attached Fuel Surcharge – CSXT vs. NS Comparison memorandum, NS-010026783, spreadsheet, produced at NS_010026787, and prior email chain from Pat Glennon, dated March 24, 2003, produced at NS_010026788.  TD Exhibit 87 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 14.

89.     Attached as TD Exhibit 88 is a true and correct copy of the email chain from Pat Glennon, dated March 27, 2003, produced at NS_010072620.  TD Exhibit 88 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 27.

90.     Attached as TD Exhibit 89 is a true and correct copy of excerpts of the corrected Expert Report of Dr. John H. Johnson, IV, dated February 15, 2013.

91.     Attached as TD Exhibit 90 is a true and correct copy of excerpts of the deposition of Joseph P. Kalt, dated May 28, 2013.

92.     Attached as TD Exhibit 91 is a true and correct copy of the merits Expert Reply Report of Gordon Rausser, Ph.D., dated June 12, 2013.

93.     Attached as TD Exhibit 92 is a true and correct copy of excerpts of the initial class certification Corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010.

94.     Attached as TD Exhibit 93 is a true and correct copy of the merits Expert Report of Gordon Rausser, Ph.D., dated October 15, 2012.

95.     Attached as TD Exhibit 94 is a true and correct copy of excerpts of the Corrected Expert Report of Dennis W. Carlton, Ph.D., dated February 6, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2013, in New York, New York.

_____
Kyle R. Taylor

## <u>CERTIFICATE OF SERVICE</u>

I, Kyle R. Taylor, an attorney of record, certify that on December 19, 2013, I caused a true and correct copy of the foregoing to be served by email on counsel for Defendants.

<u>/s/ Kyle R. Taylor</u>