UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 1869 Misc. No. 07-489 (PLF) |
| This document relates to: ALL CASES | | |

ORDER

The Court held a status conference on August 21, 2014 to discuss with the parties the question of how to structure the class certification hearing. Based on the representations made by the parties and the discussions had in open court, it is hereby

ORDERED that the class certification hearing in this matter will commence on October 6, 2014 promptly at 9:00 AM in Courtroom 29A, ending for the day no later than 1:30 PM. The hearing will continue on October 7, beginning promptly at 9:00 AM and ending at the close of business, and conclude on October 8, beginning promptly at 9:00 AM and ending by 12:30 PM; it is

FURTHER ORDERED that plaintiffs and defendants will each have three hours to present their opening arguments, including any rebuttal by plaintiffs, who will present their arguments first. The arguments shall be divided into appropriate topics, and the parties are free to allocate time between the different topics. The parties will meet and confer and submit a proposed list of topics for opening arguments, and the approximate amount of time for each, by September 15, 2014. The parties will also propose whether plaintiffs' rebuttal should follow

each topic, or whether rebuttal should take place at the close of all argument and encompass all topics; it is

FURTHER ORDERED that plaintiffs and defendants each will be limited to one witness. For each witness, a total of 75 minutes will be allotted for direct and re-direct examination and 75 minutes will be allotted for cross-examination. The proponent of each witness will determine how to allocate time between direct and re-direct examination; and it is

FURTHER ORDERED that closing arguments will be limited to 90 minutes for each side, including rebuttal. Defendants will present their arguments first.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: August 21, 2014          United States District Judge