**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL | ) |
| SURCHARGE | ) |
| ANTITRUST LITIGATION | ) MDL No. 1869 |
| | ) Misc. No. 07-489 (PLF) |
| _____ | ) Hon. Paul L. Friedman |
| | ) |
| This document relates to: | ) |
| ALL DIRECT PURCHASER CASES | ) |
| _____ | ) |

**Sur-Reply Declaration of**

**Joseph P. Kalt, Ph.D.**

**On Behalf of Defendants**

**BNSF Railway Company**
**CSX Transportation, Inc.**
**Norfolk Southern Railway Company**
**Union Pacific Railroad Company**

July 21, 2014

**HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

## I.    INTRODUCTION AND OVERVIEW

1.      My name is Joseph P. Kalt.   I am the Ford Foundation Professor (Emeritus) of International Political Economy at the John F. Kennedy School of Government at Harvard University.   I previously submitted an expert declaration on behalf of the Defendants following the remand to this Court of the class certification phase of this matter.[1]

2.      On May 28, 2014, Plaintiffs submitted a Supplemental Reply Expert Report by Gordon Rausser, Ph.D. (hereinafter, "Rausser Supplemental Reply") and a Supplemental Expert Report by James T. McClave, Ph.D. (hereinafter "McClave Supplemental Report").   This declaration responds to select points that require supplemental testimony to complete the record.

3.      Prof. Rausser has set forth two models which he regards as reliable and which he indicates he will present at trial if called to do so.[2]   The first model originally set forth in the class certification phase and updated in Prof. Rausser's Merits Report – which I refer to as his Class & Merits Model – consists of a single statistical regression purporting to model Defendants' all-in freight rates.[3]   It purports to determine prices according to pre-Class Period benchmarked conditions free of the alleged conspiracy, and to identify prices above those benchmarked levels as "overcharges" constituting "evidence of the conspiracy itself."[4]   The second model – which I refer to as his STB Model – was first set out in Prof. Rausser's Merits

---

[1]   Declaration of Joseph P. Kalt, Ph.D., March 31, 2014 (as corrected April 3 and May 6, 2014; hereinafter "Kalt Remand Declaration").   In Appendix B below, I provide updates to the CV attached to my Remand Declaration, dated March 31, 2014.   Appendix C below lists the materials I have relied upon in preparing this sur-reply declaration.

[2]   Deposition of Gordon Rausser, Ph.D., March 4-5, 2014 (hereinafter "Rausser Remand Deposition") at 382-383.

[3]   Expert Report of Gordon Rausser, Ph.D., October 15, 2012 (hereinafter "Rausser Merits Report") at 167-171.

[4]   Rausser Merits Report at 170.

Reply Report, and Prof. Rausser says it is his preferred approach.[5]  The Class & Merits Model produced a classwide average overcharge of ███ [6]  The STB Model reduces Prof. Rausser's classwide average overcharge to ███ [7]

4.      Prof. Rausser contests whether the STB Model is new.  I consider it new because in addition to employing, for the first time, ████████████████████████████████ ████████████████████████████████████ of the prior Class & Merits Model.  The STB Model's ████████████████████

████████████████████████████████████

████████████████████████████████████

███ .[8]

## II.    PROF. RAUSSER'S TREATMENT OF FUEL COST PASSTHROUGH

5.      In my Remand Declaration, I showed that the STB Model produces "overcharges" for the average shipment as a direct outcome of the way Prof. Rausser designed the model, regardless of whether there was any conspiracy or not.  This is due in substantial part to his building into the model, by ████████████████████████████████



████████████  In other words, Prof. Rausser's model assumes that the ████████████

████████████████████████████████████

███      This assumption is categorically wrong as a matter of basic economics.  When it is

---

[5]    Rausser Remand Deposition at 377.
[6]    Expert Reply Report of Gordon Rausser, Ph.D., June 12, 2013 (hereinafter "Rausser Merits Reply Report") workpapers.
[7]    Kalt Remand Declaration at ¶3.  The classwide average overcharge is ███ when applied to the updated data from Supplemental Expert Report of Gordon Rausser, Ph.D., December 19, 2013 (hereinafter "Rausser Remand Report").
[8]    Rausser Merits Reply Report at 248.

applied to the exceptionally high fuel prices seen during the Class Period, this assumption causes the model to convert ordinary fuel cost passthrough into "overcharges".[9]

## A.  Prof. Rausser's Models Do Not Allow for Legitimate Fuel Cost Recovery

6.      In his Supplemental Reply report, Prof. Rausser claims that his new STB model allows for "ordinary" fuel cost recovery.[10]  A key part of this argument is his Figure 11, which purports to compare "fuel costs" and "fuel cost recovery".[11]  Prof. Rausser's Figure 11, however, is based on an apples-to-oranges comparison.  Specifically, "Fuel Cost Recovery" (the orange line in his Figure 11) is calculated based on ███████████████████████, whereas "Fuel Costs" (the gray line) are calculated based on changes in fuel costs per *gross* ton-mile.  As a result, these two lines are based on non-comparable measures and the figure is misleading.

7.      The difference between ██████████ and gross ton-miles is important.  ████ ███████████████████████████████████████████████████████████████. Gross ton-miles, on the other hand, also include the weight of railroad equipment (e.g., locomotives and railcars), as well as the weight and miles traveled by railroad equipment that is not loaded with cargo (e.g., return of empty equipment).  For Defendants, aggregate gross ton-miles are roughly twice the magnitude of aggregate revenue ton-miles.[12]  This means that if we calculate changes in the railroads' aggregate fuel costs ████████████ so as to be comparable to the way Prof. Rausser calculates changes in Defendants' rates in his Figure 11, changes in fuel costs ████████████ will be roughly *double* those calculated on a gross ton-mile basis.

---

[9]    Kalt Remand Declaration at ¶¶49-53.
[10]   Rausser Supplemental Reply at 70.
[11]   Rausser Supplemental Reply at 69-72.
[12]   See my workpapers.

8.      Figure SR-1 below shows that when revenue and fuel cost are calculated on the basis of the same unit of measure (i.e., ████████████ ), Prof. Rausser's STB Model does not allow for fuel cost "recovery" (as he defines it).[13]   Beginning in September 2005, the black line (Prof. Rausser's measure of incremental fuel costs corrected to a revenue ton-mile basis) is always above the orange line (Prof. Rausser's "legitimate" fuel cost recovery under the STB Model's but-for rates, ██████████████████████████████   The period during which the black line exceeds the orange line (i.e., the period during which Prof. Rausser's model does not allow the Defendants to recover their fuel costs) accounts for fully ████ of his classwide damages.[14]

---

[13]   Prof. Rausser continues to employ concepts of cost recovery which are at odds with basic economic principles.  These principles demonstrate that, particularly for antitrust purposes, the relevant notion of cost is *marginal* cost.  I showed in Expert Report of Joseph P. Kalt, Ph.D., January 22, 2013 (as corrected March 1, 2013; hereinafter "Kalt Merits Report") (at ¶¶469-76) that rates during the Class Period did not over-recover marginal costs.  Moreover, Prof. Rausser understates the impact of fuel costs by failing to account for the capital costs of purchasing fuel efficient equipment and by his erroneous treatment of hedging.  I have not adjusted for these further errors in Figure SR-1.

[14]   See my workpapers.  Parallel results would apply if Prof. Rausser's Figure 11 were corrected so that fuel costs and fuel cost recovery were both measured in gross ton-miles, as doing so would reduce his "Fuel Cost Recovery" by approximately one half for the reasons noted.  Using the results of his modeling on their own terms (i.e., even without correction for the foregoing apples-to-oranges error), I also previously showed that Prof. Rausser's Class & Merits Model does not predict "legitimate" but-for rail rate increases that are high enough to recover *Prof. Rausser's* measure of incremental fuel costs.  Kalt Merits Report at ¶¶476-479 and Figures VI-13A through D.

Figure SR-1

**Prof. Rausser's Figure 11 Corrected to Measure Fuel Cost Recovery
and Increased Fuel Costs in Equivalent Units**



**Source:**  Rausser Supplemental Reply Workpapers; Defendants' annual and quarterly filings.

9.      The fact that neither of Prof. Rausser's models allows for fuel cost recovery is incompatible with Prof. Rausser's previous acknowledgement that, absent the alleged conspiracy, competitive rail rates would increase at least enough to recover increases in fuel costs.[15]  It also illustrates one reason the models generate the numerous false positive results that I have discussed in my Remand Declaration.  Even if rail rates increased only enough to recover

---

[15]   Deposition of Gordon Rausser, Ph.D., December 11 and 18, 2012 (hereinafter "Rausser Merits Deposition") at 31.

Defendants' increased fuel costs, they generate "damages" under Prof. Rausser's modeling. Antitrust "damages" attributed to *competitive* pricing are false positives.

**B. The Professional Literature Rejects Prof. Rausser's** ███████ ██ █████ ████████████████████████

10.     Prof. Rausser and Dr. McClave have not identified a single professional economic study of the U.S. railroad industry that, like Prof. Rausser's model, ████████████████████ █████████████████████████     As I explain below, the five studies of railroad industry economics that Prof. Rausser has cited all *test* for, rather than ██████████████████████. And all find, with high levels of statistical significance, that ██████████████████████ ██████████████     Prof. Rausser's approach is inconsistent with standard professional practice in the study of railroads' costs.[16]

11.     To support his model's use of █████ ██ ████████ Prof. Rausser now relies on a study of railroad marginal and variable costs by Christensen Associates which was commissioned by the STB.[17]  Although he previously was adamant that this study's analysis of railroad costs is unreliable,[18] Prof. Rausser now relies on the Christensen study's modeling of

---



[16]   Prof. Rausser claims that "academic studies of the transport industry ██████████ ██████ s, as I have done in my work on this case." (Rausser Supplemental Reply at 62, with fn 222 citing Hummels, D., "Transport Costs and International Trade in the Second Era of Globalization," *Journal of Economic Perspectives*, Vol. 21, No. 3 (2007), pp. 131-154.)  But the cited "studies" is the single Hummels study and it concerns the prices of imported goods which use ocean and/or air freight transportation services in the context of international trade.  Not only does it not address ███████████████████ it does not test whether ██████████████ for air and ocean freight actually is ████████

[17]   Laurits R. Christensen Associates, Inc., *A Study of Competition in the U.S. Freight Railroad Industry and Analysis of Proposals that Might Enhance Competition: Revised Final Report*, prepared for the Surface Transportation Board, November 2009 (hereinafter "Christensen Report 2009"); see also Laurits R. Christensen Associates, Inc., *An Update, A Study of Competition in the U.S. Freight Railroad Industry: Final Report*, prepared for the Surface Transportation Board, January 2010 Volume 2 (hereinafter "Christensen Report 2010").

[18]   See Deposition of Gordon Rausser, Ph.D., September 24, 2010 (hereinafter "Rausser Second Class Certification Deposition") at 175, lines 10-22:  The Christensen cost study "is aggregated across all class 1 railroads.  It proceeds by using the aggregate data which includes a number of simplifications



railroad costs as purported support for ███████████████████████████████████
████████████████████."[19]  This is a straightforward misrepresentation.  The study does
*not* treat the ██████████████████████████████████████████████████████████████
██████████       In fact, the multiple Christensen studies that have been produced for the STB
generate ████████████████████████  and which have been consistently higher than both
the value ████  attributed to it by Prof. Rausser and Prof. Rausser's own ████████████  from
his STB model.

12.       The Christensen studies report annual industry-average percentage changes in fuel prices,
and the resulting percentage impact of these fuel price changes on rail marginal costs, which are
the key drivers of changes in variable costs.[20]  These data allow us to calculate the industry-
average annual elasticity of marginal costs with respect to fuel prices that is generated by the
results actually reported in the Christensen study.   The results, shown in Figure SR-2,
systematically exceed Prof. Rausser's value of ████  and the misrepresented ████  he attributes to
the Christensen study.  Moreover, the ████████████████████████.  This ██████████████
████

---

with regard to the various categories of cost.  It then proceeds to estimate for the entire class one
railroad industry what is the variable cost function.  It then maps from the variable cost function into a
total variable cost function, derives the marginal cost, and comes up with nonsensical results with
regard to the four defendants in this particular matter.  And that's why you can't rely on it."  While
Prof. Rausser now relies on the study's analysis of rail costs, he disregards its "basic finding" that rail
rates were set by competition during a period which includes the mid-2000s. (Christensen Report
2009 at 18-8 and 18-9, emphasis added:  "Finally, the recent substantial increase in revenue per ton-
mile appears to be largely the result of increases in variable, fixed, and marginal costs (reflecting a
slowdown in productivity growth and an increase in input price growth) *and not due to the increased
exercise of market power.*")
[19]   Rausser Supplemental Reply at 62.
[20]   Economics recognizes that marginal costs are the drivers of prices in competitive industries (Kalt
Merits Report at ¶469).  Marginal cost is the variable, incremental addition to total costs resulting
from any incremental addition to output.  Only if marginal cost is constant and equal to average
variable cost do incremental additions to cost leave the average unchanged.  Otherwise, marginal cost
either pulls average variable cost up (if the incremental addition exceeds the average) or pushes it
down (as increments to costs which exceed the average reduce the average).

███████ means that rail costs and rates legitimately respond more to rising fuel prices than Prof. Rausser's STB Model permits when it arbitrarily fixes the ████████████.[21]

Figure SR-2

**Christensen Studies' Annual Fuel Passthrough (Elasticity) Factors**



**Source:** Rausser Merits Workpapers; Christensen Report 2009 at 9-31; Christensen Report 2010 at 3-25.

13.    The ████████████████████ in the Christensen study is a consequence of the mathematics that the study, itself, sets out explicitly.  Figure SR-3 reproduces the table from the Christensen study which reports the results of its regression analyses of rail variable costs.[22]  Each row shows the study's "Estimate" of the effect on rail variable costs of a given change in the value of a cost-determining "Variable".  Prof. Rausser reports only the effect of the single

---

[21]    The Christensen study also finds that the fuel elasticity varies substantially from railroad-to-railroad, directly contrary to Prof. Rausser's assumption of a constant elasticity across all Defendants.  For example, for 2006, the study's results yield elasticities which varied as follows:  BNSF ████ CSX ██████ NS ██████ and UP ██████  See my workpapers.

[22]    Christensen Report 2009 at 9-37 and 9-38.  The update to this report includes these same variables involving fuel prices.  Christensen Report 2010 at 3-33 and 3-34.

Variable called "Fuel" (the first row highlighted in yellow, denoting fuel prices) from the Christensen study.  He declares this effect to be both ███████████████████████ ███████████████████████████████  In doing so, however, Prof. Rausser neglects to report the *five* additional Variables through which the effects of changing fuel prices flow in the Christensen study.  The effects of these variables either vary directly with time (i.e., "Fuel x Time"), and hence *cannot* be constant over time,[23] or they interact with another Variable which changes over time (i.e., the other four highlighted rows which contain "Fuel" in the Variable name).  The arithmetic of this means that, when the price of fuel changes, it affects not only the single Variable "Fuel" cited by Prof. Rausser, but also each of the other five Variables containing "Fuel" (e.g., "Ton-Miles x Fuel", "Equip x Fuel", etc.).  The full responsiveness of rail costs to fuel prices changes as those interacted variables take on changing values over time.[24] The net effect is that ████████████████████████████████████████████████████████████ ███████████████████████████████  As shown in Figure SR-2 above, the bars measuring fuel elasticity by year differ in height and ██████████████████████████████████████████ ████████████████████████████████████████.

---

[23]  The study produces an Estimate of the effect on variable cost of +0.002369 for the Variable denoted "Fuel x Time".  This means that, upon accounting for all other factors and interactions, the study finds that there is a rising, non-constant, year-over-year trend in the elasticity of variable costs with respect to fuel prices.

[24]  Prof. Rausser claims (Supplemental Reply at fn 235) that, in regressions of the type employed by the Christensen studies (known as "translog" regressions), "each variable is typically 'demeaned' (*i.e.*, has its mean subtracted), so that the coefficient on the linear input cost variable represents the average elasticity with respect to that variable."  This does not justify ████████████████████ ███████  Prof. Rausser fails to point out that his statement is true only when fuel prices, and all other variables interacted with fuel prices, are *simultaneously* at their mean values in the regression data. This condition is not remotely satisfied for the entire Class Period and not plausibly met for any single data point.  In any case, Figure SR-2 shows directly that the Christensen study does not treat fuel elasticity as constant.

