UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | **FILED UNDER SEAL** |

## DECLARATION OF ALICIA COBB

I, Alicia Cobb, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, Interim Co-Lead Class Counsel in the above matter. I submit this declaration in support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion For Leave to File Supplemental Expert Report.

2. Attached as CD Exhibit 1 is a true and correct copy of the email from Tim O'Mara to Stephen Neuwirth and Michael Hausfeld, dated October 7, 2014, attaching an email from Rod Montgomery to Scott Ballenger, dated March 10, 2014.

3. Attached as CD Exhibit 2 is a true and correct copy of the transcript of the hearing held October 2, 2014.

4. Attached as CD Exhibit 3 is a true and correct copy of excerpts of the deposition of John Chilcott, 30(b)(6) witness on behalf of Cascade Settlement Services, LLC, dated October 16, 2014.

5. Attached as CD Exhibit 4 is a true and correct copy of the email from Rick Werder to David Cross, dated October 10, 2014.

6. Attached as CD Exhibit 5 is a true and correct copy of excerpts of the deposition of Gordon Rausser, Ph.D., dated July 31, 2014.

7. Attached as CD Exhibit 6 is a true and correct copy of excerpts of the deposition of Laura Craft, 30(b)(6) witness on behalf of OnPoint Analytics, dated October 18, 2014.

8. Attached as CD Exhibit 7 is a true and correct copy of excerpts of the deposition of Gareth Macartney, dated October 18, 2014.

9. Attached as CD Exhibit 8 is a true and correct copy of excerpts of the deposition of Gordon Rausser, Ph.D., dated October 20, 2014.

10. Attached as CD Exhibit 9 is a true and correct copy of the Errata to the July 31, 2014 Deposition of Gordon Rausser, Ph.D., dated August 28, 2014.

11. Attached as CD Exhibit 10 is a true and correct copy of the subpoena to produce documents directed to Cascade Settlement Services, dated September 10, 2014, and its attached Notice of Subpoena and Exhibit A.

12. Attached as CD Exhibit 11 is a true and correct copy of the subpoena to produce documents directed to Gordon Rausser, Ph.D., dated September 10, 2014, and its attached Notice of Subpoena and Exhibit A.

13. Attached as CD Exhibit 12 is a true and correct copy of the subpoena to produce documents directed to OnPoint Analytics, dated September 10, 2014, and its attached Notice of Subpoena and Exhibit A.

14. Attached as CD Exhibit 13 is a true and correct copy of the subpoena to produce documents directed to Rodney L. Montgomery, dated September 10, 2014, and its attached Notice of Subpoena and Exhibit A.

15. Attached as CD Exhibit 14 is a true and correct copy of the transcript of the hearing dated October 21, 2014.

16. Attached as CD Exhibit 15 is a true and correct copy of the document bearing the bates number CSS 000001-CSS 000002.

17. Attached as CD Exhibit 16 is a true and correct copy of the document bearing the bates number CSS 000077-CSS 000081.

18. Attached as CD Exhibit 17 is a true and correct copy of the document bearing the bates number CSS 000188-CSS 000198.

19. Attached as CD Exhibit 18 is a true and correct copy of the document bearing the bates number CSS 000669-CSS 000685.

20. Attached as CD Exhibit 19 is a true and correct copy of the document bearing the bates number CSS 000699-CSS 000705.

21. Attached as CD Exhibit 20 is a true and correct copy of the document bearing the bates number CSS 000706-CSS 000711.

22. Attached as CD Exhibit 21 is a true and correct copy of the document bearing the bates number CSS 000686-CSS 000698.

23. Attached as CD Exhibit 22 is a true and correct copy of the document bearing the bates number CSS 000200-CSS 000202.

24. Attached as CD Exhibit 23 is a true and correct copy of the document bearing the bates number CSS 000206-CSS 000210.

25. Attached as CD Exhibit 24 is a true and correct copy of the document bearing the bates number OPA_GR_SUB_00223-OPA_GR_SUB_00228.

26. Attached as CD Exhibit 25 is a true and correct copy of the document bearing the bates number OPA_GR_SUB_000229-OPA_GR_SUB_000235.

27. Attached as CD Exhibit 26 is a true and correct copy of the document bearing the bates number CSS 000506.

28. Attached as CD Exhibit 27 is a true and correct copy of the document bearing the bates number CSS 000526-CSS 000548.

29. Attached as CD Exhibit 28 is a true and correct copy of the document bearing the bates number CSS 000553-CSS 000557.

30. Attached as CD Exhibit 29 is a true and correct copy of the document bearing the bates number CSS 000568-CSS 000569.

31. Attached as CD Exhibit 30 is a true and correct copy of the document bearing the bates number CSS 000617-CSS 000620.

32. Attached as CD Exhibit 31 is a true and correct copy of the document bearing the bates number CSS 000724-CSS 000726.

33. Attached as CD Exhibit 32 is a true and correct copy of the document bearing the bates number CSS 000645-CSS 000656.

34. Attached as CD Exhibit 33 is a true and correct copy of the document bearing the bates number CSS 000638-CSS 000642.

35. Attached as CD Exhibit 34 is a true and correct copy of the document bearing the bates number OPA_GR_SUB_00273-OPA_GR_SUB_00274.

36. Attached as CD Exhibit 35 is a true and correct copy of the document bearing the bates number OPA_GR_SUB_01002-OPA_GR_SUB_01003.

37. Attached as CD Exhibit 36 is a true and correct copy of the document bearing the bates number OPA_GR_SUB_01004-OPA_GR_SUB_01005.

38. Attached as CD Exhibit 37 is a true and correct copy of the document bearing the bates number CSS 000637.

39. Attached as CD Exhibit 38 is a true and correct copy of the document bearing the bates number CSS 000644.

40. Attached as CD Exhibit 39 is a true and correct copy of the document bearing the bates number CSS 000643.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2014, in New York, New York.

Alicia Cobb

Alicia Cobb

**CERTIFICATE OF SERVICE**

I, Kyle R. Taylor, certify that on October 31, 2014, I caused a true and correct copy of the foregoing to be served by email on counsel for defendants.

/s/ Kyle R. Taylor