UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | **FILED UNDER SEAL** |

### DECLARATION OF KYLE R. TAYLOR

I, Kyle R. Taylor, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, Interim Co-Lead Class Counsel in the above matter. I submit this declaration in support of Plaintiffs' Supplemental Reply Memorandum of Law in Support of Class Certification.

2. Attached as TD Exhibit 95 is a true and correct copy of an email chain, dated April 30, 2003, produced at NS_010004522. TD Exhibit 95 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 30.

3. Attached as TD Exhibit 96 is a true and correct copy of an email chain from Cheri Carlson, dated March 6, 2001, produced at BNSF-0121901. TD Exhibit 96 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 178.

4. Attached as TD Exhibit 97 is a true and correct copy of excerpts from the deposition of James Young, which took place on August 4, 2010.

5. Attached as TD Exhibit 98 is a true and correct copy of excerpts from the deposition of Patrick Glennon, which took place on July 20, 2010.

6. Attached as TD Exhibit 99 is a true and correct copy of excerpts from the corrected Expert Report of John H. Johnson, IV, Ph.D., dated February 15, 2013.

7. Attached as TD Exhibit 100 is a true and correct copy of an email chain produced at NS_010073466. TD Exhibit 100 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 3.

8. Attached as TD Exhibit 101 is a true and correct copy of the BNSF-NS Senior Team Meeting Agenda, dated March 18, 2003, produced at BNSF-FSC 000643. TD Exhibit 101 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 208.

9. Attached as TD Exhibit 102 is a true and correct copy of a memorandum titled "Fuel Surcharge – CSXT vs. NS Comparison," dated April 7, 2003, produced at NS_010042203. TD Exhibit 102 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 6.

10. Attached as TD Exhibit 103 is a true and correct copy of an email chain from John Couch, dated October 9, 2003, produced at CSXFSC000000476. TD Exhibit 103 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 63.

11. Attached as TD Exhibit 104 is a true and correct copy of excerpts from Union Pacific's 2006 Form 10-K. TD Exhibit 104 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 167.

12. Attached as TD Exhibit 105 is a true and correct copy of excerpts from the deposition of Gordon Rausser, Ph.D., dated December 18, 2012.

13. Attached as TD Exhibit 106 is a true and correct copy of excerpts from Areeda & Hovenkamp, ANTITRUST LAW (2013).

14. Attached as TD Exhibit 107 is a true and correct copy of excerpts from the deposition of Gordon Rausser, Ph.D., dated March 5, 2014.

15. Attached as TD Exhibit 108 is a true and correct copy of excerpts from the corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010.

16. Attached as TD Exhibit 109 is a true and correct copy of excerpts from the corrected Expert Reply Report of Gordon Rausser, Ph.D., dated September 20, 2010.

17. Attached as TD Exhibit 110 is a true and correct copy of excerpts from the corrected Expert Report of Joseph P. Kalt, Ph.D., dated March 1, 2013.

18. Attached as TD Exhibit 111 is a true and correct copy of the 2005 Enterprise Wide Risk Assessment Leadership Team Meeting agenda, produced at BNSF_0571509. TD Exhibit 111 was previously submitted in support of Plaintiffs' motion for class certification as HD Ex. 32.

19. Attached as TD Exhibit 112 is a true and correct copy of the transcript of the deposition of Joseph P. Kalt, Ph.D., which took place on May 7, 2014.

20. Attached as TD Exhibit 113 is a true and correct copy of excerpts from the deposition of Clarence Gooden, which took place on July 16, 2010.

21. Attached as TD Exhibit 114 is a true and correct copy of excerpts from a work paper submitted with the Expert Reply Report of Gordon Rausser, Ph.D., June 12, 2013.

22. Attached as TD Exhibit 115 is a true and correct copy of excerpts from Volume Two of the Revised Final Report prepared for the Surface Transportation Board by Laurits R. Christensen Associates, Inc., titled ANALYSIS OF COMPETITION, CAPACITY, AND SERVICE QUALITY, dated November 2009.

23. Attached as TD Exhibit 116 is a true and correct copy of excerpts from comments submitted to the Surface Transportation Board in Ex Parte No. 661 by Norfolk Southern, dated October 2, 2006.

24. Attached as TD Exhibit 117 is a true and correct copy of excerpts from the deposition of Charles Wickliff Moorman, which took place on January 7, 2011.

25. Attached as TD Exhibit 118 is a true and correct copy of excerpts from the corrected Expert Report of Robert D. Willig, dated August 1, 2010.

26. Attached as TD Exhibit 119 is a true and correct copy of a letter from the Association of American Railroads to The Honorable John Boehner and The Honorable Nancy Pelosi, dated May 7, 2014.

27.     Attached as TD Exhibit 120 is a true and correct copy of excerpts from the Supplemental Figures to the corrected Expert Report of Robert D. Willig, dated August 1, 2010.

28.     Attached as TD Exhibit 121 is a true and correct copy of excerpts from the deposition of James T. McClave, Ph.D., which took place on February 26, 2014.

29.     Attached as TD Exhibit 122 is a true and correct copy of the BNSF Railway Fuel Surcharge – Comparison of Class I Programs presentation, dated March 27, 2006, produced at BNSF-0691131.

30.     Attached as TD Exhibit 123 is a true and correct copy of an email chain from Fredrik Eliasson, dated June 3, 2004, produced at CSXFSC000086525.  TD Exhibit 123 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 92.

31.     Attached as TD Exhibit 124 is a true and correct copy of the CSX Fuel Surcharge Program presentation, dated May 19, 2005, produced at CSXFSC000077514.

32.     Attached as TD Exhibit 125 is a true and correct copy of an email chain from Patrick Glennon, dated April 29, 2003, produced at NS001000012.

33.     Attached as TD Exhibit 126 is a true and correct copy of an email chain from Mark Draper, dated August 2, 2005, produced at UPFSC 0066571.

34.     Attached as TD Exhibit 127 is a true and correct copy of an email chain from David Burr, dated January 2, 2004, produced at BNSF-0344944.  TD Exhibit 127 was previously submitted in support of Plaintiffs' motion for class certification as RD Ex. 75.

35.     Attached as TD Exhibit 128 is a true and correct copy of an email chain from Kevin Kaufman, dated May 5, 2006, produced at BNSF-0479452.

36.     Attached as TD Exhibit 129 is a true and correct copy of excerpts from 70 Fed. Reg. 28979-82, dated May 19, 2005.

37.     Attached as TD Exhibit 130 is a true and correct copy of excerpts from the Surface Transportation Board Report to Congress Regarding the Uniform Rail Costing System, dated May 27, 2010.

38. Attached as TD Exhibit 131 is a true and correct copy of 7AA Charles Alan Wright et al., FEDERAL PRACTICE AND PROCEDURE § 1784 (3d ed. 2014).

39. Attached as TD Exhibit 132 is a true and correct copy of the Errata to (i) the Expert Report of Gordon Rausser, Ph.D., dated October 15, 2012; (ii) the Expert Reply Report of Gordon Rausser, Ph.D., dated June 12, 2013; and (iii) the Supplemental Expert Report of Gordon Rausser, Ph.D, dated December 19, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 28, 2014, in New York, New York.

_____
Kyle R. Taylor

## CERTIFICATE OF SERVICE

    I, Kyle R. Taylor, certify that on May 28, 2014, I caused a true and correct copy of the foregoing to be served by email on counsel for defendants.

                                                          /s/ Kyle R. Taylor