# Exhibit 95

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
8
DAP 7-20-10

From: (no sender found)
Sent: Wed Apr 30 08:29:37 2003
To: "Rappold, Tom" <terappol@nscorp.com>; "Listwak, Ron" <ralistwa@nscorp.com>; "Bower, Mark" <mhbower@nscorp.com>
Cc: "Fox, Bill" <jwfox@nscorp.com>
Bcc: "Glennon, Pat" <pjglenno@nscorp.com>
Subject: FW: Fuel Surcharge Review - April 25
Importance: Normal
Attachments: RE: Fuel Surcharge Change Pro/Con

All: Merch. seems to be headed in the direction of not making a change to the FSC provisions like the new CSX provisions, at least not right away. We are luckier in some respects because we generally have been Incorporating the C of C #2 C which contains the FSC provision. That makes it easier for us to effect a change since we can just issue a new C of C #2C. Ron has mentioned that CSX may only be applying the FSC to any deal having a general rate adjustment clause calling for less than 80% of the RCAF-U.

Without clear a "cost" based reason, (See Heslep's attached), changes to the FSC will appear like a general rate increase and that may undercut the "surcharge" mechanism.

I will continue to monitor this and recommend any changes as they may develop. We can still work to get a higher percentage of CBG revenues covered under the standard FSC provisions. U North is making some good progress in that direction, identifying 17 legacy contract candidates for the FSC application. TEB

-----Original Message-----
**From:** Glennon, Pat
**Sent:** Tuesday, April 29, 2003 5:42 PM
**To:** Seale, Don
**Cc:** Brenner, Charlie; Osborne, Joe; Brugman, Thomas; Lawson, David; Bayrer, Tom; Pfeifer, Alby
**Subject:** Fuel Surcharge Review - April 25

DWS:
You requested a review of the NS fuel surcharge in light of the recently announced changes by CSXT and UP. The group that conducted the analysis included Brenner, Osborne, Brugman, Lawson, Glennon and Bayrer. The consensus was that NS should not adopt the CSXT formula and should, for the time being, retain the current NS formula. The primary points in support of this position are:

- By dropping the base to $23 per barrel, raising the percentage yield and talking it sooner, the change is in fact a blatant general rate increase, and will appear so to customers.
- The CSXT formula faces continued opposition, particularly in private publications. NS can use this as leverage in negotiating larger rate increases into base rates, or additional traffic.
- While CSXT may appear to be holding the line, we expect customer resistance will result in a significant amount of back door concessions, particularly with larger customers.
- Even moderate concessions could result in a net reduction in actual yield compared to what they would have received under the current 2% plan.
- Following a two year campaign to implement the current NS FSC, roughly 50% of NS Merchandise revenue and 80% of NS authorities are subject to the current surcharge. If we opted to change the FSC at this point, we could see slippage on these gains.
- Fuel costs are dropping. Iraq and Venezuelan are coming back on the market. While oil production predictions are always subject change, it appears we may be entering an extended period of reasonable oil costs which would make the current NS FSC a non-event for our customers.
- An aggressive FSC campaign using the CSX proposal could jeopardize our ability to seek aggressive rate increases at a time when the neither surcharge is actually producing significant revenue.
- Probably the most important point : Even if we adopted the CSXT formula immediately, we would see very little revenue generated in the short term. Due to the way NS hard codes the surcharge into NS publications, public and private, we would have to actually republish each one before we could transition

that publication to the new formula. Since each contract and private quote would have to be renegotiated, probably at renewal, the bulk of our traffic would not be subject to the new formula this year.

- On this last point, that assumes we could successfully include it most private publications that currently have the 2% surcharge. We would likely see some slippage.

The consensus recommendation is that we do not adopt the CSXT formula at this time. However, the group suggests the adoption of the following changes to better position NS to accommodate a FSC change if and when the decision is made.

