# Exhibit 96

EXHIBIT
PENGAD 800-631-6989
Searle 31

From: Carlson, Cheri L
Sent: Tue Mar 06 10:18:12 2001
To: Jacobowski, Thomas J; Milton, Herb; Kyei, Sam A; Lee, Renita L; Holmes, Ken L; Baum, William F
Subject: RE: Fuel Surcharge Modifications
Importance: Normal

I am available to meet today. Cheri

-----Original Message-----
**From:** Jacobowski, Thomas J
**Sent:** Tuesday, March 06, 2001 10:04 AM
**To:** Milton, Herb; Kyei, Sam A; Carlson, Cheri L; Lee, Renita L; Holmes, Ken L; Baum, William F
**Subject:** RE: Fuel Surcharge Modifications

We need to meet today or W, 3/7. I will be gone next wk & this last mtg got delayed for over 2 wks. We have a deadline, we are going to make it, & I vote we meet TODAY. In addition, based on what we decided last time, I have some major concerns due to the level of the FSR that would result from this. So, who can still meet TODAY?

Jake
*Tom Jacobowski*
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com

-----Original Appointment-----
**From:** Milton, Herb
**Sent:** Monday, March 05, 2001 4:41 PM
**To:** Kyei, Sam A; Jacobowski, Thomas J; Carlson, Cheri L; Lee, Renita L; Holmes, Ken L; Baum, William F; Milton, Herb

**Subject:** Updated: Fuel Surcharge Modifications
**When:** Tuesday, March 13, 2001 11:00 AM-12:30 PM (GMT-06:00) Central Time (US & Canada).
**Where:** Mktg Bldg, 3rd Fl., Conference Rm. 3A

Due to conflict in schedules, I would like to reschedule the Mar. 6 meeting to March 13.

Minutes from meeting 3/1/00:

In Attendance: Cheri Carlson, Sam Kyei, Bill Baum, Tom Jacobowski, Herb Milton

**New action items are in bold.**

- Tom J. provided feedback from rail carriers regarding the concept of

establishing an industry wide fuel surcharge formula. Rail carriers unanimously choose not to act on an industry standard fuel surcharge.

- Sam K. provided Nick Murray's views on the right measurement to use for calculating fuel surcharge for Carload and Intermodal. Nick preference is to use total variable cost in the calculation of fuel surcharge. However, total variable cost for each business units is not defined in the annual report. In an attempt to keep the fuel application simple, we will observe total fuel expense as a company for the calculation of fuel surcharge.
- Cheri C. concurs with the existing $23.50 BV for Carload. OPEC is currently observing $25 for crude. Cheri suggested that the diversion between WTI and BNSF fuel be observed annually to determine the benchmark value for Carload. The team suggested a 5-Year rolling average for the purpose of recalculation. For example, the benchmark value for Year 2001 will be calculated by observing WTI factors from 1996 through 2000. **Cheri will do the math for review at the next meeting.**
- **Bill B. will calculate the FIF for the company as a whole using fuel expense w/o the hedge.** This factor will apply for Carload and Intermodal in the calculation of fuel surcharge. As information, the annual fuel expense is available by March of each year. Therefore, the team proposed that the FIF be observed annually, commencing with March 1.
- Fuel expense w/o hedge is a line item in the annual report. Tom J. recommended that the fuel with hedge be observed for the calculation of the FIF. Tom's reasoning is for integrity purpose. Sam K. raised the point that hedging is not a cost of doing business for the customer. **The team needs to decide on observing fuel expense with or w/o the hedge. Sam and Tom will discuss this with Sr. management.**
- Cheri's view on the hedge is two-fold:

1. Philosophical - Hedging should be observed in the calculation of fuel surcharge
2. Practical - Hedging shouldn't be observed. Fuel expense in the annual report should be observed in the calculation of fuel surcharge.

- The point was raised by the team to discontinue the hedge and let the fuel surcharge recover the fuel expense. Sam's view is that the fuel surcharge would never capture the total fuel recovery expense.
- Sam reviewed arithmetic formula options for the fuel surcharge and examples of tables for Carload and Intermodal (see Sam's handout for details). **Herb and Bill will prepare fuel surcharge tables based on the FIF provided by Bill.**
- The team agreed to observe a 1% minimum threshold for the fuel surcharge rate (FSR). Carload would have to transition from a spread

of 1% to .5%. **The team needs to get concurrence before implementing.**

- **Bill B. will provide fuel expense as a ratio of gross revenue by business unit.**
- **Cheri C. will provide fuel details as follows:**

1. 2000 plan vs 2000 actual
2. 2000 actual vs 2001 plan