# Exhibit 97

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) MDL NO. 1869 |
| | ) |
| RAIL FREIGHT FUEL SURCHARGE | ) HIGHLY CONFIDENTIAL |
| | ) |
| ANTITRUST LITIGATION | ) |
| | ) |

\- - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF JAMES YOUNG,

taken before Kristin M. Teel, Registered Professional Reporter, General Notary Public within and for the State of Nebraska, beginning at 8:42 a.m., on August 4, 2010, at the Law Offices of Kutak Rock, 1650 Farnam Street, Omaha, Nebraska, pursuant to the within stipulations.



b723f2ac-00ac-487b-a447-79dd77dd7fce

Page 26

fuel had not run up, they were never implemented.
So -- so, again, when you had the sharp run-up in fuel, and particularly what we were reading from the experts about future fuel, our focus was one on how do you expand that program to eventually recover your incremental fuel costs.
Q Now, you said that Union Pacific had fuel surcharge programs in -- in many contracts, but they were never implemented. What time period are you referring to there?
A Well, you look back over years. Intermodal was one that had, for many, many years, fuel surcharge programs. You could have escalators in contracts, coal contracts in particular, that had some form of fuel recovery.
Q And -- and I'm asking what time period you're referring to when you say that while those programs were in contracts, they were never implemented.
A Listen, I look back probably -- again, let's work backwards from 2002 going backwards, you know, I -- easily five, six, seven, eight years.
Q So from -- from the period -- and when you say 2 -- 2002, you mean December 2002, correct?
A I -- I -- I think in 2002 overall. I

Page 27

mean, a specific date may have been December, but we were looking and analyzing what was happening with fuel and developing our strategies, working with customers on our programs really throughout 2002.
Q But as far as when -- the period when -- when surcharge programs were -- were in contracts but not implemented, that -- that occurred at least until December 2002, correct?
A Are you asking me did -- did contracts include some form of fuel recovery?
Q That was not implemented because -- because fuel prices didn't trigger them?
A Yes, that's true.
Q That -- that was during the 2002 period, correct?
A No. That went -- those were in contracts before 2002.
Q And we -- let's -- let's -- we'll work backwards, that's fine. But that was also the case in 2002, correct?
A That you had contracts with some form of fuel recovery?
Q That was not implemented.
A No. Those were in pla -- there were contracts in place in 2002 that had fuel recovery

Page 28

mechanisms in the agreements.
Q But those -- those fuel recovery mechanisms weren't triggered for at least most of 2002, correct?
A That's correct. Because --
Q Right.
A -- of stability in fuel.
Q And -- and that's also the case in 2001, correct?
A I -- I'm not quite certain. I mean, again, they would vary in terms of how the recovery would come through. You did have a jump -- a little bit of jump in fuel back -- I think it was '01, '02. You may have had some recovery.
I mean, each -- each contract can be unique because you're sitting across the table negotiating with a customer on a whole list of items, which fuel recovery, cost inflation, service, equipment commitments, volume all come into -- into play in terms of that negotiation.
Q But any -- any fuel surcharges that were triggered during the 2000 through 2002 time period never reached significant percentage levels; is that right?
A That's correct.

Page 29

Q Now, going back to this concept of a broad-based program, is it your testimony today that Union Pacific had a broad-based fuel surcharge program?
MR. CHILDRESS: Vague as to --
BY MR. OLSON:
Q Well, let me try this again.
Union Pacific did not always have a broad-based fuel surcharge program, did it?
A I'm not certain what your definition of broad-based is.
Q Okay.
(Exhibit No. 1 marked for identification.)
BY MR. OLSON:
Q Let me hand you what's been marked Young Exhibit 1. It is a document attained on the Internet dated February 4, 2004, and it says it's a Q4 2003 Union Pacific Earnings Conference Call Final. Do you see that heading?
A I do.
Q Does that indicate to you what this document is?
A Yeah. I believe it's the transcript of the call.





b723f2ac-00ac-487b-a447-79dd77dd7fce

Page 54

A I'm saying we haven't -- go ahead.
Q -- but you are making a profit, correct?
A We are making a profit --
Q Okay.
A -- on our total book of business.
Q Right.
A Total revenues, total costs.
Q Exactly. And in fact, over the past five years, several times you've made record profits, correct?
A We have.
Q Again, I want to try to focus more on -- on the clarity of what -- what you're saying, if we could go a little slower.
You -- you said the context of this statement about what happened three, four years ago had something to do with the breadth and the impact of fuel surcharges. Do you remember that testimony?
A I believe I said that.
Q And I just want to -- for the record to be clear.
Are you saying -- your point here wasn't that there were no fuel surcharges before 2003?
A That's correct.
Q But that the breadth and the impact of

Page 55

fuel surcharges was somehow different before 2003?
A Again, because it's tied into the significant change in the outlook of fuel.
Q And so after 2003, fuel surcharges had -- had a different impact on the industry, correct?
MR. CHILDRESS: Vague. You can answer.
THE WITNESS: I'm going to speak for Union Pacific Railroad. Each year we were able to increase our percent of fuel recovery. So again, as you moved over the time line, the order of magnitude was greater. And again, but -- again, in that time line, we were still short of a hundred percent recovery of incremental fuel costs.
BY MR. OLSON:
Q Let -- let's focus just on Union Pacific's customers for a moment.
Before 2003 would it be fair to say that the impact of fuel surcharges was somewhat minimal?
A That's fair.
Q And after 2003 the impact of fuel surcharges on Union Pacific's customers was no longer minimal, correct?
A Because of the --
MR. CHILDRESS: Vague, overbroad.

Page 56

Sorry.
BY MR. OLSON:
Q Before we get to the reason, could you just -- let's start with the yes or no, then we'll get to the reasons.
A I don't think it's a yes or no answer. It -- it -- when you look at what -- again, what was happening was the significant run-up in fuel.
Q Well, and -- and what that caused to happen is that fuel surcharges started having a much greater impact on Union Pacific's customer base, correct?
MR. CHILDRESS: Overbroad.
THE WITNESS: There was a -- a greater recovery of fuel cost.
BY MR. OLSON:
Q No, you -- you're talking about from the perspective of Union Pacific, and -- and I want to talk about from the perspective of customers.
You -- you've talked a lot today already, and in everything I've read, about speaking to customers. I mean, I take it you -- you have a sense of what customers felt about fuel surcharges; is that right?
A I -- I spent a significant amount of time

Page 57

with customers.
Q Okay. So let -- let's talk from the perspective of customers.
After 2003 the impact of fuel surcharges on customers was much greater than it was before; is that right?
A It was --
MR. CHILDRESS: Overbroad. Sorry.
THE WITNESS: -- it was greater in '03, it was greater in '04, it was greater in '05 because, again, the percent of recovery. And in negotiating contracts, we were able to get a fuel surcharge included in those contracts so you were having a -- having a greater recovery each year.
BY MR. OLSON:
Q And from the perspective of Union Pacific, it's a greater recovery; from the perspective of a customer, it's a greater price increase, correct?
A You know --
MR. CHILDRESS: Overbroad. Go ahead.
THE WITNESS: -- when you sit down and negotiate a contract, fuel surcharge is one of many items that are considered. The customer makes their decision on total cost, which is base rate plus fuel surcharge, total cost to them.





b723f2ac-00ac-487b-a447-79dd77dd7fce