# Exhibit 98

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: RAIL FREIGHT FUEL | ) | MDL No. 1869 |
| SURCHARGE | ) | Misc. No. 07-489 |
| ANTITRUST LITIGATION, | ) | (PLF/AK/JMF) |
| This Document Relates To: | ) | |
| ALL DIRECT PURCHASER CASES | ) | |

DEPOSITION TRANSCRIPT

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

OF PATRICK GLENNON

TAKEN ON BEHALF OF THE PLAINTIFFS

Roanoke, Virginia

July 20, 2010

"HIGHLY CONFIDENTIAL"



f3aa3643-e7bb-49ab-ba5e-d940292fb6ee

HIGHLY CONFIDENTIAL
PATRICK GLENNON - 7/20/2010

Page 22

aware of before.
Q Just to be clear, if you look at the second page of this document, there is an e-mail from Don Seale to Alby Pfeifer, yourself and others dated September 20, 2002?
A Yes.
Q And does that refresh your recollection, that your e-mail was probably sent around September 2002?
A Yes.
Q And so what you are saying here is that for 2002, the surcharge hasn't been applied until the fourth quarter?
MR. NANNES: Objection as to form.
BY MR. RASHID:
Q You can answer.
A Okay. But it was applied in -- I assume it was applied in 2000 or 2001.
Q Right.
My question is: For the period of 2002 until the fourth quarter of 2002, the 28-dollar fuel surcharge was not being -- was not triggered?
A That's -- yes, I agree with that. It must have dropped off. Yeah.
Q When you wrote the raising cost of fuel

Page 23

is built into the price as they are renegotiated, what did you mean?
A Well, first of all, I'm not a cost expert, so there is probably some assumptions on my part here; but, you know, I -- my assumption at the time was that the Cost Department would adjust cost to some extent to reflect what is going on in the cost of fuel.
Q So in addition to the fuel surcharge, base rates were being increased at the same time?
A Yes, but there are a lot of base -- there are a lot -- there was a lot of price activity going on. We were taking general rate increases at the same time. So whenever there was a general increase, the base rates were adjusted. So in addition to the fuel surcharge, we were taking other increases. So sometimes the line between the two got blurry.
Q So there would be a market base adjustment plus a fuel surcharge?
A Yes, market base adjustment that would probably take into consideration the fact that as fuel goes up, the cost of fuel goes up, the market competitive advantages go to the rail industry and we were able to take bigger increases. So I would

Page 24

say that the general increases were a reflection of that competitive advantage.
Q Okay. And then in the third sentence of the bullet point we were just looking at it says, quote, Customers are now more attuned to fuel issues and are less inclined to agree to a surcharge clause on newly negotiated private publication with a duration of one year or less. Do you see that?
A Is that the third one?
Q That is the last sentence of the fifth bullet point.
A Yes.
Q And was that accurate at the time it was written?
A Well, let me read it. Well, it indicated to me at the time that we were probably getting some pushback on trying to get the fuel surcharge applied.
Q And you were getting pushback because for the first time at least in 2002 the 28-dollar surcharge was being triggered or potentially triggered?
MR. NANNES: Objection as to form.
A Customers don't like any accessorial

Page 25

charges to begin with. If the fuel surcharge was kicking in at that time at 2 percent, you could expect to have some pushback.
Q So it would have been easier -- what do you mean by an accessorial charge?
A Miscellaneous charges. It is like when you fly on the airplane, they charge you -- they could charge you for your luggage, any kind of related charge that -- that goes in connection with the line haul charges. It could be switching charges, could be demurer charges. There is a long list of related charges.
Q And did you view fuel surcharges as an accessorial charge?
A I don't know. I never thought of it -- thought of it that way, but --
Q Are there any other accessorial charges that you are aware of that are applied as a percentage to the base rate?
A Not that I know of. Accessorial charges tend to be billed the same way, that is why I was considering it an accessorial charges; but most accessorial charges are published in a separate publication, not in the line haul rate publication.
Q So going back to the fifth bullet point

