# Exhibit 99

HIGHLY CONFIDENTIAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION** | **MDL DOCKET NO. 1869** |

# EXPERT REPORT OF DR. JOHN H. JOHNSON, IV

### F. The Weak Economy and CSXT Operational Issues Continued Through 2003

85. In 2000 and 2001, contemporaneously with its implementation of the initial published FSC formula, CSXT made progress in integrating the Conrail assets into its operations and improved service.[165] However, it still faced a weakening U.S. economy.[166] In the first quarter of 2001, as the U.S. moved into an economic recession, CSXT faced financial challenges that included rising costs, decreasing volume, poor operating performance, and decaying infrastructure in need of repair.[167]

86. The slowing economy led to increased competition for a declining amount of freight traffic. Although its service was improving, this was a difficult environment for CSXT:

> As I said, the customers at this point in time, particularly as we moved into 2001—I mean, our economy was contracting and they were suffering. They were suffering. And, I mean, our whole price increase program was challenged. It's a challenging environment to ask for rate increases because we need real rate increases on—in addition to just cost recovery increases and it was—it was very, very difficult for our sales and marketing organization. Fortunately our service was beginning to improve.[168]

CSXT's financial difficulties extended into 2002 and 2003. In 2002, CSXT still had issues with substantial debt and congestion on the railroad, a slow economy after the terrorist attacks of September 11th, and uncertainty in the fuel markets resulting from the situation in the Middle East.[169] Michael Ward, who became CEO at CSXT in February 2003,[170] described the economic condition of the railroad at the time as follows:

> They were not the best financial times. As I said earlier, our railroad was not operating very well. We were not giving good service to our customers and obviously when you're not running well, your cost profile is not going to be what you would hope it would be.[171]

87. The consistent run-up of fuel prices in 1999 and 2000 abated just as CSXT put in place its published FSC formula. During 2001, the WTI index returned to, and largely remained below, the $28 trigger of the published FSC formula. By the end of 2001, the index had dipped below $20 for a period of six weeks, with the FSC formula adding no additional amount to the base rates. Relief from high fuel

---

[165] CSX Corporation 2000 Annual Report, p. 2.

[166] *Ibid*, p. 19.

[167] Giftos Deposition, 28:19–29:1.

[168] *Ibid*, 68:4–13.

[169] Gooden Deposition, 33:16-22.

[170] Ward Deposition, 6:16-7:5.

[171] Ward Deposition, 104:21–105:1.

costs, however, was temporary. The declining trend reversed in the beginning of 2002. Through 2002 and the first half of 2003, the WTI index fluctuated around the $28 threshold. Exhibit 20 shows the movement of the WTI index before and after the implementation of the 2000 CSXT published FSC formula. By mid-2003, CSXT's fuel costs returned to (and, as it turned out, permanently exceeded) prices reached during the 1999-2000 run-up.

**EXHIBIT 20**
**WEST TEXAS INTERMEDIATE FUEL PRICE PER BARREL AND CSXT 2000 FORMULA TRIGGER**
**JULY 1998 – JUNE 2003**




Source: U.S. Energy Information Administration, available at www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RWTC&f=W (accessed January 12, 2013).

### G. Deficiencies in the 2000 CSXT FSC Formula Were Corrected in 2003

88. The design of the 2000 CSXT published fuel surcharge formula was based on a requirement that the underlying index remain above a certain threshold for 30 consecutive business days.[172] This design became problematic for CSXT when fuel prices experienced rapid fluctuation. If the published

[172] CSXFSC000000281-000000298 at 000000283.

WTI price did not stay above the requisite threshold for 30 consecutive days (as was the case several times during this period), the fuel surcharge was not triggered, and CSXT could not recover *any* of the incremental cost resulting from the higher fuel prices. For example, the WTI index spiked in February and March of 2003, reaching levels close to $37. On March 17, 2003, CSXT drafted a press release (set to go out March 19), notifying customers that "the surcharge will change from 2% to 4% effective on shipments having a bill of lading date on and after March 20, 2003."[173] However, two days later (*the day before* the anticipated FSC increase was to go into effect), WTI dropped below the $33 threshold, foreclosing the possibility of an FSC rate increase.[174] A month later, it was back below $28, entirely preventing CSXT from recovering the incremental jump in fuel expenses CSXT had already incurred in the prior months.

89. CSXT determined that it "had a poorly designed program" after the "second time [WTI] missed the $33 by a day or two."[175] The flaw with the design was that the formula was susceptible to short-term volatility and just a one-day price drop below a trigger could undo the buildup caused by the high prices in the prior 29 days. When this exact situation occurred on March 19, 2003, Clyde McIntyre emailed CSXT sales and marketing staff, noting:

> After 29 consecutive days above $33.00 per barrel, the closing price for West Texas Intermediate (WTI) oil published in the March 19, 2003 Wall Street Journal was $31.68. As a result, the CSXT fuel surcharge of 2%, which became effective January 29, 2003, will remain at 2%.[176]

90. The failure of the CSXT published FSC formula to trigger at the 4 percent level because of a price drop below $33 on the last day of the period in March 2003 made the defect of that formula evident. Had the WTI price stayed above $33 for just one more day, CSXT would have been able to capture an additional $6.1 million of its incremental fuel costs through FSC revenue.[177] Instead, this entire cost had to be absorbed by CSXT.

