# Exhibit 100

To: Julian, David; Seale, Don
Cc: Wendorf, Gary; Brenner, Charlie; Brugman, Thomas; Kraemer, John; Lawson, David; Osbome, Joe; Yopp, Ken; Anderson, Brady; Fisher, Donna; Florian, Fred; Gentzel, Robert; Julian, Alan; Kiley, Richard; McNabb, Jim; Plain, Bob; Schaaf, Jim; Simonic, Pat; Pfeifer, Alby
Subject: RE: Fuel Surcharge Policy Review
Importance: Normal

I expect DWS will want a follow up discussion. At this point I see a bell curve. One is clearly in favor of adopting the CSXT formula, but willing to delay for timing issues; one against it, but will buy into it provided the delay is at least the 2nd quarter 2004; and three are in the middle....they support it provided the publication logistics are in place and we have a chance to validate it again prior to implementation.

Aside from the logistics of changing, it is very difficult to anticipate how the various negatives might undercut actual yield. That's the key issue. We also have the Coal Dept to consider. In earlier discussions they had been fairly satisfied with the status quo.
Pat

-----Original Message-----
**From:** Julian, David
**Sent:** Friday, November 07, 2003 6:22 PM
**To:** Glennon, Pat; Seale, Don
**Cc:** Wendorf, Gary; Brenner, Charlie; Brugman, Thomas; Kraemer, John; Lawson, David; Osborne, Joe; Yopp, Ken; Anderson, Brady; Fisher, Donna; Florian, Fred; Gentzel, Robert; Julian, Alan; Kiley, Richard; McNabb, Jim; Plain, Bob; Schaaf, Jim; Simonic, Pat; Pfeifer, Alby
**Subject:** RE: Fuel Surcharge Policy Review

To clarify my response to the question relative to the summary below, while we endorsed the second option, equally important is that we endorsed the adoption of the terms of the CSXT fuel surcharge.

DFJ

-----Original Message-----
**From:** Glennon, Pat
**Sent:** Friday, November 07, 2003 5:49 PM
**To:** Seale, Don
**Cc:** Wendorf, Gary; Brenner, Charlie; Brugman, Thomas; Julian, David; Kraemer, John; Lawson, David; Osborne, Joe; Yopp, Ken; Anderson, Brady; Fisher, Donna; Florian, Fred; Gentzel, Robert; Julian, Alan; Kiley, Richard; McNabb, Jim; Plain, Bob; Schaaf, Jim; Simonic, Pat; Pfeifer, Alby
**Subject:** FW: Fuel Surcharge Policy Review
**Importance:** High

DWS – You requested a review of our current FSC policy, and an assessment of possible alternatives. Earlier this week I provided the GVPs with an outline of the issues (below) and requested their feedback

The consensus (unanimous) is that we should not implement a change at this time.

All teams endorsed the second option. That is, proceed with the program to remove the full text FSC note from private NS authorities and position ourselves for a conversion, but delay further consideration until 2nd Quarter 2004. The justifications ranged from a timing issue (roughly 50% of private publications still have the full text note), to the current political climate involving [redacted] and the recent changes to the NS Conditions of Carriage such as the assessment of finance charges. In addition, the Chemicals team did express a desire to keep the UP FSC under consideration.

This is a sound recommendation. In the short term, the downside issues clearly dilute any benefits:

- 50% of NS publications still contain the full text note. It will require another 6 months to convert the majority of the remaining publications on their rollover dates, not counting the multi-year contracts. Private authorities still control the majority of our line-haul revenues.
- Any FSC change, particularly to a more aggressive formula like the CSXT's, has the potential to complicate rate negotiations and generate billing disputes with customers.
- Both points would significantly reduce potential FSC yield if we were to swap out formulas in the

PLAINTIFF'S EXHIBIT 11 DAP 7-28-10
PENGAD 800-631-6989

short term. It is even conceivable that we could experience a net decline in revenue if customers were to withhold line-haul payments pending the resolution of FSC complaints/disputes.

