# Exhibit 101

Final 3/20/03

EXHIBIT
PENGAD 800-631-6989
Seale 42

# BNSF - NS Senior Team Meeting Agenda
March 18, 2003

***Action Items Resulting From Meeting***

| BNSF Team | NS Team |
|---|---|
| Matt Rose | David Goode |
| Carl Ice | Steve Tobias |
| John Lanigan | Ike Prillaman |
| Tom Hund | Hank Wolf |
| Pete Rickershauser | Jim McClellan |
| Steve Branscum | Mike McClellan |
| Rollin Bredenberg | Mark Manion |
| | Don Seale |
| | Kathryn McQuade |
| | Wick Moorman |

1) General Business Review Discussion
   a) Interline Volumes by Business Group
   b) Projections for Q-2

***Action Item:***

*BNSF's fuel surcharge is structured differently than NS, CSX, and UP. Should BNSF's by synchronized with the other big players in the industry?(John Lanigan/Don Seale)*

2) Coal:
   a) NS' View of long term projections, PRB versus Eastern coal
   b) Targeted plants for PRB conversion
   c) Service Plan for [redacted] – Issues Review

***Action Items:***

*NS believes PRB coal conversion opportunities exist [redacted] plants; noted that [redacted] utilities are putting in scrubbers versus talking about PRB coal; Central Appalachian coal production is declining, based in part on price, and will decline further if price does not come up; noting some new optimism among Illinois coal producers. If PRB coal moves east, NS wants to handle it. (Tom Kraemer/Bill Fox)*

REDACTED

BNSF/NJAG
00643
CONFIDENTIAL

BNSF-FSC 000643

HIGHLY CONFIDENTIAL

Final 3/20/03

3) Intermodal
   a) Strategic network discussions
      i) Potential of nationwide network
      ii) Strategies for expanding the current network
   b) NS Access and Service to [redacted]

***Action Items:***

*Need to finalize BNSF-NS operations re [redacted] BNSF to make up a run-through train for NS [redacted] (Rollin Bredenberg/Mark Manion)*

   c) [redacted] Review (Bredenberg / J. McClellan)

***Action Item:***

*Agreed this is the intermodal route, KCS has the capacity if they properly manage the route; NS and BNSF need to make it work; Rollin Bredenberg to continue monitoring through operations with KCS, advising Tony Ingram. (Rollin Bredenberg-Pete Rickershauser/Tony Ingram-Jim McClellan)*

   d) Chicago Gateway Operations

***Action Items:***

*Mechanical issues on trains coming to BNSF – Mark Manion to provide a contact for Craig Hill to work with. (Mark Manion/Craig Hill)*

***Action Items (Steve Branscum/Mike McClellan):***

1. *Reinvigorate the NACS program – currently "weak sister" to EMP*
2. *Improve core stack services - Have best stack network on paper, but need to significantly improve performance; set up process to review interline service weekly on these trains between BNSF and NS (Rollin Bredenberg/Mark Manion)*
3. *Resolve Columbus, OH service problems – NS lost [redacted] loads to truck over Chicago; need to get westbound on runthrough (eastbound already is) – issue is volume/train density*
4. *Shore up [redacted] program – NS lost [redacted]*
5. *Longer-term goal: Add [redacted] premium trailer product*

4) Gateway Redesign
   a) Operations Update
      i) BNSF and NS have a targeted operating plan, routing guide, service parameters and timetable need to be complete
      ii) Run through power, master agreement (Bredenberg / Manion )
   b) Marketing / Pricing Update (Seale / Lanigan)

Final 3/20/03

*Action Items:*

*Resolve run-through power master agreement issues (Debbie Valentine/Larry Abrams)*

*Synch up implementation plan for gateway rationalization, and accelerate timeline (Seale-McClellan-Manion/Lanigan-Rickershauser-Bredenberg)*

5) Co-Production: Can BNSF and NS share assets?
   a) Program Goals
   b) Parallel main lines opportunities
      i) [redacted]
   c) Terminals
      i) Intermodal
      ii) Carload
   d) Shared support services

*Action Item:*

*Establish timeline and action items, work through analysis and progress implementation if warranted for* [redacted] *Corridor project (Ingram/Stroot).*

6) Strategic Initiatives Overview
   a) NS update
      i) NS 21 - 2001 results and 2002 initiatives
      ii) Business unit and line rationalization activity
   b) BNSF strategic update

*Action Item:*

*Agreed to provide info/benchmark each other on efficiency or growth initiatives; BNSF offered to share results of McKinsey line rationalization acceleration study, variable compensation plan for Sales, and Simplify The Carload Network Redesign initiative. (Rickershauser/McClellan)*

7) Next Steps

*Action Items:*

*Set agenda for future meetings to be:*

*Franchise review on each business unit/group – up, down, and why*
*Review action items from last meeting – what worked, what didn't, and why*
*Best practices/benchmarking review*
*New agenda items*

*Plan to meet quarterly.*