# Exhibit 102

**Subject:** Fuel Surcharge – CSXT vs. NS Comparison
**Date**: April 7 2003

**To**: DWS; CJB
**From:** PJG

Until the recently announced CSXT Fuel Surcharge (FSC) policy change, all Class One U.S. carriers, except the BNSF, observed the same Fuel Surcharge (FSC) standard. The just announced CSXT policy change undercuts some of the ease-of-doing-business and market competition assumptions supporting the current standard. On the other hand, the CSXT formula would have produced additional $7,083,472 in NS revenue in 2002 and YTD 2003 had it been in effect. The following arguments for and against adopting the CSXT Fuel Surcharge are based on comments and opinions pressed customers, other carriers and NS personnel since the inception of the first FSC in 2000

**The case against adopting the CSXT standard:**
**1 - Ease of doing business.**

- **Customer administration**. Many customers claim that price adjustments and surcharges are difficult to administer. Analysis by CFIT and related billing analysis indicates that poor price administration by customers is responsible for a large percentage of our billing disputes.
- **Frequency of administration**. The .4% per $1 WTI increase will likely result in more frequent FSC changes. The current 2%/$28/WTI standard is far less sensitive to small price fluctuations.
- **Common FSC standard**. At this moment we currently share the same FSC standard with all the major US carrier (except BNSF), but that will be changing. The CSXT has announced. The UP hasn't announced but it appears that it will. The CN and CP maintain their own FSC standards. That would leave 3 US groups: 1) NS, FEC and KCS; 2) BNSF; and CSXT and UP. The announced CSXT change undercuts what was the US standard and places more of a maintenance burden (3 standards, 5 if you include Canadian) on customers, especially the larger customers served two or more originating RRs. However, if the UP opts to adopt the CSXT standard, this ease of doing business argument actually becomes a point in favor of NS adopting the CSXT standard, at least from a standards perspective. The smaller carriers would more than likely adopt it after waiting for any fallout. That would leave only the BNSF and the Canadians out of synch. This assumes the carriers are able to make the new standard stick.
- **CSXT increased the FSC %.** Technically, the CSXT formula provides the same 2% FSC at $28.00 WTI. **However, as soon as the monthly average WTI goes to $28.01, the FSC increases to 2.4%.** Not only does the FSC kick sooner in at $23 vs $28, the actual FSC is higher at $28.01. This opens us to the argument that we are not only taking the FSC sooner, at higher costs to the customers, but that we are raised the FSC from 2.0% to 2.4% at comparable WTI levels.

**2 – Revenue issues**

- **Established NS base**. The implementation of the original FSC generated intense customer opposition, but many have since accepted the current standard. Changing it to a lower threshold that results in more frequent changes and higher percentages will reopen the debate with customers and complicate routine price negotiations
- **Customer push back**. Where we currently have customers on the FSC, we run the risk of losing the surcharge altogether. While 82% of out authorities have the FSC, only 52% of our line-haul revenue is subject to it. The loss of the FSC clause with just a few major customers could offset some of the gains derived from the new FSC.

**3 - Technical issues:**

- **Publication limitations**. NS actually inserts the current SC in all publications. If we adopt a new FSC, to make it effective, we will have to republish each authority subject to the new FSC.
- **Unlike the approach the CSXT is attempting, NS must republish at the Price authority level**. CSXT is taking the position that they are simply referring to the FSC clause in their T&C and that by changing the FSC clause in the T&C will implement that new FSC in all publications, public and private. That assumption is questionable for private authorities, particularly contracts, and they privately admit that. On the other hand, NS publishes the FSC clause in each price publication. NS would have republish each rate authority in order to replace it. Public authorities can be done at our convenience. Private authorities would most likely have to be changed as part of the renegotiation process, something CSXT may be facing on private authorities as well. Replacing the FSC in NS publications require that we republish all authorities. The logistics of publication would require that we stagger the implementation.

.

**<u>The case in favor of adopting the CSXT standard</u>**

**1 - Ease of doing business**

- **Better customer notification**. The monthly average WTI standard (prior monthly WTI average announced in the current month to be effective in the following month) provides better lead time for systems changes. The BNSF and CSXT standards both use this methodology. The major difference is that BNSF is based on diesel prices, a more volatile index.
- **Consistent application.** The FSC is applied by calendar month. This removes variability as to when the FSC will be applied.
- **Establish a new standard**. If one or more other Class1 carriers switch to the CSXT standard, we would have a better “ease of doing business” case for adopting a new standard
- **Truck like**. Despite some evidence to the contrary for smaller customers, the larger customers that ship both rail and truck have billing systems that should be able to accommodate surcharges.

