# Exhibit 115

# VOLUME 2

# ANALYSIS OF COMPETITION, CAPACITY, AND SERVICE QUALITY

Laurits R. Christensen Associates, Inc.
Madison, WI

November 2009

Revised Final Report

Prepared for
The Surface Transportation Board
Washington, DC

## Exhibit 2: Iterated Seemingly Unrelated Estimation of Variable Cost Function*

| Equation | R-Square | R-Square |
|---|---|---|
| ln Variable Cost | 0.9858 | 0.9819 |
| Labor Share | 0.3906 | 0.3735 |
| Equipment Share | 0.2211 | 0.2162 |
| Fuel Share | 0.4049 | 0.4021 |

| Parameter (Variable) | Estimate | Std. Error | t Value | Pr > \|t\| |
|---|---|---|---|---|
| $\alpha_0$ (Intercept) | -0.05623 | 0.1548 | -0.36 | 0.7169 |
| $\alpha_Y$ (Ton-Miles) | 0.653867 | 0.1131 | 5.78 | <.0001 |
| $\alpha_N$ (Miles of Road) | 0.36294 | 0.0860 | 4.22 | <.0001 |
| $\eta_K$ (Capital Stock) | -0.12375 | 0.0524 | -2.36 | 0.0194 |
| $\eta_H$ (Avg. Length of Haul) | -0.16623 | 0.1039 | -1.60 | 0.1116 |
| $\beta_L$ (Equipment) | 0.132442 | 0.00253 | 52.30 | <.0001 |
| $\beta_M$ (Materials) | 0.368223 | 0.00622 | 59.18 | <.0001 |
| $\beta_F$ (Fuel) | 0.112773 | 0.00281 | 40.10 | <.0001 |
| $\alpha_{YY}$ (Tons-Mile Squared) | -0.42654 | 0.1779 | -2.40 | 0.0177 |
| $\alpha_{YN}$ (T-M x Road) | 0.66594 | 0.1767 | 3.77 | 0.0002 |
| $\alpha_{NN}$ (Road Squared) | -0.88687 | 0.1742 | -5.09 | <.0001 |
| $\eta_{KK}$ (Capital Squared) | -0.00694 | 0.0372 | -0.19 | 0.8524 |
| $\eta_{HH}$ (ALOH Squared) | 0.627543 | 0.2095 | 3.00 | 0.0032 |
| $\beta_{EE}$ (Equip. Squared) | 0.007064 | 0.00348 | 2.03 | 0.0438 |
| $\beta_{EM}$ (Equip. x Materials) | 0.027233 | 0.00637 | 4.28 | <.0001 |
| $\beta_{EF}$ (Equip. x Fuel) | -0.00877 | 0.00349 | -2.51 | 0.0128 |
| $\beta_{MM}$(Materials Squared) | 0.079063 | 0.0215 | 3.68 | 0.0003 |
| $\beta_{MF}$ (Materials x Fuel) | -0.03746 | 0.00938 | -3.99 | <.0001 |
| $\alpha_{YE}$ (Ton-Miles x Equip.) | -0.02926 | 0.00749 | -3.91 | 0.0001 |
| $\alpha_{YM}$ (Ton-Miles x Mat.) | 0.014858 | 0.0185 | 0.80 | 0.4229 |
| $\alpha_{YF}$ (Ton-Miles x Fuel) | 0.031757 | 0.00836 | 3.80 | 0.0002 |
| $\alpha_{NE}$ (Road x Equip) | 0.029795 | 0.00892 | 3.34 | 0.0010 |
| $\alpha_{NM}$ (Road x Mat.) | -0.0165 | 0.0219 | -0.75 | 0.4522 |
| $\alpha_{NF}$ (Road x Fuel) | -0.02818 | 0.00997 | -2.83 | 0.0052 |
| $\tau_{T1} = \tau_{T2}$ (Time) | 0.042347 | 0.0114 | 3.72 | 0.0003 |
| $\tau_{T3}$ (Time) | -0.0425 | 0.00957 | -4.44 | <.0001 |
| $\tau_{TT1} = \tau_{TT2}$ (Time Squared) | -0.01526 | 0.00337 | -4.53 | <.0001 |
| $\tau_{TT3}$ (Time Squared) | 0.019095 | 0.00332 | 5.75 | <.0001 |
| $\tau_Y$ (Ton-Miles x Time) | 0.014931 | 0.00891 | 1.68 | 0.0959 |
| $\tau_N$ (Road x Time) | -0.02805 | 0.0101 | -2.78 | 0.0061 |
| $\tau_E$ (Equip x Time) | 0.002722 | 0.000403 | 6.75 | <.0001 |
| $\tau_M$(Material x Time) | 0.000831 | 0.000992 | 0.84 | 0.4037 |
| $\tau_F$ (Fuel x Time) | 0.002369 | 0.000440 | 5.38 | <.0001 |
| $d_1$ (ATSF) | 0.074802 | 0.1524 | 0.49 | 0.6243 |
| $d_2$ (BN) | -0.29292 | 0.0615 | -4.76 | <.0001 |

| | | | | |
|---|---|---|---|---|
| $d_3$ (BNSF) | -0.25306 | 0.0296 | -8.56 | <.0001 |
| $d_4$ (CNGT) | -0.41734 | 0.2119 | -1.97 | 0.0507 |
| $d_5$ (CNW) | -0.04733 | 0.2148 | -0.22 | 0.8259 |
| $d_6$ (CR) | 0.270526 | 0.1729 | 1.56 | 0.1196 |
| $d_7$ (CSX) | 0.100702 | 0.1226 | 0.82 | 0.4129 |
| $d_8$ (DRGW) | -0.31982 | 0.2332 | -1.37 | 0.1721 |
| $d_9$ (GTW) | 0.197026 | 0.2453 | 0.80 | 0.4230 |
| $d_{10}$ (IC) | -0.26344 | 0.2250 | -1.17 | 0.2434 |
| $d_{11}$ (KCS) | -0.50773 | 0.2346 | -2.16 | 0.0320 |
| $d_{12}$ (MKT) | -0.69712 | 0.2741 | -2.54 | 0.0119 |
| $d_{13}$ (NS) | 0.121931 | 0.1402 | 0.87 | 0.3859 |
| $d_{14}$ (SOO) | -0.47099 | 0.2427 | -1.94 | 0.0541 |
| $d_{15}$ (SSW) | -0.42821 | 0.2350 | -1.82 | 0.0703 |
| $d_{16}$ (SP 1987-89) | 0.201137 | 0.1657 | 1.21 | 0.2265 |
| $d_{17}$ (SP 1990-93) | 0.028367 | 0.1453 | 0.20 | 0.8454 |
| $d_{18}$ (SP 1994-96) | -0.14406 | 0.1200 | -1.20 | 0.2316 |
| $d_{19}$ (UP 1987-89) | -0.123 | 0.0858 | -1.43 | 0.1539 |
| $d_{20}$ (UP 1990-94) | -0.06135 | 0.0801 | -0.77 | 0.4449 |
| $d_{21}$ (UP 1995-96) | -0.01732 | 0.0680 | -0.25 | 0.7992 |

* UP 1997-2006 is the omitted binary variable. Labor price parameters are retrieved via homogeneity restrictions.