# Exhibit 118

**United States District Court for the District of Columbia**
**MDL Docket No. 1869, Misc. No. 07-489 (PLF)**

# Expert Report of Robert D. Willig

**In re: Rail Freight Fuel Surcharge Antitrust Litigation**

**Revised / August 1, 2010**

[redacted]

**C. Professor Rausser's claims that revenue-based FSCs necessarily lead to "over recovery" are based on flawed economic logic and over-recovery claims are not susceptible to common proof.**

93. Plaintiffs claim that defendants' FSC programs generated surcharges that exceeded the increase in fuel costs during the alleged conspiracy period. More specifically, Professor Rausser states that FSCs "necessarily over-recovered fuel costs in almost all cases"[42] because they are applied as a percentage of the base rate. However, these claims of over-recovery from all class members are based on flawed economic logic and are not susceptible to common proof.

94. The impact of fuel price increases on the cost of a rail shipment depends on the fuel intensity of the shipment. As shown in Figure 1 above, the share of defendants' operating

[42] Rausser, p. 63.

costs accounted for by fuel, or average fuel intensity, varied widely both across defendants and over time. This reflects differences across railroads in the average length of haul and commodity mix, as well as changes in fuel prices over time. Moreover, the fuel intensity of individual shipments (and thus the impact of a fuel price increase on shipment-specific costs) depends on factors such as weight, mileage and terrain, and can thus differ substantially from railroad-specific averages.

95. Revenue-based FSCs implemented by defendants were not intended to equate surcharges and fuel cost increases resulting from fuel price increases for each individual shipment. Regardless, there is no basis for Professor Rausser's claim that revenue-based FSCs necessarily result in over-recovery of fuel costs for all class members. Whether there is over-recovery (or under-recovery) for a particular shipment depends on the fuel intensity of that shipment and the relative margin in excess of operating costs yielded by the rate charged for that shipment. Consider the examples presented in Figure 10, which compare the impact of a $1 per barrel increase in fuel prices on fuel costs and FSC revenue given alternative assumptions about fuel intensity and markups for three hypothetical moves.[43] In each case, total variable costs are assumed to be $800. In each example, a $1 change in fuel prices is assumed to result in a 0.4% change in revenue. Moves A and B have the same base rate ($1,000) and (overall) variable costs ($800) but differ only with respect to fuel intensity, with fuel accounting for 13% and 23% of variable costs respectively for the two shipments. For shipments A and B, the base rates are assumed to be 125% of variable costs.

[43] The example is generated based on the published or "standard" FSC used by CSX and NS during the alleged conspiracy period, although the use of the UP or BNSF formula would have generated nearly identical results.

**Figure 10**

**Example of Impact of Fuel Intensity on Fuel Costs and FSC Revenues**

| Row | | Shipment A | Shipment B | Shipment C |
|---|---|---|---|---|
| [1] | Initial Fuel Price | $40 | $40 | $40 |
| [2] | New Fuel Price | $41 | $41 | $41 |
| [3]=[2]-[1] | Change ($) | $1 | $1 | $1 |
| [4] | FSC Percentage | 0.40% | 0.40% | 0.40% |
| [5] | Units of Fuel Consumed | 2.50 | 4.50 | 4.50 |
| [6]=[1]*[5] | Initial Fuel Costs | $100 | $180 | $180 |
| [7] | Other Variable Cost | $700 | $620 | $620 |
| [8]=[6]+[7] | Total Variable Cost | $800 | $800 | $800 |
| [9]=[6]/[8] | Fuel as a % Total Variable Cost | 13% | 23% | 23% |
| [10] | Base Rate | $1,000 | $1,000 | $1,250 |
| [11]=[3]*[5] | Change in fuel Costs | $2.50 | $4.50 | $4.50 |
| [12]=[3]*[4] | Price Increase | $4.00 | $4.00 | $5.00 |

96. Under these circumstances, a $1 increase in fuel prices generates a $4 FSC for each move. (This is equal to 0.4% of the $1000 initial rate.) For shipment A, the less fuel intensive move, the fuel price increase generates a cost increase of $2.50, which is less than the $4 surcharge generated. For shipment B, the more fuel intensive move, the cost increase is $4.50, which is more than the surcharge of $4.

97. The impact of price/cost markups on fuel cost recovery is shown by comparing Shipments B and C, which assumes the same fuel intensity but different price/cost markups. Shipment C has a base rate of $1,250 compared to an initial rate of $1000 for Shipment B and, as a result, the FSC generates a price increase of $5, which is greater than the associated cost increase of $4. This concept is supported by the analyses that I describe in Section XI below, which demonstrate that switching from revenue-based FSCs to an FSC that more closely tracks actual fuel costs for individual shipments, such as a mileage or mileage-ton based FSC, would make a substantial portion of class members worse off.