# Exhibit 119

ASSOCIATION OF
AMERICAN RAILROADS

**Office of the President**
Edward R. Hamberger
President and Chief Executive Officer

May 7, 2014

The Honorable John Boehner
Speaker
U.S. House of Representatives
H-232, United States Capitol
Washington, DC 20515

The Honorable Nancy Pelosi
Minority Leader
U.S. House of Representatives
H-204, United States Capitol
Washington, DC 20515

Dear Speaker Boehner and Minority Leader Pelosi:

You recently received a letter from a group of rail shippers and shipper organizations regarding freight railroad pricing and competition issues. That letter contained a number of misleading and incorrect statements.

For example, the letter claimed that "most shippers lack access to competitive rail service." That's simply not true. Rail shippers, including those served by a single railroad, almost always have access to competitive forces they can use to their advantage in negotiations with railroads.

These competitive forces include competition from trucks, barges, and/or pipelines; the ability to substitute one product for another in its production process; and the ability to obtain the same product from, or ship the same product to, a different geographic area.

The letter writers' real complaint is that they are not always happy with the rates they are able to negotiate with railroads. Virtually every purchaser of goods or services, including railroads, would like to get a better deal than what they have from their suppliers. But there is no question that the vast majority of rail rates are driven by competition.

Prices for rail transportation services are not based on input costs, but rather on the value rail transportation provides to customers. This market-based approach to pricing allows railroads to balance the desire of each customer to pay the lowest possible rate with the requirement that the overall rail network earn enough to pay for all the things needed to keep it functioning now and growing in the future. Indeed, treating railroads as a sort of

public utility, with prices based on input costs, would make it impossible for railroads to earn enough to cover the full costs of their systems.

That's critical, because unlike trucks, barges, and airlines, America's privately-owned freight railroads operate almost exclusively on infrastructure that they own, build, maintain, and pay for themselves. In recent years, railroads have been reinvesting more than ever before — including more than $25 billion per year in 2012 and 2013 — back into their systems. Absent massive government subsidies, market-based pricing of rail transportation services is essential if America is to have a viable national freight rail system.

Value-based pricing is not unique to railroads. In fact, firms in virtually every industry, including firms that signed the letter to you, practice it. For example, an executive from a chemical company that is a member of the American Chemistry Council, which signed the letter to you, has said that "We continue to implement value pricing across the entire portfolio to insure that we're getting paid for the value our products bring to our customers' businesses."[1]
Likewise, an executive from DuPont, which also signed the letter to you, says that "We have a very thorough process to evaluate the amount of value that we create and that we ultimately deliver to a customer. We price for that value."[2] In this light, it is disingenuous for the letter writers to complain that railroads are doing exactly what they themselves are doing, and what most other firms do.

It's also important to note that railroads do not have unlimited freedom to charge whatever they want for rail transportation. If a customer complains, the U.S. Surface Transportation Board can, and does, set maximum-allowable rates for rail transportation services where there is no effective competition for those services.

The letter to you also claims that, over the past decade, rail rates have risen nearly three times as fast as inflation (as measured by the CPI). As noted above, railroad transportation services are not priced based on input costs, but rather on the market. That said, rail rates closely track rail input costs, which have risen far faster in recent years than the CPI. Indeed, a comparison to the CPI has no relevance.

And once again, the letter writers criticize railroads for what also applies to them. According to data from the Bureau of Labor Statistics, for example, producer prices for many types of chemicals have risen over the past decade at rates comparable to, or greater than, the rail rates the letter writers complain about.

---

[1] Patrick Prevost, CEO, Cabot Corp., at the Q2 2011 Cabot Corp Earnings Conference Call, April 27, 2011.

[2] Paul Schickler, President-DuPont, at the UBS Global Agricultural Chemicals & Seed / Biotech Conference, May 5, 2010.

The bottom line is that because of a market-based approach involving balanced government intervention, today's U.S. freight railroads add up to a network that, comparing the total cost to shippers and taxpayers, gives the world's most cost effective rail freight service. It would be foolhardy to adopt policy proposals, like those advocated by the signatories of the recent letter to you, that would put the existing system at risk by imposing unnecessary and harmful artificial regulatory limits on rail rates and rail earnings. To do so would mean declining rail investments, deteriorating rail infrastructure, worsening rail service, fewer rail jobs, and eventually the loss of rail service completely on an increasing number of rail lines throughout the nation. That's an outcome our nation neither needs nor deserves.

Sincerely,

Edward R. Hamberger
President & CEO

cc: The Honorable Harry Reid
The Honorable Mitch McConnell
The Honorable John Rockefeller, IV
The Honorable John Thune
The Honorable Richard Blumenthal
The Honorable Roy Blunt
The Honorable Bill Shuster
The Honorable Nick Rahall, II
The Honorable Jeff Denham
The Honorable Corrine Brown