# Exhibit 120

# Supplemental Figures

# Regression Estimates of Relationship Between Rail Rates and Costs

| | Model with | |
|---|---|---|
| | **Single Dummy** | **Annual Dummies** |
| Estimation Period | 1987-2008 | |
| $R^2$ | 0.765 | 0.774 |
| Intercept | -0.634 | -0.511 |
| | (-1.65) | (-1.11) |
| Log of Marginal Cost | 0.733 | 0.764 |
| | (7.67) | (6.66) |
| Dummy for 2004-2008 | -0.149 | |
| | (-3.67) | |
| Dummy for 2004 | | -0.129 |
| | | (-1.46) |
| Dummy for 2005 | | -0.130 |
| | | (-1.48) |
| Dummy for 2006 | | -0.125 |
| | | (-1.41) |
| Dummy for 2007 | | -0.176 |
| | | (-1.95) |
| Dummy for 2008 | | -0.202 |
| | | (-2.11) |

Sources: Based on data from Christensen Associates.

Note: T-Values in parentheses.