# Exhibit 121

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - X

In re: RAIL FREIGHT FUEL ) MDL Docket
SURCHARGE ANTITRUST ) No. 1869
LITIGATION. ) Misc. No.
- - - - - - - - - - - - - - - - X 07-489 (PLF)

Videotaped Deposition of JAMES T. MCCLAVE, PH.D.

Washington, D.C.

Wednesday, February 26, 2014

9:04 a.m.

Job No. 48452

Pages: 1 - 316

Reported by: Dana C. Ryan, RPR, CRR

Page 18

right?
MR. WERDER: You're assuming the fuel surcharge is enforced and collected?
MR. ISAACSON: Just the formula.
MR. CROSS: Is that an --
MR. WERDER: This is --
MR. CROSS: -- objection?
MR. WERDER: This is not part of his report, so why don't we get to his report.
THE WITNESS: The math sounds right to me.
BY MR. ISAACSON:
Q Okay. So it would be fair to say under the formula that I've just described, in response to a 10 percent increase in fuel prices, the formula generates a greater percentage increase in the fuel surcharge when fuel prices are high than when fuel prices are low; correct?
A Under the formula that you've postulated, that sounds correct.
Q Right. The response of the fuel surcharge is not a constant percentage of the

Page 19

change in fuel prices; correct?
A With the -- the formula as you've postulated, I think that's right.
Q Okay. Now, take a hypothetical shipper whose shipments are pursuant to the fuel surcharge formula I just described. Okay so far?
A Yes.
Q So the data set that we're talking about is data generated by transactions under the fuel surcharge formula I just described. Okay so far?
A Yes.
Q And assume that during the benchmark period the price of fuel averaged $1.40 per gallon, okay?
A Okay.
Q And to keep the math simple, assume that during the test or class period the price of fuel averaged $3 per gallon.
A Okay.
Q Okay. Now, I want you, for purposes of my hypothetical, hold everything else constant:

Page 20

the same route, same commodity, same car type, same season and the same inflation adjusted base rate per ton mile, okay?
A Okay.
Q So the only things that change in the hypothetical are the price of fuel and then the resulting change in the all-in rate pursuant to the fuel surcharge formula.
Are we still on the same page?
A I think so.
Q Okay. So given the hypothetical I've just given you using the data set from a hypothetical shipper, if we did a regression of fuel price as an independent variable and the all-in rate per ton mile as the dependent variable, the fuel coefficient would be higher in the class period than in the benchmark period; correct?
A Wow, I -- I'd want to think about that. I -- I -- I don't know.
Q What is it that you don't know about this hypothetical? You're a professor of

Page 21

statistics.
A Right. But, as a professor of statistics, I usually like to think about these things, run them, see -- see what happens.
You know, what you say may be true. I -- I -- but -- a regression analysis has a lot of variables in the model typically, and some of them are colinear with -- with one another and -- and so I -- I don't know.
Q Well, in my hypothetical I'm asking you to assume that all of the variables in Dr. Rausser's model are constant except for the price of fuel and the change in the all-in rates.
A Okay.
Q Okay. So under what -- under what circumstance would the fuel price coefficient in the class or test period not be higher than the fuel price coefficient during the benchmark period given the hypothetical I've given you?
A I -- I -- I don't know. There are many ways to specify relationships. I -- I just don't know.

Page 22

Q If it were the case that the fuel price coefficient were higher in the class period than in the benchmark period under such a formula and the damages model used the difference between those two coefficients as an element of damages, would you agree that the damages model would yield positive damages holding everything else constant?
A It -- it sounds like that that's right. I mean, it sounds like you're assuming the conclusion, but it sounds like that -- that would be true.
Q Right. And that would follow even though in my hypothetical the underlying fuel surcharge formula was exactly the same in the benchmark period as in the class period; right?
A Again, given all the assumptions, it sounds like that's right.
Q Okay. And [redacted]

Page 23

[redacted]
I -- I -- in -- in terms of exactly how it affects, I -- that's not something I've studied.
Q Well, you've studied the fact that in Dr. Rausser's model [redacted]

Page 24

A Yes.
Q [redacted]
Q And numerically, do you know what the [redacted] is from the version of Dr. Rausser's model that you're commenting upon in your report?
A I -- I don't remember the numerical value.
Q Okay. Assume the numerical is [redacted]
A Okay.
Q Does that ring a bell?
A Not really. It's not something I've looked at anytime recently, but I'll take your word for it.
Q Okay. And such a [redacted]

