Exhibit 122

# Fuel Surcharge – Comparison of Class I Programs

## BNSF Railway

March 27, 2006





Highly Confidential

# 2004 Fuel Normalization Comparison (Without Hedge)

| | Revenue (mil) | Fuel Cost (mil) | GTMs (mil) | Fuel Cst / GTMs | Change to BNSF | Rev / GTMs | Change to BNSF |
|---|---|---|---|---|---|---|---|
| BNSF | $10,946 | $1,672 | 1,014,939 | $0.0016 | n/a | $0.0108 | n/a |
| CSX | $8,040 | $719 | 466,369 | $0.0015 | -6% | $0.0172 | 60% |
| NS | $7,312 | $589 | 375,941 | $0.0016 | -5% | $0.0194 | 80% |
| UP | $12,215 | $1,830 | 1,043,628 | $0.0018 | 6% | $0.0117 | 9% |



BNSF RAILWAY

1

Highly Confidential

BNSF-0691132

# 2001 Fuel Intensity (without Hedge)



|  | 2001 - Expense | | |
|---|---|---|---|
|  | Fuel | Total | Intensity |
| BNSF | 1,021 | 7,506 | 14% |
| CN | 478 | 3,964 | 12% |
| CSX | 585 | 7,153 | 8% |
| NS | 404 | 5,155 | 8% |
| UP | 1,229 | 8,812 | 14% |
| Total East | 989 | 12,308 | 8% |
| Total | 3,717 | 32,590 | 11% |

Highly Confidential



Revenue Based Fuel Surcharge – Current Programs (Carload)

Highly Confidential



Highly Confidential



# Fuel Surcharge Coverage and Participation

| | BNSF | CSX | BNSF | UP |
|---|---|---|---|---|
| Participation | 69.0% | 55.0% | 67.2% | 67.4% |
| Coverage | 79.0% | 92.0% | 72.3% | 72.0% |
| Period | Q4, 2005 | Q4, 2005 | Q2, 2005 | Q2, 2005 |

**Note**:
* UP discontinued reporting participation and coverage after 2nd quarter 2005.
* NS does not provide participation or coverage information.

Highly Confidential

# Fuel Surcharge Rate % and Coverage Comparison – 4th Quarter 2005 (Carload)

|          | Participation | Coverage | FSC Rate % |
|----------|---------------|----------|------------|
| BNSF     | 69.0%         | 79.0%    | 15.8%      |
| CSX      | 55.0%         | 92.0%    | 16.7%      |
| CSX Adj. * | 55.0%       | 63.0%    | 10.5%      |

* Adusted Coverage to BNSF's % increase of Coverage over Participation

BNSF RAILWAY

6

BNSF-0691137



# Summary of BNSF vs. Eastern Roads

- BNSF is more Fuel Intensive
  - Length of Haul (LOH) is the driver - On average, BNSF's LOH per unit is 80% greater than CSX and 115% greater than NS
- BNSF Carload FSC rate is less than NS / CSX
- Intermodal FSC Programs are the same
- Fuel Cost / GTM are basically the same
- BNSF has a much lower Rev / GTMs than CSX / NS
- CSX & NS get more FSC $ per GTM (to do the same work)
- Eastern Roads have a "profit-center" with their Fuel Surcharge Programs for the customers that participate

*BNSF RAILWAY* 7

BNSF-0691138





Highly Confidential



# Fuel Surcharge Definitions

- Fuel Intensity = Total Fuel Expense / Total Operating Expense

- FSC% = ((HDF or WTI – Strike) / Strike) * Fuel Intensity Factor

- Participation or Effectiveness = Fuel Surcharge $ billed / (Gross * FSC%)

- Coverage = FSC$ / (((Fuel Expense – Fuel Expense at Strike) * Gallons used))

Highly Confidential

# Fuel Intensity *

**Dollars in Millions**

**With Hedge:**

| | 2005 - Expense | | | 2001 - Expense | | |
|---|---|---|---|---|---|---|
| | Fuel | Total | Intensity | Fuel | Total | Intensity |
| BNSF | 1,959 | 10,065 | 19% | 973 | 7,458 | 13% |
| CN | 725 | 4,616 | 16% | 484 | 3,970 | 12% |
| CSX | 783 | 7,069 | 11% | 585 | 7,153 | 8% |
| NS | 727 | 6,410 | 11% | 412 | 5,163 | 8% |
| UP ** | 2,562 | 11,783 | 22% | 1,249 | 8,812 | 14% |
| Total East | 1,510 | 13,479 | 11% | 997 | 12,316 | 8% |
| Total | 6,756 | 39,943 | 17% | 3,703 | 32,556 | 11% |

