# Exhibit 123

**From:** Eliasson, Fredrik
**Sent:** Thursday, June 03, 2004 3:52 PM
**To:** Piacente, Dean; Kuzma, Bruce
**Cc:** Evans, Mike; Palm, Erik; Couch, John
**Subject:** RE: Fuel Surcharge

Dean & Bruce

[redacted]

Fredrik

-----Original Message-----
**From:** **Palm, Erik**
**Sent:** Thursday, June 03, 2004 9:34 AM
**To:** Couch, John; Piacente, Dean; Kuzma, Bruce
**Cc:** Evans, Mike; Eliasson, Fredrik
**Subject:** RE: Fuel Surcharge

John's assessment is accurate. We would like to offset all of our incremental fuel expense with the fuel surcharge. Currently, approximately [redacted] of CSXT revenue is covered by fuel surcharge. At this level, we recover about [redacted] of our incremental fuel expense above the surcharge trigger point of $23 per barrel (WTI). If we had 100% fuel surcharge coverage, [redacted]

For reference, CP has just rolled out a new fuel surcharge program that is more aggressive than ours. At any WTI price above $27 per barrel, the CP fuel surcharge will be 2% higher than ours. In other words, when our rate goes up to 7.2% in July based on the May price of $40 per barrel, CP's fuel surcharge rate will be 9.2%.

Erik

CPR introduces new fuel surcharge program

Faster response to price fluctuations in volatile fuel market

CALGARY, June 1 /CNW/ - Canadian Pacific Railway (TSX/NYSE: CP) announced it has implemented a new fuel surcharge program. The program enables the railway to adjust its rates more quickly as fuel prices move up and down in today's volatile market. It also provides customers with surcharges that are more closely tied to current fuel prices.

The new surcharge program, effective today, will be based on the monthly average price of West Texas Intermediate (WTI) crude oil, instead of a quarterly average WTI price. Once the previous calendar month's average WTI price has been calculated, customers will have the current month to convert their payment systems to account for a rate adjustment. The surcharge will flow through to customers in the following month.

The fuel surcharge will be 2 per cent of the freight charge when the WTI monthly average price reaches US$24 per barrel, and will be 4% of the freight charge when the WTI reaches US$27 per barrel. It will increase by 0.4 per cent for each additional $1 in the WTI above US$27. The surcharge will be reversed based on the same thresholds to reflect reductions in the WTI monthly average price.

CPR's fuel surcharge program applies to published tariff rates, new rate quotations and contracts renewals.



Highly Confidential

Canadian Pacific Railway is a transcontinental carrier operating in Canada and the U.S. Its 14,000-mile rail network serves the principal centres of Canada, from Montreal to Vancouver, and the U.S. Northeast and Midwest regions. CPR feeds directly into America's heartland from the East and West coasts. Alliances with other carriers extend its market reach throughout the U.S. and into Mexico. Canadian Pacific Logistics Solutions provides logistics and supply chain expertise worldwide. For more information, visit CPR's website at www.cpr.ca <http://www.cpr.ca>.

-----Original Message-----
**From:** Couch, John
**Sent:** Wednesday, June 02, 2004 1:53 PM
**To:** Piacente, Dean; Kuzma, Bruce
**Cc:** Palm, Erik
**Subject:** RE: Fuel Surcharge

I can only give a general answer, Erik could provide details. In general, we are trying to recover all of our increased fuel expenses. [redacted]

-----Original Message-----
**From:** Piacente, Dean
**Sent:** Wednesday, June 02, 2004 10:27 AM
**To:** Kuzma, Bruce; Couch, John
**Subject:** RE: Fuel Surcharge

John - can you help answer this?

-----Original Message-----
**From:** Kuzma, Bruce
**Sent:** Friday, May 28, 2004 8:13 AM
**To:** Piacente, Dean
**Subject:** Fuel Surcharge

Do you know what percentage of our additional fuel expense we are trying to cover with our current fuel surcharge program?

**Tracking:**

| Recipient | Read |
|---|---|
| Piacente, Dean | Read: 6/3/2004 4:08 PM |
| Kuzma, Bruce | Read: 6/4/2004 12:24 PM |
| Evans, Mike | Read: 6/3/2004 4:17 PM |
| Palm, Erik | Read: 6/3/2004 4:22 PM |
| Couch, John | Read: 6/3/2004 3:55 PM |