# Exhibit 125

## Unknown

**From:** Glennon, Pat
**Sent:** Tuesday, April 29, 2003 5:42 PM
**To:** Seale, Don
**Cc:** Brenner, Charlie; Osborne, Joe; Brugman, Thomas; Lawson, David; Bayrer, Tom; Pfeifer, Alby
**Subject:** Fuel Surcharge Review - April 25

DWS:
You requested a review of the NS fuel surcharge in light of the recently announced changes by CSXT and UP. The group that conducted the analysis included Brenner, Osborne, Brugman, Lawson, Glennon and Bayrer. The consensus was that NS should not adopt the CSXT formula and should, for the time being, retain the current NS formula. The primary points in support of this position are:

- By dropping the base to $23 per barrel, raising the percentage yield and talking it sooner, the change is in fact a blatant general rate increase, and will appear so to customers.
- The CSXT formula faces continued opposition, particularly in private publications. NS can use this as leverage in negotiating larger rate increases into base rates, or additional traffic.
- While CSXT may appear to be holding the line, we expect customer resistance will result in a significant amount of back door concessions, particularly with larger customers.
- Even moderate concessions could result in a net reduction in actual yield compared to what they would have received under the current 2% plan.
- Following a two year campaign to implement the current NS FSC, roughly 50% of NS Merchandise revenue and 80% of NS authorities are subject to the current surcharge. If we opted to change the FSC at this point, we could see slippage on these gains.
- Fuel costs are dropping. Iraq and Venezuelan are coming back on the market. While oil production predictions are always subject change, it appears we may be entering an extended period of reasonable oil costs which would make the current NS FSC a non-event for our customers.
- An aggressive FSC campaign using the CSX proposal could jeopardize our ability to seek aggressive rate increases at a time when the neither surcharge is actually producing significant revenue.
- Probably the most important point : Even if we adopted the CSXT formula immediately, we would see very little revenue generated in the short term. Due to the way NS hard codes the surcharge into NS publications, public and private, we would have to actually republish each one before we could transition that publication to the new formula. Since each contract and private quote would have to be renegotiated, probably at renewal, the bulk of our traffic would not be subject to the new formula this year.
- On this last point, that assumes we could successfully include it most private publications that currently have the 2% surcharge. We would likely see some slippage.

The consensus recommendation is that we do not adopt the CSXT formula at this time. However, the group suggests the adoption of the following changes to better position NS to accommodate a FSC change if and when the decision is made.

- Remove the full FSC text from all publications as they are reissued.
- Replace it with a reference to the FSC in the NS Conditions of Carriage.
- As NS rate publications are reissued, public and private, modify them to simply refer to the NS Conditions of Carriage..

Develop a transition strategy, including 9255 and Accounting, that will cover a duel FSC

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000012

NS - NJ 000012
CONFIDENTIAL
SUBMISSION

environment as we transition to a complete replacement of the FSC text with the FSC reference. This would include setting up a new NS surcharge note for 9255.

- Issue instructions that no contract can negate or freeze the application of the NS Conditions of Carriage without prior approval of Don Seale.

Once the majority of the publications are converted, we will be in a better position to implement a blanket adoption for publications that reference a revised FSC in the Conditions of Carriage. This approach is still likely to generate major customer relations issues, particularly on private authorities. CSXT is expecting significant customer opposition to this approach and they may still relent. However, they at least have a case to argue. The current NS format is so clear there is no room for an alternative interpretation.

If we were to consider a change, the ideal scenario would to begin the process of removing the FSC text now, let the FSC issue fade and then be in a better position to switch late this year or next year.

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

NS 001000013

NS - NJ 000013
CONFIDENTIAL
SUBMISSION