# Exhibit 126

**From:** CN=Mark J. Draper/O=UPC
**To:** Mary E. McArdle@UP
**Sent:** 08/02/2005 08:01:19 AM
**Cc:** Ed J. Weber@UP;Chandra R. Henley@UP
**Subject:** Re: [redacted] Fuel Surcharge Analysis

Based on the time stamp of 12:30 AM on your e-mail, it looks like the new mom is spending some quality time with her daughter after normal business hours! I hope all is going well on that front.

Trena has discussed the [redacted] issue with me several times. We agree that Byron is headed in the right direction by trying to incorporate an "escalator" (I prefer to think of them as "rate adjusters"). Please recall that rate adjusters (such as AIILF that we have been suggesting) are really cost recovery mechanisms, not necessarily contribution increasors. Rates are adjusted upwards by the percentage change in costs, so the only contribution gain you realize is the percentage by which the original rate exceeded the original costs. Having said all that, it is a good thing to have a rate adjuster, and we have been suggesting AIILF coupled with a fuel surcharge to eliminate the "double dipping for fuel" arguement since AIILF excludes the impact of fuel.

I get very concerned when people start asking questions regarding what fuel surcharge they should use and at what level it should kick in because rates were based at this fuel cost level or that fuel cost level. This leads me to believe that we are simply doing cost plus pricing. [redacted]

It is my understanding Jack has issued a mandate that all business should be subject to the HDF program (the standard program that has implicit to it a "normal fuel price" of about $.75 per gallon). I know that this is consistant with all of the fuel recovery analysis that we do for Rob. In fact, Rob continually asks for estimates of when all of our business can be covered by the preferred program (convert to HDF as contracts come due for action) and what the fuel recovery percentage (fuel surcharge revenue divided by incremental fuel expense above $.75) will be. [redacted]

Trena and I have worked with other groups to analyze the impacts of programs that are not the HDF standard ([redacted] is an example that comes to mind). It is our understanding that Marketing Sr. Management approval was needed to implement fuel programs other than the standard. In those cases, the argument was much the same as what I think I am hearing in the [redacted] case - - customer won't buy the standard program, so isn't something better than nothing???, rates were based on cost levels above $.75 (see my concerns about this argument stated above), etc. While we will support efforts to find a program that can be sold, we are uncomfortable suggesting programs that go against Jack's mandate, as we understand it and are contrary to the direction supported by Finance Sr. Management.

Having said and vented all that, [redacted] is kind of a sticky situation. Assume that UPRR Sr. Management agrees that we should propose a fuel program that gets to exactly a 100% fuel cost recovery, it is difficult, if not impossible to do since [redacted]

[redacted]

I don't want you or Byron to get the impression that we are being unresponsive, but when someone wants to go with a program not consistent with what we understand the directives to be, we would rather they make some suggestions that we can help analyze rather than we suggesting something that can be construed to mean we are proposing plans contrary to our understanding of the mandated policy.

Why don't you see what Byron thinks of this "weighted average" line of thought and get a sense of whether Marketing Sr. Management will support something other than the standard HDF program in this case. I agree that whatever we use for [redacted] one universal program is much easier to administer, estimate and understand than different programs for different segments of business. I also like the frequency of payment issue that Byron is trying to push.

Perhaps you, Byron, Trena and I should talk to see where we want to head on this.

**Mary E. McArdle**

08/02/2005 12:30 AM

To: Mark J. Draper@UP
cc:
Subject: [redacted] Fuel Surcharge Analysis

Mark,
I'm not sure how much Trena has talked to you about this. My guess probably not based on my discussions with her. Here is the background:

[redacted]

[redacted]

[redacted]

Any additional insight suggestions you may have would be appreciated. What is your experience with other teams when it comes time for contract renewals. I think Byron is trying to do the right thing, we just need to tell him what that is.

Mary McArdle
General Director - Finance
Automotive Business Team
Union Pacific Railroad
402.544.4691
memcardl@up.com