# Exhibit 127

From: Burr, David T
Sent: Fri Jan 02 15:14:12 2004
To: Feldman, Matthew W
Subject: RE: (Larger) Marketing Staff Meeting:
Importance: Normal

Happy New Year and more importantly, congratulations!

I just got off the phone with Sam Kyei. I told him that I was planning to be at the meeting and that if you were back in the office you would attend as well. Also, I sent a copy of the notice to Tom so he can attend if he wants.

During the call, Sam indicated that he wanted us to discuss the revenue impact from the fuel surcharge per the information you previously furnished. At best I think we should review the revenue impact based on the forward curve you sent without adding an endorsement of the fuel surcharge program. In other words, I do not want John Lanigan indicating that we endorse the fs program over hedging. We believe the FS program is a revenue maximization program, not protection against fuel prices.

-----Original Message-----
From: Feldman, Matthew W
Sent: Friday, January 02, 2004 3:06 PM
To: Burr, David T
Subject: FW: (Larger) Marketing Staff Meeting:

Looks like we're on at 9:10

-----Original Message-----
From: Kyei, Sam A
Sent: Friday, January 02, 2004 9:08 AM
To: Shoop, Gary L
Cc: Burr, David T; Feldman, Matthew W
Subject: (Larger) Marketing Staff Meeting:

Kyei
EXHIBIT NO. 46
J. BRANDT, CSR-RMR-CRR