# Exhibit 128

**From:** Kaufman, Kevin
**Sent:** Fri May 05 12:40:30 2006
**To:** Rose, Matthew K
**Subject:** Re: AAR
**Importance:** Normal

I guess I thot that you mean"t ethanol. Re surcharge, fact is that they make money. Big money. That is what iit is about.

--------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Rose, Matthew K
To: Lanigan, John P; Garin, David L; Bobb, Stevan B; Kaufman, Kevin; Branscum, Steve G (Marketing)
Sent: Fri May 05 12:14:23 2006
Subject: AAR

Hamburger is hearing from the other rr that the "market" is not happy with our approach on fuel. Advise

--------------------------

Sent from my BlackBerry Wireless Handheld