# Exhibit 129

15 HUD
(Field 21) Branch Code
1 AF
2 ARMY
3 MDA
4 DARP
5 DTRA
6 NAVY
7 OSD
8 SOCO
9 NGA
10 CBD

If any new codes should be added, please notify SBA's Office of Technology.

(FIELD 33) RESEARCH INSTITUTION TYPE

| Code | Research institution types |
|---|---|
| 1 .................... | Nonprofit college or university. |
| 2 .................... | Domestic nonprofit research organization. |
| 3 .................... | Federally Funded R&D Center (FFRDC). |

The SBA will accept data in only the following formats:

- Tab delimited text files
- Microsoft Excel files
- Microsoft Access files

If you have any questions regarding Tech-Net Data submissions, please contact SBA's Office of Technology at (202) 205–6450 or *Technology@sba.gov.*

**Michael McHale,**
*Acting Associate Deputy Administrator, Government Contracting/Business Development, U.S. Small Business Administration.*

[FR Doc. 05–9973 Filed 5–18–05; 8:45 am]

BILLING CODE 8025–01–P

## DEPARTMENT OF STATE

**[Public Notice 5085]**

### Determination and Certification Under Section 40A of the Arms Export Control Act

Pursuant to section 40A of the Arms Export Control Act (22 U.S.C. 2781), and Executive Order 11958, as amended, I hereby determine and certify to the Congress that the following countries are not cooperating fully with United States antiterrorism efforts:

Cuba
Iran
Libya
North Korea
Syria

I hereby notify that the decision to retain Libya on the list of countries not fully cooperating with U.S. antiterrorism efforts comes in the context of an on-going and comprehensive review of Libya's record of support for terrorism. Although this process is not complete, Libya has taken significant steps to repudiate its past support for terrorism. When our review of Libya's overall record is complete, we will be pleased to consult with the Congress further.

This determination and certification shall be transmitted to the Congress and published in the **Federal Register**.

Dated: May 13, 2005.

**Condoleezza Rice,**
*Secretary of State, Department of State.*

[FR Doc. 05–10018 Filed 5–18–05; 8:45 am]

BILLING CODE 4710–10–P

## TENNESSEE VALLEY AUTHORITY

### Paperwork Reduction Act of 1995, as Amended by Public Law 104–13; Submission for OMB Review; Comment Request

**AGENCY:** Tennessee Valley Authority.

**ACTION:** Submission for OMB Review; comment request.

**SUMMARY:** The proposed information collection described below will be submitted to the Office of Management and Budget (OMB) for review, as required by the Paperwork Reduction Act of 1995 (44 U.S.C. Chapter 35, as amended). The Tennessee Valley Authority is soliciting public comments on this proposed collection as provided by 5 CFR 1320.8(d)(1). Requests for information, including copies of the information collection proposed and supporting documentation, should be directed to the Agency Clearance Officer: Alice D. Witt, Tennessee Valley Authority, 1101 Market Street (EB 5B), Chattanooga, Tennessee 37402–2801; (423) 751–6832. (SC: 001DCCB)

Comments should be sent to the OMB Office of Information and Regulatory Affairs, Attention: Desk Officer for the Tennessee Valley Authority June 20, 2005.

**SUPPLEMENTARY INFORMATION:**

*Type of Request:* Regular submission.

*Title of Information Collection:* Reservoir Operations Study (ROS)—Recreation User Data.

*Frequency of Use:* Annually for a period of five years.

*Type of Affected Public:* Individual recreation users at public and commercial recreation areas and recreation users from private water front homes.

*Small Businesses or Organizations Affected:* No.

*Estimated Number of Annual Responses:* 3,000.

*Estimated Total Annual Burden Hours:* 900.

*Estimated Average Burden Hours Per Response:* 0.33 hours.

