# Exhibit 130

# Surface Transportation Board Report to Congress Regarding the Uniform Rail Costing System

**Submitted Pursuant to Transportation and Housing and Urban Development, and Related Agencies Appropriations Bill, S. Rep. No. 111-69 (2009)**

**By the Board,**
**Chairman Daniel R. Elliott, III**
**Vice Chairman Francis P. Mulvey**
**Commissioner Charles D. Nottingham**

May 27, 2010

# EXECUTIVE SUMMARY

In August 2009, the Senate Committee on Appropriations directed the Surface Transportation Board (Board or STB) to submit a report providing basic, moderate and comprehensive options for updating the Board's general purpose costing methodology, the Uniform Rail Costing System (URCS). The Committee's request dovetailed with an initiative the Board began in FY2009 to review URCS, its history and purposes, and its use in performing the Board's statutory functions. The Board evaluated URCS' current functionality and studied criticisms of URCS made by stakeholder groups (including railroads and rail shippers) as well as by transportation economists and other analysts. This report discusses the Board's review and, pursuant to the Committee's request, describes a range of options the Board could consider to update URCS.

The Board uses URCS to calculate, for each large railroad, a system-wide estimate of the proportion of the railroad's costs of providing service that are variable with changes in traffic volume (as opposed to those costs that remained fixed regardless of traffic volume). URCS develops variable costs estimates by relying principally upon a series of statistical estimation tools – regression equations – that were developed by the agency in the 1980s. The resulting URCS variable costs are used in a wide variety of Board proceedings, including those determining whether a railroad's rates are unreasonably high.

There are several compelling reasons for updating URCS. *First*, there has been no significant review of URCS since it was adopted by the Board's predecessor, the Interstate Commerce Commission (ICC), in 1989. URCS should be updated periodically to ensure that it remains reliable.

*Second*, the Board has increased its reliance on URCS. In the past 5 years, the Board has adopted a number of changes to its rate case methodologies that give URCS a more prominent role in determining whether a rate is reasonable and what relief a rail shipper should receive. The increased reliance on URCS costs should be accompanied by increased vigilance with regard to continued accuracy.

*Third*, URCS should be more user-friendly for the stakeholders that rely upon it to assess whether to initiate rate reasonableness litigation before the Board. The Board believes that URCS programming can be made simpler and more transparent.

The Board believes that it is time to consider moderate updates to URCS to ensure that the model continues to produce variable costs that are as accurate and reflective of the modern rail industry as practicable. As detailed in Part III, these updates would include (1) updating the legacy computer programs that support URCS and developing a more user-friendly URCS program, (2) revisiting what is known as the "make-whole" adjustment to URCS (which incorporates certain efficiencies obtained when moving goods in higher-volume shipments), (3) examining how URCS allocates the costs associated with the transportation of hazardous materials, (4) changing the annual railroad reporting requirements, (5) considering updates to the historic dataset over which URCS costs are estimated, and (6) reconsidering how URCS treats railroads that consolidate with other railroads during the period over which costs are observed. The Board anticipates these changes to URCS would cost the agency approximately $625,000 beyond normal operating expenditures and would take approximately 2 years to complete. Many of these suggested changes to URCS would be subject to rulemaking procedures.

At this time, however, the Board is not requesting that Congress appropriate the significant additional funding on top of the $625,000 needed for the moderate update of URCS, that would allow it to do the most comprehensive review of URCS. An exhaustive review would consider major adjustments to the underlying statistical estimation regressions and updates to the decades-old operational "special studies" that are used in URCS. Although the Board believes that an exhaustive review of all of URCS' components may ultimately become necessary if URCS is to remain the Board's costing system, before requesting funds to embark upon that type of review, the Board would like first to explore whether there are cost-effective alternative costing models (described in Part IV of this report) that would better satisfy the Board's regulatory purposes. These models would use railroad shipment-specific pricing data, either in whole or in part, to infer the costs associated with particular railroad operations and movement types.

The agency has used URCS as its regulatory costing tool for more than 20 years. Although it may have shortcomings, URCS has produced costs sufficient for the Board to make its regulatory determinations. Thus, the Board's goal in a review of its costing methodology now would be to consider those cost-effective modifications to the model that would make it *more* reliable and *more* reflective of today's railroad industry.

The Board appreciates the Committee's willingness to consider additional funding for the Board's cost modeling. We recognize that this is a challenging economic period and that there are many important federal programs that require significant expenditures. We look forward to working with the Congress to help analyze the Board's resource requirements for this important project and to ensure that any updates to the Board's cost modeling are cost-effective and efficient.