**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br>________________________________<br>This document relates to:<br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |

**DECLARATION OF TIMOTHY O'MARA**

**PUBLICLY FILED VERSION**

I, Timothy O'Mara, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an active member in good standing with the State Bar of California and a partner at the law firm of Latham & Watkins LLP, counsel for Defendant Union Pacific Railroad Company ("UP") in the above-captioned matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to File a Supplemental Expert Report.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Errata Sheet for the July 31, 2014 deposition of Gordon Rausser, Ph.D., dated August 28, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of John Chilcott, dated October 16, 2014.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of a hearing held in this matter on October 21, 2014.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of a hearing held in this matter on August 21, 2014.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Supplemental Expert Report of James T. McClave, Ph.D., dated May 28, 2014.

7. Attached hereto as Exhibit 6 is a is a true and correct copy of a redacted email from Rod Montgomery to Scott Ballenger, dated March 10, 2014.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated July 31, 2014.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document titled "Model Servicing Agreement" produced by Cascade with the bates range CSS000077-81.

10. Attached hereto as Exhibit 9 is a true and correct copy of a document titled "Consultation Agreement" produced by Cascade with the bates range CSS000188-98.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated October 20, 2014.

12. Attached hereto as Exhibit 11 is a true and correct copy of a document titled [redacted] produced by Cascade with the bates range CSS000509-25.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document titled [redacted] produced by OnPoint Analytics with the bates range OPA_GR_SUB_00002-32.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document titled "Spectrum Portfolio Acquisition, LLC Secured Promissory Note" produced by Cascade with the bates range CSS00699-705.

15. Attached hereto as Exhibit 14 is a true and correct copy of a document titled "Cascade Settlement Services Fund 1 LLC Secured Promissory Note" produced by Cascade with the bates range CSS000706-11.

16. Attached hereto as Exhibit 15 is a true and correct copy of a document titled "Cascade Settlement Services Fund 1 LLC Subscription Agreement" produced by Cascade with the bates range CSS000686-98.

17. Attached hereto as Exhibit 16 is a true and correct copy of email correspondence and a document titled [redacted] produced by OnPoint Analytics with the bates range OPA_GR_SUB_00316-19.

18. Attached hereto as Exhibit 17 is a true and correct copy of a letter from Cascade Settlement Services to Dr. Rausser produced by Cascade with the bates range CSS000574-77.

19. Attached hereto as Exhibit 18 is a true and correct copy of email correspondence and a document titled [redacted] produced by OnPoint Analytics with the bates range OPA_GR_SUB_00260-72.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the transcript of the deposition of Laura Craft, dated October 18, 2014.

21. Attached hereto as Exhibit 20 is a true and correct copy of Exhibit 12 from the deposition of Gordon Rausser, Ph.D., dated October 20, 2014.

22. Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 38 from the deposition of John Chilcott, dated October 16, 2014.

23. Attached hereto as Exhibit 22 is a true and correct copy of a letter from Gordon C. Rausser, Ph.D. to John Chilcott and William Hare produced by Cascade with the bates number CSS00643.

24. Attached hereto as Exhibit 23 is a true and correct copy of a letter from Laura R. Craft to John Chilcott produced by Cascade with the bates number CSS000644.

25. Attached hereto as Exhibit 24 is a true and correct copy of a document titled "Assignment and Assumption Agreement" produced by Cascade with the bates range CSS000638-42.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Supplemental Expert Report of Gordon Rausser, Ph.D., dated Dec. 19, 2013.

27. Attached hereto as Exhibit 26 is a true and correct copy of a document titled [redacted] produced by Cascade with the bates range CSS000771-72.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the Supplemental Reply Expert Report of Gordon Rausser, Ph.D., dated May 28, 2014.

29. Attached hereto as Exhibit 28 is a true and correct copy of a document titled "Memorandum" produced by OnPoint Analytics with the bates range OPA_GR_SUB_00223-28.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the Corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010.

31. Attached hereto as Exhibit 30 is a true and correct copy of a document titled [redacted] produced by Cascade with the bates number CSS000773.

32. Attached hereto as Exhibit 31 is a true and correct copy of an email from Christopher Wanger to David Cross, dated September 29, 2014.

33. Attached hereto as Exhibit 32 is a true and correct copy of a letter from Michael Hausfeld and Stephen Neuwirth to David Cross, dated October 8, 2014.

34. Attached hereto as Exhibit 33 is a true and correct copy of an email from Christopher Wanger to David Cross, dated September 25, 2014.

35. Attached hereto as Exhibit 34 is a true and correct copy of a letter from David Cross to Michael Hausfeld and Stephen Neuwirth, dated October 5, 2014.

36. Attached hereto as Exhibit 35 is a true and correct copy of an email from Rick Werder to David Cross, dated October 10, 2014.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the transcript of a hearing held in this matter on October 2, 2014.

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the Expert Report of James T. McClave, Ph.D., dated June 12, 2013.

39. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the transcript of the deposition of Gareth Macartney, Ph.D., dated October 18, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2014, in San Francisco, California.

Timothy L. O'Mara