# EXHIBIT 1

**Errata to the Deposition of Gordon C. Rausser, Ph.D., taken July 31, 2014**
***In Re: Rail Freight Fuel Surcharge Antitrust Litigation***
**Case No. 1:07-mc-00489-PLF**

I, the undersigned, do hereby certify that I have read the foregoing deposition and that, to the best of my knowledge, said deposition is true and accurate, with the exception of the following corrections listed below:

| Page:Line | Correction | Reason |
|---|---|---|
| 565:8 | Replace "in" with "is" | Transcription Error |
| 565:8 | Insert "part" between "integrated" and "with" | Transcription Error |
| 566:24 | Replace "of" with "to" | Transcription Error |
| 571:20 | Insert "with" between "Bear" and "me" | Transcription Error |
| 586:19 | Insert "be" between "shouldn't" and "any" | Transcription Error |
| 591:18 | Insert "or" between "period" and "to" | Transcription Error |
| 598:2 | Insert "that" after "find" | Transcription Error |
| 600:19 | Insert "response" between "empirical" and "in" | Transcription Error |
| 632:8 | Insert "he" between "because" and "hasn't" | Transcription Error |
| 655:22 | Replace "net" with "results" | Transcription Error |
| 655:23 | Remove "analyses" | Transcription Error |
| 665:2 | Insert "with" before "fuel" | Transcription Error |
| 681:15 | Replace "McClay's" with "McClave's" | Transcription Error |
| 689:12 | Replace "disfrequency" with "frequency" | Transcription Error |
| 703:13 | Remove "do" | Transcription Error |
| 709:15 | Insert "be" between "won't" and "wrong" | Transcription Error |
| 718:13 | Insert "with" between "Bear" and "me" | Transcription Error |
| 723:15 | Insert "with" before "regard" | Transcription Error |
| 724:4 | Remove "of" | Transcription Error |
| 724:5 | Insert "rate" between "freight" and "elasticity" | Transcription Error |
| 729:20 | Remove "of" | Transcription Error |
| 739:1 | Replace "background analysis" with "backup" | Transcription Error |
| 739:22 | Insert "with" between "Bear" and "me" | Transcription Error |
| 766:19 | Insert "no" between "there's" and "need" | Transcription Error |
| 770:4 | Replace "mechanism" with "mechanisms" | Transcription Error |
| 770:4 | Replace "surcharge" with "surcharges" | Transcription Error |
| 771:17 | Replace "draw a" with "withdraw" | Transcription Error |
| 779:17 | Replace "gone" with "going" | Transcription Error |
| 798:19 | Insert "are" between "that" and "out" | Transcription Error |
| 803:3 | Insert "had" between "he" and "access" | Transcription Error |
| 803:12 | Replace "STBE" with "STB" | Transcription Error |
| 828:15 | Replace "Rigger" with "Rivers" | Transcription Error |
| 829:7 | Insert ", I don't have an ownership or financial interest in Cascade Settlement Services as a company. I do, however, have the right to share in distributions from certain claims they manage, but those do not include claims in this case or any other case in which I am a | Clarification |

| | | |
|---|---|---|
| | testifying expert or OnPoint has performed any services" after "No" | |

Date: August 28, 2014

Gordon Rausser

Gordon C. Rausser, Ph.D.