# EXHIBIT 6

# REDACTED/PRIVILEGED

**From:** Rod Montgomery [mailto:rodmontgomery@hotmail.com]
**Sent:** Monday, March 10, 2014 3:03 PM
**To:** Ballenger, Scott (DC)
**Subject:** RE: Rail Freight Fuel Surcharge Antitrust Litigation - MDL 1869

Mr. Ballenger,

I may have some relevant information regarding the damages model created by OnPoint Analytics re: the above case.

I currently work for a company called Cascade Settlement Services, LLC. This company processes settlement claims in class action settlements. We also purchase claims from companies for a fraction of the estimated/projected value.

The reason for my email. I fear the company's involvement with Gordon Rausser, majority owner in OnPoint Analytics, could be a serious conflict of interest and an ultimate problem for my sales personnel. Mr. Rausser holds a non-voting percentage ownership in our company, specifically Cascade, LLC. I believe he has a 10% interest in the company. As a result, he stands to gain directly from any purchases of claims made in the Rail case. He has been able to keep the company apprised of all developments in the case given he has "insider" information. His model would also might have indirect or direct benefit to him financially.

I have made a request of the company ownership and management to verify with the court that our relationship with Mr. Rausser would not represent a conflict of interest. If my sales personnel proceed with sales and are later punished by a "claw back" of commissions due to the contracts being declared null and void as a result of a later discovered conflict of interest, the adverse financial impact on the team and me would be catastrophic. Since I have not had a reply to my inquiry for over a month, I believe it's my responsibility to pursue an answer. As I understand it, Mr. Rausser is good friends with the judge. As a result, I'm directing my inquiry to you.

Please let me know if you believe there may be a conflict of interest. Or, if you're not the correct party, maybe you could recommend to whom I should inquire.

Sincerely,

Rod Montgomery
Director of Inside Sales
Cascade, LLC (dba) Spectrum Settlement Recovery and Cascade Settlement Services
650-201-6117 cell