# EXHIBIT 7

# *In re* RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION

## GORDON RAUSSER, PH.D. - Vol. 3

*July 31, 2014*

## *HIGHLY CONFIDENTIAL*

MERRILL CORPORATION
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

Q. And have you received your share of those
distributions at certain points in time?
A. Yes.
Q. Does OnPoint Analytics have a financial interest
in the outcome of this case? 18:49:37
A. No.
Q. Are you familiar a company called Cascade
Settlement Services LLC?
A. Yes.
Q. How do you know them? 18:49:47
A. I know them because of the principals that exist
at Cascade, many years ago they started another firm
looking at claims in security cases and class
certification cases, and I did some analysis. My
company -- in fact, at that point, Charles Rigger 18:50:09
(phonetic) did some analysis looking at the probability
analysis with regard to claims and what was the
probability associated with the value of those claims.
Q. Is there any formal relationship between OnPoint
Analytics and Cascade Settlement Services? 18:50:29
A. No, but we have -- OnPoint Analytics has done
some work for them in the past. There was an acquisition
of a company, and OnPoint Analytics was asked to do some
analysis about what the value was of the other company,
and they looked at all their records and did a financial 18:50:51

analysis of what was the value of that company.

Q. So OnPoint Analytics doesn't have any ownership or other financial interest in Cascade Settlement Services?

A. No. 18:51:02

Q. Do you?

A. No.

Q. Do you or OnPoint Analytics have any ownership or financial interest in any company that has purchased claims in this case? 18:51:12

A. No.

MR. CROSS: I don't have any further questions.

MR. WERDER: Just a couple of questions.

Before I ask them, I'll apologize on the record, Mr. Cross, for calling his hypothetical absurd when I 18:51:58 should have just called it incomplete.

EXAMINATION

BY MR. WERDER:

Q. Dr. Rausser, let me ask you to direct your attention to page 63 of your latest report, please. And 18:52:06 Mr. Soven asked you earlier in the deposition about the last sentence on that page, carrying over onto the top of page 64, and the sentence reads, quote: "Further, a leading treatise Dr. Kalt invokes in other contexts, Areeda and Hovenkamp, explicitly rejects Dr. Kalt's 18:52:34

STATE OF CALIFORNIA ) ss:
COUNTY OF MARIN )

I, LESLIE ROCKWOOD, CSR NO. 3452, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 4th day of August, 2014.

LESLIE ROCKWOOD, RPR, CSR NO. 3462