# EXHIBIT 11

# FILED UNDER SEAL