# EXHIBIT 12

# FILED UNDER SEAL