# EXHIBIT 20

# FILED UNDER SEAL