# EXHIBIT 21

files 8/22/14

NOTICE OF TERMINATION

Reference is made to that Consultation Agreement ("Agreement") dated December 16, 2010 between Cascade Settlement Services LLC ("Cascade") and Gordon Rausser ("Rausser") with an Effective Date of December 16, 2010. Section 7(c)(iv) of the Agreement provides that it shall be immediately terminable in the event certain fees are not paid to Rausser over any consecutive twelve month period commencing on or after the Second (2nd) anniversary of the Effective Date (December 16, 2012). No such fees have been paid to Rausser at any time and more than twelve months have elapsed since the second anniversary of the Effective Date.

As a result, Rausser hereby gives notice that he has terminated the Agreement pursuant to Section 7(c)(iv). Such termination shall be effective as of January 1, 2014.

Gordon Rausser

Gordon Rausser

CASCADE EXHIBIT 38
10/16/14
JANIS JENNINGS
CSR, CLR, CCRR