# EXHIBIT 22

**GORDON C. RAUSSER, PH.D.**
661 San Luis Road
Berkeley, CA 94707
Phone 510-643-9942

September 29, 2014

John Chilcott
Cascade Settlement Services
100 Shoreline Highway, Suite B-125
Mill Valley, CA 94941

William Hare
Cascade Settlement Services
100 Shoreline Highway, Suite B-125
Mill Valley, CA 94941

Dear John and Bill:

I am writing with regard to the Consultation Agreement ("Agreement") I entered into with Cascade Settlement Services LLC as of December 16, 2010 and which was subsequently terminated by me. Section 5 of that Agreement provides for the payment of certain fees to me based upon distributions from Cascade "Funds." There have been no such distributions to date and I have received no such fees. As we have previously discussed and agreed, under no circumstances am I ever to receive any payment, or have any financial participation in, claims related to cases where I am a testifying expert. Although this has always been our understanding since the outset of my relationship with Cascade, I am writing out of an abundance of caution to formally disclaim any fees that might otherwise be construed as owing to me at any time under the Agreement in connection with any case where I am a testifying expert.

Sincerely,

Gordon Rausser

Gordon Rausser

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SPECIAL CONFIDENTIALITY