# EXHIBIT 23

OnPoint

September 30, 2014

Via Certified Mail

John Chilcott
Managing Partner
Cascade Capital Management
100 Shoreline Highway, Suite B-125
Mill Valley, CA 94941

Re: Termination of Modeling Services Agreement

Dear Mr. Chilcott:

I am writing to notify you that OnPoint Analytics, Inc. has elected to terminate its Modeling Services Agreement with Cascade Settlement Services LLC which was entered into effective October 14, 2010. No services have been performed under that agreement for almost two years and OnPoint has elected to terminate early. Pursuant to section 5(c )(1) of the modeling Services Agreement, this termination shall become effective on December 30, 2014.

Sincerely

Laura R. Craft
President, OnPoint Analytics, Inc.