# EXHIBIT 24

# ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT (this "Agreement") is executed and delivered as of August 29, 2014, by and between CASCADE SETTLEMENT SERVICES LLC ("Cascade"), a Delaware limited liability company, and CASCADE SETTLEMENT SERVICES FUND I LLC ("CF1"), a California limited liability company. Cascade and CF1 are sometimes collectively referred to in this Agreement as "Parties" or individually as "Party".

WHEREAS, Cascade is the Manager of CF1 pursuant to the Operating Agreement of Cascade Settlement Services Fund I LLC ("CF1 Operating Agreement"), dated August 15, 2011;

WHEREAS, CF1 owns the rights to certain class action claims ("Claim Purchases"), attached hereto as Exhibit A; and

WHEREAS CF1 wishes to assign all of its rights and obligations under the Claim Purchases to Cascade and Cascade wishes to accept all of CF1's rights and obligations under the Claim Purchases for corporate accounting and fund management reasons.

NOW, THEREFORE, for the consideration of a reduction of monies owed from CF1 to Cascade for the cost of various expenses Cascade has advanced on behalf of CF1 and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto, intending to be legally bound hereby, agree as follows:

1. Defined Terms. All initially capitalized terms used by not defined herein shall have the meaning ascribed to them in the CF1 Operating Agreement.

2. Assignment of Claim Purchases. On the terms and subject to the conditions set forth in the CF1 Operating Agreement, Cascade and CF1 hereby agree that CF1 shall assign all its right, title and interest and delegate all its obligations, responsibilities and duties in and to the Claim Purchases to Cascade.

3. Acceptance of Claim Purchases. Cascade hereby accepts the assignment of all of CF1's obligations, responsibilities and duties under the Claim Purchases and all of CF1's right, title and interest in and to the Claim Purchases.

4. Authorization. CF1 has the requisite power and authority to execute and deliver this Agreement, and to perform the transactions contemplated hereby or thereby, and that such performance does not constitute a violation of CF1's formation documents, by-laws or any other valid instrument to which CF1 is a party or by CF1 may be bound.

5. Due Execution; Validly Binding Agreement. This Agreement has been duly authorized, executed and delivered and constitutes a legal, valid and binding obligation of CF1, enforceable against it in accordance with its terms.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SPECIAL CONFIDENTIALITY

6. Title to Asset; No Liens. To the best of CF1's actual knowledge, CF1 has good, valid and marketable title to the Claim Purchases and can transfer the Claim Purchases free and clear of any mortgage, pledge, lien, security interest, claim or encumbrance. CF1 has not transferred the Claim Purchases or any interest therein except to Cascade hereunder.

7. Binding on Successors; No Third Party Beneficiaries. This Agreement shall be binding upon and inure to the benefit of the Parties hereto, their successors in interest and permitted assigns. This Agreement is not intended to confer any rights or remedies on any person or entity other than the Parties hereto.

8. Counterparts. This Agreement may be executed in two or more counterparts, all of which shall be considered one and the same agreement and shall become effective when two or more counterparts have been signed by each of the Parties and delivered to the other Parties. Copies of executed counterparts transmitted by telecopy or other electronic transmission service shall be considered original executed counterparts.

9. Severability. In the event that any provision herein becomes or is declared by a court of competent jurisdiction to be illegal, unenforceable or void, this Agreement shall continue in full force and effect without said provision.

10. Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of California, without regard to its conflict of law rules, principles or provisions of such state or of any other state.

**Signature Page Follows.**

IN WITNESS WHEREOF, the Agreement has been executed by the Parties as of the date and year provided above.

| CASCADE SETTLEMENT SERVICES LLC | CASCADE SETTLEMENT SERVICES FUND I LLC |
|---|---|
| By: William Hare | By: John Chilcott |
| By: ____________________ | By: ____________________ |
| Name: William Hare | Name: John Chilcott |
| Title: Chief Executive Officer | Title: Agent |

**Exhibit A**
**to**
**Assignment and Assumption Agreement**

Claim Purchases

[attached]

## CLAIM PURCHASES

Sturgis Iron & Metal Co., Inc.