# EXHIBIT 27

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION

MDL No. 1869
Misc. No. 07-489 (PLF/AK/JMF)

This Document Relates To:

ALL DIRECT PURCHASER CASES

**FILED UNDER SEAL**

**EXHIBIT A**
**TO PLAINTIFFS' SUPPLEMENTAL REPLY MEMORANDUM OF LAW**
**IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

**SUPPLEMENTAL REPLY EXPERT REPORT OF GORDON RAUSSER, PH.D.**

# SUPPLEMENTAL REPLY EXPERT REPORT
# OF
# GORDON RAUSSER, PH.D.

**In the matter of**

***In Re: Rail Freight Fuel Surcharge Antitrust Litigation***
**USDC, District of Columbia, Case No. 1:07-mc-00489-PLF**

**Highly Confidential**
**Pursuant to Protective Order**

**May 28, 2014**

## X. ESTIMATING INDIVIDUAL DAMAGES

I have described in my reports and deposition how my damage model can be used to ***predict*** but-for prices. That method uses all of the transaction data in order to estimate the coefficients on the explanatory variables in the model. It then uses the values of those estimated coefficients and the values of the explanatory variables for data points in the sample, in order to predict but-for prices for those data points. These but-for prices are then compared to actual prices in order to calculate individual overcharges for Class Members. This method is described in the academic literature.[378] As discussed above, prediction error is inherent in this method and is common to all such analyses. The prediction error can either increase or decrease individual overcharges from their true values. Furthermore, for a soundly constructed model, it is random; and although it affects the *individual* overcharge estimation, it does not lead to an upward or downward bias in the estimation of overall *Class-wide* damages because positive unexplained variation offsets the negative unexplained variation.[379,380]

The prediction error at the individual shipment level that Dr. Kalt reports is a fact of all regression models.[381] Once again, Dr. Kalt is focusing on that segment of the prediction probability distribution that represents the margin of error. But because it has no bearing on the model's ability to estimate Class-wide damages – Dr. Kalt does not (and could not) contend that it does – the issues Dr. Kalt has raised about "negative damages" are principally about the

---

[378] Brander, J. and Ross, T., "Estimating Damages from Price-Fixing," in *Litigating Conspiracy: An Analysis of Competition Class Actions*, ed. by Stephen Pitel (2006), at 352; Greene, at p. 80: "After the estimation of the model parameters, a common use of regression modeling is for prediction of the dependent variable."
[379] In deposition, Dr. Kalt accepted that the regression model ensures that the sum of the residuals (the prediction errors) is zero and this means that roughly half of the shipments will have positive residuals and half will have negative residuals, Kalt Merits Deposition, at 39:5-14. He also agreed that to the extent positive residuals would cause inflated damages, negative residuals would cause deflated damages, Kalt Merits Deposition, at 40:13-25.
[380] Rubinfeld (2011), at p. 325: "It is useful to view the cumulative effect of all of these sources of modeling error as being represented by an additional variable, the error term, in the multiple regression model. An important assumption in multiple regression analysis is that the error term and each of the explanatory variables are independent of each other. (If the error term and an explanatory variable are independent, they are not correlated with each other.) To the extent this is true, the expert can estimate the parameters of the model without bias; the magnitude of ***the error term will affect the precision with which a model parameter is estimated, but will not cause that estimate to be consistently too high or too low***," (emphasis added).
[381] Greene, at p. 6; Fisher, at p. 278.

apportionment of damages to individual Class members after liability is established, rather than common impact. As described above and confirmed by Dr. Kalt, the model can be used to compare predicted but-for prices to actual prices, and this results in a finding of positive overall damages for shippers who represent [redacted] of Class revenue (when using the model without the STB data) and [redacted] of Class revenue (when using the model with the STB data). The model finds at least one damaged shipment for shippers who represent over [redacted] of Class revenue (using the model with or without the STB data). As discussed above, as a result of prediction error, there is some proportion of shippers for whom the model yields overall net negative damages. These shippers are responsible for a small number of shipments and revenue, and as described in the previous section are more likely to be subject to prediction error.

Given that Dr. Kalt has failed to demonstrate that the individual negative damages he finds using my Class-wide damage model have any bearing on common impact, his findings of "negative damages," which are found due to normal prediction error, are not evidence against common impact. Such normal prediction error will affect each shipment similarly and therefore, if a shipper has only a small number of shipments, can lead to a finding of overall negative damages. As such, negative individual damages do not undermine common impact. Rather, prediction error at the individual shipper or shipment level is only an issue for the task of apportioning Class-wide damages among individual shippers. It has no bearing on the reliable estimation of Class-wide damages, because in the aggregate, positive and negative prediction errors offset one another.

My understanding is that Plaintiffs will seek a Class-wide damages award based on my model. In my opinion, doing so reflects an appropriate use of my model, and such an award will reasonably estimate the Class-wide damages resulting from Defendants' conspiracy. To the extent there will be a need to allocate that award among the Class Members, my model provides substantial – and sufficient – information that can be used for such an allocation process.

For example, a Class-wide damages award could be apportioned among the individual Class Members based on applying the average overcharge that I found for the entire Class Period to the shipment volumes of individual Class members. Alternatively, an allocation process could be based on applying the weekly average overcharges shown by my model to the volumes of shipments of individual Class members during each week of the Class Period. Either method would, in my opinion, reflect a reasonable allocation of a Class-wide damages award in light of the compelling evidence that any Class members for which the model produces negative damages were not, in fact, uninjured as a result of Defendants' conspiracy.[382]

My model is also capable of providing the requisite information to permit a Class-wide damages award to be allocated among individual Class members based on what the model shows as to each individual Class member. Under such an approach, due to statistical prediction errors both "negative damages" and positive prediction errors computed by the model can be adjusted for the purposes of allocating any Class-wide damage award computed based on the model. Such adjustments are appropriate because the evidence shows that negatively damaged shippers were not immune from the effects of the conspiracy and were, in fact, damaged. There are methods for dealing with prediction error, including matching shippers with fewer transactions to shippers with similar attributes and a sufficient number of transactions in order to counter the prediction errors that occur for shippers with fewer transactions. Such adjustments could be performed and – to the extent Class-wide damages were not allocated among individual Class members based on shipment volumes – that would enable an estimation of individual overcharges (and damages) in a manner that accounts for both positive and negative prediction error.

[382] Finkelstein & Levenbach, at pp. 152-153: "a computation of average damages for a class has been accepted as an appropriate basis for individual damage awards to class members."

May 28, 2014

Respectfully submitted,

Gordon Rausser

Gordon Rausser, Ph.D.