# EXHIBIT 31

# Talbot, Rachel

**From:** Wanger, Christopher <CWanger@manatt.com>
**Sent:** Monday, September 29, 2014 6:29 PM
**To:** Cross, David
**Cc:** Talbot, Rachel
**Subject:** RE: In re Rail Freight Fuel Surcharge Litigation - Subpoena to Cascade

David, As reflected in my email below, after our correspondence, counsel for Rausser communicated objections to us to the subpoena to Cascade. In light of the objections and to prevent any claim by Rausser that Cascade produced documents prematurely (e.g., before Rausser could move to quash), Cascade needs to wait until the October 1 response date to respond to the Subpoena.

Christopher Wanger
Partner
____________________________

Manatt, Phelps & Phillips, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
D (415) 291-7410 F (415) 291-7500

CWanger@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
-----Original Message-----
From: Cross, David [mailto:DCross@crowell.com]
Sent: Monday, September 29, 2014 3:02 PM
To: Wanger, Christopher
Cc: Talbot, Rachel
Subject: Re: In re Rail Freight Fuel Surcharge Litigation - Subpoena to Cascade

Chris - can you please respond? I thought we had an agreement that you would produce the requested documents upon entry of the PO by the court. We agreed to your terms and got it filed quick. Can you please let me know what your plan is? We need to get this resolved quickly.

Thanks.
David

Sent from my iPhone

On Sep 26, 2014, at 7:58 PM, "Cross, David" <DCross@crowell.com<mailto:DCross@crowell.com>> wrote:

Are you not going to produce documents now? You agreed to produce them upon entry of the PO. Has that changed?

Sent from my iPhone

On Sep 26, 2014, at 9:44 PM, "Wanger, Christopher" <CWanger@manatt.com<mailto:CWanger@manatt.com>> wrote:

Mr. Gassman, I understand from our call today that Plaintiffs have objections to the subpoena served on Cascade, including objections based on the discovery cut-off date and other issues. If Plaintiffs intend to move to quash the subpoena served on Cascade or contend that there are other grounds that preclude Cascade's compliance with the subpoena, please notify me immediately but in any event before October 1, the responsive date for the subpoena.

Christopher Wanger
Partner
________________________

Manatt, Phelps & Phillips, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
D (415) 291-7410 F (415) 291-7500

CWanger@manatt.com<mailto:CWanger@manatt.com>
manatt.com<http://manatt.com>
CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.