# EXHIBIT 33

**Talbot, Rachel**

---

**From:** Wanger, Christopher <CWanger@manatt.com>
**Sent:** Thursday, September 25, 2014 9:44 PM
**To:** Cross, David
**Cc:** Talbot, Rachel
**Subject:** RE: Cascade Subpoena

Delay? You must be joking. You'll have the documents as soon as the order is entered protecting Cascade's interests, which should be before the October 1 response date for the subpoena.
The incidences of law firms misusing confidential information produced in discovery are well known. Quinn, another respected firm involved in this case, was recently sanctioned for more than $2M for violations of a protective order applicable to confidential info. Absent the court order, my client has no viable remedy for misuse of its confidential information, which I'm sure you appreciate.

Christopher Wanger
Partner
________________________

Manatt, Phelps & Phillips, LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
D (415) 291-7410 F (415) 291-7500

CWanger@manatt.com
manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

-----Original Message-----
From: Cross, David [mailto:DCross@crowell.com]
Sent: Thursday, September 25, 2014 6:25 PM
To: Wanger, Christopher
Cc: Talbot, Rachel
Subject: Re: Cascade Subpoena

Chris - with respect, this is starting to feel like a delay tactic. You have our agreement to the terms. We'll get this signed by all parties and filed ASAP. There's no reason to hold up production, at least as to the other firms. You said your client doesn't have a dog in this fight. Respectfully, it doesn't feel that way.

Thanks.
David

Sent from my iPhone

> On Sep 25, 2014, at 9:09 PM, "Wanger, Christopher" <CWanger@manatt.com> wrote:
>
> As soon as the judge enters the Protective Order.
>
> Christopher Wanger
> Partner
> ________________________
>
> Manatt, Phelps & Phillips, LLP
> One Embarcadero Center
> 30th Floor
> San Francisco, CA 94111
> D (415) 291-7410 F (415) 291-7500
>
> CWanger@manatt.com
> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
>
> -----Original Message-----
> From: Talbot, Rachel [mailto:RTalbot@crowell.com]
> Sent: Thursday, September 25, 2014 6:08 PM
> To: Wanger, Christopher
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> Thank you. Can you tell us when we will receive the responsive documents?
>
> -----Original Message-----
> From: Wanger, Christopher [mailto:CWanger@manatt.com]
> Sent: Thursday, September 25, 2014 9:05 PM
> To: Talbot, Rachel
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> Signed stip is attached.
>
> Christopher Wanger
> Partner
> ________________________
>
> Manatt, Phelps & Phillips, LLP
> One Embarcadero Center
> 30th Floor
> San Francisco, CA 94111

> D (415) 291-7410 F (415) 291-7500
>
> CWanger@manatt.com
> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
>
> -----Original Message-----
> From: Talbot, Rachel [mailto:RTalbot@crowell.com]
> Sent: Thursday, September 25, 2014 5:49 PM
> To: Wanger, Christopher
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> We are fine with these changes. Please send a signed copy and we will file with tomorrow.
>
> Rachel
>
> Rachel Talbot
> Crowell and Moring
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004
> Direct: 202-624-2763
>
>
>
>
> -----Original Message-----
> From: Wanger, Christopher [mailto:CWanger@manatt.com]
> Sent: Thursday, September 25, 2014 7:07 PM
> To: Talbot, Rachel
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> Attached are Cascade's comments to the stipulation.
>
> Christopher Wanger
> Partner
> ________________________
>
> Manatt, Phelps & Phillips, LLP
> One Embarcadero Center
> 30th Floor
> San Francisco, CA 94111
> D (415) 291-7410 F (415) 291-7500
>
> CWanger@manatt.com

> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
>
> -----Original Message-----
> From: Talbot, Rachel [mailto:RTalbot@crowell.com]
> Sent: Thursday, September 25, 2014 2:47 PM
> To: Wanger, Christopher
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> Ms. Conaway is a paralegal. She does not do any class action settlement work.
>
> Please let me know if you have any other questions I can address.
>
> Rachel
>
> -----Original Message-----
> From: Wanger, Christopher [mailto:CWanger@manatt.com]
> Sent: Thursday, September 25, 2014 5:41 PM
> To: Talbot, Rachel
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> I've forwarded the draft to Cascade and expect to be able to get back to you later today or tomorrow. Is Jenna Conaway a paralegal there? Does she do class action settlement work?
>
> Christopher Wanger
> Partner
> _________________________
>
> Manatt, Phelps & Phillips, LLP
> One Embarcadero Center
> 30th Floor
> San Francisco, CA 94111
> D (415) 291-7410 F (415) 291-7500
>
> CWanger@manatt.com
> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
>

