**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion for Leave to File a Supplemental Expert Report, filed October 31, 2014. Having considered the Motion and the papers submitted in support of and in opposition thereto, the Court HEREBY ORDERS that Plaintiffs' Motion for Leave to File a Supplemental Expert Report is DENIED.

**IT IS SO ORDERED.**

Date: ______________

__________________________
PAUL L. FRIEDMAN
United States Judge