**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF) |

**NOTICE OF FILING UNDER SEAL**

PLEASE TAKE NOTICE that on April 15, 2015, Defendant Union Pacific Railroad Company filed under seal Defendants' Statement On Further Class Certification Proceedings, pursuant to the Order dated November 26, 2014.  Dkt. No. 756.

Dated:  April 15, 2015                                              Respectfully submitted,

         /s/ Daniel M. Wall

| | |
|---|---|
| Daniel M. Wall<br>Timothy L. O'Mara<br>Christopher Campbell<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:   (415) 391-0600<br><br>J. Scott Ballenger (D.C. Bar No. 465252)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:   (202) 637-2200 | Tyrone R. Childress<br>David G. Meyer<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA  90071-2300<br>Telephone:   (213) 489-3939<br><br>Alan M. Wiseman (D.C. Bar No. 187971)<br>Thomas A. Isaacson (D.C. Bar No. 376959)<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004-2401<br>Telephone:   (202) 662-6000 |

*Attorneys for Defendant Union Pacific Railroad Company*

## **CERTIFICATE OF SERVICE**

I, Daniel M. Wall, an attorney of record, certify that on April 15, 2015, I caused a true and correct copy of the foregoing document to be served by email on counsel for Plaintiffs.

/s/ Daniel M. Wall

DC\3815925