UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF/AK/GMH) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | **PUBLICLY FILED VERSION** |

**DECLARATION OF ALICIA COBB**

I, Alicia Cobb, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, Interim Co-Lead Class Counsel in the above matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Leave to File Supplemental Expert Report.

2. Attached as CD Exhibit 1 is a true and correct copy of excerpts from the Corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010.

3. Attached as CD Exhibit 2 is a true and correct copy of excerpts from the Corrected Expert Report of Joseph P. Kalt, Ph.D., dated March 1, 2013.

4. Attached as CD Exhibit 3 is a true and correct copy of excerpts from the Deposition of Joseph P. Kalt, Ph.D., dated May 7, 2014.

5. Attached as CD Exhibit 4 is a true and correct copy of excerpts from the Additional Production of Joseph P. Kalt, Ph.D., dated August 7, 2014.

6. Attached as CD Exhibit 5 is a true and correct copy of the Supplemental Charts of Gordon Rausser, Ph.D., dated September 22, 2014.

7. Attached as CD Exhibit 6 is a true and correct copy of the transcript of the Court hearing held on August 21, 2014.

8. Attached as CD Exhibit 7 is a true and correct copy of excerpts from the Deposition of Gordon Rausser, Ph.D., dated October 1, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2015, in Seattle, Washington.

Alicia Cobb

Alicia Cobb

## CERTIFICATE OF SERVICE

I, Kyle R. Taylor, certify that on July 8, 2015, I caused a true and correct copy of the foregoing to be served by email on counsel for defendants.

/s/ Kyle R. Taylor