UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF/AK/GMH) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | **PUBLICLY FILED VERSION** |

**PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OFFERED BY DR. JOSEPH KALT**

Plaintiffs respectfully move this Court, pursuant to Federal Rule of Evidence 702, to exclude the opinions offered by Dr. Joseph Kalt and refuse to consider his opinions on class certification. This motion is supported by the accompanying Memorandum of Law in Support of Motion to Exclude Opinions Offered by Dr. Joseph Kalt, and the Declaration of Alicia Cobb and exhibits attached thereto. A proposed order is attached.

Dated: July 15, 2015

Respectfully submitted,

/s/ Michael D. Hausfeld
Michael D. Hausfeld (DC Bar #153742)
Sathya S. Gosselin (DC Bar #989710)
Seth R. Gassman (DC Bar #1011077)
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeldllp.com

Michael P. Lehmann
HAUSFELD LLP
44 Montgomery Street Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
Richard I. Werder, Jr.
Daniel L. Brockett
Kyle R. Taylor
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

Alicia Cobb
QUINN EMANUEL URQUHART & SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I, Kyle R. Taylor, certify that on July 15, 2015, I caused a true and correct copy of the foregoing to be served by email on counsel for defendants.

/s/ Kyle R. Taylor