UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF/AK/GMH) |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | **PUBLICLY FILED VERSION** |

**DECLARATION OF ALICIA COBB**

I, Alicia Cobb, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, Interim Co-Lead Class Counsel in the above matter. I submit this declaration in support of Plaintiffs' Motion to Exclude Opinions Offered by Dr. Joseph P. Kalt.

2. Attached as CD Exhibit 1 is a true and correct copy of excerpts from the Deposition of Joseph P. Kalt, Ph.D., dated May 28, 2013.

3. Attached as CD Exhibit 2 is a true and correct copy of excerpts from the Corrected Expert Report of Joseph P. Kalt, Ph.D., dated March 1, 2013.

4. Attached as CD Exhibit 3 is a true and correct copy of a July 2004 email chain attaching a memorandum titled "FSC Strategies and Options" dated July 14, 2004, produced at NS_010034936.

5. Attached as CD Exhibit 4 is a true and correct copy of an email dated October 12, 2005, and the attached presentation entitled "Fuel Surcharge Analysis," produced at UPFSC0103468.

6. Attached as CD Exhibit 5 is a true and correct copy of the Air Freight and Surface Transportation Freight Pulse 10: Shipper Survey has Good News for Railroads but Bad for

Trucks, prepared by Morgan Stanley Research North America, dated April 10, 2006 and produced at BNSF-0533031-067.

7. Attached as CD Exhibit 6 is a true and correct copy of excerpts of the United States Department of Agriculture and the United States Department of Transportation "Study of Rural Transportation Issues" dated April 2010.

8. Attached as CD Exhibit 7 is a true and correct copy of excerpts from the corrected Expert Report of Dr. John H. Johnson, IV, dated February 15, 2013.

9. Attached as CD Exhibit 8 is a true and correct copy of excerpts from the Corrected Expert Report of Barry C. Harris, Ph.D., dated March 22, 2013.

10. Attached as CD Exhibit 9 is a true and correct copy of the Additional Production of Joseph P. Kalt, Ph.D., dated August 7, 2014.

11. Attached as CD Exhibit 10 is a true and correct copy of the Supplemental Charts of Gordon Rausser, Ph.D., dated September 22, 2014.

12. Attached as CD Exhibit 11 is a true and correct copy of an excerpt of the AAR Verified Statement of Joseph P. Kalt, Ph.D., dated September 5, 2014.

13. Attached as CD Exhibit 12 is a true and correct copy of an excerpt from the Deposition of Dennis Carlton, Ph.D., dated May 14, 2013.

14. Attached as CD Exhibit 13 is a true and correct copy of excerpts from the Deposition of Joseph P. Kalt, Ph.D., dated August 8, 2014.

15. Attached as CD Exhibit 14 is a true and correct copy of an excerpt from the Expert Report of Janusz A. Ordover, Ph.D., dated January 22, 2013.

16. Attached as CD Exhibit 15 is a true and correct copy of an excerpt from the Expert Report of Dennis Carlton, Ph.D., dated February 6, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2015, in Seattle, Washington.

Alicia Cobb

Alicia Cobb

## CERTIFICATE OF SERVICE

I, Kyle R. Taylor, certify that on July 15, 2015, I caused a true and correct copy of the foregoing to be served by email on counsel for defendants.

/s/ Kyle R. Taylor