**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869<br>Misc. No. 07-489 (PLF) |
| This document relates to:<br><br>ALL CASES | PUBLIC VERSION |

**DECLARATION OF TIMOTHY O'MARA**

I, Timothy O'Mara, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an active member in good standing with the State Bar of California and a partner at the law firm of Latham & Watkins LLP, counsel for Defendant Union Pacific Railroad Company in the above-captioned matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion To Exclude Opinions Offered By Dr. Joseph Kalt.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated June 3, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the Expert Reply Report of Gordon Rausser, Ph.D., dated August 27, 2010.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated September 24, 2010.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Expert Report of Gordon Rausser, Ph.D., dated October 15, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated December 11, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated December 18, 2012.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Expert Report of Janusz A. Ordover, Ph.D., dated January 22, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Corrected Expert Report of Dennis W. Carlton, Ph.D. On Behalf of Defendant Union Pacific Railroad Company, dated February 6, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the Expert Report of Dr. John H. Johnson, IV, dated February 15, 2013.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the Expert Report of Joseph P. Kalt, Ph.D., dated March 1, 2013.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Expert Report of James T. McClave, Ph.D., dated June 12, 2013.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the Expert Reply Report of Gordon Rausser, Ph.D., dated June 12, 2013.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Supplemental Expert Report of Gordon Rausser, Ph.D., dated December 19, 2013.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the transcript of the deposition of James T. McClave, Ph.D., dated February 26, 2014.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated March 4, 2014.

18. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated March 5, 2014.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Joseph P. Kalt, Ph.D., dated March 31, 2014 and corrected May 6, 2014.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the Supplemental Reply Expert Report of Gordon Rausser, Ph.D., dated May 28, 2014.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Sur-Reply Declaration of Joseph P. Kalt, Ph.D., dated July 21, 2014.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from the transcript of the deposition of Gordon Rausser, Ph.D., dated July 31, 2014.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the transcript of the status conference before the Court on October 21, 2014.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the Expert Report of Jeffrey J. Leitzinger, Ph.D., dated April 1, 2015.

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey J. Leitzinger, Ph.D., dated June 25, 2015.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey J. Leitzinger, Ph.D., dated June 26, 2015.

27. Attached hereto as Exhibit 26 is a true and correct copy of the Expert Report of Dennis W. Carlton, Ph.D., July 15, 2015.

28. Attached hereto as Exhibit 27 is a true and correct copy of the curriculum vitae for Dr. Joseph Peggs Kalt, as provided to me by Dr. Kalt's staff on July 31, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2015, in San Francisco, California.

Timothy L. O'Mara

Timothy L. O'Mara

**CERTIFICATE OF SERVICE**

I, Timothy O'Mara, an attorney of record, certify that on July 31, 2015, I caused a true and correct copy of the foregoing to be served by email on counsel for Plaintiffs.

/s/ Timothy O'Mara________