**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/GMH) |

**THE PARTIES' JOINT STATEMENT OF PROPOSED TOPICS FOR CLASS
CERTIFICATION HEARING OPENING ARGUMENTS**

Per the Court's July 7, 2016 Order (Docket No. 809) directing the parties to meet and confer and submit a proposed list of topics for opening arguments for the upcoming class certification remand hearing, scheduled for September 26-30, 2016, the parties jointly propose the following topics for opening argument, which will begin September 26 and likely carry over to the morning of September 27, for a total of four hours per side:

1. Current class certification law and key facts as they relate to the standards for evaluating common proof of class-wide injury and the implications in this case, including:

    a. Whether *Behrend* and the D.C. Circuit's remand decision, and other relevant decisions, establish a more demanding standard for evaluating expert proof of class-wide injury than the standard previously applied by this Court, and if so, how that standard should be properly articulated or characterized;

    b. Whether *Behrend* and the D.C. Circuit's remand decision, and other relevant decisions, including *Tyson Foods v. Bouaphakeo*, 136 S. Ct. 1036 (2016), reflect a rejection of Fifth and Seventh Circuit precedents holding that "[c]lass certification is not precluded simply because a class may include persons who have not been injured by the defendants' conduct," *Mims v. Steward Title Guar. Co.*, 590 F.3d 298, 308 (5th Cir. 2009) (citing *Kohen v. Pacific Inv. Mgmt. Co.*, 571 F.3d 672, 677 (7th Cir. 2009)); and if so, the implications of

such rejection in this case; and

    c. Any other implications of *Tyson Foods*.

2. Whether the proposed class here should be recertified in light of the law and record evidence, including but not limited to:

    a. False Positives: whether the damages model presented by plaintiffs' expert generates "false positives," including with respect to shipments under "legacy" contracts;

    b. Common Impact: including but not limited to issues regarding whether shippers were not injured, coverage, and enforcement of fuel surcharges; and

    c. Damages: current class certification law on damages under Rule 23(b)(3) (including the acceptability of aggregate or average proof of damages) and the implications in this case.

The parties respectfully submit that the most effective and efficient way to proceed is by each side addressing all topics in a single argument, with Plaintiffs going first on all topics, followed by Defendants on all topics, and ending with Plaintiffs' rebuttal within any remaining time allotted for Plaintiffs' opening argument.

///

Dated:   September 9, 2016                              Respectfully submitted,

| | |
|---|---|
|       /s/ Daniel M. Wall | |
| Daniel M. Wall | Tyrone R. Childress |
| Timothy L. O'Mara | JONES DAY |
| Christopher B. Campbell | 555 South Flower Street, 50th Floor |
| LATHAM & WATKINS LLP | Los Angeles, CA 90071-2300 |
| 505 Montgomery Street, Suite 2000 | Telephone: (213) 489-3939 |
| San Francisco, CA 94111 | |
| Telephone: (415) 391-0600 | |
| | |
| J. Scott Ballenger (D.C. Bar No. 465252) | Thomas A. Isaacson (D.C. Bar No. 376959) |
| LATHAM & WATKINS LLP | COVINGTON & BURLING LLP |
| 555 Eleventh Street, NW, Suite 1000 | 850 Tenth Street, NW |
| Washington, D.C. 20004 | Washington, DC 20001 |
| Telephone: (202) 637-2200 | Telephone: (202) 662-6000 |

*Attorneys for Defendant Union Pacific Railroad Company*

| | |
|---|---|
|       /s/ Kent A. Gardiner | |
| Kent A. Gardiner (D.C. Bar No. 432081) | David D. Cross (D.C. Bar No. 490187) |
| Shari Ross Lahlou (D.C. Bar No. 476630) | MORRISON & FOERSTER LLP |
| Luke van Houwelingen (D.C. Bar No. 989950) | 2000 Pennsylvania Avenue, NW, Suite 6000 |
| | Washington, D.C. 20006 |
| CROWELL & MORING LLP | Telephone:   (202) 887-1500 |
| 1001 Pennsylvania Avenue, NW | |
| Washington, DC  20004 | |
| Telephone:   (202) 624-2500 | |

*Attorneys for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| /s/ John M. Nannes | |
| John M. Nannes (D.C. Bar No. 195966) | Saul P. Morgenstern |
| Sean M. Tepe (D.C. Bar No. 1001323) | Jennifer B. Patterson |
| SKADDEN, ARPS, SLATE, | KAYE SCHOLER LLP |
|   MEAGHER & FLOM LLP | 250 West 55th Street |
| 1440 New York Avenue, N.W. | New York, NY  10075 |
| Washington, DC  20005 | Telephone:  (212) 836-8000 |
| Telephone:  (202) 371-7000 | |
| | Claudia R. Higgins (D.C. Bar No. 940288) |
| | KAYE SCHOLER LLP |
| | 901 Fifteenth Street, NW |
| | Washington, DC  20005 |
| | Telephone:  (202) 682-3500 |

*Attorneys for Defendant Norfolk Southern Railway Co.*

| | |
|---|---|
| /s/ Randy M. Mastro | |
| Randy M. Mastro | Theodore J. Boutros, Jr. |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 200 Park Avenue | 333 South Grand Avenue |
| New York, NY  10166 | Los Angeles, CA  90071 |
| Telephone:  (212) 351-4047 | Telephone:  (213) 229-7000 |
| | |
| Joshua H. Soven (D.C. Bar No. 436633) | Veronica S. Lewis |
| Andrew S. Tulumello (D.C. Bar No. 468351) | Robert C. Walters |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1050 Connecticut Avenue, NW | 2100 McKinney Avenue, Suite 1100 |
| Washington, DC  20036 | Dallas, TX  75201 |
| Telephone:  (202) 955-8500 | Telephone: (214) 698-3100 |
| | |
| Samuel M. Sipe, Jr. (D.C. Bar No. 256446) | |
| Linda Stein (D.C. Bar No. 376217) | |
| STEPTOE & JOHNSON LLP | |
| 1330 Connecticut Avenue, NW | |
| Washington, DC  20036 | |
| Telephone:  (202) 429-3000 | |

*Attorneys for Defendant BNSF Railway Company*

| | |
|---|---|
| /s/ Michael D. Hausfeld | /s/ Stephen R. Neuwirth |
| Michael D. Hausfeld (DC Bar #153742) | Stephen R. Neuwirth |
| Seth R. Gassman (DC Bar #1011077) | Richard I. Werder, Jr. |
| Sathya S. Gosselin (DC Bar #989710) | Daniel L. Brockett |
| HAUSFELD LLP | Sami H. Rashid |
| 1700 K Street NW, Suite 650 | QUINN EMANUEL URQUHART |
| Washington, DC 20006 |   & SULLIVAN, LLP |
| Telephone: (202) 540-7200 | 51 Madison Avenue, 22nd Floor |
| Facsimile: (202) 540-7201 | New York, NY 10010 |
| Email: mhausfeld@hausfeldllp.com | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | Email: stephenneuwirth@quinnemanuel.com |
| | |
| | Alicia Cobb |
| | QUINN EMANUEL URQUHART |
| |   & SULLIVAN, LLP |
| | 600 University Street, Suite 2800 |
| | Seattle, WA 98101 |
| | Telephone: (206) 905-7000 |
| | Facsimile: (206) 905-7100 |

*Co-Lead Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Stephen R. Neuwirth, certify that on September 9, 2016, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

/s/ Stephen R. Neuwirth