IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-0489 (PLF/AK/GMH) |
| This document relates to:<br><br>ALL CASES | |

[PROPOSED] ORDER

Upon consideration of the parties' Joint Proposal Regarding a Stay, it is hereby ordered that all proceedings in Miscellaneous Case No. 07-0489 are STAYED until September 13, 2018, by which time the parties shall submit a status report and recommendation(s) concerning further proceedings.

SO ORDERED.

_____
PAUL L FRIEDMAN
United States District Judge

DATE: 2/15/18