**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/JMF/AK) |
| This document relates to:<br><br>ALL CASES | |

**NOTICE OF FILING OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL**

PLEASE TAKE NOTICE that on May 29, 2018, Plaintiffs are filing public versions of Exhibits 2, 26, 147, 165, 166, 167, and 177 to the Declaration of Sami H. Rashid In Support of Plaintiffs' Motion for Class Certification, dated March 18, 2010 (Dkt. 337).

Respectfully submitted,

/s/ Michael D. Hausfeld
Michael D. Hausfeld (DC Bar #153742)
Sathya S. Gosselin (DC Bar #989710)
Swathi Bojedla
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: mhausfeld@hausfeld.com

Michael P. Lehmann
Seth R. Gassman
HAUSFELD LLP
44 Montgomery Street Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
Sami H. Rashid
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: stephenneuwirth@quinnemanuel.com

Alicia Cobb
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
600 University Street, Suite 2800
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I, Sami H. Rashid, certify that on May 29, 2018, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of the electronic filing to counsel for all parties.

/s/ Sami H. Rashid