IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: RAIL FREIGHT FUEL SURCHARGE
ANTITRUST LITIGATION

This document relates to:

ALL CASES

MDL Docket No. 1869
Misc. No. 07-489 (PLF/AK/GMH)

[~~PROPOSED~~] ORDER ON JOINT PROPOSAL REGARDING A STAY

Upon consideration of the parties' Joint Proposal Regarding a Stay, it is hereby ordered that all proceedings in Miscellaneous Case No. 07-0489 are STAYED until forty-five (45) days after the D.C. Circuit's ruling on the pending appeal of this Court's Order denying class certification. On or before the date on which the stay expires, the parties shall submit a status report and recommendation(s) concerning further proceedings.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 9/17/18