UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL No. 1869 |
| | Misc. No. 07-489 (PLF) (JMF) (GMH) |
| This Document Relates To: All cases | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, under the current schedule, the parties are to file a joint proposed schedule for supplemental damages and expert discovery, Section 10706 motion practice, summary judgment on liability, and any other appropriate matters, by December 3, 2019 (Minute Order, dated November 14, 2019).

WHEREAS, the parties have agreed that they require additional time to confer about the joint proposed schedule.

WHEREAS, the parties have agreed to extend the time to submit the joint proposed schedule by one business day, until December 4, 2019 at 6:00 p.m. Eastern Standard Time.

THEREFORE, Plaintiffs and Defendants STIPULATE and AGREE to the following, subject to the Court's approval:

1. The joint proposed schedule, including the parties' individual positions on matters for which accord cannot be reached, shall be filed no later than 6:00 p.m. Eastern Standard Time on December 4, 2019.

It is SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

ENTERED THIS ___4th___ DAY OF __December__ 2019.