# Exhibit List

| Exhibit No. | Exhibit |
|---|---|
| 1 | *Railroad Revitalization Act, Hearings before the Subcomm. on Transp. and Commerce of the H. Comm. on Interstate and Foreign Commerce*, 94th Cong. (1975) (testimony of O.W. Cobb on behalf of the American Association of Railroads) |
| 2 | S. Conf. Rep. No. 94-595 (1976), *reprinted in* 1976 U.S.C.C.A.N. 148 |
| 3 | Railroad Revitalization and Regulatory Reform Act of 1976, Pub. Law No. 94-210, 90 Stat. 31 |
| 4 | Brief of the U.S. Dep't of Justice in Opposition to the Eastern Railroads Agreement, Eastern Railroads – Agreement, Section 5b Application No. 3 (I.C.C. July 1, 1977) |
| 5 | Reply of the U.S. Dep't of Justice to Administrative Appeals of the Western Rail Traffic Ass'n and Seven Mountain Pacific and Canadian Railroads, *Western Railroads – Agreement* (I.C.C. Jan. 6, 1978) |
| 6 | *Western Railroads – Agreement*, 358 I.C.C. 662 (1978) |
| 7 | Reply of the U.S. Dep't of Justice to Petitions for Reconsideration, *Western Railroads – Agreement*, Section 5b Application No. 2 (I.C.C. Sept. 19, 1978) |
| 8 | Answer of the Fed. Trade Comm'n, *Western Railroads – Agreement*, Section 5b Application No. 2 (I.C.C. Jan. 4, 1979) |
| 9 | Answer of the U.S. Dep't of Justice, attached to Motion to File a Late Answer, *Western Railroads – Agreement*, Section 5b Application No. 2 (I.C.C. Jan. 5, 1979) |
| 10 | *Rail General Exemption Authority – Fresh Fruits and Vegetables*, 361 I.C.C. 211 (1979) |
| 11 | *Railroad Deregulation Act of 1979, Hearings on S. 796 Before the Subcomm. on Surface Transp. of the S. Comm. on Commerce, Science, and Transp.*, 96th Cong. (May 23, 1979) (testimony of William H. Dempsey, President, American Association of Railroads) |
| 12 | *Hearings on S. 796 Before the Subcomm. on Surface Transp. of the S. Comm. on Commerce, Science, and Transp.*, 96th Cong., pt. 2 (June 6, 1979) (testimony of Donald L. Flexner, Deputy Assistant Attorney Gen., Antitrust Div., Dep't of Justice) |
| 13 | *Railroad Deregulation Act of 1979, Hearings on H.R. 4570 Before the Subcomm. on Transportation and Commerce of the H. Comm. on Interstate and Foreign Commerce*, 96th Cong. (Oct. 23, 1979) (testimony of Donald L. Flexner, Deputy Assistant Attorney Gen., Antitrust Div., Dep't of Justice) |

| Exhibit No. | Exhibit |
|---|---|
| 14 | *Railroad Deregulation Act of 1979, Hearings on H.R. 4570 Before the Subcomm. on Transp. and Commerce of the H. Comm. on Interstate and Foreign Commerce*, 96th Cong. (Oct. 23, 1979) (testimony of David I. Wilson, Assistant Director, Bureau of Competition, Fed. Trade Comm'n) |
| 15 | H.R. Rep. No. 96-1035 (1980), *reprinted in* 1980 U.S.C.C.A.N. 3978 (1980), 1980 WL 13000 |
| 16 | *Western Railroads – Agreement*, 364 I.C.C. 1 (1980) |
| 17 | H.R. Conf. Rep. No 96-1430 (1980), *reprinted in* 1980 U.S.C.C.A.N. 4110 |
| 18 | Staggers Rail Act of 1980, Pub. L. No. 96-448, 94 Stat. 1895 |
| 19 | Comments of the U.S. Dep't of Justice, *Western Railroads – Agreement*, Section 5b Application No. 2 (I.C.C. Nov. 26, 1980) |
| 20 | Additional Comments of Subscribers to the Eastern Railroads' Agreement, *Eastern Railroads – Agreement*, Section 5b Application No. 3 (I.C.C. Nov. 26, 1980) |
| 21 | Hearing Testimony of Clifford B. Altfeld, Antitrust Attorney, U.S. Dep't of Justice, *Western Railroads – Agreement*, No. 37518 (I.C.C. Dec. 11, 1980) |
| 22 | *Western Railroads – Agreement*, 364 I.C.C. 635 (1981) |
| 23 | *Western Railroads – Agreement*, 365 I.C.C. 918 (1982) |
| 24 | Railroads' Petition for a Finding that the Application of a "Direct Connector" Standard of 49 U.S.C. § 10706 to Cost Recovery Increases of General Applicability on Joint Rates Is Infeasible, Ex Parte No. 477 (I.C.C. June 13, 1983) |
| 25 | Comments of the U.S. Dep't of Justice, *Petition to Delay Application of Direct Connector Requirement to Joint Rail Rates in General Increases*, Ex Parte No. 477 (I.C.C. Oct. 17, 1983) |
| 26 | ICC Termination Act of 1995, Pub. L. No. 104-88, 109 Stat. 803 |
| 27 | Comments of the American Association of Railroads to the Antitrust Modernization Commission (Aug. 31, 2005) |
| 28 | *Railroad Antitrust Enforcement Act of 2007, Hearing on H.R. 1650 Before the Task Force on Antitrust and Competition Policy, H. Comm. on the Judiciary*, 110th Cong. (Feb. 25, 2008) (testimony of G. Paul Moates on behalf of the American Association of Railroads) |
| 29 | *Railroad Antitrust Enforcement Act of 2009, Hearing on H.R. 233 Before the Subcomm. on Courts and Competition Policy of the H. Comm. on the Judiciary*, 111th Cong. (May 19, 2009) (testimony of J. Michael Hemmer on behalf of the American Association of Railroads) |