# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | MDL No. 1869<br>Miscellaneous No. 07-0489 (PLF/GMH) |

## ORDER

IT IS HEREBY ORDERED this 29th day of April, 2020, that all operative deadlines relating to expert discovery are extended as follows:

| Date | Event |
|---|---|
| Sept. 1, 2020 | Plaintiffs serve supplemental expert reports. Defendants serve report on topics previously covered by Linda Morgan. Parties serve any appropriate updates to relevant discovery responses. |
| Oct. 15, 2020 | Complete expert depositions. |
| Dec. 15, 2020 | Response expert reports due. |
| Feb. 4, 2021 | Complete response expert depositions. |
| March 4, 2021 | Reply expert reports, if any, due. |
| April 15, 2021 | Complete reply expert depositions and close of expert discovery. |

SO ORDERED.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

DATE: April 29, 2020