# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Miscellaneous No. 07-00489 (PLF/GMH) |
| This Document Relates To:<br><br>ALL CASES | |
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO., et al.,<br><br>Defendants | Civil Action No. 11-1049 (PLF/GMH)<br><br><br><br>Judge: Hon. Paul L. Friedman |

## **ORDER**

IT IS HEREBY ORDERED this 18th day of May, 2020, that the remaining deadlines for submitting briefs regarding the interpretation and application of 49 U.S.C. § 10706, are extended as follows:

1. The United States shall file a statement of interest by July 13, 2020.

2. Plaintiffs and Defendants in the above-captioned actions and related cases may respond to the United States' statement of interest by August 3, 2020.

3. The hearing on these motions is rescheduled to August 26, 2020 at 10:00 A.M. The previously scheduled hearing date, July 15, 2020, is VACATED.

SO ORDERED

                                                      \_\_/s/_____
                                                     PAUL L. FRIEDMAN
                                                     United States District Judge

DATE:  May 18, 2020