# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869 <br> Miscellaneous No. 07-00489 (PLF/GMH) |
| This Document Relates To: <br><br> ALL CASES | |
| OXBOW CARBON & MINERALS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNION PACIFIC RAILROAD CO., et al., <br><br> Defendants | Civil Action No. 11-1049 (PLF/GMH) <br><br><br> Judge: Hon. Paul L. Friedman |

**REQUEST AND PROPOSED ORDER FOR THE UNITED STATES TO PARTICIPATE IN THE COURT'S AUGUST 26 MOTIONS HEARING REGARDING THE INTERPRETATION OF 49 U.S.C. § 10706**

The United States respectfully requests the opportunity to participate in the Court's videoconference motions hearing, scheduled for August 26, 2020, regarding the interpretation of 49 U.S.C. § 10706(a)(3)(B)(ii). At the Court's invitation, we filed a statement of interest addressing that statutory issue on July 13, 2020, and the parties filed responses on August 3, 2020, disagreeing about the import of the United States' brief. The United States would appreciate the opportunity to answer any questions the Court may have and to address concerns raised by the parties' responses. Plaintiffs consent to the United States' request. Defendants do not consent but defer to the Court's wishes on this issue.

1

August 12, 2020                              Respectfully submitted,

/s/  Bryan J. Leitch

Daniel E. Haar
Robert B. Nicholson (D.C. Bar No. 55772)
Bryan J. Leitch (D.C. Bar No. 1016484)
 *Attorneys*
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 335-9366

*United States Department of Justice*
*Antitrust Division*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Miscellaneous No. 07-00489 (PLF/GMH) |
| This Document Relates To:<br><br>ALL CASES | |
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO., et al.,<br><br>Defendants | Civil Action No. 11-1049 (PLF/GMH)<br><br><br><br>Judge: Hon. Paul L. Friedman |

## [PROPOSED] ORDER

IT IS HEREBY ORDER this ___ day of August, 2020, that the United States is invited to participate in the videoconference motions hearing, scheduled for August 26, 2020, to address the meaning of 49 U.S.C. § 10706(a)(3)(B)(ii).

SO ORDERED

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August __, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the foregoing brief by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/  Bryan J. Leitch