UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL DIRECT PURCHASER CASES | MDL No. 1869<br>Miscellaneous No. 07-0489 (PLF/GMH)<br><br>Judge: Honorable Paul L. Friedman |

**JOINT STATUS REPORT REGARDING HEARING ON DEFENDANTS' MOTION REGARDING THE INTERPRETATION AND APPLICATION OF 49 U.S.C. § 10706**

Pursuant to the Court's request during the telephonic conference on August 18, 2020, the parties hereby submit a proposed allocation of time for the August 26 hearing on Defendants' Motion Regarding The Interpretation And Application of 49 U.S.C. § 10706. ECF No. 970. This joint proposal was agreed to by the parties, in consultation and agreement with representatives from the Department of Justice.

- Defendants will have a total of 2 hours to present opening and rebuttal argument.

- Plaintiffs—i.e., the named plaintiffs in MDL I (on behalf of themselves and Oxbow) and the new plaintiffs in MDL II—will collectively have a total of 2 hours to present opening and rebuttal argument.

- The Department of Justice will have 30 minutes to present its argument.

To accommodate this schedule, the parties propose to start the hearing at 10:30 a.m. EDT, with breaks during argument as the Court deems appropriate.

///

Dated:  August 20, 2020                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Daniel M. Wall*             | Tyrone R. Childress |
| Daniel M. Wall | JONES DAY |
| Timothy L. O'Mara | 555 South Flower Street, 50th Floor |
| Christopher B. Campbell | Los Angeles, CA 90071-2300 |
| LATHAM & WATKINS LLP | Telephone: (213) 489-3939 |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | Matthew M. Collette (D.C. Bar No. 427617) |
| Telephone: (415) 391-0600 | MASSEY & GAIL LLP |
| | 10001 Maine Ave. SW Ste. 450 |
| Allyson M. Maltas (D.C. Bar No. 494566) | Washington, DC 20024 |
| LATHAM & WATKINS, LLP | Telephone: (202) 795-3326 |
| 555 Eleventh Street, NW | |
| Suite 1000 | Leonard A. Gail |
| Washington, D.C. 20004-1304 | MASSEY & GAIL LLP |
| Telephone: (202) 637-2200 | 50 E. Washington St., Ste 400 |
| allyson.maltas@lw.com | Chicago, IL 60602 |
| | Telephone:  (312) 379-0470 |

*Counsel for Defendant Union Pacific Railroad Company*


*/s/ Kent A. Gardiner*            
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:   (202) 624-2500

*Counsel for Defendant CSX Transportation, Inc.*

| | |
|---|---|
| /s/ *Tara L. Reinhart*            | Saul P. Morgenstern |
| Tara L. Reinhart (D.C. Bar. No. 462106) | Jennifer B. Patterson |
| SKADDEN, ARPS, SLATE, | ARNOLD & PORTER KAYE SCHOLER LLP |
| MEAGHER & FLOM LLP | 250 West 55th Street |
| 1440 New York Avenue, N.W. | New York, NY 10075 |
| Washington, DC 20005 | Telephone: (212) 836-8000 |
| Telephone: (202) 371-7000 | saul.morgenstern@arnoldporter.com |
| tara.reinhart@skadden.com | jennifer.patterson@arnoldporter.com |

*Counsel for Defendant Norfolk Southern Railway Company*

2

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
Kuruvilla J. Olasa
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone:  (213) 683-9100

Samuel M. Sipe, Jr. (D.C. Bar No. 256446)
Linda Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3000

Veronica S. Lewis
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201
Telephone:  (214) 698-3100

Benjamin J. Horwich
Emily Curran-Huberty
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA  94105
Telephone:  (415) 512-4000

Joshua H. Soven (D.C. Bar No. 436633)
WILSON SONSINI GOODRICH &
ROSATI LLP
1700 K Street NW
Washington, DC  20006
Telephone:     (202) 973-8827

*Counsel for Defendant BNSF Railway Company*

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Email:  mhausfeld@hausfeldllp.com

Michael P. Lehmann
Seth R. Gassman
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Email: mlehmann@hausfeld.com

*Counsel for Plaintiffs Dakota Granite Company, Donnelly Commodities Incorporated, and Strates Shows, Inc.*

*/s/ Stephen R. Neuwirth*
Stephen R. Neuwirth
Sami H. Rashid
Viola Trebicka
David M. Cooper
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email:  stephenneuwirth@quinnemanuel.com

Paul M. Donovan
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, N.W. Suite 700
Washington, DC 20036
Telephone:  (202) 298-8100
Email:  paul.donovan@laroelaw.com

*Counsel for Plaintiffs Olin Corporation, US Magnesium LLC, Dust Pro, Inc., and Nyrstar Holdings, Inc.*