UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION ) ) ) ) ) This document relates to: ) ) ALL DIRECT PURCHASER CASES ) ) OXBOW CARBON & MINERALS LLC, et al., ) ) Plaintiffs, ) ) v. ) ) UNION PACIFIC RAILROAD CO., et al., ) ) Defendants. ) | MDL Docket No. 1869<br>Miscellaneous No. 07-0489 (PLF)<br><br><br><br>Civil Action No. 11-1049 (PLF) |

ORDER

For the reasons set forth in the opinion issued this same day, it is hereby

ORDERED that the <u>Rail Freight</u> Defendants' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and Supporting Statement of Points and Authorities [Dkt. No. 1010] is GRANTED;[1] it is

FURTHER ORDERED that the <u>Oxbow</u> Defendants' Motion for Certification Pursuant to 28 U.S.C. § 1292(b) and Supporting Statement of Points and Authorities, <u>Oxbow</u>

---

[1] Unless otherwise specified, citations to docket entries refer to the first above captioned matter, <u>In re Rail Freight Fuel Surcharge Antitrust Litigation</u>, MDL No. 1869, Miscellaneous No. 07-0489.

Carbon & Minerals LLC v. Union Pac. R.R. Co., Civil Action No. 11-1049 [Dkt. No. 220] is GRANTED; it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1292(b), the Court's February 19, 2021 Order [Dkt. No. 1007] ("the Order") denying Defendants' Motion to Exclude Interline-Related Communications from Consideration for Class Certification or Any Other Purpose Prohibited by 49 U.S.C. § 10706 [Dkt. No. 417] and Defendants' Motion and Memorandum of Law Regarding the Interpretation and Application of 49 U.S.C. § 10706 [Dkt. No. 927] is hereby certified for immediate appeal; and it is

FURTHER ORDERED that the Order is amended to include the following statement:  This Order is appropriate for immediate appeal because it involves controlling questions of law as to which there is substantial ground for difference of opinion, and immediate appeal of these issues may materially advance the ultimate termination of this litigation.

SO ORDERED.

/s/
_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 15, 2021