**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. I) | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This Document Relates To:<br><br>ALL CASES | **PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION**
**FOR SUMMARY JUDGMENT**

Norfolk Southern Railway Company ("NS"), pursuant to Federal Rule of Civil Procedure 56, Local Rule LCvR 7(h), and other applicable law—including the Supreme Court's decisions in *Monsanto Co. v. Spray-Rite Service Corp.*, 465 U.S. 752 (1984) and *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 588 (1986)—hereby individually, and jointly with the other Defendants, moves for summary judgment, and requests that the Court dismiss Plaintiffs' claims in their entirety. There are no genuine disputes of material facts in this case, and NS is entitled to judgment as a matter of law.

In support of this Motion, NS relies upon all matters of record, including, but not limited to, the following materials which, pursuant to the Orders of the Court dated January 29, 2009 (ECF 195) and April 20, 2009 (ECF 275), have been or will be filed under seal on this date:

1. Norfolk Southern Railway Company's Separate Memorandum in Support of Summary Judgment;
2. Defendants' Common Memorandum in Support of Defendants' Joint and Individual Motions for Summary Judgment;
3. Defendants' Statement of Undisputed Material Facts in Support of Defendants' Joint and Individual Motions for Summary Judgment;

4. Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment; and

5. [Proposed] Order Granting Norfolk Southern Railway Company's Motion for Summary Judgment.

NS respectfully requests that summary judgment be entered in its favor as to Plaintiffs' claims, and Plaintiffs' claims be dismissed with prejudice.

Dated: May 14, 2021

Respectfully submitted,

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
John R. Thornburgh II (D.C. Bar No. 1044137)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7630
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.com

Ronald K. Wray II
GALLIVAN, WHITE & BOYD P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
Phone: (864) 271-5362
rwray@GWBlawfirm.com

Saul P. Morgenstern
Jennifer B. Patterson
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
saul.morgenstern@arnoldporter.com
jennifer.patterson@arnoldporter.com

*Counsel for Defendant Norfolk Southern Railway Company.*