**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. I) | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This Document Relates To:<br><br>ALL CASES | **PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**[PROPOSED] ORDER GRANTING NORFOLK SOUTHERN RAILWAY COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant Norfolk Southern Railway Company's Motion for Summary Judgment, the briefs and exhibits submitted in support thereof and in opposition, and argument of counsel presented to this Court in support of the parties' positions on the Motion, it is **HEREBY ORDERED** that Defendant Norfolk Southern Railway Company's Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED.**

Dated: ___________________

_________________________________________
Hon. Paul L. Friedman
United States District Judge