# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

## Volume 3 of 29

## DA01254 - DA01496

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: ) MDL NO. 1869
)
RAIL FREIGHT FUEL SURCHARGE ) HIGHLY CONFIDENTIAL
)
ANTITRUST LITIGATION )
)
- - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF JOHN J. KORALESKI, taken before Kristin M. Teel, Registered Professional Reporter, General Notary Public within and for the State of Nebraska, beginning at 9:21 a.m., on December 2, 2010, at the Law Offices of Kutak Rock, 1650 Farnam Street, Omaha, Nebraska, pursuant to the within stipulations.



A P P E A R A N C E S

FOR THE DIRECT PURCHASER PLAINTIFFS:
MR. STEIG D. OLSON
HAUSFELD, LLP
111 Broadway, Suite 615
New York, New York 10004
(212)830-0950 FAX 480-8560
solson@hausfeldllp.com

MR. SATHYA GOSSELIN
HAUSFELD, LLP
1700 K Street NW, Suite 650
Washington, District of Columbia 20006
(202)540-7175 FAX 540-7201
sgosselin@hausfeldllp.com

MR. JOSHUA D. SNYDER
BONI & ZACK, LLC
15 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004
(610)822-0203 FAX 822-0206
jsnyder@bonizack.com

FOR THE DEFENDANT UNION PACIFIC:
MR. TYRONE R. CHILDRESS
HOWREY, LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213)892-1806 FAX 892-2300
childresst@howrey.com

MR. LAWRENCE E. WZOREK
UNION PACIFIC RAILROAD
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402)544-3897 FAX 501-0129
lewzorek@up.com

FOR THE DEFENDANT NORFOLK SOUTHERN:
MS. TARA L. REINHART
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
1440 New York Avenue, N.W.
Washington, District of Columbia 20005
(202)371-7630 FAX 661-0540
tara.reinhart@skadden.com



FOR THE DEFENDANT CSXT:
MR. DAVID D. CROSS
CROWELL MORING
1001 Pennsylvania Avenue, NW
Washington, District of Columbia 20004
(202)624-2774 FAX 628-5116
dcross@crowell.com

FOR THE DEFENDANT BNSF:
MS. KRISTEN M. SMITH
THOMPSON & KNIGHT
801 Cherry Street, Unit #1
Fort Worth, Texas 76102
(817)347-1731 FAX (214)999-1667
kristen.smith@tklaw.com

A L S O P R E S E N T

MR. JOHN J. THOMAS, VIDEOGRAPHER



I N D E X

CASE CAPTION .......................... Page 1
APPEARANCES ........................... Page 2
INDEX ................................. Page 4
STIPULATIONS .......................... Page 9
TESTIMONY ............................. Page 9
REPORTER CERTIFICATE .................. Page 352

DIRECT EXAMINATION:
By Mr. Olson ...................... Page 4
CONTINUED DIRECT EXAMINATION:
By Mr. Gosselin ................... Page 334

place since 2000, and then the variety of fuel surcharge alterations or individual applications that we have in a lot of our contracts was all the way back from 2000 forward.

BY MR. OLSON:

Q Let's talk about the -- the carload program.

You -- you announced it December 1, 2002. Do you know when it took effect?

A It would probably -- I don't recall if we announced it then or if we implemented it then.

Q You don't recall?

A I -- I don't recall.

Q And during this period -- and I'm referring to February, March, 2003 -- you had started to be disappointed by some features of that program, correct?

A Yeah, we were -- we were not happy about the fact that -- we hadn't anticipated that what we had done was 42 days rather than a 30-day lag. And clearly we had had two or three opportunities where we missed fuel recovery because in the last day of the period, the fuel number spiked below the strike price.

Q And based on -- on that experience,



Union Pacific was conducting some analysis of whether to make changes to its standard carload program, correct?

A You know, our -- our finance team was all over the fact that in the last day, we lost the fuel recovery. And so they were pressuring us quite heavily to alter the formula to -- to go to a 30-day lag as opposed to a 42-day, which is what the effective lag turned out to be.

Q And was it just the finance team that was disappointed with that feature of the -- the older program?

A We were disappointed with it. They were adamant that we needed to change the formula to recover.

Q And who -- who is the they that you just referred to?

A The finance team. And typically the person -- well, certainly the CFO was very insistent, which was Rob Knight. And although Rob may not have been CFO at that time, I guess he was -- he had moved into finance, so he wasn't in charge of the analytical function at the time.

And then the person -- I don't know who the specific person was that was doing the analysis.



Q Was -- strike that.

A Uh-huh.

Q Now, so there was analysis that would look at ways to change the standard carload program that had been announced, correct?

A Yes.

Q At this time, February 2003?

A Always.

Q That includes this time, correct?

A That includes this time, you're right.

(Exhibit No. 5 marked for identification.)

BY MR. OLSON:

Q I'm going to hand you what's been marked Koraleski Exhibit 5.

A Uh-huh.

Q There's a cover e-mail and a few attached pages. Why don't you briefly review it.

A (Witness complies.)

Q Let me ask first, at this time, 2003, did you travel a fair amount for your business?

A You know, I always travel, so I -- I don't know specifically if there was more travel or less travel associated. I'm on the road two, three days a week.



Q And -- and when you were on the road during this period, how did you monitor your work e-mail?

A I would have a laptop, probably. It depended on if -- if I were in and out a lot, I -- I wouldn't. I would just see it when I got home.

But at that time before BlackBerries and things like that, it would basically be having to take my laptop with me when I traveled.

(Exhibit No. 6 marked for identification.)

BY MR. OLSON:

Q I'm going to focus you on the -- on the page you were just looking at.

A Is that --

Q It's titled, Union Pacific Revised Fuel Surcharge Recommendation.

Do you see that?

A Yes, I do.

Q Does that ring any bells to you?

A You know, I -- I hadn't seen it before our prep yesterday. I -- I hadn't recalled it before our prep yesterday.

Q Do you have any doubt that you saw it sometime in 2003?

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: ) MDL NO. 1869
)
RAIL FREIGHT FUEL SURCHARGE ) HIGHLY CONFIDENTIAL
)
ANTITRUST LITIGATION )
)
- - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF JOHN J. KORALESKI, taken before Kristin M. Teel, Registered Professional Reporter, General Notary Public within and for the State of Nebraska, beginning at 9:28 a.m., on June 16, 2011, at the Law Offices of Kutak Rock, 1650 Farnam Street, Omaha, Nebraska, pursuant to the within stipulations.



A P P E A R A N C E S


FOR THE DIRECT PURCHASER PLAINTIFFS:
MR. STEIG D. OLSON
QUINN, EMANUEL, URQUHART & SULLIVAN
51 Madison Avenue, Second Floor
New York, New York 10010
(212)849-7000 FAX 849-7100
steigolson@quinnemanuel.com
MR. SATHYA GOSSELIN
HAUSFELD, LLP
1700 K Street NW, Suite 650
Washington, District of Columbia 20006
(202)540-7175 FAX 540-7201
sgosselin@hausfeldllp.com

FOR THE DEFENDANT UNION PACIFIC:
MR. DAVID G. MEYER
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
(213)489-3939 FAX 243-2539
dmeyer@jonesday.com

MR. TYRONE R. CHILDRESS
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
(213)489-3939 FAX 243-2539
tchildress@jonesday.com
MR. LAWRENCE E. WZOREK
UNION PACIFIC RAILROAD
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402)544-3897 FAX 501-0129
lewzorek@up.com

FOR THE DEFENDANT NORFOLK SOUTHERN:
MR. SEAN M. TEPE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
1440 New York Avenue, NW
Washington, District of Columbia 20005
(202)371-7106 FAX 661-9106
sean.tepe@skadden.com





FOR THE DEFENDANT CSXT:
MR. LUKE VAN HOUWELINGEN
CROWELL MORING
1001 Pennsylvania Avenue, NW
Washington, District of Columbia 20004
(202)624-2774 FAX 628-5116
lvanhouwelingen@crowell.com


A L S O P R E S E N T

JAY ROLLINS, VIDEOGRAPHER



I N D E X


CASE CAPTION ........................... Page 1
APPEARANCES ............................ Page 2
INDEX ................................. Page 4
TESTIMONY ............................. Page 6
REPORTER CERTIFICATE .................. Page 132
DIRECT EXAMINATION:
By Mr. Olson ...................... Page 6

EXHBITS: MARKED:
16. Objections and Supplemental Responses .. 59
17. E-mail of 5/19/03 and Attachment ....... 64
18. Documents from 5/14/03 Alliance Meeting. 65
19. Merriam Wesbster Definition of Consensus 80
20. E-mail Chain and Attachments ........... 93
21. E-mail of 5/22/03 and Attachment ....... 97
22. Documents from 6/3/03 Alliance Meeting . 120

BY MR. OLSON:
Q. You spoke to Mr. Toy about this meeting; is that right?
A. I did.
Q. Did Mr. Toy recall any fuel surcharge discussion?
A. Mr. Toy recalled that there was a discussion about how the fuel surcharge would apply in the A plus B pricing model, and it was a technical application of how, on a computerized model, we would do that.
And his recollection was that while there was a discussion, that no decisions were made, and that that had to be referred to technical IT resources in terms of just how we would implement that, if we went down the path of using A plus B pricing.
Q. Did Mr. Toy recall that you participated in that conversation?
A. He did.
Q. And who else participated in that conversation?
A. He mentioned Clarence Gooden and John Couch.
Q. Did you speak to anyone else who recalled



a fuel surcharge discussion at that March 13, 2003, meeting?
A. No.
Q. All right. Let's talk briefly about the May 14, 2003, meeting, the Alliance meeting between UP and NS.
Is that a meeting that -- that you're familiar with?
A. Yes, I am.
Q. There was a discussion about fuel surcharges at that meeting between the two companies, correct?
A. The minutes indicated that there was a discussion of a fuel surcharge, yes.
Q. You don't recall that discussion specifically, correct?
A. From the company's perspective --
Q. Well --
A. -- the minutes would reflect that. In my personal testimony, I did not recall the discussion.
Q. Okay. I'll try to be more precise.
You personally don't recall that discussion specifically -- that fuel surcharge discussion specifically, correct?
A. I remembered that a discussion took place



that led us to say we needed to check with counsel on any further discussion, but I don't recall the specifics of the discussion.
Q. So you personally recall that there was a discussion about fuel surcharges at the May 14, 2003, alliance meeting?
MR. CHILDRESS: Objection, outside the scope. You're now questioning him in his personal capacity. But you can answer.
THE WITNESS: Having been through all of the information that I've reviewed in preparation for this, I recalled a discussion about fuel surcharge and that we took it offline and said we basically needed to talk with counsel.
BY MR. OLSON:
Q. So sometime between the time you were deposed in December of 2010 and today, you recalled that a fuel surcharge discussion did take place in May of 2003, correct?
A. It was documented in the minutes of the meeting --
Q. Right. But --
A. -- so --
Q. -- but I believe you just testified that -- that sometime recently you, for the first



time, recalled that discussion; is that right?
MR. CHILDRESS: Objection, outside the scope. He's a 30(b)(6) witness. You're now asking about personal recollections.
MR. OLSON: Well, the only -- I'm only going to address this once. But the only way the company knows anything is if people know anything, and so I'm fully entitled to ask if this witness knows anything.
BY MR. OLSON:
Q. Now, let's -- I just want the record to be clear.
Is it your testimony that sometime between your prior deposition and today, you recalled for the first time that there was, in fact, a fuel surcharge discussion at the May 14, 2003, Alliance meeting?
A. When I saw the minutes of the meeting in my first deposition, there was indication that we had the discussion of the fuel surcharge. I believe I testified that I didn't recall specifically that discussion, other than the fact that in accordance with our antitrust training, we took the discussion off the table, referred it to counsel, and did not proceed with the discussion.



DA01257

Mr. Toy's e-mail to Mr. Couch near the top of the page. It says, We arrive just after 1 p.m. on Wednesday and leave at 1 p.m. on Thursday.
Do you see that?
A. I do see that.
Q. And the Wednesday is -- is March 12, and the Thursday is March 13.
A. I do see that.
Q. Does that refresh your recollection at all?
A. Not really. I would -- if I could see -- because while this was a preliminary agenda, I don't know whether our travel schedule actually changed and whether we actually did arrive and depart on these dates or whether, for some reason, the actual trip got condensed or changed somehow.
Q. So sitting here right now, you -- you don't know when you spoke to Mr. Gooden and Mr. Couch; is that right?
MR. CHILDRESS: Objection, mischaracterizes his testimony.
THE WITNESS: I obviously spoke to them at the meeting.
BY MR. OLSON:
Q. Well, what date did you speak to Mr. Couch



and Mr. Gooden?
A. Whatever day the meeting was held. Again, I would need to see the -- if I could just see the prior documentation, I could --
MR. OLSON: Well, we'll -- we'll try to -- let's take a break.
VIEOGRAPHER: The time is 9:46 a.m. Counsel we're off the record.
(Short break taken.)
VIEOGRAPHER: The time is 9:57 a.m. Counsel, we're back on the record.
BY MR. OLSON:
Q. Okay. Mr. Koraleski, so we're in the process of getting the trip sheet, and we'll circle back to that issue.
A. Thank you.
Q. Let's talk about what -- what happened on March 13.
A. Okay.
Q. I take it Union Pacific acknowledges that CSX and Union Pacific representatives met on March 13, correct?
A. That's correct.
Q. And we've identified the Union Pacific representatives. Who from CSX met with those



Union Pacific representatives?
A. Clarance Gooden and John Couch.
Now, I would clarify that I'm not sure if there was one meeting or two meetings because there were actually two topics that were on the agenda. One was the pipeline express train on the chemical business, and the other one was the A plus B pricing model.
Q. And when you say two topics on the agenda, what agenda are you referring to?
A. Well, I used agenda, and that's probably not the right word. There were two topics scheduled for the meeting, one of which was the express lane -- or for the trip to Jacksonville on the chemical express pipeline, and the other being the A plus B pricing.
Q. And when you say those two topics were scheduled for the meeting, what is the basis of that statement?
A. The indication that Bill Steel was going with me to talk about the pipeline express, and Bob Toy to talk about the A plus B pricing.
Q. So it's just --
A. So those would have been -- those would have been two separate meetings simply because they



don't overlap. There's no connectivity there between Mr. Toy and Mr. Steel.
Q. But you don't know if -- whether there were two meetings or not, correct?
A. I don't recall specifically.
Q. And not just you. Union Pacific doesn't know whether there were two meetings or not, correct?
A. That would be correct.
Q. And Union Pacific's statement that there were two topics scheduled for discussion is purely based on who attended from Union Pacific, correct?
MR. CHILDRESS: Objection, mischaracterizes the testimony.
THE WITNESS: It was actually based on the topics that were shown on the trip sheet and also the agenda that Bob Toy had prepared for his A plus B pricing discussion.
BY MR. OLSON:
Q. Okay. And that's Koraleski Exhibit 10 that's in front of you, correct?
A. That is the Bob Toy exhibit.
Q. Okay. This -- we'll refer to this document as Koraleski Exhibit 10. And I -- I just want the record to be clear on the basis for your

statement that there were two topics scheduled for the meeting.
As I understand it, that's based on this document, Koraleski Exhibit 10, and the trip sheet showing some information, and based on the fact that it was -- Mr. Steel and Mr. Toy attended; is that right?
A. That would be correct, inasmuch as when I say two topics scheduled for the meeting, there were two topics scheduled for discussion with the CSX. Whether or not they occurred in the same meeting or two separate meetings, I don't recall.
Q. Right. And I'm trying to make sure the record is clear on the basis of your statement that there were two topics scheduled for the -- for discussion. It -- it's the -- that's based on this document, Koraleski Exhibit 10, the trip sheet and the identity of the attendees, correct?
A. The trip sheet identifies the pipeline express topic, and that identifies the A plus B pricing topic.
Q. And that's the sum total of -- of what was -- what your testimony is based on, right?
MR. CHILDRESS: Are you talking with respect to documents or everything?



MR. OLSON: Well, I'll try to ask it again. Let me ask it a different way.
BY MR. OLSON:
Q. There's no -- there's no other document that you're relying on to -- to testify about what was scheduled for this meeting, correct?
A. There are no other documents that I'm aware of.
Q. Okay. Well, let's look at Koraleski Exhibit 10, Mr. Toy's e-mail.
A. (Witness complies.)
Q. There's a reference to fuel surcharge methodology. Do you see that?
A. Yes, I do.
Q. Did you discuss with Mr. Toy why he put that agenda item on the agenda?
A. Yes, I did.
Q. And did he recall why he did that?
A. He recalled that the technical application, we had not resolved how -- or we were not aware of how the technical application of A plus B pricing would carry on to handle the fuel surcharge on our interline business. And so we needed to understand and talk about how would -- how would the computer models be able to handle the



interline fuel surcharge.
Q. And do you see the reference to bilateral accounting agreement?
A. Yes, I do.
Q. What does that refer to?
A. I believe that refers to the agreements that we have between carriers in our interline business as to who collects the revenue, who distributes, who carries the liability in the case of a -- of a customer who defaults on payment, those kinds of things.
Q. So that's not a A plus B pricing issue, is it?
A. It would be because it would be the settlement of the account. And the question is, under an A plus B model, would you craft something different than what we would normally have as business as usual in our interline world.
Q. So your testimony is that all the agenda items outlined by Mr. Toy related to A plus B pricing; is that right?
A. That's correct.
Q. Do you see a heading that says, Industry Common Language Initiatives?
A. Yes, I do.



Q. It has three sub items underneath it?
A. Yes, that's right.
Q. And one says, Assessment of options. Do you see that?
A. I do see that.
Q. And within that it says, For example, and lists three example options. Do you see that?
A. Yes, I do.
Q. Only one of those refers to A plus B, correct?
A. There is -- A plus B is one of the three options that are identified or one of the three names identified.
Q. A plus B is one of three options identified one -- under one of the subheadings under -- let me -- let me try that again.
On this agenda that Bob Toy drafted, A plus B is one of three examples of options given under just one of the three headings, correct?
A. That's correct.
Q. Yet your testimony is that every item on here related to A plus B pricing, correct?
A. That's --
MR. CHILDRESS: Objection, mis -- mischaracterizes the testimony. Go ahead.

THE WITNESS: What the topic was to talk about was the -- the --
BY MR. OLSON:
Q. Which topic are you referring to?
A. The common language initiative and A plus B pricing. We used A plus B pricing as kind of the generic topic of how do we do online pricing for customers looking for an easy and direct access to interline pricing. And so we referred to that.
That was kind of a common reference within the industry because that was an initiative that was begun by the CN and CSX. Arezoon it would be another form of -- the topic is basically the technological ability to go in and easily get pricing off the web.
A plus B pricing was kind of the buzz word for that overall, but you could do it with our Arezoon, you could actually do it with -- I'm not quite as familiar anymore with what rail prices was, but it's all basically the same topic, which is online access to pricing on interline business.
Q. So -- so the topic is not -- well, strike that.
On the agenda, A plus B pricing is not used synonymously with rail prices in Arezoon,



correct?
A. Ask me that question again.
MR. CHILDRESS: Vague.
BY MR. OLSON:
Q. On the -- on the agenda, A plus B pricing refers to something different than rail prices in Arezoon, correct?
A. Yeah. That would be a different program that accomplishes the objective of online pricing.
Q. So -- so what -- is it your testimony that -- that -- that the subject of this agenda was online pricing and not A plus B pricing specifically?
MR. CHILDRESS: Objection, mischaracterizes his testimony.
THE WITNESS: We were there to talk about online pricing, and in particular, to understand what was CSX's experience with the A plus B model in programs that they were testing with the CN.
BY MR. OLSON:
Q. Where on the agenda does it see that, in particular, you were there to discuss CSX's experience with the A plus B model?
A. When you talk about the CN, CSX



initiative, lessons learned and expected.
Q. Okay. Now, the heading, Other Pricing Issues on CSX/UP Interline Business --
A. That's correct.
Q. -- is there anywhere that that -- that this agenda says that that subject was limited to the A plus B pricing model?
MR. CHILDRESS: Objection, vague. You can answer.
THE WITNESS: The purpose of the meeting was to talk about the --
BY MR. OLSON:
Q. Well, I'm ask -- I'm asking if there's anywhere on the agenda that reflects whether the other pricing issues on CSX/UP interline business was limited to an A plus B model discussion?
A. Again, I was using A plus B as the online Internet application of pricing between interline carriers, that technology being one example or possibility that we were exploring; the others, our objective was to meet with the CSX and talk about specifically their experience with A plus B since they were one of the pioneers of that technology.
And in -- what the agenda indicates is that, in particular, we were concerned about how



would a fuel surcharge application be orchestrated by the technology itself between interline carriers, and then also the normal bilateral accounting agreements and whether or not there would be something that we, because of the technology, would have to view differently or craft differently than our normal bilateral accounting agreements that we had between the CSX and the UP.
Q. Well, you don't recall this discussion, correct?
A. Well --
MR. CHILDRESS: Are you talking about in his personal capacity?
BY MR. OLSON:
Q. Yes, in your personal capacity.
MR. CHILDRESS: Outside the scope. You can answer.
THE WITNESS: You know, that's what I recall of the discussion.
BY MR. OLSON:
Q. Oh, you do recall the discussion personally? You do, correct?
A. As I -- as I've gone through this, the preparation, the things, talking with Bob Toy, that is what I recall.

Q. So -- so you recall discussing these issues with Clarance Gooden and John Couch on March 13, 2003, correct?
A. You know, Mr. Olson, when you say do I recall that, can I tell you the specifics of the conversation? No. Can I tell you that I do recall we had this conversation about online pricing and what we were trying to figure out at that time between us? Yes, I recall that.
Q. Okay. So you personally recall discussing with Clarance Gooden and John Couch online pricing issues on March 13, 2003, correct?
A. I recall a discussion on the technology applications of how do we get to a point where customers could come online and get a joint price, an interline price without having to contact individually the Union Pacific and the CSX, make it quick, make it administratively easy, and make it effective so that the price they get would be something that would compete in the marketplace and they would be able to move freight.
Q. And was this an important issue to Union Pacific at the time?
A. It was not as important to us as the pipeline business. It was important to us from the



perspective that we're always interested in finding ease in doing business and finding a way to -- to make it easier for customers to work with us.
Q. And -- and have you investigated whether there was any record of this discussion that you now recall?
A. I have not.
Q. You -- you have conducted no investigation into whether there's any record of this discussion; is that right?
MR. CHILDRESS: You're asking him again as part of the preparation for this deposition, correct?
MR. OLSON: Right. Do you need the question repeated?
THE WITNESS: Please.
BY MR. OLSON:
Q. My question is whether you've conducted any investigation into whether there was a record created of this discussion that -- that you say occurred on March 13, 2003?
A. To the extent that I reviewed documents with my attorneys that they wanted me to review, that I've talked to the individual from Union Pacific who was also in attendance at that



meeting, other than that, those are the actions that I took to prepare.
Q. Did you ask Mr. Toy whether he took any notes of this discussion?
A. No, I did not.
Q. Why not?
A. Wasn't -- wasn't pertinent to my discussion right at the moment.
Q. Well, you're here to testify about what was discussed at -- on -- at this meeting, correct?
A. I did. I am.
Q. You did what?
A. I am.
Q. And isn't it pertinent to that to know whether there was any record actually created of the discussion?
A. I asked Mr. Toy if he re -- recollected the discussion on fuel surcharge. His comment back to me was that it dealt with the A plus B pricing and the online pricing initiatives. And I asked him did he have specifics; he did not recollect that.
Q. But you didn't ask him whether --
A. So I did not ask him whether he had notes.
Q. You didn't ask him whether he took notes?
A. I did not ask him whether he took notes.



Q. Did you ask him whether he prepared any summary of this discussion afterwards?
A. No, I did not.
Q. And you don't know whether that occurred, correct?
A. I do not know whether that occurred.
Q. Do you see the reference when Mr. Toy said, Believe Jack and Clarance talked on this, referring to fuel surcharge methodology?
All right. Let -- let's look at the agenda at Koraleski 10 at the bottom.
A. Okay.
Q. It says, Fuel surcharge methodology?
A. Oh, I do see that. Yes I do.
Q. Believe Jack and Clarance talked on this. Do you see that?
A. I do.
Q. Did you ask Mr. Toy what was the basis for that belief?
A. No, I didn't.
Q. Why not?
A. Because I really wasn't looking at this document specifically when I talked to Mr. Toy. We had prepared a series of questions to ask each of the individuals that we talked to, and I was not

Mr. Gooden at any time?
A. No, I did not.
Q. You're certain of that?
A. To the best of my recollection, I did not have that discussion with him.
Q. Do you recall a -- a time when Union Pacific made a decision to move to the HDF formula?
A. Yes, I do.
Q. And do you recall -- strike that.
And did you discuss that decision with Mr. Gooden at any time?
MR. CHILDRESS: Outside the scope.
THE WITNESS: I don't recall that I did.
BY MR. OLSON:
Q. And just so the record is clear, this reference to fuel surcharge methodology, in what -- in what way does this online issue that Mr. Toy said this discussion concerned relate to fuel surcharge methodology?
A. The question was in adopting an A plus B or an online pricing model, how would fuel surcharge work? Would the system be able to capture that information? Would we have to alter the methodology



somehow to make it compatible with the technology application? What would it take? We were just exploring what aspects of that --
Q. When you say alter the methodology, what -- what methodology are you referring to?
A. Either how we charged it, how we captured it, how we collected it, how we distributed it between carriers, all of those kinds of things.
Q. So the testimony is that this discussion was about technical aspects of how the fuel surcharge would be captured; is that right?
A. It would be the technical application of the fuel surcharge and how it would be applied on our interline base -- on our interline business.
Q. But how does that have anything to do with fuel surcharge methodology?
A. That is --
MR. CHILDRESS: Objection, asked and answered.
THE WITNESS: That is a methodology.
BY MR. OLSON:
Q. What's the method?
A. It's the methodology that would be employed in the computer technology and would it require us to change our -- the way we approach fuel



surcharges today --
Q. And was that a --
A. -- or at that point in time.
Q. -- subject of expertise for you?
A. No, it was not.
Q. So why would Mr. Toy have thought that you had spoken about that with Mr. Gooden?
A. I have no idea.
Q. It doesn't make sense, does it?
A. It does make sense because the one application I can think of is whether or not I had talked to Clarance about putting that on the agenda to make sure that we covered that point. Because when you're going to an online pricing model, you have to make sure you have your entire price covered, of which fuel surcharge would be a component of that.
Q. So your suggestion is -- where Mr. Toy says, Believe Jack and Clarance talked on this, it -- the discussion was that you had talked to Mr. Gooden about putting that item on the agenda?
A. That would be my only idea as to why Mr. Toy put that on the agenda that way.
Q. But you didn't ask Mr. Toy why he had done that, correct?



A. No, I did not.
Q. All right. Let's talk about the May 14, 2003, Alliance meeting with NS.
You've said that no one at UP specifically recalls the fuel -- well, strike that. Let me -- let me back up.
Union Pacific acknowledges that a discussion of fuel surcharges took place at the May 14, 2003, NS Alliance meeting, correct?
A. Union Pacific acknowledges that the topic was raised about a fuel surcharge. And what the minutes indicate is that there was some indication that we should pursue whether or not it would be possible to have an industrywide fuel surcharge as opposed to an individual fuel surcharge.
Q. When you say, We should pursue, who is the we?
A. The railroad industry.
Q. When you say, Industrywide fuel surcharge, what do you mean?
A. One that would be easy for customers to adapt across all carriers so they didn't have to keep track of multiple formulas, which was some of the feedback we were getting from customers, is they would prefer if everybody just had one because it

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: ) MDL NO. 1869
)
RAIL FREIGHT FUEL SURCHARGE ) HIGHLY CONFIDENTIAL
)
ANTITRUST LITIGATION )
)
- - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF JAMES YOUNG, taken before Kristin M. Teel, Registered Professional Reporter, General Notary Public within and for the State of Nebraska, beginning at 8:42 a.m., on August 4, 2010, at the Law Offices of Kutak Rock, 1650 Farnam Street, Omaha, Nebraska, pursuant to the within stipulations.



A P P E A R A N C E S

FOR THE DIRECT PURCHASER PLAINTIFFS:
MR. STEIG D. OLSON
HAUSFELD, LLP
111 Broadway, Suite 615
New York, New York 10004
(212)830-0950 FAX 480-8560
solson@hausfeldllp.com

MR. JON T. KING
HAUSFELD, LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
(415)633-1908 FAX 358-4980
jking@hausfeldllp.com

FOR THE DEFENDANT UNION PACIFIC:
MR. TYRONE R. CHILDRESS
HOWREY, LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213)892-1806 FAX 892-2300
childresst@howrey.com

MR. LAWRENCE E. WZOREK
UNION PACIFIC RAILROAD
1400 Douglas Street, STOP 1580
Omaha, Nebraska 68179
(402)544-3897 FAX 501-0129
lewzorek@up.com

FOR THE DEFENDANT NORFOLK SOUTHERN:
MR. SEAN M. TEPE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
Four Times Square
New York, New York 10036
(212)735-2718 FAX 777-2718
sean.tepe@skadden.com

FOR THE DEFENDANT BNSF:
MS. REBECCA VALENTINE
MAYER BROWN, LLP
1999 K Street N.W.
Washington, District of Columbia 20006
(202)263-3362 FAX 263-5362
rvalentine@mayerbrown.com



I N D E X


CASE CAPTION .......................... Page 1
APPEARANCES ........................... Page 2
INDEX ................................. Page 3
STIPULATIONS .......................... Page 6
TESTIMONY ............................. Page 7
REPORTER CERTIFICATE .................. Page 354

DIRECT EXAMINATION:
By Mr. Olson ..................... Page 7





EXHIBITS: MARKED:

1. Q4 2003 Union Pacific Earnings Conference Call - Final .............. 29
2. Bloomberg Radio Transcript ........... 41
3. Q1 2006 Union Pacific Earnings Conference Call - Final .............. 59
4. 5/8/06 CEO Wire Transcript ........... 86
5. Union Pacific Corporation 2003 Analyst Fact Book ............... 99
6. Union Pacific Corporation 2004 Analyst Fact Book ............... 108
7. Union Pacific Corporation 2005 Analyst Fact Book ............... 110
8. Union Pacific Corporation 2006 Analyst Fact Book ............... 121
9. Union Pacific Corporation 2002 Analyst Fact Book ............... 125
10. Union Pacific Corporation 2001 Analyst Fact Book ............... 143
11. Declaration of Charles M. Adams ....... 146
12. Document of Fuel Surcharges .......... 146
13. Q3 2003 Union Pacific Earnings Conference Call - Final .............. 162
14. Transcript of Testimony of James R. Young - 9/25/07 .............. 182
15. Transcript of Testimony of James R. Young - 1/28/09 .............. 220
16. Minutes of 5/14/03 Alliance Meeting ... 226
17. Calendar Excerpt of Ike Evans ......... 250
18. E-mail of 6/29/04 and Attachment ...... 252

preparing minutes?
A I don't.
Q Do you recall this meeting?
A Vaguely. May of 2003.
Q What do you recall about it?
A I -- I -- I don't recall much.
Q Did you attend it?
A Well, my name is on there. I -- I believe so.
Q Do you know whether any attorney attended this meeting?
A Doesn't look like it. But a -- but again, I -- I don't recall who else would have been sitting in the room --
Q Well --
A -- if anybody.
Q -- there's a list of attendees, correct?
A Yes.
Q Was that list intended to capture the names of people sitting in the room?
A You know, I'm not certain what the overall intent was on putting the list in. In many cases these are people that would have had -- been responsible for certain items on the agenda or certain follow-up.



Q Is it your belief that there were -- there would be people who would attend Alliance meetings that were not listed as attendees in the minutes?
A You know, I don't know. I didn't --
Q Do --
A -- I didn't write these minutes, and I don't recall who all was there.
Q Do you have any reason to believe that at this meeting or any other meeting, there were people sitting in the room who weren't listed as attendees in the minutes?
MR. CHILDRESS: Asked and answered.
BY MR. OLSON:
Q Again, this is one of those times I'm asking if you have any specific knowledge that would give you a reason to believe that?
A I don't recall.
Q Okay. You -- you've reviewed the first paragraph that's titled, General Discussion?
A Yes.
Q Do you recall that general discussion?
A Vaguely.
Q Do you -- do you recall discussion on fuel surcharges?
A Vaguely.



Q Do you recall that a consensus was reached that it would be a positive outcome if all roads had the same process in the eyes of our customers?
A Well, when it comes to interline moves and feedback we were getting from customers, there was some frustration that there were multiple methodologies.
So you think about -- again, I'm going to use a shipment from L.A. to Atlanta. What a customer was trying to understand in many cases is UP -- and we did, sometimes UP had a separate sur -- fuel surcharge methodology versus the Norfolk Southern. And obviously from a customer perspective, they'd wanted it simplified and somewhat standardized on interline moves.
Q Wanted what standardized?
A What's the basis? What's the methodology?
Q Okay. Now, let me -- let me just try my question again. Again, it's a specific one.
Do you recall that a consensus was reached that it would be a positive outcome if all roads had the same process in the eyes of our customers?
A I think when it -- it -- again, our discussion always focused on interline moves, what are we hearing from customers in the marketplace.



Q Well, whether it had to do with interline moves or not, do you recall that a consensus was reached that it would be a positive outcome if all roads had the same process in the eyes of our customers?
A You know, I don't recall that. Again --
Q That was my question. That -- that's just --
A Okay.
Q -- what the question was.
A Okay.
Q Okay. So you -- you don't recall that -- that discussion and that consensus specifically?
A Not specifically.
Q There's nowhere in here that says that that discussion was limited to the interline business between NS and UP, is there?
MR. CHILDRESS: Objection.
MR. TEPE: Objection to form.
THE WITNESS: I will tell you, we did limit our discussion in terms of interline.
BY MR. OLSON:
Q Okay. But you just told me you don't recall this discussion.
A I know in gen -- I know when we sat down

May 1, 2000

Brad A. Thrasher
03/13/2000 04:16 PM

To: Nobu Terasaki@UP
cc: Harvey E. Wood@UP, Greg C. Mathy@UP, Mary Jane Herron@UP, Linda A. Brandl@UP, Marty H. Coalson@UP, Roy Schroer@UP

Subject: Re: Fuel Surcharge

Nobu, shown below are the three options that we evaluated. The option that we felt was best for our group was on all documents subject to or silent on increases, that IP would take a general 4% increase permanently across the board. On documents that are not subject to increase, we are attempting to trade-off opening the contract or quote now and trading a smaller increase today against a larger potential increase at the document's expiration. In the areas where we are getting extreme push-back, our fall back position is a temporary increase that will come off if oil prices fall. We do not have an exact definition of the price collars for oil yet though. Sam Mele is working with finance to get a common understanding.

Any exceptions to the 4% increase and all renewals require Director/Gatekeeper approval & signoff.

Brad

## Fuel Price Issues

## 3 Potential Scenario's

**Surcharge:**

- A special condition that allows a railroad to add a separate line item to customer charges to cover Fuel, Currency, or other special conditions. Created in response to previous fuel crises.

**PRO's**

- Can be unilateral - we do not need concurrences from connecting lines.
- Can be applied to most documents - even LQ's that state: Not subject to selective increases.
- Would appear as a separate line item on customer billing.

**CON's**

- Has never been used - Significant potential billing issues:
- Not sure that UP systems could handle it.
- potential for severe confusion w/Jointline rates
    - If unilateral, increase can apply on entire rate. If we apply only on our portion, exposes what the divisions are.
    - If we want to share w/jointline partners, system cannot transfer rate divisions to properly split surcharge.
    - Problems actually collecting it if shipments are collect. Other carrier's systems may not support it.
    - ISS system does not support.
- Customer payable systems may not support it.

**% Increase for Fuel - backed off when we drop below a trigger:**

**PRO's**

UPNJ-07-0000407
HIGHLY CONFIDENTIAL
UPFSC0000484

DA01265

- Probably easiest sell to our customers. Customer perception would most likely perceive this as the most "fair" proposal.
- Cohesiveness among market groups.
- TPCS/RSP system can automate large portion of work.
- Rates are positively stated and customer systems can support it.
- Probably will "Yield" close to actual %.

**CON's**

- When increase is backed off, rates will never exactly match previous rates due to rounding.
- Will not affect quotes that are not subject to increases.
- No permanent benefit to the bottom line.
- Tied only to fuel - does not take into account labor and other inflationary increases.
- Not in line with what the rest of the industry is doing. NS/BNSF/CSXT are all going for permanent increases - not basing just on fuel increase.
- Could impair our ability to get real price increases in areas where possible.
- Will require some manual intervention - two seperate times

**<u>Permanent Selective Increase:</u>**

**PRO's**

- Permanent benefit to the bottom line.
- In line with most of industry
- Provides "cover" for salesforce to increase rates prior to document expiration - earlier yield.
- UP/Customer systems support it.
- TPCS/RSP system can automate large portion of work.
- Some manual intervention required only one time.

**CON's**

- Tougher Sell
- Industry perception? Too much RR power and concentration?
- BNSF?

**Whatever approach we take, we should consider the following:**

- Do we need a consistent increase among groups?
- What process will we have to handle exceptions?
- Do we try and also get the increase on quotes not subject to increase? How?
- What type of customer communication plan do we use?

Nobu Terasaki

Nobu Terasaki
03/13/2000 01:08 PM

To: Harvey E. Wood@UP, Greg C. Mathy@UP, Mary Jane Herron@UP, Linda A. Brandl@UP, Brad A. Thrasher@UP
cc: Marty H. Coalson@UP, Roy Schroer@UP

Subject: Fuel Surcharge

Is your group considering taking up a fuel surcharge by any chance? If yes, have you developed a process to do that?

