# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

## Volume 5 of 29

## DA01602 - DA01828

Robert M. Knight Jr.
08/24/2004 05:18 PM

To: Jack J. Koraleski@UP
cc:
Subject: Business Team Fuel Surcharge Analysis

As we discussed this am. As it turns out Jim Lusk had surfaced this issue some time ago and was working with finance and Energy to address the question of whether the UPRR HDF surcharge is as good as BN's recently announced program. BN's is better and I believe we should follow BN's lead. We will send you a separate analysis comparing UP and BN's surcharge program for the Energy group. Attached however, is a look at the HDF recovery for each group at varying levels of fuel costs for all six groups. We lose groud in our heavy fuel burning groups of Intermodal and Energy. I will call you Wed and we can discuss how we might improve this.

----- Forwarded by Robert M. Knight Jr. on 08/24/2004 05:04 PM -----

Michael N. Drelicharz
08/24/2004 03:35 PM

To: Robert M. Knight Jr.@UP
cc: Ed J. Weber@UP, Chandra R. Henley@UP, Mark J. Draper@UP
Subject: Business Team Fuel Surcharge Analysis

Rob, per our conversation this morning, the following is a business team analysis of how the HDF fuel surcharge program recovers additional fuel costs at a variety of fuel price levels. I prepared the analysis for each team, however, Autos and Intermodal have very little business tied to this program. I also prepared the analysis for UPPR in total.

The analysis shows that for each team at each fuel price level, with the exceptions of Energy and Intermodal, the HDF program increases average contribution per unit above the base level of 75¢/gal. Average contribution per units falls for Energy and Intermodal as fuel prices increase. This is because fuel as a percentage of total costs is much greater for Energy and Intermodal than for the other teams. Much of the Intermodal business has a separate fuel surcharge program that is more generous to UPRR than the HDF program.

I also included a spreadsheet that equates UPRR fuel prices to WTI crude oil, and HDF prices. Please keep in mind that these equations are approximate and may not hold true at all times.

Feel free to call me at 544-4214 to discuss.

2004_fuel_surc_analysis_by [illegible]

UPNJ-08-0000548

HIGHLY CONFIDENTIAL
UPFSC0001213

DA01602

## UPRR Total Company Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 1,164 | 730 | 434 | 99 | 1.59 | 0.0% |
| 80 | 1,181 | 737 | 445 | 106 | 1.60 | 1.5% |
| 85 | 1,187 | 743 | 444 | 112 | 1.60 | 2.0% |
| 90 | 1,193 | 750 | 443 | 119 | 1.59 | 2.5% |
| 95 | 1,199 | 756 | 443 | 125 | 1.59 | 3.0% |
| 100 | 1,205 | 763 | 442 | 132 | 1.58 | 3.5% |
| 105 | 1,211 | 770 | 441 | 139 | 1.57 | 4.0% |
| 110 | 1,216 | 776 | 440 | 145 | 1.57 | 4.5% |
| 115 | 1,222 | 783 | 439 | 152 | 1.56 | 5.0% |
| 120 | 1,228 | 789 | 439 | 158 | 1.56 | 5.5% |
| 125 | 1,234 | 796 | 438 | 165 | 1.55 | 6.0% |
| 130 | 1,240 | 803 | 437 | 172 | 1.54 | 6.5% |
| 135 | 1,245 | 809 | 436 | 178 | 1.54 | 7.0% |
| 140 | 1,251 | 816 | 436 | 185 | 1.53 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

Finance Department
Economic Research and Analysis

HIGHLY CONFIDENTIAL
UPFSC0001214

UPNJ-08-0000549

## UPRR Total Company Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 1,164 | 730 | 434 | 99 | 1.59 | 0.0% |
| 80 | 1,181 | 737 | 445 | 106 | 1.60 | 1.5% |
| 85 | 1,187 | 743 | 444 | 112 | 1.60 | 2.0% |
| 90 | 1,193 | 750 | 443 | 119 | 1.59 | 2.5% |
| 95 | 1,199 | 756 | 443 | 125 | 1.59 | 3.0% |
| 100 | 1,205 | 763 | 442 | 132 | 1.58 | 3.5% |
| 105 | 1,211 | 770 | 441 | 139 | 1.57 | 4.0% |
| 110 | 1,216 | 776 | 440 | 145 | 1.57 | 4.5% |
| 115 | 1,222 | 783 | 439 | 152 | 1.56 | 5.0% |
| 120 | 1,228 | 789 | 439 | 158 | 1.56 | 5.5% |
| 125 | 1,234 | 796 | 438 | 165 | 1.55 | 6.0% |
| 130 | 1,240 | 803 | 437 | 172 | 1.54 | 6.5% |
| 135 | 1,245 | 809 | 436 | 178 | 1.54 | 7.0% |
| 140 | 1,251 | 816 | 436 | 185 | 1.53 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

UPNJ-08-0000550

HIGHLY CONFIDENTIAL
UPFSC0001215

DA01604

## Ag Products Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 1,721 | 1122 | 599 | 144 | 1.53 | 0.0% |
| 80 | 1,747 | 1132 | 615 | 154 | 1.54 | 1.5% |
| 85 | 1,755 | 1141 | 614 | 163 | 1.54 | 2.0% |
| 90 | 1,764 | 1151 | 613 | 173 | 1.53 | 2.5% |
| 95 | 1,773 | 1160 | 612 | 182 | 1.53 | 3.0% |
| 100 | 1,781 | 1170 | 611 | 192 | 1.52 | 3.5% |
| 105 | 1,790 | 1180 | 610 | 202 | 1.52 | 4.0% |
| 110 | 1,798 | 1189 | 609 | 211 | 1.51 | 4.5% |
| 115 | 1,807 | 1199 | 608 | 221 | 1.51 | 5.0% |
| 120 | 1,816 | 1208 | 607 | 230 | 1.50 | 5.5% |
| 125 | 1,824 | 1218 | 606 | 240 | 1.50 | 6.0% |
| 130 | 1,833 | 1228 | 605 | 250 | 1.49 | 6.5% |
| 135 | 1,841 | 1237 | 604 | 259 | 1.49 | 7.0% |
| 140 | 1,850 | 1247 | 603 | 269 | 1.48 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

## Automotive Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 1,485 | 963 | 522 | 110 | 1.54 | 0.0% |
| 80 | 1,507 | 970 | 537 | 117 | 1.55 | 1.5% |
| 85 | 1,515 | 978 | 537 | 125 | 1.55 | 2.0% |
| 90 | 1,522 | 985 | 537 | 132 | 1.55 | 2.5% |
| 95 | 1,530 | 992 | 537 | 139 | 1.54 | 3.0% |
| 100 | 1,537 | 1000 | 537 | 147 | 1.54 | 3.5% |
| 105 | 1,544 | 1007 | 537 | 154 | 1.53 | 4.0% |
| 110 | 1,552 | 1014 | 537 | 161 | 1.53 | 4.5% |
| 115 | 1,559 | 1022 | 538 | 169 | 1.53 | 5.0% |
| 120 | 1,567 | 1029 | 538 | 176 | 1.52 | 5.5% |
| 125 | 1,574 | 1036 | 538 | 183 | 1.52 | 6.0% |
| 130 | 1,582 | 1044 | 538 | 191 | 1.52 | 6.5% |
| 135 | 1,589 | 1051 | 538 | 198 | 1.51 | 7.0% |
| 140 | 1,596 | 1058 | 538 | 205 | 1.51 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

## Chemicals Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 1,677 | 771 | 906 | 95 | 2.18 | 0.0% |
| 80 | 1,702 | 777 | 925 | 101 | 2.19 | 1.5% |
| 85 | 1,711 | 784 | 927 | 108 | 2.18 | 2.0% |
| 90 | 1,719 | 790 | 929 | 114 | 2.18 | 2.5% |
| 95 | 1,727 | 796 | 931 | 120 | 2.17 | 3.0% |
| 100 | 1,736 | 803 | 933 | 127 | 2.16 | 3.5% |
| 105 | 1,744 | 809 | 935 | 133 | 2.16 | 4.0% |
| 110 | 1,752 | 815 | 937 | 139 | 2.15 | 4.5% |
| 115 | 1,761 | 822 | 939 | 146 | 2.14 | 5.0% |
| 120 | 1,769 | 828 | 941 | 152 | 2.14 | 5.5% |
| 125 | 1,778 | 834 | 943 | 158 | 2.13 | 6.0% |
| 130 | 1,786 | 841 | 945 | 165 | 2.12 | 6.5% |
| 135 | 1,794 | 847 | 947 | 171 | 2.12 | 7.0% |
| 140 | 1,803 | 853 | 949 | 177 | 2.11 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

# Energy Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 1,077 | 652 | 425 | 114 | 1.65 | 0.0% |
| 80 | 1,093 | 660 | 434 | 122 | 1.66 | 1.5% |
| 85 | 1,099 | 667 | 431 | 129 | 1.65 | 2.0% |
| 90 | 1,104 | 675 | 429 | 137 | 1.64 | 2.5% |
| 95 | 1,109 | 682 | 427 | 144 | 1.63 | 3.0% |
| 100 | 1,115 | 690 | 425 | 152 | 1.62 | 3.5% |
| 105 | 1,120 | 698 | 422 | 160 | 1.61 | 4.0% |
| 110 | 1,125 | 705 | 420 | 167 | 1.60 | 4.5% |
| 115 | 1,131 | 713 | 418 | 175 | 1.59 | 5.0% |
| 120 | 1,136 | 720 | 416 | 182 | 1.58 | 5.5% |
| 125 | 1,142 | 728 | 414 | 190 | 1.57 | 6.0% |
| 130 | 1,147 | 736 | 411 | 198 | 1.56 | 6.5% |
| 135 | 1,152 | 743 | 409 | 205 | 1.55 | 7.0% |
| 140 | 1,158 | 751 | 407 | 213 | 1.54 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

# Industrial Products Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 1,427 | 948 | 479 | 104 | 1.51 | 0.0% |
| 80 | 1,448 | 955 | 493 | 111 | 1.52 | 1.5% |
| 85 | 1,456 | 962 | 494 | 118 | 1.51 | 2.0% |
| 90 | 1,463 | 969 | 494 | 125 | 1.51 | 2.5% |
| 95 | 1,470 | 976 | 494 | 132 | 1.51 | 3.0% |
| 100 | 1,477 | 983 | 494 | 139 | 1.50 | 3.5% |
| 105 | 1,484 | 990 | 494 | 146 | 1.50 | 4.0% |
| 110 | 1,491 | 997 | 495 | 153 | 1.50 | 4.5% |
| 115 | 1,498 | 1003 | 495 | 159 | 1.49 | 5.0% |
| 120 | 1,505 | 1010 | 495 | 166 | 1.49 | 5.5% |
| 125 | 1,513 | 1017 | 495 | 173 | 1.49 | 6.0% |
| 130 | 1,520 | 1024 | 495 | 180 | 1.48 | 6.5% |
| 135 | 1,527 | 1031 | 496 | 187 | 1.48 | 7.0% |
| 140 | 1,534 | 1038 | 496 | 194 | 1.48 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

UPNJ-08-0000555

HIGHLY CONFIDENTIAL
UPFSC0001220

DA01609

## Intermodal Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Avg Costs | Avg Cont | Avg Fuel | PI | UP Surch |
|---|---|---|---|---|---|---|
| 75 | 679 | 486 | 193 | 71 | 1.40 | 0.0% |
| 80 | 689 | 491 | 198 | 76 | 1.40 | 1.5% |
| 85 | 693 | 495 | 197 | 80 | 1.40 | 2.0% |
| 90 | 696 | 500 | 196 | 85 | 1.39 | 2.5% |
| 95 | 699 | 505 | 194 | 90 | 1.39 | 3.0% |
| 100 | 703 | 510 | 193 | 95 | 1.38 | 3.5% |
| 105 | 706 | 514 | 192 | 99 | 1.37 | 4.0% |
| 110 | 710 | 519 | 190 | 104 | 1.37 | 4.5% |
| 115 | 713 | 524 | 189 | 109 | 1.36 | 5.0% |
| 120 | 716 | 529 | 188 | 114 | 1.36 | 5.5% |
| 125 | 720 | 533 | 186 | 118 | 1.35 | 6.0% |
| 130 | 723 | 538 | 185 | 123 | 1.34 | 6.5% |
| 135 | 727 | 543 | 184 | 128 | 1.34 | 7.0% |
| 140 | 730 | 548 | 182 | 133 | 1.33 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

UPNJ-08-0000556

## UPRR Fuel Surcharge & Approx RR Fuel Price and WTI Equivalents

| On-Highway Avg | Fuel Surcharge | Approx DOE On-Highway Price | Approx RR Fuel Price | Approx WTI |
|---|---|---|---|---|
| $0.00 to $1.349 | 0.0% | | | |
| $1.35 to $1.399 | 1.5% | $1.38 | $0.81 | $25.00 |
| $1.40 to $1.449 | 2.0% | $1.43 | $0.86 | $27.00 |
| $1.45 to $1.499 | 2.5% | $1.48 | $0.91 | $29.50 |
| $1.50 to $1.549 | 3.0% | $1.53 | $0.96 | $31.50 |
| $1.55 to $1.599 | 3.5% | $1.58 | $1.01 | $33.50 |
| $1.60 to $1.649 | 4.0% | $1.63 | $1.06 | $35.50 |
| $1.65 to $1.699 | 4.5% | $1.68 | $1.11 | $37.50 |
| $1.70 to $1.749 | 5.0% | $1.73 | $1.16 | $40.00 |
| $1.75 to $1.799 | 5.5% | $1.78 | $1.21 | $42.00 |
| $1.80 to $1.849 | 6.0% | $1.83 | $1.26 | $44.00 |
| $1.85 to $1.899 | 6.5% | $1.88 | $1.31 | $46.00 |
| $1.90 to $1.949 | 7.0% | $1.93 | $1.36 | $48.00 |
| $1.95 to $1.999 | 7.5% | $1.98 | $1.41 | $50.50 |
| $2.00 to $2.049 | 8.0% | $2.03 | $1.46 | $52.50 |

**Michael N. Drelicharz**
08/25/2004 03:53 PM

To: Robert M. Knight Jr.@UP
cc: Ed J. Weber@UP, Chandra R. Henley@UP, Mark J. Draper@UP, Michael V. Miller@UP
Subject: Business Team Fuel Surcharge Analysis

Rob, per our conversation, I have added some additional information to my analysis. For each business team report I show the fuel surcharge revenue. additional fuel costs, and fuel cost % increase for each price level. For Intermodal, I added a separate analysis showing the effect of the Intermodal surcharge program. It shows that it does an effective job of recovering fuel cost increases. I also added a tab that shows the amount of revenue subject to each surcharge program by business team.

2004_fuel_surc_analysis_by bus_tean

----- Forwarded by Michael N. Drelicharz on 08/25/2004 03:45 PM -----

**Michael N. Drelicharz**
08/24/2004 03:35 PM

To: Robert M. Knight Jr.@UP
cc: Ed J. Weber@UP, Chandra R. Henley@UP, Mark J. Draper@UP
Subject: Business Team Fuel Surcharge Analysis

Rob, per our conversation this morning, the following is a business team analysis of how the HDF fuel surcharge program recovers additional fuel costs at a variety of fuel price levels. I prepared the analysis for each team, however, Autos and Intermodal have very little business tied to this program. I also prepared the analysis for UPPR in total.

The analysis shows that for each team at each fuel price level, with the exceptions of Energy and Intermodal, the HDF program increases average contribution per unit above the base level of 75¢/gal. Average contribution per units falls for Energy and Intermodal as fuel prices increase. This is because fuel as a percentage of total costs is much greater for Energy and Intermodal than for the other teams. Much of the Intermodal business has a separate fuel surcharge program that is more generous to UPRR than the HDF program.

I also included a spreadsheet that equates UPRR fuel prices to WTI crude oil, and HDF prices. Please keep in mind that these equations are approximate and may not hold true at all times.

Feel free to call me at 544-4214 to discuss.

2004_fuel_surc_analysis_by bus_tean

# UPRR Total Company Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | UP Surch |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 1,164 | - | 730 | 99 | - | | 434 | 1.59 | 0.0% |
| 80 | 1,181 | 17 | 737 | 106 | 7 | 7% | 445 | 1.60 | 1.5% |
| 85 | 1,187 | 23 | 743 | 112 | 13 | 13% | 444 | 1.60 | 2.0% |
| 90 | 1,193 | 29 | 750 | 119 | 20 | 20% | 443 | 1.59 | 2.5% |
| 95 | 1,199 | 35 | 756 | 125 | 26 | 27% | 443 | 1.59 | 3.0% |
| 100 | 1,205 | 41 | 763 | 132 | 33 | 33% | 442 | 1.58 | 3.5% |
| 105 | 1,211 | 47 | 770 | 139 | 40 | 40% | 441 | 1.57 | 4.0% |
| 110 | 1,216 | 52 | 776 | 145 | 46 | 47% | 440 | 1.57 | 4.5% |
| 115 | 1,222 | 58 | 783 | 152 | 53 | 53% | 439 | 1.56 | 5.0% |
| 120 | 1,228 | 64 | 789 | 158 | 59 | 60% | 439 | 1.56 | 5.5% |
| 125 | 1,234 | 70 | 796 | 165 | 66 | 67% | 438 | 1.55 | 6.0% |
| 130 | 1,240 | 76 | 803 | 172 | 73 | 73% | 437 | 1.54 | 6.5% |
| 135 | 1,245 | 81 | 809 | 178 | 79 | 80% | 436 | 1.54 | 7.0% |
| 140 | 1,251 | 87 | 816 | 185 | 86 | 87% | 436 | 1.53 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

UPFSC 0358198
Highly Confidential

# Ag Products Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | UP Surch |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 1,721 | | 1122 | 144 | | | 599 | 1.53 | 0.0% |
| 80 | 1,747 | 26 | 1132 | 154 | 10 | 7% | 615 | 1.54 | 1.5% |
| 85 | 1,755 | 34 | 1141 | 163 | 19 | 13% | 614 | 1.54 | 2.0% |
| 90 | 1,764 | 43 | 1151 | 173 | 29 | 20% | 613 | 1.53 | 2.5% |
| 95 | 1,773 | 52 | 1160 | 182 | 38 | 27% | 612 | 1.53 | 3.0% |
| 100 | 1,781 | 60 | 1170 | 192 | 48 | 33% | 611 | 1.52 | 3.5% |
| 105 | 1,790 | 69 | 1180 | 202 | 58 | 40% | 610 | 1.52 | 4.0% |
| 110 | 1,798 | 77 | 1189 | 211 | 67 | 47% | 609 | 1.51 | 4.5% |
| 115 | 1,807 | 86 | 1199 | 221 | 77 | 53% | 608 | 1.51 | 5.0% |
| 120 | 1,816 | 95 | 1208 | 230 | 86 | 60% | 607 | 1.50 | 5.5% |
| 125 | 1,824 | 103 | 1218 | 240 | 96 | 67% | 606 | 1.50 | 6.0% |
| 130 | 1,833 | 112 | 1228 | 250 | 106 | 73% | 605 | 1.49 | 6.5% |
| 135 | 1,841 | 120 | 1237 | 259 | 115 | 80% | 604 | 1.49 | 7.0% |
| 140 | 1,850 | 129 | 1247 | 269 | 125 | 87% | 603 | 1.48 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.



DA01614

UPFSC 0358199
Highly Confidential

# Automotive Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | UP Surch |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 1,485 | | 963 | 110 | | | 522 | 1.54 | 0.0% |
| 80 | 1,507 | 22 | 970 | 117 | 7 | 7% | 537 | 1.55 | 1.5% |
| 85 | 1,515 | 30 | 978 | 125 | 15 | 13% | 537 | 1.55 | 2.0% |
| 90 | 1,522 | 37 | 985 | 132 | 22 | 20% | 537 | 1.55 | 2.5% |
| 95 | 1,530 | 45 | 992 | 139 | 29 | 27% | 537 | 1.54 | 3.0% |
| 100 | 1,537 | 52 | 1000 | 147 | 37 | 33% | 537 | 1.54 | 3.5% |
| 105 | 1,544 | 59 | 1007 | 154 | 44 | 40% | 537 | 1.53 | 4.0% |
| 110 | 1,552 | 67 | 1014 | 161 | 51 | 47% | 537 | 1.53 | 4.5% |
| 115 | 1,559 | 74 | 1022 | 169 | 59 | 53% | 538 | 1.53 | 5.0% |
| 120 | 1,567 | 82 | 1029 | 176 | 66 | 60% | 538 | 1.52 | 5.5% |
| 125 | 1,574 | 89 | 1036 | 183 | 73 | 67% | 538 | 1.52 | 6.0% |
| 130 | 1,582 | 97 | 1044 | 191 | 81 | 73% | 538 | 1.52 | 6.5% |
| 135 | 1,589 | 104 | 1051 | 198 | 88 | 80% | 538 | 1.51 | 7.0% |
| 140 | 1,596 | 111 | 1058 | 205 | 95 | 87% | 538 | 1.51 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.



UPFSC 0358200
Highly Confidential

## Chemicals Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | UP Surch |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 1,677 | | 771 | 95 | | | 906 | 2.18 | 0.0% |
| 80 | 1,702 | 25 | 777 | 101 | 6 | 7% | 925 | 2.19 | 1.5% |
| 85 | 1,711 | 34 | 784 | 108 | 13 | 13% | 927 | 2.18 | 2.0% |
| 90 | 1,719 | 42 | 790 | 114 | 19 | 20% | 929 | 2.18 | 2.5% |
| 95 | 1,727 | 50 | 796 | 120 | 25 | 27% | 931 | 2.17 | 3.0% |
| 100 | 1,736 | 59 | 803 | 127 | 32 | 33% | 933 | 2.16 | 3.5% |
| 105 | 1,744 | 67 | 809 | 133 | 38 | 40% | 935 | 2.16 | 4.0% |
| 110 | 1,752 | 75 | 815 | 139 | 44 | 47% | 937 | 2.15 | 4.5% |
| 115 | 1,761 | 84 | 822 | 146 | 51 | 53% | 939 | 2.14 | 5.0% |
| 120 | 1,769 | 92 | 828 | 152 | 57 | 60% | 941 | 2.14 | 5.5% |
| 125 | 1,778 | 101 | 834 | 158 | 63 | 67% | 943 | 2.13 | 6.0% |
| 130 | 1,786 | 109 | 841 | 165 | 70 | 73% | 945 | 2.12 | 6.5% |
| 135 | 1,794 | 117 | 847 | 171 | 76 | 80% | 947 | 2.12 | 7.0% |
| 140 | 1,803 | 126 | 853 | 177 | 82 | 87% | 949 | 2.11 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.



UPFSC 0358201
Highly Confidential

# Energy Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | UP Surch |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 1,077 | | 652 | 114 | | | 425 | 1.65 | 0.0% |
| 80 | 1,093 | 16 | 660 | 122 | 8 | 7% | 434 | 1.66 | 1.5% |
| 85 | 1,099 | 22 | 667 | 129 | 15 | 13% | 431 | 1.65 | 2.0% |
| 90 | 1,104 | 27 | 675 | 137 | 23 | 20% | 429 | 1.64 | 2.5% |
| 95 | 1,109 | 32 | 682 | 144 | 30 | 27% | 427 | 1.63 | 3.0% |
| 100 | 1,115 | 38 | 690 | 152 | 38 | 33% | 425 | 1.62 | 3.5% |
| 105 | 1,120 | 43 | 698 | 160 | 46 | 40% | 422 | 1.61 | 4.0% |
| 110 | 1,125 | 48 | 705 | 167 | 53 | 47% | 420 | 1.60 | 4.5% |
| 115 | 1,131 | 54 | 713 | 175 | 61 | 53% | 418 | 1.59 | 5.0% |
| 120 | 1,136 | 59 | 720 | 182 | 68 | 60% | 416 | 1.58 | 5.5% |
| 125 | 1,142 | 65 | 728 | 190 | 76 | 67% | 414 | 1.57 | 6.0% |
| 130 | 1,147 | 70 | 736 | 198 | 84 | 73% | 411 | 1.56 | 6.5% |
| 135 | 1,152 | 75 | 743 | 205 | 91 | 80% | 409 | 1.55 | 7.0% |
| 140 | 1,158 | 81 | 751 | 213 | 99 | 87% | 407 | 1.54 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

UPFSC 0358202
Highly Confidential

# Industrial Products Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | UP Surch |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 1,427 | | 948 | 104 | | | 479 | 1.51 | 0.0% |
| 80 | 1,448 | 21 | 955 | 111 | 7 | 7% | 493 | 1.52 | 1.5% |
| 85 | 1,456 | 29 | 962 | 118 | 14 | 13% | 494 | 1.51 | 2.0% |
| 90 | 1,463 | 36 | 969 | 125 | 21 | 20% | 494 | 1.51 | 2.5% |
| 95 | 1,470 | 43 | 976 | 132 | 28 | 27% | 494 | 1.51 | 3.0% |
| 100 | 1,477 | 50 | 983 | 139 | 35 | 33% | 494 | 1.50 | 3.5% |
| 105 | 1,484 | 57 | 990 | 146 | 42 | 40% | 494 | 1.50 | 4.0% |
| 110 | 1,491 | 64 | 997 | 153 | 49 | 47% | 495 | 1.50 | 4.5% |
| 115 | 1,498 | 71 | 1003 | 159 | 55 | 53% | 495 | 1.49 | 5.0% |
| 120 | 1,505 | 78 | 1010 | 166 | 62 | 60% | 495 | 1.49 | 5.5% |
| 125 | 1,513 | 86 | 1017 | 173 | 69 | 67% | 495 | 1.49 | 6.0% |
| 130 | 1,520 | 93 | 1024 | 180 | 76 | 73% | 495 | 1.48 | 6.5% |
| 135 | 1,527 | 100 | 1031 | 187 | 83 | 80% | 496 | 1.48 | 7.0% |
| 140 | 1,534 | 107 | 1038 | 194 | 90 | 87% | 496 | 1.48 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

UPFSC 0358203
Highly Confidential

# Intermodal Group Fuel Surcharge Analysis

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | UP Surch |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 679 | | 486 | 71 | | | 193 | 1.40 | 0.0% |
| 80 | 689 | 10 | 491 | 76 | 5 | 7% | 198 | 1.40 | 1.5% |
| 85 | 693 | 14 | 495 | 80 | 9 | 13% | 197 | 1.40 | 2.0% |
| 90 | 696 | 17 | 500 | 85 | 14 | 20% | 196 | 1.39 | 2.5% |
| 95 | 699 | 20 | 505 | 90 | 19 | 27% | 194 | 1.39 | 3.0% |
| 100 | 703 | 24 | 510 | 95 | 24 | 33% | 193 | 1.38 | 3.5% |
| 105 | 706 | 27 | 514 | 99 | 28 | 40% | 192 | 1.37 | 4.0% |
| 110 | 710 | 31 | 519 | 104 | 33 | 47% | 190 | 1.37 | 4.5% |
| 115 | 713 | 34 | 524 | 109 | 38 | 53% | 189 | 1.36 | 5.0% |
| 120 | 716 | 37 | 529 | 114 | 43 | 60% | 188 | 1.36 | 5.5% |
| 125 | 720 | 41 | 533 | 118 | 47 | 67% | 186 | 1.35 | 6.0% |
| 130 | 723 | 44 | 538 | 123 | 52 | 73% | 185 | 1.34 | 6.5% |
| 135 | 727 | 48 | 543 | 128 | 57 | 80% | 184 | 1.34 | 7.0% |
| 140 | 730 | 51 | 548 | 133 | 62 | 87% | 182 | 1.33 | 7.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.

## Analysis using Intermodal Surcharge Program

| Fuel Price ¢/gal | ARC | Fuel Sur Revenue | Avg Costs | Avg Fuel | Addl Fuel Costs | Fuel % Inc. From 75¢ Base | Avg Cont | PI | Intermodal Surc. |
|---|---|---|---|---|---|---|---|---|---|
| 75 | 679 | 7 | 486 | 71 | | | 193 | 1.40 | 1.0% |
| 80 | 693 | 14 | 491 | 76 | 5 | 7% | 202 | 1.41 | 2.0% |
| 85 | 696 | 17 | 495 | 80 | 9 | 13% | 201 | 1.40 | 2.5% |
| 90 | 703 | 24 | 500 | 85 | 14 | 20% | 203 | 1.40 | 3.5% |
| 95 | 710 | 31 | 505 | 90 | 19 | 27% | 205 | 1.41 | 4.5% |
| 100 | 713 | 34 | 510 | 95 | 24 | 33% | 203 | 1.40 | 5.0% |
| 105 | 720 | 41 | 514 | 99 | 28 | 40% | 205 | 1.40 | 6.0% |
| 110 | 723 | 44 | 519 | 104 | 33 | 47% | 204 | 1.39 | 6.5% |
| 115 | 730 | 51 | 524 | 109 | 38 | 53% | 206 | 1.39 | 7.5% |
| 120 | 737 | 58 | 529 | 114 | 43 | 60% | 208 | 1.39 | 8.5% |
| 125 | 740 | 61 | 533 | 118 | 47 | 67% | 207 | 1.39 | 9.0% |
| 130 | 747 | 68 | 538 | 123 | 52 | 73% | 209 | 1.39 | 10.0% |
| 135 | 750 | 71 | 543 | 128 | 57 | 80% | 207 | 1.38 | 10.5% |
| 140 | 757 | 78 | 548 | 133 | 62 | 87% | 210 | 1.38 | 11.5% |

The 75¢ scenario represents 2002 total year ARC, Avg Costs, and Avg Fuel.



UPFSC 0358204
Highly Confidential

## UPRR Fuel Surcharge & Approx RR Fuel Price and WTI Equivalents

| On-Highway Avg | Fuel Surcharge | Approx DOE On-Highway Price | Approx RR Fuel Price | Approx WTI |
|---|---|---|---|---|
| $0.00 to $1.349 | 0.0% | | | |
| $1.35 to $1.399 | 1.5% | $1.38 | $0.81 | $25.00 |
| $1.40 to $1.449 | 2.0% | $1.43 | $0.86 | $27.00 |
| $1.45 to $1.499 | 2.5% | $1.48 | $0.91 | $29.50 |
| $1.50 to $1.549 | 3.0% | $1.53 | $0.96 | $31.50 |
| $1.55 to $1.599 | 3.5% | $1.58 | $1.01 | $33.50 |
| $1.60 to $1.649 | 4.0% | $1.63 | $1.06 | $35.50 |
| $1.65 to $1.699 | 4.5% | $1.68 | $1.11 | $37.50 |
| $1.70 to $1.749 | 5.0% | $1.73 | $1.16 | $40.00 |
| $1.75 to $1.799 | 5.5% | $1.78 | $1.21 | $42.00 |
| $1.80 to $1.849 | 6.0% | $1.83 | $1.26 | $44.00 |
| $1.85 to $1.899 | 6.5% | $1.88 | $1.31 | $46.00 |
| $1.90 to $1.949 | 7.0% | $1.93 | $1.36 | $48.00 |
| $1.95 to $1.999 | 7.5% | $1.98 | $1.41 | $50.50 |
| $2.00 to $2.049 | 8.0% | $2.03 | $1.46 | $52.50 |

UPRR
**Fuel Surcharges by Business Team**
**($ in Millions)**

| Ag Prodcuts | % | Amount | % of Total Revenue |
|---|---|---|---|
| WTI Standard | 2% | $30.0 | 2% |
| DOE HDF | 93% | 1,333.2 | 78% |
| Intermodal Surcharge | 0% | 0.0 | 0% |
| Unique Contract Programs | 4% | 61.4 | 4% |
| Other | 0% | 3.6 | 0% |
| **Total** | 100% | $1,428.2 | 83% |
| **RCAF/RCR** | | $0.0 | 0% |

| Energy | % | Amount | % of Total Revenue |
|---|---|---|---|
| WTI Standard | 25% | $71.0 | 3% |
| DOE HDF | 23% | 65.0 | 3% |
| Intermodal Surcharge | 0% | 0.0 | 0% |
| Unique Contract Programs | 52% | 150.2 | 6% |
| Other | 0% | 0.0 | 0% |
| **Total** | 100% | $286.2 | 12% |
| **RCAF/RCR** | | $1,129.5 | 47% |
| Net Total (Excludes $0 B Overlap) | | $1,415.7 | 59% |

| Autos | % | Amount | % of Total Revenue |
|---|---|---|---|
| WTI Standard | 1% | $12.9 | 1% |
| DOE HDF | 0% | 0.0 | 0% |
| Intermodal Surcharge | 0% | 0.0 | 0% |
| Unique Contract Programs | 99% | 950.0 | 72% |
| Other | 0% | 0.0 | 0% |
| **Total** | 100% | $962.9 | 73% |
| **RCAF/RCR** | | $0.0 | 0% |

| Industrial Production | % | Amount | % of Total Revenue |
|---|---|---|---|
| WTI Standard | 25% | $550.0 | 24% |
| DOE HDF | 61% | 1,330.0 | 58% |
| Intermodal Surcharge | 0% | 0.0 | 0% |
| Unique Contract Programs | 0% | 0.0 | 0% |
| Other | 14% | 317.8 | 14% |
| **Total** | 100% | $2,197.8 | 95% |
| **RCAF/RCR** | | $0.0 | 0% |

| Chemicals | % | Amount | % of Total Revenue |
|---|---|---|---|
| WTI Standard | 41% | $354.0 | 21% |
| DOE HDF | 22% | 194.1 | 12% |
| Intermodal Surcharge | 0% | 0.0 | 0% |
| Unique Contract Programs | 0% | 0.0 | 0% |
| Other | 37% | 322.0 | 19% |
| **Total** | 100% | $870.1 | 53% |
| **RCAF/RCR** | | $546.6 | 33% |
| Net Total (Excludes $0.2 B Overlap) | | $1,216.7 | 74% |

| Intermodal | % | Amount | % of Total Revenue |
|---|---|---|---|
| WTI Standard | 0% | $0.0 | 0% |
| DOE HDF | 0% | 0.0 | 0% |
| Intermodal Surcharge | 36% | 631.5 | 28% |
| Unique Contract Programs | 64% | 1,113.3 | 49% |
| Other | 0% | 0.0 | 0% |
| **Total** | 100% | $1,744.9 | 77% |
| **RCAF/RCR** | | $1,425.5 | 63% |
| Net Total (Excludes $1.1 B Overlap) | | $2,070.3 | 92% |

**Surcharge Programs/RCAF Coverage**

| Surcharges | % | Amount | % of Total Revenue |
|---|---|---|---|
| WTI Standard | 14% | $1.0 | 9% |
| DOE HDF | 39% | 2.9 | 25% |
| Intermodal Surcharge | 8% | 0.6 | 5% |
| Unique Contract Programs | 30% | 2.3 | 20% |
| Other | 9% | 0.6 | 6% |
| Total | 100% | $7.5 | 64% |
| RCAF/RCR | | $3.1 | 27% |
| Net Total (Excludes $1.3 B Overlap) | | $9.3 | 80% |

Jerry P. Klym
09/13/2004 10:46 AM

To: Tina M. Wehrbein@UP
cc: Michael R. Shelton@UP, Linda A. Brandl@UP
Subject: Changes to UP 6603 and 6602 (Project 2048)

Tina:

Can you please make the following changes to UP 6603-A (3 changes) and UP 6602-A (2 changes) posted here: http://www.uprr.com/customers/energy/coal/circulars.shtml

Mike: can you go ahead with the notifications to the subscribers.
Thanks
JPK

----- Forwarded by Jerry P. Klym on 09/13/04 10:41 AM -----

Michael R. Shelton
09/09/04 03:52 PM

To: Jerry P. Klym@UP
cc:
Subject: Changes to UP 6603 and 6602 (Project 2048)

*Jerry -*

Attached are the revisions to UP 6602 & 6603 that you requested. They were issued today effective 10/1/04. Distribution to subscriber will be made as soon as possible.

6602A Page 2 -Check List-6th Revised.doc

6602-A Page 18.5-Item 610-1st Revised.doc

6603A Page 2-Check Sheet-7th Revised.doc

6603A Page 9-Item 330-1st Revised.doc

6603-A Page 19.5-Item 610-2nd Revised.doc

From:
Michael R. Shelton, Pricing Coordinator-Tariffs & Circulars
Union Pacific Railroad, Pricing Services
1400 Douglas Street, Stop 1340, Omaha, NE 68179-1340
Telephone = (402) 544-3607
FAX = (402) 501-0162
E-Mail = mrshelto@up.com

## Energy Group Fuel Surcharge Analysis

**UP's Current HDF Surcharge Percents-(.50% increment increases)**

| UPRR Fuel Price | OHD Avg Price | ARC | Surcharge Revenue | Avg Costs | Addl Fuel Costs | Fuel % Increase from base $0.75 | Avg Contb | Avg Fuel | PI | Current Programs UP Surch | BNSF Surc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 0-1.349 | $ 1,077 | | $ 652 | | | $ 425 | $ 114 | 1.65 | 0.0% | 0.0% |
| 80 | 1.35-1.399 | 1,093 | 16 | 660 | 8 | 7% | 434 | 122 | 1.66 | 1.5% | 2.0% |
| 85 | 1.40-1.449 | 1,099 | 22 | 667 | 15 | 13% | 431 | 129 | 1.65 | 2.0% | 3.0% |
| 90 | 1.45-1.499 | 1,104 | 27 | 675 | 23 | 20% | 429 | 137 | 1.64 | 2.5% | 3.5% |
| 95 | 1.50-1.549 | 1,109 | 32 | 682 | 30 | 27% | 427 | 144 | 1.63 | 3.0% | 4.0% |
| 100 | 1.55-1.599 | 1,115 | 38 | 690 | 38 | 33% | 425 | 152 | 1.62 | 3.5% | 4.5% |
| 105 | 1.60-1.649 | 1,120 | 43 | 698 | 46 | 40% | 422 | 160 | 1.61 | 4.0% | 5.5% |
| 110 | 1.65-1.699 | 1,125 | 48 | 705 | 53 | 47% | 420 | 167 | 1.60 | 4.5% | 6.0% |
| 115 | 1.70-1.749 | 1,131 | 54 | 713 | 61 | 53% | 418 | 175 | 1.59 | 5.0% | 6.5% |
| 120 | 1.75-1.799 | 1,136 | 59 | 720 | 68 | 60% | 416 | 182 | 1.58 | 5.5% | 7.0% |
| 125 | 1.80-1.849 | 1,142 | 65 | 728 | 76 | 67% | 414 | 190 | 1.57 | 6.0% | 8.0% |
| 130 | 1.85-1.899 | 1,147 | 70 | 736 | 84 | 73% | 411 | 198 | 1.56 | 6.5% | 8.5% |
| 135 | 1.90-1.949 | 1,152 | 75 | 743 | 91 | 80% | 409 | 205 | 1.55 | 7.0% | 9.0% |
| 140 | 1.95-1.999 | 1,158 | 81 | 751 | 99 | 87% | 407 | 213 | 1.54 | 7.5% | 9.5% |

UP PI drops by 10 points as price of fuel increases from $.75 to $1.35. At $1.05 UP diesel prices, the HDF surcharge does not keep up with expenses.

**New Proposed Table For Energy (Coal) Movements- (.75% increment increase@HDF$1.60)**

| UPRR Fuel Price | OHD Avg Price | 2004 ARC | Surcharge Revenue | 2004 Avg Costs | Addl Fuel Costs | Fuel % Increase from base $0.75 | Avg Contb | Avg Fuel | PI | UP Surch | BNSF Surc |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 0-1.349 | $ 1,097 | | $ 673 | | | $ 424 | $ 114 | 1.63 | 0.00% | 0.0% |
| 80 | 1.35-1.399 | 1,113 | 16 | 681 | 8 | 7% | 433 | 122 | 1.64 | 1.50% | 2.0% |
| 85 | 1.40-1.449 | 1,119 | 22 | 688 | 15 | 13% | 431 | 129 | 1.63 | 2.00% | 3.0% |
| 90 | 1.45-1.499 | 1,124 | 27 | 696 | 23 | 20% | 429 | 137 | 1.62 | 2.50% | 3.5% |
| 95 | 1.50-1.549 | 1,130 | 33 | 703 | 30 | 27% | 427 | 144 | 1.61 | 3.00% | 4.0% |
| 100 | 1.55-1.599 | 1,135 | 38 | 711 | 38 | 33% | 424 | 152 | 1.60 | 3.50% | 4.5% |
| 105 | 1.60-1.649 | 1,144 | 47 | 719 | 46 | 40% | 425 | 160 | 1.59 | 4.25% | 5.5% |
| 110 | 1.65-1.699 | 1,152 | 55 | 726 | 53 | 47% | 426 | 167 | 1.59 | 5.00% | 6.0% |
| 115 | 1.70-1.749 | 1,160 | 63 | 734 | 61 | 53% | 426 | 175 | 1.58 | 5.75% | 6.5% |
| 120 | 1.75-1.799 | 1,168 | 71 | 741 | 68 | 60% | 427 | 182 | 1.58 | 6.50% | 7.0% |
| 125 | 1.80-1.849 | 1,177 | 80 | 749 | 76 | 67% | 428 | 190 | 1.57 | 7.25% | 8.0% |
| 130 | 1.85-1.899 | 1,185 | 88 | 757 | 84 | 73% | 428 | 198 | 1.57 | 8.00% | 8.5% |
| 135 | 1.90-1.949 | 1,193 | 96 | 764 | 91 | 80% | 429 | 205 | 1.56 | 8.75% | 9.0% |
| 140 | 1.95-1.999 | 1,201 | 104 | 772 | 99 | 87% | 429 | 213 | 1.56 | 9.50% | 9.5% |

UP PI drops from 1.63 to 1.56 but new table ensures that UP recovers added fuel expenses for Energy business



HIGHLY CONFIDENTIAL
UPFSC0001252
UPNJ-08-0000587

Jerry P. Klym
10/01/2004 05:15 PM

To UPRR_M&S_ENERGY
cc
bcc
Subject Fuel Surcharge modification

Our new fuel surcharge announcement is here:

http://www.uprr.com/customers/energy/coal/fritz_letter_100104.shtml

Next week we will have a report of each of our contracts showing which surcharge they are currently subject to, and will begin coding them as appropriate to convert to the new schedule November 1.

Please let me or Jim Lusk know if you have questions.

JPK

UPNJ-08-0000607

CONFIDENTIAL
UPFSC0001272

**Energy**

## Letter From Lance Fritz, Vice President & General Manager - Energy

**Fuel Surcharge Modification**

October 1, 2004

Dear Shipper:

Union Pacific is modifying its fuel surcharge for coal shipments, which is currently published in UP Circular 6602, 6603, and 6605 Series. The modified surcharge will become effective for shipments billed on or after November 1, 2004, unless otherwise specified in the pricing document. The change is necessary due to the higher fuel consumption by coal trains compared to most other commodity types.

The surcharge will continue to be based on the DOE's On-Highway Diesel Fuel Price - (U.S. Average). The impact of this modification is focused on monthly HDF Average Price that exceeds $1.599. At the $1.60 threshold and above, each five-cent increase in HDF Average Price corresponds to an incremental 0.75% surcharge versus the current 0.5% incremental surcharge. Please refer to the **threshold schedule** for more details.

Please call your Union Pacific Business Manager if you have any questions.

Sincerely,



UPNJ-08-0000608

UPFSC0001273

DA01625

Energy

## Threshold Schedule

In the event the average price of Retail On-Highway Diesel Fuel (as set forth below, the "HDF Average Price"), calculated monthly based on prices reported on the U.S. Department of Energy Website (eia.doe.gov) equals or exceeds $1.35 per gallon, UP will apply a fuel surcharge to linehaul freight charges referencing or subject to this authority. The fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given HDF Average Price (e.g., a fuel surcharge applied beginning July 1 would be based on May's HDF Average Price).

The HDF Average Price for a given calendar month will be determined by adding the weekly Retail On-Highway Diesel Fuel prices reported on the U.S. Department of Energy Website (eia.doe.gov), and dividing the result by the number of weeks so reported. The result will be rounded to the nearest cent. If the Department of Energy ceases reporting of the price of Retail On-Highway Diesel Fuel, UP will employ a suitable substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the HDF Average Price ranges noted below:

| HDF AVERAGE PRICE (PER GALLON) | FUEL SURCHARGE (PERCENTAGE) |
|---|---|
| $0.00 to $1.349 | 0.00% |
| $1.35 to $1.399 | 1.50% |
| $1.40 to $1.449 | 2.00% |
| $1.45 to $1.499 | 2.50% |
| $1.50 to $1.549 | 3.00% |
| $1.55 to $1.599 | 3.50% |
| $1.60 to $1.649 | 4.25% |
| $1.65 to $1.699 | 5.00% |
| $1.70 to $1.749 | 5.75% |
| $1.75 to $1.799 | 6.50% |
| $1.80 to $1.849 | 7.25% |
| $1.85 to $1.899 | 8.00% |
| $1.90 to $1.949 | 8.75% |
| $1.95 to $1.999 | 9.50% |
| $2.00 to $2.049 | 10.25% |
| Each $0.05 per gallon increase thereafter | Additional 0.75% |

In no case will freight charge(s) be reduced below the Base Freight Charge(s) as a result of the application of this Item, nor will application or removal of the fuel surcharge be retroactive.

The surcharge in this item applies to those agreements that indicate they are subject to this circular by reference unless that same agreement contains either a fuel surcharge or a specific rate adjustment mechanism that is tied to the RCAFU or other index that contains a fuel component.

Energy

## Letter From Lance Fritz, Vice President & General Manager - Energy

**Fuel Surcharge Modification**

October 1, 2004

Dear Shipper:

Union Pacific is modifying its fuel surcharge for coal shipments, which is currently published in UP Circular 6602, 6603, and 6605 Series. The modified surcharge will become effective for shipments billed on or after November 1, 2004, unless otherwise specified in the pricing document. The change is necessary due to the higher fuel consumption by coal trains compared to most other commodity types.

The surcharge will continue to be based on the DOE's On-Highway Diesel Fuel Price - (U.S. Average). The impact of this modification is focused on monthly HDF Average Price that exceeds $1.599. At the $1.60 threshold and above, each five-cent increase in HDF Average Price corresponds to an incremental 0.75% surcharge versus the current 0.5% incremental surcharge. Please refer to the **threshold schedule** for more details.

Please call your Union Pacific Business Manager if you have any questions.

Sincerely,

UPNJ-08-0000610

UPFSC0001275

DA01627

**From:** Mark J. Draper
**To:** Chuck Adams@UP
**Sent:** 11/04/2004 05:41:09 PM
**Cc:** Ed J. Weber@UP;Chandra R. Henley@UP;Bret M. Brocky@UP;Trena K. Bryan@UP
**Subject:** Contact Person for Fuel Surcharge Information

Per Chandra Henley's recent phone-mail message to you, we would like the name of a contact person in your group who could help us in obtaining some fuel surcharge information.

Rob Knight has asked us to develop an analysis that identifies when we would expect to reach 100% recovery of additional fuel expense through the implementation of fuel surcharge programs. His basic questions is: When do I get to 100% if I implement the HDF program to all business as it becomes available for action (the expiration date of contracts, etc.).

To perform this analysis we need to know by each segment of our business 1) when does it come due and 2) which fuel surcharge program, if any, is currently being applied to that business. Our data does not include the fuel surcharge program data; that's where we need your help.

Please advise as to who in your group would be able to assist Bret Brocky and Trena Bryan with this effort. Thanks!

Chuck Adams
03/29/2005 10:54 AM

To: jack koraleski, Greg H. Sovey@UP
cc: Kurt H. Schroeder@UP, Shelley O. Holzworth@UP, Kurt E. Wilhelm@UP, Jim L. Gudowicz@UP

Subject: BNSF announces new Fuel Surcharge Program

Here is the link to the BNSF announcement concerning a mileage base fuel surcharge.

http://domino.bnsf.com/website/updates.nsf/updates-marketing-consumer/3DE9579FCC1AA97286256FD3004DE70B?Open

UPNJ-08-0000798

CONFIDENTIAL
UPFSC0001463

"Arnett, James A" <James.Arnett@bnsf.com> on 03/29/2005 09:31:26 AM

To: "Alby Pfeifer, NS" <ampfeife@nscorp.com>, "Carl Harrison, KCS" <carl.harrison@kcsr.com>, "Chuck Adams, UP" <CHUCKADAMS@UP.COM>, "Clyde McIntyre, CSXT" <clyde_mcintyre@csx.com>, "Denise Arcand, CN" <denise.arcand@cn.ca>, "Emily Pate, CSXT" <emily_pate@csx.com>, "Kelly Platt, KCS" <Kelly.Platt@kcsr.com>, "Kurt Shroeder, UP" <kurtschroeder@up.com>, "Larry Titus, KCS" <larry.l.titus@kcsr.com>, "Len Ford, CN" <Len.Ford@cn.ca>, "Lori Kennedy, CPR" <Lori_Kennedy@cpr.ca>, "Richard Rode, CPR" <richard_rode@cpr.ca>
cc: "Alice Bjork, Railinc" <Alice.Bjork@railinc.com>, "Rebecca Carter, Railinc" <rebecca.carter@railinc.com>, "Arnett, James A" <James.Arnett@bnsf.com>, "Anderson, Paul M" <Paul.Anderson1@bnsf.com>, "Gillen, George F" <George.Gillen@bnsf.com>, "Hoffman, Kathleen M" <Kathleen.Hoffman@bnsf.com>

Subject: BNSF announces new Fuel Surcharge Program

As info

http://domino.bnsf.com/website/updates.nsf/updates-marketing-consumer/3DE9579FCC1AA97286256FD3004DE70B?Open

Please call if you have any questions.

Thanks,

Jim

UPNJ-08-0000799

CONFIDENTIAL
UPFSC0001464

**Kurt H. Schroeder**
03/29/2005 02:45 PM

To: Kent D. Boettger@UP, James F. Lusk@UP, Martin J. Matukewicz@UP, Mary E. McArdle@UP, Bob M. Toy@UP
cc: Dave A. Gramlich@UP, Mike J. Devereaux@UP, (bcc: Alan P. Ratcliffe)
Subject: New BNSF Mileage Fuel Surcharge - Project 2188

Program details publicly available:

A. Rand McNally - HHG Miles Based

B. Highway Diesel Fuel Formula(s) will be established:
1. Coal & Taconite
2. Carload & Agricultural
3. Intermodal trailers
4. Double-stack containers

C. Applicable to:
1. BNSF system local traffic
2. BNSF local rates using handling carriers
3. BNSF portions of Rule 11 traffic

D. Target Effective Date: January 1, 2006

E. Interline Traffic will continue on BNSF HDF monthly average fuel surcharge program, which is same as UP's HDF standard........... No REN or ISS standards are currently in place to support mileage based fuel surcharge application to joint line traffic/prices

This is link to the BNSF announcement:
http://domino.bnsf.com/website/updates.nsf/updates-marketing-consumer/3DE9579FCC1AA97286256FD3004DE70B?Open

# MarketingNews

◆ Customer Updates Home

Customer Updates are designed to inform BNSF customers of new developments or changes relating to BNSF products, services, tools, prices or facilities.

To: BNSF Customers

03/29/2005

**BNSF Announces First Mileage-Based Fuel Surcharge Program in the Rail Industry**

Effective **January 1, 2006**, BNSF will replace its current fuel surcharge methodology—based on a percentage of a customer's freight transportation bill—with a mileage-based methodology based on fuel intensity.. This mileage-based fuel surcharge will t the first in the railroad industry.

In this era of tight transportation capacity, rapidly rising fuel prices and fuel-price volatility, we believe a mileage-based fuel surcharge program is the most direct and accurate method of reflecting the impact of fuel price changes on BNSF and our customers.

The mileage-based fuel surcharge will apply to movements that originate and terminate on BNSF, and to the BNSF portion of Rule 11 shipments--a type of interline shipment where each carrier bills the customer separately for their services. The mileag surcharge also will apply to certain movements involving BNSF and one or more short lines. *Joint-rate interline movements wi other Class I railroads will continue to be covered by BNSF's existing percentage fuel surcharge due to current interline billing systems and practices.*

**Mileage Calculations and Surcharge Tables**
Mileage calculations will be based on the Household Goods Carriers' (HHG) Mileage Guide (Rand McNally), and the surcharg tables will reflect the fuel use intensity of four types of rail movements: coal and taconite; carload and agricultural products; intermodal trailers; and intermodal doublestack containers. The surcharge tables will be based on the On-Highway Retail Dies Fuel (HDF) prices published by the Energy Information Administration of the U.S. Department of Energy.

**Implementation Date**
We will be working through a number of implementation issues in coming months. The effective date was set to January 1, 2006, to allow customers and BNSF adequate time to implement and test systems changes, since the change will require significant modifications to BNSF's computer systems and to some customers' systems.

Our goal is to implement a straightforward fuel surcharge program that can be administered without disrupting existing agreements and relationships. We will provide fuel intensity formulas and further details as they become available.

If you have any questions, please send an email to customerinterface @bnsf.com

Copyright © 2005 BNSF Railway Co. All Rights Reserved.
Site Terms of Use



**Kurt H. Schroeder**
08/16/2005 09:28 AM

To: Alan P. Ratcliffe@UP
cc:
Subject: New BNSF Mileage Fuel Surcharge - 1st Detail on BNSF Web

copy for project 2188. thanks.
----- Forwarded by Kurt H. Schroeder on 08/16/2005 09:27 AM -----



**Bob M. Toy**
08/16/2005 09:17 AM

To: UPRR_M&S_CONS_GOVT_WASTE, UPRR_M&S_FOREST, UPRR_M&S_M_M
cc: Chuck Adams@UP, Kurt H. Schroeder@UP
Subject: New BNSF Mileage Fuel Surcharge - 1st Detail on BNSF Web

*See legal guidance below.*

BNSF has posted the first specifics for its new mileage-based surcharge that is effective 1/1/06.

Info includes an FAQ, tables showing the surcharge factor per mile, and hypothethical examples. There are 5 different surcharge factors based on the business type (only one applies to carload). They'll have a new online mileage calculator by Oct 1.

In addition to the complexity of calculating miles and the need to maintain a different surcharge calculation for interline traffic, the % will change more frequently than today. We are not hearing of many customers who embrace the new approach. If you encounter positive feedback, please pass it along.

http://domino.bnsf.com/website/updates.nsf/updates-customer-industrial/75A8D67F0231CDAB86257057006CE2DE?Open

----- Forwarded by Bob M. Toy on 08/16/2005 09:06 AM -----



**Bob M. Toy**
03/29/2005 03:37 PM

To: UPRR_M&S_CONS_GOVT_WASTE, UPRR_M&S_FOREST, UPRR_M&S_M_M
cc: Kurt H. Schroeder@UP
Subject: New BNSF Mileage Fuel Surcharge

Legal guidance:
* BNSF information is taken directly from the BNSF public web site. There has been and should be no communication with BNSF concerning its prices to its customers, its pricing strategy or pricing policy - - past, present or future.
* No one should contact or communicate with BNSF (or any competitor for that matter) regarding any prices (other than joint line prices pertaining to shipments in which UP and the railroad being contacted both participate), the information below, or anticipated price actions.
* If there is any question concerning the appropriateness of such contact under the antitrust laws, call the Law Department prior to contacting the other railroad.

BNSF announced today that it is transitioning to a mileage-based fuel surcharge, effective 9 months from now. No specifics are available re %s. This change will not affect UP-BNSF interline pricing.

BNSF's news release said "we have heard our customers' concerns and we recognize their preference for a mileage-based system." Customers have expressed a desire for a cheaper surcharge, but I am not familiar with any requesting a mileage-based surcharge. Considering that such a change requires a technology investment and a mileage calculation in addition to knowing the rate, this wording seems to be a stretch. Let me know if one of your customers has expressed interest in this approach.

----- Forwarded by Bob M. Toy on 03/29/2005 03:23 PM -----



**Kurt H. Schroeder**
03/29/2005 02:45 PM

To: Kent D. Boettger@UP, James F. Lusk@UP, Martin J. Matukewicz@UP, Mary E. McArdle@UP, Bob M. Toy@UP
cc: Dave A. Gramlich@UP, Mike J. Devereaux@UP
Subject: New BNSF Mileage Fuel Surcharge - Project 2188

Program details publicly available:

A. Rand McNally - HHG Miles Based

B. Highway Diesel Fuel Formula(s) will be established:
1. Coal & Taconite
2. Carload & Agricultural
3. Intermodal trailers
4. Double-stack containers

C. Applicable to:
1. BNSF system local traffic
2. BNSF local rates using handling carriers
3. BNSF portions of Rule 11 traffic

D. Target Effective Date: January 1, 2006

E. Interline Traffic will <u>continue</u> on BNSF HDF monthly average fuel surcharge program, which is <u>same</u> as UP's HDF standard........... No REN or ISS standards are currently in place to support mileage based fuel surcharge application to joint line traffic/prices

This is link to the BNSF announcement:
http://domino.bnsf.com/website/updates.nsf/updates-marketing-consumer/3DE9579FCC1AA97286256FD3004DE70B?Open

Chuck Adams
08/18/2005 12:59 PM

To: Jack J. Koraleski@UP, Greg H. Sovey@UP
cc: Kurt H. Schroeder@UP

Subject: BNSF MILEAGE BASED FUEL SURCHARGE

As a follow-up to your voice mail, I am attaching a copy of the BNSF Mileage Based Fuel Surcharge. We have initiated an analysis.

BNSF MILEAGE BASE FUEL SURCHARG

*Chuck Adams*
*Union Pacific Railroad*
*1400 Douglas Street, STOP 1340*
*Omaha, Nebraska, 68179*
*Phone:* *402-544-5866*
*Fax:* *402-233-2798*
*e-mail:* ChuckAdams@UP.com
*Web:* WWW.UPRR.COM

BNSF RAILWAY

# **Customer**Letter

Back / Customer Updates Home

Customer Updates are designed to inform BNSF customers of new developments or changes relating to BNSF products, services, tools, prices or facilities.

**To: All BNSF Customers**

08/08/2005

**BNSF's Mileage-Based Fuel Surcharge**

August 8, 2005

Dear Valued BNSF Customer:

For a number of years, BNSF has assessed a fuel surcharge based on a percentage of a customer's freight bill. The fuel surcl BNSF to recover a portion of its increased expense when the price of diesel fuel increases significantly. The fuel surcharge pe changes as diesel fuel prices change.

In response to feedback from our customers, BNSF announced in March the railroad industry's first mileage-based fuel surch take effect Jan. 1, 2006. The effective date was set to allow customers and BNSF adequate time to design and implement sys

In this era of tight transportation capacity, rapidly rising fuel prices and fuel-price volatility, BNSF believes a mileage-based fu program is the most direct and accurate method of reflecting the impact of fuel price changes on BNSF and our valued custon

The mileage-based fuel surcharge will apply to BNSF local movements and to the BNSF portion of Rule 11 shipments. Joint-n movements with other Class I railroads will continue to be covered by BNSF's existing percentage fuel surcharge due to curre systems and practices.

Mileage-based fuel surcharge tables have been developed for five types of service:

- Coal Unit Trains
- Automotive
- All Other Carload
- Trailers
- Containers

The coal unit train surcharge will be based on BNSF rail mileage between origin and destination points; all other fuel surcharg on highway mileage as shown in the Household Goods Carriers' (HHG) Mileage Guide available through Rand McNally's Mile database. The fuel surcharge tables will be based on the On-Highway Retail Diesel Fuel (HDF) prices published by the Energ Administration of the U.S. Department of Energy.

The mileage-based fuel surcharge tables are attached to this e-mail message, along with some frequently asked questions an those questions. BNSF appreciates your business, and we look forward to working with you to implement this improved fuel-s program. Please contact your Marketing Representative if you have questions about the new program.

Sincerely,

UPNJ-08-0000894



UPFSC0001559

DA01636

08-08_Comparison Example - % to Mileage-Based FSC.doc 08-08_Customer FAQs.doc 08-08_Mileage Rate Tables 2005-08-01 paginatec

If you have any questions, please send an email to customerinterface @bnsf.com

Copyright © 2005 BNSF Railway Co. All Rights Reserved.
Site Terms of Use

UPNJ-08-0000895



UPFSC0001560

DA01637

## Hypothetical Comparison
## Of Mileage-Based Fuel Surcharge with Percentage Fuel Surcharge

These two hypothetical examples illustrate how BNSF's mileage-based fuel surcharge will be calculated effective Jan. 1, 2006, compared with how the percentage fuel surcharge is calculated today. The examples assume an HDF price of $2.21 per gallon. The examples also illustrate the following key features of the mileage-based program:

- Fairness – Freight moving in the same lanes and in like types of service will be assessed the same fuel surcharge.
- Impact of the mileage-based fuel surcharge compared with BNSF's present program. The key thing to note is that the impact will vary by customer. In the examples shown below, we see the following:
  - No impact for customer A
  - Surcharge decrease for customers B and C
  - Surcharge increase for customer D
- The mileage surcharge varies by type of service.

| | | | | FSC Program Methodology Comparison | | | |
|---|---|---|---|---|---|---|---|
| | | | | Revenue-based | | Mileage-based | |
| Customer | Service Type | Distance (Hwy Mi) | Line Haul Rate | % | Cost/Unit | $/mi | Cost/Unit |
| A | Carload | 1,000 | $ 2,500 | 10.0% | $ 250 | $ 0.250 | $ 250 |
| B | Carload | 1,000 | $ 2,750 | 10.0% | $ 275 | $ 0.250 | $ 250 |

*Example 2*

| | | | | FSC Program Methodology Comparison | | | |
|---|---|---|---|---|---|---|---|
| | | | | Revenue-based | | Mileage-based | |
| Customer | Service Type | Distance (Hwy Mi) | Line Haul Rate | % | Cost/Unit | $/mi | Cost/Unit |
| C | Trailer | 1,900 | $ 1,350 | 13.0% | $ 176 | $ 0.088 | $ 167 |
| D | Trailer | 1,900 | $ 1,275 | 13.0% | $ 166 | $ 0.088 | $ 167 |

FSC: Fuel surcharge

## Mileage-Based Fuel Surcharge Frequently Asked Questions August 2005

**What is Mileage Based Fuel Surcharge (MBFSC)?**

Most transportation companies assess a fuel surcharge to recover the incremental cost of high fuel prices, which is frequently those companies' primary uncontrollable expense. Railroads have traditionally applied fuel surcharge based on a percentage of revenue. During this time of high fuel prices, it became apparent that, in certain situations, a fuel surcharge based on percentage of revenue can create significant disparities between the fuel surcharge assessed and actual incremental fuel costs.

BNSF believes that moving to a mileage-based fuel surcharge will better align the fuel surcharge assessed to our customers with the actual incremental fuel cost of transporting their goods. While the total amount of fuel surcharge collected across BNSF's customer base will remain essentially constant, we believe that the inherent fairness of this model is worth the transition cost.

Since BNSF is the first railroad to transition to a mileage-based fuel surcharge, this model is not currently compatible with other railroads for interline (multi-railroad billing) shipments. Consequently, BNSF will continue to apply a percentage-based fuel surcharge for interline shipments and apply the mileage-based fuel surcharge to local (BNSF and certain shortlines) and Rule 11 (multi-railroad movements billed separately by each railroad) shipments only.

**What are your goals for the program?**

BNSF has strived to create a fuel surcharge program that, within the constraints of simplicity and auditability, is fair across our overall customer base, and uses an appropriate, industry-recognized third-party mileage source and a manageable set of fuel intensity tables to recognize differences in the fuel intensity of different groups of customers.

**What do you hope the program will achieve?**

BNSF hopes that our customers will embrace this MBFSC program as a fair mechanism to allow BNSF to recover the incremental cost of fuel used to transport their goods.

**What's driving MBFSC?**

The change in our fuel surcharge method is being made in response to customer requests to create a more fair and equitable fuel surcharge program.

**What does MBFSC mean to me?**

The mileage-based fuel surcharge program will affect different customers in different ways. There will be two principal impacts. First, there may be a change in your fuel surcharge assessment, and your bills may change as a result. Second, in order to implement MBFSC, those customers with freight bill auditing software will need to reprogram their systems. Questions may be referred to your BNSF account representative.

**How will you handle local vs. interline shipments?**

Local and Rule 11 moves will use the mileage-based fuel surcharge. A Rule 11 move is one in which each carrier's portion of a joint move is billed by that carrier. Non-Rule 11 interline shipments will continue to use the percentage-based fuel surcharge. Currently, the system used by the rail industry to electronically exchange interline billing and settlement information cannot accommodate a mileage-based fuel surcharge. Modifications to the industry system, as well as individual rail accounting systems, may be required before interline application can be considered.

**Why are there so many different tables?**

Fuel intensity varies significantly among the various kinds of traffic for which tables have been developed. The five tables reflect those variations better than the four tables BNSF had originally planned.

**Why highway miles?**

Both before and after BNSF's announcement of a mileage-based fuel surcharge program, feedback from customers other than unit train coal customers has indicated a preference for highway miles. In an effort to facilitate those customers' ease of doing business with BNSF, we have chosen to use highway miles for all shipments other than unit train coal shipments. In most cases highway miles compare closely with rail miles, and thus provide a good measure for actual fuel consumed by a shipment.

**Why rail miles for coal?**

Unit train coal customers generally indicated a preference for rail miles, since this customer segment is highly rail-centric.

**How will it look to us? Freight bills? EDI?**

The look of MBFSC billing will be little changed from the current percentage-based method. Fuel surcharge amounts will be included in most customer freight bills, and EDI billing will be similar. Freight bills will show miles (or percentage of revenue for interline shipments) used to calculate the fuel surcharge.

**When will you implement MBFSC?**

January 1, 2006. Representative fuel surcharge tables have been posted to www.bnsf.com under Customer Tools, Prices so that customers can begin work on the computer systems changes that may be necessary to implement MBFSC. Tables may change over time as BNSF and its customers gain experience with the MBFSC program; changes will be communicated via customer advisories.

**How will MBFSC program updates be communicated? How often?**

Carload surcharges will be updated monthly; the trailer and container surcharges will be updated weekly. Details will be provided to customers through BNSF's Pricing Updates and on the BNSF Web site. Changes in the program itself will be communicated to customers through customer advisories.

**Who's my single point of contact?**

Your single point of contact is your BNSF account contact.

**Will there be different mileage calculations for each O-D pair?**

Yes, each O-D pair will have a specific mileage associated with it. Our objective is for the mileage charged our customers to match closely the mileage between the O-D pairs, since mileage is closely associated with fuel use. Many of our customers already participate in mileage-based fuel surcharge programs that the trucking industry initiated in the early 1990s.

**Will there be a mileage grid or a tool I can use to determine mileage?**

Customers can come to the secured area of BNSF's Web site and pull up to 10 O-D pairs to create their own grid or mileage table. This tool should be available by October 1.

**If we can only provide weekly FSC, if the unit is billed this week, and gets delayed due to customer issue or BNSF issue, how will the FSC charge be handled?**

MBFSC will be assessed based on a shipment's waybill date, just as the percentage fuel surcharge is currently assessed.

**Will customers have input as to selecting the current form of fuel surcharge or the mileage fuel surcharge or will all be on the same basis, especially if some can't get systems in place by January 1 or ever.**

MBFSC will take effect January 1, 2006. In order to apply the MBFSC program fairly and equitably to all customers, individual customers will not be able to choose between percentage-based and mileage-based surcharges.

**I have rates and accruals built in my system, and I will need to know the fuel factor and the miles before I receive a bill so I can build the accrual. How far ahead of a bill can I find that information?**

The carload fuel surcharge for a given month will be determined on or near the first of the prior month based on the average On-Highway Retail Diesel Fuel (HDF) price published by the U.S. Department of Energy for the second prior month. The intermodal fuel surcharge for a given week (Wednesday through the following Tuesday) will be determined on Tuesday of that week based on the current HDF price. The Household Goods Carriers' (HHG) Mileage Guide available through Rand McNally's MileMaker® database is the source of highway miles.

**Trains are often rerouted due to various reasons adding significant additional miles. Will our customers' mileage for FSC reflect this?**

No. The coal surcharge will be based on a specific BNSF rail mileage between origin and destination points; all other surcharges will be based on highway mileage as shown in the Household Goods Carriers' (HHG) Mileage Guide available from Rand McNally. Neither of these mileages reflect reroute miles.

**I have a mix of BNSF single line and BNSF joint line traffic. Will it be necessary for me to maintain two different accounting systems to accrue and pay two different BNSF fuel surcharges?**

Yes. Since BNSF is the first railroad to transition to a mileage-based fuel surcharge, this model is not currently compatible with other railroads for interline (multi-railroad billing) shipments. Consequently, BNSF will continue to apply a percentage-based fuel surcharge for interline shipments and apply the mileage-based fuel surcharge to local (BNSF and certain shortlines) and Rule 11 (multi-railroad movements billed separately by each railroad) shipments only.

**If the fuel price goes down in the future, is the customer still responsible for MBFSC?**

Yes, according to the mileage-based fuel surcharge tables, as long as the HDF price remains above the strike price (price at which fuel surcharge will be assessed). The strike price will remain the same under the carload mileage fuel surcharge as it was under the percentage fuel surcharge: HDF price of $1.25 per gallon. For Intermodal and Coal the HDF strike price will change from $1.24 to $1.25 per gallon.

**Why doesn't weight play into all of this? You may have a carload of sand that's very heavy and uses a lot more fuel than a boxcar of glass mats - all going to the same destination and being charged the same FSC.**

The most accurate way would be to base on gross ton miles with terrain, switching, and other considerations factored in. However, this degree of sophistication is not compatible with the real-world business need for simplicity and customer auditability. Please note that the fuel intensity that is used to build the tables already reflects the exact fuel usage of the trains in each of the five groups.

**In an arena such as whole grains where BNSF maintains rate spreads between unit sizes, how will you maintain those spreads with a MBFSC vs. one based on rates?**
The spread will be maintained in the rate but cannot be maintained in the fuel surcharge. Since the mileage-based fuel surcharge is a flat charge, not a differential charge, it will be applied equally to all rates between the same O-D pair.

**How will fuel surcharge (mileage) be calculated for rates that are not from one origin to one destination -- I.E. state-to-state rates and group-to-group rates?**

The mileage-based fuel surcharge will be calculated based on actual origin and destination as listed on the waybill.

**What are we doing to get other lines to follow same on interline basis? Are we having any discussions with connecting carriers along these lines?**

Each railroad will make its own decision on fuel surcharges, as it does now.

## BNSF Mileage-Based Fuel Surcharge Tables

**Coal Unit Trains**

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| | 1.249 | 0.00 |
| 1.250 | 1.309 | 0.01 |
| 1.310 | 1.369 | 0.02 |
| 1.370 | 1.429 | 0.03 |
| 1.430 | 1.489 | 0.04 |
| 1.490 | 1.549 | 0.05 |
| 1.550 | 1.609 | 0.06 |
| 1.610 | 1.669 | 0.07 |
| 1.670 | 1.729 | 0.08 |
| 1.730 | 1.789 | 0.09 |
| 1.790 | 1.849 | 0.10 |
| 1.850 | 1.909 | 0.11 |
| 1.910 | 1.969 | 0.12 |
| 1.970 | 2.029 | 0.13 |
| 2.030 | 2.089 | 0.14 |
| 2.090 | 2.149 | 0.15 |
| 2.150 | 2.209 | 0.16 |
| 2.210 | 2.269 | 0.17 |
| 2.270 | 2.329 | 0.18 |
| 2.330 | 2.389 | 0.19 |
| 2.390 | 2.449 | 0.20 |
| 2.450 | 2.509 | 0.21 |

## BNSF Mileage-Based Fuel Surcharge Tables

**Automotive**

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| | 1.249 | 0.00 |
| 1.250 | 1.299 | 0.01 |
| 1.300 | 1.349 | 0.02 |
| 1.350 | 1.399 | 0.03 |
| 1.400 | 1.449 | 0.04 |
| 1.450 | 1.499 | 0.05 |
| 1.500 | 1.549 | 0.06 |
| 1.550 | 1.599 | 0.07 |
| 1.600 | 1.649 | 0.08 |
| 1.650 | 1.699 | 0.09 |
| 1.700 | 1.749 | 0.10 |
| 1.750 | 1.799 | 0.11 |
| 1.800 | 1.849 | 0.12 |
| 1.850 | 1.899 | 0.13 |
| 1.900 | 1.949 | 0.14 |
| 1.950 | 1.999 | 0.15 |
| 2.000 | 2.049 | 0.16 |
| 2.050 | 2.099 | 0.17 |
| 2.100 | 2.149 | 0.18 |
| 2.150 | 2.199 | 0.19 |
| 2.200 | 2.249 | 0.20 |
| 2.250 | 2.299 | 0.21 |
| 2.300 | 2.349 | 0.22 |
| 2.350 | 2.399 | 0.23 |
| 2.400 | 2.449 | 0.24 |
| 2.450 | 2.499 | 0.25 |
| 2.500 | 2.549 | 0.26 |

**BNSF Mileage-Based Fuel Surcharge Tables**

**All Other Carload**

| Highway Diesel Fuel Price | | Fuel Surcharge |
|---|---|---|
| At Least | But Less Than | $ per Mile |
| | 1.249 | 0.00 |
| 1.250 | 1.289 | 0.01 |
| 1.290 | 1.329 | 0.02 |
| 1.330 | 1.369 | 0.03 |
| 1.370 | 1.409 | 0.04 |
| 1.410 | 1.449 | 0.05 |
| 1.450 | 1.489 | 0.06 |
| 1.490 | 1.529 | 0.07 |
| 1.530 | 1.569 | 0.08 |
| 1.570 | 1.609 | 0.09 |
| 1.610 | 1.649 | 0.10 |
| 1.650 | 1.689 | 0.11 |
| 1.690 | 1.729 | 0.12 |
| 1.730 | 1.769 | 0.13 |
| 1.770 | 1.809 | 0.14 |
| 1.810 | 1.849 | 0.15 |
| 1.850 | 1.889 | 0.16 |
| 1.890 | 1.929 | 0.17 |
| 1.930 | 1.969 | 0.18 |
| 1.970 | 2.009 | 0.19 |
| 2.010 | 2.049 | 0.20 |
| 2.050 | 2.089 | 0.21 |
| 2.090 | 2.129 | 0.22 |
| 2.130 | 2.169 | 0.23 |
| 2.170 | 2.209 | 0.24 |
| 2.210 | 2.249 | 0.25 |
| 2.250 | 2.289 | 0.26 |
| 2.290 | 2.329 | 0.27 |
| 2.330 | 2.369 | 0.28 |
| 2.370 | 2.409 | 0.29 |
| 2.410 | 2.449 | 0.30 |
| 2.450 | 2.489 | 0.31 |
| 2.490 | 2.529 | 0.32 |

## BNSF Mileage-Based Fuel Surcharge Tables

Containers

| Highway Diesel Fuel Price | | Fuel |
|---|---|---|
| | But | Surcharge |
| At Least | Less Than | $ per Mile |
| | 1.249 | 0.000 |
| 1.250 | 1.285 | 0.002 |
| 1.286 | 1.321 | 0.004 |
| 1.322 | 1.357 | 0.006 |
| 1.358 | 1.393 | 0.008 |
| 1.394 | 1.429 | 0.010 |
| 1.430 | 1.465 | 0.012 |
| 1.466 | 1.501 | 0.014 |
| 1.502 | 1.537 | 0.016 |
| 1.538 | 1.573 | 0.018 |
| 1.574 | 1.609 | 0.020 |
| 1.610 | 1.645 | 0.022 |
| 1.646 | 1.681 | 0.024 |
| 1.682 | 1.717 | 0.026 |
| 1.718 | 1.753 | 0.028 |
| 1.754 | 1.789 | 0.030 |
| 1.790 | 1.825 | 0.032 |
| 1.826 | 1.861 | 0.034 |
| 1.862 | 1.897 | 0.036 |
| 1.898 | 1.933 | 0.038 |
| 1.934 | 1.969 | 0.040 |
| 1.970 | 2.005 | 0.042 |
| 2.006 | 2.041 | 0.044 |
| 2.042 | 2.077 | 0.046 |
| 2.078 | 2.113 | 0.048 |
| 2.114 | 2.149 | 0.050 |
| 2.150 | 2.185 | 0.052 |
| 2.186 | 2.221 | 0.054 |
| 2.222 | 2.257 | 0.056 |
| 2.258 | 2.293 | 0.058 |
| 2.294 | 2.329 | 0.060 |
| 2.330 | 2.365 | 0.062 |
| 2.366 | 2.401 | 0.064 |
| 2.402 | 2.437 | 0.066 |
| 2.438 | 2.473 | 0.068 |
| 2.474 | 2.509 | 0.070 |

## BNSF Mileage-Based Fuel Surcharge Tables

**Trailers**

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| | 1.249 | 0.000 |
| 1.250 | 1.271 | 0.002 |
| 1.272 | 1.293 | 0.004 |
| 1.294 | 1.315 | 0.006 |
| 1.316 | 1.337 | 0.008 |
| 1.338 | 1.359 | 0.010 |
| 1.360 | 1.381 | 0.012 |
| 1.382 | 1.403 | 0.014 |
| 1.404 | 1.425 | 0.016 |
| 1.426 | 1.447 | 0.018 |
| 1.448 | 1.469 | 0.020 |
| 1.470 | 1.491 | 0.022 |
| 1.492 | 1.513 | 0.024 |
| 1.514 | 1.535 | 0.026 |
| 1.536 | 1.557 | 0.028 |
| 1.558 | 1.579 | 0.030 |
| 1.580 | 1.601 | 0.032 |
| 1.602 | 1.623 | 0.034 |
| 1.624 | 1.645 | 0.036 |
| 1.646 | 1.667 | 0.038 |
| 1.668 | 1.689 | 0.040 |
| 1.690 | 1.711 | 0.042 |
| 1.712 | 1.733 | 0.044 |
| 1.734 | 1.755 | 0.046 |
| 1.756 | 1.777 | 0.048 |
| 1.778 | 1.799 | 0.050 |
| 1.800 | 1.821 | 0.052 |
| 1.822 | 1.843 | 0.054 |
| 1.844 | 1.865 | 0.056 |
| Continued in right column | | |
| Continued from left column | | |
| 1.866 | 1.887 | 0.058 |
| 1.888 | 1.909 | 0.060 |
| 1.910 | 1.931 | 0.062 |
| 1.932 | 1.953 | 0.064 |
| 1.954 | 1.975 | 0.066 |
| 1.976 | 1.997 | 0.068 |
| 1.998 | 2.019 | 0.070 |
| 2.020 | 2.041 | 0.072 |
| 2.042 | 2.063 | 0.074 |
| 2.064 | 2.085 | 0.076 |
| 2.086 | 2.107 | 0.078 |
| 2.108 | 2.129 | 0.080 |
| 2.130 | 2.151 | 0.082 |
| 2.152 | 2.173 | 0.084 |
| 2.174 | 2.195 | 0.086 |
| 2.196 | 2.217 | 0.088 |
| 2.218 | 2.239 | 0.090 |
| 2.240 | 2.261 | 0.092 |
| 2.262 | 2.283 | 0.094 |
| 2.284 | 2.305 | 0.096 |
| 2.306 | 2.327 | 0.098 |
| 2.328 | 2.349 | 0.100 |
| 2.350 | 2.371 | 0.102 |
| 2.372 | 2.393 | 0.104 |
| 2.394 | 2.415 | 0.106 |
| 2.416 | 2.437 | 0.108 |
| 2.438 | 2.459 | 0.110 |
| 2.460 | 2.481 | 0.112 |
| 2.482 | 2.503 | 0.114 |

Chuck Adams
08/18/2005 03:35 PM

To: Chandra R. Henley@UP
cc: Greg H. Sovey@UP

Subject: BNSF MILEAGE BASED FUEL SURCHARGE

Chandra, the BNSF is proposing a new surcharge. Here are the details. Jack is asking we do an analysis on it. Can we get with you team tomorrow to discuss an approach? Let me know.

BNSF MILEAGE BASE FUEL SURCHARG


*Chuck Adams*
*Union Pacific Railroad*
*1400 Douglas Street, STOP 1340*
*Omaha, Nebraska, 68179*
*Phone: 402-544-5866*
*Fax: 402-233-2798*
*e-mail:* ChuckAdams@UP.com
*Web:* WWW.UPRR.COM

BNSF RAILWAY

# CustomerLetter



Customer Updates are designed to inform BNSF customers of new developments or changes relating to BNSF products, services, tools, prices or facilities.

**To: All BNSF Customers**

08/08/2005

**BNSF's Mileage-Based Fuel Surcharge**

August 8, 2005

Dear Valued BNSF Customer:

For a number of years, BNSF has assessed a fuel surcharge based on a percentage of a customer's freight bill. The fuel surcl BNSF to recover a portion of its increased expense when the price of diesel fuel increases significantly. The fuel surcharge pe changes as diesel fuel prices change.

In response to feedback from our customers, BNSF announced in March the railroad industry's first mileage-based fuel surcha take effect Jan. 1, 2006. The effective date was set to allow customers and BNSF adequate time to design and implement sys

In this era of tight transportation capacity, rapidly rising fuel prices and fuel-price volatility, BNSF believes a mileage-based fue program is the most direct and accurate method of reflecting the impact of fuel price changes on BNSF and our valued custon

The mileage-based fuel surcharge will apply to BNSF local movements and to the BNSF portion of Rule 11 shipments. Joint-n movements with other Class I railroads will continue to be covered by BNSF's existing percentage fuel surcharge due to curre systems and practices.

Mileage-based fuel surcharge tables have been developed for five types of service:

- Coal Unit Trains
- Automotive
- All Other Carload
- Trailers
- Containers

The coal unit train surcharge will be based on BNSF rail mileage between origin and destination points; all other fuel surcharg on highway mileage as shown in the Household Goods Carriers' (HHG) Mileage Guide available through Rand McNally's Mile database. The fuel surcharge tables will be based on the On-Highway Retail Diesel Fuel (HDF) prices published by the Energ Administration of the U.S. Department of Energy.

The mileage-based fuel surcharge tables are attached to this e-mail message, along with some frequently asked questions an those questions. BNSF appreciates your business, and we look forward to working with you to implement this improved fuel-s program. Please contact your Marketing Representative if you have questions about the new program.

Sincerely,

**UPNJ-08-0000907**

08-08_Comparison Example - % to Mileage-Based FSC.doc 08-08_Customer FAQs.doc 08-08_Mileage Rate Tables 2005-08-01 paginatec

If you have any questions, please send an email to customerinterface @bnsf.com

Copyright © 2005 BNSF Railway Co. All Rights Reserved.
Site Terms of Use

**Hypothetical Comparison**
**Of Mileage-Based Fuel Surcharge with Percentage Fuel Surcharge**

These two hypothetical examples illustrate how BNSF's mileage-based fuel surcharge will be calculated effective Jan. 1, 2006, compared with how the percentage fuel surcharge is calculated today. The examples assume an HDF price of $2.21 per gallon. The examples also illustrate the following key features of the mileage-based program:

- Fairness – Freight moving in the same lanes and in like types of service will be assessed the same fuel surcharge.
- Impact of the mileage-based fuel surcharge compared with BNSF's present program. The key thing to note is that the impact will vary by customer. In the examples shown below, we see the following:
    - No impact for customer A
    - Surcharge decrease for customers B and C
    - Surcharge increase for customer D
- The mileage surcharge varies by type of service.

| Customer | Service Type | Distance (Hwy Mi) | Line Haul Rate | FSC Program Methodology Comparison: Revenue-based % | Revenue-based Cost/Unit | Mileage-based $/mi | Mileage-based Cost/Unit |
|---|---|---|---|---|---|---|---|
| A | Carload | 1,000 | $ 2,500 | 10.0% | $ 250 | $ 0.250 | $ 250 |
| B | Carload | 1,000 | $ 2,750 | 10.0% | $ 275 | $ 0.250 | $ 250 |

***Example 2***

| Customer | Service Type | Distance (Hwy Mi) | Line Haul Rate | FSC Program Methodology Comparison: Revenue-based % | Revenue-based Cost/Unit | Mileage-based $/mi | Mileage-based Cost/Unit |
|---|---|---|---|---|---|---|---|
| C | Trailer | 1,900 | $ 1,350 | 13.0% | $ 176 | $ 0.088 | $ 167 |
| D | Trailer | 1,900 | $ 1,275 | 13.0% | $ 166 | $ 0.088 | $ 167 |

FSC: Fuel surcharge

UPNJ-08-0000909

UPFSC0001574

DA01651

## Mileage-Based Fuel Surcharge Frequently Asked Questions August 2005

**What is Mileage Based Fuel Surcharge (MBFSC)?**

Most transportation companies assess a fuel surcharge to recover the incremental cost of high fuel prices, which is frequently those companies' primary uncontrollable expense. Railroads have traditionally applied fuel surcharge based on a percentage of revenue. During this time of high fuel prices, it became apparent that, in certain situations, a fuel surcharge based on percentage of revenue can create significant disparities between the fuel surcharge assessed and actual incremental fuel costs.

BNSF believes that moving to a mileage-based fuel surcharge will better align the fuel surcharge assessed to our customers with the actual incremental fuel cost of transporting their goods. While the total amount of fuel surcharge collected across BNSF's customer base will remain essentially constant, we believe that the inherent fairness of this model is worth the transition cost.

Since BNSF is the first railroad to transition to a mileage-based fuel surcharge, this model is not currently compatible with other railroads for interline (multi-railroad billing) shipments. Consequently, BNSF will continue to apply a percentage-based fuel surcharge for interline shipments and apply the mileage-based fuel surcharge to local (BNSF and certain shortlines) and Rule 11 (multi-railroad movements billed separately by each railroad) shipments only.

**What are your goals for the program?**

BNSF has strived to create a fuel surcharge program that, within the constraints of simplicity and auditability, is fair across our overall customer base, and uses an appropriate, industry-recognized third-party mileage source and a manageable set of fuel intensity tables to recognize differences in the fuel intensity of different groups of customers.

**What do you hope the program will achieve?**

BNSF hopes that our customers will embrace this MBFSC program as a fair mechanism to allow BNSF to recover the incremental cost of fuel used to transport their goods.

**What's driving MBFSC?**

The change in our fuel surcharge method is being made in response to customer requests to create a more fair and equitable fuel surcharge program.

**What does MBFSC mean to me?**

The mileage-based fuel surcharge program will affect different customers in different ways. There will be two principal impacts. First, there may be a change in your fuel surcharge assessment, and your bills may change as a result. Second, in order to implement MBFSC, those customers with freight bill auditing software will need to reprogram their systems. Questions may be referred to your BNSF account representative.

**How will you handle local vs. interline shipments?**

Local and Rule 11 moves will use the mileage-based fuel surcharge. A Rule 11 move is one in which each carrier's portion of a joint move is billed by that carrier. Non-Rule 11 interline shipments will continue to use the percentage-based fuel surcharge. Currently, the system used by the rail industry to electronically exchange interline billing and settlement information cannot accommodate a mileage-based fuel surcharge. Modifications to the industry system, as well as individual rail accounting systems, may be required before interline application can be considered.

**Why are there so many different tables?**

Fuel intensity varies significantly among the various kinds of traffic for which tables have been developed. The five tables reflect those variations better than the four tables BNSF had originally planned.

**Why highway miles?**

Both before and after BNSF's announcement of a mileage-based fuel surcharge program, feedback from customers other than unit train coal customers has indicated a preference for highway miles. In an effort to facilitate those customers' ease of doing business with BNSF, we have chosen to use highway miles for all shipments other than unit train coal shipments. In most cases highway miles compare closely with rail miles, and thus provide a good measure for actual fuel consumed by a shipment.

**Why rail miles for coal?**

Unit train coal customers generally indicated a preference for rail miles, since this customer segment is highly rail-centric.

**How will it look to us? Freight bills? EDI?**

The look of MBFSC billing will be little changed from the current percentage-based method. Fuel surcharge amounts will be included in most customer freight bills, and EDI billing will be similar. Freight bills will show miles (or percentage of revenue for interline shipments) used to calculate the fuel surcharge.

**When will you implement MBFSC?**

January 1, 2006. Representative fuel surcharge tables have been posted to www.bnsf.com under Customer Tools, Prices so that customers can begin work on the computer systems changes that may be necessary to implement MBFSC. Tables may change over time as BNSF and its customers gain experience with the MBFSC program; changes will be communicated via customer advisories.

**How will MBFSC program updates be communicated? How often?**

Carload surcharges will be updated monthly; the trailer and container surcharges will be updated weekly. Details will be provided to customers through BNSF's Pricing Updates and on the BNSF Web site. Changes in the program itself will be communicated to customers through customer advisories.

**Who's my single point of contact?**

Your single point of contact is your BNSF account contact.

**Will there be different mileage calculations for each O-D pair?**

Yes, each O-D pair will have a specific mileage associated with it. Our objective is for the mileage charged our customers to match closely the mileage between the O-D pairs, since mileage is closely associated with fuel use. Many of our customers already participate in mileage-based fuel surcharge programs that the trucking industry initiated in the early 1990s.

**Will there be a mileage grid or a tool I can use to determine mileage?**

Customers can come to the secured area of BNSF's Web site and pull up to 10 O-D pairs to create their own grid or mileage table. This tool should be available by October 1.

**If we can only provide weekly FSC, if the unit is billed this week, and gets delayed due to customer issue or BNSF issue, how will the FSC charge be handled?**

MBFSC will be assessed based on a shipment's waybill date, just as the percentage fuel surcharge is currently assessed.

**Will customers have input as to selecting the current form of fuel surcharge or the mileage fuel surcharge or will all be on the same basis, especially if some can't get systems in place by January 1 or ever.**

MBFSC will take effect January 1, 2006. In order to apply the MBFSC program fairly and equitably to all customers, individual customers will not be able to choose between percentage-based and mileage-based surcharges.

**I have rates and accruals built in my system, and I will need to know the fuel factor and the miles before I receive a bill so I can build the accrual. How far ahead of a bill can I find that information?**

The carload fuel surcharge for a given month will be determined on or near the first of the prior month based on the average On-Highway Retail Diesel Fuel (HDF) price published by the U.S. Department of Energy for the second prior month. The intermodal fuel surcharge for a given week (Wednesday through the following Tuesday) will be determined on Tuesday of that week based on the current HDF price. The Household Goods Carriers' (HHG) Mileage Guide available through Rand McNally's MileMaker® database is the source of highway miles.

**Trains are often rerouted due to various reasons adding significant additional miles. Will our customers' mileage for FSC reflect this?**

No. The coal surcharge will be based on a specific BNSF rail mileage between origin and destination points; all other surcharges will be based on highway mileage as shown in the Household Goods Carriers' (HHG) Mileage Guide available from Rand McNally. Neither of these mileages reflect reroute miles.

**I have a mix of BNSF single line and BNSF joint line traffic. Will it be necessary for me to maintain two different accounting systems to accrue and pay two different BNSF fuel surcharges?**

Yes. Since BNSF is the first railroad to transition to a mileage-based fuel surcharge, this model is not currently compatible with other railroads for interline (multi-railroad billing) shipments. Consequently, BNSF will continue to apply a percentage-based fuel surcharge for interline shipments and apply the mileage-based fuel surcharge to local (BNSF and certain shortlines) and Rule 11 (multi-railroad movements billed separately by each railroad) shipments only.

**If the fuel price goes down in the future, is the customer still responsible for MBFSC?**

Yes, according to the mileage-based fuel surcharge tables, as long as the HDF price remains above the strike price (price at which fuel surcharge will be assessed). The strike price will remain the same under the carload mileage fuel surcharge as it was under the percentage fuel surcharge: HDF price of $1.25 per gallon. For Intermodal and Coal the HDF strike price will change from $1.24 to $1.25 per gallon.

**Why doesn't weight play into all of this? You may have a carload of sand that's very heavy and uses a lot more fuel than a boxcar of glass mats - all going to the same destination and being charged the same FSC.**

The most accurate way would be to base on gross ton miles with terrain, switching, and other considerations factored in. However, this degree of sophistication is not compatible with the real-world business need for simplicity and customer auditability. Please note that the fuel intensity that is used to build the tables already reflects the exact fuel usage of the trains in each of the five groups.

**In an arena such as whole grains where BNSF maintains rate spreads between unit sizes, how will you maintain those spreads with a MBFSC vs. one based on rates?**

The spread will be maintained in the rate but cannot be maintained in the fuel surcharge. Since the mileage-based fuel surcharge is a flat charge, not a differential charge, it will be applied equally to all rates between the same O-D pair.

**How will fuel surcharge (mileage) be calculated for rates that are not from one origin to one destination -- I.E. state-to-state rates and group-to-group rates?**

The mileage-based fuel surcharge will be calculated based on actual origin and destination as listed on the waybill.

**What are we doing to get other lines to follow same on interline basis? Are we having any discussions with connecting carriers along these lines?**

Each railroad will make its own decision on fuel surcharges, as it does now.

## BNSF Mileage-Based Fuel Surcharge Tables

**Coal Unit Trains**

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| | 1.249 | 0.00 |
| 1.250 | 1.309 | 0.01 |
| 1.310 | 1.369 | 0.02 |
| 1.370 | 1.429 | 0.03 |
| 1.430 | 1.489 | 0.04 |
| 1.490 | 1.549 | 0.05 |
| 1.550 | 1.609 | 0.06 |
| 1.610 | 1.669 | 0.07 |
| 1.670 | 1.729 | 0.08 |
| 1.730 | 1.789 | 0.09 |
| 1.790 | 1.849 | 0.10 |
| 1.850 | 1.909 | 0.11 |
| 1.910 | 1.969 | 0.12 |
| 1.970 | 2.029 | 0.13 |
| 2.030 | 2.089 | 0.14 |
| 2.090 | 2.149 | 0.15 |
| 2.150 | 2.209 | 0.16 |
| 2.210 | 2.269 | 0.17 |
| 2.270 | 2.329 | 0.18 |
| 2.330 | 2.389 | 0.19 |
| 2.390 | 2.449 | 0.20 |
| 2.450 | 2.509 | 0.21 |

**BNSF Mileage-Based Fuel Surcharge Tables**

**Automotive**

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| | 1.249 | 0.00 |
| 1.250 | 1.299 | 0.01 |
| 1.300 | 1.349 | 0.02 |
| 1.350 | 1.399 | 0.03 |
| 1.400 | 1.449 | 0.04 |
| 1.450 | 1.499 | 0.05 |
| 1.500 | 1.549 | 0.06 |
| 1.550 | 1.599 | 0.07 |
| 1.600 | 1.649 | 0.08 |
| 1.650 | 1.699 | 0.09 |
| 1.700 | 1.749 | 0.10 |
| 1.750 | 1.799 | 0.11 |
| 1.800 | 1.849 | 0.12 |
| 1.850 | 1.899 | 0.13 |
| 1.900 | 1.949 | 0.14 |
| 1.950 | 1.999 | 0.15 |
| 2.000 | 2.049 | 0.16 |
| 2.050 | 2.099 | 0.17 |
| 2.100 | 2.149 | 0.18 |
| 2.150 | 2.199 | 0.19 |
| 2.200 | 2.249 | 0.20 |
| 2.250 | 2.299 | 0.21 |
| 2.300 | 2.349 | 0.22 |
| 2.350 | 2.399 | 0.23 |
| 2.400 | 2.449 | 0.24 |
| 2.450 | 2.499 | 0.25 |
| 2.500 | 2.549 | 0.26 |

## BNSF Mileage-Based Fuel Surcharge Tables

**All Other Carload**

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| - | 1.249 | 0.00 |
| 1.250 | 1.289 | 0.01 |
| 1.290 | 1.329 | 0.02 |
| 1.330 | 1.369 | 0.03 |
| 1.370 | 1.409 | 0.04 |
| 1.410 | 1.449 | 0.05 |
| 1.450 | 1.489 | 0.06 |
| 1.490 | 1.529 | 0.07 |
| 1.530 | 1.569 | 0.08 |
| 1.570 | 1.609 | 0.09 |
| 1.610 | 1.649 | 0.10 |
| 1.650 | 1.689 | 0.11 |
| 1.690 | 1.729 | 0.12 |
| 1.730 | 1.769 | 0.13 |
| 1.770 | 1.809 | 0.14 |
| 1.810 | 1.849 | 0.15 |
| 1.850 | 1.889 | 0.16 |
| 1.890 | 1.929 | 0.17 |
| 1.930 | 1.969 | 0.18 |
| 1.970 | 2.009 | 0.19 |
| 2.010 | 2.049 | 0.20 |
| 2.050 | 2.089 | 0.21 |
| 2.090 | 2.129 | 0.22 |
| 2.130 | 2.169 | 0.23 |
| 2.170 | 2.209 | 0.24 |
| 2.210 | 2.249 | 0.25 |
| 2.250 | 2.289 | 0.26 |
| 2.290 | 2.329 | 0.27 |
| 2.330 | 2.369 | 0.28 |
| 2.370 | 2.409 | 0.29 |
| 2.410 | 2.449 | 0.30 |
| 2.450 | 2.489 | 0.31 |
| 2.490 | 2.529 | 0.32 |

## BNSF Mileage-Based Fuel Surcharge Tables

Containers

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| | 1.249 | 0.000 |
| 1.250 | 1.285 | 0.002 |
| 1.286 | 1.321 | 0.004 |
| 1.322 | 1.357 | 0.006 |
| 1.358 | 1.393 | 0.008 |
| 1.394 | 1.429 | 0.010 |
| 1.430 | 1.465 | 0.012 |
| 1.466 | 1.501 | 0.014 |
| 1.502 | 1.537 | 0.016 |
| 1.538 | 1.573 | 0.018 |
| 1.574 | 1.609 | 0.020 |
| 1.610 | 1.645 | 0.022 |
| 1.646 | 1.681 | 0.024 |
| 1.682 | 1.717 | 0.026 |
| 1.718 | 1.753 | 0.028 |
| 1.754 | 1.789 | 0.030 |
| 1.790 | 1.825 | 0.032 |
| 1.826 | 1.861 | 0.034 |
| 1.862 | 1.897 | 0.036 |
| 1.898 | 1.933 | 0.038 |
| 1.934 | 1.969 | 0.040 |
| 1.970 | 2.005 | 0.042 |
| 2.006 | 2.041 | 0.044 |
| 2.042 | 2.077 | 0.046 |
| 2.078 | 2.113 | 0.048 |
| 2.114 | 2.149 | 0.050 |
| 2.150 | 2.185 | 0.052 |
| 2.186 | 2.221 | 0.054 |
| 2.222 | 2.257 | 0.056 |
| 2.258 | 2.293 | 0.058 |
| 2.294 | 2.329 | 0.060 |
| 2.330 | 2.365 | 0.062 |
| 2.366 | 2.401 | 0.064 |
| 2.402 | 2.437 | 0.066 |
| 2.438 | 2.473 | 0.068 |
| 2.474 | 2.509 | 0.070 |

## BNSF Mileage-Based Fuel Surcharge Tables

**Trailers**

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| | 1.249 | 0.000 |
| 1.250 | 1.271 | 0.002 |
| 1.272 | 1.293 | 0.004 |
| 1.294 | 1.315 | 0.006 |
| 1.316 | 1.337 | 0.008 |
| 1.338 | 1.359 | 0.010 |
| 1.360 | 1.381 | 0.012 |
| 1.382 | 1.403 | 0.014 |
| 1.404 | 1.425 | 0.016 |
| 1.426 | 1.447 | 0.018 |
| 1.448 | 1.469 | 0.020 |
| 1.470 | 1.491 | 0.022 |
| 1.492 | 1.513 | 0.024 |
| 1.514 | 1.535 | 0.026 |
| 1.536 | 1.557 | 0.028 |
| 1.558 | 1.579 | 0.030 |
| 1.580 | 1.601 | 0.032 |
| 1.602 | 1.623 | 0.034 |
| 1.624 | 1.645 | 0.036 |
| 1.646 | 1.667 | 0.038 |
| 1.668 | 1.689 | 0.040 |
| 1.690 | 1.711 | 0.042 |
| 1.712 | 1.733 | 0.044 |
| 1.734 | 1.755 | 0.046 |
| 1.756 | 1.777 | 0.048 |
| 1.778 | 1.799 | 0.050 |
| 1.800 | 1.821 | 0.052 |
| 1.822 | 1.843 | 0.054 |
| 1.844 | 1.865 | 0.056 |

Continued in right column

Continued from left column

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge $ per Mile |
|---|---|---|
| 1.866 | 1.887 | 0.058 |
| 1.888 | 1.909 | 0.060 |
| 1.910 | 1.931 | 0.062 |
| 1.932 | 1.953 | 0.064 |
| 1.954 | 1.975 | 0.066 |
| 1.976 | 1.997 | 0.068 |
| 1.998 | 2.019 | 0.070 |
| 2.020 | 2.041 | 0.072 |
| 2.042 | 2.063 | 0.074 |
| 2.064 | 2.085 | 0.076 |
| 2.086 | 2.107 | 0.078 |
| 2.108 | 2.129 | 0.080 |
| 2.130 | 2.151 | 0.082 |
| 2.152 | 2.173 | 0.084 |
| 2.174 | 2.195 | 0.086 |
| 2.196 | 2.217 | 0.088 |
| 2.218 | 2.239 | 0.090 |
| 2.240 | 2.261 | 0.092 |
| 2.262 | 2.283 | 0.094 |
| 2.284 | 2.305 | 0.096 |
| 2.306 | 2.327 | 0.098 |
| 2.328 | 2.349 | 0.100 |
| 2.350 | 2.371 | 0.102 |
| 2.372 | 2.393 | 0.104 |
| 2.394 | 2.415 | 0.106 |
| 2.416 | 2.437 | 0.108 |
| 2.438 | 2.459 | 0.110 |
| 2.460 | 2.481 | 0.112 |
| 2.482 | 2.503 | 0.114 |

# FUEL SURCHARGE ANALYSIS

Fuel Surcharge as % of Price
Versus
Mileage Based Fuel Surcharge

Selection Criteria

- Time Period Analyzed = August 1, 2004 to July 31, 2005
- Traffic Scope = All UP Local and Rule 11 Shipments
- Pricing Document Scope = All UP Public documents and private UP documents linked to Highway Diesel Fuel (HDF) based fuel surcharge
- Mileage Basis = UP 6000 Tariff Miles (the short pricing miles between the O-D pair rather than the actual route of movement)

Analysis exclusions:

- Interline non-Rule 11 shipments
- Shipments moving on Non-UP issued price documents
- Shipments moving on fuel surcharge provisions other than HDF, for instance WTI

Scenarios

- Comparison of existing Carload and Intermodal UP HDF provisions to Mileage Based Surcharge
- Comparison of using all Carload HDF percents instead of the UP Intermodal HDF provisions to Mileage Based Surcharge

Implementation Issues

- No capability currently exists to define, communicate and process Mileage Based Fuel Surcharge except BNSF single line
- Interline Settlement System does not support Mileage Based Fuel Surcharge
- Customers systems do not currently support the existing process well let alone a mileage based system
- Requires maintenance of dual systems for system traffic vs interline

Conclusion

- Adopting a Mileage Based Surcharge would negatively affect UP Revenue by $27.9 million annually

Revenue and Information Management – September 1, 2005

**Kurt H. Schroeder**
09/12/2005 04:21:42 PM

To: Trena K. Bryan@UP
CC:
BCC:
Subject: BNSF Mileage FSC - Project 2188

Attachments: UP vs. MBFSC Summary 8-25-05.xls, Containers FS Analysis 8-24-05.xls, Trailers FS Analysis 8-24-05.xls, Automotive FS Analysis 8-24-05.xls, Energy FS Analysis 8-24-05.xls, All Other Carload FS Analysis 8-24-05.xls, ATT579W4, Trailers vs HDF Std 8-24-05.xls, FUEL_MILEAGE BASE ANALYSIS.doc

Trena, per your request.
This is what Chuck & I reviewed last Thursday (9/8) with Jack:

Supporting data:

---

## UP vs. MBFSC SUMMARY (8/04 - 7/05)

| | UPFSC | MBFSC | DIFFERENCE (MBFSC - UPFSC) | % CHANGE |
|---|---|---|---|---|
| Container (1) | $184,168,473 | $159,884,732 | -$24,283,741 | -13.2% |
| Trailer (1) | $23,298,917 | $19,636,631 | -$3,662,286 | -15.7% |
| Automotive | $846,846 | $688,307 | -$158,539 | -18.7% |
| Energy | $19,830,052 | $15,145,231 | -$4,684,821 | -23.6% |
| All Other Carload | $199,028,969 | $204,518,421 | $5,489,452 | 2.8% |
| **TOTAL** | **$427,173,257** | **$399,873,323** | **-$27,299,934** | |
| | | | | |
| **Net % Change** | | | **-6.4%** | **-6.4%** |

(1) - Actual Intermodal UPFSC percents used.

| | UPFSC | MBFSC | DIFFERENCE (MBFSC - UPFSC) | % CHANGE |
|---|---|---|---|---|
| Container (2) | $119,092,040 | $159,824,432 | $40,732,392 | 34.2% |
| Trailer (2) | $15,073,640 | $19,652,236 | $4,578,596 | 30.4% |
| Automotive | $846,846 | $688,307 | -$158,539 | -18.7% |
| Energy | $19,830,052 | $15,145,231 | -$4,684,821 | -23.6% |
| All Other Carload | $199,028,969 | $204,518,421 | $5,489,452 | 2.8% |
| **TOTAL** | **$353,871,547** | **$399,828,627** | **$45,957,080** | |
| | | | | |
| **Net % Change** | | | **13.0%** | **13.0%** |

(2) -UPHDF carload percents used instead of UP Intermodal actual.

**Chuck Adams**
10/18/2005 11:24:33 AM

To: Jack J. Koraleski@UP, Greg H. Sovey@UP
CC: KURTSCHROEDER@UP.COM@UP
BCC:
Subject: Reconciliation of Mileage Based Fuel Surcharge Analyses

Attachments: Reconcile MBFSC.pdf

In case you have not seen this attached PDF file, I got this in the mail but needed to meet with Trina to understand what they were trying to project.

First, there is no relationship between this study and our study. Time periods and traffic volume are different.

On the top yellow quarter of the PDF chart, they are assuming ALL business would go to a Mileage base program (local / interline, items undersurcharge today and any business not under surcharge) This would yield an increase surcharge of $356.8. This a "best" case assumption. The issues are inability to implement joint line shipments and the timing effect on getting shipments without fuel surcharge in place on day one and converting everything to HDF.

The lower yellow portion of the chart reflects the fact that Energy and Intermodal have fuel surcharge precentages greater than the simple HDF approach (note percent changes 13.6 & 10.6 above vs 16.3 & 17.5 below). If these higher levels are used, the Difference drops to $152.3 which is less than half. The same issues would apply.

Chuck Adams
Union Pacific Railroad
1400 Douglas Street, STOP 1340
Omaha, Nebraska, 68179
Phone: 402-544-5866
Fax: 402-233-2798
e-mail: ChuckAdams@UP.com
Web: WWW.UPRR.COM

----- Forwarded by Chuck Adams on 10/18/2005 11:13 AM -----

Trena K. Bryan
10/14/2005 04:25 PM

To: Robert M. Knight Jr.@UP
cc: Ed J. Weber@UP, Chandra R. Henley@UP, Mark J. Draper@UP, Chuck Adams@UP, Kurt H. Schroeder@UP
Subject: Reconciliation of Mileage Based Fuel Surcharge Analyses

Per your request, the following exhibit reconciles Revenue & Information Management's mileage based fuel surcharge (MBFSC) analysis to P&A's MBFSC analysis – provided to you earlier this week.

Revenue & Information Management's MBFSC analysis showed UPRR's current revenue FSC program, applied against UPRR Local/Rule 11 traffic receiving a HDF surcharge, recovered $27 million more in fuel surcharge revenue than if BNSF's mileage based program were applied against the same traffic base.

P&A's MBFSC analysis showed the BNSF's MBFSC program, applied against all 2006 UPRR traffic subject to a FSC, would recover substantially more in fuel surcharge revenue than UPRR's current revenue FSC program applied against the same traffic base.

The difference between the two analyses is due to three main items: time frame, moves used in analysis, and FSC program.

Revenue & Info. P&A
Management Analysis

Time Frame: Aug 2004 - July 2005 Full Year 2006
Moves: Only UPRR Local & Rule 11 All UPRR traffic currently subject to a FSC
FSC Programs: Standard HDF Program ONLY All FSC programs - - assumes all would convert to the MBFSC

Exhibit:

UPNJ-08-0000979

HIGHLY CONFIDENTIAL
UPFSC0001644

## REV. & INFO. MGMT.'S -- MBFSC Analysis

Time Frame = Aug 2004 - July 2005
Moves = UPRR Local / Rule 11
All documents linked to HDF based surcharge.
Average HDF Price = $2.015

## P&A - MBFSC Analysis

Time Frame = Full Year 2006
Moves = All UPRR Traffic Subject to Fuel Surcharge
Assumes all fuel surcharge programs convert to MBFSC.
Estimated HDF Price = $2.43 (RR $1.85)

### ENERGY & INTERMODAL = ACTUAL UPRR PROGRAM MIX:

($ AND MILES IN MILLIONS)

| MBFSC Category | Revenue | HDF FSC % @ $2.015 | Revenue FSC | Miles | BNSF FSC $ Per Mile | Mileage FSC | Diff (MBFSC - RevFSC) |
|---|---|---|---|---|---|---|---|
| Automotive | $9 | 9.0% | $0.8 | 4 | $0.18 | $0.7 | ($0.2) |
| Energy | $191 | 10.4% | $19.8 | 111 | $0.14 | $15.1 | ($4.7) |
| Container | $1,520 | 12.1% | $184.2 | 3,707 | $0.04 | $159.9 | ($24.3) |
| Trailer | $192 | 12.2% | $23.3 | 277 | $0.07 | $19.6 | ($3.7) |
| Carload (IP, Chem, AG) | $2,510 | 7.9% | $199.0 | 1,039 | $0.20 | $204.5 | $5.5 |
| TOTAL | $4,422 | 9.7% | $427.2 | 5,139 | $0.08 | $399.9 | ($27.3) |

($ AND MILES IN MILLIONS)

| MBFSC Category | Total Base Revenue Excluding FSC | Actual FSC % @ $2.43 | Revenue FSC | Miles | BNSF FSC $ Per Mile | Mileage FSC | Diff (MBFSC - RevFSC) |
|---|---|---|---|---|---|---|---|
| Automotive | $1,218 | 13.3% | $162.0 | 1,060 | $0.24 | $254.4 | $92.4 |
| Energy | $1,778 | 13.6% | $241.8 | 1,443 | $0.20 | $288.6 | $46.8 |
| Container | $2,025 | 10.6% | $214.7 | 5,415 | $0.07 | $357.4 | $142.7 |
| Trailer | $243 | 10.6% | $25.8 | 370 | $0.11 | $40.0 | $14.2 |
| Carload (AG,Chem, IP) | $6,007 | 12.3% | $737.6 | 2,661 | $0.30 | $798.3 | $60.7 |
| TOTAL | $11,271 | 12.3% | $1,381.8 | 10,949 | $0.16 | $1,738.7 | $356.8 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agricultural | $1,783 | 12.0% | $214.0 | 944 | $0.30 | $283.2 | $69.2 |
| Industrial Products | $2,778 | 12.5% | $347.3 | 1,144 | $0.30 | $343.2 | ($4.1) |
| Chemicals | $1,446 | 12.2% | $176.4 | 573 | $0.30 | $171.9 | ($4.5) |
| Total Carload | $6,007 | 12.3% | $737.6 | 2,661 | $0.30 | $798.3 | $60.7 |

### ENERGY & INTERMODAL = ALL AT ENERGY PROGRAM AND INTERMODAL PROGRAM LEVELS:

($ AND MILES IN MILLIONS)

| MBFSC Category | Revenue | HDF FSC % @ $2.015 | Revenue FSC | Miles | BNSF FSC $ Per Mile | Mileage FSC | Diff (MBFSC - RevFSC) |
|---|---|---|---|---|---|---|---|
| Automotive | $9 | 9.0% | $0.8 | 4 | $0.18 | $0.7 | ($0.2) |
| Energy | $191 | 10.4% | $19.8 | 111 | $0.14 | $15.1 | ($4.7) |
| Container | $1,520 | 12.1% | $184.2 | 3,707 | $0.04 | $159.9 | ($24.3) |
| Trailer | $192 | 12.2% | $23.3 | 277 | $0.07 | $19.6 | ($3.7) |
| Carload (IP, Chem, AG) | $2,510 | 7.9% | $199.0 | 1,039 | $0.20 | $204.5 | $5.5 |
| TOTAL | $4,422 | 9.7% | $427.2 | 5,139 | $0.08 | $399.9 | ($27.3) |

($ AND MILES IN MILLIONS)

| MBFSC Category | Total Base Revenue Excluding FSC | Actual FSC % @ $2.43 | Revenue FSC | Miles | BNSF FSC $ Per Mile | Mileage FSC | Diff (MBFSC - RevFSC) |
|---|---|---|---|---|---|---|---|
| Automotive | $1,218 | 13.3% | $162.0 | 1,060 | $0.24 | $254.4 | $92.4 |
| Energy | $1,778 | 16.3% | $289.8 | 1,443 | $0.20 | $288.6 | ($1.2) |
| Container | $2,025 | 17.5% | $354.4 | 5,415 | $0.07 | $357.4 | $3.0 |
| Trailer | $243 | 17.5% | $42.5 | 370 | $0.11 | $40.0 | ($2.6) |
| Carload (AG,Chem, IP) | $6,007 | 12.3% | $737.6 | 2,661 | $0.30 | $798.3 | $60.7 |
| TOTAL | $11,271 | 14.1% | $1,586.3 | 10,949 | $0.16 | $1,738.7 | $152.3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Agricultural | $1,783 | 12.0% | $214.0 | 944 | $0.30 | $283.2 | $69.2 |
| Industrial Products | $2,778 | 12.5% | $347.3 | 1,144 | $0.30 | $343.2 | ($4.1) |
| Chemicals | $1,446 | 12.2% | $176.4 | 573 | $0.30 | $171.9 | ($4.5) |
| Total Carload | $6,007 | 12.3% | $737.6 | 2,661 | $0.30 | $798.3 | $60.7 |



UPNJ-08-0000980

HIGHLY CONFIDENTIAL
UPFSC0001645

DA01665

**From:** CN=Ed J. Weber/O=UPC
**To:** Robert M. Knight Jr.@UP
**Sent:** 10/19/2005 08:36:17 AM
**Subject:** Re: Comparison of Intermodal FSC Program to Standard HDF Program
**Attachments:** Intermodal FSC -vs- HDF FSC.pdf

fyi, as you see from the attached document from Trena, intermodal has adjusted their fuel charge down to stay in the market. The fuel surcharge remains well above the standard highway fuel surcharge program and continues to more than cover costs over 75 cents. See Mike Boone comments concerning a review of the formula to ensure consistency. While any reduction is also a flag, it appears that intermodal is comfortable that today they are in the market. The team will continue to explore alternatives, however, each business team seems to have found a way to address those areas where they have a problem. Many have suggested we leave the surcharge alone. Most if not all the energy to change the program is coming from the top of UP's organization not the customers or the sales force. We are scheduled the have FBTL fuel charge discussion with you on Thursday. Later!

----- Forwarded by Ed J. Weber on 10/19/2005 08:19 AM -----

**Michael D. Boone**
10/19/2005 08:10 AM

To: Ed J. Weber@UP
cc: Marty H. Coalson@UP, Nobu Terasaki@UP, Trena K. Bryan@UP, Mark J. Pluta@UP
Subject: Re: Comparison of Intermodal FSC Program to Standard HDF Program

As base rate levels have risen since intermodal fuel surcharges were installed in September of 2000, the formula driven surcharge amounts have experienced a compounding effect that puts the formula-driven surcharge out of synch with the competition. The competition includes other railroads as well as truckers. Consequently, the intermodal group has been forced to manually adjust the formula-driven amounts based on the competitive alternatives available to our shippers. This is not exact science and suggests we need to consider a different formula that reflects today's reality without sacrificing fuel cost coverage. Our systems are not currently capable of supporting a mileage-based program so we will need to develop something else. I will set up a meeting with Nobu, Marty, Mark and Trena to address this issue.

**Ed J. Weber**
10/18/2005 08:36 AM

To: Michael D. Boone@UP
cc:
Subject: Comparison of Intermodal FSC Program to Standard HDF Program

----- Forwarded by Ed J. Weber on 10/18/2005 08:36 AM -----

**Trena K. Bryan**
10/17/2005 04:36 PM

To: Ed J. Weber@UP
cc: Mark J. Draper@UP
Subject: Comparison of Intermodal FSC Program to Standard HDF Program

Here is the exhibit you requested, comparing UPRR's Intermodal FSC and its Standard HDF surcharge program. I used April 2003 as my starting point for comparison because the Standard HDF was first calculated April 2003 for application against traffic in June 2003. I have listed below the methodology differences between the two programs; however, the attached exhibit shows the differences in the calculated and applied fuel surcharge percents.

Starting March 2005 the Intermodal FSC calculation was changed for the first time to try and lower the variance between UPRR's Intermodal surcharge and the comparable BNSF program. Marketing wanted to achieve this by lowering the fuel weight that was used in the calculation. Then starting in April 2005 Marketing still felt UPRR's Intermodal FSC percent was to high compared to BNSF's and started adjusting the provided calculated rate to something lower. This lower rate was used to update Genesis. I do not know how the adjustment was determined but the lower percentage has been any where from .5% to 3% below the original calculated rate.

If you any questions or need some further comparisons please give me a call.

**STANDARD HDF PROGRAM** **INTERMODAL FSC PROGRAM**

**Base** HDF $1.35 p/gal HDF $1.235 p/gal (1997 - 2001
average)

**Index** Average Monthly HDF Price 3 Weeks of the Month
Used to Develop Average HDF Price

**FSC %** Starts @ $1.35 p/gal HDF = 1.5% FSC Calculated Percent
Change From Base * Fuel Weight = FSC %
(Each .05¢ HDF increase = additional .5% FSC) (20% Fuel Weight was
changed to 18.5% starting April 2005)

**Lag** FSC % Applied to Traffic 2 Months Later FSC % Applied to Traffic
1 Month Later
(ie. April FSC % Applied to June Traffic) (ie. April FSC %
Applied to May Traffic)

**Exhibit:**



UPFSC 0048843
Highly Confidential

# COMPARISON OF INTERMODAL FSC TO STANDARD HDF SURCHARGE

| Date | HDF Monthly Average Fuel Price | Month FSC Was Applied to Traffic | Standard HDF % (Base $1.35) |
|---|---|---|---|
| HDF started being applied to moves June 2003 | | | |
| Apr-03 | $1.533 | Jun-03 | 2.00% |
| May-03 | $1.451 | Jul-03 | 2.50% |
| Jun-03 | $1.424 | Aug-03 | 2.00% |
| Jul-03 | $1.435 | Sep-03 | 2.00% |
| Aug-03 | $1.487 | Oct-03 | 2.50% |
| Sep-03 | $1.467 | Nov-03 | 2.50% |
| Oct-03 | $1.481 | Dec-03 | 2.50% |
| Nov-03 | $1.482 | Jan-04 | 2.50% |
| Dec-03 | $1.490 | Feb-04 | 2.50% |
| Jan-04 | $1.551 | Mar-04 | 3.50% |
| Feb-04 | $1.582 | Apr-04 | 3.50% |
| Mar-04 | $1.629 | May-04 | 4.00% |
| Apr-04 | $1.692 | Jun-04 | 4.50% |
| May-04 | $1.746 | Jul-04 | 5.00% |
| Jun-04 | $1.711 | Aug-04 | 5.00% |
| Jul-04 | $1.739 | Sep-04 | 5.00% |
| Aug-04 | $1.833 | Oct-04 | 6.00% |
| Sep-04 | $1.917 | Nov-04 | 7.00% |
| Oct-04 | $2.134 | Dec-04 | 9.00% |
| Nov-04 | $2.147 | Jan-05 | 9.00% |
| Dec-04 | $2.009 | Feb-05 | 8.00% |
| Jan-05 | $1.959 | Mar-05 | 7.50% |
| Feb-05 | $2.027 | Apr-05 | 8.00% |
| Mar-05 | $2.214 | May-05 | 10.00% |
| Apr-05 | $2.292 | Jun-05 | 10.50% |
| May-05 | $2.199 | Jul-05 | 9.50% |
| Jun-05 | $2.290 | Aug-05 | 10.50% |
| Jul-05 | $2.373 | Sep-05 | 11.50% |
| Aug-05 | $2.500 | Oct-05 | 13.00% |
| Sep-05 | $2.819 | Nov-05 | 16.00% |

| Date | Month FSC Was Applied to Traffic | Intermodal FSC 20% Fuel Weight (Base $1.235) | Fuel Weight % Used In Calculation | Intermodal FSC 18.5% Fuel Weight (Base $1.235) | Applied Intermodal FSC Within Genesis |
|---|---|---|---|---|---|
| Apr-03 | May-03 | 4.5% | 20.0% | 4.5% | 4.5% |
| May-03 | Jun-03 | 3.5% | 20.0% | 3.5% | 3.5% |
| Jun-03 | Jul-03 | 3.0% | 20.0% | 3.0% | 3.0% |
| Jul-03 | Aug-03 | 3.5% | 20.0% | 3.5% | 3.5% |
| Aug-03 | Sep-03 | 3.5% | 20.0% | 3.5% | 3.5% |
| Sep-03 | Oct-03 | 3.5% | 20.0% | 3.5% | 3.5% |
| Oct-03 | Nov-03 | 3.5% | 20.0% | 3.5% | 3.5% |
| Nov-03 | Dec-03 | 3.5% | 20.0% | 3.5% | 3.5% |
| Dec-03 | Jan-04 | 4.0% | 20.0% | 4.0% | 4.0% |
| Jan-04 | Feb-04 | 4.5% | 20.0% | 4.5% | 4.5% |
| Feb-04 | Mar-04 | 5.0% | 20.0% | 5.0% | 5.0% |
| Mar-04 | Apr-04 | 6.0% | 20.0% | 6.0% | 6.0% |
| Apr-04 | May-04 | 7.0% | 20.0% | 7.0% | 7.0% |
| May-04 | Jun-04 | 8.0% | 20.0% | 8.0% | 8.0% |
| Jun-04 | Jul-04 | 7.5% | 20.0% | 7.5% | 7.5% |
| Jul-04 | Aug-04 | 7.5% | 20.0% | 7.5% | 7.5% |
| Aug-04 | Sep-04 | 9.5% | 20.0% | 9.5% | 9.5% |
| Sep-04 | Oct-04 | 10.0% | 20.0% | 10.0% | 10.0% |
| Oct-04 | Nov-04 | 13.5% | 20.0% | 13.5% | 13.5% |
| Nov-04 | Dec-04 | 14.0% | 20.0% | 14.0% | 14.0% |
| Dec-04 | Jan-05 | 12.0% | 20.0% | 12.0% | 12.0% |
| Jan-05 | Feb-05 | 11.0% | 20.0% | 11.0% | 11.0% |
| Feb-05 | Mar-05 | 12.0% | 20.0% | 12.0% | 12.0% |
| Mar-05 | Apr-05 | 15.0% | 18.5% | 14.0% | 14.0% |
| Apr-05 | May-05 | 16.5% | 18.5% | 15.5% | 14.0% |
| May-05 | Jun-05 | 15.0% | 18.5% | 14.0% | 14.0% |
| Jun-05 | Jul-05 | 16.5% | 18.5% | 15.0% | 14.0% |
| Jul-05 | Aug-05 | 18.0% | 18.5% | 16.5% | 15.0% |
| Aug-05 | Sep-05 | 19.5% | 18.5% | 18.5% | 17.5% |
| Sep-05 | Oct-05 | 25.0% | 18.5% | 23.0% | 20.0% |

| Period | HDF Monthly Average Fuel Price | Standard HDF % | Intermodal FSC 20% Fuel Weight | Intermodal FSC 18.5% Fuel Weight | Applied Intermodal FSC Within Genesis |
|---|---|---|---|---|---|
| **Average April 03 - Sept 05** | $1.85 | 6.23% | 9.52% | 9.22% | 8.95% |
| **Average Jan 04 - Sept 05** | $2.02 | 7.90% | 12.05% | 11.62% | 11.24% |
| **Average Jan 05 - Sept 05** | $2.30 | 10.72% | 16.50% | 15.50% | 14.61% |
| **Average March 05 - Sept 05** | $2.38 | 11.57% | 17.93% | 16.64% | 15.50% |

Fuel Surcharge

**Brad A. Thrasher**
04/12/2006 01:04 PM

To: Eric L. Butler/UPC@UP
cc: Bob D. Maziarz/UPC@UP, Bob M. Toy/UPC@UP, Brian G. Maher/UPC@UP, Linda A. Brandl/UPC@UP, Martin J. Matukewicz/UPC@UP, Randy G. Evans/UPC@UP
Subject: Re: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

Smart & brave...

- Add the existing fuel surcharge to the base rates (which you could argue is still under the "market level" because the traffic was not being diverted...) and lock in that price permanently in case fuel drops - any downside in fuel is gravy....
- Rebase to todays higher fuel which protects you from further upside pressures in case the world goes crazy..
- Higher base should minimize the times that they are even collecting a surcharge which neutralizes all the political pressure plus reduces administrative costs for all.
- Cut's the "Your making too much on fuel argument" off at the knees

Eric L. Butler

**Eric L. Butler**
04/12/2006 11:39 AM

To: Linda A. Brandl/UPC@UP, Randy G. Evans/UPC@UP, Brian G. Maher/UPC@UP, Bob D. Maziarz/UPC@UP, Brad A. Thrasher/UPC@UP, Bob M. Toy/UPC@UP, Martin J. Matukewicz/UPC@UP
cc:
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

Big Change! Thoughts?

---

Eric Butler
Vice President - General Manager Industrial Products
Union Pacific Railroad
Omaha, NE 68179
402 544 3463

402 501 0150 (paper fax)

---

----- Forwarded by Eric L. Butler/UPC on 04/12/2006 11:38 AM -----

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

UPNJ-08-0001002

Chuck, will you please canvass the Business Teams and pull together
a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

UPNJ-08-0001003

Paul D. Borseth
04/12/2006 02:22 PM

To: John E. Kaiser/UPC@UP
cc: Brian G. McDonald/UPC@UP, Marty H. Coalson/UPC@UP, Nobu Terasaki/UPC@UP
Subject: Re: FUEL SURCHARGE -- LATE BREAKING NEWS!!!!

From an International perspective, we have no interline pricing, so it would have no immediate impact.

From a company perspective, if we could get the price increase in exchange for fuel it would be a good thing insofar as there is less risk as a result of fluctuatating fuel prices. However, it would not surprise me if there is significant resistance to this from the shippers, again, because of the fluctuations of fuel prices. The timing is also a little concerning as it could be perceived that we are trying to pull a fast one right before the STB meeting. Finally, if we do this for interline, it is just a matter of time before we try to spread across to all business, which will be challenging. Contract holders will not want to increase prices in exchange for reduced fuel because they will in effect be giving up the possibility of reduced overall cost due to lower fuel.

Please note that this information is the confidential and proprietary property of Union Pacific Railroad Company and cannot be reproduced in any form, printed or electronic, without the express permission of Union Pacific.
John E. Kaiser

John E. Kaiser
04/12/2006 01:48 PM

To: Brian G. McDonald/UPC@UP, Paul D. Borseth/UPC@UP, Marty H. Coalson/UPC@UP, Nobu Terasaki/UPC@UP
cc:
Subject: FUEL SURCHARGE -- LATE BREAKING NEWS!!!!

Please comment.
----- Forwarded by John E. Kaiser/UPC on 04/12/2006 01:48 PM -----

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE -- LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

UPNJ-08-0001005

**Marty H. Coalson**
04/13/2006 07:14 AM

To: John E. Kaiser/UPC
cc: Brian G. McDonald/UPC@UP, Nobu Terasaki/UPC@UP, Paul D. Borseth/UPC@UP
Subject: Re: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

First of all, we should get clarification on the NS request. It appears to be a "carload" increase or at least represents an increase that is close to the carload FSC, not the Intermodal FSC. The NS request would not cover Intermodals FSC and I would not recommend we concur.

Second, UP had taken the position to not make any changes to the FSC until we reached full recovery or at least until after the STB hearing. I am concerned that the NS recommendation could be viewed as pre-emptive action by the customers and further irritate them. The NS may believe the STB could block FSC or take some other action to remove them. Then the NS action could be necessary to protect the rail carriers economic interests. However, UP and NS could take joint interline increases at any point in time following the meeting. Because of this, I would stay with UPs position and not provide concurrence until we have the benefit of the STB hearing.

Finally, "raw material surcharges" are widely practiced in many industries, especially where there are volatile commodity prices which have a dramatic impact on the cost of a particular final product or service. I would believe the STB would be singling out the RRs on this issue, and would open a much broader issue across many industries. This may be a defense.

Martin H. Coalson
Asst. VP - Product Development & Yield Mgt.
Intermodal
Union Pacific Railroad
Omaha, NE
(402) 544-5452
John E. Kaiser

**John E. Kaiser**
04/12/2006 01:48 PM

To: Brian G. McDonald/UPC@UP, Paul D. Borseth/UPC@UP, Marty H. Coalson/UPC@UP, Nobu Terasaki/UPC@UP
cc:
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

Please comment.
----- Forwarded by John E. Kaiser/UPC on 04/12/2006 01:48 PM -----

**Jack J. Koraleski**
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck Adams
04/12/2006 04:09 PM

To: Jack J. Koraleski/UPC
cc: Brian G. McDonald/UPC@UP, Diane K. Duren/UPC@UP, Doug J. Glass@up.com, Drew R. Collier/UPC@UP, Ed Sims/UPC@UP, Eric L. Butler/UPC@UP, Greg H. Sovey/UPC@UP, Harvey E. Wood/UPC@UP, John Kaiser <jekaiser@up.com>, Jim R. Young/UPC@UP, Julie A. Krehbiel/UPC@UP, Larry E. Wzorek/UPC@UP, Mike Hemmer/UPC@UP, Nancy L. Brantley/UPC@UP, Robert M. Knight Jr./UPC@UP, KURTSCHROEDER@UP.COM@UP, Brian A. Rommel/UPC@UP, Kurt E. Wilhelm/UPC@UP
Subject: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

To provide perspective on this request, Kurt Wilhelm has provided traffic statistics by document for the 12 month period 4/1/05 to 3/31/06.

| BUSINESS GROUP | NET REVENUE | UNITS | Docs |
|---|---|---|---|
| AGRICULTURAL PRODUCTS | $2,161,732 | 673 | 3 |
| CHEMICALS Total | $314,781 | 110 | 6 |
| ENERGY Total | $772,521 | 564 | 2 |
| INDUSTRIAL PRODUCTS Tota | $17,014,780 | 6,838 | 94 |
| Grand Total | $20,263,814 | 8,185 | 105 |

NS Tariffs and Actuals.xls

No Traffic 177 Tariff Items

The NS surcharge amount for May has been announced for 16% fuel surcharge based on the March 2006 average. program The following shows that data for April, May and June based on Month to date data.

| WTI AVE Basis | WTI Mo. Ave |
|---|---|
| 02/06: $61.63 | **Apr:** 15.6% vs. 0% |
| 03/06: $62.90 | **May:** 16% vs. 0% |
| 04/TD: $67.48 | **June:** 18% vs. 1.2% |

NS proposal for public prices which they publish:

a. Rebase from $23.00 to $64 per WTI barrel initial threshold.
b. Decreases formula slope by 25%.......... from 0.4% to 0.3%.
c. Makes 75% of current (May) fuel surcharge permanent by increasing base rates 12%.
d. Current program WTI Tier for 12% is $52.01 to $53.00.
e. Last time current program fuel surcharge was 12% or less was July 2005.
f. Total charges on Day 1 would be reduced:
   1. by 3.6% at current program 15.6% for April vs 0% fuel surcharge.
   2. by 4.0% at current program 16% for May vs. 0% fuel surcharge
   3. by 4.8% at current program 18% (extrapolated) for June vs. 1.2% fuel surcharge.

Mitigates an excessively high fuel surcharge discussion at the STB fuel surcharge hearing for a potential discussion on high rail prices. NS customers will have 4% reduction in payments immediately However, should the price of fuel come down, the NS will stop its fuel surcharge at $64 and customers will have no potential to get additional surcharge relief.

Potential to trigger similar HDF rebase & recalibration. We will be working with Mark Draper to assess the implecations of this move on our business.

*Chuck Adams*
*Union Pacific Railroad*

UPNJ-08-0001009

HIGHLY CONFIDENTIAL
UPFSC0001674

**DA01673**

*1400 Douglas Street, STOP 1340*
*Omaha, Nebraska, 68179*
*Phone: 402-544-5866*
*Fax: 402-233-2798*
*e-mail:* ChuckAdams@UP.com
*Web:* WWW.UPRR.COM

Jack J. Koraleski

**Jack J. Koraleski**
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

UPNJ-08-0001010

HIGHLY CONFIDENTIAL
UPFSC0001675

Nobu Terasaki/UPC
04/12/2006 05:29:30 PM

To: John E. Kaiser/UPC@UP
CC: Brian G. McDonald/UPC@UP, Marty H. Coalson/UPC@UP, Paul D. Borseth/UPC@UP
BCC:
Subject: Re: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

First of all, I am certain that they are not suggesting to take the price increase on Intermodal Business. Intermodal surcharge of NS is supposedly based on DOE's retail diesel price index as all other intermodal business of other railroads.

Let's assume this would apply on intermodal business, then it would have a significant impact on domestic EMP business, which is all on a through pricing basis to and from NS. We would have to increase both interline pricing and local pricing based on the new fuel base as local and interline pricing are linked one way or another. Furthermore, all other rates, irrespective of equipment kinds, will have to be adjusted accordingly. The base rate adjustment of such magnitude would definitely lead to furor from all intermodal domestic customers as they may have guaranteed pricing in place with their own beneficial customers.

Should they just apply carload, it would have very little impact on intermodal as intermdal fuel surcharge program has been all along independent of manifest business.

Nobu Terasaki
General Director - Intermodal Domestic Marketing
Union Pacific Railroad
Telephone: 402-544-6061
Cell Phone:402-203-4037
Fax: 402-501-1659
e-mail: nterasaki@up.com

John E. Kaiser
04/12/2006 01:48 PM

To: Brian G. McDonald/UPC@UP, Paul D. Borseth/UPC@UP, Marty H. Coalson/UPC@UP, Nobu Terasaki/UPC@UP
cc:
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

Please comment.
----- Forwarded by John E. Kaiser/UPC on 04/12/2006 01:48 PM -----

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

**UPNJ-08-0001013**

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

UPNJ-08-0001014

**From:** CN=Jack J. Koraleski/O=UPC
**To:** John Kaiser <jekaiser@up.com>;CN=Ed Sims/O=UPC@UP;CN=Diane K. Duren/O=UPC@UP;Drew Collier;CN=Brian G. McDonald/O=UPC@UP;Julie Krehbiel;CN=Harvey E. Wood/O=UPC@UP;CN=Nancy L. Brantley/O=UPC@UP;CN=Eric L. Butler/O=UPC@UP;Doug J. Glass@up.com;Greg Sovey;Chuck Adams
**Sent:** 04/12/2006 10:30:10 AM
**Cc:** Rob Knight;CN=Jim R. Young/O=UPC@UP;CN=Nancy L. Brantley/O=UPC@UP;CN=Mike Hemmer/O=UPC;CN=Larry E. Wzorek/O=UPC@UP
**Bcc:** CN=Lee E. Grimes/O=UPC@UP
**Subject:** FUEL SURCHARGE - - LATE BREAKING NEWS!!!!
I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

Martin J. Matukewicz
04/13/2006 07:30 AM

To: Eric L. Butler/UPC@UP
cc: Bob D. Maziarz/UPC@UP, Bob M. Toy/UPC@UP, Brad A. Thrasher/UPC@UP, Brian G. Maher/UPC@UP, Linda A. Brandl/UPC@UP, Randy G. Evans/UPC@UP
Subject: Re: FUEL SURCHARGE -- LATE BREAKING NEWS!!!!

Not sure how I would react to this as a customer.

On one hand, they are backing off some on the surcharge percentage. I show their existing surcharge at $64/bbl to be 16%, and their existing step to be 0.4% per $1/bbl.

On the other hand, I wouldn't be happy that they took the benefit as prices went up, and now they are taking away the possibility of customers seeing a reduction should prices go down.

Eric L. Butler

Eric L. Butler
04/12/2006 11:39 AM

To: Linda A. Brandl/UPC@UP, Randy G. Evans/UPC@UP, Brian G. Maher/UPC@UP, Bob D. Maziarz/UPC@UP, Brad A. Thrasher/UPC@UP, Bob M. Toy/UPC@UP, Martin J. Matukewicz/UPC@UP
cc:
Subject: FUEL SURCHARGE -- LATE BREAKING NEWS!!!!

Big Change! Thoughts?

---

Eric Butler
Vice President - General Manager Industrial Products
Union Pacific Railroad
Omaha, NE 68179
402 544 3463

402 501 0150 (paper fax)

---

----- Forwarded by Eric L. Butler/UPC on 04/12/2006 11:38 AM -----

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE -- LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

UPNJ-08-0001015

FGM - Price Change Measurement
Year to Closing Month vs Year to Same Month of Last Year
MAR 2003 vs MAR 2004
BUSINESS TEAM INDUSTRIAL PRODUCTS
Business Manager ANDERSON B
Customer [illegible] CONSOLIDATED
DOCUMENT [illegible]
Price Change - Client Report

| | | Price Gross Revenue | | Liability | Price Net Revenue w/o Fuel Surcharge | | Fuel Surcharge | Price Net Revenue With Fuel Surcharge | | Units | Cost | Contribution | OR | % Count | Sample Price Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAYBILL DETAIL [illegible] Link Type WB,10, Prior Document [illegible] Change 1,015.05 Percent Change 251.80 | | | | | | | | | | | | | | | |
| Changes | PRIOR | 2,420 | | 0 | 2,420 | | 189 | 2,609 | | 6 | 1,390 | 1,219 | 1.88 | 100% | |
| | PRICE EFFECT | 6,094 | 251.80% | 0 | 6,094 | 251.80% | 880 | 6,953 | 263.53% | | | | | | |
| | PRICE VOLUME EFFECT | 3,047 | 125.90% | 0 | 3,047 | 125.90% | 430 | 3,477 | 133.26% | | | | | | |
| | VOLUME EFFECT | 1,210 | 50.00% | 0 | 1,210 | 50.00% | 94 | 1,304 | 50.00% | | | | | | |
| | CLOSING | 12,771 | | 0 | 12,771 | | 1,572 | 14,343 | | 6 | 2,296 | 12,047 | 6.25 | 44% | |
| | VARIANCE | 10,351 | 427.70% | 0 | 10,351 | 427.70% | 1,384 | 11,734 | 449.85% | 3 | 906 | 10,828 | 4.37 | | 251.80% |
| Total | PRIOR | 2,420 | | 0 | 2,420 | | 189 | 2,609 | | 6 | 1,390 | 1,219 | 1.88 | 100% | |
| | CLOSING | 12,771 | | 0 | 12,771 | | 1,572 | 14,343 | | 9 | 2,296 | 12,047 | 6.25 | 44% | |
| | VARIANCE | 10,351 | 427.70% | 0 | 10,351 | 427.70% | 1,384 | 11,734 | 449.85% | 3 | 906 | 10,828 | 4.37 | | |
| WAYBILL DETAIL [illegible] Link Type WB,NH Prior Document [illegible] Change 1,008.66 Percent Change 245.20 | | | | | | | | | | | | | | | |
| Changes | PRIOR | 411 | | 0 | 411 | | 32 | 442 | | 1 | 177 | 271 | 2.53 | 100% | |
| | PRICE EFFECT | 1,008 | 245.55% | 0 | 1,008 | 245.54% | 139 | 1,148 | 259.77% | | | | | | |
| | PRICE VOLUME EFFECT | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0 | 0.00% | | | | | | |
| | VOLUME EFFECT | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0 | 0.00% | | | | | | |
| | CLOSING | 1,419 | | 0 | 1,419 | | 171 | 1,590 | | 1 | 0 | 1,590 | 0 | 0% | |
| | VARIANCE | 1,008 | 245.55% | 0 | 1,008 | 245.54% | 139 | 1,148 | 259.77% | 0 | -177 | 1,319 | -2.53 | | 245.56% |
| Total | PRIOR | 411 | | 0 | 411 | | 32 | 442 | | 1 | 177 | 271 | 2.53 | 100% | |
| | CLOSING | 1,419 | | 0 | 1,419 | | 171 | 1,590 | | 1 | 0 | 1,590 | 0 | 0% | |
| | VARIANCE | 1,008 | 245.55% | 0 | 1,008 | 245.54% | 139 | 1,148 | 259.77% | 0 | -177 | 1,319 | -2.53 | | |
| WAYBILL DETAIL [illegible] Link Type WB,NH Prior Document [illegible] Change 1,212.67 Percent Change 258.22 | | | | | | | | | | | | | | | |
| Changes | PRIOR | 1,180 | | 0 | 1,180 | | 75 | 1,254 | | 2 | 2,584 | -1,330 | 0.49 | 100% | |
| | PRICE EFFECT | 3,049 | 258.22% | 0 | 3,049 | 258.22% | 435 | 3,483 | 277.72% | | | | | | |
| | PRICE VOLUME EFFECT | -1,073 | -90.87% | 0 | -1,073 | -90.87% | -145 | -1,198 | -95.41% | | | | | | |
| | VOLUME EFFECT | -306 | -33.33% | 0 | -306 | -33.33% | -25 | -418 | -33.33% | | | | | | |
| | CLOSING | 2,830 | | 0 | 2,830 | | 340 | 3,179 | | 2 | 2,000 | 1,089 | 1.52 | 100% | |
| | VARIANCE | 1,650 | 139.81% | 0 | 1,650 | 139.81% | 265 | 1,914 | 151.44% | -1 | -604 | 2,419 | 1.05 | | 258.22% |
| Total | PRIOR | 1,180 | | 0 | 1,180 | | 75 | 1,254 | | 2 | 2,584 | -1,330 | 0.49 | 100% | |
| | CLOSING | 2,830 | | 0 | 2,830 | | 340 | 3,179 | | 2 | 2,000 | 1,089 | 1.52 | 100% | |
| | VARIANCE | 1,650 | 139.81% | 0 | 1,650 | 139.81% | 265 | 1,914 | 151.44% | -1 | -604 | 2,419 | 1.05 | | |
| WAYBILL DETAIL [illegible] Link Type PRICELINK Prior Document [illegible] Change 169.40 Percent Change 10.04 | | | | | | | | | | | | | | | |
| Changes | PRIOR | 0 | | 0 | 0 | | 0 | 0 | | 0 | 0 | 0 | 0 | 0% | |
| | PRICE EFFECT | 0 | 0.00% | 0 | 0 | 0.00% | 0 | 0 | 0.00% | | | | | | |
| | PRICE VOLUME EFFECT | 1,867 | 0.00% | 0 | 1,867 | 0.00% | 1,701 | 3,568 | 0.00% | | | | | | |
| | VOLUME EFFECT | 11,643 | 0.00% | 0 | 11,643 | 0.00% | 0 | 11,643 | 0.00% | | | | | | |
| | CLOSING | 13,510 | | 0 | 13,510 | | 1,701 | 15,211 | | 10 | 8,456 | 6,755 | 2.79 | 70% | |
| | VARIANCE | 13,510 | 0.00% | 0 | 13,510 | 0.00% | 1,701 | 15,210 | 0.00% | 10 | 8,456 | 6,755 | 2.79 | | 10.04% |
| Total | PRIOR | 0 | | 0 | 0 | | 0 | 0 | | 0 | 0 | 0 | 0 | 0% | |
| | CLOSING | 13,510 | | 0 | 13,510 | | 1,701 | 15,210 | | 10 | 8,456 | 6,755 | 2.79 | 70% | |
| | VARIANCE | 13,510 | 0.00% | 0 | 13,510 | 0.00% | 1,701 | 15,210 | 0.00% | 10 | 8,456 | 6,755 | 2.79 | | |

UPNJ-08-0001016

HIGHLY CONFIDENTIAL
UPFSC0001681

**Mark J. Draper/UPC**
04/13/2006 08:06:47 AM

To: Robert M. Knight Jr./UPC@UP
CC: Ed J. Weber/UPC@UP, Trena K. Bryan/UPC@UP
BCC:
Subject: Re: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

Attachments: NS Tariffs and Actuals.xls

I was on the phone discussing this issue with Chuck Adams when you sent the e-mail below.

I don't think we have much choice but to agree with the NS proposal. First, UP saying no probably won't stop NS anyway. Second, if UP says no, NS can spin the blame to UP by saying that they would have loved to make a change but UP is the bad guy by not agreeing. The interesting issue is whether CSX will feel compelled to change their program similar to the NS change since they currently have the same programs.

Trena and I are going to do a back of the envelope this morning to get a feel for how much $ we are talking about should UP change its HDF program similarly to how NS is changing their WTI program. As you are aware, there is a 11 AM meeting with Larry Wzorek, Adams, Trena and me to talk data for your STB statement. We then meet with you at 2 PM today. We will try to have some preliminary estimates for those meetings.

Robert M. Knight Jr.
04/13/2006 07:57 AM

To: Mark J. Draper/UPC@UP
cc:
Subject: Re: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

Seems to me we should should agree with NS request, right?

Mark J. Draper
04/13/2006 07:36 AM

To: Robert M. Knight Jr./UPC@UP
cc: Ed J. Weber/UPC@UP, Trena K. Bryan/UPC@UP
Subject: Re: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

I was out of the office yesterday afternoon and have not yet spoken with Chuck. Trena and I are scheduled to meet with him this morning.

Robert M. Knight Jr.
04/12/2006 05:21 PM

To: Mark J. Draper/UPC@UP
cc: Ed J. Weber/UPC@UP
Subject: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

?
—— Forwarded by Robert M. Knight Jr./UPC on 04/12/2006 05:21 PM ——

Chuck Adams
04/12/2006 04:09 PM

To: Jack J. Koraleski/UPC@UP
cc: Brian G. McDonald/UPC@UP, Diane K. Duren/UPC@UP, Doug J. Glass@up.com, Drew R. Collier/UPC@UP, Ed Sims/UPC@UP, Eric L. Butler/UPC@UP, Greg H. Sovey/UPC@UP, Harvey E. Wood/UPC@UP, John Kaiser <jekaiser@up.com>, Jim R. Young/UPC@UP, Julie A. Krehbiel/UPC@UP, Larry E. Wzorek/UPC@UP, Mike Hemmer/UPC@UP, Nancy L. Brantley/UPC@UP, Robert M. Knight Jr./UPC@UP, KURTSCHROEDER@UP.COM@UP, Brian A. Rommel/UPC@UP, Kurt E. Wilhelm/UPC@UP
Subject: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

**UPNJ-08-0001019**

To provide perspective on this request, Kurt Wilhelm has provided traffic statistics by document for the 12 month period 4/1/05 to 3/31/06.

The NS surcharge amount for May has been announced for 16% fuel surcharge based on the March.2006 average. program The following shows that data for April, May and June based on Month to date data.

WTI AVE Basis WTI Mo. Ave
02/06: $61.63 Apr: 15.6% vs. 0%
03/06: $62.90 May: 16% vs. 0%
04/TD: $67.48 June: 18% vs. 1.2%

NS proposal for public prices which they publish:

a. Rebase from $23.00 to $64 per WTI barrel initial threshold.
b. Decreases formula slope by 25%......... from 0.4% to 0.3%.
c. Makes 75% of current (May) fuel surcharge permanent by increasing base rates 12%.
d. Current program WTI Tier for 12% is $52.01 to $53.00.
e. Last time current program fuel surcharge was 12% or less was July 2005.
f. Total charges on Day 1 would be reduced:
1. by 3.6% at current program 15.6% for April vs 0% fuel surcharge.
2. by 4.0% at current program 16% for May vs. 0% fuel surcharge
3. by 4.8% at current program 18% (extrapolated) for June vs. 1.2% fuel surcharge.

Mitigates an excessively high fuel surcharge discussion at the STB fuel surcharge hearing for a potential discussion on high rail prices. NS customers will have 4% reduction in payments immediately However, should the price of fuel come down, the NS will stop its fuel surcharge at $64 and customers will have no potential to get additional surcharge relief.

Potential to trigger similar HDF rebase & recalibration. We will be working with Mark Draper to assess the implecations of this move on our business.

Chuck Adams
Union Pacific Railroad
1400 Douglas Street, STOP 1340
Omaha, Nebraska, 68179
Phone: 402-544-5866
Fax: 402-233-2798
e-mail: ChuckAdams@UP.com
Web: WWW.UPRR.COM

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase

on April 20. That would make the "effective" date on May 10 which
is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together
a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

**Eric L. Butler/UPC**
04/17/2006 07:17:14 AM

To: Chuck Adams/UPC@UP
CC: Diane K. Duren/UPC@UP, Doug J. Glass/UPC@UP, Ed Sims/UPC@UP
BCC: Chandra R. Henley/UPC
Subject: Re: NS FUEL SURCHARGE _ UP Concurrence

Attachments: NS Tariffs and Actuals.xls

My assumption was Jack was going to talk about this at his staff meeting this afternoon. I think there are pros and cons that we should discuss amongst ourselves. I do think this is worth a discussion. Thanks

---

Eric Butler
Vice President - General Manager Industrial Products
Union Pacific Railroad
Omaha, NE 68179
402 544 3463

402 501 0150 (paper fax)

---

Chuck Adams
04/15/2006 04:45 PM

To: Eric L. Butler/UPC@UP, Ed Sims/UPC@UP, Doug J. Glass/UPC@UP
cc: Diane K. Duren/UPC@UP
Subject: NS FUEL SURCHARGE _ UP Concurrence

I have Diane's feedback. Unless I receive your objection to the NS Fuel Surcharge Proposal Monday morning, I will advise Jack, UP will support the NS Fuel Surcharge program.

Chuck Adams
Union Pacific Railroad
1400 Douglas Street, STOP 1340
Omaha, Nebraska, 68179
Phone: 402-544-5866
Fax: 402-233-2798
e-mail: ChuckAdams@UP.com
Web: WWW.UPRR.COM

----- Forwarded by Chuck Adams/UPC on 04/15/2006 04:42 PM -----

Chuck Adams
04/12/2006 04:09 PM

To: Jack J. Koraleski/UPC
cc: Brian G. McDonald/UPC@UP, Diane K. Duren/UPC@UP, Doug J. Glass@up.com, Drew R. Collier/UPC@UP, Ed Sims/UPC@UP, Eric L. Butler/UPC@UP, Greg H. Sovey/UPC@UP, Harvey E. Wood/UPC@UP, John Kaiser <jekaiser@up.com>, Jim R. Young/UPC@UP, Julie A. Krehbiel/UPC@UP, Larry E. Wzorek/UPC@UP, Mike Hemmer/UPC@UP, Nancy L. Brantley/UPC@UP, Robert M. Knight Jr./UPC@UP, KURTSCHROEDER@UP.COM@UP, Brian A. Rommel/UPC@UP, Kurt E. Wilhelm/UPC@UP
Subject: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

To provide perspective on this request, Kurt Wilhelm has provided traffic statistics by document for the 12 month period 4/1/05 to 3/31/06.

The NS surcharge amount for May has been announced for 16% fuel surcharge based on the March 2006 average. program The following shows that data for April, May and June based on Month to date data.

WTI AVE Basis WTI Mo. Ave
02/06: $61.63 Apr: 15.6% vs. 0%
03/06: $62.90 May: 16% vs. 0%
04/TD: $67.48 June: 18% vs. 1.2%

**UPNJ-08-0001028**

NS proposal for public prices which they publish:

a. Rebase from $23.00 to $64 per WTI barrel initial threshold.
b. Decreases formula slope by 25%......... from 0.4% to 0.3%.
c. Makes 75% of current (May) fuel surcharge permanent by increasing base rates 12%.
d. Current program WTI Tier for 12% is $52.01 to $53.00.
e. Last time current program fuel surcharge was 12% or less was July 2005.
f. Total charges on Day 1 would be reduced:
1. by 3.6% at current program 15.6% for April vs 0% fuel surcharge.
2. by 4.0% at current program 16% for May vs. 0% fuel surcharge
3. by 4.8% at current program 18% (extrapolated) for June vs. 1.2% fuel surcharge.

Mitigates an excessively high fuel surcharge discussion at the STB fuel surcharge hearing for a potential discussion on high rail prices. NS customers will have 4% reduction in payments immediately However, should the price of fuel come down, the NS will stop its fuel surcharge at $64 and customers will have no potential to get additional surcharge relief.

Potential to trigger similar HDF rebase & recalibration. We will be working with Mark Draper to assess the implecations of this move on our business.

Chuck Adams
Union Pacific Railroad
1400 Douglas Street, STOP 1340
Omaha, Nebraska, 68179
Phone: 402-544-5866
Fax: 402-233-2798
e-mail: ChuckAdams@UP.com
Web: WWW.UPRR.COM

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

UPNJ-08-0001029

**Todd A. Whitham/UPC**
04/18/2006 02:03:12 PM

To: Eric L. Butler/UPC@UP, Randy G. Evans/UPC@UP, Brian G. Maher/UPC@UP, Bob D. Maziarz/UPC@UP, Brad A. Thrasher/UPC@UP, Bob M. Toy/UPC@UP, Martin J. Matukewicz/UPC@UP
CC: Jason M. Hess/UPC@UP, Curt M. Johnson/UPC@UP, Rich A. Mietz/UPC@UP, Jim M. Nave/UPC@UP, Ken Norwood/UPC@UP, Susan M. Strong/UPC@UP, Tony C. Clark/UPC@UP, Thomas M. Huff/UPC@UP, Shawntell N. Hurtgen/UPC@UP, Kevin B. Klein/UPC@UP, Jeffry S. Johnson/UPC@UP, Keith Taylor/UPC@UP, Kristin R. Olson/UPC@UP, Rebecca L. Thomas/UPC@UP, Susan L. Brown/UPC@UP
BCC:
Subject: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

Attachments: NS Tariffs and Actuals.xls

The interline steel team documents account for roughly $11M or 65% of our exposure in IP.

NSUP 33123 (sheet steel), Revenue $9.8M
NSUP 33121 (mini-mill, pipe and plate products), Revenue $1M

As I understand the proposal, the changes for my business would be:
1. A $400,000+ hit in contribution (based on the 4% decrease to the customers on the current level of freight charges)
2. A 12% or $1.3M increase in price (assuming we would still track this as pure price, Bob?).
3. Less downside risk once fuel up to $64 is priced into the rates.

I'm not opposed to this proposal given the current make-up of the fuel vehicle for this interline pricing with the NS.
What is the rest of the group thinking?
Since they want to announce on Thursday, I assume we should get back to them PDQ.

TW.
----- Forwarded by Todd A. Whitham/UPC on 04/18/2006 01:47 PM -----

Eric L. Butler
04/18/2006 01:17 PM

To: Linda A. Brandl/UPC@UP, Randy G. Evans/UPC@UP, Brian G. Maher/UPC@UP, Bob D. Maziarz/UPC@UP, Steven J. McLaws/UPC@UP, Brad A. Thrasher/UPC@UP, Bob M. Toy/UPC@UP, Martin J. Matukewicz/UPC@UP, Mary E. Wright/UPC@UP, Ken H. Adams/UPC@UP, Craig M. Collins/UPC@UP, Rodger L. Dolson/UPC@UP, Jason M. Hess/UPC@UP, Curt M. Johnson/UPC@UP, Rich A. Mietz/UPC@UP, Jim M. Nave/UPC@UP, Ken Norwood/UPC@UP, Ken Norwood/UPC@UP, Susan M. Strong/UPC@UP, Tony C. Clark/UPC@UP, Thomas M. Huff/UPC@UP, Shawntell N. Hurtgen/UPC@UP, Kevin B. Klein/UPC@UP, Todd A. Whitham/UPC@UP, Kimberly E. Hess/UPC@UP, Bruce D. Kroese/UPC@UP, Carey A. Wilcox/UPC@UP, Catie E. Kuester/UPC@UP, Joan M. Harvieux/UPC@UP, Joanie M. Brazeal/UPC@UP, Julie A. Phillips/UPC@UP, Travis W. Vanderpool/UPC@UP
cc:
Subject: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

---

Eric Butler
Vice President - General Manager Industrial Products
Union Pacific Railroad
Omaha, NE 68179
402 544 3463

402 501 0150 (paper fax)

---

----- Forwarded by Eric L. Butler/UPC on 04/18/2006 01:17 PM -----

Chuck Adams
04/12/2006 04:09 PM

To: Jack J. Koraleski/UPC@UP
cc: Brian G. McDonald/UPC@UP, Diane K. Duran/UPC@UP, Doug J. Glass@up.com, Drew R. Collier/UPC@UP, Ed Sims/UPC@UP, Eric L. Butler/UPC@UP, Greg H. Sovey/UPC@UP, Harvey E. Wood/UPC@UP, John Kaiser <jekaiser@up.com>, Jim R. Young/UPC@UP, Julie A. Krehbiel/UPC@UP, Larry E. Wzorek/UPC@UP, Mike Hemmer/UPC@UP, Nancy L. Brantley/UPC@UP, Robert M. Knight Jr./UPC@UP, KURTSCHROEDER@UP.COM@UP, Brian A. Rommel/UPC@UP, Kurt E. Wilhelm/UPC@UP

**UPNJ-08-0001036**

Subject: NS FUEL SURCHARGE - - SCOPE OF REQUEST & INITIAL ANALYSIS

To provide perspective on this request, Kurt Wilhelm has provided traffic statistics by document for the 12 month period 4/1/05 to 3/31/06.

The NS surcharge amount for May has been announced for 16% fuel surcharge based on the March 2006 average. program The following shows that data for April, May and June based on Month to date data.

WTI AVE Basis WTI Mo. Ave
02/06: $61.63 Apr: 15.6% vs. 0%
03/06: $62.90 May: 16% vs. 0%
04/TD: $67.48 June: 18% vs. 1.2%

NS proposal for public prices which they publish:

a. Rebase from $23.00 to $64 per WTI barrel initial threshold.
b. Decreases formula slope by 25%.......... from 0.4% to 0.3%.
c. Makes 75% of current (May) fuel surcharge permanent by increasing base rates 12%.
d. Current program WTI Tier for 12% is $52.01 to $53.00.
e. Last time current program fuel surcharge was 12% or less was July 2005.
f. Total charges on Day 1 would be reduced:
1. by 3.6% at current program 15.6% for April vs 0% fuel surcharge.
2. by 4.0% at current program 16% for May vs. 0% fuel surcharge
3. by 4.8% at current program 18% (extrapolated) for June vs. 1.2% fuel surcharge.

Mitigates an excessively high fuel surcharge discussion at the STB fuel surcharge hearing for a potential discussion on high rail prices. NS customers will have 4% reduction in payments immediately However, should the price of fuel come down, the NS will stop its fuel surcharge at $64 and customers will have no potential to get additional surcharge relief.

Potential to trigger similar HDF rebase & recalibration. We will be working with Mark Draper to assess the implecations of this move on our business.

Chuck Adams
Union Pacific Railroad
1400 Douglas Street, STOP 1340
Omaha, Nebraska, 68179
Phone: 402-544-5866
Fax: 402-233-2798
e-mail: ChuckAdams@UP.com
Web: WWW.UPRR.COM

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jckaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the Increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack

**From:** CN=Tom R. Gehl/O=UPC
**To:** CHUCKADAMS@UP.COM@UP;CN=Lee E. Grimes/O=UPC@UP;ESIMS@up.com@UP
**Sent:** 02/07/2007 07:57:47 AM
**Subject:** Re: Mileage Based FSC Timetable

as info. Tom
----- Forwarded by Tom R. Gehl/UPC on 02/07/2007 07:57 AM -----

**Jack J. Koraleski**
02/07/2007 05:49 AM

To: Tom R. Gehl/UPC@UP
cc:
Subject: Re: Mileage Based FSC Timetable

Tom,

CSX is going down the PC Miler approach. As well. How will we adapt on Interline moves?

NS is planning to do away with the fuel surcharge altogether an just change rates when they need to.

Good news on April 1. Not sure on how we deal with PC Miler. Clarence said PC Miler is significantly easier for customers t adopt. Easy updates, easy downloads etc.

As info . . .

----- Original Message -----

**From:** Tom R. Gehl
**Sent:** 02/06/2007 09:04 PM
**To:** JACKKORALESKI@UP.COM@UP; CHUCKADAMS@UP.COM@UP; Lee Grimes
**Cc:** ESIMS@up.com@UP
**Subject:** Mileage Based FSC Timetable

The extended FSC team met late today to evaluate the potential to speed up the application of the mileage based FSC. Bottom line, it looks like we will be able to support an April 1 implementation instead of April 26. We will have numerous critical early commercial decisions to make to support that effort, but I've committed that we will get those necessary decisions made in time to support the effort.

Have also learned that the announced CN PC-Miler approach is very problematic for us. It should be OK on a CN origin "prepaid" shipment, but the issue we have is when a customer bills a CN origin shipment as "collect". UP will not have the ability to bill a customer using PC-Miler. This will create some significant ISS issues. If we learn that most other carriers decide to use this mileage program, we may need to purchase and implement this capability.

I was not able to go visit with Paul and the Ag team today about their plan to implement the new prices on April 1 instead of March 1. I'll talk with them tomorrow. If you've had other discussions on this point, please let me know.
Tom

**From:** CN=Nobu Terasaki/O=UPC
**To:** JEKAISER@UP.COM@UP;BRIANMCDONALD@UP.COM@UP;Marty H. Coalson@UP;PDBORSET@up.com@UP
**Sent:** 02/16/2007 07:54:21 AM
**Cc:** "SCOTT COLEMAN" <secolema@up.com>;TPCOLEMA@up.com@UP;CN=Michael D. Boone/O=UPC@UP
**Subject:** Fuel Surcharge Update

This proposal suggests repricing the existing pricing to nearly the current price levels and start rebasing from there going forward. This will give us a very small fuel surcharge in the beginning and not much room for downward adjustment in fuel surcharge when a fuel price goes down. $55 WTI equates to $2.37 of Highway Diesel Fuel Price or just about at the current HDP.

Should UP take this position for intermodal business segment, there could be some challenges to overcome:

Sudden fuel price drops might disadvantage UP in the market without adjusting core pricing.

Other railroads may not necessarily follow UP's program potentially creating a market chaos.
(NS and CSXI have already suggested to stay with the current revenue-based program for intermodal at least for now)
(Customers strongly suggested in the last survey that the industry should have a uniformed approach to the fuel program)

Intermodal market particularly domestic customers may prefer the current revenue-based fuel surcharge
( The survey showed 74% of intermodal customers preferred reveune-based)

IMC community expressed that it would take a year or so to be ready to adopt the milage-based fuel surcharge program.

With the above in mind, I would like to suggest to start preparing intermodal milage based program in concert with the technical development of the milage program to make sure that our input will be incorporated during the development stage; container vs. trailer surcharge as an example. Once we develop our program, we will either wait for other railroads to initiate their action or we will send an announcement with a substantial lead time for customers and industry to follow; perhaps Jan 1, 2008 as a target effective date.

In any event, we will have to discuss and decide whether we are to rebase and reprice or base the program at the lower WTI or HDP level: our current program is based at $1.253 HDP.

Nobu Terasaki
General Director - Intermodal Domestic Marketing
Union Pacific Railroad
Telephone: 402-544-6061
Cell Phone:402-203-4037
Fax: 402-501-1659
e-mail: nterasaki@up.com

----- Forwarded by Nobu Terasaki/UPC on 02/15/2007 01:16 PM -----

**Chuck Adams**

02/15/2007 10:35 AM

To: Michael E. Murray/UPC@UP, Kent D. Boettger@UP, James F. Lusk@UP, Martin J. Matukewicz@UP, Michael D. Boone@UP, Mary E. McArdle@UP, Nobu Terasaki/UPC@UP, KURTSCHROEDER@UP.COM@UP, Dave P. Muck/UPC@UP, Mary E. McArdle/UPC@UP, Lee E. Grimes/UPC@UP, Steve K. Jensen/UPC@UP, John H. Ransom/UPC@UP

cc: Larry E. Wzorek/UPC@UP, Ed Sims/UPC@UP, TRGEHL@up.com@UP

Subject: Fuel Surcharge Update

REDACTED

[redacted]



UPFSC 0422459
Highly Confidential

REDACTED

Sales Talking Points—UPRR FSC Plans
For Internal UPRR Use Only
March 2007

## Objectives of Union Pacific's Fuel Surcharge

- Enable UP to fully recover its incremental cost of fuel
- Is responsive to the STB ruling and customer requests for that ruling
- Is fair and equitable; and
- Minimizes complexity for both UP and its customers

## Response to STB ruling

- Union Pacific disagrees with the STB's conclusion that revenue-based fuel surcharges are unreasonable. Nevertheless, UP has redesigned its fuel surcharge program to conform to the new STB rules.

- Because of the complexity of our business, a shift away from a revenue-based fuel surcharge program will require significant changes in the record-keeping and bill processing systems of many of our customers.

- This ruling may be disruptive to some of our customers. In a UP survey of affected customers taken in mid-2006, over 50% said that, if there was going to be a fuel surcharge, they preferred a revenue-based program over any other methodology since it was similar to fuel surcharges used by trucking companies.

- We will work with the affected customers to help them adapt to changes in our fuel surcharge. We will, however, expect our customers to continue to pay us within existing credit terms.

- We intend to implement the new mileage-based fuel surcharge on business moving on regulated public prices. This change will be effective April 26, 2007. Those new prices will reflect a Highway Diesel Fuel (HDF) base of $2.30/gal.

- We plan to implement the new mileage based FSC on exempt business at a later date, but not later than January 1, 2008.

## Impact of the STB ruling

- The STB ruling affects regulated traffic - approximately 15% of Union Pacific's business (as measured by revenue). It is our intention to migrate to the new mileage-based surcharge only on this regulated publicly priced business at this time. We plan to have a mileage-based FSC on exempt business by January 1, 2008 to eventually

eliminate the need for both our customers and ourselves to manage multiple, different methodologies for regulated and exempt traffic.

- The company does not believe that there will be a negative revenue impact to Union Pacific as a result of this ruling. When implementing the new fuel surcharge program, we will reprice our business. These new rates will be restructured to reflect a new HDF basis of $2.30 per gallon versus the $1.35 per gallon used in today's revenue-based fuel surcharge program. The basing of the new fuel surcharge at a higher level will require the incorporation of some of the current fuel surcharge revenue into the customers' base prices.

- Note: UP's current fuel surcharge program recovered only 90% of the incremental fuel cost above 75 cents per gallon in 2006. 75 cents per gallon is the underlying cost basis for UP's existing revenue-based FSC program. Under the new mileage-based FSC program, we will rebase UP's fuel cost to $1.70 per gallon, which is more reflective of today's environment.

- UP's fuel costs historically have mirrored the changes in the HDF index. While UP's cost is below the HDF index level, UP's fuel cost changes track very closely to the reported changes in the HDF index (see attached slide from UP's STB testimony showing the parallel movement of UP's cost of diesel fuel and the change in the HDF).

- If customers have concerns about their ability to process payments under a mileage-based FSC system, they should address those concerns to the STB - directly or through their shippers' association.

- It is Union Pacific's intention to eventually roll all business, including contracts as they expire, to a mileage-based FSC program.

## How the Program Works:

- New prices and FSC factors will take effect on April 26, 2007 (these prices generally incorporate the existing base rate plus the existing revenue-based FSC). These apply to all regulated traffic except coal moving eastbound from the SPRB under UP Circular 111. UP Circular 111 customers will receive notification separately regarding the new FSC that will apply to that business.
- The new UP mileage-based FSC trigger is at an HDF per gallon level of $2.30, which closely correlates to a per barrel WTI price of $55.00. The average HDF price from two months prior will determine the cents per mile surcharge under UP's mileage-based FSC program. The attached table outlines UP's FSC cents per mile surcharge. The April FSC will be $0.08 per mile based on the February HDF average of $2.488.
- If the average HDF per gallon price is less than $2.30, no FSC will be applied during that month. Note that there is no "negative FSC" adjustment. Rates will not be reduced nor will FSC refunds be paid if the index falls below $2.30 per gallon.

- The mileage-based FSC program will apply to regulated publicly priced business effective April 26, 2007, except UP Circular 111 (as noted above).
- The mileage-based FSC program will apply to exempt business at a date to be determined, but not later than January 1, 2008.
- Standard contract language will be provided for incorporation of a mileage based FSC into rail transportation contracts as agreements expire. Our intent is to move all business to the new FSC program as agreements allow.
- Mileages will be calculated using rail miles contained in the ALK Technologies' PC*MILER | Rail program. In addition to our single line business, we will be seeking concurrence from rail connections to utilize the following approach on through rate business governed by UP price documents. The total mileage will be stated on the customer freight bill.
- For through rate business where UP's price document governs the move, UP's FSC program will apply for the entirety of the move if the connecting carrier concurs. Conversely, when prices are held in other carriers' pricing documents, the other rail carriers' FSC programs will apply for through rate shipments in which UP has concurred and is an interline or receiving carrier.
- Customers will have access to PC*MILER | Rail through the Union Pacific web site by April 10 to allow for mileage-inquiry capability.
- The Union Pacific Marketing and Sales team contacts for any questions related to the UP mileage-based surcharge include Ed Sims, Tom Gehl, Lee Grimes, Chuck Adams and Kurt Schroeder. Individual business group questions should be addressed through the group's FSC representative:

| | |
|---|---|
| o Ag Products | Dave Muck |
| o Automotive | Mary McArdle |
| o Chemicals | Lee Grimes |
| o Energy | Jim Lusk |
| o Industrial Products | Martin Matukewicz |
| o Intermodal | Nobu Terasaki |
| o Mexico | Steve Jensen |
| o Interline | John Ransom |

# HDF Surcharge - Customer Driven

***Highly Correlated to UP Fuel Costs***






UPNJ-07-0000502
HIGHLY CONFIDENTIAL
UPFSC0000579

## FAQ's (For Internal UPRR Use Only)

***Why is UPRR's fuel surcharge program changing?***

From the beginning of our fuel surcharge program in 2002, Union Pacific's goal has been to have a fuel surcharge that recovers incremental fuel costs as a result of the extraordinary increase in energy prices. Our program was designed to be responsive to our customers; fair and equitable; and simple to administer for both Union Pacific and our customers.

On January 26, 2007, the Surface Transportation Board (STB) issued a decision prohibiting railroads from assessing fuel surcharges on regulated public freight rates based on a percentage of freight charges after April 25, 2007. In reaching this decision, the STB was responding to rail customers' calls for fuel surcharges to be based on the attributes of the shipment rather than as a percentage of freight charges.

Since the STB ruling, UPRR has explored alternative approaches to a fuel surcharge program which would meet both regulatory requirements and customer needs. In order to make the new program as easy as possible for our customers, UPRR will be converting its regulated, public freight rates to a new, mileage-based fuel surcharge effective April 26, 2007.

***Does this FSC apply to Autos, Intermodal or other exempt business?***

Effectively, the answer is no. This business is exempt from regulation. Accordingly, we have the ability to utilize whatever FSC program we desire in these markets. As noted in the announcement, it is our intention to apply a mileage-based FSC to these exempt markets in the near future.

***Why is Circular 111 business not included in the broad UP FSC program?***

A very small number of coal customers shipping eastbound from SPRB are actually using public prices in UP Circular 111 (and therefore subject to the STB ruling). Because of the characteristics of this business, a different FSC is required to protect the railroad's incremental expenses. Rather than confuse the balance of our customers with this detail, we have chosen to communicate directly with those few impacted coal customers and not through our broader notification process.

***Does this mileage-based FSC apply to business moved under private agreements?***

At this time the answer is no. Business moving under private agreements is not covered under the STB ruling. As noted in the announcement, it is our intention to apply a mileage-based FSC to these private agreements as those existing agreements expire.

***Why do we talk about $2.30 per gallon fuel and $1.70 per gallon fuel? I don't understand the nuance of that difference!***

UP has decided to continue using the well known and published Department of Energy index for the measurement of fuel price change (HDF). This index measures the average cost of highway diesel fuel. Because the railroad is such a large purchaser of diesel fuel, our per gallon cost is naturally lower. However, because we are a private company, our fuel costs are not available to the general public (or our customers) for open scrutiny. Using the HDF index allows us to track the change in fuel costs over time.

When the HDF index is around $2.30 per gallon, UP's actual fuel cost is around $1.70 per gallon. We have found that the correlation between UP's fuel cost change and that reported through the HDF index is very high, thus making the HDF index a valid measure of the change in fuel cost for our purposes. (see attached slide from UP's STB testimony showing the parallel movement of UP's cost of diesel fuel and the change in the HDF)

***Why is UP using DOE Highway Diesel Fuel (HDF)?***

UP's fuel costs historically have mirrored changes in the HDF index. While UP's cost is below the HDF index, our fuel cost changes track very closely to the reported changes in the HDF index.

***Why did we set our threshold level at $2.30 per gallon?***

We felt this level was reasonably reflective of current experience in the volatile fuel market. Additionally, the HDF index averaged $2.30 per gallon during the period of January 2004 through December 2006.

***Is UP's announced mileage-based FSC program different from other rail carriers' programs?***

Our program <u>is different</u> which is a reflection of the marketplace at work. No industry level discussions were or are allowed on this topic. Each carrier had to determine its response to the STB ruling. In our case, we have established our approach which will allow us to fully recover incremental fuel expenses. We will be seeking concurrence from our connecting rail carriers through "bilateral discussions" specific to the carriers involved in the route.

***Why can't the railroads just get together and use the same formula and approach to charging a fuel surcharge?***

The railroads are subject to the federal antitrust laws. While they may talk to one another about what approach to take only on the business which they both handle together on an interline basis, the railroads cannot agree on industry-wide pricing policies, including those relating to fuel surcharges and whether and when such fuel surcharges should apply.

***Why are you using PC*MILER | Rail versus actual rail miles?***

UP is adopting a uniform mileage system that approximates rail miles and is easy to use.

***In some cases, the PC-Miler miles don't match the other UP miles (e.g., UP 6000). Why is this? If the PC-Miler miles are greater, am I being overcharged for FSC?***

We have decided to utilize ALK Technologies' PC*MILER | Rail program to mile shipments subject to the new mileage-based FSC program. No industry mileage master is available and our research indicated this ALK program provided the best rail mileages for interline shipments. The ALK program/database seems to be widely accepted in the transportation industry. The financial structure of our FSC program has been based on those ALK mileages, and all FSC rating will be accomplished using those

ALK mileages. PC*MILER | Rail is our master file for fuel surcharges. We will work with ALK when we find examples of significant differences between ALK and actual shortest route UP miles to help make their product better.

***I have a tariff 'through-rate' move today. How will my fuel surcharge change?***

We will seek the concurrence of the interline carriers to utilize the same approach.

***Will UP be providing extended credit terms for customers that cannot adjust their systems?***

Customers have requested a change in the FSC program through the STB. In response to the STB decision, UP has changed the necessary financial and technology systems to be responsive to that decision in a timely manner. UP will not be extending credit terms and customers are expected to provide correct payment within existing credit terms.

***Who should customers contact if they are not satisfied with our new fuel surcharge program?***

UP's mileage-based FSC program has been designed to be responsive to the STB ruling. Any customers wishing to comment on that decision or an individual carrier's response to that ruling should direct their comments to the STB, either directly or through a shipper's association to which they may belong.

**From:** CN=Tom R. Gehl/O=UPC
**To:**
CHUCKADAMS@UP.COM@UP;KURTSCHROEDER@UP.COM@UP;LEGRIMES@up.com@U
P
**Sent:** 03/11/2007 01:38:42 PM
**Subject:** Re: More on BNSF

----- Forwarded by Tom R. Gehl/UPC on 03/11/2007 01:38 PM -----

**Jack J. Koraleski**
03/09/2007 11:12 AM

To: Tom R. Gehl/UPC@UP
cc: "Diane Duren" <dkduren@up.com>, JULIEKREHBIEL@UP.COM, esims@up.com, Doug J. Glass@up.com, Eric L. Butler/UPC@UP, John E. Kaiser/UPC@UP, DREWCOLLIER@up.com, Nancy L. Brantley/UPC@UP, trgehl@up.com, HEWOOD@up.com, Paul E. Hammes/UPC@UP
Subject: Re: More on BNSF

The BNSF adds a degree of complexity to our fuel surcharge mechanism.
A significant drop in fuel would likely force us to reduce base rates to stay competitive.
I wonder if their strategy is to be "the good guy" on the block?

Jack

**Tom R. Gehl**
03/08/2007 08:12 AM

To: JACKKORALESKI@UP.COM@UP
cc:
Subject: More on BNSF

I know that you will have difficulty seeing the BNSF particulars from your Blackberry. Effectively, it appears to me that they've simply rolled the STB impacted business into their existing mileage scale. The threshold HDF price is $1.25 per gallon. At $2.30 per gallon, their mileage surcharge is $0.27 per mile. They also state that they will be using PC Miler. Looks like they do not have plans to reprice (and roll in fuel) at this time, which could really cost them if fuel drops. As info. Tom

# ANNOUNCEMENT

CUSTOMER NEWS – 2007-005

March 21, 2007 entered by Tina M. Wehrbein

PUBLISH - Current Status

| | |
|---|---|
| CATEGORY(s) | Customer News |
| HEADLINE: | Union Pacific Mileage-Based Fuel Surcharge Program Effective 4/26/2007 |

| | |
|---|---|
| Customer Notification Option: | All Text with Link |

Body:
March 21, 2007

To our customers:

From the beginning of our fuel surcharge program in 2002, Union Pacific's goal has been to have a fuel surcharge that recovers incremental fuel costs as a result of the extraordinary increase in energy prices. Our program was designed to be responsive to our customers; fair and equitable; and simple to administer for both Union Pacific and our customers. The Surface Transportation Board (STB) has now ruled that railroads can no longer apply a fuel surcharge as a percentage of the freight revenue on regulated traffic. Accordingly, Union Pacific has redesigned its fuel surcharge program to conform to the STB ruling.

For all regulated traffic that is publicly priced in various price documents, Union Pacific intends to publish new rates that will be effective as of April 26, 2007. These new rates will be published at increased market levels reflecting fuel costs at higher base levels, with each new rate subject to a new Union Pacific fuel surcharge provision, as outlined below:

- The fuel surcharge (FSC) will apply when the Department of Energy (DOE) Highway Diesel Fuel (HDF) monthly average price reaches or exceeds $2.30 per gallon for all mileage-based FSC programs.

- No fuel price adjustments will be made to base published rates if HDF prices average below $2.30 for any given month.

- Mileage-based FSC rates will be changed on the first day of each month based on the monthly average Highway Diesel Fuel cost per gallon from two months prior.

- Once HDF prices average $2.30 per gallon, an initial cents-per-mile-per-car surcharge will apply. As HDF prices increase beyond the initial price-change increment, an additional cents-per-mile-per-car charge will be added to the FSC.

- In addition to our single line business, we will be seeking concurrence from our rail connections to utilize the following approach on through rate business with each of them that is governed by UP price documents. Mileages will be calculated using rail miles contained in the ALK Technologies' PC*MILER | Rail program.

- Customers will have access to PC*MILER | Rail through the Union Pacific web site by April 10 to allow for mileage-inquiry capability.

- For supporting detail, the total mileage, fuel surcharge rate and total fuel surcharge amount will be provided on customer freight bills.

- In general, the FSC increases $0.01 per mile for each $0.05 per gallon change in HDF after the initial

surcharge. The applicable FSC is outlined on the attached table.

This new fuel surcharge does not apply to freight moving under Union Pacific's Circular 111. Customers moving under UP Circular 111 will receive separate notification of the new FSC that will apply for that business.

With respect to the remainder of our publicly priced business, it is our intent to convert to a mileage-based FSC program no later than January 1, 2008. Our private agreements will be transitioned to a mileage-based FSC as those existing agreements expire.

I hope this letter provides sufficient information for you to make the necessary changes to your payable systems to meet the requirements of the STB's ruling. If you have any questions concerning our fuel surcharge plans, please contact your Union Pacific Sales Representative.

Jack Koraleski

For additional information on the HDF Mileage Fuel Surcharge Table, see this web page:
http://www.uprr.com/customers/surcharge/fsc_table.shtml

If you have any questions please contact your Union Pacific Sales Representative.

Tina M. Wehrbein

03/21/2007 03:13 PM

To: MKTSALES, UPRR_M&S_UPDS
cc: Larry E. Wzorek/UPC@UP, Ellen E. Smith/UPC@UP, Kathryn A. Blackwell/UPC@UP, Mark W. Davis/UPC@UP, James E. Barnes/UPC@UP, Jennifer Hamann/UPC@UP, Anne E.
Subject: Mileage-Based Fuel Surcharge Program Changes Effective 4/26/2007

Union Pacific has announced the implementation of a mileage-based fuel surcharge (FSC) provision that will become effective on April 26, 2007 on regulated, publicly priced business. The announcement has been forwarded to our customer base through an e-mail transmission and through a web posting of the announcement on the UP web site. To ensure effective internal communication of our actions, attached is relevant support materials for your review and information. The mileage-based FSC development team thanks all those that participated in the development effort. The attached information describes appropriate contact personnel for any questions that may arise. Please note: FAQ's and other supporting material are intended for your background education and information and are provided for Internal UPRR use only.

Attached is a link to the Customer Communications Database where the following documents are accessible: (Document Link); (Database Link)

**Customer Announcement Letter**

**Customer Announcement Letter Attachment (mileage table)**

**Sales Talking Points**

**Sales Talking Points Attachment (fuel cost comparison graph)**

**Frequently Asked Questions**

**Section Name:** Fuel Surcharge
**Revised Date:** 03/21/2007

## Following are the elements of the Mileage-Based Fuel Surcharge Program changes effective April 26, 2007

1. Customer Announcement Letter

FSC - Customer Letter FINAL- 032107

2. Customer Announcement Letter Attachment (mileage table)

FSC - Mileage Scale FINAL - 032107.

3. Sales Talking Points - For Internal Use Only

FSC - Sales Talking Points FINAL - 032107

4. Sales Talking Points Attachment (fuel cost comparison graph) - For Internal Use Only

Fuel Cost Comparison FINAL - 032107

5. Frequently Asked Questions - For Internal Use Only

FSC - FAQ FINAL - 032107.d

UPNJ-07-0000496
CONFIDENTIAL
UPFSC0000573

DA01703

March 21, 2007

To our customers:

From the beginning of our fuel surcharge program in 2002, Union Pacific's goal has been to have a fuel surcharge that recovers incremental fuel costs as a result of the extraordinary increase in energy prices. Our program was designed to be responsive to our customers; fair and equitable; and simple to administer for both Union Pacific and our customers. The Surface Transportation Board (STB) has now ruled that railroads can no longer apply a fuel surcharge as a percentage of the freight revenue on regulated traffic. Accordingly, Union Pacific has redesigned its fuel surcharge program to conform to the STB ruling.

For all regulated traffic that is publicly priced in various price documents, Union Pacific intends to publish new rates that will be effective as of April 26, 2007. These new rates will be published at increased market levels reflecting fuel costs at higher base levels, with each new rate subject to a new Union Pacific fuel surcharge provision, as outlined below:

- The fuel surcharge (FSC) will apply when the Department of Energy (DOE) Highway Diesel Fuel (HDF) monthly average price reaches or exceeds $2.30 per gallon for all mileage-based FSC programs.
- No fuel price adjustments will be made to base published rates if HDF prices average below $2.30 for any given month.
- Mileage-based FSC rates will be changed on the first day of each month based on the monthly average Highway Diesel Fuel cost per gallon from two months prior.
- Once HDF prices average $2.30 per gallon, an initial cents-per-mile-per-car surcharge will apply. As HDF prices increase beyond the initial price-change increment, an additional cents-per-mile-per-car charge will be added to the FSC.
- In addition to our single line business, we will be seeking concurrence from our rail connections to utilize the following approach on through rate business with each of them that is governed by UP price documents. Mileages will be calculated using rail miles contained in the ALK Technologies' PC*MILER | Rail program.
- Customers will have access to PC*MILER | Rail through the Union Pacific web site by April 10 to allow for mileage-inquiry capability.
- For supporting detail, the total mileage, fuel surcharge rate and total fuel surcharge amount will be provided on customer freight bills.
- In general, the FSC increases $0.01 per mile for each $0.05 per gallon change in HDF after the initial surcharge. The applicable FSC is outlined on the attached table.

This new fuel surcharge does not apply to freight moving under Union Pacific's Circular 111. Customers moving under UP Circular 111 will receive separate notification of the new FSC that will apply for that business.

With respect to the remainder of our publicly priced business, it is our intent to convert to a mileage-based FSC program no later than January 1, 2008. Our private agreements will be transitioned to a mileage-based FSC as those existing agreements expire.

I hope this letter provides sufficient information for you to make the necessary changes to your payable systems to meet the requirements of the STB's ruling. If you have any questions concerning our fuel surcharge plans, please contact your Union Pacific Sales Representative.

Jack Koraleski

## MILEAGE – HDF
## FUEL SURCHARGE TABLE

In the event the average price of Retail On-Highway Diesel Fuel (as set forth below, the "HDF Average Price"), calculated monthly based on prices reported on the U.S. Department of Energy Website (eia.doe.gov) equals or exceeds $2.30 per gallon, UP will add a mileage-based fuel surcharge to freight charges referencing or subject to this authority. The fuel surcharge shall be applied to each shipment having a waybill dated on or after the 1st day of the second calendar month following the calendar month of a given HDF Average Price (e.g., a fuel surcharge applied beginning July 1 would be based on May's HDF Average Price).

The HDF Average Price for a given calendar month will be determined by adding the weekly Retail On-Highway Diesel Fuel prices reported on the U.S. Department of Energy Website (eia.doe.gov), and dividing the result by the number of weeks so reported. The result will be rounded to the nearest tenth of a cent. If the Department of Energy ceases reporting of the price of Retail On-Highway Diesel Fuel, UP will employ a suitable substitute source of price or measure. Schedule reflects the applicable fuel surcharges within the HDF Average Price ranges noted below:

| **HDF Average Price (Per Gallon)** | | **Fuel Surcharge (Cents Per Mile Per Car)** |
|---|---|---|
| $0.00 to $2.299 | | $0.00 |
| $2.30 to $2.349 | | $0.05 |
| $2.35 to $2.399 | | $0.06 |
| $2.40 to $2.449 | | $0.07 |
| $2.45 to $2.499 | | $0.08 |
| $2.50 to $2.549 | | $0.09 |
| $2.55 to $2.599 | | $0.10 |
| $2.60 to $2.649 | | $0.11 |
| $2.65 to $2.699 | | $0.12 |
| $2.70 to $2.749 | | $0.13 |
| $2.75 to $2.799 | | $0.14 |
| $2.80 to $2.849 | | $0.15 |
| $2.85 to $2.899 | | $0.16 |
| $2.90 to $2.949 | | $0.17 |
| $2.95 to $2.999 | | $0.18 |
| $3.00 to $3.049 | | $0.19 |
| $3.05 to $3.099 | | $0.20 |
| $3.10 to $3.149 | | $0.21 |
| $3.15 to $3.199 | | $0.22 |
| $3.20 to $3.249 | | $0.23 |
| $3.25 to $3.299 | | $0.24 |
| $3.30 to $3.349 | | $0.25 |
| **Each $0.05 per gallon increase thereafter** | | **Additional 1 cent per mile** |

PC*Miler Rail Product will be used to calculate mileage. If interline price routing is involved, mileages will be calculated via the revenue route junction(s) of the price used to rate the shipment.

In no case will freight charge(s) be reduced below the Base Freight Charge(s) as a result of the application of this item, nor will application or removal of the fuel surcharge be retroactive.

**From:** James Valentine
**Sent:** Wednesday, May 12, 2004 03:27 PM
**To:** James.Valentine@morganstanley.com
**Subject:** 2Q04 Railroad Outlook and 1Q04 Review
**Attachments:** 1q04railreview.pdf

Equity Research
North America
Industry Railroads

James J. Valentine, CFA
(312) 706-4600
James.Valentine@morganstanley.com
Michael Manelli
(312) 706-4604
Mike.Manelli@morganstanley.com
Industry UpdateMay 12, 2004
2Q04 Railroad Outlook and 1Q04 Review

We expect divergence in rail performance to continue
We continue to recommend owning those railroads with the most fluid networks, namely BNI, CNI and NSC as we believe they will experience better operating leverage from the robust revenue environment. We rate CSX and UNP Underweight as we believe the market is overstating the pace of their respective recoveries. A word of caution regarding the entire industry: periods of Fed tightening have not been kind to railroad stocks in the past.

Shipper demand couldn't be better
We expect 2004 to be the best year for railroad volume growth in the past ten, as coal and grain are experiencing strong demand and lapping easy year-over-year comparisons while economically sensitive traffic is showing mid-single digit growth driven by an improving economy, and Intermodal is strong due to a tight over-the-road Truckload market. The only major commodity not experiencing growth is autos.

Tight capacity helping to improve railroad pricing trends
Rail rates increased 1 to 2% in 1Q04, a significant improvement from historical trends. With capacity tight across all modes of transportation we expect pricing to continue to firm, especially for carriers with higher service levels (BNI, CNI and NSC) but some of this price increase is being consumed by 5%-6% wage and benefit inflation and thus increased pricing alone is not reason enough to own the group, in our opinion.

Constrained railroads likely to add resources before returns reach hurdle rates
With tight capacity across the entire North American railroad network, it appears the industry will add locomotives, facilities and track at an increasing rate, despite the industry still not earning its cost of capital. We'd prefer the industry let the tightness drive up pricing enough to justify the re-investment before adding more resources.

We view the Air Freight and Surface Transportation Industry as In-Line
Air Freight, Railroad and Trucking valuations are at or above historical levels. We believe the overall group will likely perform in-line with the broader-based market over the next 6 to 12 months, or as long as cyclicals remain in favor with investors.

Please see the attached note(s) for details and important disclosures.

This is not an offer (or solicitation of an offer) to buy/sell the securities/instruments mentioned. Morgan Stanley may deal as principal in or own or act as market maker for securities/instruments mentioned or may advise the issuers. This may refer to a research analyst/research report. For additional information, research reports and important disclosures, contact me or see https://secure.ms.com. We do not represent this is accurate or complete and we may not update this.

Past performance is not indicative of future returns. This communication is solely for the addressee(s) and may contain confidential information. We do not waive confidentiality by mistransmission. Contact me if you do not wish to receive these communications. In the UK, this communication is directed in the UK to those persons who are market counterparties or intermediate customers (as defined in the UK Financial Services Authority's rules).

Equity Research
North America

Industry

# Air Freight and Surface Transportation

James J. Valentine, CFA
+1 (1)312 706 4600
James.Valentine@morganstanley.com
J. Christopher Leshock
+1 (1)312 706 4602
Chris.Leshock@morganstanley.com
Michael Manelli, CFA
+1 (1)312 706 4604
Mike.Manelli@morganstanley.com

| GICS SECTOR | INDUSTRIALS |
|---|---|
| US Strategist Weight | 12.1% |
| S&P 500 Weight | 10.8% |

| KEY STOCK RATINGS | |
|---|---|
| Burlington Northern (BNI, $32) | Overweight |
| Canadian National (CNI, US$38) | Overweight |
| Canadian Pacific (CP, US$22) | Equal-weight |
| CSX Corp. (CSX, $31) | Underweight |
| Norfolk Southern (NSC, $24) | Overweight |
| Union Pacific (UNP, $57) | Underweight |

**RECENT REPORTS**

Lowering Estimates Again As UNP's Congestion Worsens
*James J. Valentine* April 8, 2004
Freight Pulse VI: Insights From Our Shipper Survey
*James J. Valentine* March 25, 2004
Changing Four Railroad Ratings as Prospects Diverge
*James J. Valentine* March 24, 2004
2004 Railroad Outlook and 4Q03 Review
*James J. Valentine* February 17, 2004
Poor Traffic and Op. Metrics Put 1Q EPS at Risk
*James J. Valentine* February 12, 2004
Favorable Coal Rate Rulings Affirm Recent Precedent
*James J. Valentine* February 5, 2004
Disappointing Service Metrics Becoming a Concern
*James J. Valentine* August 11, 2003

Industry Overview

May 12, 2004

## *2Q04 Railroad Outlook and 1Q04 Review*

- We expect divergence in rail performance to continue
  We continue to recommend owning those railroads with the most fluid networks, namely BNI, CNI and NSC as we believe they will experience better operating leverage from the robust revenue environment. We rate CSX and UNP Underweight as we believe the market is overstating the pace of their respective recoveries. A word of caution regarding the entire industry: periods of Fed tightening have not been kind to railroad stocks in the past.
- Shipper demand couldn't be better
  We expect 2004 to be the best year for railroad volume growth in the past ten, as coal and grain are experiencing strong demand and lapping easy year-over-year comparisons while economically sensitive traffic is showing mid-single digit growth driven by an improving economy, and Intermodal is strong due to a tight over-the-road Truckload market. The only major commodity not experiencing growth is autos.
- Tight capacity helping to improve railroad pricing trends
  Rail rates increased 1 to 2% in 1Q04, a significant improvement from historical trends. With capacity tight across all modes of transportation we expect pricing to continue to firm, especially for carriers with higher service levels (BNI, CNI and NSC) but some of this price increase is being consumed by 5%-6% wage and benefit inflation and thus increased pricing alone is not reason enough to own the group, in our opinion.
- Constrained railroads likely to add resources before returns reach hurdle rates
  With tight capacity across the entire North American railroad network, it appears the industry will add locomotives, facilities and track at an increasing rate, despite the industry still not earning its cost of capital. We'd prefer the industry let the tightness drive up pricing enough to justify the re-investment before adding more resources.
- We view the Air Freight and Surface Transportation Industry as In-Line
  Air Freight, Railroad and Trucking valuations are at or above historical levels. We believe the overall group will likely perform in-line with the broader-based market over the next 6 to 12 months, or as long as cyclicals remain in favor with investors.

Morgan Stanley does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Please see analyst certification and important disclosures starting on page 35.**

# 2Q04 Railroad Outlook and 1Q04 Review

Exhibit 1

**Key Economic Indicators**

| Indicator | What's Going On | Implications for Rails |
|---|---|---|
| *NEW ECONOMIC INDICATORS* | . | . |
| ***Macro Economy*** | Real **GDP** increased at a healthy 4.2% annual rate in the first quarter. April's **ISM** came in at 62.4, indicating an expanding manufacturing sector, as all 20 responding industry groups reported growth. **Industrial Production** declined 0.2% in March, however nearly all the decline was attributable to lower auto production, as the key manufacturing output increased 0.2% excluding autos. The Conference Board measure of **Consumer Confidence** increased 4.4 points in April to 92.9. | **Positive:** Most macro economic data continues to indicate an expanding manufacturing sector, which is positive for rail volumes. Additionally, rising consumer confidence should help stimulate discretionary spending. |
| ***Investor Sentiment*** | The S&P Rail index is down 9.1% year-to-date while the S&P 500 is down just 1.2%. | **Negative:** the rails have under-performed the broader market by 790 bps YTD (discussed in next section). |
| ***Automotive*** | **Motor vehicle sales** declined to a 16.4 million annual sales pace in April down from a 16.7 pace in March, and below Morgan Stanley's 16.8 million estimate. Auto inventory levels continue to rise as Big 3 inventory increased to 88 days in April up from 82 days in March and 81 days in April 2003. | **Negative:** Weakening sales and rising inventory levels increase the likelihood of production cuts, a negative for the rails. |
| ***Housing/ Construction*** | *New* **home sales** jumped 8.9% in March to 1.228 million. Meanwhile, ***existing*** **home sales** increased 5.7% in March to 6.48 million. **Housing starts** surged 6.4% in March, following difficult winter weather in January and February which depressed new housing starts. | **Positive:** Despite recent increases in interest rates, housing data continues to show very high levels of activity which helps building products transported by rail. |
| *KEY ASSOCIATED INDUSTRY VARIABLES* | . | . |
| ***Steel/Metals*** | Domestic steel production for the week ended 5/01/04 totaled 2.039 mm tons, **up** 10.3% year-over-year. Year-to-date domestic steel production is up 3%. | **Positive:** Strong global demand is stimulating increased demand for domestic steel production. |
| ***Degree Day Demand*** | Heating demand **decreased** 6% for the recently-ended winter heating season, compared to average and year-ago levels. | **Negative:** lower heating demand usually leads to decreased coal burn. |
| ***Electricity Generation*** | Electricity generation **increased 6.6%** (year-over-year) for the week ended 4/23/04 and **is up 2.9% year-to-date**. | **Positive**: higher electricity demand translates to higher coal burn. |
| ***Nuclear Power Generation*** | Electricity generated by nuclear power plants **increased** 5.8% in the week ended May 1st, and is up 2.4% year-to-date. | **Negative:** higher nuclear generation could displace some coal generation. |
| ***Natural Gas Prices*** | Spot natural gas prices closed at $6.294/mcf for the week ended May 7, 2004, up 14.1% over last year. | **Positive:** Gas prices north of $3.00/mcf prevent gas from displacing coal generation. |
| ***Diesel Fuel*** | The average on-highway diesel fuel price for the week ended 5/10/04 increased $0.03 to a $1.75 per gallon (equivalent to $1.20/gallon for the rails). Diesel prices are currently 20.8% above 2003 levels. | **Negative:** Diesel prices remain well above 2003 and historical levels. At current levels fuel comparisons will remain unfavorable for the remainder of 2004. |
| ***US/Canadian Exchange Rate*** | Year-over-year the Canadian dollar has strengthened 1.4% but more importantly is down 6.4% since January 1, 2004. | **Mixed:** A weaker C$ helps C$ EPS at CNI and CP but hurts US$ EPS. It also makes Canadian goods less expensive in the US that could help cross-border rail volumes. |

*Source: Morgan Stanley Research*



**Please see analyst certification and important disclosures starting on page 35.**

# Introduction

**Introduction**
This report is segmented into five sections:

- **Valuation and Outlook for Railroad Stocks**, where we discuss our favorite stocks.
- **Railroad Industry Catalysts and Risks**, where we discuss the most salient industry issues that investors should understand before investing in the industry.
- **Second Quarter Railroad Traffic Outlook**, where we highlight our traffic volume forecasts, by commodity.
- **Review of First Quarter Winners and Losers**, where we analyze the operating and financial performance from the quarter that was just reported.
- **Appendix**, where we highlight the catalysts, risks and management targets for the stocks we are currently recommending.

# Valuation and Outlook for the Railroads

**Investment Conclusion**
North American railroads are currently experiencing the strongest volume growth in the past ten years (industry revenue increased approximately 8% in 1Q04), and yet there's been a significant divergence among the railroads in terms of their ability to leverage this volume growth to the bottom line, as congestion-related expense continues to plague a number of the carriers. Because of this, **we recommend investors take a selective approach to investing in the group owning those railroads with the most fluid operations, namely BNI, CNI and NSC, while avoiding those companies currently encountering the largest congestion issues CSX and UNP** (see our March 24 report *"Changing Four Railroad Ratings as Prospects Diverge"*).

As depicted in Exhibit 1, the market has already begun to distinguish between those rails with the more fluid networks (BNI and NSC), and those that are struggling with congestion-related issues (CSX and UNP). While some may argue that this divergence has already played out, we expect BNI's and NSC's relative outperformance to continue as estimates are likely to rise for both carriers in the coming months (our 2004 estimates are approximately 3% above consensus expectations for both carriers, and our 2005 estimates are 3% above consensus for BNI, and 10% for NSC), and yet both continue to trade at a slight discount to their peers. With regard to UNP and CSX, we believe the market is overstating the speed at which their congestion related issues are likely to be resolved. While we believe both carriers are taking appropriate actions to resolve their respective problems we believe it's likely to take several quarters before these actions begin to impact margin levels in a meaningful way, and thus current consensus expectations are likely to prove overly optimistic. Our 2004 and 2005 EPS estimates are 7% and 4% below consensus for CSX, and 6% and 10% below consensus for UNP. Furthermore, given that both stocks are trading at premiums relative to their peers we would contend that the market is incorrectly pricing in upward, not downward earnings revisions, and therefore we rate both stocks Underweight.

With regard to CNI, we continue to believe if investors are going to own a railroad for the long-term CNI is the name to own, as we believe it has the industry's best margins, returns, and cash flow characteristics yet still trades at a similar multiple to its peers. In the near-term, we expect CNI to continue to benefit from its on-going "War on Bureaucracy", and a significantly larger '03/'04 Canadian grain crop, which is driving double-digit increases in high-margin grain loadings. Furthermore, CNI recently closed its Great Lakes Transportation acquisition and is expected to close its BC Rail acquisition by the end of 2Q, both of which we expect to be accretive to earnings immediately (approximately $0.10 per share in earnings over the next 12 months, which is not currently in our estimates).

Although we have Overweight ratings on three railroad stocks, keep in mind that this is relative to the 20 freight transportation stocks in our universe. We would be remiss not to mention that **freight transportation stocks do not historically perform well in a period of Fed tightening and as such we wouldn't be surprised to see our entire industry underperform less cyclical ones once the Fed begins to take action**. As shown in Exhibit 7, during the past two Fed tightenings ('94-'95, and '99-00) the S&P rail index underperformed the S&P 500 by 1,200 bps and 3,900 bps respectively (it's worth noting that compounding the under-performance in the '99-'00 period were merger-related issues at CSX and NSC and the flight to growth

stocks). While we do not intend to fight history on the issue, we believe the direct earnings impact to the rails is minimal, as they have much less volatile earnings than most other cyclical stocks, thanks in part to their overall stable pricing and non-economically sensitive coal volumes (30% of profits).

**See our "Stock Catalysts/Risks and Targets" exhibits in the appendix of this report for the railroads discussed in this section.**

Exhibit 1

**Railroad Industry - Year To Date Stock Price Change (12/31/03 - 5/7/04)**




*Note: CNI and CP prices in US$ as traded on the NYSE. Source: FactSet*

Exhibit 2

**Railroad Stock Performance — Relative Change in Value Since May 7, 2003**




*Source: FactSet*

Exhibit 3

## Railroad Industry — One Year Stock Price Performance (US$)

| Rail Stocks | Price 5/7/2003 | Price 5/7/2004 | Percent Change | 52 . Week High | Date | % Change From Hi | 52 . Week Low | Date | % Change From Lo |
|---|---|---|---|---|---|---|---|---|---|
| Burlington Northern Santa Fe | $27.90 | $32.73 | 17% | $33.49 | 1/27/04 | -2% | $26.58 | 8/25/03 | 23% |
| Canadian National | $32.61 | $37.53 | 15% | $43.20 | 1/05/04 | -13% | $31.60 | 7/17/03 | 19% |
| Canadian Pacific | $22.62 | $22.26 | -2% | $29.27 | 11/10/03 | -24% | $21.96 | 7/18/03 | 1% |
| CSX Corporation | $31.86 | $30.31 | -5% | $36.29 | 12/22/03 | -16% | $28.80 | 3/24/04 | 5% |
| Kansas City Southern | $10.83 | $13.50 | 25% | $15.35 | 1/23/04 | -12% | $10.60 | 9/29/03 | 27% |
| Norfolk Southern | $21.28 | $23.67 | 11% | $24.99 | 4/26/04 | -5% | $18.00 | 8/26/03 | 32% |
| Union Pacific | $59.90 | $56.99 | -5% | $69.56 | 1/02/04 | -18% | $56.56 | 4/16/04 | 1% |
| S&P Rail | 170.04 | 176.88 | 4% | 195.41 | 1/05/04 | -9% | 161.38 | 6/25/03 | 10% |
| S&P 500 | 929.62 | 1,098.70 | 18% | 1,163.23 | 3/05/04 | -6% | 912.06 | 5/20/03 | 20% |

*Note: CNI and CP prices in US$ as traded on the NYSE 52 week high and low prices include intra-day pricing. Source: Morgan Stanley Research, FactSet*

Exhibit 4

## Railroads— Relative P/E Valuation Based on Morgan Stanley's EPS Estimates (US$)

| | | | | EPS Estimates | | | | Absolute P/E Ratio | | | | 5-Yr Hist.* Absolute P/E on 12-Mo. Fwrd EPS | | | Relative P/E Ratio | | | | 5-Yr Hist.* Relative P/E on 12-Mo. Fwrd EPS | | | 12-Mo. Fwrd Vs. Hist. Metrics | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Stock Rating | Market Cap-$M | 10-May Price | 2003A | 12-Mo. Fwrd. | 2004E | 2005E | 2003A | 12-Mo. Fwrd. | 2004E | 2005E | Trough | Avg. | Peak | 2003A | 12-Mo. Fwrd. | 2004E | 2005E | Trough | Avg. | Peak | Abs. | Rel. |
| **Railroads:** | | | | | | | | | | | | | | | | | | | | | | | |
| BNI | O | $11,855 | $33 | $2.09 | $2.68 | $2.56 | $2.85 | 15.7 | 12.2 | 12.8 | 11.5 | 8.0 | 11.4 | 13.5 | 78% | 73% | 75% | 70% | 30% | 68% | 76% | 6% | 5% |
| CNI | O | $10,557 | $38 | $2.50 | $3.02 | $2.87 | $3.23 | 15.0 | 12.4 | 13.1 | 11.6 | 8.0 | 12.5 | 14.0 | 75% | 74% | 77% | 71% | 33% | 70% | 78% | 0% | 4% |
| CP | E | $3,468 | $22 | $1.48 | $1.83 | $1.71 | $2.00 | 15.1 | 12.1 | 13.0 | 11.1 | 8.0 | 11.5 | 13.0 | 75% | 73% | 76% | 68% | 33% | 65% | 78% | 5% | 8% |
| CSX | U | $6,489 | $30 | $1.91 | $2.29 | $2.10 | $2.55 | 15.9 | 13.2 | 14.4 | 11.9 | 9.0 | 11.8 | 14.0 | 79% | 79% | 85% | 73% | 35% | 71% | 95% | 11% | 8% |
| NSC | O | $9,163 | $24 | $1.36 | $1.92 | $1.80 | $2.10 | 17.4 | 12.3 | 13.2 | 11.3 | 9.0 | 12.5 | 14.0 | 87% | 73% | 77% | 69% | 45% | 79% | 97% | -2% | -5% |
| UNP | U | $14,589 | $57 | $4.14 | $4.19 | $3.90 | $4.60 | 13.8 | 13.6 | 14.6 | 12.4 | 8.5 | 12.5 | 14.0 | 69% | 81% | 86% | 76% | 36% | 73% | 131% | 8% | 8% |
| **TOTAL:** | | **$56,944** | | | | | **Average:** | **15.5** | **12.7** | **13.5** | **11.6** | **8.4** | **12.0** | **13.8** | **77%** | **76%** | **79%** | **71%** | **36%** | **71%** | **92%** | **5%** | **5%** |

*TMF – 12-Month Forward. E – Estimates. Source: Morgan Stanley Research*

Exhibit 5

## Railroad Industry — Absolute P/E Ratios versus Economic Activity 1982–2004E




*Source: Morgan Stanley Research*

Exhibit 6

**Railroad Industry — Relative P/E Ratios versus Economic Activity 1982–2004E**




*Source: Morgan Stanley Research*

Exhibit 7

**S&P Rail Index Cumulative Return Relative to the S&P 500 Index, July 1990 - April 2004**




*Source: Morgan Stanley research, Federal Reserve, FactSet*



**Please see analyst certification and important disclosures starting on page 35.**

**DA01713**

AAR-E-00026658

# Railroad Industry Catalysts & Risks

Below, we highlight the most investment-significant issues from the first quarter and those most likely to impact the remainder of 2004:

**Winner's Curse: Railroads Bringing on More Resources**
The revenue environment for the railroads is arguably more favorable now than it has been at any point over the past ten years and yet some of the carriers are reporting disappointing earnings. It may be too early to make the following conclusion, but we sense the industry's congestion problem have been brought about by too much cost cutting over the past decade. We're not suggesting that the railroads have reached their optimal margins, but rather highlighting that if there's little room for additional cost cutting, any future upward earnings surprises will need to come from revenue growth, which has historically been driven by a meager 2.8% annual volume growth. The one element that could surprise everyone on the upside is if the industry were to take up pricing 5% or better across all commodities, but that's unlikely as the historical trend, although improving, is only slightly above 0% when removing the effect of fuel surcharges (see discussion below). Even if railroads raise pricing at 2%-3%, keep in mind that if the headcount reduction has come to an end (overall North American rail industry headcount declined only 0.3% in 1Q04, which is down considerably from the 2.0% to 2.5% declines in recent quarters), the industry will need to place more attention on the persistent 5%-6% annual wage and benefit inflation (per employee) that has historically transferred some of the industry's economics to the powerful unionized employees.

Switching to the denominator portion of the return-on-capital equation, the railroads are beginning to inch up their capital expenditures to accommodate all of this additional business, even though most of the carriers don't currently earn their cost of capital. We're mildly concerned that the railroads will install new locomotives, facilities and rail over the next year only to discover the economy begins to slow or the secular decline of US manufacturing continues, leaving the industry once again with excess capacity. **Our recommendation would be for the industry to wait for tightening capacity to force pricing up to a level that gets the railroad industry earning its cost of capital instead of building the church for Easter Sunday.**

**Most Railroad Markets Firing on All Cylinders**
Looking more closely at the current trends, the two largest commodities not tied to the economy, coal and grain, are experiencing strong fundamental demand and lapping easy comparisons, Intermodal traffic is surging, driven by an over-the-road Truckload (TL) market that is short capacity, while economically-sensitive traffic is showing mid-single digit growth driven by a rapidly improving industrial economy. The auto market is the only one showing any signs of softness. With volumes surging on four of the five major commodity groups, the key issue for most rails has been managing, or in some cases finding, capacity (in terms of crews, locomotives and track capacity) to handle the growth.

Unfortunately for some railroads the surge in volumes came at a time when network fluidity on the North American rail network is at its lowest levels over the past three years. As we first discussed in August 2003 (see our August 11th report *"Disappointing Service Metrics Becoming a Concern"* and Exhibit 24) most railroads struggled with deteriorating operating metrics (average network speed, terminal dwell time, and number of cars online), throughout 2003. While many had targeted improvement during 4Q03 and 1Q04, these plans never materialized as improving volumes absorbed resources that were intended to decongest the network. As a result a number of North American railroads (highlighted by UNP) have been caught short both crews and locomotives, which caused congestion to worsen throughout their networks. During 1Q04, the four S&P railroads incurred approximately $90 million in congestion related costs (8% of operating income for the industry).

With volumes showing no signs of slowing most rails are being forced to bring on resources (hiring additional crews, and acquiring additional locomotives) as rapidly as possible to handle the volumes. While these additional resources should eventually help the railroads clear up congestion on their networks, these resources clearly come at a cost. For example, UNP indicated that the additional 350 short-term leased locomotives it's bringing into service will cost it approximately $13 million a quarter ($0.03 per share). Furthermore, it's worth noting that training train and engine (T&E) employees takes four to six months, and thus it will take some time before the recent hiring surge begins to have a positive impact on railroad network fluidity.



**Please see analyst certification and important disclosures starting on page 35.**

**Pricing On the Way Up But So Are Costs**

With capacity tight across all modes of transportation a number of the railroads are having more success securing customer rate increases. Across the North American rail network pricing increased 1-2% in 1Q04, which is a significant improvement over historical pricing trends. While all railroads are benefiting from rising customer pricing, those railroads with more fluid networks are participating in the trend more than those carriers struggling with service issues. For example, in the West, BNI increased customer pricing approximately 2% during the quarter, double the 1% increase secured by UNP, and in Canada CNI increased pricing approximately 2%, versus the 1.5% secured by CP. This is consistent with the results of our recently completed shipper survey (see our March 25th *"Freight Pulse VI: Insights from Our Shipper Survey"*), where customers indicated they expected to grant larger rate increases to those carriers providing higher service levels (BNI, CNI and NSC).

We expect pricing within the railroad industry to remain firm as the year progresses, but caution investors that its unlikely there will be a significant step-up in the magnitude of customer rate increases due to the long-term duration of many rail contracts. While improving pricing is clearly a positive for the industry, we do not believe it alone is reason to own the group, as the stronger pricing will be needed to help offset incessant unionized labor cost inflation, as our sense is the rate of headcount reduction industry wide appears to be slowing. In addition, some of the price increases simply represent a fuel inflation pass through and therefore create no economic value for the railroads. Looked at another way, in this quarter of firmer pricing, the four major US railroads grew their top line by 7% but the bottom line only by 14% which is less than many investors might expect from a cyclical sector that is perceived to have operating leverage. If we exclude Norfolk Southern, given its break-out quarter, the other 3 players experienced only 3% operating income growth on 7% revenue growth, all in a period of perceived better pricing. We're not saying that pricing is non-existent but rather that it shouldn't be the sole reason for owning a name in the group.

**Improving coal pricing a potential long-term catalyst**

In the East, West, and Canada there have been major events over the past 6 months that may have significant implications for railroad coal rates over the long-term. In the East two favorable STB rate cases enabled NSC and CSX to increase rates approximately 50% on coal movements to Duke and Carolina Power and Light. While this has clearly had a positive near-term benefit for NSC as it is now recognizing revenues at the 50% higher rates, we don't expect that future contracts will see the same magnitude of customer rates increases. Our forecast assumes captive coal rates will increase 15%-20% over the next couple of years, which compares to the 5%-10% rate increases we've seen over the past few years. We believe political pressure, and concerns over re-regulation will prevent CSX and NSC from pursuing rate increases in excess of 20%. Due to the 3 to 5 year duration of most coal contracts, the benefits of higher captive coal pricing will accrue to NSC and CSX on an incremental basis, beginning in 2005. We forecast higher coal rates to benefit NSC's earnings by $0.05 per share, and CSX's earnings by $0.08 per share per year over the next 3 to 5 years (which is already reflected in our estimates.)

In the West, UNP recently debuted Circular 111, its attempt at public pricing for coal shipments originating out of the PRB (Powder River Basis). While public coal pricing is not new, BNI has published public coal rates for the last eighteen months, this marks UNP's first foray into the market. On the surface UNP's Circular 111 appears to be a positive, but it will be at least a year before we can begin to assess its impact (UNP has historically discounted its coal pricing, even for customers with below-market rates and so it would be presumptive for us to assume this new program will automatically result in substantial pricing discipline). As a point of reference each 1% increase in coal yields benefits BNI earnings by $0.03 per share, and UNP earnings by $0.06 per share.

In Canada, CP is currently in process of renegotiating its Elk Valley Coal contract. As background, CP hauls predominately export metallurgical coal whereas the US carriers move primarily domestic utility coal. CP is attempting to tie its coal hauling rates to an index of global coal prices. This is important as global coal prices are up 50% to 100% year-over-year, suggesting CP coal hauling rates could see significant upward revisions. With Elk Valley accounting for 85% of CP's coal revenue (approximately C$375 million in 2003), each 1% increase in Elk Valley's coal rate would increase CP's annual EPS by approximately $0.02 per share. Our CP estimates currently assume a 3% increase in coal yields beginning April 1, but note the dispute could be resolved with a significantly larger rate increase (in a December press release Elk Valley indicated it expected distribution costs which are mostly rail, to rise 13%, and CP recently stated its expectations for a double digit increase).



**Please see analyst certification and important disclosures starting on page 35.**

# First-Quarter Railroad Traffic Outlook

Now that we're four weeks into the second quarter, we can draw some conclusions about how railroad traffic trends will likely impact 2Q04 earnings. We forecast industrywide volume to increase approximately 5.5% in 2Q04, slightly better than the 5% growth experienced in 1Q04. We expect intermodal (up in the high single digit range), and grain shipments (up double digits) to be the largest drivers to increased volumes. We forecast both economically-sensitive traffic, and coal volumes to increase 2% to 5% on a year-over-year basis driven by an improving industrial economy and low utility inventory levels, respectively. Through the first four weeks of 2Q04, industrywide volumes are running slightly ahead of our expectations (up 6.3%).

**Specific Commodity Outlook**

**Coal volumes** (31% of total US traffic) Although this past winter was 6% warmer than average, demand for coal remains robust as rebounding industrial demand contributed to driving electricity generation up 2.9% year-to-date. This helped drive a 2.3% increase in coal volumes during 1Q04. Utility inventory levels are generally below normal as a result of strong growth in electricity demand and transportation issues on certain railroads (mainly CSX and UNP), which has resulted in coal delivery levels coming in below plan for some utilities. With the industrial side of the economy showing no signs of slowing we expect year-over-year growth in electricity generation to continue. Furthermore, last summer was 1.6% cooler than average in the key coal burning regions, and thus a return to more normal weather patterns would likely have a positive impact on coal burn. We forecast coal volumes to increase in the 3 to 5% range in 2Q04 for the U.S. railroads, with growth modestly accelerating in the 2H04 as a result of easier year-over-year comparisons, as many utilities were reducing inventory levels during the 2H04.

**Intermodal** volumes (24% of total US traffic) remains the top line growth engine for the North American railroads as volumes increased 7.4% in 1Q04. We look for this strength to continue throughout the remainder of the year as the capacity constrained over-the-road Truckload (TL) market is enabling TL carriers to raise customers rates at unprecedented levels, causing many shippers to take a closer look at intermodal service offerings. As depicted in Exhibit 9, our proprietary Truckload Freight Index (which measures the supply/demand balance within the TL sector) currently sits at ten year highs, despite the fact that the peak shipping season doesn't occur until the fall. Given our expectations that the supply/demand balance within the TL sector is likely to remain tight through the remainder of 2004 and into 2005, we believe the near-term outlook for domestic intermodal growth remains highly favorable. We forecast intermodal volumes to increase in the high single digit range for the remainder of 2004, with the growth rate moderating to the 5% range in 2005.

**Grain** loadings (6% of total US traffic) surged 10.2% in 1Q04 as an 11.2% larger U.S. '03/'04 grain crop, coupled with strong global demand, and high ocean freight rates has significantly increased export shipments for the U.S. rails. We look for the strength in grain volumes to persist through at least 3Q04 as the rails continue to capitalize on strong export demand, and the larger '03/'04 crop. 4Q03 volumes will be dependent upon the health of the '04/'05 crop which is currently being planted. The Canadian railroads are likely to report larger year-over-year growth in grain volumes than their US competitors as a 40% smaller than normal '02/'03 grain crop in Canada caused a significant fall off in 2Q03 grain volumes for the Canadian rails. As a result we forecast grain volumes to increase in the 15-20% range on both CNI and CP in 2Q04.

**Chemical** shipments (7% of total US rail traffic) increased 2.8% in the first quarter despite persistently high natural gas prices (a key feedstock for chemical production). The surging industrial economy continues to aid chemical growth as carriers reported strong demand for both liquid and dry chemicals. We remain concerned that long-term chemical volume growth could suffer if natural gas prices remain above the $4/mcf price level (indeed several us-based fertilizer production facilities closed in recent months), but given the strong growth in the industrial economy we expect the strength in chemical traffic to persist through 2004.

**Automotive** (6% of total rail traffic) is the only major commodity group not likely to experience increasing volumes in 2Q04 as sales levels continue to soften and inventory levels build. In April, sales declined to a 16.4 million annual unit pace, down from 16.7 million in March, while inventory levels increased from 82 to 88 days. Although GM or Ford have not yet announced 2Q04 production cuts Morgan Stanley's auto analyst Stephen Girsky believes the falling sales level and rising inventory levels increase the likelihood. With this as a backdrop we forecast industrywide auto volumes shipped by rail to



**Please see analyst certification and important disclosures starting on page 35.**

decline in the low single digit range during 2Q04, with auto volumes returning to positive territory during 2H04, as Stephen Girsky is forecasting a 3.1% increase in domestic production for that time period.

Exhibit 8

**Year-over-Year Change in Key Railroad Commodities through May 1, 2004 (Week 17)**




*Source: Association of American Railroads*



**Please see analyst certification and important disclosures starting on page 35.**

**DA01717**

AAR-E-00026662

Exhibit 9

**Morgan Stanley Truckload Freight Index**




*The index measures the demand for **Dry-Van** Truckload services compared to the number of **Dry-Van** trucks on the road. The index begins in April 1994. When a given reading is above prior years' level it means there is more freight demand relative to available capacity. When a given reading is below prior years' level, it means that there is less freight demand relative to capacity.*

*Source: Morgan Stanley Research*

Exhibit 10

**Year-over-Year Change in Weekly Class I Railcar Loadings (Through May 1, 2004 - Week 17)**

| CARLOADS ORIGINATED BY COMMODITY: | % of traffic | Q1 | Q2TD | YTD | 4 Week Trend | Week 17 |
|---|---|---|---|---|---|---|
| Grain | 5.5% | 10.2% | 15.2% | 11.3% | 15.2% | 16.5% |
| Other Farm Products | 0.3% | -1.9% | -0.1% | -1.5% | -0.1% | 18.9% |
| Metallic Ores | 1.1% | 2.1% | 1.5% | 2.0% | 1.5% | 1.7% |
| Coal | 31.0% | 2.3% | 4.2% | 2.7% | 4.2% | 5.5% |
| Crushed Stone, Sand | 4.0% | 14.6% | 3.5% | 11.4% | 3.5% | 4.0% |
| Nonmetallic Minerals | 1.8% | 6.4% | 5.1% | 6.1% | 5.1% | 0.1% |
| Grain Mill Products | 2.2% | 2.6% | -4.7% | 0.9% | -4.7% | -7.6% |
| Food & Kindred Products | 2.0% | -2.0% | -1.4% | -1.8% | -1.4% | -0.1% |
| Primary Forest Products | 0.8% | -4.7% | -6.2% | -5.0% | -6.2% | -16.0% |
| Lumber & Wood | 1.4% | 6.4% | 12.2% | 7.8% | 12.2% | 16.5% |
| Pulp & Paper | 2.0% | 0.1% | -3.1% | -0.6% | -3.1% | -2.8% |
| Chemicals | 7.1% | 2.8% | 4.8% | 3.3% | 4.8% | 4.5% |
| Petroleum | 1.3% | 1.6% | 11.6% | 3.9% | 11.6% | 17.6% |
| Stone, Clay, Glass | 2.3% | 5.8% | 1.8% | 4.8% | 1.8% | 5.5% |
| Coke | 1.3% | 38.7% | 16.1% | 32.8% | 16.1% | 25.2% |
| Metals | 2.9% | 0.8% | 7.0% | 2.2% | 7.0% | 7.8% |
| Motor Vehicles | 5.8% | -5.2% | 0.7% | -3.9% | 0.7% | -3.0% |
| Waste & Scrap | 2.4% | 14.9% | 10.3% | 13.7% | 10.3% | 16.8% |
| All Other | 1.1% | -4.6% | -5.0% | -4.7% | -5.0% | 10.7% |
| TOTAL COMMODITY CARLOADS | 76.3% | 3.5% | 4.3% | 3.7% | 4.3% | 5.3% |
| Excluding Coal | 45.3% | 4.3% | 4.5% | 4.3% | 4.5% | 5.1% |
| Excluding Coal & Agriculture | 35.4% | 4.0% | 4.0% | 4.0% | 4.0% | 4.7% |
| INTERMODAL | | | | | | |
| Trailers | 6.2% | 10.7% | 12.9% | 11.2% | 12.9% | 10.4% |
| Containers | 17.5% | 6.2% | 8.6% | 6.8% | 8.6% | 5.5% |
| TOTAL INTERMODAL | 23.7% | 7.4% | 9.7% | 7.9% | 9.7% | 6.7% |
| **TOTAL VOLUME** | **100.0%** | **4.9%** | **6.3%** | **5.2%** | **6.3%** | **5.8%** |

*Source: Association of American Railroads*



**Please see analyst certification and important disclosures starting on page 35.**

Exhibit 11

**Class I Railroad Carloadings (Through May 1, 2004 - Week 17)**

| | % of traffic | Q1 | Q2TD | YTD | 4 Week Trend | Week 17 |
|---|---|---|---|---|---|---|
| **BURLINGTON NORTHERN SANTA FE** | | | | | | |
| Grain | 7.7% | 15.2% | 26.8% | 17.6% | 26.8% | 30.8% |
| Coal | 31.0% | 5.8% | 11.1% | 7.1% | 11.1% | 9.6% |
| Chemicals | 5.4% | 7.4% | 11.7% | 8.4% | 11.7% | 12.0% |
| Motor Vehicles | 2.2% | -8.7% | -6.8% | -8.2% | -6.8% | 7.9% |
| TOTAL BNI COMMODITY CARLO/ | 68.7% | 6.2% | 10.9% | 7.3% | 10.9% | 12.5% |
| TOTAL BNI INTERMODAL | 31.3% | 7.3% | 9.4% | 7.8% | 9.4% | 9.3% |
| **TOTAL BNSF VOLUME** | **100.0%** | **6.7%** | **10.2%** | **7.6%** | **10.2%** | **10.9%** |
| **CANADIAN NATIONAL** | | | | | | |
| Chemicals | 18.2% | 0.3% | 6.5% | 1.7% | 6.5% | 2.7% |
| Motor Vehicles | 9.2% | 1.9% | 11.1% | 4.0% | 11.1% | 8.7% |
| Coal | 12.7% | -4.9% | 0.3% | -3.7% | 0.3% | 7.4% |
| Grain | 7.4% | 7.8% | 39.1% | 14.0% | 39.1% | 55.2% |
| Pulp & Paper | 8.2% | -2.1% | -1.9% | -2.1% | -1.9% | 6.4% |
| TOTAL CN COMMODITY CARLOA | 84.8% | 0.7% | 5.9% | 1.9% | 5.9% | 8.4% |
| TOTAL CN INTERMODAL | 15.2% | -15.7% | -6.5% | -13.5% | -6.5% | 0.0% |
| **TOTAL CN VOLUME** | **100.0%** | **-4.1%** | **2.1%** | **-2.6%** | **2.1%** | **5.8%** |
| **CANADIAN PACIFIC** | | | | | | |
| Coal | 18.1% | 14.5% | 10.9% | 13.6% | 10.9% | 4.0% |
| Chemicals | 14.6% | 2.5% | 10.6% | 4.5% | 10.6% | 5.6% |
| Grain | 9.2% | 3.1% | 1.7% | 2.8% | 1.7% | 8.3% |
| Motor Vehicles | 8.3% | -7.7% | -3.7% | -6.8% | -3.7% | -2.0% |
| TOTAL CP COMMODITY CARLOA] | 73.3% | 4.2% | 6.3% | 4.7% | 6.3% | 3.3% |
| TOTAL CP INTERMODAL | 26.7% | 16.7% | 13.0% | 15.8% | 13.0% | 7.2% |
| **TOTAL CP VOLUME** | **100.0%** | **9.1%** | **9.0%** | **9.1%** | **9.0%** | **4.9%** |
| **CSXT** | | | | | | |
| Coal | 20.6% | 2.5% | 0.2% | 1.9% | 0.2% | 0.8% |
| Chemicals | 8.5% | -1.0% | 2.8% | -0.1% | 2.8% | 2.7% |
| Motor Vehicles | 7.2% | -5.1% | -0.8% | -4.1% | -0.8% | 1.0% |
| TOTAL CSXT COMMODITY CARL( | 70.4% | 3.9% | 3.3% | 3.8% | 3.3% | 3.8% |
| TOTAL CSXT INTERMODAL | 29.6% | 5.4% | 5.9% | 5.5% | 5.9% | 3.9% |
| **TOTAL CSX VOLUME** | **100.0%** | **4.3%** | **4.1%** | **4.3%** | **4.1%** | **3.8%** |

*Source: Association of American Railroads*



**Please see analyst certification and important disclosures starting on page 35.**

Exhibit 12

**Class I Railroad Carloadings (Through May 1, 2004 - Week 17)**

| | % of traffic | Q1 | Q2TD | YTD | 4 Week Trend | Week 17 |
|---|---|---|---|---|---|---|
| **KANSAS CITY SOUTHERN** | | | | | | |
| Grain | 8.7% | 26.8% | 37.6% | 29.1% | 37.6% | 46.7% |
| Coal | 23.1% | 3.5% | 25.6% | 8.0% | 25.6% | 24.1% |
| Chemicals | 10.9% | 6.0% | 14.9% | 8.1% | 14.9% | 11.1% |
| Pulp & Paper | 10.9% | 2.5% | 2.2% | 2.4% | 2.2% | 4.1% |
| TOTAL KSU COMMODITY CARLO | 81.1% | 6.5% | 11.6% | 7.7% | 11.6% | 13.2% |
| TOTAL KSU INTERMODAL | 18.9% | 21.9% | 27.7% | 23.3% | 27.7% | 32.2% |
| **TOTAL KSU VOLUME** | **100.0%** | **10.9%** | **16.4%** | **12.2%** | **16.4%** | **18.8%** |
| **NORFOLK SOUTHERN** | | | | | | |
| Coal | 34.3% | 2.5% | 6.4% | 3.4% | 6.4% | 5.7% |
| Chemicals | 8.6% | 4.9% | 5.8% | 5.1% | 5.8% | 1.0% |
| Motor Vehicles | 14.9% | -1.4% | 3.8% | -0.3% | 3.8% | -3.2% |
| Metals | 6.9% | -4.3% | 6.3% | -1.9% | 6.3% | 5.6% |
| TOTAL NS COMMODITY CARLOA | 77.3% | 1.9% | 3.6% | 2.3% | 3.6% | 2.1% |
| TOTAL NS INTERMODAL | 22.7% | 10.4% | 14.2% | 11.3% | 14.2% | 13.7% |
| **TOTAL NS VOLUME** | **100.0%** | **4.9%** | **7.3%** | **5.5%** | **7.3%** | **6.1%** |
| **TFM** | | | | | | |
| Motor Vehicles | 16.1% | -9.9% | -1.1% | -8.0% | -1.1% | 7.1% |
| Grain | 9.5% | -16.3% | 6.5% | -11.3% | 6.5% | 42.2% |
| Metals | 11.3% | 10.1% | 6.0% | 9.1% | 6.0% | -0.7% |
| Chemicals | 10.6% | 33.9% | 47.1% | 36.9% | 47.1% | 62.3% |
| TOTAL TFM COMMODITY CARLO | 86.6% | -1.2% | 11.9% | 1.8% | 11.9% | 20.4% |
| TOTAL TFM INTERMODAL | 13.4% | -5.4% | -13.1% | -6.9% | -13.1% | -10.8% |
| **TOTAL TFM VOLUME** | **100.0%** | **-2.3%** | **6.1%** | **-0.4%** | **6.1%** | **14.1%** |
| **UNION PACIFIC** | | | | | | |
| Grain | 5.4% | 9.8% | 11.6% | 10.2% | 11.6% | 23.2% |
| Coal | 27.5% | 2.8% | -0.4% | 2.0% | -0.4% | 2.7% |
| Chemicals | 10.5% | 0.9% | 4.5% | 1.7% | 4.5% | 7.6% |
| Motor Vehicles | 8.1% | -5.9% | 1.9% | -4.2% | 1.9% | 0.0% |
| TOTAL UP COMMODITY CARLOA | 78.7% | 2.9% | 1.1% | 2.4% | 1.1% | 3.5% |
| TOTAL UP INTERMODAL | 21.3% | 2.7% | 3.6% | 2.9% | 3.6% | -4.1% |
| **TOTAL UP VOLUME** | **100.0%** | **2.8%** | **1.9%** | **2.6%** | **1.9%** | **0.7%** |

*Source: Association of American Railroads*



**Please see analyst certification and important disclosures starting on page 35.**

Exhibit 13

**Railroad Industry — Weekly US Carloadings for Class 1 Railroads May 1, 2004 - Week 17**




*Source: Association of American Railroads*



**Please see analyst certification and important disclosures starting on page 35.**

DA01722

AAR-E-00026667

# Review of First Quarter Winners and Losers

**Railroad Earnings.** It was a mixed bag with regard to 1Q04 railroad earnings as select railroads capitalized on the robust demand, while others struggled to leverage the improved revenue environment. As depicted in Exhibit 14, NSC nearly doubled earnings on year-over-year basis driven by a 12.4% increase in coal yields as NSC began to recognize revenue under the Duke and Carolina and Power contracts at rates approximately 50% higher than previous rates, as prescribed by the STB in November. Even if we exclude the higher revenue associated with these two contracts (which is recurring), NSC still grew operating income by approximately 15% on a 7.3% increase in adjusted revenues, demonstrating operating leverage, driven by good network fluidity. Although CSX reported very healthy 59% year-over-year earnings growth, the growth was more the result of easy comparison as opposed to any material improvement in its operations, as CSX's 89.3% operating ratio remains the worst in the industry. BNI also reported healthy earnings growth of 30%, as it capitalized on surging grain and Intermodal shipments. BNI's results would have been even more impressive had it not been for $0.05 per share in derailment and environmental remediation costs. Although CNI's 6% year-over-year earnings growth seems paltry on the surface, adjusting for the impact of the 30-day CAW (Canadian Auto Workers) strike and negative impact of a strengthening Canadian dollar it would have reported 27% earnings growth.

At the other end of the spectrum were CP and UNP, as both reported very modest earnings growth despite surging volumes. At CP the story was adverse winter weather which hampered its network operations as a large avalanche forced the closure of its Western mainline for 3 days. While clearly weather is out of management's control this was the second consecutive year CP has reported disappointing 1Q results due to adverse weather. With regard to UNP, 1Q04 was a mishap, as UNP was caught short of train crews, causing widespread congestion throughout its network. Adjusting for a host of one-time items we believe the on-going earnings power at UNP was closer to $0.57 per share (flat year-over-year).

**Operating ratios.** The industry's 1Q04 operating ratio (1 minus the operating margin) improved by 90 basis points to 85.9%, when compared with 1Q03 (see Exhibit 16). The biggest driver behind the year-over-year improvement was the 560 bps improvement from NSC, as its 79.6% operating ratio was its best since the closing of the Conrail merger in 1999. Despite enduring a 30-day strike during the quarter CNI again reported the industry's best operating ratio of 72.5%, over 700 bps better than its nearest competitor.

Exhibit 14

**Railroads: 1Q Earnings Per Share Comparisons (ranked by percent increase in EPS)**

| | Reported | Adjusted | | |
|---|---|---|---|---|
| | 1Q04 | 1Q03 | 1Q04 | % Change |
| Norfolk Southern | $0.40 | $0.22 | $0.40 | 85% |
| CSX Corp | $0.14 | $0.20 | $0.31 | 59% |
| Burlington Northern Santa Fe | $0.61 | $0.40 | $0.52 | 30% |
| Union Pacific | $0.63 | $0.57 | $0.63 | 10% |
| Canadian National | C$0.73 | C$0.69 | C$0.73 | 6% |
| Canadian Pacific | C$0.15 | C$0.23 | C$0.24 | 1% |
| Kansas City Southern | $0.02 | $0.08 | $0.02 | -74% |

*Source: Company Reports, Morgan Stanley*

Exhibit 15

**Railroads: 1Q Adj. Net Income Comparison (Ranked by percent increase in net income)**

| | Net Income | | |
|---|---|---|---|
| | 1Q03 | 1Q04 | % Change |
| Norfolk Southern | $85.0 | $158.0 | 86% |
| CSX Corp | $42.0 | $67.0 | 60% |
| Burlington Northern Santa Fe | $148.0 | $193.0 | 30% |
| Union Pacific | $154.6 | $165.0 | 7% |
| Canadian National | C$203.7 | C$210.0 | 3% |
| Canadian Pacific | C$37.3 | C$37.8 | 1% |
| Kansas City Southern | $4.7 | $1.2 | -75% |
| **US Railroad Total** | **$434.3** | **$586.4** | **35%** |
| **CNI (converted to US$)** | $136.7 | $158.8 | 16% |
| **CP (converted to US$)** | $24.7 | $28.6 | 16% |
| **Total (CNI & CP converted to US$)** | **$595.7** | **$773.8** | **30%** |

*Canadian dollar exchange rate = 1.49 in 1Q03 and 1.32 in 1Q04.*

Exhibit 16

**Railroads: 1Q Operating Ratio Comparisons (Ranked by best to worst change in operating ratio)**

| | 1Q03 | 1Q04 | Operating Ratio Point Change |
|---|---|---|---|
| Kansas City Southern | 95.2% | 88.2% | -6.9 |
| Norfolk Southern | 85.2% | 79.6% | -5.6 |
| Canadian National | 75.0% | 72.5% | -2.5 |
| CSXT and CSXI | 90.8% | 89.3% | -1.4 |
| Burlington Northern Santa Fe | 84.3% | 83.3% | -1.0 |
| Canadian Pacific Railway | 86.6% | 86.9% | 0.3 |
| Union Pacific Railroad | 86.5% | 89.1% | 2.6 |
| **US Railroad Avg/Total** | **86.8%** | **85.9%** | **-0.9** |

*Source: Company reports, Morgan Stanley. (a positive change is unfavorable)*

Exhibit 17

**Railroads: 1Q Operating Income Comparisons (ranked by best to worst change in operating income)**

| | Operating Income | | |
|---|---|---|---|
| | **1Q03** | **1Q04** | **% Change** |
| Kansas City Southern | $7 | $17 | 157.4% |
| Norfolk Southern | $231 | $346 | 49.8% |
| CSXT and CSXI | $169 | $204 | 20.7% |
| Burlington Northern | $346 | $410 | 18.5% |
| Canadian National | C$374 | C$395 | 5.6% |
| Canadian Pacific Railway | C$118 | C$116 | -1.6% |
| Union Pacific Railroad | $369 | $314 | -14.9% |
| **US Railroad Avg/Total** | **$1,121** | **$1,291** | **15.2%** |
| **CNI (converted to US$)** | $251 | $299 | **19.0%** |
| **CP (converted to US$)** | $78 | $88 | **12.6%** |
| **Total (CNI & CP converted to US$)** | **$1,450** | **$1,678** | **15.7%** |

*Canadian dollar exchange rate – 1.49 in 1Q03 and 1.32 in 1Q04.*

*Source: Company reports, Morgan Stanley.*

Exhibit 18

**Year-over-Year Change in Operating Income, Adjusted for Fuel-related and Major One-time Issues**

| | BNI | CNI | CP | CSX | NSC | UNP |
|---|---|---|---|---|---|---|
| **1Q04 Revenues** | **$2,490** | **C$1,512** | **C$887** | **$1,896** | **$1,693** | **$2,893** |
| Year-over-year change | 11.6% | -2.3% | 0.9% | 4.5% | 8.5% | 5.7% |
| **1Q04 Reported Operating Income** | **$410** | **C$395** | **C$116** | **$204** | **$346** | **$314** |
| Add: Gross Fuel Price Inflation | -$3 | C$3 | -C$5 | -$13 | $3 | $3 |
| Less: Fuel hedge benefit | $26 | C$4 | -C$14 | $1 | -$9 | -$4 |
| Less: Fuel Surcharge Revenues | $19 | C$4 | C$3 | $4 | $6 | $11 |
| Less: Fuel portion of RCAF Revenues | $8 | C$2 | C$1 | $4 | $5 | $10 |
| **Net fuel adjustments** | **-$56** | **-C$8** | **C$4** | **-$21** | **$2** | **-$14** |
| **1Q04 Operating Income Adjusted for Fuel** | **$354** | **$387** | **$120** | **$183** | **$348** | **$300** |
| **Major Non-fuel adjustments, net (see below)** | **$30** | **C$40** | **C$13** | **$6** | **$0** | **$45** |
| **1Q04 Op. Income Adjusted for Fuel & Other** | **$384** | **C$427** | **C$133** | **$189** | **$348** | **$345** |
| **1Q03 Reported Operating Income** | **$346** | **C$374** | **C$118** | **$169** | **$231** | **$369** |
| **Year-over-year change** | **10.9%** | **14.2%** | **12.9%** | **11.7%** | **50.6%** | **-6.5%** |

**Major Non-fuel adjustments**

BNI: Adds back $18 million in derailment costs and $12 million in environmental remediation
CNI: Negative currency impact C$40mm,
CP: Negative currency impact C$13mm
CSX:
NSC:
UNP: Adds back $30 million from Arkansas Court case and $15 million in derailment costs

*Source: Company reports, Morgan Stanley.*

**Adjusted Operating Income.** In an attempt to analyze the true underlying earnings power at each railroad in 1Q04, we have adjusted their reported operating income to remove the impacts of higher fuel prices (along with the benefits of fuel hedges and fuel surcharge revenues) and numerous one-time or short-term issues (including currency changes) to present a better "apples to apples" comparison (see Exhibit 18). While making adjustments can sometimes be as much of an art as science, we believe at a minimum it yields improved insight on a quarter that was masked by several, previously-mentioned, macro issues. Our analysis indicates that NSC turned in the best operating income improvement, 50.6%, after adjusting for fuel. The rest of the industry, excluding UNP, reported operating income growth of 11%-15% , which suggests marginal levels of operating leverage. It's worth mentioning that many of rails, (BNI in particular) collected significantly more in fuel surcharges this year despite the fact that spot fuel prices were relatively unchanged year-over-year suggesting the railroads are becoming more effective in collecting fuel surcharges.



**Please see analyst certification and important disclosures starting on page 35.**

UNP reported a 6.5% decline in adjusted operating income, despite 5.7% revenue growth.

**Revenues and Volumes.** Total US railroad revenue increased 7.5% year-over-year in 1Q04, which represented the largest quarterly increase in nearly ten years. Approximately 100 bps of the growth came from higher fuel surcharges, as most railroads are having more success collecting fuel surcharges from their customers (spot diesel prices were nearly flat year-over-year). BNI reported the best 1Q04 revenue growth as it took advantage of a red-hot intermodal market and surging export grain demand. BNI also benefited from two large coal contracts that switched over from UNP January 1st, which contributed approximately 2% of its growth. NSC reported an 8.5% year-over-year increase in revenue driven by a 12.4% increase in coal revenue (approximately 2/3rd of this growth was attributable to the Duke and Carolina Power contracts), and a 13.5% increase in intermodal traffic. It's worth mentioning that NSC's intermodal growth rate was more than double that of CSX, as we believe that CSX's lingering service issues are causing some intermodal customers to shift freight towards NSC. Both Canadian railroads continued to be negatively impacted by year-over-year strengthening of the Canadian dollar which hurt revenues by C$118 million at CNI, and C$58 million at CP. CNI's revenues were also negatively impacted by an additional C$35 million from the 30-day CAW strike.

Exhibit 19

**Railroads: 1Q Revenue and Traffic Comparisons (ranked by improvement in revenue)**

| | Revenue | | | Volume | | |
|---|---|---|---|---|---|---|
| | 1Q03 | 1Q04 | % Change | 1Q03 | 1Q04 | % Change |
| Burlington Northern | $2,232 | $2,490 | 11.6% | 2,042 | 2,206 | 8.0% |
| Norfolk Southern | $1,561 | $1,693 | 8.5% | 1,648 | 1,757 | 6.6% |
| Union Pacific Railroad | $2,736 | $2,893 | 5.7% | 2,194 | 2,288 | 4.3% |
| Kansas City Southern | $140 | $148 | 5.5% | 240 | 253 | 5.3% |
| CSXT and CSXI | $1,833 | $1,915 | 4.5% | 1,748 | 1,824 | 4.3% |
| Canadian Pacific Railway | C$879 | C$887 | 0.9% | 593 | 657 | 10.7% |
| Canadian National | C$1,496 | C$1,438 | -3.9% | 1,038 | 1,002 | -3.5% |
| **US Railroad Total** | **$8,502** | **$9,139** | **7.5%** | **7,872** | **8,328** | **5.8%** |
| **CNI (converted to US$)** | $1,004 | $1,087 | 8.3% | 1,038 | 1,002 | -3.5% |
| **CP (converted to US$)** | $582 | $672 | 15.4% | 593 | 657 | 10.7% |
| **Total (CNI & CP converted to US$)** | **$10,088** | **$10,898** | **8.0%** | **9,503** | **9,987** | **5.1%** |

*Canadian dollar exchange rate = 1.49 in 1Q03 and 1.32 in 1Q04. KSU volumes include haulage amounts. Source: Company reports, Morgan Stanley.*

Exhibit 20

**Railroads: 1Q Revenue, Cost and Operating Profit per Carload Comparisons (US$)***

| | Revenue per Carload | | | Costs per Carload | | | Operating Profit per Carload | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1Q03 | 1Q04 | % Change | 1Q03 | 1Q04 | % Change | 1Q03 | 1Q04 | % Change |
| Kansas City Southern Railway | $584 | $584 | 0.1% | $556 | $516 | -7.2% | $28 | $69 | 144.3% |
| Norfolk Southern | $947 | $964 | 1.7% | $807 | $767 | -5.0% | $140 | $197 | 40.5% |
| CSXT and CSXI | $1,049 | $1,050 | 0.1% | $952 | $938 | -1.5% | $97 | $112 | 15.7% |
| Canadian National | C$1,396 | C$1,382 | -1.0% | C$1,081 | C$1,041 | -3.7% | C$315 | C$341 | 8.3% |
| Burlington Northern Santa Fe | $1,078 | $1,110 | 2.9% | $924 | $943 | 2.1% | $155 | $167 | 7.8% |
| Canadian Pacific Railway | C$1,407 | C$1,300 | -7.6% | C$1,283 | C$1,173 | -8.5% | C$125 | C$127 | 1.4% |
| Union Pacific | $1,188 | $1,214 | 2.2% | $1,079 | $1,127 | 4.4% | $109 | $87 | -20.4% |
| **US Rail Wtd Average** | **$1,080** | **$1,097** | **1.6%** | **$938** | **$942** | **0.5%** | **$142** | **$155** | **8.9%** |
| **CNI (converted to US$)** | $937 | $1,045 | 11.6% | $725 | $787 | 8.5% | $211 | $258 | 22.1% |
| **CP (converted to US$)** | $932 | $985 | 5.7% | $849 | $889 | 4.6% | $83 | $96 | 16.0% |
| **Total (CNI & CP converted to US$)** | **$1,062** | **$1,091** | **2.8%** | **$909** | **$923** | **1.6%** | **$153** | **$168** | **10.1%** |

**Ranked by improvement in operating profit per carload. Canadian dollar exchange rate = 1.49 in 1Q03 and 1.32 in 1Q04. Source: Company reports, Morgan Stanley.*

**Yields.** Revenue per carload (yield) for all rails increased 1.6% or $17 per carload to $1,097 in 1Q04. Leading the charge was BNI that reported 2.9% increase in yields. Approximately 2% of BNI's increase was the result of higher customer rates, with the remainder coming in the form of higher fuel surcharge revenue. UNP reported a 2.2% increase in revenue per carload, but stripping out the impact of higher fuel surcharge, and a favorable mix shift, customer rates increased just 1%, half the rate of its competitor BNI. Both Canadian railroads reported year-over-year declines in revenue per carload, largely the result of a weakening US dollar (approximately half of their



**Please see analyst certification and important disclosures starting on page 35.**

revenue is derived in US dollars). Stripping out the FX impact, changes in freight mix, and higher fuel surcharge revenue, CNI indicated customer rates increased approximately 2% year-over-year, with CP reporting a 1.5% increase. Both rails expect pricing to improve as the year progresses as CNI indicated it expects rates to increase in the 2-3% range, while CP expects rate increases in the 2% range.

Operating cost per carload increased 0.5% year-over-year for the US rails. Driving most of the increase was UNP, that saw its cost per carload jump a staggering 4.4%, as it incurred approximately $75 million of congestion related operating costs in the quarter. Adjusting for the $75 million of congestion-related costs, UNP cost per carload increased 2%, which is partially explained by strong growth in agricultural and industrial products carloads that have high costs per carload. Both Canadian railroads reported large drops in their operating expense per carload, down 3.7% at CNI and 8.6% at CP, attributable to changes in exchange rates as a weaker US dollar lowered CNI's US-denominated operating expenses by C$79 million and CP's by C$46 million.

**Headcount.** Overall headcount in the North American rail industry declined only 0.3% in 1Q04, which was less impressive than the 2.0% to 2.5% declines in headcount in recent quarters. Given the surge in volumes nearly all railroads are currently hiring additional train and engineers (T&E) employees. As a result, we forecast industrywide headcount to be relatively flat year-over-year in 2004, as higher T&E headcount is offset by back office reductions. It's worth mentioning that congestion related issues are contributing to the growth in railroad headcount, as UNP indicated higher re-crew rates cost it 300 employees of lost productivity in 1Q04.

Per person headcount costs increased 5.4% for the US rails which is in-line with the 5-6% increase in per person headcount costs observed over the past two to three years. **While many of the railroads are currently securing much larger than historical levels of customer rate increases, per person labor costs continue to increase at a much more rapid rate than customer rates are increasing, putting further pressure on the rails to continue to drive productivity improvements**. Looking at the individual railroads, CNI experienced a 7% decline in its average cost per employee driven by the CAW 30-day strike. At the other end of the spectrum was CP that saw its average cost per employee spike 8.6%, despite a $13 million benefit from FX (excluding the favorable FX CP's cost per employee would have increased a staggering 13.1%).

Exhibit 21

**Railroads: 1Q Headcount Statistics**

| | Total Labor Expense | | | Headcount | | | Cost Per Person | | |
|---|---|---|---|---|---|---|---|---|---|
| **Labor Statistics** | **1Q03** | **1Q04** | **% Change** | **1Q03** | **1Q04** | **% Change** | **1Q03** | **1Q04** | **% Change** |
| Canadian National | C$454 | C$419 | -7.7% | 21,578 | 21,424 | -0.7% | C$21,040 | C$19,558 | -7.0% |
| Kansas City Southern | $51 | $51 | 0.6% | 2,600 | 2,600 | 0.0% | $19,423 | $19,538 | 0.6% |
| CSXT and CSXI | $667 | $685 | 2.7% | 34,546 | 33,686 | -2.5% | $19,308 | $20,335 | 5.3% |
| Norfolk Southern | $526 | $545 | 3.6% | 28,259 | 27,770 | -1.7% | $18,614 | $19,625 | 5.4% |
| Union Pacific | $964 | $1,011 | 4.9% | 46,270 | 46,838 | 1.2% | $20,834 | $21,585 | 3.6% |
| Canadian Pacific Railway | C$287 | C$309 | 7.7% | 15,598 | 15,467 | -0.8% | C$18,393 | C$19,978 | 8.6% |
| Burlington Northern Santa Fe | $718 | $787 | 9.6% | 35,967 | 36,553 | 1.6% | $19,963 | $21,530 | 7.9% |
| **US Railroad Totals/Avgs** | **$2,926** | **$3,079** | **5.2%** | **147,642** | **147,447** | **-0.1%** | **$19,815** | **$20,881** | **5.4%** |
| **CNI (converted to US$)** | $305 | $317 | 4.0% | 21,578 | 21,424 | -0.7% | $14,118 | $14,785 | 4.7% |
| **CP (converted to US$)** | 190 | 234 | 23.2% | 15,598 | 15,467 | -0.8% | $12,181 | $15,135 | 24.2% |
| **Average (CNI & CP converted to US$)** | **$3,420** | **$3,630** | **6.1%** | **184,818** | **184,338** | **-0.3%** | **$18,505** | **$19,690** | **6.4%** |

*Canadian dollar exchange rate = 1.49 in 1Q03 and 1.32 in 1Q04. Source: Company reports*



**Please see analyst certification and important disclosures starting on page 35.**

Exhibit 22

**Railroads: Second Quarter 2004 Summary Income Statement**

| | BNI | CSX | NSC | UNP | U.S. Average | CNI (C$) | CNI (US$) | CP Railway (C$) | CP Railway (US$) |
|---|---|---|---|---|---|---|---|---|---|
| **Railroad Operating Revenue** | **$2,610** | **$1,975** | **$1,730** | **$3,058** | | **C$1,504** | **$1,114** | **C$976** | **$723** |
| Year to Year Change | 13.8% | 4.6% | 5.9% | 5.7% | 7.5% | 2.8% | | 6.7% | |
| **Railroad Operating Expenses** | **$2,113** | **$1,697** | **$1,368** | **$2,548** | | **C$1,010** | **$748** | **C$766** | **$567** |
| Year to Year Change | 12.3% | 4.3% | 2.5% | 10.3% | 7.3% | -1.6% | | 5.1% | |
| **Railroad Operating Income** | **$497** | **$277** | **$361** | **$510** | | **C$494** | **$366** | **C$210** | **$156** |
| Year to Year Change | 20.7% | 7.1% | 21.3% | -12.7% | | 13.1% | | 13.0% | |
| **Railroad Operating Ratio** | **80.7%** | **86.0%** | **79.1%** | **83.3%** | **82.3%** | **67.1%** | | **78.5%** | |
| Year to Year Point Change | -1.1 | -0.3 | -2.6 | 3.5 | -0.1 | -3.0 | | -1.2 | |
| Other Operating Revenue | | $43 | | | | | | | |
| Year to Year Change | | -99.0% | | | | | | | |
| Other Operating Expenses | | $26 | | | | | | | |
| Year to Year Change | | -92.4% | | | | | | | |
| Other Operating Income | | $17 | | | | | | | |
| Year to Year Change | | -82.1% | | | | | | | |
| Total Operating Revenue | | 2,018 | | | | | | | |
| Total Operating Expenses | | 1,723 | | | | | | | |
| Total Operating Income | **$497** | **$295** | **$361** | **$510** | | **C$ 494** | **$366** | **C$ 210** | **$156** |
| Year to Year Change | 20.7% | 3.3% | 21.3% | -15.7% | | 13.1% | | 13.0% | |
| Interest Expense | $102 | $108 | $118 | $127 | | C$ 74 | $55 | C$ 56 | $42 |
| Other Income/(Expense) | -$3 | $4 | $19 | $20 | | C$ 2 | $1 | C$ 6 | $4 |
| Pretax Income | $392 | $191 | $262 | $403 | | C$ 422 | $313 | C$ 148 | $110 |
| Tax Rate | 38.0% | 34.0% | 33.0% | 35.0% | | 32.5% | | 33.0% | |
| Provision for Taxes | $149 | $65 | $87 | $141 | | C$ 137 | $102 | C$ 49 | $36 |
| Equity from Affiliates | | | | | | | | | $0 |
| Net Income | $243 | $126 | $176 | $262 | | C$ 285 | $211 | C$ 99 | $74 |
| Average Shares Outstanding | 373.9 | 215.4 | 392.0 | 263.0 | | 289.4 | 289.4 | 159.0 | 159.0 |
| **Earnings per Share** | **$0.65** | **$0.58** | **$0.45** | **$1.00** | | **C$0.98** | **$0.73** | **C$0.62** | **$0.46** |
| Year to Year Change | 21.1% | -1.5% | 26.9% | -9.8% | 9.2% | 17.5% | | 18.2% | |

*Source: Morgan Stanley Research. Figures in U.S. dollars unless otherwise noted. Canadian dollar exchange rate = 1.49 in 1Q03 and 1.32 in 1Q04.*

Exhibit 23

**Railroads: 2004 Income Statement Summary Forecast**

| | BNI | CSX | NSC | UNP | U.S. Average | CNI (Cdn $) | CNI (US$) | CP Railway (Cdn $) | CP Railway (US$) |
|---|---|---|---|---|---|---|---|---|---|
| **Railroad Operating Revenue** | **$10,474** | **$7,807** | **$6,910** | **$12,230** | | **C$6,013** | **$4,476** | **C$3,847** | **$2,865** |
| Year to Year Change | 11.3% | 4.9% | 6.8% | 5.9% | 7.2% | 2.2% | | 5.1% | |
| **Railroad Operating Expenses** | **$8,520** | **$6,758** | **$5,449** | **$10,270** | | **C$4,062** | **$3,024** | **C$3,050** | **$2,272** |
| Year to Year Change | 10.0% | 3.2% | 2.9% | 9.0% | 6.3% | -1.1% | | 4.0% | |
| **Railroad Operating Income** | **$1,954** | **$1,049** | **$1,461** | **$1,960** | | **C$1,951** | **$1,452** | **C$797** | **$594** |
| Year to Year Change | 17.4% | 17.6% | 24.8% | -8.1% | | 9.8% | | 9.2% | |
| **Railroad Operating Ratio** | **81.1%** | **86.6%** | **78.9%** | **84.0%** | **82.6%** | **67.6%** | | **79.3%** | |
| Year to Year Point Change | -1.0 | -1.4 | -3.0 | 2.4 | -0.8 | -2.2 | | -0.8 | |
| Other Operating Revenue | | $193 | | | | | | | |
| Year to Year Change | | -95.5% | | | | | | | |
| Other Operating Expenses | | $121 | | | | | | | |
| Year to Year Change | | -70.4% | | | | | | | |
| Other Operating Income | | $72 | | | | | | | |
| Year to Year Change | | -25.4% | | | | | | | |
| Total Operating Revenue | | 8,000 | | | | | | | |
| Total Operating Expenses | | 6,879 | | | | | | | |
| Total Operating Income | **$1,954** | **$1,120** | **$1,461** | **$1,960** | | **C$ 1,951** | **$1,452** | **C$ 797** | **$594** |
| Year to Year Change | 17.4% | 14.6% | 24.8% | -9.5% | | 9.8% | | 9.2% | |
| Interest Expense | $408 | $432 | $469 | $513 | | C$ 294 | $219 | C$ 229 | $171 |
| Other Income/(Expense) | -$6 | -$2 | $65 | $88 | | -C$ 5 | -$4 | C$ 19 | $14 |
| Pretax Income | $1,540 | $686 | $1,057 | $1,535 | | C$ 1,652 | $1,230 | C$ 549 | $409 |
| Tax Rate | 38.0% | 34.0% | 32.9% | 33.0% | | 32.5% | | 33.1% | |
| Provision for Taxes | $585 | $234 | $348 | $507 | | C$ 536 | $399 | C$ 182 | $135 |
| Equity from Affiliates | | | | | | | | | $0 |
| Net Income | $955 | $453 | $709 | $1,028 | | C$ 1,116 | $831 | C$ 367 | $273 |
| Average Shares Outstanding | 373.8 | 215.6 | 392.4 | 263.3 | | 289.7 | 289.7 | 159.1 | 159.1 |
| **Earnings per Share** | **$2.56** | **$2.10** | **$1.80** | **$3.90** | | **C$3.85** | **$2.87** | **C$2.30** | **$1.71** |
| Year to Year Change | 22.4% | 10.1% | 32.6% | -5.8% | 14.8% | 10.3% | | 10.8% | |

*NMF: Not Meaningful. Source: Company reports. Figures in U.S. dollars unless noted. Canadian dollar exchange rate = 1.56 in 3Q02 and 1.38 in 3Q03.*

# Salient 1Q04 Company-Specific Comments

*In this section of the report, we highlight our comments from individual company reports published after each company reported 1Q04 results, and significant reports published since that time. For more details, see those individual reports.*

**Burlington Northern Santa Fe (BNI, Overweight, $32)**
**Operating Leverage Arrives, Takings Estimates**
***April 28, 2004***

**BNI reported an above-consensus $0.52 1Q04 EPS**
BNI's 1Q04 of $0.52 was $0.06 better than our (and the Street's) $0.46 estimate, with the upside driven by stronger-than-expected intermodal and grain pricing that arrived a quarter sooner than we expected.

**Delivering the leverage**
Fluid network conditions and solid cost control enabled BNI to efficiently leverage 8% volume growth and a 10% revenue growth (ex-fuel surcharge) into 20% higher operating income, excluding the impact of fuel and one-time items.

**Taking up estimates but not sure if the market will care**
We're taking our high-on-the-Street estimates up a nickel for this year and next, but question if the market will care, as it appears concerns about a Fed tightening are eclipsing improving fundamentals. We're not going to try to forecast the timing of sector rotation, but those who look at the broader market should be aware that the psychology towards cyclicals may be nearing an inflection point.

**Reiterate our Overweight rating, raising our price target to $36**
BNI's and NSC's strong results confirm our thesis that the railroads with the better operating conditions will efficiently handle the surging volumes and translate it into better-than-expected earnings in 2004.

**Canadian National (CNI, Overweight, US$40)**
**Exceeding Expectations Again But Headwinds Remain**
***April 22, 2004***

**Despite external adversity, CNI exceeded 1Q EPS expectations**
CNI reported adjusted 1Q EPS of C$0.73 (US$0.55) versus our C$0.68 estimate, the Street at C$0.72, and C$0.69 a year ago. The US$0.55 in earnings was three cents ahead of our US$ estimate, a two cents ahead of the Street, and compares to US$0.46 a year ago.

**Solid operating leverage despite negative impacts of a strike and FX**
CNI beat our number the old fashion way, through C$17 mm in higher revenues and C$27 mm in lower expenses. An unexpected C$23 million shortfall in below-the-line "other income" created a C$0.05 EPS headwind, while the strike cost C$0.08 and FX hurt by C$0.07. Excluding the strike and FX impacts, C$ EPS would have increased 28%, demonstrating its core earnings power remains robust.

**Maintain our Overweight rating; but near-term headwinds remain**
Our one-year US$44 price target offers 10% upside from yesterday's close, driven by numerous factors already in its pipeline, but we caution that the C$25 million reduction in other income guidance, potential drought concerns, and the tugboat pilot strike in Vancouver may provide near-term headwinds.

**Canadian Pacific (CP, Equal-weight, US$26)**
**Keep An Eye On the Pending Export Coal Rate Discussions**
***April 30, 2004***

**CP fell short of 1Q04 EPS estimates and guided 2004 EPS estimates down**
CP reported adjusted 1Q04 EPS of C$0.24 which was C$0.06 short of our and consensus estimates, and compares to C$0.23 a year ago. In US$ terms CP reported US$0.18, a nickel short of our US$0.23 estimate, six cents short of US$ consensus, vs. US$0.16 a year ago.

**Revenues rising, but not enough to offset FX, weather and cost inflation**
CP grew its 1Q volumes by an industry best 10.7%, but could not translate much of it to better bottom-line earnings. As a result we are trimming our 2004 EPS by C$0.07 taking us to C$2.30 (US$1.71), while our C$2.85 2005 estimates drops to C$2.70 (US$2.00).

**Pending Elk Valley Coal contract could lead to big upward EPS revisions**
A dispute with CP's largest coal customer involving the re-pricing of C$375 million of export coal revenues could swing future EPS by 10% or more depending on its resolution, creating a significant earnings wildcard for investors.

**Maintain our Equal-weight rating for now**
The stock is trading at 12.4x our twelve-month forward estimate, above its 11.5x valuation since being spun-off in 2001, leaving limited upside from our perspective.



**Please see analyst certification and important disclosures starting on page 35.**

**CSX Corp. (CSX, Underweight, $32)**
**Still a Long Way to Go to Justify Current Valuation**
***April 29, 2004***

**CSX reported adjusted EPS of $0.31 that beat previously-lowered expectations**
CSX reported 1Q EPS of $0.31 excluding a $0.17 restructuring charge, which compares to our and consensus estimate of $0.27, and a very weak $0.20 reported a year ago. Note that consensus 1Q estimates started the quarter at $0.40, dropping to $0.27 after a cautiously worded mid-quarter press release.

**As we anticipated, new COO pushes out turnaround to 2005**
New COO, Tony Ingram, expects operations to slowly improve sequentially as he focuses on the basics in the near-tem, but he doesn't see significant margin improvement until 1Q05 as the new operating plan being devised in conjunction with outside consultants will not be fully implemented until year-end '04.

**Valuation suggests market expecting quick turnaround which seems unlikely**
CSX's rich valuation and the 4% rally on Wednesday suggests the market believes an major inflection point is imminent, however investors should remember that CSX still needs to address safety problems and develop/implement a new operating plan all while its biggest competitor, NSC, is making inroads with service-sensitive customers.

**Maintaining our Underweight rating and In-Line industry view**
With CSX's valuation remaining rich and a significant improvement in operations and earnings a 2005 event, we see few reasons to change our Underweight rating. Air Freight, Railroad and Trucking valuations are near the high end of historical levels. We believe the overall group will likely perform in-line with the broader-based market over the next 6 to 12 months, or as long as cyclicals remain in favor with investors.

**Norfolk Southern (NSC, Overweight, $22)**
**No, You're Not Too Late; 19% Upside to Price Target**
**April 21, 2004**

**NSC reported stellar 1Q04 EPS of $0.40**
NSC's reported $0.40 of EPS was well above our and consensus estimate of $0.31, and the adjusted $0.22 reported a year ago. The upside appears sustainable; namely four cents from higher coal pricing, two cents due to better non-coal volumes and yields, three cents from better operating leverage, three cents from a drop in casualty and Conrail costs (offset by $0.03 in lower "other" income).

**NSC is one of the few railroads that understands pricing must go up**
Four cents of upside stemmed from NSC recognizing Duke and CP&L coal revenues at recently-approved rate levels that are 50% higher than prior rates. Yields on its other coal business improved a sharp 4.6%. We believe these trends are sustainable through 2004.

**Consistent with our recent upgrade, NSC delivers the operating leverage**
Even if we exclude the better coal pricing from the Duke and CP&L cases, operating income grew 15%, respectable leverage from an adjusted 7.3% increase in revenue. NSC's superior network fluidity drove the solid operating leverage despite challenging 1Q weather, implying that BNI could also report above-consensus 1Q earnings.

**Reiterate our Overweight rating as we raise estimates and price target**
Based on the better-than-expected operating leverage and coal rates, we're raising our '04 EPS by 16% to $1.80, and our '05 EPS by 17%, taking us to $2.10. Our 1 year price target increases by $3 to $27.

**Union Pacific (UNP, Underweight, $57)**
**Rich Valuation Assumes Too Much Too Soon *Costs***
***April 29, 2004***

**1Q EPS far short of our and the Street expectations**
UNP's reported 1Q04 of $0.63 EPS included $0.09 for a previously disclosed jury verdict and an undisclosed one-time state tax benefit of $0.15 which means, for comparison purposes, UNP reported $0.48 versus our $0.60 estimate and consensus of $0.59.

**More than just a bad quarter**
Adding back $30 million of the jury award puts 1Q04 operating income at $344 million, a 7% drop from the poor, weather-impacted 1Q03, and a stunning 30% drop from 1Q02. Management indicated that April operating conditions continue to deteriorate.

**Is $5 of EPS ever attainable?**
Putting aside the near-term question regarding the time required for UNP to dig itself out of its current problem, we're beginning to question its ability to ever reach the long talked about $5 of earnings (an '06 event in our opinion), let alone even higher levels needed to justify current valuations, in our opinion.



**Please see analyst certification and important disclosures starting on page 35.**

**Trimming '04 EPS, reiterate our Underweight rating**
We are reducing our '04 EPS by $0.15, taking us to $3.90, but are assuming a strong recovery to $4.65 in 2005. We believe that UNP will underperform our universe of freight transportation stocks until the market better understands that this won't be a quick turnaround and consensus needs to come down further.



**Please see analyst certification and important disclosures starting on page 35.**

# Key Railroad Performance Metrics

Exhibit 24

**Average System Train Speed By Carrier (in miles per hour) — through April 30, 2004**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 25

**Average System Train Speed by Carrier (in miles per hour) — through April 30, 2004**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see analyst certification and important disclosures starting on page 35.**

Exhibit 26

**Freight Cars On Line By Carrier — through April 30, 2004**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see analyst certification and important disclosures starting on page 35.**

DA01734

AAR-E-00026679

Exhibit 27

**Freight Cars On Line By Carrier — through April 30, 2004**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 28

**Average Reported Terminal Dwell Time by Carrier (measured in hours) — through April 30, 2004**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see analyst certification and important disclosures starting on page 35.**

DA01736

AAR-E-00026681

Exhibit 29

**Average Reported Terminal Dwell Time by Carrier (measured in hours) — through April 30, 2004**




*Source: Association of American Railroads, Morgan Stanley Research*

# Appendix - Overweight-Rated Stock Catalysts, Risks and Target Tables

Exhibit 29

**Burlington Northern Santa Fe Stock Catalysts, Risks, and Target Tables**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Most levered to export coal shipments | **Positive.** Export grain usually is a $500 million segment of business for BNI, however we anticipate that tight global markets for both the commodity and ocean transportation are likely to benefit BNI by an incremental $250 million in 2004. |
| Hours of Service trucking regulation | **Positive.** New truck driver regulations are expected to negatively impact driver efficiency and decrease truckload supply, setting the stage for much higher intermodal volumes and rates in 2004 . |
| Levered to the Rail Cost Adjustment Factor | **Positive.** Approximately 25% of BNI revenues are adjusted quarterly by the RCAF factor, which increased 2.9% yoy in 1Q04 (but is down from 6.6% increases in '03). |
| Limited free cash flow in 2004 | **Mixed.** We expect BNI's free cash flow after dividend to be minimal in 2004 due to the acquisition of twice the normal number of locomotives in an effort to capture bonus depreciation credits and avoid locomotive purchases in 2005 when new emission regulations begin. |
| Returning cash to shareholders | **Mixed.** Given the re-authorization of an additional 30 million shares, we expect BNI to continue to buy-back 3% to 5% of its stock with its free cash flow over the longer-term, but caution that the prebuy of 2 years worth of locomotive in 2004 will likely slow or temporarily halt the buyback. |
| Dependence on lower margin intermodal | **Mixed.** Nearly 35% of BNI's revenues are from its large intermodal business that has operating margins in the range of 10% to 15%. We expect intermodal to grow at 5%+ for BNI, which may inhibit its ability to reach a mid-70s operating ratio. |
| Intense price competition with competitor UNP | **Negative.** BNI and UNP continue to battle for market share as evidenced by recent switches with 3 large coal contract, 3 intermodal contracts, and rail spur build-ins by BNI at 2 chemical complexes previously served exclusively by UNP. |
| Shifting utility coal contracts | **Mixed.** BNI recently adopted a "customer retention policy" which we expect will hurt coal rates on future contract negotiations. BNI started shipping 12 to 14 million tons of business to Georgia Power Plant Scherer and 10 million tons of business to Dynegy, both beginning January 2004 ($165 million was taken from UNP). BNI did lose 5 million tons of short-haul business ($25 million with OPPD) to UNP in 1/04. |
| Higher oil prices | **Neutral.** BNI has just over 65% of its 2004 fuel needs hedged and 65% of its revenue has a fuel surcharge component, leaving it with limited exposure to price spikes. We currently assume an oil price of $36/bbl or $1.10 per gallon of diesel in 2Q04, and $35/bbl or $1.04/gallon average for all of 2004. |
| Higher interest rates | **Negative.** Railroad p/e multiples have contracted 30% during the three prior periods of Federal Reserve tightening. |
| | |
| **Management Targets** | **Who/When?** |
| **2Q04 Targets** | |
| 2Q04 freight revenues up 12% to 15% | Senior member of management, April 2004 |
| Operating ratio improves to below 81% | Senior member of management, April 2004 |
| EPS up 15% to 20% ($0.62 to $0.65) | Senior member of management, April 2004 |
| **2004 Targets** | |
| 15%-20% EPS growth ($2.40 to $2.51) | Senior member of management, April 2004 |
| 8% to 10% Revenue growth | Senior member of management, April 2004 |
| Free cash flow | Senior member of management, April 2004 |
| **Longer-term Targets** | |
| 5% intermodal revenue CAGR over next 10 years | Senior member of management, October 2002 |
| Freight revenue growth of 3% to 5% | Senior member of management, April 2004 |
| Operating ratio in the high 70s | Senior member of management, July 2003 |
| Double-digit EPS growth | Senior member of management, April 2004 |
| **Valuation Methodology** | |
| We derive our one-year $36 price target by applying an industry average p/e of 12x on our twelve-month forward earnings estimate one-year from now ($2.98) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research, Company reports*



**Please see analyst certification and important disclosures starting on page 35.**

Exhibit 29

**Canadian National Stock Catalysts, Risks, and Target Tables**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Highly levered to Canadian grain exports | **Mixed.** CNI's grain revenues declined by C$220 million in 2002 as the Canadian prairies experienced the worst drought in 30 years. We are expecting a return to 94% of normal, which should drive the bulk of 2004 EPS growth. |
| Solid free cash flow | **Positive.** We expect CNI's free cash flow to near C$550 million after dividends in 2004, or approximately 10% of revenues, an industry best. |
| Returning cash to shareholders | **Positive.** CNI completed its goal to repurchase 6.5% of its stock by the end of 3Q03. It also increased its dividend by 10% in 2002, 16% in 2003 and 17% in 2004, increasing the dividend yield to 1.6%. Management also announced a three for two stock split effective late March 2004. |
| Intense focus on improving margins | **Positive.** The best management in the industry not surprisingly has the best margins in the industry, 30.2% in 2003. Numerous projects in the pipeline give us the confidence that margins can continue to improve in 2004 and beyond. |
| Lower pension expense in 2004 | **Positive.** The expiration of the amortization of prior transition costs and higher plan assets is driving a C$9 million reduction in CNI's quarterly labor expense. |
| Weakening Canadian dollar | **Mixed.** Largely negative for investors in CNI stock traded on the NYSE, but positive for investors in CNI stock traded on the Toronto stock exchange. |
| Double-dip economic scenarios | **Negative.** Another slowdown in the North American economy would obviously hurt CNI given that 56% of its shipments are economically-sensitive. |
| Deteriorating service metrics | **Negative:** Slowing network speeds and rising terminal dwell times could lead to higher costs, lower utilization rates, and ultimately lower returns. |
| Higher oil prices | **Largely Neutral.** CNI has 56% of its 2004 fuel needs hedged, and approximately 80% of its revenues are linked to fuel prices, leaving it with a lower level of price exposure than most railroads. We currently assume an oil price of US$38/bbl or US$1.10/gallon in 2Q04, and $30.50/bbl or $0.90/gallon for full-year 2004. |
| Higher interest rates | **Negative.** Railroad p/e multiples have contracted 30% during the three prior periods of Federal Reserve tightening. |
| | |
| **Management Targets** | **Who/When?** |
| 1% to 2% of same store pricing improvement in 2004 | Senior member of management, January 2004 |
| 5% revenue growth in 2004 (before impact of FX) | Senior member of management, January 2004 |
| 100 basis points of operating ratio improvement in 2004 | Senior member of management, January 2004 |
| High single-digit EPS growth in 2004 (C$3.75 - C$3.80, US$2.74 - US$2.78) | Senior member of management, April 2004 |
| C$1.1 - C$1.2 billion in capital expenditures in 2004 | Senior member of management, April 2004 |
| C$575 to C$600 million of free cash flow after dividend growth in 2004 (before acquisitions) | Senior member of management, April 2004 |
| 4% to 6% revenue growth in 2004/05 | Senior member of management, November 2002 |
| | |
| **Valuation Methodology** | |
| We derive our one-year US$44 price target by applying an slight premium p/e of 13x on our twelve-month forward earnings estimate one-year from now ($3.36) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research, Company reports*



**Please see analyst certification and important disclosures starting on page 35.**

Exhibit 29

**Norfolk Southern Stock Catalysts, Risks, and Target Tables**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Levered to rebounding coal revenues | **Positive.** Nearly 25% of NSC's revenues are from its coal business that has operating margins in the range of 25% to 35%. We expect shipment volumes to solidly improve in 2004 as utility stockpiles have been largely worked down, electricity demand remains solid (+2% in 2003), natural gas prices remain high, nuclear generation was off 3.0% in 2003 and export coal demand remains robust. |
| Higher utility coal rates | **Positive.** We expect the recent pro-railroad rulings in the utility coal rate cases to generate $15 million of annual, incremental rate improvement in the 2005 to 2008 time period. Higher export coal pricing should start in 2Q04 and could deliver as much as a $30 million benefit compared to 2003 price levels. |
| Industry best operating and service levels | **Positive.** NSC is among the top two railroads in terms of improvement in average network speeds, average terminal dwell time, and number of railcars on-line. We anticipate that this will translate into better pricing with customers, and lower operating expenses, both of which should drive near-term operating leverage. |
| Most levered railroad to the domestic auto industry | **Mixed.** 15% of NSC's revenues come from transporting finished vehicles, and we estimate another 7% from indirect exposure (i.e. coal, ores, metals and parts) giving it the most exposure of any North American railroad which could drag on earnings if domestic vehicle production levels remain soft. |
| Lower pension income and lower OPEB benefits | **Mixed.** Management expects a $10 to $15 million decrease in pension income in 2004 which should be offset by lower retiree health care costs (its pension plan remains overfunded and therefore provides a benefit, which has been declining). |
| Limited economic rebound | **Mixed.** We do not expect NSC or the other North American rails to enjoy as much of an economic rebound in 2004 as following prior recessions given that auto production and home building remained at or near record levels in 2003. |
| Higher oil prices | **Positive.** NSC has approximately 73% of its 2004 fuel needs hedged, and approximately 50% of its revenues have a fuel surcharge component, leaving it with limited exposure to changing fuel prices. We currently assume an oil price of $34/bbl or $1.03/gallon in 2004, and $30/bbl or $0.90/gallon for 2005. |
| Higher interest rates | **Negative.** Railroad p/e multiples have contracted 30% during the three prior periods of Federal Reserve tightening. |
| | |
| **2004 Management Targets** | **Who/When?** |
| Management anticipates its 2004 tax rate to average 33% | Senior Management, April 2004 |
| | |
| **Valuation Methodology** | |
| We derive our one-year $27 price target by applying NSC's average p/e of 13x on our 2005 earnings estimate one-year from now ($2.10) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research, Company reports*

Please see analyst certification and important disclosures starting on page 35.

DA01741

AAR-E-00026686

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: James J. Valentine, CFA.

## Important US Regulatory Disclosures on Subject Companies

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated and its affiliates (collectively, "Morgan Stanley").

As of April 30, 2004, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in this report: Burlington Northern SF, Kansas City Southern, Norfolk Southern and Union Pacific.

Within the last 12 months, Morgan Stanley managed or co-managed a public offering of securities of Kansas City Southern and Union Pacific.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Burlington Northern SF, CSX Corporation, Kansas City Southern and Union Pacific.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

Within the last 12 months, Morgan Stanley has either provided or currently is providing investment banking services to the following companies covered in this report Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

Within the last 12 months, Morgan Stanley has either provided or currently is providing non-investment banking, securities related services to and/or in the past has entered into an agreement to provide services or currently has a client related relationship with the following companies covered in this report Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

Within the last 12 months, an affiliate of Morgan Stanley has received compensation for products and services other than investment banking services from Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

The research analysts, strategists, or research associates principally responsible for the preparation of this research report have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues.

Morgan Stanley & Co. Incorporated makes a market in the securities of  Union Pacific.



DA01742

AAR-E-00026687

## Global Stock Ratings Distribution

*(as of Apr 30, 2004)*

| | Coverage Universe | | Investment Banking Clients (IBC) | | |
|---|---|---|---|---|---|
| Stock Rating Category | Count | % of Total | Count | % of Total IBC | % of Rating Category |
| **Overweight** | 614 | 34% | 258 | 40% | 42% |
| **Equal-weight** | 805 | 45% | 287 | 44% | 36% |
| **Underweight** | 364 | 20% | 102 | 16% | 28% |
| **Total** | 1,783 | | 647 | | |

*Data include common stock and ADRs currently assigned ratings. For disclosure purposes (in accordance with NASD and NYSE requirements), we note that Overweight, our most positive stock rating, most closely corresponds to a buy recommendation; Equal-weight and Underweight most closely correspond to neutral and sell recommendations, respectively. However, Overweight, Equal-weight, and Underweight are not the equivalent of buy, neutral, and sell but represent recommended relative weightings (see definitions below). An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations. Investment Banking Clients are companies from whom Morgan Stanley or an affiliate received investment banking compensation in the last 12 months.*

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stocks's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

More volatile (V). We estimate that this stock has more than a 25% chance of a price move (up or down) of more than 25% in a month, based on a quantitative assessment of historical data, or in the analyst's view, it is likely to become materially more volatile over the next 1-12 months compared with the past three years. Stocks with less than one year of trading history are automatically rated as more volatile (unless otherwise noted). We note that securities that we do not currently consider "more volatile" can still perform in that manner.

Unless otherwise specified, the time frame for price targets included in this report is 12 to 18 months. Ratings prior to March 18, 2002: SB=Strong Buy; OP=Outperform; N=Neutral; UP=Underperform. For definitions, please go to www.morganstanley.com/companycharts.

## Analyst Industry Views

Attractive (A). The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark named on the cover of this report.

In-Line (I). The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark named on the cover of this report.

Cautious (C). The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark named on the cover of this report.

*Stock price charts and rating histories for companies discussed in this report are available at www.morganstanley.com/companycharts. You may also request this information by writing to Morgan Stanley at 1585 Broadway, 14th Floor (Attention: Research Disclosures), New York, NY, 10036 USA.*

## Other Important Disclosures

For a discussion, if applicable, of the valuation methods used to determine the price targets included in this summary and the risks related to achieving these targets, please refer to the latest relevant published research on these stocks. Research is available through your sales representative or on Client Link at www.morganstanley.com and other electronic systems.

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The securities discussed in this report may not be suitable for all investors. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives.

This report is not an offer to buy or sell any security or to participate in any trading strategy. In addition to any holdings disclosed in the section entitled "Important US Regulatory Disclosures on Subject Companies", Morgan Stanley and/or its employees not involved in the preparation of this report may have investments in securities or derivatives of securities of companies mentioned in this report, and may trade them in ways different from those discussed in this report. Derivatives may be issued by Morgan Stanley or associated persons.

Morgan Stanley & Co. Incorporated and its affiliate companies do business that relates to companies covered in its research reports, including market making and specialized trading, risk arbitrage and other proprietary trading, fund management, investment services and investment banking. Morgan Stanley sells to and buys from customers the equity securities of companies covered in its research reports on a principal basis.

Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in this report change apart from when we intend to discontinue research coverage of a subject company.

With the exception of information regarding Morgan Stanley, reports prepared by Morgan Stanley research personnel are based on public information. Facts and views presented in this report have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley research personnel conduct site visits from time to time but are prohibited from accepting payment or reimbursement by the company of travel expenses for such visits.

The value of and income from your investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in your securities transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized.

This publication is disseminated in Japan by Morgan Stanley Japan Limited; in Hong Kong by Morgan Stanley Dean Witter Asia Limited; in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte., regulated by the Monetary Authority of Singapore, which accepts responsibility for its contents; in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, a licensed dealer, which accepts responsibility for its contents; in Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of this publication in Canada; in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc., which accept responsibility for its contents; and in the United Kingdom, this publication is approved by Morgan Stanley & Co. International Limited, solely for the purposes of section 21 of the Financial Services and Markets Act 2000 and is distributed in the European Union by Morgan Stanley & Co. International Limited, except as provided above.Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned. In Australia, this report, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data. The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Morgan Stanley research is disseminated and available primarily electronically, and, in some cases, in printed form.

**Additional information on recommended securities is available on request.**

Morgan Stanley

**The Americas**
1585 Broadway
New York, NY 10036-8293
United States
Tel: +1 (1)212 761 4000

**Europe**
25 Cabot Square, Canary Wharf
London E14 4QA
United Kingdom
Tel: +44 (0)20 7513 8000

**Japan**
20-3, Ebisu 4-chome
Shibuya-ku,
Tokyo 150-6008, Japan
Tel: +81 (0)3 5424 5000

**Asia/Pacific**
Three Exchange Square
Central
Hong Kong
Tel: +852 2848 5200

®2004 Morgan Stanley

**From:** Argus Media Email System
**Sent:** Friday, June 11, 2004 01:00 PM
**To:** subscriptions@petroleumargus.com
**Subject:** Argus Rail Business Report
**Attachments:** RB061404.pdf

Do not reply to this email, send your queries to support@argusmediagroup.com
For Rail Business content questions:
Carli Flippen: +1 202 349 2860
transport@argusmediagroup.com
For circulation subscription questions:
call +1 202 775 0240 ext. 255
email sales@argusmediagroup.com

For sales queries:
Europe: +44 20 7704 4760
Moscow: +7 095 933 7571
Asia-Pacific: +65 6533 3638
Americas: +1 713 622 3996
email: sales@argusmediagroup.com

Rail BUSINESS

Volume 10 No. 23 www.argusonline.com June 14, 2004

# Shippers wary of CSX plan to fix service

ATLANTA—The **CSX** executive team did its best during a service forum last Thursday to assure customers that the railroad is addressing in systematic fashion the problems that have disrupted its operations in the past year, which include slowing train speeds, longer terminal dwell times, and a lack of locomotives, cars and crews.

The carrier's chief commercial officer, Clarence Gooden, also provided a timeline of when redesigns of the Jacksonville, Fla.-based Class Is operations – centered on batch and automotive shipments – will begin to be implemented.

CSX will begin regional, month-long system redesigns, part of the recently-announced "OnePlan," in the Indianapolis area in late June. The railroad will then roll out the plan to core network areas of Walbridge, Ohio; Cincinnati; Louisville; and Nashville in July, Gooden said. CSX will address the busy Chicago gateway in August, and the Northeast, I-95 and New Orleans regions around September. The company's new chief operating officer, Tony Ingram, formerly of **NS**, is overseeing the program.

The goals of the OnePlan include eliminating unnecessary terminal handlings, which can add a day to a train's transit time, and reducing locomotive dwell times, which will improve locomotive availability. The plan also should improve CSX's financial strength, Gooden said. For every point taken off the operating ratio by more efficient operations, CSX generates $70 million (mn) in operating income, he said.

Rates Rising Over the Long Term

... *see p.3*

### Shippers unsure of timetable

Even with the specifics of the CSX plan announced, many frustrated shippers at the forum, hosted by the **National Industrial**

*(continued on p.2)*

Surface Transportation Board

## Xcel win shows West is best for rate cases

After a trio of Eastern coal rate cases had captive shipper interests worried earlier this year that the railroads were being given *carte blanche* to increase rates, the **STB** last week appeared to pull back the pricing reins slightly, at least for the two Western Class Is, **BNSF** and **UP**.

The railroad regulatory agency last week found that **Xcel Energy** affiliate utility **Public Service Co. of Colorado** had demonstrated that the BNSF rates it challenged in December 2000 were unreasonably high under the board's 'stand-alone cost' (SAC) test. The utility had disputed rates BNSF set for shipments from Wyoming's Powder River Basin (PRB) to Xcel's Pawnee generating station, near Brush, Colo.

Based on early calculations, the Xcel victory could save the utility between $3 million (mn) and $4mn in transportation costs each

*(continued on p.4)*

### This Week

Class Is
CSX lays out timeline for system redesign ..... 1
UP warns of weak second quarter ..... 3

Surface Transportation Board
Xcel wins case over BNSF ..... 1
North Dakota eyes '05 challenge of rail rates ..... 5

Rail Costs
Fuel costs to drive sharp rise in rail expenses ..... 6

Fuel Surcharges
Railroads raising surcharges to record levels ..... 7
CP&L challenging NS surcharging practice ..... 8

Benchmarking
Rising rail rates are here to stay ..... 3

## CSX Service Forum *...from page 1*

**Transportation League** (NITL), left the three-hour meeting unsure of when they would see improvements. Such uncertainty makes it difficult for shippers to plan for their rail operations as the busy rail shipping season approaches later this summer. It also makes it hard for them to placate their own senior management and customers, the shippers said.

"I haven't seen any improvements, but I can't tell my customers that," said one steel shipper.

Added another forest product shipper, "We need help setting expectations" for the remainder of the year.

Compared to other previous CSX plans, "what makes this plan sustainable?" asked one chemical shipper.

Stories of operational difficulties were plentiful during the hearing. Transit times for many shippers, in various regions, have effectively doubled in recent months. Aggrieved shippers reported lost shipments, localized switching foul-ups and cars full of time-sensitive products not being picked up more than a month.

"Rail service is killing my facility," said one steel shipper.

Notably, numerous attendees have moved considerable volumes to truck, and were unsure of if, or when, they would return to rail.

In addition, many attendees bemoaned the carrier's customer service operations during the past year, saying that a lack of good communication between the two sides was making a bad problem worse. "No one has much confidence calling [the customer service number]," a fertilizer shipper said.

CSX officials promised that in the future, their customer service team would be more proactive, and would reach out to shippers when problems arise, rather than making the shippers call them. However, they also said that no plans were in place to beef up staffing at the customer service level, an action that left some attendees puzzled.

### Demand for rail increasing

Roughly 150 shippers attended the forum, which consisted of presentations made by CSX officials, followed by a lengthy question and answer period between the carrier and shippers. About the same amount of attendees showed up in San Francisco last month for a similar meeting held by NITL and **Union Pacific** (UP).

Attendees of both forums said that while UP got grilled for a longer period, the tone of shippers was slightly more pessimistic in the CSX hearing. Neither carrier was particularly forthcoming in saying whether service issues would be improved by the peak shipping season, shippers told ***RailBusiness***.

CSX officials made the case that, all things considered, the problems now facing the carrier are good ones. After a couple slow years, the railroad is now moving record volumes, and the issues now being faced by shippers are a symptom of that growth, CSX Chairman and CEO Mike Ward told ***RB***.

For the coal, metals, and emerging markets sectors, CSX had planned for growth of 2.2 pct, 3.7 pct and 3.4 pct, respectively, for 2004. Instead, actual growth for those three sectors is 7.3 pct, 7.6 pct and 8.5 pct, officials noted.

To handle the growth, CSX plans to add 100 new locomotives this year and lease an additional 161 units. The carrier also plans to add about 3,800 freight cars this year, compared to the 1,772 cars added last year.

**Rail Business**

**Transportation Group Editor**
Carli Flippen
cflippen@energyargus.com

**Contributing Editors**
Mark Mueller

**Publisher and CEO**
Adrian Binks

**Bureau Chief**
Peter Rosenthal

© Copyright 2004 by Argus Media, Ltd. All rights reserved (ISSN 1080-2851). Reproduction, retransmission, storage or reuse of this publication in any form is forbidden without prior written permission. Authorization to photocopy items for internal/personal use, or the internal/personal use of specific clients, is granted by Argus Media provided a fee of $4/page is paid directly to the Copyright Clearance Center, 222 Rosewood Dr., Danvers, MA 01923; (508) 750-8400. For questions regarding subscriptions or circulation, please contact Zach Rhonheimer at (202) 775-0240 x225.

Views and opinions expressed by contributors do not necessarily reflect the views or analysis of Rail Business, Argus Media or its affiliates or employees nor shall any of them be liable for damages, incidental or consequential, resulting from the use or content of this publication.

**To subscribe, fill out coupon and fax it to (202) 872-8045**

Name ______________ Position ______________
Company ______________
Address ______________
City ______________ State ______________ Postal/Zip Code ______________
Email Address ______________
Credit Card Number ______________ Expire Date ______________
Signature ______________

argus media
1012 Fourteenth Street NW • Suite 1500
Washington, D.C. 20005
(202) 775-0240 (202) 872-8045 fax



DA01748

AAR-E-00026956

Benchmarking

# A 'perfect storm' brewing for rail rate increases

Railroads have been trying to initiate a broad-based increase in rail freight rates for years and have been met mostly with dismal failure. But, when revenue-per-car rose in the first quarter 2004, it was the third-consecutive quarterly jump and may portend things to come.

A confluence of events is occurring that will allow railroads to institute big rate increases and sustain them for some time. The factors creating the 'perfect storm' for rate increases include:

- A more-exuberant economic recovery than many expected, which has created an equally surprising spike in demand for rail and other transportation services;
- Ill-prepared railroads, which suffered a capacity shortage when the increased demand struck;
- New hours-of-service rules that created a concurrent capacity problem for the trucking industry. The driver shortage has limited the truckers' ability to compete with railroads;
- Soaring fuel prices, which have driven the railroads — along with carriers of other modes — to hit shippers with automatic rate increases under the label of fuel surcharges; and,
- Recent rate case decisions by the **STB** that encouraged railroads to increase rates.

Sharp increases in demand — whether caused by growth, lack of capacity, or crew and power shortages — signal to capitalists that products/services are more highly valued and can command higher rates in the marketplace. This is especially true when the major source of competition is unable to fill the void. In addition, fuel increases and the accompanying rate increases causes shippers to write bigger checks. Once customers expect to pay more, it is much easier to continually raise rates.

Finally, when a rate regulatory agency effectively permits an estimated 50-pct increase in rates, as the STB did in the **CP&L** and **Duke** rate cases, it puts the carriers in a position of self-regulation. An enviable position for the railroads, it is not a promising situation for rail shippers.

The graph (*see below*) shows the cumulative percent change in the railroad's average revenue per car from the third quarter 2003 to the first quarter 2004. The increase reflects a big upswing in rates over this timeframe.

In their first quarter financial reports, the railroads all have stated they are imposing larger-than-normal rate increases on customers and will continue to do so as rail contracts expire.

Clearly, shippers should take them at their word and be prepared for their carriers to request much larger rate increases than they have in the past when current contracts expire. Shippers will need to develop negotiating strategies to minimize the impact of rate increases on their companies now.

**Escalation Consultants** *of Gaithersburg, Md. contributes the monthly Benchmarking column to* ***RailBusiness****. If you have any questions concerning this article or suggestions for a future one, contact Escalation's Shade May at (301) 977-7459.*




# UP says service, fuel costs still plague carrier

**UP** officials warned that they likely will miss Wall Street earnings targets when the railroad announces its financial results next month, a revelation that underscores the difficulty the Omaha, Neb.-based Class I is having in its attempts to correct ongoing service problems.

The railroad cited operational woes and expensive diesel fuel as the familiar culprits holding down the Class I railroad's second quarter earnings. UP, which has been mired in a service crisis since last summer, predicted its earnings between 60¢ and 65¢ per share, comparable to the 63¢ per share UP posted in the first quarter. However, the earnings

*(continued on next page)*


© 2004 Argus Media Ltd. (202) 775-0240


DA01749

AAR-E-00026957

## Union Pacific *...from page 3*

would be far off from the $1.05 earnings per share posted in the second quarter of last year. It also would be substantially lower than the $1 second-quarter estimate predicted by financial analysts as recently as April.

UP issued a similar pre-announcement of worse-than-expected earnings in the first quarter, blaming many of the same factors (**RB** 3/8/04, p. 1).

Views differ on the implications of UP's warning. The announcement may signal that the railroad faces a long road to restoring strong operational performance, some analysts advised. Others said that it may reflect that UP has hit bottom and is moving toward a recovery.

### UP points to improving velocity

Although UP expects its second quarter commodity revenue to grow about 5 pct, the gains will be overtaken by operating expenses elevated by the costs associated with both running a less efficient network and addressing the service problems. The railroad is engaged in a hiring blitz to replenish its ranks of engineers and train and yard service employees. UP found itself shorthanded after a change in retirement rules led to an exodus of operating employees last year. UP hopes to put 3,700 new train and yard service employees in the field by the end of the year.

In addition, continued high diesel prices drove up the railroad's expenses. UP reported it is spending about $1.15 per gallon, 30-pct more than it was paying at this time last year.

Despite the poor quarter, UP officials said network operations improved in June. UP reported an average network velocity of 21.2 mph in April and May, which was 11-pct below network velocity in the second quarter of 2003. However, train speeds crept up to 21.8 mph in the first week of June, railroad officials said. Similarly, the UP reported average terminal dwell times in April and May of 35.4 hours, 18-pct longer than during the second quarter of 2003. UP dwell times for the first week of June averaged 33.8 hours.

"Although the return to network fluidity continues to be a slow process, we are confident we have the right initiatives underway to improve operations and restore our service quality," UP Chairman and CEO Dick Davidson said in a statement describing the second quarter outlook.

The poor second quarter signals tougher days ahead for UP, **Smith Barney** transportation analyst Scott Flower said in a report last week. The railroads network velocity has stabilized, but not materially improved, Flower noted. "Until this occurs, resources in the system will continue to be inefficiently utilized," he wrote. "[T]he cost pressure will subsist at least into [the fourth quarter], and most likely into early 2005."

However, independent analyst Anthony Hatch suggested that quarterly numbers may show the railroad has endured the worst of its service crisis and better days are on the horizon. "It seems that release might be a sign of the bottom, actually," Hatch said. "It's not really a sign of change, but a tabulating of the extra expense that will knock their Q2 numbers down so much."

Second quarter earnings represented one of two significant indicators of UP's strength, noted **UBS** rail analyst Rick Paterson. With the railroad's earnings pre-announcement, attention will turn to the second factor — fall rush performance. "The railroad is now in a race to restore some semblance of operational efficiency before business levels rise beginning in mid-August," he wrote in a research note.

## Xcel v. BNSF *...from page 1*

year, assuming the decision stands up to potential challenges.

Whether or not the decision sets a precedent for other Western contracts remains to be seen, STB followers said. The ruling comes at a time when both Western Class Is are using new pricing methods to establish higher-than-normal rate increases for their coal business (**RB** 3/22/04, p.6).

### Tariffs to drop 22-pct

The STB uses the SAC test to determine the lowest cost at which a hypothetical 'stand-alone railroad' (SARR) could provide the transportation service needed by a complaining shipper. The Xcel SARR, dubbed the **Wyoming Colorado Coal Railroad** (WCC), was designed to serve a traffic group consisting entirely of coal shipments moving in unit-train service from the PRB coal fields in Wyoming.

Importantly, the STB allowed a large amount of revenue from crossover traffic to be used in the 400-mile WCC, a decision not always reached in other rate cases.

The decision may reduce BNSF's per-ton coal rates by as much as 22 pct for deliveries already made. In addition, it should hold down tariff rates quoted by BNSF over the next 17 years by between 16.9 pct and 21.6 pct, according to the STB's ruling.

Tariff rates quoted by BNSF to Xcel currently are $9.55/ton for steel cars and $9.28/ton for aluminum cars. Prior to last week's decision, BNSF was set to raise those rates gradually until they hit $13/ton by 2020.

In an open hearing last march, Xcel lawyers cited figures showing that the challenged rates were priced at 24.3 mills per ton mile, well above the 13.6 mills-per-ton-mile average for other captive Western coal shippers and the 11 mills-per-ton-mile average for all Western coal moves (**RB** 3/22/04, p.6). The shipper's proposed SARR "is



Reproduction in any form is illegal and punishable by fines up to $50,000 per violation.

DA01750

AAR-E-00026958

very conservative," and would result in a 14.1 mills-per-ton-mile price, Xcel lawyer Thomas Wilcox said at the time.

BNSF, on the other hand, argued that the utility was getting a good deal. Because Pawnee sits far from any competing rail service, the railroad theoretically had the right to raise rates to the plant much higher than the contested figures, the carrier's attorneys argued.

In addition to the lowered rates, BNSF was ordered to pay reparations to Xcel, although the actual amount the utility can reclaim from BNSF has yet to be calculated. The Pawnee plant takes roughly 2.2mn tons/yr of Powder River Basin coal.

### Easier to win in West

If anything, the BNSF-Xcel decision, when compared to the three Eastern cases decided in the past seven months, proves once again that under the STB's current rate case guidelines, shippers have a much better chance of proving their case when taking on the Western carriers, sources said.

The economics of devising a SARR to haul coal are much less challenging for the relatively flat and open terrain of the West, rather than for mountainous Central Appalachia terrain, sources note. Two Eastern cases brought up by **Duke Energy** and another by **Carolina Power & Light** largely failed to create a successful SARR, even though the rates they challenged greatly exceeded the 180-pct variable cost threshold for bringing a rate case to the board.

While industry watchers often try to extract additional meaning from each rate case to see what the STB's decision will mean for future cases, in the end, each rate case is separate and unique, STB Chairman Roger Nober told ***RailBusiness*** at last Thursday's Atlanta forum on CSX service (*see story, p.1*). Ultimately, utilities with good cases will win, and bad cases won't, regardless of what happened in other proceedings, Nober said.

The Xcel-BNSF case was the first STB decision in more than a year to feature a full compliment of three STB commissioners (**RB** 5/31/04, p.2). The consent of the two most recent additions to the agency, Douglas Buttrey and Frank Mulvey, gave a unanimous approval to the ruling. Still, both commissioners noted in the decision that they had much to learn.

"In the short time we have been with the Board, we have not had the opportunity to review the entire record or benefit from participating in the oral argument in this case," Buttrey and Mulvey wrote in a joint comment added to the decision. "We have independently reviewed the decision and conclude that it appears to resolve the issues in a reasonable manner.

"[I]n view of the unusually short time we have had to familiarize ourselves with this case, we will reexamine issues with an open mind on reconsideration if requested," the new commissioners said.

## N.D. officials ponder 2005 STB rate case

Any attempt by North Dakota officials to file a federal rate case against **BNSF** apparently will have to wait at least until next year, as such a move likely requires the state legislature's OK. However, state grain officials pledged to continue investigating their regulatory options in the meantime.

During a closed-door meeting at last month's **North Dakota Public Service Commission**, attorneys and consultants from two Washington firms, **McCarthy, Sweeney and Harkaway** and **Thompson Hine**, presented results of feasibility research into filing a formal rate complaint with the **STB**.

Officials contacted by ***RailBusiness*** were hesitant to comment on the likelihood of the state moving forward with the case. But a proposal detailing specifics of the case is reportedly being drafted and could be presented to the state legislature for the 2005 session.

Typical STB rate cases can cost more than $3 million (mn). But, with the recent confirmation of two new STB commissioners, it is likely that the regulatory agency soon will undertake revising the filing guidelines for smaller shippers, which has long been a top priority for board Chairman Roger Nober. Revisions to non-coal rate cases could lower costs, or perhaps offer alternate ways for the state to challenge rail rates.

### Underwhelmed by recent changes

The findings from both legal firms showed that North Dakota has some of the highest rates in the country, said attendee John Mittleider, vice president of public policy for the **North Dakota Farm Bureau**. "We are a very captive market," he said.

The meeting focused on the state's options for improving service and rates, Mittleider said. Options included doing nothing and letting the rates continue to escalate, or trying to negotiate for better rates and improved service.

Shippers continue to be frustrated with poor service — including railcar delays — from BNSF, and find little comfort in the Class I's recent decision to boost its fleet of tariff cars.

In early May, the carrier said it would move cars from its Certificates of Transportation (COTS) and SWAPS programs to its tariff-car fleet during the June-to-December harvest season. The railroad said it is shifting the equipment to diminish the railcar shortage (**RB** 05/10/04, p. 1).

Grain officials are not sold on the plan, though. "We didn't think much of [the changes]," said Steve Strege, executive vice president of the **North Dakota Grain Dealers Association** (NGDA). "People are kind of throwing up their hands."


© 2004 Argus Media Ltd. (202) 775-0240


Reproduction in any form is illegal and punishable by fines up to $50,000 per violation.

DA01751

AAR-E-00026959

# RRs predict fuel expenses to drive big cost increase

Rocketing fuel costs will drive rail expenses higher in the third quarter of 2004, **Association of American Railroads** economists predicted in the organizations quarter Rail Cost Adjustment Factor (RCAF) report.

Terrorism in Saudi Arabian oil fields earlier this year raised concerns about the security of oil production facilities and led to dramatic increases in the price of oil, the Association of American Railroads (AAR) report stated. As a result, the group has predicted railroad fuel costs will jump 14 pct, compare the predicted costs for the second quarter of 2004, and reach their highest level in more than six years.

Beyond fuel, all other cost factors will rise in the quarter, AAR forecast. Depreciation costs will rise 4.8 pct. Material and supply costs will increase 3.4 pct, and equipment rents will rise 2.3 pct. Labor, often one of the more dynamic cost factors, will rise only 0.9 pct in the quarter, AAR stated.

**RCAF Forcast for Third Quarter 2004**

| All and RCAF All Component | 2002 Weights | 2nd Q'04 | 3rd Q'04 | Percent Change |
|---|---|---|---|---|
| Labor | 38.0% | 279.5 | 281.9 | 0.9% |
| Fuel | 9.0% | 120.8 | 137.7 | 14.0% |
| Materials & Supplies | 4.6% | 155 | 160.3 | 3.4% |
| Equipment Rents | 10.3% | 173.1 | 177 | 2.3% |
| Depreciation | 10.9% | 152.3 | 159.6 | 4.8% |
| Interest | 3.7% | 98 | 98.0 | 0.0% |
| Other | 23.5% | 163.9 | 171.4 | 4.6% |
| **All-Inclusive Index** | | **102.6** | **105.5** | 2.8% |
| **Preliminary RCAF** | | **1.026** | **1.055** | 2.8% |
| Forecast Error Adjust. | | 0.007 | 0.016 | |
| **RCAF Unadjusted** | | **1.033** | **1.071** | 3.7% |
| Productivity Adjustment Factor | | 1.9943 | 2.0053 | |
| **RCAF Adjusted** | | **0.518** | **0.53** | 2.3% |
| PAF-5 | | 2.095 | 2.1048 | |
| **RCAF-5** | | **0.493** | **0.509** | 3.2% |

Source: Association of American Railroads

As a result, the Unadjusted RCAF (RCAF-U), the measure most often used when escalator clauses are included in rail service contracts, forecasts a 3.7-pct spike in rail costs. AAR predicted a 0.8-pct increase in the RCAF-U last quarter. Other RCAF measure forecast similar increases. The All-Inclusive Index and Preliminary RCAF predict 2.8-pct increases in rail costs. The RCAF Adjusted for Productivity forecasts a 3.1-pct cost increase, and the RCAF-5, which is based on a five-year rolling average, predicts a 3.2-pct increase.



# Surcharges continue rising for shippers

Railroads this month are charging shippers some of the highest fuel surcharges seen since the carriers began instituting them roughly four years ago. Worse for rail customers, the charges likely will spike even higher in July.

Political instability in the Middle East has pushed US oil prices higher throughout the year, with prices peaking, at least for the time being, in early June.

The price of *West Texas Intermediate* (WTI) crude oil — a figure used by the majority of Class Is to determine their fuel surcharge levels — hit a year high of $42.35/barrel on June 1. The lowest price for WTI crude oil this year was $32.68/barrel in late January. For many of the railroads, surcharges kick in when WTI prices are in the mid-$20s. Carriers say the charges are a necessity to offset rising fuel expenses, but some skeptical shippers believe are being used as a revenue enhancement tool.

The level of surcharges imposed on carload traffic by the Class Is has followed the rising WTI prices. **CSX**, for example, has increased its surcharge on carload traffic from 3.6 pct in January to 5.6 pct this month. It will charge 7.2 pct for shipments beginning July 1.

As recently as December 2002, CSX did not apply a fuel surcharge to its carload traffic.

Similar increases during 2004 have been seen among other carriers, for their carload traffic:

- **BNSF** increased its surcharge from 2.5 pct in January to 4.5 pct this month, with a 5-pct surcharge planned for July;
- **KCS** has established a 4-pct surcharge since late March;
- **NS**, which had a 2-pct surcharge in January, is charging 5.6 pct this month, and will charge 7.2 pct in July; and
- **UP** has raised surcharges from 2.5 pct in January to 4.5 pct in June, with a 5-pct surcharge planned for July;

### Implications for growth

As in the first quarter, the continued high fuel prices are likely to take a toll on the rail industry's second-quarter earnings, and long-term results, even for carriers that have enacted significant fuel hedging programs (**RB** 1/19/04, p.8).

**CN**, for example, recently announced a five-year plan to boost


© 2004 Argus Media Ltd. (202) 775-0240


Reproduction in any form is illegal and punishable by fines up to $50,000 per violation.

DA01752

AAR-E-00026960

revenues and growth, while reaching an operating ratio of less than 65 pct. However, those goals were qualified by the need for lower fuel prices, said CN CEO Hunter Harrison. CN is counting on oil prices returning to a more-normal level of $30/barrel.

The Montreal-based company computes its surcharge level on a quarterly basis, and now charges carload traffic at a 6-pct rate, although that figure could soon rise if WTI prices remain high.

CN is somewhat insulated against higher prices, as 55 pct of its fuel for 2004 has been hedged at a price of $25/barrel, said company spokesman Mark Hallman. Likewise, NS reportedly saved about $22 million through its hedging in the first quarter of 2004, while BNSF saved about 17 cents/gallon in the first quarter through its hedging program.

Other carriers are not as fortunate. UP last week announced that it would miss its second-quarter earnings estimates, in part because of a year-over-year increase in diesel fuel of over 30 pct, or $0.27 per gallon (*see story, p.3*).

"Diesel fuel prices have continued to rise," said Dick Davidson, UP chairman and chief executive officer. "While we have continued to make progress improving our fuel price recovery through our surcharge programs, there is a lag in the timing of that recovery mechanism."

### CPR changes methodology

With fuel prices still rising, some railroads continue to tinker with the methodology used to calculate the applicable surcharge level, particularly in the ways to adjust rates more quickly to market conditions. Both CSX and UP made major changes to their fuel recovery programs last year, and **CPR** this month announced a new surcharge plan.

Effective immediately, the new CPR plan replaces a surcharge based on a quarterly average WTI price with one that uses a monthly average WTI price. The program enables the railway to keep the costs more in line with current oil prices, CPR officials said.

CPR will apply a 2-pct fuel surcharge to shipments when the WTI monthly average price reaches $24 per barrel, and will charge 4 pct when the WTI reaches $27 per barrel. The charge, which applies to published tariff rates, new rate quotations and contracts renewals, will increase by 0.4 pct for each additional $1 in the WTI above $27.

If WTI prices averaged $38.60/barrel in June (the price as of June 4), the cumulative surcharge for July would be 8.4 pct, compared to the 6-pct rate CPR had been charging. This would be the highest level of any of the Class Is.

The surcharge program is one part of a three-pronged effort to hold down fuel costs, said company spokesman Len Cocolicchio. The carrier has an aggressive fuel-hedging plan, which has saved it million of dollars, and has moved towards improving the fuel efficiency of its locomotive fleet, he said.

The Calgary-based carrier is bringing on a total of 75 fuel-efficient, alternate current locomotives in 2004, bringing up the total number in its fleet to 550, Cocolicchio said.

---

## Surcharge Challenge *...from page 8*

In the latest wrinkle to the case, CP&L this month asked the STB to include fuel surcharges applied on the disputed traffic among the reparations.

The utility paid about $3mn in surcharges during the rate case proceeding. Also, CP&L said that it has not paid any other surcharges since late January, even though NS continues to bill them.

### Double-dipping?

The outcome of the latest regulatory sparring between CP&L and NS will likely hinge on whether the STB sees the fuel surcharge as a stand-alone, cost-recovery mechanism, which can be applied legitimately by NS, or if the board sees the base rate and surcharge as an interconnected rate, which should be considered in relation to the prescribed maximum rates, sources said.

If it is seen as a stand-alone component — an outcome that NS apparently prefers — there could still be other problems for the rail carrier, sources said. CP&L, or another shipper, could theoretically then challenge a carriers' surcharge program under a separate rate-case action.

"While it wouldn't be an unreasonable practice then, it could be seen as an unreasonable [cost] recovery," a source said.

Of note, the fuel surcharge program NS uses with CP&L, revised this March, kicks in a surcharge when oil prices top $23/barrel, a low price not seen in years, sources told ***RailBusiness***.

In effect, the railroad "gives you a rate, and then turns around and gets an immediate 2-4 pct raise. It's an artificial rate," the source said.

Tips, leads, comments . . . we'd love to hear them. Please give ***RailBusiness*** Editor Carli Flippen a call at (202) 775-0240 x334.


© 2004 Argus Media Ltd. (202) 775-0240


Reproduction in any form is illegal and punishable by fines up to $50,000 per violation.

DA01753

AAR-E-00026961

# Utility asks STB to overturn fuel surcharge

The issue of rising diesel fuel prices and the way railroads recoup those costs from captive customers is making its way to the **STB**.

Utility firm **Carolina Power and Light** (CP&L) and **NS**, participants in an Eastern coal rate case decided by the STB in December 2003, now are contesting the applicability of fuel surcharges, when they are added on top of board-mandated maximum reasonable rates. CP&L has stopped paying the surcharges altogether this year, even though NS continues to charge them for it.

CP&L lawyers contend that the added fuel charges are unlawful, because when they are added to the base-rate component of coal transportation rate, they are in excess of the STB's approved rates. In addition, fuel costs and price fluctuations already are factored into the STB's prescribed base rate, through the **Association of American Railroad**'s unadjusted RCAF index, the utility asserts.

There is "no basis for the exemption of NS's fuel surcharge from the Board's maximum rate prescription," CP&L officials argue. "On the contrary, fuel-related dollars are accounted for by the Board's Decision and thus must be subject — like all other NS costs — to the maximum limit established by the Board."

If the board were to allow NS's fuel surcharge to stand, "then NS undoubtedly would regard itself as being at the liberty in the future to impose other cost-related surcharges upon the CP&L traffic at levels that exceed the rates prescribed by the Board," CP&L said.

### Precedent with railroads, NS says

NS officials, not surprisingly, disagree with the utility's sentiment. "CP&L's legal position appears to be that as a matter of law a railroad may not, under any circumstances, impose a fuel surcharge on a rate prescribed by the Board," NS said in an STB filing this month. However, application of the "fuel surcharge to the line-haul rates at issue is both lawful and reasonable."

STB precedent also acknowledges that in assessing rate levels in an environment of rapidly increasing fuel costs, it is appropriate to consider fuel surcharges for fuel-cost recovery separately and apart from revenues for line-haul transportation services, NS said.

Depending on the result, the case could lead other captive shippers already involved in proceedings at the board to follow a similar cost-recovery strategy, or it could prompt a shipper to challenge a carrier's fuel surcharge in a separate case altogether, legal sources tell ***RailBusiness***.

"I think [CP&L] could have a very strong argument," said one source. Surcharges "are becoming a huge issue" for captive shippers, he said.

Industry watchers note that captive shippers are likely to feel an even larger hit on their bottom line from these fuel costs. Surcharges, applied as a percentage to the base shipping rate, are calculated for captive shippers from a rate already substantially higher than for shippers with competitive rail options, thereby compounding captive shippers' financial woe, sources note (**RB** 3/17/03, p.3).

### Eastern case decided last winter

CP&L, a unit of **Progress Energy**, filed a rate complaint against NS with the board in February 2002. The utility had challenged the rates charged by the NS for trainload movements of coal from mines in Virginia, West Virginia and Kentucky to Carolina Power's captive




Roxboro and Mayo facilities. Ultimately, the STB found for the utility, calling NS's rate increased unreasonable — although questions remain about how much CP&L gained from the decision (**RB** 1/05/04, p.1).

As a result of its decision, the railroad regulatory agency ordered NS to reduce the challenged rates and pay reparations to the utility. Reparations were expected to total about $24 million (mn) for the coal NS has shipped in the past 22 months since CP&L filed the case, analysts estimated at the time of the decision.

*(continued on p.7)*


© 2004 Argus Media Ltd. (202) 775-0240


Reproduction in any form is illegal and punishable by fines up to $50,000 per violation.

argus media

## The *Argus Coal Transportation Manual* helps you:

### Save Time!
Keep contact information, shipping rates, loading data, and market intelligence, right at your fingertips!

### Save Money!
Compare shipping methods and rates, know your alternative sources, and lower your research time!

### Stay Ahead!
Expose competitors' strategies, access exclusive Argus data, and keep ahead of international developments!

***An Exceptional Value at $900***

*From the publishers of* Argus Coal Daily, Argus Coal Daily International, *and the* Argus Coal Transportation Report, *the* Argus Coal Transportation Manual *has been the leading authority in coal transportation since it was first published in 1994.*

*Keeping your contact information and transportation information is critical to performing your job. With the* Argus Coal Transportation Manual, *you are never out of the loop.*

# IT'S HERE!
# Argus Coal Transportation Manual — 2004

The ultimate resource for:

Railroads

Producers

Utilities

Loadings

Trading Information




From
Argus Media Inc., publishers of:

Argus Coal Transportation Report

Argus Coal Daily

Argus Coal Daily International

Argus Rail Business

## Argus Coal Transportation Manual — 2004

Stay up-to-date with the ***Argus Coal Transportation Manual***, the exclusive source of information on the US coal transportation system.

From maritime terminals, railroads, and barge lines, only the ***Argus Coal Transportation Manual*** provides the comprehensive information you need to stay current on US coal transportation infrastructure.

**NEW in 2004**
Trading guide featuring crucial market data, contract details, and directory

The ***Argus Coal Transportation Manual*** Includes:

- Contact information for coal marketing, railroads, ports, barges, producers, utilities, financial services, and other industry personnel
- Railroad by railroad listings of mines served
- Comprehensive information on barge company fleets and capabilities
- Exclusive data on coal handling capabilities
- Vital statistics on coal exports and imports by country and tonnage
- Tables on coal deliveries by utilities
- Glossary
- And MORE!

TO PLACE AN ORDER, FILL OUT THE FORM BELOW AND FAX TO: 713-622-2991
A sales person will contact you to confirm your order

Name______________________________________

Company______________________________________

Address______________________________________________

____________________________________________________

City__________________ State_____ ZIP__________

Phone__________________ Email __________________

To place an order by phone or email, contact: ROBIN SAIKIN, ARGUS MEDIA, 713-968-0000 x121 • Or email her at rsaikin@argusmediagroup.com

© 2004 Argus Media Ltd. (202) 775-0240



Reproduction in any form is illegal and punishable by fines up to $50,000 per violation.

DA01755

AAR-E-00026963

**From:** White, Tom
**Sent:** Thursday, April 27, 2006 08:50 AM
**To:**
**Subject:** Morning report

ASSOCIATED PRESS
Thu April 27, 2006 08:01 EDT
AP WASHINGTON DAYBOOK, Thursday, April 27
CONGRESS-JOINT ACTIVITIES
JOINT COMMITTEES
10 a.m. JOINT ECONOMIC _ Full Committee. Hearing on the economic outlook. FTB Chairman Ben Bernanke.

Location: Room 216, Hart.

GENERAL
April 25 - 27. GOVERNMENT SECURITY _ The homeland security event GovSec, U.S. Law and Ready! will be held in Washington. Some 9,000 homeland security professionals who work in the federal government; federal, state and local law enforcement; and others will attend.
Highlights:
10 a.m. - 3 p.m. Exhibit Hall open.
3 p.m. Closing keynote address by Rep. Curt Weldon, R-Pa.
3:15 p.m. Closing keynote address by Richard Marcinko, counterterrorism expert, bestselling author and former Navy SEAL commander.
Location: Washington Convention Center, Mt. Vernon Square.
Contacts: Linda Dickerhoof, 703-606-2518
Thu April 27, 2006 03:18 EDT
Senate rejects efforts to cut Iraq funding bill add-ons, keeps Mississippi rail project
ANDREW TAYLOR Associated Press Writer
WASHINGTON (AP) _ Senate Republican leaders say they have the votes to back up President Bush's vow to veto a $106.5 billion emergency spending measure for Iraq and further hurricane relief for the Gulf Coast if it's not cut back.
But they'll have to wait for House-Senate negotiations next month to actually make the cuts.
A series of Wednesday votes demonstrated that Bush and GOP leaders such as Majority Leader Bill Frist, R-Tenn., don't have majority support in the 100-member Senate to cut spending during floor debate this week and next.
It takes only 34 votes to sustain a veto.
More votes are slated as early as Thursday on a stack of amendments by Sen. Tom Coburn, R-Okla., to kill an assortment of projects in the bill that weren't requested by Bush.
Coburn failed Wednesday by a nail-biting 49-48 vote in trying to kill a $700 million project to relocate a rail line along the Mississippi coast so the state can build a new east-west highway. The project has become a cause celebre among conservative activists, who say it's a boondoggle.
The vote tested lawmakers' loyalties and they were clearly torn between voting for the project or offending Mississippi's powerful all-GOP Senate delegation: the Appropriations Committee Chairman, Sen. Thad Cochran, R-Miss., and Sen. Trent Lott, the former majority leader.
``I just don't think it's an emergency and I don't think taxpayers ought to be paying for it,'' Coburn said. But senior senators tended to support Cochran, regardless of party allegiance.
Mississippi GOP Gov. Haley Barbour visited Capitol Hill on Wednesday to lobby for the rail relocation project. The rail line, owned by CSX Transportation, has been rebuilt with insurance proceeds at a cost of nearly $300 million.
Among the other projects Coburn also seeks to eliminate are $230 million to procure three V-22 tilt rotor aircraft _ which are not ready for combat and are poorly suited for sandy desert conditions _ and $15 million to promote Gulf Coast seafood.
Also Tuesday, more than half of Senate Republicans voted against Bush to kill an attempt by conservatives _ backed by Frist and other top Republicans _ to cut the overall bill back to Bush's request. The vote came just a day after the White House issued a toughly worded promise to veto the $106.5 billion bill unless it is cut back to below $95 billion.
Cochran, who is the key architect of the bill, is unhappy with the veto threat and easily beat back the move to cut the bill, offered by Sen. Craig Thomas, R-Wyo., on a 72-26 vote. The cuts would have totaled about $12 billion, including $4 billion in farm aid, $1.1 billion for Gulf Coast fisheries and the much-criticized Mississippi rail line relocation.
That vote represented a veto-proof margin, but just as the tally was posted Senate GOP leaders unveiled a letter signed by 35 Republicans promising to sustain a veto in the unlikely event it would come to that.
Instead, the letter was aimed at increasing pressure on appropriators to hew to Bush's demands during House-Senate talks next month.
``The Appropriations Committee in the Senate is out of control, out of control on spending,'' said

John Ensign, R-Nev.
Also Wednesday, the Senate voted 59-39 to divert some of the money Bush requested for the war in Iraq to instead increase security on the nation's borders. The border security plan would cut Bush's Iraq request by $1.9 billion to pay for new Coast Guard aircraft, patrol boats and other vehicles, as well as border checkpoints and a fence along the Mexico border crossing near San Diego.
While the border security funds had broad support, Democrats and Republicans argued over whether the cuts to Pentagon war spending would harm troops in Iraq. The cuts, sought by Sen. Judd Gregg, R-N.H., would trim Bush's request for the war by almost 3 percent, but he doesn't specify how.
Sen. Hillary Rodham Clinton, D-N.Y., said Gregg's cuts would take money from troop pay and body armor, among other things. ``That is a false choice and it is a wrong choice,'' she said.
Gregg argued that the cuts eventually would come from other parts of the massive Pentagon budget rather than U.S. forces in Iraq.
``To come down here and allege that these funds are going to come out of the needs of the people on the front lines in Iraq or Afghanistan is pure poppycock,'' he said.
Bush insists that total spending in the bill be capped at his $92.2 billion request for Iraq and hurricane relief, though he is willing to accept $2.3 billion in the bill to prevent an outbreak of avian flu.
The underlying bill contains $67.6 billion for Pentagon war operations and $27.1 billion for hurricane relief, including grants to states to build and repair housing and $2.1 billion for levees and flood control projects. The funding for hurricane relief exceeds Bush's request by $7.4 billion.

Wed April 26, 2006 21:31 EDT
Teen driver in train crash that killed 6 could face charges
GRANADA, Colo. (AP) _ The State Patrol said Wednesday it has recommended charges of careless driving causing death against a 15-year-old Texan who was driving a sport utility vehicle when it collided with a train, killing six other people in the vehicle.
Christopher Cruz of Donna, Texas, could also face charges of driving without a valid license, driving without insurance and failing to yield, Sgt. Jeff Goodwin said.
Prowers County District Attorney Mike Davidson said he had not yet received the recommendation. He said he would not comment until he reviewed the case.
Cruz was critically injured in the April 13 crash near this small farming town about 180 miles southeast of Denver. He was taken to Denver Health Medical Center, but the hospital said Wednesday he had been released.
Hospital spokeswoman Dee Martinez would not say when he left or whether he was released in the custody of the state or relatives. Calls to Denver County child welfare officials and Cruz's relatives were not immediately returned.
Goodwin said the patrol had given Cruz the citations in the hospital last week.
Goodwin said investigators concluded Cruz was distracted, in part by loud music playing in the red Ford Explorer, when he drove across a single set of tracks into the path of a BNSF Railway freight train.
Goodwin said investigators determined the rail crossing was clearly visible from two miles away.
Cruz's mother, Cristela Rios, 36, of Donna was killed, along with two of her other children, Bud Cruz, 13, and Harley Rios, 14.
Also killed were Francisco Perez Jr., 36, of Donna; Melissa Resendez, 23, of Combes, Texas; and Ventura Becerra, 26, of Harlingen, Texas.
No one aboard the train was hurt.

Wed April 26, 2006 19:51 EDT
Norfolk Southern's 1Q profit rises 57 percent
SONJA BARISIC Associated Press Writer
NORFOLK, Va. (AP) _ Norfolk Southern Corp. said Wednesday that first-quarter profit rose 57 percent, beating Wall Street estimates, as the railway operator raised rates and still shipped more goods amid strong demand for freight rail transportation.
The results continued a pattern of strong earnings in the railroad industry in early 2006. Union Pacific Corp., the nation's largest railroad, reported last week its profit more than doubled in the first quarter, while Burlington Northern Santa Fe Corp. said Tuesday its profit rose 28 percent. CSX Corp. said last week its first-quarter profit rose 56 pecent if a one-time gain that boosted last year's results were excluded from the comparison.
Norfolk Southern earned $305 million, or 72 cents per share, in the January-March period compared with $194 million, or 47 cents per share, in the first quarter last year.
Overall railway operating revenues rose 17 percent to $2.3 billion from $1.96 billion in the first quarter of 2005, with each of the company's major business lines reporting revenue improvements.
Analysts surveyed by Thomson Financial had estimated quarterly earnings of 68 cents per share, which included stock option costs.
``We continue to see increasing demand for rail services, not quite across the board,'' CEO Wick Moorman said in a telephone interview. ``We have a couple soft spots, but throughout most of our business, volumes are up.''
The underlying health of the economy, rate increases as contracts rolled over since the first quarter of 2005 and Norfolk Southern's ability to handle increased volumes contributed to its first-quarter results, Moorman said. The company is working to add capacity to improve service levels, he said.

The railroad ``can always perform better, but it is performing reasonably well in terms of our operations,'' Moorman said. ``We just need to continue to work on improving service, improving those operations. If the economy continues to do well, which we expect, we think this will be a good year.''
Norfolk Southern's shares rose $1.13, or 2.1 percent, to close at $55.38 on the New York Stock Exchange, approaching its 52-week high of $57.48.
General merchandise revenues were a record $1.28 billion, an increase of 18 percent. Agricultural product revenues increased 38 percent and metals and construction rose 25 percent.
Coal revenues grew 20 percent, to $559 million, compared with the same period last year, the result of higher average revenues and a 4 percent increase in coal volumes.
Intermodal revenues set a first-quarter record, increasing 14 percent to $466 million on higher average revenues and an 8 percent increase in traffic volume.
Railway operating expenses were $1.75 billion, up 12 percent because of higher compensation and benefits, a 54 percent increase in diesel fuel expense and the costs of handling additional business volumes during the quarter.
Moorman said railroads are benefiting from more goods being imported from Asia, which arrive by ship and then are transported by rail from the ports, and from utilities burning more coal to generate electricity in the face of high natural gas prices.
``Right now it's a pretty good time to be in the railroad business,'' Moorman said. ``That's after many years of it not necessarily being that good of a time.''
Burlington Northern had said Tuesday its first-quarter profit rose as its trains carried more volume at higher prices, offsetting a spike in fuel costs. It earned $410 million, or $1.09 per share, compared to $321 million, or 83 cents per share, a year earlier.
Union Pacific, the nation's largest railroad, reported last week that commodity shipments helped increase revenue by 18 percent. Net income rose to $311 million, or $1.15 per share, from $128 million, or 48 cents per share, a year ago.
CSX, which operates the largest rail system in the eastern United States, posted a sharp decline last week in its first-quarter profit, to $245 million, or $1.06 per share, from $579 million, or $2.56 per share, a year ago. But the year-earlier results included a gain on the sale of operations. Looking at ongoing operations, per-share earnings surged 56 percent year over year.
Norfolk Southern operates about 21,200 miles of track in 22 states, the District of Columbia and Ontario, Canada, and is North America's largest rail carrier of automotive parts and finished vehicles.
Moorman said it is unclear what impact Ford Motor Co.'s recent decision to close its F-150 truck plant in Norfolk in 2008 will have on Norfolk Southern. Ford is Norfolk Southern's single biggest customer, he said.
April 26, 2006 Wednesday 1:47 PM GMT
Expansion of North Station to be done by November
BOSTON (AP) — North Station, which serves five commuter rail lines and Amtrak's Downeaster service to New Hampshire and Maine, will be expanded, a project that will be paid for by the owners and operators of the TD Banknorth Garden and completed by November, officials said.
The 20,000-square-foot, multi-million-dollar project will more than double the concourse's size, and MBTA officials hope it will relieve long-standing gripes from passengers about crowding.
"It's a great deal for us," Daniel A. Grabauskas, general manager of the Massachusetts Bay Transportation Authority, said Tuesday. "We're delivering what the customer wants, as quickly as we can, and finally giving our northside passengers the same welcome to Boston that our (South Station) passengers get."
On an average weekday, 187 commuter rail trips bring nearly 50,000 passengers in and out of North Station.
The expansion is being financed entirely by the Delaware North Companies-Boston, which sits atop North Station. An official with Delaware North declined to say how much the project will cost, but told The Boston Globe it would not be more than $10 million.
The planned changes will significantly enlarge the waiting area and add tables, chairs and benches in a climate-controlled space. Food vendors and services will be added, and a large, overhead board would display schedule and track information. The design also will include crowd-control measures to separate Garden patrons from outgoing commuters, Grabauskas said.
Delaware North will maintain and clean the station, the MBTA will get a chance for new advertising revenue. The two plan to split revenue from new vendors.
REUTERS
RailAmerica quarterly earnings rise
Thu Apr 27, 2006 7:33 AM ET
CHICAGO, April 27 (Reuters) - RailAmerica Inc. (RRA.N: Quote, Profile, Research), the No. 1 U.S. short-line railroad operator, on Thursday said quarterly earnings rose, supported by improving pricing overall and more expensive shipments.
The company reported first-quarter net income of $15 million, or 39 cents a share, from $6.2 million, or 16 cents a share, a year earlier.
RailAmerica said earnings from continuing operations rose to $6.6 million, or 17 cents per share, from $4.9 million, or 13 cents per share, matching the average analyst forecast, according to Reuters Estimates.
Wednesday April 26, 10:51 PM
Norfolk Southern beats forecasts, stock rises

CHICAGO, April 26 (Reuters) - Railroad operator Norfolk Southern Corp. on Wednesday said quarterly earnings rose 57 percent on strong pricing and higher volumes, beating Wall Street expectations and sending the company's stock up 2 percent.
U.S. railroads have seen revenue and profits increase in recent years due to rising imports and a trucking industry hurt by high fuel prices and a driver shortage.
Like other railroads, Norfolk Southern has worked to improve network speed and boost capacity, resulting in improved efficiency and lower costs. But as demand exceeds supply on the railroads, companies like Norfolk Southern have also been able to hike the prices of transporting goods.
"Norfolk Southern's results show tremendous pricing power due to tight capacity as the U.S. economy continues to chug along," said Shawn Campbell, principal at Campbell Asset Management, a Chicago-based fund that holds Norfolk Southern stock in a $30 million fund.
"Unless something happens to slow economic growth, there is no stopping this (company)," he added.
Norfolk Southern reported first-quarter net profit of $305 million, or 72 cents a share, compared with $194 million, or 47 cents a share, a year earlier.
Wall Street analysts were expecting 67 cents per share, according to Reuters Estimates.
Over the past year, transportation analysts have recommended buying railroad stocks as their improving performance dovetails with soaring demand.
Norfolk Southern's stock has risen more than 50 percent in the past 12 months. Shares in Union Pacific Corp. , the largest U.S. railroad, have risen more than 40 percent in the same period, while CSX Corp is up close to 70 percent on the year.
Norfolk Southern said it saw strong increases in its coal, general merchandise and intermodal divisions in the first quarter, compared to the year-earlier period. Intermodal uses standardized containers transferable between different modes of transport - ship, truck or train. It is the fastest-growing form of rail transport and reflects rising U.S. imports from developing nations such as China.
The railroad operates about 21,200 miles of track in 22 predominantly eastern U.S. states. It is North America's largest rail carrier of automotive parts and finished vehicles.
Chief Executive Officer Wick Moorman said on a conference call with analysts that he saw no reason to see any slowdown in intermodal growth in 2007 or 2008 and beyond.
"It seems to us there has been a permanent change in (U.S.) ground transportation capacity," he said. "But as our performance is closely aligned with that of the economy, we'll have to see" how this segment performs in a recession.
The Norfolk, Virginia-based company reported operating revenue of $2.3 billion, up from $1.96 billion in the same quarter in 2005. Wall Street was expecting $2.21 billion.
First-quarter operating ratio, a measure of efficiency, was 76.1 percent, compared with 79.4 percent a year earlier. A decline indicates improvement.
As railroads have seen their network velocity and cost bases improve, operating ratios have followed suit.
Norfolk Southern shares were up $1.15 to $55.40 in early trade on the New York Stock Exchange.
TRAFFIC WORLD Online 4/26/06
TWIC Restricted to Port Workers
The rule the Department of Homeland Security is expected to release soon on the Transportation Worker Identification Credential will restrict the program to port workers until at least 2011.
That description is spelled out in an internal Transportation Security Administration document obtained by Traffic World that agency personnel used earlier this week to brief congressional officials on the TWIC program.
The cards will cost $139 apiece, a cost to be borne by cardholders or their employers.
In a press conference on Tuesday, Homeland Security Secretary Michael Chertoff said his agency has not ruled out expanding TWIC to other modes, but he noted that aviation in particular already has established credentialing programs for workers needing regular access to secure areas.
Once TWIC is fully deployed for maritime workers and others needing regular access to ports, the TSA expects some 750,000 people to have TWIC cards. The largest segment of TWIC holders will be merchant mariners, numbering some 205,000 according to the TSA document, with port truck drivers coming in second at 110,000.
After the proposed rule is published in the Federal Register, the TSA plans to hold public meetings to hear comments at yet-unnamed locations on both coasts and in the "Mississippi River valley."
PR NEWSWIRE
Thu April 27, 2006 07:16 EDT
Portec Rail Products, Inc. Reports 2006 First Quarter Operating Results
PITTSBURGH, Pa., April 27 /PRNewswire-FirstCall/ -- Portec Rail Products, Inc. (Nasdaq: PRPX) today announced unaudited net income of $1,033,000 or $0.11 per share on average basic and diluted shares outstanding of 9,601,779 for the three months ended March 31, 2006. This compares to unaudited net income of $1,005,000 or $0.10 per share on average basic and diluted shares outstanding of 9,601,779 for the three months ended March 31, 2005. Net sales for the first quarter of 2006 were $23.1 million compared to $20.8 million for the first quarter of 2005.
John S. Cooper, President and Chief Executive Officer said, "Our first quarter performance highlighted the strengths of operating multiple business units, which provides opportunities to draw support at various locations when we are affected by seasonality or order book timing at other areas. Our product mix in North America was heavily weighted to our lower margin track component business and our Salient Systems business has been historically weak in the first quarter. This situation, however, was significantly offset by a record performance at our United Kingdom operation

which produced impressive results for both rail and material handling product lines. Additionally, our Railway Maintenance Products Division and our Canadian operations had strong friction management bookings and shipments in March. We worked diligently during the first quarter on the acquisition of Coronet Rail, Ltd. in the United Kingdom and announced the completion of the transaction on April 13, 2006. Coronet Rail is a leading supplier of insulated rail joints and they will add strength to our track component product lines. We enter the second quarter with a record backlog and the business outlook for our products remains strong in both North America and the United Kingdom."
Wed April 26, 2006 10:43 EDT
Teamsters Rally at Oakland Port to Make Work Pay for Port Drivers; Hundreds Turn Out to Support Drivers, Call for Improved Security
(OAKLAND, CA) - Hundreds of Teamsters, port drivers, Change To Win officials and others will hold a rally at noon at the port of Oakland to draw attention to the lack of safety and security at our nation's ports as part of a weeklong "Make Work Pay!" campaign to restore the American Dream for workers. Teamsters are leading three additional port rallies on Thursday, April 27, 2006 at Los Angeles/Long Beach, Houston and Miami as part of the campaign.
Forced to work for substandard wages with no benefits, America's port drivers are some of the most exploited workers in the country. Working day after day on meager wages makes these workers vulnerable to exploitation and bribery, putting the security of U.S. ports at risk.
WHO: Chuck Mack, President of Teamsters Joint Council 7 and International Vice President Jerry Brown, Mayor, City of Oakland; Barbara Boxer, Representative, United States Congress; International Longshore and Warehouse Union (ILWU) officials
WHAT: Rally at port of Oakland
WHEN: Thursday, April 27, 2006 Noon
WHERE: 1579 Middle Harbor Road, across from the Union Pacific intermodal rail yard
VISUALS: Teamster trucks and banners
CONTACT: Bob Blanchet of Teamsters Joint Council 7, 202-437-3326 SOURCE Teamsters Joint Council

April 26, 2006 Wednesday 12:30 PM GMT
Norfolk Southern Reports Record Revenues; Net Income Increases 57 Percent;
For first-quarter 2006 vs. first-quarter 2005:
NORFOLK, Va. April 26 — NORFOLK, Va., April 26 /PRNewswire-FirstCall/ -- Norfolk Southern Corporation (NYSE:NSC) today reported first-quarter net income of $305 million, or $0.72 per diluted share, an increase of 57 percent compared with $194 million, or $0.47 per diluted share, for the first quarter of 2005.
"Continued strong demand for rail service allowed us to produce a substantial improvement over the prior year," said Wick Moorman, Norfolk Southern's chief executive officer. "From our vantage point, demand for rail transportation remains healthy, and our first-quarter results reflect solid execution throughout the enterprise. I'm even more encouraged that we were able to achieve our lowest first-quarter operating ratio since the Conrail transaction and report continuing substantial volume growth in conjunction with our improved earnings."
Railway operating revenues of $2.3 billion were the highest of any quarter in Norfolk Southern's history and improved 17 percent compared with $1.96 billion in the first quarter of 2005.
General merchandise revenues were a record $1.28 billion, an increase of 18 percent compared with the same period a year earlier. The gains were due primarily to higher average revenues and a 3 percent increase in traffic volumes. Each of the major business groups reported revenue improvements. Agricultural product revenues increased by 38 percent, metals and construction by 25 percent, paper, clay and forest products by 14 percent, chemical products by 11 percent and automotive by 4 percent.
Coal revenues climbed $92 million, or 20 percent, to $559 million, compared with the same period last year, primarily a result of higher average revenues and a 4 percent increase in coal volumes.
Intermodal revenues set a first-quarter record, rising 14 percent to $466 million compared with the same period a year earlier. The improvement was driven by higher average revenues and an 8 percent increase in traffic volume, reflecting strength in the international and truckload sectors.
First-quarter railway operating expenses were $1.75 billion, up 12 percent over the same period in 2005. Higher compensation and benefits, a 54 percent increase in diesel fuel expense and costs of handling additional business volumes contributed to the increases during the quarter.
The first-quarter operating ratio of 76.1 percent was an improvement of 3.3 percentage points compared with 79.4 percent during first-quarter 2005.
BUSINESS WIRE
RailAmerica Reports First Quarter 2006 Earnings from Continuing Operations of $0.17 Per Share
Thursday April 27, 7:00 am ET
Net Income of $15.0 Million or $0.39 Per Share
BOCA RATON, Fla.--(BUSINESS WIRE)--April 27, 2006--RailAmerica, Inc. (NYSE:RRA - News) today reported first quarter 2006 earnings from continuing operations of $6.6 million, or $0.17 per diluted share, compared to $4.9 million, or $0.13 per diluted share, for the first quarter of 2005. The 2006 results include a pre-tax charge of $350,000, or $0.01 per share, to facilitate earlier receipt of funds from two notes held by the Company related to the 2004 sale of its Chilean railroad, Ferronor.
Net income for the first quarter of 2006, which includes discontinued operations, was $15.0 million, or $0.39 per share, compared to $6.2 million, or $0.16 per share in the first quarter of 2005. The 2006 results include the recognition of a $13.4 million pre-tax gain ($8.3 million net of tax) for

the expiration of the warranty period related to the sale of Freight Australia and a resulting adjustment to the reserves in discontinued operations.

Consolidated revenue from continuing operations for the first quarter of 2006 increased $13.3 million, or 13.1%, to $115.0 million, from $101.7 million in 2005. On a "same railroad" basis, revenue for the first quarter of 2006 increased $7.3 million, or 7.2%, from the first quarter of 2005. Consolidated operating income for the first quarter of 2006 increased 45% to $14.3 million from $9.9 million in 2005. The operating ratio for the first quarter of 2006 was 87.6% compared to 90.3% in the 2005 first quarter.

Charles Swinburn, RailAmerica's Chief Executive Officer, said, "We are very pleased with our results this quarter. Our "same railroad" revenue growth was led by improving yields related to pricing and commodity mix. Additionally, the railroads that were acquired from Alcoa continue to produce strong results. Finally, we are also seeing positive results from the training and safety initiatives that we rolled out in late 2004, with casualty and insurance expense declining $1.5 million to $4.5 million, or 3.9% of revenue, from $6.0 million, or 5.9% of revenue in the 2005 first quarter."

Michael Howe, RailAmerica's Executive Vice President and Chief Financial Officer said, "We are pleased with the operating income increase of 45% compared to a revenue increase of 13%. Proceeds from the sale of the Alberta properties in January were used to pay down debt, bringing our net debt to capital at March 31, 2006 to 46.8% from 49.3% at December 31, 2005."

STB RELEASE

Surface Transportation Board Provides Schedule of Speakers' Appearances for May 11 Public Hearing on Fuel Surcharges Collected by Railroads

The Surface Transportation Board today provided a schedule of speakers' appearances and their time allocations for the STB's May 11, 2006 public hearing in the proceeding entitled Rail Fuel Surcharges, STB Ex Parte No. 661.

The Thursday, May 11, hearing will be held in Room 760, the STB's hearing room, on the 7th Floor of the agency's headquarters in the Mercury Building, 1925 K Street, N.W., Washington, D.C. The morning session will begin at 9:00 a.m. The afternoon session will begin at 1:00 p.m.

The STB announced the public hearing in STB Ex Parte No. 661 in a decision issued to the public on March 14, 2006. That decision established due dates for those wishing to speak at the hearing to advise the agency of their intent to participate, to request a time allotment, and to submit written testimony. Based on submissions received, the STB has set the hearing's schedule of speakers as shown on the Attachment to this news release.

The agency is holding the hearing to provide a forum for the expression of views by rail shippers, railroads, and other interested persons, on the manner in which fuel surcharges are calculated and charged by railroads.

The cost of fuel is a significant component of the operating costs of providing rail service, and railroads can reasonably be expected to devise methods to collect increases in those costs from their shippers. However, the rail shipper community has voiced concerns that recent fuel surcharges collected by railroads are designed to recover amounts over and above increased fuel costs.

Attendance instructions. The STB requests that all persons attending the hearing use the Mercury Building's main entrance at 1925 K Street (on the northeast corner of the intersection of 20th and K Streets). There will be no reserved seating. Please plan to arrive early enough to be seated no later than 8:45 a.m. for the morning session, and no later than 12:45 p.m. for the afternoon session. For security reasons, all persons should be prepared to produce photo identification (such as a driver's license), pass through a metal detector, and submit to an inspection of all briefcases, handbags, and any other bags. Visitors must be cleared through security in the STB's Suite 100 (on the 1st Floor, at the top of the ramp to the left of the main lobby) prior to being escorted to the hearing room. Quiet laptops and tape recorders may be brought into the hearing room, but absolutely no provision will be made for the connection of personal computers to agency telephone lines. Cellular telephone use is not permitted in the hearing room, or in the rear anteroom; cell phones may be used only outside the hearing room. The STB's hearing room complies with the Americans With Disabilities Act, and persons needing such accommodations should telephone Beverly Ledbetter, in the STB's Office of Proceedings, at (202) 565-1664, by the close of business on May 4, 2006.

As the STB Members will have read written submissions in advance of the hearing, speakers should not read those submissions at the hearing but, instead, briefly summarize key points. If a party wishes to enhance its presentation by using projector-adaptable visual displays and/or handouts, it may do so. Agency staff will be available to demonstrate the hearing room's projection system on May 10, 2006, from 2 p.m. to 4 p.m. Please telephone (202) 565-1664 to make arrangements.

A video broadcast of the hearing will be accessible via the STB's Web site at http://www.stb.dot.gov, under "Information Center"/"Webcast"/"Live Video" on the home page.

Attachment

Surface Transportation Board Public Hearing RAIL FUEL SURCHARGES, STB Ex Parte No. 611

SCHEDULE OF APPEARANCES

Party / Speaker / Time Allotted

Panel I: Government

State of Montana / The Honorable Brian Schweitzer, Governor / 20 minutes

Panel II A: Shippers

Wheat & Barley Commissions / Terry C. Whiteside / 10 minutes

North Dakota Grain Dealers Association / Steven D. Strege / 10 minutes

National Grain & Feed Association / Kendell Keith / 10 minutes The Fertilizer Institute / Judy Gillies / 10 minutes
Transportation, Elevator, and Grain Merchants Association / Eric Wilkey / 5 minutes
Ag Processing / Terry J. Voss / 5 minutes
Panel II B: Shippers
Alliance of Automobile Manufacturers/Daimler Chrysler / George H. Telfer / 10 minutes
Ameren Energy Fuels and Services Co. / Robert K. Ness and Jay Roman / 10 minutes
Western Coal Traffic League / Thomas D. Crowley and Peter A. Pfohl / 10 minutes
Entergy Corporation / Bill Mohl / 10 minutes
The AES Corporation / Thomas W. Wilcox / 10 minutes
Panel II C: Shippers
Concerned Captive Coal Shippers / James N. Heller and C. Michael Loftus / 10 minutes Total Petrochemicals USA, Inc. / Stephen J. Pocsik and Michael F. McBride / 10 minutes
Arkansas Electric Cooperative Corp./ Steve Sharp / 10 minutes
Degussa Corporation / Diane Elhakim / 10 minutes
Potlatch Forest Product Corp. / David A. Weisel / 10 minutes
Griffin Industries / James L. Conway / 10 minutes
Graniterock / Daniel V. Slavin / 5 minutes
Panel III: Trade Associations
The National Industrial Transportation League / Curt Warfel and John Ficker / 10 minutes
American Chemistry Council / Thomas E. Schick / 10 minutes
Edison Electric Institute / Charles W. Linderman and Michael F. McBride / 10 minutes
Railroads (parties speaking individually, not as a panel)
BNSF Railway Company / John P. Lanigan / 10 minutes
Canadian National Railway Company / James M. Foote / 10 minutes
Canadian Pacific Railway / Bob Milloy / 10 minutes
CSX Transportation, Inc. / Christopher P. Jenkins / 10 minutes
Norfolk Southern Railway Company / Donald W. Seale / 10 minutes
Union Pacific Railroad Company / Robert M. Knight, Jr. / 10 minutes
Oil Creek and Titusville Lines / Robert O. Dingman, Jr. / 5 minutes
Panel IV: Consultants
Escalation Consultants, Inc. / Jay Roman / 10 minutes
Snavely King Majoros O'Connnor & Lee, Inc. / Tom O'Connor / 10 minutes
Transportation Economics, Inc. / Mazhar Ali Awan / 10 minutes
Highroad Consulting, Ltd. / Sandra J. Dearden / 5 minutes
Freight Resources Network, LLC / Michael R. Behe / 5 minutes

GRAINNET.COM

NGFA: Grain, Feed Shippers Engaged in 'Chronic Struggle' to Obtain Predictable Rail Service

Washington, DC--The nation's largest organization of rail shippers and receivers of grain, feed and grain products told Congress Apr. 26 that U.S. agriculture is engaged in a "chronic struggle" to obtain predictable rail service, given severe transportation capacity constraints that may take many years to improve.

The National Grain and Feed Association (NGFA) testified that improving transportation capacity for all modes - rail, waterway and truck - should be an "urgent" national priority.

The association made the statements at a hearing focused on rail capacity challenges and constraints that was conducted by the House Transportation and Infrastructure Committee's Railroad Subcommittee, chaired by Rep. Steven LaTourette, R-Ohio.

NGFA President Kendell W. Keith noted that U.S. agricultural shippers and receivers had confronted harvest-related seasonal rail capacity shortages throughout the 1980s and 1990s.

"But the capacity crunch we face today is chronic and apparently much more challenging," he said. "Railroads are losing market share in many agricultural and food-related markets because their service has been less reliable and less predictable….And the cost of moving agricultural products to markets is escalating sharply…."

Keith said that transportation capacity constraints have affected every transportation mode within the last few years, but rail capacity challenges facing U.S. agriculture have become critical within the last three years.

He said grain and grain product shippers "probably are the most affected" by unpredictable rail service because carriers view other types of traffic - particularly intermodal and, to a lesser degree, coal - as more attractive.

He noted that train speeds for intermodal movements exceed those for other rail traffic by as much as 50%.

For grain and grain product shippers, the NGFA said, it has become increasingly uncertain to know when rail equipment will arrive for loading, when it will be furnished with locomotive power and when the shipment will reach destination.

"These factors combine to make the real cost of freight to rail customers even more expensive, and undermines the efficient marketing of grains and oilseeds," Keith said.

Established in 1896, the NGFA consists of 900 grain, feed, processing, exporting and other grain-related companies that operate about 6,000 facilities that handle more than 70% of all U.S. grains and oilseeds.

The NGFA said it recognized that the rail carrier investment in infrastructure - at $8 billion in 2006 - is relatively high compared to the $6 billion invested annually by carriers on average during

the last decade.
But the association said it is difficult to quantify how much of the additional funding is being dedicated to enhancing capacity - through installation of new track, locomotives and other infrastructure improvements - compared to the "sizable" portion of funding earmarked for repair and replacing existing equipment.
The NGFA said another wild card is whether Wall Street analysts will concur with carriers and shippers that there appears to be a long-term shift in market fundamentals toward increased demand for rail freight, and will not penalize railroads for investing more capital in infrastructure improvements to grow rail volumes.
"In our view, the market fundamentals have shifted, offering much greater promise for continued growth in freight business…provided investments are made to meet demand," Keith said.
The NGFA offered several recommendations during the hearing on steps that would contribute incrementally to improving rail capacity:
-Rail carriers should adopt more equitable and balanced policies for using privately owned or leased rail cars. Private shipper- owned or leased cars now comprise 54 percent of the railcar fleet, and 100 percent of tank cars used to haul vegetable oil, corn syrup, ethanol and other liquid agricultural products.
-A "wider" adoption of balanced incentive and penalty programs to reward prompt delivery and movement of cars by railroads and prompt loading and unloading by shippers and receivers.
The NGFA noted the Canadian National Railway has experienced improvements in train velocity and cycle times by implementing several operational changes, one of which has entailed performance incentives and penalties that apply to both the carrier and shippers/receivers.
-Several rail carriers should reform their policies for imposing fuel surcharges that far exceed the actual increased cost of fuel being incurred by the carrier.
So-called "accessorial charges" related to billing and other practices also have become "major irritants for rail customers and very possibly a distraction to achieving the highest possible performance in rail operations," the NGFA said.
The NGFA noted that fuel surcharges imposed by some carriers are so "extreme" that the surcharge itself exceeds the total cost of fuel for the average shipment.
Meanwhile, the association recognized the efforts of the BNSF Railway to explore new, more cost-based approaches for assessing fuel surcharges and the Canadian National Railway for announcing two reductions in fuel surcharges since April.
"We must be able to reliably supply domestic and international customers, feed manufacturers, livestock and poultry operations, grain processors and other users on the West and East coasts with grain and oilseed supplies from the Midwest," the NGFA said.
"High-volume, high fuel-efficient modes like inland waterway (barge) and rail transportation should have an increasing advantage in a world of more expensive fuel.
"But both of these modes need new investment in infrastructure if they are to reap the rewards of new business that the marketplace will provide."
The NGFA's membership encompasses all sectors of the industry, including country, terminal and export elevators; commercial feed manufacturers; cash grain and feed merchants; end users of grain and grain products, including processors, flour millers, and livestock and poultry integrators; commodity futures brokers and commission merchants; and allied industries.
Canadian and Mexican firms also are NGFA members, and use its Trade Rules and Arbitration System by specific reference in their contracts.
The NGFA also consists of 35 affiliated state and regional grain and feed associations, as well as two international affiliated associations.
It has strategic alliances with the Pet Food Institute and the Grain Elevator and Processing Society, and is co-located and has a joint operating and services agreement with the North American Export Grain Association.
For further information, contact: Randy Gordon, National Grain and Feed Association, 202-289-0873.

**From:** Rockey, Craig
**Sent:** Wednesday, February 15, 2006 09:39 AM
**To:** Crimmel, Clyde
**Subject:** Feb. 16 Rail Shipper Listening Session
**Attachments:** Memo.doc; STB RR 3Q05earn.pdf

Plse. give me any comments on the PDF table asap (any problems apparent?).

MEMORANDUM

TO: REPUBLICAN MEMBERS OF THE SENATE COMMITTEE ON COMMERCE, SCIENCE, AND TRANSPORTATION

FROM: CHRIS BERTRAM, STAFF DIRECTOR, SURFACE TRANSPORTATION AND MERCHANT MARINE SUBCOMMITTEE
DAVID WONNENBERG, PROFESSIONAL STAFF, SURFACE TRANSPORTATION AND MERCHANT MARINE SUBCOMMITTEE
MIKE BLANK, RESEARCH ASSISTANT, SURFACE TRANSPORTATION AND MERCHANT MARINE SUBCOMMITTEE

DATE: FEBRUARY 14, 2006

RE: COMMERCE COMMITTEE LISTENING SESSION ON RAILROAD SHIPPER ISSUES; THURSDAY, FEBRUARY 16, 10:00 A.M., SD-562

**Background**

On Thursday, February 16th, at 10 a.m. in room 562 of the Dirksen Senate Office Building, the Senate Committee on Commerce, Science, and Transportation will hold a listening session with railroad shippers. Invited guests are senior corporate officials from various companies that rely on railroad service as a key aspect of their supply chains. The participants represent both small and large shippers from many of the major commodity types shipped by rail. A list of the expected attendees is attached. The listening session will be informal, with no formal presentations from individual shippers.

The listening session will provide Senators with an opportunity to hear directly from rail shippers about the current state of rail service in the nation. As in many transportation sectors, there are tensions between shippers and carriers in the rail industry and this session will likely focus on several long-standing shipper concerns related to pricing, service delivery, competition, regulatory oversight, car supply, and infrastructure investment. With many different shipper-types represented, Senators will have a chance to hear the diversity of concerns and many differing ideas regarding the state of rail service and how to improve such service for shippers. Invited participants will also offer comments on both the performance of the current regulatory structure in balancing the interests of shippers and the railroads and the appropriate Federal role in promoting better service and rail infrastructure.

In addition to the Surface Transportation Board selected earnings chart attached, you may find information from the following websites useful:

Surface Transportation Board -- www.stb.dot.gov
Alliance for Rail Competition -- www.railcompetition.org
Consumers United for Rail Equity -- www.railcure.org
National Industrial Transportation League -- www.nitl.org
Association of American Railroads -- www.aar.org



DA01765

AAR-E-00059670

## The Freight Railroad Industry

The U.S. freight railroad industry carries roughly 26 percent of the nation's intercity freight by tonnage, 42 percent of intercity freight ton-miles and 10 percent of total intercity freight value. The industry is comprised of seven "Class I" carriers (a "class" is a regulatory designation of railroad size by annual revenue), 32 regional "Class II" railroads, and more than 500 local "Class III" or "shortline" railroads. These railroads of vastly different sizes and functions, each with their own geographic "franchise," are linked together in an integrated network providing service throughout the nation and into Canada and Mexico. In addition to track and facilities, the railroads own the majority of rail cars used in on the system with approximately 735,000 cars, while shippers and car leasing companies own approximately 540,000 cars. Today, Class I railroads originate 84 percent of all rail traffic and generate roughly 92 percent of total rail revenue. Class II and III carriers represent approximately 28 percent of the freight mileage operated, 11 percent of the employees, and approximately 8 percent of the industry revenue.

Since the partial deregulation of railroads in 1980 with the enactment of the Staggers Rail Act (Staggers Act), mergers and reorganizations have significantly changed the rail industry. Since 1980, railroad mileage has been cut in half, ownership has been vastly consolidated, productivity has risen, rates have generally dropped for most shippers, and service has gradually improved. Rail traffic volume has increased significantly over the past three years, with intermodal freight (trailers and containers moved by rail car) up by more than 10 percent, with all other commodity types up 2.7 percent in 2004 over the pervious year. This increase in rail service demand can be generally attributed to increases in general economic activity and domestic industrial production, increased Asian imports, increased fuel costs which favor the more fuel-efficient railroad network, tight truck and highway capacity and truck driver shortages, and record high agricultural exports in 2004.

This increase in traffic and shipper demand coupled with limited rail infrastructure and equipment capacity has created a very strong pricing environment for rail carriers, particularly those railroads with fluid networks and good service. Ironically to some, rail carriers experiencing service problems and serious congestion are also increasing prices to control or limit the volume for certain commodity types in an effort to restore system fluidity and improve service. This new pricing power has lead to record profits and revenue for rail carriers in recent years. Class I operating revenues for 2003 totaled $44 billion, while net income amounted to $4.7 billion and return on net investment registered 7.3 percent.

While railroads have been earning significant profits recently, the large majority of rail carriers are still not earning their cost of capital as defined by the Surface Transportation Board. With a level of capital spending far exceeding most other major U.S. industries, railroads have huge capital needs that are likely to grow as continued demand for rail service surges. With existing capacity already largely filled and straining under the increased demand, there are significant concerns that the railroad industry itself will not be able to attract sufficient capital for future expansion. Even if such investment capital is available to the rail industry, there is concern that rail management will not adequately invest in infrastructure out of fear that recent high traffic levels and pricing power could be only a short-term gain. Railroads believe that any

efforts that result in lower revenues for carriers will exacerbate this problem and artificially curtail the potential greater role, and attendant benefits, that railroads can play in the national transportation market.

**Rail Shipper Issues**

Since the partial deregulation of the rail industry, there have been ongoing disputes between rail carriers and rail shippers over rail rates, access, and service. The Staggers Act of 1980 returned most of the services and pricing decisions affecting rail shippers to the commercial market place, allowing railroads to price various routes and services differently in response to market demand, enter into confidential contracts with shippers, and abandon or sell rail lines with fewer restrictions. Federal regulation was maintained, as is now administered by the Surface Transportation Board (STB), over the reasonableness of rates and service when rail carriers have been found to have market dominance or be engaged in anti-competitive practices, rail mergers, and other limited areas of rail service and operations. The passage of the Staggers Act created what many in the rail industry have termed a "rail renaissance". From when nearly 20 percent of the U.S. rail mileage was operated by bankrupt carriers during the 1970's, rail traffic and productivity have risen by 81% and 180% respectively since 1980, while inflation-adjusted freight rates have fallen by approximately 60% between 1981 and 2004. Yet, for many shippers who operate facilities in areas of marginal rail competition, persistently high rates and poor service have lead to charges that the current regulatory structure and process is inadequate to protect them, while other shippers see capacity constraints and management challenges as the key factors negatively influencing rail service.

Rail shippers can be categorized by the commodity type that they ship or receive, their size, and by their relative position of leverage in negotiating service and pricing terms with rail carriers. There are a variety of leverage points available to shippers when negotiating rail service with a rail carrier including: intramodal competition, intermodal competition, product competition, geographic competition, and plant siting options. Additionally, shipper size, as determined by the number of rail shipments tendered and by the overall size and economic resources of the shipper, can be a factor in determining relative leverage with rail carriers. Some shippers and their industries are far larger than the railroads themselves. For instance, total rail revenues for 2003 were just 8% of the sales of the U.S. chemical industry. While other shippers may be proverbial "mom and pop" shippers, known as "small shippers", with minimal traffic to offer the railroads and limited economic means to negotiate favorable pricing and service levels.

In general, rail shippers who have more leverage points in negotiations with railroads and use rail service as just one of many possible and competing transportation options are primarily concerned with rail capacity, service, value, and competition. For these shippers, rail provides an economical and efficient transportation option when service is good and they are generally willing to pay premium prices for premium service. However, with reduced line capacity, major service disruptions stemming from the major rail mergers of the 1990's and locomotive and crew shortages within the rail industry, many shippers feel that service being provided today does not deliver the value they expect as customers. To this point, the railroads own statistics indicate that train velocities – the average speed of railcars in transit – actually decreased from 1993 to 2003, while terminal dwell time – the amount of time a rail car spends at a terminal rather than in transit – has increased over the past several years. These factors point towards a system overwhelmed with traffic and struggling to maintain fluidity. Shippers who closely manage

inventory or have time-sensitive shipments feel these service problems most intensely and often must divert traffic to other transport modes or maintain excess inventory to compensate for poor rail service. In essence, many shippers feel that they are paying more for rail transportation now, but are actually getting less than in years past.

Another concern for such shippers, and likely all shippers, is inadequate capacity to accommodate current or future increased volumes of rail shipments. Some shippers have literally "max-ed out" the amount of rail shipments they can make due to rail capacity constraints or service problems, forcing these shippers to use alternative modes - usually trucks. Such traffic diversions not only cost shippers more in freight charges but have public costs associated with them related to air quality and highway congestion and safety. Many shippers are concerned that rail management is not making the needed infrastructure and equipment investments to improve service or accommodate future traffic growth. Shippers identify pressure from the financial markets on railroads to produce short-term gains and reward shareholders with dividends as factors directly limiting the amount of capital investment railroads are willing to make. In this new era of high profits for railroads, this concern has been exacerbated, as shippers believe more of the revenues derived from recent traffic gains should be invested back into providing better service to shippers. Additionally, some shippers feel that ineffective management and utilization of the railroads' existing infrastructure, facilities, equipment and employees all contribute to poor service and limited capacity. They suggest that through more management focus and control and much greater cooperation with shippers, railroads could dramatically improve the efficiency of their networks and increase capacity without making extraordinary capital investments.

Another key issue to shippers is the reduction in the number of competing rail carriers over the past 25 years. Major mergers throughout this period, culminating with the "mega-mergers" of the 1990's, have reduced the number of competitive rail routes and increased the difficulty of managing each system because of the sheer size and complexity of the network. Many shippers feel that the promised service benefits of these mergers have not materialized and believe that the loss of competition between carriers resulting from the mergers makes it difficult for the competitive market to adequately promote service improvements or maintain reasonable prices. Shippers are also concerned about the recent move away from long-term, private contracts to public pricing and short-term contracts for rail rates. In the past, when there was excess capacity in the rail industry and rail carriers where struggling to find reliable business, long-term contracts where used to lock in rates and traffic commitments over several-year periods. Since capacity has dwindled and demand has risen, rail carriers are moving to non-negotiated, public pricing or short-term contracts that allow carriers to rapidly adjust pricing to meet demand levels. Shippers complain that such pricing methods leaves them unable to plan for transportation costs, limit opportunities to negotiate service conditions or guarantees, and generally reduce their bargaining power with carriers.

For shippers who have few leverage points in negotiations with rail carriers available to them, often called "captive shippers" because they are practically captive to either the rail mode of transportation or to one rail carrier, reduction in rail competition resulting from mergers has led to little or no choice in rail service providers, often resulting in degraded service and higher transportation prices in certain markets. These shippers contend that the STB has not acted to protect shippers from the abuse of monopolistic power exerted by rail carriers, and that current law has made it difficult for shippers to obtain rate and service relief. With significant rate increases levied by the railroads and record carrier profits generated over the past few years,

captive shippers are increasingly voicing concerns and anger over high rail rates and poor service. In their opinion, there is a strong need for increased competition in the rail industry and increased government intervention to protect the interests of those who rely on rail service.

Of primary concern to captive shippers is the use of differential pricing by rail carriers and limitations on competitive routings options known as "bottleneck rates." Differential pricing, also know as demand or Ramsey pricing, is the pricing of goods or services to yield variant contributions to fixed costs based on the willingness of different market segments to pay such rates. The Staggers Act explicitly recognizes the role of differential pricing in the rail industry and many economists believe it is an efficient way to ensure that rates for each traffic segment maximize their contribution to 'fixed costs" -primarily the cost of infrastructure which exist regardless of the amount or type of traffic over the railroad- and promote reinvestment and appropriate expansion of the railroad network to meet traffic demand.

Such a pricing scheme generally means that rates will be as high as "the traffic will bear", with those with less competitive options - captive shippers - paying more for the same unit of service as compared to those with more competitive options. Many captive shippers believe that the differential rates that they are charged under this system are exorbitant and far exceed a reasonable contribution to fixed costs. Additionally, they believe that the process for rate relief before the STB is expensive, overly burdensome, and generally stacked in the railroad's favor. Many of these captive shippers who are paying higher rates also claim to receive poor service in the form of delayed shipments, irregular or short car supply, and poor plant or facility switching service. Captive shippers claim that the same reason they pay more - their captivity to the railroad – leads to rail carriers having little incentive to serve them well. Railroads, on the other hand, purport that all shippers benefit from this pricing model because it maximizes the number or shippers using the railroad and therefore reduces the relative contributions each shipper must make towards fixed costs. Because of the extraordinary capital intensiveness of the rail industry, rail carriers believe that artificial rate caps that limit differential pricing would cause divestiture in the rail network because, being unable to cover the fixed costs through pricing, railroads would have to reduce fixed costs through deferred maintenance or capital investment, leading to a downward spiral of service and therefore, a loss of traffic and revenue.

"Bottleneck rates" are another concern for both captive and non-captive shippers. The term "bottleneck rate" refers to routing situations where multiple rail carriers have competitive lines between a shipper and the receiver for some portion of a route, but only one rail carrier controls final access to the shipper or receiver. Under current law and STB determinations, the rail carrier does not have to provide a rate the shipper for the "short haul", or the portion of the route where they are the only carrier, and may provide a rate for only the "long haul", or the entire distance from shipper to receiver. Some shippers argue that carriers should have to provide a rate, set at "reasonable level" by the STB, for the short haul, thereby opening the rest of the route up to competition amongst the carriers with competing lines, which they believe would lower rates and improve service. Rail carriers staunchly oppose this along the same lines as they oppose limits on differential pricing, saying that the imposition of bottleneck rates would severely impact revenue by reducing more-profitable long-hauls for all carriers and thereby reducing investment in rail infrastructure and service.

**<u>Surface Transportation Board</u>**

The STB is an economic regulatory agency that Congress charged with the fundamental missions of resolving railroad rate and service disputes and reviewing proposed railroad mergers. The STB is an independent agency, administratively affiliated with the U.S. Department of Transportation, with three presidentially appointed and Senate-confirmed members. Currently, the Board has one vacancy. It was created in the Interstate Commerce Commission Termination Act of 1995 and is the successor agency to the Interstate Commerce Commission. The agency has jurisdiction over railroad rate and service issues and rail restructuring transactions such as mergers, line sales, line construction, and line abandonments. The STB's major responsibilities include overseeing and monitoring railroad commercial practices nationally; enforcing the railroad's common-carrier obligation; ensuring that rates charged to shippers are reasonable; assisting rail carriers in earning adequate returns necessary for the health of the rail system; and calculating the rail carriers' cost of capital.

For rate cases involving large shippers, the STB must make a determination regarding a rail carrier's market dominance. If the Board finds a carrier does hold market dominance, it can then employ a model called the "stand alone cost" model (SAC), which attempts to balance the rail carrier's need to earn adequate returns with the shipper's need for fair and reasonable rates. Many shippers have complained that the SAC model is artificial and overly complex, expensive and time consuming, and only feasible for large shippers to use. As a result of recent Board hearings on the SAC model, the STB has identified a number of methodological concerns and issues with the SAC. For rate cases involving small shippers, the STB was directed by Congress in 1995 to develop simplified guidelines for "those cases in which a full SAC presentation is too costly, given the value of the case." The STB adopted such guidelines in 1996, but small shippers have never used them, suggesting that the complexity and cost associated with the guidelines may still be too high. A recent small rate case was settled via confidential, non-binding mediation with the STB staff, but this settlement has not led to further use of the small shipper process at the Board.

The STB also has broad authority to address the adequacy of the service provided by a railroad to its shippers and its connecting carriers. The Board may, in appropriate circumstances, compel a railroad to provide an alternative through-route with another railroad for specific traffic, to provide switching for another railroad, or to provide another railroad with access to terminal facilities. In addition, the STB can issues service order to address rail service emergencies and can direct one carrier to operate the lines of another carrier that has ceased operations, or authorize an alternative carrier to operate another carrier's lines due to service inadequacies. The Board most recently issued a service order on behalf of a shipper in January of this year when it authorized interim alternative rail service, over the lines of South Plains Switching railroad in Lubbock, TX, by West Texas & Lubbock Railway, on behalf of PYCO Industries, Inc. By doing so, the STB prevented the loss of needed rail service to the affected shipper, and the Board continues to closely monitor this case.

In addition to formal cases brought by shippers before the Board, the STB has several other programs to help resolve shipper and carrier disputes. The Board established its Rail Consumer Assistance Program (RCAP) in November 2000 in an effort to allow the public informal access to agency staff and to expand the opportunity for private sector resolution of railroad-related issues. This program provides the shippers and the public with access to informal assistance with any type of rail-related transportation problem and is administered by the STB's Office of Compliance and Enforcement. Since its inception, the RCAP has handled

563 shipper complaints. The vast majority of the complaints logged against the railroads are for service inadequacies, followed by rate and car supply concerns. The STB believes this program can benefit both shippers and carries because it places shipper concerns immediately before the involved railroad, which can facilitate a prompt response and is less burdensome for either party than a formal proceeding, thereby providing the parties with an opportunity to resolve their issues in an environment that can produce timely and cost-effective result.

The STB has several other initiatives designed to improve shipper and carrier cooperation. The Rail Shipper Council was established pursuant to the ICC Termination Act of 1995 to provide advice on regulatory, policy and legislative matters, to the STB Chairman, the Secretary of Transportation, and the Congress. Its members consist of senior officials representing large and small shippers, large and small railroads. Similarly, the National Grain Car Council was founded by the former Interstate Commerce Commission (ICC) in 1994 to convene meetings at least once a year that allow the members to discuss openly the issues affecting the grain transportation industry. The Council is made up of a balanced representation of executives knowledgeable in the transportation of grain, including members from the Class I, II, and III railroads; members representing grain shippers and receivers; and members representing private rail car owners and rail car manufacturers. In an effort to help railroads and shippers effectively plan for pick shipping seasons, the STB continues to direct the railroads to submit a “fall peak” services plans, which the agency then publicly releases, so that rail customers may know in advance what to expect from the railroad during the speak shipping season.

Although there are no major rail merger applications before the Board presently, the STB is currently requesting comments on the renewed petition of the Western Coal Traffic League (WCTL) for a rulemaking to address agreements to sell or lease a rail line that restrict the ability of the purchaser or tenant to interchange traffic with competitors of the seller or landlord railroad. So called "paper barriers" oftentimes limit the transportation options for many shippers by requiring them to ship via only one carrier although their plant may physically be accessed by or their traffic could actually be moved by or interchanged with more than that one carrier. Many shippers feel that paper barriers unfairly limit competition and artificially limit shortline traffic and marketing developments that would benefit shippers.

**Railroad Listening Session Participants**
**Thursday, February 16, 10:00 a.m.**

SURFACE TRANSPORTATION BOARD
OFFICE OF ECONOMICS, ENVIRONMENTAL ANALYSIS, AND ADMINISTRATION
WASHINGTON, DC 20423

CLASS I FREIGHT RAILROADS - SELECTED EARNINGS DATA

(000 OMITTED)

| Railroad | Year | QUARTER ENDED SEPTEMBER 30 Railway Operating Revenues | Net Railway Operating Income (1) | Net Income | Revenue Ton-Miles Of Freight | 12 MONTHS ENDED SEPTEMBER 30 Railway Operating Revenues | Net Railway Operating Income (1) | Net Income | Revenue Ton-Miles Of Freight | Return On Net Investment (%) (2) |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL ALL CLASS I | 2005 | $11,650,347 | $1,610,912 | $1,315,357 | 420,956,404 | $44,680,410 | $5,349,062 | $4,197,615 | 1,684,835,934 | 7.38% |
| FREIGHT RR'S | 2004 | 10,201,833 | 1,160,165 | 853,185 | 417,287,746 | 37,445,962 | 3,915,136 | 2,987,655 | 1,564,234,575 | 5.86% |
| Burlington Northern - Santa Fe | 2005 | 3,279,774 | 483,056 | 467,603 | 151,416,716 | 12,287,044 | 1,691,183 | 1,644,109 | 593,884,468 | 9.44% |
| | 2004 | 2,768,696 | 268,976 | 247,822 | 144,235,358 | 10,389,115 | 1,129,096 | 1,044,321 | 555,431,103 | 6.42% |
| CSX Transportation | 2005 | 1,896,948 | 206,260 | 154,676 | 55,023,972 | 7,634,044 | 622,945 | 446,809 | 235,885,241 | 4.67% |
| | 2004 | 1,719,887 | 126,715 | 86,314 | 58,675,542 | 6,870,967 | 290,575 | 423,878 | 223,375,542 | 2.55% |
| CN/Grand Trunk Corporation | 2005 | 487,950 | 96,125 | 78,823 | 12,819,359 | 1,983,659 | 379,239 | 276,327 | 54,221,652 | 6.88% |
| | 2004 | 466,883 | 103,330 | 67,830 | 13,975,092 | 1,693,877 | 306,691 | 150,869 | 54,486,574 | 6.09% |
| Kansas City Southern | 2005 | 200,838 | (5,562) | (19,828) | 6,405,005 | 750,490 | 60,285 | 9,499 | 24,594,839 | 6.06% |
| | 2004 | 162,111 | 16,546 | 15,568 | 5,178,564 | 608,964 | 66,412 | 37,894 | 20,694,481 | 7.20% |
| Norfolk Southern | 2005 | 2,155,348 | 364,976 | 235,060 | 51,233,034 | 8,218,588 | 1,460,272 | 1,010,369 | 203,110,505 | 11.93% |
| | 2004 | 1,857,773 | 354,844 | 220,103 | 50,541,665 | 7,039,296 | 1,192,180 | 550,635 | 193,974,985 | 11.87% |
| Soo Line | 2005 | 176,024 | 39,475 | 37,289 | 5,903,318 | 666,315 | 34,582 | 29,141 | 23,662,229 | 3.66% |
| | 2004 | 158,710 | 15,301 | 16,210 | 6,027,525 | 608,320 | 64,915 | 66,868 | 24,264,464 | 7.17% |
| Union Pacific | 2005 | 3,453,465 | 426,582 | 361,734 | 138,155,000 | 13,140,270 | 1,100,556 | 781,361 | 549,477,000 | 5.10% |
| | 2004 | 3,067,773 | 274,453 | 199,338 | 138,654,000 | 11,929,300 | 1,171,958 | 864,059 | 546,494,000 | 5.62% |

THESE DATA ARE NOW ALSO AVAILABLE ON THE BOARD'S INTERNET SITE - WWW.STB.DOT.GOV

(Additional Notes on Page 2)



AAR-E-00059677

DA01772

SURFACE TRANSPORTATION BOARD
OFFICE OF ECONOMICS, ENVIRONMENTAL ANALYSIS, AND ADMINISTRATION
WASHINGTON, DC 20423

CLASS I FREIGHT RAILROADS - SELECTED EARNINGS DATA

SOURCES OF DATA:

Railway Operating Revenues, Net Railway Operating Income, and Net Income are from the "Quarterly Report of Revenues, Expenses, and Income - Railroads" (Form RE&I).

Revenue Ton Miles of Freight are from the "Quarterly Condensed Balance Sheet - Railroads (Form CBS).

These reports have not been verified by the Surface Transportation Board.

NOTES:

(1) Net Railway Operating Income is the difference between railway operating revenues and the total of railway operating expenses, railway tax accruals, and net equipment and joint facility rents.

(2) Return on Net Investment (ROI) is the ratio of net railway operating income to net investment in railway property used in transportation services at end of previous calendar year. The latter includes an allowance for working capital. Accumulated deferred income tax reserves are subtracted from the net investment base. Since net investment figures are only available on an end-of-year basis from the Annual Report Form R-1's, filed on March 31 of each year, the net investment bases used to compute returns on net investment in this report are the most recent year-end figures available (data as of the end of 2004 and 2003).

ROI's, as computed by the Board for its annual determination of the revenue adequacy of each class I railroad, will differ from the ROI's computed for this report. ROI's for the revenue adequacy determination are based upon the average of the beginning and end-of-year net investment bases, while ROI's for this report are based on end-of-year data only. Also, ROI's for revenue adequacy determinations are computed using data reported by the class I railroads in Annual Report Form R-1, Schedule 250, "Consolidated Information for Revenue Adequacy Determination." The data contained in Schedule 250 differ somewhat from the data in the Form RE&I, and are therefore not totally compatible.

AAR-E-00059678

**From:** Thompson, Irene
**Sent:** Tuesday, October 18, 2005 10:42 AM
**To:** Aspatore, George A. (george.aspatore@nscorp.com); Brimsek, John (jbrimsek@brimseklaw.com); Callison, Bill (law@wlerwy.com); Endres, Skip (skip.endres@bnsf.com); Erdman, Warren K. (warren.k.erdman@kcsr.com); Grossman, Robert (rgrossman@gwrr.com); Guthrie, Paul (paul_guthrie@cpr.ca); Hemmer, Mike (mhemmer@up.com); Kalick,Ted (Ted.Kalick@cn.ca); Maestri, Bruno (bruno.maestri@nscorp.com); McAuliffe, Mary (marymcauliffe@up.com); McHugh, Joe (jxm@amtrak.com); Moreland, Jeff (jeffrey.moreland@bnsf.com); Ohly, Fred (ohlyf@amtrak.com); Phillips, Karen B. (karen.phillips@cn.ca); Rinn, Lou Anne (larinn@up.com); Rock, Mike (marock@up.com); Ruehling, Mike (mike_ruehling@csx.com); Scheib, John (john.scheib@nscorp.com); Shudtz, Peter (peter_shudtz@csx.com); Squires, Jim (jim.squires@nscorp.com); Swinburn, Charlie (charles.swinburn@railamerica.com); Weicher, Richard E. (richard.weicher@bnsf.com)
**CC:** Donley, Kelly; Eagney, Beth; Guilfoy, Kathy; Hamberger, Edward; Jones, Lauren E.; O'Bannon, Obie; Rockey, Craig; Starks, Dennis; Turner-Fisher, Twanda; Warchot, Louis; Wilhide, Peggy
**Subject:** Note from Lou Warchot re Staggers Act Hearing
**Importance:** High
**Attachments:** SFX172D.pdf; ASLRRA STB COMMENTS STAGGERS ANNIVERSARY HEARING.pdf

To Rereg Committee:
As discussed on our call yesterday, attached are copies of the NITL and ASLRRA statements filed in connection with the STB hearing on the Staggers Act. As of 10:30 this morning, the Board has still not posted any of the statements that parties have filed.
Lou Warchot

<<...>> <<...>>

Irene Thompson
Executive Assistant
Law Department, AAR
Ph: (202) 639-2507
Fax: (202) 639-2868
ithompson@aar.org <mailto:ithompson@aar.org>

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**
**WASHINGTON, D.C.**

---

**STB EX PARTE NO. 658**

# THE 25TH ANNIVERSARY OF THE STAGGERS RAIL ACT OF 1980: A REVIEW AND LOOK AHEAD

---

## STATEMENT OF THE AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION

---


Keith T. Borman
General Counsel
American Short Line and Regional Railroad Association
Suite 7020
50 F Street N.W.
Washington, D.C. 20001-1564
Telephone 202-628-4500
Fax: 202-628-6430
Email: kborman@aslrra.org


October 12, 2005

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**
**WASHINGTON, D.C.**

---

**STB EX PARTE NO. 658**

# THE 25TH ANNIVERSARY OF THE STAGGERS RAIL ACT OF 1980: A REVIEW AND LOOK AHEAD

---

## STATEMENT OF THE AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION

---

The American Short Line and Regional Railroad Association (ASLRRA) submits this Statement in response to the Notice of Public Hearing published by the Surface Transportation Board on September 14, 2005. ASLRRA represents approximately 425 class II and class III railroads in the United States, Canada and Mexico as well as numerous suppliers and contractors to the short line and regional railroad industry. ASLRRA thanks the Surface Transportation Board for inviting the comments of interested parties on the occasion of the Hearing to mark the 25th anniversary of the Staggers Act. There is no more dramatic testament to the power and vision of that legislation than the dramatic growth of the class II and class III railroads during the two and one-half decades since the Act became law.

Prior to 1980 there were fewer than 250 railroads in the short line and regional railroad industry. Most of them were subsidiaries of large industrial corporations like



**DA01776**

AAR-E-00061610

steel mills and lumber and paper companies. They operated primarily for the convenience of their owners and participated only marginally as transporters of unrelated goods and materials.

Since 1980, the number of Class II and Class III has more than doubled to 545 as of 2004. To illustrate the tectonic shift that this growth represents, in the two decades prior to 1980, 36 short line railroads began operation. In the two decades following 1980, 332 new short lines began operation, almost a ten-fold increase. During the same period, short line track miles have grown from about 8,800 to over 50,000 miles, making the short line industry collectively as large as the biggest class I carriers.

Today, one out of every four carloads moved in the United States originates and/or terminates on a short line or regional railroad. Short line shipments account for between 15-25% of Class I railroad revenues. Short lines serve nearly 12,000 facilities across the nation and provide their customers with rates that are 20-50% less than comparable truck transportation. Perhaps even more significant to national transportation policy, the shippers served are disproportionately located in rural and underserved regions of the country. The short lines in these areas have become economic lifelines, linking small communities and shippers to the national and international transportation infrastructure in an era when light freight densities would likely preclude the only transportation alternative - public investment in highway maintenance and improvement - dooming these stakeholders to further decline and marginalization.

That the remarkable growth of the short line and regional railroad industry in bypassed areas of the American economy has occurred since the passage of the Staggers Act is no coincidence. "Underperforming" lines which formerly were uniformly

abandoned by class I carriers were given a new chance to participate in the nation's transportation network by the passage of the Staggers Act. Not only did it make the transfer of light density lines a simpler and more expeditious solution for the class I's, but it also provided the freedom from strangling regulation that allowed short line operators to provide rail access at significantly lower cost and with innovative service over rejuvenated lines that would have otherwise been left for dead. At the same time, freeing the larger class I railroads from the burden of supporting light density lines has ensured that America's entire railroad network is healthy and positioned to participate fully in today's robust and globally deregulated economy.

The explosive growth of the short line and regional rail brought about by the Staggers Act has also preserved thousands of railroad jobs. Today, approximately 25,000 people work at class II and class III railroads. In rescuing thousands of miles of rail line from abandonment, these short line and regional railroads have preserved the jobs of many of those employees who would otherwise have faced certain termination had the lines been abandoned by class I carriers instead of transforming them into short line and regional railroads.

Ironically, the short line and regional railroads that were conceived and grew in the post-Staggers deregulated environment are now the primary guardians of the common carrier obligation on which much of the remaining regulatory scheme is based. The privileges accorded to those granted common carrier status carry with them the obligation to serve all shippers. As the large railroads for the first time in memory struggle with capacity constraints and begin to ration service and create pricing strategies that adversely affect smaller customers and less profitable commodities, the class II and class

III railroads do not face capacity constraint, and still eagerly seek to serve all shippers, large and small alike, and virtually all commodity mixes. This difference is reflected in the fate of the boxcar. Class I railroads continue to reduce the size of their boxcar fleets, which are not used in the large intermodal and unit trains they now favor, but boxcars are a staple of the class II and class III industry. The continued decline in their numbers is a source of great concern to the smaller railroads because they still welcome the shipper who has a single boxcar load to move. The common carrier obligation is threatened when small single car shipments no longer find fluid access to the national interstate rail system in a capacity constrained network. Short line and regional railroads eagerly seek those movements, and in doing so do their part in fulfilling the promise of the common carrier obligation.

The evolution of the rail industry from the relative stasis of heavy regulation into the highly kinetic world of commercial competition and the concurrent birth of the short line and regional railroad industry as a viable and independent component of the national rail system has not been without pain. Like natural evolution itself, it has sometimes been a harsh and unpredictable process which continues to this day. Fierce competition has driven rates freight rates down over 20 percent since 1980. Revenues per ton mile have been reduced by 60% in the same period. As the Class I railroads move to a standard 286,000 pound car, the Class II and III railroads face increasing capital needs to upgrade their systems to accommodate the heavier cars. Relationships with the Class I railroads who in many cases gave them birth can sometimes be vexing and occasionally even life threatening for class II and class III offspring. In that context challenges

continue to arise which, without the watchful supervision of the Surface Transportation Board, many short lines would be ill equipped to negotiate on their own.

The issue of paper barriers, the restrictions on interchange which most class I railroads imposed upon short lines as a condition of transferring existing rail lines and customers to them, is illustrative. As the ASLRRA has noted in prior submissions to this Board, many short line railroads would probably never have been formed if their class I creators had no assurance that their existing customers would not be lost to competitors as a result of spinning off lines to independent short line operators. Yet for some short lines, the contractual limitations they accepted in exchange for receiving the lines when combined with the enormous power their class I connections wield over every aspect of their operations from interchange to revenue accounting and collection, make it impossible for those short lines to bargain meaningfully with their class I counterparts over waivers or amendments to their paper barrier restrictions.

Fortunately, the Surface Transportation Board strongly encouraged a dialogue between the short lines and their class I carriers on the paper barrier issue, and the Railroad Industry Agreement resulted. This agreement identifies and defines situations in which waivers to paper barriers shall be granted and creates a method by which disagreements between the Class I carriers and the short lines over the application of paper barriers can be adjudicated if not openly, at least with some review by participants of both parts of the industry. It is hard to imagine that the Railroad Industry Agreement would have come into existence without the presence of the Surface Transportation Board. In the unvarnished playing field of pure commercial competition, the Class I

railroads would have had too much practical power and too little incentive to create such an agreement.

In sum, the short line and regional railroad industry was born to operate in a post-Staggers world of commercial competition. Not surprisingly it has grown and thrived, but the necessity of interchange in a seamless interstate rail network still keeps its participants uniquely dependent upon the wishes and the fortunes of their class I connections. Rational decisions by class I carriers to emphasize certain connections or change pricing strategies for certain commodities can have devastating if unintended consequences to the viability of class-I connection dependent short lines, who sometimes face take-it-or-leave-it propositions that can put them out of business. Yet they have neither audible voice nor leverage when they are wholly dependent on class I largesse. Anemic short line and regional railroads threaten the strength of the national rail network which has come to flourish as a result of Staggers Act. This tension between the marketplace and the desirable public policy of a uniformly strong national rail network cannot be resolved in the absence of a strong, visionary Surface Transportation Board which will aggressively protect and promote the goals of the Staggers Act. The short line and regional railroad industry looks to the Surface Transportation Board to assure a level playing field in which Class II and Class III railroads can fully, fairly and profitably serve the American shipping public for generations to come.

Respectfully Submitted,

AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION

*Keith T. Borman*

By: Keith T. Borman
General Counsel
American Short Line and Regional Railroad Association
Suite 7020
50 F Street N.W.
Washington, D.C. 20001-1564
Telephone 202-628-4500
Fax: 202-628-6430
Email: kborman@aslrra.org

Dated: October 12, 2005

BEFORE THE

SURFACE TRANSPORTATION BOARD

---

Ex Parte No. 658

*THE 25TH ANNIVERSARY OF THE STAGGERS RAIL ACT OF 1980:*

*A REVIEW AND LOOK AHEAD*

---

# Written Testimony

submitted by

# THE NATIONAL INDUSTRIAL TRANSPORTATION LEAGUE

---

THE NATIONAL INDUSTRIAL TRANSPORTATION LEAGUE
1700 North Moore St.
Suite 1900
Arlington, VA 22209

By Its Attorneys

Nicholas J. DiMichael
Thompson Hine LLP
1920 N St. N.W.
Suite 800
Washington, D.C. 20036
(202) 263-4103

Dated: October 12, 2005

## TABLE OF CONTENTS

Page

I. The Staggers Act Has Been Successful in Several Key Respects .... 3

A. The Act Has Been Successful in Encouraging the Financial Revitalization of the Railroad Industry .... 3

B. Contracting Under the Act Has Been a Success, Though Its Future is in Doubt .... 8

II. Since the Passage of the Staggers Act, There Have Been Substantial Changes in the U.S. Economy and in the Railroad Industry .... 9

A. Rail Mergers and the Growth of Short Lines .... 9

B. Increasing Capacity Constraints in the Rail Industry .... 11

C. Reductions in Competition from Other Modes .... 15

D. Operational Changes and the Growth of Shipper Investment and Activities .... 17

E. Service Trends and Service Problems in the Railroad Industry .... 19

F. Growth in International and Domestic Intermodal Traffic .... 21

G. Shift From Contracts Back to Public Pricing, and Changes in Contracts .... 24

III. Many of the Key Change sin the Railroad Industry Since the Staggers Act Have Resulted in an Increase in Railroad Market Power and Have Decreased Competitive Options for Shippers .... 24

IV. Public Policymakers Need to Re-Evaluate Future Regulation of the Industry in Light of these Changes to the Railroad Industry .... 27

A. The Board Should be More Balanced in Its Regulatory Approach .... 27

B. The Railroad Industry Must Grow Its Share of Intercity Freight .... 29

C. Public Policymakers Need to Address How to Grow Capacity in the Railroad Industry and Across All Transportation Modes .... 31

D. The Board Needs to Become More Sensitive to Service Issues, and Its Regulatory Protections Must Be Better Designed to Address Service Problems .... 32

Page


E. The Board Must Revise Its Approach to Rail-to-Rail Competition in Light of Changes in the Industry ..... 36

F. The Board Needs to Revise and Better Define Its Standards and Speed Up Its Processes ..... 37

1. The Board should develop standards and procedures for adjudicating small rate cases ..... 38

2. The Board should attempt to simplify its large-case standards and procedures ..... 39

3. The Board should analyze the role that differential pricing should play in the regulatory scheme in a capacity-constrained environment ..... 39

4. The Board should investigate and create standards for rail surcharges and accessorials ..... 41

V. Conclusion ..... 41

BEFORE THE

SURFACE TRANSPORTATION BOARD

---

Ex Parte No. 658

*THE 25TH ANNIVERSARY OF THE STAGGERS RAIL ACT OF 1980:*

*A REVIEW AND LOOK AHEAD*

---

**Written Testimony**

submitted by

**THE NATIONAL INDUSTRIAL TRANSPORTATION LEAGUE**

---

In a Notice of Public Hearing issued by the Board on September 14, 2005, the Board announced that it would hold a public hearing to provide a forum for the expression of views on the impact, effectiveness, and future of the Staggers Rail Act of 1980 ("Staggers Act" or "Act"). Interested persons, including large and small rail customers, large and small railroad companies, representatives of local communities, and state and federal government officials, were invited to participate. The hearing was intended as an opportunity for interested persons to address broad issues regarding the Staggers Act generally. This Written Testimony is submitted by The National Industrial Transportation League ("League") in response to the Board's Notice.

The League believes that, in a number of respects, the Staggers Act has been a success. In particular, the Act has led to the financial revitalization of the railroad industry, to such an extent that several railroads are now or will likely soon be "revenue adequate" even under the Board's demanding standard. In addition, the Act led directly to the development and wide use

of contracts between shippers and rail carriers, which (at least up until the recent past) became the dominant form of commercial relationship between shippers and rail carriers.

However, since the Staggers Act, there have been substantial changes in the nation's economy and more specifically in the railroad industry. These changes have resulted in new problems for shippers and railroads, and have given rise to new issues for public policymakers, including the Board, to consider. These changes thus make this twenty-fifth anniversary of the Act a particularly appropriate time to evaluate the impact, effectiveness and future of the statute. The League believes that the Board should re-evaluate the future administration of the Staggers Act in light of these changes in the industry. The League therefore warmly commends the Board for holding this hearing, and urges the Board to carefully evaluate the record in this proceeding in order to fulfill both its own regulatory responsibilities in administering the Act, and, if the Board believes it necessary, to fulfill its obligation under 49 U.S.C. 704 to transmit legislative recommendations to Congress.

As noted above, the Staggers Act has clearly been successful in encouraging the financial revitalization of the railroad industry. However, beyond these changes in railroad finances, the past twenty-five years have seen major changes in industry structure, capacity, operations, service, and shipper investment; and in the competition that the rail industry faces from other modes. The League notes that many of the changes in the railroad industry since the Staggers have resulted in an increase in railroad market power and have decreased competitive options for shippers.

In view of these changes, the League believes that the Board needs to become more of an advocate for rail users and more focused on the pro-competitive thrust of the Staggers Act.

Policymakers need to address increasing capacity restraints in the railroad industry, and how to grow capacity in the railroad industry and across all transportation modes. The Board also needs to become more sensitive to service issues, and better design its regulatory processes to address service problems. Finally, the Board should revise its approach to rail-to-rail competition in light of the changes to the industry, and clarify its rate reasonableness standards, in particularly its small case standards and processes.

## I. THE STAGGERS ACT HAS BEEN SUCCESSFUL IN SEVERAL KEY RESPECTS

### A. The Act Has Been Successful in Encouraging the Financial Revitalization of the Railroad Industry

There is no doubt that the Staggers Act has been a factor in the financial revitalization of the railroad industry. By freeing the industry from unnecessary regulation, the Act permitted railroads to rationalize their systems and to make needed changes in their operations to drive down costs and increase productivity.

Using just the narrow and demanding regulatory "return on investment" standard followed by the STB and its predecessor the Interstate Commerce Commission, the following graphs show clearly how far the industry has come financially since the passage of the Act. The first graph portrays the railroad industry's cost of capital as determined by the ICC or the STB in each year since 1983,[1] as well as the railroad industry's return on investment over that same time period. The second chart shows the industry's return on investment as a percent of its cost of capital.

---

[1] The year 1983 was chosen because this was the first year that ROI was calculated on the basis of depreciation accounting, and therefore the industry's ROI in that year is comparable to subsequent years.

**Comparison of Railroad Industry ROI and Cost of Capital**




**Railroad Industry ROI As a Percent of Cost of Capital**




In 1983, the return on net investment of the industry was 4.3%, whereas the railroad industry's cost of capital was 15.3%.[2] In other words, in that year the railroad industry earned just 28% of the cost of capital deemed necessary for revenue adequacy by the Interstate Commerce Commission. In 2003, by contrast, the railroad industry's ROI was 6.33%, whereas

---

2 Association of American Railroads, "Railroad Facts," 1990 edition, pp. 18 and 19. .

the industry's cost of capital was 9.4%.[3] Thus, the industry was earning over two-thirds of the cost of capital deemed necessary by the STB for revenue adequacy. In that year, Norfolk Southern had an ROI of 9.1 percent, or just under the 9.4% standard for revenue adequacy determined by the Board.[4]

Since the Board's 2003 revenue adequacy decision published in August 2004, the industry's financial position has improved even further. Though the Board has not officially published its revenue adequacy determination for 2004, it appears that the Norfolk Southern achieved revenue adequacy in 2004 as the Board defines the concept, with a 2004 tax-adjusted ROI of 11.6%, which was well above the likely cost of capital level of around 10%. Moreover, the industry's return on investment is likely to exceed the highest percentage of its cost of capital in any year since the passage of the Staggers Act. The NS is likely to achieve revenue adequacy again in 2005, and the Chief Executive Officer of the Burlington Northern has publicly indicated that his railroad is likely to achieve revenue adequacy in 2005. *Rail Business*, Vol. 11, No. 38 (Sept. 2005), p. 4. Other railroads may achieve revenue adequacy, and even those that don't are likely to close the gap even further. The respected industry analyst James Valentine of Morgan Stanley indicates in a very recent report that in 2005 he expects Canadian National, BNSF, Norfolk Southern and Canadian Pacific – four of the six major Class I carriers --to <u>all</u> earn their cost of capital. James Valentine and Michael Manelli, Morgan Stanley Equity Research, "All Aboard ! Reiterating Bulling View Towards Freight Railroads," September 20, 2005, p. 3. [Hereafter, "Valentine Railroad Report"].

---

3 AAR, "Railroad Facts," 2004 edition, pp. 18-19.
4 *Id.*, pp. 19, 74.

The fact of the matter is, however, that by all standards other than the agency's official determination of "revenue adequacy," the industry has already achieved revenue adequate status as a real-world matter and has likely done so for the past several years. Wall Street has been clearly bullish on the railroad industry for some time, despite the agency's yearly pronouncements that the industry is "revenue inadequate." It is clear that the agency's "revenue adequacy" standard is an extremely demanding one and overstates the financial returns needed for "real world" revenue adequacy. This is likely due to the fact that the industry still has significant investment "on the books" which does not earn its cost of capital, but which also consumes few current resources.

The industry, according to the ICC's and STB's official determination, has not earned its cost of capital for twenty-five years. In fact, according to the AAR as reported by financial analyst James Valentine, the railroad industry had not earned its cost of capital since 1945,[5] a state that was probably true even long before that. An industry that has not earned its cost of capital for six decades or more should, under conventional economic theory, be long out of business. Yet, the industry survived, and now thrives, despite still being labeled as "revenue inadequate" by the STB -- a situation suggesting that the agency's "return on investment" measurement is an incorrect one when applied to determine the financial condition of the railroad industry. Individual railroads have had no trouble raising capital of any kind for any purpose for a number of years. The industry's stock has in fact outperformed the S&P 500 Index over a long stretch of time.[6]

---

[5] Valentine Railroad Report, p. 3.

[6] Siegel, Jeremy J., *The Future for Investors*, Crown Business (2005), p. 62. Mr. Siegel notes that the stock of the BNSF, which he calls the "star performer" of the four major surviving railroads, "has achieved an astounding 17 percent annual return since 1980, more than 4 percentage points higher than the S&P 500 Index." *Id.*

In the recent report noted above, the respected financial analyst James Valentine was positive about the industry's current financial condition and extremely bullish on the industry's financial prospects for the future. The summary of his report is worth quoting in full:

> **ALL ABOARD! REITERATING BULLISH VIEW TOWARDS FREIGHT RAILROADS**
>
> **Conclusion:** Even though the six major North American railroads have seen their stocks rally 15%-60% over the past year, we continue to believe there is sustainable momentum, with conservatively another 15%-30% upside by year-end 2006, led by Norfolk Southern.
>
> **What's New:** The bullish stance that we've had for the past year was reinforced recently during our meetings with four of the freight railroads as well as additional discussions with our industry sources including large railroad shippers. *We have even greater conviction that the industry will consistently earn its cost of capital over the next few years (a feat not achieved in decades), led by secular upward pricing initiatives that should continue into 2006 and beyond.* We expect improved returns and cash flow, combined with the railroad industry's traditionally stable revenue base, to drive the industry's P/E ratio 100-300 basis above its historical 12.5x forward earnings. Using a basket of comparable companies in other industries as a guide, we could argue the better railroads will eventually trade at a market multiple, which would lead to 30%-40% stock price appreciation by year-end 2006.
>
> **What's Misunderstood?:** Since the drop in railroad valuations in April, we've seen them pull back on days of rising oil prices or negative economic news, which confirms our view that the Street believes the recent wins by the railroads are more cyclical than secular. Over the next 12-18 months, we believe this view will be disproved, namely that *this industry is headed for higher earnings power and higher valuations due to secular changes in freight transportation, regardless of near-term economic or oil price movement*.

*Id.*, p. 1 [emphasis added]. Mr. Valentine concludes that "*returns in the next decade [for the industry] will be in the 8% - 14% range*, which will lead to further P/E expansion." *Id.*, p. 3. [emphasis added]

The Morgan Stanley analysis of Mr. Valentine is echoed to a large extent by a Bear Stearns Equity Research Report, May 2005, "Railway Rush Hour – How Long Will Tightness in Rail Capacity and Pricing Gains Persist?", which notes, at page 5: "Given our expectation that

infrastructure constraints are likely to support continuing tightness in rail capacity, we believe that the rails are likely to sustain a solid pricing story well beyond 2005. In our view, continued pricing gains should support EPS growth even in a slowing economy." The Bears Stearns analysis notes that "secular trends support rail growth beyond the economy." *Id.*, p. 6.

The key point in the data shown above and in Wall Street's analysis is that this financial trend is not just a single-year or passing phenomenon. In Mr. Valentine's words, the industry's financial trend is "secular" rather than "cyclical." While the industry, over perhaps the first twenty years or so after passage of the Staggers Act, clearly emerged solidly from the financial distress experienced by the industry in the 1970s, something even more profound has happened over the past two or three years: capacity constraints and other developments (discussed in more detail below) which have moved the railroads to a higher financial level, at which even the agency's demanding (and unrealistically high) return on investment for "revenue adequacy" standard is likely to be satisfied over significant time periods.

It is clear, then, that for the first time since the passage of the Staggers Act, neither the agency nor Congress need be concerned about the financial health of the freight railroad industry for the foreseeable future, and do not need to orient public policy making with solely the financial health of the railroads in mind. From a financial perspective, policy makers can and should treat the railroad industry as a system, composed of both providers and users: the financial health of both need to be kept in mind.

B. Contracting Under the Act Has Been a Success, Though Its Future is in Doubt

The Staggers Act for the first time clearly permitted the development of transportation contracts between shippers and rail carriers. Quickly after passage of the Act, contracts became

the dominant form of commercial relationship between shippers and rail carriers. As envisioned by the Act, contracts permitted carriers to lock in a base of business, and gave shippers certainty in their transportation costs over a period of time, as well as certain service guarantees.

However, there are now real questions about the future of railroad contracts for many shippers. As discussed further below, recent years have seen a significant return to tariff or public pricing by many rail carriers in a number of industry segments, and shippers report to the League that, even where contracts are offered, the term of the contract is decreasing and meaningful service guarantees are becoming much more difficult to come by.

## II. SINCE THE PASSAGE OF THE STAGGERS ACT, THERE HAVE BEEN SUBSTANTIAL CHANGES IN THE U.S. ECONOMY AND IN THE RAILROAD INDUSTRY

In the last twenty-five years, the U.S. economy has changed substantially. The country has seen its industrial sector decline in relation to the service sector as production has shifted to Asia, a development that has had profound effects on both global and domestic transportation. Technology has changed dramatically: in 1980, the year that the Staggers Act was passed, there were no personal computers, there was no email, no internet, and a "hybrid" was a rose. The railroad industry has also changed, and a brief discussion of these changes is in order to set the stage for a discussion of the future.

### A. Rail Mergers and the Growth of Short Lines

Since 1980, the number of Class I railroads have declined dramatically, from approximately 40 at the time of the passage of the Staggers Act to just seven today. But even those numbers are deceptive: of the 122,293 miles of road operated in 2003 by these seven Class I carriers, 109,548 miles or 90% were operated by just four of these railroads (UP, BNSF, CSX, and NS); and of the total Class I operating revenue of about $36.6 billion in 2003, about $34.0

billion or 93% was generated by these four carriers.[7] Two of these carriers operate largely in the western part of the U.S., and two in the East. By any measure, the industry is now highly concentrated.

At the same time, the railroad industry has seen a dramatic growth in the number of so-called "short line" rail carriers, which were formed directly as a result of some of the changes made by the Staggers Act. According to the American Short Line and Regional Railroad Association, in 2002 there were 545 short line and regional rail carriers, operating 46,474 miles of track and employing 19,688 people. Almost 60% of these were local line haul carriers (operating 350 miles of track or less), and almost 40 percent were switching and terminal carriers. The remainder (six percent) were regional carriers operating more than 350 miles of track and/or with a revenue over $40 million. Seventy percent of these carriers had begun operation subsequent to the passage of the Staggers Act. ASLRAA, "Short Line and Regional Railroad Facts and Figures, 2004 edition, pp. 6-7. Short line and regional carriers carried over 9.3 million carloads in 2002. *Id.,* p. 8.

The growth of short lines has been an extremely beneficial development for shippers: these market-responsive and service-focused carriers perform a valuable role, particularly in the "first mile" and "last mile" of rail shipments, and their growth should continue to be encouraged. The Board needs to view these carriers as full partners with the Class I carriers in the shipment of goods by rail.

---

[7] AAR, "Railroad Fact," 2004 Edition, Association of American Railroads, pp. 66-67.

B. Increasing Capacity Constraints in the Rail Industry

Probably the most significant development since the passage of the Staggers Act has been the increasing capacity constraints that are now present in the railroad industry. The Board is well aware of reports from both shippers and railroads indicating that the industry is experiencing substantial capacity limitations. In addition, several kinds of data identify some sources of the constraints now being experienced by the industry.

Since the Staggers Act, the miles of track and the number of employees for Class I railroads have declined dramatically:

**Class I Railroad Miles of Track**




Source: AAR, "Railroad Facts," 2004 edition, p. 45, and other years' similar data.




Source: AAR, "Railroad Facts," 2004 edition, p. 56 and other years' similar data

The AAR's figures show that since 1980, miles of track owned by Class I rail carriers have declined by about 40 percent,[8] and the number of employees have declined by about two-thirds.

What is important about these figures is not only the magnitude of the declines since 1980, but also the fact that the declines have largely leveled off since about 2000 (in fact, the number of miles of track owned has increased since its low point in 2001, the first time that this has happened since 1929.[9] This suggests that the rail industry has reached the point at which it cannot shed any more track or employees – it has reached the point that it needs all the

---

8 The decline in the number of track miles by Class I railroads does not come close to being counterbalanced by the increase in the number of short line miles. The total short line industry in 2002 owned or leased about 30,000 miles of track, with government owning about 9,000 miles of track. ASLRAA, "Facts and Figures," 2004 edition, p. 7. Some of this track was owned by short lines even before the Staggers Act. In contrast, between 1980 and 2003, Class I carriers experienced a reduction in over 100,000 miles of track. AAR, "Railroad Facts," 2004 edition, p. 45.

9 *Id.*

employees and track that it has. Indeed, reports have indicated that some rail carriers are adding employees, for the first time in many, many years.

The significant limitation on railroad capacity is dramatically confirmed by data which the AAR uses to determine traffic density -- millions of revenue ton-miles per owned mile of track -- and a related figure, millions of revenue car-miles per owned mile of track.[10] Both of these figures since the Staggers Act show huge increases in traffic density, plus a recent leveling off of density increases, apparently as the capacity of the system is being reached.

**Traffic Density - Millions of Revenue Ton Miles Per Owned Mile of Track**




Source: AAR, "Railroad Facts," 2004 edition, p. 42

[10] The car mile figure appears to the League to be a better sign of the possibility of congestion, since ton-miles are affected by the weight of loadings (a factor not important in system congestion), whereas car-miles better capture the amount of "space" on the railroad being taken up by increased traffic.




Source: AAR, "Railroad Facts," 2004 edition, p. 34 and p. 45 and other years' similar data

These figures show that since 1980, ton miles per owned mile of track have approximately tripled, and car miles per owned mile of track have approximately doubled. However, since 2000, these increases have begun to level off.

Significantly, these increases in traffic density have <u>not</u>, on average, come from increases in the number of tons per car or in the number of cars per train. According to the AAR's own figures, the number of tons per carload is less in 2003 than it was in 1980 (67.1 in 1980 versus 62.3 in 2003),[11] and the number of cars per train is virtually the same as it was in 1980 (68.3 in 1980 versus 68.9 in 2003).[12] While clearly rail carriers are putting many more tons in some cars than they did in 1980 and more cars on some trains, the changes in traffic mix, including the growth of light-loading intermodal traffic, has apparently kept average growth in these

11 AAR, "Railroad Facts," 2004 Edition, p. 37.
12 *Id.*, p. 35.

categories flat. Thus, rail carriers appear to be putting, on average, more and more trains on a system whose amount of track and number of employees have significantly declined since 1980. And, given the flattening out of all of these figures over the past two or three years, they do not appear to be able to do this any longer, at least not nearly to the extent that they have in the past. As the AAR notes regarding its traffic density measure: "[a] higher figure [of millions of revenue tons per owned mile of track] indicates greater utilization efficiency, but can also signal the risk of congestion." *Id.*, p. 42. Reports from both shippers and railroads clearly indicate congestion issues in the rail industry.

C. Reductions in Competition from Other Modes

Historically, the major competitors to rail carriers have been motor carriers, across a part of the railroads' traffic base. However, there are many reasons to believe that competition by motor carriers has in recent years been significantly less effective.

Motor carriers have had a difficult time finding drivers, and the recent changes to Hours of Service regulations for motor carriers have only exacerbated the problem. Mr. William Graves, President of the American Trucking Associations, has noted in a recent speech that the "driver market is the tightest it has been in 20 years," and a May 2005 study by the ATA shows that the trucking industry will face a huge shortage of drivers over the next 10 years, a fact that will likely require carriers to pay their drivers substantially more, a result that in turn will have a dampening effect on the competition that motor carriers will provide in the future.[13] Insurance rates have substantially increased, and dramatic hikes in fuel prices since 2004 have hit the motor carrier industry hard, since fuel is a significantly larger part of the motor carrier industry's

[13] This increase in the cost of drivers and other costs will have an effect on intermodal traffic as well, whose motor carrier portion is likely to increase.

cost structure compared to the rail industry. The Valentine Railroad Report notes that the trucking industry has been hard-hit by both fuel and non-fuel costs in recent years, *id.* at pp. 9-10, and Mr. Valentine concludes that "truck's pain is railroad's gain." *Id.,* p. 10. Finally, there appears to be little possibility at the present time that size and weight restrictions for the motor carrier industry would be eased, facilitating competition with railroads over a larger portion of the transportation business.

Given the recent hike in fuel and non-fuel costs, there is increasing question as to how much truck competition plays in restraining rail rates for commodities moving more than a few hundred miles. The Valentine Railroad Report indicates that railroads price only about twenty percent of their business against long-haul trucking. *Id.,* p. 9. Indeed, in an even more recent report published by Morgan Stanley, almost 60% of the railroad industry's revenue has a "low" or "somewhat low" sensitivity to being priced directly against truckload motor carriage. Morgan Stanley Equity Research, James Valentine, Chad Bruso, Michael Manelli, "Freight Pulse 9 - Shippers See Railroad Rates and Truck Capacity on the Rise," October 4, 2006, p. 7 [hereafter "Valentine Freight Pulse 9 Report"]. These include such major product groups to the U.S. economy as coal, chemicals, farm products, crushed stone and sand, and petroleum.[14]

It is very notable that Mr. Valentine places in this category "Intermodal (international)", which he indicates has a "somewhat low" likelihood that railroads price this segment directly against trucks. Thus, even in a traffic category that conventional wisdom might suggest is highly truck-competitive, the market has changed: evolving international and domestic traffic patterns; shipper, railroad and public investments; and other factors have all combined to

---

[14] The Valentine Freight Pulse 9 Report characterizes the remaining 22% of the railroads' traffic base as having "moderate" price competition by trucks. This category includes such commodities as motor vehicles, primary forest products, and metals. *Id.*

give rail carriers unprecedented pricing power even in what has been thought of as "truck-competitive" markets.

D. Operational Changes and the Growth of Shipper Investment and Activities

There have been numerous operational developments in the rail industry since the Staggers Act, but two are particularly important: (a) growth in shipper investment in the rail industry and the assumption by shippers of functions that used to be performed by rail carriers; and, (b) the growth of unit trains and the decline in the emphasis on carload operations.

The past twenty-five years have seen a remarkable shift in car ownership in the railroad industry. In 1980, Class I railroads owned 1.168 million cars, and shippers and car companies owned about 440,000 cars, or only about 26% of the total 1.7 million freight car fleet (about 100,000 cars were owned by other than Class I rail carriers). *Id.*, p. 51. By 1990, the total number of freight cars in service had declined precipitously, to 1.2 million cars (a drop of nearly 30%), but the total number of non-railroad cars had increased to about 450,000, a figure that represented 37 percent of the total number of cars. By 2000, the number of railroad cars had dropped again, from 761,000 in 1990 to 692,000 in 2000, a decline of nearly 10 percent, while the number of non-railroad cars had again risen from about 450,000 in 1990 to more than 688,000 in 2000, a massive increase of more than fifty percent. In that year, non-railroad freight cars for the first time comprised more than fifty percent of the total car fleet. By 2003, the total non-railroad freight car fleet was 54 percent of the total number of cars.[15] *Id.*

---

[15] Not only did the number of shipper-owned cars increase dramatically after the Staggers Act, but the kind of cars owned by shippers changed substantially as well. Before the Staggers Act, a significant percentage of shipper-owned cars were tank cars, which had traditionally been supplied by shippers, with carriers paying a mileage allowance. But in the years following Staggers, many other types of cars began to be owned by shippers, including open-top hoppers for coal movements; covered hoppers for chemicals; and others.

Thus, in the twenty-five years since the passage of the Staggers Act, the number of non-railroad cars increased by more than fifty percent, and comprises more than half of the total rail industry car fleet. In sharp contrast, the number of railroad freight cars declined from 1.270 million to just 590,000, a drop of nearly 55%, and now railroad freight cars comprise less than half the total of rail cars in service. Indeed, if Class I rail carriers are only considered, the drop has been even more precipitous: Class I rail carriers, despite moving and handling virtually every car on the nation's rail system, in 2003 controlled just 467,063 of the 1,278,980 cars in the system, or just 37 percent of the freight cars in the industry. *Id.* This represents a huge change from "traditional" railroading, in which the Class I carriers themselves supplied most of the instrumentalities of transportation. This shift in car ownership means the assumption of much more than just the purchase price of the cars: all related maintenance, taxes, etc. are also shifted.

Beyond car ownership, shippers have invested massive amounts in other incidents of transportation such as rapid loading facilities. Even more importantly, shippers have assumed substantial functions that prior to the Staggers Act were performed by railroads as a part of their railroad service, such as waybilling. Shippers have also invested heavily in and perform new administrative functions such as tracking and tracing, paperless invoicing systems, etc.

Additionally, the years since the Staggers Act have seen a marked shift in railroad operations, away from carload and multiple car operations, toward unit train operations. Significant parts of the railroad industry's operations are now performed in shuttle or unit-train-type operations, including coal, grain, intermodal, and others. In this shift, carload shippers feel themselves the "stepchild" of the industry, paying more and getting less.

E. Service Trends and Service Problems in the Railroad Industry

The years since the Staggers Act have also seen substantial service problems. Some of these were related to the wave of mergers that took place from 1995 to 2000, and some of the changes in shippers' investment in cars can be traced directly to these problems. In the four years between 1995 and 1999, non-railroad cars increased by approximately 112,000, or more than the number in any four-year period before or since back to 1929, an astounding twenty-percent increase in the number of non-railroad cars in just that four-year period. *Id.* This four-year period was the time of severe service problems in the railroad industry, starting with the UP/SP merger in 1995, and ending with the purchase of Conrail by Norfolk Southern and CSX in 1998. Because of those service problems, shippers that were tied to the railroad system for their transportation had to acquire, and did acquire, large numbers of cars to be able to meet their customers' needs.

There is significant anecdotal evidence from shippers that service in the railroad industry has not improved significantly since the mergers of the 1990s or even since the Staggers Act, but there is little hard data – a topic further addressed below. What limited hard data there is suggests that service levels have not yet recovered from the service problems that began almost a decade ago. For example, the AAR's own figures indicate that average train speed has actually declined between 1993 and 2003:




Source: AAR, "Railroad Ten-Year Trends 1993-2002," p. 132; and "Railroad Ten-Year Trends 1994 – 2003," p. 132.

In addition, the AAR also publishes average train speeds, by month, for each of its members, as well as total U.S. figures, for more recent time periods. Attached as Appendix A to these Comments are three charts, showing: the average train speed for the BNSF, CSX, NS and UP from January 2000 through September 2005; a chart showing the Total U.S. average train speed; and a chart showing the average terminal dwell times for each of these railroads from January 2001 through September 2005.[16] Over this recent time period, average train speed for the total U.S. shows a decline from about 23 miles per hour in the year 2000, to less than 22 miles per hour for the most recent 12-month period reported. Since the beginning of 2002, average train speed for all four major U.S. carriers has declined steadily. Similarly, since about the middle of 2002, average terminal dwell for three of these four carriers has remained

16 The four-carrier charts are through December 2004 for BNSF, which changed its method of calculating terminal dwell and train speed in January 2005.

essentially flat or has deteriorated (i.e., terminal dwell has increased), while terminal dwell has improved for only one carrier.

Another source of information is surveys of shippers, which have consistently shown growing shipper dissatisfaction with rail service. The Valentine Freight Pulse 9 Report, for example, notes that, in a comprehensive survey done by Morgan Stanley over a number of years of nearly 300 heavy freight customers, shippers in the survey gave railroads in 2005 a score of only 5.8 out of ten for "delivery when expected," a decline of ten to twenty percent in this key area from scores on this factor reported in 2001 to 2003. Valentine Freight Pulse 9 Report, p. 3.

In short, the chart above, combined with the charts in Appendix A and the reports by shippers, suggests that the service promises of the rail mergers of the mid-1990s have yet to be realized

F. Growth in International and Domestic Intermodal Traffic

Since 1980, the number of carloads originated by the rail industry has increased approximately thirty percent, though given the twenty-five year time period involved shows only slow growth per year -- an average of only about 1 percent per year. As discussed at page 28 below, in recent years rail carload originations have not kept pace with U.S. industrial production. The chart below shows the number of carloads originated per year since 1980:




Source: Railroad Facts 2004 edition, p. 24 and other years' similar data

What has changed significantly in railroads' originations over this time period is one particular type of traffic – intermodal. Since 1980, intermodal traffic has more than tripled, increasing from about 3 million units per year in 1980, to approximately 10 million in 2003. Indeed, it appears that the modest growth overall in railroad traffic since 1980 has come almost entirely from massive growth in the intermodal segment.




Source: Railroad Facts 2004 edition, p. 26 and other years' similar data

The growth of intermodal has had profound effects on the railroad system. The traffic tends to be higher speed and higher priority compared, for example, to unit train coal or merchandise traffic, and therefore "takes up" significant "space" on the railroads' network. A significant part of this traffic comes from the West Coast in the form of containers imported from the Far East, a fact that has caused congestion on certain lines, and a significant need to upgrade both West Coast receiving facilities and the intercontinental network from the West. Though intermodal was long believed to be carried at rates just above incremental cost, recent anecdotal evidence suggests that pricing has moved up significantly.

G. Shift From Contracts Back to Public Pricing, and Changes in Contracts

In the past several years, a final significant change has taken place – the shift from contract back to public pricing. This development has been widely reported in the press, and the League is well aware of this change. League members report that the pace of this change seems to be gaining a considerable amount of momentum among the railroads. The change permits railroads to increase prices on little notice, but leaves shippers with little certainty in their transportation arrangements; few remedies for poor service; and subject to extremely restrictive (and perhaps unlawful) rules on loss and damage.

Contracts have been affected as well. While it is impossible to make certain judgments given the confidential nature of contracting, general information from shippers suggests that contracts have become of much shorter duration; contain few if any service guarantees; are subject to a variety of accessorials and surcharges; and often are little more than a promise by the shipper to ship a certain amount or percentage of goods and a price for transporting the goods. In short, it appears that the railroads are implementing a strategy of having few private contracts with shippers that have any real teeth or meaning to them.

## III. MANY OF THE KEY CHANGES IN THE RAILROAD INDUSTRY SINCE THE STAGGERS ACT HAVE RESULTED IN AN INCREASE IN RAILROAD MARKET POWER AND HAVE DECREASED COMPETITIVE OPTIONS FOR SHIPPERS

It is very clear that a number of the changes that have taken place in the transportation industry since the passage of the Staggers Act have resulted in an increase in railroad market power and decreased options for shippers.

Railroad mergers have reduced the number of railroad competitors to just two in the East and two in the West. These mergers have reduced the number of competitive routing options as

merged carriers have closed formerly competitive gateways. Combined with the agency's ruling in its 199_ "bottleneck" decision, which eliminated the right of shippers to choose a competitive joint-line route when one railroad could provide single-line service, mergers have extended railroad bottlenecks and have turned potentially competitive routings over at least part of a movement into single-line captive movements. Rail mergers have also decreased even the indirect leverage represented by product and geographic competition, as widely-separated plants are today much more likely to be served by the same railroad. The extreme concentration of the industry, coupled with the increased use of public pricing — itself a practice whose growth has been facilitated by the small number of rail competitors in the industry -- has made the possibility of price leadership and conscious parallelism much more likely. With the growth in public prices, it becomes much easier for the two remaining competitors in the East and West to monitor each other's prices, and by their reactions to each other more easily manage their desired level of prices.

Beyond the competition-dampening effects of rail mergers since the Staggers Act, there have been other developments that have tended to increase rail market power. Increasing shipper investment in instrumentalities of transportation that used to be supplied by rail carriers themselves, such as cars and rapid loading facilities, have tied rail-dependent shippers even more tightly to the use of rail. A shift to truck competition becomes even more difficult if a company has to "write off" millions of dollars in rail-related investments, even as the price of rail transportation increases and the consistency of rail service declines.

As noted above, changes to the trucking industry have also increased the ability of rail carriers to exercise market power, as changes in fuel prices, driver shortages, increases in insurance and other costs, and other factors have caused trucks to be less and less competitive to

rail carriers over a larger segment of the railroads' traffic base. The Valentine Railroad Report noted that non-fuel truckload trucking costs increased twelve percent in the two-year period from 2003 through 2004. They are expected to jump another seven percent this year, for a total non-fuel cost increase of nearly twenty percent in just three years. Valentine Railroad Report, p. 9. When these non-fuel cost increases are combined with the large fuel cost increases recently experienced, this places motor carriers at an even greater competitive disadvantage. As noted above, the Valentine Freight Pulse 9 Report concluded that "approximately 80% of the industry's revenue is generated by customers where modal shift to truck is not a very realistic option . . . ." Valentine Freight Pulse 9 Report, p. 7. Even the transportation of motor vehicles, usually considered to be truck-competitive, was rated by the Morgan Stanley team as having only "moderate" truck competition. *Id.*

The move away from contracts and toward public pricing gives rail carriers much more opportunity to change prices quickly, and much less responsibility for the quality of service. Conversely, shippers have less and less certainty over their transportation costs, and at present, few remedies for poor service.

Overarching all of these trends is the growing realization that the rail industry is experiencing serious capacity constraints. As the Valentine Railroad Report notes, "after 90 years, the railroads have run out of excess capacity." Valentine Railroad Report, p. 8. It concludes: "[t]his lack of excess capacity has shifted the railroad's marketing philosophy from one of *incremental pricing* to one of *full cost recovery* pricing, including their cost of capital, a philosophy not used for such a broad range of railroad commodities in at least 50 years." *Id.* [emphasis in original]. The Board is well aware that shippers have been experiencing railroad "de-marketing" of less desirable movements through price hikes, and very substantial rate

increases for the traffic base as a whole. The Morgan Stanley survey confirms these reports: "Shippers responses [to the Freight Pulse 9 survey] confirm our view that *railroad pricing is rising at unprecedented levels*." Valentine Freight Pulse 9 Report, p. 1 [emphasis added]. This pricing story, more than anything, confirms that rail carriers are under fewer competitive restraints than at any time since passage of the Staggers Act.

## IV. PUBLIC POLICYMAKERS NEED TO RE-EVALUATE FUTURE REGULATION OF THE INDUSTRY IN LIGHT OF THESE CHANGES TO THE RAILROAD INDUSTRY

### A. The Board Should Be More Balanced in Its Regulatory Approach

For twenty-five years, the ICC and the STB have been focused on protecting the financial health of the railroad industry. The League believes that the regulatory agency went too far in that direction, and did not give enough emphasis to the equally important competitive thrust of the Staggers Act. The very first policy implemented by the Staggers Act was "to allow, to the maximum extent possible, competition and the demand for rail services to establish reasonable rates for transportation by rail." 49 U.S.C. 10101(1). The third policy set forth in the Act, to "allow[] rail carriers to earn adequate revenues," is clearly important, but it is not on a higher plane than the desirability of competition to set prices in the rail industry.

New conditions require new responses. With the financial health of the industry no longer an immediate issue, and with the increasing market power of rail carriers, the Board should be more balanced in its regulatory approach. This does not mean that the Board should return, even if it could, to the comprehensive scheme of regulation prior to the Staggers Act. Rather, increased emphasis must be placed on the creation of value to the shipping public in a competitive marketplace. Perhaps the most consistent "message" that the League hears from its shipper members, especially in the recent past, is: "I wouldn't mind paying for higher rates, as

long as I was getting something for the extra money. But I'm paying a lot more, and getting less."

Indeed, railroads and shippers need to become better partners, not worse. No one wants to return to the highly confrontational structure of direct regulation that existed prior to the Staggers Act. The creation of value will only occur if railroads and shippers, spurred by the overall structure created by the regulatory system, work together to identify sources of productivity gains and cost reductions, and work to change systems and processes to incorporate those changes. Particularly in the service area, there needs to be a greater level of collaboration between shippers and carriers to operate as a true rail network, otherwise the level of service consistency needed in order to maximize current capacity will not be fully realized. The League strongly supports a collaborative approach, but in order for it to work, there must be benefits for shippers as well as railroads, and both parties need to act to ensure that it is successful.

It is highly unlikely that shippers and rail carriers will ever see all of the resources that the rail transportation industry needs to grow the capacity of the system, and therefore the industry, both shippers and carriers, will have to squeeze the very best out of the resources that it has and any increased resources that are brought to bear. As discussed further below, the forces of competition must play a large part in extracting greater and greater efficiencies, since direct governmental regulation has seldom been nearly as effective as the competitive marketplace in increasing efficiency. On the other hand, monopoly or oligopoly has also seldom been effective in creating value or efficiency.

The Board has an important part to play in this relationship. It can establish the overall competitive (or non-competitive) structure of the industry; it can set the rules for the commercial

relationship; it can, in the case of market abuse, directly regulate prices and practices. The railroads no longer need to be protected: their financial condition is strong, and getting stronger. Shippers, on the other hand, have fewer effective competitive choices than they had at the time of the Staggers Act and for a number of years beyond. The Board needs to be sensitive to these changing market dynamics, and more sensitive to issues of potential market abuse.

B. The Railroad Industry Must Grow Its Share of Intercity Freight

It is crucial that the railroad industry grows and prospers, for the good of the shipping public and the good of the country. Any projection of future economic growth indicates that the need for transportation will grow dramatically in the next 15 years. The respected "Freight-Rail Bottom Line Report," published by the American Association of State Highway and Transportation Officials ["AASHTO Report"] projects that, with moderate economic growth, U.S domestic and international freight tonnage will grow between 2000 and 2020 from 15.2 billion freight tons to 24.5 billion freight tons, an increase of 67 percent. AASHTO Report, p. 50. Rail tonnage is expected to grow by 44%, or significantly less than the overall growth in freight tonnage. The situation at key choke-points is even worse. The Port of Los Angeles/Long Beach recently released estimates showing that containerized imports through that port will grow from 15.5 million TEUs in 2005 to 19.6 million TEUs in 2010 (a growth of 44%), to 26.6 million in 2015 (a growth of another 34%); to 35.3 million TEUs in 2020 (a growth of another 34%) -- well more than a doubling of traffic through this key facility in just 15 years.[17]

But the fact of the matter is that, for a long time, the railroads have not kept pace with the growth of transportation needs. The chart below shows that the rail industry's carload growth has not kept pace with U.S. industrial production in the ten-year period between 1993 and 2002.

17 See, http://www.polb.comand http://www.portoflosangeles.org




Source: AAR Railroad Ten Year Trends 1993-2002, p. 43 and 44.[18]

The carload growth data noted at page 21 above show that rail intercity freight traffic has grown very modestly since the Staggers Act. Other figures show that rail revenue has also grown very slowly, while the revenue of intercity freight traffic carried by truck has grown substantially, even in just the last ten years. Railroad's share of intercity freight traffic revenue has thus dropped significantly over time:

[18] More recent data published by the AAR shows that, even on a ton-mile basis (which is more favorable to rail carriers, who carry heavy-loading commodities), rail ton-miles have not quite kept pace with U.S. industrial production over the period from 1994 to 2003. "AAR Railroad Ten-Year Trends 1994 2003, p. 44.

**Modal Revenue Growth – 1993-2001 ($000,000)**




Source: Association of American Railroads, "Railroad Ten-Year Trends 1994-2003," p. 26 [data for 2002 and 2003 not available at time of printing]

C. Public Policymakers Need to Address How to Grow Capacity in the Railroad Industry and Across All Transportation Modes

The railroad industry is the victim of trends that have been moving at this point in the opposite direction: strong growth in the amount of transportation needed by the country to maintain its standard of living, and a long-term decline in the railroads' physical plant as they used existing plant more and more efficiently. But from a mindset of cost-control and downsizing, the railroad industry has to shift radically and rapidly to a mindset of capacity expansion.

Demand is very likely to outstrip capacity growth in the current model. The railroad industry is capital-intensive, and railroad investment is expensive. With the reduction in the number of carriers through mergers, it is questionable whether rail carriers on their own have the ability to expand capacity at the rate that it needs to grow. Indeed, in the current concentrated market, there is a question as to whether the industry even desires to grow at a pace that, in the

short term, would increase the supply of railroad transportation services and therefore decrease price.

The fact of the matter is that the country does not need railroad capacity to grow at the same pace as the growth of the economy or transportation generally: it needs to grow faster. For reasons of energy independence and environmental concerns, and because it will be even more difficult to expand the nation's road system easily in the face of increasing public opposition to new roads through densely-settled existing communities, the railroads' share of intercity freight has to grow. The growth in freight generally will tax every mode, and there will be increased freight for all modes. The question is not whether one mode will be "disadvantaged" vis-à-vis another mode in this growth: it is whether all modes, together, can handle the job.

Public policymakers need to confront this issue, and quickly. Public policymakers need to address how to grow capacity in the railroad industry, and to integrate that growth in capacity with the trucking industry, which will in many cases be required to bring the freight "the last mile." Modal collaboration will be essential. The Staggers Act did not really address this matter: it didn't have to, given the substantial overcapacity in the railroad industry in 1980. The League understands that this will require new resources, and that the Board, as a regulatory agency, will have only a marginal part to play in the development of new resources. But the Board, as the overseer of the industry, should strongly communicate this need to the Congress, and recommend that the Congress should more strongly address the problem.

D. The Board Needs to Become More Sensitive to Service Issues, and Its Regulatory Protections Must Be Better Designed to Address Service Problems

In a just-in-time business environment spanning the globe, inventory is "warehoused" in large part on the nation's transportation providers. The League has been a leader in identifying

service as one of the key issues: for example, it was very active at the time of the UP/SP service crisis, and it organized two service forums in 2004 regarding the UP and CSXT service problems in that year, in cooperation with the Board and the railroads. The League is well aware from its members that service reliability has become a larger and larger part of the shipper's concern. Moreover, as noted above, the League believes that there has been a decline in contracts containing significant service guarantees and an increase in the incidence of public pricing whose service requirements fall within the Board's statutory authority. Thus, the quality of rail service should become a larger part of the Board's focus.

There are several things that the Board can do in the service arena.

First, the Board should develop and require much better data on rail service, to enable cross-carrier comparison and comparison of service trends over time. After the UP/SP merger debacle in the mid-1990s, the Board required the UP to publish a few broad service measurements. Over time, these service measurements: average train speed, terminal dwell, cars on line, and few other service metrics, were published by the AAR. But there are numerous weaknesses in this data: it is too general; it is published by the AAR only for the recent past and thus it is difficult to make comparisons over time; and it is subject to changing and sometimes inconsistent definitions by the rail carriers themselves, which limits the usefulness of the data.[19]

The agency clearly has the authority to compel carriers to submit data in a format selected by the STB and to make that data public if it is not competitively sensitive. The agency should do so. In addition to the data being published by the AAR, the agency should require

---

19 The BNSF, for example, has changed the way that it measures terminal dwell. For a while, both "old" and "new" methods were published, so that a continuity of comparison could be made. The League understands that this is no longer done, so it is impossible to compare dwell over time. Moreover, it does not appear that the BNSF's definition is the same as the definition used by other rail carriers. The BNSF's change has also affected its calculation of average train speed.

railroads to publish metrics for key lanes, and average dock-to-dock rail performance should be measured and published. The League believes that railroad have moved to create increasing amounts of data as they have begun to move toward a more scheduled railroad system.

Railroads have complained in the past that it is difficult to make cross-carrier comparisons, and have used that assertion to argue against more detailed reporting of data. The kernel of truth in this statement should not be taken too far. It is inconceivable that, for example, BNSF does not have a very good idea of UP service metrics in key corridors, and does not evaluate the efficiency of its own system at least partly in relationship to service provided by its competitor. The same is likely true of the NS and CSX. Somewhat inconsistently, railroads have argued that data should not be made public because it is competitively sensitive. At the level of data that the League is talking about, it is extremely difficult to credit such an argument. Moreover, even if, for example, transit times in key corridors are a point of comparison between carriers, wouldn't the competitive market work better if this information were known by the shipping public?

Second, the Board should make an attempt to better define its authority over rail service. The Board's statutory authority in service matters is subject to very general standards (service on "reasonable request"; service with "reasonable dispatch"). Obviously, the Board needs to be extremely careful in service matters, to avoid adverse impacts on one shipper as it tries to cure the service problems of another shipper. Moreover, the legal standards governing the Board's authority are fact-specific. Yet, these standards cannot be meaningless, and both the courts and the agency in the past have made attempts to define what service on "reasonable request" means. See, *Alstom Power v. Norfolk Southern Railway Company,* Civil No. L-01-622, U.S. District Court, District of Maryland, July 12, 2004; *Minneapolis & St. Louis Ry. Co. v. Pac. Gamble*

*Robinson Co,* 215 F.2d 126, 134 (1954) (the law requires "of every carrier the utmost fairness and good faith on its part in dealing with the shipper and in the discharge of its duties to him."). The Board needs to have the means to hold carriers accountable for reasonable service.

Finally, the League is concerned about the increasingly onerous conditions being imposed by rail carriers on loss and damage claims. Section 11706 requires that carriers limit their liability only in accordance with that section, and courts have ruled that this exception to the public policy in favor of full liability is to be construed narrowly. See, *Rohner Gehrig Co. v. Tri-State Motor Transit*, 950 F.2d 1079, 1083 (5th Cir. 1992). Courts have also held that, before a liability limitation may become effective, the railroad has to provide the shipper with a reasonable or fair opportunity to choose between two or more levels of liability. *Hughes v. United Van Lines, Inc.*, 829 F.2d 1407, 1419-1420 (7th Cir. 1987).

There are real questions as to whether all of the carriers' liability rules comport with these requirements. While some carriers appear to offer both full and limited value rates in their public prices, other railroads do not do so. But even railroads that do offer a choice of full versus limited liability rates, full liability rates are at two or three times limited value rates, making the "choice" essentially meaningless. Carriers' liability rules sometimes require the burden of proof to be on the claimant; establish no presumption of carrier fault, and impose other limitations that might be in direct contradiction to the requirements of the Carmack Amendment.[20] Reasonable rules on loss and damage are an important element of good service.

---

20 See, for example, BNSF Rules Book 6100-A

E. The Board Must Revise Its Approach to Rail-to-Rail Competition in Light of Changes in the Industry

For many, many years, the League has argued that the Board should change its extremely restrictive policies on rail-to-rail competition. The increased market power of rail carriers vis-à-vis shippers and increasing capacity constraints in the rail industry makes this more urgent now than at anytime in the past, and at the same time, insures that such a change would not, as the railroad industry has argued for many years, result is crippling economic losses.

Competition is at the heart of this Nations economic system. Competition creates a sense of urgency that enables companies to thrive. It spurs efficiency. Competition allocates scarce resources in the most efficient way possible, according to their economic value. In the railroad industry, effective rail-to-rail competition is only present if there is a choice of rail carriers both at origin and at destination.

Increased railroad competition would be particularly valuable in a capacity-constrained environment. Reasonable economic access, such as through a reversal of the agency's "bottleneck" decisions and a lowering of the extremely high barriers for reciprocal switching, would permit shippers to access rail carriers that they cannot currently access, who may have under-utilized capacity. In a capacity-constrained environment, it simply makes no sense to keep shippers captive to one railroad when other carriers might be able to move goods more efficiently.[21]

Moreover, greater reliance on the competitive market would be economically efficient, since capital for capacity expansion would naturally flow to the most economically beneficial

---

[21] Railroads have claimed that, if a competitive route is really more efficient, then the railroads themselves will decide to utilize that route. But railroads have a number of reasons not to share traffic when that traffic can be carried on their system, foremost being a desire not to share profits with a competing carrier. Moreover, the competitive market, and not one of the carriers, should make this decision.

projects for the transportation system, without uneconomic barriers being thrown up by one rail carrier.

Finally, given the capacity constraints in the rail system, a move to a more competitive railroad marketplace would not lead to economic ruin, as the industry has asserted in the past. As Mr. Valentine noted, rail carriers have, in the current environment, moved from a system based on incremental pricing to a system based on full cost recovery pricing, including recovery of the cost of capital. Valentine Railroad Report, p. 8. If the Board would increase rail-to-rail competition in the current capacity-constrained environment, even in the short term the overall level of revenue to the industry would not decline drastically, but would the allocated more efficiently among rail carriers. In the longer term, individual rail carriers and the railroad system as a whole would be spurred to greater efficiencies through the competitive process.

In short, the League urges the Board to revisit and revise both its bottleneck decisions and the standards imposed by its interpretation of its Ex Parte 445 rules in *Midtec* and other cases. The League would note that neither of these changes would result in one carrier operating over the lines of another, but would simply provide a shipper with economic access to the lines of a nearby, potentially competing carrier.

F. The Board Needs to Revise and Better Define Its Standards and Speed Up Its Processes

The twenty-fifth anniversary of the Staggers Act is an appropriate time for the Board itself to revisit its standards and procedures. Indeed, in a capacity-constrained environment, the Board should analyze and re-think the role of differential pricing as the industry moves, as Mr. Valentine noted, from an era of incremental pricing to an era of full-cost recovery pricing.

1. The Board should develop standards and procedures for adjudicating small rate cases

On July 16, 2004 in Ex Parte 646, *Rail Rate Challenges in Small Cases*, the League joined with many other organizations in calling for the Board to establish a "bright line" test for qualifying for small rate cases; to facilitate the processing of small rate cases; and to better define its standards for adjudicating small rate cases. The League still strongly believes that the Board should make the changes recommended in that submission.

On June 6, 2005, the Board issued an important decision in the case of *BP Amoco v. Norfolk Southern,* the very first case filed under the Board's "small case" guidelines. That decision, which was explicitly limited to the circumstances of that case, did a number of specific things: (a) it set a 200-day schedule for adjudicating the case; (b) it set a three-phased procedure for determining eligibility, winnowing certain evidence, and issuing a decision; (c) it established procedures for expediting discovery; (d) it ruled that parties were to use URCS Phase III costing, and that no movement-specific adjustments would be permitted; (e) it would utilize only the RSAM unadjusted for efficiency; and, (f) it would choose either the complainant's or defendant's comparison group for calculating the R/VCcomp factor, and would not select its own comparison group.

Assuming that the *BP Amoco* procedures foreshadow similar procedures in future cases, the League applauds the Board's determination not to permit small cases to take years and millions of dollars to litigate. The decision to utilize Phase III costing and forbid movement-specific adjustments appears reasonable, although there are still a number of questions as to what is meant by "movement-specific adjustments" and whether there should be any exceptions to that rule.

However, the League strongly disagrees with the Board's decision to utilize the RSAM unadjusted for efficiency, and believes that it is legally unsupportable and economically irrational. In a capacity-constrained environment, there is no reason for any traffic to be carried at below variable cost, and indeed the burden should be on the rail carrier to show why traffic is not recovering at least its long-run variable costs.

2. The Board should attempt to simplify its large-case standards and procedures

Few if any League members are able to utilize the Board's large-case standards, which take millions of dollars and three to four years to litigate. Given the experience that the Board has had in adjudicating large cases, the Board should investigate whether, on a case-by-case basis as it did in the *BP Amoco Chemical* case, it can develop procedures that would substantially speed and simplify the processing of large rate cases. Otherwise, the most accurate and economically-supported rate standard will be unavailable to the very large majority of rail shippers.

3. The Board should analyze the role that differential pricing should play in the regulatory scheme in a capacity-constrained environment

One of the cornerstones of the ICC's and the Board's regulatory scheme since the Staggers Act has been the concept of differential pricing, the notion that rail carriers should price inversely to demand, that demand-inelastic customers should pay more for rail carriage than demand-elastic customers, and that the Board should recognize this principle in its regulatory review of the reasonableness of a rate to a captive shipper. However, under the statute, the Board is also bound by the notion of revenue adequacy, which is not only a goal, but as the agency has recognized in a regulated setting, also over time a limit. As the agency noted in its decision in *Coal Rate Guidelines – Nationwide*, 1 I.C.C.2d 520, 535 (1985):

> Our revenue adequacy standard represents a reasonable level of profitability for a healthy carrier. It fairly rewards the rail company's investors and assures shippers that the carrier will be able to meet their service needs for the long term. Carriers do not need greater revenues than this standard permits, and we believe that, in a regulated setting, they are not entitled to any higher revenues. Therefore, the logical first constraint on a carrier's pricing is that its rates not be designed to earn greater revenues than needed to achieve and maintain this "revenue adequacy" level. In other words, captive shippers should not be required to continue to pay differentially higher rates than other shippers when some or all of that differential is no longer necessary to ensure a financially sound carrier capable of meeting its current and future service needs [footnote omitted]."

In a capacity-constrained environment, carriers can price non-captive traffic at levels that more closely approximate full cost pricing, including the cost of capital. Indeed, Valentine Railroad Report makes clear that railroads are already doing this to an extent not seen in several generations.

But the necessary extension of this development is that differential pricing should have <u>less</u> of a part to play in the pricing of regulated, captive traffic, in order for a railroad to achieve revenue adequacy. As more and more railroads are likely to approach or even exceed the rate of return necessary for revenue adequacy, the Board itself needs to re-think the extent of differential pricing necessary for captive traffic and the role that differential pricing should play in the Board's evaluation of reasonable rates for captive shippers. Indeed, given the changes in the transportation marketplace, the Board may need to re-think just how "competitive" traffic that was formerly considered "truck-competitive" now really is. It is clear that the business

landscape within which the regulatory authority of the Board must operate is very different now than it was when the Staggers Act was passed. These are difficult issues, and the League is willing to work with the Board and the railroads to explore potential solutions.

4. The Board should investigate and create standards for rail surcharges and accessorials

Rail shippers have become concerned about carriers' increasing use of accessorials and surcharges as a means to raise revenue rather than cost-recovery. League members increasingly report that these charges are multiplying rapidly, without checks and balances. The League has also heard numerous expressions from its members that many railroads' fuel surcharge programs appear to permit an over-recovery of increased fuel costs. The League has met with a number of carriers over the past several months to voice these concerns about some of these fuel surcharge program. Recently, BNSF has announced a significant change in its fuel surcharge program to attempt make it fairer and more reflective of the actual increase in the cost of fuel, and while the League is still waiting to see the final results of this revision, it warmly applauds BNSF's efforts in this area. The CN has also made positive changes in its fuel surcharge program.

The League believes that surcharges and accessorials should be cost-based. However, the reasonableness of the surcharges or accessorials does not fit easily into either the Board's large case procedures or its small case guidelines, and, depending on the circumstances, it is often not clear whether these should be considered under the Board's reasonable rate or reasonable practice authority, or both. The Board should analyze this matter, and clarify how it would adjudicate challenges to such charges.

## V. CONCLUSION

The substantial changes experienced by the railroad industry in the twenty-five years since the Staggers Act make this a particularly appropriate time for a review of the effects of this landmark legislation and a look ahead to the challenges of the future. The Staggers Act was clearly a substantial factor in the financial revitalization of the rail industry, by freeing the industry from outmoded regulation and by permitting rail carriers to rationalize their systems. The Staggers Act also contributed to that financial revitalization by permitting the shedding of uneconomic assets through abandonments and by encouraging the growth of lower-cost short line carriers.

But there have been many changes that make today's railroad industry very different from the one faced by the drafters of the Staggers Act. In particular, the industry faces growing capacity constraints, the opposite situation confronting the Congress in 1980. The industry is now highly concentrated; motor carriers face increasing difficulties in competing in many markets; and shippers have invested heavily in instrumentalities of rail transportation. These changes, as well as regulatory decisions that have limited rail-to-rail competition, have increased rail carriers' market power vis-à-vis shippers. These new realities require new responses by policymakers over the next quarter century.

The nation requires a strong and viable rail industry to meet the challenges of the future, as shippers and carriers confront the need to move increasing quantities of goods in a global marketplace over a domestic transportation system that is increasingly capacity-constrained. The needs of all of the stakeholders in the industry – rail management and employees, rail customers, and rail stockholders – must be taken into account, and rail carriers and their customers must work together within the structure of a competitive transportation market to build a rail system to

meet the needs of the 21st Century. The League stands ready to work with the nation's rail carriers, the Board, and the Congress in developing that system.

Respectfully submitted,

THE NATIONAL INDUSTRIAL TRANSPORTATION LEAGUE
1700 North Moore St.
Suite 1900
Arlington, VA 22209

By Its Attorneys

Nicholas J. DiMichael
Thompson Hine LLP
1920 N St. N.W.
Suite 800
Washington, D.C. 20036
(202) 263-4103

Dated: October 12, 2005