# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

# Volume 7 of 29

# DA02134 - DA02615

**From:** Tilley, John
**Sent:** Thursday, August 31, 2000 3:51 PM
**To:** McIntyre, Clyde Jr.
**Cc:** McGovern, Mike; Gutman, Bob ; Thomson, Bruce ; White, Dave
**Subject:** Fuel Surcharge Provisions

**Attachments:** Fuel Surcharge Analysis - Trigger.xls

Clyde-

The actual fuel costs for 2000 have increased substantially over the initial budget forecast for 2000. Based on actuals and projections through year-end, fuel costs are running at $160 million over Plan for the year, with the potential for an even higher unfavorable variance as fuel prices continue to rise beyond our expectations. The Merchandise Service Group alone accounts for almost 50% of CSX's fuel budget. Given those facts, the Marketing leadership should carefully consider at what point the fuel surcharge should be triggered. C&EA offers detailed analyses on three trigger prices (see Excel spreadsheets below). Once the triggering price is established, the incremental steps to trigger the next surcharge increase can be easily calculated.

C&EA looked at the impact a $1 increase in fuel price per barrel would have on our total costs. Total cost is the appropriate denominator in determining the percentage increases that should be used in the surcharge tariff based on potential increases in West Texas Intermediate price per barrel. Because this is a long term initiative, total costs associated with an 80 percent operating ratio, rather than our current 90 percent operating ratio, should be the preferred methodology in calculating the incremental fuel surcharge provisions. As fuel prices increase, this methodology would maintain an 80 percent operating ratio, assuming we were at an 80 percent operating ratio, all other costs are constant and all traffic is subject to the surcharge.

*Based on a $33 per barrel trigger and maintaining an 80 percent operating ratio, each $1 increase in the price per barrel would result in an 0.22% increase in our total costs or about 1.1 percent increase for each $5 increase in fuel price per barrel.* Assuming a lower fuel price per barrel as the initial trigger yields a slightly higher incremental cost increase for each $1 increase in the fuel price. *Based on a $30 per barrel trigger and maintaining an 80 percent operating ratio, each $1 increase in the price per barrel would result in an 0.24% increase in our total costs or about 1.0 percent increase for each $4 increase in fuel price per barrel.*

The attached Excel document provides a detailed analysis for initial price triggers of $34, $33 and $30 per barrel. Please let us know if any further analyses are required.

Fuel Surcharge Analysis - Trig...

*John W. Tilley*
Director - Economic Analysis
Phone # RNX 322-1051
Fax # RNX 322-5433

# FUEL SURCHARGE ANALYSIS

| | Feb | Mar | Apr | May | Jun | Jul | 6-Mo Total | Avg |
|---|---|---|---|---|---|---|---|---|
| Operating Revenue | $ 465.5 | $ 609.5 | $ 472.9 | $ 487.7 | $ 587.4 | $ 431.4 | $ 3,054.4 | $ 509.1 |
| Operating Expenses | $ 416.8 | $ 521.9 | $ 439.7 | $ 444.4 | $ 525.6 | $ 409.2 | $ 2,757.6 | $ 459.6 |
| Operating Income | $ 48.7 | $ 87.6 | $ 33.2 | $ 43.3 | $ 61.8 | $ 22.2 | $ 296.8 | $ 49.5 |
| Operating Ratio | 89.5% | 85.6% | 93.0% | 91.1% | 89.5% | 94.9% | 90.3% | 90.3% |
| Fuel | $ 36.8 | $ 44.7 | $ 34.9 | $ 34.0 | $ 44.0 | $ 34.3 | $ 228.7 | $ 38.1 |
| | | | | | | | | |
| Fuel / Revenue | 7.9% | 7.3% | 7.4% | 7.0% | 7.5% | 8.0% | 7.5% | 7.5% |
| Fuel / Expense | 8.8% | 8.6% | 7.9% | 7.7% | 8.4% | 8.4% | 8.3% | 8.3% |
| Fuel / 80% Op Ratio | 9.0% | 11.0% | 8.6% | 8.3% | 10.8% | 8.4% | 56.2% | 9.4% |

Assume surcharge triggers at $34/barrel.

| | | | | Based on Average | | 80% Op Ratio |
|---|---|---|---|---|---|---|
| | | | | Rev | Cost | Cost |
| 34 to 35 | 2.3% | | | | | |
| 35 to 36 | 2.3% | 34 to 36 | 4.7% | 0.35% | 0.39% | 0.44% |
| 36 to 37 | 2.2% | 34 to 37 | 7.0% | 0.53% | 0.58% | 0.66% |
| 37 to 38 | 2.2% | 34 to 38 | 9.4% | 0.70% | 0.78% | 0.88% |
| 38 to 39 | 2.1% | 34 to 39 | 11.7% | 0.88% | 0.97% | 1.10% |
| 39 to 40 | 2.1% | 34 to 40 | 14.0% | 1.05% | 1.17% | 1.31% |
| 40 to 41 | 2.1% | 34 to 41 | 16.4% | 1.23% | 1.36% | 1.53% |
| | | | | | | |
| Change attributed to $1/barrel increase in cost | | | 2.3% | 0.18% | 0.19% | 0.22% |

CSXT / Finance (EP)
August 31, 2000

Highly Confidential

CSXFSC000000040

CSX000005

DA02135

FUEL SURCHARGE ANALYSIS FUEL SURCHARGE ANALYSIS FUEL SURCHARGE ANALYSIS

## $30 Barrel

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Feb | Mar | Apr | May | Jun | Jul | 6-Mo Total | Avg |
| Operating Revenue | | $ 465.5 | $ 609.5 | $ 472.9 | $ 487.7 | $ 587.4 | $ 431.4 | $ 3,054.4 | $ 509.1 |
| Operating Expenses | | $ 416.8 | $ 521.9 | $ 439.7 | $ 444.4 | $ 525.6 | $ 409.2 | $ 2,757.6 | $ 459.6 |
| Operating Income | | $ 48.7 | $ 87.6 | $ 33.2 | $ 43.3 | $ 61.8 | $ 22.2 | $ 296.8 | $ 49.5 |
| Operating Ratio | | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| Fuel | | $ 36.8 | $ 44.7 | $ 34.9 | $ 34.0 | $ 44.0 | $ 34.3 | $ 228.7 | $ 38.1 |
| Fuel / Revenue | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Fuel / Expense | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Fuel / 80% Op Ratio | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.6 | 0.1 |
| Assume surcharge triggers at $30/barrel. | | | | | | | Based on Average | | 80% Op Ratio |
| | | 30 to 31 | 0.0 | | | | Rev | Cost | Cost |
| | | 31 to 32 | 0.0 | | 30 to 32 | 0.1 | 0.39% | 0.43% | 0.48% |
| | | 32 to 33 | 0.0 | | 30 to 33 | 0.1 | 0.58% | 0.64% | 0.73% |
| | | 33 to 34 | 0.0 | | 30 to 34 | 0.1 | 0.77% | 0.86% | 0.97% |
| | | 34 to 35 | 0.0 | | 30 to 35 | 0.1 | 0.97% | 1.07% | 1.21% |
| | | 35 to 36 | 0.0 | | 30 to 36 | 0.2 | 1.16% | 1.29% | 1.45% |
| | | 36 to 37 | 0.0 | | 30 to 37 | 0.2 | 1.35% | 1.50% | 1.69% |
| | | 37 to 38 | 0.0 | | 30 to 38 | 0.2 | 1.55% | 1.71% | 1.93% |
| | | 38 to 39 | 0.0 | | 30 to 39 | 0.2 | 1.74% | 1.93% | 2.18% |
| | | 39 to 40 | 0.0 | | 30 to 40 | 0.3 | 1.93% | 2.14% | 2.42% |
| | Change attributed to $1/barrel increase in cost | | | | | 0.0 | 0.19% | 0.21% | 0.24% |

## $33 Barrel

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Feb | Mar | Apr | May | Jun | Jul | 6-Mo Total | Avg |
| Operating Revenue | | $ 465.5 | $ 609.5 | $ 472.9 | $ 487.7 | $ 587.4 | $ 431.4 | $ 3,054.4 | $ 509.1 |
| Operating Expenses | | $ 416.8 | $ 521.9 | $ 439.7 | $ 444.4 | $ 525.6 | $ 409.2 | $ 2,757.6 | $ 459.6 |
| Operating Income | | $ 48.7 | $ 87.6 | $ 33.2 | $ 43.3 | $ 61.8 | $ 22.2 | $ 296.8 | $ 49.5 |
| Operating Ratio | | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| Fuel | | $ 36.8 | $ 44.7 | $ 34.9 | $ 34.0 | $ 44.0 | $ 34.3 | $ 228.7 | $ 38.1 |
| Fuel / Revenue | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Fuel / Expense | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Fuel / 80% Op Ratio | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.6 | 0.1 |
| Assume surcharge triggers at $33/barrel. | | | | | | | Based on Average | | 80% Op Ratio |
| | | 33 to 34 | 0.0 | | | | Rev | Cost | Cost |
| | | 34 to 35 | 0.0 | | 33 to 35 | 0.0 | 0.36% | 0.40% | 0.45% |
| | | 35 to 36 | 0.0 | | 33 to 36 | 0.1 | 0.54% | 0.60% | 0.67% |
| | | 36 to 37 | 0.0 | | 33 to 37 | 0.1 | 0.72% | 0.80% | 0.90% |
| | | 37 to 38 | 0.0 | | 33 to 38 | 0.1 | 0.90% | 0.99% | 1.12% |
| | | 38 to 39 | 0.0 | | 33 to 39 | 0.1 | 1.08% | 1.19% | 1.35% |

# Merchandise Marketing and Sales

## *Fuel Surcharge*

September 15, 2000

# Several class I carriers have implemented a fuel surcharge within the last six months. It may be advantageous for CSXT to follow suit.

- **Burlington Northern Santa Fe**
  - Imposed a 2% surcharge on base monthly price of $28/Barrel.
  - Fuel factor increase of .102 based on subsequent monthly averages using a WTI index of $23.50.
    *(WTI / ($23.50 - 1)* 0.102)*
  - *Currently at 3.4%*
- **Norfolk Southern**
  - Imposed a 2% surcharge when WTI price exceeded $28/barrel for 30 consecutive days.
  - Additional 2% for each $5/barrel increase above $28.
  - *Currently at 2% -- WTI > $33 For 10 days*
- **CSX Intermodal**
  - On March 6, 2000 CSX Intermodal announced a fuel surcharge calculated on the DOE calculated price of on-highway price of diesel fuel on the last Monday of the month.
  - August Formula Based on $1.536 DOE Calculated Price
    *($1.536 - $1.00) / 10 / 1.100 X 100 = 3.96%*

Highly Confidential

# Up to 85% of CSXT's merchandise business might be affected by implementing a general fuel surcharge in CSXT 8100.






CSXFSC000000047
CSX000216

# Each rate vehicle carries a different risk profile within the market place.




- Applying a surcharge to public prices and private price quotes carries little risk.
- Applying a surcharge to contracts without existing escalators has limited risk,
- We will not be able to apply a surcharge to contracts that are already tied to an escalation factor that includes fuel.

**Assuming a merchandise base of $3.2 billion, by applying the NS fuel surcharge model, CSXT will realize a $108 million annual revenue impact.**

- **Assuming WTI > $33/Barrel**
- **Applied to Public Prices, Price Quotes and Contracts without Escalation**

***If the surcharge were applied to only public price and private quotes, the amount is diminished to an annual revenue impact of $64 million.***



Highly Confidential

**In order to implement an effective fuel surcharge program we must do a number of things well.**

- **We must identify prices subject to a surcharge.**
- **We must apply condition codes to those price documents.**
- **We must quickly and uniformly notify customers.**
- **We must insure that we are able to *bill* and *collect* the surcharge.**
- **We must modify the loading report programming to accept and reflect the surcharge.**

***Assuming a "full court press", an 11/1/00 effective date may be possible. Assuming the previous assumptions, the surcharge would yield $10.6 to $18 million in year 2000.***

# CSXT to Implement Fuel Cost Recovery Charge

**Released:** Sep 22, 2000

Jacksonville, Fla.

CSX Transportation Inc. (CSXT), which operates the largest freight railroad in the eastern half of the United States, today announced that it must join others in the transportation industry to implement a fuel cost recovery charge to offset costs from continuing sharp increases in fuel prices.

The recovery charge will be effective October 25 and will apply to local as well as interline freight movements. The recovery charge will be effected by an amendment to appropriate tariffs of general applicability and will be applied to all traffic moving under tariffs, private price quotes and certain contracts that incorporate those general tariffs. Contracts that contain a price escalator index published by a government entity, such as RCAF, will not be included.

"Fuel prices have doubled during the past year," said CSX Corporation Chairman, President and CEO John W. Snow. "Recent spikes in prices alone will cost CSXT an additional $30 million for the remainder of the year and increase CSXT's total fuel bill for the year to $265 million more than it paid for fuel in 1999." In 1999, CSXT fuel expenditures totaled $320 million on 527 million gallons of fuel consumed. Fuel expenditures are expected to reach $585 million in 2000, on 611 million gallons of fuel, as the company today operates a substantially larger railroad. "We have no recourse but to offset these spiraling, unanticipated fuel cost increases," said Snow.

The company noted that this action is needed to provide a continuing higher level of quality service to its customers.

The fuel cost recovery charge will be adjusted, up or down, to reflect the market price of petroleum, which many analysts believe could go higher in the fourth quarter of 2000. Nationwide, fuel prices (WTI) currently average $37 a barrel. At this price, the initial recovery charge will be 4 percent.

"We are hopeful that Congress and the Administration will continue to pursue actions to reduce the price of oil, including the elimination of the 4.3 cent a gallon deficit reduction fuel surcharge that is applied to all railroad fuel purchases," said Snow. "Even though the deficit is gone, the surcharge remains, costing CSXT and its customers some $26 million this year alone."

CSX Intermodal, also a business unit of CSX Corporation, implemented a fuel cost recovery program on March 6 to compensate for huge increases in the cost of fuel for its intermodal business. The current fuel cost recovery charge for intermodal shipments is 4 percent.

CSXT and its 35,000 employees provide rail transportation and distribution services over a 23,000 route-mile network in 23 states, the District of Columbia and two Canadian Provinces. CSXT is a business unit of CSX Corporation (NYSE: CSX), headquartered in Richmond, Va. CSXT Internet address: www.csxt.com

This press release contains statements about the Company's future that are not statements of historical fact. These statements are "forward-looking statements" for purposes of applicable securities laws, and are based on current information and/or management's good faith belief as to future events. Forward-looking statements include statements about future productivity gains, cost-savings or expenses, statements about management's plans and expectations for operation, and statements regarding future economic conditions.

Such forward-looking statements are subject to uncertainties and other factors that may cause actual results to differ materially from the views, beliefs, and projections expressed in such statements. Factors that may cause actual results to differ include, among others, the following possibilities: (i) competition within the transportation industry; (ii) costs and operating difficulties related to the integration of Conrail may not be eliminated or resolved within the time frame currently anticipated; (iii) general economic or business conditions, either nationally or internationally, an increase in fuel prices, a tightening of the labor market or changes in labor agreements resulting in higher wages, or increased benefits or other costs or disruption of operations may adversely affect the company, (iv) legislative or regulatory changes, including possible enactment of initiatives to reregulate the rail industry, may adversely affect the company, as may adverse outcomes in claims and litigation; (v) possible additional consolidation of the rail industry in the near future may adversely affect the operations and business of the company, and (vi) changes may occur in the securities and capital markets.

Dan Murphy
904-359-1469

**From:** Mitchell, Jim Jr.
**Sent:** Tuesday, October 24, 2000 12:51 PM
**:** DL Tran S&M Agricultural Products; DL Tran S&M Chemicals/SalesE; DL Tran S&M Chemicals/SalesW; DL Tran S&M Industrial; DL Tran S&M Interline Mkt; DL Tran S&M Int'l Mkt; DL Tran S&M Marketing Svcs; DL Tran S&M Metals Mkt; DL Tran S&M Metals Sales; DL TRAN S&M Mfg Prod/Cust Sat; DL Tran S&M MfgProd/CarMgt; DL Tran S&M MfgProd/Mktg; DL Tran S&M MfgProd/Sales; DL Tran S&M Mineral Sales; DL Tran S&M Minerals Mkt; DL Tran S&M Mkt Strategy; DL Tran S&M Mktg/Chemicals; 'DL Tran S&M N/E Sales'; DL Tran S&M RAM; DL Tran S&M TransFlo; Flynn, Bill ; Jenkins, Chris ; Hawk, Dale ; Gooden, Clarence ; TRAN ABU; TRAN S&M Coal; TRAN FBU; TRAN ABU; Maxwell, Doug ; Hitchcock, Paul ; Hoffmann, Mark; Humes, John Jr. ; Murphy, Dan
**Subject:** Fuel Surcharge Information

**Attachments:** Application of Fuel Surcharge (10-20-2000).for DRM.ppt; Guidelines (10-18-2000).for DRM.ppt; Attachments.doc

Application of Fuel Surcharge ... | Guidelines (10-18-2000).for DR. | Attachments.doc

The attached documents summarize the application of the fuel surcharge and the going-forward policy issues. They were presented yesterday to the Merchandise commercial units.

*Highly Confidential*

CSXFSC000000096



CSX000240

EXHIBIT
PENGAD 800-631-6989
GrF405
3
2-25-10

DA02144

Highly Confidential

# Application of Fuel Surcharge to Existing Rate Arrangements

CSXFSC000000097
CSX000241

Highly Confidential

# Background

- Applies to:
  - All tariffs
  - All PPQs
  - Certain contracts
- PPQs
  - Applies even if PPQ says "Price is not subject to increase"
    - Reason: PPQs are not contracts - customer makes no commitment
- Contracts
  - Does not apply to contracts with government index escalators
  - Does not apply to contracts that specifically say "Rate not subject to adjustment"
  - Does apply to approximately 265 contracts
    - Each market has been supplied with a list of contracts to which fuel surcharge applies

CSXFSC000000098

CSX000242

Highly Confidential

# Rationale

- Business case
  - Fuel prices have skyrocketed in the last few months
  - Amount of increase far exceeds earlier expectations
  - Continued Mideast tensions keep the problem volatile
  - CSXT cannot continue to absorb fuel cost spikes
  - Fuel surcharges are common throughout the transportation industry

CSXFSC00000099

CSX000243

Highly Confidential

# Rationale (cont'd)

- Underlying rationale
  - Fuel surcharge is not a part of the line haul rate and is not an adjustment or increase of that rate - it is a separately stated, transitory and adjustable charge
  - Fuel surcharge is implemented in a tariff of general applicability - namely, CSXT Tariff 8100
  - PPQs and contracts incorporate tariffs of general applicability, such as 8100
  - Therefore, fuel surcharge applies

CSXFSC000000100

CSX000244

Highly Confidential

# Customer Relations/CSXT Handling

- Customer relations - if customer balks
  - Explain business case
  - Explain underlying rationale
  - Urge acceptance
  - If customer continues to balk, end the conversation on the issue
    - Do not threaten customer with consequences
  - Report the situation and background on the customer to your AVP
- CSXT handling
  - AVPs will periodically discuss individual situations with Legal and, as appropriate, Sr. Management
  - That group will decide appropriate course of action and convey it to you



CSXFSC00000101
CSX000245

Highly Confidential

# Transition

- New guidelines are designed to:
  - Set new policies
  - Address both the fuel surcharge and other, more basic, issues
  - For the future, remove any customer confusion

CSXFSC000000102

CSX000246

Highly Confidential

# Merchandise Guidelines
# On a Going Forward Basis
# * Private Price Quotes
# *Contracts

10/20/2000

CSXFSC000000103

CSX000247

Highly Confidential

# * Private Price Quotes

CSXFSC000000104

CSX000248

Highly Confidential

# New and Renewing PPQs [Surcharge Issue]

- All PPQs to incorporate fuel surcharge language - see Attachment 1
- Exceptions require the approval of Sr. VP Merchandise Service
- Exceptions require the use of an alternate format by Marketing Services

CSXFSC000000105

CSX000249

Highly Confidential

# New and Renewing PPQs [Fundamental Issue]

- PPQs must generally state *"Price is subject to increase"* - see Attachment 1
- Use of *"Price is not subject to increase"* (see Attachment 1) only if:
  - Required for retention/acquisition of business
  - Price expires in one (1) year or less
  - Reasonably anticipated business is substantial
  - AVP of the market approves

Note: Use of this language does not waive the fuel surcharge language on PPQs



CSXFSC00000106
CSX000250

Highly Confidential

# * Contracts

CSXRSC000000107

CSX000251

Highly Confidential

# Amendments to contracts with the language: *"Rates Not Subject to Adjustment"*

- Can add new O/D pairs that expire before December 31, 2000 without adding the new surcharge language
- Thereafter, all amendments to existing contracts with the *"Rates not subject to adjustment"* language must be written as new contracts with fuel surcharge language (see Attachment 2) or as PPQs with fuel surcharge language (see Attachment 1)
- All new and renewing contracts will not include the "Rates not subject to adjustment" language

CSXFSC00000108

CSX000252

Highly Confidential

# Contract Rate Escalation

- Generally seek positively stated adjustments (see Attachment 3 for example) for contracts of two (2) or fewer years
  - Always include fuel surcharge language (Attachment 3)
    - But note tension between maximizing permanent rate adjustment vs. obtaining fuel surcharge
- If positively stated adjustment can't be obtained or if contract is longer than two (2) years, use government-based index (e.g., RCAF-U; GDP), subject to:
  - Semi-annual adjustments (but no lower than base rate)
- Note: if government-based index is used, fuel surcharge does not apply



CSXFSC000000109
CSX000253

Highly Confidential

# New and Renewing Contracts

- Always include fuel surcharge language, unless government-based escalator applies
  - Exceptions only by Sr. VP Merchandise Service
- For contracts in negotiation, but not fully agreed upon yet
  - Include fuel surcharge language as a condition for execution, unless
    - deal is agreed upon before Nov. 1 or
    - deal is agreed upon after Nov. 1 and Sr. VP Merchandise Service approves non-inclusion of fuel surcharge.
- No auto renewal or evergreen contracts without AVP approval



CSX000254

CSXFSC00000110

Highly Confidential

# Additional Issue
# "Prepaid" Language

CSXFSC000000111
CSX000255

Highly Confidential

- All joint line contracts and PPQs with a CSXT rate authority to state: "Rates and charges are billed by CSXT, whether prepaid or collect" - see Attachments 1 and 2

- In other words, CSXT needs to be the billing party for all CSXT price authorities, regardless of whether CSXT is the origin carrier or the destination carrier.

CSXFSC000000112
CSX000256

Attachment 1

CSX TRANSPORTATION

Attachment I

CSX
TRANSPORTATION

Attachment 2

# Intentionally Omitted

## DA02165-DA02166

EXHIBIT
PENGAD 800-631-6989
Gooden 2
7-16-10

| | |
|---|---|
| From: | Couch, John |
| Sent: | Monday, March 03, 2003 3:40 PM |
| To: | Jinkner, John ; Burton, Vicki |
| Subject: | Fuel surcharge Overview Clarence 03.ppt |
| Attachments: | Fuel surcharge Overview Clarence 03.ppt |

This was my presentation this morning and again at noon to the Commercial leadership team.

Fuel surcharge Overview Claren...

# Fuel Surcharge
# Merchandise 2003



Highly Confidential
CSXFSC000000282
CSX000262
DA02168

Highly Confidential

# Fuel surcharge background

- The fuel surcharge was published effective 10/25/2000
- The formula was based on the price of WTI
- The price must remain above $28 for 30 business days

| Oil Price | Recovery Charge |
|---|---|
| $23 - $27.99/Barrel | No recovery charge |
| $28 - $32.99/Barrel | 2% |
| $33 - $37.99/Barrel | 4% |
| $38 - $42.99/Barrel | 6% |

CSXFSC000000283
CSX000263



DA02169

Highly Confidential

# Fuel cost recovery – if applied on all business, Merchandise would be covered

- Merchandise Q1 recovery is $ 7M
  - RCAF(u) $.7 for Q1, and $7-8 for the annualized impact
  - Fuel surcharge in Q1 will provide $6.5M

- Negative fuel cost impact Vs. 2002
  - CSXT -$35M
  - Merchandise -$17M

In Q1, Merchandise didn't recover $10M in fuel costs



CSXFSC000000284
CSX000264
DA02170

Highly Confidential

# Options to expand application rate

- Need a written policy
- Data suggests the NS applies FS to all business
- Review contracts that received an exception

| Category | % of Merchandise revenue |
|---|---|
| • Fuel surcharge application | 50% |
| • Indexed contracts RCAF(u) | 10% |
| • Billed by other RR – no FS | 30% |
| • Exempted traffic | 10% |

This week we will get detailed customer Information From February billings



CSXFSC000000285
CSX000265

Highly Confidential

# Options to change program

- Start the program at a lower oil price
- Shorten the time for starting the program
- Change the basis from per barrel to highway diesel

| Correlation between: | |
|---|---|
| WTI & CSX | 76% |
| DIESEL & CSX | 93% |



CSXFSC00000286
CSX000266
DA02172

Highly Confidential

# History of fuel prices – normalized prices in the $18-$23 range






CSXFSC00000287
CSX000267
DA02173

Highly Confidential

# The BNSF revised program 7/01 – Starts at $23 and is based on prior months average and is billed for the calendar month

| Highway Diesel From | | To | | Oil Barrel | Surcharge |
|---|---|---|---|---|---|
| $ | 1.30 | $ | 1.349 | $ 23 | 1.0% |
| $ | 1.35 | $ | 1.399 | $ 25 | 1.5% |
| $ | 1.40 | $ | 1.449 | $ 28 | 2.0% |
| $ | 1.45 | $ | 1.499 | $ 30 | 2.5% |
| $ | 1.50 | $ | 1.549 | $ 33 | 3.0% |
| $ | 1.55 | $ | 1.599 | $ 35 | 3.5% |
| $ | 1.60 | $ | 1.649 | $ 38 | 4.0% |
| $ | 1.65 | $ | 1.699 | $ 40 | 4.5% |
| $ | 1.70 | $ | 1.749 | $ 43 | 5.0% |
| $ | 1.75 | $ | 1.799 | $ 45 | 5.5% |
| $ | 1.80 | $ | 1.849 | $ 48 | 6.0% |
| $ | 1.85 | $ | 1.899 | $ 50 | 6.5% |
| $ | 1.90 | $ | 1.949 | $ 53 | 7.0% |
| $ | 1.95 | $ | 1.999 | $ 55 | 7.5% |
| $ | 2.00 | $ | 2.049 | $ 58 | 8.0% |



CSX TRANSPORTATION

CSXFSC00000288
CSX000268
DA02174

Highly Confidential

# Advantages of the BNSF program

- Triggers at $23 and provides better capture in current quarter
- Billed monthly as a response to customer complaints
  - Customer accounting departments are having a hard time with CSXT's program and the haphazard timing



CSXFSC00000289
CSX000269
DA02175

Highly Confidential

# CSX Intermodal based on 10% of the change Vs. $1.10/gallon diesel

| Highway Diesel | Oil Barrel | Surcharge |
|---|---|---|
| $ 1.10 | $ 14 | 0.0% |
| $ 1.15 | $ 16 | 0.5% |
| $ 1.20 | $ 19 | 1.0% |
| $ 1.25 | $ 21 | 1.5% |
| $ 1.30 | $ 23 | 2.0% |
| $ 1.35 | $ 25 | 2.5% |
| $ 1.40 | $ 27 | 3.0% |
| $ 1.45 | $ 30 | 3.5% |
| $ 1.50 | $ 32 | 4.0% |
| $ 1.55 | $ 34 | 4.5% |
| $ 1.60 | $ 36 | 5.0% |
| $ 1.65 | $ 38 | 5.5% |
| $ 1.70 | $ 41 | 6.0% |
| $ 1.75 | $ 43 | 6.5% |
| $ 1.80 | $ 45 | 7.0% |
| $ 1.85 | $ 47 | 7.5% |
| $ 1.90 | $ 49 | 8.0% |
| $ 1.95 | $ 52 | 8.5% |
| $ 2.00 | $ 54 | 9.0% |



CSX TRANSPORTATION

CSXFSC00000290

CSX000270

Highly Confidential

# CSXT's program provides better protection above $40/barrel

| Highway Diesel | Oil Barrel | Imodal Surcharge | BNSF Surcharge | CSXT Surcharge |
|---|---|---|---|---|
| $ 1.10 | $ 14 | 0.0% | | |
| $ 1.15 | $ 16 | 0.5% | | |
| $ 1.20 | $ 19 | 1.0% | | |
| $ 1.25 | $ 21 | 1.5% | | |
| $ 1.30 | $ 23 | 2.0% | 1.0% | |
| $ 1.35 | $ 25 | 2.5% | 1.5% | |
| $ 1.40 | $ 27 | 3.0% | 2.0% | |
| $ 1.42 | $ 28 | 3.2% | 2.0% | 2% |
| $ 1.45 | $ 30 | 3.5% | 2.5% | 2% |
| $ 1.50 | $ 32 | 4.0% | 3.0% | 2% |
| $ 1.52 | $ 33 | 4.2% | 3.0% | 4% |
| $ 1.55 | $ 34 | 4.5% | 3.5% | 4% |
| $ 1.60 | $ 36 | 5.0% | 4.0% | 4% |
| $ 1.65 | $ 38 | 5.5% | 4.5% | 6% |
| $ 1.70 | $ 41 | 6.0% | 5.0% | 6% |
| $ 1.75 | $ 43 | 6.5% | 5.5% | 8% |
| $ 1.80 | $ 45 | 7.0% | 6.0% | 8% |
| $ 1.85 | $ 47 | 7.5% | 6.5% | 8% |
| $ 1.87 | $ 48 | 7.7% | 6.5% | 10% |
| $ 1.90 | $ 49 | 8.0% | 7.0% | 10% |
| $ 1.95 | $ 52 | 8.5% | 7.5% | 10% |
| $ 1.97 | $ 53 | 8.7% | 7.5% | 12% |
| $ 2.00 | $ 54 | 9.0% | 8.0% | 12% |



CSXFSC000000291
CSX000271

Highly Confidential

# $27M Impact if used BNSF Fuel Surcharge

| Year | Month | CSX Tariff | Est. Revenue | BNSF Tariff | Est. Revenue | Est. Opportunit |
|---|---|---|---|---|---|---|
| 2000 | Begin 10/25 | 2.0% | 0.7 | 2.5% | 0.9 | |
| | Nov | 2.0% | 3.0 | 4.0% | 6.0 | |
| | Dec | 2.0% | 3.1 | 4.0% | 6.2 | |
| | | | 6.8 | | 13.1 | 6.3 |
| 2001 | Jan | 2.0% | 3.1 | 4.0% | 6.2 | |
| | Feb | 2.0% | 2.8 | 3.5% | 4.9 | |
| | Mar | 2.0% | 3.1 | 3.0% | 4.7 | |
| | Apr | 2.0% | 3.0 | 2.5% | 3.8 | |
| | May | 2.0% | 3.1 | 1.5% | 2.3 | |
| | Jun | 2.0% | 3.0 | 2.0% | 3.0 | |
| | Jul | 2.0% | 3.1 | 2.5% | 3.9 | |
| | Aug | 2.0% | 3.1 | 2.5% | 3.9 | |
| | Sep | 2.0% | 3.0 | 1.5% | 2.3 | |
| | Oct | 1.9% | 3.0 | 1.5% | 2.3 | |
| | Nov | 0.0% | 0.0 | 2.5% | 3.8 | |
| | Dec | 0.0% | 0.0 | 1.0% | 1.6 | |
| | | | 30.3 | | 42.5 | 12.2 |
| 2002 | Jun | 0.0% | 0.0 | 1.0% | 1.5 | |
| | Jul | 0.0% | 0.0 | 1.0% | 1.6 | |
| | Aug | 0.0% | 0.0 | 0.0% | 0.0 | |
| | Sep | 0.0% | 0.0 | 0.0% | 0.0 | |
| | Oct | 1.0% | 1.5 | 1.0% | 1.6 | |
| | Nov | 2.0% | 3.0 | 2.0% | 3.0 | |
| | Dec | 0.6% | 1.0 | 2.5% | 3.9 | |
| | | | 5.5 | | 11.5 | 6.0 |
| 2003 | Jan | 0.2% | 0.3 | 2.0% | 3.1 | |
| | Feb | 2.0% | 2.8 | 2.0% | 2.8 | |
| | Mar | 2.8% | 4.3 | 2.5% | 3.9 | |
| | Apr | 4.0% | 6.0 | 4.5% | 6.8 | |
| | | | 13.4 | | 16.5 | 3.1 |
| | Grand Total | | 56.0 | | 83.5 | 27.5 |



CSX

CSXFSC00000292

CSX000272

DA02178

Highly Confidential

# Appendix



CSXFSC000000293
CSX000273

Highly Confidential

# Merchandise by class of traffic

| Class | 2002 Merch Rev $M | | % |
|---|---|---|---|
| Forwarded | $ | 505 | 14% |
| Local | $ | 1,708 | 48% |
| Overhead | $ | 82 | 2% |
| Received | $ | 1,283 | 36% |
| Grand Total | $ | 3,579 | 100% |



CSX TRANSPORTATION

CSXFSC000000294
CSX000274
DA02180

Highly Confidential

# Current Fuel surcharge application

- All freight moving under tariff and private price quotes (unless the quote says the price will remain fixed)
- Contracts that include a fuel surcharge clause
- The fuel cost recovery charge will not apply on contracts that:
  - Already include government-published price escalators,
  - Exempted contracts and contracts that don't include fuel surcharge wording



CSXFSC00000295
CSX000275

Highly Confidential

# Merchandise application by BU

| LOB | 25 DAY TOTAL Fuel Surcharge | 28 DAY TOTAL Carloads | Net Revenue | Est % REV |
|---|---|---|---|---|
| EM | 241,465.00 | 31,495 | 37,659,000.00 | 36% |
| MT | 455,959.00 | 26,591 | 32,914,000.00 | 78% |
| PA | 549,937.00 | 45,467 | 59,860,000.00 | 51% |
| AG | 371,948.00 | 35,368 | 51,590,000.00 | 40% |
| CH | 625,510.00 | 42,428 | 76,613,000.00 | 46% |
| PF | 282,083.00 | 36,474 | 27,145,000.00 | 58% |
| TOTAL | 2,526,902 | 217,823 | 285,781,000 | 50% |



CSXFSC00000296
CSX000276
DA02182

Highly Confidential

# Long term impact of RCAF(u) could be $10-12 million annually. 2003 impact approximately $ 7-8M




CSXFSC000000297
CSX000277

Highly Confidential
* REDACTED PURSUANT TO 49 U.S.C. § 11904 *

# Top delinquent accounts from 2002

| Patron | Fuel Surcharge Amount |
|---|---|

CSXFSC00000298
CSX000278

CSX TRANSPORTATION

MEMORANDUM

TO: Fred Favorite
Ellen Fitzsimmons
Chris Jenkins
Andy Strok
Adam Hollingsworth
Frank Onimus
John Couch
John Hart
Sharon Jones
Peggy Collins
Leslie Trescot

FROM: Mike Giftos

DATE: March 19, 2003

RE: Meeting Regarding Fuel Surcharge Program

Yesterday, the price of West Texas Intermediate Crude Oil closed below $33 for the first time in 29 days. The effect of this drop is that it will deny us the 2% increase we would be entitled to under the current fuel surcharge program. This is the second time in the last four months that the trigger was stopped on the 30th day.

The fuel surcharge is relatively new to the industry. We can be proud that we were one of the first railroads to implement this program three years ago but the current program and formula is simply unresponsive to the dramatic increases in fuel prices. I have spoken with Michael Ward this morning about a new program we want to announce immediately. It will necessitate amending the 8100 and 8200 tariffs. I realize we will meet some customer resistance but given the impact of fuel prices on our revenue numbers, we have no choice but to go forward.

I am convening a meeting at 10:00 a.m. this morning in the 15th floor west conference room to outline the parameters of the program, get your input, make the appropriate adjustments and get the program implemented. We will need significant communication around this and we want to issue a press release today announcing that the program will be changed.

Due to the importance of this program, I would appreciate it if you would make yourself available.

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
NO. 3

**From:** Shefelbine, Kelly
**Sent:** Wednesday, March 19, 2003 6:42 PM
**To:** Cerwonka, Donna ; McNulty, Tim ; Spaulding, John ; Flynn, Wayne
**Cc:** Price, Dwight ; Hancock, Kyle Jr.
**Subject:** FW: Fuel Surcharge Change

**Attachments:** Fuel surcharge - New program.ppt; fuel surcharge.xls

To All:
Please provide this information to your Sales and Marketing Teams. We will need to be versed in the change. As you can see this becomes effective May 1.
Kelly

-----Original Message-----
**From:** Couch, John
**Sent:** Wednesday, March 19, 2003 1:10 PM
**To:** Hancock, Kyle Jr.; Smith, Derrick ; Woodall, Mike ; Howarth, Jim ; Katz, Glenn ; Kenwell, Bill; Onimus, Frank S III
**Cc:** Gooden, Clarence ; Jenkins, Ed; Shefelbine, Kelly ; Lewis, Gary ; McIntyre, Clyde Jr.; Hollingsworth, Adam; Trescot, Leslie
**Subject:** Fuel Surcharge Change

A Press Release will go out today stating that CSXT will be changing the Fuel Surcharge program to better capture the changes to our costs of fuel. Details of the new program will not be released until next week. The new program will be effective May 1.

