# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

## Volume 8 of 29

## DA02616 - DA02851

# NEWS

CSX TRANSPORTATION

Corporate Communications & Public Affairs 500 WaterSt., Jacksonville, FL 32202

Contact: Adam Hollingsworth
Dan Murphy
(904) 366-2949

## CSX TRANSPORTATION ANNOUNCES MODIFICATIONS TO ITS FUEL COST RECOVERY PROGRAM

**JACKSONVILLE, Fla., March 20, 2003** - In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

After the transition to the new program, CSXT's fuel surcharges will be applied in smaller increments, on a more real-time basis, consistent with increases or decreases in fuel prices. With the changes, CSXT will no longer only adjust surcharges in 2% increments for every $5/barrel change in crude oil prices Instead, the surcharge will be adjusted up or down 0.4% for every dollar increase or decrease in oil prices above $23/barrel. These charges will be determined monthly based on the thirty-day average price of West Texas Intermediate (WTI) crude oil. When fuel prices drop below $23/barrel, no fuel surcharge will apply.

Michael J. Ward, chairman and CEO of CSX Corporation and president of CSXT said, "Given the continued instability in oil prices we must, like most American companies, implement better ways to manage fuel price changes and market volatility. As a result of this new program, CSXT's fuel surcharges will more directly respond to fuel price changes in a real-time manner."

P. Michael Giftos, CSXT's executive vice president and chief commercial officer said, "These changes will allow CSXT's surcharge program to more accurately reflect fuel price fluctuations in a more timely fashion. In addition, the modified program provides two things our customers have asked for: smaller, more incremental changes in the fuel surcharge and easier administration since it is changed on a predictable, monthly basis."

CSXT will amend its 8100 and 8200 tariffs later this month and the new fuel surcharge program will take effect not less than 20 days after. Until the new surcharge becomes effective, the current program will remain in place. These tariff changes will not change the existing fuel cost recovery program at CSX Intermodal. Once the program is amended, additional details will be available on the company's website at www.csx.com.

EXHIBIT
Giftos
10
2-25-10
PENGAD 800-631-6989

- more -



CSXT and its 34,000 employees provide rail transportation and distribution services over a 23,000 route-mile network in 23 states, the District of Columbia and two Canadian provinces. CSXT is a business unit of CSX Corporation (NYSE: CSX), and both are headquartered in Jacksonville, Fla.

###

www.csx.com

**From:** Wolfe, Edward [ewolfe@bear.com]
**Sent:** Wednesday, January 26, 2005 12:31 PM
**To:** Wolfe, Ed (Exchange); Wadewitz, Tom (Exchange)
**Subject:** BNI, CNI, CSX Notes
**Attachments:** BNI0126_05 - 4Q Earnings.pdf; CNI0126_05 - 4Q Earnings.pdf; CSX0126_05 - 4Q Earnings.pdf; Disclaimer.txt

Attached as PDF files please find our complete BNI, CNI and CSX 4Q earnings notes. We have also pasted in the top bullets from the notes below and an earnings calendar for this week.

***Bear Stearns does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report.

***Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in these reports, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/3rdpartyresearch or can call (800) 517-2327 to request a copy of this research.

***Investors should consider these reports as only a single factor in making their investment decision.
***PLEASE SEE THE END OF THIS REPORT FOR IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION.

**This week's scheduled transport reports (all times are EDT)**

- **CVTI**, Call today, January 26th at 10:30 AM (800-603-1780).
- **NSC,** Today before the market, call at 9:00 AM (973) 582-2713.
- **SWFT,** Today after the market, call Thursday, January 27th at 11:00 AM (800) 480-8614.
- **UPS,** Thursday, January 27th, before the market, call at 10:00 AM (973) 582-2745.
- **ODFL,** Thursday, January 27th, before the market, call at 11:00 AM (719) 457-2634.
- **CP,** Thursday, January 27th, before the market, call at 11:00 AM (800) 814-4857.
- **ABFS,** Thursday, January 27th, before the market, call at 12:00 PM (877) 697-4343.
- **LSTR,** Thursday, January 27th, before the market, call at 2:00 PM (877) 717-5921.
- **YELL,** Thursday, January 27th, after the market, call January 28th at 9:30 AM (888) 428-4479.
- **OVNT,** Thursday, January 27th, after the market, call January 28th at 10:30 AM (800) 299-6183.
- **USFC,** Friday, January 28th, before the market, call at 8:30 AM (888) 245-7013.

# Burlington Northern Santa Fe (BNI-$46.69) - Outperform
## Earnings Momentum Likely to Continue

- **Clean Upside Quarter.** Yesterday morning BNI reported strong 4Q:04 earnings of $0.91/share vs our estimate and the Street consensus of $0.78. The 49% y/y rise in BNI's EPS was driven by a combination of strong yields, volumes and operating leverage which showed up in BNI's strongest OR and best y/y OR improvement (330 bp) of 2004.
- **Yields Remain a Key Driver.** BNI's yield growth was driven by a combination of a further acceleration in pricing gains and strong fuel surcharge revenue. Our mix adjusted yield metric was up 8.6% y/y in 4Q:04 vs 4.7% and 4.5% growth in the 3Q and 2Q:04 with roughly 50% coming from price and 50% from fuel surcharge. We expect BNI's yield gains to remain strong in 2005.
- **Raising EPS Significantly.** To reflect stronger than expected yields and greater operating leverage, we are raising our 05 and 06 EPS estimates 6% and 5% respectively. Our 05 EPS estimate rises from $3.25 to $3.45/share & our 06 estimate rises from $3.75 to $3.95/share. We believe BNI's 05 guidance of mid teens EPS growth is probably conservative (our estimate reflects 17% growth in continuing EPS).
- **"Perfect Storm" likely to Continue.** We believe that 2005 is likely to be another year of "perfect storm" type conditions (in a positive light) for BNI as UNP remains capacity constrained and in the process of pushing volumes off of its system and we expect demand to remain solid. We sense that BNI remains positioned with

little risk of losing business from taking significant price increases.

- **Continue to See Upside for BNI Stock.** We believe that ideal pricing conditions for BNI along with its ability to show operating leverage are likely to drive further potential upside in EPS performance for BNI during 2005. We are raising our year end 05 price target from $47 to $53 which we derive by applying a 13.5x P/E multiple to our 2006 EPS estimate of $3.95. We continue to rate BNI Outperform.

## Canadian National (CNI-$57.52) - Outperform
Strong Execution Drives Upside

- **Upside 4Q Results.** Yesterday, CNI reported strong upside 4Q EPS of $1.06 (C$1.29) vs our $1.00 (C$1.21) estimate and the Street Consensus of $0.94 (C$1.10) and year ago earnings of $0.88 (C$1.05). CNI's solid results were driven by strong volume and pricing growth and solid 110 bp OR improvement despite a very difficult year ago comp.
- **Strong Pricing Story.** Pricing was up 3% in 4Q and management indicated that sustained strength in the economy could translate into pricing growth on the order of 4% in 05. This is a stronger pricing story than we had anticipated as we view CNI as taking a measured approach toward price increases. A more aggressive pricing approach could drive further upside performance in 2005.
- **Solid EPS Growth likely to Continue.** With demand remaining strong and acquisitions likely to add meaningfully to EPS, our sense is that earnings growth will likely be strong again in 05 and that management guidance of 10%-15% growth is likely somewhat conservative. While high fuel prices are a potential source of cost side pressure, CNI appears well protected in 05.
- **Labor Uncertainty Remains.** There remains uncertainty and short term risk from unresolved labor negotiations with CNI's running trades (conductors & locomotive engineers). Although the UTU appears to be committed to settlement through negotiation, we believe there is more meaningful risk of a strike from the locomotive engineers. Neither union can strike until the CIRB rules on essential services
- **Raising EPS and Price Target.** We are modestly raising our 05-06 EPS estimates from $4.05 and $4.45 to $4.10 and $4.50 to reflect a slight improvement in our cost side assumptions. We are also raising our price target from $59 to $63 based on applying a 14.0x multiple to our upwardly revised 06 EPS estimate of $4.50 which implies 10% type of upside.

## CSX Corporation (CSX-$38.96) - Peer Perform
Strong Yields are Key to 2005 EPS Gains

- **Noisy but Solid 4Q Results.** Yesterday CSX reported 4Q EPS of $0.71/share which was well above our estimate of $0.61 and the Street Consensus of $0.62. If we adjust for an extra week in its 4Q:04 period and normalize other income at $20 mm, CSX's results are a less impressive $0.63/share, but Surface Transport operating income was up a strong 23% (ex $7 mm from the extra week).
- **Sharp Acceleration in Yields.** In our view, the most important factor in its 4Q results was a sharp acceleration in yields driven by a combination of pricing gains, fuel surcharge and mix (roughly an even split). We expect CSX's strong yield performance to continue for most of 2005 with a modest slowing in 2H:05 as comparisons become more difficult.
- **Turnaround is Likely to be Gradual......**In 2H:04 CSX appeared to make progress with the successful rollout of phase I of its One plan and the sharp ramp up in yield growth. We believe that CSX is on the right path but there remains somewhat limited visibility to the timing and rate of further gains. Our sense is that CSX's gains are likely to continue but we believe the process will be gradual.
- **.....but can CSX Realize Accelerating EPS in 05?** During 2004 CSX's volume growth was below that of the rail group and margin expansion was meaningful but modest. We see potential for a ramp up in CSX's EPS growth rate in 2005 but sense that velocity gains may precede an upturn in volume growth, margin expansion, and EPS growth which appears more likely a 2H:05 event.
- **Modestly Raising EPS Estimates.** We are raising our EPS estimates from $2.65 and $3.15 in 05 and 06 to $2.70 and $3.25/share. We believe that a positive operational trend along with continued strong pricing gains will be necessary for CSX to reach our EPS estimates which imply 27% and 20% y/y EPS growth respectively.

Have a great day!

Ed & Tom

<<BNI0126_05 - 4Q Earnings.pdf>> <<CNI0126_05 - 4Q Earnings.pdf>> <<CSX0126_05 - 4Q Earnings.pdf>>

Edward M. Wolfe
Airfreight & Surface Transportation Research
Bear Stearns & Co.
212-272-7048
ewolfe@bear.com

**Save the date: Bear Stearns Global Transport Conference, May 12-13, 2005.**
For information on the conference or to register click on the following link:
**www.bearstearns.com/conferences/globaltransport2005**.

BEAR STEARNS

**Equity Research**
Railroads / Rated: Market Weight
*January 26, 2005*

**Thomas R. Wadewitz**
212 272-3169
twadewitz@bear.com

**Edward M. Wolfe**
212 272-7048
ewolfe@bear.com

**Gregory R. Ryan**
212 272-0692
gryan@bear.com

# Burlington Northern Santa Fe (BNI-$46.69) - Outperform

## Earnings Momentum Likely to Continue

### Data

| | | | | | |
|---|---|---|---|---|---|
| Target Price-Yr.End '05 | $53 | Shares Out | 382.5 | LT Debt to Tot Cap | 41% |
| Market Cap (MM) | $17,900 | Book Value | $24 | | |

### GAAP Estimates

| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E Year |
|---|---|---|---|---|---|---|
| **2003** | $0.40A | $0.54A | $0.55A | $0.61A | $2.08A | 22.4x |
| **2004** | $0.52A | $0.67A | $0.77A | $0.91A | $2.85A | 16.4x |
| **Previous** | | | | $0.76E | $2.72E | |
| **2005** | $0.67E | $0.88E | $0.92E | $0.98E | $3.45E | 13.6x |
| **Previous** | | | | | $3.25E | |
| **2006** | | | | | $3.95E | 11.8x |
| **Previous** | | | | | $3.75E | |

### EE Post Option Expense

| | Year | P/E Year |
|---|---|---|
| **2003** | $2.01A | 23.2x |
| **2004** | $2.80A | 16.7x |
| **Previous** | $2.67E | |
| **2005** | $3.42E | 13.7x |
| **Previous** | $3.22E | |
| **2006** | $3.92E | 11.9x |
| **Previous** | $3.72E | |

### Key Points

- **Clean Upside Quarter.** Yesterday morning BNI reported strong 4Q:04 earnings of $0.91/share vs our estimate and the Street consensus of $0.78. The 49% y/y rise in BNI's EPS was driven by a combination of strong yields, volumes and operating leverage which showed up in BNI's strongest OR and best y/y OR improvement (330 bp) of 2004.
- **Yields Remain a Key Driver.** BNI's yield growth was driven by a combination of a further acceleration in pricing gains and strong fuel surcharge revenue. Our mix adjusted yield metric was up 8.6% y/y in 4Q:04 vs 4.7% and 4.5% growth in the 3Q and 2Q:04 with roughly 50% coming from price and 50% from fuel surcharge. We expect BNI's yield gains to remain strong in 2005.
- **Raising EPS Significantly.** To reflect stronger than expected yields and greater operating leverage, we are raising our 05 and 06 EPS estimates 6% and 5% respectively. Our 05 EPS estimate rises from $3.25 to $3.45/share & our 06 estimate rises from $3.75 to $3.95/share. We believe BNI's 05 guidance of mid teens EPS growth is probably

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.
Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/independentresearch or can call (800) 517-2327 to request a copy of this research.
Investors should consider this report as only a single factor in making their investment decision.
PLEASE SEE PAGE 6 OF THIS NOTE FOR IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION.

conservative (our estimate reflects 17% growth in continuing EPS).

- **"Perfect Storm" likely to Continue.** We believe that 2005 is likely to be another year of "perfect storm" type conditions (in a positive light) for BNI as UNP remains capacity constrained and in the process of pushing volumes off of its system and we expect demand to remain solid. We sense that BNI remains positioned with little risk of losing business from taking significant price increases.
- **Continue to See Upside for BNI Stock.** We believe that ideal pricing conditions for BNI along with its ability to show operating leverage are likely to drive further potential upside in EPS performance for BNI during 2005. We are raising our year end 05 price target from $47 to $53 which we derive by applying a 13.5x P/E multiple to our 2006 EPS estimate of $3.95. We continue to rate BNI Outperform.

**INVESTMENT CONCLUSION:** At yesterday's closing price of $46.69, BNI is trading at P/E ratios of 13.6x and 11.8x on our 2005 and 2006 EPS estimates which is below the rail group average of 14.5x and 12.3x on our 05 and 06 EPS estimates. We believe that BNI is positioned for continued strong EPS performance in 2005 with upside potential beyond our upwardly revised 05 EPS estimate of $3.45/share. In our view, BNI has capacity to show continued operating leverage, and we anticipate continued strong yield growth in 2005 as a result of strong demand and significant capacity constraints at BNI's primary rail competitor UNP. Our sense is that a sharp slowing of the economy is the primary risk to our expectation of strong EPS growth for BNI in 2005. We have raised our 2005 year end price target to $53 which implies nearly 14% upside from BNI's closing price yesterday. We derive our new 05 EPS price target by applying a slightly higher P/E multiple of 13.5x (vs 13.0x previously) to our upwardly revised 05 EPS of $2.45/share. Our prior target was $47/share. We continue to rate BNI Outperform and rate the rail group Market Weight.

**KEY POINTS EXPANDED:**

- **Strong 4Q Report.** Yesterday, BNI reported upside 4Q results of $0.91 versus our and the Street Consensus estimate of $0.78/share and a strong 49% above year ago 4Q EPS of $0.61/share. BNI's prior 4Q Guidance was for a range of $0.74-$0.77/share. The earnings upside versus our estimate was driven by a stronger than expected revenue story, as overall revenues were up 19.5%. Strong yield growth, up 7.6% versus our 4.6% growth assumption, was a key driver of BNI's strong 4Q earnings performance versus our expectations. Costs were up 14.6% and most line items were roughly in line with our expectations. Fuel costs were up 41% year-over-year including the benefit of hedges on roughly 50% of consumption. The 4Q OR of 77.1% exhibited significant operating leverage and improved an impressive 330 bp (536 bp ex. fuel) year-over-year.

- **Pricing Momentum Continues.** Yields were up in most segments (ex. industrial) versus our expectations and BNI's same store price analysis showed a further acceleration in pricing gains in 4Q with price (ex. fuel surcharge and mix) up roughly 5% versus average quarterly growth of 2.1% over the most recent four quarters. Fuel surcharge revenue was also up roughly 5% year-over-year and BNI collected $115mm in fuel surcharge revenue in 4Q. Adding in the impact of mix, which weakened somewhat, total yields were up 7.9% following growth of 3.9%, 5.0% and 2.9% in 4Q, 3Q and 2Q:04. We believe that pricing and overall yield momentum are likely to remain strong in 2005 as both rail and truck capacity remain tight and as BNI reprices more of its portfolio (25% turns over in 2005) at market-rates. In the two charts below, we highlight the quarterly same store pricing trend for BNI which depict the steady rise in prices through 4Q:04 (exhibit 1) and the broader yield growth trend which includes the impact of fuel surcharges and business mix (exhibit 2).

**Exhibit 1. Pricing Trend for BNI (Yield Growth net of Fuel Surcharge Recovery & Mix Effect - Y-o-Y change)**




Source: Company reports; Bear, Stearns & Co. Inc.

**Exhibit 2. BNI's Quarterly Yield Growth Trend (Y-o-Y change)**




Source: Company reports; Bear, Stearns & Co. Inc. estimates.

- **Raising EPS Estimates.** We are raising our 05 and 06 EPS by 5%-6% to reflect a further acceleration in yield growth relative to our prior expectations. We are taking up our yield growth assumption for 05 from 3.2% to 4.8% with the expectation that the pace of growth slows toward the end of 05 as comps get more difficult. For 06 we are taking up our yield growth assumption more modestly from 1.4% to 2.2%. As such, we are raising our 05 estimate from $3.25 to $3.45/share and our 06 estimate from $3.75 to $3.95/share. Our new 1Q:05 EPS estimate is $0.67/share which is at the mid point of management's $0.65-$0.69/share guidance range. Details of our key earnings assumptions are provided in the exhibit below.

**Exhibit 3. Key Operating and Earnings Assumptions for BNI**

| | 4Q:04 | | 2004 (1) | | 2005E | | 2006E | |
|---|---|---|---|---|---|---|---|---|
| | Estimate | Actual | Estimate | Actual | Prior | Revised | Prior | Revised |
| Revenue Growth | | | | | | | | |
| Intermodal | 21.9% | 23.3% | 17.7% | 18.0% | 13.8% | 13.8% | 8.1% | 9.7% |
| Automotive | 0.0% | 10.4% | 0.0% | 2.6% | 0.3% | 3.3% | 1.0% | 3.0% |
| Other Consumer | 6.0% | 18.9% | 6.9% | 10.2% | 3.1% | 7.5% | 2.0% | 3.0% |
| Chemicals | 6.0% | 18.7% | 7.0% | 10.3% | 8.9% | 13.2% | 3.0% | 3.0% |
| Metals and Minerals | 13.4% | 17.7% | 15.2% | 16.3% | 6.9% | 9.9% | 2.5% | 2.5% |
| Forest Products | 14.0% | 19.4% | 14.3% | 15.6% | 4.9% | 7.4% | 3.0% | 2.5% |
| Petroleum Products | 10.3% | 15.2% | 13.9% | 15.2% | 4.8% | 7.4% | 2.5% | 2.0% |
| Coal | 12.9% | 17.2% | 11.3% | 12.4% | 3.7% | 5.8% | 7.1% | 4.5% |
| Agricultural Commodities | 12.0% | 17.4% | 19.4% | 21.0% | 6.3% | 8.3% | 2.5% | 3.5% |
| **Total RR Revenue Growth** | **14.9%** | **18.9%** | **14.7%** | **15.8%** | **8.0%** | **9.6%** | **5.5%** | **5.6%** |
| Volume Growth | 9.9% | 10.6% | 10.1% | 10.3% | 4.7% | 4.6% | 4.0% | 3.3% |
| Yield Growth | 4.6% | 7.6% | 4.1% | 5.0% | 3.2% | 4.8% | 1.4% | 2.2% |
| Railroad Operating Ratio | 79.8% | 77.6% | 80.7% | 80.0% | 80.0% | 79.0% | 78.7% | 77.9% |
| Average Fuel Price ($/gallon) | $1.13 | $1.14 | $0.99 | $0.99 | $1.14 | $1.12 | $1.05 | $1.05 |
| OR improvement | 103 | 330 | 162 | 232 | 74 | 96 | 129 | 112 |
| Net Other Income | (107) | (111) | (409) | (413) | (402) | (412) | (402) | (402) |
| **EPS** | **$0.78** | **$0.91** | **$2.79** | **$2.94** | **$3.25** | **$3.45** | **$3.75** | **$3.95** |
| Growth | 28.5% | 49.5% | 33.7% | 41.1% | 16.6% | 17.1% | 15.4% | 14.7% |

(1) Includes $30mm one-time environmental expense in 3Q:04.

Source: Bear, Stearns & Co. Inc. estimates.

Valuation Method for Target Price: P/E
Investment Risks: Lower commodity shipments and prices, higher oil prices

*ADDENDUM*

**IMPORTANT DISCLOSURES**

**ANALYST CERTIFICATION**

The Research Analyst(s) who prepared the research report hereby certify that the views expressed in this research report accurately reflect the analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.
Thomas Wadewitz, Edward Wolfe

Burlington Northern Santa Fe(BNI): Bear Stearns is affiliated with the specialist that makes a market in the common stock of this issuer, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock.




The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

Bear, Stearns & Co. Equity Research Rating System:
Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.

Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

Bear, Stearns & Co. Ratings Distribution as of December 31, 2004:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC investment banking clients in the last 12 months.
Outperform (Buy): 38.0 / 17.2
Peer Perform (Neutral): 49.1 / 11.1
Underperform (Sell): 12.7 / 6.3

FOR INDUSTRY COVERAGE DATA, PLEASE CONTACT YOUR ACCOUNT EXECUTIVE OR VISIT www.BEARSTEARNS.com

OTHER DISCLAIMERS

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, "Bear Stearns"), as indicated on the cover page hereof. This report has been adopted and approved for distribution in the United States by Bear, Stearns & Co. Inc. for its and its affiliates' customers. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is authorized and regulated by the United Kingdom Financial Services Authority. Private Customers in the U.K. should contact their Bear, Stearns International Limited representatives about the investments concerned. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request.

Bear Stearns and its employees, officers, and directors deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including in transactions which may be contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein.

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained in the subject report (not including disclosures contained herein) has been obtained from sources we believe to be reliable, the accuracy and completeness of such information and the opinions expressed herein cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Each investor must make their own determination of the appropriateness of an investment in any securities referred to herein based on the tax, or other considerations applicable to such investor and its own investment strategy. By virtue of this publication, neither Bear Stearns nor any of its employees shall be responsible for any investment decision. This report may not be reproduced, distributed, or published without the prior consent of Bear Stearns. ©2005. All rights reserved by Bear Stearns. Bear Stearns and its logo are registered trademarks of The Bear Stearns Companies Inc.

This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states. This document should not be construed as providing investment services. Investing in non-U.S. securities including ADRs involves significant risks such as fluctuation of exchange rates that may have adverse effects on the value or price of income derived from the security. Securities of some foreign companies may be less liquid and prices more volatile than securities of U.S. companies. Securities of non-U.S. issuers may not be registered with or subject to Securities and Exchange Commission reporting requirements; therefore, information regarding such issuers may be limited.

NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX, or Nasdaq National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

BEAR STEARNS

**Equity Research**
Railroads / Rated: Market Weight
*January 26, 2005*

**Thomas R. Wadewitz**
212 272-3169
twadewitz@bear.com

**Edward M. Wolfe**
212 272-7048
ewolfe@bear.com

**Gregory R. Ryan**
212 272-0692
gryan@bear.com

# Canadian National (CNI-$57.52) - Outperform

## Strong Execution Drives Upside

### Data

| | | | | | |
|---|---|---|---|---|---|
| Target Price-Yr.End '04 | $63 | Shares Out | 290.7 | LT Debt to Tot Cap | 35.7% |
| Market Cap (MM) | $16,700 | Book Value | $32 | | |

### GAAP Estimates

| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E Year |
|---|---|---|---|---|---|---|
| **2003** | $0.46A | $0.60A | $0.66A | $0.80A | $2.51A | 22.9x |
| **2004** | $0.55A | $0.83A | $0.91E | $1.06A | $3.34A | 17.2x |
| **Previous** | | | | $1.00E | $3.29E | |
| **2005** | $0.76E | $1.10E | $1.09E | $1.15E | $4.10E | 14.0x |
| **Previous** | | | | | $4.05E | |
| **2006** | | | | | $4.50E | 12.8x |
| **Previous** | | | | | $4.40E | |

### EE Post Option Expense

| | Year | P/E Year |
|---|---|---|
| **2003** | $2.48A | 23.2x |
| **2004** | $3.30A | 17.4x |
| **Previous** | $3.25E | |
| **2005** | $4.07E | 14.1x |
| **Previous** | $4.02E | |
| **2006** | $4.47E | 12.9x |
| **Previous** | $4.37E | |

### Key Points

- **Upside 4Q Results.** Yesterday, CNI reported strong upside 4Q EPS of $1.06 (C$1.29) vs our $1.00 (C$1.21) estimate and the Street Consensus of $0.94 (C$1.10) and year ago earnings of $0.88 (C$1.05). CNI's solid results were driven by strong volume and pricing growth and solid 110 bp OR improvement despite a very difficult year ago comp.
- **Strong Pricing Story.** Pricing was up 3% in 4Q and management indicated that sustained strength in the economy could translate into pricing growth on the order of 4% in 05. This is a stronger pricing story than we had anticipated as we view CNI as taking a measured approach toward price increases. A more aggressive pricing approach could drive further upside performance in 2005.
- **Solid EPS Growth likely to Continue.** With demand remaining strong and acquisitions likely to add meaningfully to EPS, our sense is that earnings growth will likely be strong again in 05 and that management guidance of 10%-15% growth is likely somewhat conservative. While high fuel prices are a potential source of

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.
Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/independentresearch or can call (800) 517-2327 to request a copy of this research.
Investors should consider this report as only a single factor in making their investment decision.
PLEASE SEE PAGE 3 OF THIS NOTE FOR IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION.

cost side pressure, CNI appears well protected in 05.

- **Labor Uncertainty Remains.** There remains uncertainty and short term risk from unresolved labor negotiations with CNI's running trades (conductors & locomotive engineers). Although the UTU appears to be committed to settlement through negotiation, we believe there is more meaningful risk of a strike from the locomotive engineers. Neither union can strike until the CIRB rules on essential services
- **Raising EPS and Price Target.** We are modestly raising our 05-06 EPS estimates from $4.05 and $4.45 to $4.10 and $4.50 to reflect a slight improvement in our cost side assumptions. We are also raising our price target from $59 to $63 based on applying a 14.0x multiple to our upwardly revised 06 EPS estimate of $4.50 which implies 10% type of upside.

**INVESTMENT CONCLUSION:** At yesterday's closing price of $57.52, CNI is trading at P/E ratios of 14.0x and 12.8x on our upwardly revised 2005 and 2006 EPS estimates. This compares to average P/E valuation for the major rails of 14.5x and 12.3x on our 2005 and 2006 EPS estimates. We view CNI's labor negotiations and potential labor disruptions as near term issues but we also recognize a strike of running trades (conductors and locomotive engineers) union could cause a significant disruption to CNI's rail operation and drive volatility in CNI stock. Looking beyond the near term risk from a potential strike in Canada, we believe that CNI is positioned for another year of strong EPS growth in 2005 which should drive upside for CNI stock. We continue to expect CNI's management team to deliver solid execution of their operating plan which should drive meaningful EPS growth in 2005. Given their best in the industry free cash generation and high end returns we believe CNI deserves a P/E multiple premium to the rail group. We elect to apply a 14x P/E multiple to our upwardly revised 06 EPS estimate of $4.50/share in order to derive our $63 year end 05 price target. Our prior target of $59 was based on applying a 13.5x P/E multiple to our prior EPS estimate of $4.40. We continue to rate CNI Outperform and rate the rail group Market Weight.

**KEY POINTS EXPANDED:**

- **Upside 4Q Report.** Yesterday, CNI reported upside 4Q earnings of US$1.06 (C$1.29) versus our US$1.00 ($C1.21) estimate and the Street Consensus of US$0.97 (C$1.10) and year ago earnings of US$0.88/share (C$1.05 – excluding the impact of a one-time deferred income tax expense). Pricing growth, ongoing earnings accretion from the BCR and GLT acquisitions and solid cost side management all contributed to CNI's solid 4Q earnings performance. Revenues were up an impressive 14.8% versus our 14.1% estimate with roughly half of the revenue growth coming from GLT and BCR operations and the other half from organic rail revenue growth Pricing was up a strong 3% in 4Q. Overall operating costs were up 12.9%. CNI realized a strong 65.0% OR in 4Q and 110 bp of OR improvement year-over-year (206 bp ex. fuel) marking the third consecutive quarter in which the OR was at or near 65%. Overall volumes were up 18.4% driven by a sharp rise in metals and minerals volumes (up 159.6%) from the GLT acquisition and strong forest products volumes (up 18.2%). Yields declined 4.5% in 4Q due in part to a 40.0% decline in metals & minerals yields that was related to the significant ramp up in shorter haul GLT volumes during the quarter, although the overall decline in yields was in line with our expectations. CNI also benefited from a $20mm land sale in the quarter and higher other income added roughly C$0.04/share (US$0.03) to 4Q earnings versus our forecasts.

- **Strong Cash Flow Generation, Significant Increase to Dividend.** On a normalized basis, CNI generated free cash flow on the order of C$825mm (US$625mm) in 04 and the company remains as the strongest free cash flow generator in the rail group. Given the potential for strong earnings growth again in 05 and our expectation for a fairly measured increase in capex in 05, our sense is that CNI will likely be well positioned for strong free cash generation again in 05. CNI yesterday also announced a 28% increase in its quarterly dividend from C$0.19 to C$0.25/share as a use of cash in 05. This follows a more meaningful C$900mm (US$735mm) share repurchase program that CNI announced back in October which the company will largely complete by the middle of 05.

- **05 Guidance Unchanged; Tweaking Up EPS Estimates.** CNI reiterated its 05 EPS guidance on its earnings call of 10%-15% EPS growth (C$) for 05 which would equate to an 05 EPS range of roughly C$4.77 – C$4.99 (US$3.91-$4.10 using a .82 exchange rate). While fuel costs and an unfavorable exchange rate are likely headwinds for 05, we believe that CNI is well positioned to achieve 05 earnings toward the higher end of its guidance range. Our sense is that continued strong operating performance, impressive accretion from the GLT and BCR acquisitions and a strong pricing environment that could yield pricing gains on the order of 2%-4% are likely sources of strength for CNI in 05. While our prior estimates had already factored in a significant part of these assumptions, we are tweaking up our 05-

06 EPS estimates by US$0.05 (C$0.05-C$0.06) in both years to reflect subtle changes to our cost side assumptions for 05 which then flow through to our 06 estimates.

Valuation Method for Target Price: P/E valuation framework
Investment Risks: Changes in commodity supply and demand; competition with trucks, fuel prices.

***Companies Mentioned***

BURLINGTON NORTHERN SANTA FE ( BNI - USD 44.65 ) - Outperform
CANADIAN PACIFIC RAILWAYS ( CP - USD 33.00 ) - Outperform
CSX CORPORATION ( CSX - USD 36.99 ) - Peer Perform
NORFOLK SOUTHERN ( NSC - USD 33.31 ) - Outperform
UNION PACIFIC ( UNP - USD 58.94 ) - Underperform

*ADDENDUM*

**IMPORTANT DISCLOSURES**

**ANALYST CERTIFICATION**
The Research Analyst(s) who prepared the research report hereby certify that the views expressed in this research report accurately reflect the analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.
Thomas R. Wadewitz, Edward M. Wolfe

For important disclosure information regarding the companies in this report, please contact your registered representative at 1-888-473-3819, or write to Sandra Pallante, Equity Research Compliance, Bear, Stearns & Co. Inc., 383 Madison Avenue, New York, NY 10179.




The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

Bear, Stearns & Co. Equity Research Rating System:
<u>Ratings for Stocks (vs. analyst coverage universe):</u>
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.

<u>Ratings for Sectors (vs. regional broader market index):</u>
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.

Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

Bear, Stearns & Co. Ratings Distribution as of December 31, 2004:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC investment banking clients in the last 12 months.
Outperform (Buy): 38.0 / 17.2
Peer Perform (Neutral): 49.1 / 11.1
Underperform (Sell): 12.7 / 6.3

FOR INDUSTRY COVERAGE DATA, PLEASE CONTACT YOUR ACCOUNT EXECUTIVE OR VISIT www.BEARSTEARNS.com

OTHER DISCLAIMERS

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, "Bear Stearns"), as indicated on the cover page hereof. This report has been adopted and approved for distribution in the United States by Bear, Stearns & Co. Inc. for its and its affiliates' customers. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is authorized and regulated by the United Kingdom Financial Services Authority. Private Customers in the U.K. should contact their Bear, Stearns International Limited representatives about the investments concerned. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request.

Bear Stearns and its employees, officers, and directors deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including in transactions which may be contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein.

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained in the subject report (not including disclosures contained herein) has been obtained from sources we believe to be reliable, the accuracy and completeness of such information and the opinions expressed herein cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Each investor must make their own determination of the appropriateness of an investment in any securities referred to herein based on the tax, or other considerations applicable to such investor and its own investment strategy. By virtue of this publication, neither Bear Stearns nor any of its employees shall be responsible for any investment decision. This report may not be reproduced, distributed, or published without the prior consent of Bear Stearns. ©2005. All rights reserved by Bear Stearns. Bear Stearns and its logo are registered trademarks of The Bear Stearns Companies Inc.

This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states. This document should not be construed as providing investment services. Investing in non-U.S. securities including ADRs involves significant risks such as fluctuation of exchange rates that may have adverse effects on the value or price of income derived from the security. Securities of some foreign companies may be less liquid and prices more volatile than securities of U.S. companies. Securities of non-U.S. issuers may not be registered with or subject to Securities and Exchange Commission reporting requirements; therefore, information regarding such issuers may be limited.

NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX, or Nasdaq National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

BEAR STEARNS

**Equity Research**
Railroads / Rated: Market Weight
*January 26, 2005*

**Thomas R. Wadewitz**
212 272-3169
twadewitz@bear.com

**Edward M. Wolfe**
212 272-7048
ewolfe@bear.com

**Gregory R. Ryan**
212 272-0692
gryan@bear.com

# CSX Corporation (CSX-$38.96) - Peer Perform

## Strong Yields are Key to 2005 EPS Gains

## Data

| | | | |
|---|---|---|---|
| Market Cap (MM) | $9,800 | Book Value | $30 |
| Shares Out | 252.4 | LT Debt to Tot Cap | 51% |

**GAAP Estimates**

| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E Year |
|---|---|---|---|---|---|---|
| **2003** | $0.20A | $0.59A | $0.51A | $0.61A | $1.91A | 20.4x |
| **2004** | $0.31A | $0.60A | $0.50A | $0.71A | $2.13A | 18.3x |
| **Previous** | | | | $0.61E | $2.03E | |
| **2005** | $0.38E | $0.75E | $0.68E | $0.90E | $2.70E | 14.4x |
| **Previous** | | | | | $2.65E | |
| **2006** | | | | | $3.25E | 12.0x |
| **Previous** | | | | | $3.15E | |

**EE Post Option Expense**

| | Year | P/E Year |
|---|---|---|
| **2003** | $1.83A | 21.3x |
| **2004** | $2.04A | 19.1x |
| **Previous** | $1.94E | |
| **2005** | $2.62E | 14.9x |
| **Previous** | $2.57E | |
| **2006** | $3.17E | 12.3x |
| **Previous** | $3.07E | |

**Key Points**

- **Noisy but Solid 4Q Results.** Yesterday CSX reported 4Q EPS of $0.71/share which was well above our estimate of $0.61 and the Street Consensus of $0.62. If we adjust for an extra week in its 4Q:04 period and normalize other income at $20 mm, CSX's results are a less impressive $0.63/share, but Surface Transport operating income was up a strong 23% (ex $7 mm from the extra week).
- **Sharp Acceleration in Yields.** In our view, the most important factor in its 4Q results was a sharp acceleration in yields driven by a combination of pricing gains, fuel surcharge and mix (roughly an even split). We expect CSX's strong yield performance to continue for most of 2005 with a modest slowing in 2H:05 as comparisons become more difficult.
- **Turnaround is Likely to be Gradual......**In 2H:04 CSX appeared to make progress with the successful rollout of phase I of its One plan and the sharp ramp up in yield growth. We believe that CSX is on the right path but there remains somewhat limited visibility to the timing and rate of further gains. Our sense is that CSX's gains are likely

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.
Customers of Bear Stearns in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.bearstearns.com/independentresearch or can call (800) 517-2327 to request a copy of this research.
Investors should consider this report as only a single factor in making their investment decision.
PLEASE SEE PAGE 4 OF THIS NOTE FOR IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION.

to continue but we believe the process will be gradual.

- **.....but can CSX Realize Accelerating EPS in 05?** During 2004 CSX's volume growth was below that of the rail group and margin expansion was meaningful but modest. We see potential for a ramp up in CSX's EPS growth rate in 2005 but sense that velocity gains may precede an upturn in volume growth, margin expansion, and EPS growth which appears more likely a 2H:05 event.
- **Modestly Raising EPS Estimates.** We are raising our EPS estimates from $2.65 and $3.15 in 05 and 06 to $2.70 and $3.25/share. We believe that a positive operational trend along with continued strong pricing gains will be necessary for CSX to reach our EPS estimates which imply 27% and 20% y/y EPS growth respectively.

**INVESTMENT CONCLUSION:** At yesterday's closing price of $38.96, CSX is trading at P/E multiples of 14.4x and 12.0x on our upwardly revised 2005 and 2006 EPS estimates. This compares to average P/E multiples for the group of 14.5x and 12.3x on our 05 and 06 estimates. The historical average one year forward P/E range for the rail group is 11x-15x. CSX's strong upside yield growth in 2005 gives us greater optimism that it can realize the type of strong EPS growth we are forecasting for 2005 and 2006. However, these EPS estimates assume that CSX follows a path of significant improvement in network fluidity and resulting margin expansion. If CSX executes well and realizes the type of EPS growth we are currently forecasting, we believe that it is likely to realize a strong P/E multiple with resulting upside for the stock. However, at the present time we have less visibility to CSX's ability to deliver an acceleration in EPS growth compared to the 05 EPS visibility we have for several of the other major rails (BNI, NSC). In addition, CSX is trading at about a one point P/E premium to these rails on our 05 EPS estimates. As a result we remain on the sidelines with a Peer Perform rating. We rate the rail group Market Weight.

**KEY POINTS EXPANDED:**

- **Upside 4Q Report.** Yesterday, CSX reported continuing 4Q EPS of $0.71/share which was above our $0.61 estimate and the Street Consensus estimate of $0.62/share and 39% above year ago earnings of $0.51/share (excluding World Terminals operations). Normalizing for results from an extra week ($0.03/share) and for higher other income versus our forecasts ($0.05/share) translates into continuing 4Q EPS of $0.63/share. GAAP earnings included a $93 million ($0.41/share) after tax, nonrecurring charge from the World Terminals business which CSX moved to discontinued operations in 4Q pending an expected sale in 1Q:05. Including this charge, reported earnings would have been $0.30/share for 4Q versus $0.56/share in the year ago period. Recurring 4Q:04 earnings also include an extra week of operations versus the year ago quarter which added roughly $0.03/share to 4Q EPS. On a normalized basis that excludes the extra week of operations, rail revenues were up a strong 8.4% which was driven by an approximate 7.9% increase in yields and modest 0.5% volume growth. On a 52-week basis, costs were up roughly 6% and the 85.5% OR was roughly in line with our 85.6% forecast and the OR improved by 126 bp year-over-year (258 bp ex. fuel).

- **Strong Pricing / Yield Outlook for 05.** For a second consecutive quarter, CSX reported a sharp acceleration in yield growth in 4Q, as overall yields were up 7.9% versus our 5.7% forecast. CSX's strong 4Q yield growth outpaced 6.5% yield growth in 3Q and was well above growth of 2.5% and 0.1% in 2Q and 1Q. While the pace of yield growth in 4Q is not likely to continue at the same rate as CSX reported in 4Q, our sense is that CSX, like the rest of the rail group, is likely to continue to benefit from a favorable supply-demand balance in the rail and trucking sectors at least for the remainder of 05. We expect rail capacity to remain tight over the next few quarters and anticipate a continued strong yield growth trend for CSX. In the exhibit below, we highlight the overall quarterly yield growth trend (year-over-year) as well as our updated expectations for yield growth through 05. Our sense is that the pace of yield growth will likely remain strong for CSX for the first three quarters of 05 and that this pace will slow in 4Q as the comparison periods get more difficult as is depicted in the chart below.

**Exhibit 1. CSX's Quarterly Yield Growth Trend (Y-o-Y change)**




Source: Bear, Stearns & Co. Inc. estimates.

- **Modestly Raising EPS Estimates.** We are modestly raising our 05 and 06 EPS estimates for CSX to reflect an acceleration in yield growth for the remainder of 05 relative to our prior forecasts. We are taking up our yield growth assumption for 05 from 4.2% to 4.9% and tweaking up our volume growth assumption for the year by roughly 1 percentage point to roughly 4%. For 06 we have also taken up our yield growth assumption from 2.1% to 2.7%. As a result, our 05 and 06 estimates rise from \$2.65 and \$3.15/share to \$2.70 and \$3.25/share. The exhibit below provides the key assumptions within our EPS estimates.

**Exhibit 2. Key Operating and Earnings Assumptions for CSX**

| | 4Q:04 | | 2004 | | 2005E | | 2006E | |
|---|---|---|---|---|---|---|---|---|
| | Estimate | Actual | Estimate | Actual | Prior | Revised | Prior | Revised |
| Revenue Growth | | | | | | | | |
| Phosphates and Fertilizer | 8.0% | 7.2% | 3.8% | 3.6% | 6.4% | 4.6% | 1.5% | 2.0% |
| Metals | 11.2% | 25.5% | 13.9% | 17.5% | 7.2% | 9.0% | 4.0% | 4.0% |
| Paper and Forest | 9.6% | 20.9% | 6.7% | 9.5% | 6.4% | 7.8% | 3.5% | 5.6% |
| Agricultural Products | 4.2% | 6.2% | 2.5% | 3.0% | 7.1% | 7.4% | 2.5% | 4.5% |
| Chemicals | 7.1% | 14.1% | 6.3% | 8.1% | 7.7% | 7.3% | 3.5% | 4.0% |
| Automotive | -7.7% | 0.0% | -4.2% | -2.1% | 0.1% | 1.6% | 2.5% | 3.0% |
| Coal | 9.2% | 18.6% | 8.9% | 11.3% | 10.2% | 10.2% | 4.5% | 5.1% |
| Intermodal | 4.5% | 13.1% | 3.2% | 5.5% | 6.8% | 8.5% | 7.7% | 7.4% |
| **Surface Transport Rev Growth** | **5.9%** | **14.6%** | **5.6%** | **7.8%** | **6.8%** | **7.4%** | **4.1%** | **4.8%** |
| Volume Growth | 0.5% | 5.9% | 2.0% | 3.4% | 3.2% | 3.9% | 5.6% | 4.7% |
| Yield Growth | 5.7% | 7.9% | 3.7% | 4.3% | 4.2% | 4.9% | 1.4% | 2.4% |
| Railroad Operating Ratio | 85.6% | 85.5% | 86.8% | 86.7% | 85.1% | 85.0% | 84.0% | 84.2% |
| Average Fuel Price ($/gallon) | $1.23 | $1.19 | $1.08 | $1.07 | $1.14 | $1.14 | $1.10 | $1.12 |
| OR improvement | 121 | 126 | 124 | 128 | 172 | 171 | 101 | 84 |
| Net Other Income | (90) | (74) | (412) | (396) | (356) | (365) | (317) | (312) |
| **EPS** | **$0.61** | **$0.71** | **$2.03** | **$2.13** | **$2.65** | **$2.70** | **$3.15** | **$3.25** |
| Growth | 0.1% | 15.6% | 6.4% | 11.6% | 30.6% | 26.9% | 18.7% | 20.3% |

Source: Bear, Stearns & Co. Inc. estimates.

***Companies Mentioned***

BURLINGTON NORTHERN SANTA FE ( BNI - USD 44.65 ) - Outperform
CANADIAN NATIONAL ( CNI - USD 55.60 ) - Outperform
CANADIAN PACIFIC RAILWAYS ( CP - USD 33.00 ) - Outperform
NORFOLK SOUTHERN ( NSC - USD 33.31 ) - Outperform
UNION PACIFIC ( UNP - USD 58.94 ) - Underperform

*ADDENDUM*

**IMPORTANT DISCLOSURES**

**ANALYST CERTIFICATION**
The Research Analyst(s) who prepared the research report hereby certify that the views expressed in this research report accurately reflect the analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.
Thomas R. Wadewitz, Edward M. Wolfe

For important disclosure information regarding the companies in this report, please contact your registered representative at 1-888-473-3819, or write to Sandra Pallante, Equity Research Compliance, Bear, Stearns & Co. Inc., 383 Madison Avenue, New York, NY 10179.




The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

Bear, Stearns & Co. Equity Research Rating System:
Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.

Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

Bear, Stearns & Co. Ratings Distribution as of December 31, 2004:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC investment banking clients in the last 12 months.
Outperform (Buy): 38.0 / 17.2
Peer Perform (Neutral): 49.1 / 11.1
Underperform (Sell): 12.7 / 6.3

FOR INDUSTRY COVERAGE DATA, PLEASE CONTACT YOUR ACCOUNT EXECUTIVE OR VISIT www.BEARSTEARNS.com

OTHER DISCLAIMERS

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, "Bear Stearns"), as indicated on the cover page hereof. This report has been adopted and approved for distribution in the United States by Bear, Stearns & Co. Inc. for its and its affiliates' customers. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is authorized and regulated by the United Kingdom Financial Services Authority. Private Customers in the U.K. should contact their Bear, Stearns International Limited representatives about the investments concerned. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request.

Bear Stearns and its employees, officers, and directors deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including in transactions which may be contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein.

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained in the subject report (not including disclosures contained herein) has been obtained from sources we believe to be reliable, the accuracy and completeness of such information and the opinions expressed herein cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information or opinion contained herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Each investor must make their own determination of the appropriateness of an investment in any securities referred to herein based on the tax, or other considerations applicable to such investor and its own investment strategy. By virtue of this publication, neither Bear Stearns nor any of its employees shall be responsible for any investment decision. This report may not be reproduced, distributed, or published without the prior consent of Bear Stearns. ©2005. All rights reserved by Bear Stearns. Bear Stearns and its logo are registered trademarks of The Bear Stearns Companies Inc.

This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states. This document should not be construed as providing investment services. Investing in non-U.S. securities including ADRs involves significant risks such as fluctuation of exchange rates that may have adverse effects on the value or price of income derived from the security. Securities of some foreign companies may be less liquid and prices more volatile than securities of U.S. companies. Securities of non-U.S. issuers may not be registered with or subject to Securities and Exchange Commission reporting requirements; therefore, information regarding such issuers may be limited.

NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX, or Nasdaq National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

***********************************************************************
Bear Stearns is not responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity contained in this communication.
***********************************************************************

TO: Mike Giftos
From: John Couch

Subject: Fuel Surcharge

The attached exhibit shows the actual on highway diesel, the WTI and what the BNSF actually charged. The old CSXT and new CSXT are what would have been charged had the time thresholds been met.

The interesting comparison is the BNSF actual to the proposed CSXT (at .4% increments).

It looks as though the CSXT proposed is less aggressive than the BNSF program and will be less difficult to sell to customers. The following are the reasons that the initial program has the most merit:

1. It is very similar to our program today
2. At $28, $33, $38 etc the customer will see the same fuel surcharge bill
3. Anti-trust concerns are significantly eased as compared to copying another railroad's program
4. The Fuel Surcharge percentage changes occur at smaller intervals
5. Billed monthly
6. Will have impact closer to when fuel costs are changing

The .2% changes would be lower than the rest of the industry.

If in the future we find that we collect more than our actual costs, we could always reduce the program without seeing a lot of complaining from the customer base.

We still have the argument that there is the possibility that 50% of the customers could end up paying all of the costs. This argument is nothing new and is relevant to the rest of the industry.

EXHIBIT
PENGAD 800-631-6989
Couch
12
8-3-10

## *DRAFT PRESS RELEASE*

**JACKSONVILLE, Fla., March 20, 2003** - In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

Through the modified program, CSXT will better [follow fuel costs/recover a portion of increased fuel costs] – a problem plaguing every sector of the transportation industry. The program CSXT implemented in October, 2000 is not as responsive as it should be to fuel market changes and, as a result, significantly lags fluctuations in price.

CSXT's current fuel surcharge formula does not trigger an increase or decrease until oil prices remain above or below certain target prices for 30 consecutive business days. Every five-dollar increase in fuel prices above $28 results in a 2% fuel surcharge for customers. However, twice in the last 90 days an increase in the surcharge did not take effect because of temporary price drops. As a result, despite significantly higher fuel costs, the nature of the program prohibits CSXT from recovering a portion of consistently higher fuel prices.

The company's first quarter, 2003 fuel costs are approximately $50 million above last year's first quarter and the fuel surcharge has recaptured less than 25% of that increase.

Michael J. Ward, chairman and CEO of CSX Corporation and president of CSXT said, "Even with the formula changes announced today, CSXT will still only recapture a portion of our increased fuel costs. Until oil prices stabilize we must, like most American companies, implement better ways to manage fuel price increases and market volatility. Our original program did not recapture fuel costs as originally intended because of long lead times and sensitivity to short-term price fluctuations and we looked across the transportation industry for a better structure. The trucking industry and others in the railroad industry have fuel charge programs that are time-sensitive and much more

EXHIBIT
Couch
11
8-3-10
PENGAD 800-631-6989

responsive to price changes and we are following their lead with changes to our program."

Under CSXT's new program, fuel surcharges will be based on Retail On-Highway Diesel Fuel prices as reported on the U.S. Department of Energy's web page. The new fuel surcharge is outlined in the table below:

| Highway Diesel From | | | To | Surcharge |
|---|---|---|---|---|
| $ | 1.30 | $ | 1.349 | 1.0% |
| $ | 1.35 | $ | 1.399 | 1.5% |
| $ | 1.40 | $ | 1.449 | 2.0% |
| $ | 1.45 | $ | 1.499 | 2.5% |
| $ | 1.50 | $ | 1.549 | 3.0% |
| $ | 1.55 | $ | 1.599 | 3.5% |
| $ | 1.60 | $ | 1.649 | 4.0% |
| $ | 1.65 | $ | 1.699 | 4.5% |
| $ | 1.70 | $ | 1.749 | 5.0% |
| $ | 1.75 | $ | 1.799 | 5.5% |
| $ | 1.80 | $ | 1.849 | 6.0% |
| $ | 1.85 | $ | 1.899 | 6.5% |
| $ | 1.90 | $ | 1.949 | 7.0% |
| $ | 1.95 | $ | 1.999 | 7.5% |
| $ | 2.00 | $ | 2.049 | 8.0% |

359-
3161

For each $.05 per gallon increase there after, the fuel surcharge will increase an an additional .5%. These charges will be assessed monthly based on the average Retail On-Highway Diesel Fuel price for the prior 30 days.

P. Michael Giftos, CSXT's executive vice president and chief commercial officer, said "CSXT needs to more fairly recover a portion of dramatically higher fuel prices and better address the economics of the petroleum market. The program introduced today provides two things our customers have asked for: smaller, more incremental changes in the fuel surcharge and easier administration since it is changed on a predictable, monthly basis. In addition, the new fuel surcharge program is more consistent with our actual costs and will result in a lower surcharge percentage when the price of West Texas Intermediate (WTI) crude oil exceeds $33 per barrel. "

CSXT will issue amended 8100 and 8200 tariffs next week and the new fuel surcharge formula will take effect on May 1st. These tariff changes will not change the existing fuel cost recovery program at CSX Intermodal. Additional details will be available next wee on the company's website at www.csx.com.

CSXT and its 34,000 employees provide rail transportation and distribution services over a 23,000 route-mile network in 23 states, the District of Columbia and two Canadian provinces. CSXT is a business unit of CSX Corporation (NYSE: CSX), and both are headquartered in Jacksonville, Fla.

###

# The new program - comparison

| Basis Date | | Highway Diesel | | Oil Barrel | BNSF Surcharge | Old CSX Surcharge | New CSX Surcharge |
|---|---|---|---|---|---|---|---|
| 1/02 | $ | 1.15 | $ | 19 | 0.0% | 0.0% | |
| 2/02 | $ | 1.15 | $ | 20 | 0.0% | 0.0% | |
| 3/02 | $ | 1.23 | $ | 24 | 1.0% | 0.0% | 0.4% |
| 6/02 | $ | 1.29 | $ | 25 | 0.0% | 0.0% | 0.8% |
| 11/02 | $ | 1.42 | $ | 26 | 2.0% | 0.0% | 1.2% |
| 7/02 | $ | 1.30 | $ | 26 | 1.0% | 0.0% | 1.2% |
| 4/02 | $ | 1.31 | $ | 26 | 1.0% | 0.0% | 1.2% |
| 5/02 | $ | 1.31 | $ | 27 | 0.0% | 0.0% | 1.6% |
| 10/02 | $ | 1.47 | $ | 28 | 2.0% | 2.0% | 2.0% |
| 8/02 | $ | 1.33 | $ | 28 | 2.0% | 2.0% | 2.0% |
| ~~12/02~~ | ~~$~~ | ~~1.43~~ | ~~$~~ | ~~29~~ | ~~2.5%~~ | ~~2.0%~~ | ~~2.4%~~ |
| 9/02 | $ | 1.41 | $ | 29 | 2.5% | 2.0% | 2.4% |
| 1/03 | $ | 1.49 | $ | 32 | 4.5% | 2.0% | 3.6% |
| 3/03 | $ | 1.75 | $ | 35 | 5.5% | 4.0% | 4.8% |

BNSF Actuals
CSXT if timing threshold met



CSX TRANSPORTATION

## CSXT Fuel Surcharge Program

| Oil Barrel | -----Proposed ------ Rebate | Surcharge | Current Surcharge |
|---|---|---|---|
| $1~~3~~ 12 | ~~0.5%~~ | 0.0% | |
| $1~~4~~ 13 - $23 | 0.0% | 0.0% | |
| $24 | | 0.4% | 0.0% |
| $25 | | 0.8% | 0.0% |
| $26 | | 1.2% | 0.0% |
| $27 | | 1.6% | 0.0% |
| $28 | | 2.0% | 2.0% |
| $29 | | 2.4% | 2.0% |
| $30 | | 2.8% | 2.0% |
| $31 | | 3.2% | 2.0% |
| $32 | | 3.6% | 2.0% |
| $33 | | 4.0% | 4.0% |
| $34 | | 4.4% | 4.0% |
| $35 | | 4.8% | 4.0% |
| $36 | | 5.2% | 4.0% |
| $37 | | 5.6% | 4.0% |
| $38 | | 6.0% | 6.0% |
| $39 | | 6.4% | 6.0% |
| $40 | | 6.8% | 6.0% |
| $41 | | 7.2% | 6.0% |
| $42 | | 7.6% | 6.0% |
| $43 | | 8.0% | 8.0% |
| $44 | | 8.4% | 8.0% |
| $45 | | 8.8% | 8.0% |
| $46 | | 9.2% | 8.0% |
| $47 | | 9.6% | 8.0% |
| $48 | | 10.0% | 10.0% |
| $49 | | 10.4% | 10.0% |
| $50 | | 10.8% | 10.0% |

**Timing**

Current: Price must stay at or above trigger for 30 days before surcharge is implemented.

Proposed: Average price for prior month 26th - 25th will be used






K-1

5,797
1,103
6,900

2800
5100
7500

# CSXT's program provides better protection above $40/barrel

| Highway Diesel | Oil Barrel | Imodal Surcharge | BNSF Surcharge | | CSXT Surcharge |
|---|---|---|---|---|---|
| $ 1.10 | $ 14 | 0.0% | | | |
| $ 1.15 | $ 16 | 0.5% | | | |
| $ 1.20 | $ 19 | 1.0% | | | |
| $ 1.25 | $ 21 | 1.5% | | | |
| $ 1.30 | $ 23 | 2.0% | 1.0% | 0 | |
| $ 1.35 | $ 25 | 2.5% | 1.5% | .8 | |
| $ 1.40 | $ 27 | 3.0% | 2.0% | 1.6 | |
| $ 1.42 | $ 28 | 3.2% | 2.0% | 2.0 | 2% |
| $ 1.45 | $ 30 | 3.5% | 2.5% | 2.8 | 2% |
| $ 1.50 | $ 32 | 4.0% | 3.0% | 3.6 | 2% |
| $ 1.52 | $ 33 | 4.2% | 3.0% | 4.0 | 4% |
| $ 1.55 | $ 34 | 4.5% | 3.5% | 4.8 | 4% |
| $ 1.60 | $ 36 | 5.0% | 4.0% | 5.6 | 4% |
| $ 1.65 | $ 38 | 5.5% | 4.5% | 6.4 | 6% |
| $ 1.70 | $ 41 | 6.0% | 5.0% | 7.6 | 6% |
| $ 1.75 | $ 43 | 6.5% | 5.5% | 8.4 | 8% |
| $ 1.80 | $ 45 | 7.0% | 6.0% | | 8% |
| $ 1.85 | $ 47 | 7.5% | 6.5% | | 8% |
| $ 1.87 | $ 48 | 7.7% | 6.5% | | 10% |
| $ 1.90 | $ 49 | 8.0% | 7.0% | | 10% |
| $ 1.95 | $ 52 | 8.5% | 7.5% | | 10% |
| $ 1.97 | $ 53 | 8.7% | 7.5% | | 12% |
| $ 2.00 | $ 54 | 9.0% | 8.0% | | 12% |



CSX TRANSPORTATION

**Bryan, Sandi**

**From:** Strok, Andy
**Sent:** Tuesday, March 11, 2003 10:38 AM
**To:** Giftos, Mike; Trescot, Leslie
**Cc:** Blumenfeld, Alan P ; Bryan, Sandi
**Subject:** ASG: Fuel surcharge & WTI chart

Mike: Last week we contacted each account, emphasizing the need to progress a fuel cost recovery initiative given the catastrophic fuel increases we are incurring.

Attached is an update relative to our discussions with the ASG's Top 6 customers. These customers account for 97% of our revenue.

Conversations with [redacted] have included [redacted] and at [redacted] the topic was raised and then internally elevated as high as [redacted]--see attached for current status.

Given that [redacted] accounts for nearly half of the ASG revenue base, one option we should consider is convening the "Executive Committee" established under our OTD contract. This would necessitate that you, Alan and I meet with [redacted] to discuss the issues at hand with the [redacted] The agenda could include fuel recovery and deferring the completion of [redacted] to preserve CSX '03 capital.

Let me know if you want to pursue this course of action with [redacted] and we will progress accordingly.

Andy

fuel surcharge.xls

WTI Pricing Data.xls



Highly Confidential

# Automotive Service Group

## Outlook/Review

March 17, 2003

**This page is a placeholder where we will insert the**

**Excel Run Rate Graph**

**Please use the format shown in Excel e-mail attachment**

**2003 Actual should only be shown for Automotive & Intermodal**

# Automotive Service Group Revenue & Carload Outlook for Q1

| Revenue (millions) | Pd 1 | Pd 2 | Pd 3 | Q1 |
|---|---|---|---|---|
| Plan | $51.7 | $68.2 | $89.2 | $209.1 |
| 2002 Actual | $46.1 | $65.6 | $88.1 | $199.8 |
| Forecast/Actual | $48.5 | $69.5 | $87.0 | $205.0 |
| Variance to Plan | ($3.2) | $1.3 | ($2.2) | ($4.1) |
| Variance to 2002 Actual | $2.4 | $3.9 | ($1.1) | $5.2 |
| | | | | |
| Plan Weekly Run Rate | $12.9 | $17.1 | $17.8 | $16.1 |
| 2002 Weekly Run Rate | $11.5 | $16.4 | $17.6 | $15.4 |
| Forecast/Actual Run Rat | $12.1 | $17.4 | $17.4 | $15.8 |
| | | | | |
| **Carloads (000)** | | | | |
| Plan | 32.1 | 42.4 | 55.4 | 129.9 |
| 2002 Actual | 29.9 | 42.4 | 56.9 | 129.2 |
| Forecast/Actual | 30.6 | 43.8 | 54.7 | 129.1 |
| Variance to Plan | (1.5) | 1.4 | (0.7) | (0.8) |
| Variance to 2002 Actual | 0.7 | 1.4 | (2.2) | (0.1) |

# ASG Q1 Sensitivities & Drivers

- LOB Performance vs 2002 through PD2, $6.3M favorable
  - Light trucks $6.9M, Remarketed vehicles $2.9M, and Auto Parts flat
  - Passenger cars ($3.5M)

- Q1 BHAG initiatives
  - 1/6/03 [redacted] spot move Canada to Ridgefield Heights
  - 1/20/03 New Boston Phase I: Northeast & Mid-Atlantic destinations
  - 2/3/03 New Boston Phase II: Southern destinations
  - 2/3/03 [redacted] haul extensions
  - 2/3/03 [redacted] via Port of Baltimore to Northeast and Florida markets
  - 2/11/03 [redacted] spot move Annapolis Jct. to West Coast
  - 3/3/03 [redacted] to Canada

- Diversions: congestion and weather ($886K) in Periods 2 & 3 (details in appendix)

# Automotive Service Group Revenue & Carload Outlook for Q2

| Revenue (millions) | Pd 4 | Pd 5 | Pd 6 | Q2 |
|---|---|---|---|---|
| Plan | $72.1 | $76.4 | $91.6 | $240.1 |
| 2002 Actual | $71.0 | $74.0 | $86.1 | $231.1 |
| Forecast/Actual | $62.5 | $69.4 | $91.6 | $223.5 |
| Variance to Plan | ($9.6) | ($7.0) | $0.0 | ($16.6) |
| Variance to 2002 Actual | ($8.5) | ($4.6) | $5.5 | ($7.6) |
| | | | | |
| Plan Weekly Run Rate | $18.0 | $19.1 | $18.3 | $18.5 |
| 2002 Weekly Run Rate | $17.8 | $18.5 | $17.2 | $17.8 |
| Forecast/Actual Run Rat | $15.6 | $17.4 | $18.3 | $17.2 |
| | | | | |
| **Carloads (000)** | | | | |
| Plan | 44.8 | 47.5 | 56.8 | 149.1 |
| 2002 Actual | 45.6 | 47.1 | 54.7 | 147.4 |
| Forecast/Actual | 39.2 | 43.5 | 56.8 | 139.5 |
| Variance to Plan | (5.6) | (4.0) | 0.0 | (9.6) |
| Variance to 2002 Actual | (6.4) | (3.6) | 2.1 | (7.9) |

# ASG Q2 Sensitivities & Drivers

- DRI Annual Production forecast still at 16.1M vehicles however:
- 2Q2003 Production declines (507K units) YOY which equates to ($25M)
- BHAG initiatives - 'partially offset' production decline: $8.4M
  - 4/1/03 incremental [redacted] parts traffic
  - 4/1/03 [redacted] Jacksonville to Orlando haul extension
  - 4/1/03 [redacted] from CA to FL
  - 4/1/03 [redacted] remarketed spot move NJ to TX
  - TBD [redacted] Indianapolis to Flint-auto parts
- Lower production will equate to lower TDSI costs:
  - Q2 outlook: $700K favorable to plan
- Inventories at high levels:
  - February 28 field inventory: 83 days Big 3, 76 days all manufacturers
  - 0% financing incentives are becoming less effective
  - consumer confidence & war concerns

# War With Iraq Sensitivities

- Auto production declined (9%) and sales declined (11%) during Desert Storm
- Fuel prices spiked prior to Desert Storm then returned to normal. Fuel has been high >$25 per barrel for most of the last two years
- Interest rates are lower than 1991
- However, automobile manufacturers have already been offering 0% financing and incentive cash
- Iraq war scenario: **($1.6M)-($2.0M) weekly revenue impact**

# Appendix

## Fuel Surcharge

## &

## Diversion/Lost Business Detail

# Summary of ASG Fuel Surcharges by Account

These 6 accounts represent 97% of ASG 2002 revenue

| Account | Commodity | 2002 Revenue | Escalation | Fuel Surcharge | 2003 Impact |
|---|---|---|---|---|---|
| [redacted] | Vehicles | $299.9 | 70% RCAF-U starting 7/05 | [redacted] language, $15/$37 triggers, 3 month average | $0.0 |
| [redacted] | Auto Parts | $75.4 | 70% RCAF-U starting 7/05 | [redacted] language, $15/$37 triggers, 3 month average | $0.0 |
| [redacted] | Total | $375.3 | | | $0.0 |
| [redacted] | Vehicles | $167.6 | None, RCAF-U escalation part of contact negotiation, to be completed Q2 | None, CSXT 8100 surcharge part of contact negotiation, to be completed Q2 | $0.0 |
| [redacted] | Auto Parts | $27.0 | Discretionary 2% | CSXT 8100 | $0.4 |
| [redacted] | Total | $194.6 | | | $0.4 |
| [redacted] | Vehicles | $93.3 | RCAF-U capped at 2% starting 4/03 | [redacted] language, 2% | $1.0 |
| [redacted] | Vehicles | $80.5 | Fixed (2%) de-escalation expires 5/04 | None, contract does not allow any Accessorial charges | $0.0 |
| [redacted] | Auto Parts | $5.0 | Discretionary | CSXT 8100 unacceptable, DCX has language that requires acceptance of consequential damages for service failures | $0.0 |
| [redacted] | Total | $85.5 | | | $0.0 |
| [redacted] | Vehicles | $39.9 | RCAF-U capped at 2% starting 4/04 | [redacted] language $15/$20 triggers, [redacted] requesting $25/$30 triggers for contract extension, under negotiation | $0.3 |
| [redacted] | Vehicles | $27.7 | 50% RCAF-U/50% RCAF-A | [redacted] language under negotiation, could generate 2.7% | $0.4 |
| 6 Account total | | $816.3 | | | $2.1 |

# Appendix - Diversion Detail

| Start Date | End Date | Shipper | Origin | Destination | Weekly Moves | Weekly Revenue | Total Moves | Total Revenue | Diverted to mode |
|---|---|---|---|---|---|---|---|---|---|
| 2/17/03 | 03/10/03 | [redacted] | Marysville | Ridgefield | 82 | $155,472 | 246 | $466,416 | Truck |
| 2/21/03 | | [redacted] | Bramlea | Ridgefield | 30 | $39,210 | 0 | $0 | Truck |
| 2/25/03 | 03/09/03 | [redacted] | Kansas City | Fairfield | 2 | $2,776 | 4 | $5,552 | NS |
| 2/25/03 | 03/09/03 | [redacted] | St. Louis | Fairfield | 3 | $4,164 | 6 | $8,328 | NS |
| 2/25/03 | 03/09/03 | [redacted] | St. Louis | Jessup | 3 | $3,558 | 7 | $8,302 | Truck |
| 2/25/03 | 03/09/03 | [redacted] | St. Louis | Twin Oaks | 2 | $2,518 | 5 | $6,295 | Truck |
| 2/25/03 | 03/09/03 | [redacted] | St. Thomas | Jessup | 7 | $8,603 | 14 | $17,206 | Truck |
| 2/25/03 | 03/09/03 | [redacted] | St. Thomas | Twin Oaks | 5 | $6,385 | 11 | $14,047 | Truck |
| 2/25/03 | 03/09/03 | [redacted] | Oakville | Jessup | 10 | $11,860 | 21 | $24,906 | Truck |
| 2/25/03 | 03/10/03 | [redacted] | Marysville | Masonville | 47 | $82,203 | 94 | $164,406 | NS |
| 2/28/03 | 03/07/03 | [redacted] | Birmingham | Masonville | 27 | $53,838 | 27 | $53,838 | Truck |
| 2/28/03 | 03/07/03 | [redacted] | Birmingham | Ridgefield | 25 | $66,075 | 25 | $66,075 | Truck |
| 2/28/03 | 03/07/03 | [redacted] | Birmingham | Walbridge | 31 | $50,995 | 31 | $50,995 | Truck |
| | | | | | 274 | $487,657 | 491 | $886,366 | |

As if 3/11/03 [redacted] has 291 multilevels held out of Ridgefield, diversion remains in place



Highly Confidential

# Ridgefield Heights Ramp Congestion

- 1/1/03 [redacted] shifted from Doremus to Ridgefield, exceeding ramp capacity
- CSXT Corrective actions
  - Negotiated with [redacted] for casual labor to increase productivity
  - Hired additional [redacted] labor (non-guarantee) increasing productivity
  - Coordinated with manufacturers to increase haulaway carrier lifts from our VDCs (Vehicle Distribution Centers)
  - Requested manufacturers hold Ridgefield shipments at origin
  - Requested manufacturers temporarily shift some volumes via Doremus and FAPs
- Manufacturer actions
  - [redacted] diverted traffic: impact $1.0M

# Weather, Economy, and Derailments

- 2/17/03 record snow fall in Northeast
  - TDSI facilities ready for business the next day
  - Automobile dealerships did not start receiving shipments for 4 days
    - Snow removal issues
    - High inventories
      - Sales pulled ahead in December
      - Low consumer confidence
      - Stagnant economy: Iraq war?
- Subsequent snow/ice storms cripple Walbridge, 2/23/03
- Cleveland derailments, 3/3/03 & 3/8/03
- Ice storm in New Jersey, 3/4/03
- Anticipate being fluid March 31


2003 Weekly Run Rate - ASG
Weekly Revenue (MIL$)
$25.0
$20.0
$15.0
$10.0
$5.0
$-
$4.2
$13.0
$16.4
$14.9
$16.7
$18.8
$18.2
$15.8
$17.3
$16.7
Easter
Memorial Day
Summer Shutdown
Labor Day
Thanksgiving
Christmas
2003 Plan
2003 Actual
2003 Outlook
2002 Actual
2


WTI Daily Price - 1/2/03 through 3/3/03
Price per Barrel
$39.00
$38.00
$37.00
$36.00
$35.00
$34.00
$33.00
$32.00
$31.00
$30.00
$29.00
1/2/03
1/4/03
1/6/03
1/8/03
1/10/03
1/12/03
1/14/03
1/16/03
1/18/03
1/20/03
1/22/03
1/24/03
1/26/03
1/28/03
1/30/03
2/1/03
2/3/03
2/5/03
2/7/03
2/9/03
2/11/03
2/13/03
2/15/03
2/17/03
2/19/03
2/21/03
2/23/03
2/25/03
2/27/03
3/1/03
3/3/03

# Finance Charge Implementation - Highlights

- Objective – collect payments within defined credit terms
- Finance charge will commence September 1st, with first bills being issued October 1st
- Initial implementation for linehaul charges only
- Finance charge will be applied at an annual rate of 12%, or 0.329% per day for each day a bill is paid beyond credit terms
- Bills will not be sent for charges less than $50
- Initial customer communication distributed May 24th
- Customer response to date has been modest; process in place to ensure timely & consistent response

# Redacted in Full

# DA02663 - DA02668

CSXT Fuel Surcharge Changes to 0% December 11th Due to Lower Cost

December 10, 2002

Dear CSX Customer:

In September 2000, CSX Transportation announced it would join others in the transportation industry in implementing a fuel cost recovery charge. With recent higher fuel cost, the CSXT fuel surcharge remained at 2% between October 17, 2002, and December 10, 2002.

The December 9th closing price of West Texas Intermediate (WTI) crude oil as published in the December 10th Wall Street Journal is the 30th consecutive day the price of WTI oil has been below $28 per barrel. As a result, the surcharge will change from 2% to 0% effective on shipments having bill of lading dates on and after December 11, 2002.

CSXT is hopeful that WTI fuel costs remain stabilized at a price lower than $28. The fuel surcharge will remain at 0% until WTI oil prices rise above the threshold levels for 30 consecutive days.

The CSXT fuel surcharge was published effective October 25, 2000, in Tariffs CSXT 8100 http://www.csx.com/share/csx/assessorial/forms/docs/xii_misc_prov-REF10290.pdf and CSXT 8200 (Coal). The formula for calculating the recovery charge was based on the price of WTI Oil, an industry standard for tracking oil prices. For every $5 the price of WTI is $28, or above, per barrel, for 30 consecutive days as published in the Wall Street Journal, a 2% recovery charge is added.

| Oil Price | Recovery Charge |
|---|---|
| $23 - $27/Barrel | No recovery charge |
| $28 - $32/Barrel | 2% |
| $33 - $37/Barrel | 4% |
| $38 - $42/Barrel | 6% |

While the fuel recovery charge remains in effect, CSX will continue to provide daily updates on the price of WTI and status of the charge on the CSX Internet site, http://www.csx.com. Simply select "Find a Price" in the upper right corner of the "Quick Links" dropdown. The price look-up screen has a fuel surcharge icon to select. Questions may be directed to your CSXT Account Manager.

Clyde McIntyre
Director, Pricing Services
CSX Transportation
Jacksonville, FL

**From:** McIntyre, Clyde Jr.
**Sent:** Wednesday, April 25, 2007 7:28 PM
**To:** Jenkins, Ed; Eliasson, Fredrik
**Cc:** Couch, John; Carbone, Frank III; Stratton, Katie
**Subject:** Fuel Surcharge Exceptions (to the WTI Program) as of April 2007 (32 CSXT Price Authorities Identified)

**Attachments:** Microsoft Excel Worksheet; Microsoft Excel Worksheet

Ed and Fredrik,

Following is the final fuel surcharge exception report to the WTI fuel surcharge program (0.4% slope at $23.01). Thirty two CSXT price authority exceptions were identified.

Now that both the WTI and the HDF/mileage based fuel surcharge programs are in play, Marketing Services will need to work with Technology to produce a "to be determined" exception report that reflects CSXT price authority/fuel surcharge (and perhaps the RCAFU and the AII (all inclusive, minus fuel)) data and measurements toward achievement of the new fsc policy goal.

Let's discuss at our Thursday Fuel Surcharge meeting the specific details of the new fsc policy and the expectations of the Business Groups regarding the HDF/mileage based program going forward. I believe the goal is to eventually have all CSXT price authorities made subject to the HDF/mileage fsc on fixed pricing and made subject to the AII and HDF/mileage fsc on multi-year pricing. As a straw man proposal, let's discuss what we will be measuring as exceptions and Technology providing a specific PRISM fsc retrieval by business unit of all CSXT price authorities with customer (contracts and private), expiration and the fsc/rcaf/aii/none/exception fsc attributes, then providing a pivot table scorecard showing:

| Fuel Surcharge | AG | FC | MT | PA | CH | PF | EM | AU | CO | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| HDF/Mileage Standard | # | # | # | # | # | # | # | # | # | # |
| HDF/Mileage Exception 1 | # | # | # | # | # | # | # | # | # | # |
| HDF/Mileage Exception 2 | # | # | # | # | # | # | # | # | # | # |
| WTI Based Standard | # | # | # | # | # | # | # | # | # | # |
| WTI Exception 1 | # | # | # | # | # | # | # | # | # | # |
| WTI Exception 2 | # | # | # | # | # | # | # | # | # | # |
| RCAF, but No FSC | # | # | # | # | # | # | # | # | # | # |
| AII & WTI FSC | # | # | # | # | # | # | # | # | # | # |
| AII and HDF Mileage FSC | # | # | # | # | # | # | # | # | # | # |
| No FSC/No RCAF | # | # | # | # | # | # | # | # | # | # |
| Total | # | # | # | # | # | # | # | # | # | # |

**<u>April 2007 WTI Fuel Surcharge Exceptions</u>**:

| | | | | Exp. Date | Cap/Comment | FSC % EFF 04/01/( |
|---|---|---|---|---|---|---|
| CURRENT FSC PROGRAM AT 100% OR .4% SLOPE AT $23.01 | | | | N/A | 100% of Current FSC Program | 14.80% |
| CURRENT FSC PROGRAM AT 50% OR .2% SLOPE AT $23.01 | | | | | | |
| B.U. | Authority | Price Type | Owner | | | |
| AG | CSXT [redacted] | Contract | [redacted] | 05/31/09 | 50% or .2% of Current FSC Program | 7.40% |
| AG | CSXT [redacted] | Contract | [redacted] | 09/30/07 | 50% or .2% of Current FSC Program | 7.40% |
| AG | CSXT [redacted] | Contract | [redacted] | TBD | 50% or .2% of Current FSC Program | N/A |
| AG | CSXT [redacted] | Contract | [redacted] | TBD | 50% or .2% of Current FSC Program | N/A |
| CH | CSXT [redacted] | Contract | [redacted] | 03/31/09 | 50% or .2% of Current FSC Program | 7.40% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| FC | CSXT [redacted] | Contract | [redacted] | 06/30/08 | 50% or .2% of Current FSC Program | 7.40% |
| FC | CSXT [redacted] | Contract | [redacted] | 10/31/07 | 50% or .2% of Current FSC Program | 7.40% |
| PA | CSXT [redacted] | Private | [redacted] | N/A | 50% or .2% of Current FSC Program | 7.40% |
| PF | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| PF | CSXT [redacted] | Contract | [redacted] | 12/31/08 | 50% or .2% of Current FSC Program | 7.40% |
| CURRENT FSC PROGRAM AT .26% SLOPE AT $23.01 | | | | | | |
| CO | CSXT [redacted] | Contract | [redacted] | 02/14/12 | CSX FUEL SURC 23.01@.26 SLOPE | 9.62% |
| CURRENT FSC PROGRAM AT .3% SLOPE AT $23.01 | | | | | | |
| CH | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 23.01@.3 SLOPE | 11.10% |
| CH | CSXT [redacted] | Contract | [redacted] | 01/31/08 | CSX FUEL SURC 23.01@.3 SLOPE | 11.10% |
| CH | CSXT [redacted] | Contract | [redacted] | 07/31/07 | CSX FUEL SURC 23.01@.3 SLOPE | 11.10% |
| CH | CXTF [redacted] | Contract | [redacted] | 08/31/08 | CSX FUEL SURC 23.01@.3 SLOPE | 11.10% |
| OLD/ORIGINAL FSC PROGRAM BASED ON 30-CONSECUTIVE DAYS = 2% at $28.01 and an additional 2% for each $5 increase in WTI Price | | | | | | |
| AU | CSXT [redacted] | Contract | [redacted] | 12/31/07 | Old FSC Program - 30 consecutive days | 14.00% |
| FC | CSXT [redacted] | Contract | [redacted] | 07/31/09 | Old FSC Program - 30 consecutive days | 14.00% |
| CUSTOM: CURRENT FSC PROGRAM (at .4% Slope) MINUS 3.6% | | | | | | |
| AU | CSXT [redacted] | Contract | [redacted] | 03/31/10 | Current FSC Program Minus 3.6% | 11.20% |
| CUSTOM: CURRENT FSC PROGRAM (at .4% Slope) 8% MAX | | | | | | |
| AU | CSXT [redacted] | Contract | [redacted] | 05/31/07 | Current FSC Program with a 8% Max Ca | 8.00% |
| CUSTOM: SIMILAR TO CURRENT PROGRAM (.4% Slope) BUT AT $64.01 | | | | | | |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.4 SLOPE | 0.00% |
| CUSTOM: SIMILAR TO CURRENT PROGRAM (.3% Slope) BUT AT $64.01 | | | | | | |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.3 SLOPE | 0.00% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/11 | CSX FUEL SURC 64.00@.3 SLOPE | 0.00% |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.3 SLOPE | 0.00% |
| CUSTOM: SIMILAR TO CURRENT PROGRAM (.2% Slope) BUT AT $64.01 | | | | | | |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.2 SLOPE | 0.00% |
| PF | CSXT [redacted] | Contract | [redacted] | 12/31/11 | CSX FUEL SURC 64.00@.2 SLOPE | 0.00% |
| CUSTOM: FSC = [redacted] and an additional 1% for each $5 increase in monthly avg. of WTI crude oil (Source: U.S. DOE Energy Informatio | | | | | | |
| AU | CSXT [redacted] | | | 04/13/08 | 1% for each $5 above $30 WTI Avg. | TBD |
| *[redacted] pays CSXT a Fuel Rate Adjustment on a monthly basis for the above noted price publications (CSXT | | | | | | |
| Example of application: Shipments tendered in Jan 2007 would have a fuel rate adjustment of whatever the monthly average was in January | | | | | | |

**From:** McIntyre, Clyde Jr.
**Sent:** Wednesday, December 21, 2005 4:15 PM
**To:** S&M Broadcast
**Cc:** Gooden, Clarence; Jenkins, Chris; Hancock, Kyle Jr.; Smith, Derrick; Piacente, Dean; Eliasson, Fredrik; Jenkins, Ed; Mast, Shelley; Smith, Steve P; Poole, Ceceille; Lancaster, Al; Smith, Peggy; Hoffmann, Mark; Hitchcock, Paul
**Subject:** RCAF(U) for 1st Qtr 2006 Decided: -0.7% Quarterly and + 6.3% Annual

**Attachments:** 2006Q1 All, less fuel

**Rail Cost Adjustment Factors (RCAF) For 1st Quarter 2006 Decided:**

- **RCAF(U) down - 0.7% quarterly and up + 6.3% annually**
- **RCAF(A) down - 1.4% quarterly and up + 3.3% annually**
- **RCAF(All Inclusive less fuel) up + 2.3% quarterly and up + 3.2% annually**

Under service date December 20, 2005, the Surface Transportation Bureau (STB) issued a decision approving the first quarter 2006 Rail Cost Adjustment Index (Unadjusted) of 1.177 and RCAF (Adjusted) of 0.564. The STB decision can be reviewed and printed at the following AAR website address: http://www.aar.org/GetFile.asp?File_ID=764.

The adjustment percentages shown above in bold will be applied effective January 1, 2006 to pricing that is subject to the RCAF:

- *The formula for calculating the quarterly adjustments is: 1st Qtr 2006 index minus 4th Qtr 2005 index, divided by 4th Qtr 2005 index.*
- *The formula for calculating the annual adjustments is: 1st Qtr 2006 index minus 1st Qtr 2005 index, divided by 1st Qtr 2005 index.*

The RCAF indices:
RCAF (Unadjusted)
1.177 - 1st qtr 2006 (Line 12 of Table A of the STB Decision)
1.185 - 4th qtr 2005
1.107 - 1st qtr 2005

RCAF (Adjusted)
0.564 - 1st qtr 2006 (Line 13 of Table A of the STB Decision)
0.572 - 4th qtr 2005
0.546 - 1st qtr 2005

RCAF (All Inclusive Index less fuel)
111.2 - 1st qtr 2006
108.7 - 4th qtr 2005
107.8 - 1st qtr 2005

**Important Policy Change: The All index (all inclusive index, less fuel) is a RCAF with the fuel cost factor removed. For future CSXT price negotiations requiring a RCAF adjustment, the S&M leadership team has set a new policy to use the All Inclusive Index, minus fuel, along with the CSXT 8100/8200 fuel surcharge provision. Attached is the latest 35 page AAR technical document on the All less fuel index, page 31 provides the Q1 2006 index.**

rcr200512[1].pdf
(182 KB)

If you have any questions, please let me know.

Clyde McIntyre
Director Commercial Administration
RNX 426-5550

ASSOCIATION OF AMERICAN RAILROADS

December 2005

# AAR RAILROAD COST INDEXES

## Fuel Pulls All-Inclusive Index Down 0.6 Percent For First Quarter 2006




Including Series RCR,
The All-Inclusive Index,
and The Rail Cost Adjustment Factor

Copyright © 2005 by the Association of American Railroads. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by an information storage or retrieval system, without permission in writing from the Association of American Railroads.

# SCOPE OF AAR INDEXES

## Structure of Indexes

AAR price indexes measure changes in railroad inflation, i.e., changes in the price level of inputs to railroad operations. Accordingly, labor is measured on an hourly basis; fuel in terms of price per gallon; materials and supplies by prices for a market basket of items; and other components of operating expense, where practicable, on the basis of units of use. The indexes are intended to be limited to inflation-caused changes and do not generally reflect changes in total expenses, the actual disbursement of monies, and/or extraordinary charges not caused by price level changes.

## Railroad Cost Recovery (RCR) Indexes

The RCR index series is based on two different types of prices: (1) chargeout prices and wage rates, which represent the prices of expensed items at the time they are actually consumed and charged to the expense accounts, and (2) spot prices for materials and supplies and fuel, which represent the price of the supplies at the time they are purchased. The chargeout price index series includes ten component indexes, each representing an element of railroad freight service expense, and 13 composite indexes, comprised of various combinations of the component indexes. Each index is published on both a quarterly and annual basis for the U.S. and two districts (East and West). The spot price index series is comprised of ten indexes – a diesel fuel index, three composition-based and four function-based materials and supplies indexes, and two total materials and supplies indexes, one with and one without fuel. The spot price indexes are published on a quarterly basis for the U.S. and two districts (East and West). (The Eastern District includes the former Southern District, which was published separately prior to the third quarter 1986.)

The RCR index data are compiled into three tables, which are included in this publication:

Table A – Annual Indexes of Chargeout Prices and Wage Rates
Table B – Spot Price Indexes of Fuel and Materials & Supplies
Table C – Quarterly Indexes of Chargeout Prices and Wage Rates

It is the policy of the AAR to revise the RCR indexes where material errors are discovered. The revisions will be made in the edition of this publication immediately following the recognition of the error.

## RCAF and the All-Inclusive Index

The All-Inclusive Index (AII), the first step in creating the RCAF, is comprised of seven component indexes and one composite index (which is expressed on several different base periods). The indexes are published on a quarterly basis for the U.S. only; annual average indexes are not computed for the AII. Each quarter, the AAR is required to file the AII with the Surface Transportation Board (STB), formerly the Interstate Commerce Commission. Filings are available on the AAR's Web site at: www.aar.org/AboutTheIndustry/RailCostIndexes.asp. Each quarter's filing contains detailed explanations of the forecast for that quarter, as well as the actual data from the second quarter prior. Certain index data from the filing are included in this publication in the following tables:

Table D – Current Quarter All-Inclusive Index
Table E – Forecast vs. Actual All-Inclusive Index (2 Quarters Prior)
Table F – All-Inclusive Index on Various Bases

## All-Inclusive Index Less Fuel

In this publication, the AAR also calculates a version of the All-Inclusive Index that does not include fuel. This All-Inclusive Index Less Fuel (AII-LF) is calculated exactly the same, with matching component indexes, as the All-Inclusive Index used with the RCAF – with the exception of the exclusion of the fuel component. Index data for the AII-LF are included in this publication in the following tables:

Table AA – Current Quarter All-Inclusive Index Less Fuel
Table AB – Forecast vs. Actual All-Inclusive Index Less Fuel (2 Quarters Prior)
Table AC – All-Inclusive Index Less Fuel on Various Bases
Table AD – All-Inclusive Index Less Fuel With Forecast Error Adjustment

## Rail Cost Adjustment Factor (RCAF)

Generally, the STB serves a decision issuing the RCAF prior to the publication deadline of the *AAR Railroad Cost Indexes*. Whenever possible, a synopsis of the decision and the new RCAF are included in this publication. The following tables have been provided to detail the calculation of the RCAF:

Table G – Rail Cost Adjustment Factor (4Q/1987=100)
Table H – Rail Cost Adjustment Factor (10/1/1982=100)
Table I – Rail Cost Adjustment Factor (4Q/1992=100)
Table J – Rail Cost Adjustment Factor (4Q/1997=100)
Table K – Rail Cost Adjustment Factor (4Q/2002=100)

The Surface Transportation Board in its October 3, 1996 Ex Parte No. 290 (Sub-No. 7) decision created an additional productivity-adjusted RCAF (RCAF-5) which reflects RCAF values that would have been produced if the agency had always used a 5-year rolling average from the second quarter 1989 inception of the productivity-adjusted RCAF. The results of these calculations are shown in Tables G, I, J and K. Although the AAR believes this new index series is neither required nor permitted by the applicable statute, and has filed a protest before the STB asserting same, the RCAF-5 series is provided herein as information.

# COST COMPONENTS

## Labor

The labor indexes reflect changes in the average unit price of wages and wage supplements (fringe benefits). The RCR labor indexes are published annually using annual wage statistics and fringe benefit data from annual reports. The RCR and RCAF have quarterly labor indexes that use annual data updated in accordance with labor union contracts and benefit cost changes. Preliminary annual indexes, which are simple averages of the four quarters, are published before the actual data become available.

The unit price of wages consists of two components: (1) an hourly rate for straight time (ST) compensation, which is ST compensation divided by ST hours paid for, and (2) an hourly rate for pay for time not worked (PFTNW), such as vacation and holidays, which is PFTNW compensation divided by ST hours paid for. The Wages index is the sum of the two rates for the current period divided by the sum of the two rates in the base period.

The Wage Supplements component is comprised of contributions for health and welfare benefits, payroll taxes for Railroad Retirement and Medicare, unemployment insurance, and other wage supplements. The index includes the employer portion of these payments on a per ST-hour-paid basis.



Highly Confidential DA02676 CSXFSC000126741

## Fuel

The fuel index represents the change in the average price per gallon of No. 2 diesel fuel. Beginning in February 1991, the price includes Federal excise taxes, transportation, and handling charges. There are three series of indexes calculated for railroad fuel – spot, quarterly chargeout, and annual chargeout. The first is based on current prices, measured in the second month of the quarter. The second reflects the original purchase price of fuel charged to railroad operating expenses during the middle month of the quarter. The purchase price is measured in the first month of the quarter, thereby reflecting an average one-month inventory lag before the fuel is charged to expense. Annual versions of the indexes, part of the RCR, are simple averages of the four quarterly chargeout indexes.

## Materials and Supplies

Changes in materials and supplies prices are measured by three indexes. The first measures spot prices as of the reporting date for each quarter. The quarterly Indexes of Spot Prices of Railroad Fuel, Materials and Supplies include a breakdown of materials and supplies into three composition categories (Forest Products, Metal Products, and Miscellaneous Products), and four functional categories (Maintenance of Way Items, Freight Car Items, Locomotive Items, and All Other Items). The second series is comprised of quarterly chargeout price indexes, reflecting the original purchase price of materials charged to railroad operating expense accounts during the quarter; a three-month lag is assumed for the average time in inventory before an item is charged to an expense account. Thus, the previous quarter's spot price is the current quarter's chargeout price. The third series presents annual chargeout price indexes, representing the average price of materials and supplies charged to expense accounts during the calendar year. The annual Materials and Supplies indexes are calculated using a simple average of the four quarterly chargeout indexes.

## Other Operating Expenses

There are six separate indexes published in the RCR and four individual indexes calculated for the AII as components of other operating expenses. The six RCR indexes are: Equipment Rents, Purchased Services, Depreciation, Interest, Taxes (other than income and payroll), and All Other operating expenses. The four AII indexes are Equipment Rents, Depreciation, Interest, and All Other operating expenses. Purchased services and taxes are included in all other operating expenses in the AII.

Equipment Rents has two components – Car Hire and Lease Rentals. The Car Hire index is a weighted average of car hire rates for various car types obtained from the CHARM (Car Hire Accounting Rate Master) file. The Lease Rentals component is indexed by the change in a Producer Price Index (PPI) – in the RCR by the PPI-Rail Equipment (PPI-RE) and in the AII by the PPI-Industrial Commodities less Fuel and Related Products and Power (PPI-LF).

Purchased Services in the RCR are indexed by the change in one of the composite indexes – Material Prices, Wage Rates and Supplements Combined, excluding Fuel.

The indexes for depreciation, interest, and taxes in the RCR reflect expenses per physical unit, such as locomotive depreciation per horsepower. The data on expenses and physical capacity are collected quarterly from the Class I railroads. In the AII, the Depreciation index is based on the change in the PPI-RE, while interest is determined annually from railroad data on the embedded cost of debt.

All other operating expenses are indexed by changes in a Producer Price Index – in the RCR by the PPI-All Commodities, and in the AII by the PPI-LF.

## INDEX WEIGHTS

The weights used to calculate the indexes are based on freight operating expenses plus fixed charges for all Class I railroads. RCR weights are changed at five year intervals (unless there is a major shift in weights prior to that time which would necessitate an earlier change), while the STB requires that the All-Inclusive Index (AII) weights be updated annually. Because the AII Less Fuel mimics the AII (without the fuel component), the AII-LF also changes weights annually. Beginning in the fourth quarter 2005, the AII and AII-LF used 2004 weights. The 2003 weights were employed in the RCR for the first time in the first quarter 2005. The RCR utilized 1998 weights from 2000 through 2004. Whenever weights are updated, a linking procedure is used so that the weight changes, by themselves, do not cause the index levels to change. The tables below detail the external weighting scheme for the three indexes:

**TABLE 1 - RCR**
**External Weighting Factors (2003)**

| | U.S. | East | West |
|---|---|---|---|
| Wages | 26.5 % | 27.2 % | 26.0 % |
| Wage Supplements | 11.0 | 11.8 | 10.4 |
| Fuel | 10.6 | 7.7 | 12.7 |
| Materials & Supplies | 4.4 | 4.4 | 4.4 |
| Equipment Rents | 9.4 | 7.7 | 10.6 |
| Purchased Service | 14.7 | 19.0 | 11.6 |
| Depreciation | 10.7 | 9.3 | 11.8 |
| Interest | 3.2 | 2.5 | 3.6 |
| Taxes | 1.9 | 1.6 | 2.1 |
| All Other Expenses | 7.6 | 8.8 | 6.8 |

**TABLE 2 - (RCAF/AII)**
**All-Inclusive Index**
**Weighting Factors (2004)**

| | |
|---|---|
| Labor | 36.0 % |
| Fuel | 12.1 |
| Materials & Supplies | 4.4 |
| Equipment Rents | 8.9 |
| Depreciation | 10.6 |
| Interest | 3.0 |
| All Other Expenses | 25.0 |

**TABLE 3 - (AII-LF)**
**All-Inclusive Index Less Fuel**
**Weighting Factors (2004)**

| | |
|---|---|
| Labor | 41.0 % |
| Materials & Supplies | 5.0 |
| Equipment Rents | 10.1 |
| Depreciation | 12.1 |
| Interest | 3.4 |
| All Other Expenses | 28.4 |



Highly Confidential DA02678 CSXFSC000126743

## ANALYSIS OF SERIES RCR TRENDS

**Third Quarter 2005 RCR (U.S.) -** The Railroad Cost Recovery Index (RCR) increased 1.7 percent in the third quarter, with increases in all but two of its components. Fuel prices increased "only" 4.0 percent, although July prices were at a record high at that time. Wage rates increased 1.5 percent because of new contracts and a July cost-of-living wage increase for most unions. Wage supplements were 3.5 percent higher because of rebenchmarking and the higher wage rates. The 1.9 percent increase in Materials & Supplies was caused mostly by higher prices for ballast and locomotive lube oil. The PPI-based All Other component increased 2.6 percent. Interest and Taxes were the only categories with decreases.

**Fuel Prices -** Locomotive diesel fuel prices reached an all-time high in October 2005. Although prices have been trending upward throughout 2004 and 2005, much of the cause of October's price increase was related to the significant damage to the U.S. oil production and refining infrastructure caused by Hurricanes Katrina (August 29) and Rita (September 24). Railroads believe the gradual restoration of oil production and refining capacity will cause January fuel prices to be lower than October's post-hurricane average, but higher than the pre-hurricane prices. The drop in the fuel portion of the All-Inclusive Index for the first quarter of 2006 reflects the railroad anticipation of lower prices in January, and November's drop from October's average price (see graph) supports the expected lower prices. Average fuel prices actually paid by the railroads for the first month of each quarter are reflected in the Railroad Cost Recovery Index series (including the QMPW), and prices for the second month of each quarter are reflected in the spot prices found in Table B herein. Data for the Index of Monthly Railroad Fuel Prices can be found on the Association of American Railroads web site at www.aar.org/AboutTheIndustry/RailCostIndexes.asp.







**Fourth Quarter 2005 QMPW (U.S.) -** A 33.5 percent jump in fuel prices caused the fourth quarter Index of Materials Prices, Wage Rates and Supplements Combined, Including Fuel (QMPW) to increase by 10.6 percent. (See fuel discussion above.) The other components all changed by less than one percent. Wage rates decreased by 0.2 percent because of the complete amortization and removal of back pay and lump sum amounts related to contracts that were new last year. Wage supplements were up by 0.5 percent because of a large 401(k) match added to the index. Materials and Supplies increased by just 0.1 percent. Increases in prices for products such as lube oil, ballast, and creosote were almost entirely offset by decreases in prices for metal products such as rail, tie plates, and freight car wheel sets.

## Table A

## ANNUAL INDEXES OF CHARGEOUT PRICES AND WAGE RATES (1977=100)

## UNITED STATES

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wage rates | 249.2 | 261.1 | 272.2 | 274.6 | 289.1 | 283.7 | 300.0 | 309.8 | 314.1 | 323.3 | 329.5 | 339.1 | p |
| Wage supplements | 356.1 | 371.7 | 367.4 | 389.7 | 370.5 | 374.5 | 400.1 | 444.2 | 502.0 | 521.0 | 480.5 | 504.0 | p |
| Fuel | 168.9 | 168.2 | 198.0 | 192.3 | 153.9 | 156.3 | 252.0 | 246.7 | 212.5 | 257.2 | 342.1 | 499.3 | |
| Materials and supplies | 191.3 | 192.4 | 193.5 | 196.9 | 199.1 | 198.7 | 198.1 | 203.8 | 202.5 | 202.6 | 216.4 | 235.1 | |
| Equipment rents | 224.5 | 234.3 | 238.1 | 235.7 | 239.0 | 239.1 | 239.4 | 242.6 | 242.5 | 240.7 | 242.9 | | |
| Purchased services | 258.6 | 269.7 | 276.3 | 282.3 | 288.8 | 286.0 | 300.7 | 315.7 | 328.1 | 337.5 | 337.1 | | |
| Depreciation | 260.3 | 291.5 | 307.4 | 324.9 | 353.2 | 366.3 | 384.8 | 405.8 | 421.7 | 427.4 | 479.0 | | |
| Interest | 208.8 | 233.7 | 260.3 | 273.1 | 301.7 | 296.6 | 324.3 | 289.8 | 282.3 | 253.9 | 258.6 | | |
| Taxes (other than income and payroll) | 219.4 | 238.1 | 236.9 | 223.4 | 247.5 | 231.3 | 258.3 | 271.1 | 258.3 | 265.4 | 298.6 | | |
| All other operating expenses | 185.5 | 192.0 | 196.5 | 196.6 | 191.6 | 193.3 | 204.3 | 206.6 | 202.1 | 212.8 | 225.7 | | |
| Wage rates and supplements | 272.8 | 286.4 | 294.3 | 300.9 | 308.4 | 304.9 | 323.3 | 340.3 | 355.7 | 367.0 | 363.6 | 377.8 | p |
| All materials (incl. fuel) | 173.5 | 173.1 | 188.9 | 187.5 | 168.8 | 169.8 | 227.3 | 226.1 | 204.8 | 232.2 | 289.2 | 386.2 | |
| Matl. prices & wage rates combined (excl. fuel) | 236.9 | 246.1 | 254.9 | 257.5 | 269.2 | 265.0 | 277.3 | 286.2 | 289.3 | 296.6 | 304.4 | 316.9 | p |
| Matl. prices & wage rates combined (incl. fuel) | 226.5 | 233.2 | 246.7 | 247.5 | 248.6 | 245.7 | 283.4 | 288.9 | 282.1 | 299.8 | 328.8 | 388.9 | p |
| Materials prices, wage rates and supplements combined (excl. fuel) | 258.6 | 269.7 | 276.3 | 282.3 | 288.8 | 286.0 | 300.7 | 315.7 | 328.1 | 337.5 | 337.1 | 353.7 | p |
| Materials prices, wage rates and supplements combined (incl. fuel) - QMPW | 248.3 | 256.8 | 267.9 | 271.8 | 270.0 | 268.1 | 305.4 | 316.3 | 318.3 | 336.6 | 356.6 | 421.1 | p |
| Taxes, purchased serv. and other expenses | 216.1 | 222.6 | 227.1 | 227.9 | 230.9 | 228.7 | 239.2 | 247.2 | 248.6 | 258.1 | 267.4 | | |
| Equip. rents, deprec. and interest | 236.0 | 256.5 | 268.7 | 276.2 | 293.1 | 297.1 | 307.2 | 309.8 | 313.7 | 309.7 | 328.9 | | |
| Equip. rents, taxes, deprec., purch. serv., interest & other expenses | 227.7 | 241.3 | 249.8 | 254.1 | 264.3 | 265.3 | 275.5 | 280.9 | 283.5 | 286.4 | 300.7 | | |
| Total excl. fuel | 246.8 | 259.4 | 267.2 | 272.4 | 280.9 | 280.0 | 292.7 | 302.7 | 310.1 | 316.1 | 323.7 | | |
| Total excl. interest | 243.5 | 254.0 | 263.3 | 267.1 | 269.8 | 269.4 | 294.0 | 304.4 | 307.2 | 319.9 | 338.0 | | |
| Total excl. interest and depreciation | 240.2 | 248.7 | 257.3 | 259.6 | 259.7 | 257.9 | 283.2 | 292.4 | 294.0 | 307.3 | 322.1 | | |
| Railroad Cost Recovery Index | 241.7 | 252.9 | 263.0 | 267.1 | 270.9 | 270.3 | 295.0 | 303.4 | 305.7 | 316.7 | 334.1 | | |

Note: The final annual wage rates and wage supplements are derived from the Annual Wage Statistics and the Annual Report Form R-1, consequently the final annual values may not equal the average of the four quarterly figures. The preliminary annual indexes, which appear in the December publication each year (indicated by a "p"), are averages of the four quarters.



Highly Confidential DA02680 CSXFSC000126745

# Table A
## ANNUAL INDEXES OF CHARGEOUT PRICES AND WAGE RATES (1977=100)
## EAST

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wage rates | 248.0 | 257.2 | 271.5 | 276.3 | 301.4 | 287.1 | 294.8 | 305.2 | 312.0 | 317.3 | 331.1 | 340.4 | p |
| Wage supplements | 346.4 | 373.4 | 373.5 | 386.9 | 379.7 | 382.4 | 417.9 | 455.3 | 525.7 | 564.8 | 505.1 | 551.3 | p |
| Fuel | 161.4 | 157.1 | 187.3 | 181.4 | 143.5 | 143.2 | 238.4 | 234.9 | 202.5 | 247.4 | 323.7 | 475.5 | |
| Materials and supplies | 170.8 | 173.3 | 175.6 | 175.8 | 178.8 | 179.6 | 179.8 | 182.9 | 182.9 | 182.0 | 196.1 | 211.5 | |
| Equipment rents | 223.3 | 233.2 | 237.0 | 234.9 | 238.5 | 238.3 | 238.5 | 242.4 | 242.0 | 239.7 | 240.8 | | |
| Purchased services | 252.0 | 263.6 | 273.2 | 278.5 | 293.9 | 285.5 | 295.7 | 309.4 | 325.5 | 335.3 | 337.0 | | |
| Depreciation | 263.3 | 284.4 | 301.6 | 313.3 | 325.2 | 340.9 | 357.5 | 377.3 | 385.0 | 391.3 | 468.6 | | |
| Interest | 152.9 | 181.2 | 196.1 | 198.0 | 193.4 | 191.0 | 251.1 | 196.9 | 213.8 | 183.7 | 194.9 | | |
| Taxes (other than income and payroll) | 213.2 | 232.9 | 222.9 | 225.7 | 253.4 | 268.3 | 293.5 | 292.2 | 239.5 | 229.9 | 280.2 | | |
| All other operating expenses | 185.5 | 192.0 | 196.5 | 196.6 | 191.6 | 193.3 | 204.3 | 206.6 | 202.1 | 212.8 | 225.7 | | |
| Wage rates and supplements | 269.6 | 283.2 | 294.7 | 301.3 | 319.7 | 309.0 | 322.1 | 338.2 | 358.2 | 370.5 | 369.2 | 389.0 | p |
| All materials (incl. fuel) | 159.5 | 158.0 | 174.0 | 171.2 | 153.7 | 153.9 | 214.3 | 213.4 | 198.3 | 218.0 | 264.6 | 343.8 | |
| Matl. prices & wage rates combined (excl. fuel) | 231.2 | 238.6 | 250.0 | 253.6 | 273.4 | 262.9 | 268.4 | 277.2 | 282.3 | 286.2 | 300.1 | 312.5 | p |
| Matl. prices & wage rates combined (incl. fuel) | 222.3 | 226.1 | 241.9 | 243.6 | 251.1 | 242.6 | 279.2 | 285.0 | 281.5 | 294.2 | 322.1 | 371.3 | p |
| Materials prices, wage rates and supplements combined (excl. fuel) | 252.0 | 263.6 | 273.2 | 278.5 | 293.9 | 285.5 | 295.7 | 309.4 | 325.5 | 335.3 | 337.0 | 358.4 | p |
| Materials prices, wage rates and supplements combined (incl. fuel) - QMPW | 243.2 | 251.0 | 264.8 | 268.1 | 273.8 | 266.7 | 303.7 | 313.9 | 321.1 | 337.8 | 353.3 | 411.7 | p |
| Taxes, purchased serv. and other expenses | 209.3 | 215.6 | 220.3 | 222.8 | 229.5 | 228.6 | 236.4 | 242.5 | 240.0 | 250.7 | 261.5 | | |
| Equip. rents, deprec. and interest | 214.8 | 231.9 | 242.3 | 245.7 | 250.2 | 254.9 | 272.6 | 267.6 | 273.9 | 269.3 | 299.1 | | |
| Equip. rents, taxes, deprec., purch. serv., interest & other expenses | 216.7 | 228.6 | 236.5 | 239.4 | 245.1 | 247.2 | 261.1 | 261.3 | 263.3 | 266.8 | 287.0 | | |
| Total excl. fuel | 239.2 | 251.1 | 260.0 | 264.2 | 274.9 | 271.7 | 284.9 | 291.3 | 300.8 | 306.5 | 318.7 | | |
| Total excl. interest | 238.8 | 247.5 | 258.6 | 261.9 | 268.1 | 265.2 | 288.7 | 298.2 | 303.2 | 314.9 | 333.5 | | |
| Total excl. interest and depreciation | 234.8 | 242.4 | 252.8 | 255.3 | 261.0 | 256.3 | 280.4 | 288.7 | 293.4 | 305.6 | 318.4 | | |
| Railroad Cost Recovery Index | 235.1 | 244.9 | 256.2 | 259.5 | 265.2 | 262.3 | 288.6 | 293.9 | 299.9 | 309.4 | 327.7 | | |

Note: The final annual wage rates and wage supplements are derived from the Annual Wage Statistics and the Annual Report Form R-1, consequently the final annual values may not equal the average of the four quarterly figures. The preliminary annual indexes, which appear in the December publication each year (indicated by a "p"), are averages of the four quarters.



Highly Confidential DA02681 CSXFSC000126746

## Table A

# ANNUAL INDEXES OF CHARGEOUT PRICES AND WAGE RATES (1977=100)

## WEST

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wage rates | 251.0 | 264.8 | 273.6 | 274.2 | 281.6 | 282.3 | 304.6 | 314.1 | 316.7 | 328.6 | 329.8 | 339.5 | p |
| Wage supplements | 366.4 | 373.8 | 366.2 | 395.3 | 367.6 | 372.4 | 391.2 | 441.0 | 490.0 | 494.9 | 469.6 | 478.0 | p |
| Fuel | 175.0 | 175.8 | 205.8 | 200.1 | 161.0 | 164.7 | 261.9 | 255.5 | 220.1 | 265.3 | 355.1 | 517.0 | |
| Materials and supplies | 223.9 | 224.1 | 225.0 | 231.5 | 232.3 | 230.8 | 228.3 | 234.0 | 228.1 | 229.0 | 244.2 | 270.0 | |
| Equipment rents | 225.7 | 235.4 | 239.4 | 236.6 | 240.0 | 239.9 | 240.3 | 243.4 | 242.8 | 241.4 | 244.1 | | |
| Purchased services | 268.2 | 278.8 | 283.4 | 289.9 | 289.9 | 290.9 | 309.1 | 325.0 | 334.4 | 343.5 | 342.2 | | |
| Depreciation | 248.3 | 286.4 | 300.9 | 321.8 | 363.9 | 369.8 | 386.9 | 408.8 | 427.5 | 432.3 | 466.1 | | |
| Interest | 270.7 | 291.0 | 330.4 | 353.7 | 420.6 | 414.7 | 422.0 | 396.1 | 367.6 | 338.0 | 332.4 | | |
| Taxes (other than income and payroll) | 221.7 | 239.6 | 244.0 | 218.3 | 240.9 | 202.7 | 230.0 | 251.7 | 265.8 | 283.8 | 302.3 | | |
| All other operating expenses | 185.5 | 192.0 | 196.5 | 196.6 | 191.6 | 193.3 | 204.3 | 206.6 | 202.1 | 212.8 | 225.7 | | |
| Wage rates and supplements | 276.7 | 290.2 | 295.6 | 302.1 | 302.0 | 303.6 | 325.8 | 343.7 | 355.9 | 366.5 | 362.2 | 373.1 | p |
| All materials (incl. fuel) | 192.2 | 191.9 | 208.7 | 208.4 | 185.8 | 187.4 | 255.3 | 252.4 | 225.5 | 257.8 | 326.1 | 444.3 | |
| Matl. prices & wage rates combined (excl. fuel) | 246.0 | 256.3 | 263.5 | 265.2 | 271.2 | 271.4 | 288.8 | 297.5 | 298.6 | 308.4 | 312.2 | 325.7 | p |
| Matl. prices & wage rates combined (incl. fuel) | 233.5 | 241.5 | 253.7 | 253.8 | 248.5 | 249.6 | 295.2 | 299.6 | 289.3 | 310.7 | 341.4 | 410.7 | p |
| Materials prices, wage rates and supplements combined (excl. fuel) | 268.2 | 278.8 | 283.4 | 289.9 | 289.9 | 290.9 | 309.1 | 325.0 | 334.4 | 343.5 | 342.2 | 356.6 | p |
| Materials prices, wage rates and supplements combined (incl. fuel) - QMPW | 256.1 | 264.9 | 274.4 | 278.7 | 270.1 | 271.7 | 315.4 | 326.1 | 323.7 | 343.3 | 367.1 | 437.4 | p |
| Taxes, purchased serv. and other expenses | 219.3 | 226.7 | 231.1 | 230.1 | 230.4 | 227.1 | 240.4 | 249.4 | 251.9 | 262.5 | 270.5 | | |
| Equip. rents, deprec. and interest | 246.2 | 269.0 | 282.3 | 290.8 | 317.7 | 319.1 | 327.1 | 332.2 | 333.9 | 330.3 | 342.1 | | |
| Equip. rents, taxes, deprec., purch. serv., interest & other expenses | 235.3 | 250.7 | 259.7 | 263.9 | 278.1 | 277.2 | 287.8 | 295.0 | 297.1 | 300.4 | 310.4 | | |
| Total excl. fuel | 254.7 | 268.1 | 275.0 | 280.6 | 288.1 | 288.2 | 302.6 | 314.0 | 319.6 | 325.7 | 330.6 | | |
| Total excl. interest | 248.3 | 260.2 | 268.6 | 272.3 | 272.0 | 272.7 | 301.5 | 312.0 | 312.8 | 326.4 | 344.8 | | |
| Total excl. interest and depreciation | 246.3 | 255.3 | 262.9 | 264.9 | 260.2 | 260.4 | 289.8 | 299.1 | 298.3 | 312.5 | 329.1 | | |
| Railroad Cost Recovery Index | 249.1 | 261.4 | 270.8 | 275.1 | 277.2 | 277.7 | 306.4 | 315.5 | 315.2 | 327.3 | 344.8 | | |

Note: The final annual wage rates and wage supplements are derived from the Annual Wage Statistics and the Annual Report Form R-1, consequently the final annual values may not equal the average of the four quarterly figures. The preliminary annual indexes, which appear in the December publication each year (indicated by a "p"), are averages of the four quarters.



Highly Confidential DA02682 CSXFSC000126747

# Table B

## SPOT PRICE INDEXES OF FUEL AND MATERIALS AND SUPPLIES (1977=100)

## UNITED STATES

| | | MATERIALS & SUPPLIES BY FUNCTION | | | | MATERIALS & SUPPLIES BY COMPOSITION | | | TOTAL MATERIALS & SUPPLIES | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DIESEL FUEL | MAINT OF WAY ITEMS | FRT CAR ITEMS | LOCO ITEMS | ALL OTHER ITEMS | FOREST PROD | METAL PROD | MISC PROD | EXCLUD FUEL | INCLUD FUEL |
| 02/15/00 | 249.5 | 227.8 | 176.3 | 162.5 | 151.5 | 263.4 | 169.3 | 227.2 | 196.5 | 217.3 |
| 05/15/00 | 243.6 | 230.3 | 174.1 | 163.6 | 152.2 | 263.2 | 170.7 | 229.8 | 198.0 | 215.8 |
| 08/15/00 | 265.0 | 231.1 | 171.8 | 167.5 | 148.7 | 256.6 | 169.4 | 244.2 | 201.3 | 226.5 |
| 11/15/00 | 310.3 | 232.0 | 167.8 | 171.7 | 149.1 | 274.1 | 167.4 | 235.8 | 199.5 | 244.0 |
| 02/15/01 | 266.8 | 231.1 | 167.8 | 170.4 | 149.5 | 265.3 | 166.8 | 242.9 | 200.5 | 226.7 |
| 05/15/01 | 268.3 | 236.9 | 167.1 | 170.8 | 149.5 | 263.1 | 166.9 | 262.1 | 208.9 | 232.3 |
| 08/15/01 | 247.5 | 234.9 | 168.8 | 169.9 | 149.6 | 262.7 | 167.3 | 255.8 | 206.2 | 222.2 |
| 11/15/01 | 205.6 | 237.1 | 167.9 | 169.6 | 148.5 | 263.4 | 167.0 | 261.2 | 208.6 | 206.4 |
| 02/15/02 | 179.2 | 233.9 | 168.9 | 169.5 | 141.4 | 269.2 | 167.3 | 243.3 | 201.1 | 191.2 |
| 05/15/02 | 217.7 | 235.6 | 168.4 | 167.6 | 144.1 | 271.5 | 167.8 | 242.1 | 201.1 | 207.0 |
| 08/15/02 | 227.6 | 235.6 | 167.8 | 167.3 | 141.4 | 278.5 | 165.7 | 238.7 | 199.3 | 210.0 |
| 11/15/02 | 243.4 | 233.2 | 167.5 | 160.1 | 135.8 | 278.1 | 164.7 | 226.6 | 193.4 | 213.1 |
| 02/15/03 | 310.9 | 241.5 | 168.2 | 161.0 | 136.0 | 280.4 | 163.4 | 252.4 | 204.6 | 247.4 |
| 05/15/03 | 247.0 | 241.8 | 169.0 | 159.6 | 135.9 | 283.2 | 161.7 | 254.4 | 204.7 | 221.2 |
| 08/15/03 | 270.2 | 249.3 | 169.0 | 160.9 | 134.6 | 300.2 | 161.6 | 256.8 | 207.6 | 232.4 |
| 11/15/03 | 266.1 | 259.5 | 169.9 | 163.9 | 133.5 | 307.3 | 166.3 | 268.8 | 215.0 | 235.1 |
| 02/15/04 | 292.7 | 254.1 | 172.1 | 164.3 | 135.6 | 311.2 | 168.4 | 242.9 | 207.9 | 241.8 |
| 05/15/04 | 337.1 | 262.5 | 173.2 | 166.5 | 133.1 | 308.2 | 176.8 | 251.9 | 215.0 | 264.2 |
| 08/15/04 | 374.8 | 275.7 | 183.5 | 167.1 | 131.5 | 302.3 | 187.8 | 278.5 | 227.6 | 287.0 |
| 11/15/04 | 433.9 | 264.7 | 185.1 | 168.6 | 132.6 | 298.8 | 188.7 | 252.7 | 221.6 | 307.8 |
| 02/15/05 | 408.1 | 281.5 | 198.5 | 175.9 | 135.0 | 310.9 | 207.3 | 258.3 | 236.6 | 300.4 |
| 05/15/05 | 452.8 | 285.8 | 202.3 | 176.7 | 135.9 | 307.3 | 209.3 | 274.9 | 241.1 | 325.0 |
| 08/15/05 | 543.2 | 284.3 | 206.1 | 178.4 | 135.1 | 306.9 | 207.2 | 282.5 | 241.3 | 371.3 |
| 11/15/05 | 548.4 | 292.3 | 207.4 | 189.9 | 142.8 | 314.5 | 211.4 | 299.6 | 248.9 | 376.9 |

Source: Periodic confidential price quotations from Class I carriers on diesel fuel and 38 operating and maintenance items. The same items are contained in both the functional and composition groupings.

# Table B

## SPOT PRICE INDEXES OF FUEL AND MATERIALS AND SUPPLIES (1977=100)

## EAST

| | | MATERIALS & SUPPLIES BY FUNCTION | | | | MATERIALS & SUPPLIES BY COMPOSITION | | | TOTAL MATERIALS & SUPPLIES | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DIESEL FUEL | MAINT OF WAY ITEMS | FRT CAR ITEMS | LOCO ITEMS | ALL OTHER ITEMS | FOREST PROD | METAL PROD | MISC PROD | EXCLUD FUEL | INCLUD FUEL |
| 02/15/00 | 248.6 | 202.1 | 154.5 | 169.2 | 162.7 | 260.6 | 174.3 | 153.0 | 178.7 | 201.2 |
| 05/15/00 | 233.4 | 202.1 | 154.4 | 169.8 | 163.1 | 260.6 | 174.1 | 153.9 | 178.8 | 196.5 |
| 08/15/00 | 255.0 | 205.4 | 154.5 | 168.9 | 164.9 | 249.8 | 174.9 | 171.4 | 182.3 | 205.7 |
| 11/15/00 | 300.1 | 211.0 | 152.5 | 172.1 | 166.8 | 275.2 | 174.2 | 159.7 | 182.8 | 220.3 |
| 02/15/01 | 261.0 | 204.3 | 152.9 | 171.7 | 167.0 | 265.0 | 175.0 | 153.7 | 180.0 | 206.0 |
| 05/15/01 | 252.9 | 212.3 | 152.7 | 170.2 | 167.2 | 260.4 | 175.6 | 173.3 | 185.1 | 206.9 |
| 08/15/01 | 237.2 | 209.9 | 152.8 | 169.9 | 165.9 | 259.2 | 176.6 | 166.2 | 183.5 | 200.9 |
| 11/15/01 | 205.7 | 212.3 | 153.2 | 169.5 | 166.5 | 258.8 | 176.3 | 172.4 | 185.0 | 192.0 |
| 02/15/02 | 181.7 | 201.7 | 152.7 | 171.2 | 162.7 | 259.1 | 173.7 | 154.6 | 178.6 | 180.0 |
| 05/15/02 | 204.5 | 208.0 | 151.4 | 169.4 | 162.3 | 259.0 | 176.4 | 162.3 | 182.2 | 189.7 |
| 08/15/02 | 214.6 | 214.9 | 150.5 | 169.5 | 162.5 | 267.8 | 175.8 | 171.0 | 185.7 | 195.3 |
| 11/15/02 | 226.6 | 213.9 | 150.2 | 156.5 | 168.1 | 265.0 | 171.9 | 164.8 | 181.5 | 196.2 |
| 02/15/03 | 301.6 | 215.4 | 152.3 | 156.7 | 169.4 | 281.1 | 168.3 | 159.5 | 180.9 | 219.6 |
| 05/15/03 | 234.6 | 216.4 | 153.0 | 154.3 | 169.9 | 277.0 | 165.8 | 170.2 | 181.8 | 199.0 |
| 08/15/03 | 251.4 | 220.5 | 153.5 | 154.8 | 165.1 | 285.6 | 165.7 | 171.9 | 183.7 | 205.7 |
| 11/15/03 | 252.8 | 236.0 | 153.3 | 158.7 | 164.0 | 297.7 | 173.4 | 184.0 | 193.2 | 212.6 |
| 02/15/04 | 279.1 | 230.8 | 153.1 | 158.3 | 165.1 | 305.5 | 175.5 | 157.0 | 188.3 | 217.6 |
| 05/15/04 | 304.5 | 241.7 | 153.0 | 161.4 | 165.1 | 299.2 | 187.6 | 164.1 | 195.6 | 230.7 |
| 08/15/04 | 351.7 | 261.9 | 155.1 | 163.9 | 164.6 | 297.1 | 196.3 | 189.8 | 207.4 | 253.7 |
| 11/15/04 | 411.0 | 251.9 | 157.6 | 165.8 | 168.6 | 297.1 | 203.1 | 166.2 | 203.8 | 270.0 |
| 02/15/05 | 387.6 | 263.8 | 165.3 | 171.0 | 169.5 | 306.3 | 218.3 | 166.0 | 213.1 | 264.1 |
| 05/15/05 | 423.4 | 258.9 | 170.6 | 170.5 | 171.7 | 308.6 | 206.6 | 178.1 | 210.6 | 278.4 |
| 08/15/05 | 510.9 | 271.7 | 177.3 | 171.6 | 168.3 | 305.0 | 208.0 | 207.0 | 218.4 | 319.8 |
| 11/15/05 | 516.4 | 280.7 | 179.9 | 180.3 | 176.1 | 307.0 | 216.7 | 218.0 | 226.3 | 325.8 |

Source: Periodic confidential price quotations from Class I carriers on diesel fuel and 38 operating and maintenance items. The same items are contained in both the functional and composition groupings.

## Table B

## SPOT PRICE INDEXES OF FUEL AND MATERIALS AND SUPPLIES (1977=100)

## WEST

| | | MATERIALS & SUPPLIES BY FUNCTION | | | | MATERIALS & SUPPLIES BY COMPOSITION | | | TOTAL MATERIALS & SUPPLIES | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DIESEL FUEL | MAINT OF WAY ITEMS | FRT CAR ITEMS | LOCO ITEMS | ALL OTHER ITEMS | FOREST PROD | METAL PROD | MISC PROD | EXCLUD FUEL | INCLUD FUEL |
| 02/15/00 | 252.8 | 260.6 | 191.2 | 167.4 | 157.5 | 271.2 | 172.0 | 284.2 | 226.4 | 238.0 |
| 05/15/00 | 251.6 | 265.7 | 188.2 | 169.1 | 158.5 | 270.8 | 174.2 | 289.0 | 229.4 | 239.0 |
| 08/15/00 | 273.2 | 261.1 | 184.8 | 176.3 | 153.5 | 267.9 | 172.5 | 293.6 | 230.0 | 249.4 |
| 11/15/00 | 319.1 | 259.7 | 180.5 | 181.0 | 153.6 | 277.4 | 170.3 | 294.5 | 229.9 | 270.8 |
| 02/15/01 | 273.1 | 261.3 | 180.3 | 179.6 | 153.9 | 270.3 | 169.2 | 311.2 | 234.9 | 251.9 |
| 05/15/01 | 279.1 | 261.0 | 179.3 | 181.5 | 153.9 | 270.3 | 169.0 | 312.6 | 235.5 | 255.1 |
| 08/15/01 | 255.5 | 260.8 | 181.9 | 180.2 | 154.4 | 270.7 | 169.4 | 312.5 | 235.6 | 244.1 |
| 11/15/01 | 208.4 | 261.4 | 180.6 | 180.0 | 152.5 | 272.3 | 169.0 | 310.6 | 234.6 | 221.6 |
| 02/15/02 | 181.0 | 268.1 | 182.1 | 177.9 | 143.5 | 281.3 | 170.5 | 306.4 | 233.5 | 208.2 |
| 05/15/02 | 226.8 | 265.5 | 181.7 | 175.7 | 147.3 | 286.8 | 170.1 | 292.0 | 226.3 | 225.8 |
| 08/15/02 | 236.4 | 258.6 | 181.1 | 174.9 | 143.6 | 290.7 | 167.2 | 277.4 | 218.0 | 225.9 |
| 11/15/02 | 254.9 | 259.1 | 180.7 | 173.7 | 134.3 | 291.3 | 167.4 | 267.5 | 213.1 | 232.0 |
| 02/15/03 | 319.4 | 266.0 | 181.3 | 175.9 | 134.3 | 277.6 | 167.1 | 312.8 | 235.4 | 274.0 |
| 05/15/03 | 256.1 | 264.4 | 182.2 | 177.4 | 133.9 | 286.9 | 165.7 | 303.6 | 232.0 | 242.6 |
| 08/15/03 | 282.6 | 273.8 | 182.2 | 179.8 | 133.8 | 311.0 | 165.7 | 307.1 | 235.6 | 256.9 |
| 11/15/03 | 275.7 | 278.8 | 183.5 | 180.5 | 133.1 | 312.9 | 168.9 | 307.7 | 237.7 | 254.8 |
| 02/15/04 | 302.9 | 280.3 | 186.6 | 181.9 | 134.8 | 312.9 | 171.0 | 310.1 | 239.8 | 268.6 |
| 05/15/04 | 355.8 | 289.5 | 188.4 | 183.1 | 131.6 | 312.5 | 177.8 | 311.1 | 245.3 | 296.3 |
| 08/15/04 | 390.1 | 297.8 | 202.3 | 182.7 | 128.8 | 303.7 | 190.5 | 309.8 | 253.9 | 316.9 |
| 11/15/04 | 450.2 | 290.9 | 203.9 | 183.5 | 128.5 | 297.8 | 188.4 | 309.8 | 251.5 | 343.7 |
| 02/15/05 | 422.9 | 320.3 | 220.6 | 193.0 | 132.2 | 312.3 | 209.6 | 327.3 | 273.7 | 336.3 |
| 05/15/05 | 471.8 | 330.6 | 223.6 | 194.7 | 132.5 | 304.0 | 217.6 | 337.9 | 281.4 | 366.6 |
| 08/15/05 | 564.7 | 316.5 | 226.3 | 196.8 | 132.5 | 305.8 | 214.0 | 312.7 | 273.4 | 416.2 |
| 11/15/05 | 570.6 | 323.8 | 227.1 | 210.1 | 137.7 | 317.7 | 216.7 | 337.3 | 282.1 | 422.6 |

Source: Periodic confidential price quotations from Class I carriers on diesel fuel and 38 operating and maintenance items. The same items are contained in both the functional and composition groupings.

# Table C

## QUARTERLY INDEXES OF CHARGEOUT PRICES AND WAGE RATES (1977=100)

## UNITED STATES

| | 1Q03 | 2Q03 | 3Q03 | 4Q03 | 1Q04 | 2Q04 | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wage rates | 319.6 | 321.5 | 324.4 | 325.2 | 331.9 | 331.8 | 335.4 | 337.6 | 336.2 | 336.8 | 342.0 | 341.3 |
| Wage supplements | 510.6 | 509.1 | 509.3 | 504.2 | 514.2 | 514.0 | 520.0 | 520.1 | 496.7 | 494.2 | 511.3 | 513.7 |
| Fuel | 263.7 | 257.2 | 250.4 | 257.6 | 283.2 | 310.1 | 335.4 | 439.7 | 374.9 | 473.2 | 492.1 | 656.9 |
| Materials and supplies | 193.4 | 204.6 | 204.7 | 207.6 | 215.0 | 207.9 | 215.0 | 227.6 | 221.6 | 236.6 | 241.1 | 241.3 |
| Equipment rents | 240.7 | 240.2 | 240.4 | 241.4 | 243.1 | 241.9 | 243.5 | 243.1 | 250.1 | 256.1 | 257.8 | |
| Purchased services | 331.7 | 334.6 | 336.6 | 336.7 | 344.2 | 342.8 | 347.5 | 351.1 | 348.1 | 350.7 | 357.9 | |
| Depreciation | 429.5 | 418.9 | 430.9 | 430.1 | 449.5 | 450.5 | 471.9 | 544.1 | 541.7 | 537.0 | 538.3 | |
| Interest | 242.3 | 248.4 | 278.9 | 246.0 | 257.8 | 246.8 | 258.8 | 270.9 | 332.8 | 333.6 | 319.9 | |
| Taxes (other than income and payroll) | 271.2 | 257.3 | 277.7 | 255.4 | 282.1 | 309.0 | 289.7 | 313.4 | 308.7 | 352.8 | 328.0 | |
| All other operating expenses | 212.9 | 211.3 | 212.7 | 214.4 | 218.6 | 225.1 | 227.4 | 231.8 | 234.3 | 238.1 | 244.3 | |
| Wage rates and supplements | 361.9 | 363.1 | 365.5 | 365.1 | 372.5 | 372.3 | 376.5 | 378.2 | 374.0 | 374.0 | 381.7 | 381.6 |
| All materials (incl. fuel) | 232.8 | 232.9 | 228.8 | 234.3 | 252.7 | 266.5 | 284.6 | 353.1 | 304.7 | 370.5 | 383.8 | 486.0 |
| Matl. prices & wage rates combined (excl. fuel) | 291.8 | 295.6 | 297.9 | 299.1 | 306.0 | 304.4 | 308.7 | 313.0 | 311.8 | 315.4 | 320.4 | 319.9 |
| Matl. prices & wage rates combined (incl. fuel) | 297.8 | 299.0 | 299.0 | 301.9 | 314.1 | 320.1 | 330.3 | 361.8 | 347.8 | 379.9 | 389.4 | 438.3 |
| Materials prices, wage rates and supplements combined (excl. fuel) | 331.7 | 334.6 | 336.6 | 336.7 | 344.2 | 342.8 | 347.5 | 351.1 | 348.1 | 350.7 | 357.9 | 357.9 |
| Materials prices, wage rates and supplements combined (incl. fuel) - QMPW | 333.4 | 334.2 | 334.2 | 336.1 | 348.3 | 353.5 | 363.4 | 391.3 | 382.9 | 411.7 | 422.6 | 467.2 |
| Taxes, purchased serv. and other expenses | 256.5 | 255.6 | 258.8 | 257.7 | 265.1 | 270.2 | 271.4 | 277.1 | 268.3 | 274.4 | 278.0 | |
| Equip. rents, deprec. and interest | 308.3 | 305.6 | 315.2 | 309.5 | 319.0 | 316.8 | 326.9 | 353.0 | 355.4 | 357.0 | 356.1 | |
| Equip. rents, taxes, deprec., purch. serv., interest & other expenses | 284.9 | 283.1 | 289.5 | 286.1 | 294.6 | 296.1 | 301.8 | 317.7 | 313.2 | 317.4 | 318.9 | |
| Total excl. fuel | 312.5 | 312.9 | 317.4 | 315.6 | 323.7 | 323.9 | 329.2 | 339.5 | 336.5 | 340.2 | 344.2 | |
| Total excl. interest | 317.9 | 317.2 | 319.1 | 319.9 | 330.4 | 334.5 | 342.3 | 365.1 | 355.9 | 372.7 | 379.7 | |
| Total excl. interest and depreciation | 304.9 | 305.1 | 306.1 | 307.0 | 316.6 | 321.0 | 327.4 | 345.4 | 337.4 | 356.2 | 363.7 | |
| Railroad Cost Recovery Index | 314.3 | 313.8 | 317.0 | 316.3 | 326.8 | 330.3 | 338.2 | 360.4 | 353.9 | 370.1 | 376.3 | |

# Table C

## QUARTERLY INDEXES OF CHARGEOUT PRICES AND WAGE RATES (1977=100)

## EAST

| | 1Q03 | 2Q03 | 3Q03 | 4Q03 | 1Q04 | 2Q04 | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wage rates | 314.0 | 316.5 | 322.1 | 322.8 | 321.3 | 323.0 | 327.7 | 329.3 | 338.4 | 338.8 | 342.3 | 342.0 |
| Wage supplements | 532.6 | 530.9 | 535.2 | 529.1 | 554.4 | 555.1 | 558.0 | 557.6 | 522.7 | 516.2 | 579.7 | 586.5 |
| Fuel | 259.8 | 248.3 | 236.6 | 245.0 | 279.0 | 278.6 | 315.4 | 421.8 | 369.1 | 442.3 | 471.3 | 619.3 |
| Materials and supplies | 181.5 | 180.9 | 181.8 | 183.7 | 193.2 | 188.3 | 195.6 | 207.4 | 203.8 | 213.1 | 210.6 | 218.4 |
| Equipment rents | 239.9 | 239.2 | 239.4 | 240.2 | 241.4 | 239.2 | 240.6 | 241.8 | 247.6 | 253.1 | 254.6 | |
| Purchased services | 327.7 | 328.9 | 333.4 | 333.2 | 338.4 | 338.6 | 343.6 | 346.9 | 350.9 | 351.9 | 364.2 | |
| Depreciation | 386.9 | 394.7 | 392.5 | 391.2 | 405.6 | 404.4 | 450.4 | 613.9 | 661.2 | 650.7 | 647.4 | |
| Interest | 148.4 | 166.7 | 241.1 | 178.4 | 188.3 | 167.9 | 192.8 | 230.5 | 341.1 | 326.1 | 283.6 | |
| Taxes (other than income and payroll) | 252.2 | 181.8 | 223.8 | 261.9 | 291.1 | 271.4 | 245.2 | 312.9 | 345.8 | 367.8 | 347.5 | |
| All other operating expenses | 212.9 | 211.3 | 212.7 | 214.4 | 218.6 | 225.1 | 227.4 | 231.8 | 234.3 | 238.1 | 244.3 | |
| Wage rates and supplements | 361.2 | 362.9 | 368.2 | 367.5 | 371.6 | 373.1 | 377.5 | 378.6 | 381.6 | 380.7 | 396.3 | 397.4 |
| All materials (incl. fuel) | 224.2 | 217.9 | 212.3 | 217.6 | 240.0 | 237.3 | 260.1 | 321.2 | 283.3 | 326.6 | 341.2 | 424.1 |
| Matl. prices & wage rates combined (excl. fuel) | 283.5 | 285.3 | 289.8 | 290.8 | 291.9 | 292.1 | 297.4 | 301.4 | 309.3 | 311.6 | 313.8 | 315.3 |
| Matl. prices & wage rates combined (incl. fuel) | 294.6 | 293.6 | 294.9 | 297.6 | 305.7 | 305.7 | 318.0 | 343.9 | 343.6 | 362.8 | 371.4 | 407.5 |
| Materials prices, wage rates and supplements combined (excl. fuel) | 327.7 | 328.9 | 333.4 | 333.2 | 338.4 | 338.6 | 343.6 | 346.9 | 350.9 | 351.9 | 364.2 | 366.6 |
| Materials prices, wage rates and supplements combined (incl. fuel) - QMPW | 333.4 | 332.4 | 334.2 | 335.6 | 346.3 | 346.4 | 357.5 | 379.8 | 382.8 | 399.1 | 415.8 | 449.1 |
| Taxes, purchased serv. and other expenses | 249.5 | 243.4 | 249.3 | 253.2 | 259.7 | 261.2 | 262.0 | 271.0 | 264.3 | 267.5 | 274.0 | |
| Equip. rents, deprec. and interest | 260.4 | 266.7 | 281.7 | 268.3 | 275.9 | 270.4 | 292.3 | 357.9 | 379.1 | 375.4 | 367.2 | |
| Equip. rents, taxes, deprec., purch. serv., interest & other expenses | 261.8 | 261.5 | 272.0 | 267.7 | 274.9 | 273.0 | 284.0 | 320.5 | 326.1 | 326.6 | 327.2 | |
| Total excl. fuel | 300.2 | 300.6 | 308.6 | 306.1 | 312.6 | 311.6 | 320.1 | 341.8 | 348.8 | 349.5 | 355.2 | |
| Total excl. interest | 311.8 | 310.1 | 312.6 | 314.5 | 323.5 | 323.7 | 334.2 | 363.8 | 363.8 | 372.7 | 383.2 | |
| Total excl. interest and depreciation | 302.7 | 300.0 | 303.0 | 305.2 | 313.7 | 314.0 | 321.0 | 337.2 | 335.8 | 346.3 | 357.9 | |
| Railroad Cost Recovery Index | 304.7 | 304.0 | 310.2 | 308.7 | 317.9 | 317.0 | 328.3 | 358.4 | 363.5 | 371.4 | 379.7 | |

# Table C

## QUARTERLY INDEXES OF CHARGEOUT PRICES AND WAGE RATES (1977=100)

## WEST

| | 1Q03 | 2Q03 | 3Q03 | 4Q03 | 1Q04 | 2Q04 | 3Q04 | 4Q04 | 1Q05 | 2Q05 | 3Q05 | 4Q05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wage rates | 319.8 | 321.2 | 327.2 | 328.0 | 339.8 | 339.6 | 342.0 | 344.5 | 336.0 | 336.8 | 343.0 | 342.1 |
| Wage supplements | 494.2 | 492.8 | 495.7 | 491.3 | 483.9 | 483.9 | 497.7 | 498.2 | 484.6 | 484.7 | 471.6 | 471.2 |
| Fuel | 269.1 | 264.9 | 260.1 | 266.9 | 289.3 | 328.1 | 349.0 | 454.0 | 382.9 | 494.1 | 508.5 | 682.6 |
| Materials and supplies | 213.1 | 235.4 | 232.0 | 235.6 | 237.7 | 239.8 | 245.3 | 253.9 | 251.5 | 273.7 | 281.4 | 273.4 |
| Equipment rents | 241.2 | 240.9 | 241.2 | 242.1 | 244.1 | 243.1 | 245.0 | 244.1 | 251.5 | 258.0 | 260.0 | |
| Purchased services | 335.0 | 339.1 | 343.2 | 343.5 | 350.5 | 350.7 | 355.5 | 358.7 | 352.3 | 356.5 | 359.7 | |
| Depreciation | 438.4 | 417.1 | 437.0 | 436.8 | 458.1 | 459.9 | 466.1 | 480.1 | 445.7 | 447.1 | 450.8 | |
| Interest | 346.0 | 342.2 | 336.4 | 327.4 | 341.4 | 333.0 | 333.7 | 321.4 | 361.5 | 367.9 | 378.2 | |
| Taxes (other than income and payroll) | 278.4 | 302.5 | 308.1 | 246.0 | 270.4 | 324.6 | 310.5 | 303.6 | 271.0 | 326.3 | 300.1 | |
| All other operating expenses | 212.9 | 211.3 | 212.7 | 214.4 | 218.6 | 225.1 | 227.4 | 231.8 | 234.3 | 238.1 | 244.3 | |
| Wage rates and supplements | 359.3 | 360.1 | 365.6 | 365.3 | 373.3 | 373.1 | 377.8 | 380.0 | 371.7 | 372.4 | 374.6 | 373.8 |
| All materials (incl. fuel) | 255.6 | 259.5 | 255.0 | 261.0 | 277.5 | 305.6 | 322.1 | 399.2 | 343.7 | 429.0 | 441.5 | 562.8 |
| Matl. prices & wage rates combined (excl. fuel) | 298.4 | 303.6 | 307.9 | 309.2 | 319.1 | 319.3 | 322.3 | 325.9 | 319.2 | 324.3 | 330.8 | 328.5 |
| Matl. prices & wage rates combined (incl. fuel) | 304.4 | 307.0 | 308.6 | 311.8 | 326.1 | 338.3 | 346.9 | 382.3 | 359.8 | 401.8 | 411.4 | 469.9 |
| Materials prices, wage rates and supplements combined (excl. fuel) | 335.0 | 339.1 | 343.2 | 343.5 | 350.5 | 350.7 | 355.5 | 358.7 | 352.3 | 356.5 | 359.7 | 357.7 |
| Materials prices, wage rates and supplements combined (incl. fuel) - QMPW | 337.7 | 339.8 | 341.6 | 343.8 | 355.5 | 366.3 | 375.9 | 407.3 | 392.2 | 430.3 | 437.2 | 490.1 |
| Taxes, purchased serv. and other expenses | 258.9 | 261.9 | 264.7 | 259.7 | 266.8 | 275.4 | 277.0 | 279.7 | 269.9 | 278.6 | 279.9 | |
| Equip. rents, deprec. and interest | 333.3 | 325.6 | 331.5 | 330.6 | 340.8 | 339.6 | 342.8 | 345.1 | 338.9 | 343.9 | 347.6 | |
| Equip. rents, taxes, deprec., purch. serv., interest & other expenses | 300.2 | 297.7 | 302.1 | 299.2 | 307.9 | 311.6 | 314.1 | 316.6 | 308.5 | 315.4 | 317.9 | |
| Total excl. fuel | 321.6 | 322.2 | 326.5 | 325.0 | 333.1 | 335.2 | 338.8 | 341.7 | 334.3 | 340.1 | 343.0 | |
| Total excl. interest | 322.9 | 322.9 | 326.4 | 326.4 | 336.7 | 344.9 | 351.4 | 370.5 | 356.3 | 379.6 | 384.2 | |
| Total excl. interest and depreciation | 308.1 | 310.1 | 312.0 | 312.1 | 321.3 | 329.8 | 336.2 | 355.5 | 343.3 | 368.6 | 373.3 | |
| Railroad Cost Recovery Index | 324.2 | 324.1 | 327.2 | 327.0 | 337.4 | 345.0 | 351.2 | 369.2 | 357.0 | 379.8 | 384.7 | |



Highly Confidential DA02688 CSXFSC000126753

# FIRST QUARTER 2006 ALL-INCLUSIVE INDEX

The first quarter 2006 All-Inclusive Index forecast of 116.6 is 0.6 percent lower than the fourth quarter 2005 figure of 117.3. Fuel was the only component to decrease, but its 18 percent decline was enough to reduce the overall index.

**Labor** – A 0.7 percent increase in the Wage Index, combined with a 2.9 percent increase in the Supplements Index, caused the first quarter 2006 Labor Index to rise 1.5 percent. The increase was caused mostly by cost-of-living allowance (COLA) wage increases and higher new Health & Welfare costs.

*National Contracts:* All of the major unions receive a 31 cent COLA increase effective January 1, with the exception of the International Association of Machinists (IAM), the Brotherhood of Railway Signalmen (BRS), and Brotherhood of Maintenance of Way Employees (BMWED). The IAM machinists do not begin getting COLAs until July, and the BRS employees' contract does not have a provision for COLAs. The BMWED contract, which embeds employee Health & Welfare cost sharing in its wage rate, adds a cost-of-living wage adjustment that nets to 19 cents. (See page 34 for common abbreviations for unions and railroads.) In addition to union wage increases, non-union employees were assigned a 15 cent wage increase.

*Independent Contracts:* New agreements for various CN railroads were added to the index. (CN railroads include the Bessemer & Lake Erie; the Chicago, Central & Pacific; the Duluth, Missabe & Iron Range; the Duluth, Winnipeg & Pacific; Grand Trunk Western Railroad; Illinois Central; the Sault Saint-Marie Bridge Company; and Wisconsin Central.) Most of these contracts featured retroactive wage increases and employee Health & Welfare cost sharing. Many independent agreements also received COLAs effective January 1. Some of the independent groups receiving COLA increases were: most of the Soo Line unions (Canadian Pacific's Western U.S. operations), dispatchers for BNSF Railway and Kansas City Southern, yardmasters for CSX Transportation and Union Pacific, Brotherhood of Locomotive Engineers & Trainmen members for BNSF Railway and Grand Trunk Western (GTW), and GTW's United Transportation Union employees.

*Lump Sums:* The lump sum rate decreased mostly because of the complete amortization and removal of an amount paid by BNSF to its dispatchers. Small amounts were added to the rate for bonuses paid in new contracts with various CN railroads.

*Back Pay:* The back pay rate decreased mostly because of the complete amortization and removal of amounts relating to last year's new national International Brotherhood of Electrical Workers contract. Two smaller amounts were also removed, and one new back pay amount was added for various new CN contracts.

*Supplements:* Health & Welfare premiums increased effective January 1. New (higher) employee Health & Welfare cost sharing rates, also effective January 1 for most unions, offset a portion of the increase in Health & Welfare premiums – reducing the increase in employer contributions. Although Railroad Retirement Tier I and Tier II tax rates are unchanged for 2006, the taxable earnings increased, and earnings increased because of the COLA increase in wages. Unemployment Insurance also had higher taxable earnings, and the average Class I tax rate also increased.

**Fuel** – The Gulf Coast crude oil and oil refining infrastructure received significant damage from Hurricane Katrina on August 29, and then again from Hurricane Rita on September 24. Those hurricanes damaged, set-adrift, or sunk 192 oil and natural gas drilling rigs and producing platforms. For the last week of September, about 25 percent of domestic oil refining capacity was out of commission – and locomotive diesel fuel, which is produced from refined crude oil, experienced increases in price because of lack of supply. Railroad fuel prices jumped by over ten percent for both September and October. Both crude oil production facilities and refineries have been restoring capacity, although refineries have been restoring capacity faster. Both are expected to have capacity restored to pre-hurricane levels by the second quarter. As capacity has been restored, fuel prices have decreased. Heating oil, which is similar to locomotive diesel fuel and differs mostly by sulfur content, has experienced decreases in price for every week in November. The railroads expect locomotive diesel fuel to drop in price by 18 percent from the fourth quarter forecast – meaning fuel prices are expected to be above the average price paid in July, slightly below the August average, and well under the October level.

**Materials & Supplies** – The Materials and Supplies Index for the first quarter increased 3.2 percent from the previous quarter. Locomotive lubrication oil prices increased by over ten percent for every railroad. Prices for the entire metal products and forest products categories increased by averages of 2.0 and 2.5 percent, respectively.

**Equipment Rents** – The first quarter 2006 Equipment Rents Index is forecast to increase 1.8 percent from the fourth quarter forecast. The Lease Rentals portion of the Index, which is based on the PPI-LF, increased 3.3 percent. The Car Hire portion increased 0.2 percent because of higher rates for privately-owned tank cars.

**Depreciation** – The Depreciation Index, which is measured by the expected changes in the Producer Price Index for Rail Equipment (PPI-RE), increased 5.3 percent from the prior quarter forecast. Recent PP-RE numbers have experienced increases caused by rising steel prices.

**Interest** – The interest rate underlying the interest component of the index is updated every fourth quarter and held constant until the next re-benchmarking. Therefore, the first quarter index is unchanged from the fourth quarter. The Interest Index is essentially the embedded cost of debt, i.e., total interest expense divided by average total long-term debt. The Interest Index of 92.7 is the 2004 rate of 7.28 percent divided by the 1980 (base year) rate of 7.85 percent.

**Other** – Regulations require that the Producer Price Index for Industrial Commodities less Fuel and Related Products (PPI-LF) be used to index other expenses (purchased services, casualties and insurance, loss and damage, taxes other than income and payroll, and general and administrative expenses). The first quarter 2006 forecast is 3.3 percent above the fourth quarter 2005 version.

## Table D

## FIRST QUARTER 2006 ALL-INCLUSIVE INDEX

The components and values of the All-Inclusive Index in the first quarter 2006 are shown below. The projected first quarter index of 116.6 is 0.6 percent below the fourth quarter 2005 forecast.

| | 2004 Weights | 2005Q4 Forecast | 2006Q1 Forecast | Percent Change |
|---|---|---|---|---|
| Labor | 36.0 % | 287.7 | 292.1 | 1.5 % |
| Fuel | 12.1 | 276.2 | 226.4 | -18.0 |
| Materials & Supplies | 4.4 | 179.9 | 185.6 | 3.2 |
| Equipment Rents | 8.9 | 181.4 | 184.6 | 1.8 |
| Depreciation | 10.6 | 185.1 | 195.0 | 5.3 |
| Interest | 3.0 | 92.7 | 92.7 | 0.0 |
| Other | 25.0 | 176.2 | 182.1 | 3.3 |
| Weighted Average | | | | |
| a. 1980 = 100 | | 227.5 | 226.1 | |
| b. 1980 = 100 (linked) | | 225.3 | 223.9 [1] | |
| c. 4Q02 = 100 | | 117.3 | 116.6 [2] | -0.6 |

[1] 2006q1 linked index of 223.9 = relative change (2006q1 index of 226.1/ 2005Q4 index of 227.5) times 2005Q4 linked index of 225.3. Linking is necessitated by periodic changes in external weighting.

[2] 4Q02 based index = 2006q1 index (223.9) / 4Q02 linking factor (192.1) times 100 = 116.6. 4Q97 based index is 129.3 and the 4Q92 based index is 142.7.

# Table E

## FORECAST VS. ACTUAL THIRD QUARTER 2005 ALL-INCLUSIVE INDEX

As shown below, the actual index of 114.1 in the third quarter 2005 is 1.1 index points above the forecast value of 113.0. Thus, the forecast error adjustment in the first quarter 2006 is an increase of 1.1 index points.

| | 2003 | Third Quarter 2005 | |
|---|---|---|---|
| | Weights | Forecast | Actual |
| Labor | 37.5 % | 291.1 | 290.9 |
| Fuel | 10.6 | 193.6 | 212.3 |
| Materials & Supplies | 4.4 | 179.8 | 179.8 |
| Equipment Rents [1] | 9.4 | 182.8 | 181.8 |
| Depreciation | 10.7 | 180.3 | 178.9 |
| Interest | 3.2 | 90.2 | 90.2 |
| Other | 24.2 | 179.5 | 176.8 |
| Weighted Average | | | |
| a. 1980 = 100 | | 220.4 | 221.4 |
| b. 1980 = 100 (linked) | | 217.0 | 219.2 [2] |
| c. 4Q02 = 100[3] | | 113.0 | 114.1 |

Note 1:

| Equipment Rents Calculation: | 2003 | Third Quarter 2005 | |
|---|---|---|---|
| | Weights | Forecast | Actual |
| Car Hire | 50.1 % | 175.1 | 175.1 |
| Lease Rentals | 49.9 | 179.5 | 176.8 |
| Weighted Average | | 177.3 | 175.9 |
| Weighted Average (linked) | | 182.8 | 181.8 |

Note 2:

2005Q3 linked actual index of 219.2 = relative change (2005Q3 actual index of 221.4 / 2005Q2 actual index of 219.4) times 2005Q2 linked actual index of 217.2.

Note 3:

Beginning with the December 5, 2002 filing, the RCAF is on a 2002Q4=100 basis.

# Table F
## ALL-INCLUSIVE INDEX ON VARIOUS BASES

| | Base * | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1980 | 10/01/80 | 10/1/82 | 4Q87 | 4Q92 | 4Q97 | 4Q02 |
| 1998Q1 | 172.7 | 168.2 | 142.8 | 130.6 | 110.1 | 99.7 | |
| 1998Q2 | 171.5 | 167.0 | 141.9 | 129.7 | 109.3 | 99.0 | |
| 1998Q3 | 173.4 | 168.8 | 143.4 | 131.2 | 110.5 | 100.1 | |
| 1998Q4 | 173.3 | 168.7 | 143.3 | 131.1 | 110.5 | 100.1 | |
| 1999Q1 | 173.0 | 168.5 | 143.1 | 130.9 | 110.3 | 99.9 | |
| 1999Q2 | 172.1 | 167.6 | 142.3 | 130.2 | 109.7 | 99.4 | |
| 1999Q3 | 174.2 | 169.6 | 144.1 | 131.8 | 111.0 | 100.6 | |
| 1999Q4 | 174.1 | 169.5 | 144.0 | 131.7 | 111.0 | 100.5 | |
| 2000Q1 | 179.4 | 174.7 | 148.4 | 135.7 | 114.3 | 103.6 | |
| 2000Q2 | 180.3 | 175.6 | 149.1 | 136.4 | 114.9 | 104.1 | |
| 2000Q3 | 181.6 | 176.8 | 150.2 | 137.4 | 115.7 | 104.8 | |
| 2000Q4 | 183.5 | 178.7 | 151.8 | 138.8 | 117.0 | 105.9 | |
| 2001Q1 | 186.9 | 182.0 | 154.6 | 141.4 | 119.1 | 107.9 | |
| 2001Q2 | 185.6 | 180.7 | 153.5 | 140.4 | 118.3 | 107.2 | |
| 2001Q3 | 186.9 | 182.0 | 154.6 | 141.4 | 119.1 | 107.9 | |
| 2001Q4 | 186.1 | 181.2 | 153.9 | 140.8 | 118.6 | 107.4 | |
| 2002Q1 | 186.4 | 181.5 | 154.2 | 141.0 | 118.8 | 107.6 | |
| 2002Q2 | 184.2 | 179.4 | 152.4 | 139.3 | 117.4 | 106.4 | |
| 2002Q3 | 185.6 | 180.7 | 153.5 | 140.4 | 118.3 | 107.2 | |
| 2002Q4 | 189.9 | 184.9 | 157.1 | 143.6 | 121.0 | 109.6 | 98.9 |
| 2003Q1 | 190.6 | 185.6 | 157.7 | 144.2 | 121.5 | 110.0 | 99.2 |
| 2003Q2 | 194.3 | 189.2 | 160.7 | 147.0 | 123.8 | 112.2 | 101.1 |
| 2003Q3 | 193.3 | 188.2 | 159.9 | 146.2 | 123.2 | 111.6 | 100.6 |
| 2003Q4 | 195.9 | 190.7 | 162.0 | 148.2 | 124.9 | 113.1 | 102.0 |
| 2004Q1 | 195.6 | 190.5 | 161.8 | 148.0 | 124.7 | 112.9 | 101.8 |
| 2004Q2 | 197.1 | 191.9 | 163.0 | 149.1 | 125.6 | 113.8 | 102.6 |
| 2004Q3 | 202.6 | 197.3 | 167.6 | 153.3 | 129.1 | 117.0 | 105.5 |
| 2004Q4 | 206.5 | 201.1 | 170.8 | 156.2 | 131.6 | 119.2 | 107.5 |
| 2005Q1 | 210.7 | 205.2 | 174.3 | 159.4 | 134.3 | 121.7 | 109.7 |
| 2005Q2 | 214.9 | 209.3 | 177.8 | 162.6 | 137.0 | 124.1 | 111.9 |
| 2005Q3 | 217.0 | 211.3 | 179.5 | 164.1 | 138.3 | 125.3 | 113.0 |
| 2005Q4 | 225.3 | 219.4 | 186.4 | 170.4 | 143.6 | 130.1 | 117.3 |
| 2006Q1 | 223.9 | 218.0 | 185.2 | 169.4 | 142.7 | 129.3 | 116.6 |
| 2006Q2 | | | | | | | |
| 2006Q3 | | | | | | | |
| 2006Q4 | | | | | | | |

* The 1980 linked All-Inclusive Index for each quarter is divided by the following linking factors to determine the values shown on Table F: 10/1/80 = 102.7; 10/1/82 = 120.9; 4Q87 = 132.2; 4Q92 = 156.9; 4Q97 = 173.2; and 4Q02 = 192.1.



Highly Confidential DA02693 CSXFSC000126758

# RAIL COST ADJUSTMENT FACTOR

In a decision served December 20, 2005, the Surface Transportation Board (STB) approved a first quarter 2006 Adjusted RCAF of 0.564, which is 1.4 percent below the fourth quarter 2005 Adjusted RCAF. The first quarter 2006 Unadjusted RCAF of 1.177 is 0.7 percent lower than the previous quarter. The difference between the Adjusted and Unadjusted RCAF is a productivity adjustment mandated by the STB. This adjustment has been applied since the second quarter 1989, in accordance with its March 22, 1989 decision in Ex Parte No. 290 (Sub-No. 4), Railroad Cost Recovery Procedures - Productivity Adjustment.

The STB in its October 3, 1996 Ex Parte No. 290 (Sub-No. 7) decision created an additional productivity-adjusted RCAF (RCAF-5) which reflects RCAF values that would have been produced if the agency had always used a 5-year rolling average from the second quarter 1989 inception of a productivity-adjusted RCAF. The results of these calculations are shown in Tables G, I, J, and K.

As shown in Table D, the forecasted AII for the first quarter 2006 is 116.6; this is the linked index of 223.9 (1980 = 100) divided by the fourth quarter 2002[1] base index of 192.1 times 100. The Adjusted RCAF, shown below, is derived in three steps: (1) the AII is divided by the base period AII of 100 to obtain the "Preliminary RCAF" of 1.166; (2) the forecast error of 0.011 is added to the preliminary RCAF to produce the Unadjusted RCAF[2] of 1.177 and (3) the Unadjusted RCAF is divided by the productivity adjustment factor[3] (PAF) of 2.0864 to yield the Adjusted RCAF of 0.564. The PAF-5, unpublished until the first quarter 1997, is the productivity adjustment factor that would have been produced had the STB used a 5-year rolling average methodology from the inception of the productivity adjustment process in the second quarter 1989. The RCAF-5 index of 0.541 in the first quarter 2006 is derived by dividing the RCAF (Unadjusted) index of 1.177 by the PAF-5 value of 2.1772.

| | 2005Q4 | 2006Q1 | % Change |
|---|---|---|---|
| All-Inclusive Index | 117.3 | 116.6 | -0.6 % |
| Preliminary RCAF | 1.173 | 1.166 | -0.6 |
| Forecast Error Adjustment | 0.012 | 0.011 | |
| RCAF (Unadjusted) | 1.185 | 1.177 | -0.7 |
| Productivity Adjustment Factor | 2.0715 | 2.0864 | |
| RCAF (Adjusted) | 0.572 | 0.564 | -1.4 |
| PAF-5 | 2.1616 | 2.1772 | |
| RCAF-5 | 0.548 | 0.541 | -1.3 |

[1] The RCAF was changed from a 1997Q4 basis to a 2002Q4 basis, as required by law every five years, beginning with the 2003Q1 forecast. An attachment in that filing contains converted historical data.

[2] The "forecast error" is the 1.1 index point difference between the forecast and actual third quarter 2005 AII, and is shown in Table E. (Because of data availability, there is always a two-quarter lag.)

[3] Starting in the second quarter 2005, the 1999-2003 based PAF of 2.9 percent was applied. Each quarter's PAF is calculated by multiplying the previous quarter's PAF by the fourth root of the current multi-year average. Thus, the first quarter 2006 PAF of 2.0864 equals 2.0715 (previous quarter's PAF) times 1.0072 – the fourth root of the 1999-2003 average annual productivity growth ratio of 1.029.



Highly Confidential DA02694 CSXFSC000126759

# Table G
## RAIL COST ADJUSTMENT FACTOR (4Q/87=100)

| Quarter | Prelim-[1] inary RCAF | Forecast[2] Error Adjustment | RCAF[3] (Unad- justed) | Productivity Adjustment Factor | RCAF[3] (Adjusted) | PAF-5[4] | RCAF-5[4] |
|---|---|---|---|---|---|---|---|
| 4Q/87 | 0.994 | 0.006 | 1.000 | - | 1.000 | - | - |
| 1Q/88 | 1.022 | 0.005 | 1.027 | - | 1.027 | - | - |
| 2Q/88 | 1.036 | 0.007 | 1.043 | - | 1.043 | - | - |
| 3Q/88 | 1.034 | 0.001 | 1.035 | - | 1.035 | - | - |
| 4Q/88 | 1.033 | 0.007 | 1.040 | - | 1.040 | - | - |
| 1Q/89 | 1.048 | -0.002 | 1.046 | - | 1.046 | - | - |
| 2Q/89 | 1.055 | -0.003 | 1.052 | 1.0042 | 1.048 | 1.0040 | 1.048 |
| 3Q/89 | 1.061 | 0.006 | 1.067 | 1.0084 | 1.058 | 1.0080 | 1.059 |
| 4Q/89 | 1.071 | 0.009 | 1.080 | 1.0193 | 1.060 | 1.0120 | 1.067 |
| 1Q/90 | 1.092 | -0.004 | 1.088 | 1.0303 | 1.056 | 1.0264 | 1.060 |
| 2Q/90 | 1.093 | 0.005 | 1.098 | 1.0414 | 1.054 | 1.0410 | 1.055 |
| 3Q/90 | 1.092 | 0.006 | 1.098 | 1.0526 | 1.043 | 1.0558 | 1.040 |
| 4Q/90 | 1.126 | 0.000 | 1.126 | 1.0640 | 1.058 | 1.0707 | 1.052 |
| 1Q/91 | 1.144 | 0.001 | 1.145 | 1.0755 | 1.065 | 1.0834 | 1.057 |
| 2Q/91 | 1.128 | 0.015 | 1.143 | 1.0871 | 1.051 | 1.0962 | 1.043 |
| 3Q/91 | 1.157 | -0.009 | 1.148 | 1.0988 | 1.045 | 1.1091 | 1.035 |
| 4Q/91 | 1.176 | -0.002 | 1.174 | 1.1107 | 1.057 | 1.1222 | 1.046 |
| 1Q/92 | 1.169 | -0.001 | 1.168 | 1.1227 | 1.040 | 1.1351 | 1.029 |
| 2Q/92 | 1.157 | 0.005 | 1.162 | 1.1348 | 1.024 | 1.1481 | 1.012 |
| 3Q/92 | 1.161 | -0.003 | 1.158 | 1.1471 | 1.010 | 1.1613 | 0.997 |
| 4Q/92 | 1.181 | 0.006 | 1.187 | 1.1595 | 1.024 | 1.1747 | 1.010 |

(Beginning with 1Q93, the ICC used 4Q92 as the RCAF base period. See Table I.)

[1] "Preliminary RCAF" is the All-Inclusive Index (Table D), divided by 100.

[2] The "Forecast Error Adjustment" is the difference between the forecast and actual index levels from two quarters prior (Table E), divided by 100.

[3] Prior to 1989Q2, the terms "RCAF (Unadjusted)" and "RCAF (Adjusted)" were not used. The factor derived by adjusting the Preliminary RCAF for forecast error was simply called the "RCAF". Beginning 1989Q, the RCAF (Unadjusted) is the Preliminary RCAF adjusted for forecast error, and the RCAF (Adjusted) is the RCAF (Unadjusted) adjusted by the Productivity Adjustment Factor.

[4] The Surface Transportation Board in its Ex Parte No. 290 (Sub-No. 7) decision served October 3, 1996 created an additional RCAF series (RCAF-5) which reflects productivity-adjusted values as if the agency had used a 5-year rolling average productivity adjustment factor since the second quarter 1989 inception of a productivity-adjusted RCAF. The productivity adjustment factor used in this calculation is called the PAF-5.



Highly Confidential DA02695 CSXFSC000126760

# Table H

## RAIL COST ADJUSTMENT FACTOR (10/1/82=100)

| Quarter | Preliminary RCAF | Forecast Error Adjustment | RCAF | Maximum RCAF Rate Level |
|---|---|---|---|---|
| 10/1/82 | | | 1.000 | 1.000 |
| 1Q/83 | | | 1.010 | 1.010 |
| 2Q/83 | | | 0.979 | 1.010 |
| 3Q/83 | | | 0.999 | 1.010 |
| 4Q/83 | | | 1.012 | 1.012 |
| 1Q/84 | | | 1.053 [1] | 1.053 |
| 2Q/84 | | | 1.053 | 1.053 |
| 3Q/84 | | | 1.058 | 1.057 [1] |
| 4Q/84 | | | 1.053 | 1.057 |
| 1Q/85 | | | 1.048 | 1.057 |
| 2Q/85 | | | 1.042 | 1.057 |
| 3Q/85 | | | 1.040 | 1.057 |
| 4Q/85 | | | 1.012 | 1.057 |
| 1Q/86 | | | 1.069 | 1.069 |
| 2Q/86 | | | 1.023 | 1.069 |
| 3Q/86 | | | 1.040 | 1.069 |
| 4Q/86 | | | 1.044 | 1.069 [2] |
| 1Q/87 | 1.071 | -0.009 | 1.062 | 1.057 |
| 2Q/87 | 1.069 | -0.001 | 1.068 | 1.057 |
| 3Q/87 | 1.079 | 0.008 | 1.087 | 1.057 |
| 4Q/87 | 1.087 | 0.006 | 1.093 | 1.057 |
| 1Q/88 | 1.117 | 0.005 | 1.122 | 1.101 |
| 2Q/88 | 1.133 | 0.007 | 1.140 | 1.140 |

(Beginning in 3Q88, the ICC used the 4Q87 base for the RCAF. See Table G.)

[1] The ICC in 2Q84 determined that 1Q84 should have been 105.2, but no retroactive rate actions were ordered. The maximum RCAF rate level was held down by 0.1% in 3Q84 to adjust for the overstatement.

[2] The 4Q86 maximum RCAF rate level was 1.069 to November 16, and 1.057 thereafter.



Highly Confidential DA02696 CSXFSC000126761

## Table I
## RAIL COST ADJUSTMENT FACTOR (4Q/92=100)

| Quarter | Prelim-inary RCAF[1] | Forecast Error Adjustment[2] | RCAF (Unad-justed)[3] | Productivity Adjustment Factor | RCAF (Adjusted)[4] | PAF-5[5] | RCAF-5[5] |
|---|---|---|---|---|---|---|---|
| 4Q/92 | 0.995 | 0.005 | 1.000 | 1.1595 | 0.862 | 1.1747 | 0.851 |
| 1Q/93 | 1.008 | 0.004 | 1.012 | 1.1720 | 0.863 | 1.1926 | 0.849 |
| 2Q/93 | 1.003 | 0.002 | 1.005 | 1.1847 | 0.848 | 1.2107 | 0.830 |
| 3Q/93 | 1.011 | 0.002 | 1.013 | 1.1975 | 0.846 | 1.2291 | 0.824 |
| 4Q/93 | 1.024 | 0.001 | 1.025 | 1.2104 | 0.847 | 1.2478 | 0.822 |
| 1Q/94 | 1.033 | -0.004 | 1.029 | 1.2253 | 0.840 | 1.2621 | 0.815 |
| 2Q/94 | 1.022 | 0.002 | 1.024 | 1.2404 | 0.826 | 1.2766 | 0.802 |
| 3Q/94 | 1.046 | 0.000 | 1.046 | 1.2557 | 0.833 | 1.2913 | 0.810 |
| 4Q/94 | 1.043 | 0.002 | 1.045 | 1.2711 | 0.822 | 1.3062 | 0.800 |
| 1Q/95 | 1.055 | 0.003 | 1.058 | 1.2867 | 0.822 | 1.3222 | 0.800 |
| 2Q/95 | 1.065 | 0.005 | 1.070 | 1.3052 | 0.820 | 1.3385 | 0.799 |
| 3Q/95 | 1.076 | 0.004 | 1.080 | 1.3240 | 0.816 | 1.3550 | 0.797 |
| 4Q/95 | 1.076 | 0.003 | 1.079 | 1.3431 | 0.803 | 1.3716 | 0.787 |
| 1Q/96 | 1.071 | -0.005 | 1.066 | 1.3624 | 0.782 | 1.3914 | 0.766 |
| 2Q/96 | 1.067 | -0.004 | 1.063 | 1.3820 | 0.769 | 1.4114 | 0.753 |
| 3Q/96 | 1.077 | -0.003 | 1.074 | 1.4019 | 0.766 | 1.4317 | 0.750 |
| 4Q/96 | 1.086 | 0.006 | 1.092 | 1.4221 | 0.768 | 1.4524 | 0.752 |
| 1Q/97 | 1.113 | 0.003 | 1.116 | 1.4426 | 0.774 | 1.4733 | 0.757 |
| 2Q/97 | 1.107 | 0.008 | 1.115 | 1.4603 | 0.764 | 1.4945 | 0.746 |
| 3Q/97 | 1.113 | -0.001 | 1.112 | 1.4783 | 0.752 | 1.5160 | 0.734 |
| 4Q/97 | 1.104 | 0.000 | 1.104 | 1.4965 | 0.738 | 1.5378 | 0.718 |

(Beginning with 1Q98, the STB used 4Q97 as the RCAF base period. See Table J.)

[1] "Preliminary RCAF" is the All-Inclusive Index (Table D), divided by 100.

[2] The "Forecast Error Adjustment" is the difference between the forecast and actual index levels from two quarters prior (Table E), divided by 100.

[3] The Unadjusted RCAF is the sum of the Preliminary RCAF plus the Forecast Error Adjustment.

[4] The Adjusted RCAF is the Unadjusted RCAF adjusted by the Productivity Adjustment Factor.

[5] The Surface Transportation Board in its Ex Parte No. 290 (Sub-No. 7) decision served October 3, 1996 created an additional RCAF series (RCAF-5) which reflects productivity-adjusted values as if the agency had used a 5-year rolling average productivity adjustment factor since the second quarter 1989 inception of a productivity-adjusted RCAF. The productivity adjustment factor used in this calculation is called the PAF-5.



Highly Confidential DA02697 CSXFSC000126762

# Table J

## RAIL COST ADJUSTMENT FACTOR (4Q/97=100)

| Quarter | Prelim-inary RCAF[1] | Forecast Error Adjustment[2] | RCAF (Unad-justed)[3] | Productivity Adjustment Factor | RCAF (Adjusted)[4] | PAF-5[5] | RCAF-5[5] |
|---|---|---|---|---|---|---|---|
| 4Q 1997 | 1.000 | 0.000 | 1.000 | 1.4965 | 0.668 | 1.5378 | 0.650 |
| 1Q 1998 | 0.997 | -0.001 | 0.996 | 1.5149 | 0.657 | 1.5567 | 0.640 |
| 2Q 1998 | 0.990 | 0.006 | 0.996 | 1.5503 | 0.642 | 1.5758 | 0.632 |
| 3Q 1998 | 1.001 | -0.003 | 0.998 | 1.5866 | 0.629 | 1.5952 | 0.626 |
| 4Q 1998 | 1.001 | 0.002 | 1.003 | 1.6237 | 0.618 | 1.6148 | 0.621 |
| 1Q 1999 | 0.999 | -0.003 | 0.996 | 1.6617 | 0.599 | 1.6526 | 0.603 |
| 2Q 1999 | 0.994 | -0.001 | 0.993 | 1.6850 | 0.589 | 1.6913 | 0.587 |
| 3Q 1999 | 1.006 | -0.004 | 1.002 | 1.7086 | 0.586 | 1.7309 | 0.579 |
| 4Q 1999 | 1.005 | 0.006 | 1.011 | 1.7325 | 0.584 | 1.7714 | 0.571 |
| 1Q 2000 | 1.036 | 0.007 | 1.043 | 1.7568 | 0.594 | 1.7962 | 0.581 |
| 2Q 2000 | 1.041 | 0.009 | 1.050 | 1.7719 | 0.593 | 1.8213 | 0.577 |
| 3Q 2000 | 1.048 | 0.002 | 1.050 | 1.7871 | 0.588 | 1.8468 | 0.569 |
| 4Q 2000 | 1.059 | 0.003 | 1.062 | 1.8025 | 0.589 | 1.8727 | 0.567 |
| 1Q 2001 | 1.079 | 0.006 | 1.085 | 1.8180 | 0.597 | 1.8888 | 0.574 |
| 2Q 2001 | 1.072 | 0.004 | 1.076 | 1.8305 | 0.588 | 1.9050 | 0.565 |
| 3Q 2001 | 1.079 | 0.000 | 1.079 | 1.8431 | 0.585 | 1.9214 | 0.562 |
| 4Q 2001 | 1.074 | 0.004 | 1.078 | 1.8558 | 0.581 | 1.9379 | 0.556 |
| 1Q 2002 | 1.076 | 0.000 | 1.076 | 1.8686 | 0.576 | 1.9513 | 0.551 |
| 2Q 2002 | 1.064 | -0.002 | 1.062 | 1.8878 | 0.563 | 1.9648 | 0.541 |
| 3Q 2002 | 1.072 | -0.010 | 1.062 | 1.9072 | 0.557 | 1.9784 | 0.537 |
| 4Q 2002 | 1.096 | 0.012 | 1.108 | 1.9268 | 0.575 | 1.9921 | 0.556 |

(Beginning with Q103, the STB used 4Q02 as the RCAF base period. See Table K.)

[1] "Preliminary RCAF" is the All-Inclusive Index (Table D), divided by 100.

[2] The "Forecast Error Adjustment" is the difference between the forecast and actual index levels from two quarters prior (Table E), divided by 100.

[3] The Unadjusted RCAF is the sum of the Preliminary RCAF plus the Forecast Error Adjustment.

[4] The Adjusted RCAF is the Unadjusted RCAF adjusted by the Productivity Adjustment Factor.

[5] The Surface Transportation Board in its Ex Parte No. 290 (Sub-No. 7) decision served October 3, 1996 created an additional RCAF series (RCAF-5) which reflects productivity-adjusted values as if the agency had used a 5-year rolling average productivity adjustment factor since the second quarter 1989 inception of a productivity-adjusted RCAF. The productivity adjustment factor used in this calculation is called the PAF-5.



Highly Confidential DA02698 CSXFSC000126763

# Table K
## RAIL COST ADJUSTMENT FACTOR (4Q/2002=100)

| Quarter | Prelim-inary RCAF[1] | Forecast Error Adjustment[2] | RCAF (Unad-justed)[3] | Productivity Adjustment Factor | RCAF (Adjusted)[4] | PAF-5[5] | RCAF-5[5] |
|---|---|---|---|---|---|---|---|
| 4Q 2002 | 0.989 | 0.011 | 1.000 | 1.9268 | 0.519 | 1.9921 | 0.502 |
| 1Q 2003 | 0.992 | 0.004 | 0.996 | 1.9466 | 0.512 | 2.0126 | 0.495 |
| 2Q 2003 | 1.011 | 0.009 | 1.020 | 1.9557 | 0.522 | 2.0333 | 0.502 |
| 3Q 2003 | 1.006 | 0.014 | 1.020 | 1.9649 | 0.519 | 2.0542 | 0.497 |
| 4Q 2003 | 1.020 | -0.003 | 1.017 | 1.9741 | 0.515 | 2.0754 | 0.490 |
| 1Q 2004 | 1.018 | 0.007 | 1.025 | 1.9834 | 0.517 | 2.0852 | 0.492 |
| 2Q 2004 | 1.026 | 0.007 | 1.033 | 1.9943 | 0.518 | 2.0950 | 0.493 |
| 3Q 2004 | 1.055 | 0.016 | 1.071 | 2.0053 | 0.534 | 2.1048 | 0.509 |
| 4Q 2004 | 1.075 | 0.022 | 1.097 | 2.0163 | 0.544 | 2.1147 | 0.519 |
| 1Q 2005 | 1.097 | 0.010 | 1.107 | 2.0274 | 0.546 | 2.1263 | 0.521 |
| 2Q 2005 | 1.119 | 0.030 | 1.149 | 2.0420 | 0.563 | 2.1380 | 0.537 |
| 3Q 2005 | 1.130 | 0.006 | 1.136 | 2.0567 | 0.552 | 2.1498 | 0.528 |
| 4Q 2005 | 1.173 | 0.012 | 1.185 | 2.0715 | 0.572 | 2.1616 | 0.548 |
| 1Q 2006 | 1.166 | 0.011 | 1.177 | 2.0864 | 0.564 | 2.1772 | 0.541 |
| 2Q 2006 | | | | | | | |
| 3Q 2006 | | | | | | | |
| 4Q 2006 | | | | | | | |
| 1Q 2007 | | | | | | | |
| 2Q 2007 | | | | | | | |
| 3Q 2007 | | | | | | | |
| 4Q 2007 | | | | | | | |

[1] "Preliminary RCAF" is the All-Inclusive Index (Table D), divided by 100.

[2] The "Forecast Error Adjustment" is the difference between the forecast and actual index levels from two quarters prior (Table E), divided by 100.

[3] The Unadjusted RCAF is the sum of the Preliminary RCAF plus the Forecast Error Adjustment.

[4] The Adjusted RCAF is the Unadjusted RCAF adjusted by the Productivity Adjustment Factor.

[5] The Surface Transportation Board in its Ex Parte No. 290 (Sub-No. 7) decision served October 3, 1996 created an additional RCAF series (RCAF-5) which reflects productivity-adjusted values as if the agency had used a 5-year rolling average productivity adjustment factor since the second quarter 1989 inception of a productivity-adjusted RCAF. The productivity adjustment factor used in this calculation is called the PAF-5.

# Table L
## RAIL COST ADJUSTMENT FACTOR (4Q/2007=100)

| Quarter | Prelim-[1] inary RCAF | Forecast[2] Error Adjustment | RCAF[3] (Unad- justed) | Productivity Adjustment Factor | RCAF[4] (Adjusted) | PAF-5[5] | RCAF-5[5] |
|---|---|---|---|---|---|---|---|
| 4Q 2007 | | | | | | | |
| 1Q 2008 | | | | | | | |
| 2Q 2008 | | | | | | | |
| 3Q 2008 | | | | | | | |
| 4Q 2008 | | | | | | | |
| 1Q 2009 | | | | | | | |
| 2Q 2009 | | | | | | | |
| 3Q 2009 | | | | | | | |
| 4Q 2009 | | | | | | | |
| 1Q 2010 | | | | | | | |
| 2Q 2010 | | | | | | | |
| 3Q 2010 | | | | | | | |
| 4Q 2010 | | | | | | | |
| 1Q 2011 | | | | | | | |
| 2Q 2011 | | | | | | | |
| 3Q 2011 | | | | | | | |
| 4Q 2011 | | | | | | | |
| 1Q 2012 | | | | | | | |
| 2Q 2012 | | | | | | | |
| 3Q 2012 | | | | | | | |
| 4Q 2012 | | | | | | | |

Tables L through Z are reserved for future Rail Cost Adjustment Factors.

[1] "Preliminary RCAF" is the All-Inclusive Index (Table D), divided by 100.

[2] The "Forecast Error Adjustment" is the difference between the forecast and actual index levels from two quarters prior (Table E), divided by 100.

[3] The Unadjusted RCAF is the sum of the Preliminary RCAF plus the Forecast Error Adjustment.

[4] The Adjusted RCAF is the Unadjusted RCAF adjusted by the Productivity Adjustment Factor.

[5] The Surface Transportation Board in its Ex Parte No. 290 (Sub-No. 7) decision served October 3, 1996 created an additional RCAF series (RCAF-5) which reflects productivity-adjusted values as if the agency had used a 5-year rolling average productivity adjustment factor since the second quarter 1989 inception of a productivity-adjusted RCAF. The productivity adjustment factor used in this calculation is called the PAF-5.



Highly Confidential DA02700 CSXFSC000126765

# Table M
## RAIL COST ADJUSTMENT FACTOR (4Q/2012=100)

| Quarter | Prelim-inary RCAF[1] | Forecast Error Adjustment[2] | RCAF (Unad-justed)[3] | Productivity Adjustment Factor | RCAF (Adjusted)[4] | PAF-5[5] | RCAF-5[5] |
|---|---|---|---|---|---|---|---|
| 4Q 20012 | | | | | | | |
| 1Q 2013 | | | | | | | |
| 2Q 2013 | | | | | | | |
| 3Q 2013 | | | | | | | |
| 4Q 2013 | | | | | | | |
| 1Q 2014 | | | | | | | |
| 2Q 2014 | | | | | | | |
| 3Q 2014 | | | | | | | |
| 4Q 2014 | | | | | | | |
| 1Q 2015 | | | | | | | |
| 2Q 2015 | | | | | | | |
| 3Q 2015 | | | | | | | |
| 4Q 2015 | | | | | | | |
| 1Q 2016 | | | | | | | |
| 2Q 2016 | | | | | | | |
| 3Q 2016 | | | | | | | |
| 4Q 2016 | | | | | | | |
| 1Q 2017 | | | | | | | |
| 2Q 2017 | | | | | | | |
| 3Q 2017 | | | | | | | |
| 4Q 2017 | | | | | | | |

Tables L through Z are reserved for future Rail Cost Adjustment Factors.

[1] "Preliminary RCAF" is the All-Inclusive Index (Table D), divided by 100.

[2] The "Forecast Error Adjustment" is the difference between the forecast and actual index levels from two quarters prior (Table E), divided by 100.

[3] The Unadjusted RCAF is the sum of the Preliminary RCAF plus the Forecast Error Adjustment.

[4] The Adjusted RCAF is the Unadjusted RCAF adjusted by the Productivity Adjustment Factor.

[5] The Surface Transportation Board in its Ex Parte No. 290 (Sub-No. 7) decision served October 3, 1996 created an additional RCAF series (RCAF-5) which reflects productivity-adjusted values as if the agency had used a 5-year rolling average productivity adjustment factor since the second quarter 1989 inception of a productivity-adjusted RCAF. The productivity adjustment factor used in this calculation is called the PAF-5.



Highly Confidential DA02701 

# Table AA

## FIRST QUARTER 2006 ALL-INCLUSIVE INDEX LESS FUEL

The components and values of the All-Inclusive Index Less Fuel in the first quarter 2006 are shown below. The first quarter index of 111.8 is 2.4 percent above the fourth quarter 2005 forecast.

| | 2004 Weights | 2005Q4 Forecast | 2006Q1 Forecast | Percent Change |
|---|---|---|---|---|
| Labor | 41.0 % | 287.7 | 292.1 | 1.5 % |
| Materials & Supplies | 5.0 | 179.9 | 185.6 | 3.2 |
| Equipment Rents | 10.1 | 181.4 | 184.6 | 1.8 |
| Depreciation | 12.1 | 185.1 | 195.0 | 5.3 |
| Interest | 3.4 | 92.7 | 92.7 | 0.0 |
| Other | 28.4 | 176.2 | 182.1 | 3.3 |
| Weighted Average | | | | |
| a. 1980 = 100 | | 220.9 | 226.1 | |
| b. 1980 = 100 (linked) | | 220.0 | 225.2 [1] | |
| c. 4Q02 = 100 | | 109.2 | 111.8 [2] | 2.4 |

[1] 2006Q1 linked index of 225.2 = relative change (2006Q1 index of 226.1/ 2005Q4 index of 220.9) times 2005Q4 linked index of 220.0. Linking is necessitated by periodic changes in external weighting.

[2] 4Q02 based index = 2006Q1 index (225.2) / 4Q02 linking factor (201.4) times 100 = 111.8.

# Table AB

## FORECAST VS. ACTUAL THIRD QUARTER 2005 ALL-INCLUSIVE INDEX LESS FUEL

As shown below, the actual index of 109.5 in the third quarter 2005 is 0.6 index points below the forecast value. Thus, the forecast error adjustment in the first quarter 2006 is -0.6.

| | 2003 Weights | Third Quarter 2005 Forecast | Third Quarter 2005 Actual |
|---|---|---|---|
| Labor | 41.9 % | 291.1 | 290.9 |
| Materials & Supplies | 4.9 | 179.8 | 179.8 |
| Equipment Rents | 10.5 | 182.8 | 181.8 |
| Depreciation | 12.0 | 180.3 | 178.9 |
| Interest | 3.6 | 90.2 | 90.2 |
| Other | 27.1 | 179.5 | 176.8 |
| Weighted Average | | | |
| a. 1980 = 100 | | 223.5 | 222.4 |
| b. 1980 = 100 (linked) | | 221.8 | 220.6 [1] |
| c. 4Q02 = 100[2] | | 110.1 | 109.5 |
| Forecast Error | -0.6 | | |

Note 1: 2005Q3 linked actual index of 220.6 = relative change (2005Q3 actual index of 222.4 / 2005Q2 actual index of 221.1) times 2005Q2 linked actual index of 219.3.

Note 2: 4Q02 based index = Linked index divided by 2002Q4 linking factor of (201.4) times 100.

# Table AC

## ALL-INCLUSIVE INDEX LESS FUEL ON VARIOUS BASES

| | Base * | |
|---|---|---|
| | 1980 | 2002Q4 |
| 1996Q1 | 178.1 | 88.4 |
| 1996Q2 | 177.4 | 88.1 |
| 1996Q3 | 179.3 | 89.0 |
| 1996Q4 | 180.1 | 89.4 |
| 1997Q1 | 183.9 | 91.3 |
| 1997Q2 | 184.2 | 91.5 |
| 1997Q3 | 184.9 | 91.8 |
| 1997Q4 | 183.7 | 91.2 |
| 1998Q1 | 183.0 | 90.9 |
| 1998Q2 | 182.8 | 90.8 |
| 1998Q3 | 184.8 | 91.8 |
| 1998Q4 | 185.0 | 91.9 |
| 1999Q1 | 185.1 | 91.9 |
| 1999Q2 | 184.9 | 91.8 |
| 1999Q3 | 186.3 | 92.5 |
| 1999Q4 | 185.5 | 92.1 |
| 2000Q1 | 190.3 | 94.5 |
| 2000Q2 | 190.3 | 94.5 |
| 2000Q3 | 192.0 | 95.3 |
| 2000Q4 | 191.6 | 95.1 |
| 2001Q1 | 195.5 | 97.1 |
| 2001Q2 | 196.2 | 97.4 |
| 2001Q3 | 197.2 | 97.9 |
| 2001Q4 | 196.3 | 97.5 |
| 2002Q1 | 199.1 | 98.9 |
| 2002Q2 | 197.3 | 98.0 |
| 2002Q3 | 197.5 | 98.1 |
| 2002Q4 | 201.4 | 100.0 |
| 2003Q1 | 202.4 | 100.5 |
| 2003Q2 | 203.2 | 100.9 |
| 2003Q3 | 204.8 | 101.7 |
| 2003Q4 | 207.0 | 102.8 |
| 2004Q1 | 206.9 | 102.7 |
| 2004Q2 | 207.5 | 103.0 |
| 2004Q3 | 212.0 | 105.3 |
| 2004Q4 | 215.2 | 106.9 |
| 2005Q1 | 217.3 | 107.9 |
| 2005Q2 | 220.3 | 109.4 |
| 2005Q3 | 221.8 | 110.1 |
| 2005Q4 | 220.0 | 109.2 |
| 2006Q1 | 225.2 | 111.8 |
| 2006Q2 | | |
| 2006Q3 | | |
| 2006Q4 | | |

* The 1980 linked All-Inclusive Index for each quarter is divided by the following linking factors to determine the values shown on Table AC: 4Q/02 = 2.014

# Table AD

## ALL-INCLUSIVE INDEX LESS FUEL WITH FORECAST ERROR ADJUSTMENT

**4Q/2002 = 100.0**

| | All-LF | Forecast Error Adjustment | All-LF With Forecast Error Adjustment |
|---|---|---|---|
| 1996Q1 | 88.4 | -0.4 | 88.0 |
| 1996Q2 | 88.1 | -0.5 | 87.6 |
| 1996Q3 | 89.0 | -0.4 | 88.6 |
| 1996Q4 | 89.4 | -0.1 | 89.3 |
| 1997Q1 | 91.3 | -0.1 | 91.2 |
| 1997Q2 | 91.5 | 0.0 | 91.5 |
| 1997Q3 | 91.8 | -0.1 | 91.7 |
| 1997Q4 | 91.2 | -0.4 | 90.8 |
| 1998Q1 | 90.9 | 0.0 | 90.9 |
| 1998Q2 | 90.8 | 0.2 | 91.0 |
| 1998Q3 | 91.8 | -0.2 | 91.6 |
| 1998Q4 | 91.9 | 0.0 | 91.9 |
| 1999Q1 | 91.9 | -0.2 | 91.7 |
| 1999Q2 | 91.8 | -0.2 | 91.6 |
| 1999Q3 | 92.5 | -0.1 | 92.4 |
| 1999Q4 | 92.1 | 0.0 | 92.1 |
| 2000Q1 | 94.5 | 0.2 | 94.7 |
| 2000Q2 | 94.5 | 0.2 | 94.7 |
| 2000Q3 | 95.3 | -0.3 | 95.0 |
| 2000Q4 | 95.1 | -0.1 | 95.0 |
| 2001Q1 | 97.1 | -0.2 | 96.9 |
| 2001Q2 | 97.4 | -0.1 | 97.3 |
| 2001Q3 | 97.9 | -0.1 | 97.8 |
| 2001Q4 | 97.5 | -0.2 | 97.3 |
| 2002Q1 | 98.9 | -0.2 | 98.7 |
| 2002Q2 | 98.0 | -0.2 | 97.8 |
| 2002Q3 | 98.1 | -0.9 | 97.2 |
| 2002Q4 | 100.0 | 0.0 | 100.0 |
| 2003Q1 | 100.5 | -0.1 | 100.4 |
| 2003Q2 | 100.9 | 0.0 | 100.9 |
| 2003Q3 | 101.7 | 0.0 | 101.7 |
| 2003Q4 | 102.8 | -0.1 | 102.7 |
| 2004Q1 | 102.7 | -0.1 | 102.6 |
| 2004Q2 | 103.0 | 0.1 | 103.1 |
| 2004Q3 | 105.3 | 0.5 | 105.8 |
| 2004Q4 | 106.9 | 1.0 | 107.9 |
| 2005Q1 | 107.9 | -0.1 | 107.8 |
| 2005Q2 | 109.4 | 0.0 | 109.4 |
| 2005Q3 | 110.1 | 0.5 | 110.6 |
| 2005Q4 | 109.2 | -0.5 | 108.7 |
| 2006Q1 | 111.8 | -0.6 | 111.2 |
| 2006Q2 | | | |
| 2006Q3 | | | |
| 2006Q4 | | | |



Highly Confidential



CSXFSC000126770

# INDEX TERMINOLOGY

ALL-INCLUSIVE INDEX – An index which measures changes in prices for various categories of railroad expenses associated with carrying freight. A forecast of this index is used by the Surface Transportation Board (STB) to determine the Railroad Cost Adjustment Factor. It replaced the Interim Mid-Quarter Index in 1985.

ALL-INCLUSIVE INDEX LESS FUEL (AII-LF) – The All-Inclusive Index calculated without the Fuel component. All other components match the All-Inclusive Index used to determine the Rail Cost Adjustment Factor.

BASE PERIOD – The year to which all price levels are compared. Indexes are generally rebased to 100 periodically. An index can be rebased by dividing each index number by the index value for the period which will be established as the new base.

BENCHMARKING – Updating the hourly rates that underlie the quarterly estimates of the various components of the wage index and the supplements index. Benchmark data on hours and compensation are from the annual Wage Statistics, and data on fringe benefits and payroll taxes are from the R-1 Annual Report. The Class I railroads file the R-1 Annual Report and an abbreviated version of the wage statistics with the STB.

CHARGEOUT PRICES – The value of an item at the time it is charged to an operating expense account. The chargeout price is generally the original purchase price, sometimes a "system average price." The AAR publishes both an annual and a quarterly series of chargeout price indexes.

COMPOSITION CATEGORIES – Subcomponents of the materials and supplies index. Each of the market basket items can be assigned to one of three categories: forest products, metal products, and miscellaneous products. Separate spot price indexes are published for these categories. The overall materials and supplies spot price and chargeout price indexes are based on this grouping.

EX PARTE NO. 290 – The STB proceeding which meets the requirements of the Staggers Rail Act to calculate a Rail Cost Adjustment Factor using an index of railroad costs.

FORECAST ERROR – The difference between the forecasted and the actual All-Inclusive Indexes for a given quarter. The forecast error from the second prior quarter is added to (if the forecast was understated) or subtracted from (if the forecast was overstated) the Preliminary RCAF to derive the RCAF (the RCAF (Unadjusted) beginning in 2Q,89).

FUNCTION CATEGORIES – Subcomponents of the materials and supplies index. Each of the market basket items can be assigned to one of four categories: maintenance of way items, freight car items, locomotive items, and all other items. Separate spot price indexes are published for these categories on a quarterly basis.

INTERIM MID-QUARTER INDEX – An index which measures changes in prices for various categories of railroad expenses associated with carrying freight. The ICC used this index for determining the RCAF until 1985, when it completed its analysis of the AII.

LINKING – The statistical process used to adjust indexes for changes other than price changes, the inclusion of which would otherwise distort the index value. Examples are the introduction of new weights, the substitution of a different product in the market basket or the inclusion of a new index component. Since the purpose of a price index is to reflect changes due only to actual changes in price levels, it is often necessary to "link out" the impact of other changes.

PPI-All Commodities – U.S. Department of Labor's Producer Price Index for All Commodities (series ID wpu00000000).

PPI-LF – U.S. Department of Labor's Producer Price Index for Industrial Commodities, Less Fuel and Related Products and Power (series ID wpu03t15m05).

PPI-RE – U.S. Department of Labor's Producer Price Index for Railroad Equipment (series ID wpu144).

PRELIMINARY RCAF – The STB's term for the forecasted All-Inclusive Index, divided by 100. It is the basis for both the RCAF (Unadjusted) and the RCAF (Adjusted), and is prior to forecast error adjustment.

# INDEX TERMINOLOGY (Cont.)

PRODUCTIVITY ADJUSTMENT – The adjustment made to the RCAF each quarter which is designed to convert a price index to a cost index. A productivity adjustment was incorporated in the RCAF for the first time in 2Q,89.

PRODUCTIVITY ADJUSTMENT FACTOR (PAF) – The STB-determined factor which is divided into the RCAF (Unadjusted) to derive the RCAF (Adjusted). Each quarter's PAF is calculated by multiplying the previous quarter's PAF by the fourth root of the current multi-year average. The years included and the productivity change underlying the PAF used for various RCAF calculations are: 2Q and 3Q 89=1982-86 (1.7%); 4Q89-2Q90=1982-87 (4.4%); 3Q90-4Q91=1982-88 (4.4%); 1Q92-4Q93=1982-89 (4.4%); 1Q94-1Q95=1988-92 (5.0%); 2Q95-2Q96=1989-93 (5.9%); 3Q96-1Q97=1990-94 (5.9%); 2Q97-1Q98=1991-95 (5.0%); 2Q98-1Q99=1992-96 (9.7%); 2Q99-1Q00=1993-97 (5.7%); 2Q00-1Q01=1994-98 (3.5%); 2Q01-1Q02=1995-99 (2.8%); 2Q02-1Q03=1996-2000 (4.2%); 2Q03-1Q04=1997-2001 (1.9%); 2Q04-1Q05=1998-2002 (2.2%); 2Q05-present=1999-2003 (2.9%).

PRODUCTIVITY ADJUSTMENT FACTOR-5 (PAF-5) – Same concept as PAF above to determine RCAF-5. The five-year rolling average included and the productivity change underlying the PAF-5 used for various RCAF-5 calculations are: 2Q-4Q 89=1982-86 (1.6%); 1990=1983-87 (5.8%); 1991=1984-88 (4.8%); 1992=1985-89 (4.7%); 1993=1986-90 (6.2%); 1994=1987-91 (4.7%); 1995=1988-92 (5.0%); 1996=1989-93 (5.9%); 1997=1990-94 (5.9%); 1998=1991-95 (5.0%); 1999=1992-96 (9.7%); 2000=1993-97 (5.7%); 2001=1994-98 (3.5%); 2002=1995-1999 (2.8%); 2003=1996-2000 (4.2%); 2004=1997-2001 (1.9%); 2005=1998-2002 (2.2%).

QMPW – Indexes of Railroad Material Prices and Wage Rates. An index series which contains individual indexes for several of the most important components of railroad operating expenses (labor, fuel, and materials and supplies). These indexes have been published continuously since 1933, and are now included in the RCR series.

RCAF – The Rail Cost Adjustment Factor. A factor based on the changes in the forecasted All-Inclusive Index, by which railroads may, as permitted by contracts, virtually automatically adjust their rates for inflationary/deflationary cost changes. The procedures for determining the RCAF are set forth in Ex Parte No. 290 (Sub-No. 2) proceeding.

RCAF (Adjusted) – The RCAF adjusted for productivity. Beginning in 2Q89, regulations required that the RCAF (Unadjusted) be divided by the Productivity Adjustment Factor to derive the RCAF (Adjusted), which is the basis for the maximum RCAF rate level.

RCAF (Unadjusted) – The RCAF prior to adjustment for productivity, but after forecast error adjustment.

RCAF-5 – The Surface Transportation Board in its Ex Parte No. 290 (Sub-No. 7) decision served October 3, 1996 created an additional RCAF series (RCAF-5) which reflects productivity-adjusted values as if the agency had used a 5-year rolling average productivity adjustment factor since the second quarter 1989 inception of a productivity-adjusted RCAF.

RCR – The Railroad Cost Recovery Indexes. An index series containing individual indexes for each component of railroad operating expenses, together with various composite indexes. The series continues all of the series established in the QMPW series and adds inflationary measures for the various categories of Other Operating Expenses. This series is published on both an annual and quarterly basis.

SPOT PRICES – The value of an item at the time it is purchased rather than at the time it is consumed or expensed to operating accounts. Spot price indexes are published for diesel fuel and materials and supplies.

WEIGHTS – The importance of an item with respect to the other items in the category. The AAR indexes use two basic types of weights: internal and external weights. The internal weights are the values used to combine the various subcomponents of an index to arrive at the index (e.g., the three composition groupings within materials and supplies). The external weights are the values used to combine the individual indexes to calculate the composite indexes and the "bottom-line" indexes. The weights are generally based on annual expense data and are updated periodically -- the AII/RCAF, AII-LF, and the internal weights of the RCR annually, and the RCR external weights every five years, or sooner, if the distribution of costs among components changes substantially.

# COMMON ABBREVIATIONS

***Freight Railroads***

| | |
|---|---|
| BLE | Bessemer & Lake Erie Railroad (part of CN's Grand Trunk Corporation) |
| BNSF | BNSF Railway Company |
| CC | Chicago, Central & Pacific (part of CN's Grand Trunk Corporation, also noted as CC&P) |
| CN | Canadian National Railway (Canada, a.k.a. CN) |
| CNGT | AAR's designation for Grand Trunk Corporation (most of CN's U.S. operations) |
| CP | Canadian Pacific Railway (Canada) Also noted as CPR. |
| CSX | CSX Transportation |
| DMIR | Duluth, Missabe & Iron Range Company (part of CN's Grand Trunk Corporation) |
| DWP | Duluth, Winnipeg & Pacific Railway Company (part of CN's Grand Trunk Corporation) |
| FXE | Ferrocarril Mexicano (Ferromex), a subsidiary of Grupo Ferroviario Mexicano (Mexico) |
| GTW | Grand Trunk Western Railroad (part of CN's Grand Trunk Corporation) |
| IC | Illinois Central Railroad (part of CN's Grand Trunk Corporation) |
| KCS | Kansas City Southern Railway |
| KCSM | Kansas City Southern de México, S.A. de C.V. (Mexican railroad formerly know as TFM) |
| NS | Norfolk Southern Combined Railroad Subsidiaries (a.k.a. Norfolk Southern Railway or NS Rail) |
| SOO | Soo Line Railroad (Western U.S. part of Canadian Pacific Railway) |
| SSAM | Sault Saint Marie Bridge Company (part of CN's Grand Trunk Corporation) |
| UP | Union Pacific Railroad |
| WC | Wisconsin Central and subsidiaries (part of CN's Grand Trunk Corporation) |

*Note: Index calculations in this publication are based on data provided by the U.S. Class I railroads.*

***Railroad Organizations and Regulators***

| | |
|---|---|
| AAR | Association of American Railroads |
| ICC | Interstate Commerce Commission (replaced by the Surface Transportation Board on January 1, 1996) |
| NRLC | National Railway Labor Conference |
| RRB | Railroad Retirement Board |
| STB | Surface Transportation Board |

***Major Railroad Unions***

| | |
|---|---|
| ATDA | American Train Dispatchers Association |
| BLET | Brotherhood of Locomotive Engineers and Trainmen (Division of the International Brotherhood of Teamsters) |
| BMWED | Brotherhood of Maintenance of Way Employees Division (of the International Brotherhood of Teamsters) |
| BRS | Brotherhood of Railroad Signalmen |
| IAM | International Association of Machinists and Aerospace Workers |
| IBBM | International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers |
| IBEW | International Brotherhood of Electrical Workers |
| NCFO | National Conference of Firemen and Oilers |
| SMW | Sheet Metal Workers' International Association |
| TCU | Transportation Communication International Union |
| TCU-Carmen | Brotherhood of Railway Carmen Division of the TCU |
| UTU | United Transportation Union |
| UTU-Yard | United Transportation Union Yardmaster Department (also called the UTU-YMD) |

***Predecessor Unions (Some AAR databases use these old abbreviations)***

| | |
|---|---|
| BLE | Brotherhood of Locomotive Engineers (predecessor to BLET) |
| BMWE | Brotherhood of Maintenance of Way Employees (predecessor to BMWED) |
| BRC | Brotherhood of Railway Carmen (predecessor to TCU-Carmen) |
| IBFO | International Brotherhood of Firemen and Oilers (predecessor to NCFO) |

Policy and Economics Department
Association of American Railroads
50 F Street, N.W.
Washington, D.C. 20001

For information regarding this publication call:

(202) 639 - 2309

**From:** Gooden, Clarence
**Sent:** Tuesday, August 20, 2002 2:41 PM
**To:** McIntyre, Clyde Jr.
**Cc:** Woodall, Mike; Piacente, Dean ; Shefelbine, Kelly
**Subject:** RE: CSXT Fuel Surcharge Value

thanks no big deal in changing the formula
G8/20

-----Original Message-----
**From:** McIntyre, Clyde Jr.
**Sent:** Tuesday, August 20, 2002 9:59 AM
**To:** Gooden, Clarence
**Cc:** Woodall, Mike; Piacente, Dean ; Shefelbine, Kelly
**Subject:** CSXT Fuel Surcharge Value

Clarence,

At the morning meeting you asked Dean Piacente to provide you with the revenue value of a 2% CSXT fuel surcharge.

A CSXT fuel surcharge of 2% was last in effect from October 25, 2000 through October 30, 2001. During this annualized period $40.4 million was billed and approximately 88% was collected…$35.6 million. Since the price of fuel could fluctuate, the monthly value of a 2% CSXT fuel surcharge would be $3.4 million billed, $3.0 million collected.

You also asked Dean to consider the merits of changing the CSXT fuel surcharge language and formula in order to lower the threshold for activation of the surcharge….similar to CSX Intermodal. A major consideration in making such a change would be the fact that CSXT's Merchandise and Coal fuel surcharge language and formula exactly matches the current fuel surcharge provision published by NS. Customers may view a more aggressive CSXT fuel surcharge negatively, particularly on NS competitive business and on interline business from/to customers located in the shared asset area.

I will work with Mike, Dean and Kelly on a recommendation.

Clyde McIntyre
CSXT Pricing Services

# Intentionally Omitted

## DA02714

# Intentionally Omitted

## DA02715-DA02738

# Intentionally Omitted

## DA02739

---

**From:** McIntyre, Clyde Jr.
**Sent:** Monday, October 07, 2002 7:04 PM
**To:** DL Tran S&M Core Sales; DL Tran S&M Network Sales; DL Tran S&M EMU; Tran S&M FBU; DL Tran S&M MarketPricing; DL Tran S&M Price Strategy; DL Tran S&M Marketing
**Cc:** Gooden, Clarence; Jenkins, Chris; Woodall, Mike; Saunier, Vic ; Brown, Alison ; Poole, Ceceille ; Murphy, Dan ; Low, Douglas; Snyder, Joan ; Boyd, John Jr.; Humes, John Jr.; Shefelbine, Kelly; Michaelis, Leslie; Hoffmann, Mark; Hitchcock, Paul; Nesbitt, Clark ; Lancaster, Al ; Havey, Ray; McComb, Jim ; Gutman, Bob ; Taylor, Charlie; Balter, Lisa; Patterson, Rabon Jr. ; Morrison, Dorothy; Burgess, Jack
**Subject:** RE: CSXT Fuel Surcharge Alert and 4th Qtr 2002 Rail Cost Adjustment Factor (RCAF) Update

**Attachments:** CSXT Fuel Cost Recovery Charge May Change to O__.doc

As a follow-up to the September 25th CSXT fuel surcharge alert, the price of WTI Oil has now been above $28 per barrel for 23 consecutive days. The closing price on Friday, October 4th, as published in today's Wall Street Journal was $29.63. An additional 7 consecutive WSJ days above $28 will trigger a 2% CSXT fuel surcharge effective with customer bill of ladings furnished on and after Thursday, October 17th.

As provided in the CSXT 8100/8200 tariffs, customers have been communicated an advisory notice of the potential fuel surcharge on not less than ten (10) days notice. The customer advisory notice was accomplished as follows:

- A blast fax advisory notice was dated and released today, October 7th, to customers on the S&M customer list.
- A short notice has been printing on CSXT customer freight bills beginning October 4th.
- An advisory notice was posted October 4th under Customer News on the CSXT website at address: http://www.csxt.com/cus/fuelsurcharge10032002.shtml
- The attached advisory notice was U.S. mailed to all CSXT public price publication subscribers.
- Direct communication to key customers by the S&M team may be required to ensure awareness. The attachment or website address may be useful for that purpose.

CSXT Fuel Cost
Recovery Charge...

Pricing Services will soon distribute a listing of customer/price authority exceptions to the fuel surcharge. The listing will need to be reviewed by all to ensure the list is complete and valid.

Clyde McIntyre
CSXT Pricing Services

-----Original Message-----
**From:** McIntyre, Clyde Jr.
**Sent:** Wednesday, September 25, 2002 2:34 PM
**To:** DL Tran S&M Core Sales; DL Tran S&M Network Sales; DL Tran S&M EMU; Tran S&M FBU; DL Tran S&M MarketPricing; DL Tran S&M Price Strategy; DL Tran S&M Marketing
**Cc:** Gooden, Clarence; Jenkins, Chris; Woodall, Mike; Saunier, Vic ; Brown, Alison ; Poole, Ceceille ; Murphy, Dan ; Low, Douglas; Snyder, Joan ; Boyd, John Jr.; Humes, John Jr.; Shefelbine, Kelly; Michaelis, Leslie; Hoffmann, Mark; Hitchcock, Paul; Nesbitt, Clark ; Lancaster, Al ; Havey, Ray; McComb, Jim ; Gutman, Bob ; Taylor, Charlie; Balter, Lisa; Patterson, Rabon Jr. ; Morrison, Dorothy
**Subject:** CSXT Fuel Surcharge Alert and 4th Qtr 2002 Rail Cost Adjustment Factor (RCAF) Update

Merchandise Sales and Marketing team:

**CSXT Fuel Surcharge Alert:**
As a CSXT fuel surcharge status alert, yesterday's closing price published in today's Wall Street Journal for West Texas Intermediate (WTI) oil was $30.83 per barrel. This is the 15th consecutive day above $28.00 per barrel.

**If the price of WTI oil closes above $28 per barrel for an additional 15 consecutive days, a CSXT fuel surcharge of 2% would be implemented effective October 17, 2002.** In counting consecutive days, we exclude weekends and holidays, days the Wall Street Journal is not published. If implemented, the 2% fuel surcharge would be applied to line-haul freight charges and not to

supplemental services charges such as demurrage, switching and weighing. The status of CSXT's fuel surcharge and the price of WTI oil is updated daily on the CSXT website at http://www.csxt.com/cus/fuel/index.cfm. The attached provides detailed status as of September 25th:

<< File: Fuel Surcharge Alert 2% Oct 17th >>

The CSXT fuel surcharge for Merchandise traffic was published effective October 25, 2000 in Tariff CSXT 8100, Item 12000, Page XII-B-2 (http://www.csxt.com/cus/rail_logistics/pdf/xii_misc_prov.pdf). The same provisions are published for Coal traffic in Tariff CSXT 8200. For those of you not aware, NS has also implemented the exact fuel surcharge provision and formula as published by CSXT.

As provided in the CSXT 8100/8200 tariffs, customers will receive an advisory notice of any fuel surcharge not less than ten (10) days prior to its application. Our plan is to provide customer notice on the potential 2% fuel surcharge before close of business on Friday, October 4th. The customer advisory notice will be accomplished using five methods, namely:

- A blast fax advisory notice to customers on the S&M customer list.
- A short notice printed on CSXT customer freight bills.
- Posting of the advisory notice under Customer News on the CSXT website.
- Mailing the advisory notice to all CSXT public price publication subscribers.
- Direct communication to customers by the entire S&M team as required. This will be an important follow-up to ensure your key customer contacts are aware. An electronic copy of the completed October 4th advisory notice will be provided for discussing/forwarding to customers.

A CSXT fuel surcharge of 2% was last in effect from October 25, 2000 through October 30, 2001. During this annualized period $40.4 million was billed and approximately 88% was collected...$35.6 million. However, as most of you know, the actual collection of the fuel surcharge was a difficult process for both Finance and S&M. As a result, prior to the October 17th fuel surcharge, Finance has requested that S&M review the attached list of 60 customers, who have outstanding fuel surcharge balances ($4.7 million as of April 2002) from the 2000 - 2001 period. Specifically, we need to know if these particular customers need to be handled differently based on your knowledge that CSXT fuel surcharge billing and collection efforts would be unsuccessful. If your customer is on the list or if you know of other customers having fuel surcharge issues, please provide feedback with a recommendation that will add value to the fuel surcharge billing and collection process for that particular customer:

**<< File: Fuel Surcharge Top 60 Past Due Date 04-26-2002.xls >>**

**Rail Cost Adjustment Factors For 4th Quarter 2002 Decided:**
- **RCAF(U) up +4.3% quarterly and +2.8% annual**
- **RCAF(A) up +3.2% quarterly and down -1.0% annual**

Since implementation of the fuel surcharge in 2000, CSXT prices and pricing documents have been conditioned to be either subject to the fuel surcharge provision, or to a government price/cost index factor that contains a fuel component, such as the RCAF.

Under date September 19, 2002, the Surface Transportation Bureau (STB) issued a decision approving the fourth quarter 2002 Rail Cost Adjustment Factor (Unadjusted) of 1.108 and RCAF (Adjusted) of 0.575. The STB decision can be reviewed and printed at the following AAR website address: http://www.aar.org/GetFile.asp?File_ID=385. The adjustment percentages (shown above in bold) that will be applied to CSXT RCAF prices were calculated using a formula for quarterly adjustments of: *4th Qtr 2002 factor minus 3rd Qtr 2002 factor, divided by 3rd Qtr factor*; and for annual adjustments using a formula of: *4th Qtr 2002 factor minus 4th Qtr 2001 factor, divided by 4th Qtr 2001 factor*. The factors:

RCAF (Unadjusted) Factors
1.108 - 4th qtr 2002 (Line 12 of Table A of the STB Decision)
1.062 - 3rd qtr 2002
1.078 - 4th qtr 2001

RCAF (Adjusted) Factors
0.575 - 4th qtr 2002 (Line 13 of Table A of the STB Decision)
0.557 - 3rd qtr 2002
0.581 - 4th qtr 2001

Pricing Services will complete the process of adjusting all RCAF prices contained in CSXT price management systems before the effective date of October 1, 2002. We will also complete an estimate of the 4th Quarter 2002 and annualized revenue impact of the RCAF price adjustments for the S&M leadership team.

If you have any questions or concerns about the fuel surcharge or the RCAF, please let me know.

Clyde McIntyre
Director Pricing Services
RNX 322-3650

CSXT Fuel Cost Recovery Charge May Change to 2% Due to Rising Cost

October 4, 2002

Dear CSX Customer:

In September 2000, CSX Transportation announced it would join others in the transportation industry in implementing a fuel cost recovery charge. A 2% surcharge became effective October 25, 2000, due to extraordinary increases in the cost of fuel. With lower stabilized fuel cost, the CSXT fuel surcharge has remained at 0% between October 30, 2001, and today.

As of October 4, 2002, the price of West Texas Intermediate (WTI) crude oil has been above $28 per barrel for 22 consecutive days. An additional 8 consecutive days above $28 will change the fuel surcharge to 2%, effective October 17, 2002. Under this circumstance, an October 15th closing price of $28 or above would be published in the October 16th Wall Street Journal. A 2% surcharge will be applied to shipments having bill of lading dates beginning October 17.

The CSXT fuel surcharge was published effective October 25, 2000, in Tariffs CSXT 8100 http://www.csxt.com/cus/rail_logistics/pdf/xii_misc_prov.pdf and CSXT 8200 (Coal). The formula for calculating the recovery charge was based on the price of WTI Oil, an industry standard for tracking oil prices. For every $5 the price of WTI is $28, or above, per barrel, for 30 consecutive days as published in the Wall Street Journal, a 2% recovery charge is added.

| Oil Price | Recovery Charge |
|---|---|
| $23 - $27/Barrel | No recovery charge |
| $28 - $32/Barrel | 2% |
| $33 - $37/Barrel | 4% |
| $38 - $42/Barrel | 6% |

CSXT is hopeful that WTI fuel costs stabilize at a price lower than $28. If the 2% fuel surcharge is implemented on October 17, it will remain at 2% until WTI oil prices rise or fall below the threshold levels for 30 consecutive days as published in the Wall Street Journal.

While the provisions of the fuel recovery charge remain in effect, CSXT will continue to provide daily updates on the price of WTI and status of the charge on the CSXT internet site, http://www.csxt.com/cus/fuel/index.cfm. Questions may be directed to your CSXT Account Manager.

Clyde McIntyre
Director, Pricing Services
CSX Transportation

Jacksonville, FL

Effective June 1, 2003, CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

March 31, 2003

Dear CSX Customer:

On March 20, 2003 CSX Transportation announced modifications to its fuel cost recovery program (http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1) in an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices.

The modified program will begin June 1, 2003, the date the revised fuel surcharge provisions in Tariffs CSXT 8100 (Merchandise) and CSXT 8200 (Coal) become effective. The revised CSXT 8100/8200 documents were issued March 31, 2003.

Under the modified program, the formula for determining the fuel surcharge will be based on the monthly average price of West Texas Intermediate Crude Oil (WTI Average Price), an industry standard for tracking oil prices. The WTI Average Price for a given calendar month will be determined by adding the daily WTI prices published in the Wall Street Journal during a calendar month, and dividing the result by the number of days so published. The result will be rounded to the nearest cent.

The fuel surcharge will be 0.4% of the linehaul freight charge for every $1.00 per barrel, or portion thereof, by which the WTI Average Price exceeds $23.00, starting at a WTI Average Price of $23.01. The following schedule provides the new fuel surcharge within the noted WTI Average Price ranges:

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| **Between** | **and** | **Percentage** |
| $23.00 | Below | No Surcharge |
| $23.01 | $24.00 | 0.4% |
| $24.01 | $25.00 | 0.8% |
| $25.01 | $26.00 | 1.2% |
| $26.01 | $27.00 | 1.6% |
| $27.01 | $28.00 | 2.0% |
| $28.01 | $29.00 | 2.4% |
| $29.01 | $30.00 | 2.8% |
| $30.01 | $31.00 | 3.2% |
| $31.01 | $32.00 | 3.6% |
| $32.01 | $33.00 | 4.0% |
| $33.01 | $34.00 | 4.4% |
| $34.01 | $35.00 | 4.8% |
| $35.01 | $36.00 | 5.2% |

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| **Between** | **and** | **Percentage** |
| $36.01 | $37.00 | 5.6% |
| $37.01 | $38.00 | 6.0% |
| $38.01 | $39.00 | 6.4% |
| $39.01 | $40.00 | 6.8% |
| $40.01 | $41.00 | 7.2% |
| $41.01 | $42.00 | 7.6% |
| $42.01 | $43.00 | 8.0% |
| $43.01 | $44.00 | 8.4% |
| $44.01 | $45.00 | 8.8% |
| $45.01 | $46.00 | 9.2% |
| $46.01 | $47.00 | 9.6% |
| $47.01 | $48.00 | 10.0% |
| $48.01 | $49.00 | 10.4% |
| $49.01 | $50.00 | 10.8% |

The fuel surcharge shall be applied to each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given WTI Average Price calculation. For example, the initial June 1, 2003 fuel surcharge under the modified program will be a result of the April 2003 WTI Average Price calculation. The fuel surcharge will change monthly per the table below:

| Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied |
|---|---|---|---|---|---|
| January | March 1st | May | July 1st | September | November 1st |
| February | April 1st | June | August 1st | October | December 1st |
| March | May 1st | July | September 1st | November | January 1st |
| April | June 1st | August | October 1st | December | February 1st |

With transition to the modified program, no less than 20 days notice will be provided on the CSXT Internet site, or provided by electronic or facsimile notice, of the application of, or of any changes in, the fuel surcharge:

Until CSX's modified program becomes effective June 1, the original fuel surcharge provisions published effective October 25, 2000 in Tariffs CSXT 8100 http://www.csx.com/share/csx/assessorial/forms/docs/xii_misc_prov-REF10290.pdf and CSXT 8200 (Coal) will remain in effect. The CSXT fuel surcharge as of March 31, 2003 is 2%. Under the original provisions that are scheduled to expire May 31, 2003, the fuel surcharge will remain at 2% until WTI oil prices rise above or fall below the threshold levels for 30 consecutive days.

While the fuel surcharge program remains in effect, CSX will continue to provide daily updates on the price of WTI and the status of the charge on the CSX Internet site, http://www.csx.com. Simply select "Find a Price" in the upper right corner of the "Quick Links" dropdown. The price look-up screen has a fuel surcharge icon to select.

Please address any questions you may have to your CSXT Account Manager.

Clyde McIntyre
Director, Pricing Services
CSX Transportation
Jacksonville, FL

# Fuel Surcharge
# Merchandise 2003



CSX TRANSPORTATION

# Merchandise can gain more by changing the program

- Lower the trigger price and shorten the timeframe
- Need a written policy that Fuel Surcharge will apply on all new moves – even those with RCAF(u)
  - Exceptions to SVP
- Review contracts that received an exception
- Continue to exempt current RCAF(u) contracts

80% of CSXT Merchandise Moves are covered



CSX TRANSPORTATION

# Recommended changes to the Fuel Surcharge program

- Start the program at $23/barrel
- Base on prior months average
- Effective September 1, 2003



CSX TRANSPORTATION

# Details of the new program

- Based on prior months average for first 3 weeks
- Continue to be based on WTI as published in the WSJ
- Starts at $23 per barrel – 1%
- Half percent increase for every $2.50 increase in WTI

# Details of the new program – scale of new surcharges and comparison to the BNSF program

| Oil Barrel | New CSXT Surcharge | Old CSXT Surcharge |
|---|---|---|
| $ 23.0 | 1.0% | |
| $ 25.5 | 1.5% | |
| $ 28.0 | 2.0% | 2% |
| $ 30.5 | 2.5% | 2% |
| $ 33.0 | 3.0% | 4% |
| $ 35.5 | 3.5% | 4% |
| $ 38.0 | 4.0% | 6% |
| $ 40.5 | 4.5% | 6% |
| $ 43.0 | 5.0% | 8% |
| $ 45.5 | 5.5% | 8% |
| $ 48.0 | 6.0% | 10% |
| $ 50.5 | 6.5% | 10% |
| $ 53.0 | 7.0% | 12% |
| $ 55.5 | 7.5% | 12% |
| $ 58.0 | 8.0% | 14% |

| Highway Diesel From | Highway Diesel To | Oil Barrel | BNSF Surcharge |
|---|---|---|---|
| $ 1.30 | $ 1.349 | $ 23 | 1.0% |
| $ 1.35 | $ 1.399 | $ 25 | 1.5% |
| $ 1.40 | $ 1.449 | $ 28 | 2.0% |
| $ 1.45 | $ 1.499 | $ 30 | 2.5% |
| $ 1.50 | $ 1.549 | $ 33 | 3.0% |
| $ 1.55 | $ 1.599 | $ 35 | 3.5% |
| $ 1.60 | $ 1.649 | $ 38 | 4.0% |
| $ 1.65 | $ 1.699 | $ 40 | 4.5% |
| $ 1.70 | $ 1.749 | $ 43 | 5.0% |
| $ 1.75 | $ 1.799 | $ 45 | 5.5% |
| $ 1.80 | $ 1.849 | $ 48 | 6.0% |
| $ 1.85 | $ 1.899 | $ 50 | 6.5% |
| $ 1.90 | $ 1.949 | $ 53 | 7.0% |
| $ 1.95 | $ 1.999 | $ 55 | 7.5% |
| $ 2.00 | $ 2.049 | $ 58 | 8.0% |



CSX TRANSPORTATION

# $27M Impact if had this scale from the beginning

| Year | Month | CSX Tariff | Est. Revenue | BNSF Tariff | Est. Revenue | Est. Opportunity |
|---|---|---|---|---|---|---|
| **2000** | Begin 10/25 | 2.0% | 0.7 | 2.5% | 0.9 | |
| | Nov | 2.0% | 3.0 | 4.0% | 6.0 | |
| | Dec | 2.0% | 3.1 | 4.0% | 6.2 | |
| | | | **6.8** | | **13.1** | **6.3** |
| **2001** | Jan | 2.0% | 3.1 | 4.0% | 6.2 | |
| | Feb | 2.0% | 2.8 | 3.5% | 4.9 | |
| | Mar | 2.0% | 3.1 | 3.0% | 4.7 | |
| | Apr | 2.0% | 3.0 | 2.5% | 3.8 | |
| | May | 2.0% | 3.1 | 1.5% | 2.3 | |
| | Jun | 2.0% | 3.0 | 2.0% | 3.0 | |
| | Jul | 2.0% | 3.1 | 2.5% | 3.9 | |
| | Aug | 2.0% | 3.1 | 2.5% | 3.9 | |
| | Sep | 2.0% | 3.0 | 1.5% | 2.3 | |
| | Oct | 1.9% | 3.0 | 1.5% | 2.3 | |
| | Nov | 0.0% | 0.0 | 2.5% | 3.8 | |
| | Dec | 0.0% | 0.0 | 1.0% | 1.6 | |
| | | | **30.3** | | **42.5** | **12.2** |
| **2002** | Jun | 0.0% | 0.0 | 1.0% | 1.5 | |
| | Jul | 0.0% | 0.0 | 1.0% | 1.6 | |
| | Aug | 0.0% | 0.0 | 0.0% | 0.0 | |
| | Sep | 0.0% | 0.0 | 0.0% | 0.0 | |
| | Oct | 1.0% | 1.5 | 1.0% | 1.6 | |
| | Nov | 2.0% | 3.0 | 2.0% | 3.0 | |
| | Dec | 0.6% | 1.0 | 2.5% | 3.9 | |
| | | | **5.5** | | **11.5** | **6.0** |
| **2003** | Jan | 0.2% | 0.3 | 2.0% | 3.1 | |
| | Feb | 2.0% | 2.8 | 2.0% | 2.8 | |
| | Mar | 2.8% | 4.3 | 2.5% | 3.9 | |
| | Apr | 4.0% | 6.0 | 4.5% | 6.8 | |
| | | | **13.4** | | **16.5** | **3.1** |
| | **Grand Total** | | **56.0** | | **83.5** | **27.5** |



CSX TRANSPORTATION

**From:** McIntyre, Clyde Jr.
**Sent:** Thursday, January 18, 2007 1:59 PM
**To:** Jenkins, Ed; Eliasson, Fredrik
**Cc:** Hancock, Kyle; Jenkins, Chris; Piacente, Dean; Smith, Derrick; Couch, John
**Subject:** Fuel Surcharge Exceptions as of January 2007 (65 CSXT Price Authorities Identified)

**Attachments:** Microsoft Excel Worksheet; Microsoft Excel Worksheet

**CSXT Price Authorities (27) identified as having an exception to the current CSXT Fuel Adjustment Program (.4% slope at $23.01 WTI):**

| | Exp. Date | Cap/Comment |
|---|---|---|
| CURRENT FSC PROGRAM AT 100% OR .4% SLOPE AT $23.01 | N/A | 100% of Current FSC Program |

**CURRENT FSC PROGRAM AT 50% OR .2% SLOPE AT $23.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| AG | CSXT [redacted] | Contract | [redacted] | 05/31/09 | 50% or .2% of Current FSC Program |
| CH | CSXT | Contract | | 03/31/09 | 50% or .2% of Current FSC Program |
| CO | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |
| CO | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |
| CO | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |
| CO | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |
| CO | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |
| CO | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |
| FC | CSXT | Contract | | 06/30/08 | 50% or .2% of Current FSC Program |
| FC | CSXT | Contract | | 10/31/07 | 50% or .2% of Current FSC Program |
| PA | CSXT | Private | | N/A | 50% or .2% of Current FSC Program |
| PF | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |
| PF | CSXT | Contract | | 12/31/08 | 50% or .2% of Current FSC Program |

**CURRENT FSC PROGRAM AT .26% SLOPE AT $23.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 02/14/12 | CSX FUEL SURC 23.01@.26 SLOPE |

**CURRENT FSC PROGRAM AT .3% SLOPE AT $23.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| CH | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 23.01@.3 SLOPE |
| CH | CSXT | Contract | | 07/31/07 | CSX FUEL SURC 23.01@.3 SLOPE |

**OLD/ORIGINAL FSC PROGRAM BASED ON 30-CONSECUTIVE DAYS = 2% at $28.01 and an additional 2% for each $5 increase in WTI Price**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| AU | CSXT [redacted] | Private | [redacted] | 08/30/06 | Old FSC Program - 30 consecutive days |
| AU | CSXT | Contract | | 12/31/07 | Old FSC Program - 30 consecutive days |
| CH | CSXT | Private | | 10/31/06 | Old FSC Program - 30 consecutive days |
| FC | CSXT | Private | | 09/30/06 | Old FSC Program - 30 consecutive days |
| FC | CSXT | Contract | | 07/31/09 | Old FSC Program - 30 consecutive days |

**CUSTOM - NEITHER OLD OR NEW - BASED ON 30-CONSECUTIVE DAYS - IF IN EXCESS OF $42.00, FSC = 4% MAX**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| EM | CSXT [redacted] | Contract | [redacted] | 10/31/06 | Custom - Neither Old or New |

**CUSTOM - CURRENT FSC PROGRAM (at .4% Slope) MINUS 3.6%**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| AU | CSXT [redacted] | Private | [redacted] | 03/31/07 | Current FSC Program Minus 3.6% |
| AU | CSXT | Contract | | 03/31/10 | Current FSC Program Minus 3.6% |

**CUSTOM - SIMILAR TO CURRENT PROGRAM (.4% Slope) BUT AT $64.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.4 SLOPE |

**CUSTOM - SIMILAR TO CURRENT PROGRAM (.3% Slope) BUT AT $64.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.3 SLOPE |

**CUSTOM - SIMILAR TO CURRENT PROGRAM (.2% Slope) BUT AT $64.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | Cap/Comment |
|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.2 SLOPE |

**NO FUEL SURCHARGE AND NO RATE ADJUST PROVISION (38)**

| Price Authority | CONT/PVT | BU | PATRON | Exp. Date | Auto Renewal |
|---|---|---|---|---|---|
| CSXT [redacted] | C | AG | [redacted] | 8/31/09 | |
| CSXT [redacted] | P | AU | [redacted] | 1/26/07 | |
| CSXT [redacted] | P | AU | [redacted] | 6/30/07 | |
| CSXT [redacted] | C | CH | [redacted] | 3/31/07 | |
| CSXT [redacted] | P | CH | [redacted] | 3/31/07 | |
| CSXT [redacted] | P | CH | [redacted] | 3/31/07 | |
| CSXT [redacted] | P | CH | [redacted] | 3/31/07 | |
| CSXT [redacted] | P | CH | [redacted] | 6/30/07 | |
| CSXT [redacted] | P | CH | [redacted] | 6/30/07 | |
| CSXT [redacted] | C | CH | [redacted] | 7/6/07 | |
| CSXT [redacted] | P | CH | [redacted] | 7/31/07 | |
| [redacted] | C | CH | [redacted] | 9/30/07 | |
| CSXT [redacted] | P | CH | [redacted] | 9/30/07 | |
| CSXT [redacted] | P | CH | [redacted] | 9/30/07 | |
| CSXT [redacted] | P | CH | [redacted] | 9/30/07 | |
| CSXT [redacted] | P | CH | [redacted] | 9/30/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | P | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | P | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | P | CH | [redacted] | 12/31/07 | |
| CSXT [redacted] | P | CO | [redacted] | 1/15/07 | |
| CSXT [redacted] | C | CO | [redacted] | 5/31/07 | |
| CSXT [redacted] | C | CO | [redacted] | 6/30/07 | |
| CSXT [redacted] | C | CO | [redacted] | 7/31/07 | |
| CSXT [redacted] | C | CO | [redacted] | 10/4/07 | Yes |
| CSXT [redacted] | C | EM | [redacted] | 5/14/07 | |
| CSXT [redacted] | C | EM | [redacted] | 12/31/07 | |
| CSXT [redacted] | C | EM | [redacted] | 12/31/07 | |
| CSXT [redacted] | P | MT | [redacted] | 10/31/07 | |
| CXTF [redacted] | P | PA | [redacted] | 5/31/07 | |

Clyde McIntyre

| $23.01 @ .2 / SLOPE | | $23.01 @ .25 / SLOPE | | $23.01 @ .26 / SLOPE | | $23.01 @ .3 / SLOPE | | $23.01 @ .4 / SLOPE | | Dates for FSC at $23.01 |
|---|---|---|---|---|---|---|---|---|---|---|
| WTI Average Price Per Barrel | Fuel Surcharge Percentage | WTI Average Price Per Barrel | Fuel Surcharge Percentage | WTI Average Price Per Barrel | Fuel Surcharge Percentage | WTI Average Price Per Barrel | Fuel Surcharge Percentage | WTI Average Price Per Barrel | Fuel Surcharge Percentage | |
| $23.00 and Below | No Surcharge | $23.00 and Below | No Surcharge | $23.00 and Below | No Surcharge | $23.00 and Below | No Surcharge | $23.00 and Below | No Surcharge | Effective and Expiration Dates |
| $23.01 - $24.00 | 0.20% | $23.01 - $24.00 | 0.25% | $23.01 - $24.00 | 0.26% | $23.01 - $24.00 | 0.30% | $23.01 - $24.00 | 0.40% | |
| $24.01 - $25.00 | 0.40% | $24.01 - $25.00 | 0.50% | $24.01 - $25.00 | 0.52% | $24.01 - $25.00 | 0.60% | $24.01 - $25.00 | 0.80% | |
| $25.01 - $26.00 | 0.60% | $25.01 - $26.00 | 0.75% | $25.01 - $26.00 | 0.78% | $25.01 - $26.00 | 0.90% | $25.01 - $26.00 | 1.20% | |
| $26.01 - $27.00 | 0.80% | $26.01 - $27.00 | 1.00% | $26.01 - $27.00 | 1.04% | $26.01 - $27.00 | 1.20% | $26.01 - $27.00 | 1.60% | |
| $27.01 - $28.00 | 1.00% | $27.01 - $28.00 | 1.25% | $27.01 - $28.00 | 1.30% | $27.01 - $28.00 | 1.50% | $27.01 - $28.00 | 2.00% | |
| $28.01 - $29.00 | 1.20% | $28.01 - $29.00 | 1.50% | $28.01 - $29.00 | 1.56% | $28.01 - $29.00 | 1.80% | $28.01 - $29.00 | 2.40% | |
| $29.01 - $30.00 | 1.40% | $29.01 - $30.00 | 1.75% | $29.01 - $30.00 | 1.82% | $29.01 - $30.00 | 2.10% | $29.01 - $30.00 | 2.80% | |
| $30.01 - $31.00 | 1.60% | $30.01 - $31.00 | 2.00% | $30.01 - $31.00 | 2.08% | $30.01 - $31.00 | 2.40% | $30.01 - $31.00 | 3.20% | |
| $31.01 - $32.00 | 1.80% | $31.01 - $32.00 | 2.25% | $31.01 - $32.00 | 2.34% | $31.01 - $32.00 | 2.70% | $31.01 - $32.00 | 3.60% | |
| $32.01 - $33.00 | 2.00% | $32.01 - $33.00 | 2.50% | $32.01 - $33.00 | 2.60% | $32.01 - $33.00 | 3.00% | $32.01 - $33.00 | 4.00% | |
| $33.01 - $34.00 | 2.20% | $33.01 - $34.00 | 2.75% | $33.01 - $34.00 | 2.86% | $33.01 - $34.00 | 3.30% | $33.01 - $34.00 | 4.40% | |
| $34.01 - $35.00 | 2.40% | $34.01 - $35.00 | 3.00% | $34.01 - $35.00 | 3.12% | $34.01 - $35.00 | 3.60% | $34.01 - $35.00 | 4.80% | |
| $35.01 - $36.00 | 2.60% | $35.01 - $36.00 | 3.25% | $35.01 - $36.00 | 3.38% | $35.01 - $36.00 | 3.90% | $35.01 - $36.00 | 5.20% | |
| $36.01 - $37.00 | 2.80% | $36.01 - $37.00 | 3.50% | $36.01 - $37.00 | 3.64% | $36.01 - $37.00 | 4.20% | $36.01 - $37.00 | 5.60% | |
| $37.01 - $38.00 | 3.00% | $37.01 - $38.00 | 3.75% | $37.01 - $38.00 | 3.90% | $37.01 - $38.00 | 4.50% | $37.01 - $38.00 | 6.00% | |
| $38.01 - $39.00 | 3.20% | $38.01 - $39.00 | 4.00% | $38.01 - $39.00 | 4.16% | $38.01 - $39.00 | 4.80% | $38.01 - $39.00 | 6.40% | |
| $39.01 - $40.00 | 3.40% | $39.01 - $40.00 | 4.25% | $39.01 - $40.00 | 4.42% | $39.01 - $40.00 | 5.10% | $39.01 - $40.00 | 6.80% | |
| $40.01 - $41.00 | 3.60% | $40.01 - $41.00 | 4.50% | $40.01 - $41.00 | 4.68% | $40.01 - $41.00 | 5.40% | $40.01 - $41.00 | 7.20% | |
| $41.01 - $42.00 | 3.80% | $41.01 - $42.00 | 4.75% | $41.01 - $42.00 | 4.94% | $41.01 - $42.00 | 5.70% | $41.01 - $42.00 | 7.60% | |
| $42.01 - $43.00 | 4.00% | $42.01 - $43.00 | 5.00% | $42.01 - $43.00 | 5.20% | $42.01 - $43.00 | 6.00% | $42.01 - $43.00 | 8.00% | |
| $43.01 - $44.00 | 4.20% | $43.01 - $44.00 | 5.25% | $43.01 - $44.00 | 5.46% | $43.01 - $44.00 | 6.30% | $43.01 - $44.00 | 8.40% | |
| $44.01 - $45.00 | 4.40% | $44.01 - $45.00 | 5.50% | $44.01 - $45.00 | 5.72% | $44.01 - $45.00 | 6.60% | $44.01 - $45.00 | 8.80% | |
| $45.01 - $46.00 | 4.60% | $45.01 - $46.00 | 5.75% | $45.01 - $46.00 | 5.98% | $45.01 - $46.00 | 6.90% | $45.01 - $46.00 | 9.20% | |
| $46.01 - $47.00 | 4.80% | $46.01 - $47.00 | 6.00% | $46.01 - $47.00 | 6.24% | $46.01 - $47.00 | 7.20% | $46.01 - $47.00 | 9.60% | |
| $47.01 - $48.00 | 5.00% | $47.01 - $48.00 | 6.25% | $47.01 - $48.00 | 6.50% | $47.01 - $48.00 | 7.50% | $47.01 - $48.00 | 10.00% | |
| $48.01 - $49.00 | 5.20% | $48.01 - $49.00 | 6.50% | $48.01 - $49.00 | 6.76% | $48.01 - $49.00 | 7.80% | $48.01 - $49.00 | 10.40% | |
| $49.01 - $50.00 | 5.40% | $49.01 - $50.00 | 6.75% | $49.01 - $50.00 | 7.02% | $49.01 - $50.00 | 8.10% | $49.01 - $50.00 | 10.80% | |
| $50.01 - $51.00 | 5.60% | $50.01 - $51.00 | 7.00% | $50.01 - $51.00 | 7.28% | $50.01 - $51.00 | 8.40% | $50.01 - $51.00 | 11.20% | |
| $51.01 - $52.00 | 5.80% | $51.01 - $52.00 | 7.25% | $51.01 - $52.00 | 7.54% | $51.01 - $52.00 | 8.70% | $51.01 - $52.00 | 11.60% | |
| $52.01 - $53.00 | 6.00% | $52.01 - $53.00 | 7.50% | $52.01 - $53.00 | 7.80% | $52.01 - $53.00 | 9.00% | $52.01 - $53.00 | 12.00% | |
| $53.01 - $54.00 | 6.20% | $53.01 - $54.00 | 7.75% | $53.01 - $54.00 | 8.06% | $53.01 - $54.00 | 9.30% | $53.01 - $54.00 | 12.40% | |
| $54.01 - $55.00 | 6.40% | $54.01 - $55.00 | 8.00% | $54.01 - $55.00 | 8.32% | $54.01 - $55.00 | 9.60% | $54.01 - $55.00 | 12.80% | |
| $55.01 - $56.00 | 6.60% | $55.01 - $56.00 | 8.25% | $55.01 - $56.00 | 8.58% | $55.01 - $56.00 | 9.90% | $55.01 - $56.00 | 13.20% | |
| $56.01 - $57.00 | 6.80% | $56.01 - $57.00 | 8.50% | $56.01 - $57.00 | 8.84% | $56.01 - $57.00 | 10.20% | $56.01 - $57.00 | 13.60% | |
| $57.01 - $58.00 | 7.00% | $57.01 - $58.00 | 8.75% | $57.01 - $58.00 | 9.10% | $57.01 - $58.00 | 10.50% | $57.01 - $58.00 | 14.00% | |
| **$58.01 - $59.00** | **7.20%** | **$58.01 - $59.00** | **9.00%** | **$58.01 - $59.00** | **9.36%** | **$58.01 - $59.00** | **10.80%** | **$58.01 - $59.00** | **14.40%** | **12/01/06 - 12/31/06** |
| **$59.01 - $60.00** | **7.40%** | **$59.01 - $60.00** | **9.25%** | **$59.01 - $60.00** | **9.62%** | **$59.01 - $60.00** | **11.10%** | **$59.01 - $60.00** | **14.80%** | **01/01/07 - 01/31/07** |
| $60.01 - $61.00 | 7.60% | $60.01 - $61.00 | 9.50% | $60.01 - $61.00 | 9.88% | $60.01 - $61.00 | 11.40% | $60.01 - $61.00 | 15.20% | |
| $61.01 - $62.00 | 7.80% | $61.01 - $62.00 | 9.75% | $61.01 - $62.00 | 10.14% | $61.01 - $62.00 | 11.70% | $61.01 - $62.00 | 15.60% | |
| **$62.01 - $63.00** | **8.00%** | **$62.01 - $63.00** | **10.00%** | **$62.01 - $63.00** | **10.40%** | **$62.01 - $63.00** | **12.00%** | **$62.01 - $63.00** | **16.00%** | **02/01/07 - 02/28/07** |
| **$63.01 - $64.00** | **8.20%** | **$63.01 - $64.00** | **10.25%** | **$63.01 - $64.00** | **10.66%** | **$63.01 - $64.00** | **12.30%** | **$63.01 - $64.00** | **16.40%** | **11/01/06 - 11/30/06** |
| $64.01 - $65.00 | 8.40% | $64.01 - $65.00 | 10.50% | $64.01 - $65.00 | 10.92% | $64.01 - $65.00 | 12.60% | $64.01 - $65.00 | 16.80% | |
| $65.01 - $66.00 | 8.60% | $65.01 - $66.00 | 10.75% | $65.01 - $66.00 | 11.18% | $65.01 - $66.00 | 12.90% | $65.01 - $66.00 | 17.20% | |
| $66.01 - $67.00 | 8.80% | $66.01 - $67.00 | 11.00% | $66.01 - $67.00 | 11.44% | $66.01 - $67.00 | 13.20% | $66.01 - $67.00 | 17.60% | |
| $67.01 - $68.00 | 9.00% | $67.01 - $68.00 | 11.25% | $67.01 - $68.00 | 11.70% | $67.01 - $68.00 | 13.50% | $67.01 - $68.00 | 18.00% | |
| $68.01 - $69.00 | 9.20% | $68.01 - $69.00 | 11.50% | $68.01 - $69.00 | 11.96% | $68.01 - $69.00 | 13.80% | $68.01 - $69.00 | 18.40% | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $69.01 - $70.00 | 9.40% | $69.01 - $70.00 | 11.75% | $69.01 - $70.00 | 12.22% | $69.01 - $70.00 | 14.10% | $69.01 - $70.00 | 18.80% | |
| **$70.01 - $71.00** | **9.60%** | **$70.01 - $71.00** | **12.00%** | **$70.01 - $71.00** | **12.48%** | **$70.01 - $71.00** | **14.40%** | **$70.01 - $71.00** | **19.20%** | **07/01/06 - 08/30/06** |
| $71.01 - $72.00 | 9.80% | $71.01 - $72.00 | 12.25% | $71.01 - $72.00 | 12.74% | $71.01 - $72.00 | 14.70% | $71.01 - $72.00 | 19.60% | |
| $72.01 - $73.00 | 10.00% | $72.01 - $73.00 | 12.50% | $72.01 - $73.00 | 13.00% | $72.01 - $73.00 | 15.00% | $72.01 - $73.00 | 20.00% | |
| **$73.01 - $74.00** | **10.20%** | **$73.01 - $74.00** | **12.75%** | **$73.01 - $74.00** | **13.26%** | **$73.01 - $74.00** | **15.30%** | **$73.01 - $74.00** | **20.40%** | **10/01/06 - 10/31/06** |
| **$74.01 - $75.00** | **10.40%** | **$74.01 - $75.00** | **13.00%** | **$74.01 - $75.00** | **13.52%** | **$74.01 - $75.00** | **15.60%** | **$74.01 - $75.00** | **20.80%** | **09/01/06 - 09/30/06** |
| $75.01 - $76.00 | 10.60% | $75.01 - $76.00 | 13.25% | $75.01 - $76.00 | 13.78% | $75.01 - $76.00 | 15.90% | $75.01 - $76.00 | 21.20% | |
| $76.01 - $77.00 | 10.80% | $76.01 - $77.00 | 13.50% | $76.01 - $77.00 | 14.04% | $76.01 - $77.00 | 16.20% | $76.01 - $77.00 | 21.60% | |
| $77.01 - $78.00 | 11.00% | $77.01 - $78.00 | 13.75% | $77.01 - $78.00 | 14.30% | $77.01 - $78.00 | 16.50% | $77.01 - $78.00 | 22.00% | |
| $78.01 - $79.00 | 11.20% | $78.01 - $79.00 | 14.00% | $78.01 - $79.00 | 14.56% | $78.01 - $79.00 | 16.80% | $78.01 - $79.00 | 22.40% | |
| $79.01 - $80.00 | 11.40% | $79.01 - $80.00 | 14.25% | $79.01 - $80.00 | 14.82% | $79.01 - $80.00 | 17.10% | $79.01 - $80.00 | 22.80% | |
| $80.01 - $81.00 | 11.60% | $80.01 - $81.00 | 14.50% | $80.01 - $81.00 | 15.08% | $80.01 - $81.00 | 17.40% | $80.01 - $81.00 | 23.20% | |
| $81.01 - $82.00 | 11.80% | $81.01 - $82.00 | 14.75% | $81.01 - $82.00 | 15.34% | $81.01 - $82.00 | 17.70% | $81.01 - $82.00 | 23.60% | |
| $82.01 - $83.00 | 12.00% | $82.01 - $83.00 | 15.00% | $82.01 - $83.00 | 15.60% | $82.01 - $83.00 | 18.00% | $82.01 - $83.00 | 24.00% | |
| $83.01 - $84.00 | 12.20% | $83.01 - $84.00 | 15.25% | $83.01 - $84.00 | 15.86% | $83.01 - $84.00 | 18.30% | $83.01 - $84.00 | 24.40% | |
| $84.01 - $85.00 | 12.40% | $84.01 - $85.00 | 15.50% | $84.01 - $85.00 | 16.12% | $84.01 - $85.00 | 18.60% | $84.01 - $85.00 | 24.80% | |
| $85.01 - $86.00 | 12.60% | $85.01 - $86.00 | 15.75% | $85.01 - $86.00 | 16.38% | $85.01 - $86.00 | 18.90% | $85.01 - $86.00 | 25.20% | |
| $86.01 - $87.00 | 12.80% | $86.01 - $87.00 | 16.00% | $86.01 - $87.00 | 16.64% | $86.01 - $87.00 | 19.20% | $86.01 - $87.00 | 25.60% | |
| $87.01 - $88.00 | 13.00% | $87.01 - $88.00 | 16.25% | $87.01 - $88.00 | 16.90% | $87.01 - $88.00 | 19.50% | $87.01 - $88.00 | 26.00% | |
| $88.01 - $89.00 | 13.20% | $88.01 - $89.00 | 16.50% | $88.01 - $89.00 | 17.16% | $88.01 - $89.00 | 19.80% | $88.01 - $89.00 | 26.40% | |
| $89.01 - $90.00 | 13.40% | $89.01 - $90.00 | 16.75% | $89.01 - $90.00 | 17.42% | $89.01 - $90.00 | 20.10% | $89.01 - $90.00 | 26.80% | |
| $90.01 - $91.00 | 13.60% | $90.01 - $91.00 | 17.00% | $90.01 - $91.00 | 17.68% | $90.01 - $91.00 | 20.40% | $90.01 - $91.00 | 27.20% | |
| $91.01 - $92.00 | 13.80% | $91.01 - $92.00 | 17.25% | $91.01 - $92.00 | 17.94% | $91.01 - $92.00 | 20.70% | $91.01 - $92.00 | 27.60% | |
| $92.01 - $93.00 | 14.00% | $92.01 - $93.00 | 17.50% | $92.01 - $93.00 | 18.20% | $92.01 - $93.00 | 21.00% | $92.01 - $93.00 | 28.00% | |
| $93.01 - $94.00 | 14.20% | $93.01 - $94.00 | 17.75% | $93.01 - $94.00 | 18.46% | $93.01 - $94.00 | 21.30% | $93.01 - $94.00 | 28.40% | |
| $94.01 - $95.00 | 14.40% | $94.01 - $95.00 | 18.00% | $94.01 - $95.00 | 18.72% | $94.01 - $95.00 | 21.60% | $94.01 - $95.00 | 28.80% | |
| $95.01 - $96.00 | 14.60% | $95.01 - $96.00 | 18.25% | $95.01 - $96.00 | 18.98% | $95.01 - $96.00 | 21.90% | $95.01 - $96.00 | 29.20% | |
| $96.01 - $97.00 | 14.80% | $96.01 - $97.00 | 18.50% | $96.01 - $97.00 | 19.24% | $96.01 - $97.00 | 22.20% | $96.01 - $97.00 | 29.60% | |
| $97.01 - $98.00 | 15.00% | $97.01 - $98.00 | 18.75% | $97.01 - $98.00 | 19.50% | $97.01 - $98.00 | 22.50% | $97.01 - $98.00 | 30.00% | |
| $98.01 - $99.00 | 15.20% | $98.01 - $99.00 | 19.00% | $98.01 - $99.00 | 19.76% | $98.01 - $99.00 | 22.80% | $98.01 - $99.00 | 30.40% | |
| $99.01 - $100.00 | 15.40% | $99.01 - $100.00 | 19.25% | $99.01 - $100.00 | 20.02% | $99.01 - $100.00 | 23.10% | $99.01 - $100.00 | 30.80% | |

| $64.01 @ .2 / SLOPE | | $64.01 @ .3 / SLOPE | | $64.01 @ .4 / SLOPE | | Dates for FSC at $64.01 |
|---|---|---|---|---|---|---|
| WTI Average Price Per Barrel | Fuel Surcharge Percentage | WTI Average Price Per Barrel | Fuel Surcharge Percentage | WTI Average Price Per Barrel | Fuel Surcharge Percentage | |
| $64.00 and Below | No Surcharge | $64.00 and Below | No Surcharge | $64.00 and Below | No Surcharge | Effective and Expiration Dates |
| $64.01 - $65.00 | 0.20% | $64.01 - $65.00 | 0.30% | $64.01 - $65.00 | 0.40% | |
| $65.01 - $66.00 | 0.40% | $65.01 - $66.00 | 0.60% | $65.01 - $66.00 | 0.80% | |
| $66.01 - $67.00 | 0.60% | $66.01 - $67.00 | 0.90% | $66.01 - $67.00 | 1.20% | |
| $67.01 - $68.00 | 0.80% | $67.01 - $68.00 | 1.20% | $67.01 - $68.00 | 1.60% | |
| $68.01 - $69.00 | 1.00% | $68.01 - $69.00 | 1.50% | $68.01 - $69.00 | 2.00% | |
| $69.01 - $70.00 | 1.20% | $69.01 - $70.00 | 1.80% | $69.01 - $70.00 | 2.40% | |
| $70.01 - $71.00 | 1.40% | $70.01 - $71.00 | 2.10% | $70.01 - $71.00 | 2.80% | |
| $71.01 - $72.00 | 1.60% | $71.01 - $72.00 | 2.40% | $71.01 - $72.00 | 3.20% | |
| $72.01 - $73.00 | 1.80% | $72.01 - $73.00 | 2.70% | $72.01 - $73.00 | 3.60% | |
| $73.01 - $74.00 | 2.00% | $73.01 - $74.00 | 3.00% | $73.01 - $74.00 | 4.00% | |
| $74.01 - $75.00 | 2.20% | $74.01 - $75.00 | 3.30% | $74.01 - $75.00 | 4.40% | |
| $75.01 - $76.00 | 2.40% | $75.01 - $76.00 | 3.60% | $75.01 - $76.00 | 4.80% | |
| $76.01 - $77.00 | 2.60% | $76.01 - $77.00 | 3.90% | $76.01 - $77.00 | 5.20% | |
| $77.01 - $78.00 | 2.80% | $77.01 - $78.00 | 4.20% | $77.01 - $78.00 | 5.60% | |
| $78.01 - $79.00 | 3.00% | $78.01 - $79.00 | 4.50% | $78.01 - $79.00 | 6.00% | |
| $79.01 - $80.00 | 3.20% | $79.01 - $80.00 | 4.80% | $79.01 - $80.00 | 6.40% | |
| $80.01 - $81.00 | 3.40% | $80.01 - $81.00 | 5.10% | $80.01 - $81.00 | 6.80% | |
| $81.01 - $82.00 | 3.60% | $81.01 - $82.00 | 5.40% | $81.01 - $82.00 | 7.20% | |
| $82.01 - $83.00 | 3.80% | $82.01 - $83.00 | 5.70% | $82.01 - $83.00 | 7.60% | |
| $83.01 - $84.00 | 4.00% | $83.01 - $84.00 | 6.00% | $83.01 - $84.00 | 8.00% | |
| $84.01 - $85.00 | 4.20% | $84.01 - $85.00 | 6.30% | $84.01 - $85.00 | 8.40% | |
| $85.01 - $86.00 | 4.40% | $85.01 - $86.00 | 6.60% | $85.01 - $86.00 | 8.80% | |
| $86.01 - $87.00 | 4.60% | $86.01 - $87.00 | 6.90% | $86.01 - $87.00 | 9.20% | |
| $87.01 - $88.00 | 4.80% | $87.01 - $88.00 | 7.20% | $87.01 - $88.00 | 9.60% | |
| $88.01 - $89.00 | 5.00% | $88.01 - $89.00 | 7.50% | $88.01 - $89.00 | 10.00% | |
| $89.01 - $90.00 | 5.20% | $89.01 - $90.00 | 7.80% | $89.01 - $90.00 | 10.40% | |
| $90.01 - $91.00 | 5.40% | $90.01 - $91.00 | 8.10% | $90.01 - $91.00 | 10.80% | |
| $91.01 - $92.00 | 5.60% | $91.01 - $92.00 | 8.40% | $91.01 - $92.00 | 11.20% | |
| $92.01 - $93.00 | 5.80% | $92.01 - $93.00 | 8.70% | $92.01 - $93.00 | 11.60% | |
| $93.01 - $94.00 | 6.00% | $93.01 - $94.00 | 9.00% | $93.01 - $94.00 | 12.00% | |
| $94.01 - $95.00 | 6.20% | $94.01 - $95.00 | 9.30% | $94.01 - $95.00 | 12.40% | |
| $95.01 - $96.00 | 6.40% | $95.01 - $96.00 | 9.60% | $95.01 - $96.00 | 12.80% | |
| $96.01 - $97.00 | 6.60% | $96.01 - $97.00 | 9.90% | $96.01 - $97.00 | 13.20% | |
| $97.01 - $98.00 | 6.80% | $97.01 - $98.00 | 10.20% | $97.01 - $98.00 | 13.60% | |
| $98.01 - $99.00 | 7.00% | $98.01 - $99.00 | 10.50% | $98.01 - $99.00 | 14.00% | |
| $99.01 - $100.00 | 7.20% | $99.01 - $100.00 | 10.80% | $99.01 - $100.00 | 14.40% | |
| $100.01 - $101.00 | 7.40% | $100.01 - $101.00 | 11.10% | $100.01 - $101.00 | 14.80% | |
| $101.01 - $102.00 | 7.60% | $101.01 - $102.00 | 11.40% | $101.01 - $102.00 | 15.20% | |
| $102.01 - $103.00 | 7.80% | $102.01 - $103.00 | 11.70% | $102.01 - $103.00 | 15.60% | |
| $103.01 - $104.00 | 8.00% | $103.01 - $104.00 | 12.00% | $103.01 - $104.00 | 16.00% | |
| $104.01 - $105.00 | 8.20% | $104.01 - $105.00 | 12.30% | $104.01 - $105.00 | 16.40% | |
| $105.01 - $106.00 | 8.40% | $105.01 - $106.00 | 12.60% | $105.01 - $106.00 | 16.80% | |
| $106.01 - $107.00 | 8.60% | $106.01 - $107.00 | 12.90% | $106.01 - $107.00 | 17.20% | |
| $107.01 - $108.00 | 8.80% | $107.01 - $108.00 | 13.20% | $107.01 - $108.00 | 17.60% | |
| $108.01 - $109.00 | 9.00% | $108.01 - $109.00 | 13.50% | $108.01 - $109.00 | 18.00% | |
| $109.01 - $110.00 | 9.20% | $109.01 - $110.00 | 13.80% | $109.01 - $110.00 | 18.40% | |

| | | | | | | |
|---|---|---|---|---|---|---|
| $110.01 - $111.00 | 9.40% | $110.01 - $111.00 | 14.10% | $110.01 - $111.00 | 18.80% | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CURRENT FSC PROGRAM AT 100% OR .4% SLOPE AT $23.01 | | | | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| | | | | N/A | CSXT FUEL SURCHARGE | 100% of Current FSC Program |

**CURRENT FSC PROGRAM AT 50% OR .2% SLOPE AT $23.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| AG | CSXT [redacted] | Contract | [redacted] | 05/31/09 | AGRICULTURE 50% FUEL SURCHARGE | 50% or .2% of Current FSC Program |
| CH | CSXT [redacted] | Contract | [redacted] | 03/31/09 | CHEMICALS 50% FUEL SURCHARGE | 50% or .2% of Current FSC Program |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | CAS FUEL SURC PERCEN | 50% or .2% of Current FSC Program |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | CAS FUEL SURC PERCEN | 50% or .2% of Current FSC Program |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | CAS FUEL SURC PERCEN | 50% or .2% of Current FSC Program |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | CAS FUEL SURC PERCEN | 50% or .2% of Current FSC Program |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | CAS FUEL SURC PERCEN | 50% or .2% of Current FSC Program |
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/08 | CAS FUEL SURC PERCEN | 50% or .2% of Current FSC Program |
| FC | CSXT [redacted] | Contract | [redacted] | 06/30/08 | F&C 50% FUEL SURCHARGE | 50% or .2% of Current FSC Program |
| FC | CSXT [redacted] | Contract | [redacted] | 10/31/07 | F&C 50% FUEL SURCHARGE | 50% or .2% of Current FSC Program |
| PA | CSXT [redacted] | Private | [redacted] | N/A | PAPER 50% FUEL SURCHARGE | 50% or .2% of Current FSC Program |
| PF | CSXT [redacted] | Contract | [redacted] | 12/31/08 | PHOS&FERT 50% FUEL SURCHARGE | 50% or .2% of Current FSC Program |
| PF | CSXT [redacted] | Contract | [redacted] | 12/31/2008 | PHOS&FERT 50% FUEL SURCHARGE | 50% or .2% of Current FSC Program |

**CURRENT FSC PROGRAM AT .26% SLOPE AT $23.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 02/14/12 | CSX FUEL SURC 23.01@.26 SLOPE | CSX FUEL SURC 23.01@.26 SLOPE |

**CURRENT FSC PROGRAM AT .3% SLOPE AT $23.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| CH | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 23.01@.3 SLOPE | CSX FUEL SURC 23.01@.3 SLOPE |
| CH | CSXT [redacted] | Contract | [redacted] | 07/31/07 | CSX FUEL SURC 23.01@.3 SLOPE | CSX FUEL SURC 23.01@.3 SLOPE |

**OLD/ORIGINAL FSC PROGRAM BASED ON 30-CONSECUTIVE DAYS = 2% at $28.01 and an additional 2% for each $5 increase in WTI Price**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| AU | CSXT [redacted] | Private | [redacted] | 08/30/06 | FUEL SURCHARGE FORD | Old FSC Program - 30 consecutive days |
| AU | CSXT [redacted] | Contract | [redacted] | 12/31/07 | FUEL SURCHARGE FORD | Old FSC Program - 30 consecutive days |
| CH | CSXT [redacted] | Private | [redacted] | 10/31/06 | FUEL SURC - OLD | Old FSC Program - 30 consecutive days |
| FC | CSXT [redacted] | Private | [redacted] | 09/30/06 | FUEL SURC TROPICANA 81203 | Old FSC Program - 30 consecutive days |
| FC | CSXT [redacted] | Contract | [redacted] | 07/31/09 | FUEL SURC - OLD | Old FSC Program - 30 consecutive days |

**CUSTOM - NEITHER OLD OR NEW - BASED ON 30-CONSECUTIVE DAYS - IF IN EXCESS OF $42.00, FSC = 4% MAX**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| EM | CSXT [redacted] | Contract | [redacted] | 10/31/06 | FUEL SURCHARGE IP | Custom - Neither Old or New |

**CUSTOM - CURRENT FSC PROGRAM (at .4% Slope) MINUS 3.6%**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| AU | CSXT [redacted] | Private | [redacted] | 03/31/07 | FUEL SURC TOYOTA CSXT83331 | Current FSC Program Minus 3.6% |
| AU | CSXT [redacted] | Contract | [redacted] | 03/31/10 | FUEL SURC TOYOTA CSXT83331 | Current FSC Program Minus 3.6% |

**CUSTOM - SIMILAR TO CURRENT PROGRAM (.4% Slope) BUT AT $64.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.4 SLOPE | CSX FUEL SURC 64.00@.4 SLOPE |

**CUSTOM - SIMILAR TO CURRENT PROGRAM (.3% Slope) BUT AT $64.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.3 SLOPE | CSX FUEL SURC 64.00@.3 SLOPE |

**CUSTOM - SIMILAR TO CURRENT PROGRAM (.2% Slope) BUT AT $64.01**

| B.U. | Authority | Price Type | Owner | Exp. Date | FSC Application/Condition Code | Cap/Comment |
|---|---|---|---|---|---|---|
| CO | CSXT [redacted] | Contract | [redacted] | 12/31/09 | CSX FUEL SURC 64.00@.2 SLOPE | CSX FUEL SURC 64.00@.2 SLOPE |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| 20.80% | 20.40% | 16.40% | 14.40% | 14.80% | 16.00% |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 | |
|---|---|---|---|---|---|---|
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| N/A | N/A | 8.20% | 7.20% | 7.40% | 8.00% | .2% Slope became effective 11/1/06 |
| 10.40% | 10.20% | 8.20% | 7.20% | 7.40% | 8.00% | |
| N/A | N/A | N/A | N/A | 7.40% | 8.00% | .2% Slope became effective 1/1/07 |
| N/A | N/A | N/A | N/A | 7.40% | 8.00% | .2% Slope became effective 1/1/07 |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| 13.52% | 13.26% | 10.66% | 9.36% | 9.62% | 10.40% |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 | |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 11.10% | 12.00% | .3% Slope begins 1/1/07 |
| 15.60% | 15.30% | 12.30% | 10.80% | 11.10% | 12.00% | |

| FSC % EFF 05/24/06 | FSC % EFF 10/19/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| Currently at 18.00% | Pub Expired 08/30/06 | N/A | N/A | N/A | N/A |
| Currently at 18.00% | Changed 18% to 16% | Changed 16% to 14% | 14% | 14% | No Change Anticipated |
| Currently at 18.00% | Changed 18% to 16% | Pub Cancelled 10/31/06 | N/A | N/A | N/A |
| Currently at 18.00% | Pub Expired 09/30/06 | N/A | N/A | N/A | N/A |
| Currently at 18.00% | Changed 18% to 16% | Changed 16% to 14% | 14% | 14% | No Change Anticipated |

| FSC % EFF 09/27/04 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| Currently at 4.00% | No Change | Contract Expired 10/31/06 | N/A | N/A | N/A |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| 17.20% | 16.80% | 12.80% | 10.80% | 11.20% | 12.40% |
| 17.20% | 16.80% | 12.80% | 10.80% | 11.20% | 12.40% |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 0.00% | 0.00% |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 0.00% | 0.00% |

| FSC % EFF 09/01/06 | FSC % EFF 10/01/06 | FSC % EFF 11/01/06 | FSC % EFF 12/01/06 | FSC % EFF 01/01/07 | FSC % EFF 02/01/07 |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 0.00% | 0.00% |

| Price Authority | CONT/PVT | BU | FUEL_SURCHARGE_S | PATRON | RATE_ADJ_TYPE_C | Exp. Date | Auto Renewal |
|---|---|---|---|---|---|---|---|
| CSXT [redacted] | C | AG | N | [redacted] | PS YEARLY RATE | 8/31/2009 | |
| CSXT [redacted] | P | AU | N | [redacted] | PS YEARLY RATE | 1/26/2007 | |
| CSXT [redacted] | P | AU | N | [redacted] | PS YEARLY RATE | 6/30/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 3/31/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 3/31/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 3/31/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 3/31/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 6/30/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 6/30/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 7/6/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 7/31/2007 | |
| [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 9/30/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 9/30/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 9/30/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 9/30/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 9/30/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | P | CH | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | P | CO | N | [redacted] | 30 DAY RATE | 1/15/2007 | |
| CSXT [redacted] | C | CO | N | [redacted] | PS YEARLY RATE | 5/31/2007 | |
| CSXT [redacted] | C | CO | N | [redacted] | PS YEARLY RATE | 6/30/2007 | |
| CSXT [redacted] | C | CO | N | [redacted] | NONE | 7/31/2007 | |
| CSXT [redacted] | C | CO | N | [redacted] | NONE | 10/4/2007 | Yes |
| CSXT [redacted] | C | EM | N | [redacted] | PS YEARLY RATE | 5/14/2007 | |
| CSXT [redacted] | C | EM | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | C | EM | N | [redacted] | PS YEARLY RATE | 12/31/2007 | |
| CSXT [redacted] | P | MT | N | [redacted] | PS YEARLY RATE | 10/31/2007 | |
| CXTF [redacted] | P | PA | N | [redacted] | PS YEARLY RATE | 5/31/2007 | |

**From:** Goutcher, Jeff
**Sent:** Tuesday, July 06, 2004 4:08 PM
**To:** Piacente, Dean; Karn, Rich
**Cc:** James, Kenneth Jr.
**Subject:** FW: [redacted] Contract Win

**Attachments:** [redacted] Price Review.xls

[redacted] another home run. Dave Lee just informed me we have won 100% of the competitive business. As info, it's option 'D' as in Dave in the attached spreadsheet. The incremental 580 cars is right at our minimum threshold of $328/car or 1.25 Revenue/Cost but the base we leveraged is $2292/car average or 2.94 Revenue/Cost. On a blended basis, this is very profitable account.

As you can see this offer had been made before the recent squeeze (01/29/04). That being said, $328/car in private equipment is still a pretty good deal when you look across the railroad's portfolio of business.

Good job Dave!

jg

Jeff Goutcher
CSX Transportation
4100 Alpha Road, Suite 700
Dallas, TX 75244
972-813-5474 Dallas Office
713-664-7406 Houston Office
214-912-6544 Mobile

-----Original Message-----
**From:** Lee, David
**Sent:** Tuesday, July 06, 2004 11:53 AM
**To:** Goutcher, Jeff
**Subject:** FW: [redacted] Price Review:01/29/04

All the information on the win.

-----Original Message-----
**From:** Walker, Jennifer
**Sent:** Thursday, January 29, 2004 1:48 PM
**To:** Lee, David; Tobin, Matt
**Subject:** [redacted] Price Review:01/29/04

For Price Review at 4:00 EST today.

[redacted] Price Review.xls (80 ...

Thank you-Jennifer
*Jennifer Moore Walker*
*Market Manager*
*CSXT Chemicals-Plastics*
*904-359-3165*
*Fax: 904-359-3330*
*Jennifer_Moore@csx.com*

-----Original Message-----
**From:** **Walker, Jennifer**
**Sent:** Wednesday, January 28, 2004 2:49 PM
**To:** Lee, David; Davis, Larry Jr.
**Subject:** [redacted] Price Review

For 3:00 EST call:

<< File: [redacted] Price Review.xls >>

Thank you-Jennifer
*Jennifer Moore Walker*
*Market Manager*
*CSXT Chemicals-Plastics*
*904-359-3165*
*Fax: 904-359-3330*
*Jennifer_Moore@csx.com*

# Redacted in Full

# DA02765 - DA02771

**From:** Eliasson, Fredrik
**Sent:** Thursday, February 27, 2003 4:42 PM
**To:** Bailey, Gordon ; Bernard, Bob ; Blumenfeld, Alan P ; Bowling, David; Burns, Dan; Burns, Kathy ; Cantrell, Michael; Crown, Al; Eliasson, Fredrik ; Evans, Randy; Fallon, Jim; Farrell, Shirley ; Favorite, Fred Jr.; Fitzsimmons, Ellen ; Fogarty, Andy ; Geiersbach, Rachel ; Giftos, Mike; Gooden, Clarence ; Goodwin, Paul; Grubbs, Debbie; Gutman, Bob; Haulter, Bob ; Havens, Arnie; Hollingsworth, Adam; Howarth, Jim ; Jenkins, Chris; Katz, Glenn ; Kirkland, Sandy; Kolls, Ray; Larson, Stephen ; Lewis, Dale; McGovern, Mike ; Mohorovic, Jesse; Murphy, Dan ; Passa, Les ; Peifer, Ken ; Pursley, Frank ; Ruehling, Mike; Shudtz, Pete ; Sizemore, Carolyn; Skipper, Misty ; Sullivan, Robert ; Trescot, Leslie; Ward, Michael ; Whaley, Patsy
**Subject:** CSX CSFB Report

**Attachments:** CSFB CSX.pdf

CSFB CSX.pdf (222 KB)

FLASH

FORECAST REDUCTION

CREDIT SUISSE | FIRST BOSTON
Equity Research

27 February 2003
Americas/United States
Railroads

OVERWEIGHT

# The impact of rising fuel prices

## Lowering 1Q:03, & Full year EPS estimates

- As fuel prices have continued to rise throughout 1Q:03 we felt it prudent to re-visit the fuel sensitivity of the various Class 1 carriers. Our goal is not precision (various break points for surcharges makes it a bit of a guessing game), but rather to get estimates moving in the right direction. We first adjusted our input price, West Texas Intermediate (WTI/barrel), for the carriers' un-hedged usage and then we choose a percentage of potential contract escalators. We will discuss our assumptions and methodology in greater detail in the report itself.

- We have 2 principal takeaways in this report: (1) CSX's 1Q:03 consensus EPS estimates are roughly 1/3 too high in our opinion (we would expect CSX shares to remain weak as estimates likely follow our reduction); (2) We would be aggressive buyers of Union Pacific (Ticker: UNP, CP: $55.25, Rating: Outperform, TP: $68) and secondly Canadian Pacific (Ticker: CP, CP: $20.52, Rating: Outperform, TP: $24) on any weakness as we believe that the fundamental story for each is as strong as ever with any impact stemming from fuel costs being only a temporary issue.

- While we believe the industry as a whole is in the midst of a significant paradigm shift: (1) enhanced productivity, not seen since the early 1990's, (2) major steps forward in service consistency and offerings, and (3) a pricing discipline which has not been there for the last 2 decades or maybe ever. This been said we are concerned in the short run, with the uncertainly of a pending war and the negative impact that continues to have on the economy and more specifically its impact on diesel fuel.

- We remain pleased with traffic volumes and fuel surcharges will help to mitigate some of the impact of higher fuel prices. There is a 30 day lag effect with the surcharges and they do not begin to layer in until the WTI reaches the upper $20's/lower $30's per barrel. While 1Q:03 are moving quite a bit, full year 2003 EPS estimates are on average only moving by a few percent thanks to the fuel surcharges. The negative EPS impact from most to least stemming from fuel price increases is as follows:

research team

**Gary H. Yablon**
212 325 3035
gary.yablon@csfb.com

**Christopher W. Robertson**
212 325 3366
christopher.robertson@csfb.com

1) CSX Corp (Ticker: CSX, CP: $26.58, Rating: Neutral, TP: $30)
2) Union Pacific
3) Burlington Northern (Ticker: BNI, CP: $24.80, Rating: Neutral, TP: $26)
4) Norfolk Southern (Ticker: NSC, CP: $19.25, Rating: Outperform, TP: $27)
5) Canadian Pacific
6) Canadian National (Ticker: CNI, CP: $42.09, Rating: Neutral, TP: $45)

***FOR IMPORTANT DISCLOSURE INFORMATION relating to the Firm's investment banking relationships, if any, with companies mentioned in this report and regarding the Firm's rating system, valuation methods, and potential conflicts of interest, please visit the website at www.csfb.com/researchdisclosures or call +1 (877) 291-2683.***

## Actionable Calls

Union Pacific remains one of our favorite names within the group it has a solid operating plan in place and has executed well we believe that the issues of war and rising fuel costs (war talk essentially driving fuel prices up) will pass. We anticipate EPS estimates will be coming down at which time we would be aggressive buyers of UNP and as mentioned above Canadian Pacific. In CP case, it should not see as much EPS degradation owing to significant fuel hedges in has in place.

Secondly, CSX's 1Q:03 EPS consensus estimates are once again significantly too high. The stock came under significant pressure prior to the company's 4Q:02 release where more explicit comments were given regarding 1Q:03 EPS. We will discuss in greater detail the impact of both harsh weather conditions and rising fuel prices with lack of hedges. Our new 1Q:03 estimate is roughly 1/3 below current consensus estimates and would advise investors to proceed with caution despite the fact shares are trading below book value.

## Methodology and Assumptions

As we continue to grapple with the swings in the WTI we have decided to raise our full year 2003 fuel price estimate by roughly17% from $23-24 per barrel to approximately $28 per barrel. Below in Exhibit 1 are the specific forecasts by quarter for 2003 and the annual estimates for 2003 and 2004.

**Exhibit 1: WTI per barrel estimate**

| | 1Q:03 | 2Q:03 | 3Q:03 | 4Q:03 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| **OLD WTI/barrel price** | $32 | $25 | $20 | $18 | $24 | $20 |
| **NEW WTI/barrel price** | $35 | $30 | $23 | $23 | $28 | $23 |
| ***% incrase*** | *9%* | *20%* | *15%* | *28%* | *17%* | *15%* |

*Source: CSFB estimates.*

In light of the pending military action we are comfortable that most of these changes have been factored into current the stock prices, but there are a few exceptions we will address below. It is important also to realize that the longer possible military action is delayed the further into 2H:03-1H:04 high fuel prices will persist. The second part of our analysis centers on surcharges. Quite different from the trucking industry where carriers are able to push almost all of rising prices on to the shipper rails have been and continue to be slow to adopt any meaningful pass along to shippers. One area that that carriers have reacted beyond fuel hedging, which most carriers do at one level or another, is for surcharges to cover sustained extreme upward price movements. While each carrier has a slightly different format we are assuming the following as can be seen in Exhibit 2. Most carriers are increasing the percentage of their business that fuel surcharges cover so may achieve these goals faster than other, but we believe this gets us in the game.

**Exhibit 2: Fuel surcharges as a percent of revenue**

| Fuel Surcharge | 1Q:03 | 2Q:03 | 3Q:03 | 4Q:03 | 2003 | 2004 |
|---|---|---|---|---|---|---|
| **% of business covered** | 25% | 30% | 35% | 40% | 33% | 50% |
| **resulting rev increase** | 2% | 3% | 1% | 0% | 2% | 0% |

*Source: Company data, CSFB estimates.*

One important caveat to keep in mind is that the carriers are not able to pass along any additional charge until 30 consecutive days of a reported WTI above the break point must occur. Typically these break points are around $28, $30, $35, etc… per barrel. Again we are not trying to over-analyze this as the market is moving rapidly. This format creates a significant lag effect and can really hurt when the per barrel price drops below the break point even if it is just for one day. This can be a benefit as well though, as the surcharge will not come off once implemented until there are 30 consecutive days pf reported WTI below the break point. Said another way just one day out of 30 above the break point will resent the process for another 30 days. Below we will discuss our company specific thoughts as far as fuel and some other macro issues affecting the carriers in 1Q:03 and our EPS adjustments beyond as well.

## Company Specific Comments

We have done a bit more customization than the above methodology and assumptions imply, but to keep things simple this is how we believe investors should consider the impact of rising fuel prices on company's earnings and the sensitivity that each has to changes in fuel prices. The WTI has risen by roughly 15% +/- from $31/32 – $37/38 per barrel 1Q:03 to date; clearly an increase that is hard to miss.

### Burlington Northern

2003 EPS sensitivity: every $1 increase in the WTI impacted EPS slightly over 1.0%

We remain concerned that the company has a lack of catalysts to jumpstart earnings even with the potential for an upturn. The company has protected itself fairly well as far as fuel hedges go, but is not as well positioned for an economic recovery as other carriers. Despite the rise in the WTI 1Q:03 results fro BNI are for the most part unaffected. To be on the conservative side we are going to trim 1Q:03 EPS estimates by 2% or $0.01 to $0.39. The carrier has 9% of its fuel hedged at $0.71 per gallon with an additional 52% capped at $0.91 per gallon. The remaining 39% is floating with $0.15 of tax and transportation costs added to the WTI and refining margin. To offset the increase in our estimate is roughly $10 million of revenue from surcharges. For full year 2003 we are reducing our EPS estimate by 2% or $0.04 to $2.18, as a result of higher fuel prices, though again there is an offset from fuel surcharges.

On the traffic side of the business, the company continues to experience strong volume growth in 1Q:03 to-date, up 5%, driven by intermodal and to a lesser degree auto and carload business, up 17%, 5%, and 4% respectively. These gains were partially offset by an 8% decline in coal volume and 6% decline in agricultural movements. We anticipate that as we move into 2Q:03 and beyond coal volume will begin to moderate and could boost results.

We remain on the sidelines despite a fairly good hedge position and positive prospects for volume growth, specifically coal, as the year progresses. As we discussed in our BNI first call note: "Waiting and watching" dated February 25, 2003, there are simply not catalysts in place to make this more than a market performer within the railroad universe. As such our rating remains Neutral with a $26 price target.

### Union Pacific

2003 EPS sensitivity: every $1 increase in the WTI impacted EPS roughly 1.5%

Despite our earnings reduction, which we will discuss below, UNP remains one of our favorite names in the group and one of the best in terms of leverage to a recovery. Management is focused on controlling costs in a weak economy and is raising prices and growing market share from the truckers. UNP has been impacted slight more than some carriers owing to its relatively low fuel hedge in 2003, approximately 7% at $0.72 including transportation, tax, and refining. As a result we are reducing our 1Q:03 EPS estimate just under 4% or $0.03 to $0.77 continuing ($0.67 reported including the $0.10 charge for workforce reduction). UNP currently has approximately 93% of its fuel un-hedged with $0.21 of transportation, tax, and refining costs. Again to attempt to adjust for the impact of fuel surcharges we are relying on the format above which give UNP roughly $13 million of revenue from surcharges. For full year 2003 we are reducing our EPS estimate by just over 3% or $0.15 to $4.50, as a result of higher fuel prices including the offset from fuel surcharges.

Traffic volumes continue to experience solid growth in 1Q:03 to-date, up 3%, with bulk as the only area of weakness. Intermodal, industrial products, and to a lesser degree auto continue to be the main driving forces (intermodal even with a loss of a fairly sizable international contract to BNI). Furthermore, beyond 1Q:03 we should begin to see coal volume recover and anticipate full year volume growth of 3%.

UNP continues to be one of our favorites in the group. We would remain aggressive buyers of UNP shares, especially on any weakness that is the result of earnings via fuel concerns. Continued productivity, an improving coal market, and the fact UNP is trading in-line with the group are all compelling reasons for us to maintain our Outperform rating and $68 price target.

## CSX

2003 EPS sensitivity: every $1 increase in the WTI impacted EPS almost 2.0%

CSX's consensus estimates are simply too high. Because the company has no fuel surcharges in place in 2003 it will be more severely impacted than most carriers. As a result we are reducing our 1Q:03 EPS estimate 20% or $0.05 to $0.20, which is about 1/3rd below current consensus estimates. We anticipated that consensus will follow and do not believe this has fully been discounted by the stock. As we make our adjustments to capture the impact of fuel surcharges the company should be able to offset roughly $9 million of revenue from surcharges. For full year 2003 we are reducing our EPS estimate by 4% or $0.10 to $2.30, as a result of higher fuel prices including the offset from fuel surcharges.

The company's traffic volume is up 3% in 1Q:03 to-date with weakness in coal offset by strong metal and intermodal traffic. The remaining traffic was mixed, but positive for the most part. Coal volumes should rebound in 2Q:03, but will not likely see positive revenue growth in 1Q:03. Owing to severe winter conditions on the east coast and rising fuel prices, costs will likely be a significant issue in 1Q:03. We anticipate this will also negatively impact the speed of CSX's network.

CSX continues to be a story worth watching, owing to its current share price trading below book value, but until we get more clarity on the direction of the company's overall operations and cost structures and until 1Q:03 consensus estimates come down there is

more risk than reward. Owing to these conditions we maintain our Neutral rating and $30 price target.

## Norfolk Southern

2003 EPS sensitivity: every $1 increase in the WTI impacted EPS slightly under 1.0%

NSC's has done a fairly good job of hedging its fuel position in 1Q:03, but as was the case with CSX the company is being negatively impacted by harsh east coast weather conditions. The company has approximately 70% of its fuel consumption hedged at $0.73 including transportation, tax, and refining in 1Q:03. We are however; reducing our 1Q:03 EPS estimate 9% or $0.02 to $0.20. NSC currently has approximately 30% of its fuel un-hedged with $0.15 of transportation, tax, and refining costs. As we stated above the impact of fuel surcharges gives the company roughly an $8 million benefit. For full year 2003 we are reducing our EPS estimate by 3% or $0.04 to $1.32, as a result of higher fuel prices including the offset from fuel surcharges and the challenging operating environment caused by the weather.

NSC's traffic volume is up 2% in 1Q:03 to-date with the only material weakness in coal. Strong chemical and intermodal traffic helped offset the weakness in coal. Furthermore, we anticipate that coal volume will begin to rebound in 2Q:03. Again as was the case with CSX, severe winter conditions on the east coast and the associated costs will clearly impact 1Q:03 results.

Despite the challenges NSC faces in 1Q:03, it remains an Outperform rated stock with excellent long-term prospects. It has done a good job of hedging its fuel for the entire year and should begin to see an improving coal market. As such we reiterate our Outperform rating and $27 price target.

## Canadian Pacific

2003 EPS sensitivity: every US$1 increase in the WTI impacted EPS slightly over 1.0%

Through various hedges and collars CP's has been able to mitigate much of the rise in fuel prices. It has also been very active in increasing its contracts with surcharges and been able to manage its costs well despite the damaging drought in western Canada. Nonetheless we are reducing our 1Q:03 EPS estimate roughly 3% or US$0.01 to US$0.27. Furthermore, CP currently has approximately 58% of its fuel hedged including collars. Additionally, surcharges give the company roughly US$3 million of benefit. Finally, for full year 2003 we are maintaining our EPS estimate of US$1.69, with the decline in 1Q:03 being offset in the latter part of the year thanks to the benefit of the surcharges.

Total traffic volume for CP has risen 5% for 1Q:03 to-date with intermodal and auto traffic responsible for the bulk of the gain. The only areas of significant weakness for 1Q:03 to-date have been industrial products and forest products. Additionally, grain has been able to remain only modestly negative even with the drought conditions

CP has a strong operating plan in place with the prospects of a more normal grain crop. The company will see significant leverage to both an economic recovery and the return of grain to the system. CP remains one of our top picks and is rated Outperform with a US$24 price target.

## Canadian National

2003 EPS sensitivity: every US$1 increase in the WTI impacted EPS roughly 0.5%

CNI like CP has faced a challenging grain market, but has been able to cut costs and focus on service. Owing to CNI's industry leading operating ratio, there is less that can be improved upon, especially in a slow growth economy. To be on the conservative side we are lowering our 1Q:03 EPS estimate approximately 1% or US$0.01 to US$0.67. Additionally, CNI currently has roughly 45% of its fuel hedged at US$25 per barrel. Surcharges should also provide an additional US$5 million of benefit. Moreover, we are maintaining our for full year 2003 EPS estimate of US$3.40, with the weakness in 1Q:03 offset thanks to surcharges.

CNI has experienced strong traffic volume growth in the 5% range for 1Q:03 to-date. Intermodal, coal, and petroleum & chemical traffic have been the only commodity groups to experience a gain. The biggest area of weakness for the company has been and will likely continue to be grain.

Even with a return of a more normalized grain crop and a stronger economy we continues to believe CP holds the more interesting story. As such, me maintain our Neutral rating and US$45 price target for CNI.

## Genesee & Wyoming

GWR remains the only rail carrier in our universe to consistently earning above its cost of capital. Additionally, it has the highest free cash flow yield in the railroad universe. As a result of the lack of any meaningful fuel hedges, however, we are reducing our 1Q:03 EPS estimate approximately 8% or US$0.03 to $0.33. Additionally, we are lowering our full year 2003 EPS estimate 3% or $0.05 to $1.65. Despite lowering full year 2003 estimates, GWR remains one of the most inexpensive railroads we follow and the one with the best growth prospects. As a result we reiterate our Outperform rating and US$25 price target.

# Conclusion

We remain convinced that much if not all of the fuel concerns EPS impact have been factored into he stocks with a few exceptions. We believe that investors will continue to find the class 1 carriers as an excellent defensive play that has significant upside leverage to a recovering economy. This is especially true now with a renewed focus on productivity and cost control that had been absent for the latter half of the 1990's and into 2000. Furthermore, pricing improvements have helped to lead the expansion of margins. We believe this is a sustainable model with solid discipline in the east and Canada and western company's gaining pricing momentum.

**Companies Mentioned** ***(Price as of 26 Feb 03)***

Union Pacific (UNP, $55.25, OUTPERFORM, TP $68)
Burlington Northern Santa Fe (BNI, $24.80, NEUTRAL, TP $26)
CSX Corporation (CSX, $26.58, NEUTRAL, TP $30)
Norfolk Southern (NSC, $19.25, OUTPERFORM, TP $27)
Canadian National (CNI, $42.09, NEUTRAL, TP $45)
Canadian Pacific Railways (CP, $20.52, OUTPERFORM, TP $24)
Genesee & Wyoming, Inc. (GWR, $14.91, OUTPERFORM, TP $25)

## Disclosure Section

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors including CSFB's total revenues, a portion of which are generated by CSFB's investment banking activities.

### Analyst's stock ratings are defined as follows:

**Outperform:** The stock's total return is expected to exceed the industry average* by at least 10-15% (or more, depending on perceived risk) over the next 12 months.

**Neutral:** The stock's total return is expected to be in line with the industry average* (range of ±10%) over the next 12 months.

**Underperform**:** The stock's total return is expected to underperform the industry average* by 10-15% or more over the next 12 months.

**For Asia/Pacific, Latin America, and Emerging Markets, stock ratings are relative to the relevant country index (rather than the analyst's industry coverage universe).*

***In an effort to achieve a more balanced distribution of stock ratings, the Firm has requested that analysts rate at least 15% of their coverage universe as Underperform. This guideline is subject to change depending on several factors, including general market conditions.*

**Restricted:** CSFB policy and/or applicable law and regulations preclude certain types of communications, including an investment recommendation, during the course of CSFB's engagement in an investment banking transaction and in certain other circumstances.

**Volatility Indicator [V]:** A stock is defined as volatile if the stock price has moved up or down by 20% or more in a month in at least 8 of the past 24 months or the analyst expects significant volatility going forward. All IPO stocks are automatically rated volatile within the first 12 months of trading.

### Analyst's coverage universe weightings are defined as follows:

**Overweight:** Industry expected to outperform the relevant broad market benchmark over the next 12 months.

**Market Weight:** Industry expected to perform in-line with the relevant broad market benchmark over the next 12 months.

**Underweight:** Industry expected to underperform the relevant broad market benchmark over the next 12 months.

### CSFB's distribution of stock ratings (and banking clients) is:

**Global Ratings Distribution***

| | | |
|---|---|---|
| **Outperform** | 36% | (49% banking clients) |
| **Neutral** | 42% | (40% banking clients) |
| **Underperform** | 20% | (32% banking clients) |
| **Restricted** | 2% | |

**For purposes of the NYSE and NASD ratings distribution disclosure requirements, our stock ratings of Outperform, Neutral, and Underperform most closely correspond to Buy, Hold, and Sell, respectively; however, the meanings are not the same, as our stock ratings are determined on a relative basis. (Please refer to definitions above.) An investor's decision to buy or sell a security should be based on investment objectives, current holdings, and other individual factors.*

Disclosures continue on next page.

CREDIT SUISSE | FIRST BOSTON

## Additional Disclosures

This report is not directed to, or intended for distribution to or use by, any person or entity who is a citizen or resident of or located in any locality, state, country or other jurisdiction where such distribution, publication, availability or use would be contrary to law or regulation or which would subject Credit Suisse First Boston or its subsidiaries or affiliates (collectively "CSFB") to any registration or licensing requirement within such jurisdiction. All material presented in this report, unless specifically indicated otherwise, is under copyright to CSFB. None of the material, nor its content, nor any copy of it, may be altered in any way, transmitted to, copied or distributed to any other party, without the prior express written permission of CSFB. All trademarks, service marks and logos used in this report are trademarks or service marks or registered trademarks or service marks of CSFB.

The information, tools and material presented in this report are provided to you for information purposes only and are not to be used or considered as an offer or the solicitation of an offer to sell or to buy or subscribe for securities or other financial instruments. CSFB may not have taken any steps to ensure that the securities referred to in this report are suitable for any particular investor. CSFB will not treat recipients as its customers by virtue of their receiving the report. The investments or services contained or referred to in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about such investments or investment services. Nothing in this report constitutes investment, legal, accounting or tax advice or a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you. CSFB does not offer advice on the tax consequences of investment and you are advised to contact an independent tax adviser. Please note in particular that the bases and levels of taxation may change.

Information and opinions presented in this report have been obtained or derived from sources believed by CSFB to be reliable, but CSFB makes no representation as to their accuracy or completeness. Additional information is available upon request. CSFB accepts no liability for loss arising from the use of the material presented in this report, except that this exclusion of liability does not apply to the extent that liability arises under specific statutes or regulations applicable to CSFB. This report is not to be relied upon in substitution for the exercise of independent judgment. CSFB may have issued, and may in the future issue, other reports that are inconsistent with, and reach different conclusions from, the information presented in this report. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them and CSFB is under no obligation to ensure that such other reports are brought to the attention of any recipient of this report. CSFB and its affiliate companies are involved in many businesses that may relate to companies mentioned in this report. These businesses include specialized trading, risk arbitrage, market making, and other proprietary trading. CSFB may, to the extent permitted by law, act upon or use the information or opinions presented herein, or the research or analysis on which they are based, before the material is published.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. Information, opinions and estimates contained in this report reflect a judgement at its original date of publication by CSFB and are subject to change without notice. The price, value of and income from any of the securities or financial instruments mentioned in this report can fall as well as rise. The value of securities and financial instruments is subject to exchange rate fluctuation that may have a positive or adverse effect on the price or income of such securities or financial instruments. Investors in securities such as ADR's, the values of which are influenced by currency volatility, effectively assume this risk.

Structured securities are complex instruments, typically involve a high degree of risk and are intended for sale only to sophisticated investors who are capable of understanding and assuming the risks involved. The market value of any structured security may be affected by changes in economic, financial and political factors (including, but not limited to, spot and forward interest and exchange rates), time to maturity, market conditions and volatility, and the credit quality of any issuer or reference issuer. Any investor interested in purchasing a structured product should conduct their own investigation and analysis of the product and consult with their own professional advisers as to the risks involved in making such a purchase.

Some investments discussed in this report have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realised. Those losses may equal your original investment. Indeed, in the case of some investments the potential losses may exceed the amount of initial investment, in such circumstances you may be required to pay more money to support those losses. Income yields from investments may fluctuate and, in consequence, initial capital paid to make the investment may be used as part of that income yield. Some investments may not be readily realisable and it may be difficult to sell or realise those investments, similarly it may prove difficult for you to obtain reliable information about the value, or risks, to which such an investment is exposed.

This report may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the report refers to CSFB's own website material, CSFB has not reviewed the linked site and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to CSFB's own website material) is provided solely for your convenience and information and the content of the linked site does not in any way form part of this document. Accessing such website or following such link through this report or CSFB's website shall be at your own risk.

This report is issued and distributed in Europe (except Switzerland) by Credit Suisse First Boston (Europe) Limited, One Cabot Square, London E14 4QJ, England, which is regulated in the United Kingdom by The Financial Services Authority ("FSA"). This report is being distributed in the United States by Credit Suisse First Boston LLC; in Switzerland by Credit Suisse First Boston; in Canada by Credit Suisse First Boston Canada Inc.; in Brazil by Banco de Investimentos Credit Suisse Boston S.A.; in Japan by Credit Suisse First Boston Securities (Japan) Limited; elsewhere in Asia/Pacific by whichever of the following is the appropriately authorised entity in the relevant jurisdiction: Credit Suisse First Boston (Hong Kong) Limited, Credit Suisse First Boston Australia Equities Limited, Credit Suisse First Boston (Thailand) Limited, CSFB Research (Malaysia) Sdn Bhd, Credit Suisse First Boston Singapore Branch and elsewhere in the world by the relevant authorised affiliate of the above. Research on Taiwanese securities produced by Credit Suisse First Boston, Taipei Branch has been prepared and/or reviewed by a registered Senior Business Person.

In jurisdictions where CSFB is not already registered or licensed to trade in securities, transactions will only be effected in accordance with applicable securities legislation, which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. Non-U.S. customers wishing to effect a transaction should contact a CSFB entity in their local jurisdiction unless governing law permits otherwise. U.S. customers wishing to effect a transaction should do so only by contacting a representative at Credit Suisse First Boston LLC in the U.S.

Please note that this report was originally prepared and issued by CSFB for distribution to their market professional and institutional investor customers. Recipients who are not market professional or institutional investor customers of CSFB should seek the advice of their independent financial advisor prior to taking any investment decision based on this report or for any necessary explanation of its contents. This research may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA or in respect of which the protections of the FSA for private customers and/or the UK compensation scheme may not be available, and further details as to where this may be the case are available upon request in respect of this report.

Copyright Credit Suisse First Boston, and its subsidiaries and affiliates, 2003. All rights reserved.

**From:** Day, Ken
**Sent:** Friday, December 05, 2003 5:15 PM
**To:** Lewis, Gary; Katz, Glenn
**Cc:** Karn, Rich; Covington, Ron; Kuzma, Bruce; McCoy, Faith
**Subject:** RE: Olin contract renewal - meeting update

Good idea. I discussed the opportunity to divert vessel business to rail with Olin in my meeting with them on Thursday. Jack said he would get their sales people started on a survey of caustic soda moving to Florida receivers via water. Olin continues to be concerned with the erosion of their Florida business to Odyssey. Jack brought this up in our meeting on Thursday. They will probably resurface the issue again on the 16th. I continue to tell Jack we will consider the erosion on a case-by-case basis. We did several source changes from Niagara .vs Alabama about two years ago. Source changes from jointline to singleline routing continues to be one of my strategies for this account where the economics work better for CSX.

***Kenneth W. Day***
***Senior Account Manager***
*Phone: 423-245-4735*
*Cellular: 423-292-4735*
*Fax: 423-245-0551*

-----Original Message-----
**From:** Lewis, Gary
**Sent:** Friday, December 05, 2003 11:00 AM
**To:** Day, Ken; Katz, Glenn
**Cc:** Karn, Rich; Covington, Ron; Kuzma, Bruce; McCoy, Faith
**Subject:** RE: Olin contract renewal - meeting update

I would suggest that we add an agenda item for 'new business opportunities', in addition to discussing pricing of the existing business.

Examples:
- Barge traffic
- Truck traffic
- Sourcing from Niagara vs. Alabama on the NS.
- Others?

Thanks
Gary

-----Original Message-----
**From:** Day, Ken
**Sent:** Friday, December 05, 2003 10:56 AM
**To:** Katz, Glenn
**Cc:** Karn, Rich; Lewis, Gary; Covington, Ron; Kuzma, Bruce; McCoy, Faith
**Subject:** RE: Olin contract renewal - meeting update

Glenn,

Originally Jack Huh and Mike Gilley were the only ones coming to Jacksonville. Steve Bahn is taking over Jack's day-to-day responsibilities with Jack having more of a project type responsibility. Jack will be retiring in the next year of so and is slowly moving the day-to-day stuff to Steve. Hassan decided to round out the foursome to meet more of the CSX people and to support his team.

Since the contract controls such a large volume Olin asked to meet with us prior to our contract review and putting together our proposal to them so they can review the chloralkali market and their 2004 forecast and goals. They want to make sure they the right people at the meeting discuss any questions or concerns we may have that could stall or delay the contract negotiations. Olin would like to have the new contract in place by the end of the 1st quarter if at all possible.

*Kenneth W. Day*
***Senior Account Manager***
*Phone: 423-245-4735*
*Cellular: 423-292-4735*
*Fax: 423-245-0551*

-----Original Message-----
**From:** Katz, Glenn
**Sent:** Friday, December 05, 2003 10:31 AM
**To:** Day, Ken
**Cc:** Karn, Rich; Lewis, Gary; Covington, Ron; Kuzma, Bruce; McCoy, Faith
**Subject:** RE: Olin contract renewal - meeting update

Ken:

Seems like a lot of high powered personnel on their side for this - more than you typically see at a contract negotiation for a contract expiring 6 months from now. Any thoughts on why?

*Glenn*

Glenn L. Katz
Vice President
Chemicals & Fertilizer, CSXT
Tel: (904) 359-3235
Fax: (904) 366-5677

-----Original Message-----
**From:** Day, Ken
**Sent:** Friday, December 05, 2003 8:55 AM
**To:** Karn, Rich; Lewis, Gary; Covington, Ron; Kuzma, Bruce; Katz, Glenn
**Cc:** McCoy, Faith
**Subject:** RE: Olin contract renewal - meeting update

Olin's airline reservations have them arriving Jacksonville 0940 12/16. We need to schedule our meeting for a 1030 start time with a working lunch as they need to depart by 1430. The agenda items Olin will be bringing are:

-Contract Renewal Discussion, 2004 forecast (primary item)
-Washington DC corridor for PIH hazmat routing
-National tank car pooling with TTX

Before I prepare a formal agenda please let me know if you desire additional items.

Those attending from Olin will be:

Jack Huh, Manager Transportation & Logistics
Steve Bahn, Transportation Manager

Mike Gilley, Vice President, Human Resources & Administration (Transportation & Logistics report to Gilley)
Hassan Arabghani, Vice President, Business Development & Strategy

*Kenneth W. Day*
***Senior Account Manager***
*Phone: 423-245-4735*
*Cellular: 423-292-4735*
*Fax: 423-245-0551*

-----Original Message-----
**From:** Day, Ken
**Sent:** Friday, November 21, 2003 7:11 AM
**To:** Karn, Rich; Lewis, Gary; Covington, Ron; Kuzma, Bruce
**Cc:** Katz, Glenn
**Subject:** RE: Olin contract renewal

Please hold open December 16 for the meeting with Olin to review the jumpball contract. They would like to schedule a late morning/early afternoon meeting depending on their flight schedule. I will let you know further when they have their flight itinerary.

*Kenneth W. Day*
***Senior Account Manager***
*Phone: 423-245-4735*
*Cellular: 423-292-4735*
*Fax: 423-245-0551*

-----Original Message-----
**From:** Karn, Rich
**Sent:** Wednesday, November 19, 2003 3:56 PM
**To:** Day, Ken
**Cc:** Covington, Ron; Kuzma, Bruce; Lewis, Gary
**Subject:** RE: Olin contract renewal

Ken,
Those dates work for me. Please advise when details are known. We'll need to develop some information that starts to build our case for a rate increase; RCAF-U increases over last 5 years, increased risk of hauling hazmat since 9-11, higher fuel costs, etc.
Rich

-----Original Message-----
**From:** Lewis, Gary
**Sent:** Tuesday, November 18, 2003 4:41 PM
**To:** Day, Ken; Karn, Rich
**Cc:** Covington, Ron; Kuzma, Bruce
**Subject:** RE: Olin contract renewal

The afternoon of the 4th works for me. In addition, the 16/17 work

Gary

-----Original Message-----
**From:** Day, Ken
**Sent:** Monday, November 17, 2003 2:21 PM
**To:** Karn, Rich
**Cc:** Covington, Ron; Kuzma, Bruce; Lewis, Gary
**Subject:** Olin contract renewal

Rich,

Olin is asking to meet with us in Jacksonville in December to discuss the renewal of the jumpball contract. They realize we are not prepared to make a proposal at this time, and I did tell Jack we are scheduling the contract for internal review in January. Having a meeting with Olin prior to our review should provide further insight about the chloralkali market as well as what they will be looking for in a proposal. Jack gave me a couple of dates in December that will work for them. Please let me know if we can accommodate their request.

December 4/5 or 16/17.

Gary - Jack also said Olin is pursuing the national pool concept with TTX and hope to have information to share with us at that time.

***Kenneth W. Day***
***Senior Account Manager***
*Phone: 423-245-4735*
*Cellular: 423-292-4735*
*Fax: 423-245-0551*

**From:** Onimus, Frank S III
**Sent:** Thursday, March 13, 2003 8:29 PM
**To:** Gooden, Clarence ; Katz, Glenn ; Howarth, Jim ; Kenwell, Bill; Smith, Derrick ; Woodall, Mike ; Hancock, Kyle Jr.
**Cc:** Evans, Ganson ; Trescot, Leslie; Jenkins, Ed
**Subject:** RE: MESSAGE FROM MIKE GIFTOS

**Attachments:** Q1and2Giftos.ppt

Q1and2Giftos.ppt
(61 KB)

Below is the presentation as it now stands.

-----Original Message-----
From: Gooden, Clarence
Sent: Tuesday, March 11, 2003 5:12 PM
To: Onimus, Frank S III ; Katz, Glenn ; Howarth, Jim ; Kenwell, Bill; Smith, Derrick ; Woodall, Mike ; Hancock, Kyle Jr.
Subject: Fw: MESSAGE FROM MIKE GIFTOS

Frank most of the data points required , we went over today.
Would you put together a strawman for us to quickly look at and sign off.
Guys if you can get with Frank after the strawman and we'll talk.
Basically we're taking our forcast down until the war situation plays out and with fuel cost both oil and gas nearing historical highs, we are suggesting we are cautiously optimistic and will still grow 32M
In the 2nd qt.
We all need to remind ourselves that are commitment to achieveing the stretch plan is still there.
Our message to our folks should be stronger than ever...we need business......try more qnd different ideas.

G3/11
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Bryan, Sandi <Sandi_Bryan@csx.com>
To: Gooden, Clarence <Clarence_Gooden@csx.com>; Blumenfeld, Alan P <Alan_Blumenfeld@CSX.com>; Jenkins, Chris <Chris_Jenkins@csx.com>; Strok, Andy <Andy_Strok@csx.com>
CC: Thigpen, Rosemary <Rosemary_Thigpen@CSX.com>; Bales, Lisa <Lisa_Bales@CSX.com>; Patterson, Rita <Rita_Patterson@csx.com>; Boley, Janet <Janet_Boley@csx.com>; Evans, Ganson <J_Ganson_Evans@csx.com>; Trescot, Leslie <Leslie_Michaelis@csx.com>
Sent: Tue Mar 11 15:16:03 2003
Subject: MESSAGE FROM MIKE GIFTOS

I wanted to take a minute and summarize all of our preparations for Monday. The reason this is important is the current Q1 performance and MJW's plan to communicate with the board soon. Here is what I need:

1. Q1 and Q2 Outlooks - I need everyone to have their presentations completed and available for me to review by Thursday morning. Sandi will arrange to get them to me for review.

2. I would like key bullet points from Intermodal, Automotive and Merchandise explaining activities in your major markets.

3. I will need your war implications, impact of recent service and the fuel surcharge information by close of business Wednesday as indicated in a prior e-mail.

Please let Sandi know if you have any questions or concerns. She knows how to reach me...

# The Merchandise team will exceed plan for 6 months 2003 despite negative external factors

**Cumulative Growth**




- Periods 1 and 2 achieved $18.9M above Plan
- P3 will miss Plan by roughly $2.5M putting Q1 at $16.4M favorable
- Q2 will miss Plan by roughly $9.3M due to pessimism in consumer and capital spending
- Revenue growth to prior year is $80.4M or 4.6%

# Key Industry Drivers and Near Term Activity

- Agriculture and Food
  - very close coordination with Car Mgmt and Grain desk to meet demand and minimize weather impacts
  - Ag industry consolidation and short crop still having some negative impact on demand levels
  - Sweetener market has had some source shifts that have negatively impacted demand
  - Grocery related LOB's are strong and should continue through Q2
- Metals
  - very high current demand levels due to high export scrap and coils
  - high truck conversions due to fuel and spot NS service failure conversions currently ongoing
  - weakening demand in Q2 with declines in non-residential construction and auto
  - very close coordination with Car Mgmt and Ops to meet demand
- Chemicals
  - some production curtailments due to surging energy and oil prices
  - strong growth in LPG, plastics, and plastics feedstocks
  - good coordination ongoing with connecting carriers, Transflo, and Service Design to improve service and generate modal shifts
- Phosphates
  - some production and shipping curtailments in fertilizer due to surging gas prices
  - weak demand is expected to continue into Q2
  - forward positioning program in place for phosphate to ensure product availability
- Forest and Industrial
  - short term weakness in building products and appliances due to housing start delays and weather stoppages
  - Winter weather in the North and wet weather in the South are both impeding Fiber supply to mills and driving mill downtime
  - very close coordination with Car Mgmt, Ops, and connecting carriers to meet demand
  - stability in weather and possibly consumer confidence could strengthen demand in Q2
- Emerging Markets
  - terrific operating and service management coordination with the Military
  - Military surge should curtail during Q2
  - good surges in road salt and waste shipments and new opportunities in machinery
  - Atlanta dirt project still encouraging and expanding interest in other "airport" commodities

# War impacts for Merchandise could be significant if resolution is slow to conclude

**Variance To Plan**




- Extended resolution could mirror double dip recession
- Quick resolution could energize confidence and spending
- Quick resolution could drive some military equipment returns

**From:** Gutman, Bob
**Sent:** Wednesday, February 26, 2003 9:44 PM
**To:** Couch, John
**Subject:** BN - CSX Fuel Surcharge.xls

**Attachments:** BN - CSX Fuel Surcharge.xls

BN - CSX Fuel
Surcharge.xls (1...

**Hypothetical CSX vs BNSF Impact on CSX Fuel Surcharge Revenue**

| | | | CSX Tariff | Est. Revenue | BNSF Tariff | Est. Revenue | Est. Opportunity |
|---|---|---|---|---|---|---|---|
| | **2000** | | | | | | |
| Begin 10/25 | | 7 | 2.0% | 0.7 | 2.5% | 0.9 | |
| Nov | | 30 | 2.0% | 3.0 | 4.0% | 6.0 | |
| Dec | | 31 | 2.0% | 3.1 | 4.0% | 6.2 | |
| | | | | **6.8** | | **13.1** | **6.3** |
| | **2001** | | | | | | |
| Jan | | 31 | 2.0% | 3.1 | 4.0% | 6.2 | |
| Feb | | 28 | 2.0% | 2.8 | 3.5% | 4.9 | |
| Mar | | 31 | 2.0% | 3.1 | 3.0% | 4.7 | |
| Apr | | 30 | 2.0% | 3.0 | 2.5% | 3.8 | |
| May | | 31 | 2.0% | 3.1 | 1.5% | 2.3 | |
| Jun | | 30 | 2.0% | 3.0 | 2.0% | 3.0 | |
| Jul | | 31 | 2.0% | 3.1 | 2.5% | 3.9 | |
| Aug | | 31 | 2.0% | 3.1 | 2.5% | 3.9 | |
| Sep | | 30 | 2.0% | 3.0 | 1.5% | 2.3 | |
| Oct | | 31 | 1.9% | 3.0 | 1.5% | 2.3 | |
| Nov | | 30 | 0.0% | 0.0 | 2.5% | 3.8 | |
| Dec | | 31 | 0.0% | 0.0 | 1.0% | 1.6 | |
| | | | | **30.3** | | **42.5** | **12.2** |
| | **2002** | | | | | | |
| Jan | | 31 | 0.0% | 0.0 | 0.0% | 0.0 | |
| Feb | | 28 | 0.0% | 0.0 | 0.0% | 0.0 | |
| Mar | | 31 | 0.0% | 0.0 | 0.0% | 0.0 | |
| Apr | | 30 | 0.0% | 0.0 | 0.0% | 0.0 | |
| May | | 31 | 0.0% | 0.0 | 0.0% | 0.0 | |
| Jun | | 30 | 0.0% | 0.0 | 1.0% | 1.5 | |
| Jul | | 31 | 0.0% | 0.0 | 1.0% | 1.6 | |
| Aug | | 31 | 0.0% | 0.0 | 0.0% | 0.0 | |
| Sep | | 30 | 0.0% | 0.0 | 0.0% | 0.0 | |
| Oct | | 31 | 1.0% | 1.5 | 1.0% | 1.6 | |
| Nov | | 30 | 2.0% | 3.0 | 2.0% | 3.0 | |
| Dec | | 31 | 0.6% | 1.0 | 2.5% | 3.9 | |
| | | | | **5.5** | | **11.5** | **6.0** |
| | **2003** | | | | | | |
| Jan | | 31 | 0.2% | 0.3 | 2.0% | 3.1 | |
| Feb | | 28 | 2.0% | 2.8 | 2.0% | 2.8 | |
| Mar | | 31 | 2.8% | 4.3 | 2.5% | 3.9 | |
| Apr | | 30 | 4.0% | 6.0 | 4.5% | 6.8 | |
| | | | | **13.4** | | **16.5** | **3.1** |
| **Grand Total** | | | | **56.0** | | **83.5** | **27.5** |

CSXFSC000165096

# Sales and Marketing Fuel Surcharge Update

February 27, 2007



Highly Confidential

CSXFSC000165097

# The STB issued a final decision regarding rail fuel surcharges "FSC" on January 26, 2007

Key STB Findings:

- A FSC can not be calculated as a percent of base rate
- The decision only applies to non-exempt public tariffs
- "Double-dipping" is prohibited (Index with Fuel + FSC)
- The decision is not retroactive
- Monthly FSC reports to be developed
- Implement within 90 days



Highly Confidential

CSXFSC000165098

# The decision was as expected but did provide some further guidance

- Mileage based FSC capabilities have been developed and are being tested
- Application to public tariffs only; allows for conversion of contracts over time
- CSX does not "double dip" as a business practice
  - There are legacy contracts with "double dip" characteristics
- The decision is prospective which should minimize any past practice exposure
- The reporting provision was an expected outcome
  - Still awaiting final decision in regards to reporting format



Highly Confidential

CSXFSC000165099

# Based on the final STB decision, S&M is implementing the following key changes to CSX's FSC program

- Convert all CSXT customers to a mileage based FSC
  - Tariff customers would be converted on April 23
  - Contracts and Private Quotes would be converted at renewal
  - Mileage used will be PC Rail with shortest distance to gateway

- CSXI's FSC will not change at this time
  - Separate company and outside STB's ruling

- FSC index will change from WTI to Highway Diesel Fuel (HDF), U.S. No. 2 Diesel Retail Sales by All Sellers, for the new program only*

- The mileage based FSC would start at HDF $2.00 (approximately $45 WTI)
  - $0.01 per mile charge for every $0.04 per gallon increase in HDF

*Index information can be found on www.eia.doe.gov



Highly Confidential

CSXFSC000165100

# To protect CSX's bottom line, the transition to the new FSC program will require a price adjustment

- Public tariff rates will be adjusted by 11.5% on April 23 to reflect market rates
  - Customer benefits if HDF stays above $2.44 (approximately $58 WTI)
- All contracts (new or renewals) must be placed on the new FSC program and will require the 11.5% price adjustment
- These price adjustments are in addition to the 2007 price plan of $442 Million



Highly Confidential

CSXFSC000165101

# Implementation Timeline

| | |
|---|---|
| ■ Technology Enhancements | Oct. – Feb. ✓ |
| ■ S&M Alignment | Feb. 12 ✓ |
| ■ E-team Approval | Feb. 14 ✓ |
| ■ Price Adjustment Process | Feb. 20 – Mar. 2 |
| ■ S&M Internal Communication | Feb. 26 – Feb. 28 |
| ■ Public Announcement | Mar. 1 |
| ■ Implementation | April 23 |



Highly Confidential

CSXFSC000165102

# Appendix



Highly Confidential

CSXFSC000165103

# CSXT mileage based FSC

| When HDF is… | | Charge Per Mile Is… |
|---|---|---|
| At Least | Less Than or Equal To | |
| $0.000 | $1.999 | $0.00 |
| $2.000 | $2.039 | $0.01 |
| $2.040 | $2.079 | $0.02 |
| $2.080 | $2.119 | $0.03 |
| $2.120 | $2.159 | $0.04 |
| $2.160 | $2.199 | $0.05 |
| $2.200 | $2.239 | $0.06 |
| $2.240 | $2.279 | $0.07 |
| $2.280 | $2.319 | $0.08 |
| $2.320 | $2.359 | $0.09 |
| $2.360 | $2.399 | $0.10 |
| $2.400 | $2.439 | $0.11 |
| $2.440 | $2.479 | $0.12 |
| $2.480 | $2.519 | $0.13 |
| $2.520 | $2.559 | $0.14 |
| $2.560 | $2.599 | $0.15 |

| When HDF is… | | Charge Per Mile Is… |
|---|---|---|
| At Least | Less Than or Equal To | |
| $2.600 | $2.639 | $0.16 |
| $2.640 | $2.679 | $0.17 |
| $2.680 | $2.719 | $0.18 |
| $2.720 | $2.759 | $0.19 |
| $2.760 | $2.799 | $0.20 |
| $2.800 | $2.839 | $0.21 |
| $2.840 | $2.879 | $0.22 |
| $2.880 | $2.919 | $0.23 |
| $2.920 | $2.959 | $0.24 |
| $2.960 | $2.999 | $0.25 |
| $3.000 | $3.039 | $0.26 |
| $3.040 | $3.079 | $0.27 |
| $3.080 | $3.119 | $0.28 |
| $3.120 | $3.159 | $0.29 |
| $3.160 | $3.199 | $0.30 |
| $3.200 | $3.239 | $0.31 |

Each $0.04 per gallon increase thereafter, apply an additional $0.01 per mile



Highly Confidential

**From:** Couch, John
**Sent:** Wednesday, March 05, 2003 9:49 PM
**To:** Gooden, Clarence
**Subject:** FW: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

Do you want to have dinner with Jack on Wednesday the 12th? Should we offer them golf or tours in the afternoon of the 12th since we are scheduled for meeting on the 13th?

-----Original Message-----
From: BMTOY@up.com [mailto:BMTOY@up.com]
Sent: Wednesday, March 05, 2003 3:32 PM
To: Couch, John
Subject: RE: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

We arrive just after 1p on Wed and leave at 1p on Thurs. Not sure if Jack and Clarence have talked about anything more specific re Wed evening or Thurs morning. We will be staying at the Omni.

----- Forwarded by Bob M. Toy on 03/05/03 02:30 PM -----

"Couch, John " <john_couch@csx.com>
03/05/03 01:21 PM

To: "'BMTOY@up.com'" <BMTOY@up.com>
cc:
Subject: RE: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

When are you guys arriving/departing?

-----Original Message-----
From: BMTOY@up.com [mailto:BMTOY@up.com]
Sent: Wednesday, March 05, 2003 8:46 AM
To: Couch, John
Subject: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

For our discussion tomorrow, here are suggested agenda items for next week:

Industry Common Language Initiative
- Objectives
- What it looks like
- Assessment of options (e.g., Railprices, "A+B", Arzoon, etc)

CN/CSX Initiative
- Background & status
- Lessons learned and expected
- UP/CSXT participation potential

Other Pricing Issues on CSX/UP Interline Business
- Fuel surcharge methodology [believe Jack & Clarence talked on this]
- Bilateral accounting agreement

Other?

Bob Toy
Union Pacific Railroad
402-271-3907
bmtoy@up.com


CSX
delivering.
Contract Escalators
June 2003

# Economic Conditions caused constant change

- Initially used RCCR
- Then RCAF(u)
- When inflation is high used CPI
- When economy was growing used GDP
- When slow growth and low inflation went back to RCAF(u)
- When price was being pushed went to fixed increases

# Rail escalators

## RCR

- Started in 1977
- Includes 10 components including taxes and depreciation

## RCAF

- Started in 1980 due to Staggers
- Needed an index of inputs only
- Has 7 components

## RCAF(u) and RCAF(a)

- Split in the 90's at request of shippers
- RCAF(a) is adjusted for rail productivity which has made it a de-escalator
- CSXT rarely agrees to RCAF(a)

# RCAF(u) History and projected



# If all contracts were RCAF(u)

- Average of about 2.5% of $3.6B is $88M
- Most merchandise contracts are adjusted annually, not quarterly like Coal – it's a manual process
- Short term spikes in fuel could be missed by annual adjustments
- RCAF(u) lags events by up to a year in Merchandise

# Current policy

- All price vehicles must contain fuel surcharge language or RCAF(u)
  - Includes contracts with fixed escalators
- Some leeway is given depending on competitive circumstances
- Some deals are done with a percent of the RCAF(u) and no fuel surcharge

CONGRESS OF THE UNITED STATES
CONGRESSIONAL BUDGET OFFICE

A CBO PAPER

MAY 2005

# Freight Rail Transportation: A Review of the 2004 Experience



TRC02563/Photodisc/Getty Images

A
CBO
PAPER

# Freight Rail Transportation: A Review of the 2004 Experience

May 2005

The Congress of the United States ■ Congressional Budget Office

# Note

Unless otherwise specified, the years referred to in this paper are calendar years.

# Preface

In 2004, the freight rail industry in the United States faced a surge in demand for its services as the economy expanded, international trade increased, and farmers harvested bumper crops of grain. As demand for transport by freight rail heightened, policymakers, shippers, and transportation analysts expressed concern over whether the railroads would be able to meet shippers' needs.

This Congressional Budget Office (CBO) paper—prepared at the request of the House Committee on Transportation and Infrastructure—examines the confluence of events that led to last year's rise in demand for rail transport and analyzes measures taken both by the railroads and by shippers to accommodate that demand. The review suggests that although some shippers did experience delays and added costs, major disruptions to the overall economy were avoided. In keeping with CBO's mandate to provide objective, impartial analysis, the paper makes no recommendations.

Elizabeth Pinkston of CBO's Microeconomic and Financial Studies Division wrote the paper under the supervision of Roger Hitchner and David Moore. Several external reviewers offered valuable comments, including Michael Redisch and his colleagues at the Surface Transportation Board, Craig Rockey of the Association of American Railroads, Marvin Prater of the Department of Agriculture, and Francetta Willet of the Bureau of Labor Statistics. (The assistance of outside reviewers implies no responsibility for the final product, which rests solely with CBO.) Within CBO, Chad Chirico, Arlene Holen, and Tom Woodward provided helpful comments.

Loretta Lettner edited the paper, and Christine Bogusz proofread it. Maureen Costantino designed the cover and prepared the paper for publication. Lenny Skutnik produced the printed copies, and Annette Kalicki prepared the electronic version for CBO's Web site (www.cbo.gov).

Douglas Holtz-Eakin
Director

May 2005

## CONTENTS

**Summary and Introduction** *1*

**The Railroad Industry and the Economy** *3*

**Recent Increases in Rail Traffic** *5*

**Industry and Market Responses to Increased Demand** *7*
- Actions Taken by the Railroads *7*
- Actions Taken by Shippers *13*
- Events That Eased Demand Pressures *13*

**Policy Implications** *14*

## Figures


1. Distribution of Intercity Freight Traffic, by Mode of Transport, Measured in Ton-Miles, 2001 — 3

2. Distribution of Intercity Freight Traffic, by Mode of Transport, Measured in Tons, 2001 — 4

3. Distribution of Freight Revenues, by Mode of Transport, 2001 — 5

4. Freight Transported by U.S. Railroads, Measured in Ton-Miles, 1890 to 2003 — 6

5. Freight Transported by U.S. Railroads, Measured in Ton-Miles, 1990 to 2003 — 7

6. Intermodal Traffic, Measured by Numbers of Shipping Containers and Trailers, 1990 to 2003 — 8

7. Carloads of Freight Transported by Rail, 1990 to 2003 — 9

8. Weekly Traffic Statistics for Major U.S. Railroads, by Carloads and Intermodal Units, 2003 to 2004 — 10

9. Rail Price Indexes, January 2003 to December 2004 — 11

10. Producer Price Indexes for the Freight Rail Industry Compared with Those for Finished Goods, January 2003 to December 2004 — 12

# Freight Rail Transportation: A Review of the 2004 Experience

## Summary and Introduction

In 2004, as rail traffic reached all-time highs, policymakers and shippers expressed concerns about whether the freight rail industry would be able to meet an expected surge in demand for its services. The increasing demand for rail transport was fueled by an expanding economy, growth in international trade, and bumper grain harvests. The overriding concern—that shipping delays would adversely affect the overall economy—centered on the complex and somewhat elusive concept of capacity.

In the transportation industries, "capacity" is usually defined in terms of a level of service, such as how many cars, trains, or airplanes can be handled efficiently and effectively by a facility or network in a given amount of time. Congestion occurs as the number of vehicles rises to such an extent that previous speeds are no longer sustainable. If the number of vehicles rises sufficiently, the "throughput" of the system—the number of vehicles or volume of cargo that passes a set point in a given amount of time—actually diminishes. In the extreme, a systemic breakdown may occur, in which traffic comes to a halt.

Capacity can be constrained by a shortage of any critical input—infrastructure (for example, tracks or switching systems), equipment (locomotives and other railcars), or labor. And because the transportation industries are networks, the existence of capacity constraints at one key junction or along one key corridor can cause delays that cascade throughout the system. A late afternoon thunderstorm at a hub airport, for example, can cause airplanes destined for that hub to be grounded at numerous other locations. Even people traveling between cities with clear weather may be delayed, either because they have to travel through the disrupted hub or because the aircraft they are supposed to fly aboard has been held up. Such effects can occur in the freight rail industry and were a source of last year's concerns about potential systemwide problems.

This Congressional Budget Office paper assesses those concerns and examines measures taken both by the railroads and by shippers to mitigate the effects of demand's outpacing capacity. Although shippers did experience some delays, inconvenience, and added costs, the railroads were able to meet most of the demand and avoid major disruption to the overall economy, despite carrying record volumes of freight.

Throughout 2004, expectations that rail capacity might not be sufficient to meet a surge in demand for freight transportation—especially as the peak back-to-school and holiday seasons approached—received widespread coverage in the news media. An article in *Traffic World*, a major trade publication, reported in August 2004 that "the freight transportation industry is bracing for a peak season meltdown."[1] The article went on to explain that "the potential for a meltdown is part of an overall freight economy that's moving faster and heavier than ever but without a corresponding increase in infrastructure or capacity." The article further suggested that "potential problems loom largest at West Coast ports."

A few months earlier, the *Los Angeles Times* had reported concerns about congestion at the busiest ports in the nation, the California ports of Los Angeles and Long Beach. It warned: "In the summer and fall, the ports' volumes will surge 30 percent or more as Asian goods arrive for the back-to-school and holiday seasons, and some observers fear that the increase will overwhelm Union Pacific

1. John Gallagher, "Fraying Supply Chain," *Traffic World* (August 2, 2004).

[Railroad] and disrupt the economy if the bottlenecks aren't fixed."[2]

The Department of Agriculture reported concerns about the availability of rail service in light of the agency's forecast of record crops and strong export demand:

> "Agricultural producers will have unusually stiff competition for limited rail capacity because year-to-date rail traffic is up across nearly all of the major commodity groups. Furthermore, some railroads are contending with rail service delays caused by the early retirement of train crew members, rail line and switching terminal congestion, and lack of equipment to handle unexpected demand."[3]

In June 2004, Roger Nober, chairman of the Surface Transportation Board (STB), the federal agency charged with regulating the railroads and ensuring adequate service, wrote a letter to the heads of the seven major freight railroads asking how they intended to meet the unprecedented surge in demand.[4] In his correspondence, Nober expressed concern that the railroads' performance in recent months had faltered, as measured by several indicators. Those included factors such as the number of cars on-line, system train speed and yard dwell time, on-time performance, train- and engine-crew utilization, locomotive utilization, and infrastructure and capacity improvements.

Responding individually, the railroads indicated that they were indeed facing unprecedented demand but that they were taking action, such as adding more equipment and hiring greater numbers of new employees than previously planned. Some railroads also stated that they were planning to reroute traffic to avoid bottlenecks.[5]

In August 2004, the Association of American Railroads convened a meeting of representatives from its member railroads, the STB, shippers, and other interested parties to discuss potential problems arising from the surge in demand. At the STB's urging, the Union Pacific Railroad also held its own customer forum in San Francisco, and CSX Transportation held one in Atlanta.

Throughout 2004, the demand for rail transportation was strong, setting an annual record for traffic as measured in ton-miles and setting weekly records for intermodal service (truck trailers and containers transported on railcars) in 28 weeks of the year.[6] Even so, as of April 2005, the feared "meltdown" of service had not materialized. Actions taken by the railroads to increase capacity or manage demand apparently were successful at avoiding massive systemic problems. The railroads dramatically accelerated their hiring and training, acquired new equipment, and modified their operations in order to increase capacity. They also raised rates on some commodities and services and asked shippers to moderate their demands.

Shippers made accommodations in various ways to limitations in the availability of rail service. Some shippers combined into one shipment goods that might otherwise have been sent in several shipments. Some stockpiled materials in anticipation of delays, and some postponed making shipments at peak periods. Some sought alternative shipping methods, such as using less-congested rail routes, trucks, or air freight. As noted previously, as rail traffic continued to grow, railroads raised rates on certain commodities and services.[7] That market mechanism helped allocate the scarce capacity to shippers who valued it most, thus limiting potential damage to the economy.

Other factors helped moderate demand for rail transportation. For example, although 2004 marked the second year in a row of record grain harvests, grain prices were somewhat weaker than in 2003. That development may have reduced pressures to sell—and consequently transport—grain, which many farmers had reportedly felt the

2. James F. Peltz, "Struggling to Get Back on Track: Union Pacific Deals with Major Congestion as the Improving Economy Brings More Cargo Through Southern California," *Los Angeles Times*, Home Edition (May 14, 2004), p. C1.

3. Department of Agriculture, Agricultural Marketing Service, Transportation and Marketing Programs, Transportation Services Branch, "Grain Transportation Report" (August 26, 2004), available at www.ams.usda.gov/tmdtsb/grain.

4. Letter from Roger Nober, Chairman, Surface Transportation Board, to the heads of the seven Class I freight railroads, June 9, 2004, available at www.stb.dot.gov/stb/docs/fallpeakletter.pdf. As the successor to the Interstate Commerce Commission, the STB regulates certain economic aspects of the rail industry. The Federal Railroad Administration regulates rail safety.

5. For example, see the Union Pacific Railroad's response to the Surface Transportation Board, July 9, 2004, available at www.stb.dot.gov/stb/docs/upfallpeakletter.pdf.

6. A ton-mile is the measure of one ton of freight transported the distance of one mile.

7. Other factors, such as rising fuel prices, also played a role in the railroads' decision to increase rates.

previous year. In addition, the combined ports of Los Angeles and Long Beach experienced problems getting enough workers to unload ships in a timely manner, creating a major bottleneck and thus moderating the flow of shipments to the railroads. At one point, there were reportedly 94 cargo ships waiting to be unloaded, and 43 of those could not even get into the harbor.[8]

In sum, the freight market functioned well in the short run: price signals were sent and received, allowing the costs associated with an increase in demand to be accommodated without serious damage to the economy. Yet certain factors that contributed to the surge in demand—increased international trade and intermodal shipping—are likely to continue to grow in the future. That raises questions about how the market will work to provide sufficient capacity for the transportation of freight and how federal policy will influence the mix of capacity among rail, road, and water carriers. Such longer-term considerations, however, are beyond the scope of this review.

## The Railroad Industry and the Economy

There are seven Class I freight railroad systems—defined by the Surface Transportation Board as those with more than $277.7 million in annual revenues in 2003—in the United States.[9] Four of those railroads together account for 93 percent of operating revenues and 94 percent of the ton-miles of Class I railroads. They are the Union Pacific Railroad Company (UP) and BNSF Railway (formerly known as the Burlington Northern Santa Fe), which operate in the western United States, and CSX Transportation, Inc., and Norfolk Southern Railway, which operate in the East. The three smaller Class I railroads are the Grand Trunk Corporation (a unit of the Canadian National Railway Company), Soo Line Railroad Company (a unit of Canadian Pacific Railway), and Kansas City Southern Railway Company.

8. Barney Gimbel, "Yule Log Jam: The Holiday Shipping Season Was Chaos at the Biggest U.S. Container Port," *Fortune* (December 13, 2004), pp. 162-170.

9. The threshold is $250 million in 1991 dollars. The Surface Transportation Board adjusts the threshold annually to reflect the effects of inflation.

**Figure 1.**

### Distribution of Intercity Freight Traffic, by Mode of Transport, Measured in Ton-Miles, 2001

(Percentage of ton-miles)




Source: Department of Transportation, Bureau of Transportation Statistics, *National Transportation Statistics 2004* (January 2005), Table 1-46, available at www.bts.dot.gov/publications/national_transportation_statistics/2004/index.html.

Notes: The traffic total excludes freight carried by pipeline and air carrier.

A ton-mile is the measure of one ton of freight transported the distance of one mile.

Railroads in the United States transport about 47 percent of freight, measured in ton-miles, and 30 percent, measured in tons (see Figures 1 and 2).[10] In 2003, they carried 1.8 billion tons of freight a total of about 1.6 trillion ton-miles.[11] Because rail rates are generally lower than

10. These numbers exclude pipelines and air freight. Pipelines are not generally in direct competition with railroads, nor is air freight. Air freight accounts for a very small proportion of freight tonnage and ton-miles. Ton-mile data are from Department of Transportation, Bureau of Transportation Statistics, *National Transportation Statistics 2004* (January 2005), Table 1-46. Tonnage data are from Rosalyn A. Wilson, *Transportation in America*, 19th ed. (Washington, D.C.: Eno Transportation Foundation, 2002), p. 44.

11. Association of American Railroads, *Railroad Facts, 2004 Edition* (Washington, D.C.: AAR, October 2004), pp. 27-28.

**Figure 2.**

## Distribution of Intercity Freight Traffic, by Mode of Transport, Measured in Tons, 2001

(Percent)




Source: Rosalyn A. Wilson, *Transportation in America,* 19th ed. (Washington, D.C.: Eno Transportation Foundation, 2002), p. 44.

Note: The traffic total excludes freight carried by pipeline and air carrier.

rates for trucking or air freight, however, railroads take in only about 13 percent of intercity freight revenue—about $33.5 billion in 2001 (see Figure 3).[12]

Railroads carried shipments valued at $320.5 billion in 2002. By comparison, during the same period, trucks transported shipments worth $6.2 trillion, air carriers transported shipments worth $279.5 billion, and water carriers transported freight worth $90.9 billion.[13] The value of freight rail shipments in 2002 represented 3.1 percent of gross domestic product (GDP) for that year; it was 10.7 percent of the nonservice (durable plus nondurable goods) portion of GDP.[14] The value of rail shipments accounted for nearly 17 percent of the value of goods imported into and exported from the United States in 2002.[15]

Rail transportation is particularly important to certain industries. About 70 percent of coal delivered to power plants in the United States travels by rail, as does about 70 percent of all automobiles manufactured domestically."[16] Approximately 32 percent of grain shipments are transported by rail.[17] The chemical industry also relies heavily on railroads.

With the exception of a slight dip in 1997, rail traffic, as measured in ton-miles, has risen steadily since 1990 (see Figures 4 and 5). A market segment that has experienced particularly rapid growth is intermodal transportation. Strictly speaking, "intermodal" refers to any shipments that are carried by more than one mode, such as rail and truck or rail and water carrier (for example, ocean liners or barges). But it also generally connotes coordinated movement of freight that remains in the same container or truck trailer until it reaches its final destination.

Intermodal traffic—as measured by the number of trailers and containers on railcars—grew by 60.2 percent between 1990 and 2003, while the total number of rail carloads (including intermodal traffic) grew by 35 percent during that period (see Figure 6 on page 8 and Figure 7 on page 9).[18] About half of rail intermodal shipments are exports or imports—a growing part of the overall U.S. economy.[19]

12. This excludes revenues from pipelines and air freight. If air freight was included, the rail share would drop to 12.4 percent. Air freight would account for 3.8 percent, reflecting its relatively high prices and revenues.

13. Department of Transportation, Bureau of Transportation Statistics, *National Transportation Statistics 2003*, Table 1-52, available at www.bts.gov/publications/national_transportation_statistics/2003/index.html. These numbers double-count the value of goods carried by more than one mode.

14. Council of Economic Advisers, *Economic Report of the President* (February 2004), Table B-1.

15. Ibid., Table B-24.

16. Association of American Railroads, "Economic Impact of U.S. Freight Railroads" (Washington, D.C.: AAR, February 2005), available at www.aar.org.

17. Department of Agriculture, Agricultural Marketing Service, Transportation Services Branch, *Transportation of U.S. Grains: A Modal Share Analysis, 1978-2000* (October 2004), p. 10.

18. This annual carload series includes intermodal traffic. The weekly traffic data presented later in this paper account for carloads and intermodal separately. The two series also differ in the way they account for traffic of U.S. railroads that are owned by Canadian railroads.

19. Association of American Railroads, "Economic Impact of U.S. Freight Railroads."

**Figure 3.**

## Distribution of Freight Revenues, by Mode of Transport, 2001

(Percent)




Source: Department of Transportation, Bureau of Transportation Statistics, *National Transportation Statistics 2004* (January 2005), Table 3-18, available at www.bts.dot.gov/publications/national_transportation_statistics/2004/index.html.

Notes: The total excludes revenues from pipelines and air carriers.

The trucking total includes local, short-haul shipments.

Technological advances in railroad equipment over the past two decades have propelled intermodal growth. The development of equipment that can carry large containers on either railcars or trucks and that can carry multiple containers on a single railcar has reduced shipping costs. The emergence of intermodal transportation has affected the relationship between the freight rail and trucking industries: trucking companies are both competitors to railroads and major customers and collaborators as well. For example, the large trucking and logistics company Schneider National no longer transports freight by truck between Los Angeles and Chicago; instead, it loads truck trailers on railcars for that trip.[20] In December 2004, a spokesman for United Parcel Service (UPS), which spent an estimated $750 million on rail service in 2004, was quoted as saying: "If a ground package is going 750 miles or more, it is more economical and efficient for us to load the trailers, move them to the railhead, and put them on a flatcar" than it is to send the same package by truck.[21] Freight sent by rail generally has to travel by truck for local pickup and/or delivery, unless both the shipper and customer have direct rail access (as is mostly the case for coal, which trains can carry straight from the mine to a power plant).

## Recent Increases in Rail Traffic

In 2004, rail traffic reached new highs. The number of nonintermodal carloads of freight (17.4 million) was 2.9 percent higher than in 2003, and intermodal traffic—nearly 11 million trailers and containers—was up by 10.4 percent.[22] As previously noted, intermodal volume set weekly records in 28 weeks of 2004 (see Figure 8 on page 10). The Association of American Railroads reported that total traffic as measured in ton-miles—an estimated 1.61 trillion ton-miles—"was also higher in 2004 than ever before."[23]

The increase in overall economic activity, growth in international trade, and large grain harvests all contributed to an increase in demand for rail transportation. The economy continued its recovery in 2004, with real (inflation-adjusted) gross domestic product 3.8 percent higher in the fourth quarter of 2004 than in the fourth quarter of

20. Scott Arves, President of Transportation, Schneider National (presentation given at the Association for Transportation Law, Logistics, and Policy's Transportation Forum, October 6, 2004).

21. Norman Black, United Parcel Service spokesman, as quoted by Jim Haug, "Iron Tracks Provide an Alternative Route," *Daytona Beach News-Journal* (December 5, 2004).

22. Intermodal traffic is not included in the carload numbers in these weekly traffic reports, in contrast to its inclusion in the annual series presented above. See footnote 18 on page 4 of this report.

23. Association of American Railroads, "U.S. Freight Railroads Complete Record-Breaking Year" (press release, Washington, D.C., January 6, 2005).

**Figure 4.**

## Freight Transported by U.S. Railroads, Measured in Ton-Miles, 1890 to 2003

(Billions)




Sources: Association of American Railroads, *Railroad Facts, 2004 Edition* (Washington, D.C.: AAR, October 2004), pp. 27 and 32, and Rosalyn A. Wilson, *Transportation in America, 2000,* 18th ed. (Washington, D.C.: Eno Transportation Foundation, 2001), p. 12.

Notes: Class I railroads are those with revenues that exceed a threshold set by the Surface Transportation Board or by its predecessor, the Interstate Commerce Commission.

A ton-mile is the measure of one ton of freight transported the distance of one mile.

2003.[24] Nominal GDP (based on current-dollar values) rose by 6.2 percent in that time period.

International trade continued to grow in 2004, fueling demand for rail transportation. The value of goods imported into the United States rose by $213.1 billion from 2003, to a total of $1,473.8 billion.[25] The value of goods exported rose by $94.5 billion from 2003, to a total of $807.6 billion. Exports of grain and feed rose from $14.8 billion in fiscal year 2003 to $17.9 billion in fiscal year 2004.[26] In terms of volume—a unit relevant for measuring the demand for rail transportation—wheat exports rose from 24.3 million metric tons in fiscal year 2003 to 31.1 million metric tons in fiscal year 2004, and exports of coarse grains (corn, barley, sorghum, oats, and rye) increased from 46.1 million metric tons to 52.6 million metric tons.[27] Adding to the demand for rail transportation from West Coast ports—particularly the ports of Los Angeles and Long Beach—were imports from Asia. Total imports from China rose to nearly $197 billion in 2004 from $152 billion in 2003.[28]

The rising costs facing the trucking industry, the railroads' major competitor, have contributed to an increase in demand for rail. Trucking companies have apparently found it difficult to attract enough drivers willing to endure the lengthy separations from home and family that are characteristic of long-distance trucking. Scott Arves, the transportation-sector president of Schneider National, which employs 15,000 drivers, has suggested that the "average annual pay for a truckload driver may have to rise from about $40,000 to $60,000." In 2004, Schneider offered a $5,000 signing bonus to experienced drivers.[29] Moreover, escalating fuel prices have affected truckers as well as railroads. Both trucking companies and railroads typically impose surcharges that reflect increases in fuel prices, but those surcharges have not kept pace with rising fuel costs.[30]

24. Department of Commerce, Bureau of Economic Analysis, "Gross Domestic Product: First Quarter 2005—Advance Estimates" (press release, Washington, D.C., April 28, 2005), available at www.bea.gov/bea/rels.htm.

25. Department of Commerce, Bureau of the Census, "U.S. International Trade in Goods and Services Highlights" (February 10, 2005), available at www.census.gov/indicator/www/ustrade.html.

26. Department of Agriculture, Economic Research Service, "Outlook for U.S. Agricultural Trade," AES-44 (November 22, 2004), available at http://ers.usda.gov/publications/so/view.asp?f=trade/aes-bb/.

27. Ibid.

28. Department of Commerce, Bureau of the Census, "Foreign Trade Statistics: Trade (Imports, Exports, and Trade Balance) with China," available at www.census.gov/foreign-trade/balance/c5700.html.

29. Rick Romell, "The Cost of Shipping Is Likely to Rise Significantly—Along with Drivers' Salaries," *Wichita (Kan.) Eagle* (November 28, 2004), quoting Scott Arves of Schneider National.

30. Scott Flower, "Air Freight and Surface Transportation: 3Q Rail Preview: A Mixed Bag to Say the Least," Citigroup Smith Barney (October 12, 2004), and Sean Kilcarr, "Fuel's Wild Ride," *Fleet Owner* (August 1, 2004), available at http://fleetowner.com/management/feature/fleet_fuels_wild_ride/.

**Figure 5.**

## Freight Transported by U.S. Railroads, Measured in Ton-Miles, 1990 to 2003




Sources: Association of American Railroads, *Railroad Facts, 2004 Edition* (Washington, D.C.: AAR, October 2004), pp. 27 and 32, and Rosalyn A. Wilson, *Transportation in America, 2000,* 18th ed. (Washington, D.C.: Eno Transportation Foundation, 2001), p. 12.

Notes: Class I railroads are those with revenues that exceed a threshold set by the Surface Transportation Board or by its predecessor, the Interstate Commerce Commission.

A ton-mile is the measure of one ton of freight transported the distance of one mile.

## Industry and Market Responses to Increased Demand

Railroads and shippers took a number of steps in 2004 to avert the feared breakdown in rail service. In addition, outside events helped relieve pressures on the rail transportation system.

### Actions Taken by the Railroads

In response to rising demand for their services, the railroad companies took several actions: they increased supply, raised rates, and imposed limits on shippers.

**Increasing Supply.** As they indicated in their respective responses to the chairman of the Surface Transportation Board, the railroads added more cars, engines, and other equipment than they had planned, and they hired and trained more new engineers and conductors than they had in many decades. For example, the Union Pacific Railroad hired more than 5,000 workers to help meet increased demand. It also completed an additional 10 miles of double track west of El Paso, Tex., along the congested Sunset Route.[31] Norfolk Southern hired more than 2,000 train and engine crew members, purchased more than 200 locomotives, and continued testing and implementing train control technologies.[32] CSX hired about 1,400 train and engine employees, purchased or leased about 280 locomotives, and implemented the first phase of its

31. Jack Koraleski, Executive Vice President-Marketing and Sales, Union Pacific Railroad, "Service Updates," letter to customers (January 11, 2005), available at www.uprr.com/customers/updates/011105.shtml.

32. Norfolk Southern Corporation, *Annual Report 2004*, pp. 15-16, available at www.norfolksouthern.com/nscorphtml/ar04/pdf/p17.pdf.

**Figure 6.**

## Intermodal Traffic, Measured by Numbers of Shipping Containers and Trailers, 1990 to 2003




Source: Association of American Railroads, *Railroad Facts, 2004 Edition* (Washington, D.C.: AAR, October 2004), p. 26.

Note: Data are primarily for Class I railroads, but traffic for some non-Class I railroads is included for each year. Beginning in 1995, the data exclude two small Class I railroads, the Grand Trunk Corporation and the Soo Line Railroad Company, which are owned by Canadian railroads. The railroads whose traffic is included represent approximately 96 percent of the U.S. intermodal rail units.

"ONE Plan" to improve network efficiency.[33] BNSF hired about 3,000 employees in 2004 and expects to add about the same number in 2005.[34] The railroad is working to finish double-tracking the single-track segments of its intermodal network in the Southwest and to add side-tracks and improve tunnel capacity on its northern lines.[35] It also undertook initiatives to improve the flow of trains through terminals and to increase the number of cars per train in order to enhance capacity.[36] Where possible, several railroads rerouted traffic to avoid bottlenecks, even though that entailed some trains' having to travel greater distances.

33. Clarence W. Gooden, Executive Vice President and Chief Commercial Officer, CSX Corporation (presentation to the Association of American Railroads, Fall Peak Planning Forum, Kansas City, Mo., September 9, 2004, available at www.csx.com/share/csx/corporation/genericdocs/docs/AAR_Fall_Peak_Forum_-_Sept_7-REF21440.pdf.

34. Susan Green, "You're Hired," *Railway: The Employee Magazine of Team BNSF* (January/February 2005), p. 8, available at www.bnsf.com/media/bnsf_railway/.

35. "Perspective," interview with BNSF Executive Vice President and Chief Operations Officer Carl Ice and Executive Vice President and Chief Marketing Officer John Lanigan, *Railway: The Employee Magazine of Team BNSF* (January/February 2005), pp. 4-5, available at www.bnsf.com/media/bnsf_railway/.

36. Patrick Hiatte, "BNSF Makes Best Use of Resources Handling Record Volume Growth," *Railway: The Employee Magazine of Team BNSF* (January/February 2005), p. 9, available at www.bnsf.com/media/bnsf_railway/.

**Figure 7.**

## Carloads of Freight Transported by Rail, 1990 to 2003

(Millions)




Source: Association of American Railroads, *Railroad Facts, 2004 Edition* (Washington, D.C.: AAR, October 2004), p. 24.

Note: Data are for Class I railroads and include intermodal traffic.

**Increasing Rail Rates.** As demand rose in 2004, the railroads increased their rates, as reflected in the Bureau of Labor Statistics' (BLS's) producer price index (PPI) series (see Figure 9).[37] Rates for intermodal service rose by 5.6 percent from January 2004 to December 2004, compared with 1.8 percent from January 2003 to December 2003.[38] Rates for carload service rose by 6.5 percent from January 2004 to December 2004, compared with 2.6 percent from January 2003 to December 2003.[39] The PPI for finished goods rose by 3.4 percent from January to December 2004 and by 2.6 percent from January to

37. Department of Labor, Bureau of Labor Statistics, "Producer Price Index Industry Data," available at http://data.bls.gov/PDQ/servlet/SurveyOutputServlet. The BLS index samples a representative mix of rail movements, which are held constant. (Whenever a movement in the sample is discontinued or is no longer available, BLS substitutes another movement.) By contrast, the rate inflation index calculated by the Surface Transportation Board is based on a sample of waybills in the current period and thus reflects a shifting market basket. The STB index measures rate changes for aggregate sets of rail service, such as all grain movements in the western United States or all coal movements in the East. The STB index has generally indicated less of a price increase (indeed, generally a downward trend in rates) than the BLS index. However, the processing of waybill data and the calculation of the STB's index take about a year, so current data were not available for this paper.

38. The term "rates," as used here, refers to what the Bureau of Labor Statistics calls the net transaction price, which includes the base freight charge, accessorial charges, discounts, and surcharges (including fuel surcharges) involved in a rail movement.

39. The producer price index numbers reported here are not seasonally adjusted. Trucking rates also rose in 2003 and 2004. The price index for truckload service, which is the closest substitute for rail for most types of shipments, rose by 3.2 percent in 2003 and by 3.9 percent in 2004. The price index for less-than-truckload service rose by 2.3 percent in 2003 and by 7.2 percent in 2004.

**Figure 8.**

## Weekly Traffic Statistics for Major U.S. Railroads, by Carloads and Intermodal Units, 2003 to 2004




Source: Association of American Railroads, "Weekly Traffic of Major U.S. Railroads," available from weekly press releases at www.aar.org.

December 2003 (see Figure 10).[40] Railroads are continuing to raise their rates in 2005. For example, the Union Pacific has announced rate increases ranging from 8 percent to 100 percent for goods shipped to and from Arizona, where the Phoenix yard is clogged with traffic.[41]

In 2004, the railroads were able to raise rates for some traffic to adjust to changes in market conditions. That experience suggests that the railroads have greater flexibility in rate-making compared with the regulatory environment in which they once operated. The amount of rail traffic subject to rate regulation was substantially reduced by the Staggers Rail Act of 1980, although the Surface Transportation Board still has authority to regulate rates on traffic for which certain conditions are met.[42]

40. Broader gross domestic product indexes, which are reported on a quarterly basis, rose by somewhat less over the period. The GDP implicit price deflator rose by just under 1 percent from the first to the fourth quarter of 2003 and by 1.7 percent from the first to the fourth quarter of 2004. The GDP chain-type price index rose by 1 percent from the first to the fourth quarter of 2003 and by 1.7 percent from the first to the fourth quarter of 2004. See the *Economic Report of the President* (February 2005),Table B-3, p. 212.

41. Union Pacific Railroad Company, Internet Bulletin, "Arizona Price Changes and Capacity Management" (February 8, 2005), available at http://dx01.my.uprr.com/pubdir/inetbull.nsf/$$industrialByNumber?OpenView.

42. The Staggers Rail Act of 1980 (Public Law 96-448, 49 U.S.C. 10101) removed many regulatory restrictions on the railroads and enabled them to operate more efficiently.

Case 1:07-mc-00489-BAH Document 1070-9 Filed 01/11/22 Page 178 of 201



**Figure 9.**

## Rail Price Indexes, January 2003 to December 2004

(January 2003 = 100)




Source: Department of Labor, Bureau of Labor Statistics, Producer Price Index Industry Data, available at www.bls.gov.

Rates that are potentially subject to regulation are those that are available to shippers as part of railroads' "common-carrier obligation."[43] Common-carrier rates are subject to maximum-rate regulation only where the STB finds the existence of market dominance by a railroad. To make a finding of market dominance, the STB must determine that there is no effective competition from other railroads or other modes of transportation for the traffic in question and that the revenues from that traffic equal or exceed 180 percent of the railroad's variable cost of providing the service.

The other major set of rates are those that are covered by individual contracts between railroads and shippers. They are not subject to STB regulation, except that the terms of contracts for certain agricultural commodities must be filed with the STB.

A large portion of rail traffic—estimated in 1999 to be about 70 percent, measured in tons—moves under long-term contracts for which rates can change only as the contracts provide.[44] Contracts often have cost-adjustment provisions based on indexes such as the STB's "Rail Cost Adjustment Factor" (RCAF).[45] Demand-based adjustments may have been rare in past contracts, but at least one railroad reportedly is planning to include provisions for turning away traffic if the volume of a cus-

43. Until passage of the Interstate Commerce Commission Termination Act of 1995, common-carrier rates had to be filed with the ICC. They are now required to be publicly available, but the railroads have a choice of ways to comply with that requirement.

44. General Accounting Office (now known as the Government Accountability Office), *Rail Regulation: Current Issues Associated with the Rate Relief Process*, GAO/RCED-99-46 (February 1999), pp. 3 and 16. The percentage of traffic under contract has probably declined since 1999 as some coal and agricultural movements have shifted to common-carrier rates. Because the terms of contracts are not made public, it is not known to what extent they provide for surges in demand. Before the Staggers Act, contract rates were used very little because of uncertainties about their legal status.

45. The STB has two versions of the RCAF: an RCAF-A, which is adjusted for productivity increases, and an RCAF-U, which is simply an input-price index, not adjusted for productivity increases.

Case 1:07-mc-00489-BAH Document 1070-9 Filed 01/11/22 Page 179 of 201



**Figure 10.**

## Producer Price Indexes for the Freight Rail Industry Compared with Those for Finished Goods, January 2003 to December 2004

(January 2003 = 100)




Source: Department of Labor, Bureau of Labor Statistics, Producer Price Index Industry Data, available at www.bls.gov.

tomer's shipments exceeds a set amount.[46] In any event, the BLS price index data suggest that railroads have been able to raise rates within the terms of their contracts. Moreover, the average length of contracts has shortened in recent years. Contracts for coal movements negotiated in the first few years after the Staggers Act went into effect reportedly were for periods as long as 20 years, as electric utilities and railroads sought to lock in rates and service levels. In recent years, as both railroads and electric companies have been buffeted by regulatory and market changes, they have been more reluctant to enter into such lengthy contracts.

In sum, the ability of railroads to raise rates served as an indicator of a surge in demand, a mechanism for allocating scarce capacity to shippers who valued it most highly, and a signal that more investment is needed to increase capacity.

46. Joe Ruff, "Union Pacific Plans to Charge More, Turn Away Less Profitable Cargo," Associated Press Newswires (January 27, 2005).

**Imposing Limits on Shippers.** Railroads also asked customers to limit or consolidate shipments or otherwise moderate their demands. For example, Union Pacific discontinued expedited intermodal service to United Parcel Service on the busy Sunset Route between Los Angeles and El Paso.[47] The UP also set limits on the number of railcars available to carry aggregates in Texas, requiring shippers to wait until they had full carloads. By combining shipments into fewer but longer trains, that action subsequently enabled UP to move 48 percent more rock traffic.[48]

According to the *Los Angeles Times*, BNSF "set limits on some eastbound international cargo from Los Angeles to

47. Jack Koraleski, Executive Vice President-Marketing and Sales, Union Pacific Railroad, "Service Updates," letter to customers (May 4, 2004), available at www.uprr.com/customers/updates/050404.shtml.

48. Jack Koraleski, Executive Vice President-Marketing and Sales, Union Pacific Railroad, "Service Updates," letter to customers (November 17, 2004), available at www.uprr.com/customers/updates/111704.shtml.

Highly Confidential DA02827 CSXFSC000181868

prevent congestion as Asian imports rise. The company started a system on June 18 [2004] that sets maximum container-cargo volumes for ocean-shipment haulers."[49]

Such actions imposed costs on shippers—costs that are difficult to identify and quantify—such as those associated with holding inventories.

### Actions Taken by Shippers

Seasonal and cyclical shortages of capacity can be disruptive—at a minimum to the rail customers whose shipments are delayed, and sometimes also to workers and businesses in ancillary industries. There often are ways of responding to such shortages, however.

The predictability of seasonal fluctuations enables some shippers to take measures to reduce potential disruptions associated with expected surges in demand, such as those of the fall peak season when merchandise is being shipped for the year-end holidays and when agricultural crops are harvested. For example, manufacturers and retailers could ship products to regional warehouses earlier in the year. That, of course, would entail higher inventory and storage costs than a just-in-time approach, but companies can make their own calculations as to whether incurring those costs would outweigh the risk of not having enough goods on the shelf to sell at a time of peak consumer demand. Some agricultural shippers have more flexibility than others, because nonperishables often can be stored for short periods until rail capacity is available. Temporary storage of grain under less-than-ideal conditions, however, usually results in some loss of value.

Most rail shippers also can use alternative modes of transportation. Agricultural and other goods that are not time-sensitive can be shipped by barge if they originate along a waterway or close enough to one to be taken there economically by truck. High-value, relatively lightweight goods can go by air freight. Trucks can handle most shipments that otherwise would go by rail, albeit more expensively.[50] (Trucking companies' recent difficulties in finding enough qualified long-distance drivers rendered trucks somewhat less able than in past years to meet rising demand.) Some shipments from Asia that would have gone to Southern California ports could instead go to other Pacific ports, or they could go through the Panama Canal to East Coast ports—although the latter would increase transit time, and many ocean liners now are too big to traverse the canal.

Shippers made such adjustments in response to the events of 2004. For example, after encountering delays in shipping engines and other vehicle parts from California, Toyota Motor Corporation increasingly relied on truck transportation.[51] After the Union Pacific Railroad pushed UPS trailers off its system in April 2004, other major trucking companies also shifted away from intermodal service. The chief executive officer of the large trucking company Yellow Roadway was reported in August 2004 as saying, "We've had to take more and more freight off the rail and put it on the road. There has been no sign of improvement." Some shippers reportedly had to stop production temporarily, and one indicated that the lack of railcars "was having a significant cost impact."[52]

### Events That Eased Demand Pressures

Certain events also helped relieve pressure on the railroad system. Agricultural shippers reportedly placed less demand on the rail system in the fall of 2004 than they had in the fall of 2003 (and than had been expected in 2004, in light of the bumper crops). Grain prices were generally not as high in the fall of 2004 as in the previous autumn. As a result, the opportunity cost of storing rather than selling their crops immediately was less than it was the previous year, and farmers may have decided to hold crops in storage in anticipation of higher prices in coming months. For each week of the last three months of 2004, grain-car loadings were less than the three-year average for that week.[53]

---

49. "Burlington Northern Limits Some Cargo as Imports Rise," *Los Angeles Times*, Home Edition (June 26, 2004), p. C2, drawn from Bloomberg News.

50. Using trucks not only generally increases shippers' costs but also imposes wear and tear on highways and may add to congestion.

51. Peltz, "Struggling to Get Back on Track."

52. Gallagher, "Fraying Supply Chain."

53. Department of Agriculture, Agricultural Marketing Service, Transportation and Marketing Programs, Transportation Services Branch, "Grain Transportation Report" (February 3, 2005), p. 3, available at www.ams.usda.gov/tmdtsb/grain.

Also relieving pressure on the railroads were delays in unloading ships at the ports of Los Angeles and Long Beach. As noted earlier, the lack of enough dockworkers kept some ships waiting much longer than usual to be unloaded and helped moderate the flow of goods to the railroads.[54]

## Policy Implications

The recent surge in demand for freight rail transportation appears to have been accommodated without significant effects on the overall economy and without substantial government intervention. The expression of concern by the Surface Transportation Board about the potential for a breakdown in service may have prompted the railroads to enhance their efforts to meet demand, but it would have been in the railroads' own interest to do so anyway.

If a temporary increase in demand stretches rail capacity to its limits, that does not imply a need for government intervention. In most industries, shortages of a product or service simply indicate a need for price increases in order to clear the market. If higher demand is the result of seasonal factors, producers may find it economically unproductive to expand their capacity to meet peak demand because then there would be excess capacity lying idle the rest of the time.

The demand for rail service has been trending upward, however, even when overall economic activity has dipped. That development suggests a need to consider how rising demand for freight transportation will be met in the future. It raises issues about whether current public policies affecting the rail industry—and, indeed, policies affecting the other freight transportation industries as well—are likely to lead to productive investments in transportation infrastructure and an economically efficient allocation of resources among transportation modes. Those issues are beyond the scope of this paper.

54. Ronald D. White and Leslie Earnest, "Delays Mount at Local Ports as Shipping Surges: At the L.A.-Long Beach Complex, Vessels Filled with Goods for Holiday Shopping Must Wait Days to Be Unloaded," *Los Angeles Times* (September 27, 2004), p. C1.

CONGRESS OF THE UNITED STATES
CONGRESSIONAL BUDGET OFFICE
WASHINGTON, DC 20515

INSIDE MAIL

**From:** Allan, James
**Sent:** Tuesday, April 18, 2006 12:56 AM
**To:** Eliasson, Fredrik; Carbone, Frank III
**Subject:** Fuel Surcharge

The Wall Street Journal Online (Mon 7:59pm)

Tensions Mount
Over Fuel Charges
Set by Railroads
By DANIEL MACHALABA
April 18, 2006

Major railroads and their customers are on a collision course over fuel surcharges that have been climbing much faster than diesel-fuel costs.

"We're getting gouged," complains Angelo LaMantia, director of North American logistics at UPM-Kymmene Corp., a Helsinki, Finland, paper manufacturer. He estimates that the extra fee added to the basic cost of shipping a railcar loaded with paper to Wisconsin from Florida exceeds the shipment's fuel cost by about 40%.

Railroads such as Union Pacific Corp. and CSX Corp. deny that fuel surcharges -- now nearing 16% of the shipping rate at some railroads -- are a profit center, insisting that they only partly offset rising fuel expenses that typically are the second-largest area of costs at a railroad, after employee pay and benefits.

"We apply the surcharge in a fair and consistent manner while simultaneously working to improve our fuel efficiency," says Gary Sease, a spokesman for CSX, Jacksonville, Fla.

The tension comes as transportation companies such as railroads and the retailers, manufacturers and others who depend on them look for ways to defray rising fuel costs. With U.S. consumers resistant to paying higher prices at the cash register, many industries are seeking savings from their supply chains, increasing tension between cargo companies and their customers.

Burlington Northern Santa Fe Corp. and Union Pacific collected a combined $2.12 billion in fuel surcharges last year, compared with $680 million in 2004, according to securities filings. The add-on fees generated 8% of their total 2005 revenue, compared with 2.9% a year earlier. Fuel expense at the two railroads rose 44% to $4.35 billion.

In response to growing customer anger, the federal Surface Transportation Board, which regulates the U.S. railroad industry, plans to hold a hearing next month on fuel-surcharge practices. The agency could order changes in how railroads set surcharge levels. W. Douglas Buttrey, STB chairman, said last October that companies are complaining that railroads' fuel-surcharge formulas don't make sense to them.

Railroads began imposing fuel-related fees about five years ago and have been aggressively expanding them to additional customers as contracts are signed or renewed. Few customers can avoid the surcharges when they attempt to ship on the railroads because of tight capacity in the freight system and the railroad industry's appeal as a relatively low-cost transportation mode compared with trucks.

The extra fees are on top of base freight rates, which climbed an average of about 5% in 2005. Rail customers say fuel surcharges are trickling down to the prices of many commodities and consumer goods, ranging from coal to cars to toys. U.S. railroads carry about 41% of U.S. freight as measured in ton-miles, or one ton carried one mile, and are major haulers of grain, chemicals, lumber and apparel.

East Coast railroads CSX and Norfolk Southern, of Norfolk, Va., tie their surcharges to the price of West Texas Intermediate crude oil, which has doubled in the past two years. Nymex crude oil set a nominal record close of $70.40 yesterday, up $1.08 a barrel, or 1.56%. Union Pacific, based in Omaha, Neb., and the largest U.S. railroad by revenue, and BNSF, Fort Worth, Texas, use less-volatile highway diesel-fuel prices. Union Pacific says it spent $1.38 billion more on fuel last year than it collected in fuel-surcharge revenue, partly because some long-term contracts still lack surcharges.

Still, some frustrated customers claim they can prove railroads are overcharging. Jay Roman, president of Escalation Consultants Inc., a Gaithersburg, Md., firm that advises rail shippers, calculates that Norfolk Southern pays fuel costs of $113 per car to move a shipment with an average haul length of about 525 miles, but collects $162 per car in surcharge revenue.

Norfolk Southern declined to comment. In a securities filing, the company said fuel surcharges comprised a third of its overall $1.2 billion revenue increase in 2005.

The widespread dissatisfaction could lead to changes in railroad fuel surcharges regardless of the outcome of next month's regulatory hearing. In January, BNSF, the second-largest U.S. railroad, switched to a mileage-based fuel surcharge for coal and agricultural shipments. Canadian National Railway Co. and Canadian Pacific Railway Ltd. recently trimmed the percentage size of their extra fees by spreading them to more customers. "We're not out to make money on our fuel surcharges," says Leslie Pidcock, a Canadian Pacific spokeswoman.

**From:** Woodall, Mike
**Sent:** Thursday, February 14, 2002 3:22 PM
**To:** DL Tran S&M Core Sales; DL Tran S&M Network Sales; Merchandise Pricing & Yield Management; DL Tran S&M Marketing
**Subject:** Pricing Guidelines + Merchandise Price Request & Response Forms

**Attachments:** Contracts Private Quotes and Competitive Pricing.doc; Pricing Request Forms.xls

To All:

SUBJECT: Pricing Guidelines + Merchandise Price Request & Response Forms

Please note the attached 2 documents that will provide you with direction regarding the above two subjects.

The first document will provide each of you with a clearer understanding of our combined pricing guidelines as they relate to contracts, private quotes and competitive price lists. I'm sure this one page document will not address all of your concerns, but it should provide you with a clearer understanding of the direction in which we are headed. I anxiously await your questions during our informal discussions at your future staff/sales office meetings. James Shefelbine will be coordinating my participation during these meetings.

The 2nd document includes the Price Request and Price Response Forms. The Request Form must be completed for all pricing requests that are directed to the Pricing Group. Note that the existing competitive rate authority and corresponding rate(s) must be provided with each of your requests. This info will be evaluated along with other data when making the final pricing decision. Correspondingly, the response will be delivered to you electronically via the Price Response Form. It's my understanding these forms are on the Portal. Further enhancements to these forms will soon be made. Please do not treat this form request as an additional burden to your already busy lives ---- it is creating a good process for a "broken system" that ultimately will provide invaluable pricing information for our data base.

I'm looking forward to working with all of you during 2002 and beyond to achieve Merchandise's revenue portion of the $1.0 billion BHAG and 2002's $3.5 billion revenue and $106 million Price Plan Goals. Remember, these GOAL's are inseparable – Success means achieving BOTH!!

*Mike*

Contracts Private Quotes and C...

Pricing Request Forms.xls (70 ...

# Contracts, Private Quotes & Competitive Pricing

## Document(s) Guidelines

**Contracts:**

First and foremost, we will continue to have competitive transportation contracts with our customers, particularly large volume related customers. We will strive to "tighten" the language and guidelines, both for contract renewals and new contracts, as we go forward. This includes:

- Commitments – volume and other.
- Competitive Rates – extract maximum value for CSXT services, but remain competitive.
- Escalation Provisions – preferably positive stated. Always include fuel escalation.
- Term(s) – multi-year is OK, but must have good sound reasoning and should usually be on rail competitive business, not truck.
- Removing OD's in contracts that are not actively being utilized.
- Convert to rates in Competitive Price Lists where applicable.
- For incrementally incented business, we will be moving towards a matrix level type discount or refund once the technology is in place on CSXT.

Last, always remember that contracts should be structured to protect CSXT, first and foremost, and at the same time incent the customer to do business with CSXT – a true partnership arrangement!

**Private Quotes:**

We should strive to reduce the number of contracts we have in place today – approximately 60% of our $3.5 billion Merchandise Market moves under some kind of Contract Authority number. Many of the smaller volume related customers should be directed away from contracts towards competitive pricing lists or private quote documents. If these customers insist on having (utilizing) Private Quote documents, then these rates should be taken from the Competitive Price Listing. I can assure you they will be competitive prices.

**Competitive Price List(s):**

As stated above, we must migrate away from the large number of contracts we have in place to private quotes or competitive price lists; at the same time we must reduce the overall number of private quotes. We must get away from the on-going special price creation for transactional moves. The competitive prices will be an enabler for sales that allows you to price to the market. These competitive prices will definitely streamline the existing rate request process. An example; by April 15th the large ($240m) plastics market (CH01) will have all local and interline competitive rates in place and published. Just think – this large highly transactional market will have competitive rates in place that are readily available to the customer.

**NS Competitive Business:**

In all instances, we will evaluate the CSXT economic viability for competing on NS/CSXT competitive business. If the competitive rates are such that allows CSXT to meet established hurdle rates and to re-invest in our infrastructure, then we definitely will provide the customer with our competitive offer.

Matrix level discounts and refunds off competitive rates, private quotes and/or contracts to gain volume commitments will be addressed on an account by account basis. In most instances, we should not be discounting or refunding based solely on a customer's verbal commitment. Again, this will be evaluated on a case-by-case basis. Also, we are actively pursuing with technology and finance to make this an automatic process rather than a manual one.

We all as an organization must spend our time understanding markets, customers, source competition, developing good tight contract language and negotiating strategies – rather than continually creating prices for transactional moves.




**The purpose of this form is to provide a guideline for information required when submitting a rate request and responding back.**

This will allow for consistent and comprehensive information needed to develop a new price.

Pre-qualification required by sales including competitive information.

Please check for retail rate availability first.

Complete Request tab form and email to the LOB Manager in Pricing.

Sales is responsible for delivering the rate and negotiating with the customer.

**Prepared by CSXT Market Strategy Last Revision: December 2001**

# CSXT Merchandise

## Price Request

Term Requested: 

Submitted by: 

Date Submitted: 

Freight Payer: 

LOB: 

STCC: *Code* *Description*

Competitive Information: How is it moving today, from where, any sense of the current economics, etc

Request Comments: 

Why Won't Retail Work? *Explain*

| | Request #1 | Request #2 | Request #3 | Request #4 | Request #5 |
|---|---|---|---|---|---|
| Minimum Weight | | | | | |
| Est. Annual Vol. | | | | | |
| Rate Requested | | | | | |
| Retail Price Auth. | | | | | |
| Retail Price Rate | | | | | |
| Shipper | | | | | |
| Origin City/State | | | | | |
| Origin Carrier | | | | | |
| Orig-Open Switch | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| Origin-Transload | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| Consignee | | | | | |
| Dest City/State | | | | | |
| Dest Carrier | | | | | |
| Dest-Open Switch | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| Dest-Transload | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| Equipment Type | | | | | |
| Equip Ownership | | | | | |
| Equip Capacity | | | | | |
| Equip-Zero/Full Mileage | | | | | |

9/19/2007

# CSXT Merchandise

**Cell:** A16
**Comment:** Either the Public Price Authority or "Not Available".

# CSXT Merchandise

## Price Response

| | | | |
|---|---|---|---|
| Term | | Proposal Date | |
| Escalator | | Expiration Date | |
| | *If over 1 year* | Proposed By | |

| | | |
|---|---|---|
| Freight Payer | 0 | |
| LOB | 0 | |
| STCC | 0 | 0 |
| | *Code* | *Description* |

| | |
|---|---|
| Fuel Surcharge | |
| Liquidated Damage | |

Comments

| | Request #1 | Request #2 | Request #3 | Request #4 | Request #5 |
|---|---|---|---|---|---|
| Minimum Weight | - | - | - | - | - |
| Est. Annual Vol. | - | - | - | - | - |
| Rate Offer | - | - | - | - | - |
| Shipper | 0 | 0 | 0 | 0 | 0 |
| Origin City/State | 0 | 0 | 0 | 0 | 0 |
| Origin Carrier | 0 | 0 | 0 | 0 | 0 |
| Orig-Open Switch | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| Origin-Transload | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| | | | | | |
| Consignee | 0 | 0 | 0 | 0 | 0 |
| Dest City/State | 0 | 0 | 0 | 0 | 0 |
| Dest Carrier | 0 | 0 | 0 | 0 | 0 |
| Dest-Open Switch | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| Dest-Transload | Yes or No | Yes or No | Yes or No | Yes or No | Yes or No |
| | | | | | |
| Route | | | | | |
| Equipment Type | 0 | 0 | 0 | 0 | 0 |
| Equip Ownership | 0 | 0 | 0 | 0 | 0 |
| Equip Capacity | 0 | 0 | 0 | 0 | 0 |
| Equip-Zero/Full<br>Mileage | 0 | 0 | 0 | 0 | 0 |

9/19/2007

# Redacted in Full

# DA02840 - DA02842

# MEMORANDUM

**TO:** CSXT Commercial Team

**FROM:** Mike Giftos

**DATE:** September 22, 2000

**SUBJECT:** Fuel Cost Recovery Charge Program to be Announced

---

Due to extraordinary increases in the cost of fuel, CSXT will announce today that it is implementing a fuel cost recovery charge on all local and interline freight moving on our system.

The charge will become effective October 25. Attached is a packet of information that summarizes the fuel cost recovery charge and talking points for discussing the program with customers. Please do not contact customers or discuss the program until the charge is announced. Also, refer ALL media inquiries about the charge to Dan Murphy, CSXT corporate communications, at (904) 359-1469.

Our customers need to understand:

- Our fuel costs are extraordinary; fuel prices are going up almost on a daily basis and are expected to continue to rise into the 4th quarter. Prices now are double what they were in 1999.
- Last year we spent $320 million on fuel to run our railroad. This year our costs will be $585 million. The price increase we took earlier this year reflected strong demand for rail transportation and is part of an on-going effort to achieve fair market value for our services. The cost of fuel was not then the principal issue; now it is.
- We will continue to press members of Congress and the Administration for quick action to reduce fuel costs; we don't want to levy charges on our customers any longer than absolutely necessary. We regret this action and are reluctant to take it. We simply cannot absorb all of these fuel costs. No business can.
- Every other sector of transportation is taking similar if not higher fuel recovery actions.

I appreciate your help in communicating with our customers and other key constituencies the necessity of this action, and our commitment to eliminating the fuel recovery charge as soon as possible.

Mike Giftos

***Please do not contact customers or discuss the program until the charge is announced at 3:00 p.m. today. Refer ALL media inquiries about the charge to Dan Murphy, CSXT corporate communications, at (904) 359-1469.***

## CSXT Commercial Team-- FAQ'S

## CSXT Fuel Cost Recovery Charge Program

**Q.** ***What action is CSXT taking?***

A. CSX Transportation will implement a 4 percent fuel recovery charge effective October 25 to recover costs from continuing sharp increases in fuel prices. The charge will be adjusted to reflect changes in oil prices (see below).

**Q.** ***Who will the fuel charge apply to?***

A. The recovery charge will apply to local as well as interline freight movements. The recovery charge will be effected by an amendment to appropriate tariffs of general applicability and will be applied to all traffic moving under tariffs, private price quotes and certain contracts that incorporate those general tariffs, except for contracts that contain a price escalator index published by a government entity, such as RCAF.

**Q.** ***What does that mean?***

A. If your customer moves freight without a contract, the fuel charge will apply.

If your customer has a contract, but the contract already has government-published price escalators, the charge will not apply.

We are in the process of reviewing all contracts and private price quotes:

- If the customer has a contract that specifically says that the rates are not subject to any adjustment, the charge will not apply.
- If a contract contains no such "not subject to adjustment" language, the charge will apply because the fuel cost recovery charge is permitted under tariffs that are referenced in all contracts.

**Q.** ***How do I know if the fuel cost charge applies to my customer?***

A. A detailed, contract-by-contract analysis is now being made to determine which contracts are subject to the charge and which are not. That information should be available by the end of next week.

**Q.** ***How will the fuel cost recovery be calculated?***

A. The formula used to calculate the recovery charge works like this:

For every five dollars the price of West Texas Intermediate oil (the industry standard for tracking oil prices, also know as WTI) goes above $23 a barrel (for 30 consecutive days), a 2% recovery charge will be added.

| Oil Price | Recovery Charge |
|---|---|
| $23-$27/barrel | No recovery charge |
| $28-$32/barrel | 2% |
| $33-$37/barrel | 4% |
| $38-$42/barrel | 6% |

Currently, the WTI price of oil is $37/barrel, which translates into a 4% recovery charge. Should the price reach $38/barrel, another 2% charge would be added to make 6%. On the other hand, the recovery charge can also be adjusted downward. For example, if the price of oil drops back to $28/barrel, the recovery charge would be lowered back to 2%. If the price dropped below $28/barrel, the charge would be zero. Remember, the price has to be at a new level for 30 consecutive days before the recovery charge changes. If the price of oil increases above $42/barrel, the recovery charge would continue to increase, as described above.

**Q.** ***Why is CSXT doing this?***

A. Unfortunately, we have no recourse but to offset these spiraling, unanticipated fuel cost increases. Fuel prices have doubled during the past year. Recent price increases alone will cost CSXT an additional $30 million for the remainder of the year.

CSXT's total fuel bill for 2000 will be $265 million more than it paid for fuel in 1999. In 1999, CSXT fuel expenditures totaled $320 million on 527 million gallons of fuel consumed. Fuel expenditures are expected to reach $585 million in 2000, on 611 million gallons of fuel.

We can not absorb all of the fuel cost increases. No business can.

**Q.** ***What else is CSXT doing to mitigate the effect of fuel price increases?***

A. CSX will continue to urge Congress and the Administration to pursue actions to reduce the price of oil -- most importantly for us, the elimination of the 4.3 cent a gallon deficit reduction federal fuel surcharge that is applied to all railroad fuel purchases. The surcharge was originally imposed to help reduce the budge deficit, which is now in surplus. Continuation of the tax will cost CSXT and its customers $26 million this year alone.

**Q.** ***How widespread is the fuel cost crisis?***

A. Every other sector of the transportation industry is taking similar cost recovery actions. Many companies are increasing surcharges previously imposed. Continued high fuel costs present a real threat to the U.S. economy's ability to grow.

***Please do not contact customers or discuss the program until the charge is announced at 3:00 p.m. today. Refer ALL media inquiries about the charge to Dan Murphy, CSXT corporate communications, at (904) 359-1469.***

## Talking Points

## CSX Transportation Fuel Recovery Charge Program

- CSX Transportation will implement a 4 percent fuel recovery charge effective October 25 to recover costs from continuing sharp increases in fuel prices.

- The program will be announced on Monday, September 25. The recovery charge will apply to local as well as interline freight movements. The recovery charge will be effected by an amendment to appropriate tariffs of general applicability and will be applied to all traffic moving under tariffs, private price quotes and certain contracts that incorporate those general tariffs, except for contracts that contain a price escalator index published by a government entity, such as RCAF.

- The formula used to calculate the recovery charge is as follows:

  For every five dollars the price of West Texas Intermediate oil (the industry standard for tracking oil prices, also know as WTI) goes above $23 a barrel(for 30 consecutive days), a 2% recovery charge will be added.

| Oil Price | Recovery Charge |
|---|---|
| $23-$27/barrel | No recovery charge |
| $28-$32/barrel | 2% |
| $33-$37/barrel | 4% |
| $38-$42/barrel | 6% |

  Currently, the WTI price of oil is $37/barrel, which translates into a 4% recovery charge. Should the price reach $38/barrel, for 30 consecutive days, another 2% charge would be added to make 6%. On the other hand, the recovery charge can also be adjusted downward. For example, if the price of oil drops back to $28/barrel, the recovery charge would be lowered back to 2%. At $23/barrel, the charge would be zero. Remember, the price has to be at a new level for 30 consecutive days before the recovery charge changes (up or down). If the price of oil increases above $42/barrel, the recovery charge would continue to increase, as described above.

- Fuel prices have doubled during the past year. Recent price increases alone will cost CSXT an additional $30 million for the remainder of the year.

- CSXT's total fuel bill for 2000 will be $265 million more than it paid for fuel in 1999. In 1999, CSXT fuel expenditures totaled $320 million on 527 million gallons of fuel consumed. Fuel expenditures are expected to reach $585 million in 2000, on 611 million gallons of fuel.

- Unfortunately, we have no recourse but to offset these spiraling, unanticipated fuel cost increases.

- CSX will continue to urge Congress and the Administration to pursue actions to reduce the price of oil -- most importantly for us, the elimination of the 4.3 cent a gallon deficit reduction federal fuel surcharge that is applied to all railroad fuel purchases. The surcharge was originally imposed to help reduce the budge deficit, which is now in surplus. Continuation of the tax will cost CSXT and its customers $26 million this year alone.

- It is imperative that we protect the nation's transportation sector which is vital to a sound national economy. It is equally important that we eliminate this recovery charge from shipper's bills as soon as possible.

- CSXT is reluctant to take this action, but the costs we are incurring are extraordinary. We can not absorb all of the fuel cost increases. No business can.

- Every other sector of the transportation industry is taking similar cost recovery actions. Many companies are increasing surcharges previously imposed.

- The rate increases taken earlier in the year to address overall operating cost increases (fuel, labor, etc.) do not remotely offset CSX's cost of fuel for the year ($585 MM vs. $320 MM last year).

- The fuel charge will apply to most customers -- except for those whose contracts have specific language prohibiting a change in rates and those customers who already have prices escalators included in their contract, i.e., they are already paying for higher fuel costs.

- In discussing the fuel cost recovery charge, stress the significant gains CSXT has made in service reliability. The fuel cost recovery charge must be taken so we can continue to improve our railroad, make needed repairs and enhancements and continue to increase service reliability.

Velocity
We first began tracking velocity in early 1999. Our average system velocity has been about 20 mph for roughly the last month, the highest our system velocity has been since we began tracking that metric.
Terminal Dwell
In 1996, our terminal dwell was averaging approximately 32 hours. We have been averaging in the 26-28 hour range for the last month or so, the lowest our dwell has been since 1996.
Cars on Line
Cars on line are at their lowest since July 1999, shortly after the Conrail integration began.

**From:** Marksberry, Debbie
**Sent:** Wednesday, November 08, 2000 2:40 PM
**To:** Rice, Matt; Bowen, Marshall
**Cc:** McIntyre, Clyde Jr.; Havey, Ray ; Royster, Van ; De Castro, Lee
**Subject:** Coal contract [redacted]

Per voice mail from Ray Havey, per authority of Mkt Manager Matt Rice, and Director Marshall Bowen.

We are to change the current YES for Fuel Surcharge to read "No Fuel Surcharge" for this memo (manually handled) contract. The reason is that the total rates also includes the barge portion, and the barge rates carry a fuel escalator. Therefore, we can only apply the fuel surcharge portion to the rail portion of the rate. This will be done manually by adjusting the rate to cover the rail portion for the fuel surcharge. To accommodate the rate being adjusted to cover the fuel surcharge we would then have to show it exempt from automatically applying additional fuel surcharges.

CAS will be updated, to show "No Fuel Surcharge".

Thanks
Debbie Marksberry

PENGAD 800-631-6989
PLAINTIFF'S EXHIBIT
NO. 1

**From:** Corporate Communications
**Sent:** Friday, September 22, 2000 7:59 PM
**To:** Kuhner, Dean; Wittman, Gina ; Edwards, Teresa ; Sharman, Jim; Burcham, Ashley; WEBER, NICK (Notes); Brown, Larry M; Georges, Maria ; McIntyre, Clyde Jr.; Burke, Chuck; Hunter, Sylvia ; Smith, Carr ; King, Raymond ; Hanna, Clarence; Gunter, Ken; Martin, Charles ; Patrick, Jim Bob ; Lasiter, Jeffrey ; Wilson, Rod; Hubbard, Bill
**Subject:** fuel cost recovery charge

###ATTENTION: This item is from a generic id and can not be replied to ###

The following press release was issued today:
CSX Transportation to Implement Fuel Cost Recovery Charge

JACKSONVILLE, Fla., Sept. 22, 2000 - CSX Transportation Inc. (CSXT), which operates the largest freight railroad in the eastern half of the United States, today announced that it must join others in the transportation industry to implement a fuel cost recovery charge to offset costs from continuing sharp increases in fuel prices.

The recovery charge will be effective October 25 and will apply to local as well as interline freight movements. The recovery charge will be effected by an amendment to appropriate tariffs of general applicability and will be applied to all traffic moving under tariffs, private price quotes and certain contracts that incorporate those general tariffs. Contracts that contain a price escalator index published by a government entity, such as RCAF, will not be included.

"Fuel prices have doubled during the past year," said CSX Corporation Chairman, President and CEO John W. Snow. "Recent spikes in prices alone will cost CSXT an additional $30 million for the remainder of the year and increase CSXT's total fuel bill for the year to $265 million more than it paid for fuel in 1999."

In 1999, CSXT fuel expenditures totaled $320 million on 527 million gallons of fuel consumed. Fuel expenditures are expected to reach $585 million in 2000, on 611 million gallons of fuel, as the company today operates a substantially larger railroad. "We have no recourse but to offset these spiraling, unanticipated fuel cost increases," said Snow.

The company noted that this action is needed to provide a continuing higher level of quality service to its customers.

The fuel cost recovery charge will be adjusted, up or down, to reflect the market price of petroleum, which many analysts believe could go higher in the fourth quarter of 2000. Nationwide, oil prices (West Texas Intermediate) currently average $37 a barrel. At this price, the initial recovery charge will be 4 percent.

"We are hopeful that Congress and the Administration will continue to pursue actions to reduce the price of oil, including the elimination of the 4.3 cent a gallon deficit reduction fuel surcharge that is applied to all railroad fuel purchases," said Snow. "Even though the deficit is gone, the surcharge remains, costing CSXT and its customers some $26 million this year alone."

CSX Intermodal, also a business unit of CSX Corporation, implemented a fuel cost recovery program on March 6 to compensate for huge increases in the cost of fuel for its intermodal business. The current fuel cost recovery charge for intermodal shipments is 4 percent.



Highly Confidential
CSXFSC000254508

DA02851