# Defendants’ Appendix in Support of Defendants’ Joint and Individual Motions for Summary Judgment

# Volume 11 of 29

# DA03560 - DA03604

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
BNSF RULES BOOK 6100-A
(Cancels BNSF Rules Book 6100))

CONTAINING
RULES, REGULATIONS AND SPECIAL CHARGES
GOVERNING
THE TRANSPORTATION OF FREIGHT
ON
THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
IN
THE UNITED STATES AND CANADA
AND
REGULATIONS GOVERNING CURRENCY EXCHANGE ON TRAFFIC
FROM, TO AND BETWEEN STATIONS IN CANADA
AND
CAR HIRE ON TRAFFIC TO OR FROM MEXICO

For explanation of abbreviations / reference marks, see Item 110

ALSO APPLICABLE ON INTRASTATE TRAFFIC

ISSUED DECEMBER 29, 2000 EFFECTIVE JANUARY 1, 2001

Issued by J. C. Engstrom, P. O. Box 961069, Ft. Worth, TX 76161-0069

Table of Contents

Item 100A - BNSF Web Site - Issued November 17, 2004 – Effective January 1, 2005 .... 4
Item 110 - Explanation of Abbreviations and Reference Marks .... 4
Item 120 - Method of Canceling Items .... 5
Item 130 - Notification of Changes .... 5

**SECTION 1 - General Rules And Regulations .... 6**
Item 1000 - Description of Governing Classification .... 6
Item 1020 - Station Lists and Conditions .... 6
Item 1040 - Explosives and Dangerous Articles .... 6
Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc. .... 6
Item 1080 - Omnibus Clause .... 6
Item 1090 – Traffic From or To BNSF Revenue Stations (Former BCOL Only) in British Columbia – Issued July 8, 2004 – Effective July 15, 2004 .... 6
Item 1100 - Application of Items to Non-Regulated Traffic .... 7
Item 1120 - Consecutive Numbers .... 7
Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001 .... 7
Item 1140 — BNSF Hazardous Waste Manifest Process - Issued January 11, 2005 – Effective February 1, 2005 .... 7

**SECTION 2 - Specific Rules And Regulations - Without Charges .... 9**
Item 2000 - Charges Payable in United States Funds .... 9
Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap .... 9
Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In .... 9
Item 2060 - Definition of "Intrastate" and "Interstate" Traffic .... 9
Item 2080 - Distance, Method of Obtaining .... 9
Item 2100 - Emergency Routing .... 10
Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP .... 10
Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic .... 10
Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic .... 10
Item 2180 - Mileage Allowance Application .... 10
Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico .... 11
Item 2220 - Receipt and Delivery of Freight, Restrictions On .... 11
Item 2240 - Refused or Unclaimed Freight .... 11
Item 2250D - Rule Governing Barrier Seal Application – Issued July 29, 2004 – Effective August 1, 2004 .... 12
Item 2260 - Return of Refused or Rejected Shipments .... 13
Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restriction – Issued July 29, 2004 – Effective August 1, 2004 .... 13
Item 2280 - Rules Governing Transportation of Railway Passenger Cars .... 15
Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001 .... 15
Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated) .... 16
Item 2360B– Electronic Movement Instructions for Scrap Paper and Commodities Named Below – Issued June 1, 2004 – Effective July 1, 2004 .... 16

**SECTION 3 - Specific Rules and Regulations - With Charges .... 17**
Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002 .... 17
Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001 .... 17
Item 3030 – Charge for Transferring, Adjusting or Repackaging of Lading – Issued June 8, 2004 – Effective August 1, 2004 .... 18
Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, .... 18
Cancelled Effective October 31, 2001 .... 18
Item 3060 - Charge - Detention on Heavy Duty Flat Cars .... 18

Item 3080F - Charge – Extended Use Fee – For Cars Held for Loading and Unloading on Foreign Carriers Issued April 29, 2005 – Effective June 1, 2005 ... 19
Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments ... 20
Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight ... 21
Item 3140D - Charge - Document Delay Charges on Export Traffic to Mexico – Issued February 25, 2005 – Effective March 18, 2005 ... 21
Item 3150A – Document Delay Charges on Grain Shuttle Trains Destined Stations in Mexico – (Issued May 10, 2005 – Effective June 1, 2005) (Increase) ... 22
Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001 ... 23
Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand, ... 23
Cancelled Effective October 31, 2001 ... 23
Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC ... 24
Item 3240 - Charge - Hazardous Materials Destined to Canada ... 24
Item 3250 – Failure to Complete Unloading of Railcars, ... 24
Issued October 10, 2001 – Effective November 1, 2001 ... 24
Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003 ... 25
Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets ... 25
Cancelled Effective October 31, 2001 ... 25
Item 3280 - Charge - Shipments Held for Orders ... 25
Item 3300G - Charge - Special Freight Train Service – Issued April 29, 2005 – Effective June 1, 2005 ... 27
Item 3320 - Charge - Turning of Empty Unit Train Cars ... 28
Item 3340 - Charge - Destination Detention on Sugar Cars ... 28
Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001 ... 28
Item 3375C - Charge – Fuel Surcharge, Issued May 7, 2003 – Effective June 1, 2003 ... 30
Item 3380 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments – Issued June 8, 2004 – Effective July 1, 2004 ... 33
Item 3400D – Credit Terms, Issued February 24, 2003 – Effective February 25, 2003 ... 34
Item 3500A– Charge, Furnished Equipment Used for Offline Movements (See Exceptions 1, 2 and 3) – Issued February 24, 2004 – Effective March 15, 2004 ... 35

**SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada ... 36**
Item 4000 - Application ... 36
Item 4020 - Basis Rate of Exchange ... 36
Item 4040 - Governing Date for Application of Surcharge or Discount ... 37
Item 4060 - Surcharge or Discount to be Shown on Freight Bills ... 37

**SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001) ... 37**
Item 4100 - Surcharge ... 37
Item 4120 - Domestic Traffic ... 38

**SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001) ... 38**
Item 4200 - Discount or Surcharge ... 38
Item 4220 - Domestic Traffic ... 39

**SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001 ... 40**
Item 5000 – Item Cancelled Account Obsolete ... 40
Item 5040 – Item Cancelled Account Obsolete ... 41

Item 5060 – Item Cancelled Account Obsolete ..... 42
Item 5080 – Item Cancelled Account Obsolete ..... 43
Item 5100 – Item Cancelled Account Obsolete ..... 44

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001 ..... 45**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1. ..... 45**

Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier ..... 45
Issued January 16, 2001 – Effective January 17, 2001 ..... 45
Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment ..... 45
Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002 ..... 45
Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001 ..... 46
Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002 ..... 47
Item 6080 - Empty Movement Of Privately Owned Cars ..... 47
Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc. ..... 47
Item 6120 - Offer Of Section 11706 ('Carmack') Liability ..... 47
Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded) ..... 48
Item 6140B - Loss And Damage Provisions/Liability Restrictions – Issued April 29, 2005 – Effective June 1, 2005 ..... 48
Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001 ..... 50
Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car ..... 52
Item 6200 - Stopping ..... 53
Item 6220 - Mexico ..... 53
Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003 ..... 53

**SECTION 7 – Requirements and Guidelines for the Location, Maintenance and Operation of Facilities Handling Hazardous and Other Specified Materials. Issued November 5, 2003 – Effective November 25, 2003 ..... 54**

I. GENERAL REQUIREMENTS AND GUIDELINES ..... 54
II. LOCATION OF TRACKS AND FACILITIES ..... 54
III. LOCATION OF LOADING/UNLOADING RACKS AND STORAGE TANKS ..... 55
IV. CLASS 3 FLAMMABLE AND COMBUSTIBLE LIQUIDS ..... 55
V. CLASS 2 COMPRESSED GASES ..... 56
VI. PREVENTION OF ELECTRIC SPARKS DURING LOADING OR UNLOADING OF FLAMMABLE LIQUIDS OR FLAMMABLE GASSES ..... 56
VII. LOADING INTO RAIL CARS ..... 57
VIII. UNLOADING FROM RAIL CARS ..... 57

*Item 100A - BNSF Web Site - Issued November 17, 2004 – Effective January 1, 2005*

BNSF public miscellaneous and pricing publications subject to BNSF 6100-Series are available to download and view on BNSF's website www.bnsf.com. For those parties who wish to receive notice of changes to those publications, the following two options are available:

1. The party may subscribe online using BNSF's subscription tool. Once subscribed, the subscribing party will receive an email each time an update is posted to the BNSF website. To subscribe, access the following link and click "Subscribe to Price Updates:

   http://domino.bnsf.com/website/prices.nsf/ba3?OpenForm

   This service is provided free of charge, and the subscribing party is responsible for keeping e-mail information current in their subscription profile.

2. The party may subscribe to receive hard copies of revisions to specific publications for an annual fee of $600 (A) per publication. To subscribe, send a written request to the following address:

   BNSF Price Management
   P.O. Box 96109
   Fort Worth, TX 76161-0069

This written request is required on an annual basis in accordance with the Surface Transportation Board's policy decision under Ex Parte 528, Disclosure, Publication, and Notice of Change of Rates and Other Service Terms for Rail Common Carriage.

