# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

# Volume 12 of 29

# DA03605 - DA03619

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1.**

***Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier***
***Issued January 16, 2001 – Effective January 17, 2001***

Mechanical refrigerated equipment furnished by railroads will not be required to maintain a temperature of lower than minus 5 degrees Fahrenheit. Shipper shall indemnify and hold harmless the railroads involved for any damage to commodity if a lower temperature is required.

Responsibility for adequate blocking, bracing, packaging and loading of the shipment lies entirely with the shipper. Shipper has responsibility for starting the refrigeration unit, setting thermostat to the billed temperature and ensuring proper cooling prior to releasing the shipment for movement. Carriers will not be responsible for damages resulting from non-compliance.

***Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment***

When movements are in cryogenic cars (CO2), shipper will be responsible for the cost of supplying the proper amount of carbon dioxide (CO2) for any car used in conjunction with rates published in this section. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in cryogenic cars.

When empty, cars are subject to the provisions of Tariff and ICC RPS 6007-Series Tariff.

***Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002***

When movements are in privately owned or controlled Mechanical Refrigerated Cars, shipper will be responsible for all aspects of Mechanical Protective Service including but not limited to fueling, monitoring, preventative maintenance and running repairs on refrigeration unit and all costs associated with same. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in privately owned or controlled mechanical refrigerated cars.

When empty, cars are subject to the provisions of Tariff and ICC RIC 6007-Series Tariff.

***Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001***

1. Rule 705 - Frozen commodities

(a) Frozen commodities transported under mechanical protective service in BNSF owned or controlled mechanical refrigerator cars are subject to charges shown in item 6180 herein. Applicable charges in mechanical cars other than BNSF shall be governed by the rules and provisions of car owner.

(b) Shipper must place on bill of lading and shipping order, and agent must place on waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - RULE 705"

(c) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill with the following notation:

"RATE PER CAR INCLUDES MPS CHARGE"

2. Rule 710 - Non-frozen commodities

(a) Charges as published herein will apply on non-frozen commodities transported under mechanical protective service.

(b) Shipper must indicate on the exempt bill of lading, shipping order and freight waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - NON-FROZEN COMMODITY, RULE 710. PRECOOLED LOAD, OPTIMUM TEMPERATURE INSIDE CAR _____ DEGREES."

(c) Prior to loading, all commodities must be precooled to the temperature desired for shipping. Any claim for lading loss or damage will be subject to compromise or declination if lading was not pre-cooled prior to loading. The burden of proof will be on the shipper to provide evidence of origin temperature of lading at time of loading.

(d) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill as follows:

BNSF cars: "RATE PER CAR INCLUDES BNSF MPS CHARGE."

Foreign cars: "RATE PER CAR INCLUDES FOREIGN MPS CHARGE."

3. Rule 720 - Mechanical car used for shipments where MPS not ordered

When a mechanical refrigerator car is furnished for railroad's convenience and shipper does not order MPS, the mechanical unit will not be operated and MPS will not apply. Shipper must specify on bill lading, and agent must place on waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE NOT ORDERED - RULE 720. DO NOT OPERATE MECHANICAL."



BNSF-0510049

DA03606

***Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002***

While mechanical units are being used by railroad, railroad shall perform such in transit temperature inspections as may be necessary and proper, at its expense. Railroad shall also perform routine servicing and running repairs to units. Railroad shall bill car owner, and car owner shall pay railroad, for services performed (other than inspection) and supplies furnished on the following basis:

1. Bills for fuel supplied or lube oil furnished mechanical cars should show equipment reference, service date, service location, gallons of fuel supplied and should be supported by information stating whether equipment was empty or loaded when service was performed and/or waybill date and number.

2. Bills for the pretrip inspection made prior to okaying car for loading, for the purpose of testing unit to determine that it is functioning satisfactorily or in need or repairs, will be rendered on the basis of $25.00 per car.

3. Refrigerant, antifreeze, supplies and repairs to units shall be billed as provided for in the field and office manuals of the code of interchange rules promulgated by the Association of American Railroads.

