# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

## Volume 13 of 29

## DA03620 - DA03787

**THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY**
**BNSF RULES BOOK 6100-A**
**(Cancels BNSF Rules Book 6100))**

**CONTAINING**
**RULES, REGULATIONS AND SPECIAL CHARGES**
**GOVERNING**
**THE TRANSPORTATION OF FREIGHT**
**ON**
**THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY**
**IN**
**THE UNITED STATES AND CANADA**
**AND**
**REGULATIONS GOVERNING CURRENCY EXCHANGE ON TRAFFIC**
**FROM, TO AND BETWEEN STATIONS IN CANADA**
**AND**
**CAR HIRE ON TRAFFIC TO OR FROM MEXICO**

**For explanation of abbreviations / reference marks, see Item 100**

**ALSO APPLICABLE ON INTRASTATE TRAFFIC**

**ISSUED DECEMBER 29, 2000** **EFFECTIVE JANUARY 1, 2001**

**Issued by J. C. Engstrom, P. O. Box 961069, Ft. Worth, TX 76161-0069**

**BNSF-0510131**

**DA03620**

Item 100 - BNSF Web Site ..... 3
Item 110 - Explanation of Abbreviations and Reference Marks ..... 3
Item 120 - Method of Canceling Items ..... 4
Item 130 - Notification of Changes ..... 4

**SECTION 1 - General Rules And Regulations ..... 5**
Item 1000 - Description of Governing Classification ..... 5
Item 1020 - Station Lists and Conditions ..... 5
Item 1040 - Explosives and Dangerous Articles ..... 5
Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc. ..... 5
Item 1080 - Omnibus Clause ..... 5
Item 1100 - Application of Items to Non-Regulated Traffic ..... 6
Item 1120 - Consecutive Numbers ..... 6

**SECTION 2 - Specific Rules And Regulations - Without Charges ..... 7**
Item 2000 - Charges Payable in United States Funds ..... 7
Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap ..... 7
Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In ..... 7
Item 2060 - Definition of "Intrastate" and "Interstate" Traffic ..... 7
Item 2080 - Distance, Method of Obtaining ..... 7
Item 2100 - Emergency Routing ..... 8
Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP ..... 8
Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic ..... 8
Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic ..... 8
Item 2180 - Mileage Allowance Application ..... 8
Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico ..... 9
Item 2220 - Receipt and Delivery of Freight, Restrictions On ..... 9
Item 2240 - Refused or Unclaimed Freight ..... 9
Item 2260 - Return of Refused or Rejected Shipments ..... 10
Item 2280 - Rules Governing Transportation of Railway Passenger Cars ..... 10
Item 2300 - Surcharge for FVW and WC ..... 10

**SECTION 3 - Specific Rules And Regulations - With Charges ..... 11**
Item 3000 - Charge - Cancellation of Car Order ..... 11
Item 3020 - Charge - Cleaning and Disinfecting Cars ..... 11
Item 3040 - Charge - Sugar Covered Hopper Cars Rejected for Cleaning ..... 11
Item 3060 - Charge - Detention on Heavy Duty Flat Cars ..... 11
Item 3080 - Charge – Detention on Mechanical Refrigerator Cars with Inside Length Greater than 63 Feet ..... 12
Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments ..... 12
Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight ..... 13
Item 3140 - Charge - Document Delay Charges on Export Traffic to Mexico ..... 13
Item 3160 - Charge - Document Delay Charges on Export Traffic to Mexico (continued) ..... 14
Item 3180 - Charge - Failure to Complete Unloading of Bentonite Clay ..... 14
Item 3200 - Charge - Failure to Complete Unloading of Industrial Sand ..... 14
Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC ..... 15
Item 3240 - Charge - Hazardous Materials Destined to Canada ..... 15
Item 3260 - Charge - Failure to Complete Unloading of Sugar ..... 16
Issued February 23, 2001 – Effective February 24, 2001 ..... 16
Item 3265 – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets ..... 16
Issued February 5, 2001 – Effective February 25, 2001 ..... 16
Item 3280 - Charge - Shipments Held for Orders ..... 16
Item 3300 - Charge - Special Freight Train Service ..... 18



BNSF-0510132

DA03621

Item 3320 - Charge - Turning of Empty Unit Train Cars ........ 19
Item 3340 - Charge - Destination Detention on Sugar Cars ........ 19
Item 3375A - Charge – Fuel Surcharge, Issued May 1, 2001 – Effective July 1, 2001 (A) ........ 20
Item 3400-A - Terms Governing Extension of Credit for Payment of Transportation Charges, Issued January 25, 2001 – Effective February 1, 2001 ........ 22

**SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada ........ 23**
Item 4000 - Application ........ 23
Item 4020 - Basis Rate of Exchange ........ 23
Item 4040 - Governing Date for Application of Surcharge or Discount ........ 23
Item 4060 - Surcharge or Discount to be Shown on Freight Bills ........ 23

**SECTION 4A - Applicable When United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001) ........ 24**
Item 4100 - Surcharge ........ 24
Item 4120 - Domestic Traffic ........ 24

**SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001) ........ 25**
Item 4200 - Discount or Surcharge ........ 25
Item 4220 - Domestic Traffic ........ 25

**SECTION 5 – Car Hire On Traffic To Or From Mexico ........ 26**
Item 5000 - Application of Car Hire on Traffic To or From Mexico ........ 26
Item 5020 - Car Hire Documentation on Shipments From or To Mexico ........ 26
Item 5040 - Car Hire Charges on Traffic Moving Via El Paso, TX ........ 27
Item 5060 - Car Hire Charges on Traffic Moving Via Eagle Pass, TX ........ 28
Item 5080 - Car Hire Charges on Traffic Moving Via Laredo, TX ........ 29
Item 5100 - Car Hire Charges on Traffic Moving Via Brownsville, TX ........ 30

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001 ........ 31**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1. ........ 31**
Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier ........ 31
Issued January 16, 2001 – Effective January 17, 2001 ........ 31
Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment ........ 31
Item 6040 - Rules Governing Mechanical Protective Service or (MPS) ........ 31
Item 6060 - Operation Of BNSF Owned Or Controlled Mechanical Units ........ 32
Item 6080 - Empty Movement Of Privately Owned Cars ........ 32
Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc ........ 33
Item 6120 - Offer Of Section 11706 ('Carmack') Liability ........ 33
Item 6140 - Loss And Damage Provisions/Liability Restrictions ........ 33
Item 6160 - Claim Procedures ........ 35
Issued January 16, 2001 – Effective January 17, 2001 ........ 35
Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car ........ 37
Item 6200 - Stopping ........ 38
Item 6220 - Mexico ........ 38
Item 6240 - Cleaning Fees ........ 38



**BNSF-0510133**

**DA03622**

*Item 100 - BNSF Web Site*

This Book is now available on the Internet for viewing or sending directly to your printer. The BNSF Home Page address is http://www.bnsf.com. BNSF has provided a link to the Adobe Homepage so that Acrobat Reader software can be downloaded onto your computer allowing you to print a copy, on your Personal Computer, that will mirror the hard copy you now get via mail. BNSF is also exploring ways to send interested parties an EMail message whenever an amendment or reissue of this Book takes place. Our ultimate goal is to have you, the user of this Book, obtain your copy of the printed information contained in this Book directly from the BNSF web site. **Beginning January 1, 2001 an annual $100 subscription fee will be assessed for those who wish to receive a hard copy through the mail.**

If, at this time, you are not prepared to obtain a copy of this Book directly from the BNSF web site, then a hard copy of this Book will be mailed to you, provided you furnish, to the address shown below, a formal written request for a printed copy. This formal request is required on an annual basis in accordance with the Surface Transportation Board's recent policy decision under Ex Parte 528, Disclosure, Publication, and Notice of Change of Rates and Other Service Terms for Rail Common Carriage.

If your company is already using the Internet and you visit the BNSF web site, your comments regarding access to the Book would be appreciated. If you are not currently using the Internet, your comments regarding the above concept would also be appreciated. All comments should be directed to:

Manager Auxiliary Prices
The Burlington Northern and Santa Fe Railway Company
P. O. Box 961069
Ft. Worth, TX 76161-0069

*Item 110 - Explanation of Abbreviations and Reference Marks*

| ABBREVIATION | EXPLANATION |
|---|---|
| BNSF | Burlington Northern and Santa Fe Railway Company, The |
| BOE | Bureau of Explosives |
| CFR | Code of Federal Regulations |
| CSP | Camas Prairie Railnet, Inc |
| OPSL | Official List of Open and Prepay Stations |
| NSRQ | Norfolk Southern Rate Quotation |
| RER | Official Railway Equipment Register |
| TM | The Texas Mexican Railway Company |
| UFC | Uniform Freight Classification |
| US | United States |

| REFERENCE MARK | EXPLANATION |
|---|---|
| (A) | Denotes increase. |
| (B) | Denotes reduction. |
| (C) | Denotes changes in wording which result in neither increases nor reductions in charges. |

*Item 120 - Method of Canceling Items*

As this book is revised, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 3000-A cancels item 3000, and item 3000-B cancels item 3000-A in a prior revision, which in turn cancelled item 3000.

*Item 130 - Notification of Changes*

1. As items in this book are revised, the remarks "Increase, Reduction or Change in Wording" will be shown in parenthesis to the right of the effective date of the item.

   Example:

   **Item 1000 – Description of Governing Classification**
   Issued March 1, 2001 – Effective April 1, 2001 **(Change in Wording)**

2. In addition, the effective date of the revised item will be added in parenthesis to the Table of Contents on page 1 to identify which item(s) have been changed.

   Example:

   Item 1000 – Description of Governing Classification **(Effective April 1, 2001)**

3. The paragraph that has been changed within the item will contain one of the following reference marks placed at the end of the paragraph.

   (A) Denotes Increase.
   (B) Denotes reduction.
   (C) Denotes changes in wording which result in neither increases nor reductions in charges.

   Example:

   The term "Uniform Freight Classification", when used herein, means UFC 6000-Series. **(C)**

## SECTION 1 - General Rules And Regulations

### *Item 1000 - Description of Governing Classification*

The term "Uniform Freight Classification", when used herein, means UFC 6000-Series.

### *Item 1020 - Station Lists and Conditions*

This Book is governed by OPSL 6000-Series to the extent shown below:

A. For additions and abandonments of stations, and, except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight, and changes in station facilities. When a station is abandoned as of a date specified in OPSL 6000-Series, the rates from and to such station are inapplicable on and after that date.

B. For geographical locations of stations.

C. For the identification of stations when stations are shown or referred to by numbers.

### *Item 1040 - Explosives and Dangerous Articles*

For rules and regulations governing the transportation of explosives and other dangerous articles, also specifications for shipping containers, and restrictions governing the acceptance and transportation of explosives and other dangerous articles, see BOE 6000-Series.

### *Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc.*

Where reference is made in this Book to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

### *Item 1080 - Omnibus Clause*

Except as otherwise provided, shipments made under rates referring to this Book are entitled to the following services: Car service, demurrage, drayage, diversion, inspection, reconsignment, stopping, storing, switching, transfer, weighing and other Terminal Services, and are subject to the charges therefor, if any, of the carrier performing the service.



BNSF-0510136

DA03625

***Item 1100 - Application of Items to Non-Regulated Traffic***

On non-regulated rail traffic, such as that transported under an exempt transportation contract, under an exempt rate quotation, or under an exempt rate memorandum, except to the extent that special provisions for accessorial services to be provided by BNSF are stated within the transportation contract, exempt rate quotation or exempt rate memorandum, the rules, regulations and charges for such accessorial services will be as set forth in tariffs or books to which BNSF is a party and shall apply to the same extent and in the same manner as if the subject transportation had been regulated.

As a partial listing of the accessorial services described herein, and not in limitation thereof, accessorial services are defined to include demurrage, detention of freight cars, diversion, holding cars, inspection, protective service, reconsignment, reweighing, special freight train service, spotting, stoppage to complete loading or partly unload, storage, switching, transit, weighing, and other services not specified above.

***Item 1120 - Consecutive Numbers***

Where consecutive numbers are represented in this Book by the first and last numbers connected by the work "to" or a hyphen, they will be understood to include both of the numbers shown and all numbers in between the first and last numbers.

If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.



**BNSF-0510137**

**DA03626**

## SECTION 2 - Specific Rules And Regulations - Without Charges

### *Item 2000 - Charges Payable in United States Funds*

Except as otherwise provided, rates and charges in this Book, and those making reference to this Book, are stated in money of the United States and are payable in United States' dollars or its equivalent.

### *Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap*

No claim or suit for the physical loss or damage to any shipment of Iron or Steel Scrap, transported via BNSF, shall be made or filed by a Customer for amounts of $250.00 or less (Minimum Claim Amount). If customer's proven loss or damage is in excess of the Minimum Claim Amount, the Minimum Claim Amount shall be deducted from any claim made against carrier(s) for any shipments transported by the carrier(s).

### *Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In*

If, by reason of the character, construction, or age of equipment furnished, the minimum carload weight, as specified in the tariffs or classifications, cannot be loaded, the minimum weight to be charged for on shipments loaded therein shall not exceed the safe loading capacity as determined by the Operating, Transportation or Inspection Departments.

### *Item 2060 - Definition of "Intrastate" and "Interstate" Traffic*

A. The term "Intrastate Traffic" applies to traffic having origin, destination and entire transportation within the same state.

B. The term "Interstate Traffic" applies to:

   1. Traffic having origin in one state and destination in another state; or

   2. Traffic having origin and destination within the same state when transported via a route operating through another state.

### *Item 2080 - Distance, Method of Obtaining*

Various charges in documents referring to this Book are based on mileages. To determine miles refer to BNSF Internet Public Rate Retrieval or BNSF Rail Mileage Inquiry at BNSF.com. When rates are not shown for exact distances, use rates for next greater distance.

*Item 2100 - Emergency Routing*

Rates in documents referring to this Book will apply only via the routes and junction points authorized therein, except that when in the case of pronounced traffic congestion (not an embargo), washout, wreck, or other similar emergency, or through carrier's error, carriers forward shipment via other junction points of the same carriers, the rate to apply will be that specified in the document referring to this Book but not higher than the rate applicable via the route of movement.

*Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP*

The following applies on freight shipments that are damaged in transit when moving via the BNSF from or to stations on the CSP.

1. Shipments damaged in transit and refused by consignees, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers via the route and line over which such shipments moved, free of any charges, or, at carrier's option, be forwarded to such point on its lines that offer the best facilities or opportunities for advantageous disposal.

2. Shipments refused by consignees owing to causes for which the carrier is wholly responsible, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers free of any charges, in the same manner as provided for shipments damaged in transit.

*Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic*

All carload rates and charges in connection with Arizona intrastate traffic are subject to the Arizona transaction privileges and educational excise taxes in effect at the time of shipment.

*Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic*

All carload rates and charges in connection with New Mexico intrastate traffic are subject to the New Mexico Gross Receipts Tax in effect at the time of shipment.

*Item 2180 - Mileage Allowance Application*

By use of rates making reference to this Book, shipper warrants that its interest in the equipment used under rates subject to this Book is sufficient to permit it to waive full payment of mileage allowance. Shipper will, and BNSF will not, be liable for mileage allowances in excess of the above obligation. In the event that a party other than the shipper using these rates submits a claim to railroad for mileage allowance payments in excess of BNSF's obligation under this tariff, shipper shall, at BNSF's option, either (1) release, defend and indemnify BNSF from said claim including attorney's fees and cost of litigation, or (2) reimburse BNSF for excess mileage allowances paid by BNSF within thirty (30) days of notice by BNSF.

*Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico*

Shipments of Grain and Grain Products, as defined in Tariff BNSF 4022-4023 Series, from BNSF origins to destinations in Mexico may only be made under a Straight Bill of Lading. Order Bills of Lading for shipments of Grain and Grain Products billed to destinations in Mexico will not be accepted by the BNSF.

---

*Item 2220 - Receipt and Delivery of Freight, Restrictions On*

Nothing in tariffs to which BNSF is a party shall require BNSF to receive or deliver any carload or less than carload shipment when such receipt or delivery is impracticable because of any riot, strike, picketing or other labor disturbance.

---

*Item 2240 - Refused or Unclaimed Freight*

The following practice will be followed in the handling of freight which is refused or unclaimed.

A. Non-Perishable Freight Consignee, as described in the waybill, will be notified promptly of the arrival of shipments at destination. In case of refusal by consignee to accept the freight, or if freight is unclaimed five days after notice of arrival has been duly sent or given, consignor will be sent a notice showing:

   Name of consignee
   Description of freight
   Point of origin and date of shipment whether property has been refused or remains unclaimed;

   which notice should also state substantially that if disposition is not arranged for, the property will be subject to sale as provided in Section 4, Paragraph (b) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

B. Perishable Freight Consignee will be notified promptly of the arrival of perishable freight, but whenever necessary to prevent loss or waste, perishable freight which is refused, unclaimed or undelivered may be sold at the discretion of the carrier, without advertising and without further notice, as provided in Section 4, Paragraph (c) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

---

*Item 2260 - Return of Refused or Rejected Shipments*

A. When a shipment has reached destination but is refused or rejected and not unloaded and is returned to the original point or a directly intermediate point, the return movement will be subject to (1) the rate, minimum weight and route from the original point in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applicable for such return movement, if lower.

B. When the refused or rejected shipment moved to destination from a transit station on a reshipping or transit balance rate, the return movement to the transit station will be subject to (1) the local or joint carload rate, minimum weight and route from the transit station to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

C. When a refused or rejected car was part of a shipment subject to multiple car or unit train rates, the return movement will be subject to (1) the applicable single car rate, minimum weight and route from the original shipping point to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

D. The provision of this item do not apply to Coal (STCC 11).

---

*Item 2280 - Rules Governing Transportation of Railway Passenger Cars*

Except as otherwise provided, BNSF will not accept for transportation over its line or for placement or storage on its tracks or in its yards any railway passenger car or railroad business car, with or without passengers.

---

*Item 2300 - Surcharge for FVW and WC*

Rates on all carload traffic originating at Wisconsin stations on the Wisconsin Central Ltd. (WC) and Fox Valley & Western Ltd. (FVW) are subject to the surcharge provisions of Tariff WC 9017.

---

## SECTION 3 - Specific Rules And Regulations - With Charges

### *Item 3000 - Charge - Cancellation of Car Order*

A. If the service of switching or placing has been performed and the car order is canceled, reduced or changed, in addition to the cancellation charge, an intra-terminal switch, as published in the applicable BNSF switching book, will be assessed.

B. A cancellation charge of $75.00 per car, except Mechanical Refrigerator cars a charge of $300.00 per car, will be applied whenever an unfilled car order is canceled, reduced or changed. Cars must already be applied to the order and one of the following conditions must be met before charges are applicable:

   1. If order is for equipment furnished by BNSF, cars must be spotted at industry at the time the order is canceled, reduced, or changed (See NOTE); or

   2. If order is for equipment furnished by a foreign carrier, cars must be placed on interchange track, already received by BNSF, or spotted at industry at the time the order is canceled, reduced or changed.

NOTE. The cancellation charge does not apply to BNSF owned or leased equipment ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12163 of BNSF 4022-Series and BNSF 4023-Series.

### *Item 3020 - Charge - Cleaning and Disinfecting Cars*

When BNSF is required to disinfect or clean a box car under State, Federal, County, or Municipal regulations, a charge of $234.00 per car will be assessed against the freight payor of the shipment for which such cleaning and disinfecting is made. This charge will be in addition to any applicable charge for fumigation.

### *Item 3040 - Charge - Sugar Covered Hopper Cars Rejected for Cleaning*

Empty Covered Hopper Cars, last containing Sugar (STCC 20-621 and 20-629), rejected for cleaning will be subject to a charge of $800 when the prior load was originated by the current shipper rejecting the car.

### *Item 3060 - Charge - Detention on Heavy Duty Flat Cars*

For detention and use charges on heavy duty flat cars, see Tariff RPS 6740-Series.

*Item 3080 - Charge – Detention on Mechanical Refrigerator Cars with Inside Length Greater than 63 Feet*

This item applies only on railroad owned or railroad controlled Mechanical Refrigerator Cars with inside length greater than 63 feet. The charges herein apply whether or not the refrigeration unit is running. In determining the assessment of charges, Sundays will be considered chargeable days and the 12 Holidays as listed in BNSF Demurrage Book 6004, Item 140 series will be considered free days.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed at destination, or are constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After three days, detention charges of $100 per day per car will be assessed against the party unloading the railcars. Also, detention will be calculated from the first 12:01 a.m. after empty cars are actually placed at origin, or are constructively placed either short of origin or at origin, and will continue until such time as cars are released as a load with proper billing. After three days, detention charges of $100 per day will be assessed against the party loading the railcars.

All detention charges will be issued by BNSF and are payable to BNSF whether the loader or unloader is located on the BNSF, served through reciprocal switching or is located offline from the BNSF.

---

*Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments*

A. This item applies for transportation in freight service of each attendant/rider accompanying freight shipments where such transportation is reasonably required. This item will apply only when advance arrangements have been made between the party to accompany freight shipment and BNSF. Each attendant/rider accompanying a shipment under the provisions of this item must execute a BNSF Release Form in accordance with Rule 43 of the Uniform Freight Classification Tariff UFC 6000-Series prior to movement of shipment. Bill of lading covering shipment must indicate when attendant/rider will accompany the shipment, number of such attendants/riders, and points between which they are to accompany the shipment. BNSF is not required to furnish special accommodations for person(s) riding freight trains.

B. The one-way charge for each attendant/rider accompanying freight shipments is as follows:

BNSF Charge Per Attendant/Rider

| BNSF Mileage | Charge Per Attendant/Rider |
|---|---|
| 1000 or less | $250.00 |
| 1001 to 2000 | $400.00 |
| 2000 and over | $650.00 |

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF6003 Rail Mileage Inquiry at www. BNSF.com.

---



BNSF-0510143

DA03632

*Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight*

Traffic of exceptional dimensions or weight, which can only be handled subject to restrictions when accompanied by representatives of the Track and Signal Departments to remove and replace switch stands, targets, and dwarf signals, reinforcing of bridges or track or any extra work required to be done over and above normal handling by representatives of Car or Engineering Department to accompany load for safety reasons, will be subject to additional charges over and above the freight charges based on actual cost incurred by BNSF for services performed.

*Item 3140 - Charge - Document Delay Charges on Export Traffic to Mexico*

Carload shipments moving from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions when held on the BNSF awaiting clearance of Mexican Customs and release for entry into Mexico.

A. Calculations of Charges:

1. Seventy-two (72) hours free time will be allowed for the surrender of all documentation necessary for the clearance of Mexican Customs and release for entry into Mexico.

2. Free time will be computed from the first 12:01 a.m. after "Despacho Previo" (See Note) notification. Saturdays, Sundays, and holidays will be excluded in the computation of free time except as noted below.

   Note: "Despacho Previo" is a Mexican Customs' program to pre-clear exports from the United States into Mexico prior to the interchange of cars to a Mexican railroad.

3. Following the expiration of free time, a Document Delay charge of $50.00 per car, per day, or fraction thereof, will be assessed until the car is released for entry into Mexico.

4. Saturdays, Sundays, and holidays, occurring subsequent to any chargeable day, will be considered chargeable days.

B. Notification and Release:

1. "Despacho Previo" notification will be sent or given by the BNSF to the consignee, or party to receive same, when unit enters the BNSF computer system through customer shipping instructions or interchange receipt from connections carriers.

2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met:

   (a) All freight and accessorial charges due the BNSF have been paid; and

   (b) All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF; and

(continued on next page)

*Item 3160 - Charge - Document Delay Charges on Export Traffic to Mexico (continued)*

(c) All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF.

C. Holidays:

The United States holidays, as defined in Item 1010 (Non-Chargable Day) of BNSF Demurrage Book 6004-Series, and the following official Mexican Holidays, will be recognized as holidays in the calculation of charges.

Constitution Day - February 5
Birthday of Benito Juarez - March 21
Holy Thursday - Thursday before Easter Sunday
Labor Day - May 1
Battle of Puebla - May 5
Independence Day - September 16
Columbus Day - October 12
State of the Union Address - November 1
All Saints Day - November 2
Anniversary of Mexican Revolution - November 20
Our Lady of Guadalupe Day - December 12

*Item 3180 - Charge - Failure to Complete Unloading of Bentonite Clay*

Open-top or covered hopper cars of Bentonite Clay (STCC 14-511-10 and 32-952-32), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rules 14 and 27 in Tariff UFC 6000-Series.

*Item 3200 - Charge - Failure to Complete Unloading of Industrial Sand*

Covered hopper cars of Industrial Sand (STCC 14-413), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge for any material over 1,000 pounds at a rate of $75.00 for each 2,000 pounds of material over the first 1,000 pounds. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

*Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC*

This item applies on all railroad and railroad controlled cars for which BNSF pays or receives per diem, including BNSF owned or leased cars.

A. Seven (7) days free time will be allowed from the arrival of loaded or the availability of empty cars for delivery to a water carrier at the BNSF terminal yard in Vancouver, BC, and shall be considered delivered following notification.

B. Free time will begin at the first 12:01 a.m. following telephone notification, confirmed by Fax transmission of the arrival of loaded cars; or the telephone notification of empty cars available at the BNSF terminal yard in Vancouver, BC.

C. After expiration of the free time, the following detention charges apply:

$20.00 per car per day for each of the first fourteen (14) days; and
$60.00 per car per day for each subsequent day.

D. Once detention charges commence, charges are applicable until cars are returned to BNSF tracks in Vancouver, BC.

E. Traffic subject to the provisions of this item are not subject to the provisions of BNSF Demurrage Book 6004-Series, except that the provisions of Item 110 (Charges on Cars Containing Explosives or Hazardous Materials) to BNSF Demurrage Book 6004-Series will apply.

---

*Item 3240 - Charge - Hazardous Materials Destined to Canada*

When a shipment of Hazardous Materials arrives at a border crossing between the United States and Canada without proper documentation in compliance with Canadian Transport Commission Regulations, including the Canadian Hazardous Materials Description and proper Canadian Hazardous Materials Placards attached to the car, and the shipment must be held by BNSF at the border crossing, a charge of $88.00 per day, or portion of a day, will be assessed from the first 7:00 a.m. following notice to the consignor that the shipment is being held awaiting proper documentation and/or placards.

Demurrage and storage charges named in BNSF Demurrage Book 6004-Series will also apply.

---

***Item 3260 - Charge - Failure to Complete Unloading of Sugar***
***Issued February 23, 2001 – Effective February 24, 2001***

When Covered Hopper Cars of sugar, which are released from unloading, but have not been completely unloaded, are returned to the original shipping point for reasons other than carrier's error, the return will be subject to one of the following conditions, whichever is lower, with a minimum charge of $350: (1) to the rate, minimum weight, and route applicable for such return movement; or (2) the rate, minimum weight, and route from the original point in effect on the date shipment is tendered for return, to the actual weight of the return movement.

Cars will be considered as completely unloaded if the sugar remaining in the car does note exceed three (3) percent of the weight of the last loaded movement.

Cars originating at Billings, MT; Lovell, WY; Longmont, CO; Sterling, CO; Rocky Ford, CO; Ft. Morgan, CO; Bayard, NE; Mitchell, NE; or Scottsbluff, NE may be returned to Billings, MT; Scottsbluff, NE; or Sterling, CO in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Billings, MT, Scottsbluff, NE, or Sterling, CO was the original shipping point.

Cars originating in Sidney, MT or Worland, WY may be returned to Sidney, MT or Worland, WY in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Sidney, MT or Worland, WY were the original shipping point.

Cars originating in Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN,; Wilds, MN; Bingham, MN or Moorehead, MN may be returned to Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN in lieu of the original shipping point. The return will be subject to the rate, minimum weight and route as though Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN were the original shipping point.

***Item 3265 – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets***
***Issued February 5, 2001 – Effective February 25, 2001***

Covered Hopper Cars of Sugar Beet Pulp Pellets (STCC 20-619), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the Unloader of the car responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

***Item 3280 - Charge - Shipments Held for Orders***

A. Carload shipments covered by "Order" or "Order Notify" Bills of Lading, or carload shipments covered by "Straight" Bills of Lading showing consignment to one party with instructions therein, or on which instructions are otherwise given to:

   1. Notify or advise another party and deliver only upon surrender of written order; or

   2. Deliver only upon surrender of original bill of lading; or

(continued on next page)

*Item 3280 - Charge - Shipments Held for Orders (concluded)*

3. When consigned in any other manner which imposes upon the carrier the obligation not to make delivery except upon surrender of original bill of lading or written order;

will not be moved to the designated place of delivery until bill of lading or written order has been surrendered or indemnity bond or other substitute security therefore as defined in Rule 7 of Uniform Freight Classification is given, subject to the provisions in this item and Exceptions 1 and 2 named below.

B. When the place of delivery is designated in the bill of lading or otherwise designated, prior to the arrival of car at destination, and delivery is made to such designated place of delivery, provided a shipment is actually held for surrender of the bill of lading or written order or substitute security as defined in Rule 7 of Uniform Freight Classification, the following charges will apply:

1. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given to an authorized representative of the line-haul delivering carrier prior to arrival at destination, there is no charge.

2. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given..

   (a) To the line-haul delivering carrier at other than destination, after car has arrived at billed destination; or

   (b) To the line-haul delivering carrier at destination or first available hold point prior to destination after notice of arrival is sent or given consignee or party entitled to receive same. If notice of arrival is sent or given consignee or party entitled to receive same on a Sunday or Holiday, as described in Item 1010 of BNSF Demurrage Book 6004-series, the bill of lading or written order does not have to be surrendered or indemnity bond or other substitute security does not have to be given until the first business day following the Sunday or Holiday; or

   (c) To any participating line-haul carrier, other than delivering carrier:

   Charge is $150.00 per car, not to exceed $600.00 per bill of lading, and is in addition to any other charges that may accrue (i.e., switching, demurrage, storage, etc.)

EXCEPTIONS:

1. Surrender of bills of lading, written orders or other required documents by means of U.S. Mail will be allowed. When mail service is used, the time of mailing by the party which undertakes to surrender such bill of lading, written order or other required document shall be deemed to be the time of surrender. In the case of dispute as to the time of mailing, the postmark date shall govern.

2. When the original bill of lading or written order covering a shipment is not available, the shipment may be delivered in advance of the surrender of the bill of lading or written order as provided in Rule 7 of the Uniform Freight Classification.



BNSF-0510148

DA03637

*Item 3300 - Charge - Special Freight Train Service*

A. Definition of Special Freight Train Service.

1. A train which is operated on an expedited schedule or under special service or transportation requirements specified by the consignor, consignee or the agent of either.
2. A train which is assembled in accordance with instructions given to a rail carrier by the consignor, consignee or the agent of either.
3. A train which is necessary in order to comply with service or other transportation requirements specified by any party to the movement
4. If the special train has cars for more than one destination, each stop will constitute a special run and charges for the special movement will be assessed from shipping point to first destination, from first destination to second destination, each as a separate and complete transaction.

B. Requirements for Special Freight Train Service.

Consignee, consignor or the agent of either must request this service in writing or by electronic device to BNSF Marketing/Sales Representative. Requests must be made in sufficient time to enable this carrier and all other carriers to consummate whatever arrangement or agreement which may be necessary to facilitate the movement of such trains. Requests should include, but are not limited to the following information: Date service is required or service window, if applicable; Routing, including origin and destination; Car initial(s) and number(s); Letter of authorization to bill charges, including appropriate patron codes, etc.

C. Furnishing of Special Freight Train Service.

Upon request, service will be provided at the convenience of all carriers involved in the movement.

D. Charges for Special Freight Train Service.

BNSF charges are as follows and will be calculated over the actual distance (route) operated by the special train at a charge of $58.00 per mile subject to a minimum charge of $7,500.00. This charge is in addition to published or contract freight rates. Charges for other carriers involved in joint line or local movements will be handled under the provisions of Accounting Rule 11.

E. Switching Charges for Special Freight Train Service.

Switching charges will be assessed as outlined in Special Switching Service items in applicable BNSF switching tariffs.

F. Distances.

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF mileage Inquiry at BNSF.Com using the actual route of the movement.