Figure SR-3

## Christensen Report (2009), Exhibit 2

**Exhibit 2: Iterated Seemingly Unrelated Estimation of Variable Cost Function\***

| Equation | R-Square | R-Square |
|---|---|---|
| ln Variable Cost | 0.9858 | 0.9819 |
| Labor Share | 0.3906 | 0.3735 |
| Equipment Share | 0.2211 | 0.2162 |
| Fuel Share | 0.4049 | 0.4021 |

| Parameter (Variable) | Estimate | Std. Error | t Value | Pr > \|t\| |
|---|---|---|---|---|
| $\alpha_0$ (Intercept) | -0.05623 | 0.1548 | -0.36 | 0.7169 |
| $\alpha_Y$ (Ton-Miles) | 0.653867 | 0.1131 | 5.78 | <.0001 |
| $\alpha_N$ (Miles of Road) | 0.36294 | 0.0860 | 4.22 | <.0001 |
| $\eta_K$ (Capital Stock) | -0.12375 | 0.0524 | -2.36 | 0.0194 |
| $\eta_H$ (Avg. Length of Haul) | -0.16623 | 0.1039 | -1.60 | 0.1116 |
| $\beta_L$ (Equipment) | 0.132442 | 0.00253 | 52.30 | <.0001 |
| $\beta_M$ (Materials) | 0.368223 | 0.00622 | 59.18 | <.0001 |
| $\beta_F$ (Fuel) | 0.112773 | 0.00281 | 40.10 | <.0001 |
| $\alpha_{YY}$ (Tons-Mile Squared) | -0.42654 | 0.1779 | -2.40 | 0.0177 |
| $\alpha_{YN}$ (T-M x Road) | 0.66594 | 0.1767 | 3.77 | 0.0002 |
| $\alpha_{NN}$ (Road Squared) | -0.88687 | 0.1742 | -5.09 | <.0001 |
| $\eta_{KK}$ (Capital Squared) | -0.00694 | 0.0372 | -0.19 | 0.8524 |
| $\eta_{HH}$ (ALOH Squared) | 0.627543 | 0.2095 | 3.00 | 0.0032 |
| $\beta_{EE}$ (Equip. Squared) | 0.007064 | 0.00348 | 2.03 | 0.0438 |
| $\beta_{EM}$ (Equip. x Materials) | 0.027233 | 0.00637 | 4.28 | <.0001 |
| $\beta_{EF}$ (Equip. x Fuel) | -0.00877 | 0.00349 | -2.51 | 0.0128 |
| $\beta_{MM}$ (Materials Squared) | 0.079063 | 0.0215 | 3.68 | 0.0003 |
| $\beta_{MF}$ (Materials x Fuel) | -0.03746 | 0.00938 | -3.99 | <.0001 |
| $\alpha_{YE}$ (Ton-Miles x Equip.) | -0.02926 | 0.00749 | -3.91 | 0.0001 |
| $\alpha_{YM}$ (Ton-Miles x Mat.) | 0.014858 | 0.0185 | 0.80 | 0.4229 |
| $\alpha_{YF}$ (Ton-Miles x Fuel) | 0.031757 | 0.00836 | 3.80 | 0.0002 |
| $\alpha_{NE}$ (Road x Equip) | 0.029795 | 0.00892 | 3.34 | 0.0010 |
| $\alpha_{NM}$ (Road x Mat.) | -0.0165 | 0.0219 | -0.75 | 0.4522 |
| $\alpha_{NF}$ (Road x Fuel) | -0.02818 | 0.00997 | -2.83 | 0.0052 |
| $\tau_{T1} = \tau_{T2}$ (Time) | 0.042347 | 0.0114 | 3.72 | 0.0003 |
| $\tau_{T3}$ (Time) | -0.0425 | 0.00957 | -4.44 | <.0001 |
| $\tau_{TT1} = \tau_{TT2}$ (Time Squared) | -0.01526 | 0.00337 | -4.53 | <.0001 |
| $\tau_{TT3}$ (Time Squared) | 0.019095 | 0.00332 | 5.75 | <.0001 |
| $\tau_Y$ (Ton-Miles x Time) | 0.014931 | 0.00891 | 1.68 | 0.0959 |
| $\tau_N$ (Road x Time) | -0.02805 | 0.0101 | -2.78 | 0.0061 |
| $\tau_E$ (Equip x Time) | 0.002722 | 0.000403 | 6.75 | <.0001 |
| $\tau_M$ (Material x Time) | 0.000831 | 0.000992 | 0.84 | 0.4037 |
| $\tau_F$ (Fuel x Time) | 0.002369 | 0.000440 | 5.38 | <.0001 |
| $d_1$ (ATSF) | 0.074802 | 0.1524 | 0.49 | 0.6243 |
| $d_2$ (BN) | -0.29292 | 0.0615 | -4.76 | <.0001 |
| $d_3$ (BNSF) | -0.25306 | 0.0296 | -8.56 | <.0001 |
| $d_4$ (CNGT) | -0.41734 | 0.2119 | -1.97 | 0.0507 |
| $d_5$ (CNW) | -0.04733 | 0.2148 | -0.22 | 0.8259 |
| $d_6$ (CR) | 0.270526 | 0.1729 | 1.56 | 0.1196 |
| $d_7$ (CSX) | 0.100702 | 0.1226 | 0.82 | 0.4129 |
| $d_8$ (DRGW) | -0.31982 | 0.2332 | -1.37 | 0.1721 |
| $d_9$ (GTW) | 0.197026 | 0.2453 | 0.80 | 0.4230 |
| $d_{10}$ (IC) | -0.26344 | 0.2250 | -1.17 | 0.2434 |
| $d_{11}$ (KCS) | -0.50773 | 0.2346 | -2.16 | 0.0320 |
| $d_{12}$ (MKT) | -0.69712 | 0.2741 | -2.54 | 0.0119 |
| $d_{13}$ (NS) | 0.121931 | 0.1402 | 0.87 | 0.3859 |
| $d_{14}$ (SOO) | -0.47099 | 0.2427 | -1.94 | 0.0541 |
| $d_{15}$ (SSW) | -0.42821 | 0.2350 | -1.82 | 0.0703 |
| $d_{16}$ (SP 1987-89) | 0.201137 | 0.1657 | 1.21 | 0.2265 |
| $d_{17}$ (SP 1990-93) | 0.028367 | 0.1453 | 0.20 | 0.8454 |
| $d_{18}$ (SP 1994-96) | -0.14406 | 0.1200 | -1.20 | 0.2316 |
| $d_{19}$ (UP 1987-89) | -0.123 | 0.0858 | -1.43 | 0.1539 |
| $d_{20}$ (UP 1990-94) | -0.06135 | 0.0801 | -0.77 | 0.4449 |
| $d_{21}$ (UP 1995-96) | -0.01732 | 0.0680 | -0.25 | 0.7992 |

\* UP 1997-2006 is the omitted binary variable.  Labor price parameters are retrieved via homogeneity restrictions.

**Source:** Christensen Report 2009 at 9-37 and 9-38.

14.    The type of regression model employed by the Christensen studies is known as a "translog production function" and is explicitly designed to allow for a flexible and dynamic relationship between fuel prices (as well as other factors) and overall variable costs.  This is provided through the use of interaction terms such as those in Figure SR-3.  Such modeling recognizes that when the price of one input, such as fuel, changes, the impact on overall costs depends on and varies with the prices and use of the many other inputs.  These economics are recognized in the standard "translog" regression approach to modeling railroad costs, with the full effect of changes in fuel prices on rail variable costs depending on, *and varying with*, such factors as the passage of time, the ton-miles carried by a rail network, the costs of other input factors, and the kind and amount of the network's equipment.

15.    Each of the four other studies Prof. Rausser cites as purported support for ██████████ ████████████████████    follows standard professional practice in modeling rail costs by employing its own "translog" regression.  Indeed, each of the studies reported its results in the same basic format employed per Figure SR-3 by Christensen Associates (see Appendix A).  Prof. Rausser's modeling is wholly out of step with these articles and the professional practice they employ.  This is clear from Figure SR-4, which reports all of the ████████████████ ████████████████████████████████████████████████████████████████ ██████  as well as all of the fuel price-related variables in the Christensen studies and the four additional articles cited by Prof. Rausser.  The variables that the studies or articles found to be statistically significant are indicated in bold.

Figure SR-4

**Fuel-Impact Variables in Railroad Economics Studies Relied Upon by Prof. Rausser**

| Author | Fuel-Price ("Fuel") Related Variables |
|---|---|
| ▮▮▮ | ▮▮ |
| Christensen | **Fuel. Fuel x Materials Price. Fuel x Equipment Price, Fuel x Time, Fuel x Ton-Miles, Fuel x Miles of Road** |
| Wilson | **Fuel, Fuel x Fuel, Fuel x Labor Price, Fuel x Materials & Supplies Price, Fuel x Equipment Price,** Fuel x Time, **Fuel x Average Length of Haul, Fuel x Revenue Ton-Miles, Fuel x Revenue to Gross Ton-Miles Ratio, Fuel x Miles of Road, Fuel x Speed Rating, Fuel x Unit Train Percentage,** Fuel x Interline Percentage, Fuel x Deregulation |
| Bitzan & Keeler | **Fuel, Fuel x Fuel, Fuel x Labor Price, Fuel x Materials Price,** Fuel x Equipment Price, **Fuel x Road Property Price,** Fuel x Time, **Fuel x Average Length of Haul. Fuel x Unit Train Gross Ton-Miles. Fuel x Way Train Gross Ton-Miles,** Fuel x Through Train Gross Ton-Miles, **Fuel x Miles of Road.** Fuel x Speed, Fuel x Fraction of Train Miles with Cabooses |
| Bitzan | **Fuel, Fuel x Fuel, Fuel x Labor Price, Fuel x Materials Price, Fuel x Equipment Price.** Fuel x Time, **Fuel x Average Length of Haul, Fuel x Unit Train Gross Ton-Miles, Fuel x Way Train Gross Ton-Miles, Fuel x Through Train Gross Ton-Miles, Fuel x Miles of Road,** Fuel x Way and Structures Capital per Mile of Track, **Fuel x Miles of Track per Mile of Road** |
| Angulo | Fuel, **Fuel x Fuel. Fuel x Material Price,** Fuel x Equipment Price, **Fuel x Executives & Officials Price,** Fuel x Professionals & Administrative Price, **Fuel x Maintenance of Ways & Structures Price. Fuel x Maintenance of Equipment & Store Price.** Fuel x Transport Price, Fuel x Train & Engine Price |

**Source:**   Angulo, L.P., "Labour Inputs Substitution during Corporate Restructuring: A Translog Model Approach for US Freight Railroads," *Applied Economics*, Vol. 45 (2013), pp. 2556-2557.  Bitzan, J.D. and T.E. Keeler, "Productivity Growth and Some of its Determinants in the Deregulated US Railroad Industry," *Southern Economic Journal*, Vol. 70 (2003), pp. 242-243.  Wilson, W.W., "Cost Savings and Productivity in the Railroad Industry," *Journal of Regulatory Economics*, Vol. 11 (1997), pp. 33-34.  Bitzan, J.D., "Railroad Costs and Competition:  The Implications of Introducing Competition to Railroad Networks," *Journal of Transport Economics and Policy*, Vol. 37 (2003), pp. 212-215.  Christensen Report 2009 at 9-37 and 9-38.  Rausser Merits Reply Report, Table 102.
**Note:**  Variables in bold type are significant at a confidence level of 95% or higher.

16.     Figure SR-4 shows that the models of railroad costs used in each of these studies ▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  allow for fuel prices to affect railroad costs both directly and

via interaction with other important variables.[25]  (The other four studies also interact fuel with

itself, so that the responsiveness of rail costs to fuel prices depends on and varies directly with

---

[25]   Prof. Rausser's Class & Merits model ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮ .  During the pre-Class Period, fuel prices averaged $1.42; during the Class Period, they averaged $2.61.  During 2008, they averaged $3.80.  In 2002 the Defendants' fuel costs were 9.3% of total operating expenses, and in 2008 they had risen to 27.4% of operating expenses.  See my workpapers.

the level of fuel prices themselves.)  Just as in the case of the Christensen studies, these models'

findings of statistically significant effects of the variables which include the interaction with fuel

prices mean that these studies are reporting with high levels of statistical confidence that the

responsiveness of costs to fuel prices changes as those interacted variables take on changing

values over time.[26]  Prof. Rausser's *sui generis* approach of ███████████████████████ is

wholly out of step with the very literature he cites.

## C.  Prof. Rausser's Own Analysis Does Not Support His ██████████████████████ ██████████████████

17.    Prof. Rausser asserts that the █████████████████████████████████████████████

█████████████ is not "highly sensitive to the data period on which it is performed."[27]  He offers

as support his Figure 4 (reproduced as Figure SR-5 below) in which he graphs his *sui generis*

measure of ███████████ produced when his ████████████████ is applied to various time

periods.  He interprets the wide variation in ██████████ found in the analysis (represented by the

different heights of the bars in his Figure 4) not as evidence that ██████████████████████████

████ but as evidence that "different samples produce different estimates and that more data is

better than less data."[28]  He further claims that his Figure 4 shows that his analysis is "reliable

and conservative" because the values cluster around █████████ when he uses more years in the

calculation.[29]  Each of these claims is false.

---

[26]    See Figure SR-4 and Appendix A.
[27]    Rausser Supplemental Reply at 47.
[28]    Rausser Supplemental Reply at 48-49.
[29]    Rausser Supplemental Reply at 49.

Figure SR-5 (Rausser Figure 4 Reproduced)



**Figure 4. Dr. Kalt's Figure C.II.9 – Reproduced to Include Intermodal and Extended Back to 1995**

Source:  Rausser Supplemental Reply.

18.     Taking the results of Figure SR-5 on their own terms, and ignoring the underlying methodological flaw of a model that ███████████████████████████, each of the numerical values reported in Figure SR-5 is highly statistically significant (with the only exception being Prof. Rausser's test for 2008).[30]  *These results regarding statistical significance fully account for the size of each sample in each estimation represented by a bar in the figure.* As I explain below, this means that the evidence presented is *not* telling us that the purportedly true or truer value for ████████ is emerging as more years of data are added to Prof. Rausser's sample.  Rather, the various years of data harbor fundamentally different information

---

[30]     Rausser Supplemental Reply workpapers.

and Prof. Rausser's proffered longer time periods simply mask these fundamental differences by *averaging* the different values. Indeed, the figure shows quite clearly (1) that ████████ as defined by Prof. Rausser varied dramatically over 1995-2008; (2) that ████████████████ ████████████████████████ and (3) that the selection of any of the values generated from this exercise – which vary by a factor of seven – as the supposed ████ ████████████████████████████ is arbitrary and unreliable, rather than conservative.

19.     In short, Prof. Rausser's Figure 4 reveals that it is not *how many* years but *which years* are studied that is driving the different values of the ████████ measured by Prof. Rausser. When adding more years of data to the analysis, the additional data do not cause the analysis to more accurately uncover an otherwise hidden, ████████████████. Instead, adding more years of data changes the model's ████████████ because the added data harbor *different* ████████████ than the initially considered data. Beginning with years in which fuel prices are high, such as the Class Period 2003-2008, and then adding earlier years in which fuel prices were much lower, does not improve the ████████████ for the Class Period. Rather, it changes the estimates by adding years in which crucial conditions were fundamentally different.

20.     The foregoing is a well-recognized attribute of statistical analyses when subsets of an overall dataset harbor different, not common, characteristics. Consider a poll of voters' opinions on gun control. A random sample by a pollster of 5,000 voters, with 2,500 from, say, Massachusetts and 2,500 from Texas, might find that 50% of the 5,000 voters support gun

control, with "plus or minus 3%" describing the associated 95% confidence bounds.[31]  Suppose, however, that the pollster claimed that this result meant that support for gun control in both Massachusetts and Texas is 50%.  We could test that proposition by examining the Texas and Massachusetts data separately.  If we found upon doing so that only 25% of Texas voters (with plus or minus 3% confidence) supported gun control, while 75% of the Massachusetts voters supported gun control (with plus or minus 3% confidence), we would reject the hypothesis of a common level of support for gun control across Massachusetts and Texas.  The finding of 50% overall support is not the result of Massachusetts plus Texas constituting more data that is better able to tease out a true and common attribute shared by Massachusetts and Texas.  Instead, it is the result of averaging together the statistically different, *not-common* views of Massachusetts and Texas voters.  Prof. Rausser's assertions regarding the interpretation of his Figure 4 commit the error illustrated here of imposing common effect where there is none.