- Remove the full FSC text from all publications as they are reissued.
- Replace it with a reference to the FSC in the NS Conditions of Carriage.
- As NS rate publications are reissued, public and private, modify them to simply refer to the NS Conditions of Carriage..
- Develop a transition strategy, including 9255 and Accounting, that will cover a duel FSC environment as we transition to a complete replacement of the FSC text with the FSC reference. This would include setting up a new NS surcharge note for 9255.
- Issue instructions that no contract can negate or freeze the application of the NS Conditions of Carriage without prior approval of Don Seale.

Once the majority of the publications are converted, we will be in a better position to implement a blanket adoption for publications that reference a revised FSC in the Conditions of Carriage. This approach is still likely to generate major customer relations issues, particularly on private authorities. CSXT is expecting significant customer opposition to this approach and they may still relent. However, they at least have a case to argue. The current NS format is so clear there is no room for an alternative interpretation.

If we were to consider a change, the ideal scenario would to begin the process of removing the FSC text now, let the FSC issue fade and then be in a better position to switch late this year or next year.

From: "Heslep, Jay M." </O=NSCORP/OU=EXCHANGE/CN=RECIPIENTS/CN=UIMJH>
Sent: Fri Apr 11 14:54:14 2003
To: "Bayrer, Tom" <tebayrer@nscorp.com>
Cc: "Fox, Bill" <jwfox@nscorp.com>; "Rappold, Tom" <terappol@nscorp.com>; "Bower, Mark" <mhbower@nscorp.com>; "Listwak, Ron" <ralistwa@nscorp.com>; "McQuade, Kathryn, B." <Kathryn.McQuade@exchange.nscorp.com>; "Neikirk, Chris, R." <Chris.Neikirk@exchange.nscorp.com>
Subject: RE: Fuel Surcharge Change Pro/Con
Importance: Normal
Attachments: Hedge and Surcharge.xls

T <<...>> om:

Chris Neikirk has prepared the attached spreadsheet that looks at the combined effectiveness of fuel hedge settlements and fuel surcharge payments in offsetting diesel fuel cost increases. Pay particular attention to the lines at the bottom of the sheet for the time periods January - March 2003 and October 2002 - March 2003.

In the January - March '03 time period, NS consumed approximately [redacted] at an average charge out price of [redacted] for a diesel fuel cost [redacted] During the same period, NS received hedge settlement and fuel surcharge payments totaling approximately [redacted]. With a target price [redacted] the combined fuel hedge settlements and fuel surcharge payments did a pretty good job of shielding NS from the rapid rise in oil prices during the first quarter 2003.

If you look at a longer time period, October '02 - March '03, you will see that the adjusted price per gallon was [redacted] charge out price. Again the hedge program and the fuel surcharge payments did their job reasonably well.

As you point out, fuel hedges do not always work out in your favor. The 2002 Stockholder's Report indicates that fuel hedging activity resulted in a net increase in 2001 diesel fuel expense of $8 million. However, my general sense is that the combined effect of hedging and fuel surcharges do a decent job of protecting NS income from significant spikes in diesel fuel costs.

Jay

cy -- All

-----Original Message-----
From: Bayrer, Tom
Sent: Tuesday, April 08, 2003 2:36 PM
To: Heslep, Jay M.
Cc: Fox, Bill; Rappold, Tom; Bower, Mark; Listwak, Ron
Subject: RE: Fuel Surcharge Change Pro/Con

Jay: We need some help in thinking about how diesel/oil prices affect our costs, the impact that our diesel fuel hedging strategy has on our fuel costs, and finally there is the question about whether applying the RCAF Unadjusted Index to our prices completely covers our diesel price exposure. The delay obviously costs us since this index is quarterly.

Hedging generally smoothes out the spikes but does it consistently provide us with lower than market prices. At some point the expense of hedged positions and the market catch up with us do they not?