Page 26

08:59:11 in this last sentence, is it true that you are
08:59:17 indicating that -- just so the record is clear,
08:59:19 that because of the fuel surcharge, the 28-dollar
08:59:22 fuel surcharge was first being triggered in 2002,
08:59:26 you were getting some pushback on implementing a
08:59:28 surcharge in new private authorities?
08:59:34 A Yes, but that is only to be expected. I
08:59:37 mean we were taking general increases as well and
08:59:39 we were getting pushback on those, too.
08:59:42 Q And in comparison, it was presumably
08:59:44 easier in the period from 2001 to 2002, when the
08:59:48 fuel surcharge wasn't being triggered, to get
08:59:51 customers to agree to a fuel surcharge, right?
08:59:57 A Yes. At that point the fuel surcharge
08:59:58 was theoretically billable, so I would say that
09:00:02 yeah, customers might not resist it as much; but
09:00:06 obviously when you are trying to add another charge
09:00:09 on top of what they are already having, it is
09:00:11 reasonable to expect some pushback. I --
09:00:15 Q Okay. If we just go down to the --
09:00:18 well, if we go down four bullet points from there
09:00:22 to the one that starts "While CSXT," do you see
09:00:27 that?
09:00:28 A Yes.
09:00:29 Q Can you read that one for me?

Page 27

09:00:31 A Read it to you?
09:00:32 Q No. You can just read it to yourself.
09:00:44 Okay?
09:00:44 A Yes.
09:00:45 Q In the first sentence you write, "While
09:00:46 CSXT has an identical surcharge clause, based on
09:00:48 customer comments, they appear to be more lax in
09:00:53 applying the surcharge to private authorities." Do
09:00:55 you see that?
09:00:56 A Yes.
09:00:57 Q Is this the instance you were talking
09:00:59 about earlier where you heard from customers that
09:01:02 CSX wasn't applying its fuel surcharge?
09:01:06 A What I might have been hearing at the
09:01:07 time from our product managers was that -- was that
09:01:11 in some cases when they are bidding on traffic,
09:01:13 that became the negotiating item.
09:01:16 Q Right.
09:01:17 So this would indicate that during this
09:01:18 period CSXT was competing against Norfolk Southern
09:01:24 for business on the basis of fuel surcharges,
09:01:27 correct?
09:01:27 MR. NANNES: Objection to form.
09:01:28 A Certainly not. The fuel surcharge was
09:01:30 just one item of a blend of issues that would be on

Page 28

09:01:35 the table when negotiating. Remember, we are
09:01:39 taking general increases, market adjustments.
09:01:41 We're changing liability provisions. We are
09:01:47 doing -- there are a lot of issues in the blend of
09:01:50 negotiating, so fuel surcharges is just one of
09:01:53 them.
09:01:53 Q Okay. And then following through on the
09:01:55 rest of that bullet point, it says, "This does have
09:01:57 competitive implications for NS." Do you see that?
09:02:02 A Yes.
09:02:02 Q Was that accurate when it was written?
09:02:05 A Well, you have to put it in context. I
09:02:10 would say it is accurate, but you have to put it in
09:02:13 context with the fact that when negotiating, if you
09:02:17 have a -- on a particular lane with a particular
09:02:20 customer on a particular commodity, if -- when you
09:02:24 are bidding, fuel surcharge, whether it is there or
09:02:26 not, will have an affect on your competitive
09:02:31 position, whether or not you are able to gain that
09:02:34 business.
09:02:37 Q So it is accurate then to say that if
09:02:39 CSXT was more lax in applying its fuel surcharge to
09:02:43 private authorities, that would have competitive
09:02:46 implications for NS?
09:02:48 A It would have implications in terms of

Page 29

09:02:51 being able to gain the business; but keep in mind
09:02:54 we can change the base rates, we can change related
09:02:57 issues, like service, equipment availability. So
09:03:01 fuel surcharge is just one of the factors. And
09:03:03 then if CSX had a fuel surcharge and we didn't, of
09:03:08 course, it would have some affect, but it wasn't
09:03:11 the only affect. At 2 percent, it was probably a
09:03:14 minor effect.
09:03:19 Q But you would agree it would have an
09:03:21 affect?
09:03:22 A It would have an affect, but a minor
09:03:24 affect on gaining business when bidding on traffic.
09:03:29 Q And potentially losing business; is that
09:03:31 right?
09:03:32 A Losing bids, yeah; but, you know, we
09:03:35 might have been seeking a bigger price increase
09:03:38 than CSX, so that might have been the cause for us
09:03:42 losing the business, not just the fuel surcharges.
09:03:44 Q Okay. And did there come -- you can put
09:03:46 that aside.
09:03:48 Did there come a time when Norfolk
09:03:50 Southern's fuel surcharge program changed?
09:03:55 A Yes. As I recall, in 2004 NS adopted a
09:04:04 new fuel surcharge program.
09:04:06 Q And were you involved in the assessment





f3aa3643-e7bb-49ab-ba5e-d940292fb6ee