---

[173] CSXFSC129101.

[174] CSXFSC350087. The WTI price closed below $33 on March 18, 2003, which was published in the Wall Street Journal on March 19.

[175] Giftos Deposition, 109:20-23.

[176] CSXFSC350087.

[177] Based on CSXT transactions that included a revenue-based FSC from March 20, 2003 through May 8, 2003 (the date after which the FSC rate would have dropped back down to 2 percent).

91. Having identified the ineffective components of the fuel-cost recovery mechanism, Mr. Giftos and Mr. Couch set out to correct the way in which the formula was applied "almost immediately."[178] The changes were meant to allow the FSC formula to "better match the increased costs that [CSXT was] incurring, because [it was] incurring huge increase in costs without capturing the fuel surcharge offsetting revenue."[179] As Ed Jenkins noted:

> In terms of fuel surcharge, our policy was to try to recover or neutralize what at the time was rising and very volatile fuel prices. And so our policy was to – and to do that in a way that was fair and equitable with the customers. And with those two objectives, we basically expected our marketing groups to try to have some fuel coverage mechanism in the contracts we had with customers, whether that be through an indice [sic] that included fuel in its calculation or whether that was through use of our fuel surcharge program.[180]

92. The new formula had to be more responsive to the "changing market conditions and continued volatility in fuel prices."[181] That is, the fuel surcharge "would be responding in a more real-time basis to the adjustments and the price of oil […] which reflected the price of [CSXT's] diesel fuel."[182] On March 19, 2003, Mr. Giftos wrote a memorandum discussing the problem that had just occurred with the published FSC formula; specifically, that the WTI price falling below the threshold for one day had denied CSXT the higher FSC even though actual fuel prices had increased dramatically. Mr. Giftos called an internal meeting to discuss changes to the terms of CSXT's FSC as published in its 8100 and 8200 tariffs.[183] By the following afternoon, CSXT issued a press release announcing the details of the new fuel surcharge formula that would go into effect on June 1, 2003.[184]

93. CSXT considered a range of possible alternative formulas, including "differences going up, refunds going down […], [changes in] the slope and the trigger point,"[185] as well as how basing the formula on different indices would affect fuel-cost recovery.[186] Other changes were also considered and

---

[178] Giftos Deposition, 109:20-25. Mr. Giftos testified that he "changed our program within 24 hours." [*Ibid*, 148:15]

[179] Couch Deposition, 126:22-25.

[180] Ed Jenkins Deposition, 209:12-22.

[181] Couch Deposition, Exhibit 16.

[182] Giftos Deposition, 114:7-9.

[183] Giftos Deposition, Exhibit 12.

[184] CSXFSC132121-132122.

[185] Couch Deposition, 111:10-20.

[186] Gooden Deposition, Exhibit 2.

ultimately rejected as unnecessary.[187] Fuel surcharge formulas could vary along other parameters as well; for example, Mr. Couch described elements of fuel surcharge methodology as including (i) a trigger point; (ii) the underlying index; (iii) increments at which the FSC is adjusted; (iv) the time frame and method on which the surcharge is based (e.g., averaging or consecutive days); and (v) exception rules.[188] There was a general consensus at CSXT that the requirement for 30 consecutive business days had to change, as short-term volatility would prevent adequate recovery of rapidly escalating prices.[189]

94. By March 20, 2003, the discussions had narrowed to two possible formulas: one that was similar to the contemporaneous published BNSF formula, and the one that CSXT ultimately implemented.[190] Mr. Couch outlined the reasons for selecting the formula including:[191]

- "the CSXT proposed [program] is less aggressive than the BNSF program";
- "[i]t is very similar to our program today";
- "the customer will see the same fuel surcharge bill [at key trigger points—i.e., $28, $33, etc.]";
- "[a]ntitrust concerns are significantly eased as compared to copying another railroad's program";
- "[t]he Fuel Surcharge percentage changes occur at smaller intervals";
- it would be "[b]illed monthly"; and
- it "[w]ill have impact closer to when fuel costs are changing."

95. The published CSXT FSC formula adopted on March 20, 2003 differed from the published formula implemented in October 2000 in two primary ways.[192] The first change to the 2000 FSC formula was meant to directly address the issue Mr. Giftos identified on March 19, 2003. Rather than base the FSC on the fuel price being above a certain threshold for 30 consecutive business days, a

---

[187] Couch Deposition, 122:9-13 and Exhibit 11. Additionally, I understand that a weekly, rather than monthly, calculation was also considered but ultimately rejected.

[188] *Ibid*, 77:8-78:17.

[189] *Ibid*, 112:6-23.

[190] *Ibid*, 139:9-15. Unlike the final CSXT formula, which was based on WTI, BNSF's fuel surcharges were calculated based on the HDF price, with a different strike price and slope.

[191] *Ibid*, Exhibit 12.

[192] CSXFSC132121-132122.