While there is a strong case for not acting immediately, there is some risk. If WTI drops below $28 within the next few months and we were to then react by implementing the CSXT formula to recoup a sub 2% FSC, the transition from a 0% formula to a higher yield formula would play into the "extra revenue" argument and complicate the transition....more so than it might if we were going from a 2% FSC formula to a 2.8% FSC. If we face that situation, one possible countermeasure would be to implement a less aggressive formula, such as the UP, that would produce the very desirable fractional increases above 2%....once it engaged. That transition might likely take place while both are formulas are dormant (0%), thus masking the revenue impact during the transition and reducing customer resistance.

If you wish to review the options as a group, please let me know.
PJG

-----Original Message-----
**From:** Glennon, Pat
**Sent:** Tuesday, November 04, 2003 1:00 PM
**To:** Wendorf, Gary; Brenner, Charlie; Brugman, Thomas; Julian, David; Kraemer, John; Lawson, David; Osborne, Joe; Yopp, Ken; Anderson, Brady; Fisher, Donna; Florian, Fred; Gentzel, Robert; Julian, Alan; Kiley, Richard; McNabb, Jim; Plain, Bob; Schaaf, Jim; Simonic, Pat
**Cc:** Seale, Don; Pfeifer, Alby
**Subject:** Fuel Surcharge Policy Review
**Importance:** High

**GVPs** – Regarding the NS Fuel Surcharge. DWS has requested that we take a fresh look at the case for and against NS adopting the new CSXT FSC standard. He would like a recommendation for his consideration. With that objective in mind, I have provided several attachments and a recap (below) of the issues that you need to consider. Attachments:

- Energy forecast. Page 22 covers WTI. Current estimates call for WTI prices in the $22 to $25 range. If accurate, the CSXT formula in 2004 will produce nominal FSCs in the 0.4% to 0.8% range while the NS FSC would drop to zero. However, earlier forecasts for 2003 called for a similar drop in second half 2003 and that hasn't materialized.
- A hypothetical comparison of the CSXT, UP and BNSF standards and the relative yields NS could have expected had NS adopted each of the standards. The comparison is based on Merchandise traffic for 2002 and Y-T-D 2003. These are hypothetical figures for comparison purposes. The totals are not projections of actual revenues. The key point is that the CSXT formula produces 75% more revenue under similar conditions (2003 WTI). Results will obviously vary with market conditions.
- Recap from July 2003 covering BNSF and UP comparisons covered here.

Should NS adopt the CSXT FSC? **Please provide your feedback by Friday (11/ 7) on the options listed below.** If we do not have a clear consensus on what direction NS should take on the FSC, or if more options are submitted for consideration, a meeting will be called to address the differences:

- Retain the current NS standard (see Pro/Con below)
- Continue laying the groundwork for a conversion, but delay a formal decision until 2QTR04 (See #1 below)
- Adopt the CSXT standard this year (see #2 and #3 below)
- Adopt the CSXT standard, but raise the base to from $23 to $28 with 0.4% increases per $1 WTI increases starting at $28.01. This addresses the double dipping argument that NS has covered the fuel cost in our rates over the last several years, yet we are still observing the old FSC WTI base level
- Adopt UP or BNSF standard
- Other options?

**If we adopted the CSXT FSC standard, possible implementation scenarios:**
**#1 - The most conservative** and customer focused

- Delay any decision/action until the 2nd qtr 2004. Allows time for most of the full text FSC clauses to be removed

- If the decision is to adopt the CSXT standard, publish a new FSC in the C/C and apply it to all public authorities
- Convert private authorities from that point forward as rates are renegotiated. Although most NS publications would refer to the new C/C FSC standard, we would informally protect the old formula on private rates until the renegotiation of the prices. We can do this through Note management in 9255