**2- Revenue**

- **More revenue**. The CSXT standard clearly produces significantly more compensation, and it does it sooner and more consistently. Assuming both FSC standards were in effect for all of last year, they would each produce the following NS MDSE revenues (see attach spreadsheet):

[redacted]

- **Quicker implementation**. The lower threshold combined with the $1 WTI thresholds mean the CSXT kicks in sooner. For example, May 2002 (CSXT) vs. October 2002 (NS).

**3- Technical issues:**

- **NS billing systems can handle the CSXT standard**. Marketing Services updates the FSC note in 9255 covering FSC formula. The change is automatically applied to all prices subject to the involved FSC note. By comparison, the BNSF is forced to reissue all FSC related prices in REN whenever there is a FSC update.
- **Some Limitations.** Tracking the WTI and loading the FSC percentage is a manual process for Marketing Services. However, once the percentage is loaded on the appropriate note in 9255, the rest is automatic. What we cannot handle are numerous formulas producing different percentages, on different dates for different durations. The administration of multiple FSC becomes a problem and, more importantly, we are not able to maintain targeted FSC distribution lists for customer notification. If we opt to change the FSC, we can maintain two (old and new), but we cannot easily or accurately sustain a variety negotiated variations that customers will invariably what to negotiate.

In a related note, the BNSF made some inquiries regarding REN standards covering the passing of mileage in FSC condition codes (notes). They appear to be looking at the widely distributed report criticizing all carriers for the fact that the FSC are based on a percentage of revenue vs. mileage. In other words, high value ladings tend to be billed higher fuel charges. While this would address some of the customer complaints, the rail industry lacks a good way to determine interline rail miles. We have no reason to believe they are seriously considering a change to a mileage basis.

Revisiting a key point made earlier…..If we adopt the new CSXT standard, there are implementation issues:

**Contracts** - The FSC is actually included (printed) in NS contracts. In order to remove it we would have to renegotiate and reissue each contract or allow it to expire and make the change in the next contract. The CSXT did not imbed the FSC text in their authorities. Their opening position that since their contracts simply refer to their T&C, which will be changed, the contracts are automatically subject to the new FSC. Privately, they admit that this is a stretch and expect strong customer opposition.

**Private Quotes** – Again, the FSC is printed in the NS private quote. NS has traditionally honored terms printed in private quotes for the duration of the publication. While there is a case to be made that we can change the terms, this is not a position we should necessarily adopt. Customers would lose trust in our private quotes and insist that we instead establish contracts. Administratively this is not something we want.

**Public Quotes and Tariffs** – Again, we have the FSC included in each publication. However, in this case we are free to change the publications on 20 days notice. Logistically, we could not process them all at the same time. We would have to stagger the implementation.

Since we have less latitude than the CSXT to make wholesale changes, my recommendation, if we opt to adopt the CSXT standard, would be to:

- Not immediately announce a FSC policy change
- Wait for fuel costs to drop and stabilize, preferably to drop off completely
- Announce that public authorities will "transition" to a new FSC beginning xx-xx-xx.
- Make the changes on public prices over a relatively short period
- Handle private authorities on a case by cases basis

**Pre-CSXT RR Comparison**

| RR | BASIS | SCHEDULE |
|---|---|---|
| NS | WTI - 30 Day WSJ price | 2% increase @ $28 and each $5 increase thereafter |
| UP | WTI - 30 Day WSJ price | 2% increase @ $28 and each $5 increase thereafter |
| KCS | WTI - 30 Day WSJ price | 2% increase @ $28 and each $5 increase thereafter |
| BNSF | Monthly Highway Diesel Fuel average w/one month delay for announcement of % | .5% increments per $.05 increments above $1.299 per gallon (1% threshold) |
| CSXT | WTI – monthly average per barrel, probably with one month delay from % announcement | .4 % increase for each dollar increase aver $23 |
| CN | WTI - Average for previous QTR | 2% $24.00 - $26.99<br>4% $27.00 - $31.99<br>6% $32.00 - $36.99<br>8% $37.00 - $41.99<br>Each $5.00 U.S. increase thereafter = additional 2%. |

| | | |
|---|---|---|
| **CPR** | WTI - Average for previous QTR | 3% above $22.00<br>6% above $30.00 |