Page 25

[redacted] --
Q Yes.
A -- is that right?
Then it sounds like your interpretation is right.
Q Now, it's correct, isn't it, that in the actual world of this case, the price of fuel was higher during the class period than during the benchmark period; right?
A Certainly on average it was, yes.
Q In fact, it's almost -- it's about 80 percent higher during the class period than in the benchmark period?
A I -- I -- I don't know the percentage. I know --
Q Okay. You'd agree it's substantially higher?
A Yeah, I think that there is a -- a

Page 30

extrapolate. So, no, I wouldn't agree with that.
Q Well, his -- would you agree that Dr. Rausser's [redacted]
A No.
Q Would you agree that the [redacted]

Page 31

[redacted] and in particular -- well, there's several terms in the model, [redacted] The others -- I'm not trying to minimize their importance, but they're indir- -- only indirectly involved in the damage calculation.
Q All right. But the -- the [redacted] correct?
A The -- [redacted] It doesn't have -- it doesn't have any interpretable meaning as -- as several defendants' experts tried to -- tried to make of it, and I think that's just dead wrong. But the [redacted]
Q And -- are you offering any opinion on whether Dr. Rausser's benchmark period is an

Page 32

appropriate benchmark for the class period?
A Ultimately, I -- I defer to Dr. Rausser on that. I -- I think that I certainly have offered an opinion that the analyses that I've done would be consistent with it being an appropriate benchmark. I've done no analyses that said to me, oh, look, this is inconsistent with that being a reasonable benchmark.
So limited to my analyses, I think they're supportive, but Dr. Rausser has done obviously much more work on this than I have.
Q But I was asking about what you've analyzed.
A No, I know, and I'm telling you why I would defer to him, but I would say that my analyses are generally supportive of -- of his selection.
Q What in the pre-class transactional data tells us how, absent collusion, rail rates would respond to fuel at $4 a gallon?
MR. WERDER: Objection: outside the scope of his work.

Page 33

THE WITNESS: I -- I -- I don't know. The -- the model is -- is what it is. It's got a [redacted] in there and -- and -- and [redacted] But, again, I -- I -- I would -- I would al- -- always caution against isolating a particular factor like that because the model contains, as you know, a -- a very large number of -- of variables and -- and coefficients.
So trying to isolate one is -- is -- is dangerous business.
BY MR. ISAACSON:
Q What in the class -- would you give the same answer if I asked you what in the pre-class transactional data would tell us how, absent collusion, rail rates would respond to fuel at $3 per gallon?
A I would.
Q And the same response if I asked you how rail rates would respond to fuel at $100 per barrel, WTI?
A Yes, I would give the same answer.

Page 34

Q So there's nothing in the pre-class transactional data, is there, that tells us how all-in rates, other things equal, will respond to changes in fuel prices when fuel prices are, say, $1.40 per gallon?
MR. WERDER: Objection: outside the scope of his work.
THE WITNESS: I didn't say that. I -- I would say that because [redacted] I -- I just wouldn't want to try to simplify it and answer you with a -- with something that isolated on a particular variable in the model. But [redacted] for example.
So, yeah, I -- I certainly would not agree that -- that there's nothing in the model, which is I think the way you prefaced your question.

Page 35

BY MR. ISAACSON:
Q Well, assume that a particular railroad prices such that it passes through fuel costs dollar for dollar, okay?
A Okay.
Q So fuel costs go up $10. It raises it's all-in rates by $10 assuming nothing else changes.
A Okay.
Q Do you have that assumption?
A I do.
Q Now, all else equal, would you agree that when fuel prices are high, a 10 percent increase in fuel prices has a greater effect on the all-in rate than when fuel prices are low under my hypothetical?
MR. WERDER: Objection: outside the scope of his work.
THE WITNESS: Yes, I think that's just math, if I understand your question, then that would be true.
BY MR. ISAACSON:

Page 36

Q Okay. And if one constructed a regression model looking at a time period when class -- when fuel prices were low, one would get a [redacted] than if one can use the same regression model when fuel prices were high; correct?
MR. WERDER: Objection: outside the scope of his work and incomplete hypothetical at this point.
THE WITNESS: I -- again, it's hard to answer without data and a -- and a model, but I -- I don't -- I don't think that that's necessarily true.
Under your hypothetical, one could [redacted] and, I think, accurately reflect what's going on. So it -- again, model specification is a big deal.
BY MR. ISAACSON:
Q But, Dr. -- Dr. Rausser's model is [redacted]

Page 37

A [redacted]
Q Right. And it's safe to say that 10 percent of $1.40 is less than 10 percent of $4; right?
A It is.
Q So you'd expect that the hypothetical railroad that I've described passing through fuel costs dollar for dollar would have to increase its all-in rates by a larger percentage when fuel prices are, say, $4 than when, say, fuel prices are $1.40; right?
MR. WERDER: Objection: outside the scope of his work.
THE WITNESS: It depends how much prices go up. Not necessarily.