**Without Hedge:**

| | 2005 - Expense | | | 2001 - Expense | | |
|---|---|---|---|---|---|---|
| | Fuel | Total | Intensity | Fuel | Total | Intensity |
| BNSF | 2,494 | 10,600 | 24% | 1,021 | 7,506 | 14% |
| CN | 902 | 4,793 | 19% | 478 | 3,964 | 12% |
| CSX | 1,032 | 7,318 | 14% | 585 | 7,153 | 8% |
| NS | 875 | 6,558 | 13% | 404 | 5,155 | 8% |
| UP ** | 2,562 | 11,783 | 22% | 1,229 | 8,812 | 14% |
| Total East | 1,907 | 13,876 | 14% | 989 | 12,308 | 8% |
| Total | 5,303 | 29,269 | 18% | 2,488 | 23,778 | 10% |

* Fuel Intensity = Total Fuel Expense / Total Operating Expense
** Includes Utilities

BNSF RAILWAY

10

Highly Confidential

# 2005 Fuel Expense – Without Hedge

Dollars in Millions and Fuel as
a Percent of Total Expense

**Fuel Expense**

| | BNSF | CN | CSX | NS | UP |
|---|---|---|---|---|---|
| % | 24% | 19% | 14% | 13% | 22% |
| Fuel | $2,564 | $912 | $1,052 | $876 | $2,562 |

| | BNSF | CN | CSX | NS | UP |
|---|---|---|---|---|---|
| Total Expense | $10,600 | $4,793 | $7,318 | $6,558 | $11,783 |

BNSF RAILWAY 11

Highly Confidential




Highly Confidential



# Fuel Surcharge Program Summary – by Carrier

| Carload: | Type | Strike Price | Program Calculation |
|---|---|---|---|
| BNSF | HDF | $1.25 | add .5% for each $.05 of HDF over Strike Price |
| BNSF - Coal | HDF | $1.24 | add .5% for each $.04 of HDF over Strike Price |
| CN | WTI | $25.00 | add .25% for each $1.00 of WTI over Strike Price |
| CSX | WTI | $23.00 | add .4% for each $1.00 of WTI over Strike Price |
| NS | WTI | $23.00 | add .4% for each $1.00 of WTI over Strike Price |
| UP | HDF | $1.35 | add .5% for each $.05 of HDF over Strike Price starting with 1.5% |
| Intermodal: | | | |
| BNSF | HDF | $1.24 | add .5% for each $.04 of HDF over Strike Price |
| CN* | WTI | $25.00 | add .25% for each $1.00 of WTI over Strike Price |
| CSX | HDF | $1.24 | add .5% for each $.04 of HDF over Strike Price |
| NS | WTI | $23.00 | add .4% for each $1.00 of WTI over Strike Price |

* CN's Intermodal progam will be the same as their Carload Program on 4/1/06

BNSF-0691144



# Fuel Surcharge % Calculation Example – February 2006 (without Hedge)

**December 2005:**
Avg WTI - $59.43
Avg HDF - $2.443

## CSX and NS Current Program:
FSC% = ($60.00 - $23.00) * .4% = 14.8%

## CSX and NS Theoretical Calculation using 2001 Fuel Intensity Factor:
FSC% = (($59.43 - $23.00) / $23.00) * 8% = 12.7%

## UP Current Program:
FSC% = (($2.45 - $1.35) / $.05) * .5% + 1% = 12.0%

## UP Theoretical Calculation using 2001 Fuel Intensity Factor:
FSC% = (($2.443 - $1.35) / $1.35) * 14% + 1.5% = 12.8%

## BNSF Current Program:
FSC% = (($2.45 - $1.25) / $.05) * .5% = 12.0%

## BNSF Theoretical Calculation using 2001 Fuel Intensity Factor:
FSC% = (($2.443 - $1.25) / $1.25) * 14% = 13.4%

14

BNSF-0691145



Revenue Based Fuel Surcharge – Current Programs (Carload)