*Need For and Use of Information:* As part of system wide re-evaluation of TVA reservoirs and tailwaters, TVA conducted a survey of recreation use on 13 representative reservoirs and 6 representative tailwaters during calendar year 2002. Recreation use estimates were made for public use areas, commercial marinas, river outfitters, and private home owners. In each case, information was collected on the amount of recreation use, length of stay, facility preference, trip origin, expenditures and economic impact.

These data now form the foundation for a TVA reservoir and tailwater recreation database—the first system-wide estimates on recreation use in the Valley collected since 1978. TVA recognizes the value of this database and proposes to keep it up-to-date and, improving its utility by refining the survey design and conducting additional surveys of recreational use on representative reservoirs and tailwaters.

**Paula C. Cooper, Manager,**
*Systems Engineering, Enterprise Operations, Information Services.*

[FR Doc. 05–9984 Filed 5–18–05; 8:45 am]

BILLING CODE 8120–08–P

## DEPARTMENT OF TRANSPORTATION

### Surface Transportation Board

### Agency Information Collection Activities: Proposed Collections; Comment Request

**AGENCY:** Surface Transportation Board.

**ACTION:** 60-day notice and request for comments.

**SUMMARY:** The Surface Transportation Board (Board), as part of its continuing effort to reduce paperwork burdens, and as required by the Paperwork Reduction Act of 1995, 44 U.S.C. 3501 *et seq.* (PRA), gives notice that the Board proposes to request approval of the seven existing information collections described below. Office of Management and Budget (OMB) control numbers were obtained in the past, but have expired, for six of the seven information collections that are the subject of this notice. For the most part, the collections listed below continue current Board reporting requirements without revision. As described below, a minor revision has been made to Collection No. 1, Class I Railroad Annual Report. Comments are requested regarding any of the collections of information described below concerning (1) whether the particular collection of information

is necessary for the proper performance of the functions of the Board, including whether the collection has practical utility; (2) the accuracy of the Board's burden estimates; (3) ways to enhance the quality, utility, and clarity of the information collected; and (4) ways to minimize the burden of the collection of information on the respondents, including the use of automated collection techniques or other forms of information technology, when appropriate. Submitted comments will be summarized and included in the Board's request for OMB approval.

**DATES:** Written comments are due on July 18, 2005.

**ADDRESSES:** Written comments should be identified as ''STB Docket No. CU 66, First Notice Regarding Seven Information Collections,'' refer to the title of the specific collection(s) commented upon, and either be sent to: Surface Transportation Board, 1925 K Street, NW., Washington, DC 20423–0001, or filed on the Board's Web site at *http://www.stb.dot.gov* by clicking on E-FILING, and then ''Other Submissions.''.

**FOR FURTHER INFORMATION CONTACT:** For additional information or copies of the information collection(s) contact Scott Decker, (202) 565–1531. [Federal Information Relay Service (FIRS) for the hearing impaired: (800) 877–8339.]

*Subjects:* In this notice the Board is requesting comments on the following information collections:

**Collection Number 1**

*Title:* Class I Railroad Annual Report.

*OMB Control Number:* 2140–0009.

*Form Number:* R1.

*Type of Review:* Reinstatement, with change, of a previously approved collection for which OMB control number has expired.

*Respondents:* Class I railroads.

*Number of Respondents:* Fewer than 10.

*Revision:* Schedule 755 of the Surface Transportation Board's Class I Railroad Annual Report (ACAA–R1) is being modified to include reporting of TOFC/COFC intermodal load factors. The new item is required to support the more accurate calculation of intermodal shipment costs. These cost estimates are used by the Surface Transportation Board when making determinations of market dominance in rail rate proceedings and when evaluating evidence submitted by parties in those proceedings. See 49 U.S.C. 10707. The collection of this information is authorized by section 11145 of the ICC Termination Act of 1995, Public Law 104–88, 109 Stat. 803 (1995), and codified at 49 U.S.C. 11145.