> -----Original Message-----
> From: Talbot, Rachel [mailto:RTalbot@crowell.com]
> Sent: Thursday, September 25, 2014 2:36 PM
> To: Wanger, Christopher
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> Mr. Wanger,
>
> I do not believe we have received a response from you yet with respect to the draft stipulation. We would like to file this with the court no later than tomorrow. Can you please let us know as soon as possible if you agree with this draft? I have attached it again for convenience.
>
> Thanks,
> Rachel
>
> Rachel Talbot
> Crowell and Moring
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004
> Direct: 202-624-2763
>
>
>
>
> -----Original Message-----
> From: Talbot, Rachel
> Sent: Wednesday, September 24, 2014 11:17 PM
> To: 'Wanger, Christopher'
> Cc: Cross, David
> Subject: RE: Cascade Subpoena
>
> Mr. Wanger,
>
> Attached please find a draft stipulation and order as requested. Please let us know as soon as possible if you agree to this stipulation so we can file with the court tomorrow.
>
> Rachel
>
> Crowell & Moring LLP
> Privileged and Confidential
> Attorney-Client Communication
> Attorney Work Product
>
> This message contains privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.
> ============================================================
>
>
> -----Original Message-----
> From: Wanger, Christopher [mailto:CWanger@manatt.com]

> Sent: Wednesday, September 24, 2014 8:40 PM
> To: Cross, David
> Cc: Talbot, Rachel
> Subject: RE: Cascade Subpoena
>
> Cascade needs a court order to protect against the other defense firms simply providing Cascade's competitively sensitive info to Crowell.
>
> Christopher Wanger
> Partner
> ________________________
>
> Manatt, Phelps & Phillips, LLP
> One Embarcadero Center
> 30th Floor
> San Francisco, CA 94111
> D (415) 291-7410 F (415) 291-7500
>
> CWanger@manatt.com
> manatt.com
>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
>
> -----Original Message-----
> From: Cross, David [mailto:DCross@crowell.com]
> Sent: Wednesday, September 24, 2014 5:27 PM
> To: Wanger, Christopher
> Cc: Talbot, Rachel
> Subject: Re: Cascade Subpoena
>
> Chris -
>
> To expedite the production, will Cascade go ahead and produce to the other defense firms whatever documents it intends to produce so we can quickly figure out whether there's an issue here, and we can nail down a protective order regarding Crowell at the same time? I don't want the production held up over this unusual "competitor" issue. Rachel will send you the PO in the MDL ASAP and we'll try to get you a draft order re Crowell tomorrow. But in the event that requires some time to nail down, it would help if the other defense firms could go ahead and review the production.
>
> Thanks for your help and cooperation.
>
> David
>
>
> Sent from my iPhone
>
> On Sep 24, 2014, at 8:14 PM, "Wanger, Christopher" <CWanger@manatt.com<mailto:CWanger@manatt.com>> wrote:

>
> I will accept service of the new subpoena. As I mentioned in my call with David and as reflected in Cascade's objections, Cascade objects to producing documents to Crowell because it is a direct competitor of Cascade. Any production by Cascade to Crowell in response to the subpoena must be subject to a Protective Order that would augment any existing protective order applicable to confidential documents and that limits access to specific attorneys at Crowell not involved in filing class action lawsuits and limits use of the documents to this action. I suggest that you forward a draft stipulated order for review and any existing protective order entered in the case addressing confidential documents.
>
> Christopher Wanger
> Partner
> ________________________
>
> Manatt, Phelps & Phillips, LLP
> One Embarcadero Center
> 30th Floor
> San Francisco, CA 94111
> D (415) 291-7410 F (415) 291-7500
>
> CWanger@manatt.com<mailto:CWanger@manatt.com>
> manatt.com<http://manatt.com>
> CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
> From: Talbot, Rachel [mailto:RTalbot@crowell.com]
> Sent: Wednesday, September 24, 2014 9:46 AM
> To: Wanger, Christopher
> Cc: Cross, David
> Subject: Cascade Subpoena
>
> Mr. Wanger,
>
>
> Please find the attached subpoena for Cascade Settlement Services. It is our understanding that you will accept service on Cascade's behalf. If this is no longer the case, please let us know by noon tomorrow.
>
>
>
> Rachel
>
> Rachel Talbot
> Crowell and Moring
> 1001 Pennsylvania Avenue, NW
> Washington, DC 20004
> Direct: 202-624-2763
>
>