Please advise

Sharon A. Beschorner
03/22/2000 08:05 AM

To: Marty H. Coalson@UP, Chuck F. Janousek@UP, Michael N. Drelicharz@UP
cc: James L. Whitaker@UP

Subject: Re: Fuel Surchage

Suggest Chuck and Mike you also include James Whitaker regarding item 2) below .....

Marty H. Coalson

Marty H. Coalson
03/21/2000 01:45 PM

To: Chuck Adams@UP, Kurt H. Schroeder@UP, Ron Talley@UP, James F. Lusk@UP, Randy K. Davison@UP, Bob Opal@UP, Chuck F. Janousek@UP, Nobu Terasaki@UP, Linda A. Brandl@UP, Harvey E. Wood@UP, Brad A. Thrasher@UP, Bob M. Toy@UP, Greg C. Mathy@UP, Mary Jane Herron@UP, Roy Schroer@UP, Beth Whited@UP, John M. Newman@UP, Craig Piennett@UP, Sharon A. Beschorner@UP, Sam P. Mele@UP, Michael N. Drelicharz@UP, Mark R. Towne@UP, Cathy E. Harris@UP
cc: Jack J. Koraleski@UP, Art W. Peters@UP, Diane D. Knutson@UP, Joseph W. Leppert III@UP, Ed Sims@UP, Robert M. Knight Jr.@UP, Alex Kummant@UP, Randy S. Blackburn@UP, John T. Gray@UP, Rick Turner@UP, Tony Chacon@UP, Greg H. Sovey@UP, Maureen P. Halbur@UP, Nancy L. Brantley@UP, Laurie L. Wilson@UP, Sherri L. Carlsen@UP, Betsy B. Koch@UP, Debbie K. Bowman@UP, Edna Oakman@UP, Becky J. Hines@UP

Subject: Fuel Surchage

Following up on our Tuesday, March 14th meeting regarding fuel surcharges.

Given that there is a wide range of opinion among business teams regarding fuel surcharges, I don't see a need to reconvene another full group meeting at this time. Roy Schroer & I have talked with a number of you regarding these matters and believe we can address the issues without tying everyone up in another meeting.

We need to follow up on a few issues:

1) Document UPRR's current capabilities regarding fuel surcharges, from Price Capture, Customer & Interline Accounting, and Legal

HIGHLY CONFIDENTIAL
UPFSC000487

perspectives, for public, private regulated and exempt rates, contracts and letter quotes. A process flow chart depicting the steps and departmental roles for implementing and maintaining a fuel surcharge would be very helpful. This will provide a common understanding of our ability to consider, respond to inquiries and implement surcharges. Would Kurt Schroeder, Randy Davison and Bob Opal please take the lead on this. Please coordinate with Cathy Harris at UPT.

2) A good question was raised by Linda Brandl, regarding identifying the 'best' approach or language to provide a safety net against unexpected fuel increases. I.E. Is there a better approach than the existing "West Texas Intermediate Crude Oil" provision? What base should we be using? Mike Drelicharz and Chuck Janocek agreed to take the lead on this issue.

3) On the question of concurrence with NS request to include a "West Texas Intermediate Crude Oil" provision to all future pricing documents, (public & private) we don't yet have unanimous agreement among the business teams. I believe this requires further discussion and is associated with item number 2) above. I will handle with the business teams to determine our response.

Initial Business Team perspectives:

Intermodal: Is discussing implementing a fuel surcharge as soon as practicable and that can be billed in a quality fashion with customers. Is in favor of concurring to NS fuel escalator provision.

Industrial: In the middle of aggressive selective price increase implementation. Not interested in a fuel surcharge at this time. However, if fuel stays high, will plan on additional price increases in the third quarter, 2000'.
Prefers not to use "fuel surcharge" and tie price increases to quality service and competitive circumstances. Not in favor of NS concurrence.

Energy: Very limited opportunity for 'fuel surcharge' given nature of contracts.
NS concurrence is not a issue for them.

Chemicals: Has recently implemented aggressive price increases and not interested in fuel surcharges at this time.
NS concurrence on private agreements, subject to individual exclusions.

Agricultural: Prefers staying with normal selective increases. However, if a fuel surcharge is implemented across the board, would go along.
NS concurrence is OK on private agreements, subject to individual exclusions.

Automotive: Fuel surcharge is under consideration. Sees longer term risk associated with it. (Customers wanting reductions in times of low fuel)
NS concurrence is OK with Autos, but would have little, if any impact on them.

HIGHLY CONFIDENTIAL
UPFSC0000488

Our prices are market based and market competitiveness has resulted in declining rates (on average) as shown in the chart referenced in the previous question. UP has been able to provide competitive rates only through dramatic productivity improvements. We cannot continue, however, to absorb the increased cost of fuel for the entire logistics chain, as we have for the past few years. As mentioned previously, with UP consuming 1.3 billion gallons annually, costs increase by $13 million for every one-cent change in fuel. ~~The entire chain must begin to share these costs.~~

**~~Doesn't the monthly adjustment in the surcharge amount create an administrative burden?~~**

ok

~~As mentioned above, changing the surcharge monthly allows it to better reflect rising and falling oil prices. Furthermore, monthly changes are no more frequent than the BNSF and less frequent than most truckers, who change weekly (see Surcharge Comparison Matrix). Since fuel surcharges are effective in the second month subsequent to the month on which they are calculated, customers have more time to make any changes necessary to their freight rate databases and planning models.~~

**Truckers surcharge because their operations are so fuel intensive and many are shaky financially. Since railroads are better off financially, why can't they just absorb the increased cost?**

It's true that most major railroads have posted better financial results over the past few years than many truck carriers. However, the trucking industry is heavily subsidized by the government and does not have to build or maintain a route infrastructure. Railroads maintain their own right-of-way. While the earnings picture for railroads has brightened considerably in the 20 years since deregulation, Union Pacific still does not earn its cost of capital. Long-term failure to earn our cost of capital is not a sustainable business model and ultimately impacts our ability to make the investments in the track, facilities, technology and equipment that are needed to support our innovative new products designed to meet customers requirements.



UPNJ-08-0000325

HIGHLY CONFIDENTIAL
UPFSC0000990

DA01269

Home | iPower | Markets | Prices | Products & Services | Site Map | Search | Contact Us

We Can Move Your World.

BNSF

# BNSF Rules Book 6100 - Carload Fuel Surcharge (Effective July 1, 2001)

A fuel surcharge may be applied to price authorities subject to BNSF Rules Book 6100 The surcharge for the following month will be determined on the first of the prior month based on the U.S. average price of Retail On-Highway Diesel Fuel for the second prior month. The Fuel Surcharge Rate (FSR) is determined from the table found in item 337: BNSF Rules Book 6100 Series. The BNSF Rules Book 6100 can be found online at: Miscellaneous Pricing Publications.

Quick Links

Carload West Texas Intemediate Crude

Carload Highway Diesel Fuel

Intermodal Fuel Surcharge

## Fuel Surcharge Rate Based on Retail On-Highway Diesel Fuel, HDF Effective July 1, 2001

HDF = Prior Period's monthly average of the U.S. average price of Retail On-Highway Diesel Fuel as reported on the U. S. Department of Energy's WebPages at:

Click here for EIA Retail On-Highway Diesel Prices

Fuel Surcharge Rate:

| For the Month of: | Prior HDF Average: |
|---|---|
| June 2003 (NA until 04/30/03) | Apr 2003 (NA until 04/30/03) |
| May 2003 5.0% | Mar 2003 $1.708 |
| Apr 2003 4.5% | Feb 2003 $1.654 |
| Mar 2003 2.5% | Jan 2003 $1.488 |
| Feb 2003 2.0% | Dec 2002 $1.429 |
| Jan 2003 2.0% | Nov 2002 $1.420 |
| Dec 2002 2.5% | Oct 2002 $1.462 |
| Nov 2002 2.0% | Sep 2002 $1.411 |
| Oct 2002 1.0% | Aug 2002 $1.328 |
| Sep 2002 0.0% | July 2002 $1.299 |
| Aug 2002 0.0% | June 2002 $1.286 |
| July 2002 1.0% | May 2002 $1.305 |
| June 2002 1.0% | Apr 2002 $1.309 |
| May 2002 0.0% | Mar 2002 $1.230 |
| Apr 2002 0.0% | Feb 2002 $1.152 |
| Mar 2002 0.0% | Jan 2002 $1.153 |
| Feb 2002 0.0% | Dec 2001 $1.167 |
| Jan 2002 0.0% | Nov 2001 $1.259 |

FSR as of July 1, 2000 (see table below)

Betty K. Higgins
09/13/2000 11:59 AM

To: Randy S. Blackburn@UP, John M. Newman@UP, Debbie K. Bowman@UP, Nobu Terasaki@UP, Jake Bessembinders@UP, Timothy J. Hurley@UP, Kevin Leahy@UP, Tom P. Coleman@UP, Yoshio Kitanohara@UP, Liz A. Heim@UP, Don W. Dahlberg@UP, Mark V. Herbst@UP, Jim J. Mohan@UP, Todd D. Thimjon@UP, Pete Mori@UP, Paul D. Borseth@UP, Joe M. Finocchiaro@UP, Daniel P. Hartmann@UP, Mary Anne Holm@UP, Gregory Mouton@UP, Hikaru Nakamura@UP, Nick W. Peterson@UP, Doug B. Tucker@UP, John E. Philp@UP, Alfred Altuna@UP, Ora L. Davis@UP, Jim H. Ellis@UP, Frank Forlini III@UP, Sharon K. Greco@UP, Dan J. Guetterman@UP, Todd Lenczowski@UP, Russ Wonderly@UP, Larry A. Gerek@UP, Steve P. Burton@UP, John D. Groth@UP, Lawrence S. Hill@UP, Bob M. MacDonald@UP, Timothy J. Morgan@UP, Bud Mushlitz@UP, Matt J. Gloeb@UP, Sue L. Petranovich@UP, Gail M. Bandyk@UP, Mike S. Coble@UP, Dan A. Coddington@UP, Carl W. Holem@UP, Rich E. Horstmann@UP, Kevin J. Kelly@UP, Charles M. Castany@UP, Lourdes Montano@UP, Angeles Diaz-Rubin@UP, Luis A. Garulo@UP, Carlos R. Lopez@UP, Doug G. Graham@UP, Ben B. Shelton@UP, Steven E. Moore@UP, Kelli K. Sears@UP, Betty K. Higgins@UP, Bob A. Allan@UP, NCSCINTMGMNT@UP, Jack P. Patton@UP, Barry D. Michaels@UP, Connie L. Varsalona@UP, Lori Bloom@UP, Anne M. Wendt@UP, Jeff S. Addison@UP, Curt L. Bruun@UP, Mike K. Taylor@UP, Randy K. Davison@UP, Daniel A. Kuhlman@UP, F. Scott Hopson@UP

cc:

Subject: Bulletin 2000-093 RE: Fuel Surcharge

The attached bulletin was sent out this morning to all IMC/TL via E-mail and M-Fax.

2093.doc

CONFIDENTIAL
UPFSC0000506

UNION PACIFIC

Intermodal Group Bulletin No. 2000-093
1416 Dodge Street
Omaha, NE 68179
September 13, 2000

RE: Fuel Surcharge

Dear Intermodal Customer:

Rapidly rising fuel costs have caused us to reassess our prices relative to the industry action on fuel surcharges. Effective September 20, 2000, Union Pacific will access a fuel surcharge on all intermodal rates covering all private and rail furnished equipment. This amount will show as a separate line item on your freight bill.

When fuel prices spiked earlier this year, Union Pacific, in lieu of a fuel surcharge, implemented increases in rates in the 3% range on most business. The fuel surcharge Union Pacific will implement is 1% on prices taking the previous increase, and 4% on rates that were excluded from the March/April increase. The fuel surcharge will be assessed on all local and jointline rates without exception. This will include those rates shown as exempt from general price increases.

Future surcharge actions will depend on changes in Department of Energy Diesel Price indices. Your account representative will be available to clarify any questions on prices.

Sincerely,

John E. Philp
AVP/Business Director IMC/TL

UPNJ-07-0000430
CONFIDENTIAL
UPFSC0000507

**DA01272**

Proj. 1202



CSX TRANSPORTATION
Marketing Services – J865
BellSouth Tower – 28th Floor
301 West Bay Street
Jacksonville, FL 32202

September 29, 2000

Kurt H. Schroeder
Union Pacific Railroad Company

Subject: Proposed Fuel Surcharge

Dear Mr. Schroeder:

To enable recovery of increased fuel costs, CSXT requests your concurrence to implement a fuel surcharge on most joint-line rates between CSXT and your company effective October 25, 2000. These surcharges will be divided in the same proportion as in the joint-line rate.

Should the price of West Texas Intermediate Crude Oil reach $28 per barrel and remain at or above that level for thirty (30) consecutive days, a surcharge will be added to the freight charges on the joint-line movement with your company in accordance with publication CSXT 8100 Item 12000. The percentage will be applied to the gross freight revenue and added as a miscellaneous charge on the freight bill to be divided in the same proportion as the freight revenue.

The recovery charge will be published as an amendment to appropriate CSXT tariffs of general applicability and will be applied to all joint-line traffic moving under tariffs, public price lists, private price quotes and certain contracts that incorporate those general tariffs. Contracts that contain a price escalator index published by a government entity, such as RCAF, will not be included.

We appreciate a reply to our proposed fuel surcharge on traffic moving in connection with your company no later than close of business October 6, 2000. If we do not hear from you by that date, we will assume your concurrence. Your response may be forwarded to us via the internet to Pam_Grayson@csx.com, faxed to 904-633-5733 or mailed/expressed to the above address. Should you have any questions concerning this proposal, please contact me at the e-mail address or phone number below.

Yours truly,

Clyde V. McIntyre
Director-Marketing Services
Clyde_McIntyre@csx.com
904-633-5678

# Intentionally Omitted

## DA01274-DA01288

Kathy A. Eymann 10/04/2000 09:48 AM

To: "Grayson, Pam" <Pam_Grayson@csx.com> @ INTERNET
cc: Sharon A. Beschorner, Michael D. Boone, James F. Lusk, John M. Newman, Craig Piennett, Kelli K. Sears, Linda L. Sudduth, Nobu Terasaki, Linda S. Bowen, Dave A. Gramlich, Ann E. Schwabe

Subject: CSXT Fuel Surcharge Project 1202

Reference your letter dated September 29, 2000, requesting our concurrence to implement a fuel surcharge on most joint-line rates, effective October 25, 2000.

You may accept this letter as our concurrence to the above proposed fuel surcharge, based on the following conditions:

1) CSXT fuel surcharge to apply only on public price documents where CSXT is the publisher. CSXT private price documents may be "individually negotiated" at the time(s) of their establishment or their renewal.

2) CSXT has agreed to publish/maintain the FSC to facilitate automated downstream billing systems:
a) CSXT will capture/maintain the fuel surcharge in a Surcharge Condition Code (SURC) group docket with the fuel surcharge amount kept positively stated.
b) All price dockets (T/S 460) actually subject to the fuel surcharge will be pointed to the fuel surcharge group docket (T/S 490).

3) The fuel surcharge amounts will be divided/settled on the same basis as their associated individual price(s) interline divisions.

**From:** Nobu Terasaki
**To:** Michael N. Drelicharz@UP
**Sent:** 10/10/2000 12:37:28 PM
**Subject:** Re: Intermodal fuel surcharge

---------------------- Forwarded by Nobu Terasaki on 10/10/2000 11:36 AM ---------------------------

Liz A. Heim
10/10/2000 10:40 AM

To: Nobu Terasaki@UP
cc:

Subject: Re: Intermodal fuel surcharge

---------------------- Forwarded by Liz A. Heim on 10/10/2000 10:40 AM ---------------------------

Don W. Dahlberg
10/10/2000 09:44 AM

To: Liz A. Heim@UP
cc: Mark V. Herbst@UP, Jim J. Mohan@UP, Todd D. Thimjon@UP, Randy S. Blackburn@UP, John M. Newman@UP, Kelli K. Sears@UP

Subject: Re: Intermodal fuel surcharge

Liz , my vote would be to adjust quarterly, and If there is no significant statistical difference between the WTI and the MRFP , I would lean towards using the WTI, so that our customers will not have to keep track of different indices. We may be able to justify the MRFP as more accurately reflecting our costs, however one of our goals we aspire to, is to have our customers vote on being able to easily do business with us. This should also be a consideration.

Liz A. Heim
10/10/2000 08:44 AM

To: Don W. Dahlberg@UP, Mark V. Herbst@UP, Jim J. Mohan@UP, Todd D. Thimjon@UP
cc: Randy S. Blackburn@UP, John M. Newman@UP, Kelli K. Sears@UP

Subject: Re: Intermodal fuel surcharge

We will be making a decision this week on which fuel surcharge index we will use. Please review the attached notes. My initial reaction is to go with the WTI crude oil index since that is what the other rails use. This is also published daily in the Wall Street Journal. However, according to our internal fuel/finance experts, the WTI is not the best measurement of what we actually pay and that the MRFP is more representative of what we pay for fuel. In discussion with Nobu yesterday, we are looking at only adjusting our fuel surcharge quarterly and not weekly like the BNSF. Therefore it is not so important that we use the

same system. Also feedback from some customers says that the weekly changes with the BNSF are a hassle. My vote is to chose the index that best reflects our costs, review and if necessary ,change it quarterly after establishing the base price. Please send your comments directly to Nobu. We need your input.

---------------------- Forwarded by Liz A. Heim on 10/10/2000 08:33 AM ---------------------------

Marty H. Coalson
10/04/2000 10:40 PM

To: Nobu Terasaki@UP
cc: Randy S. Blackburn@UP, Greg Sovey, Chuck Adams, Jake Bessembinders@UP, Tom P. Coleman@UP, Liz A. Heim@UP, Pete Mori@UP, John E. Philp@UP, Matt J. Gloeb@UP, John M. Newman@UP, Ben B. Shelton@UP, Larry A. Gerek@UP, Kelli K. Sears@UP, Michael N. Drelicharz@UP, Mark R. Towne@UP, Hans Matthiessen@UP, Randy K. Davison@UP, Kurt H. Schroeder@UP, Shawntell N. Pichler, Tammy Teten, Michele Ziska, Linda L. Sudduth, Linda A. Brandl@UP, Keith Taylor, Bob M. Toy, Nobu Terasaki@UP

Subject: Re: Intermodal fuel surcharge

While I see Finance's viewpoint that the MRFP is a better index for RR's to use, the WTI crude oil index has already gained wide spread use by the NS, BN and UP in many of our contract and letter quotes. The additional value from the MRFP needs to be weighed against the use and acceptance of the WTI as opposed to creating an new (adding complexity) index that may not track well with our primary rail competitor, the BNSF.

Marty


Nobu Terasaki
10/04/2000 02:03 PM

To: Randy S. Blackburn@UP, Jake Bessembinders@UP, Tom P. Coleman@UP, Liz A. Heim@UP, Pete Mori@UP, John E. Philp@UP, Matt J. Gloeb@UP, John M. Newman@UP, Ben B. Shelton@UP, Larry A. Gerek@UP, Kelli K. Sears@UP
cc: Michael N. Drelicharz@UP, Mark R. Towne@UP, Hans Matthiessen@UP, Randy K. Davison@UP, Kurt H. Schroeder@UP, Marty H. Coalson@UP

Subject: Intermodal fuel surcharge

Attached are the fuel surcharge languages that Finance has provided. The first one is a comprehensive version and the second one is a shorter version of the language. Both languages are basically same, but the shorter version is not as explicit as the first one on the methodology to calculate a surcharge. As suggested in earlier discussion, I am a strong advocate of a vaguer version so that UP would retain the right as to how we calculate the fuel surcharge in the future. But either version should work as good in terms of recouping future cost increases associated with fuel price spikes.

Major features of the languages were as follows:

- Monthly Railroad Fuel Prices ( MRFP) index will be used. This index closely parallels with WTI index that BNSF is using. Finance believed this index would be the best representation of fuel price fluctuations that railroads are impacted by the recent fuel price surge.
- The base index period is August, 2000. The assumption is we would have brought our rates to current prior to imposition of fuel surcharges taken in September 26. And thus, the new language and index would take place of the surcharges presently applied when they put into effect in January, 2001. Should the calculated surcharge be 4% in January 2001, then it would replace what's in effect today. Incidentally, if we would apply this language and index today, we would have a surcharge of 2% ( Mike, would you please confirm)
- The language will be placed in Cir. 20 replacing the current fuel surcharge items. Then all SCQs and other rate documents will be subject to the new language and index. Exceptions will have to be clearly defined before doing so, e.g. steamship line contracts.

Issues to be further deliberated:

- Should the base index period be appropriate?
- Would this index be comparable to the fuel surcharge language used in the existing steamship line contracts?
- Would this index be comparable to competition?
- How to treat newer rates? Would it be fair to assess xxx % on rates that have been quoted yesterday just because the new surcharge has been set today?
- Monthly or quarterly

Please go over the languages and index and advise your suggestion. We will discuss potential issues as it relats to the fuel surchage in the next director's meeting.

---------------------- Forwarded by Nobu Terasaki on 10/04/2000 01:03 PM ---------------------------

Michael N. Drelicharz
09/29/2000 04:54 PM

To: Nobu Terasaki@UP
cc: Mark R. Towne@UP, Hans Matthiessen@UP

Subject: Intermodal fuel surcharge

Nobu, based on our meeting this afternoon attached are two examples of the Intermodal fuel surcharge. The first is the long version, the second is the short version.

****Intermodal_1.doc (24576 bytes) has been removed from this note.
****Intermodal_2.doc (20480 bytes) has been removed from this note.

Nobu Terasaki
10/23/2000 03:29 PM

To: Randy S. Blackburn@UP, Jake Bessembinders@UP, Tom P. Coleman@UP, Liz A. Heim@UP, Pete Mori@UP, John E. Philp@UP, Matt J. Gloeb@UP, John M. Newman@UP, Ben B. Shelton@UP, Larry A. Gerek@UP, Kelli K. Sears@UP
cc: Michael N. Drelicharz@UP, Mark R. Towne@UP, Randy K. Davison@UP, Kurt H. Schroeder@UP, Mike L. Focht@UP

Subject: Fuel Surcharge

Let me summarize what I would recommend doing based on the conversation we had this morning. I would like to make this change effective immediately unless any one has any other suggestions.

1) Modify the Cir 20-b:

Maintain item 2.1(2%), 2.2 (2%),2.3 ( 3%) and 2.5 (1%) and replace item 2.4 with the following language. Item 2.4 today reads as follows, " Except as otherwise provided in connection with particular rates or charges, all UP pricing documents referring to this publication are subject to a fuel surcharge of five (5%)percent on both single and join-line traffic, effective October 9,2000.

New Item 2.4: Effective November 1, 2000 and the l st day of each month thereafter, except as otherwise provided in connection with the particular rates or charges, all UP pricing documents referring to this publication will be subject to a fuel surcharge based on the percentage change in the Department of Energy's Retail On-Highway Diesel Price Index. On the fuel surcharge calculation date the percentage change calculation will be from the base index to the most recent monthly average of the Retail On-Highway Diesel Price Index. The Department of Energy Retail On-Highway Diesel Price Index can be retrieved from the Department of Energy at 202-569-6966 or accessed on the internet at www.eia.doe.gov ( I would not recommending advising the exact base period).

Outcome of the change: The rate documents that are currently subject to 5% fuel surcharge will be subject to this item while others referring to other items will remain unchanged. In addition, I would recommend all new rates should refer to this item 2.4. I recommend modifying the template in such a way to force all new rates subject to item 2.4. Exceptions should be so noted in the template. ( Randy, would this be a realistic suggestion).

2) Maintain the formula suggested by the Finance ( Mike Drelichart)

The percentage change calculation will be from the December 1999 monthly average ( Base Index)
Example of Fuel Surcharge November 1, 2000
DOE Retail On-Highway Diesel Price Index
December 1999 Monthly Average 1.292
First three weeks of Oct. Average 1. 636
Fuel surcharge in November: 5% ( unchanged from October)

HIGHLY CONFIDENTIAL
UPFSC000518

I would like to ask Finance to advise following individuals of the new surcharge in the fourth week of the month for the following month.

Randy Davison - Accounting
Mike Forcht -Accounting
Nobu Terasaki
Kelli Sears
Randy Blackburn
John Philp
Pete Mori
Tom Coleman
Liz Heim
John Newman
Jake Bessembinders

3) Eventually cancel all items other than 2.4 and consolidate application of fuel surcharges to one item.

4) To the extent a different fuel percentage should be applied, make such rate documents subject to the other items or not subject to the Cir. 20 fuel surcharge items.

Your quick response would be greatly appreciated.

Nobu

HIGHLY CONFIDENTIAL
UPFSC0000519

BNSF

THOMAS J. JACOBOWSKI

*General Director, Price Management*

**Burlington Northern Santa Fe**

3001 Lou Menk Drive

Ft. Worth, TX 76131-2815

Phone: (817) 593-1131
Fax: (817) 593-2909
EMAIL: Thomas.Jacobowski@bnsf.com

April 25, 2001

Dear Interline Partner:

Subject: Changes to BNSF Carload Fuel Surcharge Calculation

The Burlington Northern Santa Fe Railway requests your concurrence to change our carload Fuel Surcharge calculation for joint line prices, effective July 1, 2001. We are changing the fuel index we use from WTI to Highway Diesel Fuel (HDF). Our analysis shows that the fuel prices BNSF pays are more closely correlated with HDF than WTI. Therefore, we feel HDF is a better index to use. The HDF index is published on the U.S. Government's Energy Information Administration website at: "http://www.eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed. We will be using the National U.S. average for our index. This will also provide our customers with a single index to monitor since HDF is what the intermodal business (and the trucking industry) uses to assess their Fuel Surcharges. While we will still publish the Fuel Surcharge in table form for ease of use, it will continue to be based on a formula, as shown on the attached, subject to annual review. Note the table will start with a minimum threshold of 1% and increase in 0.5% intervals. Finally, to allow customers more time to be notified of our monthly Fuel Surcharge Rate (FSR), we will give customers a full month's notification. For example, the July FSR will be based on the average HDF price in May. These changes will be published in BNSF Rules Book 6100. We will continue to send you monthly emails with joint line prices that are subject to the Fuel Surcharge.

Please provide your concurrence by April 30, 2001. If we do not receive a reply from you by this date, we will assume your concurrence.

If you have any questions, please contact me as shown above or contact Ken Holmes on 817-593-1148, email Ken.Holmes@BNSF.com.

Sincerely,

Tom Jacobowski

BNSFlh1.sty

BNSFlh1.sty

**From:** Michael N. Drelicharz
**To:** Kurt H. Schroeder@UP
**Sent:** 05/25/2001 04:05:42 PM
**Cc:** Chuck Adams@UP;Joe O'Connor@UP;Chandra R. Henley@UP;Mark R. Towne@UP
**Subject:** Fuel Surcharge Analysis
**Priority:** 2
**Attachments:** fuel.pps

Kurt, per our discussion the other day, I am forwarding my fuel surcharge analysis in a power point presentation format.

The beginning of the presentation contains the BNSF surcharge table along with my calculation of surcharge tables using the Monthly Railroad Fuel Price (MRFP) index and the West Texas Intermediate (WTI) per barrel cost of crude oil. I used the same methodology that the BNSF used in calculating the MRFP and WTI tables. Included is a comparison chart that shows how the surcharges would stack up using the three different indices in the first four months of 2001. As you will see, the WTI and MRFP index would have yielded similar results.

The next two sections contain several graphs which compare UP fuel prices to the MRFP, DOE, and WTI indices. Finally, I summarize my observations of the graphical comparisons.

My analysis shows that the MRFP index most closely follows UP's diesel fuel prices. This is logical in that the objective of the MRFP is to measure railroad diesel fuel prices. However, any of these indices could be used to create a successful fuel surcharge.

As we discussed, I would be happy to assist in any efforts to determine fuel surcharge options and strategies. Feel free to call me at x4214.

fuel.pps

**This file was produced in its native format**

# Fuel Surcharge Analysis



- U.P. Fuel Prices Compared to MRFP/WTI/DOE On-Highway Indices

# Surcharge Tables

The following surcharge tables and summary show alternatives based on the three fuel indices that were analyzed.

# UPRR Fuel Surcharge Comparison

| | Index Values | | | | Surcharge % Based on: | | |
|---|---|---|---|---|---|---|---|
| | MRFP | DOE | WTI | | MRFP | DOE | WTI |
| January 2001 | 191.5 | 1.524 | 29.58 | | 5.5% | 3.0% | 5.0% |
| February 2001 | 181.3 | 1.492 | 29.61 | | 4.5% | 2.5% | 5.0% |
| March 2001 | 167.4 | 1.399 | 27.26 | | 3.0% | 1.5% | 3.5% |
| April 2001 | 173.6 | 1.422 | 27.41 | | 3.5% | 2.0% | 3.5% |
| | | | | | | | |
| Average Surcharge % | | | | | 4.1% | 2.3% | 4.3% |

## BNSF Carload Fuel Surcharge Table

| Average HDF Price: | Applicable Fuel Surcharge Rate: |
|---|---|
| $0.00 to $1.299 | 0.0% |
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |
| $2.00 to $2.049 | 8.0% |
| | |
| Each $0.05 per gallon increase thereafter, apply an additional 0.5%. | |

Note: The above Table is derived from the formula:
FSR = (Avg. HDF Price/BV-1)*FI where,
FSR is the Fuel Surcharge Rate
Avg. HDF Price is the average Highway Diesel Fuel Price, calculated monthly, as reported weekly at the US Government's Energy Information Administration's website at:
http://w w w .eia.doe.gov/pub/oil_gas/petroleum/data_publications/w eekly_on_highw ay_diesel_prices/current/html/diesel.html
BV is the year 2000 5 Year rolling average HDF Price of $1.22/gal., reviewed annually
FI is BNSF's Fuel Expense/Total Operating Expense for the year 2000 of 13.1%, as reported in the BNSF 2000 Annual Report, reviewed annually

| Average MRFP Level: | | | Applicable Fuel Surcharge Rate | | | |
|---|---|---|---|---|---|---|
| Low | | High | % Sur. | Low | High | Avg |
| - | to | 144.99 | **0.0%** | 0.00% | 1.03% | |
| 145.00 | to | 149.99 | **1.0%** | 1.03% | 1.53% | 1.28% |
| 150.00 | to | 154.99 | **1.5%** | 1.53% | 2.03% | 1.78% |
| 155.00 | to | 159.99 | **2.0%** | 2.03% | 2.53% | 2.28% |
| 160.00 | to | 164.99 | **2.5%** | 2.54% | 3.04% | 2.79% |
| 165.00 | to | 169.99 | **3.0%** | 3.04% | 3.54% | 3.29% |
| 170.00 | to | 174.99 | **3.5%** | 3.54% | 4.04% | 3.79% |
| 175.00 | to | 179.99 | **4.0%** | 4.04% | 4.54% | 4.29% |
| 180.00 | to | 184.99 | **4.5%** | 4.54% | 5.04% | 4.79% |
| 185.00 | to | 189.99 | **5.0%** | 5.04% | 5.54% | 5.29% |
| 190.00 | to | 194.99 | **5.5%** | 5.54% | 6.04% | 5.79% |
| 195.00 | to | 199.99 | **6.0%** | 6.04% | 6.54% | 6.29% |
| 200.00 | to | 204.99 | **6.5%** | 6.54% | 7.04% | 6.79% |
| 205.00 | to | 209.99 | **7.0%** | 7.05% | 7.55% | 7.30% |
| 210.00 | to | 214.99 | **7.5%** | 7.55% | 8.05% | 7.80% |
| 215.00 | to | 219.99 | **8.0%** | 8.05% | 8.55% | 8.30% |
| Each 5 point increase thereafter, apply an additional 0.5%. | | | | | | |

**Note: The above Table is derived from the formula:**
FSR = (Avg. MRFP Price/BV-1)*FI where,
FSR is the Fuel Surcharge Rate
Avg. MRFP Price is the Monthly Railroad Fuel Price Index as reported by the AAR
BV is the year 2000 5 Year rolling average MRFP Index value of $134.7, reviewed annually
FI is UPRR's Fuel Expense/Total Operating Expense for the year 2000 of 13.5%,
as reported in the UPRR 2000 Annual Report, reviewed annually

# UPRR Carload Fuel Surcharge Table

| Average WTI Level: | | | Applicable Fuel Surcharge Rate | | | |
|---|---|---|---|---|---|---|
| Low | | High | % Sur. | Low | High | Avg |
| - | to | 23.00 | **0.0%** | 0.00% | 1.05% | |
| 23.01 | to | 23.80 | **1.0%** | 1.06% | 1.56% | 1.31% |
| 23.81 | to | 24.60 | **1.5%** | 1.56% | 2.06% | 1.81% |
| 24.61 | to | 25.40 | **2.0%** | 2.07% | 2.57% | 2.32% |
| 25.41 | to | 26.20 | **2.5%** | 2.57% | 3.07% | 2.82% |
| 26.21 | to | 27.00 | **3.0%** | 3.08% | 3.58% | 3.33% |
| 27.01 | to | 27.80 | **3.5%** | 3.59% | 4.09% | 3.84% |
| 27.81 | to | 28.60 | **4.0%** | 4.09% | 4.59% | 4.34% |
| 28.61 | to | 29.40 | **4.5%** | 4.60% | 5.10% | 4.85% |
| 29.41 | to | 30.20 | **5.0%** | 5.11% | 5.60% | 5.36% |
| 30.21 | to | 31.00 | **5.5%** | 5.61% | 6.11% | 5.86% |
| 31.01 | to | 31.80 | **6.0%** | 6.12% | 6.62% | 6.37% |
| 31.81 | to | 32.60 | **6.5%** | 6.62% | 7.12% | 6.87% |
| 32.61 | to | 33.40 | **7.0%** | 7.13% | 7.63% | 7.38% |
| 33.41 | to | 34.20 | **7.5%** | 7.64% | 8.14% | 7.89% |
| 34.21 | to | 35.00 | **8.0%** | 8.14% | 8.64% | 8.39% |
| Each 80¢ increase thereafter, apply an additional 0.5%. | | | | | | |

**Note: The above Table is derived from the formula:**
FSR = (Avg. WTI Price/BV-1)*FI where,
FSR is the Fuel Surcharge Rate
Avg. WTI Price is the price of West Texas Intermediate crude oil per barrel as reported by the Wall Street Journal.
BV is the year 2000 5 Year rolling average WTI Index value of $134.7, reviewed annually
FI is UPRR's Fuel Expense/Total Operating Expense for the year 2000 of 13.5%,
as reported in the UPRR 2000 Annual Report, reviewed annually

# UP Fuel Prices Compared to Indices

These graphs compare UP monthly fuel price averages to the MRFP, DOE On-highway fuel price index, and WTI crude oil averages


UP Monthly Fuel Price vs MRFP
1/98 - 3/01
120.00
110.00
100.00
90.00
80.00
70.00
60.00
50.00
40.00
Jan-98
Mar-98
May-98
Jul-98
Sep-98
Nov-98
Jan-99
Mar-99
May-99
Jul-99
Sep-99
Nov-99
Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01
UP Fuel
MRFP


UP Avg Monthly Fuel Prices vs DOE On-Highway Diesel Fuel
1/98 - 3/01
UP Fuel Prices
DOE Index
120.00
110.00
100.00
90.00
80.00
70.00
60.00
50.00
40.00
170.00
160.00
150.00
140.00
130.00
120.00
110.00
100.00
90.00
UP Fuel
DOE
Jan-98
Mar-98
May-98
Jul-98
Sep-98
Nov-98
Jan-99
Mar-99
May-99
Jul-99
Sep-99
Nov-99
Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01


UP Avg Monthly Fuel Price vs. WTI
1/98 - 3/01
UP avg fuel price
WTI $ per barrel
120.00
110.00
100.00
90.00
80.00
70.00
60.00
50.00
40.00
40.00
35.00
30.00
25.00
20.00
15.00
10.00
UP Fuel
WTI
Jan-98
Mar-98
May-98
Jul-98
Sep-98
Nov-98
Jan-99
Mar-99
May-99
Jul-99
Sep-99
Nov-99
Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01


MRFP/WTI/DOE Compared to Avg Monthly UP Fuel Price 1/98 - 3/01
Indicies
180.00
160.00
140.00
120.00
100.00
80.00
60.00
40.00
20.00
0.00
40.00
50.00
60.00
70.00
80.00
90.00
100.00
110.00
120.00
Avg Monthly UP Fuel Price
$R^2$ = 0.9865
$R^2$ = 0.9963
$R^2$ = 0.9336
MRFP
WTI
DOE
Linear (MRFP)
Linear (WTI)
Linear (DOE)

# Monthly % Changes

These graphs compare month/month % changes in UP fuel prices to the month/month % changes in the MRFP, DOE, and WTI indices


% Changes in UP Fuel Compared to MRFP/DOE/WTI
1/98 - 3/01
25.0%
20.0%
15.0%
10.0%
5.0%
0.0%
-5.0%
-10.0%
-15.0%
-20.0%
Feb-98
Apr-98
Jun-98
Aug-98
Oct-98
Dec-98
Feb-99
Apr-99
Jun-99
Aug-99
Oct-99
Dec-99
Feb-00
Apr-00
Jun-00
Aug-00
Oct-00
Dec-00
Feb-01
UP Fuel
MRFP
WTI
DOE


% Changes in UP Fuel Compared to MRFP
1/98 - 3/01
20.0%
15.0%
10.0%
5.0%
0.0%
-5.0%
-10.0%
-15.0%
Feb-98
Apr-98
Jun-98
Aug-98
Oct-98
Dec-98
Feb-99
Apr-99
Jun-99
Aug-99
Oct-99
Dec-99
Feb-00
Apr-00
Jun-00
Aug-00
Oct-00
Dec-00
Feb-01
UP Fuel
MRFP


% Changes in UP Fuel Compared to DOE
1/98 - 3/01
20.0%
15.0%
10.0%
5.0%
0.0%
-5.0%
-10.0%
-15.0%
Feb-98
Apr-98
Jun-98
Aug-98
Oct-98
Dec-98
Feb-99
Apr-99
Jun-99
Aug-99
Oct-99
Dec-99
Feb-00
Apr-00
Jun-00
Aug-00
Oct-00
Dec-00
Feb-01
UP Fuel
DOE


% Changes in UP Fuel Compared to WTI
1/98 - 3/01
25.0%
20.0%
15.0%
10.0%
5.0%
0.0%
-5.0%
-10.0%
-15.0%
-20.0%
Feb-98
Apr-98
Jun-98
Aug-98
Oct-98
Dec-98
Feb-99
Apr-99
Jun-99
Aug-99
Oct-99
Dec-99
Feb-00
Apr-00
Jun-00
Aug-00
Oct-00
Dec-00
Feb-01
UP Fuel
WTI


Mo/Mo % Changes in MRFP/WTI/DOE compared to Average UP Fuel Price
1/98 - 3/01
25.0%
20.0%
15.0%
10.0%
5.0%
0.0%
-5.0%
-10.0%
-15.0%
-20.0%
% Change in Indices
-10.0%
-5.0%
0.0%
5.0%
10.0%
15.0%
20.0%
% Change in UP Fuel Price
MRFP
R2 = 0.838
WTI
R2 = 0.3915
R2 = 0.7288
DOE
MRFP
WTI
DOE
Linear (DOE)
Linear (WTI)
Linear (MRFP)

# SUMMARY

- Monthly Railroad Fuel Price (MRFP) Index most closely represents changes in UP fuel prices.
- The MRFP Index has met with resistance from shippers because it is published by the AAR. However, its recent availability on the web has helped to increase its acceptance.
- The MRFP is published approximately three weeks after the end of the month.
- DOE On-Highway Diesel Fuel Index (DOE) measures trucker’s diesel fuel prices.
- The DOE Index is published on a weekly basis and is available on the web. The weekly values can be used to compile a monthly average.
- Truckers pay more for diesel fuel than do railroads in part due to higher taxes. Therefore, the price of railroad fuel fluctuates more on a percentage basis than truck fuel. Because fuel surcharges are based on percentage changes, it is advantageous to use an index based on railroad fuel.
- West Texas Intermediate (WTI) crude oil is a well-known benchmark measurement of oil prices. It also has the advantage of being available on a daily basis in the Wall Street Journal.
- WTI appears to be the worst of the three indices for measuring changes in railroad diesel fuel prices.