The changes are:
1) based on prior months average - not 30 consecutive business days
2) starts at $23/barrel - for every $1 change, fuel surcharge goes up .4%. This equals the current 2% for every $5 change
3) no fuel surcharge for $13-$23
4) same .4% for every dollar below $13 as a discount.

While the above seems somewhat benevolent, it is actually a large increase in fuel surcharge billings - maybe as much as 100%.

There will be a conference call tomorrow with all of commercial hosted by Mike Giftos.

This decision was made by Giftos/Ward and is a result of our large increase in fuel costs. Attached is some more detailed information.

Fuel surcharge - New program.p...

fuel surcharge.xls
(90 KB)

# Fuel Surcharge
# Merchandise 2003



Highly Confidential
CSXFSC000000358
CSX000327
DA02187

# Fuel surcharge background

- The fuel surcharge was published effective 10/25/2000
- The formula was based on the price of WTI
- The price must remain above $28 for 30 business days
  - Must be above threshold for 6 weeks

| Oil Price | Recovery Charge |
|---|---|
| $23 - $27.99/Barrel | No recovery charge |
| $28 - $32.99/Barrel | 2% |
| $33 - $37.99/Barrel | 4% |
| $38 - $42.99/Barrel | 6% |



CSX

Highly Confidential

CSXFSC000000359

CSX000328

DA02188

# Fuel cost recovery is low

- Q1 recovery is — $ 7M
- Negative fuel cost impact Vs. 2002
  - CSXT — -$50M



Highly Confidential

CSXFSC000000360

CSX000329

DA02189

# History of fuel prices – normalized prices in the $13-$23 range






Highly Confidential

CSXFSC000000361

CSX000330

DA02190

# Changes to the program

- Start the program at $23/barrel
- Based on prior months average price – not 30 consecutive business days
- .4% increase for every dollar above $23
  - Maintains same 2% for every $5 dollar change
- No fuel surcharge in the “dead zone”
  - $13-23/barrel
- .4% discount for every dollar below $13



Highly Confidential

CSXFSC000000362

CSX000331

DA02191

# The new program

| Oil Barrel | BNSF Surcharge* | Old CSXT Surcharge | New CSXT Surcharge |
|---|---|---|---|
| $ 9 | | | -1.6% |
| $ 10 | | | -1.2% |
| $ 11 | | | -0.8% |
| $ 12 | | | -0.4% |
| $ 13 | | | 0.0% |
| $ 23 | 1.0% | | 0.0% |
| $ 24 | 1.0% | | 0.4% |
| $ 25 | 1.0% | | 0.8% |
| $ 26 | 1.5% | | 1.2% |
| $ 27 | 1.5% | | 1.6% |
| $ 28 | 2.0% | 2% | 2.0% |
| $ 29 | 2.0% | 2% | 2.4% |
| $ 30 | 2.0% | 2% | 2.8% |
| $ 31 | 2.5% | 2% | 3.2% |
| $ 32 | 2.5% | 2% | 3.6% |
| $ 33 | 3.0% | 4% | 4.0% |
| $ 34 | 3.0% | 4% | 4.4% |
| $ 35 | 3.0% | 4% | 4.8% |
| $ 36 | 3.5% | 4% | 5.2% |
| $ 37 | 3.5% | 4% | 5.6% |
| $ 38 | 4.0% | 6% | 6.0% |
| $ 39 | 4.0% | 6% | 6.4% |
| $ 40 | 4.5% | 6% | 6.8% |

* BNSF estimated - based on highway diesel not WTI



Highly Confidential

CSXFSC000000363

CSX000332

DA02192

**From:** Jarchower, Didi
**Sent:** Thursday, March 20, 2003 3:44 PM
**To:** S&M Broadcast; S&M Coal; S&M Coal Marketing; TRAN ABU
**Cc:** Thigpen, Rosemary ; Kirkland, Sandy; Bryan, Sandi ; Hollingsworth, Adam
**Subject:** FW: CSXT Announces Modifications to Fuel Surcharge Program

**Importance:** High

**Attachments:** Fuel Surcharge Press Release.doc; Fuel Surcharge Q and As.doc; Fuel Surcharge Index Chart.ppt

-----Original Message-----
**From:** Hollingsworth, Adam
**Sent:** Thursday, March 20, 2003 2:36 PM
**To:** Jarchower, Didi; Trescot, Leslie; Collins, Peggy ; Couch, John ; Hart, John ; McIntyre, Clyde Jr.; Hitchcock, Paul ; Shudtz, Pete ; Hoffmann, Mark ; Rogan, Lorie ; Jones, Sharon M; Eliasson, Fredrik ; Bryan, Sandi ; Alice Platt; Amber Rainwater; Amy Carrier; Dan Murphy; David Hall; Deborah Laird; Didi Jarchower; Gary Sease; Georgia Jefferson; Jane Covington; Karen Okie; Lynette Wisniewski; Misty Skipper; Robert Sullivan; susanswiles@msn.com; Susie Wiles; Al Crown; Alan P Blumenfeld; Andy Fogarty; Andy Strok; Arnie Havens; Asok Chaudhuri; Bob Bernard; Bob Haulter; Chris Jenkins; Chuck Wodehouse; Clarence Gooden; Ellen Fitzsimmons; Frank Pursley; Fred Favorite; Ganson Evans; Howard Levy; Jim Fallon; Ken Peifer; Les Passa; Leslie Michaelis; Michael Cantrell; Michael Ward; Mike Ruehling; P. Giftos; Paul Goodwin; Pete Carpenter; Randy Evans
**Subject:** CSXT Announces Modifications to Fuel Surcharge Program

Earlier today CSXT announced modifications to its fuel surcharge program. To assist in answering questions, attached please find three documents:

1. The press release announcing the changes

Fuel Surcharge Press Release.d...

2. Q and As for use with customers and others (please do not release this document publicly, it should be used as talking points only)

Fuel Surcharge Q and As.doc

3. An index comparing the current surcharge and the surcharge as modified

Fuel Surcharge Index Chart.ppt...

***DO NOT DISTRIBUTE – FOR INTERNAL USE ONLY***

**CSXT's Modifications to Fuel Cost Recovery Program**
**Q and A's**

***Summary***

In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program. The program's key elements are:

- fuel surcharges will be applied in smaller increments, on a more real-time basis, consistent with increases or decreases in fuel prices;
- CSXT will no longer adjust surcharges in 2% intervals for every $5/barrel increase in the price of West Texas Intermediate (WTI) crude oil;
- fuel surcharges will go up or down 0.4% for every dollar increase or decrease in fuel prices above $23/barrel
- while the fuel surcharge rate remains unchanged at $5/barrel intervals, the surcharge will be adjusted up or down in smaller increments on a more timely basis;
- these charges will be determined monthly based on the thirty-day average price of WTI crude oil. When fuel prices drop below $23/barrel, no fuel surcharge will apply.

*An index showing the effect of the old and new programs was e-mailed to each of you.*

1. ***It seems to me that the old program didn't work, so now you're just changing the rules of the game. That's not right.***

The program we put in place in October 2000 was pretty sound, but it had a flaw in the trigger mechanism both on the upside and the downside. While the old program looked good in theory, in practice it simply did not track the petroleum market appropriately. Implementation of the surcharge lagged fuel price changes by a long time and the program was extremely vulnerable to even small, temporary price fluctuations. The new program will help CSXT recover a higher portion of fuel costs when prices increase and allows customers to see reduced surcharges more quickly when prices fall.

2. ***Why doesn't your current program work?***

The program put in place in October, 2000 required that fuel prices stay above certain levels for 30 consecutive business days. If prices increase or decrease from trigger levels– even for one day – the clock starts and CSXT cannot appropriately respond to the dynamics of the market. That means that even if fuel prices are at high levels, CSXT cannot recover a portion of our costs because of an anomaly in how our program is structured. Likewise, if fuel prices begin to fall, but spike for one day, we continued to

charge our customers at the higher level. Put simply, it does not effectively respond in a timely manner to the volatility of fuel prices.

Instead, through the modifications we are now putting in place, CSXT will be able to recover a portion of our higher fuel costs more quickly and consistent with market changes. Conversely, we can take the fuel surcharge down more quickly as prices drop…we can be more responsive on the upside and the downside. The current program does not allow for that. As an example, crude oil prices have dropped almost 25% in the last week as the situation in the Middle East has become less uncertain.

In addition, through the modified program, we will be able to adjust the fuel surcharge on a smaller, more incremental basis and in a more predictable, monthly fashion.

3. ***I know that you did not hedge fuel in 2003. Why should I be held accountable for a bad business decision made by CSXT?***

Hedging isn't necessarily any better. It is true that hedging does reduce a company's vulnerability to wild swings in the market and price volatility…and it does provide a level of predictability. However, to hedge, you must pay a 1% to 2% premium on the price and you'll lose as many times as you'll win. By example, we did hedge a portion of our fuel buy last year. And in July, when comparing our hedged price against the market price, we were $8 million unfavorable to the market. By December, because of increased fuel prices, we were $5 million favorable to the market. So hedging may not be the answer – even though it makes for a good argument when prices are at the levels they're at now. Having said all that, we are looking at various hedging programs to determine if we can find a structure that works for us and our customers – consistent with all the sensitivities I've already discussed.

4. ***Recent reports said that railroads were actually making money on the fuel surcharge. It looks to me like you're gaming the system to do just that.***

No. Our goal is to recover a higher portion of significantly increased fuel prices and implement a program that more closely tracks fluctuations in the fuel market. What we collect from the modified fuel surcharge will still be less than what we're experiencing in terms of increased costs. Remember, we've seen dramatically increased fuel costs in the first quarter of 2003, but we've recovered less than 25% of that increase. Our goal is to get that recovery number higher…and there is a <u>long</u> way between where we are and where we'd have to be to collect more in surcharge than we're paying in costs. Conversely, this program allows us to more quickly reduce the fuel surcharge when prices drop.

5. ***As always, CSXT is pushing for higher prices and new surcharge programs. I'm not seeing such programs from my other transportation providers.***

That's not correct. Fuel surcharges are pervasive within the trucking industry. Every major American railroad has implemented a fuel surcharge program of one kind or

another. We've had one since 2000. All we're trying to do is better tailor our program to the realities of the fuel market.

6. ***When will these changes take effect?***

We are preparing the changes to the tariffs now, and identifying any technology and administrative changes that may be required in order to implement this program effectively. We will be amending the 8100 and 8200 tariffs later this month and more details will be available then.

NEWS

CSX TRANSPORTATION

Corporate Communications & Public Affairs 500 Water St., Jacksonville, FL 32202

Contact: Adam Hollingsworth
Dan Murphy
(904) 366-2949

# CSX TRANSPORTATION ANNOUNCES MODIFICATIONS TO ITS FUEL COST RECOVERY PROGRAM

**JACKSONVILLE, Fla., March 20, 2003** - In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

After the transition to the new program, CSXT's fuel surcharges will be applied in smaller increments, on a more real-time basis, consistent with increases or decreases in fuel prices. With the changes, CSXT will no longer only adjust surcharges in 2% increments for every $5/barrel change in crude oil prices. Instead, the surcharge will be adjusted up or down 0.4% for every dollar increase or decrease in oil prices above $23/barrel. These charges will be determined monthly based on the thirty-day average price of West Texas Intermediate (WTI) crude oil. When fuel prices drop below $23/barrel, no fuel surcharge will apply.

Michael J. Ward, chairman and CEO of CSX Corporation and president of CSXT said, "Given the continued instability in oil prices we must, like most American companies, implement better ways to manage fuel price changes and market volatility. As a result of this new program, CSXT's fuel surcharges will more directly respond to fuel price changes in a real-time manner."

P. Michael Giftos, CSXT's executive vice president and chief commercial officer said, "These changes will allow CSXT's surcharge program to more accurately reflect fuel price fluctuations in a more timely fashion. In addition, the modified program provides two things our customers have asked for: smaller, more incremental changes in the fuel surcharge and easier administration since it is changed on a predictable, monthly basis."

CSXT will amend its 8100 and 8200 tariffs later this month and the new fuel surcharge program will take effect not less than 20 days after. Until the new surcharge becomes effective, the current program will remain in place. These tariff changes will not change the existing fuel cost recovery program at CSX Intermodal. Once the program is amended, additional details will be available on the company's website at www.csx.com.

- more -

# CSXT Modified Fuel Cost Recovery Program Index

| WTI $/Barrel | Old CSXT Surcharge | New CSXT Surcharge |
|---|---|---|
| $ 23 | | 0.0% |
| $ 24 | | 0.4% |
| $ 25 | | 0.8% |
| $ 26 | | 1.2% |
| $ 27 | | 1.6% |
| $ 28 | 2% | 2.0% |
| $ 29 | 2% | 2.4% |
| $ 30 | 2% | 2.8% |
| $ 31 | 2% | 3.2% |
| $ 32 | 2% | 3.6% |
| $ 33 | 4% | 4.0% |
| $ 34 | 4% | 4.4% |
| $ 35 | 4% | 4.8% |



Highly Confidential

# CSX Transportation Announces Modifications to its Fuel Cost Recovery Program

**Released:** Mar 20, 2003

Jacksonville, Fla.

In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

After the transition to the new program, CSXT's fuel surcharges will be applied in smaller increments, on a more real-time basis, consistent with increases or decreases in fuel prices. With the changes, CSXT will no longer only adjust surcharges in 2% increments for every $5/barrel change in crude oil prices. Instead, the surcharge will be adjusted up or down 0.4% for every dollar increase or decrease in oil prices above $23/barrel. These charges will be determined monthly based on the thirty-day average price of West Texas Intermediate (WTI) crude oil. When fuel prices drop below $23/barrel, no fuel surcharge will apply.

Michael J. Ward, chairman and CEO of CSX Corporation and president of CSXT said, "Given the continued instability in oil prices we must, like most American companies, implement better ways to manage fuel price changes and market volatility. As a result of this new program, CSXT's fuel surcharges will more directly respond to fuel price changes in a real-time manner."

P. Michael Giftos, CSXT's executive vice president and chief commercial officer said, "These changes will allow CSXT's surcharge program to more accurately reflect fuel price fluctuations in a more timely fashion. In addition, the modified program provides two things our customers have asked for: smaller, more incremental changes in the fuel surcharge and easier administration since it is changed on a predictable, monthly basis."

CSXT will amend its 8100 and 8200 tariffs later this month and the new fuel surcharge program will take effect not less than 20 days after. Until the new surcharge becomes effective, the current program will remain in place. These tariff changes will not change the existing fuel cost recovery program at CSX Intermodal. Once the program is amended, additional details will be available on the company's website at www.csx.com.

CSXT and its 34,000 employees provide rail transportation and distribution services over a 23,000 route-mile network in 23 states, the District of Columbia and two Canadian provinces. CSXT is a business unit of CSX Corporation (NYSE: CSX), and both are headquartered in Jacksonville, Fla.

Adam Hollingsworth
Dan Murphy
904-366-2949

CSXT and its 34,000 employees provide rail transportation and distribution services over a 23,000 route-mile network in 23 states, the District of Columbia and two Canadian provinces. CSXT is a business unit of CSX Corporation (NYSE: CSX), and both are headquartered in Jacksonville, Fla.

###

www.csx.com

**From:** Farrell, Shirley
**Sent:** Friday, March 02, 2007 4:02 PM
**To:** S&M Broadcast
**Cc:** Gooden, Clarence; Jenkins, Ed; Couch, John; Hitchcock, Paul; Hoffmann, Mark; Armbrust, Steven; Feltel, Gil; Meyer, Vance; Sease, Gary; Baggs, David; Cooper, Shelley; Poole, Ceceille; Smith, Steve P; Eliasson, Fredrik; Carbone, Frank III; West, John; Boyd, John Jr.; Papa, Tony
**Subject:** Announcement of Fuel Surcharge Changes
**Attachments:** Final FSC Q & A 2007.doc; Final Internal Information.doc; FSC Final Final Customer Letter (2).doc

Team,
CSX Transportation will announce the upcoming changes to the fuel surcharge program, in accordance with the STB Decision, today. Attached are three documents to assist you with your upcoming communications.

1. Customer Letter
2. Internal Information piece – mostly for Marketing folks
3. Internal Q & A and Talking points – mostly for Sales folks to use to answer customer questions

It is extremely important to remember that of these three documents, only the customer letter should be distributed publicly. The customer letter will be sent to more than 30,000 customer e-mail addresses and posted on CSX.com and ShipCSX, so there is little need to share anything externally.

Please begin communicating with your customers about this new program and the upcoming increases in CSX public rates.

As always, should you be contacted by a member of the media, refer them to Corporate Communications. Gary Sease can be reached at 904 359-1719 or on his cell at 904 910-1992. After hours there is an 'on call' Media number which is 904 359-1234.

INTERNAL USE ONLY _ NOT FOR EXTERNAL DISTRIBUTION

# Potential Fuel Surcharge Questions from Customers & Talking Points

**What was the STB's ruling?**

- The STB said that we must not have fuel surcharges based on a percent of base rates
- The decision applies only to non-exempt public tariffs
- Railroads are not allowed to double-dip (charging for fuel in multiple escalators) (CSXT has virtually never done this.)
- The decision is not retroactive but must be enacted in 90 days (April 25, unless extended)
- Railroads will be required to provide monthly fuel recovery reports to the STB

**How does your new fuel surcharge (FSC) program work?**

- It is indexed to the Energy Information Administration's U.S. No. 2 Diesel Retail Sales by All Sellers (HDF #2). We will use the monthly average from two months prior to the current month. The index is published monthly on Wednesdays following the last Monday of each month.

- Beginning at 200.0 cents per gallon HDF, and for each additional 4 cents, there will be a fuel surcharge of 1 cent per rail mile (one-way) from origin to destination.

- The average HDF for February was 248.8 cents, making the April 2007 surcharge 13 cents per mile.

- The mileage used will be the shortest rail route miles (with CSX in the route). You can look up the miles on csx.com.

- Then, multiply the miles for the one-way trip times the applicable cents per mile. If the trip is 400 miles, then the fuel surcharge using the effective rate for April would be , 400 miles times 13 cents per mile or $52 for the move.

**Is the new fuel surcharge for just tariffs, or also new and renewing private quotes and contracts?**

- The new FSC as directed by the STB will apply to all Tariffs effective April 23, 2007.

- The STB Decision does not apply to contracts or quotes.

- All new and renewing quotes and contracts must incorporate the new FSC program.

**Will I see a price increase when my contract and quotes get renewed?**

- Yes, CSX will always adjust prices at renewal to reflect market conditions.

## Potential Fuel Surcharge Questions from Customers & Talking Points

**Why are you increasing Tariff rates at the same time the new FSC program becomes effective?**

- Current base rates assume a fuel surcharge based on 2002 fuel costs. By setting our trigger point much closer to current fuel costs, base rates must be adjusted to reflect the current transportation market.

**When I negotiate a renewal will you tell me what portion of my increase relates to the fuel surcharge changes?**

- No. You will see a significant reduction in your fuel surcharge, though. CSX will always price to the market.

**Aren't you just taking your current over-recovery and baking it into my rates?**

- CSXT has stated before the STB and in other forums that we have not been over-recovering fuel expense since the inception of the fuel surcharge program.

- CSXT is pricing to the market. (CSXT is reacting to a mandate from the STB and we are trying to balance our response to satisfy all of our constituents including customers, shareholders and the government. CSXT's transportation rates must reflect current market conditions. CSXT also needs a program to enable it to recover the additional burden of high fuel expenses in order to continue to invest in our business to provide capacity for the growing business.)

**Why did you pick $2.00 (200.0 cents) HDF for the starting point for the new FSC program?**

- CSXT wanted to pick a starting point that is reflective of current market condition in the diesel market place.

- Energy industry experts place the current intrinsic value of oil at approximately $45 per barrel, which is close to the $2 HDF. That means the value of oil, discounting for political volatility.

- Using $2.00 HDF gives customers an upside if the price of fuel goes lower than expected. Had we picked a price of fuel equal to today, customers would realize no savings if fuel prices fall.

**What mileage information are you using?**

- PC Rail miles as the source, we are using the shortest CSXT route or route to the gateway. For joint line moves it will include the shortest miles for the connecting carrier as well.

## Potential Fuel Surcharge Questions from Customers & Talking Points

**Can I look up my mileage now?**

- Not yet. We are developing a new matrix of mileage between all rail-served O-D pairs, including locations not served by CSXT. It should be available soon. We decided not to wait until it was finished, in order to give customers as much advance notice as possible about our program before the STB's April 25 deadline.

**Doesn't 1 cent for every 4 cents change in HDF provide movement specific over-recovery?**

- We believe this ratio correlates very closely with our actual fuel costs. Because it is not possible to account for variations that occur on each specific move (weight differential, train speed, grade, weather, out-of-route miles, etc...), there may be situations where both under-recovery and over-recovery could occur.
- While acknowledging that it would not be perfect, the STB mandated mileage-based fuel surcharge because it more closely tracks changes in fuel costs. The STB mandate also allows railroads to recover all fuel costs including company vehicles, rail inspection vehicles, yard and local locomotive fuel usage, etc... For these reasons, CSX has chosen this program.

**Why isn't CSXT using commodity specific fuel surcharges to account for the different fuel usage for unit trains vs. other types of business for example?**

- There is no end to the complexity of programs that could be designed: average weight, seasonal weather patterns, regional terrain, etc...
- CSXT estimated the fuel usage for trainloads of coal, grain, auto's and mixed freight and found that the differences in fuel efficiency are negligible.
- We wanted our new program to be as simple and easy to use as possible, while still complying with the STB Decision.

**What if my rates are currently on full RCAF(u) which includes a fuel component?**

- (This does not apply to most of our customers.) When your contract expires, your rates will adjust to the new fuel surcharge plus any market-based rate adjustment.
- For longer term contracts, that use an inflation index such as RCAF, CSXT intends to favor the use of RCAF-U less fuel, plus our new fuel surcharge program.



Highly Confidential

CSXFSC000001043
CSX000081

DA02204

## Potential Fuel Surcharge Questions from Customers & Talking Points

**What if I refuse to accept the new terms versus my RCAF(u) rates?**

- CSXT is only offering one program going forward.
- CSXT is pricing to the market.
- CSXT needs these levels of pricing to invest in our infrastructure to support long-term growth in key corridors.
- The investments will have a positive affect on service, reliability and productivity.

**How are we going to divide the FSC with other railroads?**

- That is not public information and may be different for each road.

**Why didn't you all coordinate your fuel surcharge program so that it would be easier for customers?**

- Fuel surcharge is inherently an element of price. Anti-trust laws require each railroad to establish its FSC program independently.

**INTERNAL CSX INFORMATION ONLY**

INTERNAL ANNOUNCEMENT ON FSC CHANGES – March 2, 2007

- Over the past year, the Surface Transportation Board (STB) has received a large number of railroad customer complaints about railroad fuel surcharges.
- Responding to customer complaints, the STB sought public comments and held a hearing in Washington. At the hearing railroad customers were unanimous in criticizing fuel surcharges expressed as a percentage of freight charges. They urged the STB to require fuel surcharges based on mileage.
- In January 2007, the STB issued a Decision prohibiting railroads from applying fuel surcharges on regulated public prices (Tariffs), based upon a percentage of revenue.
- As a result of the STB ruling, CSXT will be converting all of its Tariffs to a new fuel surcharge based on railway miles effective April 23, 2007
- The miles will be the shortest route with CSX in the route. On joint line rates the miles are the shortest to the gateway and shortest connection rail miles.
- You can look up the rail mileage that applies to our surcharge on csx.com. The mileage tool is being populated now and customers will be notified when it is ready for use.
- The CSXT fuel surcharge will be indexed to the Energy Information Administration's U.S. No. 2 Diesel Retail Sales by All Sellers (HDF #2) and will be calculated with respect to a given month based on the average monthly price two months prior thereto. The index we'll be using is the one that is published monthly.
- Beginning at 200.0 cents per gallon HDF, and for each additional 4 cents, there will be a fuel surcharge of 1 cent per one-way mile between the origin and the destination. See Table below

| HDF Cents per Gallon Range | | Cents Per Mile Surcharge |
|---|---|---|
| 200.0 | 203.9 | 1 |
| 204.0 | 207.9 | 2 |
| 208.0 | 211.9 | 3 |
| 212.0 | 215.9 | 4 |
| 216.0 | 219.9 | 5 |
| 220.0 | 223.9 | 6 |
| 224.0 | 227.9 | 7 |
| 228.0 | 231.9 | 8 |
| 232.0 | 235.9 | 9 |
| 236.0 | 239.9 | 10 |
| 240.0 | 243.9 | 11 |
| 244.0 | 247.9 | 12 |
| 248.0 | 251.9 | 13 |
| 252.0 | 255.9 | 14 |
| 256.0 | 259.9 | 15 |
| 260.0 | 263.9 | 16 |
| 264.0 | 267.9 | 17 |
| 268.0 | 271.9 | 18 |
| 272.0 | 275.9 | 19 |
| 276.0 | 279.9 | 20 |
| 280.0 | 283.9 | 21 |
| 284.0 | 287.9 | 22 |
| 288.0 | 291.9 | 23 |
| 292.0 | 295.9 | 24 |
| 296.0 | 299.9 | 25 |
| 300.0 | 303.9 | 26 |

- For example, the average for February 2007 was 248.8 cents per gallon. As a result, the new fuel surcharge for April will be 13 cents per mile. Then, multiply the miles for the one-way trip times the applicable cents per mile. If the mileage for the trip is 400 miles, the fuel surcharge using the previous example is 400 miles times $.13 per mile or $52 for the move.
- The new FSC as directed by the STB will apply to all public freight rates effective April 23, 2007.
- All CSXT single line Tariffs, Rule 11 rate tariffs and 'A' rates for A+B prices will be increased by 11.5% effective April 23rd, 2007.

- CSXT will be separately contacting individual Class I connections to negotiate increases on our joint line rates with each one. This will be done through Marketing Services. DO NOT contact your interline counterparts.
- You should immediately begin conversations with your customers about the above information, as it relates to their business with CSXT.
- All new and renewing quotes and contracts must incorporate the new FSC program. You will be accountable for an 11.5% price adjustment to account for the new FSC in addition to your MPA price plan.
- On interline traffic; CSXT will divide the FSC applicable to each move by the same percent that we are dividing the line haul rate.
- CSXT has modified the loading report to show a combined line-haul and fuel surcharge revenue view
- You will be accountable for the current MPA price plan in addition to the 11.5% price adjustment for all moves converted to the new fuel surcharge program.
- If a customer wants to renew early. You may entertain negotiations for a new rate-surcharge package that includes the new CSXT fuel surcharge, but you should not encourage the practice. There is no obligation to open up a contract early. The STB's Decision expressly does not apply to contracts or private quotes. Any new contract/quote package must meet the same economics of the contract under its current terms. Please consult Marketing Services about workload capabilities if you would like to do this.

***Situational Questions/Concerns***

- Q: What if my customer wants to add a new O-D pair to an existing contract? Will the new surcharge apply?
  - A: No. Our systems are designed to apply only one surcharge to any individual price authority. We cannot create rates subject to two different surcharges in the same document.
- Q: I just completed negotiating a contract with my customer. We used the old surcharge as the basis for our rate proposals. Should I convert to the new fuel surcharge now?
  - A: You may do so for any date beginning after April 23, with an additional rate adjustment of 11.5% to keep the economics the same.
- Q: My customer has rates expiring on April 15 and I have just begun negotiations. What surcharge do I use?
  - A: You have three choices:
    1. As long as you generate an additional 11.5% in price, you can use the new fuel surcharges for all moves beginning April 23.
    2. Negotiate a rate increase for the short term – until April 23 and then a higher rate increase from April 23rd on using the new surcharge program
    3. Negotiate the contract using the old fuel surcharge – but only for a period of one year.

- **Q:** What do I do for new joint line rates for CSXT's requirement?
  - **A:** If CSXT is the publishing carrier, the CSXT fuel surcharge will apply. If not, ask the connection what fuel surcharge will apply on the rates you are discussing effective with April 25. Limit your discussion to that joint line rate. If the connecting carrier has not yet publicly announced what, if any, changes it intends to make to its fuel surcharge program (insofar as it affects its interline traffic with CSXT) either (1) suggest that CSXT be the publishing carrier or (2) agree on a temporary (60-day) interline rate that is high enough to protect CSXT in the event of a run-up in fuel prices between now and June 1. You are responsible to make sure you protect CSX's revenue requirement plus the fuel surcharge.

- **Q:** If we agree to price divisions with another carrier now, should we put a qualifier on the quote that states it is good for use with their current fsc program and we reserve the right to change the price should a new fsc program apply.
  - **A:** Yes. All division requirements must be stated along with the specific fuel surcharge that applies.

- Once the other major roads announce how they intend to comply with the STB's Decision, and we understand the impact of the various surcharge changes in the industry, you will be provided with a matrix setting out the major roads' respective individual programs to help in your calculations.
- CSXT would like to informally monitor customer reaction. If you receive any e-mail commentary, please forward them to FSC Reaction@csx.com, for later review.

- In summary, on January 26th the STB decided:

  - For regulated public freight rates, that a FSC can not be calculated as a percent of the base rate
  - Double-dipping (charging for fuel in multiple escalators) is prohibited. (CSXT has virtually never done this.)
  - The decision is not retroactive and does not apply to contracts or private price quotes
  - Monthly FSC reports will be developed for the STB
  - Implementation within 90 days

March 2, 2007

Re: Changes to CSX Transportation Fuel Surcharge Program

On January 26, 2007, the Surface Transportation Board (STB) issued a decision prohibiting railroads from assessing fuel surcharges on regulated public freight rates based on a percentage of freight charges after April 25, 2007. In reaching this decision, the STB was responding to rail customers' calls for fuel surcharges to be based on mileage rather than freight charges.

CSX Transportation (CSXT) values its customers' ease of doing business. Since the STB ruling, CSXT has explored alternative approaches to a fuel surcharge program which would meet both regulatory requirements and customer needs. In order to make the transition to a new program as easy as possible for our customers, we wanted to get this information to you as early as possible. As a result of those efforts, CSXT will be converting all its public freight rates to a new fuel surcharge based on rail miles effective April 23, 2007.

The new mileage-based fuel surcharge will be indexed to the U.S Department of Energy, Energy Information Administration's published monthly average price of U.S. No. 2 Diesel Retail Sales by All Sellers (HDF #2). In calculating the surcharge, we will use the published EIA monthly average two months prior to the current month. Beginning at 200.0 cents per gallon HDF, and for each incremental 4 cents per gallon, CSXT will charge a 1 cent per mile (one-way) fuel surcharge from origin to destination.

For example, the HDF average for February was 248.8 cents per gallon, and the fuel surcharge for April will, as a result, be 13 cents per mile. To calculate your fuel surcharge under this new formula you will be able, shortly, to look up the applicable mileage on csx.com. You can then multiply the miles for the one-way trip times the applicable cents per mile. If the mileage for the trip were 400 miles, then the fuel surcharge, applying the April rate of 13 cents per mile, would be 400 miles times 13 cents per mile, or $52 for the move.

Because CSXT is using this opportunity to reset the effective trigger point to a more current fuel level, rate adjustments on public freight rates will be announced shortly to ensure that the net combination of rate and fuel surcharge remain at market levels.

This new program will also be made available to all customers on new and renewing contracts or quotes.

Details of the new program will soon be available at WWW.CSX.COM.

CSX Transportation

    

# CSX Corporation 2007 Business Plan

## December 2006

# DRAFT

## 2007 Commercial Plan

Clarence Gooden
Executive Vice President
Chief Commercial Officer

# The 2007 S&M Plan will deliver strong pricing <u>and</u> volume growth

- Price will continue to drive the top line
  - Price plan of $410M (preliminary)
  - Incremental fuel surcharge revenue of $195 million due to coverage increasing from 55% to 65%
- Volume growth of 3.1%, but mixed between the groups
  - CSXI volume growth of 11.3% driven by [redacted]
  - Merchandise volume growth of 1.7%, slightly below IDP growth
  - Auto down 2.5% due to industry market share shift and reduction in overall production
  - Coal volume down 2.7% due to slowdown of inventory rebuilds

# Both revenue and volume growth are robust compared to recent past




Note: 2005 adjusted for 53rd week

# 2007 revenue increase is driven by pricing, fuel surcharge, and targeted volume growth

| Revenue ($ millions) | 2007 Plan | 2006 Outlook | Variance $ Amount | Variance Percent |
|---|---|---|---|---|
| Automotive | $ 837 | $ 813 | $ 24 | 3.0% |
| Coal | 2,304 | 2,222 | 82 | 3.7% |
| Merchandise | 4,516 | 4,289 | 227 | 5.3% |
| Intermodal | 1,420 | 1,274 | 146 | 11.4% |
| Total Linehaul | 9,077 | 8,599 | 478 | 5.6% |
| Supplemental | 223 | 220 | 3 | |
| Fuel Surcharge | 970 | 792 | 178 | |
| Total Revenue | $ 10,270 | $ 9,611 | $ 659 | 6.9% |

| Units (000) | 2007 Plan | 2006 Outlook | Variance Amount | Variance Percent |
|---|---|---|---|---|
| Automotive | 451 | 462 | (11) | (2.5%) |
| Coal | 1,854 | 1,906 | (52) | (2.7%) |
| Merchandise | 2,891 | 2,844 | 47 | 1.7% |
| Intermodal | 2,447 | 2,199 | 248 | 11.3% |
| Total Units | 7,643 | 7,412 | 231 | 3.1% |

delivering. CSX

# Automotive Planned Growth: $24M

| | |
|---|---|
| 2006 Outlook | $ 813 |
| Price | 25 |
| Volume/Mix | (1) |
| 2007 Plan | $ 837 |

YOY Growth




- 15.5M units projected for 2007; YOY increase of 0.2%
- [redacted] will see the most severe declines
  - Larger impact on NS
- Risk remains of [redacted] and associated production disruptions
- [redacted] renegotiated with 10% increase and no traffic loss

# Coal Planned Growth: $82M

| | |
|---|---|
| 2006 Outlook | $ 2,222 |
| Price | 139 |
| Volume/Mix | (57) |
| 2007 Plan | $ 2,304 |




- Continued growth of utility inventory, but at a slower rate, reducing YOY volume
- Aggressive pricing plan, including new [redacted] contract
- Softening export volumes
- Minor losses on the Ohio River due to additional scrubbed plants able to source high-sulfur river coal

# Merchandise Planned Growth: $227M

| | |
|---|---|
| 2006 Outlook | $ 4,289 |
| Price | 196 |
| Volume/Mix | 31 |
| 2007 Plan | $4,516 |




- Continued emphasis on yield management
- PET plant expansions = $13M, +12% in '07
- Ethanol expansion into new geographies
- Economy boost of $2.3 M due to increased corn plantings
- Slower housing market will impact demand
- Steel forecast remains stable with greater market discipline due to consolidation

# Intermodal Planned Growth: $146M

| | |
|---|---|
| 2006 Outlook | $ 1,274 |
| Price | 50 |
| Volume/Mix | 96 |
| 2007 Plan | $ 1,420 |

- Revenue growth in three key segments:
  - International – 8.5% to $491M
  - Truckload – 35.4% to $117M
  - [redacted] – New Business $30M
- Pricing strength will continue
- Flat RPU due to [redacted] mix







delivering. CSX

# Intermodal growth in a function of both organic initiatives and market share shifts







- 61% of volume growth is from increasing market share
  - 110K loads: [redacted]
  - 65K loads: [redacted]
  - (49K) loads in share losses
- 80K loads due to organic growth
- 69% of revenue growth is from organic initiatives
  - $50M in price
  - [redacted] $18M
  - General growth $16M
- $39M in additional revenue gains from market share increases

delivering. CSX

# The Rail Renaissance is the driving force enabling Commercial success in 2007



Pricing

## The Rail Renaissance has provided a new pricing paradigm that will allow long term pricing over inflation




delivering. CSX

# CSX has seen continued strong yield growth in 2006

Pricing

## YOY Revenue Per Unit Growth




**2 year CAGR:** 10.5% 11.0% 12.3% 11.3%

**Note:** CSX & NS 2Q excludes impact of [redacted]

# Truck rate gains have outpaced CSX on a revenue per mile basis indicating further market pricing opportunity

Pricing

ATA from 2002
To be updated




**Note:** Truck index is Long Haul ATA
CSXT index based on CSXT revenue per mile including fuel surcharge revenue and CSXT loaded miles

# The strong pricing environment will continue in 2007, reflected in an aggressive price plan

Pricing




| Price % | 1.0% | 2.2% | 5.8% | 6.0% | 5.6% |
|---|---|---|---|---|---|

# Even with strict profitability hurdles, CSX is capturing carload growth in line with peers

Targeted Volume Growth



# 2007 growth is targeted to strategic areas

**Targeted Volume Growth**

To be completed

BN via Memphis to Southeast

MGA Coal via New Castle and Cumberland to FL, NC and SC

Chicago to/from Northeast




delivering. CSX

# We expect a 10% increase in fuel surcharge coverage

Fuel Surcharge



# Several short-term risks represent potential limitations to the 2007 Commercial Plan



# Most economic and market indicators suggest continued growth in 2007; albeit at a slower pace

**Economy & Market Conditions**


















# Most economic and market indicators suggest continued growth in 2007; albeit at a slower pace

Economy & Market Conditions



# Regulatory Environment

- Fuel Surcharge
  - We have plans to convert value
  - Minimize leakage
- Small Rate Cases
  - Bullet
  - Bullet