---

*Item 110 - Explanation of Abbreviations and Reference Marks*

| ABBREVIATION | EXPLANATION |
|---|---|
| BNSF | Burlington Northern and Santa Fe Railway Company, The |
| BOE | Bureau of Explosives |
| CFR | Code of Federal Regulations |
| CSP | Camas Prairie Railnet, Inc |
| OPSL | Official List of Open and Prepay Stations |
| NSRQ | Norfolk Southern Rate Quotation |
| RER | Official Railway Equipment Register |
| TM | The Texas Mexican Railway Company |
| UFC | Uniform Freight Classification |
| US | United States |

| REFERENCE MARK | EXPLANATION |
|---|---|
| (A) | Denotes increase. |
| (B) | Denotes reduction. |
| (C) | Denotes changes in wording which result in neither increases nor reductions in charges. |

*Item 120 - Method of Canceling Items*

As this book is revised, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 3000-A cancels item 3000, and item 3000-B cancels item 3000-A in a prior revision, which in turn cancelled item 3000.

*Item 130 - Notification of Changes*

1. As items in this book are revised, the remarks "Increase, Reduction or Change in Wording" will be shown in parenthesis to the right of the effective date of the item.

   Example:

   **Item 1000 – Description of Governing Classification**
   Issued March 1, 2001 – Effective April 1, 2001 **(Change in Wording)**

2. In addition, the effective date of the revised item will be added in parenthesis to the Table of Contents on page 1 to identify which item(s) have been changed.

   Example:

   Item 1000 – Description of Governing Classification **(Effective April 1, 2001)**

3. The paragraph that has been changed within the item will contain one of the following reference marks placed at the end of the paragraph.

   (A) Denotes Increase.
   (B) Denotes reduction.
   (C) Denotes changes in wording which result in neither increases nor reductions in charges.

   Example:

   The term "Uniform Freight Classification", when used herein, means UFC 6000-Series. **(C)**

## SECTION 1 - General Rules And Regulations

### *Item 1000 - Description of Governing Classification*

The term "Uniform Freight Classification", when used herein, means UFC 6000-Series.

---

### *Item 1020 - Station Lists and Conditions*

This Book is governed by OPSL 6000-Series to the extent shown below:

A. For additions and abandonments of stations, and, except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight, and changes in station facilities. When a station is abandoned as of a date specified in OPSL 6000-Series, the rates from and to such station are inapplicable on and after that date.

B. For geographical locations of stations.

C. For the identification of stations when stations are shown or referred to by numbers.

---

### *Item 1040 - Explosives and Dangerous Articles*

For rules and regulations governing the transportation of explosives and other dangerous articles, also specifications for shipping containers, and restrictions governing the acceptance and transportation of explosives and other dangerous articles, see BOE 6000-Series.

---

### *Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc.*

Where reference is made in this Book to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

---

### *Item 1080 - Omnibus Clause*

Except as otherwise provided, shipments made under rates referring to this Book are entitled to the following services: Car service, demurrage, drayage, diversion, inspection, reconsignment, stopping, storing, switching, transfer, weighing and other Terminal Services, and are subject to the charges therefor, if any, of the carrier performing the service.

---

### *Item 1090 – Traffic From or To BNSF Revenue Stations (Former BCOL Only) in British Columbia – Issued July 8, 2004 – Effective July 15, 2004*

Rail cars originating at or destined to BCOL stations in British Columbia that have been adopted by BNSF, while in possession of CN, are subject to all rules and charges as stipulated in Tariff CN 9000-Series, Tariff CN 6400, 6544 and 6580-Series. Accessorial charges as defined in these four Tariff's, and their successors, will be assessed by CN.

---

*Item 1100 - Application of Items to Non-Regulated Traffic*

On non-regulated rail traffic, such as that transported under an exempt transportation contract, under an exempt rate quotation, or under an exempt rate memorandum, except to the extent that special provisions for accessorial services to be provided by BNSF are stated within the transportation contract, exempt rate quotation or exempt rate memorandum, the rules, regulations and charges for such accessorial services will be as set forth in tariffs or books to which BNSF is a party and shall apply to the same extent and in the same manner as if the subject transportation had been regulated.

As a partial listing of the accessorial services described herein, and not in limitation thereof, accessorial services are defined to include demurrage, detention of freight cars, diversion, holding cars, inspection, protective service, reconsignment, reweighing, special freight train service, spotting, stoppage to complete loading or partly unload, storage, switching, transit, weighing, and other services not specified above.

---

*Item 1120 - Consecutive Numbers*

Where consecutive numbers are represented in this Book by the first and last numbers connected by the work "to" or a hyphen, they will be understood to include both of the numbers shown and all numbers in between the first and last numbers.

If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

---

*Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001*

Car capacity parameters, formerly based on Nominal Capacity, are now based on Load Limit. For marked capacities, lengths, dimensions and cubical capacities of cars, see Equipment Characteristics at http://www.bnsf.com/cws/eqpumler/index.html.

---

*Item 1140 — BNSF Hazardous Waste Manifest Process - Issued January 11, 2005 – Effective February 1, 2005*

1. Per 49 CFR 172.205.1, BNSF on-site representative must sign and date hazardous waste manifest at the time shipment is tendered. The on-site representative must sign as follows "________________________(Name), _________________(Company) on behalf of BNSF ______________(Date)."

2. When shipment is tendered to BNSF, generator or other responsible party is required to submit copies of executed hazardous waste manifest, AOC and shipping instructions to:
   **BNSF WAYBILLING FAX 1-800-786-2455 PH 1-800-786-2873**

(Item continued on next page)

*Item 1140 — BNSF Hazardous Waste Manifest Process (Concluded)*

3. Generator or other responsible party must ***overnight mail or courier*** a copy of the manifest signed by the generator, transporter and the next designated facility to:

**BNSF Waybilling**
**Hazardous Waste Manifests**
**920 S. E. Quincy**
**Topeka, KS 66612-1116**

*1.* For hazardous waste exported to Canada or Mexico, transporter must sign and date the manifest indicating when the hazardous waste left the United States. Generator or other responsible party must complete Item 15 ("Special Handling Instructions and Additional Information") of EPA Form 8700-22 indicating that the hazardous waste left the United States. *Refer to 40 CFR 263.20-22.*

*2.* EPA Acknowledgement of Consent (AOC) must accompany hazardous waste shipments in addition to a shipping paper containing all the information required on the hazardous waste manifest (excluding the EPA identification numbers, generator certification, and signatures) *Refer to 40 CFR 263.20 (f)(2).*

*3.* EPA issues an Acknowledgement of Consent to the generator of the waste, or other responsible party, only after the receiving country informs EPA of its consent. None of this happens until the exporter has furnished a notification to EPA, and EPA has provided this document to the receiving country (e.g. Canada and Mexico) and has requested consent.

*4.* At the Border (export hazardous waste), transporter gives a copy of the manifest to a U.S. Customs official at the U.S. departure point. U.S. Customs forwards copies of the manifests received to EPA for tracking and monitoring. *Refer to 40 CFC 263.20(g)(4).*

---

For more information regarding hazardous waste manifests, please visit BNSF Waste Products site at http://www.bnsf.com/vicc/markets/waste_products/html/manifest.html.

## SECTION 2 - Specific Rules And Regulations - Without Charges

### *Item 2000 - Charges Payable in United States Funds*

Except as otherwise provided, rates and charges in this Book, and those making reference to this Book, are stated in money of the United States and are payable in United States' dollars or its equivalent.

---

### *Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap*

No claim or suit for the physical loss or damage to any shipment of Iron or Steel Scrap, transported via BNSF, shall be made or filed by a Customer for amounts of $250.00 or less (Minimum Claim Amount). If customer's proven loss or damage is in excess of the Minimum Claim Amount, the Minimum Claim Amount shall be deducted from any claim made against carrier(s) for any shipments transported by the carrier(s).

---

### *Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In*

If, by reason of the character, construction, or age of equipment furnished, the minimum carload weight, as specified in the tariffs or classifications, cannot be loaded, the minimum weight to be charged for on shipments loaded therein shall not exceed the safe loading capacity as determined by the Operating, Transportation or Inspection Departments.

---

### *Item 2060 - Definition of "Intrastate" and "Interstate" Traffic*

A. The term "Intrastate Traffic" applies to traffic having origin, destination and entire transportation within the same state.

B. The term "Interstate Traffic" applies to:

   1. Traffic having origin in one state and destination in another state; or

   2. Traffic having origin and destination within the same state when transported via a route operating through another state.

---

### *Item 2080 - Distance, Method of Obtaining*

Various charges in documents referring to this Book are based on mileages. To determine miles refer to BNSF Internet Public Rate Retrieval or BNSF Rail Mileage Inquiry at BNSF.com. When rates are not shown for exact distances, use rates for next greater distance.