---

***Item 6080 - Empty Movement Of Privately Owned Cars***

The provisions of this item apply to rates published on shipments in cars of private ownership with the provision that the use of such cars is not subject to the payment of mileage allowances or to the provisions of Mileage Tariff and ICC RPS 6007-Series. Except as may otherwise be specifically provided in the Exempt rate quote, circular or memorandum, such rates include the movement of the empty car or cars to the point of prior loading via the reverse of the loaded route. Any other empty movement by the BNSF will be subject to charges provided in the applicable BNSF Tariff.

***Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc.***

Return of Pallets, Pallet Sides, Platforms, Skids, Dunnage, etc. shall not be included in rates for temperature controlled shipments (Rules 705 and 710).

---

***Item 6120 - Offer Of Section 11706 ('Carmack') Liability***

BNSF offers the opportunity to ship temperature controlled commodities (Rules 705 and 710) pursuant to the terms and conditions of 49 U.S.C. Section 11706 (Carmack) liability, as an alternative to the claims provisions in this BNSF Rules Book, BNSF-6100 Series. Shipments made pursuant to the claim provisions of Section 11706 (Carmack) will be charged a higher rate, and the following conditions must be met in full:

(1) Not later than the time a car is ordered for loading the shipper must notify BNSF or its designated representative of the intention to make the shipment subject to the claim provision of 49 U.S.C. Section 11706 (Carmack). At that time the shipper must advise BNSF where and when the car will be available for BNSF representatives to inspect the loading and the loading method.

(Item continued on next page)

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded)*

(2) The shipping order and receipt must be endorsed prior to the shipment, "The Shipment is subject to the Claim Terms of 49 U.S.C. Section 11706."

(3) Transportation charges must be prepaid.

Unless the shipper complies in full with the conditions stated above for application of Section 11706 liability, the shipment will be conclusively deemed to move under the 'alternate liability' terms and conditions of BNSF Rules Book, BNSF-6100 Series, and there will be a conclusive presumption that the shipper has given his written declaration and/or that the shipper and carrier have entered into a written agreement to this effect.

*Item 6140B - Loss And Damage Provisions/Liability Restrictions – Issued April 29, 2005 – Effective June 1, 2005*

A. Shipper is responsible to protect the safety and integrity of its lading, including, but not limited to, the application of barrier seals to railroad cars to prevent unauthorized access to lading. A minimally accepted barrier seal will be composed of braided steel strands (high-tensile strength steel cable) totaling one-eighth (1/8) inch in diameter, a bolt type seal or other equivalent security type seal of comparable strength. The burden of proof rests with the shipper to establish their actual lading loss or damages. BNSF and connecting carriers shall not be liable for lading loss or damage where shipper fails to apply a minimally accepted barrier seal. If a seal is missing, defective, or tampered with, refer to Item 2250-Series herein.

B. Upon tender of a shipment of exempt commodities as described in this contract accompanied by the verbal shipping order (phone transmittal) and/or Electronic Data Interchange (EDI) transfer completed by shipper, BNSF will give its receipt for the goods and its acceptance of said billing instruction to be performed in accordance with the contract. Acceptance of the shipping order by BNSF shall also be by verbal acceptance and/or confirmation of EDI transfer. In all matters described herein, BNSF acts as principal only with respect to transportation over its own line.

C. Carriers will not be liable for loss, damage or delay caused in whole or in part by an Act of God, a public enemy, the authority of law, riots, strikes, acts of civil disobedience, inherent quality or characteristic of the commodity, natural shrinkage, an act or default of the shipper, owner or receiver or from shipments stopped and held in-transit at the request of the shipper, owner, or receiver.

D. BNSF agrees to transport shipment over its line with reasonable dispatch. BNSF and connecting carrier do not guarantee rail service on any scheduled time frame.

E. BNSF and connecting carrier shall not be liable for breakage or bruising damage to lading unless shipper provides physical evidence of railroad negligence. Shifting of a load, alone, shall not be considered as evidence of such negligence.