BNSF-0510149

DA03638

*Item 3320 - Charge - Turning of Empty Unit Train Cars*

Upon request of the car owner or lessee, BNSF will turn an entire unit train of empty cars on railroad owned tracks or privately owned loop tracks at a time and place convenient for normal carrier operations, subject to a charge of $1,575.00 per turn. This charge will not apply in connection with cars for loading of Grain or Grain Products moving under rates in Tariff BNSF 4022-Series.

*Item 3340 - Charge - Destination Detention on Sugar Cars*

This item to apply to shipments of Sugar (STCC 20-621 and 20-629) moving in Covered Hopper Cars which are railroad owned or railroad controlled.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed, constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After five days, detention charges of $50 per day per car will be assessed against the Consignor of the railcars. These charges are in addition to any demurrage charges which may also apply.



BNSF-0510150

DA03639

*Item 3375A - Charge – Fuel Surcharge, Issued May 1, 2001 – Effective July 1, 2001 (A)*

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, if applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month (Time Period) equals or exceeds $1.30 per gallon a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the 1st of the second following month. Such fuel surcharge shall be included on the bill for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the fuel surcharge.

Fuel Surcharge Rates (FSR) will be adjusted monthly. The Fuel Surcharge Table will be subject to annual review, for changes in the 5 year rolling average price of HDF, and BNSF's Fuel Intensity, per BNSF's annual report.

FSR = See Table Below.
Where FSR = Fuel Surcharge Rate.
HDF = prior Time Periods U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

Fuel Surcharge applies only when the FSR equals or exceeds 1%.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

***Example:***

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.556 Per Gallon. Therefore, July's FSR would be 3.5%.

Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.35.

BNSF-0510152
DA03641

***Item 3400-A - Terms Governing Extension of Credit for Payment of Transportation Charges, Issued January 25, 2001 – Effective February 1, 2001***

If credit is extended to Applicant for the payment of transportation charges, Applicant agrees to pay such transportation charges within the following time periods:

(a) Freight Charges – 15 Calendar days from the date of the freight bill.
(b) Miscellaneous charges (e.g. demurrage, switching, weighing) – 30 calendar days from the date of the miscellaneous bill.
(c) Additional charges for freight transportation and related services (e.g. balance due bills) – 30 calendar days from the date of bill for additional charges.

NOTE: Errors discovered in bills by customers should be corrected by them and paid accordingly. Payment of all bills, including those corrected by customers, must be made within the credit period. Payment of bills alleged to be incorrect will not prejudice patron's claims, filed within the statutory period, for refund of overcharges. If customers receive bills that they feel they are not responsible for paying, they must notify the carrier within the credit terms that they are not responsible for paying the bills.

Payment of an amount less than stated on a BNSF invoice will be considered as payment on account and not as payment in full, not withstanding any notation to the contrary as payment on the payor's remittance. Acceptance by BNSF of the lesser amount will not constitute an accord and satisfaction. The payor will be advised of any remaining balance deemed due after application of the remitted funds.

FINANCE CHARGES:
The Burlington Northern and Santa Fe Railway will assess a finance charge of 1% per month (12% per annum) on unpaid bills for freight and miscellaneous charges, including demurrage, switching and weighing, which are past our credit terms.

Customers with past due amounts will receive a finance charge invoice each month. Finance charges will be assessed on delinquent bills for freight or miscellaneous charges as of the end of the month reduced by amounts in dispute and any payments received by month end but not posted.



BNSF-0510153

DA03642

## SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada

### *Item 4000 - Application*

Except as provided for in the EXCEPTION below, the provisions of this Section and Sections 4A and 4B, apply only when specific reference is made to this Section in individual rate documents.

The regulations in this Section, and Sections 4A and 4B, governing the assessment and collection of charges on international freight traffic, in either direction between points in Canada and points in the United States, must be observed.

EXCEPTION: When traffic is moving under NSRQ 4401-Series, the provisions of this Section, and Sections 4A and 4B will apply.

### *Item 4020 - Basis Rate of Exchange*

For the purpose of determining the rate of surcharge and discount, as referred to in this Section, and Sections 4A and 4B, the following will apply:

The rate of exchange quoted for New York funds by the Wall Street Journal on the last day of each month will govern from the first to the fourteenth (inclusive) of the following month. Similarly, such quotation on the fourteenth will govern from the fifteenth to the last day (inclusive) of such month. Should the governing date fall on a Saturday, Sunday or United States legal holiday, the quotation of the preceding day will govern.

### *Item 4040 - Governing Date for Application of Surcharge or Discount*

The governing date for the application of surcharge or discount will be the date of the bill of lading.

### *Item 4060 - Surcharge or Discount to be Shown on Freight Bills*

The surcharge or discount will be shown as a separate item on the freight bill

## SECTION 4A - Applicable When United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001)

### *Item 4100 - Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply when converting Canadian Currency to U.S. Currency on traffic and to the extent indicated in Item 4120.

| **When Rate of Exchange is: (See** Item 4020) | **Amount of surcharge or Additional collection** |
|---|---|
| 1. Less than 7/8 of 1%. | None. |
| 2. Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| 3. Over 1%. | 60% of rate of exchange |

In determining the surcharge, when the rate of exchange is more than 1%, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

### *Item 4120 - Domestic Traffic*

The following will apply between Canada and the United States in both directions including advanced charges payable to United States Carriers.

| | Application | Amount of surcharge on Additional collection |
|---|---|---|
| 1. | On all shipments including advanced charges payable to United States carriers when such charges are payable and collected in Canada. | As per Paragraphs 2 (See NOTE). and 3 of Item 4100. |
| | The surcharge should be added to the total through charges and must be assessed in all cases where the charges are collected at points in Canada, whether paid in Canadian or United States currency. | |
| | Such surcharge will accrue entirely to the Canadian carrier. | |
| | NOTE: Advanced charges, including customs duty and customs entry fees, payable entirely in the United States when such charges are payable and collected in 100% of rate of Canada Exchange. | 100% of Rate of Exchange |
| 2. | When all charges are paid in United States Points in United States currency. | None |



BNSF-0510155

DA03644

## SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001)

*Item 4200 - Discount or Surcharge*
Issued January 3, 2001 – Effective January 4, 2001

The following will apply to the extent indicated in Item 4220.

| When Rate of Exchange is: (See Item 4020) | Surcharge or Additional collection |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1.25%. | 1/2 of 1%. |
| Over 1.25%. | 40% of rate of exchange |
| | **DISCOUNT (Allowance)** |
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| Over 1%. | 60% of rate of exchange |

In determining the rate of surcharge and the rate of discount, when the rate of exchange is more than shown in this item, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

*Item 4220 - Domestic Traffic*

A. The following will apply on traffic from Canada to the United States.

| Application | Discount Allowance |
|---|---|
| All charges, when prepaid, must be paid in Canadian Currency. | As per Paragraph 2 of Item 4200. |
| | **Surcharge or additional Collection to be prepaid** |
| All charges when billed "collect". | As per Paragraph 1 of Item 4200 |

B. The following will apply on traffic from the United States to Canada.

| Application | Surcharge or additional Collection |
|---|---|
| All charges, when "prepaid" | As per Paragraph 1 of Item 4200. |
| | **Discount Allowance** |
| All charges when billed "collect". | As per Paragraph 2 of Item 4200 |

## SECTION 5 – Car Hire On Traffic To Or From Mexico

### *Item 5000 - Application of Car Hire on Traffic To or From Mexico*

A. The provisions of this Section take precedence over all other car hire rates that may be published and applicable on traffic to or from Mexico if it were not for the provisions of this Section.

B. Carload freight for export to Mexico, and empty car or cars on BNSF car orders for loading in Mexico, are subject to the car hire charges as provided in Items 5020 through 5050 and documentation requirements identified in Item 5010.

C. The car hire charges named in Items 5020 through 5050 apply on all freight cars owned, leased, or controlled by any U.S. railroad, Canadian railroad or Trailer Train Corporation, except intermodal and heavy duty flat cars. Intermodal flatcars include all railcars with an AAR mechanical designation of FC or FCA, and doublestack cars with AAR car types codes of S000 through S999, as described in Tariff RER 6412-Series. Heavy duty flatcars include all railcars with AAR car type codes of F400 through F499, as described in Tariff RER 6412-Series.

D. Shipments held awaiting payment of fees or documentation are subject to any additional applicable charges, including demurrage, detention, and storage. Payment of the car hire charges will be accepted from the shipper, receiver, or an agent, but it is the responsibility of the party responsible for demurrage.

### *Item 5020 - Car Hire Documentation on Shipments From or To Mexico*

The following information must accompany payments of car hires charges:

1. Name of receiver or shipper in the United States.
2. Name of receiver or shipper in the Republic of Mexico.
3. Name, address, and telephone number of the customs broker.
4. Name of the party for whom the customs broker is acting.
5. Date of the request.
6. Car initials and number.
7. Car type.
8. Destination or origin in Mexico. (City and State)
9. The amount paid to BNSF for the shipment.
10. The check number and name of the bank on which the check is drawn.
11. The amount of the check.
12. An original signature of a party authorized to make the request.
13. Notation whether the party making the request is the shipper, the receiver, or an agent, and if an agent, for whom.

*Item 5040 - Car Hire Charges on Traffic Moving Via El Paso, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via El Paso, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 225 | 255 | 200 |
| Campeche | 300 | 255 | 200 |
| Chiapas | 300 | 255 | 200 |
| Chihuahua | | | |
| Ciudad Juarez | 40 | 40 | 40 |
| Other than Ciudad Juarez | 100 | 155 | 100 |
| Coahuilla | 100 | 155 | 100 |
| Colima | 225 | 255 | 200 |
| Distritio Federal | 225 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 225 | 255 | 200 |
| Guanajuato | 225 | 255 | 200 |
| Guerrero | 225 | 255 | 200 |
| Hidalgo | 225 | 255 | 200 |
| Jalisco | 225 | 255 | 200 |
| Michoacan | 225 | 255 | 200 |
| Morelos | 225 | 255 | 200 |
| Nayarit | 225 | 255 | 200 |
| Nuevo Leon | 150 | 200 | 150 |
| Oaxaca | 300 | 255 | 200 |
| Puebla | 225 | 255 | 200 |
| Queretaro | 225 | 255 | 200 |
| San Luis Potosi | 225 | 255 | 200 |
| Sinaloa | 150 | 200 | 150 |
| Sonora | 225 | 255 | 200 |
| Tabasco | 300 | 255 | 200 |
| Tamaulipas | 225 | 255 | 200 |
| Tlaxcala | 225 | 255 | 200 |
| Veracruz | 300 | 255 | 200 |
| Yucatan | 300 | 255 | 200 |
| Zacatecas | 225 | 255 | 200 |

*Item 5060 - Car Hire Charges on Traffic Moving Via Eagle Pass, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via Eagle Pass, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 200 | 255 | 200 |
| Campeche | 200 | 255 | 200 |
| Chiapas | 200 | 255 | 200 |
| Chihuahua | 150 | 200 | 150 |
| Coahuilla | | | |
| Piedras Negras | 40 | 40 | 40 |
| Other than Piedras Negras | 100 | 155 | 100 |
| Colima | 200 | 255 | 200 |
| Distritio Federal | 200 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 200 | 255 | 200 |
| Guanajuato | 200 | 255 | 200 |
| Guerrero | 200 | 255 | 200 |
| Hidalgo | 200 | 255 | 200 |
| Jalisco | 200 | 255 | 200 |
| Michoacan | 200 | 255 | 200 |
| Morelos | 200 | 255 | 200 |
| Nayarit | 200 | 255 | 200 |
| Nuevo Leon | 100 | 155 | 100 |
| Oaxaca | 200 | 255 | 200 |
| Puebla | 200 | 255 | 200 |
| Queretaro | 200 | 255 | 200 |
| San Luis Potosi | 150 | 200 | 150 |
| Sinaloa | 200 | 255 | 200 |
| Sonora | 200 | 255 | 200 |
| Tabasco | 200 | 255 | 200 |
| Tamaulipas | 100 | 155 | 100 |
| Tlaxcala | 200 | 255 | 200 |
| Veracruz | 200 | 255 | 200 |
| Yucatan | 200 | 255 | 200 |
| Zacatecas | 200 | 255 | 200 |

*Item 5080 - Car Hire Charges on Traffic Moving Via Laredo, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via Laredo, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 225 | 255 | 200 |
| Campeche | 225 | 255 | 200 |
| Chiapas | 225 | 255 | 200 |
| Chihuahua | 225 | 255 | 200 |
| Coahuilla | 100 | 155 | 100 |
| Colima | 225 | 255 | 200 |
| Distritio Federal | 225 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 225 | 255 | 200 |
| Guanajuato | 225 | 255 | 200 |
| Guerrero | 225 | 255 | 200 |
| Hidalgo | 225 | 255 | 200 |
| Jalisco | 225 | 255 | 200 |
| Michoacan | 225 | 255 | 200 |
| Morelos | 225 | 255 | 200 |
| Nayarit | 225 | 255 | 200 |
| Nuevo Leon | 100 | 155 | 100 |
| Oaxaca | 225 | 255 | 200 |
| Puebla | 225 | 255 | 200 |
| Queretaro | 225 | 255 | 200 |
| San Luis Potosi | 150 | 200 | 150 |
| Sinaloa | 225 | 255 | 200 |
| Sonora | 225 | 255 | 200 |
| Tabasco | 225 | 255 | 200 |
| Tamaulipas | | | |
| Nuevo Laredo | 40 | 40 | 40 |
| Other than Nuevo Laredo | 100 | 155 | 100 |
| Tlaxcala | 225 | 255 | 200 |
| Veracruz | 225 | 255 | 200 |
| Yucatan | 225 | 255 | 200 |
| Zacatecas | 225 | 255 | 200 |

*Item 5100 - Car Hire Charges on Traffic Moving Via Brownsville, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via Brownsville, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 225 | 255 | 200 |
| Campeche | 225 | 255 | 200 |
| Chiapas | 225 | 255 | 200 |
| Chihuahua | 225 | 255 | 200 |
| Coahuilla | 100 | 155 | 100 |
| Colima | 225 | 255 | 200 |
| Distritio Federal | 225 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 225 | 255 | 200 |
| Guanajuato | 225 | 255 | 200 |
| Guerrero | 225 | 255 | 200 |
| Hidalgo | 225 | 255 | 200 |
| Jalisco | 225 | 255 | 200 |
| Michoacan | 225 | 255 | 200 |
| Morelos | 225 | 255 | 200 |
| Nayarit | 225 | 255 | 200 |
| Nuevo Leon | 100 | 155 | 100 |
| Oaxaca | 225 | 255 | 200 |
| Puebla | 225 | 255 | 200 |
| Queretaro | 225 | 255 | 200 |
| San Luis Potosi | 150 | 200 | 150 |
| Sinaloa | 225 | 255 | 200 |
| Sonora | 225 | 255 | 200 |
| Tabasco | 225 | 255 | 200 |
| Tamaulipas | | | |
| Matamoros | 40 | 40 | 40 |
| Other than Matamoros | 100 | 155 | 100 |
| Tlaxcala | 225 | 255 | 200 |
| Veracruz | 225 | 255 | 200 |
| Yucatan | 225 | 255 | 200 |
| Zacatecas | 225 | 255 | 200 |

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1.**

***Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier***
***Issued January 16, 2001 – Effective January 17, 2001***

Mechanical refrigerated equipment furnished by railroads will not be required to maintain a temperature of lower than minus 5 degrees Fahrenheit. Shipper shall indemnify and hold harmless the railroads involved for any damage to commodity if a lower temperature is required.

Responsibility for adequate blocking, bracing, packaging and loading of the shipment lies entirely with the shipper. Shipper has responsibility for starting the refrigeration unit, setting thermostat to the billed temperature and ensuring proper cooling prior to releasing the shipment for movement. Carriers will not be responsible for damages resulting from non-compliance.

***Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment***

When movements are in cryogenic cars (CO2), shipper will be responsible for the cost of supplying the proper amount of carbon dioxide (CO2) for any car used in conjunction with rates published in this section. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in cryogenic cars.

When empty, cars are subject to the provisions of Tariff and ICC RPS 6007-Series Tariff.

***Item 6040 - Rules Governing Mechanical Protective Service or (MPS)***

1. Rule 705 - Frozen commodities

(a) Frozen commodities transported under mechanical protective service in BNSF owned or controlled mechanical refrigerator cars are subject to charges shown in item 6180 herein. Applicable charges in mechanical cars other than BNSF shall be governed by the rules and provisions of car owner.

(b) Shipper must place on bill of lading and shipping order, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE - RULE 705"

(c) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill with the following notation:
"RATE PER CAR INCLUDES MPS CHARGE"

2. Rule 710 - Non-frozen commodities

(a) Charges as published herein will apply on non-frozen commodities transported under mechanical protective service.

(continued on next page)

*Item 6040 - Rules Governing Mechanical Protective Service (concluded)*

(b) Shipper must indicate on the exempt bill of lading, shipping order and freight waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - NON-FROZEN COMMODITY, RULE 710. PRECOOLED LOAD, OPTIMUM TEMPERATURE INSIDE CAR _____ DEGREES."

(c) Prior to loading, all commodities must be precooled to the temperature desired for shipping.

(d) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill as follows:
BNSF cars: "RATE PER CAR INCLUDES BNSF MPS CHARGE."
Foreign cars: "RATE PER CAR INCLUDES FOREIGN MPS CHARGE."

3. Rule 720 - Mechanical car used for shipments where MPS not ordered
When a mechanical refrigerator car is furnished for railroad's convenience and shipper does not order MPS, the mechanical unit will not be operated and MPS will not apply. Shipper must specify on bill lading, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE NOT ORDERED - RULE 720. DO NOT OPERATE MECHANICAL."

---

*Item 6060 - Operation Of BNSF Owned Or Controlled Mechanical Units*

While mechanical units are being used by railroad, railroad shall perform such in transit temperature inspections as may be necessary and proper, at its expense. Railroad shall also perform routing servicing and running repairs to units. Railroad shall bill car owner, and car owner shall pay railroad, for services performed (other than inspection) and supplies furnished on the following basis:

1. Bills for fuel supplied or lube oil furnished mechanical cars should show equipment reference, service date, service location, gallons of fuel supplied and should be supported by information stating whether equipment was empty or loaded when service was performed and/or waybill date and number.

2. Bills for the pretrip inspection made prior to okaying car for loading, for the purpose of testing unit to determine that it is functioning satisfactorily or in need or repairs, will be rendered on the basis of $25.00 per car.

3. Refrigerant, antifreeze, supplies and repairs to units shall be billed as provided for in the field and office manuals of the code of interchange rules promulgated by the Association of American Railroads.

---

*Item 6080 - Empty Movement Of Privately Owned Cars*

The provisions of this item apply to rates published on shipments in cars of private ownership with the provision that the use of such cars is not subject to the payment of mileage allowances or to the provisions of Mileage Tariff and ICC RPS 6007-Series. Except as may otherwise be specifically provided in the Exempt rate quote, circular or memorandum, such rates include the movement of the empty car or cars to the point of prior loading via the reverse of the loaded route. Any other empty movement by the BNSF will be subject to charges provided in the applicable BNSF Tariff.

---



BNSF-0510163

DA03652

*Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc.*

Return of Pallets, Pallet Sides, Platforms, Skids, Dunnage, etc. shall not be included in rates for temperature controlled shipments (Rules 705 and 710).

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability*

BNSF offers the opportunity to ship temperature controlled commodities (Rules 705 and 710) pursuant to the terms and conditions of 49 U.S.C. Section 11706 (Carmack) liability, as an alternative to the claims provisions in this BNSF Rules Book, BNSF-6100 Series. Shipments made pursuant to the claim provisions of Section 11706 (Carmack) will be charged a higher rate, and the following conditions must be met in full:

(1) Not later than the time a car is ordered for loading the shipper must notify BNSF or its designated representative of the intention to make the shipment subject to the claim provision of 49 U.S.C. Section 11706 (Carmack). At that time the shipper must advise BNSF where and when the car will be available for BNSF representatives to inspect the loading and the loading method.

(2) The shipping order and receipt must be endorsed prior to the shipment, "The Shipment is subject to the Claim Terms of 49 U.S.C. Section 11706."

(3) Transportation charges must be prepaid.

Unless the shipper complies in full with the conditions stated above for application of Section 11706 liability, the shipment will be conclusively deemed to move under the 'alternate liability' terms and conditions of BNSF Rules Book, BNSF-6100 Series, and there will be a conclusive presumption that the shipper has given his written declaration and/or that the shipper and carrier have entered into a written agreement to this effect.

*Item 6140 - Loss And Damage Provisions/Liability Restrictions*

A. Upon tender of a shipment of exempt commodities as described in this contract. accompanied by the verbal shipping order (phone transmittal) and/or Electronic Data Interchange (EDI) transfer completed by shipper, BNSF will give its receipt for the goods and its acceptance of said billing instruction. to be performed in accordance with the contract. Acceptance of the shipping order by BNSF shall also be by verbal acceptance and/or confirmation of EDI transfer. In all matters described herein, BNSF acts as principal only with respect to transportation over its own line.

B. Carriers will not be liable for loss, damage or delay caused in whole or in part by an Act of God, a public enemy, the authority of law, riots, strikes, acts of civil disobedience, inherent quality or characteristic of the commodity, natural shrinkage, an act or default of the shipper, owner or receiver or from shipments stopped and held in-transit at the request of the shipper, owner, or receiver.

BNSF agrees to transport shipment over its line with reasonable dispatch. BNSF and connecting carrier do not guarantee rail service on any scheduled time frame.

(continued on next page)

*Item 6140 - Loss And Damage Provisions/Liability Restrictions (continued)*

D. BNSF and connecting carrier shall not be liable for breakage or bruising damage to lading unless shipper provides physical evidence of railroad negligence. Shifting of a load, alone, shall not be considered as evidence of such negligence

E. BNSF and connecting carrier shall not be liable for deterioration resulting from improper loading or overloading of the equipment or from the use of containers or stacking methods which do not permit the adequate flow of air throughout the load.

F. BNSF and connecting carriers shall not be liable for market decline.

G. BNSF and connecting carriers shall not be liable for shortage unless there is physical evidence of forced entry to the transportation equipment. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. In addition, origin and destination seal records must be furnished.

H. In no event shall BNSF and connecting carriers be liable for lading replacement costs or for special or consequential damages.

I. Shippers and/or consignee must mitigate damage situations by accepting the damaged cargo unless it is totally worthless. Shippers and/or consignees may not abandon damaged or partially damaged shipments to the railroad when the damaged shipments retain substantial value. Product that is abandoned to the carrier in an undamaged condition shall be sold for the account of whom concerned and salvage proceeds only, less any salvaging expenses incurred shall be remitted to the beneficial owner.

J. Carriers do not undertake to overcome the inherent tendencies of perishable goods to deteriorate or decay. Carrier has no liability for deterioration when the amount of deterioration could reasonably be expected to occur during normal rail transport. When the amount of deterioration is intensified due to diseases or due to decayed or damaged condition of the perishable goods at rail origin, rail carrier has no liability for this intensified deterioration.

K. In the event an act or omission of any party involved in the transportation process (shipper, carrier, receiver) is not the sole cause but contributes to any loss or damage, each party will be liable for only that portion of the loss or damage which was reasonably caused by its negligence. If the loss or damage results from the concurrence of an act or omission by BNSF and an act of God, then the liability of BNSF shall be no greater than the percentage of proven causal negligence of BNSF.

L. Carrier has no liability for deterioration of perishable goods when carrier refrigeration equipment functions properly within 10 degrees of the billed instruction (as monitored and recorded from the railcar's thermometer) and shipment is handled with reasonable dispatch.

M. On shipments where it is determined that the commodity pulp (body) temperature is something other than the billed temperature, it will not be BNSF's responsibility to bring said commodity's pulp temperature down to conform to billing temperature.

(continued on next page)

*Item 6140 - Loss And Damage Provisions/Liability Restrictions (concluded)*

N. Carrier shall not be liable for product loss arising from any cause, including temperature, after notice of constructive placement availability at the billed destination. Subsequent to such notice carriers will not be responsible for temperature monitoring, fuel, etc.

O. When handling perishable boxcar shipments in foreign line marked equipment, BNSF will be extended its longest line haul. Longest line haul shall mean BNSF's nearest point of interchange to the foreign carrier's billed origin location. Point of interchange shall be as identified in the Official Railroad Station List (OPSL 6000 including supplements) and subject to BNSF operating convenience. When BNSF is by necessity a switch carrier only, or does not receive its longest haul, BNSF will not be liable in full or part for any product claim. It will be shipper's responsibility to ensure that proper rate and route authorities are published.

Any Mechanical Protective Service performed by BNSF when handling perishable boxcar shipments in foreign line marked equipment shall be billed to the car owner in accordance with AAR interchange rules. If the shipment is in non-compliance of this section, and BNSF performs proper MPS service, BNSF will not participate in any freight claim payment. In the event that BNSF fails to exercise due diligence in the correction of an off-temperature condition than BNSF will participate in the distribution of any freight claim payment in accordance with AAR freight claim rules.

P. The shipper and consignee shall indemnify and hold harmless the carrier from any loss, damage, personal injuries and/or death resulting from failure to comply with the provisions contained herein. Acceptance of shipment by the carrier for transportation shall not be a waiver of this liability.

---

*Item 6160 - Claim Procedures*
*Issued January 16, 2001 – Effective January 17, 2001*

A. The rates and charges agreed upon for the shipment and the terms, conditions and provisions herein stated require that the shipper only, whether acting as principal or agent, must file any claim for loss and damage exclusively with BNSF or carrier on whose line the loss, damage, injury or delay occurred.

B. As a precedent to recovery for any loss or damage to lading, claims must be received by BNSF or carrier on whose line the loss, damage, injury or delay occurred, in writing from the shipper within three months after delivery of the shipment at its final railroad destination or, in the case of failure to make delivery, then within three months after a reasonable time for delivery has elapsed. BNSF shall pay, decline or offer to compromise claims within three months from the date received.

C. As a condition precedent to recovery of any claim, the consignee must immediately notify the destination carrier, shipper and BNSF upon discovery of any damage and allow destination carrier or its agent to inspect. Such notification to carrier and shipper must be made within 24 hours of notification of shipment's arrival. Failure of the rail carrier to inspect damaged cargo for whatever reason will not relieve the burden of the claiming party to establish that cargo was received in a damaged condition nor will it be considered an admission of liability by the rail carrier.

(continued on next page)

*Item 6160 - Claim Procedures (concluded)*

D. All written claims must include the following documentation:

1. A demand for payment of a specific amount.

2. Information identifying the rail shipment including equipment initials and number, shipper and receiver's name, shipping date and commodity.

3. Origin records or certification as to the condition and quantity of the lading at the time tendered to the origin rail carrier.

4. Destination records as to the condition and quantity of the lading at the time received from the destination rail carrier.

5. Verification of the amount claimed including original invoices, repair bills and account of sales.

6. Evidence as to the disposition of the damaged lading.

7. On fresh fruits and vegetables, origin and destination USDA inspections or Canadian government equivalent

E. All loss and damage lading claims filed with BNSF must be mailed to:
Director, Freight Claims
Burlington Northern Santa Fe Railway Company
PO Box 1738
Topeka, KS 66601

F. Carrier's liability will not exceed the actual amount of physical loss or damage sustained to the lading including proven costs through mitigating the loss or damage. Claim calculation as well as any claim payment shall not exceed the delivered value of FOB origin invoice plus freight to destination, less the gross account of sales, plus a reasonable commission on those sales.

G. Claims or lawsuits for less than $1000.00 shall not be filed and no claim shall be paid if the amount of loss or damage is found to be under $1000.00 per carload.

H. Any suit against BNSF or its connecting carriers based on transportation provided under the terms of this circular shall be commenced within one year from the date of delivery, or in the case of failure to make delivery then within one year after a reasonable time for delivery has elapsed. Such suit shall be filed in the state or province of origin on or interchange to BNSF.

I. Any claim or suit not filed in strict accordance with the terms and conditions of this circular shall be void.



BNSF-0510167

DA03656

***Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car***

FRESH AND FROZEN COMMODITIES

| GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|
| ARIZONA | ARKANSAS | ALABAMA | DISTRICT OF COLUMBIA |
| ALBERTA | ILLINOIS | GEORGIA | CONNECTICUT |
| BRITISH COLUMBIA | IOWA | INDIANA | DELAWARE |
| CALIFORNIA | KANSAS | KENTUCKY | FLORIDA |
| COLORADO | LOUISIANA | MICHIGAN | MAINE |
| IDAHO | MANITOBA | MISSISSIPPI | MARYLAND |
| MONTANA | MINNESOTA | OHIO | MASSACHUESETTS |
| NEVADA | MISSOURI | ONTARIO | NEW BRUNSWICK |
| NEW MEXICO | NEBRASKA | TENESSEE | NEW HAMPSHIRE |
| OREGON | NORTH DAKOTA | WEST VIRGINIA | NEW JERSEY |
| UTAH | OKLAHOMA | | NEW YORK |
| WASHINGTON | SASKATCHEWAN | | NORTH CAROLINA |
| WYOMING | SOUTH DAKOTA | | NOVA SCOTIA |
| | TEXAS | | PENNSYLVANIA |
| | WISCONSIN | | PRINCE EDWARD ISLAND |
| | | | RHODE ISLAND |
| | | | SOUTH CAROLINA |
| | | | VERMONT |
| | | | VIRGINIA |

| TO GROUP \ FROM GROUP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 650 |
| 2 | 550 | 500 | 550 | 600 |
| 3 | 600 | 550 | 500 | 550 |
| 4 | 650 | 600 | 550 | 500 |

SEATTLE, WA TO ALASKA = $650 PER CAR

INTRASTATE MECHANICAL PROTECTIVE SERVICE CHARGES = $250 PER CAR

MPS charges for all shipments in BNSF owned or controlled mechanical refrigerated cars where BNSF does not appear as a linehaul carrier in the route, will be $2000.

*Item 6200 - Stopping*

Stopping to complete loading or for partial unloading of cars with temperature controlled shipments (Rules 705 and 710) is not allowed.

*Item 6220 - Mexico*

Mechanical refrigerated cars owned or controlled by BNSF are not permitted to move into Mexico unless the governing rate document clearly states that rate applies for shipments destined to specified points in Mexico. If a mechanical refrigerated car moves into Mexico as a result of billing to a destination in Mexico in violation of this condition, the party who billed the car will be subject to a charge of $10,000 in addition to applicable charges for movement of commodity. If a mechanical refrigerated car moved to Mexico in violation of this condition sustains loss or damage from any cause, the party billing such car shall also be liable for such loss and damage. Failure of any Railroad to prevent the movement of the car to Mexico shall not constitute a waiver of BNSF's right to enforce this item.

*Item 6240 - Cleaning Fees*

Mechanical refrigerated cars received by BNSF requiring extensive cleaning will be subject to a $350 cleaning fee. Mechanical Refrigerated cars received by BNSF requiring washing will be subject to a $850 cleaning fee. This fee will be assessed against the last party releasing the car.