21.    Prof. Rausser's argument for disregarding the actual results of his Figure 4 and instead using a ███████████████████████████████████████████ ignores the statistical evidence that the different heights of the bars reflect actual differences in the results from year-to-year, and not the effects of having more or less data.  The methodology for taking account of the amount of data in determining statistical significance for regression analysis is well understood, and is one of the first things taught to undergraduates learning statistics.  In particular, the methods used to assess statistical reliability only permit us to conclude that a model's results are statistically significant at a given level of confidence (e.g., 99%) *after* taking

---

[31]    http://www.people-press.org/methodology/sampling/why-probability-sampling/   (accessed   July   14, 2014).

into account the amount of data used.[32]   In fact, all of my analyses, including on this issue,

employ these standard tests.[33]   Thus, Prof. Rausser's claims[34] (echoed by Dr. McClave[35]) that the

results of any of my tests are unreliable because they use allegedly insufficient data are incorrect.

22.      Further, the datasets used in Prof. Rausser's Figure 4 are quite large, ranging from

approximately ██████ observations to more than ██ ████ observations.   To put this in

context, a regression dataset with 4,000 observations would be considered large.[36]   Prof.

---

[32]   This is readily seen in the "t-table" contained in any standard textbook (such as Jeffrey M. Wooldridge, *Introductory Econometric*s:  *A Modern Approach,* 5th ed. (hereinafter "Wooldridge") at 833, Table G.2).   The t-table sets out the values of the *t-statistic*, which is used to assess the confidence that can properly be attached to the effects (coefficients) estimated by a regression.   The very construction of the t-table makes it clear that an analysis can produce any given level of confidence (say, 99%) at large *and* small sample sizes; and a 99% confidence level found using a sample size of, say, 1 million data points is not somehow more reliable than a 99% confidence level found using some smaller sample size.   Note, too, that having a large sample size does not guarantee any particular level of confidence in results.   Models or tests with even very large datasets can yield statistically insignificant results.

[33]   For example, Prof. Rausser asserts his models' results are unreliable when I show they produce numerous statistically significant, different and often negative overcharge amounts when the possibility of such results is allowed by letting the models estimate different overcharges across the 100 largest intermodal routes.   While I use all of Prof. Rausser's models' data in performing this test, Prof. Rausser now claims that the results for all 100 routes are unreliable because, as I reported, ██ of the routes have too little data to yield estimates. (See Kalt Remand Declaration at ¶¶126-128 and Rausser Supplemental Reply at 98-100.)   This obscures the facts that the data were sufficient to produce ██ estimates and that I applied the standard criteria of statistical confidence to all of those routes.   Worse, from a methodological perspective, Prof. Rausser is effectively claiming that the assumption of common impact imposed by his modeling is simply not testable because allowing his models to estimate separate effects of his conspiracy-related variables necessarily isolates subsets of the overall dataset.   The proper conclusions are that such testing is proper, standard statistical methods will permit findings of statistical confidence only after fully accounting for subset sample sizes, and, with very high degrees of statistical confidence in the case at hand, the statistical evidence rejects Prof. Rausser's claims of a common and always positive overcharge amount.

[34]   Rausser Supplemental Reply at 6, 9, 15-16, 23, 27, 47-48, 49, 54, 56-57, 92-93, 94, 98-100.

[35]   McClave Supplemental Report at 4, 8-9, 10, 11, 12, and 31-32.

[36]   Wooldridge at 208-209.   In explaining the sample sizes for polling, the Gallup Organization observes: "To be sure, there is some gain in sampling accuracy that comes from increasing sample sizes.   Using common sense and sampling theory, a sample of 1,000 people is most likely going to be more accurate than a sample of 20.   Surprisingly, however, once the survey sample approaches 500, 600, 700, or more, there are fewer and fewer accuracy gains that come from increasing the sample size. Gallup and other major organizations use sample sizes of between 1,000 and 1,500 for standard surveys because they provide a solid balance of accuracy against the increased economic cost of larger and larger samples."   "How Are Polls Conducted?" Gallup, Inc., 2010.

Rausser's own academic papers frequently perform regressions on datasets smaller than 4,000 observations.[37]  What are called *large sample properties* of statistics are present for even smaller datasets, and can begin at levels as low as 30 observations.[38]  Further, it is well understood that adding more data to an analysis has diminishing returns in terms of the accuracy of predictions. As stated in *Statistics for Dummies:*  "[A]fter a point, increasing the sample size beyond what you already have gives you a diminished return because the increased accuracy will be negligible."[39]

23.     We can use standard statistical methods and Prof. Rausser's own analysis to test his theory that the differences in the ███████ (i.e., the heights of the bars) in his Figure 4 are caused by "more data".  Consider, for example, his calculations of ███████████ for two periods, 2002-2008 and 2003-2008 (with the latter corresponding most closely to the Class Period in this matter).  He calculates an ████████████ for 2003-2008.  The 99% "confidence interval" on this calculation ranges between ██████████ [40]  When Prof. Rausser adds just one more year of data to ████████████████ (2002), the model calculates an ███████ ██████ for 2002-2008, which has a confidence interval of ██████████.  The 99% confidence intervals of these two measures do not overlap.  This means that we can reject, with at least 99%

---

http://www.gallup.com/poll/File/125927/How%20Are%20Polls%20Conducted%20FINAL.pdf

[37]  See, for example, Marco A.C. and G.C. Rausser, "Complementarities and Spillovers in Mergers:  An Empirical Investigation Using Patent Data," *Economics of Innovation and New Technology*, Vol. 20 (2011), pp. 207-231; Gawn, G., R. Innes, G.C. Rausser, and D. Zilberman, "Nutrient Demand and the Allocation of Time:  Evidence from Guam," *Applied Economics*, Vol. 25 (1993), pp. 811-830; G.D. Graff, G.C. Rausser, and A.A. Small, "Agricultural Biotechnology's Complementary Intellectual Assets," *Review of Economics and Statistics*, Vol. 85(2) (2003), pp. 349-363; and C. Antinori and G.C. Rausser, "Ownership and Control in Mexico's Community Forest Sector," *Economic Development and Cultural Change*, Vol. 57 (2008), pp. 101-136.

[38]  James H. Stock and Mark W. Watson, *Introduction to Econometrics*, Boston: Addison Wesley (2003) at 43.

[39]  http://www.dummies.com/how-to/content/how-sample-size-affects-the-margin-of-error.html (accessed July 2, 2014).  See also fn 36.

[40]  See my workpapers.

confidence, any claim or suggestion that the samples from which they are drawn actually share the same ███████████   Thus, we find that the difference between these two bars is caused not by "more data" but by *different data* – just as we might expect if we added Texas and Massachusetts voters together and attempted to claim their average result was a proper and common result for both individually.  Ignoring these important differences is misleading and leads to completely unreliable inferences.

24.     Similarly, and although Prof. Rausser does not report it, the pre-Class Period covered by ████████████████ (1999-2002) produces a █████████████ with a 99% confidence interval that ranges from ████████████[41]   Again, this interval does not overlap with the confidence interval seen above for 2003-2008 (i.e., ████████████).  The probability that the 1999-2002 and 2003-2008 periods share a common ███████████ is rejected with a very high degree of statistical confidence.[42]  Thus, had Prof. Rausser used data solely from the Class Period years (2003-2008), the █████████ would have been ████   By adding data from the pre-Class Period years (1999-2002), he dramatically lowers the ██████████████████ – from │████│ ████ – and thereby biases the STB model's overcharge estimate upward.[43]

### D.  Prof. Rausser's Continued Reliance on the STB's Intermodal Data Is a Serious Modeling Error and an Additional Reason His Analysis Is Unreliable

25.     I pointed out in my Remand Declaration that the STB changed its reporting of cost data for intermodal shipments in 2003 and that, contrary to his claims of a ████████████████ ██████████ for all traffic at all pertinent times, the ████████████████████████████ ██████ was highly sensitive to his failing to account for the resulting data incomparability across



---

[41]   See my workpapers.
[42]   See my workpapers.
[43]   Kalt Remand Declaration at ¶45.

time.[44]  Prof. Rausser now acknowledges the STB changed its "Uniform Rail Costing System" (URCS) methodology for creating these data.[45]   However, despite the fact that it clearly and dramatically affects his results, he insists that his use of noncomparable data from before and after the STB changed its cost methodology is not an error,[46] and that the Christensen study uses the same data in calculating ███████ [47] That is categorically wrong.  The Christensen study confirms the STB's change in data calculation,[48] and (contrary to Prof. Rausser's claim) does not use the affected URCS data in the model used to analyze ██████ (and instead uses an STB R-1 Dataset which is not affected by the change in the URCS cost methodology).[49]

**E.  Dr. McClave's Analysis of Non-Defendant Data Does Not Show that a ██████████ ████████████████████████ Is "Conservative"**

26.     Dr. McClave asserts that Prof. Rausser's estimate of the fuel elasticity is conservative. Dr. McClave proceeds by adding non-Defendant data into stage 1 of Prof. Rausser's STB model. He finds that this produces an ██████ that is lower than that found by Prof. Rausser and he concludes that Prof. Rausser's ████ is, thus, conservative.[50]  In fact, using Prof. Rausser's ████ ████████████████ for non-Defendant data is *negative*, meaning that according to the model, *increases* in fuel prices cause variable costs to *decrease* for this group of non-Defendant railroads.[51]  As a matter of basic economics, that's not remotely plausible.

---

[44]   Kalt Remand Declaration at ¶¶58-60.
[45]   Rausser Supplemental Reply at 51.
[46]   Rausser Supplemental Reply at 50.
[47]   Rausser Supplemental Reply at 53, referring to Christensen Report 2009 at 9-37.
[48]   Christensen Report 2009 at 11-25.
[49]   Christensen Report 2009 at 9-3.
[50]   McClave Supplemental Report at 13.
[51]   These results are statistically significant at the 99% confidence level.  See my workpapers.  Dr. McClave says he ████████████████████████████████ for non-Defendants of ███ (McClave Supplemental Report at 13).  However, Dr. McClave does not obtain this result by applying the ████████████████ to the non-Defendant data, as I do.  Instead, this value is derived from a model in which Dr. McClave has assumed that other than for the ███ ████ Defendant and non-Defendant cost structures are identical.  This approach imposes an

20

27.     Dr. McClave's test does not constitute evidence that Prof. Rausser's ▮▮▮▮ is excessively high and, hence, "conservative".   Rather, it is a demonstration that the model is incapable of reliably estimating meaningful economic relationships.   If Prof. Rausser's model were reliable, it would be capable of reliably estimating an economically plausible ▮▮▮▮ for non-Defendants as well as Defendants.   It does not.

28.     Moreover, even if Dr. McClave's method produced sensible results as to non-Defendants, that would hardly show that the results for Defendants are conservative.   It would simply show, as the Christensen studies find,[52] that ▮▮▮▮ are different for different railroads.

**F.   Dr. McClave's Calculation of ▮▮ Average Overcharges Is Unreliable**

29.     Dr. McClave further purports to validate Prof. Rausser's modeling by running a version of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   The result – a single, ▮▮ overcharge – allegedly shows that Prof. Rausser's "central finding of overcharges in the Class Period is not dependent on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"[53]   This conclusion is wrong.

30.     Dr. McClave's model still uses the same ▮▮▮▮▮▮▮▮ that Prof. Rausser uses in his STB Model.   That adjustment is applied to the rates before the ▮▮▮▮▮▮ ▮▮▮▮ is run and thus is not undone by Dr. McClave's removing the ▮▮▮▮▮▮ from the overcharge regression.   Thus, the ▮▮▮▮▮▮▮▮ continues to have the same effect:   it understates the "legitimate" prices in the Class Period, and, in turn, yields

---

arbitrary and unjustified constraint on the estimation of the non-Defendants' ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮   When this constraint is removed, Dr. McClave's model finds a ▮▮▮▮▮ for non-Defendants of ▮▮   See my workpapers

[52]   See fn 21 above.
[53]   McClave Supplemental Report at 16.

faulty measures of damages.  The finding of the ▉ overcharge therefore merely reiterates that, with or without the fuel interaction variable, Prof. Rausser's model is biased to find overcharges. Moreover, as I discuss in Section III below, and paralleling results for Prof. Rausser's modeling, Dr. McClave's new alternative is rife with false positive results, yielding "damages" even when applied to the time period before any claims of conspiracy.[54]

## III.   FALSE POSITIVE "OVERCHARGES" IN PROF. RAUSSER'S MODELS

### A.  False Positive Legacy Shipment "Overcharges"

31.     In my Remand Declaration, I analyzed *Prof. Rausser's* set of legacy shipments that result from his splitting of shipments into legacy and class categories, and I showed that Prof. Rausser's STB and Class & Merits Models find "overcharges" when applied to legacy shipments.  This holds for Prof. Rausser's entire dataset of legacy contracts,[55] as well as for subsets of approximately ▉ of legacy shipments that were subject to (1) contracts/price authorities which were in place prior to the alleged onset of conspiracy and (2) FSC provisions which were unchanged or had reduced earning power during the Class Period.[56]   Under Plaintiffs' theory of the alleged conspiracy, in which purportedly conspiratorial fuel surcharges were "nothing like",[57] and were systematically more "onerous"[58] than, pre-Class Period legacy fuel surcharges, the "overcharges" Prof. Rausser's models find on these legacy shipments are false positives.

---

[54]   Also, Dr. McClave's ▉ overcharge is constant throughout the Class Period, regardless of the level of FSCs.  Such a result is inconsistent with Plaintiffs' theory of how an FSC conspiracy operates.

[55]   Kalt Remand Declaration at ¶35 and Figures 1 and C.I.1.

[56]   Kalt Remand Declaration at ¶38 and Figures 2 and C.I.2, C.II.1, and C.II.2.

[57]   Plaintiffs' Reply Memorandum Addressing Wal-Mart Stores, Inc. v. Dukes, September 1, 2011, at 7.

[58]   Plaintiffs' Reply Memorandum Addressing Wal-Mart Stores, Inc. v. Dukes, September 1, 2011, at 7, 8.

32.     Prof. Rausser claims that my analyses are flawed because I "ignore" his Supplemental Report's "decomposition of the legacy contracts in its entirety."[59]  To the contrary, I explicitly took into account Prof. Rausser's "decomposition" of his legacy contracts by isolating those contracts which (a) were entered into prior to the claimed conspiracy period and (b) were subject to FSC provisions whose earning power was not raised during the claimed conspiracy period.  Figure 2 of my Remand Declaration showed that Prof. Rausser's STB Model finds false positives in the majority of the cases.

33.     Prof. Rausser now criticizes my testing of the specific legacy FSC provisions presented in Figure 2 of my Remand Declaration.  His criticisms consistently miss the point I make – namely, that his models generate overcharges *for shipments under legacy FSC formulas in contracts/price authorities entered into prior to the conspiracy* and *which experienced no increase in earning power during the Class Period*.  For example, he asserts that:

- One FSC provision (BNSF Fuel 6100) that I tested was changed during the Class Period.[60]  Prof. Rausser, however, omits the fact that this provision was changed in a way that did *not* increase its earning power during the Class Period;[61]

- One FSC provision (UP Intermodal Standard Fuel Surcharge) was "updated twice during the Class Period".[62]  Prof. Rausser does not mention (as he did in his Merits Reply Report), however, that both updates *reduced* the provision's earning power relative to its pre-"conspiracy" level;[63]

- The "escalation slope" of one FSC provision (UP WTI Fuel Surcharge Standard) was similar ("albeit in slower increments") to the slopes of two purportedly "conspiratorial" formulas.[64]  Yet, the fact that an admittedly competitive pre-Class Period formula had a similar escalation slope as purportedly "conspiratorial" formulas underscores why this

---

[59]     Rausser Supplemental Reply at 80.
[60]     Rausser Supplemental Reply at 82-83.
[61]     Kalt Merits Report at Figures IV-1B and IV-23A.
[62]     Rausser Supplemental Reply at 83.
[63]     Rausser Merits Reply Report at 172.
[64]     Rausser Supplemental Reply at 83.

false positive test is proper; the similarities in formulas is inconsistent with damages arising from FSCs that were more "aggressive" and more "onerous";

- One pre-Class Period provision (BNSF Published Intermodal Surcharge) continued to be widely used during the Class Period.[65]  In making this as (apparently) a criticism, however, Prof. Rausser disregards the fact that I limit my analyses to shipments under contracts that were in place prior to March 1, 2003 or July 1, 2003;

- One FSC provision (NS 6766) is "identical to the formula" employed by another Defendant (BNSF Published Intermodal Surcharge).[66]   Prof. Rausser does not acknowledge, however, that one of these formulas used crude oil (WTI) prices and the other used diesel fuel (HDF) prices and they were therefore not "identical";[67] one was implemented in 2000 and the other was implemented in 2001; and neither was more aggressive in the Class Period than in the preceding period;[68] and

- One FSC Provision (███████████████████ was "created on March 12, 2004", i.e., after the start of the Class Period.  However, this claim contradicts Prof. Rausser's previous recognition that some of UP's contracts included this provision in 2003.[69]  In fact, the provision appears in UP's transaction data as early as ███████.[70]

None of these criticisms invalidates my test or removes the positive overcharges from legacy shipments.