Any assistance you can provide in helping us think about this issue would be appreciated. TEB

-----Original Message-----
From: Rappold, Tom
Sent: Tuesday, April 08, 2003 12:13 PM
To: Bower, Mark; Bayrer, Tom; Listwak, Ron
Cc: Fox, Bill
Subject: RE: Fuel Surcharge Change Pro/Con

Generally, I agree with Mark. The point of the surcharge is to keep NS' profitability position neutral as it relates to rising fuel costs. If the current combination of hedging and fuel surcharge application has failed to do this, then a change is warranted. So, I too would like to see an analysis of how well the current policy has protected our revenue stream.

Moving ahead, if a change is made I suspect the CBG would implement it as current contracts expire and new ones are negotiated. On the other hand NSRQ's such as we have with and [redacted] I suspect the current fuel surcharge will run its course as market tensions regarding the Iraqi war subside. However, it is less likely that WTI will fall below $23 any time soon, so if we adopt this approach it is highly likely fuel surcharge will be a constant companion to our freight bills. As such the start up will be difficult, but at some point resignation will take over and it will become part of the rate authority landscape.

TER

-----Original Message-----
From: Bower, Mark
Sent: Tuesday, April 08, 2003 11:11 AM
To: Bayrer, Tom; Rappold, Tom; Listwak, Ron
Cc: Fox, Bill
Subject: RE: Fuel Surcharge Change Pro/Con

All:
The main question left unanswered is what increased cost NS has experienced as a result of our current system. Given our fuel hedging initiative, has NS lost more than the surcharge produced? If not, then there is no need to implement a change. If so, then we have a legitimate concern. To me the fuel clause should only be used to recover extraordinary costs. It should not be a means of getting a price increase NS was unable to obtain through negotiations. Without some objective data (as adjusted for our diesel futures positions) it is hard to justify taking action.
Mark
TEB: Does this data exist?

-----Original Message-----
From: Bayrer, Tom
Sent: Tuesday, April 08, 2003 9:49 AM
To: Bower, Mark; Rappold, Tom; Listwak, Ron
Cc: Fox, Bill
Subject: FW: Fuel Surcharge Change Pro/Con

All: The attached covers most of the angles. Comments please. TEB

-----Original Message-----
From: Johnson, Steve
Sent: Tuesday, April 08, 2003 10:39 AM
To: Bayrer, Tom
Subject: FW: Fuel Surcharge Change Pro/Con

Take a peek at this info.

-----Original Message-----
From: Pfeifer, Alby
Sent: Tuesday, April 08, 2003 10:38 AM
To: Johnson, Steve
Subject: FW: Fuel Surcharge Change Pro/Con

Steve, here's some of the correspondence we've had on this. Alby
-----Original Message-----
From: Glennon, Pat
Sent: Monday, April 07, 2003 12:12 PM
To: Scale, Don; Brenner, Charlie
Cc: Pfeifer, Alby
Subject: Fuel Surcharge Change Pro/Con
CJB/DWS - Per request, you'll find two attachments. The first recaps the case for and against changing the NS Fuel

Surcharge standard in response to the recent action announced by CSXT. The second attachment calculates the additional FSC revenue NS would have recouped for 2002 and Y-T-D 2003 had the CSXT standard been in effect on NS publications.

The CSXT remains the only RR that has specifically requested NS concurrence for a FSC change on joint line traffic. No word from the UP as of this morning. The BNSF did make a technical inquiry regarding REN's capability of exchanging a mileage based FSC formula. This was more than likely a result of the "EXORBITANT Rail Fuel Cost Recovery" e-mail that received wide distribution in the industry. The mileage concept has merit from a technical cost perspective, but the industry has no national RR mileage standard that it could use. The closest might be a highway based standard. We have seen no push in that direction to-date.

Due to the way NS chose to originally publish the FSC, if we choose to make a change, we cannot take the CSXT approach and announce the change, across all publication types, effective on a specific date. We would have to follow a phased implementation plan for public authorities and the renegotiation and reissue of the private publications.
PJG

PRODUCED AS NATIVE

[redacted]