**#2 – More aggressive**. Same plan, only begin now.

- Change C/C this year.
- Covert all public prices that have the new C/C reference.
- Convert private authorities as they roll over and are reissued. Start now can carry over well into 2004

**#3 – Most aggressive**. Same plan but force conversion of all public and private authorities with the new C/C reference, don't wait for renegotiation

- Change the C/C this year.
- Convert all public prices that have the new C/C reference
- Immediately convert any existing private authorities that have the new C/C reference and convert any new or reissued authority as the full text clause is replaced with the new C/C reference.
- Significant legal and customer issues with applying new C/C provisions to existing contracts prior to renegotiation.

**Supporting background detail - Pro/Con issues**

The more complete argument for and against a FSC change is included in the attachments. However, here are the core issues from the conservative perspective:

Pro – For adoption of the CSXT formula

- The CSXT formula produces a higher yield
- The CSXT is our primary competition and they have already taken the heat for raising the bar
- The CSXT (and UP/BNSF) provide better lead times in announcing changes
- The FSC % applies for a calendar month
- There is no industry FSC standard to speak of. It could be argued that adopting the CSXT standard may actually help provide some measure of consistency for customer, at least for customers in the East
- Joint NS/CSXT customers may experience less maintenance issues
- The CSXT formula could be expected to generate roughly 75% more revenue (based on 2003 WTI patterns), assuming all other billing issues remain constant (no increase in disputes or drop in collections). Note, this is hypothetical. The actual increase in revenue would likely be somewhat less, particularly in the short term.
- WTI forecast for 2004 calls for prices in the $22 to $25 range. If accurate, that means the CSXT formula would be producing a FSC around 1% for 2004, while the NS FSC would drop off. Note that we had a similar low forecast for WTI for the second half of 2003 and prices have remained around $30.

Con – Against adoption of the CSXT formula

- The NS formula is the most established of the RR formulas. Customers are familiar with it and generally accept it. We have a relatively high level of application (few exception)
- NS has relatively few billing disputes with the current NS FSC
- NS is currently seen as more reasonable compared to CSXT. A change would be perceived as a revenue grab. To many customers, NS would replace CSXT as the "unreasonable" carrier
- Larger customers will argue that NS has had almost a year to incorporate higher fuel cost in the rate structure. They argue that, if anything, the FSC should go down, not up.
- Adopting the CSXT standard will reopen negotiating points for customers and rate negotiation will become more difficult
- [redacted]
- The CSXT's 0.4% per $1 WTI increment, as opposed to the 2.0% per $5 increment for NS, is more likely to change from month to month, leading to more maintenance issues for customers

and more billing problems for NS. This is offset to some extent for joint CSXT/NS customers that may find a common Eastern FSC

- The net impact on FSC revenue collections would be difficult to gauge. While the CSXT formula produces higher FSC percentages actual revenues might be less than expected or actually decline in the short term depending on customer reactions to the change.
- Assuming we would not unilaterally change the FSC on private/contract rates until the renegotiation of the rates, the conversion would take 12 to 18 months to fully implement. Notwithstanding the added risk of increased customer resistance and billing disputes, the actual benefits in terms of additional revenue would be further diluted in the short to mid term.
- Technical issue. Prior to June of this year, NS inserted the full FSC text in each publication. We are in the process of replacing the full text with reference to the Conditions of Carriage. Have replaced the FSC in most public authorities and about half of the private authorities.
- In addition, once we remove the last of the Full text NS FSC, I question if we would actually execute a FSC change (adopt the CSXT FSC) in the C/C and announce that that it immediately applies to all publications, including private authorities. This would generate an intense customer reaction. The backlash would lead to calls for more signed contracts with specific FSC language to limit future changes. I suspect we'd instead take the more measured approach and informally advise customers that private authorities would not take the change until renegotiated, regardless of the FSC text. This approach would take 12-18 months for private authorities
- Any rollout will have downside issues.

Too complicated? Call me.

PJG