Page 38

BY MR. ISAACSON:
Q Assume in both cases fuel prices go up by 10 percent from the base number that I've given you.
A Then -- then --
Q So in one case 10 percent of $1.40, they go up by 14 cents; and in one case, 10 percent of $4, they go up by 40 cents.
A Then if it's a -- it's a total pass-through, yes, you would have more to pass through in the second case than first case.
Q And the percentage change in all-in prices would be greater in the second case; correct?
MR. WERDER: Objection: outside the scope of his work.
THE WITNESS: If -- if I'm following your hypothetical, I think it would be less. I -- I -- you -- you're starting from a higher base presumably and you're going up by -- in other words, the base contains more than just the fuel.
BY MR. ISAACSON:

Page 39

Q Assuming the -- holding the base rate constant so the only thing that changes is the fuel --
You with me so far?
A Yes.
Q -- and assuming the railroad passes through higher fuel prices dollar for dollar --
We still on the same page?
A I think so.
Q Okay.
-- and, so, there's a 10 percent increase in fuel price when fuel is $1.40. That's the benchmark, okay?
A Okay.
Q And there's a 10 percent increase in price when fuel is $4. That's the test case.
A Okay.
Q Okay. You'd agree that the all-in rate increases by a larger percentage in response to the 10 percent increase from $4 than it does from the 10 percent increase from $1.40; right?
MR. WERDER: Objection: outside the

Page 40

scope of his work.
THE WITNESS: And -- and just to make sure I understand, you want me to assume the base rate is exactly the same --
BY MR. ISAACSON:
Q That --
A -- in --
Q -- was in --
A -- both --
Q -- the --
A -- cases?
Q -- hypothetical.
A Then, yes, it's just math. Yes, it's true.
Q Okay. So if one constructed a regression model which -- whose data was supplied by a shipper that followed the pricing model that I just described, the straight dollar-for-dollar pass-through, okay?
A Yes.
Q And the -- the benchmark period is when fuel prices are, say, $1.40 and the test period or

Page 41

class period is when fuel prices are, say, $4, okay?
A Yes.
Q The -- [redacted] right?
MR. WERDER: Objection: outside the scope of his work.
THE WITNESS: Again, that depends on the type of specification used.
BY MR. ISAACSON:
Q Well, [redacted]
I -- I think certainly in that specification a -- an econometrician as good as Dr. Rausser would realize you need to do a [redacted]

Page 42

[redacted] but that's not -- you know, that's -- that's not the -- the -- the data in this case that I have examined don't -- don't conform to your hypothetical. But I think -- if you do the math with your hypothetical, I think what you're asking me is true.
Q To follow up your last answer, in what way does the data not conform to my hypothetical?
A Well, the -- the simplest answer is base rates are not exactly the same from one period to another. There are many other variables in the model. They're accounting for changes in demand, changes in other costs.
I don't know. You'd have to look at each variable in the model, but there -- I don't think you can isolate a case where you're making the stringent assumptions you are and say, oh, look, the model doesn't fit to this case. I'd rather look at the real data, and I think the real data are much more messy than a simple hypothetical.

Page 43

Q Where do you or, to your knowledge, Dr. Rausser test the [redacted]
MR. WERDER: Objection: outside the scope of his work.
THE WITNESS: That's not something I've done. I -- I -- well, I'll let Dr. Rausser speak for himself. I believe he has done some additional testing of that in his report that was filed, I think, the same day mine was. I seem to remember that there's some analysis in there of -- of the issue that you're asking me about.
I've done no such analysis.
BY MR. ISAACSON:
Q And can you describe with any greater specificity than you just have what aspect of Dr. Rausser's work you're referring to?
MR. WERDER: Objection: outside the scope of his report and his work.
THE WITNESS: My general recollection is he did something, I think, with some [redacted]

Page 44

[redacted] I -- I don't remember the specifics.
I just remember when I reviewed the report, I -- I seem to remember there was a section along those lines.
BY MR. ISAACSON:
Q And is it your understanding of the version of Dr. Rausser's STB -- sorry. Strike that.
Is it your understanding of the version of Dr. Rausser's model that uses [redacted]
MR. WERDER: Object to form and object outside the scope of his work and his report.
THE WITNESS: I -- I don't have that depth of recollection. I just remember him doing an analysis, but I --
BY MR. ISAACSON:
Q Okay.
A -- I don't know what his ultimate