BNSF-0691146

# 2005 Fuel Surcharge Comparison (Without hedge)

**Dollars in Millions and Units in Thousands**

| | Rev | Units | RPU | Adj RPU* | Avg FSC | FSC / Unit | Fuel cost (mm) | Fuel Cost / Unit | FS as a % Fuel Cost ** |
|---|---|---|---|---|---|---|---|---|---|
| BNSF Carload | $5,787 | 2,657 | $2,178 | $1,962 | 11.0% | $216 | $1,047 | $394 | 55% |
| BNSF Intermodal | $4,752 | 5,129 | $926 | $805 | 15.1% | $122 | $898 | $175 | 69% |
| BNSF Coal | $2,448 | 2,238 | $1,094 | $961 | 13.8% | $133 | $549 | $245 | 54% |
| CSX | $7,152 | 5,185 | $1,379 | $1,224 | 12.7% | $155 | $867 | $167 | 93% |
| CSX Intermodal | $1,362 | 2,165 | $629 | $547 | 15.1% | $83 | $165 | $76 | 108% |
| NS - Total | $8,527 | 7,787 | $1,095 | $972 | 12.7% | $123 | $875 | $112 | 110% |

* RPU adjusted to remove Fuel Surcharge.

** "FSC / Unit" / "Fuel Cost / Unit". > 100% indicates a potential for profit

**BNSF**
RAILWAY
16

BNSF-0691147

# Fuel Intensity*

**Dollars in Millions**



**With Hedge:**

| | 2005 - Expense | | | 2004 - Expense | | | 2003 - Expense | | | 2002 - Expense | | | 2001 - Expense | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fuel | Total | Intensity | Fuel | Total | Intensity | Fuel | Total | Intensity | Fuel | Total | Intensity | Fuel | Total | Intensity |
| BNSF | 1,959 | 10,065 | 19% | 1,335 | 9,260 | 14% | 1,093 | 7,748 | 14% | 848 | 7,323 | 12% | 973 | 7,458 | 13% |
| CN | 725 | 4,616 | 16% | 528 | 4,380 | 12% | 469 | 4,107 | 11% | 459 | 4,641 | 10% | 484 | 3,970 | 12% |
| CSX | 783 | 7,069 | 11% | 656 | 7,047 | 9% | 581 | 7,167 | 8% | 515 | 7,025 | 7% | 585 | 7,153 | 8% |
| NS | 727 | 6,410 | 11% | 449 | 5,610 | 8% | 380 | 5,404 | 7% | 342 | 5,112 | 7% | 412 | 5,163 | 8% |
| UP ** | 2,562 | 11,783 | 22% | 1,816 | 10,920 | 17% | 1,341 | 9,418 | 14% | 1,065 | 8,906 | 12% | 1,249 | 8,812 | 14% |
| Total East | 1,510 | 13,479 | 11% | 1,105 | 12,657 | 9% | 961 | 12,571 | 8% | 857 | 12,137 | 7% | 997 | 12,316 | 8% |
| Total | 6,756 | 39,943 | 17% | 4,784 | 37,217 | 13% | 3,864 | 33,844 | 11% | 3,229 | 33,007 | 10% | 3,703 | 32,556 | 11% |

**Without Hedge:**

| | 2005 - Expense | | | 2004 - Expense | | | 2003 - Expense | | | 2002 - Expense | | | 2001 - Expense | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fuel | Total | Intensity | Fuel | Total | Intensity | Fuel | Total | Intensity | Fuel | Total | Intensity | Fuel | Total | Intensity |
| BNSF | 2,494 | 10,600 | 24% | 1,672 | 9,597 | 17% | 1,158 | 7,813 | 15% | 898 | 7,373 | 12% | 1,021 | 7,506 | 14% |
| CN | 902 | 4,793 | 19% | 640 | 4,492 | 14% | 518 | 4,156 | 12% | 462 | 4,644 | 10% | 478 | 3,964 | 12% |
| CSX | 1,032 | 7,318 | 14% | 719 | 7,110 | 10% | 581 | 7,167 | 8% | 515 | 7,025 | 7% | 585 | 7,153 | 8% |
| NS | 875 | 6,558 | 13% | 589 | 5,750 | 10% | 439 | 5,463 | 8% | 352 | 5,122 | 7% | 404 | 5,155 | 8% |
| UP ** | 2,562 | 11,783 | 22% | 1,830 | 10,920 | 17% | 1,369 | 9,418 | 15% | 1,120 | 8,906 | 13% | 1,229 | 8,812 | 14% |
| Total East | 1,907 | 13,876 | 14% | 1,308 | 12,860 | 10% | 1,020 | 12,630 | 8% | 867 | 12,147 | 7% | 989 | 12,308 | 8% |
| Total | 5,303 | 29,269 | 18% | 3,620 | 26,949 | 13% | 2,696 | 24,599 | 11% | 2,227 | 24,164 | 9% | 2,488 | 23,778 | 10% |

\* Fuel Intensity = Total Fuel Expense / Total Operating Expense
\*\* Includes Utilities

17

BNSF-0691148