*Estimated Time Per Response:* 800 hours, based on information provided by the railroad industry during the 1990's. This estimate includes time spent reviewing instructions; searching existing data sources; gathering and maintaining the data needed; completing and reviewing the collection of information; and converting the data from the carrier's individual accounting system to the Board's Uniform System of Accounts (USOA), which ensures that the information will be presented in a consistent format across all reporting railroads, see 49 U.S.C. 11141–43, 11161–64, 49 CFR 1200–1201. It is possible that the time required to produce this report is overstated, given the advances made in computerized data collection and processing systems.

*Frequency of Response:* Annual.

*Total Annual Hour Burden:* 5,600 hours annually.

*Total Annual ''Non-Hour Burden'' Cost:* No ''non-hour cost'' burdens associated with this collection have been identified.

*Needs and Uses:* Annual reports are required to be filed by Class I railroads under 49 U.S.C. 11145. The reports show operating expenses and operating statistics of the carriers. Operating expenses include costs for right-of-way and structures, equipment, train and yard operations, and general and administrative expenses. Operating statistics include such items as car-miles, revenue ton-miles, and gross ton-miles. The reports are used by the Board, other Federal agencies, and industry groups to monitor and assess railroad industry growth, financial stability, traffic, and operations, and to identify industry changes that may affect national transportation policy. Information from this report is also entered into the Board's Uniform Rail Costing System (URCS), which is a cost measurement methodology. URCS, which was developed by the Board pursuant to 49 U.S.C. 11161, is used as a tool in rail rate proceedings, in accordance with 49 U.S.C. 10707(d), to calculate the variable costs associated with providing a particular service. The Board also uses this information to more effectively carry out other of its regulatory responsibilities, including: Acting on railroad requests for authority to engage in Board-regulated financial transactions such as mergers, acquisitions of control, and consolidations, see 49 U.S.C. 11323–11324; analyzing the information that the Board obtains through the annual railroad industry waybill sample, see 49 CFR 1244; measuring off-branch costs in railroad abandonment proceedings, in accordance with 49 CFR 1152.32(n); developing rail cost adjustment factors, in accordance with 49 U.S.C. 10708; and conducting investigations and rulemakings.

Information from certain schedules contained in these reports is compiled and published on the Board's Web site, *http://www.stb.dot.gov*. Information in these reports is not available from any other source.

**Collection Number 2**

*Title:* Quarterly Report of Revenues, Expenses, and Income—Railroads (Form RE&I).

*OMB Control Number:* 2140–____ (prior number under the Interstate Commerce Commission (ICC): 3120–0027).

*Form Number:* None.

*Type of Review:* Reinstatement, without change, of a previously approved collection for which OMB control number has expired.

*Respondents:* Class I railroads.

*Number of Respondents:* Fewer than 10.

*Estimated Time Per Response:* 6 hours.

*Frequency of Response:* Quarterly.

*Total Annual Hour Burden:* 168 hours annually.

*Total Annual ''Non Hour Burden'' Cost:* No ''non-hour cost'' burdens associated with this collection have been identified.

*Needs and Uses:* This collection is a report of railroad operating revenues, operating expenses and income items; it is a profit and loss statement, disclosing net railway operating income on a quarterly and year-to-date basis for the current and prior years. See 49 CFR 1243.1. The Board uses the information in this report to ensure competitive, efficient, and safe transportation through general oversight programs that monitor and forecast the financial and operating condition of railroads, and through regulation of railroad rate and service issues and rail restructuring proposals, including railroad mergers, consolidations, acquisitions of control, and abandonments. Information from these reports is used by the Board, other Federal agencies, and industry groups to monitor and assess industry growth and operations, detect changes in carrier financial stability, and identify trends that may affect the national transportation system. Information from these reports is compiled by the Board and published on its *http://www.stb.dot.gov*. The information contained in these reports is not available from any other source.

**Collection Number 3**

*Title:* Quarterly Condensed Balance Sheet—Railroads (Form CBS).

*OMB Control Number:* 2140–____ (prior number under ICC: 3120–0063).

*Form Number:* None.