Nobu Terasaki
08/22/2001 08:02 AM

To: Michael N. Drelicharz@UP
cc: Randy S. Blackburn@UP, Marty H. Coalson@UP, Tammy Teten@UP, Paul D. Borseth@UP, Sharon K. Greco@UP

Subject: FSC

It is interesting to note that BNSF's surcharge has gone back up to 3% while ours went down to 1.5%. You know both of us are using the same index although we don't know of their formula. But, this deviation seems significant as this is the first time their and ours went the other way since we started to track the fuel surcharges.

Mike, I would like to go over our program sometime in the near future to decide whether to keep the same program or come up with a new program once the fuel surcharge reaches zero sometime in the future. Please call me to brainstorm this subject. Nobu

---------------------- Forwarded by Nobu Terasaki on 08/22/2001 07:40 AM ---------------------------

Gail M. Bandyk
08/21/2001 02:25 PM

To: Nobu Terasaki@UP
cc: Larry A. Gerek@UP

Subject: FSC

Note the BNSF went back up to 3%

- RAILROA1.xls

Analyze trends in BNSF/UP fuel surcharge & try to determine BNSF "formula"

Perform an analysis on how much fuel surcharge is recovering for the Intermodal group.

Think about alternative fuel surcharge calculations for Intermodal fuel surcharge.



UPFSC-A 0449276
Highly Confidential

## MATRIX OF RAILROAD FUEL SURCHARGES
## FOR INTERMODAL TRAFFIC

BY EFFECTIVE DATE
CHANGES ARE HIGHLIGHTED AND IN BOLD TYPEFACE
AS OF April 30, 2001

**RAILROADS**

| Effective date | BNSF | CSXT | IMRL | NS | PACER | UP | CPRS |
|---|---|---|---|---|---|---|---|
| 15-Mar-00 | **3.00%** | | | | | | |
| 30-Mar-00 | 3.00% | | | **3.00%** | **3.00%** | | |
| 1-Apr-00 | 3.00% | **3.00%** | | 3.00% | 3.00% | | |
| 18-Jul-00 | 3.00% | 3.00% | | 3.00% | 3.00% | | |
| 7-Aug-00 | 3.00% | **2.80%** | | 3.00% | **2.80%** | | |
| 29-Aug-00 | 3.00% | 2.80% | | 3.00% | 2.80% | | |
| 4-Sep-00 | 3.00% | **4.00%** | | 3.00% | **4.00%** | | |
| 6-Sep-00 | **4.00%** | 4.00% | | **4.00%** | 4.00% | | |
| 20-Sep-00 | 4.00% | 4.00% | | 4.00% | 4.00% | **1.00%** | |
| 27-Sep-00 | **5.00%** | 4.00% | | 4.00% | 4.00% | 1.00% | |
| 1-Oct-00 | 5.00% | 4.00% | | 4.00% | **5.10%** | 1.00% | |
| 2-Oct-00 | 5.00% | **5.10%** | | 4.00% | 5.10% | 1.00% | |
| 9-Oct-00 | 5.00% | 5.10% | | 4.00% | 5.10% | **2.00%** | |
| 10-Oct-00 | 5.00% | 5.10% | | **5.00%** | 5.10% | 2.00% | |
| 25-Oct-00 | **6.00%** | 5.10% | | 5.00% | 5.10% | 2.00% | |
| 1-Nov-00 | **5.50%** | 5.10% | **3.00%** | 5.00% | 5.10% | 2.00% | |
| 6-Nov-00 | 5.50% | **4.80%** | 3.00% | 5.00% | **4.80%** | 2.00% | |
| 15-Nov-00 | 5.50% | 4.80% | 3.00% | 5.00% | 4.80% | 2.00% | |
| 22-Nov-00 | 5.50% | 4.80% | 3.00% | 5.00% | 4.80% | 2.00% | |
| 29-Nov-00 | 5.50% | 4.80% | 3.00% | 5.00% | 4.80% | 2.00% | |
| 6-Dec-00 | 5.50% | **5.00%** | 3.00% | 5.00% | **5.00%** | 2.00% | |
| 13-Dec-00 | 5.50% | 5.00% | 3.00% | 5.00% | 5.00% | 2.00% | |
| 20-Dec-00 | **5.00%** | 5.00% | 3.00% | 5.00% | 5.00% | 2.00% | |
| 26-Dec-00 | **4.50%** | 5.00% | 3.00% | **4.00%** | 5.00% | 2.00% | |
| 1-Jan-01 | 4.50% | **3.80%** | 3.00% | 4.00% | **3.80%** | 2.00% | |
| 8-Jan-01 | 4.50% | 3.80% | 3.00% | 4.00% | 3.80% | 2.00% | |
| 15-Jan-01 | 4.50% | 3.80% | 3.00% | 4.00% | 3.80% | 2.00% | |
| 22-Jan-01 | 4.50% | 3.80% | 3.00% | 4.00% | 3.80% | 2.00% | |
| 29-Jan-01 | 4.50% | 4.00% | 3.00% | 4.00% | 4.00% | 2.00% | |
| 5-Feb-01 | 4.50% | 4.00% | 3.00% | 4.00% | 4.00% | 2.00% | |
| 15-Feb-01 | 4.50% | 4.00% | 3.00% | 4.00% | 4.00% | **3.50%** | |
| 19-Feb-01 | **4.50%** | 4.00% | 3.00% | 4.00% | 4.00% | 3.50% | **3.00%** |
| 26-Feb-01 | **4.00%** | 4.00% | 3.00% | 4.00% | 4.00% | 3.50% | 3.00% |
| 6-Mar-01 | 4.00% | **3.20%** | 3.00% | **3.00%** | **3.20%** | 3.50% | 3.00% |
| 12-Mar | **3.50%** | 3.20% | 3.00% | 3.00% | 3.20% | 3.50% | 3.00% |
| 28-Mar | **3.00%** | 3.20% | 3.00% | 3.00% | 3.20% | 3.50% | 3.00% |
| 2-Apr-01 | 3.00% | **2.50%** | 3.00% | 3.00% | **2.50%** | **3.00%** | 3.00% |
| 23-Apr-01 | **3.50%** | 2.50% | 3.00% | 3.00% | 2.50% | 3.00% | 3.00% |
| 7-May-01 | 3.50% | **3.10%** | 3.00% | 3.00% | **3.10%** | 3.00% | 3.00% |
| 16-May-01 | **4.00%** | 3.10% | 3.00% | 3.00% | 3.10% | 3.00% | 3.00% |

*Why did we keep it at 2% so long.*

DA01318

UPFSC-A 0449277
Highly Confidential

MATRIX OF RAILROAD FUEL SURCHARGES
FOR INTERMODAL TRAFFIC
BY EFFECTIVE DATE
CHANGES ARE HIGHLIGHTED AND IN BOLD TYPEFACE
AS OF August 21, 2001

RAILROADS

| Effective date | BNSF | CSXT | CSXI | FEC | IMRL | NS | PACER | UP | CPRS |
|---|---|---|---|---|---|---|---|---|---|
| 16-May-01 | 4.00% | 3.10% | 3.10% | | 3.00% | 3.00% | 3.10% | 3.00% | 4.00% |
| 21-May-01 | 4.00% | 3.10% | 3.10% | | 3.00% | 4.00% | 3.10% | 3.00% | 4.00% |
| 4-Jun-01 | 4.00% | 3.90% | 3.90% | | 3.00% | 4.00% | 3.90% | 3.00% | 4.00% |
| 11-Jun-01 | 4.50% | 3.90% | 3.90% | | 3.00% | 4.00% | 3.90% | 3.00% | 4.00% |
| 20-Jun-01 | 4.00% | 3.90% | 3.90% | | 3.00% | 4.00% | 3.90% | 3.00% | 4.00% |
| 2-Jul-01 | 3.50% | 3.20% | 3.20% | *4.00%* | 3.00% | 3.00% | 3.20% | 3.00% | 4.00% |
| 17-Jul-01 | 3.00% | 3.20% | 3.20% | 4.00% | 3.00% | 3.00% | 3.2 | 3.00% | 4.00% |
| 1-Aug-01 | 2.50% | 3.20% | 3.20% | 4.00% | 3.00% | 3.00% | 3.20% | 3.00% | 4.00% |
| 6-Aug-01 | 2.50% | 2.20% | 2.20% | 4.00% | 3.00% | 3.00% | 2.20% | 3.00% | 4.00% |
| 7-Aug-01 | 2.50% | 2.20% | 2.20% | 4.00% | 3.00% | 2.00% | 2.20% | 2.00% | 4.00% |
| 14-Aug-01 | 2.50% | 2.20% | 2.20% | 4.00% | 3.00% | 2.00% | 2.20% | 2.00% | 4.00% |
| 22-Aug-01 | 3.00% | 2.20% | 2.20% | 4.00% | 3.00% | 2.00% | 2.20% | 2.00% | 4.00% |
| *AS OF 10/2/00 | | | | | | | | | |

DA01319

UPFSC-A 0449278
Highly Confidential

**D R A F T**
**MINUTES OF UP/NS ALLIANCE MEETING**
**NOVEMBER 12, 2001**
**OMAHA, NE**

**Attendees:**

UP – Dick Davidson, Ike Evans, Dennis Duffy, John Gray, Jack Koraleski, Woody Sutton, Merill Bryan, Brad King (via conference call)

NS – David Goode, Steve Tobias, Ike Prillaman, Don Seale, Hank Wolf

I. Intermodal

A. UP/NS Service Design – collaborate to create a 4-day (maximum of 96 hours) service New York to Northern California – **Koch/Leppert**. Proposal to UPS as soon as possible to begin discussion

B. Investigate shifting of Triple Crown Roadrailer from BNSF to UP to support auto parts to Mexico – **Koch/Knight/Leppert**

C. Southern California-KCMO-Columbus Service – NS suggested UP pursue Maersk as an account to build "base" to allow for an improved service. **Leppert**

D. Hanjin – NS contract expires 03/2002. Need to lock up at Landers (interim until Rochelle opens) as BNSF is courting for Joliet facility. **Leppert**

E. Develop business opportunities from Northeast and Atlanta through the Memphis gateway to Texas and Mexico. **Leppert**

F. Other competing intermodal gateways discussed as to UP/NS opportunities – no follow-up at this time.

G. NS/UP will lengthen existing "Blue Streak" train rather than add additional service until more economic certainty available. Present service proving very successful. – no follow-up at this time.

II. Mexico

A. Sharing of McKinsey data – NS to work directly with consultant; NS having difficulty finding substantial eastern origin/destination traffic; they will arrange for their people to talk with UP Mexico group about joint opportunities – **Collier**

B. NS to increase staff in Mexico – UP will determine whether it is possible to provide office space – **Collier**

III. Automotive

A. Fairfax Auto Parts – NS/UP negotiating UP linehaul division over Kansas City – **Knight**

B. Ford/Autogistics discussion – overall joint proposal to be developed within 30 days by NS/UP for a provision of full logistics services. Discussion on appointment of two people from each carrier to manage the Ford program – **Koraleski/Seale**

IV. Merchandise

A. Energy – enjoying success – 8 sites targeted for test moves – **Fritz**

B. Food Products – build on success for continued growth including fresh and frozen products moving into Knoxville, Charlotte, and Cleveland, and wine into Pittsburgh and Philadelphia – **Koraleski, Knutson/Seale**

C. Forward SIT – report from consultant due January – **Koraleski, Sims/Seale**

D. Home Depot – joint opportunity for a network solution – **Koraleski/Seale**

V. Information Technologies

A. Gap Analysis – recommendations due in 30 days – **Bryan/Wolf**

B. RailMarketPlace and Arzoon – updates given, will continue normal process

VI. Operating Initiatives

A. Multirail opportunity – NS will be complete with their internal process mid-December. Schedule joint Service Design meeting for January – **King**

**From:** Bob M. Toy
**To:** UPRR_M&S_CONS_GOVT_WASTE;UPRR_M&S_FOREST;UPRR_M&S_M_M
**Sent:** 10/03/2002 09:54:22 AM
**Subject:** IP Fuel Surcharge Timing

Only 4 IP documents use the provision that Mike Drelicharz advised on earlier this week. The remaining documents with surcharge language are not yet at a level where the surcharge kicks in. See specifics below.

IP's strategy has been to avoid fuel surcharges and negotiate increases into our price. Why?

- $ comes in upfront
- Minimizes price reductions later
- Minimizes adminstrative effort
- Improves accuracy of interline settlements
- Creates fewer disputes
- Fuel surcharge amount falls below our flag to spot underpayments

As mentioned in the Business Reviews yesterday, the IP team faces an approx. $16 million higher fuel cost in 2003 than originally budgeted. In tomorrow's directors' call, we will be talking through the following options to come up with a strategy:

- Across-the-board increase
- Selective increases
- Fuel surcharge application
- Greater reliance on cost takeouts

----- Forwarded by Bob M. Toy on 10/03/02 09:35 AM -----

**Michael N. Drelicharz**
10/03/02 09:29 AM

To: Bob M. Toy@UP
cc:
Subject: Re: IP Fuel Surcharge Timing

Bob, WTI closed at $30.48 yesterday so we are not yet at the $32 level.

----- Forwarded by Bob M. Toy on 10/02/02 05:55 PM -----

**Randy K. Davison**
10/02/02 04:44 PM

To: Bob M. Toy@UP
cc: Todd A. Whitham@UP
Subject:

Bob, the main boilerplates that are used by Industrial Products (LQUPX16 and BOILER-4) contain the fuel surcharge provision FMC/FUEL. This provision basically allows UP to add a fuel surcharge if fuel prices remain over $32 per barrel for 60 days. We have not been at that price level for a long enough time period yet. Kurt has not run any reports to identify documents with this provision. When we get closer to requirements of this provision, he will probably run a report to identify documents subject to the surcharge.

UPFSC 0042872
Highly Confidential

UPFSC 0042873
Highly Confidential

# This file was produced in its native format

Personal & Confidential

# Fuel Surcharge Analysis

Revenue & Information Management

October 15, 2002

# Agenda

- UP fuel costs
- Fuel surcharge approaches
- Major competitive carrier approaches
- UP Cost Recovery Approaches
- UP WTI Scope
- Fuel surcharge implementation process
- Recommendations


UP Unhedged Avg Fuel Price
135.00
125.00
115.00
105.00
95.00
85.00
75.00
65.00
55.00
45.00
35.00
Jan-99
Mar-99
May-99
Jul-99
Sep-99
Nov-99
Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01
May-01
Jul-01
Sep-01
Nov-01
Jan-02
Mar-02
May-02
Jul-02
Sep-02
3

# Fuel Surcharges Predominate Approaches

- Stated Percentage
- West Texas Intermediate (WTI) crude oil
- Monthly Railroad Fuel Price (MRFP)
- DOE On-Highway Diesel Fuel Index

# Stated Percentage

- Not tied to an index
- Not tied to a formula
- Carrier publishes the % or $
- Flexible, can institute at any time
- Customer acceptance may be an issue
- Initial UP Intermodal approach
- Appears to be NS & CSXI Intermodal approach

# West Texas Intermediate (WTI)

- West Texas Intermediate (WTI) crude oil is a well-known benchmark measurement of oil prices.
- It is published on a daily basis in the Wall Street Journal.
- Used by CSXT & NS for carload business
- WTI measures the price of oil
  - does not measure diesel fuel prices
  - not as tightly linked to UP fuel price experience


WTI Spot Price ($/bbl)
40.00
35.00
30.00
25.00
20.00
15.00
10.00
5.00
0.00
1/4/99
3/4/99
5/4/99
7/4/99
9/4/99
11/4/99
1/4/00
3/4/00
5/4/00
7/4/00
9/4/00
11/4/00
1/4/01
3/4/01
5/4/01
7/4/01
9/4/01
11/4/01
1/4/02
3/4/02
5/4/02
7/4/02
9/4/02
7

# MRFP

- Monthly Railroad Fuel Price (MRFP) most closely represents changes in UP fuel prices.
- The MRFP Index is published by the AAR. It's availability on the web has mitigated shipper resistance
- The MRFP is published approximately three weeks after the end of the month. It most closely follows UP's unhedged fuel price.
- Utilized in some large UP contracts


MRP AVERAGE FUEL PRICE
135.00
125.00
115.00
105.00
95.00
85.00
75.00
65.00
55.00
45.00
35.00
Jan-99
Mar-99
May-99
Jul-99
Sep-99
Nov-99
Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01
May-01
Jul-01
Sep-01
Nov-01
Jan-02
Mar-02
May-02
Jul-02
9

**UP & MRFP**


135.00
125.00
115.00
105.00
95.00
85.00
75.00
65.00
55.00
45.00
35.00
Jan-99
Mar-99
May-99
Jul-99
Sep-99
Nov-99
Jan-00
Mar-00
May-00
Jul-00
Sep-00
Nov-00
Jan-01
Mar-01
May-01
Jul-01
Sep-01
Nov-01
Jan-02
Mar-02
May-02
Jul-02

10

# Retail On-Highway Diesel Fuel (DOE)

Retail On-Highway Diesel Fuel Index (DOE) measures trucker's diesel fuel prices.

The DOE Index is published on a weekly basis and is available on the web. The weekly values can be used to compile a monthly average.

With taxes truckers pay more for diesel fuel than railroads

- Railroad fuel price fluctuates more on a percentage basis than truck fuel.
- A railroad fuel index is more advantageous than a truck fuel index

Utilized by UP Intermodal since Sept 2000 and BNSF carload and Intermodal business


DOE Retail On-Highway Diesel Fuel
1.800
1.700
1.600
1.500
1.400
1.300
1.200
1.100
1.000
0.900
0.800
1/4/99
3/4/99
5/4/99
7/4/99
9/4/99
11/4/99
1/4/00
3/4/00
5/4/00
7/4/00
9/4/00
11/4/00
1/4/01
3/4/01
5/4/01
7/4/01
9/4/01
11/4/01
1/4/02
3/4/02
5/4/02
7/4/02
9/4/02

CSX TRANSPORTATION

CSX CORP | FAQS | SEARCH | JOBS | SITE MAP | CONTACT

PICK A TOPIC | CUSTOMERS | E-COMMERCE | MEDIA | SAFETY | ABOUT CSXT

customers

daily status report

notice of recovery charge

tariff 8100/8200

WTI crude oil price

# Customer News

*Fuel Surcharge Information*

CSX Transportation

Tariff CSXT 8100/8200

ITEM 12000
MERCHANDISE FUEL SURCHARGE (CSXT 8100)
COAL FUEL SURCHARGE (CSXT 8200)

In the event the price of West Texas Intermediate Crude Oil (WTI), as published in the Wall Street Journal, equals or exceeds $28.00 per barrel for 30 consecutive days, CSXT retains the right to apply a fuel surcharge to the line haul freight charge(s) referencing this authority in effect on the date the fuel surcharge is applied, herein after referred to as the "Base Freight Charge(s)." If this option is exercised, the fuel surcharge shall be applied according to the following schedule.

| West Texas Intermediate Crude Oil | Cumulative Fuel Surcharge |
|---|---|
| (Price per barrel) | (Percentage) |
| $28 | 2% |
| $33 | 4% |
| $38 | 6% |
| $43 | 8% |
| Each $5.00 per barrel increase thereafter | An additional 2% |

The price of WTI must equal or exceed a given bracket for 30 consecutive days for the surcharge under that bracket to be applicable. If the price of WTI ceases to be available from the Wall Street Journal or some other readily accessible source, a substitute to measure will be utilized.

Item 175 Fuel Surcharges

CSXI may increase or amend any or all its rates, (including all multi-party, contracts, SPQ’s and other agreements) for fuel related price changes upon five (5) days notice.

# CSXT

## Manifest Market Assessment

Based on West Texas Intermediate and adjusted by reaching per barrel thresholds

- Applied to virtually :

– all public documents

– all Quotes & Signatureless contracts

– Signed contracts

  - Included on renewal
  - renegotiated if possible
  - exceptions still exist

– Not applied to any private documents linked to an index which contains a fuel component (ie RCAF, etc)

## Intermodal Market Assessment

- Applied but not linked to "formal process"

Investors | Doing Business | E-Commerce | Journalists | Employees | Careers | About NS | What's New | Search | Home

NORFOLK SOUTHERN

# Fuel Price News

If the price of West Texas Intermediate (WTI) crude oil remains above $28 per barrel through Wall Street Journal publication date of October 16, 2002, the Norfolk Southern fuel surcharge will be increased to 2% for carload and coal traffic. A 2% surcharge will be applied to shipments showing Bill of Lading dates on and after October 17, 2002.

If you have questions, please direct them via e-mail to nscorp.marketing@nscorp.com.

# 5.9 Fuel Surcharge and Special Assessments

**5.9.1 Charges**

(C) Effective 11/08/2000

All transportation services and shipments will be subject to any fuel cost recovery surcharge or special assessment cost surcharge implemented by NS or imposed on NS, regardless of price authority (including all contracts and agreements).

# NS

## Manifest Market Assessment

- Based on West Texas Crude and adjusted by reaching per barrel thresholds

  Carload - Applied to virtually :

  – all public documents

  – "high percentage" of Quotes & Signatureless contracts

  – Signed contracts

    - To be included on renewal
    - on as many as can be achieved
    - subject to each negotiation

- Intermodal Market Assessment

  - Applied but not linked to "formal process"

Home | iPower | Markets | Prices | Products & Services | Site Map | Search | Contact Us

BNSF

We Can Move Your World.™

# BNSF Rules Book 6100 - Carload Fuel Surcharge (Effective July 1, 2001)

A fuel surcharge may be applied to price authorities subject to BNSF Rules Book 6100. The surcharge for the following month will be determined on the first of the prior month based on the U.S. average price of Retail On-Highway Diesel Fuel for the second prior month. The Fuel Surcharge Rate (FSR) is determined from the table found in item 3375 of BNSF Rules Book 6100 Series. The BNSF Rules Book 6100 can be found online at: Miscellaneous Pricing Publications.

## Fuel Surcharge Rate Based on Retail On-Highway Diesel Fuel, HDF Effective July 1, 2001

HDF = Prior Period's monthly average of the U.S. average price of Retail On-Highway Diesel Fuel as reported on the U. S. Department of Energy's WebPages at:

Quick Links

Carload West
Texas
Intemediate
Crude

Carload Highway
Diesel Fuel

Fuel Surcharge Rate:

For the Month of:

Dec 2002 (NA until 10/31/02)
Nov 2002 2.0%
Oct 2002 1.0%
Sep 2002 0.0%
Aug 2002 0.0%
July 2002 1.0%
June 2002 1.0%
May 2002 0.0%
Apr 2002 0.0%
Mar 2002 0.0%
Feb 2002 0.0%
Jan 2002 0.0%
Dec 2001 1.0%
Nov 2001 2.5%
Oct 2001 1.5%
Sept 2001 1.5%
August 2001 2.5%
July 2001 2.5%

# BNSF Carload Fuel Surcharge Table

FSR as of July 1, 2000 (see table below)

## Fuel Surcharge Table

| Prior Period's Avg. Price of HDF between: | Applicable Fuel Surcharge: |
|---|---|
| $0.00 to $1.299 | 0.0% |
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |
| $2.00 to $2.049 | 8.0% |

BNSF

Home | iPower | Markets | Prices | Products & Services | Site Map | Search | Contact Us

We Can Move Your World.™

# BNSF Intermodal Fuel Surcharge

If necessary, BNSF may impose a fuel surcharge due to increasing fuel costs as stated in the BNSF Intermodal Rules and Policies Guide. All transportation services and intermodal shipments will be subject to any Intermodal Fuel Surcharges implemented by BNSF or imposed on BNSF, regardless of price authority (including all contracts and agreements).

The BNSF Intermodal Fuel Surcharge (percentage) will be applied to the freight charge and may be adjusted each Wednesday according to the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index.

To determine the current BNSF Intermodal Fuel Surcharge (percentage):

1. To find the current National U.S. Average (AVG.) diesel price, visit the Department of Energy's Highway Diesel Fuel Index. The Index is updated each Tuesday.

2. Refer to the National U.S. AVG. diesel price (on the left-hand side of the Index, see link above) for the current week.

3. Locate the range on the BNSF Intermodal Fuel Surcharge table below that corresponds to the National U.S. AVG. diesel price.

4. Note the applicable Intermodal Fuel Surcharge percentage listed in the right column of the BNSF Intermodal Fuel Surcharge table. This will be the Intermodal Fuel Surcharge percentage applied to the freight bill.

## Quick Links

- Main
- Contacts
- Coiled Metal
- Customer Updates
- Equipment
- Equipment Tracing
- Facilities Guide
- Guaranteed Prod.
- Maps
- Mexi~Modal
- Public Pricing
- Product Offerings
- References
- Rules and Policies

# Intermodal

**ITEM 12: FUEL AND OTHER SURCHARGES**

All transportation services and shipments will be subject to any fuel cost recovery surcharge implemented by BNSF or imposed on BNSF, regardless of price authority (including all multi-party, contracts, and other agreements).

During times that a fuel surcharge is levied, the fuel surcharge charge (percentage or dollar amount) can be viewed on the www.bnsf.com web site, under the Intermodal Business Area (http://www.bnsf.com/business/iabu/html/intermodal_fuel_surcharge.html) or obtained from a BNSF Marketing representative.

If necessary, BNSF may regardless of price authority (including all multi-party, contracts, and other agreements) apply other surcharges on transportation services and shipments. For information regarding other surcharges, please contact a BNSF Marketing representative.

**BNSF Intermodal Fuel Surcharge**

The table reflects the weekly average HDF price and the associated BNSF Intermodal fuel surcharge.

| BNSF Intermodal Fuel Surcharge | |
|---|---|
| U.S. National Average Highway Diesel Fuel Price Range | BNSF Intermodal Fuel Surcharge |
| $0.00 - $1.239 | 0.0% |
| $1.24 - $1.279 | 1.0% |
| $1.28 - $1.319 | 1.5% |
| $1.32 - $1.359 | 2.0% |
| $1.36 - $1.399 | 2.5% |
| $1.40 - $1.439 | 3.0% |
| $1.44 - $1.479 | 3.5% |
| $1.48 - $1.519 | 4.0% |
| $1.52 - $1.559 | 4.5% |
| $1.56 - $1.599 | 5.0% |
| $1.60 - $1.639 | 5.5% |
| $1.64 - $1.679 | 6.0% |
| If the U.S. National Average Fuel Index equals or exceeds $1.68 per gallon, the fuel surcharge increases 0.5% for every 4-cent increase in fuel price. | |

- Oct 9 Surcharge = 3.5%
- Measured & applied weekly vs. monthly
- Table based & published vs. UP formula based & not published

# BNSF

- Fuel surcharged based on Retail On-Highway Diesel Fuel Index (DOE)
- Intermodal Market Assessment
  - Applied weekly on Wednesday
- Carload Market Assessment
  - Selected Commodities and applied Monthly

| | |
|---|---|
| Industrial Sand | Aggregates |
| Steel Products | Perishable Commodities |
| Sand | Chemicals |
| Waste Products | Bentonite Clay |
| Carbon Black | Bentonite |
| Potash | Slag, Ashes or Cinders |
| Industrial Chemicals | Plastics |
| Pumice, Volcanic Ash | Salt |
| Fuels | Alcohols |
| Petroleum Coke | LPG |
| Lubes, Oils, Waxes | Diatomaceous Earth |
| Perlite Rock, Crude | |

# UP Cost Recovery Approaches

- RCAF NON-STANDARD
- RCAF STANDARD
- Other Index
- Specified (fixed) percent
- Selective increases
- Longer than 1 Yr Agreements
- Less than 1 Yr Agreements

# Escalation Type by Group

(millions)



# Escalation by Document Type

(Millions)



# Agreements Monitored by P&A

| Grp | Customer | Frequency | Measurement | Approx Annual Rev ($ mill) |
|---|---|---|---|---|
| **Ag Products** | | | | |
| | Cargill | Quarterly | MRFP | $30 |
| **Autos** | | | | |
| | Nissan | Monthly | WTI | $14 |
| | Toyota | Semi-Annaul | MRFP | $130 |
| | Chrysler | Quarterly | DOE On-Highway Fuel Price | $186 |
| | General Motors | | WTI Adjuster $15/$37 3 Mo. Avg | $350 |
| **Energy** | | | | |
| | Ameren-UE | Quarterly | MRFP | $46 |
| | Cal Portland | Quarterly | AAR Spot Fuel Price | $5 |
| | TVA | Quarterly | AAR Spot Fuel Price | $127 |
| | Oklahoma Gas & Electric | Quarterly | MRFP (Effective 2005) | $70 |
| | NIPSCO | Quarterly | PPI #2 Diesel Fuel | $5 |
| **Industrial Products** | | | | |
| | Geneva Steel | Quarterly | MRFP | $1 |
| | Vulcan | Quarterly | MRFP (Effective 2005) | $9 |
| **Intermodal** | | | | |
| | China Shipping Group | Quarterly | MRFP | $42 |
| | Evergreen | Quarterly | MRFP | $118 |
| | IMC/Truckload/Premium Groups | Monthly | DOE On-Highway Fuel Price | $516 |
| | K-Line | Quarterly | MRFP | $147 |
| | Mitsui | Quarterly | MRFP | $64 |
| | Pacer Stacktrain | Quarterly | AAR RCR US Fuel | $567 |
| | | | | |
| | | | | **$2,427** |

# UP Intermodal DOE Fuel Surcharge Calculation

- Three week average
  - 1.304 8/05/02
  - 1.303 8/12/02
  - 1.333 8/19/02
  - 1.313 August 2002 Avg.
- Base period
  - 1997 - 2001 5 YR DOE Rolling Average
  - 1.253 Base Period Cost
- Percent Chg: 4.8%
- Fuel Weight: 20%
- 0.96% rounded to 1%
- Effective 9/1/2002

- UP formula not published.
- The UP Intermodal Fuel Surcharge kicks in at 1.29/ gallon.
- The BNSF Intermodal surcharge kicks in at 1.24/gallon.
- These numbers are roughly equal to 73¢ and 68¢ a gallon for railroad diesel fuel

**UP Intermodal Fuel Surcharge Item – Applicable <u>ONLY</u> when specific reference is made to this item.**

Except as otherwise provided in connection with particular rates or charges, all Union Pacific pricing documents (including circulars, letter quotes, and SCQ's) referring to this publication are subject to a fuel surcharge of two & one half (2.5) percent on both single and joint-line traffic, effective October 1, 2002.


UP Intermodal Surcharge
6.0%
5.0%
4.0%
3.0%
2.0%
1.0%
0.0%
9/20/00
10/20/00
11/20/00
12/20/00
1/20/01
2/20/01
3/20/01
4/20/01
5/20/01
6/20/01
7/20/01
8/20/01
9/20/01
10/20/01
11/20/01
12/20/01
1/20/02
2/20/02
3/20/02
4/20/02
5/20/02
6/20/02
7/20/02
8/20/02
9/20/02

# UP Surcharge Provisions

## West Texas Intermediate Crude Oil

| ANSCFUEL | 1 | CAL/FUEL | 2 | FMC/FUEL | 2256 | FMC=FUEL | 2 |
|---|---|---|---|---|---|---|---|
| WTI ($/Barrel) | Surcharge (cents/ton) | WTI ($/Barrel) | Surcharge (%) | WTI ($/Barrel) | Surcharge (%) | WTI ($/Barrel) | Surcharge (%) |
| 60 days | | 30 days | | 60 days | | 90 days | |
| $ 39.00 | $ 0.40 | $ 28.00 | 2% | $ 32.00 | 2% | $ 32.00 | 2% |
| $ 46.00 | $ 0.80 | $ 33.00 | 4% | $ 39.00 | 4% | $ 39.00 | 4% |
| $ 53.00 | $ 1.20 | $ 38.00 | 6% | $ 46.00 | 6% | $ 46.00 | 6% |
| $ 60.00 | $ 1.60 | $ 43.00 | 8% | $ 53.00 | 8% | $ 53.00 | 8% |
| $ 67.00 | $ 2.00 | $ 48.00 | 10% | $ 60.00 | 10% | $ 60.00 | 10% |
| + $7/BBL | + $0.40 | + $5/BBL | + 2% | + $7/BBL | + 2% | + $7/BBL | + 2% |

| FMCFUEL 1 | 189 | GBP/FUE1 | 1 | GBP/FUEL | 4 | P&G/FUEL | 20 |
|---|---|---|---|---|---|---|---|
| WTI ($/Barrel) | Surcharge (%) | WTI ($/Barrel) | Surcharge (%) | WTI ($/Barrel) | Surcharge (%) | WTI ($/Barrel) | Surcharge (%) |
| 90 days | | 60 days | | 60 days | | 30 days | |
| $ 32.00 | 0% | $ 28 | 3% | $ 28 | 3% | $ 28 | 2% |
| $ 39.00 | 2% | $ 35 | 5% | $ 35 | 5% | $ 33 | 4% |
| $ 46.00 | 4% | $ 42 | 7% | $ 42 | 7% | $ 38 | 6% |
| $ 53.00 | 6% | $ 49 | 9% | $ 49 | 9% | $ 43 | 8% |
| $ 60.00 | 8% | $ 56 | 11% | $ 56 | 11% | $ 48 | 10% |
| + $7/BBL | + 2% | + $7/BBL | + 2% | + $7/BBL | + 2% | + $5/BBL | + 2% |



DA01357

# Price Publication Process

- Determine scope of application
- Issue Script Clause announcement(s)
  - Satisfy Statutory Regulations for Customer Notifications of Price Increases (Mail Box Rule)
- Seek Carrier Concurrence for joint line prices
- Determine Program Hold downs
  - customer / geography / commodity / etc
- Initiate Price Selection Process
- Modify UP prices in systems & send via REN
- Publish & distribute updated prices

# Price Selection Process

## Private

Document Selection Criteria

- Price Owner ID
- Price Authority
- Customer Name

Recommendation:

- Include or Exclude entire document

## Public

Document Selection Criteria

- Tariff Publication
- Item #

Recommendation:

- Include or Exclude
  - entire tariffs
  - entire item

# REN BEST PRACTICE

- Fuel Surcharge (FSC) Capture / Maintenance
  - Utilize Surcharge Condition Code (SURC)
  - Establish FSC group docket(T/S 490)
  - State FSC as % or $
- New & Existing Prices (T/S 460's) are associated (point to) with the FSC group docket
- Advantages:
  - Subject prices are linked to group docket
  - FSC is always positively stated
  - The issuing carrier adds/changes/deletes the FSC group docket
  - Only the FSC group docket is resent after initial price and group docket distribution
  - REN Participants receive updates electronically for rate application systems.