# Morgan Stanley freight index is now approaching its lowest point in five years

**Short-Term Trucking Capacity**

**Morgan Stanley Dry Van Truckload Freight Index**




- **Low index based on lower demand and increasing supply**
  - Tighter inventory controls/limited restocking
  - Supply increasing somewhat, but still below historic average
- **Truck pricing still remains positive year over year**
  - Revenue per loaded mile up 4% to 5% in 2006
  - Excludes fuel surcharges

delivering. CSX

# The Commercial Price Plan assumes that NS will continue to aggressively price their services

**NS Pricing Behavior**

## YOY Revenue Per Unit Growth




**2 year CAGR:** 10.5% (CSX) 11.0% (NS)

**Note:** CSX & NS 2Q excludes impact of Duke rate case settlement

# 2007 action supported by detailed volume and revenue initiative plans

| Key Drivers and Assumptions | Growth Opportunities and Risks | Pricing Strategies |
|---|---|---|
| • Economic indicators<br>• Market sensitivities<br>• Volume linked to car capacity<br>• Service level expectations | • Known gains by customer<br>• Know losses by customer<br>• Initiatives and modal conversions | • Detail price plan for major customers<br>• New vs. carryover price<br>• Contribution improvement plans for low margin traffic |

**2007 Commercial Plan**

# Commercial Plan Summary

- Pricing plan aggressive, but consistent with the rest of the industry
- Volume growth targeted to high margin segments
- Accountability around financial goals rewards bottom-line focus

# Appendix

# Contribution focus is forcing a shift toward more profitable business

To be updated




delivering. CSX

CSX CORPORATION



# CSX Corporation 2007 Business Plan

## December 2006

DRAFT

# 2007 Commercial Plan

Clarence Gooden
Executive Vice President
Chief Commercial Officer

delivering. CSX 2

## The 2007 S&M Plan will deliver strong pricing <u>and</u> volume growth

- Price will continue to drive the top line
  - Price plan of $410M (preliminary)
  - Incremental fuel surcharge revenue of $195 million due to coverage increasing from 55% to 65%
- Volume growth of 3.1%, but mixed between the groups
  - CSXI volume growth of 11.3% driven by [redacted]
  - Merchandise volume growth of 1.7%, slightly below IDP growth
  - Auto down 2.5% due to industry market share shift and reduction in overall production
  - Coal volume down 2.7% due to slowdown of inventory rebuilds



<u>Reminders</u>:

As we continue to test price ceilings, we must accept the risk of losing business

Intermodal trains at 65% capacity




Reminders:

Linehaul revenue excludes fuel surcharge

2005 volume impacted by Intermodal restructuring (network simplification),

2006 growth driven by Coal and Intermodal, which we will talk more about later

## 2007 revenue increase is driven by pricing, fuel surcharge, and targeted volume growth

| Revenue ($ millions) | 2007 Plan | 2006 Outlook | Variance $ Amount | Variance Percent |
|---|---|---|---|---|
| Automotive | $ 837 | $ 813 | $ 24 | 3.0% |
| Coal | 2,304 | 2,222 | 82 | 3.7% |
| Merchandise | 4,516 | 4,289 | 227 | 5.3% |
| Intermodal | 1,420 | 1,274 | 146 | 11.4% |
| Total Linehaul | 9,077 | 8,599 | 478 | 5.6% |
| Supplemental | 223 | 220 | 3 | |
| Fuel Surcharge | 970 | 792 | 178 | |
| Total Revenue | $ 10,270 | $ 9,611 | $ 659 | 6.9% |

| Units (000) | 2007 Plan | 2006 Outlook | Variance Amount | Variance Percent |
|---|---|---|---|---|
| Automotive | 451 | 462 | (11) | (2.5%) |
| Coal | 1,854 | 1,906 | (52) | (2.7%) |
| Merchandise | 2,891 | 2,844 | 47 | 1.7% |
| Intermodal | 2,447 | 2,199 | 248 | 11.3% |
| Total Units | 7,643 | 7,412 | 231 | 3.1% |

delivering. CSX 5

Reminders:

Transition from previous slide is revenue growth

This slide builds: Linehaul, Total Revenue, Units

Don't go into too much detail here about each market. Embellish on next 5 slides

## Automotive Planned Growth: $24M

| | |
|---|---|
| 2006 Outlook | $ 813 |
| Price | 25 |
| Volume/Mix | (1) |
| 2007 Plan | $ 837 |




- 15.5M units projected for 2007; YOY increase of 0.2%
- [redacted] will see the most severe declines
  - Larger impact on NS
- Risk remains of [redacted] and associated production disruptions
- [redacted] renegotiated with 10% increase and no traffic loss

## Coal Planned Growth: $82M

| | |
|---|---|
| 2006 Outlook | $ 2,222 |
| Price | 139 |
| Volume/Mix | (57) |
| 2007 Plan | $ 2,304 |




- Continued growth of utility inventory, but at a slower rate, reducing YOY volume
- Aggressive pricing plan, including new [redacted] contract
- Softening export volumes
- Minor losses on the Ohio River due to additional scrubbed plants able to source high-sulfur river coal

delivering. CSX

7

# Merchandise Planned Growth: $227M

| | |
|---|---|
| 2006 Outlook | $ 4,289 |
| Price | 196 |
| Volume/Mix | 31 |
| 2007 Plan | $4,516 |




- Continued emphasis on yield management
- PET plant expansions = $13M, +12% in '07
- Ethanol expansion into new geographies
- Economy boost of $2.3 M due to increased corn plantings
- Slower housing market will impact demand
- Steel forecast remains stable with greater market discipline due to consolidation

delivering. CSX

# Intermodal Planned Growth: $146M

| | |
|---|---|
| 2006 Outlook | $ 1,274 |
| Price | 50 |
| Volume/Mix | 96 |
| 2007 Plan | $ 1,420 |

- Revenue growth in three key segments:
  - International – 8.5% to $491M
  - Truckload – 35.4% to $117M
  - [redacted] – New Business $30M
- Pricing strength will continue
- Flat RPU due to [redacted] mix






## Intermodal growth in a function of both organic initiatives and market share shifts

**Volume**
(000)




- 61% of volume growth is from increasing market share
  - 110K loads: [redacted]
  - 65K loads: [redacted]
  - (49K) loads in share losses
- 80K loads due to organic growth

**Revenue**
($M)




Organic Share

- 69% of revenue growth is from organic initiatives
  - $50M in price
  - [redacted] $18M
  - General growth $16M
- $39M in additional revenue gains from market share increases

delivering. CSX

10

## The Rail Renaissance is the driving force enabling Commercial success in 2007



## The Rail Renaissance has provided a new pricing paradigm that will allow long term pricing over inflation

Pricing



## CSX has seen continued strong yield growth in 2006

Pricing

### YOY Revenue Per Unit Growth




2 year CAGR: 10.5% 11.0% 12.3% 11.3%

Note: CSX & NS 2Q excludes impact of Duke rate case settlement

delivering. CSX 13

Reminders:

I showed you this slide in September and it is now updated for what happened in 3Q,

All rails are raising their rates aggressively and while we got off to a more aggressive start, the other rails have caught up to us and are even more aggressive now

However, during the last 2 years our compounded annual revenue per car growth is consistent with the rest of the industry

I see this chart as a) validation of that we are doing the right thin and b) from a rail competition perspective, we should be able to sustain our pricing strategy clearly through all of 2006 and hopefully beyond that

**Truck rate gains have outpaced CSX on a revenue per mile basis indicating further market pricing opportunity**

Pricing

ATA from 2002
To be updated

**Revenue Per Mile Index**




**Note:** Truck index is Long Haul ATA
CSXT index based on CSXT revenue per mile including fuel surcharge revenue and CSXT loaded miles

delivering. CSX 14

Reminders:

You've seen this slide in September

Includes Fuel surcharge

Info on Long Haul ATA past August has not been released

As you can see, trucking industry have raised their rates more than us

Once again, I view this slide as an opportunity, truckers have increased their rates more than us and with continued shortage of truck capacity, our push to increase prices should not be affected by the trucking industry during 2006

## The strong pricing environment will continue in 2007, reflected in an aggressive price plan

Pricing




delivering. CSX



Reminders:

As you can see, we more than doubled our pricing in 2005 from what we got in 2004 and in 2006 we are going to repeat that performance

Escalators may not be as high (not same benefit as this year)

Not as many contracts up for renewal

It gets slightly harder to get price increase as you come back for it a second time and in some instance a third




Reminders:

Slide builds

Are these thresholds impacting our ability to grow? From what you might have read in the analyst reports that we send you, you might get that impression, but..

Separate our carload business from Intermodal business

We are growing as fast as our Eastern competitors, almost as fast as BN, and outpacing all the others in carloads

Already talked about Intermodal growth decline this year because of network simplification

## 2007 growth is targeted to strategic areas

Targeted Volume Growth

To be completed




MGA Coal via New Castle and Cumberland to FL, NC and SC

BN via Memphis to Southeast

Chicago to/from Northeast

delivering. CSX

17

## We expect a 10% increase in fuel surcharge coverage

Fuel Surcharge




delivering. CSX

18

<u>Reminders</u>:

As you can see, we more than doubled our pricing in 2005 from what we got in 2004 and in 2006 we are going to repeat that performance

Escalators may not be as high (not same benefit as this year)

Not as many contracts up for renewal

It gets slightly harder to get price increase as you come back for it a second time and in some instance a third

# Several short-term risks represent potential limitations to the 2007 Commercial Plan



# Most economic and market indicators suggest continued growth in 2007; albeit at a slower pace

Economy & Market Conditions


















## Most economic and market indicators suggest continued growth in 2007; albeit at a slower pace

Economy & Market Conditions




delivering. CSX

21

**DO NOT PRINT**

Regulatory Environment

## Regulatory Environment

- Fuel Surcharge
  - We have plans to convert value
  - Minimize leakage
- Small Rate Cases
  - Bullet
  - Bullet

delivering. CSX

22

## Morgan Stanley freight index is now approaching its lowest point in five years

Short-Term Trucking Capacity

**Morgan Stanley Dry Van Truckload Freight Index**




- **Low index based on lower demand and increasing supply**
  - Tighter inventory controls/limited restocking
  - Supply increasing somewhat, but still below historic average
- **Truck pricing still remains positive year over year**
  - Revenue per loaded mile up 4% to 5% in 2006
  - Excludes fuel surcharges

delivering. CSX



Reminders:

As we continue to test price ceilings, we must accept the risk of losing business

Intermodal trains at 65% capacity




Reminders:

I showed you this slide in September and it is now updated for what happened in 3Q,

All rails are raising their rates aggressively and while we got off to a more aggressive start, the other rails have caught up to us and are even more aggressive now

However, during the last 2 years our compounded annual revenue per car growth is consistent with the rest of the industry

I see this chart as a) validation of that we are doing the right thin and b) from a rail competition perspective, we should be able to sustain our pricing strategy clearly through all of 2006 and hopefully beyond that




<u>Reminders</u>:

Accountability

Detailed plan across all markets

## Commercial Plan Summary

- Pricing plan aggressive, but consistent with the rest of the industry
- Volume growth targeted to high margin segments
- Accountability around financial goals rewards bottom-line focus

# Appendix




<u>Reminders</u>:

You have seen this before

Explain the chart: It looks at profitability of traffic from a CPCD perspective

Continue to make progress on getting left to shit to right of $10 CPCD floor

Our most aggressive pricing is on traffic to the left of the threshold

Addressed as contracts come up for renewal

Realistically, there will always be stuff on the left hand side; it's a continuous push

$1-$2 impact per day with improved turn times

**From:** Couch, John
**Sent:** Thursday, March 20, 2003 12:58 PM
**To:** Onimus, Frank S III

**Attachments:** Fuel surcharge - New program.ppt; fuel surcharge.xls

Fuel surcharge - New program.p...

fuel surcharge.xls (66 KB)

# Fuel Surcharge
# Merchandise 2003



CSX TRANSPORTATION

# Changes to the program

- Start the program at $23/barrel
- Based on prior months average price – not 30 consecutive business days
- .4% increase for every dollar above $23
  - Maintains same 2% for every $5 dollar change
- No fuel surcharge in the “dead zone”
  - $13-23/barrel
- .4% discount for every dollar below $13

# The new program - comparison

| Basis Date | Highway Diesel | Oil Barrel | BNSF Surcharge | Old CSX Surcharge | New CSX Surcharge |
|---|---|---|---|---|---|
| 1/02 | $ 1.15 | $ 19 | 0.0% | 0.0% | |
| 2/02 | $ 1.15 | $ 20 | 0.0% | 0.0% | |
| 3/02 | $ 1.23 | $ 24 | 1.0% | 0.0% | 0.4% |
| 6/02 | $ 1.29 | $ 25 | 0.0% | 0.0% | 0.8% |
| 11/02 | $ 1.42 | $ 26 | 2.0% | 0.0% | 1.2% |
| 7/02 | $ 1.30 | $ 26 | 1.0% | 0.0% | 1.2% |
| 4/02 | $ 1.31 | $ 26 | 1.0% | 0.0% | 1.2% |
| 5/02 | $ 1.31 | $ 27 | 0.0% | 0.0% | 1.6% |
| 10/02 | $ 1.47 | $ 28 | 2.0% | 2.0% | 2.0% |
| 8/02 | $ 1.33 | $ 28 | 2.0% | 2.0% | 2.0% |
| 12/02 | $ 1.43 | $ 29 | 2.5% | 2.0% | 2.4% |
| 9/02 | $ 1.41 | $ 29 | 2.5% | 2.0% | 2.4% |
| 1/03 | $ 1.49 | $ 32 | 4.5% | 2.0% | 3.6% |
| 3/03 | $ 1.75 | $ 35 | 5.5% | 4.0% | 4.8% |

BNSF Actuals
CSXT if timing threshold met



CSX TRANSPORTATION

| Basis Date | Highway Diesel | Oil Barrel | BNSF Surcharge | Old CSX Surcharge | New CSX Surcharge |
|---|---|---|---|---|---|
| 1/02 | $ 1.15 | $ 19 | 0.0% | 0.0% | |
| 2/02 | $ 1.15 | $ 20 | 0.0% | 0.0% | |
| 3/02 | $ 1.23 | $ 24 | 1.0% | 0.0% | 0.4% |
| 6/02 | $ 1.29 | $ 25 | 0.0% | 0.0% | 0.8% |
| 11/02 | $ 1.42 | $ 26 | 2.0% | 0.0% | 1.2% |
| 7/02 | $ 1.30 | $ 26 | 1.0% | 0.0% | 1.2% |
| 4/02 | $ 1.31 | $ 26 | 1.0% | 0.0% | 1.2% |
| 5/02 | $ 1.31 | $ 27 | 0.0% | 0.0% | 1.6% |
| 10/02 | $ 1.47 | $ 28 | 2.0% | 2.0% | 2.0% |
| 8/02 | $ 1.33 | $ 28 | 2.0% | 2.0% | 2.0% |
| 12/02 | $ 1.43 | $ 29 | 2.5% | 2.0% | 2.4% |
| 9/02 | $ 1.41 | $ 29 | 2.5% | 2.0% | 2.4% |
| 1/03 | $ 1.49 | $ 32 | 4.5% | 2.0% | 3.6% |
| 3/03 | $ 1.75 | $ 35 | 5.5% | 4.0% | 4.8% |

BNSF Actuals
CSXT if timing threshold met

| Year | $/barrel |
|---|---|
| 1,994 | $ 15.00 |
| 1,994 | $ 14.00 |
| 1,994 | $ 14.00 |
| 1,994 | $ 16.00 |
| 1,994 | $ 17.00 |
| 1,994 | $ 19.00 |
| 1,994 | $ 19.00 |
| 1,994 | $ 18.00 |
| 1,994 | $ 17.00 |
| 1,994 | $ 17.00 |
| 1,994 | $ 18.00 |
| 1,994 | $ 17.00 |
| 1,995 | $ 17.00 |
| 1,995 | $ 18.00 |
| 1,995 | $ 18.00 |
| 1,995 | $ 19.00 |
| 1,995 | $ 19.00 |
| 1,995 | $ 18.00 |
| 1,995 | $ 17.00 |
| 1,995 | $ 18.00 |
| 1,995 | $ 18.00 |
| 1,995 | $ 17.00 |
| 1,995 | $ 17.00 |
| 1,995 | $ 19.00 |
| 1,996 | $ 18.00 |
| 1,996 | $ 19.00 |
| 1,996 | $ 21.00 |
| 1,996 | $ 23.00 |
| 1,996 | $ 21.00 |
| 1,996 | $ 20.00 |
| 1,996 | $ 21.00 |
| 1,996 | $ 21.00 |
| 1,996 | $ 23.00 |
| 1,996 | $ 24.00 |
| 1,996 | $ 23.00 |
| 1,996 | $ 25.00 |
| 1,997 | $ 25.00 |
| 1,997 | $ 22.00 |
| 1,997 | $ 20.00 |
| 1,997 | $ 19.00 |
| 1,997 | $ 20.00 |
| 1,997 | $ 19.00 |
| 1,997 | $ 19.00 |
| 1,997 | $ 19.00 |
| 1,997 | $ 19.00 |
| 1,997 | $ 21.00 |
| 1,997 | $ 20.00 |
| 1,997 | $ 18.00 |
| 1,998 | $ 16.00 |
| 1,998 | $ 16.00 |
| 1,998 | $ 15.00 |
| 1,998 | $ 15.00 |
| 1,998 | $ 14.00 |
| 1,998 | $ 13.00 |
| 1,998 | $ 14.00 |
| 1,998 | $ 13.00 |
| 1,998 | $ 14.00 |
| 1,998 | $ 14.00 |
| 1,998 | $ 12.00 |
| 1,998 | $ 11.00 |
| 1,999 | $ 12.00 |
| 1,999 | $ 12.00 |
| 1,999 | $ 14.00 |
| 1,999 | $ 17.00 |
| 1,999 | $ 17.00 |
| 1,999 | $ 17.00 |
| 1,999 | $ 20.00 |
| 1,999 | $ 21.00 |
| 1,999 | $ 23.00 |
| 1,999 | $ 22.00 |
| 1,999 | $ 24.00 |
| 1,999 | $ 26.00 |
| 2,000 | $ 27.00 |

| | |
|---|---|
| 2,000 | $ 29.00 |
| 2,000 | $ 29.00 |
| 2,000 | $ 25.00 |
| 2,000 | $ 28.00 |
| 2,000 | $ 31.00 |
| 2,000 | $ 29.00 |
| 2,000 | $ 31.00 |
| 2,000 | $ 33.00 |
| 2,000 | $ 33.00 |
| 2,000 | $ 34.00 |
| 2,000 | $ 28.00 |
| 2,001 | $ 29.00 |
| 2,001 | $ 29.00 |
| 2,001 | $ 27.00 |
| 2,001 | $ 27.00 |
| 2,001 | $ 28.00 |
| 2,001 | $ 27.00 |
| 2,001 | $ 26.00 |
| 2,001 | $ 27.00 |
| 2,001 | $ 25.00 |
| 2,001 | $ 22.00 |
| 2,001 | $ 19.00 |
| 2,001 | $ 19.00 |
| 2,002 | $ 19.00 |
| 2,002 | $ 20.00 |
| 2,002 | $ 24.00 |
| 2,002 | $ 26.00 |
| 2,002 | $ 27.00 |
| 2,002 | $ 25.00 |
| 2,002 | $ 26.00 |
| 2,002 | $ 28.00 |
| 2,002 | $ 29.00 |
| 2,002 | $ 28.00 |
| 2,002 | $ 26.00 |
| 2,002 | $ 29.00 |
| 2,003 | $ 32.00 |


WTI $/barrel
$-
$5.00
$10.00
$15.00
$20.00
$25.00
$30.00
$35.00
$40.00
1,994
1,994
1,995
1,995
1,996
1,996
1,997
1,997
1,998
1,998
1,999
1,999
2,000
2,000
2,001
2,001
2,002
2,002
2,003

| Highway | | | | WTI | |
|---|---|---|---|---|---|
| | month | $$ | | | $/barrel |
| 2/28/1994 | Feb-94 | 111 | 1994 | 1994 | 15.00 |
| 3/28/1994 | Mar-94 | 111 | 1994 | 1994 | 14.00 |
| 4/4/1994 | Apr-94 | 111 | 1994 | 1994 | 14.00 |
| 4/11/1994 | Apr-94 | 111 | 1994 | 1994 | 16.00 |
| 4/18/1994 | Apr-94 | 111 | 1994 | 1994 | 17.00 |
| 4/25/1994 | Apr-94 | 111 | 1994 | 1994 | 19.00 |
| 5/2/1994 | May-94 | 110 | 1994 | 1994 | 19.00 |
| 5/9/1994 | May-94 | 110 | 1994 | 1994 | 18.00 |
| 5/16/1994 | May-94 | 110 | 1994 | 1994 | 17.00 |
| 5/23/1994 | May-94 | 110 | 1994 | 1994 | 17.00 |
| 5/30/1994 | May-94 | 110 | 1994 | 1994 | 18.00 |
| 6/6/1994 | Jun-94 | 110 | 1994 | 1994 | 17.00 |
| 6/13/1994 | Jun-94 | 110 | 1994 | 1995 | 17.00 |
| 6/20/1994 | Jun-94 | 110 | 1994 | 1995 | 18.00 |
| 6/27/1994 | Jun-94 | 111 | 1994 | 1995 | 18.00 |
| 7/4/1994 | Jul-94 | 111 | 1994 | 1995 | 19.00 |
| 7/11/1994 | Jul-94 | 111 | 1994 | 1995 | 19.00 |
| 7/18/1994 | Jul-94 | 111 | 1994 | 1995 | 18.00 |
| 7/25/1994 | Jul-94 | 111 | 1994 | 1995 | 17.00 |
| 8/1/1994 | Aug-94 | 112 | 1994 | 1995 | 18.00 |
| 8/8/1994 | Aug-94 | 113 | 1994 | 1995 | 18.00 |
| 8/15/1994 | Aug-94 | 113 | 1994 | 1995 | 17.00 |
| 8/22/1994 | Aug-94 | 112 | 1994 | 1995 | 17.00 |
| 8/29/1994 | Aug-94 | 112 | 1994 | 1995 | 19.00 |
| 9/5/1994 | Sep-94 | 113 | 1994 | 1996 | 18.00 |
| 9/12/1994 | Sep-94 | 113 | 1994 | 1996 | 19.00 |
| 9/19/1994 | Sep-94 | 113 | 1994 | 1996 | 21.00 |
| 9/26/1994 | Sep-94 | 112 | 1994 | 1996 | 23.00 |
| 10/3/1994 | Oct-94 | 112 | 1994 | 1996 | 21.00 |
| 10/10/1994 | Oct-94 | 112 | 1994 | 1996 | 20.00 |
| 10/17/1994 | Oct-94 | 112 | 1994 | 1996 | 21.00 |
| 10/24/1994 | Oct-94 | 112 | 1994 | 1996 | 21.00 |
| 10/31/1994 | Oct-94 | 113 | 1994 | 1996 | 23.00 |
| 11/7/1994 | Nov-94 | 113 | 1994 | 1996 | 24.00 |
| 11/14/1994 | Nov-94 | 114 | 1994 | 1996 | 23.00 |
| 11/21/1994 | Nov-94 | 113 | 1994 | 1996 | 25.00 |
| 11/28/1994 | Nov-94 | 113 | 1994 | 1997 | 25.00 |
| 12/5/1994 | Dec-94 | 112 | 1994 | 1997 | 22.00 |
| 12/12/1994 | Dec-94 | 111 | 1994 | 1997 | 20.00 |
| 12/19/1994 | Dec-94 | 111 | 1994 | 1997 | 19.00 |
| 12/26/1994 | Dec-94 | 111 | 1994 | 1997 | 20.00 |
| 1/2/1995 | Jan-95 | 110 | 1995 | 1997 | 19.00 |
| 1/9/1995 | Jan-95 | 110 | 1995 | 1997 | 19.00 |
| 1/16/1995 | Jan-95 | 110 | 1995 | 1997 | 19.00 |
| 1/23/1995 | Jan-95 | 110 | 1995 | 1997 | 19.00 |
| 1/30/1995 | Jan-95 | 109 | 1995 | 1997 | 21.00 |
| 2/6/1995 | Feb-95 | 109 | 1995 | 1997 | 20.00 |
| 2/13/1995 | Feb-95 | 109 | 1995 | 1997 | 18.00 |
| 2/20/1995 | Feb-95 | 109 | 1995 | 1998 | 16.00 |
| 2/27/1995 | Feb-95 | 109 | 1995 | 1998 | 16.00 |
| 3/6/1995 | Mar-95 | 109 | 1995 | 1998 | 15.00 |
| 3/13/1995 | Mar-95 | 109 | 1995 | 1998 | 15.00 |
| 3/20/1995 | Mar-95 | 109 | 1995 | 1998 | 14.00 |
| 3/27/1995 | Mar-95 | 109 | 1995 | 1998 | 13.00 |
| 4/3/1995 | Apr-95 | 109 | 1995 | 1998 | 14.00 |
| 4/10/1995 | Apr-95 | 110 | 1995 | 1998 | 13.00 |
| 4/17/1995 | Apr-95 | 111 | 1995 | 1998 | 14.00 |
| 4/24/1995 | Apr-95 | 112 | 1995 | 1998 | 14.00 |
| 5/1/1995 | May-95 | 112 | 1995 | 1998 | 12.00 |
| 5/8/1995 | May-95 | 113 | 1995 | 1998 | 11.00 |
| 5/15/1995 | May-95 | 113 | 1995 | 1999 | 12.00 |
| 5/22/1995 | May-95 | 112 | 1995 | 1999 | 12.00 |
| 5/29/1995 | May-95 | 113 | 1995 | 1999 | 14.00 |
| 6/5/1995 | Jun-95 | 112 | 1995 | 1999 | 17.00 |
| 6/12/1995 | Jun-95 | 112 | 1995 | 1999 | 17.00 |
| 6/19/1995 | Jun-95 | 112 | 1995 | 1999 | 17.00 |
| 6/26/1995 | Jun-95 | 111 | 1995 | 1999 | 20.00 |
| 7/3/1995 | Jul-95 | 111 | 1995 | 1999 | 21.00 |
| 7/10/1995 | Jul-95 | 110 | 1995 | 1999 | 23.00 |
| 7/17/1995 | Jul-95 | 110 | 1995 | 1999 | 22.00 |
| 7/24/1995 | Jul-95 | 110 | 1995 | 1999 | 24.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/31/1995 | Jul-95 | 109 | 1995 | 1999 | 26.00 |
| 8/7/1995 | Aug-95 | 110 | 1995 | 2000 | 27.00 |
| 8/14/1995 | Aug-95 | 111 | 1995 | 2000 | 29.00 |
| 8/21/1995 | Aug-95 | 111 | 1995 | 2000 | 29.00 |
| 8/28/1995 | Aug-95 | 111 | 1995 | 2000 | 25.00 |
| 9/4/1995 | Sep-95 | 112 | 1995 | 2000 | 28.00 |
| 9/11/1995 | Sep-95 | 112 | 1995 | 2000 | 31.00 |
| 9/18/1995 | Sep-95 | 112 | 1995 | 2000 | 29.00 |
| 9/25/1995 | Sep-95 | 112 | 1995 | 2000 | 31.00 |
| 10/2/1995 | Oct-95 | 112 | 1995 | 2000 | 33.00 |
| 10/9/1995 | Oct-95 | 112 | 1995 | 2000 | 33.00 |
| 10/16/1995 | Oct-95 | 112 | 1995 | 2000 | 34.00 |
| 10/23/1995 | Oct-95 | 111 | 1995 | 2000 | 28.00 |
| 10/30/1995 | Oct-95 | 111 | 1995 | 2001 | 29.00 |
| 11/6/1995 | Nov-95 | 112 | 1995 | 2001 | 29.00 |
| 11/13/1995 | Nov-95 | 112 | 1995 | 2001 | 27.00 |
| 11/20/1995 | Nov-95 | 112 | 1995 | 2001 | 27.00 |
| 11/27/1995 | Nov-95 | 112 | 1995 | 2001 | 28.00 |
| 12/4/1995 | Dec-95 | 112 | 1995 | 2001 | 27.00 |
| 12/11/1995 | Dec-95 | 112 | 1995 | 2001 | 26.00 |
| 12/18/1995 | Dec-95 | 113 | 1995 | 2001 | 27.00 |
| 12/25/1995 | Dec-95 | 114 | 1995 | 2001 | 25.00 |
| 1/1/1996 | Jan-96 | 115 | 1996 | 2001 | 22.00 |
| 1/8/1996 | Jan-96 | 115 | 1996 | 2001 | 19.00 |
| 1/15/1996 | Jan-96 | 115 | 1996 | 2001 | 19.00 |
| 1/22/1996 | Jan-96 | 114 | 1996 | 2002 | 19.00 |
| 1/29/1996 | Jan-96 | 114 | 1996 | 2002 | 20.00 |
| 2/5/1996 | Feb-96 | 113 | 1996 | 2002 | 24.00 |
| 2/12/1996 | Feb-96 | 113 | 1996 | 2002 | 26.00 |
| 2/19/1996 | Feb-96 | 115 | 1996 | 2002 | 27.00 |
| 2/26/1996 | Feb-96 | 116 | 1996 | 2002 | 25.00 |
| 3/4/1996 | Mar-96 | 118 | 1996 | 2002 | 26.00 |
| 3/11/1996 | Mar-96 | 117 | 1996 | 2002 | 28.00 |
| 3/18/1996 | Mar-96 | 117 | 1996 | 2002 | 29.00 |
| 3/25/1996 | Mar-96 | 121 | 1996 | 2002 | 28.00 |
| 4/1/1996 | Apr-96 | 122 | 1996 | 2002 | 26.00 |
| 4/8/1996 | Apr-96 | 125 | 1996 | 2002 | 29.00 |
| 4/15/1996 | Apr-96 | 131 | 1996 | 2003 | 32.00 |
| 4/22/1996 | Apr-96 | 130 | 1996 | | |
| 4/29/1996 | Apr-96 | 129 | 1996 | | |
| 5/6/1996 | May-96 | 129 | 1996 | | |
| 5/13/1996 | May-96 | 129 | 1996 | | |
| 5/20/1996 | May-96 | 127 | 1996 | | |
| 5/27/1996 | May-96 | 125 | 1996 | | |
| 6/3/1996 | Jun-96 | 124 | 1996 | | |
| 6/10/1996 | Jun-96 | 122 | 1996 | | |
| 6/17/1996 | Jun-96 | 119 | 1996 | | |
| 6/24/1996 | Jun-96 | 118 | 1996 | | |
| 7/1/1996 | Jul-96 | 117 | 1996 | | |
| 7/8/1996 | Jul-96 | 117 | 1996 | | |
| 7/15/1996 | Jul-96 | 118 | 1996 | | |
| 7/22/1996 | Jul-96 | 118 | 1996 | | |
| 7/29/1996 | Jul-96 | 118 | 1996 | | |
| 8/5/1996 | Aug-96 | 118 | 1996 | | |
| 8/12/1996 | Aug-96 | 119 | 1996 | | |
| 8/19/1996 | Aug-96 | 121 | 1996 | | |
| 8/26/1996 | Aug-96 | 122 | 1996 | | |
| 9/2/1996 | Sep-96 | 123 | 1996 | | |
| 9/9/1996 | Sep-96 | 125 | 1996 | | |
| 9/16/1996 | Sep-96 | 128 | 1996 | | |
| 9/23/1996 | Sep-96 | 128 | 1996 | | |
| 9/30/1996 | Sep-96 | 129 | 1996 | | |
| 10/7/1996 | Oct-96 | 131 | 1996 | | |
| 10/14/1996 | Oct-96 | 133 | 1996 | | |
| 10/21/1996 | Oct-96 | 133 | 1996 | | |
| 10/28/1996 | Oct-96 | 133 | 1996 | | |
| 11/4/1996 | Nov-96 | 132 | 1996 | | |
| 11/11/1996 | Nov-96 | 132 | 1996 | | |
| 11/18/1996 | Nov-96 | 132 | 1996 | | |
| 11/25/1996 | Nov-96 | 133 | 1996 | | |
| 12/2/1996 | Dec-96 | 132 | 1996 | | |
| 12/9/1996 | Dec-96 | 132 | 1996 | | |
| 12/16/1996 | Dec-96 | 131 | 1996 | | |
| 12/23/1996 | Dec-96 | 130 | 1996 | | |

| | | | |
|---|---|---|---|
| 12/30/1996 | Dec-96 | 130 | 1996 |
| 1/6/1997 | Jan-97 | 129 | 1997 |
| 1/13/1997 | Jan-97 | 130 | 1997 |
| 1/20/1997 | Jan-97 | 129 | 1997 |
| 1/27/1997 | Jan-97 | 128 | 1997 |
| 2/3/1997 | Feb-97 | 129 | 1997 |
| 2/10/1997 | Feb-97 | 129 | 1997 |
| 2/17/1997 | Feb-97 | 128 | 1997 |
| 2/24/1997 | Feb-97 | 127 | 1997 |
| 3/3/1997 | Mar-97 | 125 | 1997 |
| 3/10/1997 | Mar-97 | 123 | 1997 |
| 3/17/1997 | Mar-97 | 122 | 1997 |
| 3/24/1997 | Mar-97 | 122 | 1997 |
| 3/31/1997 | Mar-97 | 123 | 1997 |
| 4/7/1997 | Apr-97 | 122 | 1997 |
| 4/14/1997 | Apr-97 | 122 | 1997 |
| 4/21/1997 | Apr-97 | 121 | 1997 |
| 4/28/1997 | Apr-97 | 121 | 1997 |
| 5/5/1997 | May-97 | 121 | 1997 |
| 5/12/1997 | May-97 | 119 | 1997 |
| 5/19/1997 | May-97 | 119 | 1997 |
| 5/26/1997 | May-97 | 120 | 1997 |
| 6/2/1997 | Jun-97 | 119 | 1997 |
| 6/9/1997 | Jun-97 | 119 | 1997 |
| 6/16/1997 | Jun-97 | 117 | 1997 |
| 6/23/1997 | Jun-97 | 116 | 1997 |
| 6/30/1997 | Jun-97 | 115 | 1997 |
| 7/7/1997 | Jul-97 | 116 | 1997 |
| 7/14/1997 | Jul-97 | 115 | 1997 |
| 7/21/1997 | Jul-97 | 115 | 1997 |
| 7/28/1997 | Jul-97 | 115 | 1997 |
| 8/4/1997 | Aug-97 | 116 | 1997 |
| 8/11/1997 | Aug-97 | 117 | 1997 |
| 8/18/1997 | Aug-97 | 117 | 1997 |
| 8/25/1997 | Aug-97 | 117 | 1997 |
| 9/1/1997 | Sep-97 | 117 | 1997 |
| 9/8/1997 | Sep-97 | 116 | 1997 |
| 9/15/1997 | Sep-97 | 116 | 1997 |
| 9/22/1997 | Sep-97 | 115 | 1997 |
| 9/29/1997 | Sep-97 | 116 | 1997 |
| 10/6/1997 | Oct-97 | 118 | 1997 |
| 10/13/1997 | Oct-97 | 119 | 1997 |
| 10/20/1997 | Oct-97 | 119 | 1997 |
| 10/27/1997 | Oct-97 | 119 | 1997 |
| 11/3/1997 | Nov-97 | 119 | 1997 |
| 11/10/1997 | Nov-97 | 119 | 1997 |
| 11/17/1997 | Nov-97 | 120 | 1997 |
| 11/24/1997 | Nov-97 | 119 | 1997 |
| 12/1/1997 | Dec-97 | 119 | 1997 |
| 12/8/1997 | Dec-97 | 117 | 1997 |
| 12/15/1997 | Dec-97 | 116 | 1997 |
| 12/22/1997 | Dec-97 | 116 | 1997 |
| 12/29/1997 | Dec-97 | 115 | 1997 |
| 1/5/1998 | Jan-98 | 115 | 1998 |
| 1/12/1998 | Jan-98 | 113 | 1998 |
| 1/19/1998 | Jan-98 | 111 | 1998 |
| 1/26/1998 | Jan-98 | 110 | 1998 |
| 2/2/1998 | Feb-98 | 109 | 1998 |
| 2/9/1998 | Feb-98 | 109 | 1998 |
| 2/16/1998 | Feb-98 | 108 | 1998 |
| 2/23/1998 | Feb-98 | 108 | 1998 |
| 3/2/1998 | Mar-98 | 107 | 1998 |
| 3/9/1998 | Mar-98 | 107 | 1998 |
| 3/16/1998 | Mar-98 | 106 | 1998 |
| 3/23/1998 | Mar-98 | 105 | 1998 |
| 3/30/1998 | Mar-98 | 107 | 1998 |
| 4/6/1998 | Apr-98 | 107 | 1998 |
| 4/13/1998 | Apr-98 | 107 | 1998 |
| 4/20/1998 | Apr-98 | 107 | 1998 |
| 4/27/1998 | Apr-98 | 107 | 1998 |
| 5/4/1998 | May-98 | 107 | 1998 |
| 5/11/1998 | May-98 | 108 | 1998 |
| 5/18/1998 | May-98 | 107 | 1998 |
| 5/25/1998 | May-98 | 106 | 1998 |