---

*Item 2100 - Emergency Routing*

Rates in documents referring to this Book will apply only via the routes and junction points authorized therein, except that when in the case of pronounced traffic congestion (not an embargo), washout, wreck, or other similar emergency, or through carrier's error, carriers forward shipment via other junction points of the same carriers, the rate to apply will be that specified in the document referring to this Book but not higher than the rate applicable via the route of movement.

*Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP*

The following applies on freight shipments that are damaged in transit when moving via the BNSF from or to stations on the CSP.

1. Shipments damaged in transit and refused by consignees, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers via the route and line over which such shipments moved, free of any charges, or, at carrier's option, be forwarded to such point on its lines that offer the best facilities or opportunities for advantageous disposal.

2. Shipments refused by consignees owing to causes for which the carrier is wholly responsible, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers free of any charges, in the same manner as provided for shipments damaged in transit.

*Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic*

All carload rates and charges in connection with Arizona intrastate traffic are subject to the Arizona transaction privileges and educational excise taxes in effect at the time of shipment.

*Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic*

All carload rates and charges in connection with New Mexico intrastate traffic are subject to the New Mexico Gross Receipts Tax in effect at the time of shipment.

*Item 2180 - Mileage Allowance Application*

By use of rates making reference to this Book, shipper warrants that its interest in the equipment used under rates subject to this Book is sufficient to permit it to waive full payment of mileage allowance. Shipper will, and BNSF will not, be liable for mileage allowances in excess of the above obligation. In the event that a party other than the shipper using these rates submits a claim to railroad for mileage allowance payments in excess of BNSF's obligation under this tariff, shipper shall, at BNSF's option, either (1) release, defend and indemnify BNSF from said claim including attorney's fees and cost of litigation, or (2) reimburse BNSF for excess mileage allowances paid by BNSF within thirty (30) days of notice by BNSF.

### *Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico*

Shipments of Grain and Grain Products, as defined in Tariff BNSF 4022-4023 Series, from BNSF origins to destinations in Mexico may only be made under a Straight Bill of Lading. Order Bills of Lading for shipments of Grain and Grain Products billed to destinations in Mexico will not be accepted by the BNSF.

---

### *Item 2220 - Receipt and Delivery of Freight, Restrictions On*

Nothing in tariffs to which BNSF is a party shall require BNSF to receive or deliver any carload or less than carload shipment when such receipt or delivery is impracticable because of any riot, strike, picketing or other labor disturbance.

---

### *Item 2240 - Refused or Unclaimed Freight*

The following practice will be followed in the handling of freight which is refused or unclaimed.

A. Non-Perishable Freight Consignee, as described in the waybill, will be notified promptly of the arrival of shipments at destination. In case of refusal by consignee to accept the freight, or if freight is unclaimed five days after notice of arrival has been duly sent or given, consignor will be sent a notice showing:

   Name of consignee
   Description of freight
   Point of origin and date of shipment whether property has been refused or remains unclaimed;

   which notice should also state substantially that if disposition is not arranged for, the property will be subject to sale as provided in Section 4, Paragraph (b) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

B. Perishable Freight Consignee will be notified promptly of the arrival of perishable freight, but whenever necessary to prevent loss or waste, perishable freight which is refused, unclaimed or undelivered may be sold at the discretion of the carrier, without advertising and without further notice, as provided in Section 4, Paragraph (c) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

---

*Item 2250D - Rule Governing Barrier Seal Application – Issued July 29, 2004 – Effective August 1, 2004*

The rule establishes the prerequisites for a party to claim rail carrier responsibility/liability for lading contamination, adulteration or shortage due to a seal exception, and will apply on the following car types: Box Cars with AAR Mechanical designation beginning with X, Covered Hoppers with AAR Mechanical designation of LO and Tank Cars with AAR Mechanical designation of T. With the exception of paragraph 3 herein, this item does not apply on the transportation of perishable commodities moving in refrigerated equipment.

1. The shipper is responsible to protect the safety and integrity of its lading, including, but not limited to, the application of barrier seals to railroad cars to prevent unauthorized access to its lading. A minimally-accepted barrier seal will be composed of braided steel strands (high-tensile strength steel cable) totaling one-eighth (1/8) inch in diameter. For all Agricultural Product shipments the minimally-accepted barrier seal will be composed of braided steel strands (high-tensile strength steel cable) totaling one-sixteenth (1/16) inch in diameter. Agricultural Products will include shipments covered under the following tariffs and ethanol (STCC 2818446, 2818445 and 2818419): BNSF 4022, BNSF 4023, BNSF 4024, ATSF 51463, BNSF 56750, BNSF 56975, BNSF 90004, BNSF 90021, BNSF 90023, BNSF 90024, BNSF 80001, BNSF 90022-Series AND BNSF 90029-Series .

2. A cargo loss claimant must be able to provide documentary evidence that the required seals were applied properly and immediately after completion of loading to all loading and/or unloading devices on the railcar. Proof must be established by furnishing date and time of completion of loading, seal number, seal location, and date and time of seal installation, by one or more of the following methods:

   (a) third (neutral) party inspection, and/or
   (b) manual log entry signed by the person applying the seal and verified by another person, and/or
   (c) video tape, to include the railroad car number.

3. If a seal is missing, defective, or tampered with, the receiver/consignee must report the exception and all known facts relating thereto to BNSF Inspection Service Bureau (1-800-333-4686) within four (4) hours of actual placement of the railcar.

4. If all of the foregoing prerequisites are satisfied, BNSF will accept responsibility for the condition of the lading at destination. Acceptance of this responsibility will not constitute any admission or acknowledgement by BNSF that the lading is contaminated, adulterated or unfit for human or animal consumption. The lading may be rejected to BNSF for disposal in a manner deemed appropriate by BNSF. Salvage value obtained by BNSF will be remitted to a claimant in reduction of its cargo loss claim. Alternatively, if a claimant will not allow BNSF to take possession and dispose of the lading in mitigation of the loss, BNSF's liability will be limited to the original value of the shipment less the highest value the lading has in a secondary market as reasonably determined by BNSF. BNSF shall, upon written request from shipper, supply documentation sufficient to show the basis for BNSF's determination. If the shipper disputes the determination, BNSF and shipper will meet to discuss the issue. If the parties agree, a neutral third party may make the determination.

5. All other claims for lading loss or damage will be governed, or continue to be governed by the applicable rules, terms and conditions as stated in their governing contract of carriage.

*Item 2260 - Return of Refused or Rejected Shipments*

A. When a shipment has reached destination but is refused or rejected and not unloaded and is returned to the original point or a directly intermediate point, the return movement will be subject to (1) the rate, minimum weight and route from the original point in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applicable for such return movement, if lower.

B. When the refused or rejected shipment moved to destination from a transit station on a reshipping or transit balance rate, the return movement to the transit station will be subject to (1) the local or joint carload rate, minimum weight and route from the transit station to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

C. When a refused or rejected car was part of a shipment subject to multiple car or unit train rates, the return movement will be subject to (1) the applicable single car rate, minimum weight and route from the original shipping point to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

D. The provision of this item do not apply to Coal (STCC 11).

---

*Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restriction – Issued July 29, 2004 – Effective August 1, 2004*

The provisions of 49 U.S. C. § 11706 do NOT apply to shipments which are governed by the terms of this Rule Book.

Carrier* will not be liable for loss, damage or delay to lading caused by an Act of God, a public enemy, the authority of law, labor strikes, acts of civil disobedience, the inherent nature or character of the lading, natural shrinkage, an act or default of the shipper/consignor, owner or consignee/receiver, or from any cause whatsoever which occurs while the lading is not in the actual physical custody and control of Carrier.

Shipper is responsible for proper and lawful packaging, loading, stacking, blocking, bracing and ventilation of the cargo. Shifting of a load enroute is, of itself, not evidence of Carrier mishandling. If other than a vehicle** with mechanical protection against heat and cold is requested by the shipper/consignor, Carrier is not responsible for the deterioration of the product which may occur because of temperature within the vehicle. Shipper is responsible for affixing a seal to each vehicle door or hatch.

Shipper acknowledges and accepts the inherent tendency of perishable goods to deteriorate or decay. Carrier is not liable for the decline of goods as is reasonably expected to occur while enroute. Carrier is not liable for the decline of goods attributable to disease or decay within the goods when loaded.

Carrier is not liable for shortage of lading unless there is physical evidence of unauthorized forced entry into the vehicle while in Carrier's possession. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. Origin and destination seal records must be furnished. Carrier may settle shortage of lading claims without proof of accepted barrier seal application for Agricultural Product Shipments as described in Item 2250D basis certified weights where origin can furnish certified origin weights and destination can furnish destination weights.

Carrier agrees to transport shipments with reasonable dispatch. Carrier does not guarantee rail service within any particular time frame. Carriers maximum liability for cargo is the lower of its original cost or the cost of replacement. Carrier is not liable for special or consequential damages or for damages due to market decline. Carrier will not be responsible for any loss, damage or delay to cargo that occurs outside of the United States or Canada.