F. BNSF and connecting carrier shall not be liable for deterioration resulting from improper loading or overloading of the equipment or from the use of containers or stacking methods which do not permit the adequate flow of air throughout the load.

G. BNSF and connecting carriers shall not be liable for market decline.

(Item continued on next page)

*Item 6140B - Loss And Damage Provisions/Liability Restrictions (continued)*

H. BNSF and connecting carriers shall not be liable for shortage unless there is physical evidence of forced entry to the transportation equipment. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. In addition, origin and destination seal records must be furnished.

I. In no event shall BNSF and connecting carriers be liable for lading replacement costs or for special or consequential damages.

J. Shippers and/or consignee must mitigate damage situations by accepting the damaged cargo unless it is totally worthless. Shippers and/or consignees may not abandon damaged or partially damaged shipments to the railroad when the damaged shipments retain substantial value. Product that is abandoned to the carrier in an undamaged condition shall be sold for the account of whom concerned and salvage proceeds only, less any salvaging expenses incurred shall be remitted to the beneficial owner.

K. Carriers do not undertake to overcome the inherent tendencies of perishable goods to deteriorate or decay. Carrier has no liability for deterioration when the amount of deterioration could reasonably be expected to occur during normal rail transport. When the amount of deterioration is intensified due to diseases or due to decayed or damaged condition of the perishable goods at rail origin, rail carrier has no liability for this intensified deterioration.

L. In the event an act or omission of any party involved in the transportation process (shipper, carrier, receiver) is not the sole cause but contributes to any loss or damage, each party will be liable for only that portion of the loss or damage which was reasonably caused by its negligence. If the loss or damage results from the concurrence of an act or omission by BNSF and an act of God, then the liability of BNSF shall be no greater than the percentage of proven causal negligence of BNSF.

M. Carrier has no liability for deterioration of perishable goods when carrier refrigeration equipment functions properly within 10 degrees of the billed instruction (as monitored and recorded from the railcar's thermometer) and shipment is handled with reasonable dispatch.

N. On shipments where it is determined that the commodity pulp (body) temperature is something other than the billed temperature, it will not be BNSF's responsibility to bring said commodity's pulp temperature down to conform to billing temperature. When records indicate that the mechanical refrigeration unit was properly operating, carrier(s) will not be responsible for lading off condition.

O. Carrier shall not be liable for product loss arising from any cause, including temperature, after notice of constructive placement availability at the billed destination. Subsequent to such notice carriers will not be responsible for temperature monitoring, fuel, etc.

P. When handling perishable boxcar shipments in foreign line marked equipment, BNSF will be extended its longest line haul. Longest line haul shall mean BNSF's nearest point of interchange to the foreign carrier's billed origin location. Point of interchange shall be as identified in the Official Railroad Station List (OPSL 6000 including supplements) and subject to BNSF operating convenience. When BNSF is by necessity a switch carrier only, or does not receive its longest haul, BNSF will not be liable in full or part for any product claim. It will be shipper's responsibility to ensure that proper rate and route authorities are published.

(Item continued on next page)

*Item 6140B - Loss And Damage Provisions/Liability Restrictions (concluded)*

Any Mechanical Protective Service performed by BNSF when handling perishable boxcar shipments in foreign line marked equipment shall be billed to the car owner in accordance with AAR interchange rules. If the shipment is in non-compliance of this section, and BNSF performs proper MPS service, BNSF will not participate in any freight claim payment. In the event that BNSF fails to exercise due diligence in the correction of an off-temperature condition than BNSF will participate in the distribution of any freight claim payment in accordance with AAR freight claim rules.

Q. The shipper and consignee shall indemnify and hold harmless the carrier from any loss, damage, personal injuries and/or death resulting from failure to comply with the provisions contained herein. Acceptance of shipment by the carrier for transportation shall not be a waiver of this liability.

---

*Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001*

A. The rates and charges agreed upon for the shipment and the terms, conditions and provisions herein stated require that the shipper only, whether acting as principal or agent, must file any claim for loss and damage exclusively with BNSF or carrier on whose line the loss, damage, injury or delay occurred.