**END**

# THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
# BNSF RULES BOOK 6100-A
**(Cancels BNSF Rules Book 6100))**

**CONTAINING**
**RULES, REGULATIONS AND SPECIAL CHARGES**
**GOVERNING**
**THE TRANSPORTATION OF FREIGHT**
**ON**
**THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY**
**IN**
**THE UNITED STATES AND CANADA**
**AND**
**REGULATIONS GOVERNING CURRENCY EXCHANGE ON TRAFFIC**
**FROM, TO AND BETWEEN STATIONS IN CANADA**
**AND**
**CAR HIRE ON TRAFFIC TO OR FROM MEXICO**

**For explanation of abbreviations / reference marks, see Item 110**

**ALSO APPLICABLE ON INTRASTATE TRAFFIC**

**ISSUED DECEMBER 29, 2000** **EFFECTIVE JANUARY 1, 2001**

**Issued by J. C. Engstrom, P. O. Box 961069, Ft. Worth, TX 76161-0069**

BNSF-0510326

DA03659

Table of Contents

Item 100 - BNSF Web Site ..... 3
Item 110 - Explanation of Abbreviations and Reference Marks ..... 3
Item 120 - Method of Canceling Items ..... 4
Item 130 - Notification of Changes ..... 4

**SECTION 1 - General Rules And Regulations ..... 5**
Item 1000 - Description of Governing Classification ..... 5
Item 1020 - Station Lists and Conditions ..... 5
Item 1040 - Explosives and Dangerous Articles ..... 5
Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc. ..... 5
Item 1080 - Omnibus Clause ..... 5
Item 1100 - Application of Items to Non-Regulated Traffic ..... 6
Item 1120 - Consecutive Numbers ..... 6
Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001 (Increase) ..... 6

**SECTION 2 - Specific Rules And Regulations - Without Charges ..... 7**
Item 2000 - Charges Payable in United States Funds ..... 7
Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap ..... 7
Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In ..... 7
Item 2060 - Definition of "Intrastate" and "Interstate" Traffic ..... 7
Item 2080 - Distance, Method of Obtaining ..... 7
Item 2100 - Emergency Routing ..... 8
Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP ..... 8
Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic ..... 8
Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic ..... 8
Item 2180 - Mileage Allowance Application ..... 8
Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico ..... 9
Item 2220 - Receipt and Delivery of Freight, Restrictions On ..... 9
Item 2240 - Refused or Unclaimed Freight ..... 9
Item 2260 - Return of Refused or Rejected Shipments ..... 10
Item 2280 - Rules Governing Transportation of Railway Passenger Cars ..... 10
Item 2300 - Surcharge for FVW and WC ..... 10

**SECTION 3 - Specific Rules And Regulations - With Charges ..... 11**
Item 3000 - Charge - Cancellation of Car Order ..... 11
Item 3020 - Charge - Cleaning and Disinfecting Cars ..... 11
Item 3040 - Charge - Sugar Covered Hopper Cars Rejected for Cleaning ..... 11
Item 3060 - Charge - Detention on Heavy Duty Flat Cars ..... 11
Item 3080 - Charge – Detention on Mechanical Refrigerator Cars with Inside Length Greater than 63 Feet ..... 12
Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments ..... 12
Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight ..... 13
Item 3140 - Charge - Document Delay Charges on Export Traffic to Mexico ..... 13
Item 3180 - Charge - Failure to Complete Unloading of Bentonite Clay ..... 14
Item 3200 - Charge - Failure to Complete Unloading of Industrial Sand ..... 14
Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC ..... 15
Item 3240 - Charge - Hazardous Materials Destined to Canada ..... 15
Item 3260 - Charge - Failure to Complete Unloading of Sugar ..... 16
Issued February 23, 2001 – Effective February 24, 2001 ..... 16
Item 3265 – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets ..... 16
Issued February 5, 2001 – Effective February 25, 2001 ..... 16
Item 3280 - Charge - Shipments Held for Orders ..... 16
Item 3300 - Charge - Special Freight Train Service ..... 18



BNSF-0510327

DA03660

Item 3320 - Charge - Turning of Empty Unit Train Cars ..... 19
Item 3340 - Charge - Destination Detention on Sugar Cars ..... 19
Item 3375A - Charge – Fuel Surcharge, Issued May 1, 2001 – Effective July 1, 2001 ..... 20
Item 3400-B - Terms Governing Extension of Credit for Payment of Transportation Charges, Issued May 25, 2001 – Effective May 26, 2001 ..... 21

**SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada ..... 22**
Item 4000 - Application ..... 22
Item 4020 - Basis Rate of Exchange ..... 22
Item 4040 - Governing Date for Application of Surcharge or Discount ..... 22
Item 4060 - Surcharge or Discount to be Shown on Freight Bills ..... 22

**SECTION 4A - Applicable When United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001) ..... 23**
Item 4100 - Surcharge ..... 23
Item 4120 - Domestic Traffic ..... 23

**SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001) ..... 24**
Item 4200 - Discount or Surcharge ..... 24
Item 4220 - Domestic Traffic ..... 24

**SECTION 5 – Car Hire On Traffic To Or From Mexico ..... 25**
Item 5000 - Application of Car Hire on Traffic To or From Mexico ..... 25
Item 5020 - Car Hire Documentation on Shipments From or To Mexico ..... 25
Item 5040 - Car Hire Charges on Traffic Moving Via El Paso, TX ..... 26
Item 5060 - Car Hire Charges on Traffic Moving Via Eagle Pass, TX ..... 27
Item 5080 - Car Hire Charges on Traffic Moving Via Laredo, TX ..... 28
Item 5100 - Car Hire Charges on Traffic Moving Via Brownsville, TX ..... 29

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001 ..... 30**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1. ..... 30**
Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier ..... 30
Issued January 16, 2001 – Effective January 17, 2001 ..... 30
Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment ..... 30
Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001 ..... 30
Item 6040A - Rules Governing Mechanical Protective Service (concluded) ..... 31
Item 6060 - Operation Of BNSF Owned Or Controlled Mechanical Units ..... 31
Item 6080 - Empty Movement Of Privately Owned Cars ..... 31
Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc ..... 32
Item 6120 - Offer Of Section 11706 ('Carmack') Liability ..... 32
Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001 ..... 32
Item 6160 - Claim Procedures ..... 35
Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car ..... 37
Item 6200 - Stopping ..... 38
Item 6220 - Mexico ..... 38

Item 6240 - Cleaning Fees ........................................ 38

*Item 100 - BNSF Web Site*

This Book is now available on the Internet for viewing or sending directly to your printer. The BNSF Home Page address is http://www.bnsf.com. BNSF has provided a link to the Adobe Homepage so that Acrobat Reader software can be downloaded onto your computer allowing you to print a copy, on your Personal Computer, that will mirror the hard copy you now get via mail. BNSF is also exploring ways to send interested parties an EMail message whenever an amendment or reissue of this Book takes place. Our ultimate goal is to have you, the user of this Book, obtain your copy of the printed information contained in this Book directly from the BNSF web site. **Beginning January 1, 2001 an annual $100 subscription fee will be assessed for those who wish to receive a hard copy through the mail.**

If, at this time, you are not prepared to obtain a copy of this Book directly from the BNSF web site, then a hard copy of this Book will be mailed to you, provided you furnish, to the address shown below, a formal written request for a printed copy. This formal request is required on an annual basis in accordance with the Surface Transportation Board's recent policy decision under Ex Parte 528, Disclosure, Publication, and Notice of Change of Rates and Other Service Terms for Rail Common Carriage.

If your company is already using the Internet and you visit the BNSF web site, your comments regarding access to the Book would be appreciated. If you are not currently using the Internet, your comments regarding the above concept would also be appreciated. All comments should be directed to:

Manager Auxiliary Prices
The Burlington Northern and Santa Fe Railway Company
P. O. Box 961069
Ft. Worth, TX 76161-0069

---

*Item 110 - Explanation of Abbreviations and Reference Marks*

| ABBREVIATION | EXPLANATION |
|---|---|
| BNSF | Burlington Northern and Santa Fe Railway Company, The |
| BOE | Bureau of Explosives |
| CFR | Code of Federal Regulations |
| CSP | Camas Prairie Railnet, Inc |
| OPSL | Official List of Open and Prepay Stations |
| NSRQ | Norfolk Southern Rate Quotation |
| RER | Official Railway Equipment Register |
| TM | The Texas Mexican Railway Company |
| UFC | Uniform Freight Classification |
| US | United States |

(Item continued on next page)



BNSF-0510329

DA03662

*Item 110 - Explanation of Abbreviations and Reference Marks (concluded)*

| REFERENCE MARK | EXPLANATION |
| --- | --- |
| (A) | Denotes increase. |
| (B) | Denotes reduction. |
| (C) | Denotes changes in wording which result in neither increases nor reductions in charges. |

*Item 120 - Method of Canceling Items*

As this book is revised, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 3000-A cancels item 3000, and item 3000-B cancels item 3000-A in a prior revision, which in turn cancelled item 3000.

*Item 130 - Notification of Changes*

1. As items in this book are revised, the remarks "Increase, Reduction or Change in Wording" will be shown in parenthesis to the right of the effective date of the item.

   Example:

   **Item 1000 – Description of Governing Classification**
   Issued March 1, 2001 – Effective April 1, 2001 **(Change in Wording)**

2. In addition, the effective date of the revised item will be added in parenthesis to the Table of Contents on page 1 to identify which item(s) have been changed.

   Example:

   Item 1000 – Description of Governing Classification **(Effective April 1, 2001)**

3. The paragraph that has been changed within the item will contain one of the following reference marks placed at the end of the paragraph.

   (A) Denotes Increase.
   (B) Denotes reduction. `
   (C) Denotes changes in wording which result in neither increases nor reductions in charges.

   Example:

   The term "Uniform Freight Classification", when used herein, means UFC 6000-Series. **(C)**

## SECTION 1 - General Rules And Regulations

### *Item 1000 - Description of Governing Classification*

The term "Uniform Freight Classification", when used herein, means UFC 6000-Series.

---

### *Item 1020 - Station Lists and Conditions*

This Book is governed by OPSL 6000-Series to the extent shown below:

A. For additions and abandonments of stations, and, except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight, and changes in station facilities. When a station is abandoned as of a date specified in OPSL 6000-Series, the rates from and to such station are inapplicable on and after that date.

B. For geographical locations of stations.

C. For the identification of stations when stations are shown or referred to by numbers.

---

### *Item 1040 - Explosives and Dangerous Articles*

For rules and regulations governing the transportation of explosives and other dangerous articles, also specifications for shipping containers, and restrictions governing the acceptance and transportation of explosives and other dangerous articles, see BOE 6000-Series.

---

### *Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc.*

Where reference is made in this Book to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

---

### *Item 1080 - Omnibus Clause*

Except as otherwise provided, shipments made under rates referring to this Book are entitled to the following services: Car service, demurrage, drayage, diversion, inspection, reconsignment, stopping, storing, switching, transfer, weighing and other Terminal Services, and are subject to the charges therefor, if any, of the carrier performing the service.

---

*Item 1100 - Application of Items to Non-Regulated Traffic*

On non-regulated rail traffic, such as that transported under an exempt transportation contract, under an exempt rate quotation, or under an exempt rate memorandum, except to the extent that special provisions for accessorial services to be provided by BNSF are stated within the transportation contract, exempt rate quotation or exempt rate memorandum, the rules, regulations and charges for such accessorial services will be as set forth in tariffs or books to which BNSF is a party and shall apply to the same extent and in the same manner as if the subject transportation had been regulated.

As a partial listing of the accessorial services described herein, and not in limitation thereof, accessorial services are defined to include demurrage, detention of freight cars, diversion, holding cars, inspection, protective service, reconsignment, reweighing, special freight train service, spotting, stoppage to complete loading or partly unload, storage, switching, transit, weighing, and other services not specified above.

*Item 1120 - Consecutive Numbers*

Where consecutive numbers are represented in this Book by the first and last numbers connected by the work "to" or a hyphen, they will be understood to include both of the numbers shown and all numbers in between the first and last numbers.

If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

*Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001 (Increase)*

Car capacity parameters, formerly based on Nominal Capacity, are now based on Load Limit. For marked capacities, lengths, dimensions and cubical capacities of cars, see Equipment Characteristics at http://www.bnsf.com/cws/eqpumler/index.html.

## SECTION 2 - Specific Rules And Regulations - Without Charges

### *Item 2000 - Charges Payable in United States Funds*

Except as otherwise provided, rates and charges in this Book, and those making reference to this Book, are stated in money of the United States and are payable in United States' dollars or its equivalent.

---

### *Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap*

No claim or suit for the physical loss or damage to any shipment of Iron or Steel Scrap, transported via BNSF, shall be made or filed by a Customer for amounts of $250.00 or less (Minimum Claim Amount). If customer's proven loss or damage is in excess of the Minimum Claim Amount, the Minimum Claim Amount shall be deducted from any claim made against carrier(s) for any shipments transported by the carrier(s).

---

### *Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In*

If, by reason of the character, construction, or age of equipment furnished, the minimum carload weight, as specified in the tariffs or classifications, cannot be loaded, the minimum weight to be charged for on shipments loaded therein shall not exceed the safe loading capacity as determined by the Operating, Transportation or Inspection Departments.

---

### *Item 2060 - Definition of "Intrastate" and "Interstate" Traffic*

A. The term "Intrastate Traffic" applies to traffic having origin, destination and entire transportation within the same state.

B. The term "Interstate Traffic" applies to:

   1. Traffic having origin in one state and destination in another state; or

   2. Traffic having origin and destination within the same state when transported via a route operating through another state.

---

### *Item 2080 - Distance, Method of Obtaining*

Various charges in documents referring to this Book are based on mileages. To determine miles refer to BNSF Internet Public Rate Retrieval or BNSF Rail Mileage Inquiry at BNSF.com. When rates are not shown for exact distances, use rates for next greater distance.

---

*Item 2100 - Emergency Routing*

Rates in documents referring to this Book will apply only via the routes and junction points authorized therein, except that when in the case of pronounced traffic congestion (not an embargo), washout, wreck, or other similar emergency, or through carrier's error, carriers forward shipment via other junction points of the same carriers, the rate to apply will be that specified in the document referring to this Book but not higher than the rate applicable via the route of movement.

---

*Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP*

The following applies on freight shipments that are damaged in transit when moving via the BNSF from or to stations on the CSP.

1. Shipments damaged in transit and refused by consignees, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers via the route and line over which such shipments moved, free of any charges, or, at carrier's option, be forwarded to such point on its lines that offer the best facilities or opportunities for advantageous disposal.

2. Shipments refused by consignees owing to causes for which the carrier is wholly responsible, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers free of any charges, in the same manner as provided for shipments damaged in transit.

---

*Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic*

All carload rates and charges in connection with Arizona intrastate traffic are subject to the Arizona transaction privileges and educational excise taxes in effect at the time of shipment.

---

*Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic*

All carload rates and charges in connection with New Mexico intrastate traffic are subject to the New Mexico Gross Receipts Tax in effect at the time of shipment.

---

*Item 2180 - Mileage Allowance Application*

By use of rates making reference to this Book, shipper warrants that its interest in the equipment used under rates subject to this Book is sufficient to permit it to waive full payment of mileage allowance. Shipper will, and BNSF will not, be liable for mileage allowances in excess of the above obligation. In the event that a party other than the shipper using these rates submits a claim to railroad for mileage allowance payments in excess of BNSF's obligation under this tariff, shipper shall, at BNSF's option, either (1) release, defend and indemnify BNSF from said claim including attorney's fees and cost of litigation, or (2) reimburse BNSF for excess mileage allowances paid by BNSF within thirty (30) days of notice by BNSF.

---

***Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico***

Shipments of Grain and Grain Products, as defined in Tariff BNSF 4022-4023 Series, from BNSF origins to destinations in Mexico may only be made under a Straight Bill of Lading. Order Bills of Lading for shipments of Grain and Grain Products billed to destinations in Mexico will not be accepted by the BNSF.

***Item 2220 - Receipt and Delivery of Freight, Restrictions On***

Nothing in tariffs to which BNSF is a party shall require BNSF to receive or deliver any carload or less than carload shipment when such receipt or delivery is impracticable because of any riot, strike, picketing or other labor disturbance.

***Item 2240 - Refused or Unclaimed Freight***

The following practice will be followed in the handling of freight which is refused or unclaimed.

A. Non-Perishable Freight Consignee, as described in the waybill, will be notified promptly of the arrival of shipments at destination. In case of refusal by consignee to accept the freight, or if freight is unclaimed five days after notice of arrival has been duly sent or given, consignor will be sent a notice showing:

    Name of consignee
    Description of freight
    Point of origin and date of shipment whether property has been refused or remains unclaimed;

   which notice should also state substantially that if disposition is not arranged for, the property will be subject to sale as provided in Section 4, Paragraph (b) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

B. Perishable Freight Consignee will be notified promptly of the arrival of perishable freight, but whenever necessary to prevent loss or waste, perishable freight which is refused, unclaimed or undelivered may be sold at the discretion of the carrier, without advertising and without further notice, as provided in Section 4, Paragraph (c) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

*Item 2260 - Return of Refused or Rejected Shipments*

A. When a shipment has reached destination but is refused or rejected and not unloaded and is returned to the original point or a directly intermediate point, the return movement will be subject to (1) the rate, minimum weight and route from the original point in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applicable for such return movement, if lower.

B. When the refused or rejected shipment moved to destination from a transit station on a reshipping or transit balance rate, the return movement to the transit station will be subject to (1) the local or joint carload rate, minimum weight and route from the transit station to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

C. When a refused or rejected car was part of a shipment subject to multiple car or unit train rates, the return movement will be subject to (1) the applicable single car rate, minimum weight and route from the original shipping point to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

D. The provision of this item do not apply to Coal (STCC 11).

*Item 2280 - Rules Governing Transportation of Railway Passenger Cars*

Except as otherwise provided, BNSF will not accept for transportation over its line or for placement or storage on its tracks or in its yards any railway passenger car or railroad business car, with or without passengers.

*Item 2300 - Surcharge for FVW and WC*

Rates on all carload traffic originating at Wisconsin stations on the Wisconsin Central Ltd. (WC) and Fox Valley & Western Ltd. (FVW) are subject to the surcharge provisions of Tariff WC 9017.



BNSF-0510336

DA03669

## SECTION 3 - Specific Rules And Regulations - With Charges

### *Item 3000 - Charge - Cancellation of Car Order*

A. If the service of switching or placing has been performed and the car order is canceled, reduced or changed, in addition to the cancellation charge, an intra-terminal switch, as published in the applicable BNSF switching book, will be assessed.

B. A cancellation charge of $75.00 per car, except Mechanical Refrigerator cars a charge of $300.00 per car, will be applied whenever an unfilled car order is canceled, reduced or changed. Cars must already be applied to the order and one of the following conditions must be met before charges are applicable:

   1. If order is for equipment furnished by BNSF, cars must be spotted at industry at the time the order is canceled, reduced, or changed (See NOTE); or

   2. If order is for equipment furnished by a foreign carrier, cars must be placed on interchange track, already received by BNSF, or spotted at industry at the time the order is canceled, reduced or changed.

NOTE. The cancellation charge does not apply to BNSF owned or leased equipment ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12163 of BNSF 4022-Series and BNSF 4023-Series.

---

### *Item 3020 - Charge - Cleaning and Disinfecting Cars*

When BNSF is required to disinfect or clean a box car under State, Federal, County, or Municipal regulations, a charge of $234.00 per car will be assessed against the freight payor of the shipment for which such cleaning and disinfecting is made. This charge will be in addition to any applicable charge for fumigation.

---

### *Item 3040 - Charge - Sugar Covered Hopper Cars Rejected for Cleaning*

Empty Covered Hopper Cars, last containing Sugar (STCC 20-621 and 20-629), rejected for cleaning will be subject to a charge of $800 when the prior load was originated by the current shipper rejecting the car.

---

### *Item 3060 - Charge - Detention on Heavy Duty Flat Cars*

For detention and use charges on heavy duty flat cars, see Tariff RPS 6740-Series.

---

*Item 3080 - Charge – Detention on Mechanical Refrigerator Cars with Inside Length Greater than 63 Feet*

This item applies only on railroad owned or railroad controlled Mechanical Refrigerator Cars with inside length greater than 63 feet. The charges herein apply whether or not the refrigeration unit is running. In determining the assessment of charges, Sundays will be considered chargeable days and the 12 Holidays as listed in BNSF Demurrage Book 6004, Item 140 series will be considered free days.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed at destination, or are constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After three days, detention charges of $100 per day per car will be assessed against the party unloading the railcars. Also, detention will be calculated from the first 12:01 a.m. after empty cars are actually placed at origin, or are constructively placed either short of origin or at origin, and will continue until such time as cars are released as a load with proper billing. After three days, detention charges of $100 per day will be assessed against the party loading the railcars.

All detention charges will be issued by BNSF and are payable to BNSF whether the loader or unloader is located on the BNSF, served through reciprocal switching or is located offline from the BNSF.

*Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments*

A. This item applies for transportation in freight service of each attendant/rider accompanying freight shipments where such transportation is reasonably required. This item will apply only when advance arrangements have been made between the party to accompany freight shipment and BNSF. Each attendant/rider accompanying a shipment under the provisions of this item must execute a BNSF Release Form in accordance with Rule 43 of the Uniform Freight Classification Tariff UFC 6000-Series prior to movement of shipment. Bill of lading covering shipment must indicate when attendant/rider will accompany the shipment, number of such attendants/riders, and points between which they are to accompany the shipment. BNSF is not required to furnish special accommodations for person(s) riding freight trains.

B. The one-way charge for each attendant/rider accompanying freight shipments is as follows:

BNSF Charge Per Attendant/Rider

| BNSF Mileage | Charge Per Attendant/Rider |
|---|---|
| 1000 or less | $250.00 |
| 1001 to 2000 | $400.00 |
| 2000 and over | $650.00 |

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF6003 Rail Mileage Inquiry at www. BNSF.com.

*Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight*

Traffic of exceptional dimensions or weight, which can only be handled subject to restrictions when accompanied by representatives of the Track and Signal Departments to remove and replace switch stands, targets, and dwarf signals, reinforcing of bridges or track or any extra work required to be done over and above normal handling by representatives of Car or Engineering Department to accompany load for safety reasons, will be subject to additional charges over and above the freight charges based on actual cost incurred by BNSF for services performed.

---

*Item 3140 - Charge - Document Delay Charges on Export Traffic to Mexico*

Carload shipments moving from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions when held on the BNSF awaiting clearance of Mexican Customs and release for entry into Mexico.

A. Calculations of Charges:

1. Seventy-two (72) hours free time will be allowed for the surrender of all documentation necessary for the clearance of Mexican Customs and release for entry into Mexico.

2. Free time will be computed from the first 12:01 a.m. after "Despacho Previo" (See Note) notification. Saturdays, Sundays, and holidays will be excluded in the computation of free time except as noted below.

   Note: "Despacho Previo" is a Mexican Customs' program to pre-clear exports from the United States into Mexico prior to the interchange of cars to a Mexican railroad.

3. Following the expiration of free time, a Document Delay charge of $50.00 per car, per day, or fraction thereof, will be assessed until the car is released for entry into Mexico.

4. Saturdays, Sundays, and holidays, occurring subsequent to any chargeable day, will be considered chargeable days.

B. Notification and Release:

1. "Despacho Previo" notification will be sent or given by the BNSF to the consignee, or party to receive same, when unit enters the BNSF computer system through customer shipping instructions or interchange receipt from connections carriers.

2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met:

   (a) All freight and accessorial charges due the BNSF have been paid; and

   (b) All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF; and

(continued on next page)

*Item 3140 - Charge - Document Delay Charges on Export Traffic to Mexico (concluded)*

(c) All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF.

C. Holidays:

The United States holidays, as defined in Item 1010 (Non-Chargeable Day) of BNSF Demurrage Book 6004-Series, and the following official Mexican Holidays, will be recognized as holidays in the calculation of charges.

Constitution Day - February 5
Birthday of Benito Juarez - March 21
Holy Thursday - Thursday before Easter Sunday
Labor Day - May 1
Battle of Puebla - May 5
Independence Day - September 16
Columbus Day - October 12
State of the Union Address - November 1
All Saints Day - November 2
Anniversary of Mexican Revolution - November 20
Our Lady of Guadalupe Day - December 12

---

*Item 3180 - Charge - Failure to Complete Unloading of Bentonite Clay*

Open-top or covered hopper cars of Bentonite Clay (STCC 14-511-10 and 32-952-32), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rules 14 and 27 in Tariff UFC 6000-Series.

---

*Item 3200 - Charge - Failure to Complete Unloading of Industrial Sand*

Covered hopper cars of Industrial Sand (STCC 14-413), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge for any material over 1,000 pounds at a rate of $75.00 for each 2,000 pounds of material over the first 1,000 pounds. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

---



BNSF-0510340

DA03673

*Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC*

This item applies on all railroad and railroad controlled cars for which BNSF pays or receives per diem, including BNSF owned or leased cars.

A. Seven (7) days free time will be allowed from the arrival of loaded or the availability of empty cars for delivery to a water carrier at the BNSF terminal yard in Vancouver, BC, and shall be considered delivered following notification.

B. Free time will begin at the first 12:01 a.m. following telephone notification, confirmed by Fax transmission of the arrival of loaded cars; or the telephone notification of empty cars available at the BNSF terminal yard in Vancouver, BC.

C. After expiration of the free time, the following detention charges apply:

    $20.00 per car per day for each of the first fourteen (14) days; and
    $60.00 per car per day for each subsequent day.

D. Once detention charges commence, charges are applicable until cars are returned to BNSF tracks in Vancouver, BC.

E. Traffic subject to the provisions of this item are not subject to the provisions of BNSF Demurrage Book 6004-Series, except that the provisions of Item 110 (Charges on Cars Containing Explosives or Hazardous Materials) to BNSF Demurrage Book 6004-Series will apply.

*Item 3240 - Charge - Hazardous Materials Destined to Canada*

When a shipment of Hazardous Materials arrives at a border crossing between the United States and Canada without proper documentation in compliance with Canadian Transport Commission Regulations, including the Canadian Hazardous Materials Description and proper Canadian Hazardous Materials Placards attached to the car, and the shipment must be held by BNSF at the border crossing, a charge of $88.00 per day, or portion of a day, will be assessed from the first 7:00 a.m. following notice to the consignor that the shipment is being held awaiting proper documentation and/or placards.

Demurrage and storage charges named in BNSF Demurrage Book 6004-Series will also apply.



BNSF-0510341

DA03674

***Item 3260 - Charge - Failure to Complete Unloading of Sugar***
***Issued February 23, 2001 – Effective February 24, 2001***

When Covered Hopper Cars of sugar, which are released from unloading, but have not been completely unloaded, are returned to the original shipping point for reasons other than carrier's error, the return will be subject to one of the following conditions, whichever is lower, with a minimum charge of $350: (1) to the rate, minimum weight, and route applicable for such return movement; or (2) the rate, minimum weight, and route from the original point in effect on the date shipment is tendered for return, to the actual weight of the return movement.

Cars will be considered as completely unloaded if the sugar remaining in the car does note exceed three (3) percent of the weight of the last loaded movement.

Cars originating at Billings, MT; Lovell, WY; Longmont, CO; Sterling, CO; Rocky Ford, CO; Ft. Morgan, CO; Bayard, NE; Mitchell, NE; or Scottsbluff, NE may be returned to Billings, MT; Scottsbluff, NE; or Sterling, CO in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Billings, MT, Scottsbluff, NE, or Sterling, CO was the original shipping point.

Cars originating in Sidney, MT or Worland, WY may be returned to Sidney, MT or Worland, WY in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Sidney, MT or Worland, WY were the original shipping point.

Cars originating in Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN,; Wilds, MN; Bingham, MN or Moorehead, MN may be returned to Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN in lieu of the original shipping point. The return will be subject to the rate, minimum weight and route as though Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN were the original shipping point.

***Item 3265 – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets***
***Issued February 5, 2001 – Effective February 25, 2001***

Covered Hopper Cars of Sugar Beet Pulp Pellets (STCC 20-619), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the Unloader of the car responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

***Item 3280 - Charge - Shipments Held for Orders***

A. Carload shipments covered by "Order" or "Order Notify" Bills of Lading, or carload shipments covered by "Straight" Bills of Lading showing consignment to one party with instructions therein, or on which instructions are otherwise given to:

    1. Notify or advise another party and deliver only upon surrender of written order; or

    2. Deliver only upon surrender of original bill of lading; or

(continued on next page)

*Item 3280 - Charge - Shipments Held for Orders (concluded)*

3. When consigned in any other manner which imposes upon the carrier the obligation not to make delivery except upon surrender of original bill of lading or written order;

will not be moved to the designated place of delivery until bill of lading or written order has been surrendered or indemnity bond or other substitute security therefore as defined in Rule 7 of Uniform Freight Classification is given, subject to the provisions in this item and Exceptions 1 and 2 named below.

B. When the place of delivery is designated in the bill of lading or otherwise designated, prior to the arrival of car at destination, and delivery is made to such designated place of delivery, provided a shipment is actually held for surrender of the bill of lading or written order or substitute security as defined in Rule 7 of Uniform Freight Classification, the following charges will apply:

1. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given to an authorized representative of the line-haul delivering carrier prior to arrival at destination, there is no charge.

2. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given..

   (a) To the line-haul delivering carrier at other than destination, after car has arrived at billed destination; or

   (b) To the line-haul delivering carrier at destination or first available hold point prior to destination after notice of arrival is sent or given consignee or party entitled to receive same. If notice of arrival is sent or given consignee or party entitled to receive same on a Sunday or Holiday, as described in Item 1010 of BNSF Demurrage Book 6004-series, the bill of lading or written order does not have to be surrendered or indemnity bond or other substitute security does not have to be given until the first business day following the Sunday or Holiday; or

   (c) To any participating line-haul carrier, other than delivering carrier:

   Charge is $150.00 per car, not to exceed $600.00 per bill of lading, and is in addition to any other charges that may accrue (i.e., switching, demurrage, storage, etc.)

EXCEPTIONS:

1. Surrender of bills of lading, written orders or other required documents by means of U.S. Mail will be allowed. When mail service is used, the time of mailing by the party which undertakes to surrender such bill of lading, written order or other required document shall be deemed to be the time of surrender. In the case of dispute as to the time of mailing, the postmark date shall govern.

2. When the original bill of lading or written order covering a shipment is not available, the shipment may be delivered in advance of the surrender of the bill of lading or written order as provided in Rule 7 of the Uniform Freight Classification.

***Item 3300 - Charge - Special Freight Train Service***

A. Definition of Special Freight Train Service.

1. A train which is operated on an expedited schedule or under special service or transportation requirements specified by the consignor, consignee or the agent of either.

2. A train which is assembled in accordance with instructions given to a rail carrier by the consignor, consignee or the agent of either.

3. A train which is necessary in order to comply with service or other transportation requirements specified by any party to the movement

4. If the special train has cars for more than one destination, each stop will constitute a special run and charges for the special movement will be assessed from shipping point to first destination, from first destination to second destination, each as a separate and complete transaction.

B. Requirements for Special Freight Train Service.

Consignee, consignor or the agent of either must request this service in writing or by electronic device to BNSF Marketing/Sales Representative. Requests must be made in sufficient time to enable this carrier and all other carriers to consummate whatever arrangement or agreement which may be necessary to facilitate the movement of such trains. Requests should include, but are not limited to the following information: Date service is required or service window, if applicable; Routing, including origin and destination; Car initial(s) and number(s); Letter of authorization to bill charges, including appropriate patron codes, etc.

C. Furnishing of Special Freight Train Service.

Upon request, service will be provided at the convenience of all carriers involved in the movement.

D. Charges for Special Freight Train Service.

BNSF charges are as follows and will be calculated over the actual distance (route) operated by the special train at a charge of $58.00 per mile subject to a minimum charge of $7,500.00. This charge is in addition to published or contract freight rates. Charges for other carriers involved in joint line or local movements will be handled under the provisions of Accounting Rule 11.

E. Switching Charges for Special Freight Train Service.

Switching charges will be assessed as outlined in Special Switching Service items in applicable BNSF switching tariffs.

F. Distances.

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF mileage Inquiry at BNSF.Com using the actual route of the movement.



BNSF-0510344

DA03677

***Item 3320 - Charge - Turning of Empty Unit Train Cars***

Upon request of the car owner or lessee, BNSF will turn an entire unit train of empty cars on railroad owned tracks or privately owned loop tracks at a time and place convenient for normal carrier operations, subject to a charge of $1,575.00 per turn. This charge will not apply in connection with cars for loading of Grain or Grain Products moving under rates in Tariff BNSF 4022-Series.

***Item 3340 - Charge - Destination Detention on Sugar Cars***

This item to apply to shipments of Sugar (STCC 20-621 and 20-629) moving in Covered Hopper Cars which are railroad owned or railroad controlled.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed, constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After five days, detention charges of $50 per day per car will be assessed against the Consignor of the railcars. These charges are in addition to any demurrage charges which may also apply.



**BNSF-0510345**

**DA03678**

*Item 3375A - Charge – Fuel Surcharge, Issued May 1, 2001 – Effective July 1, 2001*

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, if applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month (Time Period) equals or exceeds $1.30 per gallon a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the 1st of the second following month. Such fuel surcharge shall be included on the bill for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the fuel surcharge.

Fuel Surcharge Rates (FSR) will be adjusted monthly. The Fuel Surcharge Table will be subject to annual review, for changes in the 5 year rolling average price of HDF, and BNSF's Fuel Intensity, per BNSF's annual report.