## B.  False Positive Structural Breaks and Overcharges Prior to Any Claims of Conspiracy

34.    In my Remand Declaration, I showed that Prof. Rausser's new STB Model and his original Class & Merits Model find a structural break and overcharges at all dates tested in the period January 2000 through February 2003, prior to any alleged conspiratorial conduct.[71]  These results are summarized in Figure SR-6. Prof. Rausser and Dr. McClave make three criticisms of this analysis, none of which is correct.

---

[65]   Rausser Supplemental Reply at 84.
[66]   Rausser Supplemental Reply at 84.
[67]   Kalt Merits Report at Figures IV-1B and IV-1D.
[68]   Kalt Remand Declaration at ¶38.
[69]   Rausser Merits Reply Report at Table 89.  See also Exhibit 1 to Declaration of Charles M. Adams, June 18, 2010.
[70]   Defendants' Transaction Data.
[71]   Kalt Remand Declaration at ¶¶41-43 and Figure 5 and C.I.5.

### 1. The Pre-March 2003 Tests Are Not "Illogical"

35.     Prof. Rausser claims that my test is illogical because "[t]here is no allegation or evidence of conspiracy focused on FSCs for shipments traveling in most of the pre-Class Period…."[72] But, of course, that is why this *is* a logical test for *false* positives.  That is, proper testing for false positives entails applying Prof. Rausser's models to contexts in which allegations and evidence of conspiracy are absent.  By challenging this, Prof. Rausser is effectively arguing that it is somehow improper or impossible to test his modeling for false positives.  If the model can do what it claims, which is to control for the non-conspiratorial factors that influence rates, then when we test for conspiracy where Plaintiffs admit that it does not exist (i.e., in the benchmarking pre-period), it should find neither "evidence of conspiracy itself" nor "overcharges".  As summarized in Figure SR-6, the model is rife with large and statistically significant false positives.

---

[72]   Rausser Supplemental Reply at 88.  "Most of the pre-Class Period" refers to the fact that Prof. Rausser now claims that although the Class Period begins in July 2003, conspiratorial conduct began in March 2003.  Rausser Remand Report at 27 and fn 98.

Figure SR-6

**Testing for False Positives with Pre-March 2003 Data Only**

## STB Model

| Date of Test for Break | Average Weekly Overcharge | Statistically Significant? | Pre-Break Observations | Post-Break Observations | Total Observations |
|---|---|---|---|---|---|
| April 2000 | | YES** | | | |
| July 2000 | | YES** | | | |
| October 2000 | | YES** | | | |
| January 2001 | | YES** | | | |
| April 2001 | | YES** | | | |
| July 2001 | | YES** | | | |
| October 2001 | | YES** | | | |
| January 2002 | | YES** | | | |
| April 2002 | | YES** | | | |
| July 2002 | | YES** | | | |
| October 2002 | | YES** | | | |
| January 2003 | | YES** | | | |

## Class & Merits Model

| Date of Test for Break | Average Weekly Overcharge | Statistically Significant? | Pre-Break Observations | Post-Break Observations | Total Observations |
|---|---|---|---|---|---|
| April 2000 | | YES** | | | |
| July 2000 | | YES** | | | |
| October 2000 | | YES** | | | |
| January 2001 | | YES** | | | |
| April 2001 | | YES** | | | |
| July 2001 | | YES** | | | |
| October 2001 | | YES** | | | |
| January 2002 | | YES** | | | |
| April 2002 | | YES** | | | |
| July 2002 | | YES** | | | |
| October 2002 | | NO | | | |
| January 2003 | | YES* | | | |

**Source:** Rausser Data updated per Rausser Remand Report.
**Note:** Two asterisks (**) denote that both the Class Period indicator and the fuel interaction terms are significant at the 99% level; one asterisk (*) denotes that both the Class Period indicator and the fuel interaction terms are significant at the 95% level.

### 2. The Tests for False Positives Have Sufficient Data

36.     Without providing any statistical testing or empirical demonstration, Prof. Rausser simply

asserts that my pre-Class Period structural break analyses (see Figure SR-6 above) "use too little

data and produce unreliable results."[73]  Dr. McClave likewise claims – without providing any statistical testing or evidence – that because this analysis necessarily "eliminate[s] all of the class period data (66 months of transaction data), [this] significantly limits the reliability of any conclusions to be drawn from [Kalt's] analyses."[74]  As noted above, this is a familiar refrain in Prof. Rausser's and Dr. McClave's new reports.  Here, as elsewhere, it violates basic standards of how to properly assess statistical confidence and is without merit.

37.     First, I do not eliminate data in conducting the tests summarized in Figure SR-6.  I use all of the data available for the test, i.e., all of the data from the pre-Class Period that fits within Prof. Rausser's damages framework for each break point.  The datasets I employ for these and my other tests of Prof. Rausser's models are very large by professional standards.  As seen in Figure SR-6, for example, the pre-break datasets always have at least ███████ transactions, and the post-break datasets range from *well over* █████ transactions to ███████████ transactions.

38.     Second, neither Prof. Rausser nor Dr. McClave provides any statistical analysis to support their assertion that the pre-Class Period structural breaks are an artifact of insufficient data.  All of my tests use the standard tests of statistical confidence, which, as noted above, fully take into account the number of transactions in the dataset being tested.[75]  In fact, the results summarized in Figure SR-6 are highly statistically significant.  The indicated 99% confidence levels mean that the probability that the models' findings of structural breaks and overcharges arise by chance is less than 1% in all but two of the twenty-four tests in Figure SR-6.

---

[73]   Rausser Supplemental Reply at 94.
[74]   McClave Supplemental Report at 9.
[75]   See fn 32 above and associated text.

### 3.   The Implications of "Nonsensical" Regression Effects (Coefficients)

39.   Prof. Rausser now makes much of the fact that some of the above tests entail a ███████ ███████████████████████████████████ noting that "[t]his finding implies that fuel prices increased freight rates less in [Dr. Kalt's] pseudo class periods, than in his pseudo benchmark periods, and at times…actually decreased freight rates."[76]   In reality, this is a criticism of the models, rather than my results.

40.   First, while Prof. Rausser asserts that my tests for pre-March 2003 overcharges "*always*" yield a ███████████████████████████████,[77] this critique does not, in fact, apply to my testing of his Class & Merits Model.  Under that model, the coefficient is positive and statistically significant at the 99% level for 11 of the 12 tests.[78]  Nor, as I show below, does the criticism apply to the false positives generated by Dr. McClave's version of the STB model.[79]  It is only Prof. Rausser's STB Model that produces the noted ████████████████ ███████████████

41.   Second, the ███████████████████████████ is wholly consistent with the fact that Prof. Rausser's STB Model finds "overcharges" when applied to the pre-March 2003 data.  Prof. Rausser's "overcharge" has always ████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████████████ █████████████████████ ███████████████████████ and Plaintiffs' experts have been

---

[76]   Rausser Supplemental Reply at 91.
[77]   Rausser Supplemental Reply at 90, emphasis in the original.
[78]   Kalt Remand Declaration Figure C.I.5 and associated workpaper provided to Plaintiffs.
[79]   See Figure SR-7, below.
[80]   See, e.g., Rausser Merits Reply Report at 248: "The ████████████████ ███████████████████████████████████████████████

adamant that one must simultaneously consider both the ███████████████████████████

███████████████████████████████████     In fact, in defending Prof. Rausser's

modeling against criticisms that it did not make sense that his Class & Merits Model yields a

███████████████████████████████,[81] Dr. McClave unequivocally stated that

"from a statistical perspective, the two variables have to be considered as a unit in order to

understand their price effects, and, in particular, to determine the estimate of overcharges as

measured by them."[82]

42.     My tests in Figure SR-6 calculate overcharges in the pre-Class Period using the same

method that Prof. Rausser uses for the Class Period.  That is, I have treated the two variables "as

a unit" and calculated overcharges in Figure SR-6 *exactly* as Prof. Rausser does.  This results in

statistically significant overcharges for 11 of 12 dates tested under the Class & Merits Model and

for all dates tested under the STB Model.  Thus, both models persistently produce false positive

overcharges when applied to pre-Class Period shipments.

43.     Third, when a reasonable test of a model finds nonsensical results, the proper inference is

that the model is unreliable.  As noted above, a model capable of reliably estimating rail rates

must be able to do so in a period free of purported conspiracy.  If it cannot, it cannot properly

benchmark non-conspiratorial pricing and, hence, but-for pricing in the asserted conspiracy

period.  In other words, applied to the pre-March 2003 data, Prof. Rausser's models, if they were

valid and reliable, should find that *neither* of the two "conspiracy" variables has a statistically

---

██████████████████████████████████████████████████ in the Class
Period departed from its non-collusive relationship."

[81]   In his Class & Merits Model, the estimated effect of the Class Period indicator variable is always
       negative.  See Expert Reply Report of Gordon Rausser, Ph.D., August 27, 2010 (hereinafter "Rausser
       Class Reply Report"), workpapers to Table 23; Rausser Merits Report, workpapers to Table 53;
       Rausser Merits Reply Report, workpapers to Table 103 and footnotes 719 and 741.
[82]   Expert Report of James T. McClave, Ph.D. June 12, 2013 ("McClave Merits Report") at 27.

significant and economically important effect on rail rates – because there is no conspiracy for the variables to capture.   Thus, if the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (standing alone) tells us anything, it simply confirms that the models cannot reliably perform the task for which they are used by Prof. Rausser.

### 4. Dr. McClave's Model Also Generates False Positives

44.     Not surprisingly, the model Dr. McClave has introduced also generates ubiquitous false positive "overcharges" when applied to the pre-March 2003 data.[83]   This is seen in Figure SR-7.

Figure SR-7

**Testing Dr. McClave's Model for False Positives:
Structural Breaks and Overcharges Prior to March 2003**

| Date of Test for "Conspiracy" Break | Does Dr. McClave's Model Find … | |
| --- | --- | --- |
| | Structural Break? | "Overcharges" |
| April 1, 2000 | Yes** | |
| July 1, 2000 | Yes** | |
| October 1, 2000 | Yes** | |
| January 1, 2001 | Yes** | |
| April 1, 2001 | Yes** | |
| July 1, 2001 | Yes** | |
| October 1, 2001 | Yes** | |
| January 1, 2002 | Yes** | |
| April 1, 2002 | Yes** | |
| July 1, 2002 | Yes** | |
| October 1, 2002 | Yes** | |
| January 1, 2003 | Yes** | |

**Source:**  Rausser Data updated per Rausser Remand Report.
**Note:**  Two asterisks (**) denote significance at the 99% level.

---

[83]    Dr. McClave also fails to correct the data mis-match error of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Prof. Rausser's use of this mis-matching results in a substantial underestimate of "legitimate" prices in the Class Period.   See Kalt Merits Report at ¶¶523-524; Kalt Remand Declaration at III.E; Deposition of Joseph P. Kalt, Ph.D., May 7, 2014 (hereinafter "Kalt Remand Deposition") at 125-130.   As I illustrate in my workpapers, the mis-matching of data effectively guarantees that average all-in rates in the test period will be higher than rates in the benchmark period.

### 5. Prof. Rausser's Models Produce False Positive "Overcharges" when Defendants' Rates Are Free of Any Conspiratorial Element

45.     In my Remand Declaration, I explained that if Defendants' rates just equaled their variable costs (and thus were not supra-competitively inflated), but Prof. Rausser's models nevertheless reported overcharges, such "overcharges" would constitute false positive results. Prof. Rausser's models produce precisely such results.[84]   Prof. Rausser and Dr. McClave question the logic of this as a test for false positives.  Prof. Rausser asserts, for example, that this test is "an entirely hypothetical exercise" because "freight rates never equaled variable costs…."[85]  Yet, the fact that railroads typically set their rates *above* variable costs is precisely why this is such a powerful test – and in fact makes it conservative.  The test shows that if prices were set at variable costs, with no markup for normal profit much less monopoly profit, the models would still find overcharges.[86]   The models cannot reliably identify overcharges attributable to the alleged conspiracy if they find overcharges in data where no conspiracy could be present.

## IV.  SHIPMENTS WITH NEGATIVE "DAMAGES"

46.     In my Remand Declaration, I showed that Prof. Rausser's STB Model finds negative "damages" for ███ of all class shipments.  This consists of more than ████████ shipments, amounting to more than ████████ of class revenue.[87]  ████████████████████████████

███████████████████████████████████████████████

---

[84]   Kalt Remand Declaration at ¶62 and Figure C.II.4.
[85]   Rausser Supplemental Reply Report at 27.  See also McClave Supplemental Report at 14, fn 32.
[86]   In fact, the models find overcharges if Defendants' rates are set at variable cost plus a given markup (say, 10%) above variable costs.  See my workpapers.
[87]   Kalt Remand Declaration at Figure 13 and ¶74.
[88]   Rausser Supplemental Reply at fn 356.

███████████████████████████████████████████████████[89] the model reports negative damages for more than ████ of class shipments, amounting to more than ██████ shipments and ██████ in class revenue.[90]  Prof. Rausser's Class & Merits Model similarly finds large numbers of negative damage shipments.[91]  Negative damages mean that the models are reporting that the actual rates paid on a class shipment were less than what the models predict would have been paid absent the purported conspiracy.[92]  The large numbers of negative "damage" shipments are inconsistent with Plaintiffs' and Prof. Rausser's theory of a conspiracy with universal and inescapable reach and their corresponding claims of a common fact of injury across class shipments.[93]

## A. "Normal Prediction Error" Does Not Rationalize Away Large Numbers of Uninjured Shipments

47.    Prof. Rausser argues that the findings of uninjured shipments should be dismissed as "normal prediction error".[94]  He asserts that "any class-wide damage model based on statistical modeling is faced with a margin of error"[95] and suggests that, notwithstanding the fact that his models' best statistical estimates find ██████████████ not-overcharged shipments, we should conclude, or at least treat, all shipments as having been subject to overcharges.  In other

---

[89]   Kalt Remand Declaration at fn 107.
[90]   Kalt Remand Declaration at Figure 15A and associated workpapers.
[91]   Kalt Remand Declaration at Figure C.I.13; see also Rausser Supplemental Reply at Table 20.
[92]   Kalt Remand Declaration at ¶¶73-78 and Figures 13, 14 and C.I.13.  When the aforementioned error of using noncomparable STB data is corrected, the STB Model reports more than ████ of all shipments had negative damages.  (Kalt Remand Declaration at Figure 14.)  The uncorrected STB Model finds that ████ shippers had negative "damages" for each of their class shipments and ████ shippers had net negative "damages".  Prof. Rausser finds ████ shippers with only negative "damages" and ████ shippers with net negative "damages".  (Rausser Supplemental Reply at 116, Table 27 and 113, Table 23)  He finds fewer negative "damages" because he fails to ████████████████ ██████████████.  See Kalt Remand Declaration at fn 107 and fn 113 below.
[93]   Rausser Merits Report at 112-114 and 148-149; Rausser Remand Deposition at 26, 325.
[94]   Rausser Supplemental Reply at 19.
[95]   Rausser Supplemental Reply at 108.  See also McClave Supplemental Report at 25.

words, Prof. Rausser now effectively asserts that the predictions from his model for ▮▮▮▮ of

shippers and well over ▮▮▮▮▮▮ shipments, accounting for ▮▮▮▮ of dollars of revenue, are

not to be believed.  At the same time, we are told the Court should rely on his models' results,

with their prediction errors, when they report positive damages for class shipments.