Page 45

conclusion was.
Q But you can't affirmatively point to anything in your work or Dr. Rausser's work which [redacted]
MR. WERDER: Objection: outside the scope of his work.
THE WITNESS: I -- I -- I can't point to anything specifically, no.
BY MR. ISAACSON:
Q Okay. Now, it -- for my next set of questions -- it's up to you -- but it may help you to turn to the section of your report on structural stability and, in particular, Table 1 on page 26.
A Okay.
Q All right. And just by way of background, you're commenting on analysis by Dr. Carlton who looked at Dr. Rausser's model with

Page 194

fuel prices; right?
A Yes.
Q And he further claims that that change in the relationship is caused by this conspiracy that's alleged in the case; right?
A You'll have to ask him that. I don't know if he says caused or is consistent with.
Q So ultimately what Dr. Rausser is claiming in this case is that the alleged conspiracy caused the structural break, it produces the structural break because of the change in the [redacted] that resulted; right?
MR. WERDER: Asked and answered.
THE WITNESS: Well, again, I'd couch it in slightly different language. He finds the -- the difference in the relationship, and, as I understand it -- and I guess I've quoted it and even added emphasis to it -- he -- he says it's consistent with the existence of a conspiracy.
BY MR. CROSS:
Q As you sit here, do you have any basis

Page 195

to conclude that the alleged conspiracy caused the structural break that he finds at July 1 of 2003?
MR. WERDER: Objection: beyond the scope of his work and his report.
THE WITNESS: I can only say what I've said several times. The econometric analyses and work that I've seen and reviewed is consistent with that, but I would not offer a causal connection. That's not something in the bailiwick of my work.
BY MR. CROSS:
Q As an econometrician?
A In general, as an econometrician, we don't get into causality.
Q Taking Dr. Kalt's analysis -- the structural break analysis that you represent in Figure 1, in the finding of statistically significant overcharges at other dates throughout 2000 to 2008, does that indicate anything to you about whether one can infer or conclude a causal relationship between the alleged conspiracy and the structural break that Dr. Rausser finds at

Page 196

July 1 of 2003?
A I -- I would say that if -- if asked whether the evidence -- econometric evidence is consistent with that, with there having been a structural break caused by the conspiracy, the answer is yes.
Q That wasn't my question. My question is not about whether it's consistent with, but whether there's a causal relationship.
Do you understand that?
A Well, I do, and I think I tried to answer it carefully by saying -- I think I've told you previously that econometrics doesn't prove causality, but it can prove to be consistent or inconsistent with a causal hypothesis.
Q Okay. Well, doesn't the presence of statistically significant overcharges throughout the 2000 to 2008 time period in Dr. Kalt's analysis, isn't that inconsistent with the claim that the conspiracy began or had an impact at July 1, 2003?
A No.

Page 197

Q Why not?
A Because when one looks at the results of the analyses, it -- in instances in which Dr. Kalt expands the class period and shrinks the pseudo benchmark or pre-class period, he tends to get [redacted] and I think that's perfectly consis- -- I mean, you've got to take into account the fact that if you're going to do this analysis, you've always got some of the class and some of the benchmark period included in the analysis. So a finding of overcharges is -- is not surprising at all.
Q Can you offer any other explanation as to why it is -- in your view Dr. Kalt's analysis is not inconsistent with the claim that the conspiracy began or had an impact at July 1, 2003,

Page 198

anything other than including the class period data within that analysis?
A Well, I -- I would point to the language in this section which primarily relies on the analysis of that figure. Beyond whatever I say in this section, no, it's -- I've -- I have stated my opinion and the basis for it.
Q Well, I want to be clear. I was referring to the -- well, I won't characterize it. Strike that. Let me just be clear.
I asked you whether there was any basis for your opinion that Dr. Kalt's structural break analysis is not inconsistent with the claim that the conspiracy had an impact beginning July 1, 2003.
The only thing that you've identified is, because you're including class period data in that analysis, you expect to find a statistically significant overcharge because of the influence of that data.
MR. WERDER: Objection: misstates his testimony.

Page 199

BY MR. CROSS:
Q If you identified something else, explain it to me because I missed it.
A Well, I think I said both periods. I mean, you're -- you're including -- either over-including benchmark or under-including and, likewise, over-including class or under-including, and the results of the analysis, quote, make sense, unquote, given what you're either including -- over-including or under-including.
So, yes, I -- that's -- that is the evidence on which I rely to state that -- that Dr. Kalt's analysis is consistent with Dr. Rausser's structural break finding.
Q Is there any other basis besides what you just described as over-including or under-including benchmark and class period data that explains why Dr. Kalt finds what he refers to as structural breaks or statistically significant overcharges throughout 2000 to 2008?
A Nothing other than from an -- from an empirical point of view, nothing other than that.