*Type of Review:* Reinstatement, without change, of a previously approved collection for which OMB control number has expired.

*Respondents:* Class I railroads.

*Number of Respondents:* Fewer than 10.

*Estimated Time Per Response:* 6 hours.

*Frequency of Response:* Quarterly.

*Total Annual Hour Burden:* 168 hours annually.

*Total Annual ''Non-Hour Burden'' Cost:* No ''non-hour cost'' burdens associated with this collection have been identified.

*Needs and Uses:* This collection shows the balance, quarterly and cumulative for the current and prior year, of the carrier's assets and liabilities, gross capital expenditures, and revenue tons carried. See 49 CFR 1243.2. The Board uses the information in this report to ensure competitive, efficient, and safe transportation through general oversight programs that monitor and forecast the financial and operating condition of railroads, and through specific regulation of railroad rate and service issues and rail restructuring proposals, including railroad mergers, consolidations, acquisitions of control, and abandonments. Information from these reports is used by the Board, other Federal agencies and industry groups to assess industry growth and operations, detect changes in carrier financial stability, and identify trends that may affect the national transportation system. Information from these reports is compiled by the Board and published on its Web site, *http://www.stb.dot.gov.* The information contained in these reports is not available from any other source.

**Collection Number 4**

*OMB Control Number:* 2140____(prior number under ICC: 3120–0074).

*Title:* Report of Railroad Employees, Service and Compensation (Wage Forms A and B.)

*Form Number:* None.

*Type of Review:* Reinstatement, without change, of a previously approved collection for which OMB control number has expired.

*Respondents:* Class I railroads.

*Number of Respondents:* Fewer than 10.

*Estimated Time Per Response:* 107 hours, based on information provided by the railroad industry during the 1990's. It is possible that the time required to collect this information is overstated given the advances made in computerized data collection and processing systems.

*Frequency of Response:* Quarterly, with an annual summation.

*Total Annual Hour Burden:* 2996 hours annually.

*Total Annual ''Non-Hour Burden'' Cost:* No ''non-hour cost'' burdens associated with this collection have been identified.

*Needs and Uses:* This collection shows the number of employees, service hours, and compensation, by employee group (e.g., executive, professional, maintenance-of-way and equipment, and transportation), of the reporting railroads. See 49 CFR 1245. The information is used by the Board to forecast labor costs and measure the efficiency of the reporting railroads. The information is also used by the Board to evaluate proposed regulated transactions that may impact rail employees, including mergers and consolidations, acquisitions of control, purchases, and abandonments. Other Federal agencies and industry groups, including the Railroad Retirement Board, Bureau of Labor Statistics, and Association of American Railroads, use the information contained in the reports to monitor railroad operations. Certain information from these reports is compiled and published on the Board's Web site, *http://www.stb.dot.gov.* The information contained in these reports is not available from any other source.

**Collection Number 5**

*Title:* Monthly Report of Number of Employees of Class I Railroads (Wage Form C).

*OMB Control Number:* 2140–____ (prior number under ICC: 3120–0133).

*Form Number:* STB Form 350.

*Type of Review:* Reinstatement, without change, of a previously approved collection for which OMB control number has expired.

*Respondents:* Class I railroads.

*Number of Respondents:* Fewer than 10.

*Estimated Time Per Response:* 1.25 hours.

*Frequency of Response:* Monthly.

*Total Annual Hour Burden:* 101.50 hours annually.

*Total Annual ''Non-Hour Burden'' Cost:* No ''non-hour cost'' burdens associated with this collection have been identified.

*Needs and Uses:* This collection shows, for each reporting carrier, the average number of employees at mid-month in the six job classification groups that encompass all railroad employees. See 49 CFR 1246. The information is used by the Board to forecast labor costs and measure the efficiency of the reporting railroads. The information is also used by the Board to evaluate the impact on rail employees of proposed regulated transactions, including mergers and consolidations, acquisitions of control, purchases, and abandonments. Other Federal agencies and industry groups, including the Railroad Retirement Board, Bureau of Labor Statistics, and Association of American Railroads, use the information contained in these reports to monitor railroad operations. Certain information from these reports is compiled and published on the Board's Web site, *http://www.stb.dot.gov.* The information contained in these reports is not available from any other source.