# Recommendations

- Abandon WTI and implement DOE Retail On-Highway Diesel Fuel Index on a monthly basis
- Implement DOE on all new price documents effective immediately
- Implement DOE on all existing public, quote and unsigned contracts
- Attempt to implement on all Reg and Dereg signed contracts
- Create and post UP Fuel Surcharge web page

From: Greg H. Sovey on 10/24/2002 04:45 PM

To: Jack J. Koraleski@UP, Greg Barbe@UP, Joseph W. Leppert III@UP, Ed Sims@UP, Drew R. Collier@UP, Diane D. Knutson@UP, Lance M. Fritz@UP, John E. Kaiser@UP, Lori A. Loschen@UP, Chuck Adams@UP

cc: Randy S. Blackburn@UP, Brian G. McDonald@UP, Rick Turner@UP, Bill J. Rody@UP, Michael D. Boone@UP, John M. Newman@UP, Kent D. Boettger@UP, Martin J. Matukewicz@UP, Harvey E. Wood@UP, Christine S. Stenger-Bleske@UP, Kurt H. Schroeder@UP, Ron Talley@UP, Nancy L. Brantley@UP, Ann M. Fitzgerald@UP, Sandra L. Leahy@UP, Sherri L. Carlsen@UP, Laurie L. Wilson@UP, Becky J. Hines@UP, Edna Oakman@UP, Janna G. Feldman@UP, Louise M. Campbell@UP

Subject: Fuel Surcharge Approach & Deployment Strategy

As a follow-up to Jack's staff meeting on October 15, the fuel surcharge program approach has been finalized and the process for deployment is detailed below.

## Interline Connections

Prior to **October 31, 2002**, Jack will contact his counterparts at key interline connections providing advance information that a fuel surcharge is being implemented on UP published documents and that the RIM team will be formally seeking their concurrences to share in this fuel surcharge on interline prices. This advance notification will enable UP's connections to discuss with their teams and be prepared to respond when UP's formal notice/concurrence request is received.

## Press Release

Union Pacific will approach the market with the following press release outlining our intent to implement a fuel surcharge based on West Texas Intermediate (WTI) crude oil prices. This will be the initial signal to the market of Union Pacific's actions regarding a fuel surcharge and will be released **October 31, 2002**. **Additionally, the Press Release will be faxed simultaneously to the Top "600" customers. This Press Release is only a draft and is currently being reviewed by Bob Turner's organization.**

FUEL SURCHARGE PRESS RELEASE draft

## Web and Other Customer Notification

HIGHLY CONFIDENTIAL
UPFSC000530

In addition to the press release, the fuel surcharge information will be posted on UP's web site. The business teams will be given an advance copy of the press release so they can forward this information to their key accounts and contacts.

## Statutory Notification

Publication and statutory notification will be made to all interline carriers and all subscribers that a fuel price surcharge will be implemented by the Union Pacific effective **December 1, 2002**. These notices will be mailed on **November 1, 2002** for all Tariff and Circular publications. **At this time, it will convey application to "all prices" which will prompt customer, carrier and other market feedback. If they exist, broad exclusion feedback (i.e. commodity and geography, etc.) can be included in the November 1, 2002 statutory notification if received by close of business October 28, 2002.**

## Identification of Documents for Application

As Intermodal has already initiated surcharges on private documents, they will not be involved in the private document selection process. For all the other business groups, a listing of all current private documents which do not already contain fuel surcharge provisions is attached below. This listing includes all signed contracts which will either need to be renegotiated or adjusted at the time of renewal. Business team members are advised that if signed contracts are to be included in this program, they should meet and review these instances with the Law Department before proceeding in order to minimize unnecessary legal issues. **The teams are to advise which documents should be excluded from application of the surcharge as soon as possible or no later than November 11, 2002**. In regard to public prices, the business groups will need to provide any exclusions, if they exist, to Kurt Schroeder no later than **November 11, 2002**.

Ag Products FS.xl Autos FS.xls Chemicals FS.xl Energy FS.xls Industrial Products FS.: NDMC FS.xls

## Surcharge Language

The following WTI verbiage has been prepared and reviewed with Law for inclusion into the appropriate rules circulars and/or tariffs. Additionally, this wording will also be inserted into the applicable private price documents. Based on Law

HIGHLY CONFIDENTIAL
UPFSC000531

Department input, a clarifying paragraph will be added to support the application of the surcharge to specific documents in the Energy Group.

Fuel Surcharge WTI.dc

## New Price Documents

Effective immediately, all new pricing documents and amendments created should incorporate the Fuel Surcharge language. A new TPCS provision has been created, WTIFSC1, for inclusion with all new documents. For use within Genesis, the dynamic group titled "WTI1 FUEL SURCHARGE STANDARD" is available. The following notice will be sent to business teams advising them on use and application.

Fuel Surcharge Procedures.c

## System Processing

The list of private documents will be furnished to IT to support the programming of "inserting" this language on the appropriate TPCS private documents. Due to the scope/size of this project, the process to update TPCS private prices will begin on **November 12, 2002.** Therefore, all TPCS inclusions/exclusions will need to be available on or before **November 11, 2002**. The processing will continue throughout the rest of the month. The implementation of the surcharge on the Genesis Documents will begin on **November 20, 2002**.

## Private Document Notification to Customers

As the private documents are modified to include the fuel surcharge language, each **price owner in the business groups** will be responsible for printing the documents with the new surcharge language and providing that information to their customers.

## Competitive/Market Adjustments

HIGHLY CONFIDENTIAL
UPFSC000532

After **December 1, 2002**, **the business group leaders** will need to advise their teams and the RIM team when competitive and market adjustments can be processed. The RIM **team** will process competitive adjustments received from the business groups on Public documents. For Private documents, **the individual price owners** will need to take action to remove the fuel surcharge provision language.

**As the process unfolds, all concerned will be kept advised.**

HIGHLY CONFIDENTIAL
UPFSC000533

## <u>Procedures</u>

Effective immediately, all new pricing documents and amendments created must now contain the Fuel Surcharge language recently approved by the Marketing and Sales Management team.

The new language has been approved for use within <u>TPCS</u> and has been assigned to provision code name **WTIFSC1**. When amending or creating new TPCS documents, replace existing fuel surcharge language with the new code using the modify function or in cases where no fuel surcharge language exists, add WTIFSC1 at the end of your boilerplate.

Pricing documents being managed within the <u>Genesis</u> system will also need to include the new language. This can be accomplished by entering the dynamic group name WTI1 FUEL SURCHARGE STANDARD within the Doc Conditions button. Additionally, when saving your document if Genesis determines fuel surcharge language is missing, the system will advise the document does not contain fuel surcharge language and is this your intent. At this point, you can answer No in order to add the necessary information. If you answer Yes, you have made a business decision not to include fuel surcharge language.

If you have any questions with the procedures outlined above, contact the Marketing and Sales support line 271-3658, option #1.

## Fuel Surcharge

**Item No. xxx**

In the event the price of West Texas Intermediate Crude Oil (WTI), equals or exceeds $28.00 per barrel for 30 consecutive days, a fuel surcharge shall apply to the line haul freight charge(s) referencing this authority in effect on the date the fuel surcharge is applied, hereinafter referred to as the "Base Freight Charge(s)." The WTI price shall be as published in the Wall Street Journal. The fuel surcharge shall be applied according to the following schedule.

| **West Texas Intermediate Crude Oil** | **Cumulative Fuel Surcharge** |
|---|---|
| (Price per barrel) | (Percentage) |
| $28.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5.00 per barrel increase thereafter | An additional 2% |

The price of WTI must equal or exceed a given bracket for thirty (30) consecutive days for the surcharge under that bracket to be applicable. If the price of WTI ceases to be available from the Wall Street Journal or some other readily accessible source, a substitute to measure will be utilized.

Any fuel surcharge applied to the line haul freight charge(s) referencing this authority will be removed or reduced when the price of WTI remains below the price which triggers a specific surcharge bracket for thirty (30) consecutive days. In no case will the freight charge(s) be reduced below the Base Freight Charge(s) nor will the application or removal of the fuel surcharge be retroactive.

This item is effective: date xxx

FOR IMMEDIATE RELEASE:

OMAHA, October 31 – Union Pacific Railroad announced today that due to the rapidly rising cost of fuel, it is joining others in the transportation industry in implementing a fuel cost recovery charge. The fuel charge, which is based on the West Texas Intermediate (WTI) crude oil price, will initially be two percent. The surcharge will apply to local as well as interline freight movement and will become effective on December 1, 2002.
"Since the beginning of the year, fuel prices have gone up almost 50 percent. This action will allow us to continue to make the necessary investments to maintain a strong rail network and meet the needs of our customers, as well as the financial obligations to our investors," said UP President Ike Evans.

Union Pacific operates the nation's largest fleet of diesel locomotives, which consume about 1.3 billion gallons annually.

More detailed information about the fuel charge is available on Union Pacific's web site at www.uprr.com/customers.

----- Forwarded by Bob M. Toy on 10/28/02 09:14 AM -----

**Greg H. Sovey**
10/24/2002 04:45 PM

To: Jack J. Koraleski@UP, Greg Barbe@UP, Joseph W. Leppert III@UP, Ed Sims@UP, Drew R. Collier@UP, Diane D. Knutson@UP, Lance M. Fritz@UP, John E. Kaiser@UP, Lori A. Loschen@UP, Chuck Adams@UP
cc: Randy S. Blackburn@UP, Brian G. McDonald@UP, Rick Turner@UP, Bill J. Rody@UP, Michael D. Boone@UP, John M. Newman@UP, Kent D. Boettger@UP, Martin J. Matukewicz@UP, Harvey E. Wood@UP, Christine S. Stenger-Bleske@UP, Kurt H. Schroeder@UP, Ron Talley@UP, Nancy L. Brantley@UP, Ann M. Fitzgerald@UP, Sandra L. Leahy@UP, Sherri L. Carlsen@UP, Laurie L. Wilson@UP, Becky J. Hines@UP, Edna Oakman@UP, Janna G. Feldman@UP, Louise M. Campbell@UP
Subject: Fuel Surcharge Approach & Deployment Strategy

As a follow-up to Jack's staff meeting on October 15, the fuel surcharge program approach has been finalized and the process for deployment is detailed below.

**Interline Connections**

Prior to **October 31, 2002**, Jack will contact his counterparts at key interline connections providing advance information that a fuel surcharge is being implemented on UP published documents and that the RIM team will be formally seeking their concurrences to share in this fuel surcharge on interline prices. This advance notification will enable UP's connections to discuss with their teams and be prepared to respond when UP's formal notice/concurrence request is received.

**Press Release**

Union Pacific will approach the market with the following press release outlining our intent to implement a fuel surcharge based on West Texas Intermediate (WTI) crude oil prices. This will be the initial signal to the market of Union Pacific's actions regarding a fuel surcharge and will be released **October 31, 2002. Additionally, the Press Release will be faxed simultaneously to the Top "600" customers. This Press Release is only a draft and is currently being reviewed by Bob Turner's organization.**

FUEL SURCHARGE PRESS RELEASE draft..

**Web and Other Customer Notification**

In addition to the press release, the fuel surcharge information will be posted on UP's web site. The business teams will be given an advance copy of the press release so they can forward this information to their key accounts and contacts.

## Statutory Notification

Publication and statutory notification will be made to all interline carriers and all subscribers that a fuel price surcharge will be implemented by the Union Pacific effective **December 1, 2002.** These notices will be mailed on **November 1, 2002** for all Tariff and Circular publications. **At this time, it will convey application to "all prices" which will prompt customer, carrier and other market feedback. If they exist, broad exclusion feedback (i.e. commodity and geography, etc.) can be included in the November 1, 2002 statutory notification if received by close of business October 28, 2002.**

## Identification of Documents for Application

As Intermodal has already initiated surcharges on private documents, they will not be involved in the private document selection process. For all the other business groups, a listing of all current private documents which do not already contain fuel surcharge provisions is attached below. This listing includes all signed contracts which will either need to be renegotiated or adjusted at the time of renewal. Business team members are advised that if signed contracts are to be included in this program, they should meet and review these instances with the Law Department before proceeding in order to minimize unnecessary legal issues. **The teams are to advise which documents should be excluded from application of the surcharge as soon as possible or no later than November 11, 2002.** In regard to public prices, the business groups will need to provide any exclusions, if they exist, to Kurt Schroeder no later than **November 11, 2002.**

Ag Products FS.xls Autos FS.xls Chemicals FS.xls Energy FS.xls Industrial Products FS.xl NDMC FS.xls

## Surcharge Language

The following WTI verbiage has been prepared and reviewed with Law for inclusion into the appropriate rules circulars and/or tariffs. Additionally, this wording will also be inserted into the applicable private price documents. Based on Law Department input, a clarifying paragraph will be added to support the application of the surcharge to specific documents in the Energy Group.

Fuel Surcharge WTI.doc

## New Price Documents

Effective immediately, all new pricing documents and amendments created should incorporate the Fuel Surcharge language. A new TPCS provision has been created,

UPNJ-07-0000451
HIGHLY CONFIDENTIAL
UPFSC0000528

DA01370

WTIFSC1, for inclusion with all new documents. For use within Genesis, the dynamic group titled "WTI1 FUEL SURCHARGE STANDARD" is available. The following notice will be sent to business teams advising them on use and application.

Fuel Surcharge Procedures.do

**System Processing**

The list of private documents will be furnished to IT to support the programming of "inserting" this language on the appropriate TPCS private documents. Due to the scope/size of this project, the process to update TPCS private prices will begin on **November 12, 2002.** Therefore, all TPCS inclusions/exclusions will need to be available on or before **November 11, 2002**. The processing will continue throughout the rest of the month. The implementation of the surcharge on the Genesis Documents will begin on **November 20, 2002**.

**Private Document Notification to Customers**

As the private documents are modified to include the fuel surcharge language, each **price owner in the business groups** will be responsible for printing the documents with the new surcharge language and providing that information to their customers.

**Competitive/Market Adjustments**

After **December 1, 2002, the business group leaders** will need to advise their teams and the RIM team when competitive and market adjustments can be processed. The RIM **team** will process competitive adjustments received from the business groups on Public documents. For Private documents, **the individual price owners** will need to take action to remove the fuel surcharge provision language.

**As the process unfolds, all concerned will be kept advised.**

UPNJ-07-0000452
HIGHLY CONFIDENTIAL
UPFSC0000529

DA01371

FOR IMMEDIATE RELEASE:

OMAHA, October 31 – Union Pacific Railroad announced today that due to the rapidly rising cost of fuel, it is joining others in the transportation industry in implementing a fuel cost recovery charge. The fuel charge, which is based on the West Texas Intermediate (WTI) crude oil price, will initially be two percent. The surcharge will apply to local as well as interline freight movement and will become effective on December 1, 2002.
"Since the beginning of the year, fuel prices have gone up almost 50 percent. This action will allow us to continue to make the necessary investments to maintain a strong rail network and meet the needs of our customers, as well as the financial obligations to our investors," said UP President Ike Evans.

Union Pacific operates the nation's largest fleet of diesel locomotives, which consume about 1.3 billion gallons annually.

More detailed information about the fuel charge is available on Union Pacific's web site at www.uprr.com/customers.

Christine S. Stenger-Bleske
10/31/2002 06:41 PM

To: UPRR_M&S_AGPROD, UPRR_M&S_AUTO, UPRR_M&S_CHEM, UPRR_M&S_CONS_GOVT_WASTE, UPRR_M&S_ENERGY, UPRR_M&S_EXEC, UPRR_M&S_FOREST, UPRR_M&S_IND_DEV,
cc: Larry E. Wzorek@UP, Mary Sanders Jones@UP, Robert W. Turner@UP, Jim M. Hildreth@UP, John E. Bromley@UP, Jim V. Dolan@UP, Joe Bateman@UP, Joe Adams@UP, Mary
Subject: Fuel Surcharge Announcement - Final Press Release/Web Site

Marketing and Sales Customer Contact Employees:

Below is a link to the **final press release** sent out this afternoon announcing the fuel surcharge, effective December 1. A copy of the press release was faxed to the customers on the News Alert list:

More detailed information about the fuel surcharge **has also been finalized and is now live on Union Pacific's web site**: www.uprr.com/customers

For questions regarding the fuel surcharge and how it will impact your customer base, please contact your Business Director.

**Press Release:**

**Section Name:** Fuel Surcharge
**Revised Date:** 10/31/2002

**Below is a copy of the final press release sent out today regarding the fuel surcharge.**

**FOR IMMEDIATE RELEASE:**

**OMAHA, October 31** – Union Pacific Railroad announced it is implementing a fuel cost recovery charge.

The fuel surcharge, which is based on the West Texas Intermediate (WTI) crude oil price, will initially be two percent. The new surcharge will apply to most Union Pacific pricing documents for local and interline freight movements, with the exception of those which have a fuel surcharge provision or specify otherwise. This surcharge, which will become effective on December 1, 2002, does not affect UP's existing intermodal fuel surcharge program.

More detailed information about the fuel surcharge is available on Union Pacific's web site at www.uprr.com/customers.

Union Pacific Corporation is one of America's leading transportation companies. Its principal operating company, Union Pacific Railroad, is the largest railroad in North America, covering 23 states across the western two-thirds of the United States. A strong focus on quality and a strategically advantageous route structure enable the company to serve customers in critical and fast growing markets. It is a leading carrier of low-sulfur coal used in electrical power generation and has broad coverage of the large chemical-producing areas along the Gulf Coast. With competitive long-haul routes between all major West Coast ports and eastern gateways, and as the only railroad to serve all six gateways to Mexico, Union Pacific has the premier rail franchise in North America. The Corporation's trucking operations include Overnite Corporation, which owns

its less-than-truckload carriers Overnite Transportation and Motor Cargo.

**For further information, contact: John Bromley -- 402 - 271-3475**

-0-

103102jeb

Proj 1106



"Lange, Jim" <James_Lange@csx.com>
11/12/02 09:23 AM

To: "KAEYMANN@up.com" <KAEYMANN@up.com>, "kurtschroeder@up.com" <kurtschroeder@up.com>
cc:
Subject: RE: UP Fuel Surcharge - CSXT concurrence

Resent due to initial delivery failure received on first e-mail reply.

> -----Original Message-----
> From: Lange, Jim
> Sent: Tuesday, November 12, 2002 10:17 AM
> To: 'KAEYMANN@up.com'
> Cc: McIntyre, Clyde Jr.; Grayson, Pam
> Subject: UP Fuel Surcharge - CSXT concurrence
>
> Kathy:
>
> This will confirm verbal concurrence to the request below which was given
> on Friday, November 8, 2002 to Kurt Schroeder from Clyde McIntyre of CSXT.
>
> Jim Lange
> Manager, CSXT Pricing Services
>
> cc: Clyde McIntyre
> Pam Grayson
>
> -----Original Message-----
> From: KAEYMANN@up.com [mailto:KAEYMANN@up.com]
> Sent: Friday, November 01, 2002 3:49 PM
> To: Grayson, Pam
> Subject: UP Fuel Surcharge - Project 1106
>
>
> Due to the rising cost of fuel, UP requests your concurrence to implement
> a
> joint line fuel surcharge effective December 1, 2002.
>
> The fuel surcharge will initially be two (2) percent and will be applied
> to
> carload freight movements with waybill date of 12/01/2002 or later. The
> fuel surcharge will apply to most UP pricing documents, with the exception
> of those which already have fuel surcharge provisions or specify
> otherwise.
>
> The fuel surcharge will be published in appropriate UP governing rules
> tariffs/circulars and shall be applied according to the following terms:
>
> 1. When the price of West Texas Intermediate Crude Oil (WTI) equals or
> exceeds $28.00 per barrel for 30 consecutive days, a fuel surcharge shall
> apply.
>
> 2. The fuel surcharge will be applicable to the line haul freight
> charge(s) that make reference to this fuel cost recovery charge in effect
> on the date the fuel surcharge is applied, hereinafter referred to as the
> "Base Freight Charge(s)." Surcharge amounts will be divided on the same
> proportion as in the joint-line rate.
>
> 3. The WTI price shall be published in the Wall Street Journal.
>
> 4. The fuel surcharge shall be applied according to the following
> schedule.
>
> West Texas Intermediate Cumulative Fuel

UPNJ-07-0000361
CONFIDENTIAL
UPFSC0000438

DA01376

| Crude Oil (Price per barrel) | Surcharge (Percentage) |
|---|---|
| $28.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5.00 per barrel increase thereafter | An additional 2% |

> 5. The price of WTI must equal or exceed a given bracket for thirty (30) consecutive days for the surcharge under that bracket to be applicable.
>
> 6. If the price of WTI ceases to be available from the Wall Street Journal or some other readily accessible source, a substitute to measure will be utilized.
>
> 7. Any fuel surcharge applied to the line haul freight charge(s) that make reference to this fuel cost recovery charge will be removed or reduced when the price of WTI remains below the price which triggers a specific surcharge bracket for thirty (30) consecutive days.
>
> 8. In no case will the freight charge(s) be reduced below the Base Freight Charge(s) nor will the application or removal of the fuel surcharge be retroactive.
>
> 9. This UP Fuel Surcharge program is applicable only when shipments are moving on UP price documents. If a shipment is moving on joint line rates where UP is not the publisher, the publishing carrier's fuel surcharge provision, if any, will apply.
>
> 10. Lumber and lumber related articles as published in Exempt Circulars UP 24 and UP 2421 will NOT be included in the fuel surcharge.
>
> We would appreciate your concurrence to the above fuel surcharge no later than November 8, 2002. If you have any questions or if it is move convenient to phone in your decision, please feel free to call the undersigned at (402) 271-4595 or Kathy Eymann at (402) 271-4793.
>
> Kurt Schroeder
> Sr. Manager Revenue Management
> Union Pacific Railroad
> FAX: (402) 271-4860

Prat 1106



"Lange, Jim"
<James_Lange@csx.com>
11/12/02 09:23 AM

To: "KAEYMANN@up.com" <KAEYMANN@up.com>, "kurtschroeder@up.com" <kurtschroeder@up.com>
cc:
Subject: RE: UP Fuel Surcharge - CSXT concurrence

Resent due to initial delivery failure received on first e-mail reply.

```
> -----Original Message-----
> From:     Lange, Jim
> Sent:     Tuesday, November 12, 2002 10:17 AM
> To: 'KAEYMANN@up.com'
> Cc: McIntyre, Clyde Jr.; Grayson, Pam
> Subject:  UP Fuel Surcharge - CSXT concurrence
>
> Kathy:
>
> This will confirm verbal concurrence to the request below which was given
> on Friday, November 8, 2002 to Kurt Schroeder from Clyde McIntyre of CSXT.
>
> Jim Lange
> Manager, CSXT Pricing Services
>
> cc: Clyde McIntyre
>     Pam Grayson
>
> -----Original Message-----
> From: KAEYMANN@up.com [mailto:KAEYMANN@up.com]
> Sent: Friday, November 01, 2002 3:49 PM
> To: Grayson, Pam
> Subject: UP Fuel Surcharge - Project 1106
>
>
> Due to the rising cost of fuel, UP requests your concurrence to implement
> a
> joint line fuel surcharge effective December 1, 2002.
>
> The fuel surcharge will initially be two (2) percent and will be applied
> to
> carload freight movements with waybill date of 12/01/2002 or later.  The
> fuel surcharge will apply to most UP pricing documents, with the exception
> of those which already have fuel surcharge provisions or specify
> otherwise.
>
> The fuel surcharge will be published in appropriate UP governing rules
> tariffs/circulars and shall be applied according to the following terms:
>
> 1.   When the price of West  Texas Intermediate Crude Oil (WTI) equals or
> exceeds $28.00 per barrel for 30 consecutive days, a fuel surcharge shall
> apply.
>
> 2.   The fuel surcharge will be applicable to the line haul freight
> charge(s) that make reference to this fuel cost recovery charge in effect
> on the date the fuel surcharge is applied, hereinafter referred to as the
> "Base Freight Charge(s)."  Surcharge amounts will be divided on the same
> proportion as in the joint-line rate.
>
> 3.   The WTI price shall be published in the Wall Street Journal.
>
> 4.   The fuel surcharge shall be applied according to the following
> schedule.
>
>           West Texas Intermediate             Cumulative Fuel
```

> | Crude Oil (Price per barrel) | Surcharge (Percentage) |
> |---|---|
> | $28.00 - $32.99 | 2% |
> | $33.00 - $37.99 | 4% |
> | $38.00 - $42.99 | 6% |
> | $43.00 - $47.99 | 8% |
> | Each $5.00 per barrel increase thereafter | An additional 2% |
>
> 5. The price of WTI must equal or exceed a given bracket for thirty (30)
> consecutive days for the surcharge under that bracket to be applicable.
>
> 6. If the price of WTI ceases to be available from the Wall Street
> Journal or some other readily accessible source, a substitute to measure
> will be utilized.
>
> 7. Any fuel surcharge applied to the line haul freight charge(s) that
> make reference to this fuel cost recovery charge will be removed or
> reduced
> when the price of WTI remains below the price which triggers a specific
> surcharge bracket for thirty (30) consecutive days.
>
> 8. In no case will the freight charge(s) be reduced below the Base
> Freight Charge(s) nor will the application or removal of the fuel
> surcharge
> be retroactive.
>
> 9. This UP Fuel Surcharge program is applicable only when shipments are
> moving on UP price documents. If a shipment is moving on joint line rates
> where UP is not the publisher, the publishing carrier's fuel surcharge
> provision, if any, will apply.
>
> 10. Lumber and lumber related articles as published in Exempt Circulars
> UP
> 24 and UP 2421 will NOT be included in the fuel surcharge.
>
> We would appreciate your concurrence to the above fuel surcharge no later
> than November 8, 2002. If you have any questions or if it is move
> convenient to phone in your decision, please feel free to call the
> undersigned at (402) 271-4595 or Kathy Eymann at (402) 271-4793.
>
> Kurt Schroeder
> Sr. Manager Revenue Management
> Union Pacific Railroad
> FAX: (402) 271-4860
>

From: Diane D. Knutson on 01/15/2003 03:35 PM
To: Jack Koraleski
cc:

Subject: Fuel Surcharges

Jack - here is the document my people received from IP.

Stephanie Elting
01/13/03 11:17 AM

To: UPRR_M&S_AGPROD
cc:
Subject: Update - Fuel Surcharge Q&A — For Internal Use Only

FYI ... The following information was compiled by IP. Please do not distribute the document to your customers. Feel free to use the information contained in the attached note for negotiating with customers or answering ad hoc questions.

DO NOT DISTRIBUTE THIS DOCUMENT TO EXTERNAL SOURCES.

—— Forwarded by Stephanie Elting on 01/13/03 11:14 AM ——

Bob M. Toy
01/13/03 11:04 AM

To: UPRR_M&S_CONS_GOVT_WASTE, UPRR_M&S_FOREST, UPRR_M&S_M_M
cc: Chuck Adams@UP, Kurt H. Schroeder@UP, Ronald E. Hines@UP, Dave A. Gramlich@UP, Randy K. Davison@UP, Stephanie Elting@UP, Lee E. Grimes@UP
Subject: Update - Fuel Surcharge Q&A — For Internal Use Only

For internal use, here's an updated Q&A regarding fuel surcharge application and related sales issues.

Most answers have changed in smaller degrees based on new info. Answers for questions in red have changed most significantly since the original notes.

Let me know if you have concerns or additional questions.

## Surcharge Background & Application (first sent 11/6/02)

Definition

What are key differences between UP's fuel surcharge provision and others in the industry?
- UP's carload surcharge is based on the West Texas Intermediate (WTI) price of oil, as is NS' & CSX'. It is the most well-known measure. All 3 are based on an initial $28 per-barrel trigger point with $5 increments beyond.
- UP's Intermodal, BNSF's, and most trucking surcharges are based on highway diesel prices.
- UP, NS, and CSX count "reporting" days, not calendar days, which are days the Wall Street Journal is published. These typically don't include bank holidays.

When would the surcharge kick in, and when would it no longer apply?
- The surcharge is 0% today. The price must stay at or above $28 for 30 consecutive days to apply. It went above $28 on 12/12/02; if it stays at or above $28 through 1/27, it will kick in at 2% on 1/28. After that point, it would have to go below $28 for 30 consecutive days to return to 0%.

Where do I find the provision info and the current price?
- Start on UP's web site in the Terms & Conditions area to avoid having to remember a number of links. The following link (http://www.uprr.com/customers/myterms.shtml) is available from MyUPRR

UPNJ-08-0000021

HIGHLY CONFIDENTIAL
UPFSC0000686

DA01380

(lower-right box), Customers (lower-left section) and every page in the Price Inquiry. It includes a link to surcharge info.

- Direct link to surcharge info: http://www.uprr.com/customers/surcharge.shtml for provision info, which has a link to http://www.uprr.com/customers/wti.shtml for price info.

When the price reaches a 30-day trigger point, when will that affect bills?
- The 31st day.

The $32 provision had a 10-day notification provision. Does the new $28 provision?
- No. We will seek to be proactive in communication, but there is no requirement.

Application/Measurement

What is covered by the surcharge; what isn't?
- IP public documents except Lumber are covered. We have announced a surcharge in Lumber effective 3/1/03. Interline public documents with the applicable surcharge provision are covered.
- Most private IP UP-created documents are not affected at this time, because the IPFUEL provision they reference is set at 0%. Only private IP documents referring to the dynamic group WTI1 FUEL SURCHARGE STANDARD would see a 2% surcharge.
- Private documents published by an interline connection are subject to the provisions in the specific document.

How will the UP surcharge apply to UP joint-line documents?
- Where the connection has concurred to the surcharge, for movements referencing documents with a surcharge provision, the surcharge would apply to the total freight bill and appear on the bill, regardless of who issues it.

What will trigger IP's decision to apply the surcharge to private documents?
- We anticipate that fuel prices would escalate quickly with the likelihood that they'll stay high. The surcharge provision in a private document is an insurance policy to act on it. Don't promise customers immunity.

If UP errors in applying the surcharge, where is that likely to happen?
- UP will undercollect from the customer on an interline movement & the connection will take its full $ through ISS.
- Smaller risk - UP will send/receive inaccurate info & the connection will bill accurately.
- Low risk - UP will apply surcharge where it's not applicable.

Who do I contact if the customer believes the surcharge was applied in error?
- Follow the normal dispute process identified on the bill. Pass systemic issues to Bob Toy.

How will we measure revenue generated from the surcharge?
- The surcharge will be a part of overall revenue and in the 990.
- TBD, we'll identify how much we collect from the surcharge and by customer; in the interim, we'll measure collections vs. the total bill.
- TBD, we'll be able to isolate specific dollars generated from the surcharge.

How much revenue does IP expect the surcharge to generate?
- For UP documents outside Lumber, we estimate $300,000 for every month a surcharge of 2% is applicable. Lumber TBD.
- No estimate on interline-published documents.

Documents

What establishes application of the fuel surcharge?
- For public documents, Circ 16. Added as of 11/1; on web in Terms & Conditions.
- For private documents, language within the document. This makes application clear for both parties.

How do I get the new provision into my document?
- Pricing Services handles for all public documents.
- For private documents, the provision is IPFUEL. The RIM team is working this week on adjustments to how this works in Genesis, and we'll advise when it's complete. This may require re-work prior to 1/24.

When do new private documents need to reference the new IPFUEL provision?
- By 12/1/02.

What happens to documents with the previous $32 provision?
- They will retain $32 until they renew. Change them to $28 upon renewal or an amendment.

What is a valid reason not to include the IPFUEL provision?
- If we have to give away significant revenue (e.g., $50,000 in revenue).
- Very short-term document (e.g., 6 months or less).

How do I exclude a private document from the $28 surcharge if it has a surcharge provision?
- As long as they carry the IPFUEL provision, the surcharge will not apply until IP changes its policy toward private documents being excluded from the surcharge. That's because IPFUEL will be set at 0% until that policy change.

If the surcharge would apply to private documents, what are the parameters?
- SIGNED CONTRACTS - if the doc has an existing escalation provision or specifically states the rates are not subject to escalation, then the document cannot be subject to the fuel surcharge.
- SIGNATURELESS CONTRACTS / LETTER QUOTES -
  if the doc has an existing escalation provision, tiered rates or specifically states the rates are not subject to escalation, then the document cannot be subject to the fuel surcharge.

## Sales Issues (first sent 11/1/02)

Proofs

What proofs are available?
- Customer Communications first distributed the following on 11/15. Please advise with recommendations/needs for additional proofs.

Pricing Philosophy

"Why are you increasing prices so much/fast/often?"
- Our focus is to price to the market for the product we offer.
- Our prices are changing most frequently in the public arena to reflect the market, where the business approach is more of a spot-market environment.
- UP prices are still well below truck.
- Prices are significantly below where they were prior to deregulation.

"My charge is to reduce freight charges, not pay more."
"I'm pulling my business if you implement these price changes."
"You'll need to reduce my rate $x for me to agree to a surcharge."
"I give you $x in business -- why am I getting hit?"
- We are all facing increased costs and challenges. Let's talk about how our product value compares to your other market options.
- Our intent is to price to the market. Please help me understand the competitive climate, and we'll consider alternatives.
- Are there other ways we can look at this situation, such as additional volume commitments, changes in equipment seasonality, etc?
- Let's broaden the discussion to look at the overall value of your business. Are there ways we can reduce costs to offset these increases? What about things like cycle time, car utilization, car ownership, expansion of your facility, and other options that come to your mind?
- Even in this discussion about our prices, rail remains a tremendous value. What other lanes can we look at where our overall value package beats truck?

"You moved me to public prices, and now you're increasing my rates and adding a fuel surcharge."
- Our goal is to price to the relevant market for your product. How does our overall product value compare?
- We are having these discussions with all customers -- whether the business moves with a private or public document.
- The overall market price -- along with cost increases for fuel, health care, labor, and more -- are impacting all areas.

"What does it take to move to a private price so I can avoid these price changes?"
- The primary question is what is the right price for our product -- whether it's in a public or private document is not the primary determinant. Prices are changing in private documents, too.
- We primarily reserve private prices for large-volume movements where there's benefit for a separate agreement. Typically, that means $250-500,000 in annual revenue to UP. It can also include significant volume commitments or competitive circumstances.
- Public prices carry the benefits of being more user-friendly, easier to access, and easier to know your price.

UPNJ-08-0000024

HIGHLY CONFIDENTIAL
UPFSC0000689

"When fuel prices go down, will you reduce my prices?"
- Our approach is to price to the market. As the market adjusts, we will do the same.

Surcharge

"Why are you implementing a fuel surcharge?"
- Fuel prices have been at high levels for some time, and we've been able to eat these costs. Prices have now exceeded our ability to continue to do so, and we anticipate that this situation will continue for some time. Fuel surcharges and price changes over the past several years still do not fully recover our cost increases. Our implementation is designed to manage unforeseen costs in this area both today and in the future.
- Surcharges are part of the market price in many cases. Other US railroads implemented surcharges in October. Trucks assessed a surcharge for much of 2002. (UP's Intermodal surcharge is a good gauge for trucks: https://www.uprr.com/customers/intermodal/featured/secure/mysurcharge.shtml.)
- We are primarily applying the surcharge at this time to your public business, which is more of a spot-market environment.
- While not a guarantee for the future, we're respecting your need for advanced planning and not applying the fuel surcharge at this time to your private agreements.

"My document says $32 for the surcharge – are you changing that?"
"My document says nothing about fuel – are you changing that?"
- While not a guarantee for the future, we will not change or add a fuel surcharge in your private agreements; we will insert the new language when we renew or amend the agreement.

"Help me understand – my private document says $28 but won't actually result in a bill?"
- At present, we are protecting your private document from application of the surcharge. We are eating the extra cost to protect our previous agreements and respect your need for advanced planning. There is no guarantee that we will keep this position. To change, we anticipate that we would no longer be able to subsidize these costs. Specifically, we anticipate that what appears to be a short-term situation would no longer appear so, or that prices would escalate dramatically. Bottom-line, we are putting an "insurance policy" in place to protect us in the future while we're also working extremely hard to facilitate our long-term partnership.

"We recently agreed on $32 for my private document, but it hasn't been published – is that changing?"
- We will honor prior commitments.

"I won't sign up for a $28 fuel surcharge."
- If the surcharge is a valid condition in the document that applies to your movement, you will be charged the amount and subject to collection.

# MEMORANDUM

**TO:** Dick Davidson – Room 1230
Ike Evans – Room 1230
Dennis Duffy – Room 1206
Jack Koraleski – Room 1130
Woody Sutton – Room 642
John Gray – Room 1110
Merill Bryan – Room 1100

**FROM:** Brad King – Room 642 RBK

**DATE:** January 16, 2003

**SUBJECT:** Minutes from CSX-UP Alliance Meeting of 12/16/02

Attached are final minutes from the December Alliance meeting with CSX in Jacksonville.

Att.



UPFSC 0597254
Highly Confidential

**MINUTES**
**CSX/UP ALLIANCE MEETING**
**12/16/02**
**JACKSONVILLE, FL**

**Attendees:**

**UP** – Dick Davidson, Ike Evans, Dennis Duffy, Brad King, Jack Koraleski, Woody Sutton, John Gray, Merill Bryan

**CSX** – Mike Ward, Chris Jenkins, Alan Blumenfeld, Les Passa, Al Crown, Mike Giftos, Clarence Gooden, Frank Pursley, John Couch, Chuck Wodehouse

**Amtrak**

General Discussion of their exiting of the freight business

- Follow-up discussion points for next meeting:

  1) Disposition of their freight car fleet
  2) Gunn's initiative for a funding pool for rail related projects.

**Commercial Alliance Initiatives**

**Coal**

- Finalize route and capital investment plan for both parties, including the timing, cost, and options for each phase, beginning with the TVA Widow's Creek Plant – **Fritz/Jenkins**

- Finalize operating plan, particularly locomotive configuration (DPU) and reach consensus between the operating practice groups on train parameters. – **Duffy/Crown**

**Intermodal**

- Implement plan to remove "foreign" cars from service and implement TTX as equipment provider – **Blumenfeld/Koch & Florence**

- It was decided by both railroads to pull intermodal into the Alliance and gateway initiatives and processes.