| | | | |
|---|---|---|---|
| 6/1/1998 | Jun-98 | 105 | 1998 |
| 6/8/1998 | Jun-98 | 105 | 1998 |
| 6/15/1998 | Jun-98 | 104 | 1998 |
| 6/22/1998 | Jun-98 | 103 | 1998 |
| 6/29/1998 | Jun-98 | 103 | 1998 |
| 7/6/1998 | Jul-98 | 104 | 1998 |
| 7/13/1998 | Jul-98 | 103 | 1998 |
| 7/20/1998 | Jul-98 | 103 | 1998 |
| 7/27/1998 | Jul-98 | 102 | 1998 |
| 8/3/1998 | Aug-98 | 102 | 1998 |
| 8/10/1998 | Aug-98 | 101 | 1998 |
| 8/17/1998 | Aug-98 | 101 | 1998 |
| 8/24/1998 | Aug-98 | 100 | 1998 |
| 8/31/1998 | Aug-98 | 100 | 1998 |
| 9/7/1998 | Sep-98 | 101 | 1998 |
| 9/14/1998 | Sep-98 | 102 | 1998 |
| 9/21/1998 | Sep-98 | 103 | 1998 |
| 9/28/1998 | Sep-98 | 104 | 1998 |
| 10/5/1998 | Oct-98 | 104 | 1998 |
| 10/12/1998 | Oct-98 | 104 | 1998 |
| 10/19/1998 | Oct-98 | 104 | 1998 |
| 10/26/1998 | Oct-98 | 104 | 1998 |
| 11/2/1998 | Nov-98 | 104 | 1998 |
| 11/9/1998 | Nov-98 | 103 | 1998 |
| 11/16/1998 | Nov-98 | 103 | 1998 |
| 11/23/1998 | Nov-98 | 101 | 1998 |
| 11/30/1998 | Nov-98 | 100 | 1998 |
| 12/7/1998 | Dec-98 | 99 | 1998 |
| 12/14/1998 | Dec-98 | 97 | 1998 |
| 12/21/1998 | Dec-98 | 97 | 1998 |
| 12/28/1998 | Dec-98 | 97 | 1998 |
| 1/4/1999 | Jan-99 | 97 | 1999 |
| 1/11/1999 | Jan-99 | 97 | 1999 |
| 1/18/1999 | Jan-99 | 97 | 1999 |
| 1/25/1999 | Jan-99 | 96 | 1999 |
| 2/1/1999 | Feb-99 | 96 | 1999 |
| 2/8/1999 | Feb-99 | 96 | 1999 |
| 2/15/1999 | Feb-99 | 96 | 1999 |
| 2/22/1999 | Feb-99 | 95 | 1999 |
| 3/1/1999 | Mar-99 | 96 | 1999 |
| 3/8/1999 | Mar-99 | 96 | 1999 |
| 3/15/1999 | Mar-99 | 100 | 1999 |
| 3/22/1999 | Mar-99 | 102 | 1999 |
| 3/29/1999 | Mar-99 | 105 | 1999 |
| 4/5/1999 | Apr-99 | 108 | 1999 |
| 4/12/1999 | Apr-99 | 108 | 1999 |
| 4/19/1999 | Apr-99 | 108 | 1999 |
| 4/26/1999 | Apr-99 | 108 | 1999 |
| 5/3/1999 | May-99 | 108 | 1999 |
| 5/10/1999 | May-99 | 108 | 1999 |
| 5/17/1999 | May-99 | 108 | 1999 |
| 5/24/1999 | May-99 | 107 | 1999 |
| 5/31/1999 | May-99 | 107 | 1999 |
| 6/7/1999 | Jun-99 | 106 | 1999 |
| 6/14/1999 | Jun-99 | 107 | 1999 |
| 6/21/1999 | Jun-99 | 108 | 1999 |
| 6/28/1999 | Jun-99 | 109 | 1999 |
| 7/5/1999 | Jul-99 | 110 | 1999 |
| 7/12/1999 | Jul-99 | 111 | 1999 |
| 7/19/1999 | Jul-99 | 113 | 1999 |
| 7/26/1999 | Jul-99 | 114 | 1999 |
| 8/2/1999 | Aug-99 | 115 | 1999 |
| 8/9/1999 | Aug-99 | 116 | 1999 |
| 8/16/1999 | Aug-99 | 118 | 1999 |
| 8/23/1999 | Aug-99 | 119 | 1999 |
| 8/30/1999 | Aug-99 | 119 | 1999 |
| 9/6/1999 | Sep-99 | 120 | 1999 |
| 9/13/1999 | Sep-99 | 121 | 1999 |
| 9/20/1999 | Sep-99 | 123 | 1999 |
| 9/27/1999 | Sep-99 | 123 | 1999 |
| 10/4/1999 | Oct-99 | 123 | 1999 |
| 10/11/1999 | Oct-99 | 123 | 1999 |
| 10/18/1999 | Oct-99 | 122 | 1999 |
| 10/25/1999 | Oct-99 | 123 | 1999 |

| | | | |
|---|---|---|---|
| 11/1/1999 | Nov-99 | 123 | 1999 |
| 11/8/1999 | Nov-99 | 123 | 1999 |
| 11/15/1999 | Nov-99 | 126 | 1999 |
| 11/22/1999 | Nov-99 | 129 | 1999 |
| 11/29/1999 | Nov-99 | 130 | 1999 |
| 12/6/1999 | Dec-99 | 129 | 1999 |
| 12/13/1999 | Dec-99 | 129 | 1999 |
| 12/20/1999 | Dec-99 | 129 | 1999 |
| 12/27/1999 | Dec-99 | 130 | 1999 |
| 1/3/2000 | Jan-00 | 131 | 2000 |
| 1/10/2000 | Jan-00 | 131 | 2000 |
| 1/17/2000 | Jan-00 | 131 | 2000 |
| 1/24/2000 | Jan-00 | 142 | 2000 |
| 1/31/2000 | Jan-00 | 144 | 2000 |
| 2/7/2000 | Feb-00 | 147 | 2000 |
| 2/14/2000 | Feb-00 | 146 | 2000 |
| 2/21/2000 | Feb-00 | 146 | 2000 |
| 2/28/2000 | Feb-00 | 146 | 2000 |
| 3/6/2000 | Mar-00 | 149 | 2000 |
| 3/13/2000 | Mar-00 | 150 | 2000 |
| 3/20/2000 | Mar-00 | 148 | 2000 |
| 3/27/2000 | Mar-00 | 145 | 2000 |
| 4/3/2000 | Apr-00 | 144 | 2000 |
| 4/10/2000 | Apr-00 | 142 | 2000 |
| 4/17/2000 | Apr-00 | 140 | 2000 |
| 4/24/2000 | Apr-00 | 143 | 2000 |
| 5/1/2000 | May-00 | 142 | 2000 |
| 5/8/2000 | May-00 | 140 | 2000 |
| 5/15/2000 | May-00 | 142 | 2000 |
| 5/22/2000 | May-00 | 143 | 2000 |
| 5/29/2000 | May-00 | 143 | 2000 |
| 6/5/2000 | Jun-00 | 142 | 2000 |
| 6/12/2000 | Jun-00 | 141 | 2000 |
| 6/19/2000 | Jun-00 | 142 | 2000 |
| 6/26/2000 | Jun-00 | 143 | 2000 |
| 7/3/2000 | Jul-00 | 145 | 2000 |
| 7/10/2000 | Jul-00 | 145 | 2000 |
| 7/17/2000 | Jul-00 | 144 | 2000 |
| 7/24/2000 | Jul-00 | 142 | 2000 |
| 7/31/2000 | Jul-00 | 141 | 2000 |
| 8/7/2000 | Aug-00 | 141 | 2000 |
| 8/14/2000 | Aug-00 | 145 | 2000 |
| 8/21/2000 | Aug-00 | 147 | 2000 |
| 8/28/2000 | Aug-00 | 154 | 2000 |
| 9/4/2000 | Sep-00 | 161 | 2000 |
| 9/11/2000 | Sep-00 | 163 | 2000 |
| 9/18/2000 | Sep-00 | 165 | 2000 |
| 9/25/2000 | Sep-00 | 166 | 2000 |
| 10/2/2000 | Oct-00 | 163 | 2000 |
| 10/9/2000 | Oct-00 | 161 | 2000 |
| 10/16/2000 | Oct-00 | 167 | 2000 |
| 10/23/2000 | Oct-00 | 165 | 2000 |
| 10/30/2000 | Oct-00 | 163 | 2000 |
| 11/6/2000 | Nov-00 | 161 | 2000 |
| 11/13/2000 | Nov-00 | 160 | 2000 |
| 11/20/2000 | Nov-00 | 163 | 2000 |
| 11/27/2000 | Nov-00 | 165 | 2000 |
| 12/4/2000 | Dec-00 | 162 | 2000 |
| 12/11/2000 | Dec-00 | 158 | 2000 |
| 12/18/2000 | Dec-00 | 155 | 2000 |
| 12/25/2000 | Dec-00 | 152 | 2000 |
| 1/1/2001 | Jan-01 | 152 | 2001 |
| 1/8/2001 | Jan-01 | 152 | 2001 |
| 1/15/2001 | Jan-01 | 151 | 2001 |
| 1/22/2001 | Jan-01 | 153 | 2001 |
| 1/29/2001 | Jan-01 | 154 | 2001 |
| 2/5/2001 | Feb-01 | 152 | 2001 |
| 2/12/2001 | Feb-01 | 152 | 2001 |
| 2/19/2001 | Feb-01 | 148 | 2001 |
| 2/26/2001 | Feb-01 | 145 | 2001 |
| 3/5/2001 | Mar-01 | 142 | 2001 |
| 3/12/2001 | Mar-01 | 141 | 2001 |
| 3/19/2001 | Mar-01 | 139 | 2001 |
| 3/26/2001 | Mar-01 | 138 | 2001 |

| | | | |
|---|---|---|---|
| 4/2/2001 | Apr-01 | 139 | 2001 |
| 4/9/2001 | Apr-01 | 140 | 2001 |
| 4/16/2001 | Apr-01 | 144 | 2001 |
| 4/23/2001 | Apr-01 | 144 | 2001 |
| 4/30/2001 | Apr-01 | 144 | 2001 |
| 5/7/2001 | May-01 | 147 | 2001 |
| 5/14/2001 | May-01 | 149 | 2001 |
| 5/21/2001 | May-01 | 149 | 2001 |
| 5/28/2001 | May-01 | 153 | 2001 |
| 6/4/2001 | Jun-01 | 151 | 2001 |
| 6/11/2001 | Jun-01 | 149 | 2001 |
| 6/18/2001 | Jun-01 | 148 | 2001 |
| 6/25/2001 | Jun-01 | 145 | 2001 |
| 7/2/2001 | Jul-01 | 141 | 2001 |
| 7/9/2001 | Jul-01 | 139 | 2001 |
| 7/16/2001 | Jul-01 | 138 | 2001 |
| 7/23/2001 | Jul-01 | 135 | 2001 |
| 7/30/2001 | Jul-01 | 135 | 2001 |
| 8/6/2001 | Aug-01 | 135 | 2001 |
| 8/13/2001 | Aug-01 | 137 | 2001 |
| 8/20/2001 | Aug-01 | 139 | 2001 |
| 8/27/2001 | Aug-01 | 145 | 2001 |
| 9/3/2001 | Sep-01 | 149 | 2001 |
| 9/10/2001 | Sep-01 | 149 | 2001 |
| 9/17/2001 | Sep-01 | 153 | 2001 |
| 9/24/2001 | Sep-01 | 147 | 2001 |
| 10/1/2001 | Oct-01 | 139 | 2001 |
| 10/8/2001 | Oct-01 | 137 | 2001 |
| 10/15/2001 | Oct-01 | 135 | 2001 |
| 10/22/2001 | Oct-01 | 132 | 2001 |
| 10/29/2001 | Oct-01 | 131 | 2001 |
| 11/5/2001 | Nov-01 | 129 | 2001 |
| 11/12/2001 | Nov-01 | 127 | 2001 |
| 11/19/2001 | Nov-01 | 125 | 2001 |
| 11/26/2001 | Nov-01 | 122 | 2001 |
| 12/3/2001 | Dec-01 | 119 | 2001 |
| 12/10/2001 | Dec-01 | 117 | 2001 |
| 12/17/2001 | Dec-01 | 114 | 2001 |
| 12/24/2001 | Dec-01 | 115 | 2001 |
| 12/31/2001 | Dec-01 | 117 | 2001 |
| 1/7/2002 | Jan-02 | 117 | 2002 |
| 1/14/2002 | Jan-02 | 116 | 2002 |
| 1/21/2002 | Jan-02 | 114 | 2002 |
| 1/28/2002 | Jan-02 | 114 | 2002 |
| 2/4/2002 | Feb-02 | 114 | 2002 |
| 2/11/2002 | Feb-02 | 115 | 2002 |
| 2/18/2002 | Feb-02 | 116 | 2002 |
| 2/25/2002 | Feb-02 | 115 | 2002 |
| 3/4/2002 | Mar-02 | 117 | 2002 |
| 3/11/2002 | Mar-02 | 122 | 2002 |
| 3/18/2002 | Mar-02 | 125 | 2002 |
| 3/25/2002 | Mar-02 | 128 | 2002 |
| 4/1/2002 | Apr-02 | 130 | 2002 |
| 4/8/2002 | Apr-02 | 132 | 2002 |
| 4/15/2002 | Apr-02 | 132 | 2002 |
| 4/22/2002 | Apr-02 | 130 | 2002 |
| 4/29/2002 | Apr-02 | 130 | 2002 |
| 5/6/2002 | May-02 | 131 | 2002 |
| 5/13/2002 | May-02 | 130 | 2002 |
| 5/20/2002 | May-02 | 131 | 2002 |
| 5/27/2002 | May-02 | 131 | 2002 |
| 6/3/2002 | Jun-02 | 130 | 2002 |
| 6/10/2002 | Jun-02 | 129 | 2002 |
| 6/17/2002 | Jun-02 | 128 | 2002 |
| 6/24/2002 | Jun-02 | 128 | 2002 |
| 7/1/2002 | Jul-02 | 129 | 2002 |
| 7/8/2002 | Jul-02 | 129 | 2002 |
| 7/15/2002 | Jul-02 | 130 | 2002 |
| 7/22/2002 | Jul-02 | 131 | 2002 |
| 7/29/2002 | Jul-02 | 130 | 2002 |
| 8/5/2002 | Aug-02 | 130 | 2002 |
| 8/12/2002 | Aug-02 | 130 | 2002 |
| 8/19/2002 | Aug-02 | 133 | 2002 |
| 8/26/2002 | Aug-02 | 137 | 2002 |

| | | | |
|---|---|---|---|
| 9/2/2002 | Sep-02 | 139 | 2002 |
| 9/9/2002 | Sep-02 | 140 | 2002 |
| 9/16/2002 | Sep-02 | 141 | 2002 |
| 9/23/2002 | Sep-02 | 142 | 2002 |
| 9/30/2002 | Sep-02 | 144 | 2002 |
| 10/7/2002 | Oct-02 | 146 | 2002 |
| 10/14/2002 | Oct-02 | 146 | 2002 |
| 10/21/2002 | Oct-02 | 147 | 2002 |
| 10/28/2002 | Oct-02 | 146 | 2002 |
| 11/4/2002 | Nov-02 | 144 | 2002 |
| 11/11/2002 | Nov-02 | 143 | 2002 |
| 11/18/2002 | Nov-02 | 141 | 2002 |
| 11/25/2002 | Nov-02 | 141 | 2002 |
| 12/2/2002 | Dec-02 | 141 | 2002 |
| 12/9/2002 | Dec-02 | 141 | 2002 |
| 12/16/2002 | Dec-02 | 140 | 2002 |
| 12/23/2002 | Dec-02 | 144 | 2002 |
| 12/30/2002 | Dec-02 | 149 | 2002 |
| 1/6/2003 | Jan-03 | 150 | 2003 |
| 1/13/2003 | Jan-03 | 148 | 2003 |
| 1/20/2003 | Jan-03 | 148 | 2003 |
| 1/27/2003 | Jan-03 | 149 | 2003 |
| 2/3/2003 | Feb-03 | 154 | 2003 |
| 2/10/2003 | Feb-03 | 166 | 2003 |
| 2/17/2003 | Feb-03 | 170 | 2003 |
| 2/24/2003 | Feb-03 | 171 | 2003 |



$$
-
20
40
60
80
100
120
140
160
180
1994
1994
1995
1995
1996
1996
1997
1997
1998
1998
1999
1999
2000
2000
2001
2001
2002
2003
$$



$/barrel
-
5.00
10.00
15.00
20.00
25.00
30.00
35.00
40.00
1994
1994
1995
1995
1996
1996
1997
1998
1998
1999
1999
2000
2001
2001
2002
2002
$/barrel

| Oil Barrel | | BNSF Surcharge* | Old CSXT Surcharge | New CSXT Surcharge |
|---|---|---|---|---|
| $ | 9 | | | -1.6% |
| $ | 10 | | | -1.2% |
| $ | 11 | | | -0.8% |
| $ | 12 | | | -0.4% |
| $ | 13 | | | 0.0% |
| $ | 23 | 1.0% | | 0.0% |
| $ | 24 | 1.0% | | 0.4% |
| $ | 25 | 1.0% | | 0.8% |
| $ | 26 | 1.5% | | 1.2% |
| $ | 27 | 1.5% | | 1.6% |
| $ | 28 | 2.0% | 2% | 2.0% |
| $ | 29 | 2.0% | 2% | 2.4% |
| $ | 30 | 2.0% | 2% | 2.8% |
| $ | 31 | 2.5% | 2% | 3.2% |
| $ | 32 | 2.5% | 2% | 3.6% |
| $ | 33 | 3.0% | 4% | 4.0% |
| $ | 34 | 3.0% | 4% | 4.4% |
| $ | 35 | 3.0% | 4% | 4.8% |
| $ | 36 | 3.5% | 4% | 5.2% |
| $ | 37 | 3.5% | 4% | 5.6% |
| $ | 38 | 4.0% | 6% | 6.0% |
| $ | 39 | 4.0% | 6% | 6.4% |
| $ | 40 | 4.5% | 6% | 6.8% |

* BNSF estimated - based on highway diesel not WTI

| Oil Barrel | New CSXT Surcharge | Old CSXT Surcharge |
|---|---|---|
| $ 23.0 | 1.0% | |
| $ 25.5 | 1.5% | |
| $ 28.0 | 2.0% | 2% |
| $ 30.5 | 2.5% | 2% |
| $ 33.0 | 3.0% | 4% |
| $ 35.5 | 3.5% | 4% |
| $ 38.0 | 4.0% | 6% |
| $ 40.5 | 4.5% | 6% |
| $ 43.0 | 5.0% | 8% |
| $ 45.5 | 5.5% | 8% |
| $ 48.0 | 6.0% | 10% |
| $ 50.5 | 6.5% | 10% |
| $ 53.0 | 7.0% | 12% |
| $ 55.5 | 7.5% | 12% |
| $ 58.0 | 8.0% | 14% |

| Highway Diesel From | To | Oil Barrel | BNSF Surcharge |
|---|---|---|---|
| $ 1.30 | $ 1.349 | $ 23 | 1.0% |
| $ 1.35 | $ 1.399 | $ 25 | 1.5% |
| $ 1.40 | $ 1.449 | $ 28 | 2.0% |
| $ 1.45 | $ 1.499 | $ 30 | 2.5% |
| $ 1.50 | $ 1.549 | $ 33 | 3.0% |
| $ 1.55 | $ 1.599 | $ 35 | 3.5% |
| $ 1.60 | $ 1.649 | $ 38 | 4.0% |
| $ 1.65 | $ 1.699 | $ 40 | 4.5% |
| $ 1.70 | $ 1.749 | $ 43 | 5.0% |
| $ 1.75 | $ 1.799 | $ 45 | 5.5% |
| $ 1.80 | $ 1.849 | $ 48 | 6.0% |
| $ 1.85 | $ 1.899 | $ 50 | 6.5% |
| $ 1.90 | $ 1.949 | $ 53 | 7.0% |
| $ 1.95 | $ 1.999 | $ 55 | 7.5% |
| $ 2.00 | $ 2.049 | $ 58 | 8.0% |

**From:** Couch, John
**Sent:** Tuesday, March 11, 2003 10:57 PM
**To:** Onimus, Frank S III
**Subject:** Fuel surcharge 1 pager.ppt

**Attachments:** Fuel surcharge 1 pager.ppt

Revised based on input from Gutman and Clyde. I believe Clarence is OK as well. We may want him to bless before giving it to Leslie.

Fuel surcharge 1 pager.ppt (55...

# Fuel Surcharge
# Merchandise 2003



CSX TRANSPORTATION

# Merchandise can gain more by changing the program

- Lower the trigger price and shorten the timeframe
- Need a written policy that Fuel Surcharge will apply on all new moves – even those with RCAF(u)
  - Exceptions to SVP
- Review contracts that received an exception
- Continue to exempt current RCAF(u) contracts



CSX TRANSPORTATION

# Recommended changes to the Fuel Surcharge program

- Start the program at $23/barrel
- Base on prior months average
- Effective September 1, 2003
- Finalize with Legal and Accounting
- Notify customers in April



CSX TRANSPORTATION

# Details of the new program

- Based on prior months average 16th of 2 months prior to 15th of last month
- Continue to be based on WTI as published in the WSJ – average of the days published
- Starts at $23 per barrel – 1%
- Half percent increase for every $2.50 increase in WTI
- Change monthly
- Provide notice on Web and to 8100 subscribers at least one week before the end of the month

# Details of the new program – scale of new surcharges and comparison to the BNSF program

| Oil Barrel | New CSXT Surcharge | Old CSXT Surcharge |
|---|---|---|
| $ 23.0 | 1.0% | |
| $ 25.5 | 1.5% | |
| $ 28.0 | 2.0% | 2% |
| $ 30.5 | 2.5% | 2% |
| $ 33.0 | 3.0% | 4% |
| $ 35.5 | 3.5% | 4% |
| $ 38.0 | 4.0% | 6% |
| $ 40.5 | 4.5% | 6% |
| $ 43.0 | 5.0% | 8% |
| $ 45.5 | 5.5% | 8% |
| $ 48.0 | 6.0% | 10% |
| $ 50.5 | 6.5% | 10% |
| $ 53.0 | 7.0% | 12% |
| $ 55.5 | 7.5% | 12% |
| $ 58.0 | 8.0% | 14% |

| Highway Diesel From | To | Oil Barrel | BNSF Surcharge |
|---|---|---|---|
| $ 1.30 | $ 1.349 | $ 23 | 1.0% |
| $ 1.35 | $ 1.399 | $ 25 | 1.5% |
| $ 1.40 | $ 1.449 | $ 28 | 2.0% |
| $ 1.45 | $ 1.499 | $ 30 | 2.5% |
| $ 1.50 | $ 1.549 | $ 33 | 3.0% |
| $ 1.55 | $ 1.599 | $ 35 | 3.5% |
| $ 1.60 | $ 1.649 | $ 38 | 4.0% |
| $ 1.65 | $ 1.699 | $ 40 | 4.5% |
| $ 1.70 | $ 1.749 | $ 43 | 5.0% |
| $ 1.75 | $ 1.799 | $ 45 | 5.5% |
| $ 1.80 | $ 1.849 | $ 48 | 6.0% |
| $ 1.85 | $ 1.899 | $ 50 | 6.5% |
| $ 1.90 | $ 1.949 | $ 53 | 7.0% |
| $ 1.95 | $ 1.999 | $ 55 | 7.5% |
| $ 2.00 | $ 2.049 | $ 58 | 8.0% |



CSX TRANSPORTATION

**From:** Couch, John
**Sent:** Thursday, March 20, 2003 12:56 PM
**To:** Onimus, Frank S III
**Subject:** FW: Please provide FINAL comments on the attached FINAL draft by 8am

**Attachments:** Press Releases -- Fuel Surcharge Modifications.doc

Press Releases --
Fuel Surchar...

-----Original Message-----
From: Hollingsworth, Adam
Sent: Thursday, March 20, 2003 7:17 AM
To: Bryan, Sandi ; Giftos, Mike; Collins, Peggy ; Trescot, Leslie; Couch, John ; Hart, John ; McIntyre, Clyde Jr.
Subject: Please provide FINAL comments on the attached FINAL draft by 8am

# *DRAFT PRESS RELEASE*

**JACKSONVILLE, Fla., March 20, 2003 -** In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

The original program, implemented in October, 2000, has proven not to be as responsive as it should be to fuel market changes as they increase or decrease. Therefore, CSXT's fuel surcharge significantly lags fluctuations in price. Through the modified program, CSXT's will be better able to track changes in the fuel market.

CSXT's current fuel surcharge formula does not trigger an increase or decrease until oil prices remain above or below certain target prices for 30 consecutive business days. Every $5 increase in fuel prices above $28 results in a 2% fuel surcharge for customers. However, twice in the last 90 days an increase in the surcharge did not take effect because of temporary price drops. As a result, despite significantly higher fuel costs, the structure of the current program prohibits CSXT from recovering a portion of consistently higher fuel prices.

The company's first quarter 2003 fuel costs have risen sharply and the surcharge has recovered less than 25% of that increase.

Michael J. Ward, chairman and CEO of CSX Corporation and president of CSXT said, "These changes will allow CSXT to more fairly recover a portion of our higher fuel prices and better reflect the economics of the petroleum market. In addition, the modified program provides two things our customers have asked for: smaller, more incremental changes in the fuel surcharge and easier administration since it is changed on a predictable, monthly basis."

Under CSXT's new program, fuel surcharges will apply at a rate of 0.4% for every dollar increase in fuel above $23 -- or 2% for every $5 increase as is currently in

effect. Importantly, at $28, $33, $38 and equal increments thereafter, the fuel surcharge under the modified program will be the same as the surcharge that would be charged under CSXT's current program. These charges will be determined monthly based on the thirty-day average price of West Texas Intermediate (WTI) crude oil. When fuel prices drop below $23 dollar, no fuel surcharge will apply.

P. Michael Giftos, CSXT's executive vice president and chief commercial officer, said, "Even with the formula changes announced today, CSXT will still only recover a portion of our increased fuel costs. Until oil prices stabilize we must, like most American companies, implement better ways to manage fuel price increases and market volatility. Our original program did not recover fuel costs as intended because of long lead times and sensitivity to short-term price fluctuations and we looked for better ways to address these challenges."

CSXT will amend its 8100 and 8200 tariffs next week and the new fuel surcharge formula will take effect on May 1, based on the average WTI price in March. These tariff changes will not change the existing fuel cost recovery program at CSX Intermodal. Additional details will be available next week on the company's website at www.csx.com.

CSXT and its 34,000 employees provide rail transportation and distribution services over a 23,000 route-mile network in 23 states, the District of Columbia and two Canadian provinces. CSXT is a business unit of CSX Corporation (NYSE: CSX), and both are headquartered in Jacksonville, Fla.

###

**From:** Onimus, Frank III
**Sent:** Friday, October 31, 2003 8:57 PM
**To:** S&M Broadcast
**Cc:** Gooden, Clarence; Brown, Alison I; Poole, Ceceille; Smith, Steve P; Evans, Randy; Hemphill, David; Bazar, Sheila
**Subject:** New Policies

**Importance:** High

**Attachments:** Policy - Offers to Customers and Contract Checklist.doc; Policy-Contract Escalators.doc; Policy-Fuel Surcharge.doc; Revision of Policy-Retroactive Pricing T1.doc; Revision of Policy-Rule 11 T1.doc; Policy-Lease Track Contract T11.doc; Policy-Lease Track Price Increase T11.doc; Policy-Turnout Retirement T1.doc

Sales and Marketing Team

This is another release to the Merchandise team of a round of policy and process improvements that the leadership team has agreed to implement now. These policies relate to areas of **Account Management and Pricing Effectiveness and Supplemental.** Many of these policies reinforce the processes we have today. We have also included 2 policy revisions. As we discussed earlier, we will only implement policy and process changes that we believe are true improvements and that have been tested to ensure they are operationally feasible.

In the area of Account Management and Pricing Effectiveness:

- Offers to Customers/Contract Checklist - Every customer offer should be made or followed up in writing with an expiration date. This policy also includes a checklist of to-do's when writing a transportation contract.
- Contract Escalators - All contracts for more than 1 year in duration must have an escalator clause.
- Fuel Surcharge Application - Fuel Surcharge must apply to all rate structures; this policy provides the guidlines for doing so.
- Retroactive Pricing - REVISION - This policy now reflects no backdating at all, except to make corrections and is effective December 1, 2004.
- Rule 11 Policy - REVISION - Revised to clarify that CSX will apply rule 11 pricing when prices are missing for traffic where CSX is the billing road.

Policy - Offers to Customers a... | Policy-Contract Escalators.doc... | Policy-Fuel Surcharge.doc (28 ... | Revision of Policy-Retroactive... | Revision of Policy-Rule 11 T1....

For improvements that directly impact Supplemental issues surrounding Sidetrack or Leasetrack agreements:

- Lease Track Contracts - Depicts how to go about the process of applying for a lease track
- Lease Track Price Increases - Some older leases may not be priced at market value. This policy depicts CSX's effort to systematically raise the rates to market value over time.
- Turnout Retirement - The process and commercial responsibility of retiring side track agreements.

Policy-Lease Track Contract T1... | Policy-Lease Track Price Incre... | Policy-Turnout Retirement T1.d...

These policies are ready for immediate release and are effective November 1, with the exception of the Retroactive Pricing revision which will be effective December 1, 2003. We welcome any/all feedback or questions. Thanks.

Each of these areas will be measured to show compliance. As before, these policies will be added to MY WORKPLACE under Resouce LInks for ease of access.

# Policy: Offers to Customers & Contract Checklist

*June 16, 2003*

---

**Issue:** No consistent method is used to communicate offers to customers. Some are communicated via phone, e-mail, fax or in person, often without an end date.

---

**Background:** CSXT has experienced discrepancies between customers and the commercial department on what terms were included in a customer offer. These discrepancies often lead to delays in the negotiation process and possibly lost business, lost business opportunities or dissatisfaction.

---

**Policy:** All offers made in writing with a positively stated expiration date of the offer. If made in person or via phone call, a follow up e-mail with expiration date is appropriate. A 30-day expiration date is recommended for all rate offers.

All contract offers/physical contracts/amendments should be reviewed against the following checklist.

Contract check list:

- Is the offer in writing and does it have an expiration date?
- Is the minimum volume worth greater than $100,000?
- Have you included a liquidated damages provision?
- Have you verified all serving carrier and station names?
- For volume commitments, % of rail volume contracts should only be applied for rail competitive points.
- Have you checked interline traffic routes for compliance with the routing guide?
- Are you using the most recent contract boilerplate/template?
- If the contract is more than 3 years old, you must do a contract refresh and create a new contract versus rolling it over.
- Have you used the guidelines to include fuel surcharge and an appropriate rate escalator?
- Are there related contracts to be created: Demurrage, Refunds… (These provisions MUST be in separate contracts in order to ensure the benefits accrue to the customer)
- Does the customer have outstanding supplemental AR to be collected/resolved?
- Do not allow evergreen provisions in any contracts.

---

**Policy Impact:**

- Reduction in administrative re-work costs
- Reduced likelihood of customer disputes/increased customer satisfaction

---

**Exceptions:** None expected

| | |
|---|---|
| **Policy Measurement:** | ▪ TBD |
| **Effective Date** | ▪ Nov 1, 2003 |

# Policy: Contract Escalators

*June 24, 2003*

**Issue:** Most of CSXT Merchandise contracts vary with respect to escalators applied. Some vary by account representative or market manager preferences and others due to customer choices. No standard exists today.

**Background:** CSXT current policy is silent on the preferred method of price escalation to apply to contracts.

**Policy:** All Prices are subject to Fuel Surcharge (either specifically or as a component of RCAF (u).

Escalators should allow CSX to recoup value for inflation. Many indices are widely published and could be used as escalators. They include: RCAF, GDP, Industrial Production, CPI

An escalator should provide the basis for any rate ***increase*** not rate adjustment (which implies rates can also go down.)

Do not use specific Industry indices as they do not mirror the rail inflation rates and do not generate the required return.

Do not use RCAF (a) adjusted – it is adjusted for rail productivity improvements

**Policy Impact:** With this policy, Merchandise will

- Better recoup fuel costs
- Reduce administrative tasks
- Reduce billing errors

**Exceptions:** The Sr. VP of Merchandise must approve exceptions.

**Policy Measurement:** Fuel surcharge billings, and impact of increases in RCAF(u).

**Effective Date:** Nov 1, 2003

# Policy: Fuel Surcharge Application - Contracts, Quotes, and Price Lists

*April 25, 2003*

**Issue:** Most of CSXT Merchandise prices were developed and implemented when WTI price per barrel was in a normal range ($18-23/barrel). CSXT does not adequately recover the costs of fuel when fuel prices are above $23/barrell. CSXT's Fuel Surcharge change beginning in May of 2003, if broadly applied, will allow CSXT Merchandise to recover fuel costs.

**Background:** CSXT current policy provides good guidance, and the purpose of this document is to ensure the policy is broadly understood.

**Policy:** Price Lists: All Price Lists are subject to Fuel Surcharge

Private Price Quotes, Non-signatory Contracts, and Contracts: All private prices are subject to either Fuel Surcharge or 100% of the RCAF(u). If the RCAF(u) is not 100%, or it is capped then Fuel Surcharge applies. If the private price has a fixed escalator, such as 2% per year, then it must also have Fuel Surcharge.

All short term agreements will be subject to Fuel Surcharge

Special fuel surcharge provisions are not allowed.

**Policy Impact:** With this policy, Merchandise will

- Better recoup fuel costs
- Reduce administrative tasks
- Reduce billing errors

**Exceptions:** The SVP of Merchandise must approve exceptions.

**Policy Measurement:** Fuel surcharge billings, and impact of increases in RCAF(u).

**Effective Date:** Nov 1, 2003

# Policy: Lease Track Contract process

## Policy #: xxx, v.1

*February 21, 2003*

**Issue:** Lease track contract information is not readily accessible to all CSXT affected parties.

---

**Background:** When customers request a lease track to store private, loaded cars, CSXT agrees to waive demurrage fees and only charge for intra terminal switching. However, many CSXT parties are unaware of the terms, resulting in an increase of errors and billing inaccuracies.

---

**Policy:** When customers request a lease track to store private, loaded cars in order to limit demurrage charges, CSXT will obtain a signed lease track contract from the customer.

Sales will request lease track space from Industrial Development, who will confirm space availability with local operations.

Property Services will enter the contract particulars into the Property Services contract database, obtain customer signatures, maintain the files, and provide copies of the agreements to

- Industrial Development,
- Regional Superintendent,
- Customer Operations,
- Chief regional engineer, and
- Customer Accounting.

Customer Ops will then create a lease track profile for the customer. In addition, a list of all active lease tracks and their specifications is kept on the portal at: http://tjax2214db/Rail_Logistics/Reports/Active%20and%20Cancelled%20Track%20Leases%20as%20of%2009-01-03.xls

---

**Policy Impact:** Standardizing and formalizing the lease track contract process will allow CSXT to:

- Increase billing accuracy for demurrage and switch/release
- Decrease errors and manual rework
- Increase timeliness of billing
- Increase simplicity and efficiency of demurrage process without negatively impacting customer relationships

---

**Exceptions:** As part of the Technology project pipeline for 2003, the Property Services database will automatically update IIDS, eliminating the need for Customer Ops to manually enter the information.

---

**Policy Measurement:**
- Decrease number of corrected demurrage bills
- Decrease number of demurrage contracts written off

---

**Effective Date:** Nov 1, 2003

# Policy: Lease Track Price Administration

## Policy #: xxx, v.1

*March 4, 2003*

**Issue:** CSXT is not consistently charging fees for lease tracks.

---

**Background:** Lease tracks deliver tremendous value to our customers. Currently, lease tracks deliver $6.8M revenue per year to CSXT.

---

**Policy:** CSXT will establish a price list for lease tracks. The full price will be charged for all new opportunities involving lease tracks and all expiring lease track contracts. Any price adjustment that needs to take place to make the overall transportation package viable, which includes a lease track, will be handled in a separate refund contract to provide the appropriate incentive for the customer.

Lease track verbiage will no longer be bundled with transportation contracts as they expire.

Refund contracts will also be separated from any transportation contract.

---

**Policy Impact:** Standardizing and formalizing the lease track pricing process will allow CSXT to:

- Increase lease track revenue
- Realize true value of transportation vs. lease track contracts
- Actively manage the overall revenue stream

---

**Exceptions:** No exceptions expected.

---

**Policy Measurement:**

- Increase lease track revenue

---

**Effective Date:** Nov 1, 2003

---

# Policy: Turnout Retirement (RF 202's)

*June 24, 2003*

**Issue:** CSX currently maintains tracks where sidetrack agreements exist, but traffic levels generate less than $25,000 revenue per year. Currently no process exists to get full approval and sign off for the sidetrack removal.

---

**Background:** Per the issue above, CSX spends up to $9K per year maintaining these tracks.

---

**Policy:** When the Property Services department identifies a customer's track as a candidate for turnout removal, they will provide a notice to both the Engineering and Transportation Departments.

Property Services will provide dually approved candidates in an excel spreadsheet to both Marketing Strategy and Industrial Development. It will include the company contact name, phone number, and last two years of traffic.

The appropriate Sales Account Manager and Industrial Development manager will review the customer location and respond back to Steve McCain of the Phoenix Group within two weeks with both, a recommendation of action and the reason for the recommendation.