(Item continued on next page)

*Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Continued)*

A claimant must mitigate its damage by acceptance of damaged cargo unless the goods are totally worthless. A claimant may not abandon damaged goods to Carrier when the damaged lading retains more than minimal value. Product that is abandoned to Carrier in an undamaged condition will be sold and the salvage proceeds only, less salvage expenses, will be remitted to the owner.

There shall be no presumption of carrier fault for the loss, damage or delay of cargo. The burden of proof to establish the culpability of Carrier is upon the claimant. Carrier is not liable for any loss, damage or delay of cargo, except where Carrier's intentional act or omission, gross negligence or simple negligence is the direct and proximate cause of the injury. If Carrier's act or omission is not the sole cause of the injury but contributes to the loss, damage or delay to the cargo, then Carrier will be liable only for that portion of the injury as corresponds to its comparative culpability.

Carrier's maximum liability per vehicle is $ 250,000.00. BNSF will not be liable for damage where BNSF's liability is determined to be $250.00 or less per vehicle. No claim will be filed or paid for injury to lading of less than $ 250.00 per vehicle. (Not applicable when in conflict with Item 6160 of this Rules Book.)

**Filing of Claim**

As a condition precedent to the recovery on any claim, Carrier and shipper/consignor must be notified promptly upon discovery of the injury to cargo and Carrier must be allowed to inspect the lading. Failure of Carrier to inspect the cargo will not constitute an admission of liability by Carrier or alter the burden of proof on claimant to establish the liability of Carrier.

If the location of the loss, damage or delay to the cargo is known to the claimant, the claim must be filed with that rail carrier on whose line the injury occurred. Otherwise, the claim may be filed with any linehaul rail carrier in the route of movement.

As a condition precedent for recovery against Carrier, a claim for loss, damage or delay to the cargo must be filed within nine months of the date of delivery of nine months of the reasonably anticipated date of delivery if delivery is not made. Should Carrier decline a claim, suit thereon may not be brought more than nine months after the date of Carrier's written declination. Federal carrier law governs the determination of liability; no State or common law causes of action will be recognized. A lawsuit against Carrier based on indemnification must satisfy the aforestated time limitations for filing a claim and for initiating a lawsuit.

A claim must be in writing and must include the following documentation:

Information identifying the rail shipment, including vehicle initial and number, shipper's/consignor's and consignee's/receiver's name, address and telephone number, shipping date, and commodity.

Origin records or certification on the condition and quantity of the lading at the time the goods were tendered to the origin carrier.

Destination records or certification on the condition and quantity of the lading at the time the goods were received from the destination carrier.

A demand for payment of a specific amount, with a statement of the formula or basis on which the damages are calculated, plus evidence in support of the calculation.

Documentation as to disposition of damaged lading and the salvage proceeds therefrom.

On a fresh fruit or vegetable claim, origin and destination USDA inspection reports or the Canadian government equivalent.

(Item continued on next page)

*Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Concluded)*

A freight loss, damage or delay claim filed with BNSF is to be mailed to:

Director, Freight Claims
Burlington Northern Santa Fe Railway
Post Office Box 1738
Topeka, Kansas 66601

**Full Liability Transportation Service**

As an alternative to the foregoing Restricted Liability provisions, Carrier offers Full Liability transportation subject to the terms and conditions of 49 U.S.C.§ 11706 (Carmack Amendment) at a rate or charge higher than that applicable to transportation under restricted liability terms. If the shipper elects the Carmack Amendment alternative, it must: (a) not later than the time that the railcar is ordered for loading, notify Carrier of its intention to subject the shipment to 49 U.S.C. § 11706 and obtain from the Carrier the applicable transportation rate or charge; (b) place on the bill of lading or shipping order the notation "Shipment is subject to 49 U.S.C. § 11706"; and acknowledge that the linehaul transportation charge will be billed 'prepaid'. The shipper's failure to comply strictly with all of the requirements for transportation subject to 49 U.S.C. § 11706 shall create a conclusive presumption that the shipment is intended for transport on the Restricted Liability terms of this Item.

* "Carrier" includes BNSF Railway and all of its connecting linehaul and switching railroads on any shipment for which this Rule Book applies.
** "Vehicle" includes a railcar of any description, a trailer, or a container.

---

*Item 2280 - Rules Governing Transportation of Railway Passenger Cars*

Except as otherwise provided, BNSF will not accept for transportation over its line or for placement or storage on its tracks or in its yards any railway passenger car or railroad business car, with or without passengers.

---

*Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001*

BNSF will issue freight bills based on rates that are in effect at the time shipments are tendered to us for movement. Please show the applicable price authority number on your bills of lading (e.g., BNSFQ 12345).

BNSF will not allow backdated pricing to cover carload shipments where the customer tendered a shipment prior to a price agreement or after a price agreement has expired. If no other price is in place at the time of movement, existing public prices will be used. For joint line shipments, if an existing through price is not in place, then BNSF will rate and bill these as Rule 11 shipments. This means each line haul railroad will bill the customer for their portion of the shipment

---

***Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated)***

***Item 2360B– Electronic Movement Instructions for Scrap Paper and Commodities Named Below – Issued June 1, 2004 – Effective July 1, 2004***

(1) Effective April 1, 2004: Aggregates, Aluminum and Non-Ferrous, Cement/Gypsum/Lime, Lumber, Manufactured Products, Panel, Paper Products, Pulpmill Feedstocks, Waste Products.
(2) Effective July 1, 2004: Clay, Government & Machinery, Industrial Chemicals, Minerals, Petroleum Products, Plastics, Steel Products, Taconite/Coal Coke.

BNSF will no longer accept or process movement instructions (bill of lading, switch instructions) for scrap paper other than by the electronic methods listed below:

a. System to System Electronic Data Interchange (EDI).
b. BNSF Shipping Instruction tool on the Internet.
c. Rail Industry Shipping Instructions tool on the Internet.
d. Agilink – PC – based billing package.
e. Fax to Third Party billing service.

BNSF will also require complete billing prior to the movement in order to ensure efficient handling of the shipment. If a car is released from the loading facility without billing instructions, the standard demurrage charge per Item 1100-Series of BNSF Demurrage Book 6004-Series will apply plus $300 per day for holding charges until billing is provided by an appropriate method. Consignor / Loader will also be subject to switching charges as outlined in BNSF Switching Book 8005-Series.

## SECTION 3 - Specific Rules and Regulations - With Charges

*Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002*

A. The provisions of this paragraph are no longer applicable.

B. A cancellation charge of $75.00 per car, except Mechanical Refrigerator cars a charge of $300.00 per car, will be applied whenever a car that is already applied to a car order and that car order is canceled, reduced or changed. One of the following conditions must be met before charges are applicable:

1. If order is for equipment furnished by BNSF, cars must be spotted at industry at the time the order is canceled, reduced, or changed (See EXCEPTION); or

2. If order is for equipment furnished by a foreign carrier, cars must be placed on interchange track, already received by BNSF, or spotted at industry at the time the order is canceled, reduced or changed.

3. If order is for equipment ordered by foreign carrier from BNSF, cars must be placed on interchange track or already delivered to foreign carrier at time the order is canceled, reduced or changed (See NOTE).

EXCEPTION: The cancellation charge does not apply to BNSF owned or leased equipment ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12163 of BNSF 4022-Series and BNSF 4023-Series.

NOTE: BNSF will not absorb any charges assessed by a foreign carrier for the handling of a car ordered and not used in transportation service. Any charges assessed by the foreign carrier will be billed to the party canceling the order.

---

*Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001*

When BNSF is required to disinfect or clean a box car under State, Federal, County, or Municipal regulations, a charge of $234.00 per car will be assessed against the freight payor of the shipment for which such cleaning and disinfecting is made. This charge will be in addition to any applicable charge for fumigation.

---



BNSF-0510020

DA03577

***Item 3030 – Charge for Transferring, Adjusting or Repackaging of Lading – Issued June 8, 2004 – Effective August 1, 2004***

Shipper's responsibility for properly preparing a load for rail transit is defined in Rule 27, Section 3, *Uniform Freight Classification 6000-Series.* The shipper is responsible for all transferring, adjusting or repackaging except on proof by the shipper of BNSF negligence.

If a rail car shipment requires transferring, adjusting or repackaging while in BNSF possession (including in transit) BNSF will notify the shipper of the requirements and the availability of a third-party contractor to perform the work. The shipper will pay all expenses and manage the shipment's or rail car's transferring, adjusting or repackaging with a contractor of choice that is also suitable to BNSF meeting, and in compliance with, all BNSF practices, policies and procedures including those related to general safety and personal protective equipment. Work will commence only after the execution of a Release of Liability to BNSF unless a BNSF Safety-certified contractor is used.