B. As a precedent to recovery for any loss or damage to lading, claims must be received by BNSF or carrier on whose line the loss, damage, injury or delay occurred, in writing from the shipper within three months after delivery of the shipment at its final railroad destination or, in the case of failure to make delivery, then within three months after a reasonable time for delivery has elapsed. BNSF shall pay, decline or offer to compromise claims within three months from the date received.

*C.* As a condition precedent to recovery of any claim, the consignee must immediately notify the destination carrier, shipper and BNSF upon discovery of any damage and allow destination carrier or its agent to inspect. Such notification to carrier and shipper must be made within 24 hours of notification of shipment's arrival. Failure of the rail carrier to inspect damaged cargo for whatever reason will not relieve the burden of the claiming party to establish that cargo was received in a damaged condition nor will it be considered an admission of liability by the rail carrier.

D. All written claims must include the following documentation:

1. A demand for payment of a specific amount.

2. Information identifying the rail shipment including equipment initials and number, shipper and receiver's name, shipping date and commodity.

3. Origin records or certification as to the condition and quantity of the lading at the time tendered to the origin rail carrier.

4. Destination records as to the condition and quantity of the lading at the time received from the destination rail carrier.

5. Verification of the amount claimed including original invoices, repair bills and account of sales.

(Item continued on next page)

*Item 6160 - Claim Procedures, (Concluded)*

6. Evidence as to the disposition of the damaged lading.

7. On fresh fruits and vegetables, origin and destination USDA inspections or Canadian government equivalent

E. All loss and damage lading claims filed with BNSF must be mailed to:
Director, Freight Claims
Burlington Northern Santa Fe Railway Company
PO Box 1738
Topeka, KS 66601

F. Carrier's liability will not exceed the actual amount of physical loss or damage sustained to the lading including proven costs through mitigating the loss or damage. Claim calculation as well as any claim payment shall not exceed the delivered value of FOB origin invoice plus freight to destination, less the gross account of sales, plus a reasonable commission on those sales.

G. Claims or lawsuits for less than $1000.00 shall not be filed and no claim shall be paid if the amount of loss or damage is found to be under $1000.00 per carload.

H. Any suit against BNSF or its connecting carriers based on transportation provided under the terms of this circular shall be commenced within one year from the date of delivery, or in the case of failure to make delivery then within one year after a reasonable time for delivery has elapsed. Such suit shall be filed in the state or province of origin on or interchange to BNSF.

I. Any claim or suit not filed in strict accordance with the terms and conditions of this circular shall be void.

***Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car***

FRESH AND FROZEN COMMODITIES

| GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|
| ARIZONA | ARKANSAS | ALABAMA | DISTRICT OF COLUMBIA |
| ALBERTA | ILLINOIS | GEORGIA | CONNECTICUT |
| BRITISH COLUMBIA | IOWA | INDIANA | DELAWARE |
| CALIFORNIA | KANSAS | KENTUCKY | FLORIDA |
| COLORADO | LOUISIANA | MICHIGAN | MAINE |
| IDAHO | MANITOBA | MISSISSIPPI | MARYLAND |
| MONTANA | MINNESOTA | OHIO | MASSACHUESETTS |
| NEVADA | MISSOURI | ONTARIO | NEW BRUNSWICK |
| NEW MEXICO | NEBRASKA | TENESSEE | NEW HAMPSHIRE |
| OREGON | NORTH DAKOTA | WEST VIRGINIA | NEW JERSEY |
| UTAH | OKLAHOMA | | NEW YORK |
| WASHINGTON | SASKATCHEWAN | | NORTH CAROLINA |
| WYOMING | SOUTH DAKOTA | | NOVA SCOTIA |
| | TEXAS | | PENNSYLVANIA |
| | WISCONSIN | | PRINCE EDWARD ISLAND |
| | | | RHODE ISLAND |
| | | | SOUTH CAROLINA |
| | | | VERMONT |
| | | | VIRGINIA |

| TO GROUP / FROM GROUP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 650 |
| 2 | 550 | 500 | 550 | 600 |
| 3 | 600 | 550 | 500 | 550 |
| 4 | 650 | 600 | 550 | 500 |

SEATTLE, WA TO ALASKA = $650 PER CAR

INTRASTATE MECHANICAL PROTECTIVE SERVICE CHARGES = $250 PER CAR

MPS charges for all shipments in BNSF owned or controlled mechanical refrigerated cars where BNSF does not appear as a linehaul carrier in the route, will be $2000.