FSR = See Table Below.
Where FSR = Fuel Surcharge Rate.
HDF = prior Time Periods U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

Fuel Surcharge applies only when the FSR equals or exceeds 1%.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

***Example:***

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.556 Per Gallon. Therefore, July's FSR would be 3.5%.

Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.35.

***Item 3400-B - Terms Governing Extension of Credit for Payment of Transportation Charges, Issued May 25, 2001 – Effective May 26, 2001***

If credit is extended to Applicant for the payment of transportation charges, Applicant agrees to pay such transportation charges within the following time periods:

(a) Freight Charges – 15 Calendar days from the date of the freight bill.
(b) Miscellaneous charges (e.g. demurrage, switching, weighing) – 30 calendar days from the date of the miscellaneous bill.
(c) Additional charges for freight transportation and related services (e.g. balance due bills) – 30 calendar days from the date of bill for additional charges.

NOTE: Errors discovered in bills by customers should be corrected by them and paid accordingly. Payment of all bills, including those corrected by customers, must be made within the credit period. Payment of bills alleged to be incorrect will not prejudice patron's claims, filed within the statutory period, for refund of overcharges. If customers receive bills that they feel they are not responsible for paying, they must notify the carrier within the credit terms that they are not responsible for paying the bills.

Payment of an amount less than stated on a BNSF invoice will be considered as payment on account and not as payment in full, not withstanding any notation to the contrary as payment on the payor's remittance. Acceptance by BNSF of the lesser amount will not constitute an accord and satisfaction. The payor will be advised of any remaining balance deemed due after application of the remitted funds.

FINANCE CHARGES:
The Burlington Northern and Santa Fe Railway will assess a finance charge of .033% per day (12% per annum) on unpaid bills for freight and miscellaneous charges, including demurrage, switching and weighing, which are past our credit terms. The finance charge continues to accrue daily until the date payment is received by BNSF, not the date payment is made or the date postmarked on the payment.

Customers with past due amounts will receive a finance charge invoice each month. Finance charges will be assessed on delinquent bills for freight or miscellaneous charges as of the end of the month reduced by amounts in dispute and any payments received by month end but not posted.

## SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada

### *Item 4000 - Application*

Except as provided for in the EXCEPTION below, the provisions of this Section and Sections 4A and 4B, apply only when specific reference is made to this Section in individual rate documents.

The regulations in this Section, and Sections 4A and 4B, governing the assessment and collection of charges on international freight traffic, in either direction between points in Canada and points in the United States, must be observed.

EXCEPTION: When traffic is moving under NSRQ 4401-Series, the provisions of this Section, and Sections 4A and 4B will apply.

### *Item 4020 - Basis Rate of Exchange*

For the purpose of determining the rate of surcharge and discount, as referred to in this Section, and Sections 4A and 4B, the following will apply:

The rate of exchange quoted for New York funds by the Wall Street Journal on the last day of each month will govern from the first to the fourteenth (inclusive) of the following month. Similarly, such quotation on the fourteenth will govern from the fifteenth to the last day (inclusive) of such month. Should the governing date fall on a Saturday, Sunday or United States legal holiday, the quotation of the preceding day will govern.

### *Item 4040 - Governing Date for Application of Surcharge or Discount*

The governing date for the application of surcharge or discount will be the date of the bill of lading.

### *Item 4060 - Surcharge or Discount to be Shown on Freight Bills*

The surcharge or discount will be shown as a separate item on the freight bill

## SECTION 4A - Applicable When United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001)

### *Item 4100 - Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply when converting Canadian Currency to U.S. Currency on traffic and to the extent indicated in Item 4120.

| When Rate of Exchange is: (See Item 4020) | Amount of surcharge or Additional collection |
|---|---|
| 1. Less than 7/8 of 1%. | None. |
| 2. Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| 3. Over 1%. | 60% of rate of exchange |

In determining the surcharge, when the rate of exchange is more than 1%, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

### *Item 4120 - Domestic Traffic*

The following will apply between Canada and the United States in both directions including advanced charges payable to United States Carriers.

| Application | Amount of surcharge on Additional collection |
|---|---|
| 1. On all shipments including advanced charges payable to United States carriers when such charges are payable and collected in Canada.<br><br>The surcharge should be added to the total through charges and must be assessed in all cases where the charges are collected at points in Canada, whether paid in Canadian or United States currency.<br><br>Such surcharge will accrue entirely to the Canadian carrier. | As per Paragraphs 2 (See NOTE). and 3 of Item 4100. |
| NOTE: Advanced charges, including customs duty and customs entry fees, payable entirely in the United States when such charges are payable and collected in 100% of rate of Canada Exchange. | 100% of Rate of Exchange |
| 2. When all charges are paid in United States Points in United States currency. | None |

## SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001)

*Item 4200 - Discount or Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply to the extent indicated in Item 4220.

| **When Rate of Exchange is: (See Item 4020)** | **Surcharge or Additional collection** |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1.25%. | 1/2 of 1%. |
| Over 1.25%. | 40% of rate of exchange |
| | **DISCOUNT (Allowance)** |
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| Over 1%. | 60% of rate of exchange |

In determining the rate of surcharge and the rate of discount, when the rate of exchange is more than shown in this item, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

---

*Item 4220 - Domestic Traffic*

A. The following will apply on traffic from Canada to the United States.

| **Application** | **Discount Allowance** |
|---|---|
| All charges, when prepaid, must be paid in Canadian Currency. | As per Paragraph 2 of Item 4200. |
| | **Surcharge or additional Collection to be prepaid** |
| All charges when billed "collect". | As per Paragraph 1 of Item 4200 |

B. The following will apply on traffic from the United States to Canada.

| **Application** | **Surcharge or additional Collection** |
|---|---|
| All charges, when "prepaid" | As per Paragraph 1 of Item 4200. |
| | **Discount Allowance** |
| All charges when billed "collect". | As per Paragraph 2 of Item 4200 |

## SECTION 5 – Car Hire On Traffic To Or From Mexico

### *Item 5000 - Application of Car Hire on Traffic To or From Mexico*

A. The provisions of this Section take precedence over all other car hire rates that may be published and applicable on traffic to or from Mexico if it were not for the provisions of this Section.

B. Carload freight for export to Mexico, and empty car or cars on BNSF car orders for loading in Mexico, are subject to the car hire charges as provided in Items 5020 through 5050 and documentation requirements identified in Item 5010.

C. The car hire charges named in Items 5020 through 5050 apply on all freight cars owned, leased, or controlled by any U.S. railroad, Canadian railroad or Trailer Train Corporation, except intermodal and heavy duty flat cars. Intermodal flatcars include all railcars with an AAR mechanical designation of FC or FCA, and doublestack cars with AAR car types codes of S000 through S999, as described in Tariff RER 6412-Series. Heavy duty flatcars include all railcars with AAR car type codes of F400 through F499, as described in Tariff RER 6412-Series.

D. Shipments held awaiting payment of fees or documentation are subject to any additional applicable charges, including demurrage, detention, and storage. Payment of the car hire charges will be accepted from the shipper, receiver, or an agent, but it is the responsibility of the party responsible for demurrage.

### *Item 5020 - Car Hire Documentation on Shipments From or To Mexico*

The following information must accompany payments of car hires charges:

1. Name of receiver or shipper in the United States.
2. Name of receiver or shipper in the Republic of Mexico.
3. Name, address, and telephone number of the customs broker.
4. Name of the party for whom the customs broker is acting.
5. Date of the request.
6. Car initials and number.
7. Car type.
8. Destination or origin in Mexico. (City and State)
9. The amount paid to BNSF for the shipment.
10. The check number and name of the bank on which the check is drawn.
11. The amount of the check.
12. An original signature of a party authorized to make the request.
13. Notation whether the party making the request is the shipper, the receiver, or an agent, and if an agent, for whom.

*Item 5040 - Car Hire Charges on Traffic Moving Via El Paso, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via El Paso, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 225 | 255 | 200 |
| Campeche | 300 | 255 | 200 |
| Chiapas | 300 | 255 | 200 |
| Chihuahua | | | |
| Ciudad Juarez | 40 | 40 | 40 |
| Other than Ciudad Juarez | 100 | 155 | 100 |
| Coahuilla | 100 | 155 | 100 |
| Colima | 225 | 255 | 200 |
| Distritio Federal | 225 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 225 | 255 | 200 |
| Guanajuato | 225 | 255 | 200 |
| Guerrero | 225 | 255 | 200 |
| Hidalgo | 225 | 255 | 200 |
| Jalisco | 225 | 255 | 200 |
| Michoacan | 225 | 255 | 200 |
| Morelos | 225 | 255 | 200 |
| Nayarit | 225 | 255 | 200 |
| Nuevo Leon | 150 | 200 | 150 |
| Oaxaca | 300 | 255 | 200 |
| Puebla | 225 | 255 | 200 |
| Queretaro | 225 | 255 | 200 |
| San Luis Potosi | 225 | 255 | 200 |
| Sinaloa | 150 | 200 | 150 |
| Sonora | 225 | 255 | 200 |
| Tabasco | 300 | 255 | 200 |
| Tamaulipas | 225 | 255 | 200 |
| Tlaxcala | 225 | 255 | 200 |
| Veracruz | 300 | 255 | 200 |
| Yucatan | 300 | 255 | 200 |
| Zacatecas | 225 | 255 | 200 |



BNSF-0510352

DA03685

*Item 5060 - Car Hire Charges on Traffic Moving Via Eagle Pass, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via Eagle Pass, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 200 | 255 | 200 |
| Campeche | 200 | 255 | 200 |
| Chiapas | 200 | 255 | 200 |
| Chihuahua | 150 | 200 | 150 |
| Coahuilla | | | |
| Piedras Negras | 40 | 40 | 40 |
| Other than Piedras Negras | 100 | 155 | 100 |
| Colima | 200 | 255 | 200 |
| Distritio Federal | 200 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 200 | 255 | 200 |
| Guanajuato | 200 | 255 | 200 |
| Guerrero | 200 | 255 | 200 |
| Hidalgo | 200 | 255 | 200 |
| Jalisco | 200 | 255 | 200 |
| Michoacan | 200 | 255 | 200 |
| Morelos | 200 | 255 | 200 |
| Nayarit | 200 | 255 | 200 |
| Nuevo Leon | 100 | 155 | 100 |
| Oaxaca | 200 | 255 | 200 |
| Puebla | 200 | 255 | 200 |
| Queretaro | 200 | 255 | 200 |
| San Luis Potosi | 150 | 200 | 150 |
| Sinaloa | 200 | 255 | 200 |
| Sonora | 200 | 255 | 200 |
| Tabasco | 200 | 255 | 200 |
| Tamaulipas | 100 | 155 | 100 |
| Tlaxcala | 200 | 255 | 200 |
| Veracruz | 200 | 255 | 200 |
| Yucatan | 200 | 255 | 200 |
| Zacatecas | 200 | 255 | 200 |



BNSF-0510353

DA03686

*Item 5080 - Car Hire Charges on Traffic Moving Via Laredo, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via Laredo, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 225 | 255 | 200 |
| Campeche | 225 | 255 | 200 |
| Chiapas | 225 | 255 | 200 |
| Chihuahua | 225 | 255 | 200 |
| Coahuilla | 100 | 155 | 100 |
| Colima | 225 | 255 | 200 |
| Distritio Federal | 225 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 225 | 255 | 200 |
| Guanajuato | 225 | 255 | 200 |
| Guerrero | 225 | 255 | 200 |
| Hidalgo | 225 | 255 | 200 |
| Jalisco | 225 | 255 | 200 |
| Michoacan | 225 | 255 | 200 |
| Morelos | 225 | 255 | 200 |
| Nayarit | 225 | 255 | 200 |
| Nuevo Leon | 100 | 155 | 100 |
| Oaxaca | 225 | 255 | 200 |
| Puebla | 225 | 255 | 200 |
| Queretaro | 225 | 255 | 200 |
| San Luis Potosi | 150 | 200 | 150 |
| Sinaloa | 225 | 255 | 200 |
| Sonora | 225 | 255 | 200 |
| Tabasco | 225 | 255 | 200 |
| Tamaulipas | | | |
| Nuevo Laredo | 40 | 40 | 40 |
| Other than Nuevo Laredo | 100 | 155 | 100 |
| Tlaxcala | 225 | 255 | 200 |
| Veracruz | 225 | 255 | 200 |
| Yucatan | 225 | 255 | 200 |
| Zacatecas | 225 | 255 | 200 |

*Item 5100 - Car Hire Charges on Traffic Moving Via Brownsville, TX*

Subject to the provisions of Items 5000 and 5010, the following car hire charges are applicable on traffic moving via Brownsville, TX in connection with BNSF. The charges, as shown, are stated in dollars per car in United States dollars.

| Origin or Destination State in Mexico (except as indicated) | Covered Hoppers | Box Cars | Gondolas Flat Cars Open Top Hoppers |
|---|---|---|---|
| Aguascalientes | 225 | 255 | 200 |
| Campeche | 225 | 255 | 200 |
| Chiapas | 225 | 255 | 200 |
| Chihuahua | 225 | 255 | 200 |
| Coahuilla | 100 | 155 | 100 |
| Colima | 225 | 255 | 200 |
| Distritio Federal | 225 | 255 | 200 |
| Durango | 100 | 155 | 100 |
| Estado de Mexico | 225 | 255 | 200 |
| Guanajuato | 225 | 255 | 200 |
| Guerrero | 225 | 255 | 200 |
| Hidalgo | 225 | 255 | 200 |
| Jalisco | 225 | 255 | 200 |
| Michoacan | 225 | 255 | 200 |
| Morelos | 225 | 255 | 200 |
| Nayarit | 225 | 255 | 200 |
| Nuevo Leon | 100 | 155 | 100 |
| Oaxaca | 225 | 255 | 200 |
| Puebla | 225 | 255 | 200 |
| Queretaro | 225 | 255 | 200 |
| San Luis Potosi | 150 | 200 | 150 |
| Sinaloa | 225 | 255 | 200 |
| Sonora | 225 | 255 | 200 |
| Tabasco | 225 | 255 | 200 |
| Tamaulipas | | | |
| Matamoros | 40 | 40 | 40 |
| Other than Matamoros | 100 | 155 | 100 |
| Tlaxcala | 225 | 255 | 200 |
| Veracruz | 225 | 255 | 200 |
| Yucatan | 225 | 255 | 200 |
| Zacatecas | 225 | 255 | 200 |

## SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1.**

---

***Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier***
***Issued January 16, 2001 – Effective January 17, 2001***

Mechanical refrigerated equipment furnished by railroads will not be required to maintain a temperature of lower than minus 5 degrees Fahrenheit. Shipper shall indemnify and hold harmless the railroads involved for any damage to commodity if a lower temperature is required.

Responsibility for adequate blocking, bracing, packaging and loading of the shipment lies entirely with the shipper. Shipper has responsibility for starting the refrigeration unit, setting thermostat to the billed temperature and ensuring proper cooling prior to releasing the shipment for movement. Carriers will not be responsible for damages resulting from non-compliance.

---

***Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment***

When movements are in cryogenic cars (CO2), shipper will be responsible for the cost of supplying the proper amount of carbon dioxide (CO2) for any car used in conjunction with rates published in this section. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in cryogenic cars.

When empty, cars are subject to the provisions of Tariff and ICC RPS 6007-Series Tariff.

---

***Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001***

1. Rule 705 - Frozen commodities

(a) Frozen commodities transported under mechanical protective service in BNSF owned or controlled mechanical refrigerator cars are subject to charges shown in item 6180 herein. Applicable charges in mechanical cars other than BNSF shall be governed by the rules and provisions of car owner.

(b) Shipper must place on bill of lading and shipping order, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE - RULE 705"

(c) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill with the following notation:
"RATE PER CAR INCLUDES MPS CHARGE"

2. Rule 710 - Non-frozen commodities

(a) Charges as published herein will apply on non-frozen commodities transported under mechanical protective service.

(continued on next page)

***Item 6040A - Rules Governing Mechanical Protective Service (concluded)***

(b) Shipper must indicate on the exempt bill of lading, shipping order and freight waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - NON-FROZEN COMMODITY, RULE 710. PRECOOLED LOAD, OPTIMUM TEMPERATURE INSIDE CAR _____ DEGREES."

(c) Prior to loading, all commodities must be precooled to the temperature desired for shipping. Any claim for lading loss or damage will be subject to compromise or declination if lading was not pre-cooled prior to loading. The burden of proof will be on the shipper to provide evidence of origin temperature of lading at time of loading.

(d) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill as follows:
BNSF cars: "RATE PER CAR INCLUDES BNSF MPS CHARGE."
Foreign cars: "RATE PER CAR INCLUDES FOREIGN MPS CHARGE."

3. Rule 720 - Mechanical car used for shipments where MPS not ordered
When a mechanical refrigerator car is furnished for railroad's convenience and shipper does not order MPS, the mechanical unit will not be operated and MPS will not apply. Shipper must specify on bill lading, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE NOT ORDERED - RULE 720. DO NOT OPERATE MECHANICAL."

***Item 6060 - Operation Of BNSF Owned Or Controlled Mechanical Units***

While mechanical units are being used by railroad, railroad shall perform such in transit temperature inspections as may be necessary and proper, at its expense. Railroad shall also perform routing servicing and running repairs to units. Railroad shall bill car owner, and car owner shall pay railroad, for services performed (other than inspection) and supplies furnished on the following basis:

1. Bills for fuel supplied or lube oil furnished mechanical cars should show equipment reference, service date, service location, gallons of fuel supplied and should be supported by information stating whether equipment was empty or loaded when service was performed and/or waybill date and number.

2. Bills for the pretrip inspection made prior to okaying car for loading, for the purpose of testing unit to determine that it is functioning satisfactorily or in need or repairs, will be rendered on the basis of $25.00 per car.

3. Refrigerant, antifreeze, supplies and repairs to units shall be billed as provided for in the field and office manuals of the code of interchange rules promulgated by the Association of American Railroads.

***Item 6080 - Empty Movement Of Privately Owned Cars***

The provisions of this item apply to rates published on shipments in cars of private ownership with the provision that the use of such cars is not subject to the payment of mileage allowances or to the provisions of Mileage Tariff and ICC RPS 6007-Series. Except as may otherwise be specifically provided in the Exempt rate quote, circular or memorandum, such rates include the movement of the empty car or cars to the point of prior loading via the reverse of the loaded route. Any other empty movement by the BNSF will be subject to charges provided in the applicable BNSF Tariff.

*Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc.*

Return of Pallets, Pallet Sides, Platforms, Skids, Dunnage, etc. shall not be included in rates for temperature controlled shipments (Rules 705 and 710).

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability*

BNSF offers the opportunity to ship temperature controlled commodities (Rules 705 and 710) pursuant to the terms and conditions of 49 U.S.C. Section 11706 (Carmack) liability, as an alternative to the claims provisions in this BNSF Rules Book, BNSF-6100 Series. Shipments made pursuant to the claim provisions of Section 11706 (Carmack) will be charged a higher rate, and the following conditions must be met in full:

(1) Not later than the time a car is ordered for loading the shipper must notify BNSF or its designated representative of the intention to make the shipment subject to the claim provision of 49 U.S.C. Section 11706 (Carmack). At that time the shipper must advise BNSF where and when the car will be available for BNSF representatives to inspect the loading and the loading method.

(2) The shipping order and receipt must be endorsed prior to the shipment, "The Shipment is subject to the Claim Terms of 49 U.S.C. Section 11706."

(3) Transportation charges must be prepaid.

Unless the shipper complies in full with the conditions stated above for application of Section 11706 liability, the shipment will be conclusively deemed to move under the 'alternate liability' terms and conditions of BNSF Rules Book, BNSF-6100 Series, and there will be a conclusive presumption that the shipper has given his written declaration and/or that the shipper and carrier have entered into a written agreement to this effect.

*Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001*

A. Upon tender of a shipment of exempt commodities as described in this contract. accompanied by the verbal shipping order (phone transmittal) and/or Electronic Data Interchange (EDI) transfer completed by shipper, BNSF will give its receipt for the goods and its acceptance of said billing instruction. to be performed in accordance with the contract. Acceptance of the shipping order by BNSF shall also be by verbal acceptance and/or confirmation of EDI transfer. In all matters described herein, BNSF acts as principal only with respect to transportation over its own line.

(continued on next page)

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (continued)*

B. Carriers will not be liable for loss, damage or delay caused in whole or in part by an Act of God, a public enemy, the authority of law, riots, strikes, acts of civil disobedience, inherent quality or characteristic of the commodity, natural shrinkage, an act or default of the shipper, owner or receiver or from shipments stopped and held in-transit at the request of the shipper, owner, or receiver.

C. BNSF agrees to transport shipment over its line with reasonable dispatch. BNSF and connecting carrier do not guarantee rail service on any scheduled time frame.

D. BNSF and connecting carrier shall not be liable for breakage or bruising damage to lading unless shipper provides physical evidence of railroad negligence. Shifting of a load, alone, shall not be considered as evidence of such negligence

E. BNSF and connecting carrier shall not be liable for deterioration resulting from improper loading or overloading of the equipment or from the use of containers or stacking methods which do not permit the adequate flow of air throughout the load.

F. BNSF and connecting carriers shall not be liable for market decline.

G. BNSF and connecting carriers shall not be liable for shortage unless there is physical evidence of forced entry to the transportation equipment. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. In addition, origin and destination seal records must be furnished.

H. In no event shall BNSF and connecting carriers be liable for lading replacement costs or for special or consequential damages.

I. Shippers and/or consignee must mitigate damage situations by accepting the damaged cargo unless it is totally worthless. Shippers and/or consignees may not abandon damaged or partially damaged shipments to the railroad when the damaged shipments retain substantial value. Product that is abandoned to the carrier in an undamaged condition shall be sold for the account of whom concerned and salvage proceeds only, less any salvaging expenses incurred shall be remitted to the beneficial owner.

J. Carriers do not undertake to overcome the inherent tendencies of perishable goods to deteriorate or decay. Carrier has no liability for deterioration when the amount of deterioration could reasonably be expected to occur during normal rail transport. When the amount of deterioration is intensified due to diseases or due to decayed or damaged condition of the perishable goods at rail origin, rail carrier has no liability for this intensified deterioration.

K. In the event an act or omission of any party involved in the transportation process (shipper, carrier, receiver) is not the sole cause but contributes to any loss or damage, each party will be liable for only that portion of the loss or damage which was reasonably caused by its negligence. If the loss or damage results from the concurrence of an act or omission by BNSF and an act of God, then the liability of BNSF shall be no greater than the percentage of proven causal negligence of BNSF.

(continued on next page)

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (concluded)*

L. Carrier has no liability for deterioration of perishable goods when carrier refrigeration equipment functions properly within 10 degrees of the billed instruction (as monitored and recorded from the railcar's thermometer) and shipment is handled with reasonable dispatch.

M. On shipments where it is determined that the commodity pulp (body) temperature is something other than the billed temperature, it will not be BNSF's responsibility to bring said commodity's pulp temperature down to conform to billing temperature. When records indicate that the mechanical refrigeration unit was properly operating, carrier(s) will not be responsible for lading off condition.

N. Carrier shall not be liable for product loss arising from any cause, including temperature, after notice of constructive placement availability at the billed destination. Subsequent to such notice carriers will not be responsible for temperature monitoring, fuel, etc.

O. When handling perishable boxcar shipments in foreign line marked equipment, BNSF will be extended its longest line haul. Longest line haul shall mean BNSF's nearest point of interchange to the foreign carrier's billed origin location. Point of interchange shall be as identified in the Official Railroad Station List (OPSL 6000 including supplements) and subject to BNSF operating convenience. When BNSF is by necessity a switch carrier only, or does not receive its longest haul, BNSF will not be liable in full or part for any product claim. It will be shipper's responsibility to ensure that proper rate and route authorities are published.

Any Mechanical Protective Service performed by BNSF when handling perishable boxcar shipments in foreign line marked equipment shall be billed to the car owner in accordance with AAR interchange rules. If the shipment is in non-compliance of this section, and BNSF performs proper MPS service, BNSF will not participate in any freight claim payment. In the event that BNSF fails to exercise due diligence in the correction of an off-temperature condition than BNSF will participate in the distribution of any freight claim payment in accordance with AAR freight claim rules.

P. The shipper and consignee shall indemnify and hold harmless the carrier from any loss, damage, personal injuries and/or death resulting from failure to comply with the provisions contained herein. Acceptance of shipment by the carrier for transportation shall not be a waiver of this liability.

***Item 6160 - Claim Procedures***
*Issued January 16, 2001 – Effective January 17, 2001*

A. The rates and charges agreed upon for the shipment and the terms, conditions and provisions herein stated require that the shipper only, whether acting as principal or agent, must file any claim for loss and damage exclusively with BNSF or carrier on whose line the loss, damage, injury or delay occurred.

B. As a precedent to recovery for any loss or damage to lading, claims must be received by BNSF or carrier on whose line the loss, damage, injury or delay occurred, in writing from the shipper within three months after delivery of the shipment at its final railroad destination or, in the case of failure to make delivery, then within three months after a reasonable time for delivery has elapsed. BNSF shall pay, decline or offer to compromise claims within three months from the date received.

*C.* As a condition precedent to recovery of any claim, the consignee must immediately notify the destination carrier, shipper and BNSF upon discovery of any damage and allow destination carrier or its agent to inspect. Such notification to carrier and shipper must be made within 24 hours of notification of shipment's arrival. Failure of the rail carrier to inspect damaged cargo for whatever reason will not relieve the burden of the claiming party to establish that cargo was received in a damaged condition nor will it be considered an admission of liability by the rail carrier.

D. All written claims must include the following documentation:

1. A demand for payment of a specific amount.

2. Information identifying the rail shipment including equipment initials and number, shipper and receiver's name, shipping date and commodity.

3. Origin records or certification as to the condition and quantity of the lading at the time tendered to the origin rail carrier.

4. Destination records as to the condition and quantity of the lading at the time received from the destination rail carrier.

5. Verification of the amount claimed including original invoices, repair bills and account of sales.

6. Evidence as to the disposition of the damaged lading.

7. On fresh fruits and vegetables, origin and destination USDA inspections or Canadian government equivalent

E. All loss and damage lading claims filed with BNSF must be mailed to:
Director, Freight Claims
Burlington Northern Santa Fe Railway Company
PO Box 1738
Topeka, KS 66601

F. Carrier's liability will not exceed the actual amount of physical loss or damage sustained to the lading including proven costs through mitigating the loss or damage. Claim calculation as well as any claim payment shall not exceed the delivered value of FOB origin invoice plus freight to destination, less the gross account of sales, plus a reasonable commission on those sales.

(continued on next page)

*Item 6160 – Claims Procedures (concluded)*

G. Claims or lawsuits for less than $1000.00 shall not be filed and no claim shall be paid if the amount of loss or damage is found to be under $1000.00 per carload.

H. Any suit against BNSF or its connecting carriers based on transportation provided under the terms of this circular shall be commenced within one year from the date of delivery, or in the case of failure to make delivery then within one year after a reasonable time for delivery has elapsed. Such suit shall be filed in the state or province of origin on or interchange to BNSF.

I. Any claim or suit not filed in strict accordance with the terms and conditions of this circular shall be void.

***Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car***

FRESH AND FROZEN COMMODITIES

| GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|
| ARIZONA | ARKANSAS | ALABAMA | DISTRICT OF COLUMBIA |
| ALBERTA | ILLINOIS | GEORGIA | CONNECTICUT |
| BRITISH COLUMBIA | IOWA | INDIANA | DELAWARE |
| CALIFORNIA | KANSAS | KENTUCKY | FLORIDA |
| COLORADO | LOUISIANA | MICHIGAN | MAINE |
| IDAHO | MANITOBA | MISSISSIPPI | MARYLAND |
| MONTANA | MINNESOTA | OHIO | MASSACHUESETTS |
| NEVADA | MISSOURI | ONTARIO | NEW BRUNSWICK |
| NEW MEXICO | NEBRASKA | TENESSEE | NEW HAMPSHIRE |
| OREGON | NORTH DAKOTA | WEST VIRGINIA | NEW JERSEY |
| UTAH | OKLAHOMA | | NEW YORK |
| WASHINGTON | SASKATCHEWAN | | NORTH CAROLINA |
| WYOMING | SOUTH DAKOTA | | NOVA SCOTIA |
| | TEXAS | | PENNSYLVANIA |
| | WISCONSIN | | PRINCE EDWARD ISLAND |
| | | | RHODE ISLAND |
| | | | SOUTH CAROLINA |
| | | | VERMONT |
| | | | VIRGINIA |

| TO GROUP / FROM GROUP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 650 |
| 2 | 550 | 500 | 550 | 600 |
| 3 | 600 | 550 | 500 | 550 |
| 4 | 650 | 600 | 550 | 500 |

SEATTLE, WA TO ALASKA = $650 PER CAR

INTRASTATE MECHANICAL PROTECTIVE SERVICE CHARGES = $250 PER CAR

MPS charges for all shipments in BNSF owned or controlled mechanical refrigerated cars where BNSF does not appear as a linehaul carrier in the route, will be $2000.

***Item 6200 - Stopping***

Stopping to complete loading or for partial unloading of cars with temperature controlled shipments (Rules 705 and 710) is not allowed.

***Item 6220 - Mexico***

Mechanical refrigerated cars owned or controlled by BNSF are not permitted to move into Mexico unless the governing rate document clearly states that rate applies for shipments destined to specified points in Mexico. If a mechanical refrigerated car moves into Mexico as a result of billing to a destination in Mexico in violation of this condition, the party who billed the car will be subject to a charge of $10,000 in addition to applicable charges for movement of commodity. If a mechanical refrigerated car moved to Mexico in violation of this condition sustains loss or damage from any cause, the party billing such car shall also be liable for such loss and damage. Failure of any Railroad to prevent the movement of the car to Mexico shall not constitute a waiver of BNSF's right to enforce this item.

***Item 6240 - Cleaning Fees***

Mechanical refrigerated cars received by BNSF requiring extensive cleaning will be subject to a $350 cleaning fee. Mechanical Refrigerated cars received by BNSF requiring washing will be subject to a $850 cleaning fee. This fee will be assessed against the last party releasing the car.