48.     It is true that any model will have some prediction error.  However, the key to whether a

model's average regression results can reliably be applied to each class member is *how large* the

prediction errors are relative to the purportedly average effect for the whole class.  Figure SR-8

sets out the analytics of this question.

Figure SR-8

**Regression Lines and Prediction Errors**



49.     Consider, first, the left-hand panel of Figure SR-8.  Here, we see a regression line (in

blue) fit to an array of actual prices.  The solid blue line represents the regression's best attempt

to explain – we say, "predict" – actual prices.  The amount by which a given actual price differs

from the regression's fitted ("predicted") price is a "prediction error".  As in the case at hand, the

regression model in Figure SR-8 is presumed to be trying to estimate an average overcharge that,

in Prof. Rausser's framework, is required to be common across all transactions.  In doing so, the model generates but-for (i.e., conspiracy-free) prices, represented by the dashed blue line.  In the model shown on the left, the prediction errors are small relative to what the model is trying to measure – i.e., the overcharge.  As a result, although there is prediction error, none of the actual prices are below the model's but-for price.  The model's best estimate is that the prices that all transactions actually paid were above the but-for price.

50.     The right-hand panel shows an alternative regression result in which the model does not reliably support such a conclusion.   Here, prediction errors are relatively large and leave numerous actual prices frequently *below* the model's best estimates of but-for prices.  That is, the prediction errors are frequently swamping the average, assumed-to-be-common, overcharge the model purports to estimate.  In such instances, many of the subject transactions did *not* actually pay more than the model's best prediction of their but-for price.

51.     The right-hand panel of Figure SR-8 illustrates the character of Prof. Rausser's models and their high frequencies of negative "damages".  Negative "damages" result when the actual price on a shipment is less than the regression's best estimate of but-for price.  This happens often in Prof. Rausser's models – e.g., no less than ▮▮▮ of the time, accounting for no less than ▮▮▮▮▮ in class revenue, under the STB Model.[96]  In fact, when demonstrable errors in the model are corrected, more than ▮▮▮ of shipments are found to have negative damages.[97]

52.     It is not methodologically proper to say, in effect, "Even though ▮▮▮ (or more) of shipments show negative damages, we have reasonable certainty that those shipments really were positively damaged because the other ▮▮▮ (or less) of shipments show positive damages

---

[96]   Kalt Remand Declaration at Figures 15A, 13 and 14 and associated workpapers.  See also Rausser Supplemental Reply at 110.
[97]   Kalt Remand Declaration at Figure 14.

and the overall average is positive."[98]  For the ▮▮▮ (or more) of uninjured shipments found by Prof. Rausser's modeling, the best statistical evidence from the model is that *those shipments were not injured.  Full stop.*  The modeling permits no adjustment of results based on what the model may find on the other ▮▮▮ (or less) of shipments.  We must either reject the hypothesis of common injury or the reliability of the model, or both.  In either case, the model is not reliable for the purpose of showing a common injury to all class shipments and hence all class members.

53.     Plaintiffs and Prof. Rausser assert that Prof. Rausser's modeling should be taken as demonstrating classwide injury because many shippers with estimated negative damages have more than offsetting amounts of positive damages, and the at least ▮▮▮ class members for which the (uncorrected) STB Model's best evidence is that they incurred only negative damages and no positive damages[99] account for quite small proportions of overall class revenue.[100]  Beyond the question of the status of more than ▮▮▮ class members for which the model, taken on its own terms, finds no injury, this argument obscures the meaning of negative "damages".

54.     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[98]  Plaintiffs and their experts assert that the ▮▮▮ of negative damage shipments should be disregarded because shippers with negative damages tend to be small and this is "the opposite of what economic theory would predict" (Plaintiffs' Supplemental Reply Memorandum of Law in Support of Motion for Class Certification, May 28, 2014 (hereinafter "Plaintiffs' Remand Reply Brief") at 37) and "[n]o theory of economics or econometrics has been advanced... to explain why shippers with very small numbers of shipments would have been able to escape the impact of a conspiracy that has been shown to have overwhelmingly impacted shippers with larger numbers of shipments." (McClave Supplemental Report at 25; see also Rausser Supplemental Report at 16-19)  As I have pointed out above, such reasoning presumes what it is trying to prove – that the modeling is reliable. Faulty, unreliable modeling can be expected to yield unreasonable results.  A test which produces unreasonable results is an indictment of the modeling, not a reason to go on presuming results (such as universal damage to all shipments and shippers) which the modeling does not produce.

[99]  Kalt Remand Declaration at Figure 13 and associated workpapers.  Upon the correction of the noted STB data error, the STB Model finds approximately ▮▮▮ such shippers.  Kalt Remand Declaration at Figure 14.  The Class & Merits Model reports approximately ▮▮▮ shippers with only negative damage shipments.  Kalt Remand Declaration at Figure C.I.13.

[100]  See Plaintiffs' Remand Reply Brief at 5; Rausser Supplemental Reply at 105.



██ the pervasive existence of negatively "damaged" shipments – ██ or more of class shipments – means that the models are showing effects that are not consistent with Plaintiffs' hypothesis and Prof. Rausser's claims of universal injury from a hypothesized conspiracy of inescapable reach.

55. ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████. Such reasoning entails treating both the positive *and* the negative "damages" reported by the models as reliable evidence of the effects of the alleged conspiracy.   In the first instance, this directly contradicts Plaintiffs' and Prof. Rausser's own arguments that the negative "damages" are in fact *not* reliable.  Prof. Rausser himself asserts that the negative "damages" are *errors* and thus do *not* support the conclusion that any shipper "actually paid all-in rates that were *less* than the shipper would have paid absent the conspiracy"[101] on those or any other shipments.

56.    More importantly, unless one assumes what one is trying to prove, one cannot have it both ways – taking the models' positive "damages" as reliable evidence of conspiratorial effect while rejecting the reported negative "damages" as not to be believed.  The models draw no such

---

[101]   Rausser Supplemental Reply at 102.

distinction and *no* theory of the conspiracy says that the conspiracy would generate actual negative damages (which Prof. Rausser recognizes as suggesting "that the shipment or shipper actually *benefitted* from the conspiracy"[102]).   Prof. Rausser acknowledges this, asserting that "there is no basis for concluding – based on the evidence – that *any* shipper would have benefitted from the conspiracy at issue…."[103]   The proper conclusion, therefore, is that the models are generating incoherent results when those results entail at least █████ negative "damage" shipments and individual shippers with both positive and negative "damages."[104] There is no basis to believe that the effect of the conspiracy, as Plaintiffs describe it, is of that nature.   Instead, under Plaintiffs' hypothesis, the fuel surcharge "tax" is supposedly an effective conspiratorial mechanism precisely because it raises rates on all of a shipper's shipments; therefore, all shipments and shippers should show damages.   Dramatic and pervasive mixed outcomes of the type the models produce make no sense under any version of the proffered conspiracy.

57.     This conclusion is buttressed by examining the modeling's predictions for individual shippers.   Figure SR-9 illustrates the pattern of individual shipment "damages" generated by the STB Model for two actual shippers.[105]   The left-hand panel shows the model's best estimates of "damages" for each shipment of named ████████████████████████   The model's best estimate is that █████ of the time ████████████ paid less than the model's best estimate of but-

---

[102]   Rausser Supplemental Reply at 102.
[103]   Rausser Supplemental Reply at 102.
[104]   Prof. Rausser acknowledges this figure for his STB Model, and reports that his Class & Merits Model shows█████ of shipments as being negatively damaged (Rausser Supplemental Reply at 110-111).
[105]   ████████████████████████████████████████████████████████████████████████████ would generate a higher number of negative "damages."   See my Remand Declaration at fn 107.   The results in Figure SR-9 are conservative in that I have not corrected the STB model for Prof. Rausser's ██████████ ████████████████████████████

for (competitive) prices, and ███ of the time it paid more.[106]   This does not describe the theory of conspiracy put forth by Plaintiffs and purportedly modeled by Prof. Rausser.   One could proceed to net these results and conclude that ████████ was uninjured, but the proper conclusion is that for ████████ the model has failed to produce a coherent assessment of the effects of the alleged conspiracy.

58.     Similarly, the right-hand panel of the Figure SR-9 shows the STB Model's "damages" for the largest named ██████████████████. Out of more than ████ shipments by ████ have negative "damages".[107]   In fact, a close inspection of the ███ findings reveals positives and negatives among shipments made under the same FSC formulas in the very same time period.[108]   As noted, if we take positive "damages" to be reliable and believable, the modeling provides no basis for treating the negative "damages" as somehow *un*believable.   But, then, it makes no sense that anticompetitive, conspiratorial fuel surcharges, which purportedly applied to *every* shipment by ███ would produce these results.   Thus, we cannot net out the incoherent and inconsistent results generated by the models and find that ███ was injured; that would be arbitrary and make the worst of methodological errors – simply assuming what one is trying to prove.   When a model produces incoherent and inconsistent results, the *model* is unreliable.   The proper finding, then, is that Prof. Rausser's models do not generate a reliable answer to the question of whether ███ was injured.

---

[106]  ████████████████████████ of ████████ class shipments have negative "damages".  See Kalt Remand Declaration at Figure 16.

[107]  ████████████████████ of ████ class shipments have negative "damages".  See Kalt Remand Declaration at Figure 16.

[108]  For example, Prof. Rausser's data for ███ show that approximately ███ class shipments were made solely under UP's ████████████ FSC formula.  Under the STB Model, just under ███ of these shipments have negative "damages".  Moreover, the majority of these negative "damage" shipments occur in weeks in which the model also generates positive "damages" for shipments made under the same FSC formula.  See my workpapers.

Figure SR-9

**Negative "Damages":**
**The Cases of Named Class Representatives** ▮▮▮▮▮▮▮▮▮



**Source:**  Rausser Data updated per Rausser Remand Report.
**Note:**  Values are in logarithms of prices; expressed as percentages.  Values exceeding +/- 100% not shown.

59.     In short, Prof. Rausser's modeling fails to validate the hypothesis of a conspiracy producing common, universal injury.  With ▮▮▮ of shipments, accounting for ▮▮▮ of dollars of class revenue, being shown as uninjured, the results of the modeling, taken at face value, do not validate the claim of common injury.  More properly, the conclusion to be drawn from the many ▮▮▮ of dollars of shipments which Prof. Rausser's modeling reports as experiencing negative "damages" is that the modeling is unreliable.  The models' negative "damages" are markers of the models' inabilities to identify and measure the effects of the claimed conspiracy; and if the models' negative "damages" cannot be taken as measuring anything reliable about the effects of the claimed conspiracy, neither can the models' positive "damages."

60.     Notwithstanding these incoherent and inconsistent results, Prof. Rausser argues that injury should be concluded to be common and classwide because only ▮▮▮ of class shipments

are accounted for by shippers with only negatively damaged shipments.[109]  This statistic mixes shipments and shippers together in a manner that is highly misleading and unsupported by the statistical results of the modeling.  Even if this output of the modeling were otherwise reliable, a proper analysis of whether classwide damages exist would require an examination of either shipments or shippers, not a statistically unsupported mixture of the two.  Professor Rausser's models clearly fail on both levels.  With respect to *shippers*, Prof. Rausser acknowledges that under his STB Model:  at least ▊▊▊ shippers have only negative damages; shippers with only negative damages account for no less than ▊▊▊ of all class shippers; and over ▊▊▊ shippers have negative overall damages, accounting for no less than ▊▊▊ of all class shippers.[110]  If the correct metric for measuring "uninjured" class members is shippers, these figures contradict a claim that the models demonstrate common, classwide injury.  On a *shipment* level – ▊▊▊▊▊▊ ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ – the model similarly fails.  Here, too, the results are not disputed by Prof. Rausser.  The STB Model generates negative damages for no less than ▊▊▊ of all shipments for the Class as a whole – meaning there are at least ▊▊ ▊▊▊ class shipments with negative damages accounting for at least ▊▊▊▊▊▊ in class revenue (see above).

**B.  Under Prof. Rausser's Modeling, More than ▊▊▊▊▊▊ of the Class Shipments Are Either Uninjured or Have Damages Exceeding Fuel Surcharges Paid**

61.    Prof. Rausser suggests that my findings are the result of looking at extreme values.  He argues:  "If we have a 95% prediction interval, then by definition 2.5% of the sample will be outside that interval on the downside, with low or negative individual overcharges, and 2.5% will be outside that interval on the upside, with higher individual overcharges…. What Dr. Kalt has

---

[109]  Rausser Supplemental Reply at 115.  Prof. Rausser's calculation of this percentage is off by a factor of 10.
[110]  Rausser Supplemental Reply at Table 19.

done is to focus on the tails of the probability distribution for predictions, looking *only* at the lower tail end of the distribution."[111]   Again, Prof. Rausser's assertion is not accompanied by any empirical demonstration.   In fact, it is unsupported and wrong.   The shipments with either negative damages or implausibly high damages are not confined to the "5%" tails of the distribution; they constitute fully █████████ of the class shipments.

62.     First, although an analysis of *classwide* impact would not ignore shippers in the "tails" of the modeling's distribution of damages, there are large numbers of uninjured shipments even if I eliminate the distribution's tails.   Figure SR-10 shows the distribution of damages and the frequency of negative damages after I remove the extreme 5% of the STB Model's damage estimates and focus on only the 95% prediction interval referred to by Prof. Rausser.[112] Shipments with negative damages account for more than ██████ of the shipments (more than ████ ████ in Prof. Rausser's 95% prediction interval (███████████████████████████ ████████████████████████████████████████████████████████████████████ █████████████████████[113]

---

[111]   Rausser Supplemental Reply at 108 (emphasis in original).
[112]   When the analysis is limited to the 95% prediction interval, the percentage of class shipments with negative "damages" each week ranges from approximately ███████████████████████████████ or █████████████████████████████████   See my workpapers.   Prof. Rausser finds similar results without limiting the analysis to the 95% prediction interval.   Rausser Supplemental Reply at Figure 18.
[113]   See my workpapers.   Similar results hold for Prof. Rausser's Class & Merits Model.   On what Prof. Rausser and Dr. McClave term the "alpha" adjustment, see my Remand Declaration at fn 107.   Those experts' attempts (McClave Supplemental Report at 30; also Rausser Supplemental Reply at fn 356) ████████████████████████████████████████████████████████████████████████ ████████████████████████   This simply begs the central question of whether central tendencies in the overall data reliably stand for classwide effects.

Figure SR-10

**The Frequency of Shipments with Negative "Damages" in
Prof. Rausser's 95% "Prediction Interval"**



**Source**: Rausser Data updated per Rausser Remand Report; Rausser STB Model
**Note**: "Damage" percentages are +/- 1% of indicated value; frequency of negative "damages" and associated revenue are expressed as a percentage of the 95% "prediction interval", which is the range covering 95% of all shipments. █████████████

63.     Second, another ████ of shipments, accounting for ██████████ of Class revenue), have implausibly high "damages" under Prof. Rausser's modeling.[114]  Those "damages" exceed the FSCs paid by the shipper and are thus disconnected from a theory of liability tied to a claimed FSC conspiracy.  Figure SR-11 depicts both this and the negative damage group and

---

[114]  In light of rebasing, NS data not included after June 2006.  ████████████████
██████████████████████ of class shipments have damages greater than FSC payments, accounting for ██████████ of revenue, which is approximately ████ of total class revenue.  See my workpapers.

shows that for more than ████ of the class shipments, Prof. Rausser's STB model shows "damages" that are either negative or in excess of the FSC.[115]

Figure SR-11

**Prof. Rausser's STB Model Produces High Shares of Shipments with
Implausibly Low and Implausibly High Levels of "Damage"**



| Shipments with Negative "Damages" | Shipments with "Damages" Greater than FSC Payments |

**Source:** Rausser Data updated per Rausser Remand Report.
**Note:** In light of rebasing, data for NS not included after June 2006; ████████████████████
████████████████

---

[115] Prof. Rausser continues to assert that damages in excess of FSC payments are consistent with the conspiracy because of what he terms "double-dipping" in the form of fuel cost recovery via the Rail Cost Adjustment Factor ("RCAF") mechanism. (Rausser Supplemental Reply at 97-98)  While Prof. Rausser provides no empirical support for this claim, the available data indicate little use of RCAF by Defendants. (Kalt Merits Report at ¶¶207-213)  In any event, Prof. Rausser does not, and cannot properly, argue that RCAF itself was conspiratorially inflated.  Any inflation of rates must come from the FSC.