Page 200

I've already testified to you that I don't really consider what he's doing a structural break analysis. But given that he did the analysis, I think the results were supportive for the reasons that I've laid out in the report and testified to.
Q And -- and do I understand correctly that what your opinion boils down to is that whether over-included or under-included, by including the class period data within that analysis, that's what's causing him to get a statistically significant overcharge because he's got the data that's affected by the alleged conspiracy?
A Well, again, cause is -- is --
Q Fair enough.
A -- is not something I'll go to, but it's certainly not surprising that he finds -- consistently finds -- his model consistently finds overcharges given that he's including some part of the -- of the class period.
Q So what if one did the analysis without including any of the class period data and -- and

Page 201

you were still to find statistically significant overcharges, what would explain that?
A Well, I think he did some of that post report, and I didn't do an in-depth analysis. I -- I looked at the results. I -- I would think those would be much less reliable analyses because you're looking now at relatively small subsets time-wise of the data, and we start to get into -- again, I haven't looked at the models, but I'd be surprised if some of them aren't showing strange relationships with cost and demand, for example, because you are dealing with smaller subsets of the data.
Q Well, given that your only explanation of statistically significant overcharges in Dr. Kalt's analysis looking at all of 2000 to 2008 was the influence of the class period data, if you're removing that data, what explanation do you have as to why you're finding statistically significant overcharges in just Dr. Rausser's benchmark period?
A The -- the -- the likelihood that

Page 202

you're seeing statistical anomalies due to the fact that your model's not covering a very long time period and relationships may not be making sense. Your -- your reliability, without trying to specify a different model, is -- is -- is in question.

If you're going to make a test, I think the test needs to use all the data. As soon as you start -- I've made that opinion in here in different -- in a different context. But as soon as you start looking at subsets of data and -- and expect the model to behave exactly the same as it does with all the data, I think you're -- you're going beyond the realm of -- of econometric reliability.

Q So is it your opinion that the only way to test the significance of Dr. Rausser's structural break at July 1, 2003 is to run a class that includes all the class period data and the benchmark data?

MR. WERDER: Objection: goes beyond the work that he's performed and beyond his report.

Page 203

THE WITNESS: No, I think I testified before that testing the structural break can be everything from examining record evidence, documentary evidence to determine whether the underlying hypothesis is really supported by -- by that, as well as the econometrics and the examination of -- of -- of Dr. Rausser's model. You could certainly test it with different variables, for example, and so forth.

But, in general, yes, as soon as you start subsetting the data, I think it starts to call into question the reliability of the analysis because you're now dealing with a different data set than Dr. Rausser did.

BY MR. CROSS:

Q I guess what I'm having a hard time understanding is you say that once you include the class period data in testing the significance of Dr. Rausser's July 1, '03 structural break, it skews the result because of the influence of the conspiracy period data.

So it sounds like you've got to rule

Page 204

that out as a way to test it, in your view, but then you come back and say, well, you can only test it by including all the data.

So I need you to give me some means by which an econometrician could test whether there is any significance of the July 1, '03 structural break that you're not going to come back and say that doesn't work because you either included too much data or not enough.

MR. WERDER: Objection: misstates his testimony.

THE WITNESS: So -- so, again, I don't consider this test of a structural break to be a reliable test of it in -- in terms of the conclusion that, oh, I found a bunch of different structural breaks. I don't think that's -- that's a reliable conclusion from Dr. Kalt. But I do think that if you're going to test the model in this manner, you do need to use all the data and see if the results make sense, and the fact of the matter is they do.

I think, as I said before, a better way

Page 205

to test the hypothesis of his -- test his maintained hypothesis or disagree with it is to point out something in his model that -- I mean, he -- he focuses in particular, I think, on the [redacted] and says the statistical significance of that is -- is what I'm talking about when I talk about the structural break.

Well, others, I suppose, could disagree with that and say, oh, it's not statistically significant. They'd be wrong. But that's -- that's what I would have expected as a test of this as opposed to running a bunch of data mining models.

And I think you're even further down that path if you start to say, well, I'll only use class periods or I'll only use pre-class period. I think you're now in worse shape than you were when you used all the data.