**Collection Number 6**

*Title:* Annual Report of Cars Loaded and Cars Terminated.

*OMB Control Number:* 2140–____.

*Form Number:* Form STB–54.

*Type of Review:* Existing collection in use without an OMB control number.

*Respondents:* Class I railroads.

*Number of Respondents:* Fewer than 10.

*Estimated Time Per Response:* 4 hours.

*Frequency of Response:* Annual.

*Total Annual Hour Burden:* 28 hours annually.

*Total Annual ''Non Hour Burden'' Cost:* No ''non-hour cost'' burdens associated with this collection have been identified.

*Needs and Uses:* This collection reports the number of cars loaded and cars terminated on the reporting carrier's line. See 49 CFR 1247. Information in this report is entered into the Board's URCS, the uses of which are explained under Collection Number 1. This collection was authorized in *Modification of Class I Reporting Regulations,* STB Ex Parte No. 583 (STB served Jan. 5, 2001); 66 Fed. Reg. 1051–01 (2001). There is no other source for the information contained in this report.

**Collection Number 7**

*OMB Control Number:* 2140–0001.

*Title:* Quarterly Report of Freight Commodity Statistics (Form QCS).

*Form Number:* None.

*Type of Review:* Reinstatement, without change, of a previously approved collection for which OMB control number has expired.

*Respondents:* Class I railroads.

*Number of Respondents:* Fewer than 10.

*Estimated Time Per Response:* 217 hours.

*Frequency of Response:* Quarterly, with an annual summation.

*Total Annual Hour Burden:* Less than 6,076 hours annually.

*Total Annual ''Non-Hour Burden'' Cost:* No ''non-hour cost'' burdens associated with this collection have been identified.

*Needs and Uses:* This collection, which is based on information contained in waybills used by railroads in the ordinary course of business, reports car loadings and total revenues by commodity code for each commodity that moved on the railroad during the reporting period. See 49 CFR 1248. Information in this report is entered into the Board's URCS, the uses of which are explained under Collection Number 1. There is no other source for the information contained in this report.

**SUPPLEMENTARY INFORMATION:** Under the PRA, a Federal agency conducting or sponsoring a collection of information must display a currently valid OMB control number. Collection of information, which is defined in 44 U.S.C. 3502(3) and 5 CFR 1320.3(c), includes agency requirements that persons submit reports, keep records, or provide information to the agency, third parties, or the public. Under section 3506(c)(2)(A) of the PRA, Federal agencies are required to provide a 60-day notice and comment period through publication in the **Federal Register** concerning each proposed collection of information, including each proposed extension of an existing collection of information, before submitting the collection to OMB for approval.

Dated: May 13, 2005.

**Vernon A. Williams,**

*Secretary.*

[FR Doc. 05–9992 Filed 5–18–05; 8:45 am]

BILLING CODE 4915–01–P

---

## DEPARTMENT OF TRANSPORTATION

### Surface Transportation Board

### Release of Waybill Data

The Surface Transportation Board has received a request from Thompson Hine and McCarthy, Sweeney & Harkaway on behalf of the State of North Dakota (WB456–1–5/11/2005) for continued access to certain data from the Board's 2001 and 2002 Carload Waybill Samples. A copy of the requests may be obtained from the Office of Economics, Environmental Analysis, and Administration.

The waybill sample contains confidential railroad and shipper data; therefore, if any parties object to these requests, they should file their objections with the Director of the Board's Office of Economics, Environmental Analysis, and Administration within 14 calendar days of the date of this notice. The rules for release of waybill data are codified at 49 CFR 1244.9.

Contact: Mac Frampton, (202) 565–1541.