UPFSC 0597255
Highly Confidential

**Automotive**

- Implement plan to curtail/eliminate water movements of Autos – East Coast/Mexico

- Finalize Nissan opportunity – Memphis or Chicago gateway

- Continue initiatives on capturing auto parts from truck – **Kaiser/Strok**

**Merchandise**

- General discussion on opportunities in Mexico. For next meeting, prepare a Market Assessment review of how UP/CSX view the opportunities – **Passa/Collier**

- Joint sales calls process – review progress next meeting – **Koraleski/Giftos**

**Specific Marketing Initiatives requiring follow-up:**

- LPG opportunities from CSX territory to the West coast – **Sims/Gooden**

- "Express Lane" opportunities southeast to southwest/Mexico – **Gooden/Koraleski**

**Transportation Alliance Initiatives**

**Intermodal**

- Premium Operations groups must meet. Focus (like Merchandise group) to evaluate/refine product design and improve execution – **Blumenfeld/Koch**

**Pacer**

- Apollo/Pacer's initiative to acquire EJ&E – Develop joint strategic response – **Bell/Rebensdorf**



DA01387

UPFSC 0597256
Highly Confidential

**New Orleans Gateway**

- Routing options/issues with NS/joint command center – all need to be brought to consensus resolution – **Duffy/Crown/Tobias of NS**

(See attached correspondence from Louisiana Department of Transportation.)

**IT**

- APU – CSX continue to share results – **Crown**

- CBTM/PTC discussion - Updates to be developed for review with Davidson/Ward prior to next Alliance meeting – **Passa/Duffy**





UPFSC 0597257
Highly Confidential

# Union Pacific Railroad
# Fuel Surcharge Provisions
# as of 3/1/03

## Provision Detail

**ANSCFUEL**

In the event the price of West Texas Intermediate - Cushing (WTI) Crude Oil, as published in the Wall Street Journal, exceeds $39.00 per barrel for sixty (60) consecutive days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this agreement. If this option is exercised, a fuel surcharge of $0.40 per ton may be applied. For each $7 per barrel increase over the $39.00 per barrel base level, another $0.40 per ton increase may be applied. The price of WTI Crude Oil must exceed a given bracket for 60 consecutive days for the surcharge under that bracket to be applicable. If the price of WTI Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this agreement will be removed or reduced when the price of WTI Crude Oil remains below the price which triggers a specific surcharge bracket for 60 consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. In no case will the application or removal of the fuel surcharge be retroactive.

**ANTI-F/S**

Fuel surcharge does not apply on traffic rated from this price document.

**Cal/Fuel**

In the event the price of West Texas Intermediate Crude Oil (WTI), equals or exceeds $28.00 per barrel for thirty (30) consecutive days, a fuel surcharge shall apply to the line haul freight charge(s) referencing this authority in effect on the date the fuel surcharge is applied, hereinafter referred to as the "Base Freight Charge(s)." The WTI price shall be as published in the Wall Street Journal. The fuel surcharge shall be applied according to the following schedule:

| Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| $28.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5/BBL increase | An additional 2% thereafter |

The price of WTI must equal or exceed a given bracket for thirty (30) consecutive days for the surcharge under that bracket to be applicable. If the price of WTI ceases to be available from the Wall Street Journal or some other readily accessible source, a substitute measure will be utilized. Any fuel surcharge applied to the line haul freight charge(s) referencing this authority will be removed or reduced when the price of WTI remains below the price which triggers a specific surcharge bracket for thirty (30) consecutive days. In no case, will the freight charge(s) be reduced below the Base Freight Charge(s) nor will the application or removal of the fuel surcharge be retroactive.

**CALFUEL**

In the event the price of West Texas Intermediate Crude Oil (WTI), equals or exceeds $28.00 per barrel for thirty (30) consecutive days, a fuel surcharge shall apply to the line haul freight charge(s) referencing this authority in effect on the date the fuel surcharge is applied, hereinafter referred to as the "Base Freight Charge(s)." The WTI price shall be as published in the Wall Street Journal. The fuel surcharge shall be applied according to the following schedule:

| Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| $28.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5/BBL increase | An additional 2% thereafter |

The price of WTI must equal or exceed a given bracket for thirty (30) consecutive days for the surcharge under that bracket to be applicable. If the price of WTI ceases to be available from the Wall Street Journal or some other readily accessible source, a substitute measure will be utilized. Any fuel surcharge applied to the line haul freight charge(s) referencing this authority will be removed or reduced when the price of WTI remains below the price which triggers a specific surcharge bracket for thirty (30) consecutive days. In no case, will the freight charge(s) be reduced below the Base Freight Charge(s) nor will the application or removal of the fuel surcharge be retroactive.

**CARFUEL**

In the event the price of West Texas Intermediate Crude Oil (WTI), equals or exceeds $28.00 per barrel for thirty (30) consecutive days, a fuel surcharge shall apply to the line haul freight charge(s) referencing this authority in effect on the date the fuel surcharge is applied, hereinafter referred to as the "Base Freight Charge(s)." The WTI price shall be as published in the Wall Street Journal. The fuel surcharge shall be applied according to the following schedule:

| Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| $28.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5/BBL increase | An additional 2% thereafter |

The price of WTI must equal or exceed a given bracket for thirty (30) consecutive days for the surcharge under that bracket to be applicable. If the price of WTI ceases to be available from the Wall Street Journal or some other readily accessible source, a substitute measure will be utilized. Any fuel surcharge applied to the line haul freight

**FMC/FUEL**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $32.00 per barrel for sixty (60) consecutive days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this agreement ("Base Rate(s)"). If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $32/BBL base level according to the following schedule:

| Texas Intermediate Crude Oil | Cumulative Fuel Surcharge |
|---|---|

UPNJ-08-0000061

HIGHLY CONFIDENTIAL
UPFSC0000726

| (Price per barrel) | (Percentage) |
|---|---|
| $32.00 - $38.99 | 2% |
| $39.00 - $45.99 | 4% |
| $46.00 - $52.99 | 6% |
| $53.00 - $59.99 | 8% |
| $60.00 - $66.99 | 10% |
| Each $7/BBL increase | An additional 2% thereafter |

The price of West Texas Intermediate Crude Oil must exceed a given bracket for 60 consecutive days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this agreement will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for 60 consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. In no case will the application or removal of the fuel surcharge be retroactive.

**FMCFUEL1**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $32.00 per barrel for ninety (90) consecutive days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this Agreement ("Base Rate(s)"). If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $32/BBL base level according to the following schedule: Texas Intermediate Cumulative Crude Oil Fuel Surcharge (Price per barrel) (Percentage) $32.00 - $38.99 0% $39.00 - $45.99 4% $46.00 - $52.99 6% $53.00 - $59.99 8% $60.00 - $66.99 10% Each $7/BBL increase An additional 2% thereafter The price of West Texas Intermediate Crude Oil must exceed a given bracket for 90 consecutive days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this Agreement will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for 90 consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. In no case will the application or removal of the fuel surcharge be retroactive.

**FMC/FUEL SURCHARGE 36 NONSTANDARD**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $36.00 per barrel for sixty (60) consecutive published days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this agreement ("Base Rate(s)"). If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $36/BBL base level according to the following schedule:

| Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| $36.00 - $42.99 | 2% |
| $43.00 - $49.99 | 4% |
| $50.00 - $56.99 | 6% |
| $57.00 - $63.99 | 8% |

| | |
|---|---|
| $64.00 - $70.99 | 10% |
| Each $7/BBL increase | An additional 2% thereafter |

The price of West Texas Intermediate Crude Oil must exceed a given bracket for 60consecutive published days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this agreement will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for 60consecutive published days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. In no case will the application or removal of the fuel surcharge be retroactive.

**FS20D2.4**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in UP Exempt Circular 20-series.

**FS20F2.4**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in UP Exempt Circular 20-series.

**FS20H2.4**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in UP Exempt Circular 20-series.

**FS20I2.4**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in UP Exempt Circular 20-series.

**FS20J2.4**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in UP Exempt Circular 20-series.

**FS20K2.4**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in UP Exempt Circular 20-series.

**FSMA**

Price(s) subject to fuel surcharges

**FSNYKNOCOND**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in UP Exempt Circular 20-series.

**FUSC1**

Fuel Surcharge will accrue to carrier.

**GBP/FUE1**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $28.00 per barrel for sixty (60) consecutive days, Railroad retains the option to apply a fuel surcharge to the rates contained in this agreement ("Base Rate(s)"). If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $28/BBL base level according to the following schedule: Texas Intermediate Cumulative Crude Oil Fuel Surcharge (Price per barrel) (Percentage) $28.00 - $34.99 3% $35.00 - $41.99 5% $42.00 - $48.99 7% $49.00 - $55.99 9% $56.00 - $62.99 11% Each $7/BBL increase An additional 2% thereafter The price of West Texas Intermediate Crude Oil must exceed a given bracket for 60 consecutive days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this agreement will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for 60 consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. In no case will the application or removal of the fuel surcharge be retroactive.

**GBP/FUEL**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $28.00 per barrel for sixty (60) consecutive days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this agreement ("Base Rate(s)"). If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $28/BBL base level according to the following schedule: Texas Intermediate Cumulative Crude Oil Fuel Surcharge (Price per barrel) (Percentage) $28.00 - $34.99 3% $35.00 - $41.99 5% $42.00 - $48.99 7% $49.00 - $55.99 9% $56.00 - $62.99 11% Each $7/BBL increase An additional 2% thereafter The price of West Texas Intermediate Crude Oil must exceed a given bracket for 60 consecutive days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this agreement will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for 60 consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. In no case will the application or removal of the fuel surcharge be retroactive.

**Intermodal Standard Fuel Surcharge**

Rates are subject to a fuel surcharge stated in the terms and conditions of Item 2.4 in Exempt Circular 20-series.

**Intermodal Fuel Surcharge**

Price is subject to a fuel surcharge of 2.6% per car.

**IPFUEL**

In the event the price of West Texas Intermediate Crude Oil (WTI), equals or exceeds $32.00 per barrel for thirty (30) consecutive published days, a fuel surcharge shall apply to the line haul freight charge(s) referencing this authority in effect on the date the fuel surcharge is applied, hereinafter referred to as the

"Base Freight Charge(s)." The WTI price shall be as published in the Wall Street Journal. The fuel surcharge shall be applied according to the following schedule:

| Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| under $32.00 | 0% |
| $32.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5/BBL increase | An additional 2% thereafter |

The price of WTI must equal or exceed a given bracket for thirty (30) consecutive published days for the surcharge under that bracket to be applicable. If the price of WTI ceases to available from the Wall Street Journal or some other readily accessible source, a substitute measure will be utilized.

Any fuel surcharge applied to the line haul freight charge(s) referencing this authority will be removed or reduced when the price of WTI remains below the price which triggers a specific surcharge bracket for thirty (30) consecutive published days. In no case will the freight charge(s) be reduced below the Base Freight Charge(s) nor will the application or removal of the fuel surcharge be retroactive.

**No Fuel Surcharge 1-1-2004**

Effective January 1, 2004, no fuel surcharges will apply to the rates herein.

**No Fuel Surcharges**

No fuel surcharges will apply to the rates herein.

**NUMMISUR**

Shipments made under the terms of this pricing document are subject to the fuel adjustment as stated under the terms and conditions of the UP/GM Fuel Adjustment Agreement, dated July 31, 2001. This Agreement provides that a 2% rate adjustment will be applied to the transportation rates in the event the price of WTI (West Texas Intermediate) Crude Oil is greater that $37.00 U.S. or less than $15.00 U.S., per barrel for a three (3) month rolling period. A 2% adjustment would be applied to the Transportation Rates at either $37.00 or $15.00 per barrel. Additionally, for each $5.00 U.S. increase above $37.00 or decrease below $15.00, an additional 2% rate adjustment will be made. Rate adjustments will be made on a rolling three month basis.

Further, the fuel surcharge terms and conditions of Item 2.4 in UP Exempt Circular 20-series shall not apply to shipments made under the terms of this pricing document.

**OI/Fuel Surcharge Non-standard**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $34.00 per barrel for thirty (30) consecutive days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this agreement ("Base Rate(s)"). If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $34/BBL base level according to the following schedule:

| Texas Intermediate Crude Oil | Cumulative Fuel Surcharge |
|---|---|

| (Price per barrel) | (Percentage) |
|---|---|
| $34.00 - $40.99 | 2% |
| $41.00 - $47.99 | 4% |
| $48.00 - $54.99 | 6% |
| $55.00 - $61.99 | 8% |
| $62.00 - $68.99 | 10% |
| Each $7/BBL increase | An additional 2% thereafter |

The price of West Texas Intermediate Crude Oil must exceed a given bracket for 30 consecutive days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this agreement will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for 30 consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. In no case will the application or removal of the fuel surcharge be retroactive.

**OKBWFUEL**

Beginning January 1, 2002, and each quarter, the rates will be subject to a fuel surcharge. The fuel surcharge will be based on the percentage change in the Association of American Railroads' Index of Monthly Railroad Fuel Prices (MRFP, July 15, 1990=100.). The percentage change calculation will be from the October 2001 MRFP index (base index) to the most recent MRFP available for the current quarter. For example, the April 1, 2002 percentage change calculation will be from the October 2001 MRFP to the February 2002 MRFP index. Subsequent quarterly fuel surcharge calculations will be made by computing the percentage change between the October 2001 base index and the most recently available index as indicated below:

**Calulation Most Recent Index**

January 1 November April 1 February July 1 May Oct 1 August

If the resulting percentage change in the MRFP index is greater than +20.0%, a fuel surcharge shall apply which will equal the percent change in the MRFP index multiplied by a fuel weight of 15.0% before being applied to the rates. All fuel surcharge amounts will removed prior to the application of the following quarterly fuel surcharge. (See hypothetical example below.) applied to the rates.ll fuel surcharge amounts will be removed prior to the application of the following quarterly fuel surcharge (See hypothetical example below.)

If the AAR rebases the MFRP, the rebase values will be used in the fuel surcharge calculations. If the base index value is not restated by the AAR, the parties will restate it with a linking factor. This linking factor will be the ratio of the MRFP as rebased, divided by the MRFP on the old base, for the most recent period in which the MRFP is published on both bases. The base index value in need of restatement will then be multiplied by this linking factor before making the current fuel surcharge calculation.

In the event the AAR ceases to publish the MRFP index or materially alters the methodology by which the MRFP is derived, the parties shall determine an appropriate substitute index that most closely matches the structure of the MRFP. The substitute index shall be used for the remainder of the contract. If the parties can not agree on a substitue index within 90 days after the cancellation/alteration of the index, any party may submit the matter to be determined by binding arbitration.

In calculating the fuel surcharge, all published and any linked index values will be rounded to a tenth of an index point; all percentages will be rounded to a hundredth of a percent; any linking factors will be rounded to a thousandth of a point; and all rates and fuel surcharge amounts will be rounded to **whole cents** . The rounding rule used will be that any fraction less than one half will be dropped while any fraction equal to or greater than one-half will be rounded up to the next higher value.

**Hypothetical Example of Fuel Surcharge** For April 1, 2002

**MRFP Index Values:** October 2001 MRFP: 168.1 April 2002 MRFP: 210.1

UPNJ-08-0000066

HIGHLY CONFIDENTIAL
UPFSC0000731

**Percent Change in MRPF:** Percent Change: {210.1 - 168.1} / 168.1 = {42.0} / {168.1} = 0.24985 or 24.99%(greater than 20.0%, so Fuel Surcharge applies)
**Fuel Surcharge Factor Calculation:** Percent Change in MRFP: 24.99% x Fuel Weight Factor: 15.0% fuel Surcharge Factor: 3.75% or 0.0375
**Fuel Surcharge Amount Calculation:** Base Rate(excluding any prior fuel surch): $10.00(Hypothetical) x Adjusted Fuel Surcharge Factor(from above): Fuel Surcharge Amount: $00.38
**Application to Rate:** Base Rate (excluding any prior fuel surch): $1,000(Hypothetical)+ Fuel Surcharge Amount (from above): $00.38 April 1, 2002 Rate (including fuel surcharge): $10.38(Hypothetical)

**P&G/FUEL**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $27.99 per barrel for thirty (30) consecutive days, a fuel surcharge will be applied to the line haul freight charge(s) contained in this Agreement in effect on the date the fuel surcharge is applied, hereafter referred to as the "base freight charge(s)". If this option is exercised, the fuel surcharge shall be applied according to the following schedule: Texas Intermediate Cumulative Crude Oil Fuel Surcharge (Price per barrel) (Percentage) ________________ ___________ $23.00 - $27.99 Base $28.00 - $32.99 2% $33.00 - $37.99 4% $38.00 - $42.99 6% $43.00 - $47.99 8% Each $5/BBL increase An additional 2% adjustment thereafter will be applied The price of West Texas Intermediate Crude Oil must exceed a given bracket for thirty (30) consecutive days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be utilized. Customer will receive notification of any fuel surcharge not less than ten days prior to its application. Any fuel surcharge applied to the rates in this agreement will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for thirty (30) consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be effective as they become applicable. Fuel surcharge will be applied to shipments shipped on or after the fuel surcharge effective date.

**Remove Fuel Surcharge IBP**

Effective December 1, 2003 the Fuel Surcharge language will be removed from this Contract.and will no longer have application to rates herein.

**SC_CHNOR**

(Provisions of this section of this Agreement shall expire December 31, 2001, unless an extension is agreed upon in writing by the parties hereto.)

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $32.00 per barrel for ninety (90) consecutive days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this agreement ("Base Rate(s)"). If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $32/BBL base level according to the following schedule:

| Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| $32.00 - $38.99 | 2% |
| $39.00 - $45.99 | 4% |
| $46.00 - $52.99 | 6% |
| $53.00 - $59.99 | 8% |
| $60.00 - $66.99 | 10% |
| Each $7/BBL increase | An additional 2% thereafter |

UPNJ-08-0000067

HIGHLY CONFIDENTIAL
UPFSC0000732

The price of West Texas Intermediate Crude Oil must exceed a given bracket for 90 consecutive days for the surcharge under that bracket to be applicable. If the price of West Texas Intermediate Crude Oil ceases to be available from the Wall Street Journal or some other readily accessible source, a mutually agreeable substitute to measure will be negotiated. Customers will receive notification of any fuel surcharge not less than ten (10) days prior to its application. Any fuel surcharge applied to the rates in this Agreement pursuant to this section will be removed or reduced when the price of West Texas Intermediate Crude Oil remains below the price which triggers a specific surcharge bracket for 90 consecutive days. In no case will the rate(s) be reduced below the Base Rate(s). Reductions will be made promptly after they become applicable. In no casewill the application or removal of the fuel surcharge be retroactive.

If the price of West Texas Intermediate Crude Oil reaches $32 per barrel for 90 days, thus activating the provisions of this SURCHARGE Section and the result shall cause a material adverse effect on any party due to causes beyond the control of that party, the party suffering the material adverse effect may initiate renegotiation of this agreement; PROVIDED, HOWEVER, that competitive transportation proposals shall not be considered as grounds for renegotiation of this Agreement.

**WTI Fuel Surcharge Standard**

In the event the price of West Texas Intermediate Crude Oil (WTI), equals or exceeds $28.00 per barrel for thirty (30) consecutive published days, a fuel surcharge shall apply to the line haul freight charge(s) referencing this authority in effect on the date the fuel surcharge is applied, hereinafter referred to as the "Base Freight Charge(s)." The WTI price shall be as published in the Wall Street Journal. The fuel surcharge shall be applied according to the following schedule:

| Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| $28.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5/BBL increase | An additional 2% thereafter |

The price of WTI must equal or exceed a given bracket for thirty (30) consecutive published days for the surcharge under that bracket to be applicable. If the price of WTI ceases to be available from the Wall Street Journal or some other readily accessible source, a substitute measure will be utilized. Any fuel surcharge applied to the line haul freight charge(s) referencing this authority will be removed or reduced when the price of WTI remains below the price which triggers a specific surcharge bracket for thirty (30) consecutive published days. In no case, will the freight charge(s) be reduced below the Base Freight Charge(s) nor will the application or removal of the fuel surcharge be retroactive.

**WTI1 Fuel Surcharge Nonstandard**

In the event the price of West Texas Intermediate Crude Oil, as published in the Wall Street Journal, exceeds $32.00 per barrel for sixty (60) consecutive published days, Union Pacific retains the option to apply a fuel surcharge to the rates contained in this publication. If this option is exercised, a fuel surcharge may be applied for each $7/BBL increase over the $32/BBL base level according to the following schedule:

| | |
|---|---|
| $32.00 - $38.99 | 2% fuel s/c |
| $39.00 - $45.99 | 4% fuel s/c |
| $46.00 - $52.99 | 6% fuel s/c |

UPNJ-08-0000068

HIGHLY CONFIDENTIAL
UPFSC0000733

**This file was produced in its native format**



UPFSC 0674354
Highly Confidential

# CSXT - UP Interline Pricing

03/03/2003

UNION PACIFIC

CSX TRANSPORTATION

# CSXT-UP Interline Pricing
## 3/13/03 Joint Meeting

- Pricing Evolution and Background
  - Where we are today
- Industry Common Language Initiative
  - Objectives and Progress
- CN/CSX Initiative
  - XML Industry Solution
- UP/CSXT Perspective
  - Issues and Recommendations

# Pricing Evolution and Background

## How did we get here?

- Regulation (pre-staggers….pre-1980)
  - Fixed prices
- Deregulation (post-staggers..1980 to present)
  - Everything is negotiable
  - 30 trillion prices needed for every combination

# Pricing Evolution and Background

## Problems with the status quo

- 80% time on 20% Rev
- Slow to respond
- Bad bills
- Dissatisfied Customers/employees

**OLD BUSINESS MODEL**




UNION PACIFIC

CSX TRANSPORTATION

# Pricing Evolution and Background

## Price Lists - Geographic with Commodity Segmentations



# Pricing Evolution and Background
## Interline Pricing Today

- Manual Process - Slow Response to Customers
  - E-mail
  - Phone
- Some Through-Rate Price Lists
  - Steel, Paper, Consumer, Salt, Machinery, Plastics
  - Maintenance
  - Commodity and Condition Alignment

UNION PACIFIC



CSX TRANSPORTATION

# Industry Common Language Initiative
## Objectives

- Interline price quotes via web
- Combine public prices instantaneously
- Support existing processes for gateway agreements & interline price communication
- Allow for individual branding

# Industry Common Language Initiative
## Progress

- CLI Team Kickoff Meeting Nov 12, 2002
- Completed recommendations
  - Paper
  - Lumber
  - Metals
- Technology Platform started Feb 13, 2003

# The CN/CSXT Initiative
## Basis for using XML

- 6-7 parameters to return a price:
  - Commodity (STCC)
  - Origin
  - Destination
  - Car type
  - Car owner
  - Route/gateway
  - Customer

***The REN project has provided the translation tables so that we all speak a similar language (like SPLC to FSAC)***

UNION PACIFIC



CSX TRANSPORTATION

# The CN/CSXT Initiative
## XML Test

- Live price databases
- 7 parameters
- ANY origin on CSXT to any destination on the CN and vice versa
- Internet price inquiry
  - XML message sent to CN
  - Message sent to CSXT
  - 2 prices in 20 seconds

***XML messaging has been in use for several years***

# The CN/CSXT Initiative XML Pilot

- Transactional business is initial focus
- Target 30 second response time
- Public prices initially used
- Carrier flexibility:
  - Public or private
  - Discounts or not
  - Combine/convert if needed

# Interline Quote Process XML




2/25/03

# The CN/CSXT Initiative
## XML Answers to Process Issues

- How to handle prices in different unit of measures?
  - Mostly per car, responding RR decides if it will convert and how
- Condition codes
  - Boiler plate
  - Necessary
  - Ignore
- Application of prices using REN tables
  - CIF, geography, condition codes, etc.

# The CN/CSXT Initiative
## Industry Application

- Rail industry approach
- Standardized and made a "powered by Steelroads" function
- Minimizing programming costs
- Each RR would have complete control of its prices
- Meets customer desire for simple approach to receive through prices

***This could facilitate an industry shift to a customer self help solution***

UNION PACIFIC

CSX TRANSPORTATION

# CSXT-UP Perspective
## Primary Areas of Agreement

- Transactional business as focal point
- Use web to combine prices on the fly into “thru” price
- Use existing REN processes
- Does not require CLI
- No customer discounts needed to start
- “Glitz” is not primary objective

# CSXT-UP Perspective

## Primary Areas with Differences

- Level of detail for price to match
- Ability to convert prices to match

# CSXT-UP Perspective
## Issues Still to Address

- Handling CSXT-UP routing agreements
- Agreement on technology requirements
- Understanding end result's value to the customer

# CSXT-UP Perspective
## Recommendations

- Push industry solution toward Internet messaging
- UP join CSXT, CN, & BNSF in near-term solution
- Minimize pricing & downstream workload as key objective
- Pursue interline price lists where they make business sense

**From**: Chuck Adams
**To**: Kurt H. Schroeder@UP
**Sent**: 03/11/2003 09:05:25 AM
**Subject**: jjk fuel revisited
**Attachments**: Fuel Surcharge Modification.doc, JJK REVISED SURCHARGE PROPOSAL.xls

Fuel Surcharge Modification.doc    JJK REVISED SURCHARGE PROPOSAL.xls

***Chuck Adams***
***Union Pacific Railroad***
***1416 Dodge Street, Room 1110***
***Omaha, Nebraska, 68179***
***Phone: 402-271-5866***
***Fax: 402-271-2438***
***e-mail: ChuckAdams@UP.com***
***Web: WWW.UPRR.COM***

# Union Pacific Revised Fuel Surcharge Recommendation

- Surcharge is implemented at $28.00 and 2%
- Establish the Threshold Percentage at 0.4% for each per dollar for WTI beyond $28.00.
- Measure the monthly average price of WTI using the preceding 30 day periods:

| Measurement Period | Effective Date |
|---|---|
| • Dec 16 to Jan 15 | 2/1/03 |
| • Jan 16 to Feb 15 | 3/1/03 |
| • Feb 16 to Mar 15 | 4/1/03 |
| • etc | |

On the first of each month, implement the new percentage bracket.

This would result in the following:

| Period | WTI Average | FSC % |
|---|---|---|
| • Dec 16 to Jan 15 | $ 31.61 | 3.2% |
| • Jan 16 to Feb 15 | $ 34.29 | 4.4% |
| • Feb 16 to Mar 15 | $ 36.94* | 5.2%* |

( * as of 3/7)

Advantages:
1. Customers can plan on a monthly change at the same time each month.
2. Avoid the accelerated rate of change resulting from Shorter brackets - implementation costs and billing issues.
3. By averaging we avoid the problems of the one-day dip above or below the line which skews the current methodology.
4. Allows customers and connecting carriers up to 2 weeks to ramp up for the change as opposed to the "next day" application.
5. Consistent with carriers implementing monthly surcharge changes (UP / CSXI / NS Intermodal, BNSF Carload and Intermodal)

Disadvantages:
1. Selling a new approach to customers and connections.
2. Modification to existing systems

Implementation Issues
1. As this would be a price increase this would require 30 days between publication and effective date.
2. Conversion date from old program to new program would be 5/1/03 at the earliest
   Measure the average WTI prices from 3/15/03 to 4/15/03 with an effective date of 5/1/03

**This file was produced in its native format**

JJK PROPOSAL

| Close Date | Price per 42-gallon barrel | Current Process @ $5 inc | JJK Proposed surcharge applied | days to $ 28.00 2.0% | days to $ 29.00 2.4% | days to $ 30.00 2.8% | days to $ 31.00 3.2% | days to $ 32.00 3.6% | days to $ 33.00 4.0% | days to $ 34.00 4.4% | days to $ 35.00 4.8% | days to $ 36.00 5.2% | days to $ 37.00 5.6% | days to $ 38.00 6.0% | days to $ 39.00 6.4% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/2003 | $ 37.78 | 23 | 3.6% | | | | | | 23 | 21 | 20 | 4 | 2 | | |
| 3/6/2003 | $ 37.03 | 22 | 3.6% | | | | | | 22 | 20 | 19 | 3 | 1 | | |
| 3/5/2003 | $ 36.68 | 21 | 3.6% | | | | | | 21 | 19 | 18 | 2 | | | |
| 3/4/2003 | $ 36.88 | 20 | 3.6% | | | | | | 20 | 18 | 17 | 1 | | | |
| 3/3/2003 | $ 35.88 | 19 | 3.6% | | | | | | 19 | 17 | 16 | | | | |
| 2/28/2003 | $ 36.63 | 18 | 3.6% | | | | | | 18 | 16 | 15 | 3 | | | |
| 2/27/2003 | $ 37.23 | 17 | 3.6% | | | | | | 17 | 15 | 14 | 2 | | | |
| 2/26/2003 | $ 37.73 | 16 | 3.6% | | | | | | 16 | 14 | 13 | 1 | | | |
| 2/25/2003 | $ 35.98 | 15 | 3.2% | | | | | 30 | 15 | 13 | 12 | | | | |
| 2/24/2003 | $ 37.58 | 14 | 3.2% | | | | | 29 | 14 | 12 | 11 | 7 | | | |
| 2/21/2003 | $ 36.88 | 13 | 3.2% | | | | | 28 | 13 | 11 | 10 | 6 | | | |
| 2/20/2003 | $ 36.78 | 12 | 3.2% | | | | | 27 | 12 | 10 | 9 | 5 | | | |
| 2/19/2003 | $ 37.18 | 11 | 3.2% | | | | | 26 | 11 | 9 | 8 | 4 | | | |
| 2/18/2003 | $ 36.98 | 10 | 3.2% | | | | | 25 | 10 | 8 | 7 | 3 | | | |
| 2/14/2003 | $ 36.83 | 9 | 3.2% | | | | | 24 | 9 | 7 | 6 | 2 | | | |
| 2/13/2003 | $ 36.38 | 8 | 3.2% | | | | | 23 | 8 | 6 | 5 | 1 | | | |
| 2/12/2003 | $ 35.78 | 7 | 3.2% | | | | | 22 | 7 | 5 | 4 | | | | |
| 2/11/2003 | $ 35.43 | 6 | 3.2% | | | | | 21 | 6 | 4 | 3 | | | | |
| 2/10/2003 | $ 34.48 | 5 | 3.2% | | | | | 20 | 5 | 3 | 2 | | | | |
| 2/7/2003 | $ 35.13 | 4 | 3.2% | | | | | 19 | 4 | 2 | 1 | | | | |
| 2/6/2003 | $ 34.18 | 3 | 3.2% | | | | | 18 | 3 | 1 | | | | | |
| 2/5/2003 | $ 33.93 | 2 | 2.8% | | | | 30 | 17 | 2 | | | | | | |
| 2/4/2003 | $ 33.58 | 1 | 2.8% | | | | 29 | 16 | 1 | | | | | | |
| 2/3/2003 | $ 32.78 | | 2.8% | | | | 28 | 15 | | | | | | | |
| 1/31/2003 | $ 33.53 | 3 | 2.8% | | | | 27 | 14 | 3 | | | | | | |
| 1/30/2003 | $ 33.85 | 2 | 2.8% | | | | 26 | 13 | 2 | | | | | | |
| 1/29/2003 | $ 33.63 | 1 | 2.0% | | 30 | 30 | 25 | 12 | 1 | | | | | | |
| 1/28/2003 | $ 32.68 | | 2.0% | | 29 | 29 | 24 | 11 | | | | | | | |
| 1/27/2003 | $ 32.28 | 30 | 2.0% | 30 | 28 | 28 | 23 | 10 | 8 | | | | | | |
| 1/24/2003 | $ 35.03 | 29 | 0% | 29 | 27 | 27 | 22 | 9 | 7 | | | | | | |
| 1/23/2003 | $ 33.85 | 28 | 0% | 28 | 26 | 26 | 21 | 8 | 6 | | | | | | |
| 1/22/2003 | $ 34.45 | 27 | 0% | 27 | 25 | 25 | 20 | 7 | 5 | | | | | | |
| 1/21/2003 | $ 34.63 | 26 | 0% | 26 | 24 | 24 | 19 | 6 | 4 | | | | | | |
| 1/17/2003 | $ 33.93 | 25 | 0% | 25 | 23 | 23 | 18 | 5 | 3 | | | | | | |
| 1/16/2003 | $ 33.68 | 24 | 0% | 24 | 22 | 22 | 17 | 4 | 2 | | | | | | |
| 1/15/2003 | $ 33.23 | 23 | 0% | 23 | 21 | 21 | 16 | 3 | 1 | | | | | | |
| 1/14/2003 | $ 32.38 | 22 | 0% | 22 | 20 | 20 | 15 | 2 | | | | | | | |
| 1/13/2003 | $ 32.28 | 21 | 0% | 21 | 19 | 19 | 14 | 1 | | | | | | | |
| 1/10/2003 | $ 31.68 | 20 | 0% | 20 | 18 | 18 | 13 | | | | | | | | |
| 1/9/2003 | $ 31.98 | 19 | 0% | 19 | 17 | 17 | 12 | | | | | | | | |
| 1/8/2003 | $ 30.58 | 18 | 0% | 18 | 16 | 16 | 11 | | | | | | | | |
| 1/7/2003 | $ 31.08 | 17 | 0% | 17 | 15 | 15 | 10 | | | | | | | | |
| 1/6/2003 | $ 32.13 | 16 | 0% | 16 | 14 | 14 | 9 | 2 | | | | | | | |
| 1/3/2003 | $ 33.08 | 15 | 0% | 15 | 13 | 13 | 8 | 1 | | | | | | | |
| 1/2/2003 | $ 31.85 | 14 | 0% | 14 | 12 | 12 | 7 | | | | | | | | |
| 12/31/2002 | $ 31.23 | 13 | 0% | 13 | 11 | 11 | 6 | | | | | | | | |
| 12/30/2002 | $ 31.35 | 12 | 0% | 12 | 10 | 10 | 5 | | | | | | | | |
| 12/27/2002 | $ 32.73 | 11 | 0% | 11 | 9 | 9 | 4 | 3 | | | | | | | |
| 12/26/2002 | $ 32.48 | 10 | 0% | 10 | 8 | 8 | 3 | 2 | | | | | | | |
| 12/24/2002 | $ 32.18 | 9 | 0% | 9 | 7 | 7 | 2 | 1 | | | | | | | |
| 12/23/2002 | $ 31.98 | 8 | 0% | 8 | 6 | 6 | 1 | | | | | | | | |
| 12/20/2002 | $ 30.43 | 7 | 0% | 7 | 5 | 5 | | | | | | | | | |
| 12/19/2002 | $ 30.53 | 6 | 0% | 6 | 4 | 4 | | | | | | | | | |
| 12/18/2002 | $ 30.43 | 5 | 0% | 5 | 3 | 3 | | | | | | | | | |
| 12/17/2002 | $ 30.08 | 4 | 0% | 4 | 2 | 2 | | | | | | | | | |
| 12/16/2002 | $ 30.13 | 3 | 0% | 3 | 1 | 1 | | | | | | | | | |
| 12/13/2002 | $ 28.50 | 2 | 0% | 2 | | | | | | | | | | | |
| 12/12/2002 | $ 28.03 | 1 | 0% | 1 | | | | | | | | | | | |
| 12/11/2002 | $ 27.43 | | 0% | | | | | | | | | | | | |

**Current Fuel Surcharge Thresholds**

| West Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| under $28.00 | 0% |
| $28.00 - $32.99 | 2% |
| $33.00 - $37.99 | 4% |
| $38.00 - $42.99 | 6% |
| $43.00 - $47.99 | 8% |
| Each $5.00 per barrel increase thereafter | An additional 2% |

**JJK Proposed Fuel Surcharge Thresholds**

| West Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| under $28.00 | 0.0% |
| 28 | 2.0% |
| 29 | 2.5% |
| 30 | 3.0% |
| 31 | 3.5% |
| 32 | 4.0% |
| 33 | 4.5% |
| 34 | 5.0% |
| 35 | 5.5% |
| 36 | 6.0% |
| 37 | 6.5% |
| 38 | 7.0% |
| 39 | 7.5% |
| 40 | 8.0% |
| 41 | 8.5% |
| 42 | 9.0% |
| 43 | 9.5% |
| 44 | 10.0% |
| 45 | 10.5% |
| 46 | 11.0% |
| 47 | 11.5% |
| Each $1.00 per barrel increase thereafter | 0.5% |

**Revised Proposal to Equal Existing Fuel Surcharge Thresholds**

| West Texas Intermediate Crude Oil (Price per barrel) | Cumulative Fuel Surcharge (Percentage) |
|---|---|
| under $28.00 | 0.0% |
| 28 | 2.0% |
| 29 | 2.4% |
| 30 | 2.8% |
| 31 | 3.2% |
| 32 | 3.6% |
| 33 | 4.0% |
| 34 | 4.4% |
| 35 | 4.8% |
| 36 | 5.2% |
| 37 | 5.6% |
| 38 | 6.0% |
| 39 | 6.4% |
| 40 | 6.8% |
| 41 | 7.2% |
| 42 | 7.6% |
| 43 | 8.0% |
| 44 | 8.4% |
| 45 | 8.8% |
| 46 | 9.2% |
| 47 | 9.6% |
| Each $1.00 per barrel increase thereafter | 0.4% |