Property Services will maintain the contract particulars in the Property Services contract database, including the removal of any turnouts, maintain the files, and provide notice of all removals to:

- Industrial Development,
- Regional Superintendent,
- Customer Operations,
- Chief regional engineer, and
- Customer Accounting.

In the event Merchandise is unable to verify a customer's existence and cannot get a response, the turnout will be deemed removable after 90 days from notification to both Marketing Strategy and Industrial Development.

---

**Policy Impact:** Standardizing and formalizing the turnout removal process will allow CSXT to:

- Use these agreements to prospect for new/renewed business
- Use these sites as a possible inventory of business locations for new ID customers
- Decrease track maintenance costs

---

**Exceptions:** None expected

---

**Policy Measurement:**

- TBD

---

**Effective Date:** Nov 1, 2003

# Policy: Retroactive Pricing

*January 17, 2003*

---

**Issue:**

According to J.D. Power & Associates, CSXT lags the industry in billing accuracy.

CSXT currently allows backdating of prices without rules, which results in a significant amount of billing errors and rework. BNSF has successfully implemented a no retroactive pricing policy.

Initial Six Sigma findings are that half of the backdating is on moves over 30 days old. CSXT could either 1) eliminate all backdating or 2) eliminate over 30 days initially, and depending on results, further limit the time frame.

---

**Background:**

During 2002, the Merchandise group completed implementation of 95% competitive price coverage for all lines of business on shipments moving under the following circumstances:

- A CSXT local shipment
- A CSXT local shipment having a CSXT shortline carrier in the route
- An interline Rule 11 shipment

Customers do not like backdating prices because it requires a change in their billing systems.

---

**Policy:**

Pricing will become effective:

- For contracts - *within 5 days* of receipt by Pricing Services of complete contract particulars.
- For Quotes/Price Lists – same day as entered into Prism by Pricing Clerks or Market Managers

This policy will apply to new contract or private pricing, changes to existing contract or private pricing, and changes or updates to expired contract or private pricing.

Pricing Services will continue to provide a list of price authorities expiring in 30, 60, and 90 days with associated volumes.

If no effective contract or private price exists, a CSXT competitive price will be applied. On a new interline shipment *where CSX is the billing carrier*, if no contract, private or through public price is available; CSXT will rate the freight bill as a Rule 11 shipment using the applicable competitive price.

---

**Policy Impact:**

Improved accuracy in freight bills/customer satisfaction and improved efficiencies in administration.

**Exceptions:**

Sales & Marketing can provide refunds, discounts, lower prices or signing bonuses if shipments were made before price information was given to Pricing Services.

~~*Sales & Marketing can backdate if within 30 days of shipment.*~~

Sales & Marketing can extend existing prices 60 days in order to complete renewal negotiations.

Sales & Marketing can back date where Price List coverage doesn't exist.

If CSXT fails to get the prices into the system, and the customer has been promised the price and effective date, then the price can be made effective per the customer commitment.

**Policy Measurement:**

- Track all monthly retroactive adjusted rates (response plan to include monthly review of all adjustments, contingencies and justification)
- Track suspense rates
- Track dispute rates

**Concerns:**

- Before giving refunds, S&M should verify that CSX was paid the correct amount.
- Having the price expiration date on ePay in ShipCSX will assist in the prevention of backdating prices.

**Effective Date:**

April 1, 2003 – ***Revised December 1, 2003*** – *for inclusion of the italicized words and the elimination of the 30-day exception.*

# Policy: Rule 11

*January 23, 2003*

---

**Issue:** CSXT currently reviews the prices when an interline move suspends, then contacts Marketing to develop a price. In some cases, the Accounting Department develops its own price based on available information and prices on similar moves. This process is inconsistent, time consuming, and results in disputed bills and significant delays in BOL to cash.

---

**Background:** During 2002, the Merchandise group completed implementation of 95% competitive price coverage for all lines of business on shipments moving under the following circumstances:

- A CSXT local shipment
- A CSXT local shipment having a CSXT shortline carrier in the route
- An interline Rule 11 shipment

The UP and BN have already adopted this policy. The UP found that initial disputes increased, but within 3 months of implementation, 80% of bills were being paid.

---

**Policy:** For interline shipments that occur where a through price doesn't exist (either expired or never existed) or isn't created within two days, CSXT will apply the applicable Rule 11 price.

CSX will provide customers 60 days notice prior to implementation of the policy.

Sales & Marketing will communicate with Accounting if involved in pricing negotiations.

---

**Policy Impact:** Applying a Rule 11 price will enable CSXT to:

- Reduce suspended waybills
- Reduce disputed bills

---

**Exceptions:** Accounting/Marketing find an applicable through price within 2 days.

Notification by Marketing to Accounting of correct through price in advance of actual publication.

*Any traffic where CSX is not the billing party.*

---

**Policy Measurement:**
- Monthly interline suspense rate should decrease
- Billing accuracy should increase

---

**Concerns:** CSX should expect disputes to increase initially.

---

**Effective Date:** April 1, 2003 –***Revision effective immediately October 15, 2003 –*** *added the exception for traffic that CSXT does not bill.*

**From:** McIntyre, Clyde Jr.
**Sent:** Monday, April 21, 2003 3:42 PM
**To:** Hart, John
**Cc:** Couch, John
**Subject:** FW: Fuel Surcharge - April 21, 2003

**Attachments:** CSXT Fuel Surcharge 04/21/03

Per your phone request. WTI fuel prices for April are in the attached. The April MTD WTI Average Price is $28.78 which would result in a 2.4% fuel surcharge under the modified June 1st program.

Fuel Surcharge
Broadcast.doc (...



Highly Confidential DA02310 CSXFSC000039089

**CSXT Fuel Surcharge Status**
As of April 21, 2003

A. CSXT fuel surcharge as of April 21, 2003:
- The CSXT fuel surcharge is 2% effective January 29, 2003.
- Today, the price of WTI crude oil is $28.00 or higher per barrel as published in The Wall Street Journal.

B. CSXT 8100/8200 Fuel Surcharge Schedule:
- Applicable fuel surcharge reflects thirty (30) or more consecutive days.
- The surcharge will be removed, reduced or increased when the price of WTI remains below or above the price, which triggers a specific surcharge bracket for thirty (30) consecutive days.

C. CSXT Fuel Surcharge Schedule:

| CSXT FUEL SURCHARGE SCHEDULE | | | | | |
|---|---|---|---|---|---|
| Surcharge (%): | 0% - ( Below $28.00) | 2% - ($28.00 or higher) | 4% - ($33.00 or higher) | 6% - ($38.00 or higher) | 8% - ($43.00 or higher) |
| Consecutive Days: | 0 | Current period | 0 | 0 | 0 |

D. CSXT Fuel Surcharge Timetable:

| CSXT FUEL SURCHARGE TIMETABLE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Effective Period: | Surcharge | | Effective Period: | Surcharge | | Effective Period: | Surcharge |
| 10/25/00 – 10/30/01 | 2% | | | | | | |
| 10/31/01 – 10/16/02 | 0% | | | | | | |
| 10/17/02 – 12/10/02 | 2% | | | | | | |
| 12/11/02 – 01/28/03 | 0% | | | | | | |
| 01/29/03 - present | 2% | | | | | | |

E. Tracking of Fuel Prices:

| WEST TEXAS INTERMEDIATE CRUDE OIL PRICES<br>(Prior day close as published in The Wall Street Journal) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Jul-02** | **Aug-02** | **Sep-02** | **Oct-02** | **Nov-02** | **Dec-02** | **Jan-03** | **Feb-03** | **Mar-03** | **Apr-03** | **May-03** | **Jun-03** |
| **1** | $26.83 | $26.48 | - | $30.83 | 27.13 | | Holiday | - | - | $29.78 | | - |
| **2** | $26.78 | $26.83 | Holiday | $30.48 | - | $27.23 | $31.85 | - | - | $28.58 | | |
| **3** | $26.83 | - | $27.78 | $29.78 | - | $27.28 | $33.08 | $32.78 | $35.88 | $28.98 | - | |
| **4** | Holiday | - | $28.28 | $29.63 | $26.98 | $26.73 | - | $33.58 | $36.88 | $28.63 | - | |
| **5** | Not Quoted | $26.58 | $28.98 | - | $26.13 | $27.28 | - | $33.93 | $36.68 | - | | |
| **6** | - | $27.20 | $29.63 | - | $25.78 | $26.93 | $32.13 | $34.18 | $37.03 | - | | |
| **7** | $26.13 | $26.55 | - | $29.63 | $25.38 | | $31.08 | $35.13 | $37.78 | $27.98 | | - |
| **8** | $26.08 | $26.68 | - | $29.48 | $25.78 | | $30.58 | - | - | $28.03 | | - |
| **9** | $26.78 | $26.88 | $29.73 | $29.33 | - | $27.20 | $31.98 | - | - | $28.88 | | |
| **10** | $26.83 | - | $29.73 | $28.98 | - | $27.73 | $31.68 | $34.48 | $37.28 | $27.48 | - | |
| **11** | $27.48 | - | $29.78 | $29.38 | $25.93 | $27.43 | - | $35.43 | $36.73 | $28.13 | - | |
| **12** | - | $27.88 | $28.85 | - | $25.88 | $28.03 | - | $35.78 | $37.83 | - | | |
| **13** | - | $27.93 | $29.83 | - | $25.15 | $28.50 | $32.28 | $36.38 | $36.03 | - | | |
| **14** | $27.08 | $28.15 | - | $30.03 | $25.28 | | $32.38 | $36.83 | $35.38 | $28.63 | | - |
| **15** | $27.78 | $29.08 | - | $29.73 | $25.53 | | $33.23 | - | - | $29.28 | | - |
| **16** | $27.88 | $29.33 | $29.68 | $29.48 | - | $30.13 | $33.68 | - | - | $29.18 | | |
| **17** | $27.58 | - | $29.08 | $29.63 | - | $30.08 | $33.93 | Holiday | $34.93 | $30.55 | - | |
| **18** | $27.83 | - | $29.48 | $29.63 | $26.73 | $30.43 | - | $36.98 | $31.68 | Holiday | - | |
| **19** | - | $29.83 | $29.50 | - | $26.43 | $30.53 | - | $37.18 | $29.88 | - | | |
| **20** | - | $30.13 | $29.63 | - | $26.98 | $30.43 | Holiday | $36.78 | $28.63 | - | | |
| **21** | $26.63 | $30.41 | - | $28.38 | $26.93 | | $34.63 | $36.88 | $27.50 | | | - |
| **22** | $26.28 | $30.15 | - | $27.93 | $26.68 | | $34.45 | - | - | | | - |
| **23** | $26.78 | $29.93 | $30.68 | $28.08 | - | $31.98 | $33.85 | - | - | | | |
| **24** | $26.58 | - | $30.83 | $28.03 | - | $32.18 | $35.03 | $37.58 | $29.18 | | - | |
| **25** | $26.58 | - | $30.43 | $26.98 | $27.08 | Holiday | - | $35.98 | $34.98 | | - | |
| **26** | - | $29.28 | $30.43 | - | $26.40 | $32.48 | - | $37.73 | $28.63 | - | Holiday | |
| **27** | - | $28.85 | $30.53 | - | $26.88 | $32.73 | $32.28 | $37.23 | $30.38 | - | | |
| **28** | $26.58 | $28.33 | - | $27.28 | Holiday | | $32.68 | $36.63 | $30.18 | | | - |
| **29** | $27.38 | $28.93 | - | $26.88 | Not Quoted | | $33.63 | XXXXX | - | | | - |
| **30** | $27.03 | $28.98 | $30.45 | $26.83 | - | $31.35 | $33.85 | XXXXX | - | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **31** | - | - | XXXXX | $27.23 | XXXXX | $31.23 | $33.53 | XXXXX | $31.03 | XXXXX | - | XXXXX |

**From:** Farrell, Shirley
**Sent:** Wednesday, February 28, 2007 10:36 PM
**To:** Couch, John
**Subject:** RE: FSC Tomorrow's Meeting @ 3:30

**Attachments:** Fuel Surcharge Remaining Communication.doc

Fuel Surcharge
Remaining Commu..

---

**From:** Couch, John
**Sent:** Wednesday, February 28, 2007 1:37 PM
**To:** McIntyre, Clyde Jr.; Boyd, John Jr.; Carbone, Frank III; Farrell, Shirley
**Subject:** FSC Tomorrow's Meeting @ 3:30

Ed has asked me to put together a consolidated project management overview showing tasks that are needed to be done and status. Can you each please forward me your latest and I'll try to put into a common format.

John Boyd - the latest update that Tony usually hands out, you can give me the last one and I'll try to update
Clyde - your work plan similar to what I have seen in some of your e-mails
Shirley - I'll use the latest communication timeline that you sent
Carbone - do we have a summary of the loading report and MPA measurements work plan?

DRAFT FOR DISCUSSION

# Fuel Surcharge Communication Plan

## Internal

***February 26-28, 2007***

- Fuel surcharge highlighted at CWG & direct reports' staff meetings

***March 1, 2007***

- VP and delegates team meeting to discuss S&M feedback/response to impending policy changes – FINAL Review
- Materials distributed to S&M: A: Customer Letter B: Internal Education piece and C: Potential customer questions and talking points

***March 5, 2007***

- Include article in CSX This Week

## External Communications

***March 2, 2007***

- Customer e-mail letter (tariff subscribers, JD Powers list, etc…)
- Post letter on ShipCSX.com – customer news section
- Post on CSX.com: customer landing page; link to CWG letter

## Follow-up Communications

***Week of 3/12***

- E-mail from Clarence Gooden reminding customers that fuel surcharge is changing with information about how to get help in their implementation

***Week of 4/2***

- Final reminder e-mail: FSC changes effective in 3 weeks
- Information about fuel surcharge highlighted in Michael Ward's weekly message and placed on employee gateway

***April 23, 2007***

- Fuel surcharge effective

**From:** Couch, John
**Sent:** Tuesday, January 28, 2003 9:57 PM
**To:** Gooden, Clarence
**Cc:** Onimus, Frank S III
**Subject:** RCAF(u)

You asked me to schedule a meeting with you on the RCAF(u). I was planning on adding in the topics of the extra costs to CSXT for fuel, the fuel surcharge and to provide a quick synopsis of the entire issue.

I went to Gutman's team for some data, and they said Bob has been working on this for days, and that he has it covered. He will be presenting the information to Mike Giftos and others soon.

Let me know if you still want a briefing on this from me.

# Intentionally Omitted

## DA02316-DA02447

# Intentionally Omitted

## DA02448-DA02457


712
712
CSX
CSX Fuel Surcharge Program
May 19, 2005

# Objective of Fuel Surcharge:

- To be indifferent of fuel price fluctuations above a certain threshold by recovering 100% of incremental fuel expense
  - CSXT threshold: $23 per barrel WTI
  - CSXI threshold: $1.24 per gallon Diesel ≈ $23 per barrel

- Baseline theory: Once at 100% recovery, earning an additional $ in price is preferable to $ in fuel surcharge
  - Price will remain when fuel goes down

- <u>Question: What is the appropriate mechanism to allocate the fuel surcharge to the customers?</u>

# Current Fuel Surcharge Programs

## CSX Transportation

- Benchmark: WTI

(West Texas Intermediate Crude Oil)

- Trigger Point: $23 per barrel
- Adjusted: Monthly
- Calculation: Average Price for the month, two months prior (Jan price used for March bills)
- 2004 Fuel Surcharge Recovery: $154M

## CSX Intermodal

- Benchmark: Diesel Prices

(Highway Diesel published by DOE)

- Trigger Point: $1.24 per gallon
- Adjusted: Monthly
- Calculation: Average Price for last week of the previous month (last week in Feb used for March bills)
- 2004 Fuel Surcharge Recovery: $47M

# Current Fuel Surcharge (cont.)

- At $23 per barrel, CSX spends on average 5.9 cents for fuel per $1 of earned revenue
- If fuel doubles to $46 per barrel:

| | Fuel Surcharge | Incremental Recovery | Cost Increase | Recovery Rate |
|---|---|---|---|---|
| CSXT | 9.2% | 8.2 cents[1] | 6.1 cents | 135% |
| CSXI | 10% | 10 cents | 5.0 cents | 202% |
| CSX[2] | | | 5.9 cents | 146% |

| Revenue Coverage | Total Recovery |
|---|---|
| 49% | 66% |
| 60% | 121% |
| 51% | 74% |

- CSX: 146% recovery rate * 51% revenue coverage = 74% recovery of incremental fuel expenses

[1] CSXT incremental recovery subject to 10% collection reserve
[2] CSX figures use a weighted average

# Current Fuel Surcharge (cont.)

- Also includes some fuel surcharge capped contracts:
  - [redacted] (2% cap)
  - [redacted] (3% cap)
  - [redacted] (negotiated rate, 4% in 2005)

- [redacted] operate outside normal fuel surcharge process (but is included in 74% recovery)
  - Represents roughly 3% of revenue at a higher than tariff surcharge

# RCAF

- 14% of CSX revenue (as of Jan 1, 2005) is subject to RCAF escalators
  - When caps are applied, we recover about 60% (6.3% of 10.2%) of fuel increase
- 14% revenue coverage * 60% average recovery rate = 8% estimated recovery of incremental fuel expenses
- If the price of fuel goes down, the recovery rate will not go below a base rate, which is different for each contract

**Note:** 60% is based on Q1 escalation. Because of caps, as fuel increases, we recover less. If fuel goes down, our recovery will be higher on a percentage basis.

# Current CSX Coverage with both mechanisms

| | Current Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|
| Fuel Surcharge | 51% | * | 146% | = | 74% |
| RCAF | 14% | * | 60% | = | 8% |
| | 65% | | | | 82% |

**To reach our objective of 100% recovery:**

– Increase fuel surcharge coverage

| | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|
| Fuel Surcharge | 63% | * | 146% | = | 92% |
| RCAF | 14% | * | 60% | = | 8% |
| | 77% | | | | 100% |

# 2004 CSX recovery levels are similar to the rest of the industry

CSX fuel surcharge revenue based on foreign road fuel surcharge programs




**Notes:** [1]CN based on new fuel surcharge program
[2]CSX recovery does not include [redacted] and only reflects 3 months of new CSXI program

# Alternative Fuel Surcharge Mechanisms

1. Revenue based, but lower recovery (CN version)
2. Mileage based (new BN version)
3. Flat fee based
4. Adjust current system: start fuel surcharge at $40 per barrel (increase trigger point)
5. Convert RCAF contracts to fuel surcharge

Alternative 1

# Revenue based, lower recovery (CN version)

**In 2004, CSX would have made $173M under the CN plan, $28M less than our actual fuel surcharge revenue**

| | Threshold ($WTI) | Rate Increments |
|---|---|---|
| CSXT | $23 | 0.4% |
| CSXI | $1.24 diesel ≈ $23 | 0.43% |
| CN | $25 | 0.3% |




**Note:** CN fuel surcharge is the same for all markets, including Intermodal

Alternative 1

# Revenue based, lower recovery (CN version)

## To remain indifferent:

| | Current Coverage | | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% | ⇒ | 67% | * | 110% | = | 74% |
| RCAF | 14% | | 14% | * | 60% | = | 8% |
| | 65% | | 81% | | | | 82% |

## To reach 100% recovery:

| | Current Coverage | | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% | ⇒ | 83% | * | 110% | = | 92% |
| RCAF | 14% | | 14% | * | 60% | = | 8% |
| | 65% | | 97% | | | | 100% |

**Alternative 2**

# CSX mileage based fuel surcharge

| | CSXT | CSXI | CSX |
|---|---|---|---|
| Total gallons of fuel consumed | 528.5M | 86.0M | 614.5M |
| Total loaded miles | 3.06B | 1.65B | 4.71B |
| Gallons consumed per loaded mile | 0.17 | 0.52 | .130 |
| Baseline Fuel Expense per loaded mile @ $.75 per gallon ($23 per barrel) | $.130 | $.039 | $.098 |
| "Proposed" Incremental fuel surcharge revenue per mile[1] | $.0100 | $.0035 | $.0078 |
| Incremental fuel surcharge cost per mile[1] | $.0086 | $.0026 | $.0065 |
| Recovery Rate | 116% | 134% | 119% |

[1]For increments of 5 cents

Alternative 2

# CSX mileage based fuel surcharge table

**Fuel Surcharge Table**

| HDF Average Price (Per Gallon) | CSXT Per Mile Charge | CSXI Per Mile Charge |
|---|---|---|
| $0.00 to $1.249 | $0.000 | $0.000 |
| $1.250 to 1.299 | $0.010 | $0.003 |
| $1.300 to 1.349 | $0.020 | $0.007 |
| $1.350 to 1.399 | $0.030 | $0.010 |
| $1.350 to 1.399 | $0.040 | $0.014 |
| $1.400 to 1.449 | $0.050 | $0.017 |
| $1.450 to 1.499 | $0.060 | $0.021 |
| $1.500 to 1.549 | $0.070 | $0.024 |
| $1.550 to 1.599 | $0.080 | $0.028 |
| $1.600 to 1.649 | $0.090 | $0.031 |
| $1.650 to 1.699 | $0.100 | $0.035 |
| $1.700 to 1.749 | $0.110 | $0.038 |
| $1.750 to 1.799 | $0.120 | $0.042 |
| $1.800 to 1.849 | $0.130 | $0.045 |
| $1.850 to 1.899 | $0.140 | $0.049 |
| $1.900 to 1.949 | $0.150 | $0.052 |
| $1.950 to 1.999 | $0.160 | $0.056 |
| $2.000 to 2.049 | $0.170 | $0.059 |
| $2.050 to 2.099 | $0.180 | $0.063 |
| $2.100 to 2.149 | $0.190 | $0.066 |
| $2.150 to 2.199 | $0.200 | $0.070 |
| $2.200 to 2.249 | $0.210 | $0.073 |
| $2.250 to 2.299 | $0.220 | $0.077 |
| $2.300 to 2.349 | $0.230 | $0.080 |
| $2.350 to 2.399 | $0.240 | $0.084 |

- Fuel surcharge per mile increases with highway diesel fuel price per gallon (see page 21)

**Alternative 2**

# Issues with a mileage based program

- Administration
  - Internal billing systems
  - Customer billing systems
  - Interline traffic
- Rail miles vs. Rand McNally highway miles vs. zip codes
  - CSX rail miles are 38% higher than Rand McNally miles
- Sub categories of traffic
  - Could add separate coal category

# Mileage based program decreases the average recovery rate

**Alternative 2**

## To remain indifferent:

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% ⇨ | 62% | * | 119% | = | 74% |
| RCAF | 14% | 14% | * | 60% | = | 8% |
| | 65% | 76% | | | | 82% |

## To reach 100% recovery:

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% ⇨ | 77% | * | 119% | = | 92% |
| RCAF | 14% | 14% | * | 60% | = | 8% |
| | 65% | 91% | | | | 100% |

Alternative 2

# New BN mileage based program

- BN's mileage based program will go into effect January 2006
  - Used on all traffic except joint-rate interline movements
  - Based on Rand McNally (highway) miles
  - Based on highway diesel fuel price
- BN uses different fuel factors for different traffic
  - Coal and taconite
  - Carload and agriculture products
  - Intermodal trailers
  - Intermodal doublestack containers
- Exact fuel surcharge prices per mile are unknown

**Alternative 3**

# Flat fee based program

- Customers are charged a flat fee per car
  - Fee adjusted monthly based on average highway diesel price per gallon
- Flat fee schedule does not account for differences in mileage

**CSX Fuel Surcharge Thresholds**

| HDF Average Price (Per Gallon) | 82% Recovery Per Car Charge | 100% Recovery Per Car Charge |
|---|---|---|
| $0.00 to $1.249 | $0.00 | $0.00 |
| $1.250 to 1.299 | $4.24 | $5.17 |
| $1.300 to 1.349 | $8.48 | $10.34 |
| $1.350 to 1.399 | $12.72 | $15.51 |
| $1.350 to 1.399 | $16.96 | $20.68 |
| $1.400 to 1.449 | $21.20 | $25.85 |
| $1.450 to 1.499 | $25.44 | $31.02 |
| $1.500 to 1.549 | $29.68 | $36.19 |
| $1.550 to 1.599 | $33.92 | $41.36 |
| $1.600 to 1.649 | $38.16 | $46.53 |
| $1.650 to 1.699 | $42.40 | $51.70 |
| $1.700 to 1.749 | $46.64 | $56.87 |
| $1.750 to 1.799 | $50.88 | $62.04 |
| $1.800 to 1.849 | $55.12 | $67.21 |
| $1.850 to 1.899 | $59.36 | $72.38 |
| $1.900 to 1.949 | $63.60 | $77.55 |
| $1.950 to 1.999 | $67.84 | $82.72 |
| $2.000 to 2.049 | $72.08 | $87.89 |
| $2.050 to 2.099 | $76.32 | $93.06 |
| $2.100 to 2.149 | $80.56 | $98.23 |
| $2.150 to 2.199 | $84.80 | $103.40 |
| $2.200 to 2.249 | $89.04 | $108.57 |
| $2.250 to 2.299 | $93.28 | $113.74 |
| $2.300 to 2.349 | $97.52 | $118.91 |
| $2.350 to 2.399 | $101.76 | $124.08 |

**Alternative 4**

# Adjust current program: Start FSC @ $40

- **Theory: Fuel will not return to $20, so indifference point should be increased to e.g. $40**
- **What would have to happen for CSX to be indifferent?**
  - **Coverage would still have to increase**
  - **Price would have to make up the difference**
  - **How would we be able to create the discipline to do this?**
  - **CSX would have to start hedging below the new indifference point**

Alternative 5

# Convert RCAF contracts to fuel surcharge

- Convert current existing RCAF contracts to RCAF less fuel plus a separate fuel surcharge

Converting to fuel surcharge will boost recovery to 95%

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% | 65% | * | 146% | = | 95% |
| RCAF | 14% | 0% | * | 0% | = | 0% |
| | 65% | 65% | | | | 95% |

To reach 100% recovery:

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% | 68% | * | 146% | = | 100% |
| RCAF | 14% | 0% | * | 0% | = | 0% |
| | 65% | 68% | | | | 100% |



Highly Confidential

CSXFSC000077532

# Matrix Comparison between the 5 versions

| | Revenue Based (CN version) | Mileage Based (BN version) | Flat Fee | Start at $40 | Convert RCAF |
|---|---|---|---|---|---|
| Ease of Administration | Moderate | Moderate | Easy | Moderate | Hard |
| Perceived fairness from customer perspective | Moderate | Fair | Poor | Moderate | Moderate |
| Interline traffic administration | Moderate | Moderate | Easy | Moderate | Moderate |
| Ability to reach objective | Moderate | Moderate | Moderate | Moderate | Hard |

# Lining fuel surcharge with highway diesel will provide a better recovery of expenses

- Change from WTI to Diesel because correlation is higher
  - Highway diesel 2 is best
  - Already in use by CSXI

**What do we want to do?**

- Whatever we do, we need to get to 100% recovery

| Fuel Options | Correlation to Spot - Burdened | Correlation to Spot - Unburdened |
|---|---|---|
| WTI | 91.2% | 91.9% |
| Gulf Coast Heating Oil | 92.9% | 93.4% |
| NYMEX Heating Oil | 93.1% | 93.5% |
| Gulf Coast No 2 Diesel Retail Sales by All Sellers | 95.8% | 96.2% |
| East Coast No 2 Diesel Retail Sales by All Sellers | 96.6% | 97.1% |
| On-highway US Avg. No 2 Diesel Retail Sales by All Sellers - CSXI FSC | 97.1% | 97.3% |
| Refiner Price of No. 2 Diesel to end users | 95.1% | 95.7% |
| Refiner Price of No. 2 fuel oil to end users | 95.1% | 95.6% |
| US No 2 Diesel Fuel Prices to Commercial/ Institutional Consumers | 95.4% | 95.9% |
| Mon Avg. On-highway US Avg.No 2 Diesel Retail Sales by All Sellers (C/gal) | 96.3% | 96.8% |


Appendix
CSX
712
712

# Fuel Cost Calculations

- CSXT (2004):
  - Revenue: $6.5B
  - Fuel Expense: $396M
  - Fuel Cost Per Revenue Dollar: $0.061
- CSXI (2004):
  - Revenue: $1.3B
  - Fuel Expense: $65M
  - Fuel Cost Per Revenue Dollar: $0.05

# Coverage Calculations

- CSXI (Q1 2005):
  - FSC Revenue: $20.1M
  - Less: One-time, non-activity based $1.6M
  - Average rate: 10.5%
  - Total Revenue: $291.1M
  - Coverage rate: $291.1 / (($20.1 - $1.6) / 10.5%) = 60%

# Swift Trucking Fuel Surcharge Schedule

DOE POSTED
Price Per Gallon*

| From | To | Surcharge $ Per Mile |
|---|---|---|
| $0.000 | $1.104 | $0.00 |
| $1.105 | $1.149 | $0.01 |
| $1.150 | $1.194 | $0.02 |
| $1.195 | $1.239 | $0.03 |
| $1.240 | $1.284 | $0.04 |
| $1.285 | $1.329 | $0.05 |
| $1.330 | $1.374 | $0.06 |
| $1.375 | $1.419 | $0.07 |
| $1.420 | $1.464 | $0.08 |
| $1.465 | $1.509 | $0.09 |
| $1.510 | $1.554 | $0.10 |
| $1.555 | $1.599 | $0.11 |
| $1.600 | $1.644 | $0.12 |
| $1.645 | $1.689 | $0.13 |
| $1.690 | $1.734 | $0.14 |
| $1.735 | $1.779 | $0.15 |
| $1.780 | $1.824 | $0.16 |
| $1.825 | $1.869 | $0.17 |
| $1.870 | $1.914 | $0.18 |
| $1.915 | $1.959 | $0.19 |
| $1.960 | $2.004 | $0.20 |
| $2.005 | $2.049 | $0.21 |
| $2.050 | $2.094 | $0.22 |
| $2.095 | $2.139 | $0.23 |
| $2.140 | $2.184 | $0.24 |

| From | To | Surcharge $ Per Mile |
|---|---|---|
| $2.185 | $2.229 | $0.25 |
| $2.230 | $2.274 | $0.26 |
| $2.275 | $2.319 | $0.27 |
| $2.320 | $2.364 | $0.28 |
| $2.365 | $2.409 | $0.29 |
| $2.410 | $2.454 | $0.30 |
| $2.455 | $2.499 | $0.31 |
| $2.500 | $2.544 | $0.32 |
| $2.545 | $2.589 | $0.33 |
| $2.590 | $2.634 | $0.34 |
| $2.635 | $2.679 | $0.35 |
| $2.680 | $2.724 | $0.36 |
| $2.725 | $2.769 | $0.37 |
| $2.770 | $2.814 | $0.38 |
| $2.815 | $2.859 | $0.39 |
| $2.860 | $2.904 | $0.40 |
| $2.905 | $2.949 | $0.41 |
| $2.950 | $2.994 | $0.42 |
| $2.995 | $3.039 | $0.43 |
| $3.040 | $3.084 | $0.44 |
| $3.085 | $3.129 | $0.45 |
| $3.130 | $3.174 | $0.46 |
| $3.175 | $3.219 | $0.47 |
| $3.220 | $3.264 | $0.48 |
| > $3.265 | | ## |

- Swift's Intermodal Fuel Surcharge Rate is 50% - one half of the over the road surcharge amount




The “Collective” Our – Us and Them

## Objective of Fuel Surcharge:

- To be indifferent of fuel price fluctuations above a certain threshold by recovering 100% of incremental fuel expense
  - CSXT threshold: $23 per barrel WTI
  - CSXI threshold: $1.24 per gallon Diesel ≈ $23 per barrel

- Baseline theory: Once at 100% recovery, earning an additional $ in price is preferable to $ in fuel surcharge
  - Price will remain when fuel goes down

- Question: What is the appropriate mechanism to allocate the fuel surcharge to the customers?

2

# Current Fuel Surcharge Programs

**CSX Transportation**

- Benchmark: WTI

(West Texas Intermediate Crude Oil)

- Trigger Point: $23 per barrel
- Adjusted: Monthly
- Calculation: Average Price for the month, two months prior (Jan price used for March bills)
- 2004 Fuel Surcharge Recovery: $154M

**CSX Intermodal**

- Benchmark: Diesel Prices

(Highway Diesel published by DOE)

- Trigger Point: $1.24 per gallon
- Adjusted: Monthly
- Calculation: Average Price for last week of the previous month (last week in Feb used for March bills)
- 2004 Fuel Surcharge Recovery: $47M

3

# Current Fuel Surcharge (cont.)

- At $23 per barrel, CSX spends on average 5.9 cents for fuel per $1 of earned revenue
- If fuel doubles to $46 per barrel:

| | Fuel Surcharge | Incremental Recovery | Cost Increase | Recovery Rate | Revenue Coverage | Total Recovery |
|---|---|---|---|---|---|---|
| CSXT | 9.2% | 8.2 cents[1] | 6.1 cents | 135% | 49% | 66% |
| CSXI | 10% | 10 cents | 5.0 cents | 202% | 60% | 121% |
| CSX[2] | | | 5.9 cents | 146% | 51% | 74% |

- CSX: 146% recovery rate * 51% revenue coverage = 74% recovery of incremental fuel expenses

[1]CSXT incremental recovery subject to 10% collection reserve
[2]CSX figures use a weighted average

## Current Fuel Surcharge (cont.)

- Also includes some fuel surcharge capped contracts:
  - [redacted] (2% cap)
  - [redacted] (3% cap)
  - [redacted] (negotiated rate, 4% in 2005)
- [redacted] operate outside normal fuel surcharge process (but is included in 74% recovery)
  - Represents roughly 3% of revenue at a higher than tariff surcharge

5

# RCAF

- **14% of CSX revenue (as of Jan 1, 2005) is subject to RCAF escalators**
  - **When caps are applied, we recover about 60% (6.3% of 10.2%) of fuel increase**
- **14% revenue coverage * 60% average recovery rate = 8% estimated recovery of incremental fuel expenses**
- **If the price of fuel goes down, the recovery rate will not go below a base rate, which is different for each contract**

**Note:** 60% is based on Q1 escalation. Because of caps, as fuel increases, we recover less. If fuel goes down, our recovery will be higher on a percentage basis.