Should the shipper fail to make the necessary arrangements or complete the work within a reasonable time (as determined on an individual case-by-case basis by BNSF) BNSF reserves the right to undertake the work itself or through its designated contractor without further notification to the shipper. In such cases the actual cost of the work, with a 15% additive applied to the total, will be the responsibility of, and charged to, the shipper.

When the rail car is switched to a location for transferring, adjusting or repackaging, inter-terminal or intra-terminal switching charges as outlined in BNSF 8005-Series and demurrage or storage charges as outlined in BNSF 6004 & 6005 Series will be assessed against the shipper.

***Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, Cancelled Effective October 31, 2001***

Empty Covered Hopper Cars, last containing Sugar (STCC 20-621 and 20-629), rejected for cleaning will be subject to a charge of $800 when the prior load was originated by the current shipper rejecting the car.

***Item 3060 - Charge - Detention on Heavy Duty Flat Cars***

For detention and use charges on heavy duty flat cars, see Tariff RPS 6740-Series.

***Item 3080F - Charge – Extended Use Fee – For Cars Held for Loading and Unloading on Foreign Carriers Issued April 29, 2005 – Effective June 1, 2005***

This item applies only on BNSF railroad owned or controlled Mechanical Refrigerator Cars. The Extended Use Fee (EUF) herein applies to the mechanical device used to control temperatures. In determining the assessment of charges, Sundays will be considered chargeable days and the 12 Holidays as listed in BNSF Demurrage Book 6004, Item 140 series will be considered free days.

Serving Railroads Utilizing Electronic Car Event Reporting:

EUF charges will be calculated from the fourth 12:01 a.m. after actual placement for unloading at destination, or from constructive placement either short of destination or at destination, and will continue until such time cars are released empty back to the serving railroad. After three days, detention charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the consignee. All dates and times utilized for billing are based on electronic reporting furnished by the serving railroad. Cars equipped with a Global Positioning System (GPS) device will be monitored. If the mechanical device is left running after the electronically reported release date. EUF charges will continue until mechanical device is shut down. EUF charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against consignee.

EUF charges will be calculated from the fourth 12:01 a.m. after empty cars are actually placed at origin, or from constructive placement either short of origin or at origin. If actually placed prior to the want date, free time will be calculated from the first 12:01 of the want date. Charges will continue until such time as cars are released as a load with proper billing. All dates and times utilized for billing are based on electronic reporting furnished by the serving railroad and/or BNSF receipt of shipping instructions. EUF charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against shipper.

Cars Equipped with Global Positioning Systems (GPS) Tracking and Serving Railroad Does Not Utilize Electronic Reporting:

Loaded EUF charges will be calculated from the seventh 12:01 a.m. after interchange delivery to serving carrier and will continue until mechanical unit has been shut down. EUF charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside lingth greater than 63 feet will be assessed against the consignee.

Empty EUF will be calculated from the seventh 12:01 after empty car are interchange delivered to serving railroad or the want date and will continue until such time as the car doors are shut and BNSF receives shipping instruction. EUF charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the shipper.

All EUF charges will be issued by and are payable to BNSF whether the loader or unloader is served through reciprocal switching or is located offline from the BNSF.

Exception eliminated.

*Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments*

A. This item applies for transportation in freight service of each attendant/rider accompanying freight shipments where such transportation is reasonably required. This item will apply only when advance arrangements have been made between the party to accompany freight shipment and BNSF. Each attendant/rider accompanying a shipment under the provisions of this item must execute a BNSF Release Form in accordance with Rule 43 of the Uniform Freight Classification Tariff UFC 6000-Series prior to movement of shipment. Bill of lading covering shipment must indicate when attendant/rider will accompany the shipment, number of such attendants/riders, and points between which they are to accompany the shipment. BNSF is not required to furnish special accommodations for person(s) riding freight trains.

B. The one-way charge for each attendant/rider accompanying freight shipments is as follows:

BNSF Charge Per Attendant/Rider

| BNSF Mileage | Charge Per Attendant/Rider |
|---|---|
| 1000 or less | $250.00 |
| 1001 to 2000 | $400.00 |
| 2000 and over | $650.00 |

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF6003 Rail Mileage Inquiry at www. BNSF.com.

### *Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight*

Traffic of exceptional dimensions or weight, which can only be handled subject to restrictions when accompanied by representatives of the Track and Signal Departments to remove and replace switch stands, targets, and dwarf signals, reinforcing of bridges or track or any extra work required to be done over and above normal handling by representatives of Car or Engineering Department to accompany load for safety reasons, will be subject to additional charges over and above the freight charges based on actual cost incurred by BNSF for services performed.

---

### *Item 3140D - Charge - Document Delay Charges on Export Traffic to Mexico – Issued February 25, 2005 – Effective March 18, 2005*

Except as otherwise provided, carload shipments moving from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions:

A. Calculations of Charges:

1. Seventy-two (72) hours free time will be allowed for the completion of all documentation required for the legal exportation from the United States and for importation of a shipment into Mexico.

2. Free time will be computed from the first 12:01 a.m. after "Despacho Previo" (See Note) notification. Sundays and holidays will be excluded in the computation of free time.

   Note: "Despacho Previo" is a Mexican Customs' program to pre-document exports from the United States into Mexico prior to the interchange of cars to a Mexican railroad.

3. Following the expiration of free time, a Document Delay charge will be assessed until the car is released for entry into Mexico. The document delay charge will be $50 per car, per day, or fraction thereof for the first three days. Thereafter, the document delay charge will be $100 per car, per day.

4. Sundays and holidays occurring subsequent to the expiration of free time will be chargeable days.

B. Notification and Release:

1. "Despacho Previo" notification will be sent or given by the BNSF to the consignee, or party designated by the shipper to receive same, after unit enters the BNSF computer system through customer shipping instructions or receipt of an interline waybill from connections carriers.

2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met:

   (a) All freight and accessorial charges due the BNSF have been paid;

   (b) All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF;

(continued on next page)

*Item 3140D - Charge - Document Delay Charges on Export Traffic to Mexico (concluded)*

(c) All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF; and
(d) Shipping instructions have been received by the Mexican rail carrier.

C. Holidays:

The following United States and Mexican holidays will be recognized as holidays in the computation of free time:

New Year's Day – January 1
Constitution Day - February 5
Birthday of Benito Juarez - March 21
Good Friday – Friday before Easter Sunday
Labor Day - May 1
Independence Day – September 16
Anniversary of Mexican Revolution - November 20
Christmas Day – December 25

---

*Item 3150A – Document Delay Charges on Grain Shuttle Trains Destined Stations in Mexico – Issued May 10, 2005 – Effective June 1, 2005*

Except as otherwise provided, shipments of grain or grain products moving in shuttle service from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions:

A. Calculations of Charges:
   1. Forty-eight (48) hours free time will be allowed for the completion of all documentation required for the legal exportation from the United States and for importation of a shipment into Mexico.
   2. Free time will be computed from the first 12:01 a.m. after the shuttle train is released loaded. Sundays and holidays will be excluded in the computation of free time.
   3. Sundays and holidays occurring subsequent to the expiration of free time will be chargeable days.
   4. Following the expiration of free time, a Document Delay charge will be assessed until the entire train is released for entry into Mexico. The document delay charge will be $5,000 per train, per day, or fraction thereof.
   5. The payer of freight will be assessed any Document Delay charges due under the application of this item.

B. Exception: No charges will be assessed if the free time has expired but the train has not passed the following locations.

   1. Rincon, NM for a train enroute the El Paso gateway.
   2. Spofford, TX, for a train enroute the Eagle Pass gateway.
   3. Algoa, TX, for a train enroute the Laredo gateway.
   4. Temple, TX, for a train enroute the Brownsville gateway.

(Item continued on next page)

*Item 3150A – Document Delay Charges on Grain Shuttle Trains Destined Stations in Mexico – (Concluded)*

C. Notification and Release:
1. No notification notice will be given by the railroad to any party.
2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met.
   a. All freight and accessorial charges due the BNSF have been paid;
   b. All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF.
   c. All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF; and
   d. Supplemental shipping instructions have been received by the Mexican rail carrier if required.

D. Holidays
The following United states and Mexican holidays will be recognized as holidays in the computation of free time:
New Years Day – January 1
Constitution Day – February 5
Birthday of Benito Juarez – March 21
Good Friday – Friday before Easter Sunday
Labor Day – May 1
Independence Day – September 16
Anniversary of Mexican Revolution – November 20
Christmas Day – December 25

---

*Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001*

Open-top or covered hopper cars of Bentonite Clay (STCC 14-511-10 and 32-952-32), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rules 14 and 27 in Tariff UFC 6000-Series.

---

*Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand,*
*Cancelled Effective October 31, 2001*

Covered hopper cars of Industrial Sand (STCC 14-413), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge for any material over 1,000 pounds at a rate of $75.00 for each 2,000 pounds of material over the first 1,000 pounds. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

---

*Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC*

This item applies on all railroad and railroad controlled cars for which BNSF pays or receives per diem, including BNSF owned or leased cars.