*Item 6200 - Stopping*

Stopping to complete loading or for partial unloading of cars with temperature controlled shipments (Rules 705 and 710) is not allowed.

*Item 6220 - Mexico*

Mechanical refrigerated cars owned or controlled by BNSF are not permitted to move into Mexico unless the governing rate document clearly states that rate applies for shipments destined to specified points in Mexico. If a mechanical refrigerated car moves into Mexico as a result of billing to a destination in Mexico in violation of this condition, the party who billed the car will be subject to a charge of $10,000 in addition to applicable charges for movement of commodity. If a mechanical refrigerated car moved to Mexico in violation of this condition sustains loss or damage from any cause, the party billing such car shall also be liable for such loss and damage. Failure of any Railroad to prevent the movement of the car to Mexico shall not constitute a waiver of BNSF's right to enforce this item.

*Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003*

Mechanical refrigerated cars received by BNSF requiring cleaning, including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to $500 cleaning fee. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.

Mechanical refrigerated cars spotted to industry for loading and subsequently rejected by the loading party due to cars requiring cleaning including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to a $1,000 fee covering but not limited to transportation, cleaning and opportunity cost. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.



BNSF-0510056

DA03613

## SECTION 7 – Requirements and Guidelines for the Location, Maintenance and Operation of Facilities Handling Hazardous and Other Specified Materials. Issued November 5, 2003 – Effective November 25, 2003

### *I. GENERAL REQUIREMENTS AND GUIDELINES*

A. The following requirements must be observed in conjunction with contracts for site or track leases for Loading, unloading or storage of hazardous materials as defined in 49 *CFR* parts 171 through 179, and republished in *Tariff BOE 6000* (current issue).

B. Industry[1] shall conduct its operation in such a manner as not to violate these requirements or any federal, state, municipal, or other laws, requirements or regulations promulgated thereunder or tariffs currently in effect from time to time governing Industry's operations. This includes all federal, state, municipal, and other laws governing the handling or transportation of hazardous materials. To the extent one or more of these requirements are, or may in the future be, in conflict with any of said laws, requirements, regulations or tariffs, the conflicting portion of these requirements shall not apply. Excerpts from said laws, requirements, regulations or tariffs contained in these requirements are for ready information purposes only and shall not relieve the Industry of the obligation to abide by any and all current laws, requirements, regulations, or tariffs. These requirements shall not create any duty on the part of The Burlington Northern and Santa Fe Railway Company "BNSF" or cast any liability on BNSF due to any omissions, errors or other unintended misrepresentation of said laws, requirements, regulations or tariffs herein.

C. Industry shall have a contract in place with BNSF before any loading or unloading operations will commence on any BNSF owned tracks or property. Loading or unloading operations must have written approval by BNSF's Assistant Vice President Environmental and Research Development.

D. Upon request, Industry will provide BNSF the following: a list of all materials to be handled, material safety data sheets for each material to be handled, emergency response and contingency plans, spill prevention control and countermeasure plan and hazard communication program.

E. Fixed storage facilities for hazardous wastes are prohibited.

F. For spills or releases of hazardous materials, petroleum products and environmentally sensitive materials, it shall be the responsibility of the Industry or person in control of the substance during the release to undertake procedures for notification of appropriate authorities, containment, cleanup and disposal. The Industry must comply with all applicable federal, state and local laws and regulations. The Industry shall be responsible for responding to such spills or releases. BNSF shall be notified promptly of any such spill or release by calling 800-832-5452.