**END**



BNSF-0510364

DA03697

**THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY**
**BNSF RULES BOOK 6100-A**
**(Cancels BNSF Rules Book 6100))**

**CONTAINING**
**RULES, REGULATIONS AND SPECIAL CHARGES**
**GOVERNING**
**THE TRANSPORTATION OF FREIGHT**
**ON**
**THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY**
**IN**
**THE UNITED STATES AND CANADA**
**AND**
**REGULATIONS GOVERNING CURRENCY EXCHANGE ON TRAFFIC**
**FROM, TO AND BETWEEN STATIONS IN CANADA**
**AND**
**CAR HIRE ON TRAFFIC TO OR FROM MEXICO**

**For explanation of abbreviations / reference marks, see Item 110**

**ALSO APPLICABLE ON INTRASTATE TRAFFIC**

**ISSUED DECEMBER 29, 2000** **EFFECTIVE JANUARY 1, 2001**

**Issued by J. C. Engstrom, P. O. Box 961069, Ft. Worth, TX 76161-0069**

Table of Contents

Item 100 - BNSF Web Site ... 4
Item 110 - Explanation of Abbreviations and Reference Marks ... 4
Item 120 - Method of Canceling Items ... 5
Item 130 - Notification of Changes ... 5

**SECTION 1 - General Rules And Regulations ... 5**
Item 1000 - Description of Governing Classification ... 6
Item 1020 - Station Lists and Conditions ... 6
Item 1040 - Explosives and Dangerous Articles ... 6
Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc ... 6
Item 1080 - Omnibus Clause ... 6
Item 1100 - Application of Items to Non-Regulated Traffic ... 7
Item 1120 - Consecutive Numbers ... 7
Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001 ... 7

**SECTION 2 - Specific Rules And Regulations - Without Charges ... 8**
Item 2000 - Charges Payable in United States Funds ... 8
Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap ... 8
Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In ... 8
Item 2060 - Definition of "Intrastate" and "Interstate" Traffic ... 8
Item 2080 - Distance, Method of Obtaining ... 8
Item 2100 - Emergency Routing ... 9
Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP ... 9
Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic ... 9
Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic ... 9
Item 2180 - Mileage Allowance Application ... 9
Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico ... 10
Item 2220 - Receipt and Delivery of Freight, Restrictions On ... 10
Item 2240 - Refused or Unclaimed Freight ... 10
Item 2250A – Rule Governing Security-Type Seals Application, Issued January 31, 2002 – Effective March 1, 2002 ... 10
Item 2260 - Return of Refused or Rejected Shipments ... 11
Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restriction - Issued April 04, 2002 – Effective April 05, 2002 ... 11
Item 2280 - Rules Governing Transportation of Railway Passenger Cars ... 13
Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001 ... 13
Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 ... 14

**SECTION 3 - Specific Rules and Regulations - With Charges ... 15**
Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002 ... 15
Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001 ... 15
Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, ... 15
Cancelled Effective October 31, 2001 ... 15
Item 3060 - Charge - Detention on Heavy Duty Flat Cars ... 15
Item 3080C - Charge – Detention on Mechanical Refrigerator Cars, Issued November 15, 2002 – Effective December 1, 2002 ... 16
Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments ... 17
Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight ... 18
Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico, Issued November 29, 2001 – Effective December 24, 2001 ... 18

Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001 ........ 19
Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand, ........ 19
Cancelled Effective October 31, 2001 ........ 19
Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC ........ 20
Item 3240 - Charge - Hazardous Materials Destined to Canada ........ 20
Item 3250 – Failure to Complete Unloading of Railcars, ........ 20
Issued October 10, 2001 – Effective November 1, 2001 ........ 20
Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003 ........ 21
Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets ........ 21
Cancelled Effective October 31, 2001 ........ 21
Item 3280 - Charge - Shipments Held for Orders ........ 21
Item 3300C - Charge - Special Freight Train Service – Issued February 28, 2003 – Effective March 21, 2003 23
Item 3320 - Charge - Turning of Empty Unit Train Cars ........ 24
Item 3340 - Charge - Destination Detention on Sugar Cars ........ 24
Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001 ........ 24
Item 3375B - Charge – Fuel Surcharge, Issued April 28, 2003 – Effective May 1, 2003 (Reduction) ........ 25
Item 3400D – Credit Terms, Issued February 24, 2003 – Effective February 25, 2003 ........ 26

**SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada ........ 28**
Item 4000 - Application ........ 28
Item 4020 - Basis Rate of Exchange ........ 28
Item 4040 - Governing Date for Application of Surcharge or Discount ........ 28
Item 4060 - Surcharge or Discount to be Shown on Freight Bills ........ 28

**SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001) ........ 29**
Item 4100 - Surcharge ........ 29
Item 4120 - Domestic Traffic ........ 29

**SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001) ........ 30**
Item 4200 - Discount or Surcharge ........ 30
Item 4220 - Domestic Traffic ........ 30

**SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001 ........ 31**
Item 5000 – Item Cancelled Account Obsolete ........ 31
Item 5040 – Item Cancelled Account Obsolete ........ 32
Item 5060 – Item Cancelled Account Obsolete ........ 33
Item 5080 – Item Cancelled Account Obsolete ........ 34
Item 5100 – Item Cancelled Account Obsolete ........ 35

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001 ........ 36**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1. ........ 36**
Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier ........ 36
Issued January 16, 2001 – Effective January 17, 2001 ........ 36
Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment ........ 36



BNSF-0511721
DA03700

Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002 ... 36
Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001 ... 37
Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002 ... 38
Item 6080 - Empty Movement Of Privately Owned Cars ... 38
Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc. ... 38
Item 6120 - Offer Of Section 11706 ('Carmack') Liability ... 38
Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded) ... 39
Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001 ... 39
Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001 ... 41
Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car ... 43
Item 6200 - Stopping ... 44
Item 6220 - Mexico ... 44
Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003 ... 44

*Item 100 - BNSF Web Site*

This Book is now available on the Internet for viewing or sending directly to your printer. The BNSF Home Page address is http://www.bnsf.com. BNSF has provided a link to the Adobe Homepage so that Acrobat Reader software can be downloaded onto your computer allowing you to print a copy, on your Personal Computer, that will mirror the hard copy you now get via mail. BNSF is also exploring ways to send interested parties an EMail message whenever an amendment or reissue of this Book takes place. Our ultimate goal is to have you, the user of this Book, obtain your copy of the printed information contained in this Book directly from the BNSF web site. **Beginning January 1, 2001 an annual $100 subscription fee will be assessed for those who wish to receive a hard copy through the mail.**

If, at this time, you are not prepared to obtain a copy of this Book directly from the BNSF web site, then a hard copy of this Book will be mailed to you, provided you furnish, to the address shown below, a formal written request for a printed copy. This formal request is required on an annual basis in accordance with the Surface Transportation Board's recent policy decision under Ex Parte 528, Disclosure, Publication, and Notice of Change of Rates and Other Service Terms for Rail Common Carriage.

If your company is already using the Internet and you visit the BNSF web site, your comments regarding access to the Book would be appreciated. If you are not currently using the Internet, your comments regarding the above concept would also be appreciated. All comments should be directed to:

Manager Auxiliary Prices
The Burlington Northern and Santa Fe Railway Company
P. O. Box 961069
Ft. Worth, TX 76161-0069

---

*Item 110 - Explanation of Abbreviations and Reference Marks*

| ABBREVIATION | EXPLANATION |
|---|---|
| BNSF | Burlington Northern and Santa Fe Railway Company, The |
| BOE | Bureau of Explosives |
| CFR | Code of Federal Regulations |
| CSP | Camas Prairie Railnet, Inc |
| OPSL | Official List of Open and Prepay Stations |
| NSRQ | Norfolk Southern Rate Quotation |
| RER | Official Railway Equipment Register |
| TM | The Texas Mexican Railway Company |
| UFC | Uniform Freight Classification |
| US | United States |

| REFERENCE MARK | EXPLANATION |
|---|---|
| (A) | Denotes increase. |
| (B) | Denotes reduction. |
| (C) | Denotes changes in wording which result in neither increases nor reductions in charges. |

*Item 120 - Method of Canceling Items*

As this book is revised, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 3000-A cancels item 3000, and item 3000-B cancels item 3000-A in a prior revision, which in turn cancelled item 3000.

*Item 130 - Notification of Changes*

1. As items in this book are revised, the remarks "Increase, Reduction or Change in Wording" will be shown in parenthesis to the right of the effective date of the item.

   Example:

   **Item 1000 – Description of Governing Classification**
   Issued March 1, 2001 – Effective April 1, 2001 **(Change in Wording)**

2. In addition, the effective date of the revised item will be added in parenthesis to the Table of Contents on page 1 to identify which item(s) have been changed.

   Example:

   Item 1000 – Description of Governing Classification **(Effective April 1, 2001)**

3. The paragraph that has been changed within the item will contain one of the following reference marks placed at the end of the paragraph.

   (A) Denotes Increase.
   (B) Denotes reduction.
   (C) Denotes changes in wording which result in neither increases nor reductions in charges.

   Example:

   The term "Uniform Freight Classification", when used herein, means UFC 6000-Series. **(C)**

**SECTION 1 - General Rules And Regulations**

***Item 1000 - Description of Governing Classification***

The term "Uniform Freight Classification", when used herein, means UFC 6000-Series.

***Item 1020 - Station Lists and Conditions***

This Book is governed by OPSL 6000-Series to the extent shown below:

A. For additions and abandonments of stations, and, except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight, and changes in station facilities. When a station is abandoned as of a date specified in OPSL 6000-Series, the rates from and to such station are inapplicable on and after that date.

B. For geographical locations of stations.

C. For the identification of stations when stations are shown or referred to by numbers.

***Item 1040 - Explosives and Dangerous Articles***

For rules and regulations governing the transportation of explosives and other dangerous articles, also specifications for shipping containers, and restrictions governing the acceptance and transportation of explosives and other dangerous articles, see BOE 6000-Series.

***Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc.***

Where reference is made in this Book to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

***Item 1080 - Omnibus Clause***

Except as otherwise provided, shipments made under rates referring to this Book are entitled to the following services: Car service, demurrage, drayage, diversion, inspection, reconsignment, stopping, storing, switching, transfer, weighing and other Terminal Services, and are subject to the charges therefor, if any, of the carrier performing the service.

*Item 1100 - Application of Items to Non-Regulated Traffic*

On non-regulated rail traffic, such as that transported under an exempt transportation contract, under an exempt rate quotation, or under an exempt rate memorandum, except to the extent that special provisions for accessorial services to be provided by BNSF are stated within the transportation contract, exempt rate quotation or exempt rate memorandum, the rules, regulations and charges for such accessorial services will be as set forth in tariffs or books to which BNSF is a party and shall apply to the same extent and in the same manner as if the subject transportation had been regulated.

As a partial listing of the accessorial services described herein, and not in limitation thereof, accessorial services are defined to include demurrage, detention of freight cars, diversion, holding cars, inspection, protective service, reconsignment, reweighing, special freight train service, spotting, stoppage to complete loading or partly unload, storage, switching, transit, weighing, and other services not specified above.

---

*Item 1120 - Consecutive Numbers*

Where consecutive numbers are represented in this Book by the first and last numbers connected by the work "to" or a hyphen, they will be understood to include both of the numbers shown and all numbers in between the first and last numbers.

If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

---

*Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001*

Car capacity parameters, formerly based on Nominal Capacity, are now based on Load Limit. For marked capacities, lengths, dimensions and cubical capacities of cars, see Equipment Characteristics at http://www.bnsf.com/cws/eqpumler/index.html.



BNSF-0511726

DA03705

## SECTION 2 - Specific Rules And Regulations - Without Charges

### *Item 2000 - Charges Payable in United States Funds*

Except as otherwise provided, rates and charges in this Book, and those making reference to this Book, are stated in money of the United States and are payable in United States' dollars or its equivalent.

---

### *Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap*

No claim or suit for the physical loss or damage to any shipment of Iron or Steel Scrap, transported via BNSF, shall be made or filed by a Customer for amounts of $250.00 or less (Minimum Claim Amount). If customer's proven loss or damage is in excess of the Minimum Claim Amount, the Minimum Claim Amount shall be deducted from any claim made against carrier(s) for any shipments transported by the carrier(s).

---

### *Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In*

If, by reason of the character, construction, or age of equipment furnished, the minimum carload weight, as specified in the tariffs or classifications, cannot be loaded, the minimum weight to be charged for on shipments loaded therein shall not exceed the safe loading capacity as determined by the Operating, Transportation or Inspection Departments.

---

### *Item 2060 - Definition of "Intrastate" and "Interstate" Traffic*

A. The term "Intrastate Traffic" applies to traffic having origin, destination and entire transportation within the same state.

B. The term "Interstate Traffic" applies to:

   1. Traffic having origin in one state and destination in another state; or

   2. Traffic having origin and destination within the same state when transported via a route operating through another state.

---

### *Item 2080 - Distance, Method of Obtaining*

Various charges in documents referring to this Book are based on mileages. To determine miles refer to BNSF Internet Public Rate Retrieval or BNSF Rail Mileage Inquiry at BNSF.com. When rates are not shown for exact distances, use rates for next greater distance.

---



BNSF-0511727

DA03706

*Item 2100 - Emergency Routing*

Rates in documents referring to this Book will apply only via the routes and junction points authorized therein, except that when in the case of pronounced traffic congestion (not an embargo), washout, wreck, or other similar emergency, or through carrier's error, carriers forward shipment via other junction points of the same carriers, the rate to apply will be that specified in the document referring to this Book but not higher than the rate applicable via the route of movement.

*Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP*

The following applies on freight shipments that are damaged in transit when moving via the BNSF from or to stations on the CSP.

1. Shipments damaged in transit and refused by consignees, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers via the route and line over which such shipments moved, free of any charges, or, at carrier's option, be forwarded to such point on its lines that offer the best facilities or opportunities for advantageous disposal.

2. Shipments refused by consignees owing to causes for which the carrier is wholly responsible, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers free of any charges, in the same manner as provided for shipments damaged in transit.

*Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic*

All carload rates and charges in connection with Arizona intrastate traffic are subject to the Arizona transaction privileges and educational excise taxes in effect at the time of shipment.

*Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic*

All carload rates and charges in connection with New Mexico intrastate traffic are subject to the New Mexico Gross Receipts Tax in effect at the time of shipment.

*Item 2180 - Mileage Allowance Application*

By use of rates making reference to this Book, shipper warrants that its interest in the equipment used under rates subject to this Book is sufficient to permit it to waive full payment of mileage allowance. Shipper will, and BNSF will not, be liable for mileage allowances in excess of the above obligation. In the event that a party other than the shipper using these rates submits a claim to railroad for mileage allowance payments in excess of BNSF's obligation under this tariff, shipper shall, at BNSF's option, either (1) release, defend and indemnify BNSF from said claim including attorney's fees and cost of litigation, or (2) reimburse BNSF for excess mileage allowances paid by BNSF within thirty (30) days of notice by BNSF.



BNSF-0511728

DA03707

### *Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico*

Shipments of Grain and Grain Products, as defined in Tariff BNSF 4022-4023 Series, from BNSF origins to destinations in Mexico may only be made under a Straight Bill of Lading. Order Bills of Lading for shipments of Grain and Grain Products billed to destinations in Mexico will not be accepted by the BNSF.

### *Item 2220 - Receipt and Delivery of Freight, Restrictions On*

Nothing in tariffs to which BNSF is a party shall require BNSF to receive or deliver any carload or less than carload shipment when such receipt or delivery is impracticable because of any riot, strike, picketing or other labor disturbance.

### *Item 2240 - Refused or Unclaimed Freight*

The following practice will be followed in the handling of freight which is refused or unclaimed.

A. Non-Perishable Freight Consignee, as described in the waybill, will be notified promptly of the arrival of shipments at destination. In case of refusal by consignee to accept the freight, or if freight is unclaimed five days after notice of arrival has been duly sent or given, consignor will be sent a notice showing:

    Name of consignee
    Description of freight
    Point of origin and date of shipment whether property has been refused or remains unclaimed;

   which notice should also state substantially that if disposition is not arranged for, the property will be subject to sale as provided in Section 4, Paragraph (b) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

B. Perishable Freight Consignee will be notified promptly of the arrival of perishable freight, but whenever necessary to prevent loss or waste, perishable freight which is refused, unclaimed or undelivered may be sold at the discretion of the carrier, without advertising and without further notice, as provided in Section 4, Paragraph (c) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

### *Item 2250A – Rule Governing Security-Type Seals Application, Issued January 31, 2002 – Effective March 1, 2002*

It is the shipper's responsibility to protect the safety and integrity of their lading, including but not limited to, the application of security-type seals to shipments for prevention of unauthorized access to lading. While in its custody, BNSF acknowledges its responsibility to maintain the integrity of the lading commensurate with its applicable common carrier or contract carrier obligation. However, the mere presence of a broken seal or missing seal, alone does not deem the lading to be contaminated or adulterated. Accordingly, BNSF will not acknowledge responsibility for alleged contamination or adulteration unless there is evidence to support same. Likewise, the shipper is responsible to provide documentary evidence that each shipment is properly protected with security seals prior to release at origin.



BNSF-0511729

DA03708

*Item 2260 - Return of Refused or Rejected Shipments*

A. When a shipment has reached destination but is refused or rejected and not unloaded and is returned to the original point or a directly intermediate point, the return movement will be subject to (1) the rate, minimum weight and route from the original point in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applicable for such return movement, if lower.

B. When the refused or rejected shipment moved to destination from a transit station on a reshipping or transit balance rate, the return movement to the transit station will be subject to (1) the local or joint carload rate, minimum weight and route from the transit station to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

C. When a refused or rejected car was part of a shipment subject to multiple car or unit train rates, the return movement will be subject to (1) the applicable single car rate, minimum weight and route from the original shipping point to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

D. The provision of this item do not apply to Coal (STCC 11).

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restriction - Issued April 04, 2002 – Effective April 05, 2002*

The provisions of 49 U.S. C. § 11706 do NOT apply to shipments which are governed by the terms of this Rule Book.

Carrier* will not be liable for loss, damage or delay to lading caused by an Act of God, a public enemy, the authority of law, labor strikes, acts of civil disobedience, the inherent nature or character of the lading, natural shrinkage, an act or default of the shipper/consignor, owner or consignee/receiver, or from any cause whatsoever which occurs while the lading is not in the actual physical custody and control of Carrier.

Shipper is responsible for proper and lawful packaging, loading, stacking, blocking, bracing and ventilation of the cargo. Shifting of a load enroute is, of itself, not evidence of Carrier mishandling. If other than a vehicle** with mechanical protection against heat and cold is requested by the shipper/consignor, Carrier is not responsible for the deterioration of the product which may occur because of temperature within the vehicle. Shipper is responsible for affixing a seal to each vehicle door or hatch.

Shipper acknowledges and accepts the inherent tendency of perishable goods to deteriorate or decay. Carrier is not liable for the decline of goods as is reasonably expected to occur while enroute. Carrier is not liable for the decline of goods attributable to disease or decay within the goods when loaded.

Carrier is not liable for shortage of lading unless there is physical evidence of unauthorized forced entry into the vehicle while in Carrier's possession. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. Origin and destination seal records must be furnished.

Carrier agrees to transport shipments with reasonable dispatch. Carrier does not guarantee rail service within any particular time frame. Carriers maximum liability for cargo is the lower of its original cost or the cost of replacement. Carrier is not liable for special or consequential damages or for damages due to market decline. Carrier will not be responsible for any loss, damage or delay to cargo that occurs outside of the United States or Canada.

(Item continued on next page)

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Continued)*

A claimant must mitigate its damage by acceptance of damaged cargo unless the goods are totally worthless. A claimant may not abandon damaged goods to Carrier when the damaged lading retains more than minimal value. Product that is abandoned to Carrier in an undamaged condition will be sold and the salvage proceeds only, less salvage expenses, will be remitted to the owner.

There shall be no presumption of carrier fault for the loss, damage or delay of cargo. The burden of proof to establish the culpability of Carrier is upon the claimant. Carrier is not liable for any loss, damage or delay of cargo, except where Carrier's intentional act or omission, gross negligence or simple negligence is the direct and proximate cause of the injury. If Carrier's act or omission is not the sole cause of the injury but contributes to the loss, damage or delay to the cargo, then Carrier will be liable only for that portion of the injury as corresponds to its comparative culpability.

Carrier's maximum liability per vehicle is $ 250,000.00. BNSF will not be liable for damage where BNSF's liability is determined to be $250.00 or less per vehicle. No claim will be filed or paid for injury to lading of less than $ 250.00 per vehicle. (Not applicable when in conflict with Item 6160 of this Rules Book.) (C)

**Filing of Claim**

As a condition precedent to the recovery on any claim, Carrier and shipper/consignor must be notified promptly upon discovery of the injury to cargo and Carrier must be allowed to inspect the lading. Failure of Carrier to inspect the cargo will not constitute an admission of liability by Carrier or alter the burden of proof on claimant to establish the liability of Carrier.

If the location of the loss, damage or delay to the cargo is known to the claimant, the claim must be filed with that rail carrier on whose line the injury occurred. Otherwise, the claim may be filed with any linehaul rail carrier in the route of movement.

As a condition precedent for recovery against Carrier, a claim for loss, damage or delay to the cargo must be filed within nine months of the date of delivery of nine months of the reasonably anticipated date of delivery if delivery is not made. Should Carrier decline a claim, suit thereon may not be brought more than nine months after the date of Carrier's written declination. Federal carrier law governs the determination of liability; no State or common law causes of action will be recognized. A lawsuit against Carrier based on indemnification must satisfy the aforestated time limitations for filing a claim and for initiating a lawsuit.

A claim must be in writing and must include the following documentation:

Information identifying the rail shipment, including vehicle initial and number, shipper's/consignor's and consignee's/receiver's name, address and telephone number, shipping date, and commodity.

Origin records or certification on the condition and quantity of the lading at the time the goods were tendered to the origin carrier.

Destination records or certification on the condition and quantity of the lading at the time the goods were received from the destination carrier.

A demand for payment of a specific amount, with a statement of the formula or basis on which the damages are calculated, plus evidence in support of the calculation.

Documentation as to disposition of damaged lading and the salvage proceeds therefrom.

On a fresh fruit or vegetable claim, origin and destination USDA inspection reports or the Canadian government equivalent.

(Item continued on next page)

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Concluded)*

A freight loss, damage or delay claim filed with BNSF is to be mailed to:

Director, Freight Claims
Burlington Northern Santa Fe Railway
Post Office Box 1738
Topeka, Kansas 66601

**Full Liability Transportation Service**

As an alternative to the foregoing Restricted Liability provisions, Carrier offers Full Liability transportation subject to the terms and conditions of 49 U.S.C.§ 11706 (Carmack Amendment) at a rate or charge higher than that applicable to transportation under restricted liability terms. If the shipper elects the Carmack Amendment alternative, it must: (a) not later than the time that the railcar is ordered for loading, notify Carrier of its intention to subject the shipment to 49 U.S.C. § 11706 and obtain from the Carrier the applicable transportation rate or charge; (b) place on the bill of lading or shipping order the notation "Shipment is subject to 49 U.S.C. § 11706"; and acknowledge that the linehaul transportation charge will be billed 'prepaid'. The shipper's failure to comply strictly with all of the requirements for transportation subject to 49 U.S.C. § 11706 shall create a conclusive presumption that the shipment is intended for transport on the Restricted Liability terms of this Item.

* "Carrier" includes BNSF Railway and all of its connecting linehaul and switching railroads on any shipment for which this Rule Book applies.
** "Vehicle" includes a railcar of any description, a trailer, or a container.

---

*Item 2280 - Rules Governing Transportation of Railway Passenger Cars*

Except as otherwise provided, BNSF will not accept for transportation over its line or for placement or storage on its tracks or in its yards any railway passenger car or railroad business car, with or without passengers.

---

*Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001*

BNSF will issue freight bills based on rates that are in effect at the time shipments are tendered to us for movement. Please show the applicable price authority number on your bills of lading (e.g., BNSFQ 12345).

BNSF will not allow backdated pricing to cover carload shipments where the customer tendered a shipment prior to a price agreement or after a price agreement has expired. If no other price is in place at the time of movement, existing public prices will be used. For joint line shipments, if an existing through price is not in place, then BNSF will rate and bill these as Rule 11 shipments. This means each line haul railroad will bill the customer for their portion of the shipment

---



BNSF-0511732

DA03711

*Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002*

## SECTION 3 - Specific Rules and Regulations - With Charges

*Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002*

A. The provisions of this paragraph are no longer applicable.

B. A cancellation charge of $75.00 per car, except Mechanical Refrigerator cars a charge of $300.00 per car, will be applied whenever a car that is already applied to a car order and that car order is canceled, reduced or changed. One of the following conditions must be met before charges are applicable:

   1. If order is for equipment furnished by BNSF, cars must be spotted at industry at the time the order is canceled, reduced, or changed (See EXCEPTION); or

   2. If order is for equipment furnished by a foreign carrier, cars must be placed on interchange track, already received by BNSF, or spotted at industry at the time the order is canceled, reduced or changed.

   3. If order is for equipment ordered by foreign carrier from BNSF, cars must be placed on interchange track or already delivered to foreign carrier at time the order is canceled, reduced or changed (See NOTE).

EXCEPTION: The cancellation charge does not apply to BNSF owned or leased equipment ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12163 of BNSF 4022-Series and BNSF 4023-Series.

NOTE: BNSF will not absorb any charges assessed by a foreign carrier for the handling of a car ordered and not used in transportation service. Any charges assessed by the foreign carrier will be billed to the party canceling the order.

---

*Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001*

When BNSF is required to disinfect or clean a box car under State, Federal, County, or Municipal regulations, a charge of $234.00 per car will be assessed against the freight payor of the shipment for which such cleaning and disinfecting is made. This charge will be in addition to any applicable charge for fumigation.

---

*Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, Cancelled Effective October 31, 2001*

Empty Covered Hopper Cars, last containing Sugar (STCC 20-621 and 20-629), rejected for cleaning will be subject to a charge of $800 when the prior load was originated by the current shipper rejecting the car.

---

*Item 3060 - Charge - Detention on Heavy Duty Flat Cars*

For detention and use charges on heavy duty flat cars, see Tariff RPS 6740-Series.

---

***Item 3080C - Charge – Detention on Mechanical Refrigerator Cars, Issued November 15, 2002 – Effective December 1, 2002***

This item applies only on railroad owned or railroad controlled Mechanical Refrigerator Cars. The charges herein apply whether or not the refrigeration unit is running. In determining the assessment of charges, Sundays will be considered chargeable days and the 12 Holidays as listed in BNSF Demurrage Book 6004, Item 140 series will be considered free days. (See Exception 1)

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed at destination, or are constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After three days, detention charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the party unloading the railcars. Also, detention will be calculated from the first 12:01 a.m. after empty cars are actually placed at origin, or are constructively placed either short of origin or at origin, or if actually placed prior to the date ordered from the first 12:01 of the order date, and will continue until such time as cars are released as a load with proper billing. After three days, detention charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the party loading the railcars.

All detention charges will be issued by BNSF and are payable to BNSF whether the loader or unloader is located on the BNSF, served through reciprocal switching or is located offline from the BNSF.

Exception:

1. This exception applies to mechanical refrigerator cars moving in BNSF revenue line haul service. When actual placement for loading or unloading is on Friday or Saturday, the Saturday preceding the first Sunday is non-chargeable and the first Sunday is non-chargeable. All subsequent Saturdays and Sundays are chargeable.

***Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments***

A. This item applies for transportation in freight service of each attendant/rider accompanying freight shipments where such transportation is reasonably required. This item will apply only when advance arrangements have been made between the party to accompany freight shipment and BNSF. Each attendant/rider accompanying a shipment under the provisions of this item must execute a BNSF Release Form in accordance with Rule 43 of the Uniform Freight Classification Tariff UFC 6000-Series prior to movement of shipment. Bill of lading covering shipment must indicate when attendant/rider will accompany the shipment, number of such attendants/riders, and points between which they are to accompany the shipment. BNSF is not required to furnish special accommodations for person(s) riding freight trains.

B. The one-way charge for each attendant/rider accompanying freight shipments is as follows:

BNSF Charge Per Attendant/Rider

| BNSF Mileage | Charge Per Attendant/Rider |
|---|---|
| 1000 or less | $250.00 |
| 1001 to 2000 | $400.00 |
| 2000 and over | $650.00 |

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF6003 Rail Mileage Inquiry at www. BNSF.com.

*Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight*

Traffic of exceptional dimensions or weight, which can only be handled subject to restrictions when accompanied by representatives of the Track and Signal Departments to remove and replace switch stands, targets, and dwarf signals, reinforcing of bridges or track or any extra work required to be done over and above normal handling by representatives of Car or Engineering Department to accompany load for safety reasons, will be subject to additional charges over and above the freight charges based on actual cost incurred by BNSF for services performed.

*Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico, Issued November 29, 2001 – Effective December 24, 2001*

Carload shipments moving from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions when held on the BNSF awaiting clearance of Mexican Customs and release for entry into Mexico.

A. Calculations of Charges:

1. Seventy-two (72) hours free time will be allowed for the surrender of all documentation necessary for the clearance of Mexican Customs and release for entry into Mexico.

2. Free time will be computed from the first 12:01 a.m. after "Despacho Previo" (See Note) notification. Saturdays, Sundays, and holidays will be excluded in the computation of free time except as noted below.

   Note: "Despacho Previo" is a Mexican Customs' program to pre-document exports from the United States into Mexico prior to the interchange of cars to a Mexican railroad.

3. Following the expiration of free time, a Document Delay charge of $50.00 per car, per day, or fraction thereof, will be assessed until the car is released for entry into Mexico.

4. Saturdays, Sundays, and holidays, occurring subsequent to any chargeable day, will be considered chargeable days.

B. Notification and Release:

1. "Despacho Previo" notification will be sent or given by the BNSF to the consignee, or party designated by the shipper to receive same, when unit enters the BNSF computer system through customer shipping instructions or interchange receipt from connections carriers.

2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met:

   (a) All freight and accessorial charges due the BNSF have been paid; and

   (b) All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF; and

(continued on next page)

*Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico (concluded)*

(c) All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF.
(d) Shipping instructions have been received by the Mexican rail carrier.

C. Holidays:

The following United States and Mexican holidays will be recognized as holidays in the calculation of charges:

New Year's Day – January 1
Martin Luther King Day – Third Monday of January
Constitution Day - February 5
Presidents Birthday – Third Monday of February
Birthday of Benito Juarez - March 21
Good Friday – Friday before Easter Sunday
Labor Day - May 1
Memorial Day – Last Monday of May
Independence Day – July 4
Labor Day – First Monday of September
Independence Day – September 16
Anniversary of Mexican Revolution - November 20
Thanksgiving Day – Fourth Thursday of November
Christmas Day – December 25

*Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001*

Open-top or covered hopper cars of Bentonite Clay (STCC 14-511-10 and 32-952-32), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rules 14 and 27 in Tariff UFC 6000-Series.

*Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand,*
*Cancelled Effective October 31, 2001*

Covered hopper cars of Industrial Sand (STCC 14-413), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge for any material over 1,000 pounds at a rate of $75.00 for each 2,000 pounds of material over the first 1,000 pounds. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.



BNSF-0511738

DA03717

*Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC*

This item applies on all railroad and railroad controlled cars for which BNSF pays or receives per diem, including BNSF owned or leased cars.

A. Seven (7) days free time will be allowed from the arrival of loaded or the availability of empty cars for delivery to a water carrier at the BNSF terminal yard in Vancouver, BC, and shall be considered delivered following notification.

B. Free time will begin at the first 12:01 a.m. following telephone notification, confirmed by Fax transmission of the arrival of loaded cars; or the telephone notification of empty cars available at the BNSF terminal yard in Vancouver, BC.

C. After expiration of the free time, the following detention charges apply:

   $20.00 per car per day for each of the first fourteen (14) days; and
   $60.00 per car per day for each subsequent day.

D. Once detention charges commence, charges are applicable until cars are returned to BNSF tracks in Vancouver, BC.

E. Traffic subject to the provisions of this item are not subject to the provisions of BNSF Demurrage Book 6004-Series, except that the provisions of Item 110 (Charges on Cars Containing Explosives or Hazardous Materials) to BNSF Demurrage Book 6004-Series will apply.

---

*Item 3240 - Charge - Hazardous Materials Destined to Canada*

When a shipment of Hazardous Materials arrives at a border crossing between the United States and Canada without proper documentation in compliance with Canadian Transport Commission Regulations, including the Canadian Hazardous Materials Description and proper Canadian Hazardous Materials Placards attached to the car, and the shipment must be held by BNSF at the border crossing, a charge of $88.00 per day, or portion of a day, will be assessed from the first 7:00 a.m. following notice to the consignor that the shipment is being held awaiting proper documentation and/or placards.

Demurrage and storage charges named in BNSF Demurrage Book 6004-Series will also apply.

---

*Item 3250 – Failure to Complete Unloading of Railcars,*
*Issued October 10, 2001 – Effective November 1, 2001*

Upon arrival and placement of railcars for unloading at destination, unloader will be responsible for unloading equipment in a manner which does not damage equipment, and for releasing equipment in a condition suitable for reloading by another shipper. Customers who refuse or fail to remove all lading, dunnage blocking, bracing, strapping, debris or other material that was part of the inbound shipment, secure interior loading devices, and close doors will be subject to a penalty charge of $500.00 per car plus the actual cost incurred by BNSF to remedy this situation.



BNSF-0511739

DA03718

*Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003*

When Covered Hopper Cars of sugar, which are released from unloading, but have not been completely unloaded, are returned to the original shipping point for reasons other than carrier's error, the return will be subject to one of the following conditions, whichever is lower, with a minimum charge of $750: (1) to the rate, minimum weight, and route applicable for such return movement; or (2) the rate, minimum weight, and route from the original point in effect on the date shipment is tendered for return, to the actual weight of the return movement.

Cars will be considered as completely unloaded if the sugar remaining in the car does note exceed three (3) percent of the weight of the last loaded movement.

Cars originating at Billings, MT; Lovell, WY; Longmont, CO; Sterling, CO; Rocky Ford, CO; Ft. Morgan, CO; Bayard, NE; Mitchell, NE; or Scottsbluff, NE may be returned to Billings, MT; Scottsbluff, NE; or Sterling, CO in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Billings, MT, Scottsbluff, NE, or Sterling, CO was the original shipping point.