## C.  Prof. Rausser's Prediction Errors Are Not Random

64.     Prof. Rausser contends that "[t]he presence of such random prediction errors at the individual shipment level does not affect the reliability of the model."[116]  This is incorrect.  First, the randomness of prediction errors does not eliminate the problem of negative damages.  For example, the prediction errors in Figure SR-8's hypothetical illustration are shown as random, yet that attribute does not overturn the fact that, in the right-hand panel of the figure, the regression's best estimate is that substantial numbers of transactions show actual prices lower than predicted but-for prices.  Be that as it may, Prof. Rausser never presents any empirical tests of whether his models' prediction errors are random.   Direct tests of this assumption overwhelmingly reject the claim that the prediction errors in his modeling are random.

65.     Using the proportion of shipments with negative damages observed in each week, I have calculated the expected distribution of shipments with negative damages (in the STB Model) for each of the ▇▇▇ shippers with ▇ or more shipments.[117]   If the prediction error for these shippers were random, fewer than ▇ of these ▇▇▇ shippers would be expected to have more shipments with negative than positive "damages".   Instead, there are more than ▇ such shippers – seven times the number that "statistics and probability" would predict.  *The odds of these results occurring by random chance are less than one in a billion.*[118]  Prof. Rausser's theory that the ▇▇▇▇ of uninjured shippers yielded by his modeling are a product of random prediction error is starkly inconsistent with the evidence.

---

[116]  Rausser Supplemental Reply at 107.

[117]  If negative damages were the result of random prediction error, only 5% of the shippers would be expected to have the number of shipments with negative damages above or below these limits. Instead, under Prof. Rausser's STB Model, more than ▇▇ of the shippers have results in the 5% "tails" of the distribution implied by random prediction error.  Prof. Rausser identifies ▇ shipments as a possible threshold for determining whether a shipper has sufficient data to be treated on an individualized basis in damages analysis.  Rausser Remand Deposition at 477-478.

[118]  See my workpapers.

66.     The proper conclusion is that Prof. Rausser's models' instances of negative damages are not random and are not merely in the extreme tails of outcomes.  They are core attributes of the models.  They tell us that the models do not provide any reliable support for a claim of common adverse impact across the Class.

I declare under penalty of perjury that the foregoing is true and correct.

July 21, 2014

**Appendix A**

**ADDITIONAL RAILROAD ECONOMICS
LITERATURE CITED BY PROF. RAUSSER**

SR-A.1

## Wilson Article (1997), Table 1
Page 1 of 2

| Table 1. Coefficient Estimates | | | | |
|---|---|---|---|---|
| Variable | Parameter | Estimate | Std Error | t-Ratio |
| Constant | Intercept | 0.270143 | 0.04459 | 6.06 |
| RTM | Q1 | 0.921702 | 0.05772 | 15.97 |
| RTM/GTM | Q2 | -1.085325 | 0.22963 | -4.73 |
| Miles of Road | K1 | 0.220049 | 0.05789 | 3.80 |
| Speed Rating | K2 | -0.072620 | 0.15265 | -0.48 |
| Labor | W1 | 0.418819 | 0.00669 | 62.57 |
| Equipment | W2 | 0.188237 | 0.00604 | 31.15 |
| Fuel | W3 | 0.091592 | 0.00258 | 35.37 |
| Mtl.&Supplies | W4 | 0.301351 | 0.00766 | 39.34 |
| 1-%UnitTrain | T1 | 0.446803 | 0.16779 | 2.66 |
| %Interline | T2 | 0.068322 | 0.13324 | 0.51 |
| ALH | T3 | -0.507907 | 0.07831 | -6.49 |
| Time | T4 | -0.044963 | 0.01923 | -2.34 |
| Deregulation | T5 | 0.274347 | 0.09453 | 2.90 |
| | Q1Q1 | -0.052263 | 0.07959 | -0.66 |
| | Q1Q2 | 0.141705 | 0.17270 | 0.82 |
| | Q2Q2 | 1.961748 | 1.17954 | 1.66 |
| | K1K1 | -0.254961 | 0.06550 | -3.89 |
| | K1K2 | 0.070671 | 0.11042 | 0.64 |
| | K2K2 | -0.169260 | 0.23556 | -0.72 |
| | W1W1 | 0.106927 | 0.01291 | 8.28 |
| | W1W2 | 0.002580 | 0.00492 | 0.52 |
| | W1W3 | -0.032237 | 0.00409 | -7.86 |
| | W1W4 | -0.077269 | 0.01583 | -4.88 |
| | W2W2 | 0.013300 | 0.00525 | 2.53 |
| | W2W3 | -0.007910 | 0.00153 | -5.14 |
| | W2W4 | -0.007969 | 0.00609 | -1.31 |
| | W3W3 | 0.075537 | 0.00557 | 13.56 |
| | W3W4 | -0.035389 | 0.00809 | 4.37 |
| | W4W4 | 0.120627 | 0.02754 | 4.38 |
| | T1T1 | 0.094324 | 0.51794 | -0.18 |
| | T1T2 | 1.050502 | 0.58802 | 1.79 |
| | T1T3 | 0.995443 | 0.33343 | 2.99 |
| | T1T4 | 0.045244 | 0.03015 | 1.50 |
| | T1T5 | -0.143406 | 0.11009 | -1.30 |
| | T2T2 | -0.112833 | 0.23679 | -0.48 |
| | T2T3 | -0.114809 | 0.14273 | -0.80 |
| | T2T4 | -0.023364 | 0.01664 | -1.40 |
| | T2T5 | -0.115633 | 0.07870 | -1.47 |
| | T3T3 | -0.268979 | 0.17567 | -1.53 |
| | T3T4 | 0.009408 | 0.01245 | 0.76 |
| | T3T5 | 0.048530 | 0.07466 | 0.65 |
| | T4T4 | 0.010226 | 0.00310 | 3.29 |
| | T4T5 | -0.071227 | 0.02481 | -2.87 |
| | Q1K1 | 0.168464 | 0.06231 | 2.70 |
| | Q1K2 | -0.091562 | 0.09946 | -0.92 |
| | Q2K1 | -0.440377 | 0.15836 | -2.78 |
| | Q2K2 | 1.004857 | 0.58393 | 1.72 |
| | Q1W1 | -0.032263 | 0.00723 | -4.46 |
| | Q1W2 | 0.048026 | 0.00664 | 7.23 |
| | Q1W3 | 0.011066 | 0.00248 | 4.46 |
| | Q1W4 | -0.026829 | 0.00777 | 3.45 |
| | Q2W1 | -0.048073 | 0.02784 | -1.73 |
| | Q2W2 | 0.007120 | 0.02540 | 3.42 |
| | Q2W3 | -0.041501 | 0.00952 | -4.36 |
| | Q2W4 | 0.002451 | 0.02940 | 0.08 |

**Source:** Wilson, W.W., "Cost Savings and Productivity in the Railroad Industry," *Journal of Regulatory Economics*, Vol. 11 (1997), pp. 33-34.
**Note:** Wilson employs W3 as the symbol for fuel prices.

## Wilson Article (1997), Table 1
Page 2 of 2

| Table 1.  Coefficient Estimates (Continued) | | | |
|---|---|---|---|
| Variable | Parameter | Estimate | Std Error | t-Ratio |
| | Q1T1 | -0.939637 | 0.18482 | -5.08 |
| | Q1T2 | 0.574537 | 0.13897 | 4.13 |
| | Q1T3 | 0.064333 | 0.08426 | 0.76 |
| | Q1T4 | 0.024403 | 0.01102 | -2.21 |
| | Q1T5 | -0.007003 | 0.04996 | -0.14 |
| | Q2T1 | 0.026247 | 0.86129 | 0.03 |
| | Q2T2 | -1.242992 | 0.28658 | -4.34 |
| | Q2T3 | -0.060828 | 0.31493 | -0.19 |
| | Q2T4 | -0.060078 | 0.04312 | -1.39 |
| | Q2T5 | 0.372386 | 0.20616 | 1.81 |
| | K1W1 | 0.057092 | 0.00728 | 7.84 |
| | K1W2 | -0.048150 | 0.00669 | -7.19 |
| | K1W3 | -0.018693 | 0.00250 | -7.47 |
| | K1W4 | 0.009751 | 0.00788 | 1.24 |
| | K2W1 | 0.022617 | 0.01580 | 1.43 |
| | K2W2 | 0.059213 | 0.01458 | 4.06 |
| | K2W3 | -0.013698 | 0.00538 | -2.54 |
| | K2W4 | -0.068133 | 0.01662 | 4.10 |
| | K1T1 | 0.890902 | 0.25306 | 3.52 |
| | K1T2 | -0.551352 | 0.12665 | -4.35 |
| | K1T3 | 0.049644 | 0.09005 | 0.55 |
| | K1T4 | 0.009703 | 0.01125 | 0.86 |
| | K1T5 | 0.007047 | 0.05014 | 0.14 |
| | K2T1 | -0.407115 | 0.48038 | -0.85 |
| | K2T2 | -0.235709 | 0.28915 | -0.82 |
| | K2T3 | -0.188754 | 0.18561 | -1.02 |
| | K2T4 | 0.015127 | 0.03142 | 0.48 |
| | K2T5 | 0.052321 | 0.15423 | 0.34 |
| | W1T1 | 0.051730 | 0.01605 | 3.22 |
| | W1T2 | -0.003578 | 0.00966 | -0.37 |
| | W1T3 | -0.077701 | 0.01025 | -7.58 |
| | W1T4 | -0.001180 | 0.00156 | -0.76 |
| | W1T5 | -0.002286 | 0.00984 | -0.23 |
| | W2T1 | 0.084276 | 0.01477 | 5.70 |
| | W2T2 | 0.041584 | 0.00889 | 4.67 |
| | W2T3 | -0.012770 | 0.00951 | -1.34 |
| | W2T4 | -0.009712 | 0.00135 | -7.17 |
| | W2T5 | 0.054948 | 0.00870 | 6.31 |
| | W3T1 | -0.054715 | 0.00549 | -9.96 |
| | W3T2 | -0.001568 | 0.00330 | -0.47 |
| | W3T3 | 0.036032 | 0.00350 | 10.27 |
| | W3T4 | 0.000782 | 0.00071 | 1.10 |
| | W3T5 | -0.001338 | 0.00378 | -0.35 |
| | W4T1 | -0.081292 | 0.01692 | -4.80 |
| | W4T2 | -0.036438 | 0.01019 | -3.58 |
| | W4T3 | 0.054439 | 0.01100 | 4.95 |
| | W4T4 | 0.010111 | 0.00201 | 5.03 |
| R-Square: | | | | |
| | Cost | | | 98.3 |
| | S1-Labor | | | 38.28 |
| | S2-Equipment | | | 47.50 |
| | S3-Fuel | | | 71.27 |
| | S4-Matl. & Supplies | | | 49.78 |

**Source:**  Wilson, W.W., "Cost Savings and Productivity in the Railroad Industry,"
*Journal of Regulatory Economics*, Vol. 11 (1997), pp. 33-34.
**Note:**  Wilson employs W3 as the symbol for fuel prices

**Bitzan & Keeler Article (2003) Table 2**
Page 1 of 2

Table 2. Estimation Results[a]

| Variable | Parameter Estimate | Standard Error |
|---|---|---|
| Intercept | 21.99691* | 0.067606 |
| Labor price | 0.348596* | 0.007053 |
| Equipment price | 0.14618* | 0.005688 |
| Fuel price | 0.065703* | 0.001754 |
| Materials price | 0.185968* | 0.009411 |
| Road property price | 0.253553* | 0.006526 |
| Unit train gross ton miles | 0.171052* | 0.026196 |
| Way train gross ton miles | 0.088793* | 0.025403 |
| Through train gross ton miles | 0.384007* | 0.075820 |
| Miles of road | 0.542647* | 0.095785 |
| Speed (average train speed) | 0.120309 | 0.114128 |
| Average length of haul | −0.147260 | 0.106730 |
| Fraction of train miles with cabooses | 0.01592* | 0.004894 |
| Time | −0.02954* | 0.006635 |
| ½ labor price$^2$ | 0.093379* | 0.013929 |
| ½ equipment price$^2$ | 0.02194* | 0.004728 |
| ½ fuel price$^2$ | 0.047447* | 0.003265 |
| ½ materials price$^2$ | 0.031694*** | 0.018883 |
| ½ road property price$^2$ | 0.143972* | 0.009130 |
| Labor price × equipment price | −0.01424* | 0.005316 |
| Labor price × fuel price | −0.01777* | 0.003347 |
| Labor price × materials price | 0.008152 | 0.013277 |
| Labor price × road property price | −0.06952* | 0.008191 |
| Equipment price × fuel price | −0.000850 | 0.001412 |
| Equipment price × materials price | 0.014616** | 0.007032 |
| Equipment price × road property price | −0.02146* | 0.004521 |
| Fuel price × materials price | −0.01515* | 0.004624 |
| Fuel price × road property price | −0.01368* | 0.002305 |
| Materials price × road property price | −0.03932* | 0.009950 |
| ½ unit train gross ton miles$^2$ | 0.054482* | 0.010707 |
| ½ way train gross ton miles$^2$ | −0.016900 | 0.023904 |
| ½ through train gross ton miles$^2$ | 0.200573** | 0.077121 |
| Labor price × unit train gross ton miles | −0.0049** | 0.002279 |
| Labor price × way train gross ton miles | −0.001510 | 0.003833 |
| Labor price × through train gross ton miles | 0.017443** | 0.007617 |
| Equipment price × unit train gross ton miles | 0.005929* | 0.001830 |
| Equipment price × way train gross ton miles | 0.013656* | 0.003100 |
| Equipment price × through train gross ton miles | 0.022048* | 0.005918 |
| Fuel price × unit train gross ton miles | 0.004453* | 0.000540 |
| Fuel price × way train gross ton miles | −0.00309* | 0.000914 |
| Fuel price × through train gross ton miles | 0.002825 | 0.001897 |
| Materials price × unit train gross ton miles | −0.01308* | 0.003015 |
| Materials price × way train gross ton miles | −0.01919* | 0.005146 |
| Materials price × through train gross ton miles | −0.007260 | 0.010456 |
| Road property price × unit train gross ton miles | 0.007602* | 0.002115 |
| Road property price × way train gross ton miles | 0.010131* | 0.003582 |
| Road property price × through train gross ton miles | −0.03506* | 0.007444 |
| Unit train gross ton miles × way train gross ton miles | −0.001880 | 0.010868 |
| Unit train gross ton miles × through train gross ton miles | −0.05723** | 0.028709 |
| Way train gross ton miles × through train gross ton miles | −0.009490 | 0.025253 |

**Source:** Bitzan, J.D. and T.E. Keeler, "Productivity Growth and Some of its Determinants in the Deregulated US Railroad Industry," *Southern Economic Journal*, Vol. 70 (2003), pp. 242-243.