BY MR. CROSS:

Q The only place in your report where you address the structural break analysis that

Page 206

Dr. Rausser does looking only at the benchmark period, so not including any class period data, appears at Footnote 21 of your report on page 13; right?
MR. WERDER: You misspoke, I think.
MR. CROSS: Oh, sorry. Thanks.
BY MR. CROSS:
Q The only place in your report where you address the structural break analysis that Dr. Kalt did using only the benchmark data, not including any of the class period data, appears at Footnote 21 of your report; right?
A Yes.
Q And -- and you testified earlier that you didn't do an in-depth analysis of that analysis from Dr. Kalt; right?
A That's right.
Q Why is that?
A Because of my feeling that the -- these subsets that he's using produce model results as I put -- say in the footnote that are often inconsistent and less reliable than those using

Page 207

all the data. So, in my view, it wasn't worthy of the same econometric attention on my part as the analyses that he put in the original report which at least used all the data.
Q You're not offering an opinion that Dr. Kalt's analysis using only benchmark data, the structural break analysis that uses only the pre-class data, is unreliable? It's not an opinion that appears anywhere in your report, is it, sir?
A Yes, it is.
Q Can you direct me to that?
A Model results are often inconsistent and less reliable. So, you know, if you want me to say less -- unreliable means -- or less reliable means unreliable, I'll say that because --
Q That's not what you said.
A -- if you've got all the data, that's the way to treat it and I would argue that as soon as you start looking at subsets, you're going to get anomalous results that are -- that provide no

Page 208

useful econometric -- econometric results.
Q So you're now saying when you said that this analysis was, quote, less reliable, you actually meant that it is entirely unreliable?
A I think we're talking words here. When I say less reliable, I certainly would -- would rely -- if I'm going to rely on an analysis, I want to rely on one that doesn't have the word "less" in front of it.
So what I meant by this is I'm not going to rely -- I don't think that econometrically one can rely on those analysis.
Q And the only criticism you have of this analysis is that it -- it uses less data than what Dr. Rausser uses when he's using all of the class period and the pre-period data?
MR. WERDER: Misstates his report and his testimony.
THE WITNESS: It uses much less, yes, and -- and as a result -- again, the review that my staff and I made uses much less data and the -- the results become inconsistent with economic

Page 209

theory and -- and the like, and that's no surprise. That's -- that's the reliability issue.
BY MR. CROSS:
Q That's your on- -- I just want to be clear. That's your only criticism for this analysis is that it uses much less data?
A And, as a result, produces unreliable results, yes.
Q And we're talking about a period of three and a half years; right, 2000 to mid-2003?
A Yes.
Q Is it your opinion that you can't run economic -- econometric models on a period of three and a half years; that that's just too short a time span?
A It's my opinion that I would expect to have to -- start from scratch if I were going to model only three and a half years and I had data for nine years, so I now realize I'm modeling on less than half the data, and time coverage is extremely important [redacted]

Page 210

So, yes, it's my -- it -- it's certainly my opinion that a model that's [redacted] is -- is -- is not likely to produce identical results on a three-year period.
Q So let's come back to my question.
Is it your opinion that you cannot run -- you cannot reliably run an econometric model in a period of three and a half years?
A You can run it on any period. It's my opinion that the -- the reliability is not likely to be anywhere near what it was for a [redacted], and it's my opinion pointing out any differences that you get as significant, not in a statistical sense, but in a practical or even an economic sense, is unsurprising.
Q Do you know how many observations there are in the pre-period?
A Well, I think number of observations are -- I mean, remember, we start with --
Q Do you know --
A -- Dr. Rausser starts with [redacted]

Page 211

I think. I don't remember what the total number is, but he starts with [redacted] and -- so there -- there may well be [redacted] in the -- in that pre-period.
Again, that's not the only consideration.
Q So it's your view having [redacted] of observations is not enough to run a reliable econometric model?
MR. WERDER: Argumentative.
THE WITNESS: I didn't say that. That's not my testimony.
BY MR. CROSS:
Q Well, let me ask you.
Is it your view that having [redacted] of observations in the pre-period is not enough to run a reliable econometric model or even [redacted] of observations?
A It's not my opinion that that's incorrect. I -- I think I carefully phrased it all in the context of comparing it to another model that is [redacted]

Page 212

[redacted], then I think that the reliability would be questionable.
Q So I think I understand.
What -- it's your view that Dr. Kalt's structural break analysis looking only at the pre-class period, Dr. Rausser's benchmark -- it's your view that it's less reliable than what Dr. Rausser has done, not because there's too little data to running an econometric model in that time span, but, instead, it's because there's data that's available outside of that time period that's not included; is that right?
MR. WERDER: Objection: misstates his testimony.
THE WITNESS: It's only partially right. I -- I -- I -- I think -- I think I've -- what I've tried to say is Dr. Rausser clearly has [redacted] and I think if Dr. Kalt's going to take something less than half of that period, time coverage, and be critical because the results differ from the -- the [redacted] that's

Page 213

not a fair criticism.
I think that that would -- he -- he may have been able to specify a reliable model, but it certainly wouldn't surprise me -- if he had different -- a different specification than the one that covered a [redacted] then I -- I don't think he did that. I think he -- he forced Dr. Rausser's model to -- to be the one he specified for this reduced period.
BY MR. CROSS:
Q So running the -- an econometric model on just the first three and a half years of the time period here, from 2000 to mid-2003, in your view, it's unreliable and it's going to lead to -- I think you said anomalous and unreliable results?
MR. WERDER: Objection: mis- --
BY MR. CROSS:
Q Do I have --
MR. WERDER: -- -states --
BY MR. CROSS:
Q -- that right?
MR. CROSS: -- his testimony.