**Vernon A. Williams,**

*Secretary.*

[FR Doc. 05–9913 Filed 5–18–05; 8:45 am]

BILLING CODE 4915–01–P

---

## DEPARTMENT OF TRANSPORTATION

### Surface Transportation Board

**[STB Finance Docket No. 34701]**

### CSX Transportation, Inc.—Trackage Rights Exemption—Illinois Central Railroad Company

Pursuant to a written trackage rights agreement dated April 22, 2005, Illinois Central Railroad Company, a wholly owned subsidiary of Canadian National Railway Company (collectively, CN), has agreed to grant overhead trackage rights to CSX Transportation, Inc. (CSXT) over a line of railroad extending from (1) CN's Aulon Interlocking, milepost 390 on the Fulton Subdivision to milepost 11.00 on the Yazoo Subdivision, approximately 200 feet past the south leg of the wye switch into the Memphis Intermodal Terminal (Memphis Facility), in Frank C. Pidgeon Industrial Park, including CN's yard lead and yard tracks required to access the Memphis Facility, a distance of approximately 12 miles; and (2) CN's milepost 8.7 located on the track known as the old Birmingham Steel lead (owned by the Shelby County Port Authority and operated by CN) continuing westward to and beyond the new turnout to the Memphis Facility, a distance of approximately one thousand (1000) feet, all in the State of Tennessee.

The parties state that consummation of the transaction was scheduled to occur on May 10, 2005.

The purpose of the trackage rights is to allow CSXT and its affiliate, CSX Intermodal, to achieve operating efficiencies and to improve customer rail service by the movement of intermodal traffic between the Aulon Interlocking and the Memphis Facility.

As a condition to this exemption, any employees affected by the trackage rights will be protected by the conditions imposed in *Norfolk and Western Ry. Co.—Trackage Rights—BN,* 354 I.C.C. 605 (1978), as modified in *Mendocino Coast Ry., Inc.—Lease and Operate,* 360 I.C.C. 653 (1980).

This notice is filed under 49 CFR 1180.2(d)(7). If the notice contains false or misleading information, the exemption is void *ab initio.* Petitions to revoke the exemption under 49 U.S.C. 10502(d) may be filed at any time. The filing of a petition to revoke will not automatically stay the exemption.

An original and 10 copies of all pleadings, referring to STB Finance Docket No. 34701, must be filed with the Surface Transportation Board, 1925 K Street, NW., Washington, DC 20423–0001. In addition, a copy of each pleading must be served on J. Michael Cavanaugh, Holland & Knight, 2099 Pennsylvania Ave., NW., Suite 100, Washington, DC 20006.

Board decisions and notices are available on our Web site at *http://www.stb.dot.gov.*

Decided: May 10, 2005.

By the Board, David M. Konschnik, Director, Office of Proceedings.

**Vernon A. Williams,**

*Secretary.*

[FR Doc. 05–9788 Filed 5–18–05; 8:45 am]

BILLING CODE 4915–01–P

---

## DEPARTMENT OF THE TREASURY

### Alcohol and Tobacco Tax and Trade Bureau

### Proposed Information Collection; Comment Request

**AGENCY:** Alcohol and Tobacco Tax and Trade Bureau (TTB), Treasury.

**ACTION:** Notice and request for comments.

**SUMMARY:** As part of our continuing effort to reduce paperwork and respondent burden, and as required by the Paperwork Reduction Act of 1995, we invite comments on the proposed or continuing information collections listed below in this notice.

**DATES:** We must receive your written comments on or before July 18, 2005.

**ADDRESSES:** You may send comments to Mary A. Wood, Alcohol and Tobacco Tax and Trade Bureau, at any of these addresses:

- P.O. Box 14412, Washington, DC 20044–4412;
- 202–927–8525 (facsimile); or
- *formcomments@ttb.gov* (e-mail).

Please send separate comments for each specific information collection listed below. You must reference the information collection's title, form or recordkeeping requirement number, and OMB number (if any) in your comment.