COUNTER PROPOSAL

| Close Date | Price per 42-gallon barrel | Current Process @ $5 inc | Revised surcharge applied | Mid Month Calculations 12/16/2002 1/15/2003 | 1/16/2003 2/15/2003 | 2/16/2003 3/15/2003 |
|---|---|---|---|---|---|---|
| 3/7/2003 | $ 37.78 | 23 | 4.4% | | | $ 517.22 |
| 3/6/2003 | $ 37.03 | 22 | 4.4% | | | 14 |
| 3/5/2003 | $ 36.68 | 21 | 4.4% | | | $ 36.94 |
| 3/4/2003 | $ 36.88 | 20 | 4.4% | | | |
| 3/3/2003 | $ 35.88 | 19 | 4.4% | | | |
| 2/28/2003 | $ 36.63 | 18 | 3.2% | | | |
| 2/27/2003 | $ 37.23 | 17 | 3.2% | | | |
| 2/26/2003 | $ 37.73 | 16 | 3.2% | | | |
| 2/25/2003 | $ 35.98 | 15 | 3.2% | | | |
| 2/24/2003 | $ 37.58 | 14 | 3.2% | | | |
| 2/21/2003 | $ 36.88 | 13 | 3.2% | | | |
| 2/20/2003 | $ 36.78 | 12 | 3.2% | | | |
| 2/19/2003 | $ 37.18 | 11 | 3.2% | | | |
| 2/18/2003 | $ 36.98 | 10 | 3.2% | | | |
| 2/14/2003 | $ 36.83 | 9 | 3.2% | | $ 720.04 | |
| 2/13/2003 | $ 36.38 | 8 | 3.2% | | 21 | |
| 2/12/2003 | $ 35.78 | 7 | 3.2% | | $ 34.29 | |
| 2/11/2003 | $ 35.43 | 6 | 3.2% | | | |
| 2/10/2003 | $ 34.48 | 5 | 3.2% | | | |
| 2/7/2003 | $ 35.13 | 4 | 3.2% | | | |
| 2/6/2003 | $ 34.18 | 3 | 3.2% | | | |
| 2/5/2003 | $ 33.93 | 2 | 3.2% | | | |
| 2/4/2003 | $ 33.58 | 1 | 3.2% | | | |
| 2/3/2003 | $ 32.78 | | 3.2% | | | |
| 1/31/2003 | $ 33.53 | 3 | 0% | | | |
| 1/30/2003 | $ 33.85 | 2 | 0% | | | |
| 1/29/2003 | $ 33.63 | 1 | 0% | | | |
| 1/28/2003 | $ 32.68 | | 0% | | | |
| 1/27/2003 | $ 32.28 | 30 | 0% | | | |
| 1/24/2003 | $ 35.03 | 29 | 0% | | | |
| 1/23/2003 | $ 33.85 | 28 | 0% | | | |
| 1/22/2003 | $ 34.45 | 27 | 0% | | | |
| 1/21/2003 | $ 34.63 | 26 | 0% | | | |
| 1/17/2003 | $ 33.93 | 25 | 0% | | | |
| 1/16/2003 | $ 33.68 | 24 | 0% | | | |
| 1/15/2003 | $ 33.23 | 23 | 0% | $ 663.82 | | |
| 1/14/2003 | $ 32.38 | 22 | 0% | 21 | | |
| 1/13/2003 | $ 32.28 | 21 | 0% | $ 31.61 | | |
| 1/10/2003 | $ 31.68 | 20 | 0% | | | |
| 1/9/2003 | $ 31.98 | 19 | 0% | | | |
| 1/8/2003 | $ 30.58 | 18 | 0% | | | |
| 1/7/2003 | $ 31.08 | 17 | 0% | | | |
| 1/6/2003 | $ 32.13 | 16 | 0% | | | |
| 1/3/2003 | $ 33.08 | 15 | 0% | | | |
| 1/2/2003 | $ 31.85 | 14 | 0% | | | |
| 12/31/2002 | $ 31.23 | 13 | 0% | | | |
| 12/30/2002 | $ 31.35 | 12 | 0% | | | |
| 12/27/2002 | $ 32.73 | 11 | 0% | | | |
| 12/26/2002 | $ 32.48 | 10 | 0% | | | |
| 12/24/2002 | $ 32.18 | 9 | 0% | | | |
| 12/23/2002 | $ 31.98 | 8 | 0% | | | |
| 12/20/2002 | $ 30.43 | 7 | 0% | | | |
| 12/19/2002 | $ 30.53 | 6 | 0% | | | |
| 12/18/2002 | $ 30.43 | 5 | 0% | | | |
| 12/17/2002 | $ 30.08 | 4 | 0% | | | |
| 12/16/2002 | $ 30.13 | 3 | 0% | | | |
| 12/13/2002 | $ 28.50 | 2 | 0% | | | |
| 12/12/2002 | $ 28.03 | 1 | 0% | | | |
| 12/11/2002 | $ 27.43 | | 0% | | | |

**This file was produced in its native format**



UPFSC 0674356
Highly Confidential

# CSXT-UP Interline Pricing

## 3/13/03 Joint Meeting

- Industry Common Language Initiative
  - Objectives
  - What it looks like
  - Assessment of options
- CN/CSX Initiative
  - Background & status
  - Lessons learned and expected
  - UP/CSXT participation potential
- Other Issues

3/6/03

# Industry Web Pricing Initiative

Goals

- Expand customer ability to get interline rice quotes via web
- Combine public prices instantaneously
- Support existing processes for gateway agreements & interline price communication
- Allow for individual branding

# Interline Web Pricing Initiative

## CSXT-UP Perspective

Primary Areas of Agreement

- Transactional business as focal point
- Use web to combine prices on the fly into “thru” price
- Use existing REN processes
- Does not require grouping STCCs
- No customer discounts needed to start
- “Glitz” is not primary objective

# Interline Web Pricing Initiative

## CSXT-UP Perspective

Primary Areas with Differences

- Level of detail for price to match
- Ability to convert prices to match

# Interline Web Pricing Initiative

## CSXT-UP Perspective

### Issues Still to Address

- Handling CSXT-UP routing agreements
- Visibility to CSXT shortline prices
- Agreement on technology requirements
  - Messaging schema standard
  - Serving carrier information
  - Etc
- Understanding end result’s value to the customer

# Interline Web Pricing Initiative

## CSXT-UP Perspective

### Recommendation

- Push industry solution toward Internet messaging
- UP join CSXT, CN, & BNSF in near-term solution
- Minimize pricing & downstream workload as key objective
- Pursue interline price matrices where they make business sense

From: Lee E. Grimes
To: Ed Sims@UP;Bob G. Worrell@UP;Rick A. Pagan@UP;Craig R. Johnson@UP;Sam Calabro@UP
Sent: 03/20/2003 03:49:41 PM
Cc: Robert E. Wilcox;Mike T. Massara@UP
Subject: CSXT Changes Fuel Surcharge Language
As information, the new CSXT fuel surcharge is more aggressive than its existing form.

**Press Release**

Source: CSX Transportation

CSX Transportation Announces Modifications to Its Fuel Cost Recovery Program

Thursday March 20, 3:00 pm ET

JACKSONVILLE, Fla., March 20 /PRNewswire-FirstCall/ -- In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

After the transition to the new program, CSXT's fuel surcharges will be applied in smaller increments, on a more real-time basis, consistent with increases or decreases in fuel prices. With the changes, CSXT will no longer only adjust surcharges in 2% increments for every $5/barrel change in crude oil prices. Instead, the surcharge will be adjusted up or down 0.4% for every dollar increase or decrease in oil prices above $23/barrel. These charges will be determined monthly based on the thirty-day average price of West Texas Intermediate (WTI) crude oil. When fuel prices drop below $23/barrel, no fuel surcharge will apply.

Michael J. Ward, chairman and CEO of CSX Corporation (NYSE: CSX - News) and president of CSXT said, "Given the continued instability in oil prices we must, like most American companies, implement better ways to manage fuel price changes and market volatility. As a result of this new program, CSXT's fuel surcharges will more directly respond to fuel price changes in a real-time manner."

P. Michael Giftos, CSXT's executive vice president and chief commercial officer said, "These changes will allow CSXT's surcharge program to more accurately reflect fuel price fluctuations in a more timely fashion. In addition, the modified program provides two things our customers have asked for: smaller, more incremental changes in the fuel surcharge and easier administration since it is changed on a predictable, monthly basis."

CSXT will amend its 8100 and 8200 tariffs later this month and the new fuel surcharge program will take effect not less than 20 days after. Until the new surcharge becomes effective, the current program will remain in place. These tariff changes will not change the existing fuel cost recovery program at CSX Intermodal. Once the program is amended, additional details will be available on the company's website at www.csx.com.

CSXT and its 34,000 employees provide rail transportation and distribution services over a 23,000 route-mile network in 23 states, the District of Columbia and two Canadian provinces. CSXT is a business unit of CSX Corporation (NYSE: CSX - News), and both are

www.csx.com

Lee Grimes
Union Pacific Railroad
402-271-4423

Printed by Michael R. Shelton [illegible]

Kurt H. Schroeder
03/24/03 09:41 AM

To: Kathy A. Eymann@UP, Robert W. Campbell@UP, Gail H. Osler@UP
cc: Michael R. Shelton@UP
Subject: CSXT fuel surcharge - Project 1202

fyi - - - - this is going to heat up again.
----- Forwarded by Kurt H. Schroeder on 03/24/03 09:26 AM -----

Kurt H. Schroeder
03/24/03 09:26 AM

To: Greg H. Sovey
cc: Chuck Adams@UP
Subject: CSXT fuel surcharge - Project 1202

Confirming V-Mail.

Spoke with Clyde McIntyre again this morning. He said complete "working details" still have not yet been signed off yet, however, he anticipates sending me concurrence request by tomorrow (3/25).

If schedule holds, this new program will use average WTI for April to make first fuel surcharge percent adjustment on June 1.
Greg H. Sovey

Greg H. Sovey
03/24/03 08:46 AM

To: Chuck Adams@UP, Kurt H. Schroeder@UP
cc:
Subject: CSXT fuel surcharge

Was advised this was published last Thursday. I still see nothing on the CSXT web site. Please assess what is going on.

## Today's News

## CSX Transportation Announces Modifications to Its Fuel Cost Recovery Program

Website

JACKSONVILLE, Fla., March 20 /PRNewswire-FirstCall/ -- In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

After the transition to the new program, CSXT's fuel surcharges will be applied in smaller increments, on a more real-time basis,

UPNJ-08-0000123

Printed by Michael R. Baker\ Printing Services. Room 620, on 10/23/2003 at 4:25:34 PM

consistent with
increases or decreases in fuel prices. With the changes, CSXT will no longer
only adjust surcharges in 2% increments for every $5/barrel change in crude
oil prices. Instead, the surcharge will be adjusted up or down 0.4% for every
dollar increase or decrease in oil prices above $23/barrel. These charges
will be determined monthly based on the thirty-day average price of West Texas
Intermediate (WTI) crude oil. When fuel prices drop below $23/barrel, no fuel
surcharge will apply.

Michael J. Ward, chairman and CEO of CSX Corporation (NYSE: **CSX**) and
president of CSXT said, "Given the continued instability in oil prices we
must, like most American companies, implement better ways to manage fuel price
changes and market volatility. As a result of this new program, CSXT's fuel
surcharges will more directly respond to fuel price changes in a real-time
manner."

P. Michael Giftos, CSXT's executive vice president and chief commercial
officer said, "These changes will allow CSXT's surcharge program to more
accurately reflect fuel price fluctuations in a more timely fashion. In
addition, the modified program provides two things our customers have asked
for: smaller, more incremental changes in the fuel surcharge and easier
administration since it is changed on a predictable, monthly basis."

CSXT will amend its 8100 and 8200 tariffs later this month and the new
fuel surcharge program will take effect not less than 20 days after. Until
the new surcharge becomes effective, the current program will remain in place.

UPNJ-08-0000124

These tariff changes will not change the existing fuel cost recovery program
at CSX Intermodal. Once the program is amended, additional details will be
available on the company's website at **http://www.csx.com.**

CSXT and its 34,000 employees provide rail transportation and distribution
services over a 23,000 route-mile network in 23 states, the District of
Columbia and two Canadian provinces. CSXT is a business unit of CSX
Corporation (NYSE: **CSX**), and both are headquartered in Jacksonville, Fla.

**http://www.csx.com**

*SOURCE CSX Transportation*
*Web Site: http://www.csx.com*

**Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.**

**More news from PR Newswire...**

**From:** Charley Eisele
**To:** Dennis J. Duffy@UP;Brad King@UP;Rob Knight;Jack J. Koraleski@UP
**Sent:** 03/25/2003 10:33:58 AM
**Subject:** Breakthrough Strategies
**Attachments:** BrainstormingList.doc

Attached is a revised "brainstorming list" of possible breakthrough strategies. Changes and/or additions from the version we discussed a week ago Monday are shown in blue. They represent input from Ike and Dick (the addition of a REIT strategy to Item 7 under Asset Utilization). This will be the basis for our 1:00 PM meeting tomorrow with Dick and Ike. Our objective will be to review this list again with input from Dick and Ike and then decide on the items we will pursue aggressively. Coming out of that meeting, we should be able to decide on outside help, develop a project plan, put a review schedule in place and develop an approach for the May Board presentation. Thanks for your help and input.

BrainstormingList.doc

DA01435

UPFSC 0004541
Highly Confidential

## Breakthrough Strategies

### Preliminary Brainstorming List

**Revenue Growth:**

1. Develop and rapidly deploy a "network logistics management" capability (in the form of a new product, function, business team, division or subsidiary) targeting accelerated penetration of truck markets. This "capability" would incorporate and/or integrate current "logistics" capabilities found within UPDS, INL, Transentric and the Business Teams. It would serve as a "supplier" of these capabilities to the current Business Teams, RR Alliances and Strategic Customer Alliances. It would also serve as a "channel" for the Business Teams, selling RR core products into new, non-traditional rail/truck markets. Items 2, 6, 7 and 10 below would likely be addressed as part of this strategy.

2. Structure a sales force with specific experience and training in selling to traditional truck markets.

3. Launch formal, joint business development processes with railroad alliance partners – CSX, NS, CP, CN, TFM and FXE.

4. Expand the number of "customer strategic alliances" and aggressively pursue the realization of $200 million of incremental revenue from these initiatives within 18-24 months.

5. Develop a comprehensive, integrated intermodal strategy (including a detailed channel strategy) to capitalize on capacity investments and service improvements and double planned revenue and profit growth in the next two years.

6. Pursue selected channel acquisitions, alliances and/or joint ventures in support of the intermodal growth strategy and developed logistics products.

7. Pursue selected logistics software/logistics management acquisitions, alliances and/or joint ventures in support of developed logistics products.

8. Take a one-time, across-the-board 5%-10% price increase on all non-contract business.

9. Implement a 100% fuel price recovery mechanism for all current, non-contract business and incorporate this mechanism in all future contracts.

10. Develop a comprehensive transload strategy across all business units to provide the capability to divert business from truck to carload. This could take the form of a supplier partnership, joint venture and/or new subsidiary.

11. Launch a joint venture with CSX/NS to co-develop and co-market products targeted at accelerating penetration of truck-dominated food and food products markets (related to Item 3 above).

12. Implement a specialized business unit to target a doubling of growth in the emerging ethanol market.

13. Align customer "mode selection" standards with UPRR performance capabilities.

14. Establish a joint venture with a major coal marketing company to offer a complete purchasing/logistics management package to utilities.

**Expense Reduction/Productivity:**

1. Implement one (or zero)-person crews on all through freight operations within 36 months.

2. Eliminate the mileage basis for train crew pay in favor of fixed base pay/trip rates or, alternatively, double the mileage for a basic day.

3. Implement an outsourcing strategy that will produce a fifty percent reduction in maintenance headcount (freight car, locomotive and track).

4. Accelerate full implementation of RCL in terminals to year end 2003. Extend RCL to industry jobs and road locals outside terminal limits.

5. Achieve 100% reduction and/or reallocation of transactional headcount by year-end 2004 through the focused application of technology.

6. Develop processes and supporting incentives to reduce personal injuries and related payout by 75% within 18 months.

7. Lead the acceleration of industry efforts to reform/repeal FELA within 24 months.

8. Complete the design, development and implementation of strategic operations systems (TCS Next Generation and CAD III) within 24 months.

**Asset Utilization:**

1. Accelerate roll-out of the "Car of the Future" and related marketing programs to achieve a 50% increase in car utilization and related revenue growth within 36 months.

2. Work with OEM's to develop and implement processes, programs and new design features that would eliminate the requirement for locomotive overhauls.

3. Complete design and implementation of a "balanced network" product package targeting a 50% reduction in crew, locomotive and freight car deadhead moves and a 25% improvement in head haul profitability through aggressive marketing of empty backhauls.

4. Aggessively pursue directional running and/or other means of improving throughput capacity with BN and/or other RR's to free up assets for disposition or redeployment (related to Item 5 below).

5. Implement PTC with dynamic blocks to increase velocity by 5 mph and expand throughput capacity by 25% within 48 months.

6. Reinstitute an aggressive asset redeployment program targeting a 5,000 mile reduction in branch line and secondary main line routes.

7. Double average annual real estate sales to $100 million for the next four years and/or develop an aggressive REIT strategy to monetize real estate assets.

8. Achieve the 2008 velocity goal of 25 mph by year end 2004.

9. Monetize our equity position in TTX and other joint ventures/subsidiary operations and consider monetizing excess capacity or capitalizing on alternative uses of other asset categories.



UPFSC 0004545
Highly Confidential

**From:** Greg Barbe
**To:** Jack J. Koraleski@UP
**Sent:** 03/25/2003 01:54:37 PM
**Cc:** Diane D. Knutson@UP;Ed Sims@UP;Joseph W. Leppert III@UP;John E. Kaiser@UP;Lance M. Fritz@UP;Brian G. McDonald@UP;Randy S. Blackburn@UP;Chuck Adams@UP;Bob M. Toy@UP;Randy G. Evans@UP
**Subject:** New CSX Fuel Surcharge Program

Jack-

Before we pull the trigger and adopt the CSX methodology, can we discuss it first at one of your upcoming mtgs? From Ind Prod's standpoint, it is complex/confusing and would be problematic to administer.

Thanks.

Greg

## Press Release

Source: CSX Transportation

CSX Transportation Announces Modifications to Its Fuel Cost Recovery Program

Thursday March 20, 3:00 pm ET

JACKSONVILLE, Fla., March 20 /PRNewswire-FirstCall/ -- In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

ADVERTISEMENT

### Related Quote

CSX
28.45
-0.46
News

View Detailed Quote
Delayed 20 mins
Quote data provided by Reuters

### Related News Stories

- CSX Paid Snow $61M When He Resigned - Associated Press (Mon Mar 24)
-

"McIntyre, Clyde Jr."
<Clyde_McIntyre@csx.com>

03/28/03 09:26 AM

To: "KURTSCHROEDER@UP.COM" <KURTSCHROEDER@UP.COM>
cc: "CHUCKADAMS@UP.COM" <CHUCKADAMS@UP.COM>, KAEYMANN@up.com, "Grayson, Pam " <Pam_Grayson@csx.com>
Subject: Request for UP Concurrence: Effective June 1, 2003 CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

Request for UP concurrence : Effective June 1, 2003 CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

> On March 20, 2003 CSXT released News announcing modifications to the fuel
> cost recovery program
> http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1 .
>
> * Please provide concurrence to the modified CSXT fuel surcharge
> program on joint-line rates between CSXT and UP referencing, or subject
> to, Tariff CSXT 8100 or 8200. The surcharge will be divided in the same
> proportion as the joint-line freight charges. Please provide concurrence
> via Email to Pam_Grayson@CSX.com:
> <<Modified CSXT Fuel Surchrg >>
>
> * Attached is the revised Item 12000-A to Tariff CSXT 8100
> (Merchandise) to be issued March 31, 2003 and effective June 1, 2003.
> Tariff CSXT 8200 (Coal) will be revised similarly:
> <<CSXT 8100 FUEL SURCHARGE Doc.>>
>
> Under current CSXT 8100/8200 provisions that expire May 31st, the CSXT
> fuel surcharge remains at 2%.
>
> Please let me know if you have any questions.
>
> Clyde McIntyre
> Director Pricing Services
904-359-3650

- CSXT Fuel Cost Recovery Charge May Change to O__.doc
- FUEL SURCHARGE ITEM 12000A.doc

UPNJ-08-0000144

CONFIDENTIAL
UPFSC0000809

DA01441

Request for UP Concurrence: Effective June 1, 2003, CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

March 28, 2003

CSXT Interline Partner:

On March 20, 2003 CSX Transportation announced modifications to its fuel cost recovery program (http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1) in an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices.

The modified program will begin June 1, 2003, the date the revised fuel surcharge provisions in Tariffs CSXT 8100 (Merchandise) and CSXT 8200 (Coal) become effective. The revised CSXT 8100/8200 documents will be issued March 31, 2003.

Under the modified program, the formula for determining the fuel surcharge will be based on the monthly average price of West Texas Intermediate Crude Oil (WTI Average Price), an industry standard for tracking oil prices. The WTI Average Price for a given calendar month will be determined by adding the daily WTI prices published in the Wall Street Journal during a calendar month, and dividing the result by the number of days so published. The result will be rounded to the nearest cent.

The fuel surcharge will be 0.4% of the linehaul freight charge for every $1.00 per barrel, or portion thereof, by which the WTI Average Price exceeds $23.00, starting at a WTI Average Price of $23.01. The following schedule provides the new fuel surcharge within the noted WTI Average Price ranges:

| WTI Average Price Per Barrel | | Fuel Surcharge | WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|---|---|---|
| Between | and | Percentage | Between | and | Percentage |
| $23.00 | Below | No Surcharge | $36.01 | $37.00 | 5.6% |
| $23.01 | $24.00 | 0.4% | $37.01 | $38.00 | 6.0% |
| $24.01 | $25.00 | 0.8% | $38.01 | $39.00 | 6.4% |
| $25.01 | $26.00 | 1.2% | $39.01 | $40.00 | 6.8% |
| $26.01 | $27.00 | 1.6% | $40.01 | $41.00 | 7.2% |
| $27.01 | $28.00 | 2.0% | $41.01 | $42.00 | 7.6% |
| $28.01 | $29.00 | 2.4% | $42.01 | $43.00 | 8.0% |
| $29.01 | $30.00 | 2.8% | $43.01 | $44.00 | 8.4% |
| $30.01 | $31.00 | 3.2% | $44.01 | $45.00 | 8.8% |
| $31.01 | $32.00 | 3.6% | $45.01 | $46.00 | 9.2% |
| $32.01 | $33.00 | 4.0% | $46.01 | $47.00 | 9.6% |
| $33.01 | $34.00 | 4.4% | $47.01 | $48.00 | 10.0% |
| $34.01 | $35.00 | 4.8% | $48.01 | $49.00 | 10.4% |
| $35.01 | $36.00 | 5.2% | $49.01 | $50.00 | 10.8% |

The fuel surcharge shall be applied to each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given WTI Average Price calculation. For example, the initial June 1, 2003 fuel surcharge under the modified program will be a result of the April 2003 WTI Average Price calculation. The fuel surcharge will change monthly per the table below:

| Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied |
|---|---|---|---|---|---|
| January | March 1st | May | July 1st | September | November 1st |
| February | April 1st | June | August 1st | October | December 1st |
| March | May 1st | July | September 1st | November | January 1st |
| April | June 1st | August | October 1st | December | February 1st |

With transition to the modified program, no less than 20 days notice will be provided on the CSXT Internet site, or provided by electronic or facsimile notice, of the application of, or of any changes in, the fuel surcharge:

Until CSX's modified program becomes effective June 1, the original fuel surcharge provisions published effective October 25, 2000 in Tariffs CSXT 8100 http://www.csx.com/share/csx/assessorial/forms/docs/xii_misc_prov-REF10290.pdf and CSXT 8200 (Coal) will remain in effect. The CSXT fuel surcharge as of March 28, 2003 is 2%. Under the original provisions that are scheduled to expire May 31, 2003, the fuel surcharge will remain at 2% until WTI oil prices rise above or fall below the threshold levels for 30 consecutive days.

While the fuel surcharge program remains in effect, CSX will continue to provide daily updates on the price of WTI and the status of the charge on the CSX Internet site, http://www.csx.com. Simply select "Find a Price" in the upper right corner of the "Quick Links" dropdown. The price look-up screen has a fuel surcharge icon to select.

Please provide concurrence to the modified CSXT fuel surcharge program on joint-line rates between CSXT and your company referencing, or subject to, Tariff CSXT 8100 or 8200. With your concurrence, the surcharge will be divided in the same proportion as the joint-line freight charges.

Clyde McIntyre
Director, Pricing Services
CSX Transportation
Jacksonville, FL

UPNJ-08-0000146

Bob M. Toy
04/02/2003 03:10:16 PM

To: UPRR_M&S_CONS_GOVT_WASTE, UPRR_M&S_FOREST, UPRR_M&S_M_M
CC: Chuck Adams@UP, Kurt H. Schroeder@UP
BCC:
Subject: Fuel Surcharge Change Coming —— For Internal Use Only

Attachments: CSXT Fuel Cost Recovery Charge May Change to O__.doc, FUEL SURCHARGE ITEM 12000A.doc

Heads up only -- more info, including a news release, coming soon from Kurt Schroeder.

Per Greg, UP has concurred to CSXT's new methodology on interline shipments and will adopt similar wording for UP's primary fuel surcharge. Primary changes effective 6/1: start at $23/barrel, average price in a period, $1 increments at .4% apiece.

I believe that the new methodology will require a new surcharge condition name, so documents with WTI1 and IPFUEL will not be affected at first. Will provide new guidance on IP surcharge strategy after receiving Kurt's info.

----- Forwarded by Bob M. Toy on 04/02/03 03:04 PM -----

Greg Barbe
03/28/03 05:04 PM

To: Brad A. Thrasher@UP, Shawntell N. Pichler@UP, Rodger L. Dolson@UP, Craig M. Collins@UP, Brian G. Maher@UP, Bob M. Toy@UP, Travis W. Vanderpool@UP, Susan M. Strong@UP, Tony C. Clark@UP, Curt M. Johnson@UP, Rich A. Mietz@UP, Randy G. Evans@UP, Steve M. McGill@UP, Jim M. Nave@UP, Arnold C. Nesbitt@UP, Martin J. Matukewicz@UP, Brian G. McDonald@UP, Bob D. Maziarz@UP, Randy G. Evans@UP
cc:
Subject: CSXT Request for UP Concurrence Modified Fuel Surcharge - Project 1202

Looks like we're going to discuss the proposed CSX fuel surcharge on Mon AM. Anybody have a better alternative? I know we don't like what they've proposed, but if that's the case, we need to have a better idea. Sorry about the short time to repsond. Thx.

Greg

----- Forwarded by Greg Barbe on 03/28/03 04:43 PM -----

Kurt H. Schroeder
03/28/03 12:39 PM

To: Greg Barbe@UP, Lance M. Fritz@UP, John E. Kaiser@UP, Diane D. Knutson@UP, Joseph W. Leppert III@UP, Ed Sims@UP
cc: Greg H. Sovey@UP, Chuck Adams, Rita L. Byrnes@UP, Edna Oakman@UP, Ann M. Fitzgerald@UP, Sherri L. Carlsen@UP, Becky J. Hines@UP, Sandra L. Leahy@UP
Subject: CSXT Request for UP Concurrence Modified Fuel Surcharge - Project 1202

Attached is request received this morning, seeking UP concurrence for joint line prices published by CSXT.

Jack has indicated this will be a discussion topic immediately after the Revenue Meeting on Monday.
----- Forwarded by Kurt H. Schroeder on 03/28/03 12:12 PM -----

"McIntyre, Clyde Jr." <Clyde_McIntyre@csx.com>
03/28/03 09:26 AM

To: "'KURTSCHROEDER@UP.COM'" <KURTSCHROEDER@UP.COM>
cc: "'CHUCKADAMS@UP.COM'" <CHUCKADAMS@UP.COM>, KAEYMANN@up.com, "Grayson, Pam " <Pam_Grayson@csx.com>
Subject: Request for UP Concurrence: Effective June 1, 2003 CSXT Fuel Surc harge Is Modified To Be More Responsive To Market Conditions

Request for UP concurrence : Effective June 1, 2003 CSXT Fuel Surcharge Is
Modified To Be More Responsive To Market Conditions

> On March 20, 2003 CSXT released News announcing modifications to the fuel
> cost recovery program
> http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1.
>
> * Please provide concurrence to the modified CSXT fuel surcharge
> program on joint-line rates between CSXT and UP referencing, or subject
> to, Tariff CSXT 8100 or 8200. The surcharge will be divided in the same
> proportion as the joint-line freight charges. Please provide concurrence
> via Email to Pam_Grayson@CSX.com:
> <<Modified CSXT Fuel Surchrg >>
>
> * Attached is the revised Item 12000-A to Tariff CSXT 8100
> (Merchandise) to be issued March 31, 2003 and effective June 1, 2003.
> Tariff CSXT 8200 (Coal) will be revised similarly:
> <<CSXT 8100 FUEL SURCHARGE Doc.>>
>
> Under current CSXT 8100/8200 provisions that expire May 31st, the CSXT
> fuel surcharge remains at 2%.
>
> Please let me know if you have any questions.
>
> Clyde McIntyre
> Director Pricing Services
904-359-3650

- CSXT Fuel Cost Recovery Charge May Change to O__.doc
- FUEL SURCHARGE ITEM 12000A.doc

UPNJ-08-0000180

Request for UP Concurrence: Effective June 1, 2003, CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

March 28, 2003

CSXT Interline Partner:

On March 20, 2003 CSX Transportation announced modifications to its fuel cost recovery program (http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1) in an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices.

The modified program will begin June 1, 2003, the date the revised fuel surcharge provisions in Tariffs CSXT 8100 (Merchandise) and CSXT 8200 (Coal) become effective. The revised CSXT 8100/8200 documents will be issued March 31, 2003.

Under the modified program, the formula for determining the fuel surcharge will be based on the monthly average price of West Texas Intermediate Crude Oil (WTI Average Price), an industry standard for tracking oil prices. The WTI Average Price for a given calendar month will be determined by adding the daily WTI prices published in the Wall Street Journal during a calendar month, and dividing the result by the number of days so published. The result will be rounded to the nearest cent.

The fuel surcharge will be 0.4% of the linehaul freight charge for every $1.00 per barrel, or portion thereof, by which the WTI Average Price exceeds $23.00, starting at a WTI Average Price of $23.01. The following schedule provides the new fuel surcharge within the noted WTI Average Price ranges:

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| **Between** | **and** | **Percentage** |
| $23.00 | Below | No Surcharge |
| $23.01 | $24.00 | 0.4% |
| $24.01 | $25.00 | 0.8% |
| $25.01 | $26.00 | 1.2% |
| $26.01 | $27.00 | 1.6% |
| $27.01 | $28.00 | 2.0% |
| $28.01 | $29.00 | 2.4% |
| $29.01 | $30.00 | 2.8% |
| $30.01 | $31.00 | 3.2% |
| $31.01 | $32.00 | 3.6% |
| $32.01 | $33.00 | 4.0% |
| $33.01 | $34.00 | 4.4% |
| $34.01 | $35.00 | 4.8% |
| $35.01 | $36.00 | 5.2% |

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| **Between** | **and** | **Percentage** |
| $36.01 | $37.00 | 5.6% |
| $37.01 | $38.00 | 6.0% |
| $38.01 | $39.00 | 6.4% |
| $39.01 | $40.00 | 6.8% |
| $40.01 | $41.00 | 7.2% |
| $41.01 | $42.00 | 7.6% |
| $42.01 | $43.00 | 8.0% |
| $43.01 | $44.00 | 8.4% |
| $44.01 | $45.00 | 8.8% |
| $45.01 | $46.00 | 9.2% |
| $46.01 | $47.00 | 9.6% |
| $47.01 | $48.00 | 10.0% |
| $48.01 | $49.00 | 10.4% |
| $49.01 | $50.00 | 10.8% |

The fuel surcharge shall be applied to each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given WTI Average Price calculation. For example, the initial June 1, 2003 fuel surcharge under the modified program will be a result of the April 2003 WTI Average Price calculation. The fuel surcharge will change monthly per the table below:

| Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied |
|---|---|---|---|---|---|
| January | March 1st | May | July 1st | September | November 1st |
| February | April 1st | June | August 1st | October | December 1st |
| March | May 1st | July | September 1st | November | January 1st |
| April | June 1st | August | October 1st | December | February 1st |

With transition to the modified program, no less than 20 days notice will be provided on the CSXT Internet site, or provided by electronic or facsimile notice, of the application of, or of any changes in, the fuel surcharge:

Until CSX's modified program becomes effective June 1, the original fuel surcharge provisions published effective October 25, 2000 in Tariffs CSXT 8100 http://www.csx.com/share/csx/assessorial/forms/docs/xii_misc_prov-REF10290.pdf and CSXT 8200 (Coal) will remain in effect. The CSXT fuel surcharge as of March 28, 2003 is 2%. Under the original provisions that are scheduled to expire May 31, 2003, the fuel surcharge will remain at 2% until WTI oil prices rise above or fall below the threshold levels for 30 consecutive days.

While the fuel surcharge program remains in effect, CSX will continue to provide daily updates on the price of WTI and the status of the charge on the CSX Internet site, http://www.csx.com. Simply select "Find a Price" in the upper right corner of the "Quick Links" dropdown. The price look-up screen has a fuel surcharge icon to select.

Please provide concurrence to the modified CSXT fuel surcharge program on joint-line rates between CSXT and your company referencing, or subject to, Tariff CSXT 8100 or 8200. With your concurrence, the surcharge will be divided in the same proportion as the joint-line freight charges.

Clyde McIntyre
Director, Pricing Services
CSX Transportation
Jacksonville, FL

# CSX

TRANSPORTATION

TARIFF CSXT 8100
SECTION XII-B
MISCELLANEOUS PROVISIONS

1st REVISED PAGE XII-B-2
Cancels ORIGINAL PAGE XII-B-2

MERCHANDISE FUEL SURCHARGE – ITEM 12000 – A (Supersedes ITEM 12000 that expires May 31, 2003)

In the event that the average price of West Texas Intermediate Crude Oil (as set forth below, the "WTI Average Price"), calculated monthly based on prices published in the Wall Street Journal, exceeds $23.00 per barrel, CSXT will have the right to apply a fuel surcharge to linehaul freight charges referencing or subject to this Item or Tariff CSXT 8100. If this right is exercised, the fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given WTI Average Price calculation.

The fuel surcharge will be 0.4% of the linehaul freight charge for every $1.00 per barrel, or portion thereof, by which the WTI Average Price exceeds $23.00. The WTI Average Price for a given calendar month will be determined by adding the daily West Texas Intermediate Crude Oil prices published in the Wall Street Journal during a calendar month, and dividing the result by the number of days so published. The result will be rounded to the nearest cent. If the Wall Street Journal ceases publication of the price of West Texas Intermediate Crude Oil, CSXT will employ a suitable substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the WTI Average Price ranges noted below:

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| Between | and | Percentage |
| $23.00 | Below | No Surcharge |
| $23.01 | $24.00 | 0.4% |
| $24.01 | $25.00 | 0.8% |
| $25.01 | $26.00 | 1.2% |
| $26.01 | $27.00 | 1.6% |
| $27.01 | $28.00 | 2.0% |
| $28.01 | $29.00 | 2.4% |
| $29.01 | $30.00 | 2.8% |
| $30.01 | $31.00 | 3.2% |
| $31.01 | $32.00 | 3.6% |
| $32.01 | $33.00 | 4.0% |
| $33.01 | $34.00 | 4.4% |
| $34.01 | $35.00 | 4.8% |
| $35.01 | $36.00 | 5.2% |

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| Between | and | Percentage |
| $36.01 | $37.00 | 5.6% |
| $37.01 | $38.00 | 6.0% |
| $38.01 | $39.00 | 6.4% |
| $39.01 | $40.00 | 6.8% |
| $40.01 | $41.00 | 7.2% |
| $41.01 | $42.00 | 7.6% |
| $42.01 | $43.00 | 8.0% |
| $43.01 | $44.00 | 8.4% |
| $44.01 | $45.00 | 8.8% |
| $45.01 | $46.00 | 9.2% |
| $46.01 | $47.00 | 9.6% |
| $47.01 | $48.00 | 10.0% |
| $48.01 | $49.00 | 10.4% |
| $49.01 | $50.00 | 10.8% |

No less than 20 days prior notice will be provided of the application of, or of any changes in, the fuel surcharge. Notice will be published on CSXT's web page at www.csx.com. Upon written request, the foregoing notice will be provided by other appropriate electronic or facsimile means. All such requests should be directed to Clyde_McIntyre@csx.com. In no case will a linehaul freight charge be reduced as a result of the application of this Item, nor will the application of the fuel surcharge be retroactive.

ISSUED MARCH 31, 2003 EFFECTIVE JUNE 1, 2003

CSX TRANSPORTATION
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

UPNJ-08-0000183

HIGHLY CONFIDENTIAL
UPFSC0000848

Christine S. Stenger-Bleske
04/04/2003 06:04 PM

To: UPRR_M&S_AGPROD, UPRR_M&S_AUTO, UPRR_M&S_CHEM, UPRR_M&S_CONS_GOVT_WASTE, UPRR_M&S_ENERGY, UPRR_M&S_EXEC, UPRR_M&S_FOREST, UPRR_M&S_IND_DEV,
cc: John E. Bromley@UP, Louise A. Rinn@UP, Larry E. Wzorek@UP, Michael N. Drelicharz@UP
Subject: Fuel Surcharge Modification Announced - Press Release/Web Site

Marketing and Sales Customer Contact Employees:

Below is a link to the **press release** sent out this afternoon announcing a modified fuel surcharge, effective June 1, 2003. A copy of the press release was faxed to the customers on the News Alert list:

More detailed information about the modified fuel surcharge **has also been finalized and is now live on Union Pacific's web site**: ( http://www.uprr.com/customers/surcharge2.shtml)

For questions regarding the fuel surcharge and how it will impact your customer base, please contact your Business Director.