# Current CSX Coverage with both mechanisms

| | Current Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|
| Fuel Surcharge | 51% | * | 146% | = | 74% |
| RCAF | 14% | * | 60% | = | 8% |
| | 65% | | | | 82% |

To reach our objective of 100% recovery:

– Increase fuel surcharge coverage

| | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|
| Fuel Surcharge | 63% | * | 146% | = | 92% |
| RCAF | 14% | * | 60% | = | 8% |
| | 77% | | | | 100% |

# 2004 CSX recovery levels are similar to the rest of the industry




Notes: [1]CN based on new fuel surcharge program
[2]CSX recovery does not include [redacted] and only reflects 3 months of new CSXI program

# Alternative Fuel Surcharge Mechanisms

1. Revenue based, but lower recovery (CN version)
2. Mileage based (new BN version)
3. Flat fee based
4. Adjust current system: start fuel surcharge at $40 per barrel (increase trigger point)
5. Convert RCAF contracts to fuel surcharge

Alternative 1

# Revenue based, lower recovery (CN version)

**In 2004, CSX would have made $173M under the CN plan, $28M less than our actual fuel surcharge revenue**

| | Threshold ($WTI) | Rate Increments |
|---|---|---|
| CSXT | $23 | 0.4% |
| CSXI | $1.24 diesel ≈ $23 | 0.43% |
| CN | $25 | 0.3% |






**Note:** CN fuel surcharge is the same for all markets, including Intermodal

Alternative 1

# Revenue based, lower recovery (CN version)

**To remain indifferent:**

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% ⇨ | 67% | * | 110% | = | 74% |
| RCAF | 14% | 14% | * | 60% | = | 8% |
| | 65% | 81% | | | | 82% |

**To reach 100% recovery:**

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% ⇨ | 83% | * | 110% | = | 92% |
| RCAF | 14% | 14% | * | 60% | = | 8% |
| | 65% | 97% | | | | 100% |

Alternative 2

# CSX mileage based fuel surcharge

| | CSXT | CSXI | CSX |
|---|---|---|---|
| Total gallons of fuel consumed | 528.5M | 86.0M | 614.5M |
| Total loaded miles | 3.06B | 1.65B | 4.71B |
| Gallons consumed per loaded mile | 0.17 | 0.52 | .130 |
| Baseline Fuel Expense per loaded mile @ $.75 per gallon ($23 per barrel) | $.130 | $.039 | $.098 |
| "Proposed" Incremental fuel surcharge revenue per mile[1] | $.0100 | $.0035 | $.0078 |
| Incremental fuel surcharge cost per mile[1] | $.0086 | $.0026 | $.0065 |
| Recovery Rate | 116% | 134% | 119% |

12

[1]For increments of 5 cents

Alternative 2

# CSX mileage based fuel surcharge table

Fuel Surcharge Table

| HDF Average Price (Per Gallon) | CSXT Per Mile Charge | CSXI Per Mile Charge |
|---|---|---|
| $0.00 to $1.249 | $0.000 | $0.000 |
| $1.250 to 1.299 | $0.010 | $0.003 |
| $1.300 to 1.349 | $0.020 | $0.007 |
| $1.350 to 1.399 | $0.030 | $0.010 |
| $1.350 to 1.399 | $0.040 | $0.014 |
| $1.400 to 1.449 | $0.050 | $0.017 |
| $1.450 to 1.499 | $0.060 | $0.021 |
| $1.500 to 1.549 | $0.070 | $0.024 |
| $1.550 to 1.599 | $0.080 | $0.028 |
| $1.600 to 1.649 | $0.090 | $0.031 |
| $1.650 to 1.699 | $0.100 | $0.035 |
| $1.700 to 1.749 | $0.110 | $0.038 |
| $1.750 to 1.799 | $0.120 | $0.042 |
| $1.800 to 1.849 | $0.130 | $0.045 |
| $1.850 to 1.899 | $0.140 | $0.049 |
| $1.900 to 1.949 | $0.150 | $0.052 |
| $1.950 to 1.999 | $0.160 | $0.056 |
| $2.000 to 2.049 | $0.170 | $0.059 |
| $2.050 to 2.099 | $0.180 | $0.063 |
| $2.100 to 2.149 | $0.190 | $0.066 |
| $2.150 to 2.199 | $0.200 | $0.070 |
| $2.200 to 2.249 | $0.210 | $0.073 |
| $2.250 to 2.299 | $0.220 | $0.077 |
| $2.300 to 2.349 | $0.230 | $0.080 |
| $2.350 to 2.399 | $0.240 | $0.084 |

- Fuel surcharge per mile increases with highway diesel fuel price per gallon (see page 21)

Alternative 2

# Issues with a mileage based program

- Administration
  - Internal billing systems
  - Customer billing systems
  - Interline traffic
- Rail miles vs. Rand McNally highway miles vs. zip codes
  - CSX rail miles are 38% higher than Rand McNally miles
- Sub categories of traffic
  - Could add separate coal category

14

Alternative 2

# Mileage based program decreases the average recovery rate

## To remain indifferent:

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% ⇨ | 62% | * | 119% | = | 74% |
| RCAF | 14% | 14% | * | 60% | = | 8% |
| | 65% | 76% | | | | 82% |

## To reach 100% recovery:

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% ⇨ | 77% | * | 119% | = | 92% |
| RCAF | 14% | 14% | * | 60% | = | 8% |
| | 65% | 91% | | | | 100% |

Alternative 2

# New BN mileage based program

- BN's mileage based program will go into effect January 2006
  - Used on all traffic except joint-rate interline movements
  - Based on Rand McNally (highway) miles
  - Based on highway diesel fuel price
- BN uses different fuel factors for different traffic
  - Coal and taconite
  - Carload and agriculture products
  - Intermodal trailers
  - Intermodal doublestack containers
- Exact fuel surcharge prices per mile are unknown

16

Alternative 3

# Flat fee based program

- Customers are charged a flat fee per car
  - Fee adjusted monthly based on average highway diesel price per gallon
- Flat fee schedule does not account for differences in mileage

CSX Fuel Surcharge Thresholds

| HDF Average Price (Per Gallon) | 82% Recovery Per Car Charge | 100% Recovery Per Car Charge |
|---|---|---|
| $0.00 to $1.249 | $0.00 | $0.00 |
| $1.250 to 1.299 | $4.24 | $5.17 |
| $1.300 to 1.349 | $8.48 | $10.34 |
| $1.350 to 1.399 | $12.72 | $15.51 |
| $1.350 to 1.399 | $16.96 | $20.68 |
| $1.400 to 1.449 | $21.20 | $25.85 |
| $1.450 to 1.499 | $25.44 | $31.02 |
| $1.500 to 1.549 | $29.68 | $36.19 |
| $1.550 to 1.599 | $33.92 | $41.36 |
| $1.600 to 1.649 | $38.16 | $46.53 |
| $1.650 to 1.699 | $42.40 | $51.70 |
| $1.700 to 1.749 | $46.64 | $56.87 |
| $1.750 to 1.799 | $50.88 | $62.04 |
| $1.800 to 1.849 | $55.12 | $67.21 |
| $1.850 to 1.899 | $59.36 | $72.38 |
| $1.900 to 1.949 | $63.60 | $77.55 |
| $1.950 to 1.999 | $67.84 | $82.72 |
| $2.000 to 2.049 | $72.08 | $87.89 |
| $2.050 to 2.099 | $76.32 | $93.06 |
| $2.100 to 2.149 | $80.56 | $98.23 |
| $2.150 to 2.199 | $84.80 | $103.40 |
| $2.200 to 2.249 | $89.04 | $108.57 |
| $2.250 to 2.299 | $93.28 | $113.74 |
| $2.300 to 2.349 | $97.52 | $118.91 |
| $2.350 to 2.399 | $101.76 | $124.08 |

Alternative 4

# Adjust current program: Start FSC @ $40

- Theory: Fuel will not return to $20, so indifference point should be increased to e.g. $40
- What would have to happen for CSX to be indifferent?
  - Coverage would still have to increase
  - Price would have to make up the difference
  - How would we be able to create the discipline to do this?
  - CSX would have to start hedging below the new indifference point

18

Alternative 5

# Convert RCAF contracts to fuel surcharge

- Convert current existing RCAF contracts to RCAF less fuel plus a separate fuel surcharge

Converting to fuel surcharge will boost recovery to 95%

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% | 65% | * | 146% | = | 95% |
| RCAF | 14% | 0% | * | 0% | = | 0% |
| | 65% | 65% | | | | 95% |

To reach 100% recovery:

| | Current Coverage | New Coverage | | Avg Recovery Rate | | Weighted Recovery |
|---|---|---|---|---|---|---|
| Fuel Surcharge | 51% | 68% | * | 146% | = | 100% |
| RCAF | 14% | 0% | * | 0% | = | 0% |
| | 65% | 68% | | | | 100% |

# Matrix Comparison between the 5 versions

| | Revenue Based (CN version) | Mileage Based (BN version) | Flat Fee | Start at $40 | Convert RCAF |
|---|---|---|---|---|---|
| Ease of Administration | Moderate | Moderate | Easy | Moderate | Hard |
| Perceived fairness from customer perspective | Moderate | Fair | Poor | Moderate | Moderate |
| Interline traffic administration | Moderate | Moderate | Easy | Moderate | Moderate |
| Ability to reach objective | Moderate | Moderate | Moderate | Moderate | Hard |

# Lining fuel surcharge with highway diesel will provide a better recovery of expenses

- Change from WTI to Diesel because correlation is higher
  - Highway diesel 2 is best
  - Already in use by CSXI

What do we want to do?
  - Whatever we do, we need to get to 100% recovery

| Fuel Options | Correlation to Spot - Burdened | Correlation to Spot - Unburdened |
|---|---|---|
| WTI | 91.2% | 91.9% |
| Gulf Coast Heating Oil | 92.9% | 93.4% |
| NYMEX Heating Oil | 93.1% | 93.5% |
| Gulf Coast No 2 Diesel Retail Sales by All Sellers | 95.8% | 96.2% |
| East Coast No 2 Diesel Retail Sales by All Sellers | 96.6% | 97.1% |
| On-highway US Avg. No 2 Diesel Retail Sales by All Sellers - CSXI FSC | 97.1% | 97.3% |
| Refiner Price of No. 2 Diesel to end users | 95.1% | 95.7% |
| Refiner Price of No. 2 fuel oil to end users | 95.1% | 95.6% |
| US No 2 Diesel Fuel Prices to Commercial/ Institutional Consumers | 95.4% | 95.9% |
| Mon Avg. On-highway US Avg.No 2 Diesel Retail Sales by All Sellers (C/gal) | 96.3% | 96.8% |




The "Collective" Our – Us and Them

# Fuel Cost Calculations

- CSXT (2004):
  - Revenue: $6.5B
  - Fuel Expense: $396M
  - Fuel Cost Per Revenue Dollar: $0.061

- CSXI (2004):
  - Revenue: $1.3B
  - Fuel Expense: $65M
  - Fuel Cost Per Revenue Dollar: $0.05

23

# Coverage Calculations

- CSXI (Q1 2005):
  - FSC Revenue: $20.1M
  - Less: One-time, non-activity based $1.6M
  - Average rate: 10.5%
  - Total Revenue: $291.1M
  - Coverage rate: $291.1 / (($20.1 - $1.6) / 10.5%) = 60%

# Swift Trucking Fuel Surcharge Schedule

DOE POSTED
Price Per Gallon*

| From | To | Surcharge $ Per Mile | From | To | Surcharge $ Per Mile |
|---|---|---|---|---|---|
| $0.000 | $1.104 | $0.00 | $2.185 | $2.229 | $0.25 |
| $1.105 | $1.149 | $0.01 | $2.230 | $2.274 | $0.26 |
| $1.150 | $1.194 | $0.02 | $2.275 | $2.319 | $0.27 |
| $1.195 | $1.239 | $0.03 | $2.320 | $2.364 | $0.28 |
| $1.240 | $1.284 | $0.04 | $2.365 | $2.409 | $0.29 |
| $1.285 | $1.329 | $0.05 | $2.410 | $2.454 | $0.30 |
| $1.330 | $1.374 | $0.06 | $2.455 | $2.499 | $0.31 |
| $1.375 | $1.419 | $0.07 | $2.500 | $2.544 | $0.32 |
| $1.420 | $1.464 | $0.08 | $2.545 | $2.589 | $0.33 |
| $1.465 | $1.509 | $0.09 | $2.590 | $2.634 | $0.34 |
| $1.510 | $1.554 | $0.10 | $2.635 | $2.679 | $0.35 |
| $1.555 | $1.599 | $0.11 | $2.680 | $2.724 | $0.36 |
| $1.600 | $1.644 | $0.12 | $2.725 | $2.769 | $0.37 |
| $1.645 | $1.689 | $0.13 | $2.770 | $2.814 | $0.38 |
| $1.690 | $1.734 | $0.14 | $2.815 | $2.859 | $0.39 |
| $1.735 | $1.779 | $0.15 | $2.860 | $2.904 | $0.40 |
| $1.780 | $1.824 | $0.16 | $2.905 | $2.949 | $0.41 |
| $1.825 | $1.869 | $0.17 | $2.950 | $2.994 | $0.42 |
| $1.870 | $1.914 | $0.18 | $2.995 | $3.039 | $0.43 |
| $1.915 | $1.959 | $0.19 | $3.040 | $3.084 | $0.44 |
| $1.960 | $2.004 | $0.20 | $3.085 | $3.129 | $0.45 |
| $2.005 | $2.049 | $0.21 | $3.130 | $3.174 | $0.46 |
| $2.050 | $2.094 | $0.22 | $3.175 | $3.219 | $0.47 |
| $2.095 | $2.139 | $0.23 | $3.220 | $3.264 | $0.48 |
| $2.140 | $2.184 | $0.24 | > $3.255 | | ## |

• Swift's Intermodal Fuel Surcharge Rate is 50% - one half of the over the road surcharge amount

BEAR STEARNS

**Equity Research**
Railroads / Rated: Market Weight
*January 31, 2003*

**Thomas R. Wadewitz**
212 272-3169
twadewitz@bear.com

**Edward M. Wolfe**
212 272-7048
ewolfe@bear.com

**Christopher D. Tessin**
212 272-6637
ctessin@bear.com

# CSX Corporation (CSX-$27.68) - Peer Perform

## Back on Track?

## Data

| | | | | | |
|---|---|---|---|---|---|
| LT Debt to Tot Cap | 54.4% | Shares Out | 213.5 | Book Value | $30.46 |
| Target Price | $32 | Market Cap (MM) | 5,699 | | |

## GAAP Estimates

| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E Year |
|---|---|---|---|---|---|---|
| **2001** | $0.10 | $0.51 | $0.47 | $0.48 | $1.56 | 17.7x |
| **2002** | $0.32A | $0.60A | $0.60A | $0.64A | $2.16A | 12.8x |
| **Previous** | | | | $0.55E | $2.07E | |
| **2003** | $0.29E | $0.68E | $0.68E | $0.75E | $2.40E | 11.5x |
| **2004** | | | | | $2.90E | 9.5x |

**Key Points**

*** UPSIDE REPORT. Yesterday CSX reported 4Q EPS of $0.64/share versus the Street Consensus of $0.57 and our estimate of $0.55. When a "net" non-recurring tax credit of $11 mm ($0.03-$0.04/share) is excluded, CSX' 4Q report was still an upside report of about $0.61/share. In addition to a boost from strong yields CSX's 4Q results reflected significantly improved control of operating expenses.

*** 1Q LIKELY TO BE DIFFICULT. Even when the estimated $17 million in compensation expense CSX expects to pay John Snow is excluded, CSX is facing a difficult 1Q with a y/y increase in fuel expense on the order of $30-$35 mm ($0.09-$0.11/share). To achieve our $0.29/share 1Q estimate, CSX will need to maintain the strong operating expense improvement it showed in 4Q.

*** IS CSX BACK ON TRACK? Based on it's 4Q results, CSX would appear to be back on a path of solid cost control and margin expansion. However, with limited visibility to improvement in coal volumes and uncertainty in fuel prices, our sense is that there remains risk to CSX's EPS performance in the near term.

*** STRONG YIELDS OFFSET VOLUME WEAKNESS. In 4Q, both CSX and NSC realized strong yield growth which offset weak volumes sufficiently to generate solid revenue growth. We believe that the strong yields provide a positive indicator that both Eastern railroads remain focused on achieving price increases. We believe the strong yields are crucial to maintaining solid EPS growth in 2003.

*** CAUTIOUS IN THE NEAR TERM. While CSX showed renewed improvement in its 4Q cost performance, we are not yet ready to assume that this cost momentum persists at the same pace and risk to high fuel prices remains. Given what we see as near term risks, we continue to have a cautious view despite reasonably attractive valuation compared to both historical and current valuation for group.

**PLEASE REFER TO THE LAST PAGE OF THIS REPORT FOR IMPORTANT DISCLOSURE INFORMATION

**INVESTMENT CONCLUSION:** CSX is trading at 11.5x and 9.5x our unchanged 2003 and 2004 EPS estimates of $2.40 and $2.90 which compares to an 11x-15x average one year forward P/E range for the Class I group over the last 12 years. At the present time the six large Class I carriers are trading at average P/Es of 12.4x and 10.6x our 2003 and 2004 EPS estimates. Within our 2003 EPS estimate of $2.40/share, we have assumed a slight year-over-year decline in 1Q:03

EPS (the comparison is difficult due to a land sale in 1Q:02) and then a return to significant year-over-year EPS growth for 2Q through 4Q. The two primary risks to our 2003 forecasts are from high fuel prices and uncertain coal volumes. We have assumed that what should be a constructive environment for coal volumes (a cold weather and high natural gas prices) translates into improved coal volume performance of flat volumes in 2Q and 1.0% type of growth in 2H:03. While this assumption does not feel aggressive, we have little visibility to the timing of an expected turn in coal volumes. In addition, CSX's lack of any fuel hedging creates relatively greater potential downside risk to its EPS performance. From a pure valuation perspective, at 11.5x our low end 2003 EPS estimate, CSX is inexpensive relative to the historical range for the rail group. We view the current valuation as attractive but given the near term risks/ uncertainty regarding both fuel prices and coal volumes, we elect to remain on the sidelines with a Peer Perform rating. Our one year price target of $32 is based on applying an 11x P/E multiple to our 2004 EPS estimate of $2.90/share.

**KEY POINTS:**

- **Solid 4Q report.** CSX posted 4Q:02 EPS of $0.64/share, which was above our estimate of $0.55/share and Street consensus of $0.57/share. The quarter was strong although the company did receive a net benefit of approximately $11 million in 4Q from a $17 million property tax adjustment which was offset by some one-time labor expenses. We estimate that this $11 million would affect 4Q earnings by approximately $0.03/share, still well ahead of our estimate and $0.04/share above the Street consensus. Strength in the fourth quarter came from stronger revenue growth than we anticipated. Total surface transport revenue (which accounted for 88% of CSX's total revenue) grew 1.7% versus 4Q:01 to $1.815 billion which was above our estimate of $1.800 billion. The revenue growth was driven by Strong Intermodal, Autos and Chemicals revenue. Intermodal revenue was up 8.4% while Chemicals and Autos were up 7.6% and 7.9% respectively in 4Q;02. Overall carload volumes for 4Q were down -0.2% while yields grew 4.3% during the quarter. Carload volumes were dragged down by Coal volumes which decreased -7.6% in 4Q on a year-over-year basis. Counteracting the weakness in Coal, CSX saw strong growth in Intermodal carload volumes of 5.1% and growth in Metals volumes of 6.8%. CSX's growth profile in 4Q matched the majority of the class I railroads with weakness in bulk and strength in Autos and Intermodal. On the cost side, total operating expenses rose 0.8% led by inland transportation expense which grew by 15.9%, and Depreciation and Fuel expense which rose by 13.4% and 6.0% respectively. In sum, given the overall revenue growth for CSX of 2.5% and modestly higher operating expenses, CSX's operating ratio improved 169 basis points (197 ex-fuel) from 86.2% in 4Q:01 to 84.5% in 4Q:02.

**Table 2: CSX's Operating Expense Comparison.**

| Surface Transport Expenses | 4Q:01 | 4Q:02 | YoY % Change |
|---|---|---|---|
| Labor and Fringe | 661 | 659 | -0.3% |
| Materials, Supplies and Other | 336 | 311 | -7.4% |
| Conrail Op. Fees, Rents and Services | 85 | 74 | -12.9% |
| Building and Equipment Rent | 134 | 132 | -1.5% |
| Inland Transportation | 63 | 73 | 15.9% |
| Depreciation | 142 | 161 | 13.4% |
| Fuel | 117 | 124 | 6.0% |
| **Total Surface Transport Expenses** | **1,538** | **1,534** | **-0.3%** |
| | | | |
| Total Marine Expenses | 198 | 219 | 10.6% |
| Total Barge Expenses | | | |
| Total Contract Logistics Expenses | | | |
| Total Elimination Expense | (8) | (11) | 37.5% |
| **Total Operating Expenses** | **1,728** | **1,742** | **0.8%** |

Source: Company Reports and Bear, Stearns & Co. estimates.

- **Fuel will impact 1Q.** As the table below highlights, CSX no longer received a benefit from lower fuel prices in 4Q as average price per gallon was $0.84 in 4Q:02 versus $0.84 in 4Q:01. Looking out into 2003 we see potential risk for the company as CSX remains entirely unhedged for their 2003 fuel exposure. Beginning in the first quarter of 2003 the company expects to incur approximately $33 million as a result of the impact from higher fuel prices. This $33 million represents the increase in fuel expense net of surcharge revenue. Given the relatively high current spot fuel price of between $0.95 and $1.00 and the current uncertain political situation with the potential for a U.S. led war in

the Middle East we see higher fuel expense as a primary risk to earnings growth in 2003 for CSX. However, CSX does have a fuel surcharge program in place and a current 2% existing surcharge on merchandise traffic for business with contracts that include provisions for a fuel surcharge. The first level of surcharges have been in place for CSX beginning within the last month as WTI crude oil has been above $28 per barrel for more than 30 days. CSX's fuel surcharge schedule rises 2% for each additional $5 over $28 per barrel crude oil. While some of the other class I railroads are making a push to include fuel surcharges in all new contracts, CSX noted that they prefer to push for higher overall pricing instead of tacking on allowances for surcharges. In the following table we show the year-over-year impact of fuel prices by quarter in 2002.

**Table 2: CSX's 2002 EPS benefit from Fuel.**

| | Est Fuel Price ($/gal) | Year Ago Fuel Price | 2002 Est. Fuel Consumption (gal.) | Projected Savings | Boost to EPS |
|---|---|---|---|---|---|
| 1Q:02 | 0.72 | 0.99 | 146 | 40 | $0.12 |
| 2Q:02 | 0.78 | 0.92 | 144 | 20 | $0.06 |
| 3Q:02 | 0.80 | 0.90 | 136 | 13 | $0.04 |
| 4Q:02 | 0.84 | 0.84 | 146 | 0 | $0.00 |
| 2002 | 0.78 | 0.90 | 572 | 68 | $0.21 |

Source: Company Reports and Bear, Stearns & Co. estimates.

- **Modest 1Q effect from Sale of domestic-container business.** CSX announced during 4Q that they would convey 80% of their domestic container-shipping business, CSX Lines, to a venture formed with the Carlyle Group for $300 million. CSX Lines consists of 17 U.S. ships and over 22,000 containers. CSX will receive $240 million in cash and $60 million in securities for the business from the Carlyle Group. The securities will be in the form of preferred interest shares in the new company which will become known as Horizon Lines, LLC with Carlyle as the 80% majority owner and CSX holding the minority 20% stake. We estimate EPS dilution in the range of $0.03-$0.05/share in EPS and we expect the transaction to finalize in the first quarter of 2003. .

- **Snow confirmation is expected; Would result in 1Q expense.** During the fourth quarter, the Bush Administration announced its nomination of current Chairman and CEO of CSX, John Snow to the position of Secretary of the Treasury. We believe the nomination is positive for both CSX and the rails as CSX may gain a more operationally focused CEO while the industry gets an advocate in a high place. Current President of CSX Transportation, Michael Ward, has been presented to investors as the heir apparent to John Snow since the announcement. We believe that Board of Directors would need to give their approval of Mr. Ward but our sense is that there is a very high probability that Mr. Ward would take Mr. Snow's place as CEO and Chairman. Current Chair and CEO John Snow has been a presence in Wash DC for several years and the most visible figure from the railroads. Our sense was that Mr. Snow was interested in turning over the reins at CSX and taking a more active role in government. As a result, we had expected a transition, but now the timing is likely to be accelerated. During a period of pressure on CSX resulting from the Conrail integration, Mr. Ward emerged as a key leader of the company. While Mr. Snow has had a positive impact on the railroad industry as an advocate in Washington, we believe an expected transition to the more operations focused Michael Ward would be a positive change for CSX. Mr. Snow's confirmation is widely expected and in the first quarter, CSX expects to incur approximately $17 million in expenses related to his departure as acceleration of his deferred compensation.

- **Lost Coal contracts, Weak Eastern coal in 1Q**. In 2003, CSX will face a number of challenges in the Coal space. In week 3, according to the AAR, Coal volumes for the class I railroads were down -8.9% in week 3 with particular weakness from the Eastern carriers. CSX in particular has had poor volumes with a quarter-to-date decline in Coal carloads of -5.3% through week 3 and most recently, a YoY decline of -17.6% in week 3. In the 1H:03 the comparison period data for CSX is relatively easy as the railroad experienced significant weakness in 1Q:02 and 2Q:02 of -10.8% and -10.1% respectively versus the same periods in 2001. Carload volumes from the Eastern railroads have been hurt by Coal producer bankruptcies and financial hardships. Eastern coal producers face an increasingly difficult environment as the combination of regulatory uncertainty, access to capital, and the availability

of attractive reserves continue to represent significant challenges for eastern producers. In specific cases, mines are being shuttered permanently as in the example of Horizon's Mountaineer Coal Development complex located in West Virginia. CSX lost two notable accounts in the fourth quarter which were partially responsible for export Coal decreasing -26% in the quarter. The first contract lost was worth roughly $7 million in revenue and was Coal that was formerly shipped to an Italian utility and is now being sourced by the utility from South Africa. CSX had won the Italian business during a tight Coal market in 2001. The second piece of business was lost to NSC although the company did not provide an exact figure for the amount of the contract. Lastly, CSX admitted to losing a contract with Jacksonville Electric Utilities where Colombian Coal will displace domestic coal. According to the company, in 1Q:03, lost Coal business will result in a revenue decrease of approximately $70 million for 2003. In the chart below we have shown the company's Coal volumes on a 6 week rolling basis from 2002 to present.

**Exhibit 3. CSXs Coal carload volumes 2002 - Present**




Source: AAR; Bear Stearns & Co. Inc.

Valuation Method For Target Price: We use a historical and relative P/E valuation methodology to determine our target Investment Risks: Risks include, higher fuel prices, competition from trucks, weather related energy output and commodity price fluctuations.

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, Bear Stearns), as indicated on the cover page hereof. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is regulated by the United Kingdom Financial Services Authority. This report is not intended for private customers in the United Kingdom. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request. Bear Stearns and its employees, officers and directors may have positions and deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including positions and transactions contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein. This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained herein has been obtained from sources we believe to be reliable, its accuracy and completeness cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information contained herein. This publication is being furnished to you for informational purposes only and on the condition that it will not form a primary basis for any investment decision. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on the legal, tax and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, none of Bear Stearns or any of its employees shall be responsible for any investment decision.
(c) 2003. All rights reserved by Bear Stearns. This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states.

NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX or NASDAQ National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

***DISCLOSURES***

Bear, Stearns & Co. Equity Research Rating System:
Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.

Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

Bear, Stearns Ratings Distribution as of January 15, 2003:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC investment banking clients in the last 12 months.
Buy (Outperform): 35 / 21.7
Neutral (Peer Perform): 43.5 / 14.7
Sell (Underperform): 19.1 / 7.6
Not Rated: 2.4 / 32

BNI: Bear Stearns is associated with the specialist that makes a market in the common stock of this issuer, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock.

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

For important information regarding the companies in this report, please contact your registered representative at 1-800-371-0978, or write to Uzi Rosha, Equity Research Compliance, Bear Stearns & Co. Inc., 383 Madison Avenue, New York, NY 10179.

# CSX RICH CORPORATION

**October 24, 2002**
**10:00 a.m. CDT**

Coordinator: Good morning and welcome to today's conference call. All participants will be on a listen only until the question and answer session. Today's conference is being recorded. If you have any objections, please disconnect at this time. Today's presentation material is posted on CSX.com. I will now introduce your host, Mr. John Snow. Sir, you may begin.

J. Snow: Thank you very much and thank all of you who are on this conference call with us to review the third quarter numbers. I think you've seen them by now. They were released earlier this morning. With me are Paul Goodwin, our CFO; Michael Ward, the President of CSX and the CEO of CSXT; and Mike Giftos, the Executive Vice President for Marketing and Sales.

There's no real news in our third quarter. You've seen these numbers before with our earlier release, but nevertheless, a word or two on them is

important. Clearly, it's a disappointment to us. We missed our forecast on coal and our cost controls weren't where we wanted them to be.

The problems of the quarter, though, I think, are anomalous. I think it's a one-quarter problem. Michael Ward, Mike Giftos, Al Crown, the whole team are hard at work, to make sure that we get back on track with that series of quarter over quarter and year over year improvements that have been our pattern for the last couple of years.

It was a difficult quarter. We recognized the disappointment that many of you feel in our numbers and in not being advised earlier about those numbers. As I say, I think the quarter was anomalous and we're putting it behind us. We've addressed the problems that came up and you're going to see a renewed vigor on cost takeouts. Michael Ward, Al Crown, and the whole team are putting in place, a series of cost reduction programs that are going to put is in good stead for the fourth quarter, but also for the years ahead.

At the same time, we recognize that the economy has not recovered as we had hoped it would. That's effected our ability to grow the revenue base

and we do have some concern about our revenue picture, more on that later from Michael Giftos and Mike Ward.

The EPS performed much better than rail operating income, as you know. It was up nicely $0.60 versus $0.47, helped a lot by other income, solid marine business performance and our ability to reduce interest costs, all of which helped offset some of the weakness at the railroad. To talk more about the railroad results, let me call on Michael Ward. He's going to be followed by Mike Giftos with a review of the lines of business in terms of revenues and sales. Then we'll hear from Paul, to wrap up the numbers.

M. Ward Thank you, John. Before I get started, I'd like to point everybody's attention to our normal disclaimer on forward-looking statements and to remind you as we usually do, that any statement we make about the future is based on the best information we have as of today. If the economy or other factors change, we're not going to be responsible to update that.

With that, I'd like to talk a little bit before I start on the slides. We're very aware of what this disappointing third quarter has cost us. We've worked hard over the prior seven quarters, to establish credibility and we know that the third quarter has hurt our credibility. I'll assure you that the entire

leadership team and the people at CSX are committed to regaining your confidence. We know that the way to do that is to deliver a good forth quarter, then a good first quarter, then a good second quarter, and to reestablish the pattern of improvement that we have demonstrated over the prior two years and to let you know, we are committed to do that.

Before I take you through the third quarter numbers and our near term outlook though, I did want to emphasize that nothing has fundamentally or structurally changed at CSX. We had an unfortunate confluence of events, most of which were one-time in nature and are unlikely to be repeated. We are staying the course we had been on for several years, and we're confident that we're on the right course. Our performance goals remain the same and we remain committed to our key financial targets for 2004, of an 80% operating ratio, of 50% all in debt level, a significant free cash flow, and earning our cost of capital. We remain committed to these goals.

Improved service and safety are still our mantra and we believe that they are the key voting blocks for our better is cheaper model, our modal conversion and our value pricing. We intend to grow the business and

offset inflationary and volume impacts through productivity measures and efficiency initiatives.

I can now turn to the third quarter. Revenue was essentially flat versus last year. Unfortunately, the coal revenue was down $34 million. Prior to the third quarter, we polled a number of our key producers and key receivers. We put our own assessment and all of us felt the coal revenues would be basically flat versus 2001 as we entered the quarter. Unfortunately, we were probably all a little bit optimistic and the year over year decline of $34 million on a very profitable commodity, such as coal, clearly hurt our profitability this quarter. Fortunately, we did have some solid year over year growth in other markets, which helped offset the coal weakness. Mike Giftos will detail that revenue side for you shortly.

Turning to the cost side, our ongoing cost reduction efforts were not sufficient to overcome these several one-time challenges. Just to spend a moment on those, in late July, there was a second Amtrak derailment near Kensington, Maryland in which sun kinks were pointed to as a possible cause of the derailment. As background, sun kink derailments really don't occur very often. Of all of our derailments, there are only 0.8% of the

causes of derailments. While we're quite proud of our excellent safety record with Amtrak, we run about 17% of their route miles, yet only about 4% of their incidents occur on CSX. Despite these facts, we felt we had to error on the side of aggressively protecting public safety and rail passengers after that second derailment.

We took a series of strong measures to insure safe passenger operations. We inspected our entire route structure, which Amtrak uses. They're on a ten-day blitz inspection. We welcome the FRA to do their own independent assessment of our Amtrak routes, which they did and they found them to be in fine shape. We error on the side of conservatism in deciding when to put a heat order in effect. If it was a close call, we decided to put the heat order in effect. In the times during this quarter, this third quarter, we had up to 50% of our system under heat orders. For the months of August and September, we average about 25% of our system under heat order.

Finally, we put some new speed restrictions on all passenger operations when a heat order was in place. Unfortunately, these actions, while they help protect the public, did slow down our network. Our year over year

velocity improvement was only 2%, versus our 7% improvement in the first half. You've heard us say many times that, better is cheaper. The reverse is true as well; worse is more expensive.

We found that we had increased inspection costs, more training crew overtime, and re-crews, due to the slower velocity. It impacted our car, our locomotive utilization. While we're not able to precisely quantify all of the specific cost categories, which were impacted, we estimate the impact was in the range of about $15 million of foregone efficiencies, which we would have otherwise enjoyed, absent this slowing of the network.

In retrospect, would we have responded the same way? Absolutely. Safety is a way of life. It's one of our core values. We had to error on the side of caution to protect rail passengers.

I would like to note that the National Transportation Safety Board and the FRA both applauded our aggressive response and that the commuter agencies and Amtrak agreed to our conservative approach, even though it did hurt the on-time performance of their trains.

In addition to this overall slower system, we did have some other one-time costs. I think we've spoken to you about those before the $10 million in car higher reclanch from higher periods, our $10 million of insurance recoveries that we enjoyed last year, but weren't repeatable this year. Unfortunately, these largely one-time events did hurt our financial performance in the third quarter.

I'd like to turn now and look at a little bit of the details of some of those major cost categories. Our revenue was up about $5 million. Mike will give you the detail on the revenue side. On labor and fringe, we were up about $6 million. Our labor inflation for both wages and fringes were up about $25 million for the quarter. This was largely offset by our 931 less employees on a year over year basis. We do remain on target to fulfill the promise we made to you in the fourth quarter of last year, that on a year over year basis, we would reduce our headcount by 800 to 900 people.

MS&O improved by $12 million. This is largely driven by our 21% improvement in personal injury rate and a 22% improvement in FRA accidents. Boarding and equipment rents increased $11 million versus 2001. That was really driven by that prior year's reclaim by other

railroads. Inland transportation was up by $18 million. I'd like to just stop for a moment and talk a little bit about that.

This cost category of inland transportation is due to the uniqueness of our separate intermodal company. CSXI is the only railroad based intermodal company, which has the ability to deliver a transcontinental intermodal product. Rather than offer a rate and a service to an interchange point, such as Chicago or New Orleans, CSX Intermodal can offer a product from LA to New York or LA to Jacksonville. It is a unique product and it's showing good market acceptance and good growth.

It's good business for us, but it does have some unfortunate optics on our expense reporting. A significant portion of the revenues for these transcontinental moves is for the Western portion of the movement, which goes to the Western Railroad. This is reported as an expense, rather than as a deduction from revenue. While increased costs are usually a negative, in this case, it's a positive, such as fuel by growth in this very attractive market segment. While that's up $18 million year to year, I view that actually as a favorable, even though normally one wouldn't view an expense up as a favorable.

On the fuel side, we were $14 million favorable. Thirteen million dollars of that related to fuel price, but as you recall, we did have a surcharge in place last year in the third quarter. That surcharge also disappeared. While we saved $13 million in price, we lost $9 million in surcharge. The net impact of the price decreasing was $4 million.

Overall, operating income $227 million, down $10 million from last year, clearly not acceptable to us and certainly not acceptable to our owners.

With that, let's turn now to our safety and service side. Looking at a few of our key measures as I mentioned before, our safety was 21% improved on personal injury and 22% on FRA accidents. Unfortunately, a lot of our service measures were impacted by that system slowdown that we experienced in the third quarter. You'll note that, while most of our key measures are improved year over year, they did not improve at the rate we expected or a rate similar to that, which we experienced in the first half. Our velocity was up to 22.2 miles per hour, a 2.3% improvement, but that compares to a 7% rate of improvement we experienced in the first half.

Our dwell was down to 22.6, a nice improvement of 7.4%, but not quite reaching the 11% improvement dwell we made in the first half. Our on-time origination's were up to 91.9%, a 2.6% improvement against the 80% rate we were experiencing in the first half. Re-crews actually got worse, 3.9% worse, where we had experienced a 23% improvement in the first half and cars-on-line improved by 5.7%.

We do expect to get much better year over year improvements in the fourth quarter. As we turn to the fourth quarter, we do expect operations will be back to normal. The heat quarter season is over. That's basically when the temperatures are over 90 degrees. Clearly, that's behind us now.

We did three jamborees this year and we spent extra capital to harden our track infrastructure. That will be paying dividends as we go through this fourth quarter. We will resume the better year over year improvements, which fuel our better is cheaper model.

We're embarking on even more aggressive cost take-outs, but we are employing one golden rule as we do that. We cannot hurt service or safety, which are our foundational building blocks.

What kind of actions are we undertaking? One, we're sizing the train network to the business levels and doing that without impacting the service, to allow us to save some of our train starts. Secondly, we're working with our customers to pre-ship, if necessary, to allow us to do some more extensive shutdowns of operations during the Thanksgiving and the Christmas holidays. We're intensifying our safety efforts. We continue to drive to improve that. We're going to attack as I like to call, all the usual suspects, looking closely at our travel costs, our relocation costs.

We've instituted a hiring freeze for the remainder of the year and we'll probably engage in some selective furloughs. We will achieve or exceed the 800 to 900 year over year headcount goal. We're putting strong control on all discretionary spending in the fourth quarter. There is one thing we will not be doing. We will not engage in extensive deferrals just to make our fourth quarter numbers look good.

Again, looking in the fourth quarter in coal, we think some of the challenges we faced in the third quarter will continue in the fourth quarter.

Obviously, there's some sensitivities around the West Coast Longshoremen strike. Mike will give you some points and discussion of that next.

On the fuel price, obviously there's some uncertainty in the oil markets at this time, with the threat of a potential war with Iraq, but we do have 50% of our fuel advanced purchased at roughly $0.78 per gallon for the fourth quarter.

Overall, we expect a much stronger fourth quarter than we produced in the third quarter.

Finally, just to turn to a longer-term outlook, our fundamental earnings power has not changed. We're committed to our 2004 goals: 80% operating ratio, a 50% all in debt ratio, significant free cash flow, and earning our cost of capital. To achieve that 80% operating ratio goal, the cost take-out will play a larger role.

As you know from our summer analyst tour, which many of you joined us, our goal is to grow our revenues by $1 billion. You may recall, 40% of that was to come from motor conversions, 30% of it from our value pricing

program, and 30% of it was to come from the economy rebounding. We still feel very good about our modal conversion and our value pricing initiatives, but the economy is very questionable at this point in time, so we're aggressively increasing our focus on cost, to be able to meet 2004 financial goals, which we've committed to.

Now I'd like to turn the program over to Mike Giftos, to discuss our disappointing revenue performance in the third quarter.

M. Giftos

Thank you, Michael, and good morning. I think, Michael, the use of the word disappointing is the accurate word to describe our third quarter revenue performance. It was a quarter, where our overall revenues grew by a modest $5 million, where growth in our merchandise, auto, and intermodal areas, modest growth in those areas was largely offset by a $34 million year over year decline in our coal revenues. Clearly, this contributed significantly to our failure to meet our expectations, your expectations, and we're keenly aware of that disappointment.

Let's look at a little more detail at the coal issues at CSX. The coal numbers as I set her down, some $34 million, that represents a 7.8% year

over year decline in our revenue. This occurred with a 6.1% decline in carloads and a 1.8% erosion, a contraction in our revenue per car. I'm going to explain this by showing you a slide that's a little bit busy, but I think it does do a good job of explaining our coal story.