A. Seven (7) days free time will be allowed from the arrival of loaded or the availability of empty cars for delivery to a water carrier at the BNSF terminal yard in Vancouver, BC, and shall be considered delivered following notification.

B. Free time will begin at the first 12:01 a.m. following telephone notification, confirmed by Fax transmission of the arrival of loaded cars; or the telephone notification of empty cars available at the BNSF terminal yard in Vancouver, BC.

C. After expiration of the free time, the following detention charges apply:

   $20.00 per car per day for each of the first fourteen (14) days; and
   $60.00 per car per day for each subsequent day.

D. Once detention charges commence, charges are applicable until cars are returned to BNSF tracks in Vancouver, BC.

E. Traffic subject to the provisions of this item are not subject to the provisions of BNSF Demurrage Book 6004-Series, except that the provisions of Item 110 (Charges on Cars Containing Explosives or Hazardous Materials) to BNSF Demurrage Book 6004-Series will apply.

---

*Item 3240 - Charge - Hazardous Materials Destined to Canada*

When a shipment of Hazardous Materials arrives at a border crossing between the United States and Canada without proper documentation in compliance with Canadian Transport Commission Regulations, including the Canadian Hazardous Materials Description and proper Canadian Hazardous Materials Placards attached to the car, and the shipment must be held by BNSF at the border crossing, a charge of $88.00 per day, or portion of a day, will be assessed from the first 7:00 a.m. following notice to the consignor that the shipment is being held awaiting proper documentation and/or placards.

Demurrage and storage charges named in BNSF Demurrage Book 6004-Series will also apply.

---

*Item 3250 – Failure to Complete Unloading of Railcars,*
*Issued October 10, 2001 – Effective November 1, 2001*

Upon arrival and placement of railcars for unloading at destination, unloader will be responsible for unloading equipment in a manner which does not damage equipment, and for releasing equipment in a condition suitable for reloading by another shipper. Customers who refuse or fail to remove all lading, dunnage blocking, bracing, strapping, debris or other material that was part of the inbound shipment, secure interior loading devices, and close doors will be subject to a penalty charge of $500.00 per car plus the actual cost incurred by BNSF to remedy this situation.



BNSF-0510027

DA03584

*Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003*

When Covered Hopper Cars of sugar, which are released from unloading, but have not been completely unloaded, are returned to the original shipping point for reasons other than carrier's error, the return will be subject to one of the following conditions, whichever is lower, with a minimum charge of $750: (1) to the rate, minimum weight, and route applicable for such return movement; or (2) the rate, minimum weight, and route from the original point in effect on the date shipment is tendered for return, to the actual weight of the return movement.

Cars will be considered as completely unloaded if the sugar remaining in the car does note exceed three (3) percent of the weight of the last loaded movement.

Cars originating at Billings, MT; Lovell, WY; Longmont, CO; Sterling, CO; Rocky Ford, CO; Ft. Morgan, CO; Bayard, NE; Mitchell, NE; or Scottsbluff, NE may be returned to Billings, MT; Scottsbluff, NE; or Sterling, CO in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Billings, MT, Scottsbluff, NE, or Sterling, CO was the original shipping point.

Cars originating in Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN,; Wilds, MN; Bingham, MN or Moorehead, MN may be returned to Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN in lieu of the original shipping point. The return will be subject to the rate, minimum weight and route as though Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN were the original shipping point.

---

*Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets*
*Cancelled Effective October 31, 2001*

Covered Hopper Cars of Sugar Beet Pulp Pellets (STCC 20-619), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the Unloader of the car responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

---

*Item 3280 - Charge - Shipments Held for Orders*

A. Carload shipments covered by "Order" or "Order Notify" Bills of Lading, or carload shipments covered by "Straight" Bills of Lading showing consignment to one party with instructions therein, or on which instructions are otherwise given to:

   1. Notify or advise another party and deliver only upon surrender of written order; or

   2. Deliver only upon surrender of original bill of lading; or

(continued on next page)

***Item 3280 - Charge - Shipments Held for Orders (concluded)***

3. When consigned in any other manner which imposes upon the carrier the obligation not to make delivery except upon surrender of original bill of lading or written order;

will not be moved to the designated place of delivery until bill of lading or written order has been surrendered or indemnity bond or other substitute security therefore as defined in Rule 7 of Uniform Freight Classification is given, subject to the provisions in this item and Exceptions 1 and 2 named below.

B. When the place of delivery is designated in the bill of lading or otherwise designated, prior to the arrival of car at destination, and delivery is made to such designated place of delivery, provided a shipment is actually held for surrender of the bill of lading or written order or substitute security as defined in Rule 7 of Uniform Freight Classification, the following charges will apply:

1. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given to an authorized representative of the line-haul delivering carrier prior to arrival at destination, there is no charge.

2. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given..

   (a) To the line-haul delivering carrier at other than destination, after car has arrived at billed destination; or

   (b) To the line-haul delivering carrier at destination or first available hold point prior to destination after notice of arrival is sent or given consignee or party entitled to receive same. If notice of arrival is sent or given consignee or party entitled to receive same on a Sunday or Holiday, as described in Item 1010 of BNSF Demurrage Book 6004-series, the bill of lading or written order does not have to be surrendered or indemnity bond or other substitute security does not have to be given until the first business day following the Sunday or Holiday; or

   (c) To any participating line-haul carrier, other than delivering carrier:

   Charge is $150.00 per car, not to exceed $600.00 per bill of lading, and is in addition to any other charges that may accrue (i.e., switching, demurrage, storage, etc.)

EXCEPTIONS:

1. Surrender of bills of lading, written orders or other required documents by means of U.S. Mail will be allowed. When mail service is used, the time of mailing by the party which undertakes to surrender such bill of lading, written order or other required document shall be deemed to be the time of surrender. In the case of dispute as to the time of mailing, the postmark date shall govern.

2. When the original bill of lading or written order covering a shipment is not available, the shipment may be delivered in advance of the surrender of the bill of lading or written order as provided in Rule 7 of the Uniform Freight Classification.

***Item 3300G - Charge - Special Freight Train Service – Issued April 29, 2005 – Effective June 1, 2005***

A. Definition of Special Freight Train Service.

1. A train which is operated on an expedited schedule or under special service or transportation requirements specified by the consignor, consignee or the agent of either.

2. A train which is assembled in accordance with instructions given to a rail carrier by the consignor, consignee or the agent of either.

3. A train which is necessary in order to comply with service or other transportation requirements specified by any party to the movement

4. If the special train has cars for more than one destination, each stop will constitute a special run and charges for the special movement will be assessed from shipping point to first destination, from first destination to second destination, each as a separate and complete transaction.

B. Requirements for Special Freight Train Service.

Consignee, consignor or the agent of either must request this service in writing or by electronic device to BNSF Marketing/Sales Representative. Requests must be made in sufficient time to enable this carrier and all other carriers to consummate whatever arrangement or agreement which may be necessary to facilitate the movement of such trains. Requests should include, but are not limited to the following information: Date service is required or service window, if applicable; Routing, including origin and destination; Car initial(s) and number(s); Letter of authorization to bill charges, including appropriate patron codes, etc.

C. Furnishing of Special Freight Train Service.

BNSF will provide special train service if, at the RR's sole discretion, (1) adequate resources and capacity exist, and (2) there is no other reasonable alternative for the customer to move the freight in regular train service.

D. Charges for Special Freight Train Service.

BNSF charges are as follows and will be calculated over the actual distance (route) operated by the special train at a charge of $70.00 per mile subject to a minimum charge of $9,000.00. This charge is in addition to published or contract freight rates. Charges for other carriers involved in joint line or local movements will be handled under the provisions of Accounting Rule 11. BNSF will assess a $2,500 surcharge to any requesting party that cancels or does not release a special train once BNSF has officially assigned crew and power.

E. Switching Charges for Special Freight Train Service.

Switching charges will be assessed as outlined in Special Switching Service items in applicable BNSF switching tariffs.

(Item continued on next page)

*Item 3300G - Charge - Special Freight Train Service* – **Concluded**

F. Distances.

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF mileage Inquiry at BNSF.Com using the actual route of the movement.

---

*Item 3320 - Charge - Turning of Empty Unit Train Cars*

Upon request of the car owner or lessee, BNSF will turn an entire unit train of empty cars on railroad owned tracks or privately owned loop tracks at a time and place convenient for normal carrier operations, subject to a charge of $1,575.00 per turn. This charge will not apply in connection with cars for loading of Grain or Grain Products moving under rates in Tariff BNSF 4022-Series.

---

*Item 3340 - Charge - Destination Detention on Sugar Cars*

This item to apply to shipments of Sugar (STCC 20-621 and 20-629) moving in Covered Hopper Cars which are railroad owned or railroad controlled.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed, constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After five days, detention charges of $50 per day per car will be assessed against the Consignor of the railcars. These charges are in addition to any demurrage charges which may also apply.