### *II. LOCATION OF TRACKS AND FACILITIES*

A. Facilities for loading and/or unloading should be located not less than 100 feet from buildings and not within 250 feet from public grade crossings.

(Continued on next page)

[1] The word "Industry" shall also mean "Applicant" or "Lessee" as used within this BNSF document.

B. Selected locations should be evaluated to determine if they are desireable relative to other track structures (e.g. above or below main track grade, on the inside or outside of a curve, or in close proximity to a main track switch).

C. In general, the distance to the nearest business should be no less than 50% of the first isolation distance listed in *Emergency Response Guidebook* (current edition) and will depend on the material(s) located at the facility. The distance to the nearest residence should be no less than the first isolation distance listed in the *Emergency Response Guidebook* (current edition).

## *III. LOCATION OF LOADING/UNLOADING RACKS AND STORAGE TANKS*

A. Racks shall be located no less than the distances specified in Items IV-B and V-C. Racks shall be located no less than 8.5 feet from the centerline of the track serving the racks.

B. All racks, storage tanks, containers, pipe lines, hoses and similar equipment shall be constructed, tested and maintained in accordance with the appropriate codes established by the American Society for Mechanical Engineers. Where practical, storage tanks shall be installed above ground. Tanks and regulating equipment shall not be buried without first securing written approval from BNSF.

C. A storage tank area shall be fenced with at least two means of access through the fencing. Readily ignitable material such as weeds or dry grass shall be removed from within the fenced area. Where flammable materials are handled, "No Smoking" signs must be installed and observed.

## *IV. CLASS 3 FLAMMABLE AND COMBUSTIBLE LIQUIDS*

A. Storage tanks and appurtenant facilities shall be installed in accordance with *49 CFR* 174.304 and all other applicable regulations. Compliance is required with applicable provisions of the National Fire Protection Association's Flammable Liquid Code & Static Electricity Code.

B. Aboveground storage tanks must be surrounded by dikes of earth, concrete, or other suitable material of sufficient capacity to hold all the contents of the largest tanks according to applicable aspects of the *Uniform Fire Code* and *Spill Prevention Control and Countermeasure Plan*.

Separation Distance for Facilities, Loaded Tank Cars and Storage Tanks
From Track Class II or Better.

| All Tank Capacities | Minimum Distance to Track |
|---|---|
| Flammable Liquids | 100 Feet |
| Combustible Liquids | 50 Feet |

Reference: AAR OT-55 E

(Continued on next page)

## *V. CLASS 2 COMPRESSED GASES*

A. Track leases may be issued only for loading and unloading operations according to *49 CFR* 174.204.

B. Location, construction and utilization of facilities for storage of compressed gases is typically under the jurisdiction of municipal authorities, and are generally governed by the recommendations contained in the *Uniform Fire Codes* issued by the National Fire Protection Association (Batterymarch Park, Quincy MA 02269).

C. Facilities shall be located with respect to the nearest important building, group of buildings, or line of adjoining property which may be built upon in accordance with the minimum distances required by BNSF. Current minimum distances for installations are as follows:

Separation Distance for Facilities, Loaded Tank Cars and Storage Tanks
From Track Class II or Better

| Activity | Hazard Class | Distance |
|---|---|---|
| Loading / Unloading | 2.1, 2.2,<br>2.3 PIH Zone A or B | 100 Feet |
| Storage of Loaded Tank Cars | 2.1, 2.2,<br>2.3 PIH Zone A or B | 50 Feet |
| Storage in Tanks | 2.1, 2.2,<br>2.3 PIH Zone A or B | 100 Feet |

Reference: AAR OT-55 E

## *VI. PREVENTION OF ELECTRIC SPARKS DURING LOADING OR UNLOADING OF FLAMMABLE LIQUIDS OR FLAMMABLE GASSES.*

A. Precautions due to proximity of wire lines:

1. Stationary tanks shall not be located under or near any wire lines wherever possible.
2. When the contents of tank cars are being gauged or transferred, tank cars shall not be located under or near any wire lines.
3. The use of metallic gauging rod is prohibited if any wire line is located within 20 feet of the tank or tank car opening.
4. If tanks or tank cars are necessarily located under or near wire lines which operate at a voltage not exceeding 750 volts between conductors, the following rues shall be observed:

   (a) Where wire lines pass overhead, there shall be minimum vertical clearance of 36 feet from top of rail to the live conductors.
   (b) Where wire lines pass nearby and do not have the minimum vertical clearance as specified in the Paragraph above there shall be a minimum horizontal clearance of 15 feet between the wire lines and the nearest rail to that side of the tank or tank cars.