Cars originating in Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN,; Wilds, MN; Bingham, MN or Moorehead, MN may be returned to Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN in lieu of the original shipping point. The return will be subject to the rate, minimum weight and route as though Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN were the original shipping point.

---

*Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets*
*Cancelled Effective October 31, 2001*

Covered Hopper Cars of Sugar Beet Pulp Pellets (STCC 20-619), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the Unloader of the car responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

---

*Item 3280 - Charge - Shipments Held for Orders*

A. Carload shipments covered by "Order" or "Order Notify" Bills of Lading, or carload shipments covered by "Straight" Bills of Lading showing consignment to one party with instructions therein, or on which instructions are otherwise given to:

   1. Notify or advise another party and deliver only upon surrender of written order; or

   2. Deliver only upon surrender of original bill of lading; or

(continued on next page)

***Item 3280 - Charge - Shipments Held for Orders (concluded)***

3. When consigned in any other manner which imposes upon the carrier the obligation not to make delivery except upon surrender of original bill of lading or written order;

will not be moved to the designated place of delivery until bill of lading or written order has been surrendered or indemnity bond or other substitute security therefore as defined in Rule 7 of Uniform Freight Classification is given, subject to the provisions in this item and Exceptions 1 and 2 named below.

B. When the place of delivery is designated in the bill of lading or otherwise designated, prior to the arrival of car at destination, and delivery is made to such designated place of delivery, provided a shipment is actually held for surrender of the bill of lading or written order or substitute security as defined in Rule 7 of Uniform Freight Classification, the following charges will apply:

1. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given to an authorized representative of the line-haul delivering carrier prior to arrival at destination, there is no charge.

2. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given..

   (a) To the line-haul delivering carrier at other than destination, after car has arrived at billed destination; or

   (b) To the line-haul delivering carrier at destination or first available hold point prior to destination after notice of arrival is sent or given consignee or party entitled to receive same. If notice of arrival is sent or given consignee or party entitled to receive same on a Sunday or Holiday, as described in Item 1010 of BNSF Demurrage Book 6004-series, the bill of lading or written order does not have to be surrendered or indemnity bond or other substitute security does not have to be given until the first business day following the Sunday or Holiday; or

   (c) To any participating line-haul carrier, other than delivering carrier:

   Charge is $150.00 per car, not to exceed $600.00 per bill of lading, and is in addition to any other charges that may accrue (i.e., switching, demurrage, storage, etc.)

EXCEPTIONS:

1. Surrender of bills of lading, written orders or other required documents by means of U.S. Mail will be allowed. When mail service is used, the time of mailing by the party which undertakes to surrender such bill of lading, written order or other required document shall be deemed to be the time of surrender. In the case of dispute as to the time of mailing, the postmark date shall govern.

2. When the original bill of lading or written order covering a shipment is not available, the shipment may be delivered in advance of the surrender of the bill of lading or written order as provided in Rule 7 of the Uniform Freight Classification.

***Item 3300C - Charge - Special Freight Train Service – Issued February 28, 2003 – Effective March 21, 2003***

A. Definition of Special Freight Train Service.

1. A train which is operated on an expedited schedule or under special service or transportation requirements specified by the consignor, consignee or the agent of either.

2. A train which is assembled in accordance with instructions given to a rail carrier by the consignor, consignee or the agent of either.

3. A train which is necessary in order to comply with service or other transportation requirements specified by any party to the movement

4. If the special train has cars for more than one destination, each stop will constitute a special run and charges for the special movement will be assessed from shipping point to first destination, from first destination to second destination, each as a separate and complete transaction.

B. Requirements for Special Freight Train Service.

Consignee, consignor or the agent of either must request this service in writing or by electronic device to BNSF Marketing/Sales Representative. Requests must be made in sufficient time to enable this carrier and all other carriers to consummate whatever arrangement or agreement which may be necessary to facilitate the movement of such trains. Requests should include, but are not limited to the following information: Date service is required or service window, if applicable; Routing, including origin and destination; Car initial(s) and number(s); Letter of authorization to bill charges, including appropriate patron codes, etc.

C. Furnishing of Special Freight Train Service.

Upon request, service will be provided at the convenience of all carriers involved in the movement.

D. Charges for Special Freight Train Service.

BNSF charges are as follows and will be calculated over the actual distance (route) operated by the special train at a charge of $62.00 per mile subject to a minimum charge of $9,000.00. This charge is in addition to published or contract freight rates. Charges for other carriers involved in joint line or local movements will be handled under the provisions of Accounting Rule 11. BNSF will assess a $2,500 surcharge to any requesting party that cancels a special train once BNSF has officially assigned crew and power.

E. Switching Charges for Special Freight Train Service.

Switching charges will be assessed as outlined in Special Switching Service items in applicable BNSF switching tariffs.

F. Distances.

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF mileage Inquiry at BNSF.Com using the actual route of the movement.

*Item 3320 - Charge - Turning of Empty Unit Train Cars*

Upon request of the car owner or lessee, BNSF will turn an entire unit train of empty cars on railroad owned tracks or privately owned loop tracks at a time and place convenient for normal carrier operations, subject to a charge of $1,575.00 per turn. This charge will not apply in connection with cars for loading of Grain or Grain Products moving under rates in Tariff BNSF 4022-Series.

*Item 3340 - Charge - Destination Detention on Sugar Cars*

This item to apply to shipments of Sugar (STCC 20-621 and 20-629) moving in Covered Hopper Cars which are railroad owned or railroad controlled.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed, constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After five days, detention charges of $50 per day per car will be assessed against the Consignor of the railcars. These charges are in addition to any demurrage charges which may also apply.

*Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001*

When customers request ride quality testing or monitoring of shipments to satisfy their own internal objectives apart from any joint effort with BNSF Damage Prevention, BNSF will, for a charge, provide test equipment to customers along with instructions for the proper activation, placement and recovery of the device(s). BNSF will also download test data from the device(s) and provide a written report of the results. Customers will be responsible for the activation, placement and recovery of the test device(s), thus meeting the requirements of their particular shipping schedules.

Devices currently available from BNSF Damage Prevention for testing and the per trip cost (for one device and report) are:

| | |
|---|---|
| Snap Shock Plus single axis | $165.00 |
| Snap Shock Plus triple axis | $250.00 |

BNSF will use its best efforts to provide a reliable device for the test(s); however, due to the inherent nature of the device, a failure may occur in route. BNSF is not responsible for any failure(s) of the device(s) or the consequences either direct or indirect caused by the failure(s). In the event that a complete recording of the trip is not produced as a result of the failure of the device (excluding improper activation, placement or recovery), charges will be waived. In the event that any device(s) are lost, missing or not recovered during the course of the test(s), the customer agrees to reimburse BNSF for the list price of the device(s).

For further information please call your BNSF Marketing Representative at 1-888-428-2673, option 3, or the Damage Prevention Team at 1-785-435-3082.

***Item 3375B - Charge – Fuel Surcharge, Issued April 28, 2003 – Effective May 1, 2003 (Reduction)***

Shipments made under pricing documents referring hereto may be subject to a 2.0% fuel surcharge. Such fuel surcharge shall be included on the bill for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the fuel surcharge. (B)



**BNSF-0511744**

**DA03723**

*Item 3400D – Credit Terms, Issued February 24, 2003 – Effective February 25, 2003*

If credit is extended to Applicant for the payment of transportation charges, Applicant agrees to pay such transportation charges within the following time periods:

(a) Freight Charges – 15 Calendar days from the date of the freight bill.
(b) Miscellaneous charges (e.g. demurrage, switching, weighing) – 30 calendar days from the date of the miscellaneous bill.
(c) Additional charges for freight transportation and related services (e.g. balance due bills) – 30 calendar days from the date of bill for additional charges.

NOTE: Errors discovered in bills by customers should be corrected by them and paid accordingly. Payment of all bills, including those corrected by customers, must be made within the credit period. Payment of bills alleged to be incorrect will not prejudice patron's claims, filed within the statutory period, for refund of overcharges. If customers receive bills that they feel they are not responsible for paying, they must notify the carrier within the credit terms that they are not responsible for paying the bills.

Payment of an amount less than stated on a BNSF invoice will be considered as payment on account and not as payment in full, not withstanding any notation to the contrary as payment on the payor's remittance. Acceptance by BNSF of the lesser amount will not constitute an accord and satisfaction. The payor will be advised of any remaining balance deemed due after application of the remitted funds.

FINANCE CHARGES: **(See Exceptions 1 and 2)**
The Burlington Northern and Santa Fe Railway will assess a finance charge of .033% per day (12% per annum) on unpaid bills for freight and miscellaneous charges, including demurrage, switching and weighing, which are past our credit terms. The finance charge continues to accrue daily until the date payment is received by BNSF, not the date payment is made or the date postmarked on the payment.

Customers with past due amounts will receive a finance charge invoice each month. Finance charges will be assessed on delinquent bills for freight or miscellaneous charges as of the end of the month reduced by amounts in dispute and any payments received by month end but not posted.

Exception 1: Assessment of Finance charges on Demurrage & private car storage charges only will be extended to 60 calendar days from the bill date.
Exception 2: Each month the Burlington Northern Santa Fe Railway will calculate an average Weighted Days To Pay (WDTP) on all freight and miscellaneous charges for each customer. The WDTP will be determined by calculating the average number of days a customer has taken to pay freight and miscellaneous charges over a preceding three-month period. If the WDTP does not exceed established credit terms then no finance charges will be applied for the month in which finance charges would have otherwise applied. If the WDTP exceeds the credit terms, the finance charges will accrue as stated above.

Item continued on next page

*Item 3400D – Credit Terms (Concluded)*

DISCOUNT FOR ELECTRONIC PAYMENT OF DEMURRAGE AND PRIVATE CAR STORAGE CHANGES:

A twenty percent (20%) discount will be given if all monthly bills at a single location are paid within 30 days of the billing date if the following conditions are met:

1. BNSF web-enabled tools are used to suitably manage equipment orders and any demurrage disputes where applicable.
2. All demurrage and private car storage bills as defined in BNSF Demurrage Book 6004 and BNSF Private Car Storage Book 6005 for a single location must be paid in full less the discount within 30 days of billed date.
3. Payments must be received electronically.

The following is a link to Customer Tools at BNSF's web site: http://www.bnsf.com/business/

## SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada

### *Item 4000 - Application*

Except as provided for in the EXCEPTION below, the provisions of this Section and Sections 4A and 4B, apply only when specific reference is made to this Section in individual rate documents.

The regulations in this Section, and Sections 4A and 4B, governing the assessment and collection of charges on international freight traffic, in either direction between points in Canada and points in the United States, must be observed.

EXCEPTION: When traffic is moving under NSRQ 4401-Series, the provisions of this Section, and Sections 4A and 4B will apply.

### *Item 4020 - Basis Rate of Exchange*

For the purpose of determining the rate of surcharge and discount, as referred to in this Section, and Sections 4A and 4B, the following will apply:

The rate of exchange quoted for New York funds by the Wall Street Journal on the last day of each month will govern from the first to the fourteenth (inclusive) of the following month. Similarly, such quotation on the fourteenth will govern from the fifteenth to the last day (inclusive) of such month. Should the governing date fall on a Saturday, Sunday or United States legal holiday, the quotation of the preceding day will govern.

### *Item 4040 - Governing Date for Application of Surcharge or Discount*

The governing date for the application of surcharge or discount will be the date of the bill of lading.

### *Item 4060 - Surcharge or Discount to be Shown on Freight Bills*

The surcharge or discount will be shown as a separate item on the freight bill



BNSF-0511747

DA03726

## SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001)

### *Item 4100 - Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply when converting Canadian Currency to U.S. Currency on traffic and to the extent indicated in Item 4120.

| When Rate of Exchange is: (See Item 4020) | Amount of surcharge or Additional collection |
|---|---|
| 1. Less than 7/8 of 1%. | None. |
| 2. Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| 3. Over 1%. | 60% of rate of exchange |

In determining the surcharge, when the rate of exchange is more than 1%, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

### *Item 4120 - Domestic Traffic*

The following will apply between Canada and the United States in both directions including advanced charges payable to United States Carriers.

| | Application | Amount of surcharge on Additional collection |
|---|---|---|
| 1. | On all shipments including advanced charges payable to United States carriers when such charges are payable and collected in Canada.<br><br>The surcharge should be added to the total through charges and must be assessed in all cases where the charges are collected at points in Canada, whether paid in Canadian or United States currency.<br><br>Such surcharge will accrue entirely to the Canadian carrier. | As per Paragraphs 2 (See NOTE). and 3 of Item 4100. |
| | NOTE: Advanced charges, including customs duty and customs entry fees, payable entirely in the United States when such charges are payable and collected in 100% of rate of Canada Exchange. | 100% of Rate of Exchange |
| 2. | When all charges are paid in United States Points in United States currency. | None |



BNSF-0511748

DA03727

## SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001)

### *Item 4200 - Discount or Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply to the extent indicated in Item 4220.

| When Rate of Exchange is: (See Item 4020) | Surcharge or Additional collection |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1.25%. | 1/2 of 1%. |
| Over 1.25%. | 40% of rate of exchange |
| | **DISCOUNT (Allowance)** |
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| Over 1%. | 60% of rate of exchange |

In determining the rate of surcharge and the rate of discount, when the rate of exchange is more than shown in this item, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

### *Item 4220 - Domestic Traffic*

A. The following will apply on traffic from Canada to the United States.

| Application | Discount Allowance |
|---|---|
| All charges, when prepaid, must be paid in Canadian Currency. | As per Paragraph 2 of Item 4200. |
| | **Surcharge or additional Collection to be prepaid** |
| All charges when billed "collect". | As per Paragraph 1 of Item 4200 |

B. The following will apply on traffic from the United States to Canada.

| Application | Surcharge or additional Collection |
|---|---|
| All charges, when "prepaid" | As per Paragraph 1 of Item 4200. |
| | **Discount Allowance** |
| All charges when billed "collect". | As per Paragraph 2 of Item 4200 |



BNSF-0511749

DA03728

## SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001

*Item 5000 – Item Cancelled Account Obsolete*



BNSF-0511750

DA03729

*Item 5040 – Item Cancelled Account Obsolete*

*Item 5060 – Item Cancelled Account Obsolete*



BNSF-0511752

DA03731

*Item 5080 – Item Cancelled Account Obsolete*



BNSF-0511753

DA03732

*Item 5100 – Item Cancelled Account Obsolete*

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1.**

---

*Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier*
*Issued January 16, 2001 – Effective January 17, 2001*

Mechanical refrigerated equipment furnished by railroads will not be required to maintain a temperature of lower than minus 5 degrees Fahrenheit. Shipper shall indemnify and hold harmless the railroads involved for any damage to commodity if a lower temperature is required.

Responsibility for adequate blocking, bracing, packaging and loading of the shipment lies entirely with the shipper. Shipper has responsibility for starting the refrigeration unit, setting thermostat to the billed temperature and ensuring proper cooling prior to releasing the shipment for movement. Carriers will not be responsible for damages resulting from non-compliance.

---

*Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment*

When movements are in cryogenic cars (CO2), shipper will be responsible for the cost of supplying the proper amount of carbon dioxide (CO2) for any car used in conjunction with rates published in this section. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in cryogenic cars.

When empty, cars are subject to the provisions of Tariff and ICC RPS 6007-Series Tariff.

---

*Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002*

When movements are in privately owned or controlled Mechanical Refrigerated Cars, shipper will be responsible for all aspects of Mechanical Protective Service including but not limited to fueling, monitoring, preventative maintenance and running repairs on refrigeration unit and all costs associated with same. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in privately owned or controlled mechanical refrigerated cars.

When empty, cars are subject to the provisions of Tariff and ICC RIC 6007-Series Tariff.

---



BNSF-0511755

DA03734

***Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001***

1. Rule 705 - Frozen commodities

(a) Frozen commodities transported under mechanical protective service in BNSF owned or controlled mechanical refrigerator cars are subject to charges shown in item 6180 herein. Applicable charges in mechanical cars other than BNSF shall be governed by the rules and provisions of car owner.

(b) Shipper must place on bill of lading and shipping order, and agent must place on waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - RULE 705"

(c) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill with the following notation:

"RATE PER CAR INCLUDES MPS CHARGE"

2. Rule 710 - Non-frozen commodities

(a) Charges as published herein will apply on non-frozen commodities transported under mechanical protective service.

(b) Shipper must indicate on the exempt bill of lading, shipping order and freight waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - NON-FROZEN COMMODITY, RULE 710. PRECOOLED LOAD, OPTIMUM TEMPERATURE INSIDE CAR _____ DEGREES."

(c) Prior to loading, all commodities must be precooled to the temperature desired for shipping. Any claim for lading loss or damage will be subject to compromise or declination if lading was not pre-cooled prior to loading. The burden of proof will be on the shipper to provide evidence of origin temperature of lading at time of loading.

(d) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill as follows:

BNSF cars: "RATE PER CAR INCLUDES BNSF MPS CHARGE."

Foreign cars: "RATE PER CAR INCLUDES FOREIGN MPS CHARGE."

3. Rule 720 - Mechanical car used for shipments where MPS not ordered

When a mechanical refrigerator car is furnished for railroad's convenience and shipper does not order MPS, the mechanical unit will not be operated and MPS will not apply. Shipper must specify on bill lading, and agent must place on waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE NOT ORDERED - RULE 720. DO NOT OPERATE MECHANICAL."

*Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002*

While mechanical units are being used by railroad, railroad shall perform such in transit temperature inspections as may be necessary and proper, at its expense. Railroad shall also perform routine servicing and running repairs to units. Railroad shall bill car owner, and car owner shall pay railroad, for services performed (other than inspection) and supplies furnished on the following basis:

1. Bills for fuel supplied or lube oil furnished mechanical cars should show equipment reference, service date, service location, gallons of fuel supplied and should be supported by information stating whether equipment was empty or loaded when service was performed and/or waybill date and number.

2. Bills for the pretrip inspection made prior to okaying car for loading, for the purpose of testing unit to determine that it is functioning satisfactorily or in need or repairs, will be rendered on the basis of $25.00 per car.

3. Refrigerant, antifreeze, supplies and repairs to units shall be billed as provided for in the field and office manuals of the code of interchange rules promulgated by the Association of American Railroads.

---

*Item 6080 - Empty Movement Of Privately Owned Cars*

The provisions of this item apply to rates published on shipments in cars of private ownership with the provision that the use of such cars is not subject to the payment of mileage allowances or to the provisions of Mileage Tariff and ICC RPS 6007-Series. Except as may otherwise be specifically provided in the Exempt rate quote, circular or memorandum, such rates include the movement of the empty car or cars to the point of prior loading via the reverse of the loaded route. Any other empty movement by the BNSF will be subject to charges provided in the applicable BNSF Tariff.

*Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc.*

Return of Pallets, Pallet Sides, Platforms, Skids, Dunnage, etc. shall not be included in rates for temperature controlled shipments (Rules 705 and 710).

---

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability*

BNSF offers the opportunity to ship temperature controlled commodities (Rules 705 and 710) pursuant to the terms and conditions of 49 U.S.C. Section 11706 (Carmack) liability, as an alternative to the claims provisions in this BNSF Rules Book, BNSF-6100 Series. Shipments made pursuant to the claim provisions of Section 11706 (Carmack) will be charged a higher rate, and the following conditions must be met in full:

(1) Not later than the time a car is ordered for loading the shipper must notify BNSF or its designated representative of the intention to make the shipment subject to the claim provision of 49 U.S.C. Section 11706 (Carmack). At that time the shipper must advise BNSF where and when the car will be available for BNSF representatives to inspect the loading and the loading method.

(Item continued on next page)

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded)*

(2) The shipping order and receipt must be endorsed prior to the shipment, "The Shipment is subject to the Claim Terms of 49 U.S.C. Section 11706."

(3) Transportation charges must be prepaid.

Unless the shipper complies in full with the conditions stated above for application of Section 11706 liability, the shipment will be conclusively deemed to move under the 'alternate liability' terms and conditions of BNSF Rules Book, BNSF-6100 Series, and there will be a conclusive presumption that the shipper has given his written declaration and/or that the shipper and carrier have entered into a written agreement to this effect.

---

*Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001*

A. Upon tender of a shipment of exempt commodities as described in this contract. accompanied by the verbal shipping order (phone transmittal) and/or Electronic Data Interchange (EDI) transfer completed by shipper, BNSF will give its receipt for the goods and its acceptance of said billing instruction. to be performed in accordance with the contract. Acceptance of the shipping order by BNSF shall also be by verbal acceptance and/or confirmation of EDI transfer. In all matters described herein, BNSF acts as principal only with respect to transportation over its own line.

B. Carriers will not be liable for loss, damage or delay caused in whole or in part by an Act of God, a public enemy, the authority of law, riots, strikes, acts of civil disobedience, inherent quality or characteristic of the commodity, natural shrinkage, an act or default of the shipper, owner or receiver or from shipments stopped and held in-transit at the request of the shipper, owner, or receiver.

C. BNSF agrees to transport shipment over its line with reasonable dispatch. BNSF and connecting carrier do not guarantee rail service on any scheduled time frame.

D. BNSF and connecting carrier shall not be liable for breakage or bruising damage to lading unless shipper provides physical evidence of railroad negligence. Shifting of a load, alone, shall not be considered as evidence of such negligence

E. BNSF and connecting carrier shall not be liable for deterioration resulting from improper loading or overloading of the equipment or from the use of containers or stacking methods which do not permit the adequate flow of air throughout the load.

F. BNSF and connecting carriers shall not be liable for market decline.

G. BNSF and connecting carriers shall not be liable for shortage unless there is physical evidence of forced entry to the transportation equipment. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. In addition, origin and destination seal records must be furnished.

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (continued)*

H. In no event shall BNSF and connecting carriers be liable for lading replacement costs or for special or consequential damages.

I. Shippers and/or consignee must mitigate damage situations by accepting the damaged cargo unless it is totally worthless. Shippers and/or consignees may not abandon damaged or partially damaged shipments to the railroad when the damaged shipments retain substantial value. Product that is abandoned to the carrier in an undamaged condition shall be sold for the account of whom concerned and salvage proceeds only, less any salvaging expenses incurred shall be remitted to the beneficial owner.

J. Carriers do not undertake to overcome the inherent tendencies of perishable goods to deteriorate or decay. Carrier has no liability for deterioration when the amount of deterioration could reasonably be expected to occur during normal rail transport. When the amount of deterioration is intensified due to diseases or due to decayed or damaged condition of the perishable goods at rail origin, rail carrier has no liability for this intensified deterioration.

K. In the event an act or omission of any party involved in the transportation process (shipper, carrier, receiver) is not the sole cause but contributes to any loss or damage, each party will be liable for only that portion of the loss or damage which was reasonably caused by its negligence. If the loss or damage results from the concurrence of an act or omission by BNSF and an act of God, then the liability of BNSF shall be no greater than the percentage of proven causal negligence of BNSF.

L. Carrier has no liability for deterioration of perishable goods when carrier refrigeration equipment functions properly within 10 degrees of the billed instruction (as monitored and recorded from the railcar's thermometer) and shipment is handled with reasonable dispatch.

M. On shipments where it is determined that the commodity pulp (body) temperature is something other than the billed temperature, it will not be BNSF's responsibility to bring said commodity's pulp temperature down to conform to billing temperature. When records indicate that the mechanical refrigeration unit was properly operating, carrier(s) will not be responsible for lading off condition.

N. Carrier shall not be liable for product loss arising from any cause, including temperature, after notice of constructive placement availability at the billed destination. Subsequent to such notice carriers will not be responsible for temperature monitoring, fuel, etc.

O. When handling perishable boxcar shipments in foreign line marked equipment, BNSF will be extended its longest line haul. Longest line haul shall mean BNSF's nearest point of interchange to the foreign carrier's billed origin location. Point of interchange shall be as identified in the Official Railroad Station List (OPSL 6000 including supplements) and subject to BNSF operating convenience. When BNSF is by necessity a switch carrier only, or does not receive its longest haul, BNSF will not be liable in full or part for any product claim. It will be shipper's responsibility to ensure that proper rate and route authorities are published.

Any Mechanical Protective Service performed by BNSF when handling perishable boxcar shipments in foreign line marked equipment shall be billed to the car owner in accordance with AAR interchange rules. If the shipment is in non-compliance of this section, and BNSF performs proper MPS service, BNSF will not participate in any freight claim payment. In the event that BNSF fails to exercise due diligence in the correction of an off-temperature condition than BNSF will participate in the distribution of any freight claim payment in accordance with AAR freight claim rules.

(Item continued on next page)

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (concluded)*

P. The shipper and consignee shall indemnify and hold harmless the carrier from any loss, damage, personal injuries and/or death resulting from failure to comply with the provisions contained herein. Acceptance of shipment by the carrier for transportation shall not be a waiver of this liability.

---

*Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001*

A. The rates and charges agreed upon for the shipment and the terms, conditions and provisions herein stated require that the shipper only, whether acting as principal or agent, must file any claim for loss and damage exclusively with BNSF or carrier on whose line the loss, damage, injury or delay occurred.

B. As a precedent to recovery for any loss or damage to lading, claims must be received by BNSF or carrier on whose line the loss, damage, injury or delay occurred, in writing from the shipper within three months after delivery of the shipment at its final railroad destination or, in the case of failure to make delivery, then within three months after a reasonable time for delivery has elapsed. BNSF shall pay, decline or offer to compromise claims within three months from the date received.

*C.* As a condition precedent to recovery of any claim, the consignee must immediately notify the destination carrier, shipper and BNSF upon discovery of any damage and allow destination carrier or its agent to inspect. Such notification to carrier and shipper must be made within 24 hours of notification of shipment's arrival. Failure of the rail carrier to inspect damaged cargo for whatever reason will not relieve the burden of the claiming party to establish that cargo was received in a damaged condition nor will it be considered an admission of liability by the rail carrier.

D. All written claims must include the following documentation:

1. A demand for payment of a specific amount.

2. Information identifying the rail shipment including equipment initials and number, shipper and receiver's name, shipping date and commodity.

3. Origin records or certification as to the condition and quantity of the lading at the time tendered to the origin rail carrier.

4. Destination records as to the condition and quantity of the lading at the time received from the destination rail carrier.

5. Verification of the amount claimed including original invoices, repair bills and account of sales.

6. Evidence as to the disposition of the damaged lading.

7. On fresh fruits and vegetables, origin and destination USDA inspections or Canadian government equivalent

(Item continued on next page)

***Item 6160 - Claim Procedures, (Concluded)***

E. All loss and damage lading claims filed with BNSF must be mailed to:
Director, Freight Claims
Burlington Northern Santa Fe Railway Company
PO Box 1738
Topeka, KS 66601

F. Carrier's liability will not exceed the actual amount of physical loss or damage sustained to the lading including proven costs through mitigating the loss or damage. Claim calculation as well as any claim payment shall not exceed the delivered value of FOB origin invoice plus freight to destination, less the gross account of sales, plus a reasonable commission on those sales.

G. Claims or lawsuits for less than $1000.00 shall not be filed and no claim shall be paid if the amount of loss or damage is found to be under $1000.00 per carload.

H. Any suit against BNSF or its connecting carriers based on transportation provided under the terms of this circular shall be commenced within one year from the date of delivery, or in the case of failure to make delivery then within one year after a reasonable time for delivery has elapsed. Such suit shall be filed in the state or province of origin on or interchange to BNSF.

I. Any claim or suit not filed in strict accordance with the terms and conditions of this circular shall be void.



BNSF-0511761

DA03740

***Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car***

FRESH AND FROZEN COMMODITIES

| GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|
| ARIZONA | ARKANSAS | ALABAMA | DISTRICT OF COLUMBIA |
| ALBERTA | ILLINOIS | GEORGIA | CONNECTICUT |
| BRITISH COLUMBIA | IOWA | INDIANA | DELAWARE |
| CALIFORNIA | KANSAS | KENTUCKY | FLORIDA |
| COLORADO | LOUISIANA | MICHIGAN | MAINE |
| IDAHO | MANITOBA | MISSISSIPPI | MARYLAND |
| MONTANA | MINNESOTA | OHIO | MASSACHUESETTS |
| NEVADA | MISSOURI | ONTARIO | NEW BRUNSWICK |
| NEW MEXICO | NEBRASKA | TENESSEE | NEW HAMPSHIRE |
| OREGON | NORTH DAKOTA | WEST VIRGINIA | NEW JERSEY |
| UTAH | OKLAHOMA | | NEW YORK |
| WASHINGTON | SASKATCHEWAN | | NORTH CAROLINA |
| WYOMING | SOUTH DAKOTA | | NOVA SCOTIA |
| | TEXAS | | PENNSYLVANIA |
| | WISCONSIN | | PRINCE EDWARD ISLAND |
| | | | RHODE ISLAND |
| | | | SOUTH CAROLINA |
| | | | VERMONT |
| | | | VIRGINIA |

| TO GROUP / FROM GROUP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 650 |
| 2 | 550 | 500 | 550 | 600 |
| 3 | 600 | 550 | 500 | 550 |
| 4 | 650 | 600 | 550 | 500 |

SEATTLE, WA TO ALASKA = $650 PER CAR

INTRASTATE MECHANICAL PROTECTIVE SERVICE CHARGES = $250 PER CAR

MPS charges for all shipments in BNSF owned or controlled mechanical refrigerated cars where BNSF does not appear as a linehaul carrier in the route, will be $2000.



BNSF-0511762

DA03741

*Item 6200 - Stopping*

Stopping to complete loading or for partial unloading of cars with temperature controlled shipments (Rules 705 and 710) is not allowed.

*Item 6220 - Mexico*

Mechanical refrigerated cars owned or controlled by BNSF are not permitted to move into Mexico unless the governing rate document clearly states that rate applies for shipments destined to specified points in Mexico. If a mechanical refrigerated car moves into Mexico as a result of billing to a destination in Mexico in violation of this condition, the party who billed the car will be subject to a charge of $10,000 in addition to applicable charges for movement of commodity. If a mechanical refrigerated car moved to Mexico in violation of this condition sustains loss or damage from any cause, the party billing such car shall also be liable for such loss and damage. Failure of any Railroad to prevent the movement of the car to Mexico shall not constitute a waiver of BNSF's right to enforce this item.

*Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003*

Mechanical refrigerated cars received by BNSF requiring cleaning, including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to $500 cleaning fee. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.

Mechanical refrigerated cars spotted to industry for loading and subsequently rejected by the loading party due to cars requiring cleaning including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to a $1,000 fee covering but not limited to transportation, cleaning and opportunity cost. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.