## Bitzan & Keeler Article (2003) Table 2
### Page 2 of 2

**Table 2.** Continued

| Variable | Parameter Estimate | Standard Error |
|---|---|---|
| ½ speed$^2$ | −0.079460 | 0.159409 |
| ½ miles of road$^2$ | −0.121180 | 0.134862 |
| ½ average length of haul$^2$ | −0.230980 | 0.215227 |
| ½ fraction of train miles with cabooses$^2$ | 0.000003 | 0.000001 |
| ½ time$^2$ | −0.000440 | 0.000713 |
| Labor price × speed | −0.009860 | 0.010285 |
| Labor price × miles of road | 0.000038 | 0.010293 |
| Labor price × average length of haul | −0.05202* | 0.009837 |
| Labor price × fraction of train miles with cabooses | 0.000003 | 0.000001 |
| Labor price × time | −0.00475* | 0.000757 |
| Equipment price × speed | −0.010130 | 0.008338 |
| Equipment price × miles of road | −0.04405* | 0.008007 |
| Equipment price × average length of haul | −0.02682* | 0.008045 |
| Equipment price × fraction of train miles with cabooses | 0.0000003 | 0.000001 |
| Equipment price × time | −0.00403* | 0.000608 |
| Fuel price × speed | −0.001460 | 0.002423 |
| Fuel price × miles of road | −0.01212* | 0.002542 |
| Fuel price × average length of haul | 0.036401* | 0.002351 |
| Fuel price × fraction of train miles with cabooses | 0.0000002 | 0.0000003 |
| Fuel price × time | 0.000249 | 0.000226 |
| Materials price × speed | 0.041974* | 0.013606 |
| Materials price × miles of road | 0.034914** | 0.014031 |
| Materials price × average length of haul | 0.015188 | 0.012949 |
| Materials price × fraction of train miles with cabooses | −0.0000032*** | 0.000002 |
| Materials price × time | 0.004621* | 0.001010 |
| Road property price × speed | −0.02052** | 0.009571 |
| Road property price × miles of road | 0.021223** | 0.009892 |
| Road property price × average length of haul | 0.02725* | 0.009060 |
| Road property price × fraction of train miles with cabooses | −0.0000008 | 0.0000012 |
| Road property price × time | 0.003914* | 0.000695 |
| Unit train gross ton miles × speed | 0.055725 | 0.038179 |
| Unit train gross ton miles × miles of road | 0.010964 | 0.037251 |
| Unit train gross ton miles × average length of haul | 0.018393 | 0.031826 |
| Unit train gross ton miles × fraction of train miles with cabooses | 0.000004 | 0.000015 |
| Unit train gross ton miles × time | −0.00414*** | 0.002148 |
| Way train gross ton miles × speed | 0.013955 | 0.043264 |
| Way train gross ton miles × miles of road | 0.099213** | 0.046461 |
| Way train gross ton miles × average length of haul | −0.043020 | 0.043663 |
| Way train gross ton miles × fraction of train miles with cabooses | −0.000002 | 0.000011 |
| Way train gross ton miles × time | −0.00392 | 0.002642 |
| Through train gross ton miles × speed | 0.100321 | 0.101384 |
| Through train gross ton miles × miles of road | −0.04016 | 0.090354 |
| Through train gross ton miles × average length of haul | −0.13928 | 0.129792 |
| Through train gross ton miles × fraction of train miles with cabooses | −0.000014 | 0.0000286 |
| Through train gross ton miles × time | −0.00122 | 0.005901 |
| Miles of road × average length of haul | 0.447015* | 0.16404 |
| Miles of road × fraction of train miles with cabooses | 0.000126 | 0.0000849 |
| Speed × average length of haul | −0.29291*** | 0.165795 |
| Speed × fraction of train miles with cabooses | −0.00008** | 0.000035 |
| Average length of haul × fraction of train miles with cabooses | −0.000061 | 0.000085 |

| Variable | Parameter Estimate | Standard Error |
|---|---|---|
| Speed × time | −0.01754 | 0.011783 |
| Average length of haul × time | 0.032094* | 0.010121 |
| Fraction of train miles with cabooses × time | 0.000003 | 0.000004 |
| Miles of road × speed | −0.03542 | 0.14216 |
| Miles of road × time | 0.004941 | 0.00744 |

* All variables are in logarithms, except for the intercept. System weighted $R^2$ = .9962, system weighted MSE = 1.16, number of observations = 218, DW = 1.85. * Significant at the 1% level, ** significant at the 5% level, *** significant at the 10% level. Firm-specific dummies are also included in the cost function estimation (they are not shown). Observations with zero unit train ton miles are deleted.

**Source:** Bitzan, J.D. and T.E. Keeler, "Productivity Growth and Some of its Determinants in the Deregulated US Railroad Industry," *Southern Economic Journal*, Vol. 70 (2003), pp. 242-243.

**Bitzan Article (2003), Table 3**
Page 1 of 4

**Table 3**

*Seemingly Unrelated Regression of Translog Quasi-Cost Function and Share Equations—Controlling for Firm Effects (observations with zero UTGTM are deleted)*

**First Order Terms**

| | |
|---|---|
| Intercept | 21.7679∗ |
| | (0.1040) |
| ln Labour Price | 0.4298∗ |
| | (0.0082) |
| ln Equipment Price | 0.2192∗ |
| | (0.0090) |
| ln Fuel Price | 0.1008∗ |
| | (0.0028) |
| ln Materials and Supply Price | 0.2502∗ |
| | (0.0125) |
| ln Unit Train Gross Ton–Miles (Adjusted) | 0.1480∗ |
| | (0.0459) |
| ln Way Train Gross Ton–Miles (Adjusted) | 0.1977∗ |
| | (0.0398) |
| ln Through Train Gross Ton–Miles (Adjusted) | 0.7150∗ |
| | (0.1303) |
| ln Way and Structures Capital per Mile of Track | −0.1989 |
| | (0.1286) |
| ln Miles of Track per Mile of Road | −0.0493 |
| | (0.1736) |
| ln Miles of Road | 0.2001 |
| | (0.1514) |
| ln Average Length of Haul | 0.0675 |
| | (0.1571) |
| Time | −0.0484∗ |
| | (0.0118) |

**Second Order Terms**

| | |
|---|---|
| ½ (ln Labour Price)² | 0.0999∗ |
| | (0.0155) |
| ½ (ln Equipment Price)² | 0.0213∗ |
| | (0.0068) |
| ½ (ln Fuel Price)² | 0.0627∗ |
| | (0.0048) |
| ½ (ln Materials Price)² | 0.0512∗∗ |
| | (0.0202) |
| ln Labour Price∗ln Equipment Price | −0.0328∗ |
| | (0.0061) |
| ln Labour Price∗ln Fuel Price | −0.0246∗ |
| | (0.0049) |
| ln Labour Price∗ln Materials Price | −0.0425∗ |
| | (0.0155) |
| ln Equipment Price∗ln Fuel Price | −0.0089∗ |
| | (0.0021) |
| ln Equipment Price∗ln Materials Price | 0.0205∗∗ |
| | (0.0089) |
| ln Fuel Price∗ln Materials Price | −0.0292∗ |
| | (0.0068) |

**Source:** Bitzan, J.D., "Railroad Costs and Competition: The Implications of Introducing Competition to Railroad Networks," *Journal of Transport Economics and Policy*, Vol. 37 (2003), pp. 212-215.

**Bitzan Article (2003), Table 3**
Page 2 of 4

**Table 3** *continued*

| | |
|---|---|
| $\frac{1}{2}$ (ln Unit Train GTM)$^2$ | 0.0650∗ |
| | (0.0171) |
| $\frac{1}{2}$ (ln Way Train GTM)$^2$ | −0.0423 |
| | (0.0318) |
| $\frac{1}{2}$ (ln Through Train GTM)$^2$ | 0.0606 |
| | (0.3002) |
| ln Labour Price∗ln Unit Train GTM | −0.0069∗ |
| | (0.0026) |
| ln Labour Price∗ln Way Train GTM | −0.0023 |
| | (0.0044) |
| ln Labour Price∗ln Through Train GTM | −0.0355∗ |
| | (0.0120) |
| ln Equipment Price∗ln Unit Train GTM | 0.0123∗ |
| | (0.0029) |
| ln Equipment Price∗ln Way Train GTM | 0.0223∗ |
| | (0.0049) |
| ln Equipment Price∗ln Through Train GTM | 0.0445∗ |
| | (0.0133) |
| ln Fuel Price∗ln Unit Train GTM | 0.0079∗ |
| | (0.0009) |
| ln Fuel Price∗ln Way Train GTM | −0.0037∗∗ |
| | (0.0015) |
| ln Fuel Price∗ln Through Train GTM | 0.0093∗∗ |
| | (0.0040) |
| ln Materials Price∗ln Unit Train GTM | −0.0133∗ |
| | (0.0039) |
| ln Materials Price∗ln Way Train GTM | −0.0163∗∗ |
| | (0.0067) |
| ln Materials Price∗ln Through Train GTM | −0.0182 |
| | (0.0182) |
| ln Unit Train GTM∗ln Way Train GTM | 0.0347∗∗ |
| | (0.0152) |
| ln Unit Train GTM∗ln Through Train GTM | −0.0042 |
| | (0.0509) |
| ln Way Train GTM∗ln Through Train GTM | −0.1390∗∗ |
| | (0.0597) |
| $\frac{1}{2}$ (ln Way and Structures Capital per Mile of Track) | −0.3607∗∗∗ |
| | (0.2121) |
| $\frac{1}{2}$ (Miles of Track per Mile of Road)$^2$ | 0.4076 |
| | (0.4897) |
| $\frac{1}{2}$ (ln Miles of Road)$^2$ | −0.0671 |
| | (0.3797) |
| $\frac{1}{2}$ (ln Average Length of Haul)$^2$ | 0.3168 |
| | (0.3433) |
| $\frac{1}{2}$ (Time)$^2$ | 0.0002 |
| | (0.0013) |
| ln Labour Price∗ln Way and Structures Capital per Mile of Track | −0.0147 |
| | (0.0106) |
| ln Labour Price∗ln Miles of Track per Mile of Road | 0.0737∗ |
| | (0.0150) |
| ln Labour Price∗ln Miles of Road | 0.0641∗ |
| | (0.0151) |

**Source:** Bitzan, J.D., "Railroad Costs and Competition: The Implications of Introducing Competition to Railroad Networks," *Journal of Transport Economics and Policy,* Vol. 37 (2003), pp. 201-225.

**Bitzan Article (2003), Table 3**
Page 3 of 4

**Table 3** *continued*

| | |
|---|---|
| ln Labour Price∗ln Average Length of Haul | −0.0402∗ |
| | (0.0103) |
| ln Labour Price∗Time | −0.0009 |
| | (0.0009) |
| ln Equipment Price∗ln Way and Structures Capital per Mile of Track | −0.0024 |
| | (0.0116) |
| ln Equipment Price∗ln Miles of Track per Mile of Road | −0.0474∗ |
| | (0.0165) |
| ln Equipment Price∗ln Miles of Road | −0.0754∗ |
| | (0.0167) |
| ln Equipment Price∗ln Average Length of Haul | −0.0567∗ |
| | (0.0114) |
| ln Equipment Price∗Time | −0.0056∗ |
| | (0.0010) |
| ln Fuel Price∗ln Way and Structures Capital per Mile of Track | 0.0012 |
| | (0.0035) |
| ln Fuel Price∗ln Miles of Track per Mile of Road | −0.0236∗ |
| | (0.0049) |
| ln Fuel Price∗ln Miles of Road | −0.0216∗ |
| | (0.0050) |
| ln Fuel Price∗ln Average Length of Haul | 0.0501∗ |
| | (0.0035) |
| ln Fuel Price∗Time | 0.0001 |
| | (0.0004) |
| ln Materials Price∗ln Way and Structures Capital per Mile of Track | 0.0159 |
| | (0.0160) |
| ln Materials Price∗ln Miles of Track per Mile of Road | −0.0027 |
| | (0.0226) |
| ln Materials Price∗ln Miles of Road | 0.0329 |
| | (0.0229) |
| ln Materials Price∗ln Average Length of Haul | 0.0468∗ |
| | (0.0156) |
| ln Materials Price∗Time | 0.0064∗ |
| | (0.0014) |
| ln Unit Train GTM∗ln Way and Structures Capital per Mile of Track | −0.1310∗∗ |
| | (0.0549) |
| ln Unit Train GTM∗ln Miles of Track per Mile of Road | −0.1303∗∗ |
| | (0.0620) |
| ln Unit Train GTM∗ln Miles of Road | −0.0581 |
| | (0.0644) |
| ln Unit Train GTM∗ln Average Length of Haul | 0.0384 |
| | (0.0498) |
| ln Unit Train GTM∗Time | −0.0001 |
| | (0.0037) |
| ln Way Train GTM∗ln Way and Structures Capital per Mile of Track | 0.1672∗∗ |
| | (0.0788) |
| ln Way Train GTM∗ln Miles of Track per Mile of Road | 0.1177 |
| | (0.0916) |
| ln Way Train GTM∗ln Miles of Road | 0.2118∗∗ |
| | (0.0889) |
| ln Way Train GTM∗ln Average Length of Haul | −0.0533 |
| | (0.0500) |

**Source:** Bitzan, J.D., "Railroad Costs and Competition: The Implications of Introducing Competition to Railroad Networks," *Journal of Transport Economics and Policy*, Vol. 37 (2003), pp. 201-225.

**Bitzan Article (2003), Table 3**
Page 4 of 4

**Table 3** *continued*

| | |
|---|---|
| ln Way Train GTM∗Time | −0.0125∗ |
| | (0.0045) |
| ln Through Train GTM∗ln Way and Structures Capital per Mile of Track | 0.4839∗∗∗ |
| | (0.2530) |
| ln Through Train GTM∗ln Miles of Track per Mile of Road | 0.0496 |
| | (0.3025) |
| ln Through Train GTM∗ln Miles of Road | 0.1414 |
| | (0.3150) |
| ln Through Train GTM∗ln Average Length of Haul | 0.0204 |
| | (0.2069) |
| ln Through Train GTM∗Time | −0.0321∗ |
| | (0.0101) |
| ln Way and Structures Capital per Mile of Track∗ln Miles of Track per Mile of Road | 0.1335 |
| | (0.2170) |
| ln Way and Structures Capital per Mile of Track∗ln Miles of Road | −0.3926 |
| | (0.3059) |
| ln Way and Structures Capital per Mile of Track∗ln Average Length of Haul | −0.5257∗ |
| | (0.1756) |
| ln Way and Structures Capital per Mile of Track∗Time | 0.0322∗ |
| | (0.0122) |
| ln Miles of Track per Mile of Road∗ln Miles of Road | 0.0301 |
| | (0.3162) |
| ln Miles of Track per Mile of Road∗ln Average Length of Haul | 0.2132 |
| | (0.3147) |
| ln Miles of Track per Mile of Road∗Time | −0.0082 |
| | (0.0158) |
| ln Miles of Road∗ln Average Length of Haul | 0.0148 |
| | (0.2400) |
| ln Miles of Road∗Time | 0.0407∗ |
| | (0.0126) |
| ln Average Length of Haul∗Time | −0.0263∗∗∗ |
| | (0.0153) |

System Weighted $R^2$ = 0.9945  System Weighted MSE = 1.10
Number of Observations = 215
DW = 1.98
∗significant at the 1 per cent level
∗∗significant at the 5 per cent level
∗∗∗significant at the 10 per cent level
Firm specific dummies are also included in the cost function estimation (parameter estimates for firm dummies are not shown)

**Source:** Bitzan, J.D., "Railroad Costs and Competition: The Implications of Introducing Competition to Railroad Networks," *Journal of Transport Economics and Policy*, Vol. 37 (2003), pp. 201-225.