Page 214

THE WITNESS: If -- if the econometrician that's doing that is -- is -- is simply, without study, using a model that was specified for a different period, yes.
BY MR. CROSS:
Q Didn't Dr. Kalt -- I'm sorry. Scratch that.
Didn't Dr. Rausser run his model on a benchmark period, the same period we're talking about of three and a half years?
A I don't know. I -- I -- I don't recall reviewing where he just ran it on a benchmark period.
Q So, as you sit here today, you don't know how Dr. Rausser -- what his benchmark period is, what he used for his benchmark analysis?
A That's not what I said. You asked me if he ran it on a benchmark period. I took your question to mean only the data in the benchmark. I don't recall him ever running a model that didn't include [redacted]. He may have.

Page 215

Q But you're saying that would be unreliable?
A I am saying that running a model on that part of the -- of the data and expecting it to be identical to or as reliable as the model [redacted] is not realistic. It's not -- it's not a reliable test of the model.
Q The claim that a structural break at July 1 of '03 is consistent with the allegation that the conspiracy had an impact beginning in July 1, 2003, that actually doesn't tell us anything about whether the -- the alleged conspiracy actually had an impact at that time; right?
MR. WERDER: I'm sorry. David, I apologize. I was distracted.
Can you read that question back?
(The Record was read as requested.)
MR. WERDER: I'm going to object to the form. I don't understand the question.
THE WITNESS: I'm not sure I do, but

Page 216

if -- if by "impact" -- if by "impact" you mean the finding of a structural break doesn't tell us whether or not the model is ultimately going to estimate an overcharge, I would agree with that.
You -- you could find a structural break and I -- in a hypothetical sense in a model and -- and say, yeah, I'm seeing the break there, but ultimately I'm not seeing overcharges. I think hypothetically that could happen.
That's the way I interpreted the word "impact" that you gave me.
BY MR. CROSS:
Q If a bunch of people were to walk into this room holding umbrellas, that would be consistent with it raining outside; right?
MR. WERDER: Are we in evidence class now?
Objection: calls for a legal conclusion.
BY MR. CROSS:
Q I'm not asking for a legal conclusion.
In the same way that you're using the

Page 217

terminology consistent with your report. A bunch of people walked in with umbrellas, that's entirely consistent with it raining outside?
A That -- that would be one of the hypotheses, I suppose, that would be supported by that, yes.
Q Well, it very well could be that they got their umbrellas because they went to a party where people hand out umbrellas. It doesn't mean that it's raining outside; right?
A No, it's consistent with.
Q And, so, in the same way, your claim, Dr. Rausser's claim that a structural break occurred on July 1, 2003, that is consistent with the alleged conspiracy's existence and impact, it's just one hypothesis, it doesn't actually mean that there was a conspiracy and it had an impact at that time; right?
MR. WERDER: Objection: argumentative.
THE WITNESS: If I understand that question, I think that's why econometricians stay away from the word "cause." We say things like

Page 270

A I don't have ex- -- any particular shipper explanation. I have a general opinion that's totally supported by the data that the primary reason is because the statistical noise associated with small numbers of transactions.

Q Do you have any explanation other than the limited amount of data and the statistical noise that you think is associated with small numbers of transactions to explain why Dr. Rausser's model yields zero or negative overcharges for any shippers in the class?

A I don't. I think that's the hypothesis that's fully supported, so I don't have any other explanation.

Q Is it possible that there were shippers that weren't actually injured by this or any conspiracy; that hypothesis is not -- sorry. Is that hypothesis also consistent with the output of the model?

A Well, two -- two-part answer. First, it's certainly possible that some shippers wasn't [verbatim] injured. I can't rule that out. But

Page 271

the second part would be -- it -- it -- it would be inconsistent to say that -- that there's -- I'm trying to figure -- think how to put this.

It would be inconsistent to say that the data support -- that -- that there are some significant number of shippers that are not small that weren't impacted. So as soon as you start to tie it -- get away from the -- the obvious tie to size, I think you start to have more issue talking about that potential, but --

Q What's the quantification for you that constitutes a shipper that is not small --

A Again --

Q -- how many observations do they have to have?