**Press Release:**

## News Releases
## Union Pacific Modifies Fuel Surcharge

**Omaha, NE, April 4, 2003** – Union Pacific announced today that it is modifying its current fuel cost recovery program to more closely reflect increases and decreases in fuel prices in a volatile market.

The modified fuel cost recovery program will adjust the surcharge monthly. The basis for the surcharge will be determined by the average price of West Texas Intermediate (WTI) crude oil for a calendar month, based on the daily price reported in the Wall Street Journal. The surcharge applied will be 0.4 percent of the applicable rate for every dollar above $23.00 per barrel. When the average WTI price drops below $23.01 per barrel, no fuel surcharge will apply.

The surcharge will be billed to applicable shipments beginning the second month following the month on which the WTI average price calculation was based. For example, the average reported price for the month of April would determine the fuel surcharge applied throughout the month of June.

The modified surcharge will continue to apply to most Union Pacific pricing documents for local and interline freight movements with the exception of those which have a fuel surcharge provision or specify otherwise. This surcharge will become effective with shipments billed on or after June 1, 2003. Until then, Union Pacific's existing fuel recovery program, which currently provides for 2 percent adjustments whenever oil prices move between established thresholds, will continue in place.

The modified fuel cost recovery program does not affect UP's existing intermodal fuel surcharge program.

More detailed information about the fuel surcharge is available on Union Pacific's Web site at **www.uprr.com/customers**.

Union Pacific Corporation is one of America's leading transportation companies. Its principal operating company, Union Pacific Railroad, is the largest railroad in North America, covering 23 states across the western two-thirds of the United States. A strong focus on quality and a strategically advantageous route structure enable the company to serve customers in critical and fast growing markets. It is a leading carrier of low-sulfur coal used in electrical power generation and has broad coverage of the large chemical-producing areas along the Gulf Coast. With competitive long-haul routes between all major West Coast ports and eastern gateways, and as the only railroad to serve all six gateways to Mexico, Union Pacific has the premier rail franchise in North America. The Corporation's trucking operations include Overnite Corporation, which owns less-than-truckload carriers Overnite Transportation and Motor Cargo.

For further information, contact John Bromley (402) 271-3475.

*The statements and information contained in the news releases provided by Union Pacific speak only as of the date issued. Such information by its nature may become outdated, and investors should not assume that the statements and information contained in Union Pacific's news releases remain current after the date issued. Union Pacific makes no commitment, and disclaims any duty, to update any of this information.*

**Section Name:** Fuel Surcharge
**Revised Date:** 05/09/2003

In response to customer feedback, effective June 1, Union Pacific is revising its fuel surcharge program. A copy of the revised tariff is below. The tariff is being mailed to customers today. Additionally, a letter will be faxed Monday to all customers on the News Alert list who have previously been notified about fuel surcharge changes.

The following are the most significant changes to the program:

- Surcharge based on average monthly Department of Energy (DOE) On Highway Diesel Fuel Price vs. West Texas Intermediate (WTI) crude oil
- Surcharge threshold is at $1.35 per gallon, roughly equivalent to $25.50 WTI per barrel price
- Surcharge starts at 1.5% and increases 0.5% for every five cent increase in diesel fuel price
- **NOTE:** To ease the transition to the new surcharge program, Union Pacific is maintaining the current 2.0% surcharge rate through the month of June. The July surcharge will be determined by the average DOE price during the month of May.

Also below are a PowerPoint presentation for use with customers and a Q&A (for internal use only) prepared to assist you in answering any questions customers may have.

HDF FSC FINAL 5-9-03.d

Fuel Surcharge Q&A 05-09-2003.( (internal use only)

fuel surcharge presentation.p (external use)

*◊ **ITEM 690 - FUEL SURCHARGE**

In the event the average price of Retail On-Highway Diesel Fuel (as set forth below, the "HDF Average Price"), calculated monthly based on prices reported on the U.S. Department of Energy Website (eia.doe.gov) equals or exceeds $1.35 per gallon, UP will apply a fuel surcharge to linehaul freight charges referencing or subject to this authority. The fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given HDF Average Price (e.g., a fuel surcharge applied beginning July 1 would be based on May's HDF Average Price).

The HDF Average Price for a given calendar month will be determined by adding the weekly Retail On-Highway Diesel Fuel prices reported on the U.S. Department of Energy Website (eia.doe.gov), and dividing the result by the number of weeks so reported. The result will be rounded to the nearest cent. If the Department of Energy ceases reporting of the price of Retail On-Highway Diesel Fuel, UP will employ a suitable substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the HDF Average Price ranges noted below:

| HDF Average Price (Per Gallon) | Fuel Surcharge (Percentage) |
|---|---|
| $0.00 to $1.349 | 0.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |
| $2.00 to $2.049 | 8.0% |
| Each $0.05 per gallon increase thereafter | Additional 0.5% |

In no case will freight charge(s) be reduced below the Base Freight Charge(s) as a result of the application of this Item, nor will application or removal of the fuel surcharge be retroactive.

**REDUCTION EXCEPTION:** June 2003 fuel surcharge is reduced from 3.0% to 2.0%.

**Denotes a new or changed item or publication clarification. Δ = No Change, ◊ = Increase, ⊡ = Decrease*

**ISSUED:** May 09, 2003

Issued by
K. A. Eymann, Publication Manager
G. H. Osler, Publication Manager
Union Pacific Railroad Company
1416 Dodge Street, Omaha, Nebraska 68179

**EFFECTIVE:** June 01, 2003
(Unless otherwise indicated herein.)

- **From:** Randy G. Evans
  **To:** Greg Barbe
  **Sent:** 04/11/2003 05:38:54 PM
  **Cc:** Brian G. McDonald@UP;Brad A. Thrasher@UP;Bob M. Toy@UP
  **Subject:** customers push back on fuel surcharge language
  A growing number of customers that have begun to share their resentment to our planned fuel surcharge language (and that of CSX)

- Too complex, impossible to administer, etc.

Here are some of the companies we have heard from:

Simpson Timber
Georgia Pacific
GAF Materials
ISP Minerals
Unimin
Certainteed
Owens Corning
TXI
Roseburg Lumber
Schnitzer Steel
Alcoa

- Some have tipped us off over discussions that are taking place within their Industry that will try to generate support for another re-regulation push.

- We have heard that complaints will be filed with the Oregon DOT, The Texas RR Commission, STB and a host of shipper organizations such as NITL, CURE, ARC, etc.

- Some have accused us of price collusion

- Some have advised that they have no choice but to try to find ways to expand product trades within their Industry to minimize the need to transport longer distances and allow for greater use of truck

- Some of these firms have asked not to have their name mentioned, but warned us to watch our backs

Many of our customers are waiting to see how broadly we try to apply the recent announced $23 floor with increasing surcharges for each dollar of change in WTI price before deciding how to react.

**From:** Bob M. Toy
**To:** Bob D. Maziarz@UP;Martin J. Matukewicz@UP
**Sent:** 04/16/2003 11:01:54 AM
**Subject:** Re: Fuel Surcharges
We may get to postpone the fun until next week!

----- Forwarded by Bob M. Toy on 04/16/03 11:01 AM -----

**Greg Barbe**

04/16/03 10:56 AM

To: Jack J. Koraleski@UP
cc: Brian G. McDonald@UP, Bob M. Toy@UP, Randy G. Evans@UP
Subject: Re: Fuel Surcharges

Jack-

We traded voice mails on this issue over the weekend and I left you another earlier this AM. When we're both back in town, would like to sit with you to discuss this in light of recent customer push-back & our overall pricing strategy. Reasonable?

Greg

**Jack J. Koraleski**

04/14/03 02:14 PM

To: Brian G. McDonald@UP
cc: Greg Barbe@UP
Subject: Re: Fuel Surcharges

Okay, so what do we do next? The old surcharge does not recoup the price. The new surcharge proposal is complex, unfair, and dispicable according to Jim. We ate $130 million of higer fuel prices in Q1. How do we go about recovering that? Given that each team concurred with the new proposal, what do we do next???

**Brian G. McDonald**

04/10/03 02:42 PM

To: Jack J. Koraleski@UP, Greg Barbe@UP
cc:
Subject: Fuel Surcharges

Please note the attached. I am hearing that shippers are talking about petitioning the STB on this issue. In my 20 years with the railroad, I have never heard such anger and bitterness than I have heard since the announcement of this action.

----- Forwarded by Brian G. McDonald on 04/10/2003 02:38 PM -----

**"Senner, James" <jsenner@simpson.com>**

04/10/2003 01:25 PM

To: "Travis Vanderpool (E-mail)" <twvanderpool@up.com>
cc: "Brian McDonald (E-mail)" <brianmcdonald@up.com>, "Marty Huff (E-mail)" <martyhuff@up.com>, "Ken Domingo (E-mail)" <KDDOMING@up.com>, "Jim Nave (E-mail)" <jmnave@up.com>
Subject: Fuel Surcharges

Good morning (or afternoon in your case):

I wanted to take a moment and share some views with you concerning the recent announcement by Union Pacific regarding changes in assessment and application of fuel surcharges. I recognize that there is legitimacy in attempting to recover cost, incurred by the railroad industry, associated with fluctuating fuel prices. I wish we could recover like cost associated with energy cost increases in our business, but the nature of a commodity business compels us to address returns dictated by the market itself.

I hope you can appreciate the burden industry must shoulder with the introduction of individual initiatives by each carrier, large and small alike, which not only applies different percentages but indexes as standards for applying changes in the surcharges. While some apply West Texas Intermediate (WTI) crude oil as an index another carrier applies Retail On-Highway Diesel Fuel (HDF) Prices as their index for surcharge application. I have trouble understanding how Highway Diesel Fuel Prices are legitimately used as an index when the rail industry buys in such volume and strategically stores fuel in such quantities that there starts to be a creditability question that is slowly floating to the top. In fact Simpson only increases its line haul payments by the amount of the surcharge. All other carriers are paid line haul charges only and must manually bill us for the fuel surcharges. We just simply cannot keep up with all of this activity. It is a nightmare!

month following the month of the WTI average, is that we are impacted in the following ways:

* Shipments occurring at time of surcharge assessment are charged at a rate higher than the actual fuel cost for the fuel consumed at that time. This of course assume a downward trend in fuel cost as is the present case.
* Business levels fluctuate. Shipments occurring in June as example will be at a higher incidence level than those occurrences in April. This translates to a disproportionate fuel surcharge assessment and when measured in net, the cost paid on all cars shipped in June when divided by the actual shipments in April, result in a percentage higher than that applicable for the Month of April. It goes to the issue that you are really compensated at a level higher than your indexed cost increase. Consider that Simpson shut down its facilities in March. We were not charged for something we did not use. Under your formula we would pay higher cost than our actual user cost should reflect.
* Fuel cost are decreasing! Pump prices have reduced as much as 20 cents per gallon in the past 2-3 weeks. The potential disparity looms larger if this trend continues.

Simpson has no problem paying a fuel surcharge that reflects our actual usage under a reasonable and justifiable indexing system. We need to support your interests here but not under the proposed application effective 6/1/03. I am afraid that continued application of this new procedure will result in a challenge voiced to the Surface Transportation Board which might call for investigation and disclosure of carrier fuel purchasing practices.

What is more fair for all parties than paying surcharges directly related to cost associated with actual shipments? Sometimes efforts to simplify processes work to the disadvantage of all parties. I do not really question the motive for this procedure - just the impact of the action.

**Kurt H. Schroeder**
04/16/03 05:08 PM
To: Chuck Adams, Ron Talley@UP, Steve Ahlbrand@UP
cc: (bcc: Michael R. Shelton)
Subject: $23 Fuel Surcharge Fdback - Project 1773

Info & File.
----- Forwarded by Kurt H. Schroeder on 04/16/03 05:06 PM -----

**Bob M. Toy**
04/16/03 04:57 PM
To: Kurt H. Schroeder@UP
cc:
Subject: $23 Fuel Surcharge Fdback - Project 1773

Change in status below:

Greg Barbe and Jack Koraleski are due to talk re this issue sometime next week. They have exchanged a number of voice mails, and there is no closure yet.

----- Forwarded by Bob M. Toy on 04/16/03 04:57 PM -----

**Kurt H. Schroeder**
04/16/03 04:52 PM
To: Bob M. Toy@UP
cc: Chuck Adams@UP, Greg Barbe@UP, Brian G. McDonald@UP, Randy G. Evans@UP, Martin J. Matukewicz@UP
Subject: $23 Fuel Surcharge Fdback - Project 1773

Bob,

Is it definite now that all IP documents will remain subject to our current FSC program with $28 initial threshold?

Or just certain documents?....... if so, this is a DRAFT for UP 16.............. which currently contains same standard (modified) FSC language as published in UP's other governing rules circulars for June 1.

Please advise if you have application changes, or if it should be issued at all.

Thanks,
Kurt S.

**Bob M. Toy**
04/14/03 02:47 PM
To: Kurt H. Schroeder@UP
cc: Chuck Adams@UP, Greg Barbe@UP, Brian G. McDonald@UP, Randy G. Evans@UP, Martin J. Matukewicz@UP
Subject: IP $23 Fuel Surcharge Fdback

Per our phone call, IP currently plans to exempt every document from the $23 surcharge at present.

Our primary concerns:

Negative customer feedback since announcement
Increasing threat of negative customer action
Erodes future price negotiating power
Promotes cost-based, not market-based, pricing
More aggressive than truck surcharges
Transfers inordinant price risk to customers, limiting market growth potential
Increases UP and customer admin, and likely failure, costs

I understand that Greg Barbe and Jack Koraleski are due to talk re this issue sometime this week. They exchanged voice mails over the weekend, and I don't believe there is any closure yet.

From: Jim M. Nave on 04/18/2003 01:00 PM PDT
To: Randy G. Evans@UP, Brad A. Thrasher@UP, Bob M. Toy@UP
cc:

Subject: Union Pacific Railroad Announcement on Fuel Surcharge Change

The attached as additional information for Fuel Surcharge meeting next week.

Jim

----- Forwarded by Jim M. Nave on 04/18/2003 12:59 PM -----

Joel T. Blalock
04/18/2003 07:43 AM

To: Brian G. McDonald@UP, Jim M. Nave@UP
cc:
Subject: Union Pacific Railroad Announcement on Fuel Surcharge Change

Dave was being diplomatic in his note to you below. I had a conversation with him Wednesday afternoon and again yesterday morning and I received strong push back on our plans to implement the new fuel surcharge June 1. His primary objections are (a) The perception that UP is not being consistent in applying the fuel surcharge, i.e., his competitors in the forest products industry may have one formula for the surcharge and Potlatch may have another. Dave picked this up in his conversations with officers of other companies during the recent NFTA meeting (b) The UP, so far, has not provided reasonable, detailed justification for the fuel surcharge. Obviously, the dramatic increase in fuel costs is well known but he would like a detailed explanation of UP's technique for arriving at its percentage.

I personally believe that UP should use any reasonable, market based technique we can to protect ourselves from rising fuel prices, that is, I am certainly not opposed to applying fuel surcharges in principal. That being said, I do believe we need to do a better job of explaining the basis for our surcharge. If there is anyone that I can talk to at UP that can help, please let me know.

Thanks.

----- Forwarded by Joel T. Blalock on 04/18/03 07:15 AM -----

Dave Weisel
<Dave.Weisel@potlatchcorp.com>
04/17/03 01:47 PM

To: brianmcdonald@up.com
cc: jmnave@up.com, jtblaloc@up.com, "McNabb; Jon" <Jon.McNabb@potlatchcorp.com>, "Schroeder; Larry" <Larry.Schroeder@potlatchcorp.com>, "VanTrease; Wayne" <Wayne.VanTrease@potlatchcorp.com>, "Vickers; Mary" <Mary.Vickers@potlatchcorp.com>, "Jordan; Dave" <Dave.Jordan@potlatchcorp.com>, "Hatch; Sue" <Sue.Hatch@potlatchcorp.com>, "Schmitt; Roger" <Roger.Schmitt@potlatchcorp.com>
Subject: Union Pacific Railroad Announcement on Fuel Surcharge Change

CONFIDENTIAL
UPFSC0000594

Brian,
Just recently, we have established a Potlatch Rail Synergy Team that has representation from Potlatch Wood Products, Pulp and Paperboard both Idaho and Arkansas, Consumer Products, and Transportation Services.
This group has already had discussions with Joel Blalock, and David White on moving UP business in lanes lessening dead head boxcar empty miles, and we are planning subsequent meetings to pilot and implement these programs.
On the new announced fuel surcharge to become effective June 1, 2003, we do not agree with is change for a number of reasons. Potlatch recognizes cost recovery on fuel when fuel costs escalate to high levels. It appears to us that this is a revenue enhancement type program. While there are no perfect fuel surcharge programs, all should be based on cost justification that can be followed and verified.
That being said, what we have found are the methods and the way they are administered are not done on a level playing field as there are a lot of exceptions to the published fuel surcharges. Also the published surcharges are based as surcharges on revenue and not costs, therefore cannot be explained as fuel consumed on an actual basis.
We have a meeting with the Union Pacific next week and want to discuss this and are open to UP suggestions. We have a number of options, and we will discuss them at the meeting.
We hope positive programs such as the empty boxcar program do not get overshadowed by the proposed fuel surcharge.
Please give us your thoughts.

Sincerely,

Dave Weisel
Director of Distribution
Potlatch Corporation
Lewiston, ID
208-799-1771

CONFIDENTIAL
UPFSC000595

From: Rich A. Mietz on 04/21/2003 02:07 PM
To: Randy G. Evans@UP, Brian G. McDonald@UP, Bob M. Toy@UP
cc:

Subject: Re: New Fuel Surcharge Plan

Here is some ammo from Mead Westvaco

----- Forwarded by Rich A. Mietz on 04/21/2003 02:06 PM -----

Carl R. Pearson
04/21/2003 01:55 PM

To: Rich A. Mietz@UP
cc:
Subject: Re: New Fuel Surcharge Plan

Rich,
Here is some feedback, sounds like it is about in line with what you have been hearing.

Carl Pearson
Business Manager - Industrial Products
Union Pacific Railroad
PH: 804-639-9280
FX: 804-639-9281
Cell: 703-338-2840

Have you visited our website lately? Check us out!! www.uprr.com
"Steve D Ferree" <sdf1@meadwestvaco.com>

"Steve D Ferree"
<sdf1@meadwestvaco.com>
04/21/03 01:52 PM

To: <CRPEARSO@up.com>
cc: "William C Wiggins" <wcw@meadwestvaco.com>, "John R Smith" <jrs22@meadwestvaco.com>, "Joy I Harder" <jih3@meadwestvaco.com>
Subject: Re: New Fuel Surcharge Plan

Carl-

UP's new fuel surcharge plan reduces the threshold from $28 to $23 and increases the surcharge percentage up to 2.0%. (For example, if the price averaged

HIGHLY CONFIDENTIAL
UPFSC000598

$27.50 for a month, under the current plan the surcharge would be $0, while under the new plan the surcharge would be 2%.) This change is both unreasonable and unfair in view of the expected price of oil.

OPEC's target price over the past couple of years has been $23 - $28 per barrel. The purpose of the fuel surcharge is to share the risk of significant increases in the price of fuel between the carrier and the shipper. Obviously, prices below $28 cannot be considered unusually high.

The rates currently in effect have been negotiated based on UP covering fuel costs unless there is a sustained oil price increase for 30 days over $28, at which point MeadWestvaco will help offset the cost of fuel. I'm agreeable to locking in the fuel surcharge plan that was used as the basis for our current rate agreements for the term of these agreements. Give me a call and we can discuss in more detail.

Thanks,
Steve

<CRPEARSO@up.com>

04/21/2003 09:58 AM

To: sdferre@meadwestvaco.com
cc:
Subject: New Fuel Surcharge Plan

Steve,

We are seeking some feedback on our new Fuel Surcharge Plan. Here is the details of the new plan. Any thoughts?

(Embedded image moved to file: pic04827.pcx)
(Embedded image moved to file: pic05436.pcx)

Carl Pearson
Business Manager - Industrial Products
Union Pacific Railroad
PH: 804-639-9280
FX: 804-639-9281
Cell: 703-338-2840

Have you visited our website lately? Check us out!! www.uprr.com

---

This email has been scanned for all viruses by the MessageLabs SkyScan service.

---

This email has been scanned for all viruses by the MessageLabs SkyScan service.

Note: Please update your email address for this user to reflect the new MeadWestvaco Corporation. MeadWestvaco employee email addresses are in the format of user@MeadWestvaco.com

This electronic message contains information from MeadWestvaco Corporation or subsidiary companies, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify MeadWestvaco immediately at postmaster@MeadWestvaco.com.

---

- pic04827.pcx

- pic05436.pcx

HIGHLY CONFIDENTIAL
UPFSC000600

DA01463

UPNJ-07-0000523

**Surcharge:** In the event average price of West Texas Intermediate Crude Oil (as set forth below, the „WTI Average Pricequot;), calculated monthly based on prices published in the Wall Street Journal, exceeds $23.00 per barrel, UP will apply a fuel surcharge to linehaul freight charges referencing or subject to this authority. The fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given WTI Average Price calculation.

The fuel surcharge will be 0.4% of the linehaul freight charge for every $1.00 per barrel, or portion thereof, by which the WTI Average Price exceeds $23.00. The WTI Average Price for a given calendar month will be determined by adding the daily West Texas Intermediate Crude Oil prices published in the Wall Street Journal during a calendar month, and dividing the result by the number of days so published. The result will be rounded to the nearest cent. If the Wall Street Journal ceases publication of the price of West Texas Intermediate Crude Oil, UP will employ a suitable

substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the WTI Average Price ranges noted below:

| WTI Average Price<br>(Price Per Barrel) | Fuel Surcharge<br>(Percentage) |
|---|---|
| under $23.00 | 0.0% |
| $23.01 - $24.00 | 0.4% |
| $24.01 - $25.00 | 0.8% |
| $25.01 - $26.00 | 1.2% |
| $26.01 - $27.00 | 1.6% |
| $27.01 - $28.00 | 2.0% |
| $28.01 - $29.00 | 2.4% |
| $29.01 - $30.00 | 2.8% |
| Each $1.00 per barrel increase thereafter | Additional 0.4% |

In no case will freight charge(s) be reduced below the Base Freight Charge(s) as a result of the application of this Item, nor will application or removal of the fuel surcharge be retroactive.

12/4
Wash DC

April 22, 2003


<u>**Via Facsimile and U.S. Mail**</u>
Mr. Richard K. Davidson
Chairman & Chief Executive Officer
Union Pacific Railroad
1416 Dodge Street
Suite 554
Omaha, NE 68179-0001


Dear Mr. Davidson:

In December 2002, a group of companies representing the National Grain and Feed Association (NGFA) met with representatives of the Union Pacific Railroad (UPRR) to raise concerns about a number of topics. One of those topics was the fuel surcharge policy instituted by the UPRR and how it was affecting customers. While UPRR was responsive on some of the issues we raised, which we do appreciate, the UPRR representatives did not provide us with much hope of having our concerns addressed on fuel surcharges. Subsequently, UPRR adopted none of the proposed improvements we had suggested.

With the April 4 announcement that UPRR would reduce its base fuel price to $23 from $28 (at which level, each $1 increase in crude price would result in an upward adjustment in rates of 0.4%), and make the changes in smaller increments ($1 rather than $2), UPRR has exacerbated the problems created for customers by such surcharges.

While we generally object to automatic escalation of rates based upon input costs (no one in our industries has the ability to do anything similar with its customers), we want to make clear that this is <u>not</u> the central point of our concerns. The reduced increments are a concern. It will cause the actual rates paid by rail customers to vary more frequently, and create administrative problems for all your customers. The reduction in price basing point for crude is likewise a concern, because it is in effect a rate increase, and the unpredictable policy shifts create risks for shippers that should not be necessary.

Our third and biggest concern, though, is that the structure of the fuel surcharge---by only operating when prices rise, and not providing any rate relief when prices drop below $23 --- forces a risk onto the shipper that is very expensive to hedge. The UPRR is creating costs for its customers that are not necessary and take away from the overall business efficiency of moving product. It is inequitable to the customer not to permit a sharing in the benefits of less expensive fuel, given that the customer is being assessed separately

for higher fuel costs on the theory that fuel costs are volatile and unpredictable. But the fact that the risk of fuel increases is passed fully to the shipper in a way that does not permit the customer to use the most efficient hedging mechanisms (futures markets) creates the added cost. The way the surcharge is designed, if the customer wants to hedge the fuel price risk, the only available tools are options or derivatives, which tend to be much higher in cost than futures.

We would ask that the UPRR review its announced policy on the fuel surcharges, in consideration of ways that UPRR can reduce the frequency of rate variability without creating additional market risk and higher (and truly unnecessary) costs for its customer base. We sincerely believe there are win-win opportunities for UPRR and its customers that you should seriously consider.

While NGFA alone conducted the original meetings with UPRR in December, we welcome the consensus of other rail customer organizations that fully agree with and are co-signing this letter. The following persons are contacts for the co-signing organizations: Kendell W. Keith, President, National Grain and Feed Association, 1250 Eye Street, NW, Suite 1003, Washington, DC 20005, (202) 289-0873; Kraig R. Naasz, President, The Fertilizer Institute, 820 First Street, NE, Suite 430, Washington, DC 20002, (202) 962-0490; Peter Gatti, Acting President, The National Industrial Transportation League, 1700 North Moore Street, Suite 1900, Arlington, VA 22209, (703) 524-0511; Terry L. Bunch, President, Paper & Forest Industry Transportation Committee, c/o Rayonier, P.O. Box 2070, Jesup, GA 31598, (912) 427-5312.

Thank you for your consideration and we look forward to hearing from you.

Sincerely yours,

National Grain and Feed Association

The Fertilizer Institute

The National Industrial Transportation League

Paper & Forest Industry Transportation Committee

Cc: Diane Knutson
Bill Eilbracht



UPNJ-07-0000529
CONFIDENTIAL
UPFSC0000606

DA01467



Harvey E. Wood
04/24/03 03:37 PM

To: Stephanie Elting@UP, Chuck Adams@UP
cc:
Subject: Fuel Surcharge Analysis

For limited distribution.

----- Forwarded by Harvey E. Wood on 04/24/03 03:37 PM -----

Michael N. Drellcharz
04/24/03 01:24 PM

To: Harvey E. Wood@UP
cc: Christine S. Stenger-Bleske@UP
Subject: Fuel Surcharge Analysis

Harvey, attached is my analysis, so far, on the new fuel surcharge program. Essentially, it is everything we talked about on Monday including the inflation adjusted revenue analysis which I since our conversation this morning. Hopefully, you will find the tabs to be self-explanatory.

I plan on going over this analysis with Joe O'Connor and I will share with you any updates I have from those discussions.

Feel free to call me at x4214 to discuss.

wli_mod_fuel_sur_4_7_3.xl

UPNJ-08-0000224

HIGHLY CONFIDENTIAL
UPFSC0000889

DA01468

**Union Pacific Railroad**
**Fuel Weight and Average Fuel Price**

| | Fuel Weight % | Avg Fuel ¢ |
|---|---|---|
| 1997 | 10.3% | 71.5 |
| 1998 | 8.0% | 60.5 |
| 1999 | 8.5% | 55.2 |
| 2000 | 13.5% | 90.1 |
| 2001 | 13.2% | 87.6 |
| 2002 | 10.9% | 72.6 |
| Six Year Average | 10.7% | 72.9 |

Source: Annual R-1 reports

| WTI MO. Average | | | Approx Diesel Price ¢ | |
|---|---|---|---|---|
| under $23.00 | 23 | 0.0% | $ | 0.74 |
| $23.01 - $24.00 | 24 | 0.4% | $ | 0.75 |
| $24.01 - $25.00 | 25 | 0.8% | $ | 0.77 |
| $25.01 - $26.00 | 26 | 1.2% | $ | 0.79 |
| $26.01 - $27.00 | 27 | 1.6% | $ | 0.82 |
| $27.01 - $28.00 | 28 | 2.0% | $ | 0.84 |
| $28.01 - $29.00 | 29 | 2.4% | $ | 0.87 |
| $29.01 - $30.00 | 30 | 2.8% | $ | 0.89 |
| $30.01 - $31.00 | 31 | 3.2% | $ | 0.91 |
| $31.01 - $32.00 | 32 | 3.6% | $ | 0.94 |
| $32.01 - $33.00 | 33 | 4.0% | $ | 0.96 |
| $33.01 - $34.00 | 34 | 4.4% | $ | 0.99 |
| $34.01 - $35.00 | 35 | 4.8% | $ | 1.01 |
| $35.01 - $36.00 | 36 | 5.2% | $ | 1.03 |
| $36.01 - $37.00 | 37 | 5.6% | $ | 1.06 |
| $37.01 - $38.00 | 38 | 6.0% | $ | 1.08 |
| $38.01 - $39.00 | 39 | 6.4% | $ | 1.10 |
| $39.01 - $40.00 | 40 | 6.8% | $ | 1.13 |




HIGHLY CONFIDENTIAL
UPFSC0000891

## Fuel Surcharge Analysis
**1st Quarter 2003**

| | Fuel Price | UPRR | |
|---|---|---|---|
| UP Normalized fuel cost per car | $ 0.70 | $ 94.31 | |
| Fuel Cost per Car for 1st Quarter | $ 1.05 | $141.01 | |
| Implied per car increase | | $ 46.70<br>50% | |
| ARC (990) | | $ 1,165 | |
| Fuel Surcharge Impact | 2.8% | $ 32.62 | |
| For every $1 in additional cost we would have recovered | | $ 0.70 | from the new surcharge. |

| | | |
|---|---|---|
| January | $ | 0.93 |
| February | $ | 1.07 |
| March | $ | 1.14 |
| | $ | 1.05 |

## Fuel Surcharge Analysis
**1st Half 2003**

| | Fuel Price | UPRR | |
|---|---|---|---|
| UP Normalized fuel cost per car | $ 0.70 | $ 94.31 | |
| Fuel Cost per Car for 1st Half | $ 0.95 | $128.44 | |
| Implied per car increase | | $ 34.13 | |
| | | 36% | |
| ARC (990) | | $ 1,165 | |
| Fuel Surcharge Impact | 3.5% | $ 40.39 | |
| For every $1 in additional cost we would have recovered | | $ 1.18 | from the new surcharge. |

| | |
|---|---|
| January | $ 0.93 |
| February | $ 1.07 |
| March | $ 1.14 |
| April | $ 0.92 |
| May | $ 0.85 |
| June | $ 0.81 |
| | $ 0.95 |

## Fuel Surcharge Analysis
**Total Year 2002**

| | Fuel Price | | UPRR | |
|---|---|---|---|---|
| UP Normalized fuel cost per car | $ | 0.70 | $ 94.31 | |
| Fuel Cost per Car for 2002 | $ | 0.76 | $102.52 | |
| Implied per car increase | | | $ 8.22<br>9% | |
| ARC (990) | | | $ 1,165 | |
| Fuel Surcharge Impact | | 1.2% | $ 14.37 | |
| For every $1 in additional cost we would have recovered | | | $ 1.75 | from the new surcharge. |

## Fuel Surcharge Analysis
**4th Quarter 2002**

| | Fuel Price | UPRR |
|---|---|---|
| UP Normalized fuel cost per car | $ 0.70 | $ 94.31 |
| Fuel Cost per Car for 4th Quarter 02 | $ 0.86 | $115.51 |
| Implied per car increase | | $ 21.21<br>22% |
| ARC (990) | | $ 1,165 |
| Fuel Surcharge Impact | 2.5% | $ 29.51 |

For every $1 in additional cost we would have recovered $ 1.39 from the new surcharge.

| | |
|---|---|
| October | $ 0.88 |
| November | $ 0.84 |
| December | $ 0.85 |
| | $ 0.86 |

| | WTI Avg | Surcharge | | | |
|---|---|---|---|---|---|
| Nov-01 | 19.67 | 0.0% | January | | |
| Dec-01 | 19.33 | 0.0% | February | | |
| Jan-02 | 19.72 | 0.0% | March | | |
| Feb-02 | 20.74 | 0.0% | April | | |
| Mar-02 | 24.42 | 0.8% | May | | |
| Apr-02 | 26.27 | 1.6% | June | | |
| May-02 | 27.06 | 2.0% | July | | |
| Jun-02 | 25.52 | 1.2% | August | | |
| Jul-02 | 26.94 | 1.6% | September | | |
| Aug-02 | 28.38 | 2.4% | October | | |
| Sep-02 | 29.67 | 2.8% | November | | |
| Oct-02 | 28.93 | 2.4% | December | | 1.2% 2002 Average |
| Nov-02 | 26.27 | 1.6% | January | | |
| Dec-02 | 29.42 | 2.8% | February | | |
| Jan-03 | 32.94 | 4.0% | March | | |
| Feb-03 | 35.90 | 5.2% | April | | |
| Mar-03 | 34.02 | 4.8% | May | | |
| Apr-03 | 28.97 | 2.4% | June | Forecast | |
| May-03 | 27.82 | 2.0% | July | Forecast | |
| Jun-03 | 26.14 | 1.6% | August | Forecast | |

UPNJ-08-0000231

HIGHLY CONFIDENTIAL
UPFSC0000896

DA01475

WTI 1990 - March 2002




Finance Department
Economic Research and Analysis

4/25/03

H:\Index\~8346714\Graph WTI-MO

UPNJ-08-0000232

HIGHLY CONFIDENTIAL
UPFSC0000897

DA01476

## DOE On-Highway vs WTI




Finance Department
Economic Research and Analysis

4/25/03

H:\Index\~8346714\Graph DOE-WTI

UPNJ-08-0000233

HIGHLY CONFIDENTIAL
UPFSC0000898

# WTI 1990 - 2002




Finance Department
Economic Research and Analysis

4/25/03

H:\Index\~8346714\Graph - WTI annual

UPNJ-08-0000234

HIGHLY CONFIDENTIAL
UPFSC0000899

DA01478




Finance Department
Economic Research and Analysis

4/25/03

H:\Index\~8346714\Graph Revenue RTM

UPNJ-08-0000235

HIGHLY CONFIDENTIAL
UPFSC000900

DA01479

| | | Freight Revenue | Ton Miles of Freight | Rev GTM | Rev/RTM | Rev/GTM | CPI | 1 | Rev/RTM Inflation Adj |
|---|---|---|---|---|---|---|---|---|---|
| 1997 | $ | 9,474,675 | 451,854,919 | 939,910,867 | 0.020968 | 0.0100804 | 2.30% | 100.00% | 0.020968 |
| 1998 | $ | 8,852,992 | 432,068,000 | 905,109,693 | 0.02049 | 0.0097811 | 1.60% | 98.40% | 0.020162 |
| 1999 | $ | 9,703,510 | 473,100,691 | 987,485,180 | 0.02051 | 0.0098265 | 2.20% | 96.24% | 0.019738 |
| 2000 | $ | 10,175,884 | 485,452,000 | 1,020,955,143 | 0.020962 | 0.009967 | 3.40% | 92.96% | 0.019487 |
| 2001 | $ | 10,259,071 | 503,723,597 | 1,046,394,530 | 0.020366 | 0.0098042 | 2.80% | 90.36% | 0.018403 |
| 2002 | $ | 10,548,174 | 518,700,065 | 1,080,195,286 | 0.020336 | 0.0097651 | 1.60% | 88.91% | 0.018081 |