This slide depicts all of our coal markets. As you can see from the first two buckets of revenue, that's our utility coal, which we divide into both Utility North and Utility South coal. The volumes in those two areas were essentially flat year over year, up a modest one percent for our utility business. However, we see significant declines in our export coal and our lake coal, down in excess of 40% each. Our metallurgical goal, our industrial coal, and our coke business were all down approximately 15% to 20%. On the other hand, our river coal, that's the new type of business that we've talked about in the past, that's short haul business is up a very significant 30%, as we continue to take trucks off the highway and move those short haul shuttle trains to the river served markets.

The net effect of all of this is a very significant decline in our coal volume year over year and contributes to the overall erosion in our year over year revenues. What are the factors contributing to that? They're multiple.

We've had some plant closings, some key customer closings. The most notable on CSX is the LPV business, which was a significant contributor to our year over year revenue decline.

We also see the general international competitive situation affecting some of our export business. Last year at this time, we had a key Italian based electric utility that received coal from us. That coal is now being sourced from South Africa. Significantly contributing to it was the overall business environment, where a number of our industrial customers, where they simply took less volume this year, than they did last year. Finally, we did have some business that we lost particularly in the lake market, due to competitive pricing issues.

This slide also does something else that I want to spend a few minutes on. We've talked to you consistently over the last several quarters about our focus on yield improvement and this quarter we don't see the type of yield improvement we're accustomed to seeing. Our revenue per car deteriorated overall versus last year, about $18 down to $962 average revenue per car for all of these businesses.

If you see the slide in front of you, you'll notice a series of dots. I put those on there for a specific purpose of trying to explain, how mix has significantly impacted revenue per car. If you focus on the river coal market just for a moment, you'll notice a red dot there. The red dot indicates and signifies that the revenue per car in that business is down well below our average. In fact, it's over $400 per car below our average revenue per car. That business is up 30% year over year. The arrow in the far right-hand column signifies its impact on total revenue per car, net growth. That low revenue per car business had a significant downward effect on overall revenue per car.

On the other hand if we look at another market, the industrial business, that's down 15%, but in that market, we have revenue per car that averages over $400 more than the average revenue per car. So the volume is down 15% in a line of business that averages over $400 more of revenue per car than the average coal business. That had a significant negative impact on total revenue per car.

In a remarkable confluence events, you can see from the arrows in the far right-hand column, the combination of revenue per car and volume changes

in every one of those markets tended to negatively impact total revenue per car. The total impact of mixed changes on revenue per car was a negative $35. This was substantially or significantly offset by our continued efforts in repricing our coal business, which contributed an additional $21 per car, but not offsetting all of the effects of the mixed changes.

We continue to focus on price and we continue to receive the business for the full year high single digit rate increases in our coal business. This clearly will remain a challenge to CSX as we go forward at least in the short-term, because a number of the structural changes that I referred to, the business changes that we saw in the third quarter will impact us in the fourth quarter as well.

If we look at the remainder of our business, excluding coal, we see that our other revenue grew $39 million year over year, some 2.9%. Our merchandise revenue was up $19 million, or 2.2%. Our automotive revenue was up $11 million, or 6%. Our intermodal revenue was up some $27 million, almost 9.5%; but our supplemental revenue, that bucket of revenue that includes switching charges, passenger incentives, demurrage and the like on a year over year basis was down $18 million.

Let's spend some time looking at our individual commodity groups, first of all, focusing on the automotive area, as I indicated up $11 million, with modest revenue per car improvement. Again, we're all aware of the auto story. Light vehicle production remains strong, much stronger than a year ago, throughout most of the year, producing at levels in the 16.7 million units with a domestic production, versus 15.5 million last year. Inventories at the end of September were at approximately 57 days, which is close to normal. We continue to expect this to perform well, largely because of the significant incentive that remain in place at a number of our auto producers. The yield improvement is not attributable to price, as I've said in the past. This is largely a function of favorable mix and longer haul service.

Turning to our intermodal sector, the intermodal sector performed quite well this quarter. Our total revenue was up $27 million, 9.5% on unit growth of approximately the same, 9.5% as well. Our international business was quite strong, largely because of the economy. The imported business was strong, some of pre-shipping in anticipation of the West Coast labor unrest.

Our domestic business was very strong, up 12%. That included offsetting the year over year decline in our premium sector, which is included within that. We continue to enjoy significant modal conversion in all of our intermodal sectors and we expect that's a trend that will continue for us as we move forward.

In our merchandise business it's again, a story of a number of mixed markets. The total revenue is up a very modest $19 million, 2.2% on power load, volume increases of 1.6%. Strength in our metals, chemicals, emerging markets, and very, very strong phosphate business was somewhat offset by weakness in the agriculture, minerals, and food and consumer areas. We expect to see these trends generally continuing, but a lot of that depends upon the direction of the economy.

On the yield side, we saw a very modest overall improvement of 0.6% in our revenue per car. But that story as was the case last time we met, is somewhat understated, a little bit distorted by the terrific performance of our phosphate business. This is virtually identical to a slide you saw last quarter. Our phosphate business is performing very, very well. The business is operating essentially at 97% of capacity, where we enjoyed

terrific export of phosphates largely to China. That business is very, very good, but it moves at an average revenue per car of $260 versus the $1,245…

(Audio cut off.)

Coordinator All participants, please continue to standby. Your conference will reconvene momentarily.

(Three minutes dead air.)

M. Giftos We apologize. We had some audio equipment problems and apologize for dropping off there for a few moments.

Anther third quarter challenge for CSX, I think where I was with my notes, I was talking about the year over year change in merchandise yield, pointing out much like the last quarter were find the yield story somewhat masked or distorted by our phosphate story. That business as I indicated, is very, very strong. But it's a business that moves at an average revenue per car of $260, as compared with the overall revenue for car and merchandise of over $1,200. That phosphate business was up some 10.8%

versus a year ago, but it tended to understate the overall yield improvement. If you look at slide 17, the green bars indicate our yield performance, excluding that phosphate business. There you can see it was up some 1.6%.

As we now turn to the customary slide, where we look forward at our business for the immediate future, you can see how I see the businesses for CSX or we see the businesses. The color codes indicate how things have changed since the last time we met. Our coal business as I indicated earlier, we expect for the foreseeable future for the near term anyway that it will be unfavorable, as we continue to see weakness in the export business, the coke business, the lake business for the reasons I articulated earlier. We'll not be able to offset that with our utility business, which we expect to be substantially flat.

The minerals business is a very small piece of CSX's revenue, about $135 million on an annual basis. For the same types of trends we talked about before, largely foreign source competition, we don't expect that to be favorable year over year. We have a number of markets that we expect to be essentially flat, although we're seeing some encouraging signs that some

of those may be, in fact, positive. The food and consumer business, we continue to see strength in our express lane product, but the growth that we see there is somewhat offset by weakness in the originative refrigerator products that exist on CSX today.

Our paper and forest product line segments continue to perform much as they have in the past, with a strong performance in the building products, somewhat offset by the weakness in the newsprint areas. Our emerging markets business unit has done quite well year to year, growing over 4%. It's facing some challenges with fourth quarter year over year comparisons and we expect that to essentially be flat.

The phosphate and fertilizer business is operating at essentially 97% of capacity. The year over year comparisons are challenging there because they were performing quite well in the fourth quarter last year and we expect that to be flat.

We expect several favorable markets. The intermodal business, we continue to see strength in our domestic business, significant modal conversions. The great unknown there, frankly, is the impact of the West

Coast labor unrest. The levels and volumes that were occurring prior to the unrest beginning, the strike beginning have not yet returned to CSX. We expected those, frankly, to come back a little more quickly than they have. We remain concerned about exactly how that situation will play out as we move through the fourth quarter.

Our chemical business has grown nicely. We expect continued modest growth in plastics and textile chemicals. We expect that market overall to perform favorably. The automotive business again will continue to perform quite nicely, compared with last year. That's a trend that we expect to continue.

The metals business is performing quite nicely at CSX today. Sheet steel, coal business continues to be strong and the steel producers are operating at high levels of capacity. Our agriculture business, we expect to turn favorable in the fourth quarter versus last year, as we begin to enjoy some longer-haul revenues. The length of haul will be longer because of the substantially weakened southeastern crops, due to the poor crop season.

In conclusion, our story is pretty much as Michael said and summarized on my final slide. We continue to be challenged by the coal market. That will

continue to challenge CSX at least in the fourth quarter. The West Coast strike and West Coast labor unrest, there's a lot of uncertainty surrounding that. We expect that most of the volume that was delayed that we haven't recognized will be captured, as we work through the remainder of this quarter. But a lot depends on if the workers will return to work, truly return to work and work and perform and ways at productivity levels that existed prior to the commencement of the labor unrest.

Fuel surcharge, I've indicated that's a sensitivity. It's a positive sensitivity. CSX, as you may recall, has a fuel surcharge program. It went into effect on October 17th as the price of West Texas intermediate crude stayed above the target price of $28 a barrel for more than 30 days. That fuel surcharge began on the 17th of October and should contribute about $6 million of incremental revenue to CSX transportation and about $2.5 million of incremental revenue to CSX Intermodal in the fourth quarter.

Finally, perhaps, the most significant sensitivity is how the economy is going to perform. We don't have a crystal ball that's any better than then a crystal ball that any of you have. It remains a concern to all of us, but we're confident at CSX that we have in place, a combination of cost

initiatives, coupled with the revenue growth we see in the markets that I previously indicated that, our fourth quarter performance overall should be a nice pickup over what we've seen in the past.

With that, I'll turn the program over to Paul Goodwin.

P. Goodwin — Thank you, Mike. Good morning. I think you've pretty much heard the story at surface transportation, but I'll share a few other numbers and highlight a few more points about CSX's overall third quarter.

The chart, which shows the quarterly results, is one that we've been sharing with you each quarter. As John and Michael have said, our third quarter this year was disappointing, the $227 million of operating income being below that of third quarter last year. While we're disappointed, we expect that next quarter when we share this sequence of operating performances with you, we will have resumed the up-trend, which would characterize the numbers up until this point.

The marine services chart lays out what our smaller companies did during the quarter. As you know, World Terminals has a majority of its earnings

coming from its Hong Kong operation, but has 11 other terminals that it operates throughout the world. The collective earnings improvement from those operations was about a million dollars. But in the quarter, we had $3 million of separation payments in Hong Kong and Australia, which should improve productivity and continuing operating going forward, net $2 million decline in the quarter as a result of that activity.

CSX Lines as you know, operates the three trade lanes to Alaska, Hawaii, and Puerto Rico. We're very pleased with the strengthened Puerto Rican trade, which accounts for a major share of the year to year improvement of $5 million. Our market share down there has gone from 25% to 35%, as a result of the restructuring of Naviaris's operations. In the Pacific, Alaska's earnings were off slightly, but more than offset by a pickup in Hawaii. We're pleased with the progress at our marine services subsidiaries. Turning to the consolidated results, you've heard the story about our operating companies. Operating income was down $6 million, but overall net earnings improved in the quarter, some $27 million to $127 million or $0.60 a share, up $0.13. As you can see from the chart, the big pickups came in other income. What we had there was a major real estate sale, which was responsible for the year over year improvement. The gain in

interest expense of some $21 million is roughly half the result of financing at low interest rates last year in anticipation of this year's maturities. The other roughly half of that improvement comes from increasing our floating rate debt through a swap program.

The next chart lays out the consolidated results for nine months of 2002. For the nine months, you can see the operating income pickup was some $73 million. Other income improvement of $29 million represents the flow-through of the third quarter favorable. Our interest expense benefit of $59 million extends those savings I described through three quarters of the year. Net earnings as a result were up $102 million and at the nine-month point, we've earned $1.55 a share or $0.48.

As a result of this nine-month activity, the financial position of CSX continues to improve, as highlighted on this next chart. Free cash flow at the end of nine months is $58 million. That contrasts with a negative number through nine months of last year. I shared with you at the beginning of the year that, we expected to generate free cash flow of some $100 to $200 million. As we see it right now, we expect to come in at the lower end of that range, but still within it. Our debt ratio has improved

slightly from the end of last year and now stands at 57%, as measured by all in debt, including off-balance sheet leases and receivables financing.

Our EBIT DA coverage is now 3.9, which has moved up nicely from the 3.1x that we logged at this time last year. We're building debt capacity or cushion above our Bbb credit level, our Bbb, Bbb- break point, if you will. That now totals in our estimation some $300 to $500 million.

My last chart, the bar graph, which shows leverage over a longer period of time, expands the perspective on that debt ratio number. As you can see, 1990 through 1994 our leverage was significant peaking at 67%. Those high debt levels reflect borrowings to finance share buybacks in the late 80s. Our credit rating improved prior to Conrail when the debt ratio got down to the 54% level. It increased to 63% following the Conrail acquisition. It is now coming down. We expect that trend to continue and, while we're in the process of developing next year's plans, as we look ahead to our cash expectations and debt retirements, we think we'll be back down in that pre-Conrail 54% range.

With that, I'll turn the phone back over to John.

J. Snow — I'll be very brief. We're going to go to your questions now, first, just a word. Clearly, it was a disappointing quarter, but we've emerged from it, I think, stronger in a lot of ways, with a renewed dedication to our long-term goals. As Michael Ward said, with a heightened focus on improving our cost structure, I'm confident we put the problems of the quarter at the rail group behind us and look forward to reporting much stronger results for the fourth quarter and beyond.

With that, we will go to your questions.

Coordinator — Thank you. Our first question comes from Tom Wattawitz.

T. Wattawitz — I've got a couple questions here. I wanted to see if you could provide some further specifics on the focus on the cost side. I know you're maintaining the 2004 targets that you have, but said probably more is going to come from the cost side. Should we expect more in terms of headcount reduction or are there other areas? Can you give us any numbers to work with, in terms of headcount reduction maybe next year, or just some order of magnitude numbers?

M. Ward

Tom, as Paul indicated, we're in the process of developing our 2003 plan now, so I can give you some indication, but not necessarily all of the details you might like. Clearly, we're looking to deploy technologies strongly, to help us continue to put the APUs, which I think are a great fuel savings device. We'll continue to push on the remote control locomotives. We're testing some devices at this point, to allow us to reduce some of the clerical work for us required on some of our event reporting and some mechanization of some crew calling processes, all of which will probably have favorable headcount type of improvements.

We're also looking not so much at the operations in the field, but within the headquarters, there's an ability to do some surgical improvements by consolidating some operations, increasing the efficiencies within some of the headquarters operations, to allow us to take better advantage of the attrition. We'll probably be able to give you a better headcount target, once we've gotten through that planning process, but it will at least be at the level we've seen this year, probably stronger.

In addition, we are examining some of our network. We have some, we call them, big initiatives in ease of doing business, event reporting, and shipment management that let us continue to take the service up to the next level. That'll provide an excellent product for our customers, to help support our modal price. We think it also helps us with drawing cost out of the system as we do that.

We'll probably also be examining some of our terminals, to see if whether some of our terminals to see whether our hub jobs could potentially be deployed as a flat yard. We're looking at some of our more secondary lines, to see if there's a better use of those lines. We'll be investigating a number of potential activities. We'll probably also look some at retiree medical, which you know is a creeping expense for all American companies. We'll be examining, I'd say, a broad portfolio of items that we intend to start deploying next year.

T. Wattawitz — I had one other question as well. This may be for Mike Giftos, maybe for Michael as well. On the fuel side, I think one of the concerns is, just given that fuel prices are quite volatile and have been high recently, as we look to 2003, my understanding is, you don't have much of '03 consumption

hedge. I'm wondering if you can update us on that number and also give us a sense for how much of the risk to fuel prices do you actually recover with these fuel surcharges, maybe what percentage of total revenue or total business is actually impacted by fuel surcharges?

M. Ward — Yes. Tom, two things. One, we didn't even do any hedging this year, just to be technically correct. What we did is advanced purchases of the fuel. We have not done any of that for the year 2003. In the August/September time frame, we did set some target prices we would have been willing to buy on an advanced basis. Unfortunately, the forward … never got to those levels. Going into 2003, we've done no advanced purchases of fuel.

On the surcharge recovery and I'll give you a rough estimate. I think, probably it's in the order of magnitude of a 60% to 65% recovery of the impact of the fuel price on us through the fuel surcharge. We're not fully recovering the impact of that as we go forward.

T. Wattawitz — Does that translate to 60% to 65% of business, where you can actually apply the fuel surcharge? Is that the right way to look at that?

M. Giftos — No. I think what Michael is saying is that, we have to do some estimating of what we think the total fuel increase will be attributable to increased prices. We look at how we see the fuel surcharge applying to the business sectors, where it applies. We estimate that we'll recover about 65% of the increased fuel price that we're estimating.

M. Ward — Not necessarily 65% of the customers, it's what the recovery will be, right?

M. Giftos — Right.

Coordinator — Our next question comes from James Valentine.

J. Valentine — Two questions, first, maybe for you, Mike Giftos. In terms of the quarter, Northbrook Southern's non-coal revenue grew about 7%. Obviously as you've highlighted, yours grew much slower than that. We know in railroading, you don't tend to see big market share shifts, one quarter to the next. I'm trying to understand if there's any component here that your competitor is either taking share, or is it more of a component that their markets in their specific areas are just growing at a faster rate than what you're seeing?

M Thanks. That's a terrific question, Jim. It's, frankly, a question that I expected and a question that I've asked all of my market managers as well and a question that we're currently addressing. We do know in the coal area, we can largely account for those changes. I explained them to you earlier. I think the fact that the starting point in the coal area is last year, Northbrook Southern had a very weak third quarter. That explains part of it. We can also explain part of it because of our business mix. The closure of LTV had a significant impact on CSX. Northbrook Southern had nothing comparable to that, but that doesn't explain all of it. There's a piece of that business, the lake business, where we did lose some business to Northbrook Southern because of pricing activities. We're examining all of our commodity areas, and we'll have a better understanding of that as we go forward.

J. Valentine How about the non-coal business? That's really what I was trying to focus on.

M That question is one that will be more fully assessed in the next week, Jim. We know of certain areas where we lost business because of our pricing

activities. We've been a price leader and we understand that and we watched that very, very carefully. I don't think it's a dramatic amount, but a couple of million dollars of loss of revenue to us moving the other way here and there begins to add up.

J. Valentine Right. Exactly. That leads kind of to my second question for Mike Ward. When we look at an 80% operating ratio in just two years from now, and I assume for the full year, and I'm also assuming that's for CSXT&I combined. At current revenue levels, you guys generate about an extra 50% operating income. Presuming your revenue grows, which I agree it likely will, but the number gets even bigger. I'm trying to understand. Let's just say, it's $500 million of operating income. How much of that is going to come from revenue versus cost cutting when we consider that it's, I think, a lot of the big pricing initiatives or at least a lot of the pricing help, the low hanging fruit, I think, as you described it has been picked here. Therefore, we really need to look more at volume growth. I guess what it is, is how do you get to the 80% operating ratio broken down between revenue and cost?

M Jim, I can't give you necessarily precise numbers on that, but you're quite right. We have to pull the cost lever harder than we had in our modeling we did this summer. We do think by 2004, the economy will have rebounded to some extent, but who knows? It's been over 2.5 years now this economy has been in an industrial production recession, but we do need some help from the economy. We think by 2004, we'll see some of that. We think the modal conversions will build momentum, as we continue to improve the product. While the pricing obviously, we had some earlier hits, there still is good vibrancy to that, maybe not at the same rate as early on.

We think all three of those will give us some pretty good revenue growth during that period, probably not the one billion dollars because we were counting on the economy some. I think we'll find as we really put this more aggressive posture on our cost side, that will be a much more important element in that. I can't give you the breakdown at this point how much of it is revenue, how much of it is cost. Clearly, it will be a most cost driven model than we described to you this summer.

J. Valentine — Great. I'm sorry. One last thing, just to make sure we get this on the table in terms of marine because of the West Coast port strike, I guess you have a Hong Kong terminal, but you also have the Joan Zach trade. Is it a positive or a negative for the fourth quarter?

P. Goodwin — The West Coast strike is a negative for the marine services in the fourth quarter. There are a lot of variables, duration, and what the unions might do separately from the domestic trades, versus the international, so we really can't quantify it very well. But it's clearly a negative, particularly on lines.

Coordinator — Our next question comes from Scott Flower.

S. Flower — Just a couple of questions and I guess one would be somewhat broad related to the quarters, and also the seemingly greater focus on cost take-out. I guess when I look at the numbers, I think about things sequentially versus year over year, so I guess I certainly understand that coal was down. Yet, coal was not down more than what it was in the second quarter. Certainly, if I look at the seasonal drop in revenues, it wasn't worse. I understand the $10 million of reclaim and the $15 million if, of you will,

foregone efficiency costs because of slowing the system down. Yet, operating income fell something close to $60 million; and those two items would account for maybe $25 or $30 million. I'm still trying to figure out sequentially, not year over year, why the operating income numbers still fell as much as it did, roughly another $30 million.

I guess one of the questions I have and it comes back to your comments about longer-term looking at the cost side. It sounds like the industrial economy didn't come back as strongly and you decided later that, you had to pull back a little bit more on resources. How hard or how quickly can you determine that relative to why wasn't that caught earlier relative to the economy wasn't stronger, versus the now resources you were putting up against that business plan?

M You ask a couple questions there, Scott, but let me try to see if I can answer those. One and I know you might like to look at it sequentially, but we do have a seasonally based business. Last year, if we just go back a year, our operating income year over year declined as well because normally our quarters, the fourth is the strongest; the second is the second strongest, and then the third and first.

You do get some of the seasonal impacts of coal miners vacation, automotive shutdown, both of which are fairly compensatory businesses. In addition, that's our heavy maintenance season, so we're out there, doing lots of work on our track structure, which does inhibit some of your velocity movement. You're probably spending some more OE, to support some of those capital programs. I don't think it's really, at least in our view, a real good way to look at necessarily sequential, because there are seasonal differences between the quarters.

S. Flower — If you look at last year, it only dropped about $5 million. Yes. I realize. I'm completely on the same page with you on the seasonality, but yet you're also sectionally improving.

M — I'm sorry. I don't really know how to answer your question. I usually don't think about these things sequentially. It's not the way we view our business. We always look at our year over year, how do we do within the same.

S. Flower — Fair enough. Then just two other really quick questions. One was depreciation jumped up notably from second quarter and typically, the

numbers don't really take that kind of move, almost $8 million. Then one thing Mike Giftos mentioned, other revenues related to whether it was demurraged or otherwise dropped sharply. Was that sort of a one-off type item on both those areas, both the depreciation, as well as the other revenue line item that was a little bit lower than it typically is?

P. Goodwin The year to year depreciation comparison is as you would expect with capital expenditures each year adding to your asset base. The first half of the year had some adjustments in the property accounts. I think the year over year change is more representative of trends.

Regarding the supplemental revenue or the other revenue category, that category includes a myriad of items. I think on a normal quarter next year going forward, we expect that revenue to range in the $15 to $18 million area. Last year, it was higher. This year, it was lower. The principal reason for those deviations, if you will, from the norm are several things. Passenger incentive revenue from Amtrak was down with the slowdowns that Mike Ward talked about. We have a lot of switching payables in there, which happen to be up.

Demurrage is a big item. That was off year to year and we had some disputes over some of those revenues, which were concluded in the third quarter. I think you're seeing some unusual deviations from the norm, but next year, we'll probably be back at more of a normal level.

S. Flower — You answered this. I just want to make sure. The depreciation where it is now, we should consider a run rate adjusted for sort of normal cap ex that increments that slightly each quarter. Is that correct?

M — I don't have my micrometer, but my sense is that's right.

Coordinator — Our next question comes from Jason Seatle.

J. Seatle — One quick clarifying point on the fuel surcharge, there was supposed to be $6 million incremental at CSXT and was it $6.5 million for intermodal.

M — No. Two and a half million dollars was our estimate of the intermodal number.

J. Seatle

That's what I thought. I didn't hear you clearly. That is my fault. Going forward on fuel, you mentioned a hedge position for the fourth quarter. Can you refresh my memory, where you're at for 2003?

M

Yes. Again, not hedging, but purchasing, for the fourth quarter of this year, we purchased 50% of our estimated fuel requirements at a $0.78 price. For 2003, we have done no advanced purchases of fuel at all.

J. Seatle

Switching to the West Coast ports, we said there was obviously going to be an effect of CSX lines. I'm assuming some of that comes from the Alaska service. Where are we at right now? Are we close to normal in terms of the ship schedules?

M

There's a backup at both of the West Coast ports. Oakland, which serves Alaska, has got better throughput a little closer to normal, although it's slowed down somewhat. Alaska, we don't expect to be as negatively effected as the Hawaii trade. It ports out of Long Beach.

J. Seatle — Staying kind of with the West Coast port, but switching with a comment about the length of haul assuming agriculture, can I assume that has to do with some people diverting some shipments to other ports?

M — No. It's not an export issue. It's largely the Southeast crop, the crop that was very strong a year ago is very weak this year. So the movement of feed stocks into the feed mills in the Carolinas that we serve is going to come from a longer haul, rather than being displaced by some of the shorter hauls that were available last year. We'll have a longer haul agricultural revenue base versus last year's shorter hauls.

J. Seatle — At least for the near term, right?

M — The near term. Correct.

Coordinator — The next question comes from Ken Heckster.

K. Heckster — Merrill Lynch. I was just wondering if you could provide a couple more details on the real estate sale and then any progress, any update if any progress has been made on some of the marine divestitures of, if that's still

in the plans. Then modal conversions, you guys usually give out some kind of details on the number that you converted if we can get some trends for the quarter there. Then finally, just what was the cap ex number for the quarter? Thanks.

M Real estate sales we have activity in every quarter. In this most recent quarter, we had a large sale pretty much entirely accounted for the year to year pickup in income. In the first half, our numbers were comparable year to year, although I don't think the timing hit the same quarter in the first half. This year had a couple, two or three rather large sales. We're very gratified that the realty people's efforts have produced the cash and the results that they have. The fourth quarter, I think, doesn't have any of those large transactions on the horizon. The first nine months, I think, has captured all of the big sales.

Regarding marine services, potential divestitures as you know, we always stand ready to listen to people, who feel that some of our assets would be more valuable in their hands and so, we're willing to listen to anyone who expresses that interest. There's nothing more we can really add to that general posture.

In terms of the revenue item, was that surcharges?

M — No. Modal conversion.

M — Yes. Our modal conversions are on track, largely following the trends we'd previously indicated. A substantial growth in the river coal business that I indicated on the slide as a significant contributor. The intermodal volumes are up nicely. We expect that to continue. In our merchandise area, significant modal conversions again offsetting some of the overall weakness in our committee groups that's largely attributable to the economy. We're on track to meet or exceed our modal conversion goals.

M — Ken, I believe you had one other question on cap ex.

K. Heckster — Yes. It was just what was cap ex?

M — I think we can find that for you. I don't have it off the top of my head. I tell you what. Why don't we let … get back to you with that, rather than whole up the whole crowd as I look through papers here.

K. Heckster — No problem. Paul, just a quick follow-up if I may, on the $100 million of free cash flow, can you provide us with how much was from Conrail for the year?

P. Goodwin — I don't have that handy either, but they produced a nice sum. I call it significant. As you know, the rents that we pay them exceed their needs, so they generate positive balances every year, but I don't have the figure.

Coordinator — The next question comes from Jordan Aloger.

J. Aloger — Goldman Sachs. A couple of questions. One, on the non-utility coal, understanding that's going to be tough in the fourth quarter, what actually eventually turns around that business? Is it more economically sensitive? Is it competitive reaction on your part, or is it really just anniversarying things three quarters down the road?

M — I think clearly some of the negatives will recycle. The LTV business we lost last year early in the fourth quarter, so the year over year effect of the LTV closure won't be as dramatic. But some of the businesses are simply

competitive and they'll change with market conditions as they change. The price of the international coal from South Africa was more competitive with the US last year and we were able to get that utility business moving to Italy. It's a variety of factors that are economically driven.

The base business, 70% of our coal revenue is related to domestic utilities. We expect that the domestic utility production from coal to grow on an annual basis by about 1.5%, assuming normal weather. That business should perform quite nicely, and we're continuing to enjoy rate increases. The other sectors will be effected by general market conditions.

J. Aloger Just a follow up and this is maybe more of a semantic question. The indication that the problem is behind the company in the third quarter and looking forward to deliver stronger fourth quarter results, I assume we're talking sort of total surface transportation. But I'm wondering if you're thinking more sequentially versus the third quarter or on a year over year basis or both.

M One, we are talking about service transportation. Secondly, the answer would be both.

Coordinator The next question comes from Gary Avolyn.

G. Avolyn First Boston. Paul, could you talk a little bit about some of the pension topics that have been popular lately, expected rate of returns, funded status, and what not?

P. Goodwin Sure. We have a couple of plans. The big plan covers the railroad and corporate and is fully funded. Some of the smaller, union plans are not quite fully funded, but they're in pretty good shape. Overall, as a result of what I would call full funding status, this year we basically had zero. I think maybe it was $2 or $3 million in pension expense that we recognized, principally related to those smaller marine service and union plans.

Over the past ten years, we've earned 12.2% on the assets in the plan and that compares to the current earnings assumption for accounting recognition purposes of about 9.5%. However, in the last five years of that decade experience I just quoted, we were under the 9.5% and we're currently working with our investment managers, to assess what we think is appropriate as we look forward. We think it's very possible that we may

be notching down that earnings assumption that would effect pension expense next year; but as you know, the accounting estimating process differs from the funding process.

We don't expect to be making … in any quantities immediately and long-term that'll, of course, depend on market returns and whether we can get back to those higher expected levels. We think the plan is in good shape. We will have some higher level of expense next year. Exactly what assumptions we adopt, we think they'll be more conservative, but we haven't finished that process, Gary.

G. Avolyn — As it relates to truing cash up into the fund, that's not necessary. Is that what you're saying?

P. Goodwin — Yes. We have very minor contributions that we'll be making next year to the union plans and the marine services plans. They're very small. As I said, our big plan is in good shape.

G. Avolyn — A question for Mike Ward, if I could. Mike, could you step back and tell us, how you feel structurally about the physical plant of the railroad? Are

you ahead of where you need to be given, where the economy is? Is there still a little bit of catch-up, as it relates to dollars to spend and what not?

M. Ward As you know, Gary, over the last 2.5 years, we've been hardening our infrastructure all along. You'll notice in our capital programs, we've been devoting more of that to our track structure over the last couple of years. We think we're getting into an actually very good set of conditions. Not that it was in trouble to begin with, but we really are strengthening it, so we can push the velocity, push the service to our customers.

I'd expect to see spending in the range of what we've been spending for another year or two, as we continue to strengthen it, but it's getting in pretty good shape now with the jamborees, the moneys we've spent on replacing ties, especially here in the south, and replacing rail. I think we're getting to a real strong infrastructure and we'll probably over the next couple of years, continue strengthening it some more because it does help us drive velocity, which drives a lot of other things in our cost structure.

G. Avolyn — Let's get back to the plan that relates to the 80% and the billion dollars or thereabouts. It assumes a fair bit of an increase in revenue, but it assumes pretty much in absolute dollars a flattish capital program?

M — I'd say relatively flat. I think we've talked all along where a billion give or take 50, and I think that's probably the ranges that we continue to be in.

Coordinator — We have a follow up question from Scott Flower.

S. Flower — I just wondered if we could follow up on just two broader items. Where do you see the status of the health and welfare negotiations with the UT? I know there's a prescribed process of fact finding or looking at ways to save money. Then, it eventually goes to arbitration. I'm just wondering where are we in that process and how do you see it moving forward to some kind of a conclusion, what kind of time frame?

M — I guess, Scott, as you know, those are always very sensitive things to discuss. They are in discussions now between the carriers conference and the UTU on potential adjustments to the health and welfare programs. I think I can't say a whole lot more than that. They are in active discussions at this point.

S. Flower — Maybe this. Could you just tell me within the contract, how is the process laid out? Is there an indefinite period of discussion, or is there a finite time frame before it then goes to some form of mediation or arbitration? I'm just wondering what's in the contract, not to get you to comment on the negotiations.

M — There is a set time period in which the negotiations can occur. Off the top of my head, I think it's a 90-day period for those negotiations at which point, it would move into the binding arbitration.

S. Flower — Do you know when that 90-day period either started or ends?

M — I don't.

S. Flower — Then just the other question is, the STB announced some changes, I guess, in the rate case process, in terms of discovery and trying to expedite the process. I think some of this is in response to the hearing Senator Rowe held. Do you have any feel one way or another, what those changes may

or may not do to the rate to evaluation process that shippers can bring before the STB?

M — We don't anticipate any major effect on us from those changes, Scott. It's an effort to speed up the process and make it more useable and effective for small shippers. It's really a small shipper focus and it is in response to a lot of complaints by small shippers that they find the processes of the STB burdensome. I don't contemplate any major effect on us in the cases that are of greatest importance to us.

S. Flower — This has no change in sort of the discovery process for larger shipper cases?

M — That's right. This is a small shipper procedure.

Coordinator — The next question comes from John Barns.

J. Barns — In turning and looking back at the river coal traffic, Mike, can you give us an idea? Is it possible at all, to eventually turn some of that shorter length to haul traffic into longer length to haul and bypass the river?

M. Giftos There are some projects we are looking at that we expect we will be able to get some longer length of haul, but they're a distinct minority. Most of that business is business that we expect will fall much in the mode that is reflected on my prior slide number 12. It will carry a lower revenue per car. With the rate we're able to turn the cars, it's a very attractive business and we are aggressively going after converting it.

J. Barns The second question, just a very broad question on pricing in the eastern markets. You indicated that you felt like you lost a little market share in the lake business because of pricing. I think you also make a comment that some of your pricing activities in the industrial side had led to maybe a little bit of market share shift. Just very broadly, are your marketing people telling you that maybe the situation in the East has gotten more competitive than it was six months ago? Has there been kind of a seismic shift in the sentiment, the pricing, the sentiment in the eastern markets?

M There's been no seismic shift that's at all discernible. You and I would clearly know about it. We're clearly concerned in a few markets about losses of business. We're in a very competitive world. We understand that. We've been a price leader and we understand that the cost of

leadership can sometimes be losses of business. We've seen that in a couple of markets with some of our agricultural business and a few other markets. We watch it very, very closely. We remain committed to our price leadership, but we obviously have to be cognizant of fluctuations because in this economy with it not providing the bottom line demand that we need, those things can get exaggerated and it's important to watch them all very carefully.

J. Snow We thank you very much for being with us and look forward to seeing you in New York for much better results for the fourth quarter. Thank you very much.

Coordinator Thank you for attending today's conference call.

# CSX RICH CORPORATION

**January 30, 2003**
**10:00 a.m. CST**

(The conference begins in progress:)

M. Ward Good morning. For those of you listening in on our Webcast, we have a few members of our leadership team here as well. We have Paul Goodwin, who's our Vice Chairman and CFO; Mike Giftos, who's our Chief Commercial Officer. I think you know those two fellows, they've been here several times before. We also have with us Al Crown. Al is our Head of Operations. Al is certainly not new to CSX; I think he's been with us 35 or 36 years here, but he is new to our earnings release team, so you'll get to meet Al today.

We certainly had a couple of exciting months here at CSX. As you know, John has been nominated for Secretary of the Treasury, and we're very proud of the fact that John has been nominated. I think it's quite a commendation on him and our company. John is a superb candidate, and I

have every confidence that he will be nominated and confirmed, given his qualifications, the broad bipartisan support that's out there, we're very confident he's going to be nominated. My understanding is a few minutes ago, they did vote him out of the Finance Committee, and they're attempting to bring it to the full Senate for confirmation; so we'll see where that plays out today.

As you know, John has made a lot of contributions to CSX over the years. He's moved us from a multi-modal transportation company, to a more rail-based company; helped focus us on the core; provided lots of leadership, both within our company and within the industry, changing the landscape of American railroads, so we wish John well. He did ask me to pass along to you, his appreciation for the notes and words of encouragement some of you have sent to him.

One comment I would like to make as an aside on that, as you know, certainly his nomination has brought a lot of scrutiny to CSX. The one story that hasn't been reported is anything to do with our accounting processes, our reporting processes. I think that's a commendation on our company, the cleanness with which we deal with both regulations and our accounting practices. So I think with all the scrutiny that's been given to

this, you'll notice, there's been no question of any issue around that; so once again, it gets back to the conservative and appropriate way we deal with those issues.

While it's been an exciting time for John, it's also been exciting times for our company. As you know, we've gotten back on track. We had the aberrant third quarter, which I know was a disappointment to many of you, but we're back on track now. Eight of nine quarters, we've had year over year improvement. I think you've seen some of the numbers – we'll be giving you more detail on it; but I think given the conditions in the marketplace in the fourth quarter, I think these are pretty outstanding results: Expenses, basically flat year over year, and that's in spite of the inflation in both health and welfare and wages. The revenues are up about $31 million in spite of a weak coal market, and most of that dropping to the bottom line.

We attribute most of that pickup in revenue to the success of our model, where we're pushing service that allows us to get both modal conversions and pricing increases, and Mike will detail that for you. But it proves to us, if we put the better service out there, we can generate additional revenues.

On the expense side, we have a number of initiatives. Al will describe some of these for you. Obviously, we've got to drive better labor productivity, better asset utilization, and just overall better execution of our service product, and we will do that. So without further ado, I'm going to turn to Paul Goodwin to lead you through the numbers.