---

*Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001*

When customers request ride quality testing or monitoring of shipments to satisfy their own internal objectives apart from any joint effort with BNSF Damage Prevention, BNSF will, for a charge, provide test equipment to customers along with instructions for the proper activation, placement and recovery of the device(s). BNSF will also download test data from the device(s) and provide a written report of the results. Customers will be responsible for the activation, placement and recovery of the test device(s), thus meeting the requirements of their particular shipping schedules.

Devices currently available from BNSF Damage Prevention for testing and the per trip cost (for one device and report) are:

| | |
|---|---|
| Snap Shock Plus single axis | $165.00 |
| Snap Shock Plus triple axis | $250.00 |

BNSF will use its best efforts to provide a reliable device for the test(s); however, due to the inherent nature of the device, a failure may occur in route. BNSF is not responsible for any failure(s) of the device(s) or the consequences either direct or indirect caused by the failure(s). In the event that a complete recording of the trip is not produced as a result of the failure of the device (excluding improper activation, placement or recovery), charges will be waived. In the event that any device(s) are lost, missing or not recovered during the course of the test(s), the customer agrees to reimburse BNSF for the list price of the device(s).

---

*Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment* - **Concluded**

For further information please call your BNSF Marketing Representative at 1-888-428-2673, option 3, or the Damage Prevention Team at 1-785-435-3082.

*Item 3375E - Charge – Fuel Surcharge – (Issued November 15 – Effective January 1, 2006) (Increase)*

All tables in Sections A and B herein are calculated by determining the average price of Highway Diesel Fuel (HDF) in the month two months prior to the effective date of the Fuel Surcharge (FSC). Per example below, the HDF as calculated in May will be used for the applicable FSC in July.

**Example:**




SECTION A: Applying on all carload traffic with the following exception; this section does not apply when in conflict with Section B, Item 3375-Series, Item 3380-Series and Item 3381-Series of BNSF Rules Book 6100-Series herein.

Shipments made under pricing documents referring hereto will be subject to a fuel surcharge, when applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the fuel surcharge applies, a fuel surcharge, as shown in the Fuel Surcharge Table, will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The fuel surcharge rates will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The fuel surcharge shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $1.25 to $1.299 | 0.5% | $1.90 to $1.949 | 7.0% |
| $1.30 to $1.349 | 1.0% | $1.95 to $1.999 | 7.5% |
| $1.35 to $1.399 | 1.5% | $2.00 to $2.049 | 8.0% |
| $1.40 to $1.449 | 2.0% | $2.05 to $2.099 | 8.5% |
| $1.45 to $1.499 | 2.5% | $2.10 to $2.149 | 9.0% |
| $1.50 to $1.549 | 3.0% | $2.15 to $2.199 | 9.5% |
| $1.55 to $1.599 | 3.5% | $2.20 to $2.249 | 10.0% |
| $1.60 to $1.649 | 4.0% | $2.25 to $2.299 | 10.5% |
| $1.65 to $1.699 | 4.5% | $2.30 to $2.349 | 11.0% |
| $1.70 to $1.749 | 5.0% | $2.35 to $2.399 | 11.5% |
| $1.75 to $1.799 | 5.5% | $2.40 to $2.449 | 12.0% |
| $1.80 to $1.849 | 6.0% | $2.45 to $2.499 | 12.5% |
| $1.85 to $1.899 | 6.5% | $2.50 to $2.549 | 13.0% |

(Item continued on next page)



BNSF-0510033

DA03590

*Item 3375E - Charge – Fuel Surcharge (Item Continued)*

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $2.55 to $2.599 | 13.5% | $2.80 to $2.849 | 16.0% |
| $2.60 to $2.649 | 14.0% | $2.85 to $2.899 | 16.5% |
| $2.65 to $2.699 | 14.5% | $2.90 to $2.949 | 17.0% |
| $2.70 to $2.749 | 15.0% | $2.95 to $2.999 | 17.5% |
| $2.75 to $2.799 | 15.5% | $3.00 to $3.049 | 18.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

***Example:***

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $2.0356 Per Gallon, July's FSR would be 8.0%. Thus, for each $100.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $8.00.

---

SECTION B: Applying on Local Shipments (Routed BNSF Direct), Accounting Rule 11 and Junction Settlement Short Line shipments of Agricultural Commodities. For a list of Agricultural Commodities, refer to BNSF web page at http://www.bnsf.com/tools/prices/fuelsurcharge/agstccs.html.

Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

Shipments made pursuant to pricing documents referring hereto will be subject to a Mileage Based Fuel Surcharge (MBFS), when applicable. The MBFS will be calculated by multiplying the applicable fuel surcharge per mile times the number of miles per shipment.

The applicable fuel surcharge per mile, as shown in the Fuel Surcharge Table, will be determined by using the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the MBFS applies, an MBFS will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The MBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The MBFS shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Mileage calculations will be based on BNSF's Railway Miles as published in BNSF web page under Customer Tools then Rail Mileage Inquiry, http://www.bnsf.com/bnsf.was5/RailMiles/RMCentralController. The mileage calculation will apply between each shipment's billed origin and destination.

(Item continued on next page)

*Item 3375E - Charge – Fuel Surcharge (Item Concluded)*

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.13 to $2.169 | 0.23 |
| $1.25 to $1.289 | 0.01 | $2.17 to $2.209 | 0.24 |
| $1.29 to $1.329 | 0.02 | $2.21 to $2.249 | 0.25 |
| $1.33 to $1.369 | 0.03 | $2.25 to $2.289 | 0.26 |
| $1.37 to $1.409 | 0.04 | $2.29 to $2.329 | 0.27 |
| $1.41 to $1.449 | 0.05 | $2.33 to $2.369 | 0.28 |
| $1.45 to $1.489 | 0.06 | $2.37 to $2.409 | 0.29 |
| $1.49 to $1.529 | 0.07 | $2.41 to $2.449 | 0.30 |
| $1.53 to $1.569 | 0.08 | $2.45 to $2.489 | 0.31 |
| $1.57 to $1.609 | 0.09 | $2.49 to $2.529 | 0.32 |
| $1.61 to $1.649 | 0.10 | $2.53 to $2.569 | 0.33 |
| $1.65 to $1.689 | 0.11 | $2.57 to $2.609 | 0.34 |
| $1.69 to $1.729 | 0.12 | $2.61 to $2.649 | 0.35 |
| $1.73 to $1.769 | 0.13 | $2.65 to $2.689 | 0.36 |
| $1.77 to $1.809 | 0.14 | $2.69 to $2.729 | 0.37 |
| $1.81 to $1.849 | 0.15 | $2.73 to $2.769 | 0.38 |
| $1.85 to $1.889 | 0.16 | $2.77 to $2.809 | 0.39 |
| $1.89 to $1.929 | 0.17 | $2.81 to $2.849 | 0.40 |
| $1.93 to $1.969 | 0.18 | $2.85 to $2.889 | 0.41 |
| $1.97 to $2.009 | 0.19 | $2.89 to $2.929 | 0.42 |
| $2.01 to $2.049 | 0.20 | $2.93 to $2.969 | 0.43 |
| $2.05 to $2.089 | 0.21 | $2.97 to $3.009 | 0.44 |
| $2.09 to $2.129 | 0.22 | $3.01 to $3.049 | 0.45 |

Each $0.04 per gallon increase thereafter, apply an additional $0.01 per mile.

Example:
If May's average monthly price of HDF is $1.856 Per Gallon then the MBFS applied in July would be $0.16 per mile. Thus, for a shipment traveling 1,000 BNSF railway miles a Fuel Surcharge of $160 would apply.

------------------------------------------------------------------------

***Item 3381 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (STCCs 1121110, 1121212, 1121220 and 1121290) – (Issued October 31 – Effective January 1, 2006) (Increase)***

Applying on Local Shipments (Routed BNSF Direct), Accounting Rule 11 and Junction Settlement Short Line shipments. Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

The applicable fuel surcharge per mile, as shown in the Fuel Surcharge Table, will be determined by using U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the Coal Mileage Based Fuel Surcharge (CMBFS) applies, a CMBFS may be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The CMBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The CMBFS shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Mileage calculations will be based on BNSF Railway Miles as published in BNSF web page ?????. In the event that BNSF miles are not listed at ??????, apply miles per BNSF 6003 Rail Miles Inquiry at BNSF web page http://www.bnsf.com/bnsf.sph/RailMiles. The mileage calculation will apply between each shipment's billed origin and destination.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.15 to $2.209 | 0.16 |
| $1.25 to $1.309 | 0.01 | $2.21 to $2.269 | 0.17 |
| $1.31 to $1.369 | 0.02 | $2.27 to $2.329 | 0.18 |
| $1.37 to $1.429 | 0.03 | $2.33 to $2.389 | 0.19 |
| $1.43 to $1.489 | 0.04 | $2.39 to $2.449 | 0.20 |
| $1.49 to $1.549 | 0.05 | $2.45 to $2.509 | 0.21 |
| $1.55 to $1.609 | 0.06 | $2.51 to $2.569 | 0.22 |
| $1.61 to $1.669 | 0.07 | $2.57 to $2.629 | 0.23 |
| $1.67 to $1.729 | 0.08 | $2.63 to $2.689 | 0.24 |
| $1.73 to $1.789 | 0.09 | $2.69 to $2.749 | 0.25 |
| $1.79 to $1.849 | 0.10 | $2.75 to $2.809 | 0.26 |
| $1.85 to $1.909 | 0.11 | $2.81 to $2.869 | 0.27 |
| $1.91 to $1.969 | 0.12 | $2.87 to $2.929 | 0.28 |
| $1.97 to $2.029 | 0.13 | $2.93 to $2.989 | 0.29 |
| $2.03 to $2.089 | 0.14 | $2.99 to $3.049 | 0.30 |
| $2.09 to $2.149 | 0.15 | $3.05 to $3.109 | 0.31 |

Each $0.06 per gallon increase thereafter, apply an additional $0.01 per mile.