(Continued on next page)

5. If it is necessary to install wires or devices within this 36 ft high and 34 ft 8 in wide envelope, the installation will have to comply with Article 515 (Bulk Storage Facilities) of the *National Electrical Code.*
6. Before any gauging of the contents of tank or tank car located under or near wire lines having a voltage in excess of 750 volts shall be permitted, a special study shall be made by qualified personnel, including BNSF Engineering representatives, to determine the additional clearance to be provided.

B. Bonding and grounding is to be performed by railroad forces or contractors at Industry expense in accordance with BNSF SP-36 & 37. See figures on pages 50 and 51. [2]

1. A permanent electrical connection shall be made between the rails occupied by rail equipment and the piping system used in connection with the transfer of flammable liquids or flammable gases. The electrical connections shall not be less than one No. 4 or less than two No. 6 AWG stranded copper, bronze or copper-covered steel wire.
2. Insulated rail joints shall be installed to electrically separate the loading or unloading section from all other track rails. Such insulated rail joints shall not be bridged by rail equipment (rail cars) or other means during loading and unloading operations.
3. All rails in said track section isolated by the insulated joints shall be adequately bonded at each rail joint.
4. Other precautions, such as insulated joints in the permanent piping system grounding, additional temporary bonds between the piping system and rail equipment tank, and other special measures as may be required under specific local conditions, shall be taken to provide adequate protection.

## *VII. LOADING INTO RAIL CARS*

A. For loading hazardous materials or petroleum products, environmental protection (such as track/truck pans, etc.) whose components are non-reactive with, and impervious to, the material loaded is required. For new facilities or installations, the containment system(s) must be at least 110% of the capacity of the largest vessel to be loaded.

B. Appropriate safeguards shall be provided to maintain the integrity of the loading process through proper hazardous material handling.

C. Industry shall comply with DOT's loading rules, including those set forth at *49 CFR* 174.55 through 174.63.

## *VIII. UNLOADING FROM RAIL CARS*

A. For unloading hazardous materials or petroleum products, the same requirements for containment and appropriate safeguards are to be met as with loading these materials into rail cars.

B. Industry shall abide by the unloading rules as promulgated by the Department of Transportation and published in *49 CFR* Part 174 or republished in *Tariff BOE 6000* (current edition).

For ready reference, some of the governing regulations are:

§ 174.67 Tank Car Unloading (low pressure tank cars)

§ 174.200-174.290 Tank Car Unloading Gases (high pressure tank cars)

[2] Meets or exceeds NFPA 77.