**END**



BNSF-0511763

DA03742

# THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
## BNSF RULES BOOK 6100-A
(Cancels BNSF Rules Book 6100))

CONTAINING
RULES, REGULATIONS AND SPECIAL CHARGES
GOVERNING
THE TRANSPORTATION OF FREIGHT
ON
THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
IN
THE UNITED STATES AND CANADA
AND
REGULATIONS GOVERNING CURRENCY EXCHANGE ON TRAFFIC
FROM, TO AND BETWEEN STATIONS IN CANADA
AND
CAR HIRE ON TRAFFIC TO OR FROM MEXICO

For explanation of abbreviations / reference marks, see Item 110

ALSO APPLICABLE ON INTRASTATE TRAFFIC

ISSUED DECEMBER 29, 2000 EFFECTIVE JANUARY 1, 2001

Issued by J. C. Engstrom, P. O. Box 961069, Ft. Worth, TX 76161-0069

Lanigan
EXHIBIT NO. 14
06/22/10
J. BRANDT, CSR-RMR-CRR

BNSF-0511809

DA03743

Table of Contents

Item 100 - BNSF Web Site .... 4
Item 110 - Explanation of Abbreviations and Reference Marks .... 4
Item 120 - Method of Canceling Items .... 5
Item 130 - Notification of Changes .... 5

**SECTION 1 - General Rules And Regulations .... 6**
Item 1000 - Description of Governing Classification .... 6
Item 1020 - Station Lists and Conditions .... 6
Item 1040 - Explosives and Dangerous Articles .... 6
Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc. .... 6
Item 1080 - Omnibus Clause .... 6
Item 1100 - Application of Items to Non-Regulated Traffic .... 7
Item 1120 - Consecutive Numbers .... 7
Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001 .... 7

**SECTION 2 - Specific Rules And Regulations - Without Charges .... 8**
Item 2000 - Charges Payable in United States Funds .... 8
Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap .... 8
Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In .... 8
Item 2060 - Definition of "Intrastate" and "Interstate" Traffic .... 8
Item 2080 - Distance, Method of Obtaining .... 8
Item 2100 - Emergency Routing .... 9
Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP .... 9
Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic .... 9
Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic .... 9
Item 2180 - Mileage Allowance Application .... 9
Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico .... 10
Item 2220 - Receipt and Delivery of Freight, Restrictions On .... 10
Item 2240 - Refused or Unclaimed Freight .... 10
Item 2250A – Rule Governing Security-Type Seals Application, Issued January 31, 2002 – Effective March 1, 2002 .... 10
Item 2260 - Return of Refused or Rejected Shipments .... 11
Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restriction - Issued April 04, 2002 – Effective April 05, 2002 .... 11
Item 2280 - Rules Governing Transportation of Railway Passenger Cars .... 13
Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001 .... 13
Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated) .... 14
Item 2360 – Electronic Movement Instructions for Scrap Paper, (Issued May 7, 2003 – Effective July 1, 2003) (New Item) (Increase) .... 14

**SECTION 3 - Specific Rules and Regulations - With Charges .... 15**
Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002 .... 15
Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001 .... 15
Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, .... 15
Cancelled Effective October 31, 2001 .... 15
Item 3060 - Charge - Detention on Heavy Duty Flat Cars .... 15
Item 3080C - Charge – Detention on Mechanical Refrigerator Cars, Issued November 15, 2002 – Effective December 1, 2002 .... 16
Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments .... 17
Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight .... 18



BNSF-0511810

DA03744

Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico, Issued November 29, 2001 – Effective December 24, 2001 .......... 18
Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001 .......... 19
Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand, .......... 19
Cancelled Effective October 31, 2001 .......... 19
Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC .......... 20
Item 3240 - Charge - Hazardous Materials Destined to Canada .......... 20
Item 3250 – Failure to Complete Unloading of Railcars, .......... 20
Issued October 10, 2001 – Effective November 1, 2001 .......... 20
Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003 .......... 21
Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets .......... 21
Cancelled Effective October 31, 2001 .......... 21
Item 3280 - Charge - Shipments Held for Orders .......... 21
Item 3300C - Charge - Special Freight Train Service – Issued February 28, 2003 – Effective March 21, 2003 23
Item 3320 - Charge - Turning of Empty Unit Train Cars .......... 24
Item 3340 - Charge - Destination Detention on Sugar Cars .......... 24
Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001 .......... 24
Item 3375C - Charge – Fuel Surcharge, (Issued May 7, 2003 – Effective June 1, 2003) (Increase) .......... 25
Item 3400D – Credit Terms, Issued February 24, 2003 – Effective February 25, 2003 .......... 26

**SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada .......... 28**
Item 4000 - Application .......... 28
Item 4020 - Basis Rate of Exchange .......... 28
Item 4040 - Governing Date for Application of Surcharge or Discount .......... 28
Item 4060 - Surcharge or Discount to be Shown on Freight Bills .......... 28

**SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001) .......... 29**
Item 4100 - Surcharge .......... 29
Item 4120 - Domestic Traffic .......... 29

**SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001) .......... 30**
Item 4200 - Discount or Surcharge .......... 30
Item 4220 - Domestic Traffic .......... 30

**SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001 .......... 31**
Item 5000 – Item Cancelled Account Obsolete .......... 31
Item 5040 – Item Cancelled Account Obsolete .......... 32
Item 5060 – Item Cancelled Account Obsolete .......... 33
Item 5080 – Item Cancelled Account Obsolete .......... 34
Item 5100 – Item Cancelled Account Obsolete .......... 35

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001 .......... 36**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1. .......... 36**
Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier .......... 36

Issued January 16, 2001 – Effective January 17, 2001 .......... 36
Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment .......... 36
Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002 .......... 36
Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001 .......... 37
Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002 .......... 38
Item 6080 - Empty Movement Of Privately Owned Cars .......... 38
Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc. .......... 38
Item 6120 - Offer Of Section 11706 ('Carmack') Liability .......... 38
Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded) .......... 39
Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001 .......... 39
Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001 .......... 41
Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car .......... 43
Item 6200 - Stopping .......... 44
Item 6220 - Mexico .......... 44
Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003 .......... 44



**BNSF-0511812**

**DA03746**

*Item 100 - BNSF Web Site*

This Book is now available on the Internet for viewing or sending directly to your printer. The BNSF Home Page address is http://www.bnsf.com. BNSF has provided a link to the Adobe Homepage so that Acrobat Reader software can be downloaded onto your computer allowing you to print a copy, on your Personal Computer, that will mirror the hard copy you now get via mail. BNSF is also exploring ways to send interested parties an EMail message whenever an amendment or reissue of this Book takes place. Our ultimate goal is to have you, the user of this Book, obtain your copy of the printed information contained in this Book directly from the BNSF web site. **Beginning January 1, 2001 an annual $100 subscription fee will be assessed for those who wish to receive a hard copy through the mail.**

If, at this time, you are not prepared to obtain a copy of this Book directly from the BNSF web site, then a hard copy of this Book will be mailed to you, provided you furnish, to the address shown below, a formal written request for a printed copy. This formal request is required on an annual basis in accordance with the Surface Transportation Board's recent policy decision under Ex Parte 528, Disclosure, Publication, and Notice of Change of Rates and Other Service Terms for Rail Common Carriage.

If your company is already using the Internet and you visit the BNSF web site, your comments regarding access to the Book would be appreciated. If you are not currently using the Internet, your comments regarding the above concept would also be appreciated. All comments should be directed to:

Manager Auxiliary Prices
The Burlington Northern and Santa Fe Railway Company
P. O. Box 961069
Ft. Worth, TX 76161-0069

*Item 110 - Explanation of Abbreviations and Reference Marks*

| ABBREVIATION | EXPLANATION |
|---|---|
| BNSF | Burlington Northern and Santa Fe Railway Company, The |
| BOE | Bureau of Explosives |
| CFR | Code of Federal Regulations |
| CSP | Camas Prairie Railnet, Inc |
| OPSL | Official List of Open and Prepay Stations |
| NSRQ | Norfolk Southern Rate Quotation |
| RER | Official Railway Equipment Register |
| TM | The Texas Mexican Railway Company |
| UFC | Uniform Freight Classification |
| US | United States |

| REFERENCE MARK | EXPLANATION |
|---|---|
| (A) | Denotes increase. |
| (B) | Denotes reduction. |
| (C) | Denotes changes in wording which result in neither increases nor reductions in charges. |

*Item 120 - Method of Canceling Items*

As this book is revised, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 3000-A cancels item 3000, and item 3000-B cancels item 3000-A in a prior revision, which in turn cancelled item 3000.

*Item 130 - Notification of Changes*

1. As items in this book are revised, the remarks "Increase, Reduction or Change in Wording" will be shown in parenthesis to the right of the effective date of the item.

   Example:

   **Item 1000 – Description of Governing Classification**
   Issued March 1, 2001 – Effective April 1, 2001 **(Change in Wording)**

2. In addition, the effective date of the revised item will be added in parenthesis to the Table of Contents on page 1 to identify which item(s) have been changed.

   Example:

   Item 1000 – Description of Governing Classification **(Effective April 1, 2001)**

3. The paragraph that has been changed within the item will contain one of the following reference marks placed at the end of the paragraph.

   (A) Denotes Increase.
   (B) Denotes reduction.
   (C) Denotes changes in wording which result in neither increases nor reductions in charges.

   Example:

   The term "Uniform Freight Classification", when used herein, means UFC 6000-Series. **(C)**



**BNSF-0511814**

**DA03748**

## SECTION 1 - General Rules And Regulations

### *Item 1000 - Description of Governing Classification*

The term "Uniform Freight Classification", when used herein, means UFC 6000-Series.

### *Item 1020 - Station Lists and Conditions*

This Book is governed by OPSL 6000-Series to the extent shown below:

A. For additions and abandonments of stations, and, except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight, and changes in station facilities. When a station is abandoned as of a date specified in OPSL 6000-Series, the rates from and to such station are inapplicable on and after that date.

B. For geographical locations of stations.

C. For the identification of stations when stations are shown or referred to by numbers.

### *Item 1040 - Explosives and Dangerous Articles*

For rules and regulations governing the transportation of explosives and other dangerous articles, also specifications for shipping containers, and restrictions governing the acceptance and transportation of explosives and other dangerous articles, see BOE 6000-Series.

### *Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc.*

Where reference is made in this Book to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

### *Item 1080 - Omnibus Clause*

Except as otherwise provided, shipments made under rates referring to this Book are entitled to the following services: Car service, demurrage, drayage, diversion, inspection, reconsignment, stopping, storing, switching, transfer, weighing and other Terminal Services, and are subject to the charges therefor, if any, of the carrier performing the service.

***Item 1100 - Application of Items to Non-Regulated Traffic***

On non-regulated rail traffic, such as that transported under an exempt transportation contract, under an exempt rate quotation, or under an exempt rate memorandum, except to the extent that special provisions for accessorial services to be provided by BNSF are stated within the transportation contract, exempt rate quotation or exempt rate memorandum, the rules, regulations and charges for such accessorial services will be as set forth in tariffs or books to which BNSF is a party and shall apply to the same extent and in the same manner as if the subject transportation had been regulated.

As a partial listing of the accessorial services described herein, and not in limitation thereof, accessorial services are defined to include demurrage, detention of freight cars, diversion, holding cars, inspection, protective service, reconsignment, reweighing, special freight train service, spotting, stoppage to complete loading or partly unload, storage, switching, transit, weighing, and other services not specified above.

***Item 1120 - Consecutive Numbers***

Where consecutive numbers are represented in this Book by the first and last numbers connected by the work "to" or a hyphen, they will be understood to include both of the numbers shown and all numbers in between the first and last numbers.

If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

***Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001***

Car capacity parameters, formerly based on Nominal Capacity, are now based on Load Limit. For marked capacities, lengths, dimensions and cubical capacities of cars, see Equipment Characteristics at http://www.bnsf.com/cws/eqpumler/index.html.

## SECTION 2 - Specific Rules And Regulations - Without Charges

### *Item 2000 - Charges Payable in United States Funds*

Except as otherwise provided, rates and charges in this Book, and those making reference to this Book, are stated in money of the United States and are payable in United States' dollars or its equivalent.

---

### *Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap*

No claim or suit for the physical loss or damage to any shipment of Iron or Steel Scrap, transported via BNSF, shall be made or filed by a Customer for amounts of $250.00 or less (Minimum Claim Amount). If customer's proven loss or damage is in excess of the Minimum Claim Amount, the Minimum Claim Amount shall be deducted from any claim made against carrier(s) for any shipments transported by the carrier(s).

---

### *Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In*

If, by reason of the character, construction, or age of equipment furnished, the minimum carload weight, as specified in the tariffs or classifications, cannot be loaded, the minimum weight to be charged for on shipments loaded therein shall not exceed the safe loading capacity as determined by the Operating, Transportation or Inspection Departments.

---

### *Item 2060 - Definition of "Intrastate" and "Interstate" Traffic*

A. The term "Intrastate Traffic" applies to traffic having origin, destination and entire transportation within the same state.

B. The term "Interstate Traffic" applies to:

   1. Traffic having origin in one state and destination in another state; or

   2. Traffic having origin and destination within the same state when transported via a route operating through another state.

---

### *Item 2080 - Distance, Method of Obtaining*

Various charges in documents referring to this Book are based on mileages. To determine miles refer to BNSF Internet Public Rate Retrieval or BNSF Rail Mileage Inquiry at BNSF.com. When rates are not shown for exact distances, use rates for next greater distance.

---

*Item 2100 - Emergency Routing*

Rates in documents referring to this Book will apply only via the routes and junction points authorized therein, except that when in the case of pronounced traffic congestion (not an embargo), washout, wreck, or other similar emergency, or through carrier's error, carriers forward shipment via other junction points of the same carriers, the rate to apply will be that specified in the document referring to this Book but not higher than the rate applicable via the route of movement.

*Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP*

The following applies on freight shipments that are damaged in transit when moving via the BNSF from or to stations on the CSP.

1. Shipments damaged in transit and refused by consignees, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers via the route and line over which such shipments moved, free of any charges, or, at carrier's option, be forwarded to such point on its lines that offer the best facilities or opportunities for advantageous disposal.

2. Shipments refused by consignees owing to causes for which the carrier is wholly responsible, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers free of any charges, in the same manner as provided for shipments damaged in transit.

*Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic*

All carload rates and charges in connection with Arizona intrastate traffic are subject to the Arizona transaction privileges and educational excise taxes in effect at the time of shipment.

*Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic*

All carload rates and charges in connection with New Mexico intrastate traffic are subject to the New Mexico Gross Receipts Tax in effect at the time of shipment.

*Item 2180 - Mileage Allowance Application*

By use of rates making reference to this Book, shipper warrants that its interest in the equipment used under rates subject to this Book is sufficient to permit it to waive full payment of mileage allowance. Shipper will, and BNSF will not, be liable for mileage allowances in excess of the above obligation. In the event that a party other than the shipper using these rates submits a claim to railroad for mileage allowance payments in excess of BNSF's obligation under this tariff, shipper shall, at BNSF's option, either (1) release, defend and indemnify BNSF from said claim including attorney's fees and cost of litigation, or (2) reimburse BNSF for excess mileage allowances paid by BNSF within thirty (30) days of notice by BNSF.

*Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico*

Shipments of Grain and Grain Products, as defined in Tariff BNSF 4022-4023 Series, from BNSF origins to destinations in Mexico may only be made under a Straight Bill of Lading. Order Bills of Lading for shipments of Grain and Grain Products billed to destinations in Mexico will not be accepted by the BNSF.

*Item 2220 - Receipt and Delivery of Freight, Restrictions On*

Nothing in tariffs to which BNSF is a party shall require BNSF to receive or deliver any carload or less than carload shipment when such receipt or delivery is impracticable because of any riot, strike, picketing or other labor disturbance.

*Item 2240 - Refused or Unclaimed Freight*

The following practice will be followed in the handling of freight which is refused or unclaimed.

A. Non-Perishable Freight Consignee, as described in the waybill, will be notified promptly of the arrival of shipments at destination. In case of refusal by consignee to accept the freight, or if freight is unclaimed five days after notice of arrival has been duly sent or given, consignor will be sent a notice showing:

    Name of consignee
    Description of freight
    Point of origin and date of shipment whether property has been refused or remains unclaimed;

   which notice should also state substantially that if disposition is not arranged for, the property will be subject to sale as provided in Section 4, Paragraph (b) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

B. Perishable Freight Consignee will be notified promptly of the arrival of perishable freight, but whenever necessary to prevent loss or waste, perishable freight which is refused, unclaimed or undelivered may be sold at the discretion of the carrier, without advertising and without further notice, as provided in Section 4, Paragraph (c) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

*Item 2250A – Rule Governing Security-Type Seals Application, Issued January 31, 2002 – Effective March 1, 2002*

It is the shipper's responsibility to protect the safety and integrity of their lading, including but not limited to, the application of security-type seals to shipments for prevention of unauthorized access to lading. While in its custody, BNSF acknowledges its responsibility to maintain the integrity of the lading commensurate with its applicable common carrier or contract carrier obligation. However, the mere presence of a broken seal or missing seal, alone does not deem the lading to be contaminated or adulterated. Accordingly, BNSF will not acknowledge responsibility for alleged contamination or adulteration unless there is evidence to support same. Likewise, the shipper is responsible to provide documentary evidence that each shipment is properly protected with security seals prior to release at origin.

*Item 2260 - Return of Refused or Rejected Shipments*

A. When a shipment has reached destination but is refused or rejected and not unloaded and is returned to the original point or a directly intermediate point, the return movement will be subject to (1) the rate, minimum weight and route from the original point in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applicable for such return movement, if lower.

B. When the refused or rejected shipment moved to destination from a transit station on a reshipping or transit balance rate, the return movement to the transit station will be subject to (1) the local or joint carload rate, minimum weight and route from the transit station to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

C. When a refused or rejected car was part of a shipment subject to multiple car or unit train rates, the return movement will be subject to (1) the applicable single car rate, minimum weight and route from the original shipping point to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

D. The provision of this item do not apply to Coal (STCC 11).

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restriction - Issued April 04, 2002 – Effective April 05, 2002*

The provisions of 49 U.S. C. § 11706 do NOT apply to shipments which are governed by the terms of this Rule Book.

Carrier* will not be liable for loss, damage or delay to lading caused by an Act of God, a public enemy, the authority of law, labor strikes, acts of civil disobedience, the inherent nature or character of the lading, natural shrinkage, an act or default of the shipper/consignor, owner or consignee/receiver, or from any cause whatsoever which occurs while the lading is not in the actual physical custody and control of Carrier.

Shipper is responsible for proper and lawful packaging, loading, stacking, blocking, bracing and ventilation of the cargo. Shifting of a load enroute is, of itself, not evidence of Carrier mishandling. If other than a vehicle** with mechanical protection against heat and cold is requested by the shipper/consignor, Carrier is not responsible for the deterioration of the product which may occur because of temperature within the vehicle. Shipper is responsible for affixing a seal to each vehicle door or hatch.

Shipper acknowledges and accepts the inherent tendency of perishable goods to deteriorate or decay. Carrier is not liable for the decline of goods as is reasonably expected to occur while enroute. Carrier is not liable for the decline of goods attributable to disease or decay within the goods when loaded.

Carrier is not liable for shortage of lading unless there is physical evidence of unauthorized forced entry into the vehicle while in Carrier's possession. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. Origin and destination seal records must be furnished.

Carrier agrees to transport shipments with reasonable dispatch. Carrier does not guarantee rail service within any particular time frame. Carriers maximum liability for cargo is the lower of its original cost or the cost of replacement. Carrier is not liable for special or consequential damages or for damages due to market decline. Carrier will not be responsible for any loss, damage or delay to cargo that occurs outside of the United States or Canada.

(Item continued on next page)

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Continued)*

A claimant must mitigate its damage by acceptance of damaged cargo unless the goods are totally worthless. A claimant may not abandon damaged goods to Carrier when the damaged lading retains more than minimal value. Product that is abandoned to Carrier in an undamaged condition will be sold and the salvage proceeds only, less salvage expenses, will be remitted to the owner.

There shall be no presumption of carrier fault for the loss, damage or delay of cargo. The burden of proof to establish the culpability of Carrier is upon the claimant. Carrier is not liable for any loss, damage or delay of cargo, except where Carrier's intentional act or omission, gross negligence or simple negligence is the direct and proximate cause of the injury. If Carrier's act or omission is not the sole cause of the injury but contributes to the loss, damage or delay to the cargo, then Carrier will be liable only for that portion of the injury as corresponds to its comparative culpability.

Carrier's maximum liability per vehicle is $ 250,000.00. BNSF will not be liable for damage where BNSF's liability is determined to be $250.00 or less per vehicle. No claim will be filed or paid for injury to lading of less than $ 250.00 per vehicle. (Not applicable when in conflict with Item 6160 of this Rules Book.) (C)

__Filing of Claim__

As a condition precedent to the recovery on any claim, Carrier and shipper/consignor must be notified promptly upon discovery of the injury to cargo and Carrier must be allowed to inspect the lading. Failure of Carrier to inspect the cargo will not constitute an admission of liability by Carrier or alter the burden of proof on claimant to establish the liability of Carrier.

If the location of the loss, damage or delay to the cargo is known to the claimant, the claim must be filed with that rail carrier on whose line the injury occurred. Otherwise, the claim may be filed with any linehaul rail carrier in the route of movement.

As a condition precedent for recovery against Carrier, a claim for loss, damage or delay to the cargo must be filed within nine months of the date of delivery of nine months of the reasonably anticipated date of delivery if delivery is not made. Should Carrier decline a claim, suit thereon may not be brought more than nine months after the date of Carrier's written declination. Federal carrier law governs the determination of liability; no State or common law causes of action will be recognized. A lawsuit against Carrier based on indemnification must satisfy the aforestated time limitations for filing a claim and for initiating a lawsuit.

A claim must be in writing and must include the following documentation:

Information identifying the rail shipment, including vehicle initial and number, shipper's/consignor's and consignee's/receiver's name, address and telephone number, shipping date, and commodity.

Origin records or certification on the condition and quantity of the lading at the time the goods were tendered to the origin carrier.

Destination records or certification on the condition and quantity of the lading at the time the goods were received from the destination carrier.

A demand for payment of a specific amount, with a statement of the formula or basis on which the damages are calculated, plus evidence in support of the calculation.

Documentation as to disposition of damaged lading and the salvage proceeds therefrom.

On a fresh fruit or vegetable claim, origin and destination USDA inspection reports or the Canadian government equivalent.

(Item continued on next page)

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Concluded)*

A freight loss, damage or delay claim filed with BNSF is to be mailed to:

Director, Freight Claims
Burlington Northern Santa Fe Railway
Post Office Box 1738
Topeka, Kansas 66601

**Full Liability Transportation Service**

As an alternative to the foregoing Restricted Liability provisions, Carrier offers Full Liability transportation subject to the terms and conditions of 49 U.S.C.§ 11706 (Carmack Amendment) at a rate or charge higher than that applicable to transportation under restricted liability terms. If the shipper elects the Carmack Amendment alternative, it must: (a) not later than the time that the railcar is ordered for loading, notify Carrier of its intention to subject the shipment to 49 U.S.C. § 11706 and obtain from the Carrier the applicable transportation rate or charge; (b) place on the bill of lading or shipping order the notation "Shipment is subject to 49 U.S.C. § 11706"; and acknowledge that the linehaul transportation charge will be billed 'prepaid'. The shipper's failure to comply strictly with all of the requirements for transportation subject to 49 U.S.C. § 11706 shall create a conclusive presumption that the shipment is intended for transport on the Restricted Liability terms of this Item.

* "Carrier" includes BNSF Railway and all of its connecting linehaul and switching railroads on any shipment for which this Rule Book applies.
** "Vehicle" includes a railcar of any description, a trailer, or a container.

---

*Item 2280 - Rules Governing Transportation of Railway Passenger Cars*

Except as otherwise provided, BNSF will not accept for transportation over its line or for placement or storage on its tracks or in its yards any railway passenger car or railroad business car, with or without passengers.

---

*Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001*

BNSF will issue freight bills based on rates that are in effect at the time shipments are tendered to us for movement. Please show the applicable price authority number on your bills of lading (e.g., BNSFQ 12345).

BNSF will not allow backdated pricing to cover carload shipments where the customer tendered a shipment prior to a price agreement or after a price agreement has expired. If no other price is in place at the time of movement, existing public prices will be used. For joint line shipments, if an existing through price is not in place, then BNSF will rate and bill these as Rule 11 shipments. This means each line haul railroad will bill the customer for their portion of the shipment

---

*Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated)*

*Item 2360 – Electronic Movement Instructions for Scrap Paper, (Issued May 7, 2003 – Effective July 1, 2003) (New Item) (Increase)*

BNSF will no longer accept or process movement instructions (bill of lading, switch instructions) for scrap paper other than by the electronic methods listed below:

a. System to System Electronic Data Interchange (EDI).
b. BNSF Shipping Instruction tool on the Internet.
c. Rail Industry Shipping Instructions tool on the Internet.
d. Agilink – PC – based billing package.
e. Fax to Third Party billing service.

BNSF will also require complete billing prior to the movement in order to ensure efficient handling of the shipment. If a car is released from the loading facility without billing instructions, the standard demurrage charge per Item 1100-Series of BNSF Demurrage Book 6004-Series will apply plus $75 per day for holding charges until billing is provided by an appropriate method. Consignor / Loader will also be subject to switching charges as outlined in BNSF Switching Book 8005-Series.

## SECTION 3 - Specific Rules and Regulations - With Charges

*Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002*

A. The provisions of this paragraph are no longer applicable.

B. A cancellation charge of $75.00 per car, except Mechanical Refrigerator cars a charge of $300.00 per car, will be applied whenever a car that is already applied to a car order and that car order is canceled, reduced or changed. One of the following conditions must be met before charges are applicable:

   1. If order is for equipment furnished by BNSF, cars must be spotted at industry at the time the order is canceled, reduced, or changed (See EXCEPTION); or

   2. If order is for equipment furnished by a foreign carrier, cars must be placed on interchange track, already received by BNSF, or spotted at industry at the time the order is canceled, reduced or changed.

   3. If order is for equipment ordered by foreign carrier from BNSF, cars must be placed on interchange track or already delivered to foreign carrier at time the order is canceled, reduced or changed (See NOTE).

EXCEPTION: The cancellation charge does not apply to BNSF owned or leased equipment ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12163 of BNSF 4022-Series and BNSF 4023-Series.

NOTE: BNSF will not absorb any charges assessed by a foreign carrier for the handling of a car ordered and not used in transportation service. Any charges assessed by the foreign carrier will be billed to the party canceling the order.

---

*Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001*

When BNSF is required to disinfect or clean a box car under State, Federal, County, or Municipal regulations, a charge of $234.00 per car will be assessed against the freight payor of the shipment for which such cleaning and disinfecting is made. This charge will be in addition to any applicable charge for fumigation.

---

*Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, Cancelled Effective October 31, 2001*

Empty Covered Hopper Cars, last containing Sugar (STCC 20-621 and 20-629), rejected for cleaning will be subject to a charge of $800 when the prior load was originated by the current shipper rejecting the car.

---

*Item 3060 - Charge - Detention on Heavy Duty Flat Cars*

For detention and use charges on heavy duty flat cars, see Tariff RPS 6740-Series.

---

*Item 3080C - Charge – Detention on Mechanical Refrigerator Cars, Issued November 15, 2002 – Effective December 1, 2002*

This item applies only on railroad owned or railroad controlled Mechanical Refrigerator Cars. The charges herein apply whether or not the refrigeration unit is running. In determining the assessment of charges, Sundays will be considered chargeable days and the 12 Holidays as listed in BNSF Demurrage Book 6004, Item 140 series will be considered free days. (See Exception 1)

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed at destination, or are constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After three days, detention charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the party unloading the railcars. Also, detention will be calculated from the first 12:01 a.m. after empty cars are actually placed at origin, or are constructively placed either short of origin or at origin, or if actually placed prior to the date ordered from the first 12:01 of the order date, and will continue until such time as cars are released as a load with proper billing. After three days, detention charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the party loading the railcars.

All detention charges will be issued by BNSF and are payable to BNSF whether the loader or unloader is located on the BNSF, served through reciprocal switching or is located offline from the BNSF.

Exception:

1. This exception applies to mechanical refrigerator cars moving in BNSF revenue line haul service. When actual placement for loading or unloading is on Friday or Saturday, the Saturday preceding the first Sunday is non-chargeable and the first Sunday is non-chargeable. All subsequent Saturdays and Sundays are chargeable.

*Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments*

A. This item applies for transportation in freight service of each attendant/rider accompanying freight shipments where such transportation is reasonably required. This item will apply only when advance arrangements have been made between the party to accompany freight shipment and BNSF. Each attendant/rider accompanying a shipment under the provisions of this item must execute a BNSF Release Form in accordance with Rule 43 of the Uniform Freight Classification Tariff UFC 6000-Series prior to movement of shipment. Bill of lading covering shipment must indicate when attendant/rider will accompany the shipment, number of such attendants/riders, and points between which they are to accompany the shipment. BNSF is not required to furnish special accommodations for person(s) riding freight trains.

B. The one-way charge for each attendant/rider accompanying freight shipments is as follows:

BNSF Charge Per Attendant/Rider

| BNSF Mileage | Charge Per Attendant/Rider |
|---|---|
| 1000 or less | $250.00 |
| 1001 to 2000 | $400.00 |
| 2000 and over | $650.00 |

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF6003 Rail Mileage Inquiry at www. BNSF.com.

*Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight*

Traffic of exceptional dimensions or weight, which can only be handled subject to restrictions when accompanied by representatives of the Track and Signal Departments to remove and replace switch stands, targets, and dwarf signals, reinforcing of bridges or track or any extra work required to be done over and above normal handling by representatives of Car or Engineering Department to accompany load for safety reasons, will be subject to additional charges over and above the freight charges based on actual cost incurred by BNSF for services performed.

*Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico, Issued November 29, 2001 – Effective December 24, 2001*

Carload shipments moving from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions when held on the BNSF awaiting clearance of Mexican Customs and release for entry into Mexico.

A. Calculations of Charges:

1. Seventy-two (72) hours free time will be allowed for the surrender of all documentation necessary for the clearance of Mexican Customs and release for entry into Mexico.

2. Free time will be computed from the first 12:01 a.m. after "Despacho Previo" (See Note) notification. Saturdays, Sundays, and holidays will be excluded in the computation of free time except as noted below.

   Note: "Despacho Previo" is a Mexican Customs' program to pre-document exports from the United States into Mexico prior to the interchange of cars to a Mexican railroad.

3. Following the expiration of free time, a Document Delay charge of $50.00 per car, per day, or fraction thereof, will be assessed until the car is released for entry into Mexico.

4. Saturdays, Sundays, and holidays, occurring subsequent to any chargeable day, will be considered chargeable days.

B. Notification and Release:

1. "Despacho Previo" notification will be sent or given by the BNSF to the consignee, or party designated by the shipper to receive same, when unit enters the BNSF computer system through customer shipping instructions or interchange receipt from connections carriers.

2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met:

   (a) All freight and accessorial charges due the BNSF have been paid; and

   (b) All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF; and

(continued on next page)

*Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico (concluded)*

(c) All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF.
(d) Shipping instructions have been received by the Mexican rail carrier.

C. Holidays:

The following United States and Mexican holidays will be recognized as holidays in the calculation of charges:

New Year's Day – January 1
Martin Luther King Day – Third Monday of January
Constitution Day - February 5
Presidents Birthday – Third Monday of February
Birthday of Benito Juarez - March 21
Good Friday – Friday before Easter Sunday
Labor Day - May 1
Memorial Day – Last Monday of May
Independence Day – July 4
Labor Day – First Monday of September
Independence Day – September 16
Anniversary of Mexican Revolution - November 20
Thanksgiving Day – Fourth Thursday of November
Christmas Day – December 25

*Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001*

Open-top or covered hopper cars of Bentonite Clay (STCC 14-511-10 and 32-952-32), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rules 14 and 27 in Tariff UFC 6000-Series.

*Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand,*
*Cancelled Effective October 31, 2001*

Covered hopper cars of Industrial Sand (STCC 14-413), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge for any material over 1,000 pounds at a rate of $75.00 for each 2,000 pounds of material over the first 1,000 pounds. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

*Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC*

This item applies on all railroad and railroad controlled cars for which BNSF pays or receives per diem, including BNSF owned or leased cars.

A. Seven (7) days free time will be allowed from the arrival of loaded or the availability of empty cars for delivery to a water carrier at the BNSF terminal yard in Vancouver, BC, and shall be considered delivered following notification.

B. Free time will begin at the first 12:01 a.m. following telephone notification, confirmed by Fax transmission of the arrival of loaded cars; or the telephone notification of empty cars available at the BNSF terminal yard in Vancouver, BC.

C. After expiration of the free time, the following detention charges apply:

   $20.00 per car per day for each of the first fourteen (14) days; and
   $60.00 per car per day for each subsequent day.

D. Once detention charges commence, charges are applicable until cars are returned to BNSF tracks in Vancouver, BC.

E. Traffic subject to the provisions of this item are not subject to the provisions of BNSF Demurrage Book 6004-Series, except that the provisions of Item 110 (Charges on Cars Containing Explosives or Hazardous Materials) to BNSF Demurrage Book 6004-Series will apply.

---

*Item 3240 - Charge - Hazardous Materials Destined to Canada*

When a shipment of Hazardous Materials arrives at a border crossing between the United States and Canada without proper documentation in compliance with Canadian Transport Commission Regulations, including the Canadian Hazardous Materials Description and proper Canadian Hazardous Materials Placards attached to the car, and the shipment must be held by BNSF at the border crossing, a charge of $88.00 per day, or portion of a day, will be assessed from the first 7:00 a.m. following notice to the consignor that the shipment is being held awaiting proper documentation and/or placards.