## Angulo Article (2013), Table 5

**Table 5. Parameter estimates**

| Parameter | Variable | Estimate | SE | t-ratio |
|---|---|---|---|---|
| A0 | constant | 0.6719 | 0.1461 | 4.60 |
| T0 | Time | −0.0101 | 0.0034 | −2.94 |
| R0 | restructuring | −0.001 | 0.0026 | −0.39 |
| A1 | Executives&Officials price ($w_{EXECOF}$) | 0.0331 | 0.0072 | 4.58 |
| A2 | Professionals&Administrative price ($w_{PROFADM}$) | 0.2420 | 0.0693 | 3.49 |
| A3 | Maintenance of Ways&Structures price ($w_{MAINW}$) | 0.0693 | 0.0040 | 17.12 |
| A4 | Maintenance of Equipment&Store price ($w_{MAINEQ}$) | 0.0500 | 0.0076 | 6.59 |
| A5 | Transport price ($w_{TRANSP}$) | 0.0187 | 0.0024 | 7.70 |
| A6 | Train&Engine price ($w_{TRENG}$) | 0.1714 | 0.0129 | 13.29 |
| A7 | fuel price ($w_F$) | 0.0327 | 0.0336 | 0.97 |
| A8 | material price ($w_M$) | 0.0872 | 0.0027 | 32.18 |
| A9 | equipment price ($w_E$) | 0.2956 | | * |
| B1 | bulk ($y_B$) | 0.1053 | 0.0490 | 2.15 |
| B2 | general freight ($y_G$) | 0.2253 | 0.0513 | 4.39 |
| B3 | intermodal ($y_V$) | 0.0981 | 0.0318 | 3.09 |
| B4 | infrastructure ($y_I$) | −0.0025 | 0.0274 | −0.09 |
| C1 | Road | 0.3297 | 0.0545 | 6.05 |
| C2 | haul | 0.0574 | 0.0313 | 1.83 |
| AA11 | $w_{EXECOF}$ * $w_{EXECOF}$ | 0.0277 | 0.0019 | 14.34 |
| AA22 | $w_{PROFADM}$ * $w_{PROFADM}$ | 0.0362 | 0.0064 | 5.71 |
| AA33 | $w_{MAINW}$ * $w_{MAINW}$ | 0.0200 | 0.0057 | 3.54 |
| AA44 | $w_{MAINEQ}$ * $w_{MAINEQ}$ | 0.0201 | 0.0058 | 3.44 |
| AA55 | $w_{TRENG}$ * $w_{TRENG}$ | 0.0098 | 0.0026 | 3.77 |
| AA66 | $w_{TRANSP}$ * $w_{TRANSP}$ | 0.0303 | 0.0070 | 4.29 |
| AA77 | $w_F$ * $w_F$ | 0.0732 | 0.0041 | 17.76 |
| AA88 | $w_M$ * $w_M$ | −0.0340 | 0.0182 | −1.87 |
| AA99 | $w_E$ * $w_E$ | | | * |
| AA12 | $w_{EXECOF}$ * $w_{PROFADM}$ | −0.0115 | 0.0023 | −4.93 |
| AA13 | $w_{EXECOF}$ * $w_{MAINW}$ | −0.0043 | 0.0021 | −2.05 |
| AA14 | $w_{EXECOF}$ * $w_{MAINEQ}$ | −0.0083 | 0.0019 | −4.31 |
| AA15 | $w_{EXECOF}$ * $w_{TRANSP}$ | 0.0022 | 0.0013 | 1.80 |
| AA16 | $w_{EXECOF}$ * $w_{TRENG}$ | −0.0059 | 0.0025 | −2.32 |
| AA17 | $w_{EXECOF}$ * $w_F$ | −0.0041 | 0.0015 | −2.71 |
| AA18 | $w_{EXECOF}$ * $w_M$ | 0.0055 | 0.0045 | 1.22 |
| AA19 | $w_{EXECOF}$ * $w_E$ | −0.0015 | | * |
| AA23 | $w_{PROFADM}$ * $w_{MAINW}$ | −0.0056 | 0.0044 | −1.28 |
| AA24 | $w_{PROFADM}$ * $w_{MAINEQ}$ | −0.0024 | 0.0041 | −0.57 |
| AA25 | $w_{PROFADM}$ * $w_{TRANSP}$ | −0.0035 | 0.0028 | −1.25 |
| AA26 | $w_{PROFADM}$ * $w_{TRENG}$ | −0.0070 | 0.0039 | −1.79 |
| AA27 | $w_{PROFADM}$ * $w_F$ | −0.0026 | 0.0023 | −1.16 |
| AA28 | $w_{PROFADM}$ * $w_M$ | 0.0024 | 0.0065 | 0.37 |
| AA29 | $w_{PROFADM}$ * $w_E$ | −0.0062 | | * |
| AA34 | $w_{MAINW}$ * $w_{MAINEQ}$ | −0.0030 | 0.0042 | −0.71 |
| AA35 | $w_{MAINW}$ * $w_{TRANSP}$ | 0.0043 | 0.0027 | 1.59 |
| AA36 | $w_{MAINW}$ * $w_{TRENG}$ | −0.0042 | 0.0037 | −1.13 |
| AA37 | $w_{MAINW}$ * $w_F$ | −0.0066 | 0.0021 | −3.09 |
| AA38 | $w_{MAINW}$ * $w_M$ | −0.0139 | 0.0056 | −2.46 |
| AA39 | $w_{MAINW}$ * $w_E$ | 0.0131 | | * |
| AA45 | $w_{MAINEQ}$ * $w_{TRANSP}$ | −0.0058 | 0.0030 | −1.92 |
| AA46 | $w_{MAINEQ}$ * $w_{TRENG}$ | −0.0029 | 0.0035 | −0.82 |
| AA47 | $w_{MAINEQ}$ * $w_F$ | −0.0046 | 0.0020 | −2.32 |
| AA48 | $w_{MAINEQ}$ * $w_M$ | 0.0049 | 0.0056 | 0.86 |
| AA49 | $w_{MAINEQ}$ * $w_E$ | 0.0020 | | * |
| AA56 | $w_{TRANSP}$ * $w_{TRENG}$ | 6.318E−6 | 0.0021 | 0.00 |
| AA57 | $w_{TRANSP}$ * $w_F$ | −0.0013 | 0.0011 | −1.22 |
| AA58 | $w_{TRANSP}$ * $w_M$ | −0.0014 | 0.0033 | −4.12 |
| AA59 | $w_{TRANSP}$ * $w_E$ | 0.0077 | | * |
| AA67 | $w_{TRENG}$ * $w_F$ | −0.0031 | 0.0038 | −0.83 |
| AA68 | $w_{TRENG}$ * $w_M$ | −0.0233 | 0.0080 | −2.93 |
| AA69 | $w_{TRENG}$ * $w_E$ | 0.0160 | | * |
| AA78 | $w_F$ * $w_M$ | −0.0151 | 0.0062 | −2.45 |
| AA79 | $w_F$ * $w_E$ | −0.0357 | | * |
| AA89 | $w_M$ * $w_E$ | 0.0870 | | * |
| AB11 | $w_{EXECOF}$ * $y_B$ | −0.0054 | 0.0017 | −3.05 |
| AB12 | $w_{EXECOF}$ * $y_G$ | 0.0011 | 0.0018 | 0.62 |
| AB13 | $w_{EXECOF}$ * $y_V$ | −0.0016 | 0.0011 | −1.45 |
| AB14 | $w_{EXECOF}$ * $y_I$ | 0.0011 | 0.0009 | 1.16 |
| AB21 | $w_{PROFADM}$ * $y_B$ | −0.0048 | 0.0027 | 1.80 |
| AB22 | $w_{PROFADM}$ * $y_G$ | −0.0066 | 0.0027 | −2.42 |
| AB23 | $w_{PROFADM}$ * $y_V$ | −0.0036 | 0.0016 | −2.20 |
| AB24 | $w_{PROFADM}$ * $y_I$ | 0.0011 | 0.0014 | 0.78 |
| AB31 | $w_{MAINW}$ * $y_B$ | 0.0043 | 0.0026 | 1.60 |
| AB32 | $w_{MAINW}$ * $y_G$ | −0.0087 | 0.0027 | −3.21 |
| AB33 | $w_{MAINW}$ * $y_V$ | −0.0018 | 0.0017 | −1.04 |
| AB34 | $w_{MAINW}$ * $y_I$ | 0.0075 | 0.0015 | 5.00 |
| AB43 | $w_{MAINEQ}$ * $y_V$ | 0.0003 | 0.0015 | 0.22 |
| AB44 | $w_{MAINEQ}$ * $y_I$ | 0.0030 | 0.0013 | 2.23 |
| AB41 | $w_{MAINEQ}$ * $y_B$ | 0.0040 | 0.0024 | 1.69 |
| AB42 | $w_{MAINEQ}$ * $y_G$ | −0.0056 | 0.0024 | −2.33 |

*Note:* * Indicates parameter determined by input price homogeneity restrictions.

**Source:** Angulo, L.P., "Labor Inputs Substitution during Corporate Restructuring: A Translog Model Approach for US Freight Railroads," *Applied Economics*, Vol. 45 (2013), pp. 2556-2557.
**Note:** Angulo employs $W_f$ as the symbol for fuel prices.

**Appendix B**



UPDATES TO

### CURRICULUM VITA

**Joseph Peggs Kalt**

March-July 2014

**PUBLICATIONS AND RESEARCH:  BOOKS AND MONOGRAPHS**

*On Improving Tribal-Corporate Relations in the Mining Sector:  Strategies for Both Sides of the Table* (with Saleem Ali, Sarah Krakoff, Miriam Jorgensen, and Anthony McInnis), The Harvard Project on American Indian Economic Development, Harvard University, Cambridge, MA, May 2014.

**OTHER PROFESSIONAL ACTIVITIES**

Advisory Board, Community Development Enterprise, Chickasaw Nation, 2014-present

Board of Directors, Sonoran Institute, 2008-present (Vice-Chair, 2014-present)

**EXPERT TESTIMONY**

Future Foam, Inc.
> *In the United States District Court for the Northern District of Ohio, Western Division, MDL No. 2196, In re: Polyurethane Foam Antitrust Litigation,* Expert Report, May 15, 2014; Oral Deposition, June 9-10, 2014.

Sanum Investments Limited
> *Sanum Investments Limited, Claimant, v. The Government of the Lao People's Democratic Republic, Respondent, ICSID Case No. ARB(AF)/12/6.*  Rebuttal Witness Statement, May 9, 2014.

Burlington Resources Oil & Gas Company
> *In the State of New Mexico, County of Santa Fe, First Judicial District Court, Docket No. D-0101-CV-2003-02309, Phillis Ideal, Jose E. and Clara E. Gomez Living Trust, and J. Fidel Candelaria v. Burlington Resources Oil & Gas Company, Successor in Interest to Burlington Resource Oil and Gas Company,* Affidavit, March 31, 2014.

**Appendix C**

<u>**Additional Materials Relied Upon**</u>

<u>**Sur-Reply Declaration of Joseph P. Kalt, Ph.D., July 21, 2014**</u>

<u>**Legal Documents**</u>

Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, In re: Rail Freight Fuel Surcharge Antitrust Litigation, This document relates to: Direct Purchaser Plaintiffs.  United States District Court for the District of Columbia, MDL Docket No. 1869, Misc. No. 07-489 (PLF). July 1, 2010, including declarations and supporting exhibits of Charles M. Adams, et al.

Plaintiffs' Reply Memorandum Addressing Wal-Mart Stores, Inc. v. Dukes, In Re: Rail Freight Fuel Surcharge Litigation, MDL Docket No. 1869, Misc. No. 07-489 (PLF/JMF/AK), September 1, 2011.

Plaintiffs' Supplemental Reply Memorandum of Law in Support of Motion for Class Certification, In Re: Rail Freight Fuel Surcharge Litigation, MDL Docket No. 1869, Misc. No. 07-489 (PLF/JMF/AK), May 24, 2014.

<u>**Depositions and Expert Reports**</u>

Videotaped Deposition of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, MDL Docket No. 1869, Misc. No. 07-489 (PLF), September 24, 2010, and associated work papers.

Videotaped Deposition of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, MDL Docket No. 1869, Misc. No. 07-489 (PLF), December 11, 2012, and associated work papers.

Videotaped Deposition of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, MDL Docket No. 1869, Misc. No. 07-489 (PLF), December 18, 2012, and associated work papers.

Videotaped Deposition of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, MDL Docket No. 1869, Misc. No. 07-489 (PLF), March 4 and 5, 2014, and associated work papers.

Expert Report of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, USDC, District of Columbia, Case No. 1:07-mc-00489-PLF, March 18, 2010, and associated work papers.

Expert Reply Report of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, USDC, District of Columbia, Case No. 1:07-mc-00489-PLF, August 27, 2010 and associated work papers.

Expert Report of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, USDC, District of Columbia, Case No. 1:07-mc-00489-PLF, October 15, 2012, and associated work papers.

Expert Report of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, USDC, District of Columbia, Case No. 1:07-mc-00489-PLF, June 12, 2013, and associated work papers.

**Appendix C**

Supplemental Expert Report of Gordon Rausser, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, USDC, District of Columbia, Case No. 1:07-mc-00489-PLF, December 19, 2013, and associated work papers.

Supplemental Reply Expert Report of Gordon Rausser, Ph.D. (Exhibit A to Plaintiffs' Supplemental Reply Memorandum of Law in Support of Motion for Class Certification), May 28, 2014, and associated work papers.

Expert Report of James T. McClave, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, USDC, District of Columbia, Case No. 1:07-mc-00489-PLF, June 12, 2013, and associated work papers.

Supplemental Expert Report of James T. McClave, Ph.D. (Exhibit B to Plaintiffs' Supplemental Reply Memorandum of Law in Support of Motion for Class Certification), May 28, 2014, and associated work papers.

Deposition of James T. McClave, in the matter of In re: Rail Freight Fuel Surcharge Antitrust Litigation, United States District Court for the District of Columbia MDL Docket No. 1869, Misc. No. 07-489, February 26, 2014, and associated work papers.

Expert Report of Joseph P. Kalt, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, USDC, District of Columbia, Case No. 1:07-mc-00489-PLF, March 1, 2013, and associated work papers.

Videotaped Deposition of Joseph P. Kalt, Ph.D., In Re: Rail Freight Fuel Surcharge Antitrust Litigation, MDL Docket No. 1869, Misc. No. 07-489 (PLF), May 28, 2013, and associated work papers.

Declaration of Joseph P. Kalt, Ph.D., in the matter of In re: Rail Freight Fuel Surcharge Antitrust Litigation, United States District Court for the District of Columbia MDL Docket No. 1869, Misc. No. 07-489, March 31, 2014, Errata Corrected May 6, 2014, and associated work papers.

Deposition of Joseph P. Kalt, Ph.D., in the matter of In re: Rail Freight Fuel Surcharge Antitrust Litigation, United States District Court for the District of Columbia MDL Docket No. 1869, Misc. No. 07-489, May 7, 2014, and associated work papers.

## **Publicly Available Material**

Angulo LP, "Labour Inputs Substitution During Corporate Restructuring:  A Translog Model Approach for US Freight Railroads," *Applied Economics*, Vol. 45, pp. 2547-2562, (2013).

Antinori C and GC Rausser, "Ownership and Control in Mexico's Community  Forest Sector," *Economic Development and Cultural Change,* Vol. 57, pp. 101-136 (2008).

Bitzan JD, "Railroad Costs and Competition:  The Implications of Introducing Competition to Railroad Networks," *Journal of Transport Economics and Policy*, Vol. 37, pp. 201-225 (2003).

Bitzan JD and TE Keeler, "Productivity Growth and Some of its Determinants in the Deregulated US Railroad Industry," *Southern Economic Journal*, Vol. 70, pp. 232-253 (2003).

**Appendix C**

Gawn G, R Innes, GC Rausser and D Zilberman, "Nutrient Demand and the Allocation of Time: Evidence from Guam," *Applied Economics*, Vol. 25, pp. 811-830 (1993).

Graff,  G D, G C Rausser and AA Small, "Agricultural Biotechnology's Complementary Intellectual Assests," *Review of Economics and Statistics*, Vol. 85(2), pp. 349-363 (2003).

Hummels, D, "Transport Costs and International Trade in the Second Era of Globalization," *Journal of Economic Perspectives*, Vol. 21, No. 3, pp. 131-154 (2007).

Laurits R. Christensen Associates, Inc., A Study of Competition in the U.S. Freight Railroad Industry and Analysis of Proposals that Might Enhance Competition:  Revised Final Report, prepared for the Surface Transportation Board, November 2009, Volumes 1-3.

Laurits R. Christensen Associates, Inc., An Update, A Study of Competition in the U.S. Freight Railroad Industry: Final Report, prepared for the Surface Transportation Board, January 2010.

Marco, A. C. and G. C. Rausser, "Complementarities and Spillovers in Mergers:  an Empirical Investigation Using Patent Data, *Economics of Innovation and New Technology*, Vol. 20, pp. 207-231 (2011).

Stock, James H. and Mark W. Watson, Introduction to Econometrics, Boston: Addison Wesley, (2003).

Wilson WW, "Cost Savings and Productivity in the Railroad Industry," *Journal of Regulatory Economics*, Vol. 11, pp. 21-40 (1997).

Wooldridge JM, Introductory Econometrics: A Modern Approach 5th ed. Mason, OH: South-Western, Cengage Learning (2013).

## Internet Sources

http://www.people-press.org/methodology/sampling/why-probability-sampling/

http://www.dummies.com/how-to/content/how-sample-size-affects-the-margin-of-error.html

"How Are Polls Conducted?" Gallup, Inc., 2010.
http://www.gallup.com/poll/File/125927/How%20Are%20Polls%20Conducted%20FINAL.pdf

## Data

### *Confidential*

Surface Transportation Board.  Carload Waybill Sample.

### *Public*

Burlington Northern Santa Fe Corp. Form 10-K for years ending 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

**Appendix C**

Burlington Northern Santa Fe Corp. Form 10-Q, all quarters, for years 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

CSX Corp. Form 10-K for years ending 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

CSX Corp. From 10-Q, all quarters, for years 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

Norfolk Southern Corp. Form 10-K for years ending 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

Norfolk Southern Corp. Form 10-Q, all quarters, for years 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

Union Pacific Corp. Form 10-K for years ending 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

Union Pacific Corp. Form 10-Q, all quarters, for years 1999, 2000, 2001, 2002, 20903, 2004, 2005, 2006, 2007, and 2008.

***Additional Material***

All other materials cited in this report and in the figures and appendices to this report.