A -- I -- I do not have a bright line. I'm simply noting that as we looked at shippers that were larger and larger, the percentage grew ever larger or ever smaller with the number of net negatives, and that's an important fact.

Q Let's say hypothetically that Dr. Rausser's model, among the shippers that show

Page 272

as having zero or negative overcharges, that included in there are shippers that have thousands or tens of thousands or hundreds of thousands of observations.

What's your explanation for that?

A Again, I don't have an explanation that that is anything other than, given that there are [redacted] shippers, anomalies -- statistical anomalies are going to occur. So it could be a statistical anomaly. It could be that that particular shipper wasn't injured. I -- I don't know.

Q How would you figure that out?

MR. WERDER: Objection: beyond the scope of his report and his work.

THE WITNESS: I -- I think you'd -- you'd need to go beyond the statistical aspect. I don't know how to figure that out.

BY MR. CROSS:

Q In what sense beyond the statistical --

MR. WERDER: Same objection.

THE WITNESS: Well, I -- I think that

Page 273

one can either say it's bound to be an anomaly because there's such a small fraction of those. That would be, perhaps, a statistical conclusion. But there may be some sort of evidentiary support behind that particular shipper that -- that would indicate, no, there's some reason this shipper got prices that were consistently below the -- or -- or at the but-for competitive level.

I -- I don't know without more -- I don't think -- like I say, I don't think purely a statistical answer can be given.

BY MR. CROSS:

Q What do you mean "evidentiary support"?

A Something in the record about that shipper being somehow different than the typical member of the class.

Q And how would you go about figuring that out if not through statistical methods?

A Oh, I wouldn't. I -- I think the -- again, to me, the statistics of looking at [redacted] class members and consistently finding all but a trivial portion of small class members

Page 274

impacted supports the all or virtually all conclusion and -- and certainly from this person's perspective -- nonlegal perspective, that's -- that argues to me the statistical verifi- -- or support for -- for class-wide impact.

Q And so we're clear, when you refer to a trivial portion of small class members as -- as not being impacted, we're still talking about [redacted] of shippers in that -- in that group; right? That's what we're talking about.

A In -- in the group in which the model indicates zero or negative, I'm not saying they're not impacted. I think, again, the -- the -- the analyses that show that number becomes smaller and smaller as you indicate larger and larger shippers indicates that it would be a mistake to say based purely on statistics that they're not impacted.

Q So doesn't it also follow that for shippers that have what you characterize as a small number of observations for which the model finds positive overcharges, you can't rely on it

Page 275

for that either, right, because you've got the same problem of limited data and noise and anomalies?

MR. WERDER: Objection.

THE WITNESS: Well, again, to the extent that those are positive or negative, I would rely more on what kind of trend do we see as we allow the number of transactions to -- to grow per shipper. And the trend is not, oh, well, it stays at about the same percentage. It is exactly in the -- in -- in the direction we would expect if all or virtually all were impacted.

BY MR. CROSS:

Q If you can't rely on the model -- strike that.

If you cannot infer, as you claim in your report, that those shippers that are shown by the model as having zero or negative overcharges, if you can't conclude from that that they are uninjured for any variety of reasons that you've discussed, statistical anomalies, too little data, it necessarily follows that the same is true for

Page 276

shippers with similar observations for which the model also shows positive overcharges.

MR. WERDER: Objection: argumentative.

BY MR. CROSS:

Q Whether positive or negative, you've got this same problem of reliability, don't you, sir?

A In -- in -- in interpreting reliability as statistical noise, yes, you've got more noise for small transactions.

Q Whether the output for the model for them is positive overcharges, zero overcharges or negative, irrespective of that; right?

A Right. The -- the -- the noise doesn't depend on that, but the question needs to be asked once we've accounted for the noise is it still true that the great majority of those small customers are indicated as positives as opposed to just a 50/50 split, and the answer to that is, yeah, even the small customers have that -- have -- have the majority -- great majority impacted according to the model.

Page 277

Q And approximately [redacted] of the class has 30 or fewer observations; right?

A I think we established that.

Q Okay.

MR. CROSS: Why don't we take a short break.

THE VIDEOGRAPHER: The time is 3:25 p.m. We're going off the record.

(Recess -- 3:25 p.m.)

(After recess -- 3:34 p.m.)

THE VIDEOGRAPHER: The time is 3:34 p.m. We're back on the record.

BY MR. CROSS:

Q Dr. McClave, a couple of more questions just to finish out a point, and then we're going to move to something else.

The residual is what's left over from the model that's not explained by the model; it's the difference between predicted price and actual price; right?

A Correct.

Q So if Dr. Rausser in calculating