HIGHLY CONFIDENTIAL
UPFSC0000901

UPNJ-08-0000236

| DOE | DOE | WTI | MRFP |
|---|---|---|---|
| Jan-90 | | 22.86 | 68.83 |
| Feb-90 | | 22.11 | 57.38 |
| Mar-90 | | 20.39 | 56.89 |
| Apr-90 | | 18.43 | 56.16 |
| May-90 | | 18.20 | 54.63 |
| Jun-90 | | 16.70 | 49.69 |
| Jul-90 | | 18.45 | 50.20 |
| Aug-90 | | 27.31 | 70.07 |
| Sep-90 | | 33.51 | 79.50 |
| Oct-90 | | 36.04 | 95.26 |
| Nov-90 | | 32.33 | 90.80 |
| Dec-90 | | 27.28 | 77.67 |
| Jan-91 | | 25.23 | 78.63 |
| Feb-91 | | 20.48 | 72.72 |
| Mar-91 | | 19.90 | 62.77 |
| Apr-91 | | 20.83 | 61.36 |
| May-91 | | 21.23 | 59.59 |
| Jun-91 | | 20.19 | 57.57 |
| Jul-91 | | 21.40 | 57.37 |
| Aug-91 | | 21.69 | 62.47 |
| Sep-91 | | 21.89 | 64.74 |
| Oct-91 | | 23.23 | 66.97 |
| Nov-91 | | 22.46 | 68.39 |
| Dec-91 | | 19.50 | 60.74 |
| Jan-92 | | 18.79 | 57.43 |
| Feb-92 | | 19.01 | 56.56 |
| Mar-92 | | 18.92 | 56.74 |
| Apr-92 | | 20.23 | 59.16 |
| May-92 | | 20.98 | 61.70 |
| Jun-92 | | 22.38 | 64.11 |
| Jul-92 | | 21.78 | 64.99 |
| Aug-92 | | 21.34 | 64.57 |
| Sep-92 | | 21.88 | 66.35 |
| Oct-92 | | 21.69 | 68.45 |
| Nov-92 | | 20.34 | 66.11 |
| Dec-92 | | 19.41 | 62.55 |
| Jan-93 | | 19.03 | 60.66 |
| Feb-93 | | 20.09 | 61.47 |
| Mar-93 | | 20.32 | 62.80 |
| Apr-93 | | 20.25 | 63.61 |
| May-93 | | 19.95 | 63.14 |
| Jun-93 | | 19.09 | 60.76 |
| Jul-93 | | 17.89 | 57.52 |
| Aug-93 | | 18.01 | 56.47 |
| Sep-93 | | 17.50 | 59.62 |
| Oct-93 | | 18.15 | 68.44 |
| Nov-93 | | 16.61 | 65.71 |
| Dec-93 | | 14.51 | 57.64 |
| Jan-94 | | 15.03 | 56.41 |

| year | WTI |
|---|---|
| 1990 | 24.47 |
| 1991 | 21.50 |
| 1992 | 20.56 |
| 1993 | 18.45 |
| 1994 | 17.19 |
| 1995 | 18.44 |
| 1996 | 22.11 |
| 1997 | 20.61 |
| 1998 | 14.45 |
| 1999 | 19.26 |
| 2000 | 30.29 |
| 2001 | 25.92 |
| 2002 | 26.11 |

| | DOE | | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|---|
| | | Feb-94 | | 14.78 | 58.58 | | |
| | | Mar-94 | | 14.68 | 57.77 | | |
| 3/21/94 | 110.6 | Apr-94 | 110.7 | 16.42 | 58.08 | | |
| 3/28/94 | 110.7 | May-94 | 110.0 | 17.89 | 58.48 | | |
| 4/4/94 | 110.9 | Jun-94 | 110.3 | 19.06 | 59.34 | | |
| 4/11/94 | 110.8 | Jul-94 | 111.0 | 19.65 | 60.80 | | |
| 4/18/94 | 110.5 | Aug-94 | 112.5 | 18.38 | 61.16 | | |
| 4/25/94 | 110.6 | Sep-94 | 112.2 | 17.45 | 61.76 | | |
| 5/2/94 | 110.4 | Oct-94 | 112.2 | 17.72 | 61.76 | | |
| 5/9/94 | 110.1 | Nov-94 | 113.1 | 18.07 | 61.61 | | |
| 5/16/94 | 109.9 | Dec-94 | 111.3 | 17.16 | 58.88 | | |
| 5/23/94 | 109.9 | Jan-95 | 109.8 | 18.04 | 58.13 | | |
| 5/30/94 | 109.8 | Feb-95 | 108.8 | 18.57 | 57.42 | | |
| 6/6/94 | 110.1 | Mar-95 | 108.8 | 18.54 | 58.38 | | |
| 6/13/94 | 109.8 | Apr-95 | 110.4 | 19.90 | 60.80 | | |
| 6/20/94 | 110.3 | May-95 | 112.5 | 19.74 | 62.62 | | |
| 6/27/94 | 110.8 | Jun-95 | 111.9 | 18.45 | 60.15 | | |
| 7/4/94 | 110.9 | Jul-95 | 110.0 | 17.33 | 57.87 | | |
| 7/11/94 | 111 | Aug-95 | 110.5 | 18.02 | 60.10 | | |
| 7/18/94 | 111.1 | Sep-95 | 111.9 | 18.23 | 61.91 | | |
| 7/25/94 | 111.1 | Oct-95 | 111.5 | 17.43 | 60.75 | | |
| 8/1/94 | 111.6 | Nov-95 | 112.0 | 17.99 | 62.17 | | |
| 8/8/94 | 112.7 | Dec-95 | 113.0 | 19.03 | 61.96 | | |
| 8/15/94 | 112.7 | Jan-96 | 114.5 | 18.85 | 61.96 | | |
| 8/22/94 | 112.4 | Feb-96 | 114.5 | 19.09 | 63.48 | | |
| 8/29/94 | 112.2 | Mar-96 | 118.3 | 21.33 | 66.66 | | |
| 9/5/94 | 112.6 | Apr-96 | 127.3 | 23.50 | 73.28 | | |
| 9/12/94 | 112.8 | May-96 | 127.6 | 21.17 | 72.37 | | |
| 9/19/94 | 112.6 | Jun-96 | 120.7 | 20.42 | 65.50 | | |
| 9/26/94 | 112 | Jul-96 | 117.7 | 21.30 | 65.20 | | |
| 10/3/94 | 111.8 | Aug-96 | 120.1 | 21.90 | 68.63 | | |
| 10/10/94 | 111.7 | Sep-96 | 125.9 | 23.97 | 75.09 | | |
| 10/17/94 | 111.9 | Oct-96 | 132.3 | 24.88 | 79.08 | | |
| 10/24/94 | 112.2 | Nov-96 | 132.3 | 23.71 | 79.18 | | |
| 10/31/94 | 113.3 | Dec-96 | 130.9 | 25.23 | 77.16 | | |
| 11/7/94 | 113.3 | Jan-97 | 129.1 | 25.13 | 74.64 | | |
| 11/14/94 | 113.5 | Feb-97 | 128.0 | 22.18 | 73.78 | | |
| 11/21/94 | 113 | Mar-97 | 122.9 | 20.97 | 68.48 | | |
| 11/28/94 | 112.6 | Apr-97 | 121.2 | 19.70 | 67.92 | | |
| 12/5/94 | 112.3 | May-97 | 119.6 | 20.82 | 67.37 | | |
| 12/12/94 | 111.4 | Jun-97 | 117.3 | 19.26 | 64.64 | | |
| 12/19/94 | 110.9 | Jul-97 | 115.1 | 19.66 | 62.12 | | |
| 12/26/94 | 110.6 | Aug-97 | 116.5 | 19.95 | 63.88 | | |
| 1/2/95 | 110.4 | Sep-97 | 116.0 | 19.80 | 63.88 | | |
| 1/9/95 | 110.2 | Oct-97 | 118.3 | 21.33 | 66.81 | | |
| 1/16/95 | 110 | Nov-97 | 119.2 | 20.19 | 67.87 | | |
| 1/23/95 | 109.5 | Dec-97 | 116.6 | 18.33 | 63.48 | | |
| 1/30/95 | 109 | Jan-98 | 112.0 | 16.72 | 58.18 | | |
| 2/6/95 | 108.6 | Feb-98 | 108.4 | 16.06 | 56.61 | | |

UPNJ-08-0000238

HIGHLY CONFIDENTIAL
UPFSC0000903

| | DOE | | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|---|
| 2/13/95 | 108.8 | Mar-98 | 106.3 | 15.12 | 54.14 | | |
| 2/20/95 | 108.8 | Apr-98 | 106.7 | 15.35 | 55.25 | | |
| 2/27/95 | 108.9 | May-98 | 106.9 | 14.91 | 55.60 | | |
| 3/6/95 | 108.9 | Jun-98 | 104.1 | 13.72 | 52.22 | | |
| 3/13/95 | 108.8 | Jul-98 | 102.9 | 14.17 | 51.51 | | |
| 3/20/95 | 108.5 | Aug-98 | 100.7 | 13.47 | 49.74 | | |
| 3/27/95 | 108.8 | Sep-98 | 102.4 | 15.03 | 51.96 | | |
| 4/3/95 | 109.4 | Oct-98 | 103.9 | 14.46 | 52.42 | | |
| 4/10/95 | 110.1 | Nov-98 | 102.2 | 13.00 | 50.10 | | |
| 4/17/95 | 110.6 | Dec-98 | 97.3 | 11.35 | 45.15 | | |
| 4/24/95 | 111.5 | Jan-99 | 96.7 | 12.51 | 42.27 | | |
| 5/1/95 | 111.9 | Feb-99 | 95.9 | 12.01 | 40.35 | | |
| 5/8/95 | 112.6 | Mar-99 | 99.7 | 14.68 | 44.29 | | |
| 5/15/95 | 112.6 | Apr-99 | 107.9 | 17.31 | 51.21 | | |
| 5/22/95 | 112.4 | May-99 | 107.3 | 17.72 | 52.77 | | |
| 5/29/95 | 113 | Jun-99 | 107.4 | 17.92 | 52.87 | | |
| 6/5/95 | 112.4 | Jul-99 | 112.2 | 20.10 | 57.87 | | |
| 6/12/95 | 112.2 | Aug-99 | 117.2 | 21.28 | 63.28 | | |
| 6/19/95 | 111.7 | Sep-99 | 121.5 | 23.80 | 67.97 | | |
| 6/26/95 | 111.2 | Oct-99 | 122.8 | 22.69 | 69.29 | | |
| 7/3/95 | 110.6 | Nov-99 | 126.3 | 25.00 | 72.42 | | |
| 7/10/95 | 110.3 | Dec-99 | 129.2 | 26.10 | 74.08 | | |
| 7/17/95 | 109.9 | Jan-00 | 135.6 | 27.26 | 76.83 | | |
| 7/24/95 | 109.8 | Feb-00 | 146.1 | 29.37 | 86.15 | | |
| 7/31/95 | 109.3 | Mar-00 | 147.9 | 29.86 | 87.57 | | |
| 8/7/95 | 109.9 | Apr-00 | 142.2 | 25.68 | 83.55 | | |
| 8/14/95 | 110.6 | May-00 | 142.0 | 28.78 | 84.09 | | |
| 8/21/95 | 110.6 | Jun-00 | 142.1 | 31.75 | 86.52 | | |
| 8/28/95 | 110.9 | Jul-00 | 143.4 | 29.72 | 88.55 | | |
| 9/4/95 | 111.5 | Aug-00 | 146.6 | 31.22 | 91.50 | | |
| 9/11/95 | 111.9 | Sep-00 | 163.7 | 33.88 | 107.39 | | |
| 9/18/95 | 112.2 | Oct-00 | 163.7 | 33.09 | 106.95 | | |
| 9/25/95 | 112.1 | Nov-00 | 162.1 | 34.52 | 107.13 | | |
| 10/2/95 | 111.7 | Dec-00 | 156.5 | 28.36 | 100.92 | | |
| 10/9/95 | 111.7 | Jan-01 | 152.4 | 29.58 | 97.10 | | |
| 10/16/95 | 111.7 | Feb-01 | 149.2 | 29.61 | 91.93 | | |
| 10/23/95 | 111.4 | Mar-01 | 139.9 | 27.26 | 84.87 | | |
| 10/30/95 | 111 | Apr-01 | 142.2 | 27.41 | 88.03 | | |
| 11/6/95 | 111.8 | May-01 | 149.6 | 28.63 | 92.43 | | |
| 11/13/95 | 111.8 | Jun-01 | 148.2 | 27.60 | 92.32 | | |
| 11/20/95 | 111.9 | Jul-01 | 137.5 | 26.45 | 82.91 | | |
| 11/27/95 | 112.4 | Aug-01 | 139.0 | 27.47 | 85.44 | | |
| 12/4/95 | 112.3 | Sep-01 | 149.5 | 25.82 | 91.60 | | |
| 12/11/95 | 112.4 | Oct-01 | 134.8 | 22.26 | 79.94 | | |
| 12/18/95 | 113 | Nov-01 | 125.9 | 19.67 | 70.99 | | |
| 12/25/95 | 114.1 | Dec-01 | 116.7 | 19.33 | 63.53 | | |
| 1/1/96 | 114.8 | Jan-02 | 115.3 | 19.72 | 62.08 | | |
| 1/8/96 | 114.6 | Feb-02 | 115.2 | 20.74 | 61.88 | | |
| 1/15/96 | 115.2 | Mar-02 | 123.0 | 24.42 | 69.21 | | |

| | DOE | | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|---|
| 1/22/96 | 114.4 | Apr-02 | 130.9 | 26.27 | 74.94 | | |
| 1/29/96 | 113.6 | May-02 | 130.5 | 27.06 | 75.17 | | |
| 2/5/96 | 113 | Jun-02 | 128.6 | 25.52 | 73.40 | | |
| 2/12/96 | 113.4 | Jul-02 | 129.9 | 26.94 | 74.89 | | |
| 2/19/96 | 115.1 | Aug-02 | 132.8 | 28.38 | 78.57 | | |
| 2/26/96 | 116.4 | Sep-02 | 141.1 | 29.67 | 85.85 | | |
| 3/4/96 | 117.5 | Oct-02 | 146.2 | 28.93 | 88.19 | | |
| 3/11/96 | 117.3 | Nov-02 | 142.0 | 26.27 | 84.05 | | |
| 3/18/96 | 117.2 | Dec-02 | 142.9 | 29.42 | 84.98 | | |
| 3/25/96 | 121 | Jan-03 | 148.8 | 32.94 | 93.09 | | |
| 4/1/96 | 122.2 | Feb-03 | 165.4 | 35.90 | 107.35 | | |
| 4/8/96 | 124.9 | Mar-03 | 170.8 | 34.02 | 114.29 | | |
| 4/15/96 | 130.5 | Apr-03 | 154.1 | | | | |
| 4/22/96 | 130.4 | | | | | | |
| 4/29/96 | 128.5 | | | | | | |
| 5/6/96 | 129.2 | | | 21.49 | 67.43 | Average 1990 - 2002 | |
| 5/13/96 | 128.5 | | | 19.70 | 62.32 | Average 1990 - 1999 | |
| 5/20/96 | 127.4 | | | 21.73 | 68.14 | Average 1990 - 3/03 | |
| 5/27/96 | 125.4 | | | | | | |
| 6/3/96 | 124 | | | | | | |
| 6/10/96 | 121.5 | | | | | | |
| 6/17/96 | 119.3 | | | | | | |
| 6/24/96 | 117.9 | | | | | | |
| 7/1/96 | 117.2 | | | | | | |
| 7/8/96 | 117.3 | | | | | | |
| 7/15/96 | 117.8 | | | | | | |
| 7/22/96 | 118.4 | | | | | | |
| 7/29/96 | 117.8 | | | | | | |
| 8/5/96 | 118.4 | | | | | | |
| 8/12/96 | 119.1 | | | | | | |
| 8/19/96 | 120.6 | | | | | | |
| 8/26/96 | 122.2 | | | | | | |
| 9/2/96 | 123.1 | | | | | | |
| 9/9/96 | 125 | | | | | | |
| 9/16/96 | 127.6 | | | | | | |
| 9/23/96 | 127.7 | | | | | | |
| 9/30/96 | 128.9 | | | | | | |
| 10/7/96 | 130.8 | | | | | | |
| 10/14/96 | 132.6 | | | | | | |
| 10/21/96 | 132.9 | | | | | | |
| 10/28/96 | 132.9 | | | | | | |
| 11/4/96 | 132.3 | | | | | | |
| 11/11/96 | 131.6 | | | | | | |
| 11/18/96 | 132.4 | | | | | | |
| 11/25/96 | 132.7 | | | | | | |
| 12/2/96 | 132.3 | | | | | | |
| 12/9/96 | 132 | | | | | | |
| 12/16/96 | 130.7 | | | | | | |
| 12/23/96 | 130 | | | | | | |

| | DOE | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|
| 12/30/96 | 129.5 | | | | | |
| 1/6/97 | 129.1 | | | | | |
| 1/13/97 | 129.6 | | | | | |
| 1/20/97 | 129.3 | | | | | |
| 1/27/97 | 128.3 | | | | | |
| 2/3/97 | 128.8 | | | | | |
| 2/10/97 | 128.5 | | | | | |
| 2/17/97 | 127.8 | | | | | |
| 2/24/97 | 126.9 | | | | | |
| 3/3/97 | 125.2 | | | | | |
| 3/10/97 | 123 | | | | | |
| 3/17/97 | 122 | | | | | |
| 3/24/97 | 122 | | | | | |
| 3/31/97 | 122.5 | | | | | |
| 4/7/97 | 121.7 | | | | | |
| 4/14/97 | 121.6 | | | | | |
| 4/21/97 | 121.1 | | | | | |
| 4/28/97 | 120.5 | | | | | |
| 5/5/97 | 120.5 | | | | | |
| 5/12/97 | 119.1 | | | | | |
| 5/19/97 | 119.1 | | | | | |
| 5/26/97 | 119.6 | | | | | |
| 6/2/97 | 119 | | | | | |
| 6/9/97 | 118.7 | | | | | |
| 6/16/97 | 117.2 | | | | | |
| 6/23/97 | 116.2 | | | | | |
| 6/30/97 | 115.3 | | | | | |
| 7/7/97 | 115.9 | | | | | |
| 7/14/97 | 115.2 | | | | | |
| 7/21/97 | 114.7 | | | | | |
| 7/28/97 | 114.5 | | | | | |
| 8/4/97 | 115.5 | | | | | |
| 8/11/97 | 116.8 | | | | | |
| 8/18/97 | 116.7 | | | | | |
| 8/25/97 | 116.9 | | | | | |
| 9/1/97 | 116.5 | | | | | |
| 9/8/97 | 116.3 | | | | | |
| 9/15/97 | 115.6 | | | | | |
| 9/22/97 | 115.4 | | | | | |
| 9/29/97 | 116 | | | | | |
| 10/6/97 | 117.5 | | | | | |
| 10/13/97 | 118.5 | | | | | |
| 10/20/97 | 118.5 | | | | | |
| 10/27/97 | 118.5 | | | | | |
| 11/3/97 | 118.8 | | | | | |
| 11/10/97 | 119 | | | | | |
| 11/17/97 | 119.5 | | | | | |
| 11/24/97 | 119.3 | | | | | |
| 12/1/97 | 118.9 | | | | | |

| | DOE | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|
| 12/8/97 | 117.4 | | | | | |
| 12/15/97 | 116.2 | | | | | |
| 12/22/97 | 115.5 | | | | | |
| 12/29/97 | 115 | | | | | |
| 1/5/98 | 114.7 | | | | | |
| 1/12/98 | 112.6 | | | | | |
| 1/19/98 | 110.9 | | | | | |
| 1/26/98 | 109.6 | | | | | |
| 2/2/98 | 109.1 | | | | | |
| 2/9/98 | 108.5 | | | | | |
| 2/16/98 | 108.2 | | | | | |
| 2/23/98 | 107.9 | | | | | |
| 3/2/98 | 107.4 | | | | | |
| 3/9/98 | 106.6 | | | | | |
| 3/16/98 | 105.7 | | | | | |
| 3/23/98 | 104.9 | | | | | |
| 3/30/98 | 106.8 | | | | | |
| 4/6/98 | 106.7 | | | | | |
| 4/13/98 | 106.5 | | | | | |
| 4/20/98 | 106.5 | | | | | |
| 4/27/98 | 107 | | | | | |
| 5/4/98 | 107.2 | | | | | |
| 5/11/98 | 107.5 | | | | | |
| 5/18/98 | 106.9 | | | | | |
| 5/25/98 | 106 | | | | | |
| 6/1/98 | 105.3 | | | | | |
| 6/8/98 | 104.5 | | | | | |
| 6/15/98 | 104 | | | | | |
| 6/22/98 | 103.3 | | | | | |
| 6/29/98 | 103.4 | | | | | |
| 7/6/98 | 103.6 | | | | | |
| 7/13/98 | 103.1 | | | | | |
| 7/20/98 | 102.7 | | | | | |
| 7/27/98 | 102 | | | | | |
| 8/3/98 | 101.6 | | | | | |
| 8/10/98 | 101 | | | | | |
| 8/17/98 | 100.7 | | | | | |
| 8/24/98 | 100.4 | | | | | |
| 8/31/98 | 100 | | | | | |
| 9/7/98 | 100.9 | | | | | |
| 9/14/98 | 101.9 | | | | | |
| 9/21/98 | 103 | | | | | |
| 9/28/98 | 103.9 | | | | | |
| 10/5/98 | 104.1 | | | | | |
| 10/12/98 | 104.1 | | | | | |
| 10/19/98 | 103.6 | | | | | |
| 10/26/98 | 103.6 | | | | | |
| 11/2/98 | 103.5 | | | | | |
| 11/9/98 | 103.4 | | | | | |

| | DOE | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|
| 11/16/98 | 102.6 | | | | | |
| 11/23/98 | 101.2 | | | | | |
| 11/30/98 | 100.4 | | | | | |
| 12/7/98 | 98.6 | | | | | |
| 12/14/98 | 97.2 | | | | | |
| 12/21/98 | 96.8 | | | | | |
| 12/28/98 | 96.6 | | | | | |
| 1/4/99 | 96.5 | | | | | |
| 1/11/99 | 96.7 | | | | | |
| 1/18/99 | 97 | | | | | |
| 1/25/99 | 96.4 | | | | | |
| 2/1/99 | 96.2 | | | | | |
| 2/8/99 | 96.2 | | | | | |
| 2/15/99 | 95.9 | | | | | |
| 2/22/99 | 95.3 | | | | | |
| 3/1/99 | 95.6 | | | | | |
| 3/8/99 | 96.4 | | | | | |
| 3/15/99 | 100 | | | | | |
| 3/22/99 | 101.8 | | | | | |
| 3/29/99 | 104.6 | | | | | |
| 4/5/99 | 107.5 | | | | | |
| 4/12/99 | 108.4 | | | | | |
| 4/19/99 | 108 | | | | | |
| 4/26/99 | 107.8 | | | | | |
| 5/3/99 | 107.8 | | | | | |
| 5/10/99 | 108.3 | | | | | |
| 5/17/99 | 107.5 | | | | | |
| 5/24/99 | 106.6 | | | | | |
| 5/31/99 | 106.5 | | | | | |
| 6/7/99 | 105.9 | | | | | |
| 6/14/99 | 106.8 | | | | | |
| 6/21/99 | 108.2 | | | | | |
| 6/28/99 | 108.7 | | | | | |
| 7/5/99 | 110.2 | | | | | |
| 7/12/99 | 111.4 | | | | | |
| 7/19/99 | 113.3 | | | | | |
| 7/26/99 | 113.7 | | | | | |
| 8/2/99 | 114.6 | | | | | |
| 8/9/99 | 115.6 | | | | | |
| 8/16/99 | 117.8 | | | | | |
| 8/23/99 | 118.6 | | | | | |
| 8/30/99 | 119.4 | | | | | |
| 9/6/99 | 119.8 | | | | | |
| 9/13/99 | 120.9 | | | | | |
| 9/20/99 | 122.6 | | | | | |
| 9/27/99 | 122.6 | | | | | |
| 10/4/99 | 123.4 | | | | | |
| 10/11/99 | 122.8 | | | | | |
| 10/18/99 | 122.4 | | | | | |

| | DOE | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|
| 10/25/99 | 122.6 | | | | | |
| 11/1/99 | 122.9 | | | | | |
| 11/8/99 | 123.4 | | | | | |
| 11/15/99 | 126.1 | | | | | |
| 11/22/99 | 128.9 | | | | | |
| 11/29/99 | 130.4 | | | | | |
| 12/6/99 | 129.4 | | | | | |
| 12/13/99 | 128.8 | | | | | |
| 12/20/99 | 128.7 | | | | | |
| 12/27/99 | 129.8 | | | | | |
| 1/3/00 | 130.9 | | | | | |
| 1/10/00 | 130.7 | | | | | |
| 1/17/00 | 130.7 | | | | | |
| 1/24/00 | 141.8 | | | | | |
| 1/31/00 | 143.9 | | | | | |
| 2/7/00 | 147 | | | | | |
| 2/14/00 | 145.6 | | | | | |
| 2/21/00 | 145.6 | | | | | |
| 2/28/00 | 146.1 | | | | | |
| 3/6/00 | 149 | | | | | |
| 3/13/00 | 149.6 | | | | | |
| 3/20/00 | 147.9 | | | | | |
| 3/27/00 | 145.1 | | | | | |
| 4/3/00 | 144.2 | | | | | |
| 4/10/00 | 141.9 | | | | | |
| 4/17/00 | 139.8 | | | | | |
| 4/24/00 | 142.8 | | | | | |
| 5/1/00 | 141.8 | | | | | |
| 5/8/00 | 140.2 | | | | | |
| 5/15/00 | 141.5 | | | | | |
| 5/22/00 | 143.2 | | | | | |
| 5/29/00 | 143.1 | | | | | |
| 6/5/00 | 141.9 | | | | | |
| 6/12/00 | 141.1 | | | | | |
| 6/19/00 | 142.3 | | | | | |
| 6/26/00 | 143.2 | | | | | |
| 7/3/00 | 145.3 | | | | | |
| 7/10/00 | 144.9 | | | | | |
| 7/17/00 | 143.5 | | | | | |
| 7/24/00 | 142.4 | | | | | |
| 7/31/00 | 140.8 | | | | | |
| 8/7/00 | 141 | | | | | |
| 8/14/00 | 144.7 | | | | | |
| 8/21/00 | 147.1 | | | | | |
| 8/28/00 | 153.6 | | | | | |
| 9/4/00 | 160.9 | | | | | |
| 9/11/00 | 162.9 | | | | | |
| 9/18/00 | 165.3 | | | | | |
| 9/25/00 | 165.7 | | | | | |

UPNJ-08-0000244

HIGHLY CONFIDENTIAL
UPFSC0000909

DA01488

| | DOE | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|
| 10/2/00 | 162.5 | | | | | |
| 10/9/00 | 161.4 | | | | | |
| 10/16/00 | 167 | | | | | |
| 10/23/00 | 164.8 | | | | | |
| 10/30/00 | 162.9 | | | | | |
| 11/6/00 | 161 | | | | | |
| 11/13/00 | 160.3 | | | | | |
| 11/20/00 | 162.7 | | | | | |
| 11/27/00 | 164.5 | | | | | |
| 12/4/00 | 162.2 | | | | | |
| 12/11/00 | 157.7 | | | | | |
| 12/18/00 | 154.5 | | | | | |
| 12/25/00 | 151.5 | | | | | |
| 1/1/01 | 152.2 | | | | | |
| 1/8/01 | 152 | | | | | |
| 1/15/01 | 150.9 | | | | | |
| 1/22/01 | 152.8 | | | | | |
| 1/29/01 | 153.9 | | | | | |
| 2/5/01 | 152 | | | | | |
| 2/12/01 | 151.8 | | | | | |
| 2/19/01 | 148 | | | | | |
| 2/26/01 | 145.1 | | | | | |
| 3/5/01 | 142 | | | | | |
| 3/12/01 | 140.6 | | | | | |
| 3/19/01 | 139.2 | | | | | |
| 3/26/01 | 137.9 | | | | | |
| 4/2/01 | 139.1 | | | | | |
| 4/9/01 | 139.7 | | | | | |
| 4/16/01 | 143.7 | | | | | |
| 4/23/01 | 144.3 | | | | | |
| 4/30/01 | 144.2 | | | | | |
| 5/7/01 | 147 | | | | | |
| 5/14/01 | 149.1 | | | | | |
| 5/21/01 | 149.4 | | | | | |
| 5/28/01 | 152.9 | | | | | |
| 6/4/01 | 151.4 | | | | | |
| 6/11/01 | 148.6 | | | | | |
| 6/18/01 | 148 | | | | | |
| 6/25/01 | 144.7 | | | | | |
| 7/2/01 | 140.7 | | | | | |
| 7/9/01 | 139.2 | | | | | |
| 7/16/01 | 138 | | | | | |
| 7/23/01 | 134.8 | | | | | |
| 7/30/01 | 134.7 | | | | | |
| 8/6/01 | 134.5 | | | | | |
| 8/13/01 | 136.7 | | | | | |
| 8/20/01 | 139.4 | | | | | |
| 8/27/01 | 145.2 | | | | | |
| 9/3/01 | 148.8 | | | | | |

UPNJ-08-0000245

HIGHLY CONFIDENTIAL
UPFSC0000910

DA01489

| | DOE | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|
| 9/10/01 | 149.2 | | | | | |
| 9/17/01 | 152.7 | | | | | |
| 9/24/01 | 147.3 | | | | | |
| 10/1/01 | 139 | | | | | |
| 10/8/01 | 137.1 | | | | | |
| 10/15/01 | 135.3 | | | | | |
| 10/22/01 | 131.8 | | | | | |
| 10/29/01 | 131 | | | | | |
| 11/5/01 | 129.1 | | | | | |
| 11/12/01 | 126.9 | | | | | |
| 11/19/01 | 125.2 | | | | | |
| 11/26/01 | 122.3 | | | | | |
| 12/3/01 | 119.4 | | | | | |
| 12/10/01 | 117.3 | | | | | |
| 12/17/01 | 114.3 | | | | | |
| 12/24/01 | 115.4 | | | | | |
| 12/31/01 | 116.9 | | | | | |
| 1/7/02 | 116.8 | | | | | |
| 1/14/02 | 115.9 | | | | | |
| 1/21/02 | 114 | | | | | |
| 1/28/02 | 114.4 | | | | | |
| 2/4/02 | 114.4 | | | | | |
| 2/11/02 | 115.3 | | | | | |
| 2/18/02 | 115.6 | | | | | |
| 2/25/02 | 115.4 | | | | | |
| 3/4/02 | 117.3 | | | | | |
| 3/11/02 | 121.6 | | | | | |
| 3/18/02 | 125.1 | | | | | |
| 3/25/02 | 128.1 | | | | | |
| 4/1/02 | 129.5 | | | | | |
| 4/8/02 | 132.3 | | | | | |
| 4/15/02 | 132 | | | | | |
| 4/22/02 | 130.4 | | | | | |
| 4/29/02 | 130.2 | | | | | |
| 5/6/02 | 130.5 | | | | | |
| 5/13/02 | 129.9 | | | | | |
| 5/20/02 | 130.9 | | | | | |
| 5/27/02 | 130.8 | | | | | |
| 6/3/02 | 130 | | | | | |
| 6/10/02 | 128.6 | | | | | |
| 6/17/02 | 127.5 | | | | | |
| 6/24/02 | 128.1 | | | | | |
| 7/1/02 | 128.9 | | | | | |
| 7/8/02 | 129.4 | | | | | |
| 7/15/02 | 130 | | | | | |
| 7/22/02 | 131.1 | | | | | |
| 7/29/02 | 130.3 | | | | | |
| 8/5/02 | 130.4 | | | | | |
| 8/12/02 | 130.3 | | | | | |

| | DOE | DOE | WTI | MRFP | year | WTI |
|---|---|---|---|---|---|---|
| 8/19/02 | 133.3 | | | | | |
| 8/26/02 | 137 | | | | | |
| 9/2/02 | 138.8 | | | | | |
| 9/9/02 | 139.6 | | | | | |
| 9/16/02 | 141.4 | | | | | |
| 9/23/02 | 141.7 | | | | | |
| 9/30/02 | 143.8 | | | | | |
| 10/7/02 | 146 | | | | | |
| 10/14/02 | 146.1 | | | | | |
| 10/21/02 | 146.9 | | | | | |
| 10/28/02 | 145.6 | | | | | |
| 11/4/02 | 144.2 | | | | | |
| 11/11/02 | 142.7 | | | | | |
| 11/18/02 | 140.5 | | | | | |
| 11/25/02 | 140.5 | | | | | |
| 12/2/02 | 140.7 | | | | | |
| 12/9/02 | 140.5 | | | | | |
| 12/16/02 | 140.1 | | | | | |
| 12/23/02 | 144 | | | | | |
| 12/30/02 | 149.1 | | | | | |
| 1/6/03 | 150.1 | | | | | |
| 1/13/03 | 147.8 | | | | | |
| 1/20/03 | 148 | | | | | |
| 1/27/03 | 149.2 | | | | | |
| 2/3/03 | 154.2 | | | | | |
| 2/10/03 | 166.2 | | | | | |
| 2/17/03 | 170.4 | | | | | |
| 2/24/03 | 170.9 | | | | | |
| 3/3/03 | 175.3 | | | | | |
| 3/10/03 | 177.1 | | | | | |
| 3/17/03 | 175.2 | | | | | |
| 3/24/03 | 166.2 | | | | | |
| 3/31/03 | 160.2 | | | | | |
| 4/7/03 | 155.4 | | | | | |
| 4/14/03 | 153.9 | | | | | |
| 4/21/03 | 152.9 | | | | | |

Chuck Adams
04/25/2003 02:23 PM

To: Chandra R. Henley@UP, Michael N. Drelicharz@UP
cc: Harvey E. Wood@UP, Kurt H. Schroeder@UP

Subject: BNSF CARLOAD PERCENTAGES

Mike, here is the Carload Surcharge history for the BNSF. This may assist you when comparing the various programs.

FS_BNSF CARLOAD HISTORY


*Chuck Adams*
*Union Pacific Railroad*
*1416 Dodge Street, Room 1110*
*Omaha, Nebraska, 68179*
*Phone: 402-271-5866*
*Fax: 402-271-2438*
*e-mail: ChuckAdams@UP.com*
*Web: WWW.UPRR.COM*

# BNSF CARLOAD FUEL SURCHARGE
## (Effective July 1, 2001)

| FOR THE MONTH OF: | SURCHARGE % |
|---|---|
| 7/1/2001 | 2.5% |
| 8/1/2001 | 2.5% |
| 9/1/2001 | 1.5% |
| 10/1/2001 | 1.5% |
| 11/1/2001 | 2.5% |
| 12/1/2001 | 1.0% |
| 1/1/2002 | 0.0% |
| 2/1/2002 | 0.0% |
| 3/1/2002 | 0.0% |
| 4/1/2002 | 0.0% |
| 5/1/2002 | 0.0% |
| 6/1/2002 | 1.0% |
| 7/1/2002 | 1.0% |
| 8/1/2002 | 0.0% |
| 9/1/2002 | 0.0% |
| 10/1/2002 | 1.0% |
| 11/1/2002 | 2.0% |
| 12/1/2002 | 2.5% |
| 1/1/2003 | 2.0% |
| 2/1/2003 | 2.0% |
| 3/1/2003 | 2.5% |
| 4/1/2003 | 4.5% |
| 5/1/2003 | 5.0% |
| 6/1/2003 | Not Available |

UPNJ-08-0000295

HIGHLY CONFIDENTIAL
UPFSC0000960

DA01493

**Diane D. Knutson**

04/26/03 11:25 AM

To: Jack Koraleski, Rob Knight, Joe O'Connor, Jeffrey P. Totusek@UP, Eric L Butler@UP, Charles R. Walters@UP, Greg Barbe@UP, Ed Sims, Drew Collier, Joseph W. Leppert III@UP, Lance M. Fritz@UP, John E. Kaiser@UP, Bill J. Rody@UP, Greg Sovey, Harvey E. Wood@UP, Chuck Adams@UP
cc: Nancy L. Brantley@UP, Becky J. Hines@UP, Stephanie Elting@UP
Subject: Fuel Surcharge Meeting at 3:30 on Monday 4/28

**One additional item will we have for review is the competitive landscape for fuel surcharges among the other railroads and the trucking industry. Chuck Adams will provide this information.**

---- Forwarded by Diane D. Knutson on 04/26/2003 11:22 AM ----

**Diane D. Knutson**

04/26/2003 11:20 AM

To: Jack Koraleski, Rob Knight, Joe O'Connor, Jeffrey P. Totusek@UP, Eric L Butler@UP, Charles R. Walters@UP, Greg Barbe@UP, Ed Sims, Drew Collier, Joe Leppert, Lance M. Fritz@UP, John E. Kaiser@UP, Bill J. Rody@UP, Greg Sovey, Harvey E. Wood@UP
cc: Nancy L. Brantley@UP, Becky J. Hines@UP, Stephanie Elting@UP
Subject: Fuel Surcharge Meeting at 3:30 on Monday 4/28

As communicated by Nancy and Becky yesterday, we will be meeting at 3:30 on Monday to discuss the implementation of the fuel surcharge.

Dick received a letter from National Grain & Feed, which was co-signed by NITLeague, the Fertilizer Institute, and the Paper & Forest Industry Transportation Committee, asking us to review our fuel surcharge policy and reduce the frequency of rate variability this policy will create. I will provide a copy of the letter at the meeting. These groups expressed concern with the base fuel price of $23, the small increments which cause the rates to vary more frequently and the fact that we are escalating rates based upon input costs but do not provide any relief with these same prices drop. From their perspective, this forces a risk onto the shipper that is very expensive to hedge.

I believe that we must address several questions which will allow us to clarify and express our company stance on the fuel surcharge:

1. Has there been a fundamental change in the fuel market that really suggests that $23/barrel is the normal or average price going forward based upon the last several years? If so, are we therefore, institutionalizing the fuel surcharge? **(SEE THE SPREADSHEET ATTACHED SHOWING HISTORICAL MONTHLY AVERAGE PRICES. ERIC AND CHARLIE TO ADDRESS THE FIRST QUESTION.)**

2. Why was the base price of $23 dollars selected? Is there another number that is more appropriate and reduces the variability of rates at the lower end of the surcharge range? **(MARKETING AND SALES PERSPECTIVE.)**

3. What is the correlation between WTI and our fuel? **(ERIC AND CHARLIE TO ADDRESS.)**

4. Why doesn't UP hedge (more)? **(ERIC AND CHARLIE TO ADDRESS.)**

5. If this methodology was in place for the first quarter of 2003, how much of our fuel increase of the prior year been recouped versus our current methodology? **(ANALYSIS ATTACHED.)**

6. What response should we send to our customers and what aids can we provide to our sales team to help them discuss this with our customers? **(MARKETING AND SALES PERSPECTIVE.)**

I have attached several spreadsheets showing the historical monthly average WTI prices back to 1984, a graph of the WTI and the DOE On-Highway average price, and an analysis of cost recovery using the old and new methodologies. If you need anything further before the meeting, please let me know (ext 2321.)

Fuel_Surcharge_Discussion_Exec.:

# FUEL SURCHARGE

All concurrence requests have been made and all carriers have responded affirmatively.

Ag, Chemicals, Energy, Auto are going forward with the plan.

For IP, awaiting results of Greg Barbe / Jack Koraleski meeting regarding application of fuel surcharge for their commodities

- Adopt new plan
- Stay on existing plan
- Modified approach utilizing both plans

Negative Surcharge provision for Ag Contract agreements is still being reviewed

Industry Condition Code being modified to handle negative application

NGFA response being addressed with cross functional team