P. Goodwin — Thanks, Mike. Thank you all for coming. It's good to be up here in New York in my hometown. You'll be pleased to know, I'm going to do my civic duty tonight and root for the New York Rangers at Madison Square Garden.

John Kenneth Galbraith once said that, there were two types of economic forecasters: those who don't know, and those who don't know they don't know; and that's what this is all about. In our presentation, we may make some statements about the future, and those are necessarily based on assumptions; and as those assumptions change, it may throw some of us into Galbraith's second category. So you are responsible for staying on top of developments and updating those pictures of the future.

Looking back just a little bit at the fourth quarter, this chart details our financial results. As Mike said, we're very pleased about results for the

quarter, which were logged in a less than robust environment. The footnote points out that the $60 million charge last year for our New Orleans provision is omitted from these statements, so that we can have more of an apples-to-apples comparison.

As you can see, earnings per share is up some 30% year over year. Other income and interest expense were positive, and about offset the additional tax bite on the higher earnings, allowing most of that $37 million in operating income improvement to drop to the bottom line. Revenues were up some $51 million; surface transportation accounted for 60% of that. The expense increase all occurred at our marine services units.

Turning to surface transportation, operating income was up some $35 million. Revenues, as Mike said, were up $31 million, and those were driven by intermodal, automotive and merchandise. Coal revenues were down, and other revenue or supplemental revenue was also down. Mike Giftos is going to take you through the markets and explain what's going on in our traffic base.

The other or supplemental income category was off $10 million from the prior year. Last quarter, I pointed out that, that category is made up of a

lot of receivable items, a number of payable switching items, and has been running unfavorable. But the fourth-quarter variance has narrowed from the third quarter, and as we get some write-offs in this category behind us, we expect favorable comparisons period over period next year.

Looking to expenses, they're roughly flat; and I know that you all like to understand any unusual items. In the expense base, there are ups and downs as we go through the year. This quarter, we had about $11 million of favorable, if you will, unusual items. We had a $17 million property tax adjustment. A little more than half of that applied to prior years, and the remainder applied to earlier quarters in this year. That $17 million was partly offset by some one-time expenses in the labor category, mostly associated with some separations.

The net of $11 million is roughly comparable to the insurance recovery last year that Mike told you about. These are ups and downs that frequently run through operating expense, nothing really unusual. But once you remove those two items, the year-to-year changes pretty much reflect the productivity, inflation and business activity at the company.

The other items in materials and supplies and other which has a large variance are principally related to safety. Not only is the number of injuries down on the railroad, the unit cost has declined, and loss and damage expense is also favorable. The remainder of the favorable effect in this category is in a number of spending areas, items like relocation, payments to outsiders for a variety of services are down, contributing to the favorable number that you see.

Conrail fees improved some $11 million, partly the result of our equity interest in Conrail, and partly the result of cost-efficiencies in the terminal switching operations, which we reimburse them for. Inland Transportation showed a significant variance. That reflects purchased services by our intermodal unit, both on the Western networks of other railroads and for trucking services in and out of our terminals.

Depreciation was up. That largely reflects the timing of capital expenditures throughout the year, and a few write-offs and small adjustments to the depreciation base. So all in all, operating income improved $35 million for the quarter, and operating ratio improved some 1.7 points.

We show you this quarterly retrospective, just to see sequentially, how the railroad or the surface transportation group is doing. You'll notice on the top line, the loadings in the fourth quarter of this past year, we're just getting back to the same level that we experienced in the first quarter of 2001, some eight quarters ago. Nevertheless, operating income is up some $100 million, and the operating ratio, as you can see, is at the 84.5 percentage level.

Turning to marine services, our world terminal business had operating income, which was $3 million higher this year. Continuing operations were basically flat; revenues were down slightly and cost offsets were found to deal with that weakness. The $3 million pickup reflects a gain on a sale of a partial interest in a development project that we're engaged in, and that is a somewhat higher gain than a small business that we divested ourselves of last year. On a continuing basis, operating activities were about flat.

CSX Lines showed a slight decline this quarter. We estimate that roughly $7 million of operating income decline is attributable to the West Coast strike. Operations were disrupted there. Absent those disruptions, we

think the pickup in the Puerto Rico trade would have improved earnings slightly at CSX Lines for the quarter.

You've seen, I believe, our announcement about the sale of this business. We have conveyed a controlling interest in CSX Lines to a group headed by Carlyle, and the proceeds from that transaction on a gross basis are $300 million; $240 million in cash now and $60 million representing securities in the continuing business. That transaction we calculate will be dilutive to the tune of about $0.03 or $0.04 a share.

Turning to the consolidated results for the entire year, you can see that earnings were up nicely year over year, up some $0.64 from $1.55; that represents a pickup of $137 million. Before tax, the improvement of some $215 million was partly experienced in the other income and interest line, where other income improved as a result of realty activity, and the absence of some write-offs that you'll recall were necessary in the prior year, mainly associated with our ACL disposition.

Interest expense improved some $73 million, as lower-cost financing has replaced some 7% debt that matured earlier last year. In addition, the roughly other half of that pickup in interest expense comes from variable-

izing about a billion dollars in notional value of borrowings through interest rate swaps. But the main story, of course, is on the operating income line, where we improved some $110 million. The improvement is split, as you can see, between gains on both the revenue and the expense line.

The cash flow picture, which is something that we pay a lot of attention to, is shown here. This format differs slightly – this is the way we think about cash – it differs slightly from the GAAP statement that you have in your Flash report. I'll just take you through it and try to reconcile the one or two items of difference.

Operating activities produced an improvement of some $300 million. The pretax items that you saw on the previous chart accounted for roughly 70% of that, the pretax earnings pickup. The remainder resulted from the absence of a tax audit settlement that had occurred in 2001, roughly half offset by the payment to settle the New Orleans situation; that $85 million was paid out in the year 2002.

Our working capital is influenced by the fact that we have sold our receivables, if you will, used our receivables to collateralize a loan. We

bought back some of those receivables, in other words, reduced the financing; and the funds to do that were provided by pickups elsewhere in working capital, principally in faster collections in the receivable area. So in our management basis, we think of these two numbers, the $300 million and the $49 million, as being driven from operations of the business, so we reclassify what we think is basically a financing or a borrowing.

Capital expenditures, you can see were $1.8 billion. Other investing reflects some lease buy-outs that we entered into this year, and the absence of a collectible one, an old investment that came in last year. Dividends are down; and we on this last line, include in our cash flow the buildup of cash – 42% of the buildup in cash – at Conrail. So all in, we generated almost $200 million of free cash flow in 2002. That is at the higher end of the range I shared with you at the beginning of the year, some $100 million to $200 million.

One big item in the cash flow area is, of course, our capital. You can see here our capital expenditures were quite high, as we were doing the Conrail integration for two years. We brought those down to pretty lean levels; and this year and next, we will be spending roughly in the normalized area of a billion to a billion one. Next year's capital at surface

transportation will be a $1.016 billion; that's our capital plan, roughly in line with the amounts that we spent this year. We expect that our business plan and this level of investment will produce north of $300 million in free cash flow next year, and we think that number will move higher in the out years.

As we get into next year, we are encouraged by revenue levels here in the first quarter. Traffic seems to be strong; but we are also dealing with some challenges on the expense side. Those challenges add up to some $50 million, and a number of you have questioned the two areas that comprise it. One is any P&L effect from the departure of our chairman; and secondly, the impact of fuel prices on our operations, which as you know at CSX are not hedged. The fuel impact is roughly two thirds of that amount, and our management is working vigorously to offset that expense bulge.

Just looking forward at our leverage levels, we've talked to you about applying cash, first priority, to debt pay-down. With the CSX Lines transaction and the cash generation that we see, we think leverage levels will be down at the 54% level, roughly where we were as we entered the Conrail transaction.

One other item that's gotten a lot of prominence lately in the investment community is the effect of the equity markets and interest rate levels on pension plans. This chart gives you just a snapshot of the effects that we see. Our pension returns, our equity returns in our portfolio have been relatively good. Everything these last couple of years is relative, because this last year, S&P was down some 22%; our equity was down some 13%.

On a three-year basis, S&P was actually off 14%, and we just beat breakeven, 1.7%. So you can see those returns are not near where pension plans have assumed that their returns will be. On a ten-year basis, S&P was up some 9.3%, the earlier part of that decade offsetting those recent returns, and our portfolio improved some 11.5%. So we've suffered very significant declines, but they have been a bit better than the general market.

What that has led to from a funding perspective is a pension plan, which on the PBC basis, the Pension Benefit Guarantee Corporation, is slightly just under $100 million over-funded. Using the slightly different calculus that Arisa uses, the pension plan is slightly more than $100 million under-funded; so we're in that rough parity area. That's a decline from our over-

funded status after we imported a significant amount of assets from Conrail; but we think we're in pretty good shape.

At any rate, we will be changing our pension assumptions, both for earnings and interest rate discount level, as you see here on the chart. That will have an effect on our financials this year. The expense impact should rise to the $21 million level, and funding requirements should rise from $12 million to roughly $17 million level. So the impact is unfavorable, but the magnitudes are very manageable.

With that, I will await any questions and turn things over to Mike Giftos.

M. Giftos — Thank you, Paul. It's good to be back in New York with all of you and talk about our business, how we did in the last quarter, and a little bit of forward looking about how we see the markets performing this year.

As you can see from this slide, overall our revenue improved in the fourth quarter $31 million, a little less than 2%, to $1.815 billion. What we saw in the fourth quarter was a continuation of a trend that we had seen since the first quarter of this year reflected on this slide. As you can see from the red line, the slide I've shown you in the past, the red line reflects our

non-coal revenues. The non-coal revenues grew $68 million in the fourth quarter this year, about 5%, performing quite respectably; but our overall coal performance was down, and the net result was a revenue growth of the $31 referred to on the prior slide.

We continue our focus on yield, with our price increase program. Our revenue increase, our total revenue increase, $31 million, of about 1.7% was achieved, even though overall carloads in the fourth quarter were essentially flat, down two tenths of a percent, reflecting overall yield improvement of 1.9%, a combination, as I said, of both our price increase program, as well as some attractive nicks, which we'll talk about more in a few minutes.

Let's look at our coal business, which has challenged us throughout this year. You're all familiar with these numbers. Our coal revenues for the quarter were down $37 million, 8.4%. Volume declined 7.4%, and we actually had some yield deterioration of 0.9%. This was a trend we saw throughout the year, as we entered 2002 with a very mild winter, exceptionally high stockpiles; and we worked those stockpiles down throughout the year.

Our lake business was down 43% or $17 million. Our Southern Utility business in the fourth quarter was down 8%, that represents about a third of our total revenue; and our export business in the fourth quarter was down 26%.

We did have a nice pickup in business on our river coal market, growing almost 30%. It's the combination of the growth in the river coal market, which moves at an average revenue per car of about $400, much below the average revenue per car and the overall coal business of over $900, and the decline in the utility self business. It's that combination of mix that led to the overall decline in yields.

Our price increase program in coal remained very strong through the year. We averaged high single-digit increases in coal, and we are optimistic that we'll be able to continue that next year. We're clearly encouraged by the cold weather we see today, and we expect that this year, coal won't present the sort of negative drag and offset our overall revenues, the way it had this past year.

In our other markets, we enjoyed attractive growth in the fourth quarter. Looking first at the auto business, the auto producers continued attractive

sales incentives. Our revenue grew 7.9% on 4.6% carload growth, with attractive yield improvement. Most of that yield improvement is attributable to additional length of haul and favorable mix.

Turning to our overall intermodal business, we had a terrific fourth quarter with our intermodal business. Revenues are up some 8.4% on 5.1% carload growth. Our international business was actually down for the quarter, down 2.7%, $3 million. That reflects the effects of the West Coast strike, which we believe cost us between $9 million and $10 million for the quarter.

On the other hand, our domestic business grew a very attractive 17.9%, over $30 million. This reflects our real enthusiasm with a load-board trucking initiative that I shared with many of you last summer, as we found this new attractive channel … really helping us to take trucks off the highway and grow our intermodal business. We're optimistic about those intermodal levels and that they're sustainable going forward.

Turning to our merchandise business, which represents as many of you know about half of our total revenue, the merchandise revenues were up $38 million quarter over quarter, 4.5%, on essentially flat volumes,

enjoying very attractive yield improvement of 4.8%. The yield improvement was a combination of two factors: our focus on price, but also some very, very attractive mix.

Pointing to just a few of the commodity areas in there, our metals business grew 8.8% in the quarter, as we continued to see the effects of both domestic tariffs – the mills are operating at high levels of capacity; flat-rolled steel accumulated in volume sufficient to be attractive for rail transport to end users. Our chemical business was up a very attractive 7.6% on carload growth of 2.5%. Again, we saw the effects of our price increase program. Plastics business was strong, and some favorable mix helped contribute to the overall yield improvement.

I'll venture into a look at the future; I don't know which of the two definitions of John Kenneth Galbraith I fall into, Paul. I'll leave that for all of you to decide. But we're optimistic about what we see happening. On the short term, we're a little bit challenged by coal for a couple of reasons, and this may surprise some of you in view of the cold weather we've had. But for the first quarter of this year, we're facing certain businesses, losses of businesses that we had last year. Last year, we moved tonnage into our local electric utility in Jacksonville, JEA; that's

been switched to Colombian coal. We have about $28 million of business that we have to overcome. We're optimistic we might overcome it, but we're cautious, and we have coal placed in the unfavorable category for the short term. As we move through the year, we expect with the cold weather and stockpiles at or near target levels, that coal will clearly move first to the flat and then to the favorable category throughout the year.

In the remainder of our business sector, the automotive business, we're encouraged by what we've seen. Year-over-year volumes, production levels, we expect to decline slightly. However, with the extended length of hall and the favorable mix, we think our overall revenues appear in the flat category.

The agriculture business, we're facing year-over-year comparisons that are not too terribly difficult, and we expect that we'll continue to see some softness in the pork and poultry producing business sector of ours, as we continue to see some rationalization there. But overall, we expect that revenue to be in the flat category.

The paper and forest products business, the lumber and construction materials portion of that was very strong last year. On the other hand, the

paper portion of it was weak. We think we'll see strengthening in the paper and maybe some modest deterioration in the building products sector, and we have that market sector in the flat category as well.

Our phosphate and fertilizer business last year enjoyed a terrific year. The Vone Valley was operating at high levels of capacity. The year-over-year comparisons will be somewhat challenging, but from what we've seen, with an active summer fill program, we expect our phosphate and fertilizer business to be flat.

Turning to the favorable community, the intermodal business is very strong, again reflecting strength in container shipments, as well as continued strength in our new channel of sale through our load-board activity. We expect the type of growth levels that we saw in the fourth quarter to continue throughout this year.

Our chemicals business is currently quite strong, reflecting a number of factors. Some anticipation of some price increases is allowing us to enjoy some stronger volumes than we might otherwise have expected at this year; and there is some inventory replenishment. But we are encouraged by the chemical volumes that we're currently seeing.

We expect our metals traffic to remain strong throughout the year, and our emerging markets reflect a lot of current strength, because in that category, we include military shipments. Our food and consumer business is enjoying handsome modal conversions from our Express Lane product and other products, and we expect that to continue throughout the year.

As we enter 2003, we're cautiously optimistic. We know that service continues to improve, and our customers are seeing that. A number of our own surveys are showing the positive results for our improved operations, and a number of the external surveys that many of you have shared with us reflect those same trends.

We're enthusiastic about our modal conversion opportunities with our intermodal sector and our merchandise sector. Last year overall, we took about 450,000 trucks off the highway in our coal, intermodal and merchandise sectors. We're targeting over 500,000 this year.

Of course, we'll continue that focus on yield improvement. As our service continues to improve, the value proposition we offer our customers is better, and we believe we're going to be able to continue to enjoy price increases. Clearly in this economy, pricing is a little more challenging

than it has been the prior two years. Hopefully as the economy picks up, that will be a more attractive pricing environment; but even so, we're optimistic that there will be price increases in 2003 as well.

Now I'd like to turn the program over to Al Crown, our Chief Transportation Officer.

A. Crown Good morning. It's good to be here with you. I thought I'd start out talking about staffing. We used attrition in the last two years to take out about 3,050 of our staff; and we expect to target another 900 for this year. Our revenue per employee continues to go the right way. You can see that we've flattened out a little bit on gross ton miles per employee, and that's largely because of coal.

In 2003, we're going to leverage the technology and process improvements we've been making over the last year. We use our Vette reporting; it rolls out, starting March. It will take us a year to roll it out across the railroad. Our conductors will be able to input directly from the trains, the data concerning what's going on with our customers' cars. This will reduce our staff and get us ready for shipment management, which I'll talk about a little bit later.

We start our automated crew calling system. That allows a computer to call the crews, and our remaining staff will be used to better service our crew needs. On remote controls, we exceeded our goal of 100 remote controls gone in this year, by putting 123 in. That was affected by 240 crews this year; we've got 190 targeted.

In our process improvements, Fred Favorite and his team have really been making good headway in getting revenue and taking out costs with the Six Sigma process; and a good example of that is in our Amtrak lines. We had a tough third quarter with Amtrak, and one of our black belts named Mike Smith in the operations center, decided we needed to make the incentive pay from Amtrak. That project got us $3 million in the last quarter, and this month we'll get another million from that.

Our Better Is Cheaper model continues to improve our service and reduce our cost. You can see year over year, we continue to make good improvement in our service metrics. Truly, the fourth quarter didn't go the way the rest of them did. The reason for that is largely because we right-sized our train/plane getting ready for shipment management, and as you take the cars online down, you need less trains.

By the time it settled out, our measurements started going the wrong way. In addition, we worked with other railroads and our customers to extend beyond the normal Thanksgiving holiday curtailments, and also we took advantage of the middle-of-the-week Christmas holiday to extend those holiday curtailments. It hurt our measurement some, but it helped our bottom line a lot.

I thought I'd show you a little bit about what cars online means, in terms of productivity. This is the carloads, per cars online. You can see, as the cars online goes down, we get more carloads per car. That means about 18,000 cars that are still parked, waiting for the additional business that Mike and his team are going to bring in.

In addition as you take the empties out, get them all through line or park them, then you can move loads, which makes you more money. So we continue to see our carloads per locomotive go up, and our expenses go down.

Shipment management is our future. We went out and benchmarked several of the railroads. We liked their model; Fian has a very good model for this. Bian has a very good model for this; and it really focuses on

carload performance versus train performance. You have to be at the place that you can make that move.

We weren't at that place two years ago. CSX now has a disciplined railroad, and we're ready to make that move into carload performance. With the variability that we expect to take out of the process this year, we'll reduce cost and we'll give our customers better service.

One of our core values is making safety a way of life at CSX. Our safety leadership process has helped us reduce 38% of the injuries over the last two years. We're going to teach all 24,000 of our craft employees, the same process this year that our management now knows, and we expect another very good year in 2003.

Even though our fourth quarter wasn't at the levels we expected, year over year we continue to get good improvement, with 43% of our derailments being reduced in the last two years; and we have another very aggressive year this year.

In summary, this is what our team is going to spend their time on this year: we're going to aggressively attack cost and improve our productivity.

We'll leverage our Better Is Cheaper model, using shipment management to give better service and drive out costs; and we're going to further improve safety. Michael?

M. Ward

Thank you, Al. That ends our formal presentation. As you know, it was, I think, a good quarter for us, and I think we're on a good trajectory here as we go forward into 2003. So with that, I'd like to open it up for questions and answers. I would ask, before you ask your question, would you please state your name and identify your affiliation, please.

T. Watawicz

Hello, it's Tom Watawicz from Bear Sterns. I've got two questions for Mike Giftos and then one for Paul as well. I guess if I can start with Mike: If you can give us a sense of maybe what the split in your yield mix is, if you want to talk about specific categories or overall, just how much was favorable mix and how much was pricing? Just a rough sense on that.

M. Giftos

Tom, that's a good question. It does depend on the market, obviously. In the intermodal area, I think I've been pretty clear in the past, that we don't look at that as largely a price increase opportunity. The yield improvement there is really a function of the international volume being down and the domestic volume being up so much, that domestic has a

higher revenue per car. If we exclude that and look at the remainder of our business, I think it's about 40% price and 60% mix, would be a rough gauge for that.

T. Watawicz: Okay, thank you. Then, one on the coal side, I think the coal producers had a nice favorable ruling last night. The Judge Hayden-Valley Fill issue was reversed. I wonder if you could kind of quantify or give us some kind of a sense, as to how that might affect your operations in the near term, if there are any mines you expect to come back online; and then more medium-term, what the impact would be.

M. Ward: That was a terrific decision. We haven't had a chance to fully read that decision, but what I understand is the United States Court of Appeals for the Fourth Circuit has reversed Judge Hayden's decision, which as many of you know, had the effect of retarding, restricting the development of certain central Appalachian coal production, including that which is what we call surface mining, as distinguished from deep mining, that had Valley Fill requirements.

The consequence of that is a little bit hard to predict. We expect that it will allow more production in the Central App area to come online, and

that will certainly be attractive for us. We don't have significant current production problems, but there are some mines, particularly on CSX, that can start up again, if this decision is as clear as we hope it is.

T. Watawicz — Okay, then just one for Paul. You mention on the fuel side, a $50 million impact; I guess $33 million about negative impact from higher fuel prices. Can you give us a few numbers behind that? Is that assuming that crude prices come back down in second half, and is that largely an impact in first half? Just a few of the numbers behind that.

P. Goodwin — That's a first-quarter number, and it reflects the fact that our fuel price is above a dollar now, compared to $0.72 or $0.73 last year. Now, we look at the market prices on the NIMEX, the forward pricing, and basically use that to quantify where fuel prices might come out, so it's based on their projection – or the market project, if you will.

T. Watawicz — But then that gives you no benefit from the fuel surcharge revenue; that's just a pure expense-side impact.

P. Goodwin — No, the expense item is higher than that, and that would be a net impact.

G. Avalon — Thank you, Gary Avalon, First Boston. First, going back to Mike Giftos, if I could. Mike, could you talk a little bit about the export coal market. Your competitor in the East talked with us yesterday about being a little bit more optimistic for the first time in a long time about export coal. Then I've just got a couple others.

M. Giftos — It's not hard to be a little more optimistic than we've been in the recent past; it's been such a difficult market for us. I think that there is a little bit of encouragement for a number of reasons. We're seeing the Chinese consume more of their coal, producing more steel and consuming more of the coal from that region, which may result in U.S. coal is being more in demand in the European market.

I hesitate to get too overly optimistic about that. There are a number of factors that affect it, including the strength of the U.S. dollar and a variety of factors, Gary. But I think overall that, the directional trend is slightly positive, and perhaps we can enjoy a pickup in our export business this year.

G. Avalon — Okay. Just staying with you, Mike, if I could: In terms of pricing, as you look through '03, what kind of things would you say are benchmarks –

maybe milestones is too heavy a word – but what kind of things should we look for to really understand what you're able to do on the pricing front? I mean, i.e., last year there was a GM contract. Are there some things that we might just want to watch for?

M. Giftos — There's nothing of that magnitude this year, Gary. I think what I would continue to look for is our quarterly yield improvement; that's a pretty good barometer, with the law of large numbers. Clearly nicks can impact that, and I will attempt to explain and delineate the effects of nicks versus price.

The market is a little more difficult pricing this year. I think that's largely because of the economy. I think our service product will allow us to continue to get price, and we're looking for slightly in excess of $100 million of price in 2003.

G. Avalon — Just one for Paul. There are a lot of puts and takes to labor cost for this year, between wage, health and welfare, some of the pension issues, Paul. Could you just kind of line some of these things up, 30/60, and issues and so on and so forth? Could you just kind of line that up for us a little bit, so we can get a better sense of how to project labor costs for '03?

P. Goodwin We're currently finalizing some of the labor agreements, and there will be some yet-to-be-determined wage effect. The health and welfare inflation rate is in double digits. That's a problem for us, and that's something that we're working hard to find ways to offset. Because of our workforce being so heavily unionized, that encompasses pension for that portion of the workforce, and the pension for the non-contract people we had on the chart that we shared with you earlier, that's up I think some $17 million or $18 million.

Obviously working in the other direction are the productivity numbers that Al shared with you. I think in the process improvement area that Fred Favorite is working on, there is a whole bundle of miscellaneous arbitraries and charges, which also are a target of efficiency improvement. So there are a lot rifle shots going to a lot of different areas of the labor expense line, and I can't really quantify all those here for you.

K. Heckster Hello, it's Ken Heckster from Merrill Lynch. Congrats on returning to some of the strong cost controls after last quarter's numbers. Just a couple of questions, Mike, if you can talk about, whether you've built in on the positive/negative kind of outlooks on some of the results, is there a war

premium built into some of your expectations there early on? Or can you talk about what products you could then see the greatest impact to?

Mike, just following on Gary's question, I think it was the TCU that signed the arbitration agreement, or that the arbitration ruling was yesterday. Can you talk about timing of the status on some of the remaining kind of wage-sharing, benefit-sharing agreements that are pending?

Then, just a quick follow-up on the coal, our coal analyst was talking about some draughts perhaps impacting some of the river coal, I guess. Can you talk about if that's another benefit that could be coming down on the coal side early on?

M. Giftos — Let's start with the last question first, if we may. On the coal side, the river levels are low, as many of you know. We've had a few spot opportunities working with Western carriers, to move some part of river-basin coal into Eastern utilities on a spot basis. But more important than that on a longer-term basis, we're working with one of the Western railroads very actively to move PRB coal and Colorado coal into some of

the Eastern utilities that are water-served. That's a very encouraging market for us, which we think will continue, irrespective of water levels.

Your first question asked me, if there's a war premium built into my forward-looking slide; the answer to that is no, other than our military cargo, which is up quite nicely. It's a relatively small portion of our business, but it is obviously up with the current situation that we're all familiar with.

The most important thing about the geopolitical situation we're facing is that it ends, and ends quickly; and we get a restoration of consumer confidence and a decline in the cost of crude oil and some strength in the overall economy. We don't have any assumptions around that built into it. Our assessment of the markets is based on what we see today, kind of going forward; obviously subject to change, depending upon how those events unfold.

M. Ward — On the labor front as you know, we went to binding arbitration with the TCU. As is the case most of the time when you go with a binding arbitration, both parties are somewhat unhappy when you get done with

the process at the end; and that was the case as well in this particular circumstance.

The encouraging part for us is on the health and welfare issue, which as you know, has been the big hang-up in this round of negotiations. There was both plan redesign and cost sharing was part of the arbitration decision. It was very encouraging to us. As you know, we had a cost-sharing agreement with the BMWE; now we have one with this TCU arbitration.

They're fairly similar in their order of magnitude of benefits and getting our employees sharing with us on these escalating costs. So we think that will be helpful in breaking loose the remainder of the other unions, because health and welfare has been the big hang-up. We now I think are setting a pattern of how this round may go.

On the wage side, it was probably a little higher than we had hoped for. I think obviously, it's something we can live with, but we may have not gotten everything we'd liked to have seen on the wage side; but we think it's something that we can live with. So overall, typical arbitrated decision, but I think very importantly for our industry, some health and

welfare sharing, which I think in the future will lead to even more plan redesign, which will be good for both us and our employees.

J. Saddle — A question for Mike, this is Jason Saddle from Avondale Partners. You mentioned you were pretty positive on chemical shipments here in the first quarter; it looks like there's some pre-shipping going on. Could you give us some color, as to why you're positive for the remainder of the year with chemicals?

M. Giftos — I'm a little more guarded on the remainder of the year, largely depending on how the economy performs after we resolve the situation in the Middle East. Chemical volumes were down last year, so I think our comparisons can be attractive; but there's a lot of uncertainty out there in that overall business. But today, we're enjoying a combination of inventory replenishment and I think some pre-shipping ahead of anticipated cost increases.

J. Saddle — Okay, and explain the, getting the coal real quick. The export coal you said was weak in the fourth quarter. Gary did mention that your competitor had a better outlook. Your competitor also had a pretty good increase in export coal in the fourth quarter. Why the disparity here?

M. Giftos — Our export coal in the fourth quarter was down about 26%. It largely reflected the loss of two accounts that we didn't have last year. One was a piece of business that went to an Italian electric utility; that represented about $7 million of revenue. That was business that we captured in 2001 during a tight coal market, and that coal is now being sourced from South Africa. So it was a change in sourcing.

We also lost another piece of business to Norfolk Southern, so that revenue went from us to them; so it has sort of a double-compounding effect. For the full year, I think their export business was down about 20% and ours was down about 27%; and I think the differences are within the range of – I can generally attribute to the market conditions.

J. Saddle — All right, Mike. Can you also refresh our memory on military revenues? Is it about one percent, or slightly under one percent for you guys, total revenues?

M. Giftos — It's in that range, yes.

J. Rigger — Good morning. Jennifer Rigger from Lehman Brothers. Would you give us a little more detail on the coal business that will have been lost in Q1?

Is that from sourcing, or did you lose that to a competitor? And should we expect that to follow through for the rest of the year, or is it just a Q1 impact?

M. Giftos — There will be some effect throughout the entire year, although in the first quarter, it's more substantial. Some of that lost business will recycle, as we move through the year. The first-quarter effect of lost business is about $28 million. When we reach the fourth quarter, it's about $13 million.

It's a combination of factors. In the case of Jacksonville electric utilities, it's Colombian coal displacing domestic coal. In the case of some of our export, overall export business as I said, we lost that contract to the electric utility is sourcing from South Africa.

There has been some business we lost to our very capable Eastern competitor, Norfolk Southern; but the overall effects of the change will dissipate as we move through the year. I think that will be more than offset by additional consumption by our utilities, which spent an awful lot of last year, living off inventories that had accumulated. So we're optimistic with the cool weather we've had, that inventories are much

nearer target levels, although there are some utilities that are taking their targets down; but coal, as we move through the year, should move into the favorable category.

S. Flowers — Scott Flowers, Salomon Smith Barney. Just following off of that, Mike, understanding what you just said, is that then getting to the point, where you've lost, between export and NS and Jacksonville, about $75 million to $100 million of revenue, of business that's moved away from you?

M. Giftos — On the low end of that, yes.

S. Flowers — Okay. Then the other question I had relative to marketing was, you mentioned the number of truckload conversions that you're targeting. Could you help us with two things: One is, what revenue amount did that represent in 2002? You gave us sort of truckloads off the highway. Secondly, what specific areas in the commodity mix do you see as being most promising as you look at '03? You've mentioned your successes in the past in metals. I'm just wondering, are there incremental commodity groups that you're adding to that portfolio of conversions?

M. Giftos — It's in all areas. In the coal area in the fourth quarter and the third quarter, we picked up almost 10,000 loads of coal that we're moving to the river. A load of coal in a car is the equivalent of about three trucks; so that itself represents on an annualized basis, about 120,000 truckloads of business.

In the intermodal area, with our new load-board trucking initiative, there's about another 120,000 truckloads of business that we took off the highway in a variety of commodities. In the merchandise business, which is about half of our business, the metals business enjoyed modal conversions; the chemical business has targeted modal conversions. The food and consumer area has targeted modal conversions. We are looking everywhere we can, and with the improved quality of our service and the value that we offer, and the continuous improvement in our service and reliability, we're looking at every single pound of freight that we can get off the highway.

S. Flowers — Did you have a revenue number roughly for this year of what you think conversions brought you?

M. Giftos — On a gross basis, it's almost $200 million.

J. Borens

It's John Borens, Deutsche Bank Securities. Mike Ward, two questions on the legislative front. The first: John McCain's airline dispute resolution act that's coming to the Senate floor looks to have some potential positive pro-management changes to the Railway Labor Act. Can you discuss – especially, I guess, in terms of not allowing strikes after a cooling-off period and subjecting both sides to binding arbitration. Can you discuss, one, just your overall thoughts on that act? Then secondly, if that act were to pick up some momentum in the first half of the year, do you think it has the potential of accelerating the agreements that you have outstanding with the rest of the unions?

M. Ward

John, I'm not intimately familiar with that legislation, but I don't think that has a dramatic impact on us, because normally, we do manage to solve our issues with our labor unions before it gets to that position, to where they would actually take action. We've found over the past – as you know, this round's been going on for actually two and a half years – we both normally find a way to keep this working and not get it to a strike-risk situation.

I really do believe now that we have two of our major unions with the health and welfare resolved – and I forgot to mention earlier, you may

recall in our UTU agreement, we did also have a separate negotiation with UTU, which is ongoing on the health and welfare issue, and we're making good progress in that negotiation as well. I think we're going to get the momentum behind health and welfare to get all of these agreements concluded, so I don't think it's going to have a real significant impact, John. I think just the health and welfare starting to fall will bring these to closure.

J. Borens — Okay. Secondly, the agreed-upon funding, especially from the House, for Amtrak looks to be significantly lower, than what the head of Amtrak is looking for, and he's talking about a significant revision in the service provided, focusing on high-density corridors. Can you just elaborate a little bit how that may impact you, especially in the near term, if you take some of that traffic off your system?

M. Ward — David Gunn as you know is bringing I think some very good discipline to Amtrak; he's refocused them on the passenger business and the mail business, gotten them out of the express mail, express business. He's de-layered the organization. He's bringing good accounting to it; and I think he's been a very positive force for bringing Amtrak to a much better state and a more understandable condition.

I think it's David's position, and one I agree with, that the fiction that Amtrak can make money is just that; and that we need to recognize that as a nation. What he is pressing is, you need to give me sufficient funding – I think $1.2 billion is his request for this year. One house said 1.2 is okay; another one said 750. I think David will bring – this is just my speculation—he'll bring that to the brink, and if that's the case, my speculation would be that the legislature would find a way to give him the funding he needs to stay alive, while they're continuing to evaluate Amtrak.

Should they go, obviously they'd take out some of the long-distance routes. Obviously, the Northeast corridor would be one of their key corridors, and they would keep that. We are a heavy – Amtrak uses us quit a bit. If they remove some of those longer-distance routes, that would obviously free up some capacity for us. But I don't really envision that's where it would end up.

K. Schnabel — This is Kim Schnabel at College Retirement Equity Fund. Supposing that the media is all wet on the common expected fuel price decline after the Mideast war, what would you do if demand for fuel actually increases

after the war, and supply doesn't increase anywhere else in the world, and fuel prices actually become quite strong and stay quite strong?

M. Ward — I guess two things we'd do is, we'd do a gigantic gulp, for one thing, because as you know, we're entirely un-hedged for this year. We'd do a few big gulps. We do have a fuel surcharge program in place, and when it gets to $28 a barrel, West Texas Intermediate, a 2% surcharge kicks in. When it gets to $33, a 4% surcharge kicks in. It has to stay at those levels for 30 business days. So if it got to that level, we would kick in our second level of surcharge. Then we'd have to do what we could to mitigate the impacts of that. Because clearly we're un-hedged, we're in the open market, and we'd just have to bear what the open market brought to us.

P. Goodwin — You know, Mike, one thing on this fuel situation, I think that's pretty accurate on what it does over the next several quarters on our expense base; but with Mike Giftos battling out this truck conversion issue in the marketplace, high fuel prices affect the truckers a lot more than they affect us. They're usually 6%, 7% of our cost base, maybe moved up to 8% or 9% with these kinds of increases. But at some point, those fuel price

increases are very good news for us, vis-à-vis the trucks in this gray area, where we have this battle going on for intermediate-haul transportation.

R. Blanchard — Roy Blanchard, Blanchard Company. Mike, I want to go back to the price question a bit, if we could. We've talked about the increase in merchandise revenues, 40% price, 60% mix. Let's take for a moment the concept of, say, a same store, same commodity, same car type, same basic OD pairs. What do you see is your ability to raise prices on a same-store basis, and what is it going to take to increase prices and make them stick, in a same-store environment?

M. Giftos — If I understand your question correctly, we're obviously facing continuous market pressures, and there's a limit on what we can do. We typically are below the trucking alternative, and that's part of the value proposition we offer. But as our service improves, as it has been and will continue to improve, depending upon the particular commodity, we're targeting on our contracts this year and our merchandise sector, an average price increase in the 3.5% to 4% range.

(Cannot hear speaker)

M — …

M. Giftos — We are in the service industry, and without quality service, you're not going to be able to get price, and you're not going to be able to keep the business.

M. Ward — With that, I'd like to thank you for attendance today, and we look forward to seeing you in the future.

M — Michael, I think we have one more question.

M. Ward — Oh, I'm sorry. One more question.

J. Ryan — Jim Ryan with UBS Warburg, I wanted to ask you about the impacts to CSX of the WF separation. With John leaving, what's going to be the impact to the company? Obviously you guys are a team and have been together for a long time, but have you gone back and said, it's going to cost us X? Because John's going to get confirmed. I'm here to tell you, John is going to get confirmed.

M. Ward — Thank you. No; I think Paul alluded to that earlier as one of the challenges we have in the first quarter, about a $50 million hurdle, about two thirds of that fuel-related; the remainder related to John, although I

think on a larger perspective, I think the real issue is what the board has done, as far as succession planning.

We've been in the process a couple of years here, preparing for succession. This is really an acceleration of what we had planned to do anyway. So I think as far as the continuity within our company and our management and staying on our path of improving service, getting the modal conversions, the price, and controlling the costs, I think we're going to be on a solid path. So the issue with John I don't think is a big one; one that we knew was going to be happing this year, anyway. It's just a timing difference.

J. Ryan Right. That's great. Congratulations.

M. Ward Thank you. Thank you very much.