(Item continued on next page)

***Item 3381 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (STCCs 1121110, 1121212, 1121220 and 1121290) – (Concluded)***

Example:

If May's average monthly price of HDF is $1.856 Per Gallon then the CMBFS applied in July would be $0.11 per mile. Thus, for a shipment traveling 1,000 BNSF railway miles a Fuel Surcharge of $110.00 would apply.

***Item 3400E – Credit Terms, - Issued July 7, 2005 – Effective July 27, 2005***

If credit is extended to Applicant for the payment of transportation charges, Applicant agrees to pay such transportation charges within the following time periods:

(a) Freight Charges – 15 Calendar days from the date of the freight bill.
(b) Miscellaneous charges (e.g. demurrage, switching, weighing) – 30 calendar days from the date of the miscellaneous bill.
(c) Additional charges for freight transportation and related services (e.g. balance due bills) – 30 calendar days from the date of bill for additional charges.

NOTE: Errors discovered in bills by customers should be corrected by them and paid accordingly. Payment of all bills, including those corrected by customers, must be made within the credit period. Payment of bills alleged to be incorrect will not prejudice patron's claims, filed within the statutory period, for refund of overcharges. If customers receive bills that they feel they are not responsible for paying, they must notify the carrier within the credit terms that they are not responsible for paying the bills.

Payment of an amount less than stated on a BNSF invoice will be considered as payment on account and not as payment in full, not withstanding any notation to the contrary as payment on the payor's remittance. Acceptance

by BNSF of the lesser amount will not constitute an accord and satisfaction. The payor will be advised of any remaining balance deemed due after application of the remitted funds.

FINANCE CHARGES: **(See Exceptions 1 and 2)**
The Burlington Northern and Santa Fe Railway will assess a finance charge of .033% per day (12% per annum) on unpaid bills for freight and miscellaneous charges, including demurrage, switching and weighing, which are past our credit terms. The finance charge continues to accrue daily until the date payment is received by BNSF, not the date payment is made or the date postmarked on the payment.

Customers with past due amounts will receive a finance charge invoice each month. Finance charges will be assessed on delinquent bills for freight or miscellaneous charges as of the end of the month reduced by amounts in dispute and any payments received by month end but not posted.

Exception 1: Assessment of Finance charges on Demurrage & private car storage charges only will be extended to 60 calendar days from the bill date.
Exception 2: Each month the Burlington Northern Santa Fe Railway will calculate an average Weighted Days To Pay (WDTP) on all freight and miscellaneous charges for each customer. The WDTP will be determined by calculating the average number of days a customer has taken to pay freight and miscellaneous charges over a preceding three-month period. If the WDTP does not exceed established credit terms then no finance charges will be applied for the month in which finance charges would have otherwise applied. If the WDTP exceeds the credit terms, the finance charges will accrue as stated above.

The following is a link to Customer Tools at BNSF's web site: http://www.bnsf.com/business/

Discount for Electronic Payment of Demurrage and Private Car Storage Changes – Eliminated (A)

***Item 3500A– Charge, Furnished Equipment Used for Offline Movements (See Exceptions 1, 2 and 3) – Issued February 24, 2004 – Effective March 15, 2004***

Burlington Northern Santa Fe Railway will assess a $1,100.00 per car charge against shippers routing BNSF owned, leased or controlled equipment via routes that exclude BNSF from participation in the route and/or linehaul revenue. This charge is in addition to any other charges which may be due from shipper.

Exception 1: With prior permission from BNSF Equipment Management Department (800) 234-8440, a shipper can utilize such equipment, without penalty, for outbound shipment via a carrier other than BNSF.

Exception 2: This charge does not apply on cars assigned to pools, when loaded and routed in accordance with applicable AAR Car Service Rules, Car Service Directives and Transportation Directives.

Exception 3: This charge does not apply to BNSF owned or leased covered hoppers ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12217 of BNSF 4022-Series and BNSF 4023-Series.

## SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada

### *Item 4000 - Application*

Except as provided for in the EXCEPTION below, the provisions of this Section and Sections 4A and 4B, apply only when specific reference is made to this Section in individual rate documents.

The regulations in this Section, and Sections 4A and 4B, governing the assessment and collection of charges on international freight traffic, in either direction between points in Canada and points in the United States, must be observed.

EXCEPTION: When traffic is moving under NSRQ 4401-Series, the provisions of this Section, and Sections 4A and 4B will apply.

### *Item 4020 - Basis Rate of Exchange*



BNSF-0510039

DA03596

For the purpose of determining the rate of surcharge and discount, as referred to in this Section, and Sections 4A and 4B, the following will apply:

The rate of exchange quoted for New York funds by the Wall Street Journal on the last day of each month will govern from the first to the fourteenth (inclusive) of the following month. Similarly, such quotation on the fourteenth will govern from the fifteenth to the last day (inclusive) of such month. Should the governing date fall on a Saturday, Sunday or United States legal holiday, the quotation of the preceding day will govern.

### *Item 4040 - Governing Date for Application of Surcharge or Discount*

The governing date for the application of surcharge or discount will be the date of the bill of lading.

### *Item 4060 - Surcharge or Discount to be Shown on Freight Bills*

The surcharge or discount will be shown as a separate item on the freight bill

## SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001)

### *Item 4100 - Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply when converting Canadian Currency to U.S. Currency on traffic and to the extent indicated in Item 4120.

| When Rate of Exchange is: (See Item 4020) | Amount of surcharge or Additional collection |
|---|---|
| 1. Less than 7/8 of 1%. | None. |
| 2. Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| 3. Over 1%. | 60% of rate of exchange |

In determining the surcharge, when the rate of exchange is more than 1%, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

*Item 4120 - Domestic Traffic*

The following will apply between Canada and the United States in both directions including advanced charges payable to United States Carriers.

| | Application | Amount of surcharge on Additional collection |
|---|---|---|
| 1. | On all shipments including advanced charges payable to United States carriers when such charges are payable and collected in Canada. | As per Paragraphs 2 (See NOTE). and 3 of Item 4100. |
| | The surcharge should be added to the total through charges and must be assessed in all cases where the charges are collected at points in Canada, whether paid in Canadian or United States currency. | |
| | Such surcharge will accrue entirely to the Canadian carrier. | |
| | NOTE: Advanced charges, including customs duty and customs entry fees, payable entirely in the United States when such charges are payable and collected in 100% of rate of Canada Exchange. | 100% of Rate of Exchange |
| 2. | When all charges are paid in United States Points in United States currency. | None |

## SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001)

*Item 4200 - Discount or Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply to the extent indicated in Item 4220.

| **When Rate of Exchange is: (See** Item 4020**)** | **Surcharge or Additional collection** |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1.25%. | 1/2 of 1%. |
| Over 1.25%. | 40% of rate of exchange |
| | **DISCOUNT (Allowance)** |
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| Over 1%. | 60% of rate of exchange |

In determining the rate of surcharge and the rate of discount, when the rate of exchange is more than shown in this item, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

### *Item 4220 - Domestic Traffic*

A. The following will apply on traffic from Canada to the United States.

| **Application** | **Discount Allowance** |
|---|---|
| All charges, when prepaid, must be paid in Canadian Currency. | As per Paragraph 2 of Item 4200. |
| | **Surcharge or additional Collection to be prepaid** |
| All charges when billed "collect". | As per Paragraph 1 of Item 4200 |

B. The following will apply on traffic from the United States to Canada.

| **Application** | **Surcharge or additional Collection** |
|---|---|
| All charges, when "prepaid" | As per Paragraph 1 of Item 4200. |
| | **Discount Allowance** |
| All charges when billed "collect". | As per Paragraph 2 of Item 4200 |

## SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001

*Item 5000 – Item Cancelled Account Obsolete*

*Item 5040 – Item Cancelled Account Obsolete*

*Item 5060 – Item Cancelled Account Obsolete*



BNSF-0510045

DA03602

*Item 5080 – Item Cancelled Account Obsolete*

*Item 5100 – Item Cancelled Account Obsolete*



BNSF-0510047

DA03604