**BNSF-0510060**

**DA03617**


AT LEAST TWO RAILS
AT LEAST TWO RAILS
* 72" #6 TRACK WIRE
THE NUMBER OF UNLOADING RACKS TO BE INSTALLED ACCORDING TO USERS NEEDS.
FILL PIPE
METALLIC LINED HOSE PIPE.
* ON SIGNALED TRACKAGE OMIT THE 72"TRACK WIRE BETWEEN RAILS AND CONNECTIONS BETWEEN RAILS AND UNLOADING RACK WHERE INDICATED BY *. WHERE THERE IS EVIDENCE OF STRAY ELECTRIC CURRENTS,INSULATED JOINTS SHALL BE INSTALLED AT BOTH ENDS OF BONDED TRACK AND IF NECESSARY OTHER PRECAUTIONS TAKEN AS REQUIRED BY AAR CIRCULAR NO.17.
UNLOADING RACK
UNLOADING RACK
JUMPER
PUMP HOUSE
IF RAIL IS SUBJECT TO RUSTING BETWEEN USES,SHUNT METAL SHOULD BE APPLIED CONTINUOUSLY ON TOP OF RAIL BETWEEN INSULATED JOINTS,BOTH RAILS.
HOOK TO BE MADE OF 1/4"X1" STRAP IRON
GROUND PUMP TO WALL IF IN METAL HOUSE
FOR CLAMP SEE PLAN D-82L
ONE #6 AWG COPPER WIRE
PUMP
GROUND LUG OR BOLT
GROUND LUG
FILL PIPE
FLEXABLE DISCHARGE HOSE MUST BE METAL LINED.
CONNECTIONS IN PUMP HOUSE
1/2" CONDUIT CLEATED TO PUMP HOUSE.
WIRES CONNECTED TO RAIL PER CURRENT STANDARD SHOWN ON PLAN D-1277 (C-251A).
WIRES CONNECTED TO RAIL PER CURRENT STANDARD SHOWN ON PLAN D-1277 (C-251A).
FOR CLAMP SEE PLAN D-82L FOR 4" OR LARGER PIPE.
2'
FOUR #6 SOLID COPPER WIRES.
FOUR #6 SOLID COPPER WIRES.
2'
TWO COPPERWELD GROUNDRODS AND AT LEAST SIX FEET APART AND DRIVEN FULL LENGTH.
CONNECTION FROM PUMP HOUSE TO TRACK
CONNECTION FROM UNLOADING RACK TO TRACK.
SP-36
BONDING & GROUNDING
FOR FILLING AND UNLOADING RACKS
HANDLING FLAMMABLE LIQUIDS
AND GASES.
BNSF ENV/HAZMAT - TOPEKA 11/00


AT LEAST TWO RAILS
AT LEAST TWO RAILS
* 72" #6 TRACK WIRE
THE NUMBER OF GROUNDING STATIONS TO BE INSTALLED ACCORDING TO USERS NEEDS
THIS TO BE FURNISHED BY THE USER.
THIS CABLE MUST BE FASTENED BY MEANS OF THE CLAMP TO A CLEAN METAL PART OF THE TANK CAR PRIOR TO REMOVAL OF THE CAP FROM THE FILLING OPENING AND IT MUST NOT BE REMOVED UNTIL AFTER THE CAP HAS BEEN REPLACED.
HOOK TO BE MADE OF 1/4"X1" STRAP IRON
GROUND LUG OR BOLT
* ON SIGNALED TRACKAGE OMIT THE 72" TRACK WIRE BETWEEN RAILS AND CONNECTIONS BETWEEN RAILS AND UNLOADING RACK WHERE INDICATED BY *. WHERE THERE IS EVIDENCE OF STRAY ELECTRIC CURRENTS INSULATED JOINTS SHALL BE INSTALLED AT BOTH ENDS OF BONDED TRACK AND IF NECESSARY OTHER PRECAUTIONS TAKEN AS REQUIRED BY AAR CIRCULAR NO.17.
IF RAIL IS SUBJECT TO RUSTING BETWEEN USES SHUNT METAL SHOULD BE APPLIED CONTINUOUSLY ON TOP OF RAIL BETWEEN INSULATED JOINTS, BOTH RAILS.
WIRES CONNECTED TO RAIL PER CURRENT STANDARD SHOWN ON PLAN 8-1277 (C-251A).
FOR 4" AND LARGER PIPE SEE PLAN D-821 FOR METHOD OF CONNECTING GROUND WIRE TO FLANGED PIPE.
FOR PIPE LESS THAN 4" USE APPROPRIATE GROUND CLAMP.
FOUR #6 SOLID COPPER WIRES.
2'
"A"
"B"
TWO COPPERWELD GROUNDRODS A&B AT LEAST SIX FEET APART AND DRIVEN FULL LENGTH.
CONNECTION TO TRACK.
SP-37
BONDING & GROUNDING FOR UNLOADING STATION HANDLING FLAMMABLE LIQUIDS AND GASES
BNSF ENV/HAZ MAT – TOPEKA 11/00