Demurrage and storage charges named in BNSF Demurrage Book 6004-Series will also apply.

---

*Item 3250 – Failure to Complete Unloading of Railcars,*
*Issued October 10, 2001 – Effective November 1, 2001*

Upon arrival and placement of railcars for unloading at destination, unloader will be responsible for unloading equipment in a manner which does not damage equipment, and for releasing equipment in a condition suitable for reloading by another shipper. Customers who refuse or fail to remove all lading, dunnage blocking, bracing, strapping, debris or other material that was part of the inbound shipment, secure interior loading devices, and close doors will be subject to a penalty charge of $500.00 per car plus the actual cost incurred by BNSF to remedy this situation.

*Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003*

When Covered Hopper Cars of sugar, which are released from unloading, but have not been completely unloaded, are returned to the original shipping point for reasons other than carrier's error, the return will be subject to one of the following conditions, whichever is lower, with a minimum charge of $750: (1) to the rate, minimum weight, and route applicable for such return movement; or (2) the rate, minimum weight, and route from the original point in effect on the date shipment is tendered for return, to the actual weight of the return movement.

Cars will be considered as completely unloaded if the sugar remaining in the car does note exceed three (3) percent of the weight of the last loaded movement.

Cars originating at Billings, MT; Lovell, WY; Longmont, CO; Sterling, CO; Rocky Ford, CO; Ft. Morgan, CO; Bayard, NE; Mitchell, NE; or Scottsbluff, NE may be returned to Billings, MT; Scottsbluff, NE; or Sterling, CO in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Billings, MT, Scottsbluff, NE, or Sterling, CO was the original shipping point.

Cars originating in Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN,; Wilds, MN; Bingham, MN or Moorehead, MN may be returned to Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN in lieu of the original shipping point. The return will be subject to the rate, minimum weight and route as though Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN were the original shipping point.

---

*Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets*
*Cancelled Effective October 31, 2001*

Covered Hopper Cars of Sugar Beet Pulp Pellets (STCC 20-619), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the Unloader of the car responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

---

*Item 3280 - Charge - Shipments Held for Orders*

A. Carload shipments covered by "Order" or "Order Notify" Bills of Lading, or carload shipments covered by "Straight" Bills of Lading showing consignment to one party with instructions therein, or on which instructions are otherwise given to:

   1. Notify or advise another party and deliver only upon surrender of written order; or

   2. Deliver only upon surrender of original bill of lading; or

(continued on next page)

*Item 3280 - Charge - Shipments Held for Orders (concluded)*

3. When consigned in any other manner which imposes upon the carrier the obligation not to make delivery except upon surrender of original bill of lading or written order;

will not be moved to the designated place of delivery until bill of lading or written order has been surrendered or indemnity bond or other substitute security therefore as defined in Rule 7 of Uniform Freight Classification is given, subject to the provisions in this item and Exceptions 1 and 2 named below.

B. When the place of delivery is designated in the bill of lading or otherwise designated, prior to the arrival of car at destination, and delivery is made to such designated place of delivery, provided a shipment is actually held for surrender of the bill of lading or written order or substitute security as defined in Rule 7 of Uniform Freight Classification, the following charges will apply:

1. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given to an authorized representative of the line-haul delivering carrier prior to arrival at destination, there is no charge.

2. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given..

   (a) To the line-haul delivering carrier at other than destination, after car has arrived at billed destination; or

   (b) To the line-haul delivering carrier at destination or first available hold point prior to destination after notice of arrival is sent or given consignee or party entitled to receive same. If notice of arrival is sent or given consignee or party entitled to receive same on a Sunday or Holiday, as described in Item 1010 of BNSF Demurrage Book 6004-series, the bill of lading or written order does not have to be surrendered or indemnity bond or other substitute security does not have to be given until the first business day following the Sunday or Holiday; or

   (c) To any participating line-haul carrier, other than delivering carrier:

   Charge is $150.00 per car, not to exceed $600.00 per bill of lading, and is in addition to any other charges that may accrue (i.e., switching, demurrage, storage, etc.)

EXCEPTIONS:

1. Surrender of bills of lading, written orders or other required documents by means of U.S. Mail will be allowed. When mail service is used, the time of mailing by the party which undertakes to surrender such bill of lading, written order or other required document shall be deemed to be the time of surrender. In the case of dispute as to the time of mailing, the postmark date shall govern.

2. When the original bill of lading or written order covering a shipment is not available, the shipment may be delivered in advance of the surrender of the bill of lading or written order as provided in Rule 7 of the Uniform Freight Classification.

*Item 3300C - Charge - Special Freight Train Service – Issued February 28, 2003 – Effective March 21, 2003*

A. Definition of Special Freight Train Service.

1. A train which is operated on an expedited schedule or under special service or transportation requirements specified by the consignor, consignee or the agent of either.

2. A train which is assembled in accordance with instructions given to a rail carrier by the consignor, consignee or the agent of either.

3. A train which is necessary in order to comply with service or other transportation requirements specified by any party to the movement

4. If the special train has cars for more than one destination, each stop will constitute a special run and charges for the special movement will be assessed from shipping point to first destination, from first destination to second destination, each as a separate and complete transaction.

B. Requirements for Special Freight Train Service.

Consignee, consignor or the agent of either must request this service in writing or by electronic device to BNSF Marketing/Sales Representative. Requests must be made in sufficient time to enable this carrier and all other carriers to consummate whatever arrangement or agreement which may be necessary to facilitate the movement of such trains. Requests should include, but are not limited to the following information: Date service is required or service window, if applicable; Routing, including origin and destination; Car initial(s) and number(s); Letter of authorization to bill charges, including appropriate patron codes, etc.

C. Furnishing of Special Freight Train Service.

Upon request, service will be provided at the convenience of all carriers involved in the movement.

D. Charges for Special Freight Train Service.

BNSF charges are as follows and will be calculated over the actual distance (route) operated by the special train at a charge of $62.00 per mile subject to a minimum charge of $9,000.00. This charge is in addition to published or contract freight rates. Charges for other carriers involved in joint line or local movements will be handled under the provisions of Accounting Rule 11. BNSF will assess a $2,500 surcharge to any requesting party that cancels a special train once BNSF has officially assigned crew and power.

E. Switching Charges for Special Freight Train Service.

Switching charges will be assessed as outlined in Special Switching Service items in applicable BNSF switching tariffs.

F. Distances.

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF mileage Inquiry at BNSF.Com using the actual route of the movement.



BNSF-0511832

DA03766

*Item 3320 - Charge - Turning of Empty Unit Train Cars*

Upon request of the car owner or lessee, BNSF will turn an entire unit train of empty cars on railroad owned tracks or privately owned loop tracks at a time and place convenient for normal carrier operations, subject to a charge of $1,575.00 per turn. This charge will not apply in connection with cars for loading of Grain or Grain Products moving under rates in Tariff BNSF 4022-Series.

*Item 3340 - Charge - Destination Detention on Sugar Cars*

This item to apply to shipments of Sugar (STCC 20-621 and 20-629) moving in Covered Hopper Cars which are railroad owned or railroad controlled.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed, constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After five days, detention charges of $50 per day per car will be assessed against the Consignor of the railcars. These charges are in addition to any demurrage charges which may also apply.

*Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001*

When customers request ride quality testing or monitoring of shipments to satisfy their own internal objectives apart from any joint effort with BNSF Damage Prevention, BNSF will, for a charge, provide test equipment to customers along with instructions for the proper activation, placement and recovery of the device(s). BNSF will also download test data from the device(s) and provide a written report of the results. Customers will be responsible for the activation, placement and recovery of the test device(s), thus meeting the requirements of their particular shipping schedules.

Devices currently available from BNSF Damage Prevention for testing and the per trip cost (for one device and report) are:

| | |
|---|---|
| Snap Shock Plus single axis | $165.00 |
| Snap Shock Plus triple axis | $250.00 |

BNSF will use its best efforts to provide a reliable device for the test(s); however, due to the inherent nature of the device, a failure may occur in route. BNSF is not responsible for any failure(s) of the device(s) or the consequences either direct or indirect caused by the failure(s). In the event that a complete recording of the trip is not produced as a result of the failure of the device (excluding improper activation, placement or recovery), charges will be waived. In the event that any device(s) are lost, missing or not recovered during the course of the test(s), the customer agrees to reimburse BNSF for the list price of the device(s).

For further information please call your BNSF Marketing Representative at 1-888-428-2673, option 3, or the Damage Prevention Team at 1-785-435-3082.

*Item 3375C - Charge – Fuel Surcharge, (Issued May 7, 2003 – Effective June 1, 2003) (Increase)*

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, if applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month (Time Period) equals or exceeds $1.25 per gallon a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the 1st of the second following month. Such fuel surcharge shall be included on the bill for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the fuel surcharge.

Fuel Surcharge Rates (FSR) will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review.

FSR = See Table Below.
Where FSR = Fuel Surcharge Rate.
HDF = prior Time Periods U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|
| $1.25 to $1.299 | 0.5% |
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

*Example:*

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.556 Per Gallon. Therefore, July's FSR would be 3.5%.

Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.35.

*Item 3400D – Credit Terms, Issued February 24, 2003 – Effective February 25, 2003*

If credit is extended to Applicant for the payment of transportation charges, Applicant agrees to pay such transportation charges within the following time periods:

(a) Freight Charges – 15 Calendar days from the date of the freight bill.
(b) Miscellaneous charges (e.g. demurrage, switching, weighing) – 30 calendar days from the date of the miscellaneous bill.
(c) Additional charges for freight transportation and related services (e.g. balance due bills) – 30 calendar days from the date of bill for additional charges.

NOTE: Errors discovered in bills by customers should be corrected by them and paid accordingly. Payment of all bills, including those corrected by customers, must be made within the credit period. Payment of bills alleged to be incorrect will not prejudice patron's claims, filed within the statutory period, for refund of overcharges. If customers receive bills that they feel they are not responsible for paying, they must notify the carrier within the credit terms that they are not responsible for paying the bills.

Payment of an amount less than stated on a BNSF invoice will be considered as payment on account and not as payment in full, not withstanding any notation to the contrary as payment on the payor's remittance. Acceptance by BNSF of the lesser amount will not constitute an accord and satisfaction. The payor will be advised of any remaining balance deemed due after application of the remitted funds.

FINANCE CHARGES: **(See Exceptions 1 and 2)**
The Burlington Northern and Santa Fe Railway will assess a finance charge of .033% per day (12% per annum) on unpaid bills for freight and miscellaneous charges, including demurrage, switching and weighing, which are past our credit terms. The finance charge continues to accrue daily until the date payment is received by BNSF, not the date payment is made or the date postmarked on the payment.

Customers with past due amounts will receive a finance charge invoice each month. Finance charges will be assessed on delinquent bills for freight or miscellaneous charges as of the end of the month reduced by amounts in dispute and any payments received by month end but not posted.

Exception 1: Assessment of Finance charges on Demurrage & private car storage charges only will be extended to 60 calendar days from the bill date.
Exception 2: Each month the Burlington Northern Santa Fe Railway will calculate an average Weighted Days To Pay (WDTP) on all freight and miscellaneous charges for each customer. The WDTP will be determined by calculating the average number of days a customer has taken to pay freight and miscellaneous charges over a preceding three-month period. If the WDTP does not exceed established credit terms then no finance charges will be applied for the month in which finance charges would have otherwise applied. If the WDTP exceeds the credit terms, the finance charges will accrue as stated above.

Item continued on next page

*Item 3400D – Credit Terms (Concluded)*

DISCOUNT FOR ELECTRONIC PAYMENT OF DEMURRAGE AND PRIVATE CAR STORAGE CHANGES:

A twenty percent (20%) discount will be given if all monthly bills at a single location are paid within 30 days of the billing date if the following conditions are met:

1. BNSF web-enabled tools are used to suitably manage equipment orders and any demurrage disputes where applicable.
2. All demurrage and private car storage bills as defined in BNSF Demurrage Book 6004 and BNSF Private Car Storage Book 6005 for a single location must be paid in full less the discount within 30 days of billed date.
3. Payments must be received electronically.

The following is a link to Customer Tools at BNSF's web site: http://www.bnsf.com/business/

## SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada

### *Item 4000 - Application*

Except as provided for in the EXCEPTION below, the provisions of this Section and Sections 4A and 4B, apply only when specific reference is made to this Section in individual rate documents.

The regulations in this Section, and Sections 4A and 4B, governing the assessment and collection of charges on international freight traffic, in either direction between points in Canada and points in the United States, must be observed.

EXCEPTION: When traffic is moving under NSRQ 4401-Series, the provisions of this Section, and Sections 4A and 4B will apply.

### *Item 4020 - Basis Rate of Exchange*

For the purpose of determining the rate of surcharge and discount, as referred to in this Section, and Sections 4A and 4B, the following will apply:

The rate of exchange quoted for New York funds by the Wall Street Journal on the last day of each month will govern from the first to the fourteenth (inclusive) of the following month. Similarly, such quotation on the fourteenth will govern from the fifteenth to the last day (inclusive) of such month. Should the governing date fall on a Saturday, Sunday or United States legal holiday, the quotation of the preceding day will govern.

### *Item 4040 - Governing Date for Application of Surcharge or Discount*

The governing date for the application of surcharge or discount will be the date of the bill of lading.

### *Item 4060 - Surcharge or Discount to be Shown on Freight Bills*

The surcharge or discount will be shown as a separate item on the freight bill

## SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001)

*Item 4100 - Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply when converting Canadian Currency to U.S. Currency on traffic and to the extent indicated in Item 4120.

| When Rate of Exchange is: (See Item 4020) | Amount of surcharge or Additional collection |
|---|---|
| 1. Less than 7/8 of 1%. | None. |
| 2. Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| 3. Over 1%. | 60% of rate of exchange |

In determining the surcharge, when the rate of exchange is more than 1%, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

*Item 4120 - Domestic Traffic*

The following will apply between Canada and the United States in both directions including advanced charges payable to United States Carriers.

| Application | Amount of surcharge on Additional collection |
|---|---|
| 1. On all shipments including advanced charges payable to United States carriers when such charges are payable and collected in Canada.<br><br>The surcharge should be added to the total through charges and must be assessed in all cases where the charges are collected at points in Canada, whether paid in Canadian or United States currency.<br><br>Such surcharge will accrue entirely to the Canadian carrier. | As per Paragraphs 2 (See NOTE). and 3 of Item 4100. |
| NOTE: Advanced charges, including customs duty and customs entry fees, payable entirely in the United States when such charges are payable and collected in 100% of rate of Canada Exchange. | 100% of Rate of Exchange |
| 2. When all charges are paid in United States Points in United States currency. | None |



BNSF-0511838

DA03772

## SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001)

*Item 4200 - Discount or Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply to the extent indicated in Item 4220.

| When Rate of Exchange is: (See Item 4020) | Surcharge or Additional collection |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1.25%. | 1/2 of 1%. |
| Over 1.25%. | 40% of rate of exchange |

| | DISCOUNT (Allowance) |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| Over 1%. | 60% of rate of exchange |

In determining the rate of surcharge and the rate of discount, when the rate of exchange is more than shown in this item, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

*Item 4220 - Domestic Traffic*

A. The following will apply on traffic from Canada to the United States.

| Application | Discount Allowance |
|---|---|
| All charges, when prepaid, must be paid in Canadian Currency. | As per Paragraph 2 of Item 4200. |
| | **Surcharge or additional Collection to be prepaid** |
| All charges when billed "collect". | As per Paragraph 1 of Item 4200 |

B. The following will apply on traffic from the United States to Canada.

| Application | Surcharge or additional Collection |
|---|---|
| All charges, when "prepaid" | As per Paragraph 1 of Item 4200. |
| | **Discount Allowance** |
| All charges when billed "collect". | As per Paragraph 2 of Item 4200 |



BNSF-0511839

DA03773

## SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001

*Item 5000 – Item Cancelled Account Obsolete*



BNSF-0511840

DA03774

*Item 5040 – Item Cancelled Account Obsolete*



BNSF-0511841

DA03775

*Item 5060 – Item Cancelled Account Obsolete*



BNSF-0511842

DA03776

*Item 5080 – Item Cancelled Account Obsolete*

*Item 5100 – Item Cancelled Account Obsolete*

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1.**

---

*Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier*
*Issued January 16, 2001 – Effective January 17, 2001*

Mechanical refrigerated equipment furnished by railroads will not be required to maintain a temperature of lower than minus 5 degrees Fahrenheit. Shipper shall indemnify and hold harmless the railroads involved for any damage to commodity if a lower temperature is required.

Responsibility for adequate blocking, bracing, packaging and loading of the shipment lies entirely with the shipper. Shipper has responsibility for starting the refrigeration unit, setting thermostat to the billed temperature and ensuring proper cooling prior to releasing the shipment for movement. Carriers will not be responsible for damages resulting from non-compliance.

---

*Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment*

When movements are in cryogenic cars (CO2), shipper will be responsible for the cost of supplying the proper amount of carbon dioxide (CO2) for any car used in conjunction with rates published in this section. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in cryogenic cars.

When empty, cars are subject to the provisions of Tariff and ICC RPS 6007-Series Tariff.

---

*Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002*

When movements are in privately owned or controlled Mechanical Refrigerated Cars, shipper will be responsible for all aspects of Mechanical Protective Service including but not limited to fueling, monitoring, preventative maintenance and running repairs on refrigeration unit and all costs associated with same. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in privately owned or controlled mechanical refrigerated cars.

When empty, cars are subject to the provisions of Tariff and ICC RIC 6007-Series Tariff.

---



BNSF-0511845

DA03779

*Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001*

1. Rule 705 - Frozen commodities

(a) Frozen commodities transported under mechanical protective service in BNSF owned or controlled mechanical refrigerator cars are subject to charges shown in item 6180 herein. Applicable charges in mechanical cars other than BNSF shall be governed by the rules and provisions of car owner.

(b) Shipper must place on bill of lading and shipping order, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE - RULE 705"

(c) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill with the following notation:
"RATE PER CAR INCLUDES MPS CHARGE"

2. Rule 710 - Non-frozen commodities

(a) Charges as published herein will apply on non-frozen commodities transported under mechanical protective service.

(b) Shipper must indicate on the exempt bill of lading, shipping order and freight waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - NON-FROZEN COMMODITY, RULE 710. PRECOOLED LOAD, OPTIMUM TEMPERATURE INSIDE CAR _____ DEGREES."

(c) Prior to loading, all commodities must be precooled to the temperature desired for shipping. Any claim for lading loss or damage will be subject to compromise or declination if lading was not pre-cooled prior to loading. The burden of proof will be on the shipper to provide evidence of origin temperature of lading at time of loading.

(d) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill as follows:
BNSF cars: "RATE PER CAR INCLUDES BNSF MPS CHARGE."
Foreign cars: "RATE PER CAR INCLUDES FOREIGN MPS CHARGE."

3. Rule 720 - Mechanical car used for shipments where MPS not ordered

When a mechanical refrigerator car is furnished for railroad's convenience and shipper does not order MPS, the mechanical unit will not be operated and MPS will not apply. Shipper must specify on bill lading, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE NOT ORDERED - RULE 720. DO NOT OPERATE MECHANICAL."

*Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002*

While mechanical units are being used by railroad, railroad shall perform such in transit temperature inspections as may be necessary and proper, at its expense. Railroad shall also perform routine servicing and running repairs to units. Railroad shall bill car owner, and car owner shall pay railroad, for services performed (other than inspection) and supplies furnished on the following basis:

1. Bills for fuel supplied or lube oil furnished mechanical cars should show equipment reference, service date, service location, gallons of fuel supplied and should be supported by information stating whether equipment was empty or loaded when service was performed and/or waybill date and number.

2. Bills for the pretrip inspection made prior to okaying car for loading, for the purpose of testing unit to determine that it is functioning satisfactorily or in need or repairs, will be rendered on the basis of $25.00 per car.

3. Refrigerant, antifreeze, supplies and repairs to units shall be billed as provided for in the field and office manuals of the code of interchange rules promulgated by the Association of American Railroads.

---

*Item 6080 - Empty Movement Of Privately Owned Cars*

The provisions of this item apply to rates published on shipments in cars of private ownership with the provision that the use of such cars is not subject to the payment of mileage allowances or to the provisions of Mileage Tariff and ICC RPS 6007-Series. Except as may otherwise be specifically provided in the Exempt rate quote, circular or memorandum, such rates include the movement of the empty car or cars to the point of prior loading via the reverse of the loaded route. Any other empty movement by the BNSF will be subject to charges provided in the applicable BNSF Tariff.

*Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc.*

Return of Pallets, Pallet Sides, Platforms, Skids, Dunnage, etc. shall not be included in rates for temperature controlled shipments (Rules 705 and 710).

---

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability*

BNSF offers the opportunity to ship temperature controlled commodities (Rules 705 and 710) pursuant to the terms and conditions of 49 U.S.C. Section 11706 (Carmack) liability, as an alternative to the claims provisions in this BNSF Rules Book, BNSF-6100 Series. Shipments made pursuant to the claim provisions of Section 11706 (Carmack) will be charged a higher rate, and the following conditions must be met in full:

(1) Not later than the time a car is ordered for loading the shipper must notify BNSF or its designated representative of the intention to make the shipment subject to the claim provision of 49 U.S.C. Section 11706 (Carmack). At that time the shipper must advise BNSF where and when the car will be available for BNSF representatives to inspect the loading and the loading method.

(Item continued on next page)

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded)*

(2) The shipping order and receipt must be endorsed prior to the shipment, "The Shipment is subject to the Claim Terms of 49 U.S.C. Section 11706."

(3) Transportation charges must be prepaid.

Unless the shipper complies in full with the conditions stated above for application of Section 11706 liability, the shipment will be conclusively deemed to move under the 'alternate liability' terms and conditions of BNSF Rules Book, BNSF-6100 Series, and there will be a conclusive presumption that the shipper has given his written declaration and/or that the shipper and carrier have entered into a written agreement to this effect.

---

*Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001*

A. Upon tender of a shipment of exempt commodities as described in this contract. accompanied by the verbal shipping order (phone transmittal) and/or Electronic Data Interchange (EDI) transfer completed by shipper, BNSF will give its receipt for the goods and its acceptance of said billing instruction. to be performed in accordance with the contract. Acceptance of the shipping order by BNSF shall also be by verbal acceptance and/or confirmation of EDI transfer. In all matters described herein, BNSF acts as principal only with respect to transportation over its own line.

B. Carriers will not be liable for loss, damage or delay caused in whole or in part by an Act of God, a public enemy, the authority of law, riots, strikes, acts of civil disobedience, inherent quality or characteristic of the commodity, natural shrinkage, an act or default of the shipper, owner or receiver or from shipments stopped and held in-transit at the request of the shipper, owner, or receiver.

C. BNSF agrees to transport shipment over its line with reasonable dispatch. BNSF and connecting carrier do not guarantee rail service on any scheduled time frame.

D. BNSF and connecting carrier shall not be liable for breakage or bruising damage to lading unless shipper provides physical evidence of railroad negligence. Shifting of a load, alone, shall not be considered as evidence of such negligence

E. BNSF and connecting carrier shall not be liable for deterioration resulting from improper loading or overloading of the equipment or from the use of containers or stacking methods which do not permit the adequate flow of air throughout the load.

F. BNSF and connecting carriers shall not be liable for market decline.

G. BNSF and connecting carriers shall not be liable for shortage unless there is physical evidence of forced entry to the transportation equipment. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. In addition, origin and destination seal records must be furnished.



BNSF-0511848

DA03782

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (continued)*

H. In no event shall BNSF and connecting carriers be liable for lading replacement costs or for special or consequential damages.

I. Shippers and/or consignee must mitigate damage situations by accepting the damaged cargo unless it is totally worthless. Shippers and/or consignees may not abandon damaged or partially damaged shipments to the railroad when the damaged shipments retain substantial value. Product that is abandoned to the carrier in an undamaged condition shall be sold for the account of whom concerned and salvage proceeds only, less any salvaging expenses incurred shall be remitted to the beneficial owner.

J. Carriers do not undertake to overcome the inherent tendencies of perishable goods to deteriorate or decay. Carrier has no liability for deterioration when the amount of deterioration could reasonably be expected to occur during normal rail transport. When the amount of deterioration is intensified due to diseases or due to decayed or damaged condition of the perishable goods at rail origin, rail carrier has no liability for this intensified deterioration.

K. In the event an act or omission of any party involved in the transportation process (shipper, carrier, receiver) is not the sole cause but contributes to any loss or damage, each party will be liable for only that portion of the loss or damage which was reasonably caused by its negligence. If the loss or damage results from the concurrence of an act or omission by BNSF and an act of God, then the liability of BNSF shall be no greater than the percentage of proven causal negligence of BNSF.

L. Carrier has no liability for deterioration of perishable goods when carrier refrigeration equipment functions properly within 10 degrees of the billed instruction (as monitored and recorded from the railcar's thermometer) and shipment is handled with reasonable dispatch.

M. On shipments where it is determined that the commodity pulp (body) temperature is something other than the billed temperature, it will not be BNSF's responsibility to bring said commodity's pulp temperature down to conform to billing temperature. When records indicate that the mechanical refrigeration unit was properly operating, carrier(s) will not be responsible for lading off condition.

N. Carrier shall not be liable for product loss arising from any cause, including temperature, after notice of constructive placement availability at the billed destination. Subsequent to such notice carriers will not be responsible for temperature monitoring, fuel, etc.

O. When handling perishable boxcar shipments in foreign line marked equipment, BNSF will be extended its longest line haul. Longest line haul shall mean BNSF's nearest point of interchange to the foreign carrier's billed origin location. Point of interchange shall be as identified in the Official Railroad Station List (OPSL 6000 including supplements) and subject to BNSF operating convenience. When BNSF is by necessity a switch carrier only, or does not receive its longest haul, BNSF will not be liable in full or part for any product claim. It will be shipper's responsibility to ensure that proper rate and route authorities are published.

Any Mechanical Protective Service performed by BNSF when handling perishable boxcar shipments in foreign line marked equipment shall be billed to the car owner in accordance with AAR interchange rules. If the shipment is in non-compliance of this section, and BNSF performs proper MPS service, BNSF will not participate in any freight claim payment. In the event that BNSF fails to exercise due diligence in the correction of an off-temperature condition than BNSF will participate in the distribution of any freight claim payment in accordance with AAR freight claim rules.

(Item continued on next page)



BNSF-0511849

DA03783

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (concluded)*

P. The shipper and consignee shall indemnify and hold harmless the carrier from any loss, damage, personal injuries and/or death resulting from failure to comply with the provisions contained herein. Acceptance of shipment by the carrier for transportation shall not be a waiver of this liability.

---

*Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001*

A. The rates and charges agreed upon for the shipment and the terms, conditions and provisions herein stated require that the shipper only, whether acting as principal or agent, must file any claim for loss and damage exclusively with BNSF or carrier on whose line the loss, damage, injury or delay occurred.

B. As a precedent to recovery for any loss or damage to lading, claims must be received by BNSF or carrier on whose line the loss, damage, injury or delay occurred, in writing from the shipper within three months after delivery of the shipment at its final railroad destination or, in the case of failure to make delivery, then within three months after a reasonable time for delivery has elapsed. BNSF shall pay, decline or offer to compromise claims within three months from the date received.

C. As a condition precedent to recovery of any claim, the consignee must immediately notify the destination carrier, shipper and BNSF upon discovery of any damage and allow destination carrier or its agent to inspect. Such notification to carrier and shipper must be made within 24 hours of notification of shipment's arrival. Failure of the rail carrier to inspect damaged cargo for whatever reason will not relieve the burden of the claiming party to establish that cargo was received in a damaged condition nor will it be considered an admission of liability by the rail carrier.

D. All written claims must include the following documentation:

1. A demand for payment of a specific amount.

2. Information identifying the rail shipment including equipment initials and number, shipper and receiver's name, shipping date and commodity.

3. Origin records or certification as to the condition and quantity of the lading at the time tendered to the origin rail carrier.

4. Destination records as to the condition and quantity of the lading at the time received from the destination rail carrier.

5. Verification of the amount claimed including original invoices, repair bills and account of sales.

6. Evidence as to the disposition of the damaged lading.

7. On fresh fruits and vegetables, origin and destination USDA inspections or Canadian government equivalent

(Item continued on next page)

*Item 6160 - Claim Procedures, (Concluded)*

E. All loss and damage lading claims filed with BNSF must be mailed to:
Director, Freight Claims
Burlington Northern Santa Fe Railway Company
PO Box 1738
Topeka, KS 66601

F. Carrier's liability will not exceed the actual amount of physical loss or damage sustained to the lading including proven costs through mitigating the loss or damage. Claim calculation as well as any claim payment shall not exceed the delivered value of FOB origin invoice plus freight to destination, less the gross account of sales, plus a reasonable commission on those sales.

G. Claims or lawsuits for less than $1000.00 shall not be filed and no claim shall be paid if the amount of loss or damage is found to be under $1000.00 per carload.

H. Any suit against BNSF or its connecting carriers based on transportation provided under the terms of this circular shall be commenced within one year from the date of delivery, or in the case of failure to make delivery then within one year after a reasonable time for delivery has elapsed. Such suit shall be filed in the state or province of origin on or interchange to BNSF.

I. Any claim or suit not filed in strict accordance with the terms and conditions of this circular shall be void.

***Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car***

FRESH AND FROZEN COMMODITIES

| GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|
| ARIZONA | ARKANSAS | ALABAMA | DISTRICT OF COLUMBIA |
| ALBERTA | ILLINOIS | GEORGIA | CONNECTICUT |
| BRITISH COLUMBIA | IOWA | INDIANA | DELAWARE |
| CALIFORNIA | KANSAS | KENTUCKY | FLORIDA |
| COLORADO | LOUISIANA | MICHIGAN | MAINE |
| IDAHO | MANITOBA | MISSISSIPPI | MARYLAND |
| MONTANA | MINNESOTA | OHIO | MASSACHUESETTS |
| NEVADA | MISSOURI | ONTARIO | NEW BRUNSWICK |
| NEW MEXICO | NEBRASKA | TENESSEE | NEW HAMPSHIRE |
| OREGON | NORTH DAKOTA | WEST VIRGINIA | NEW JERSEY |
| UTAH | OKLAHOMA | | NEW YORK |
| WASHINGTON | SASKATCHEWAN | | NORTH CAROLINA |
| WYOMING | SOUTH DAKOTA | | NOVA SCOTIA |
| | TEXAS | | PENNSYLVANIA |
| | WISCONSIN | | PRINCE EDWARD ISLAND |
| | | | RHODE ISLAND |
| | | | SOUTH CAROLINA |
| | | | VERMONT |
| | | | VIRGINIA |

| TO GROUP \ FROM GROUP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 650 |
| 2 | 550 | 500 | 550 | 600 |
| 3 | 600 | 550 | 500 | 550 |
| 4 | 650 | 600 | 550 | 500 |

SEATTLE, WA TO ALASKA = $650 PER CAR

INTRASTATE MECHANICAL PROTECTIVE SERVICE CHARGES = $250 PER CAR

MPS charges for all shipments in BNSF owned or controlled mechanical refrigerated cars where BNSF does not appear as a linehaul carrier in the route, will be $2000.

*Item 6200 - Stopping*

Stopping to complete loading or for partial unloading of cars with temperature controlled shipments (Rules 705 and 710) is not allowed.

*Item 6220 - Mexico*

Mechanical refrigerated cars owned or controlled by BNSF are not permitted to move into Mexico unless the governing rate document clearly states that rate applies for shipments destined to specified points in Mexico. If a mechanical refrigerated car moves into Mexico as a result of billing to a destination in Mexico in violation of this condition, the party who billed the car will be subject to a charge of $10,000 in addition to applicable charges for movement of commodity. If a mechanical refrigerated car moved to Mexico in violation of this condition sustains loss or damage from any cause, the party billing such car shall also be liable for such loss and damage. Failure of any Railroad to prevent the movement of the car to Mexico shall not constitute a waiver of BNSF's right to enforce this item.

*Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003*

Mechanical refrigerated cars received by BNSF requiring cleaning, including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to $500 cleaning fee. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.

Mechanical refrigerated cars spotted to industry for loading and subsequently rejected by the loading party due to cars requiring cleaning including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to a $1,000 fee covering but not limited to transportation, cleaning and opportunity cost. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.

**END**