# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

# Volume 14 of 29

# DA03788 - DA03975

# BNSF RAILWAY COMPANY
# BNSF RULES BOOK 6100-A
**(Cancels BNSF Rules Book 6100)**

**CONTAINING**
**RULES, REGULATIONS AND SPECIAL CHARGES**
**GOVERNING**
**THE TRANSPORTATION OF FREIGHT**
**ON**
**BNSF RAILWAY COMPANY**
**IN**
**THE UNITED STATES AND CANADA**
**AND**
**REGULATIONS GOVERNING CURRENCY EXCHANGE ON TRAFFIC**
**FROM, TO AND BETWEEN STATIONS IN CANADA**
**AND**
**CAR HIRE ON TRAFFIC TO OR FROM MEXICO**

**For explanation of abbreviations / reference marks, see Item 110**

**ALSO APPLICABLE ON INTRASTATE TRAFFIC**

**ISSUED DECEMBER 29, 2000** **EFFECTIVE JANUARY 1, 2001**

**Issued by J. C. Engstrom, P. O. Box 961069, Ft. Worth, TX 76161-0069**

Table of Contents

Item 100A - BNSF Web Site - Issued November 17, 2004 – Effective January 1, 2005 ....5
Item 110 - Explanation of Abbreviations and Reference Marks ....5
Item 120 - Method of Canceling Items ....6
Item 130 - Notification of Changes....6

**SECTION 1 - General Rules And Regulations .... 7**
Item 1000 - Description of Governing Classification....7
Item 1020 - Station Lists and Conditions ....7
Item 1040 - Explosives and Dangerous Articles....7
Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc....7
Item 1080 - Omnibus Clause....7
Item 1090 – Traffic From or To BNSF Revenue Stations (Former BCOL Only) in British Columbia – Issued July 8, 2004 – Effective July 15, 2004 ....7
Item 1100 - Application of Items to Non-Regulated Traffic....8
Item 1120 - Consecutive Numbers....8
Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001 ....8
Item 1140 – BNSF Hazardous Waste Manifest Process - Issued January 11, 2005 – Effective February 1, 2005 8

**SECTION 2 - Specific Rules And Regulations - Without Charges .... 10**
Item 2000 - Charges Payable in United States Funds....10
Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap....10
Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In....10
Item 2060 - Definition of "Intrastate" and "Interstate" Traffic ....10
Item 2080 - Distance, Method of Obtaining....10
Item 2100 - Emergency Routing ....11
Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP – Issued Augusts 10, 2006 – Effective September 1, 2006 (Item Cancelled)....11
Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic ....11
Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic ....11
Item 2180 - Mileage Allowance Application ....11
Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico....12
Item 2220 - Receipt and Delivery of Freight, Restrictions On....12
Item 2240 - Refused or Unclaimed Freight....12
Item 2250D - Rule Governing Barrier Seal Application – Issued July 29, 2004 – Effective August 1, 2004 ....13
Item 2260 - Return of Refused or Rejected Shipments ....14
Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restriction – Issued July 29, 2004 – Effective August 1, 2004 ....14
Item 2280 - Rules Governing Transportation of Railway Passenger Cars....16
Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001 ....16
Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated)....17
Item 2360C– Electronic Movement Instructions for Commodities listed in Note 1 - Issued August 10, 2006 – Effective September 1, 2006 ....17
Item 2370 – Low Sulfur Diesel Fuel – Issued June 16, 2006 – Effective July 7, 2006....17
Item 2380 – Fuel Purchases – Issued September 6, 2006 – Effective October 1, 2006 ....17

**SECTION 3 - Specific Rules and Regulations - With Charges .... 18**
Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002....18
Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001....18
Item 3030 – Charge for Transferring, Adjusting or Repackaging of Lading – Issued June 8, 2004 – Effective August 1, 2004....19

Item 3035 – BNSF Railcar Loading Rules – issued December 11, 2006 – Effective January 1, 2007) (New Item) ..... 19
Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, ..... 19
Cancelled Effective October 31, 2001 ..... 19
Item 3060 - Charge - Detention on Heavy Duty Flat Cars ..... 20
Item 3080G - Charge – Extended Use Fee – For Cars Held for Loading and Unloading on Foreign Carriers - Issued February 27, 2006 – Effective March 18, 2006 ..... 21
Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments ..... 22
Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight ..... 23
Item 3140G - Charge - Document Delay Charges on Export Traffic to Mexico – Issued January 10, 2007 – Effective February 1, 2007 ..... 23
Item 3150B – Document Delay Charges on Grain Shuttle Trains Destined Stations in Mexico – Issued March 3, 2006 – Effective April 3, 2006 ..... 24
Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001 ..... 25
Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand, ..... 25
Cancelled Effective October 31, 2001 ..... 25
Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC ..... 26
Item 3240 - Charge - Hazardous Materials Destined to Canada ..... 26
Item 3250 – Failure to Complete Unloading of Railcars – Issued February 14, 2007 – Effective March 7, 2007 ..... 27
Item 3251 – Covered Hoppers Unfit for Movement Due to Residue/Debris on the Exterior of the Car -Issued August 10, 2006 – Effective September 1, 2006 ..... 27
___ ..... 27
Item 3255 – Charge for Permanently Securing or Welding Apparatus to Heavy Duty Railcars – Issued February 14, 2007 – Effective March 7, 2007 ..... 27
Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003 ..... 28
Item 3261 – Application of Barrier Seals Upon Completion of Unloading of Bulk Sugar Hopper Cars – Issued October 20, 2005 – Effective November 10, 2005 ..... 28
Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets ..... 29
Cancelled Effective October 31, 2001 ..... 29
Item 3280 - Charge - Shipments Held for Orders ..... 30
Item 3300G - Charge - Special Freight Train Service – Issued March 17, 2006 – Effective May 1, 2006 ..... 32
Item 3320 - Charge - Turning of Empty Unit Train Cars ..... 33
Item 3340 - Charge - Destination Detention on Sugar Cars ..... 33
Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001 ..... 33
Item 3375H - Charge – Fuel Surcharge – (Issued April 3, 2007 – Effective April 25, 2007) (Increase) ..... 35
Item 3380B - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments – (Issued April 3, 2007 – Effective April 25, 2007) (Increase) ..... 39
Item 3381A - Charge – Mileage-based Fuel Surcharge on Coal Unit Train and Trainload Shipments – (Issued April 3, 2007 – Effective April 25, 2007) (Increase) ..... 40
Item 3400E – Credit Terms, - Issued July 7, 2005 – Effective July 27, 2005 ..... 42
Item 3500A– Charge, Furnished Equipment Used for Offline Movements (See Exceptions 1, 2 and 3) – Issued February 24, 2004 – Effective March 15, 2004 ..... 43
**SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada ..... 44**
Item 4000 - Application ..... 44
Item 4020 - Basis Rate of Exchange ..... 44

Item 4040 - Governing Date for Application of Surcharge or Discount ........ 44
Item 4060 - Surcharge or Discount to be Shown on Freight Bills ........ 44

**SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001) ........ 45**
Item 4100 - Surcharge ........ 45
Item 4120 - Domestic Traffic ........ 45

**SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001) ........ 46**
Item 4200 - Discount or Surcharge ........ 46
Item 4220 - Domestic Traffic ........ 46

**SECTION 5 – Crossing Fee Including Car Hire on Traffic to or From Mexico Moving via San Ysidro, CA Section 5 Cancelled effective November 1, 2006 ........ 47**
Item 5000 – Application of Crossing Fee which includes Car Hire on Traffic To or From Mexico –Item cancelled effective November 1, 2006 ........ 47
Item 5020 – Crossing Fee which Includes Car Hire Documentation on Shipments From or To Mexico – Item cancelled effective November 1, 2006 ........ 47
Item 5040 – Crossing Fees including Car Hire Charges on Traffic Moving via San Ysidro, CA – Item cancelled effective November 1, 2006 ........ 48
Item 5060 – Item Cancelled Account Obsolete ........ 49
Item 5080 – Item Cancelled Account Obsolete ........ 50
Item 5100 – Item Cancelled Account Obsolete ........ 51

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001 ........ 52**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1 ........ 52**
Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier ........ 52
Issued January 16, 2001 – Effective January 17, 2001 ........ 52
Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment ........ 52
Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002 ........ 52
Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001 ........ 53
Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002 ........ 54
Item 6080 - Empty Movement Of Privately Owned Cars ........ 54
Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc. ........ 54
Item 6120 - Offer Of Section 11706 ('Carmack') Liability ........ 54
Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded) ........ 55
Item 6140B - Loss And Damage Provisions/Liability Restrictions – Issued April 29, 2005 – Effective June 1, 2005 ........ 55
Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001 ........ 57
Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car ........ 59
Item 6200 - Stopping ........ 60
Item 6220 - Mexico ........ 60
Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003 ........ 60



BNSF-0515746
DA03791

**SECTION 7 – Requirements and Guidelines for the Location, Maintenance and Operation of Facilities Handling Hazardous and Other Specified Materials. Issued November 5, 2003 – Effective November 25, 2003 ........ 61**
I. GENERAL REQUIREMENTS AND GUIDELINES........ 61
II. LOCATION OF TRACKS AND FACILITIES........ 61
III. LOCATION OF LOADING/UNLOADING RACKS AND STORAGE TANKS........ 62
IV. CLASS 3 FLAMMABLE AND COMBUSTIBLE LIQUIDS........ 62
V. CLASS 2 COMPRESSED GASES........ 63
VI. PREVENTION OF ELECTRIC SPARKS DURING LOADING OR UNLOADING OF FLAMMABLE LIQUIDS OR FLAMMABLE GASSES. ........ 63
VII. LOADING INTO RAIL CARS........ 64
VIII. UNLOADING FROM RAIL CARS........ 64

---

*Item 100A - BNSF Web Site - Issued November 17, 2004 – Effective January 1, 2005*

BNSF public miscellaneous and pricing publications subject to BNSF 6100-Series are available to download and view on BNSF's website http://www.bnsf.com. For those parties who wish to receive notice of changes to those publications, the following two options are available:

1. The party may subscribe online using BNSF's subscription tool. Once subscribed, the subscribing party will receive an email each time an update is posted to the BNSF website. To subscribe, access the following link and click "Subscribe to Price Updates:

   http://domino.bnsf.com/website/prices.nsf/ba3?OpenForm

   This service is provided free of charge, and the subscribing party is responsible for keeping e-mail information current in their subscription profile.

2. The party may subscribe to receive hard copies of revisions to specific publications for an annual fee of $500 (A) per publication. To subscribe, send a written request to the following address:

   BNSF Price Management
   P.O. Box 96109
   Fort Worth, TX 76161-0069

This written request is required on an annual basis in accordance with the Surface Transportation Board's policy decision under Ex Parte 528, Disclosure, Publication, and Notice of Change of Rates and Other Service Terms for Rail Common Carriage.

---

*Item 110 - Explanation of Abbreviations and Reference Marks*

| **ABBREVIATION** | **EXPLANATION** |
|---|---|
| BNSF | BNSF Railway Company |
| BOE | Bureau of Explosives |
| CFR | Code of Federal Regulations |
| CSP | Camas Prairie Railnet, Inc |
| OPSL | Official List of Open and Prepay Stations |
| NSRQ | Norfolk Southern Rate Quotation |
| RER | Official Railway Equipment Register |
| TM | The Texas Mexican Railway Company |
| UFC | Uniform Freight Classification |
| US | United States |

| **REFERENCE MARK** | **EXPLANATION** |
|---|---|
| (A) | Denotes increase. |
| (B) | Denotes reduction. |
| (C) | Denotes changes in wording which result in neither increases nor reductions in charges. |

---

### *Item 120 - Method of Canceling Items*

As this book is revised, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 3000-A cancels item 3000, and item 3000-B cancels item 3000-A in a prior revision, which in turn cancelled item 3000.

### *Item 130 - Notification of Changes*

1. As items in this book are revised, the remarks "Increase, Reduction or Change in Wording" will be shown in parenthesis to the right of the effective date of the item.

   Example:

   **Item 1000 – Description of Governing Classification**
   Issued March 1, 2001 – Effective April 1, 2001 **(Change in Wording)**

2. In addition, the effective date of the revised item will be added in parenthesis to the Table of Contents on page 1 to identify which item(s) have been changed.

   Example:

   Item 1000 – Description of Governing Classification **(Effective April 1, 2001)**

3. The paragraph that has been changed within the item will contain one of the following reference marks placed at the end of the paragraph.

   (A) Denotes Increase.
   (B) Denotes reduction.
   (C) Denotes changes in wording which result in neither increases nor reductions in charges.

   Example:

   The term "Uniform Freight Classification", when used herein, means UFC 6000-Series. **(C)**

## SECTION 1 - General Rules And Regulations

### *Item 1000 - Description of Governing Classification*

The term "Uniform Freight Classification", when used herein, means UFC 6000-Series.

### *Item 1020 - Station Lists and Conditions*

This Book is governed by OPSL 6000-Series to the extent shown below:

A. For additions and abandonments of stations, and, except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight, and changes in station facilities. When a station is abandoned as of a date specified in OPSL 6000-Series, the rates from and to such station are inapplicable on and after that date.

B. For geographical locations of stations.

C. For the identification of stations when stations are shown or referred to by numbers.

### *Item 1040 - Explosives and Dangerous Articles*

For rules and regulations governing the transportation of explosives and other dangerous articles, also specifications for shipping containers, and restrictions governing the acceptance and transportation of explosives and other dangerous articles, see BOE 6000-Series.

### *Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc.*

Where reference is made in this Book to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

### *Item 1080 - Omnibus Clause*

Except as otherwise provided, shipments made under rates referring to this Book are entitled to the following services: Car service, demurrage, drayage, diversion, inspection, reconsignment, stopping, storing, switching, transfer, weighing and other Terminal Services, and are subject to the charges therefor, if any, of the carrier performing the service.

### *Item 1090 – Traffic From or To BNSF Revenue Stations (Former BCOL Only) in British Columbia – Issued July 8, 2004 – Effective July 15, 2004*

Rail cars originating at or destined to BCOL stations in British Columbia that have been adopted by BNSF, while in possession of CN, are subject to all rules and charges as stipulated in Tariff CN 9000-Series, Tariff CN 6400, 6544 and 6580-Series. Accessorial charges as defined in these four Tariff's, and their successors, will be assessed by CN.

---

*Item 1100 - Application of Items to Non-Regulated Traffic*

On non-regulated rail traffic, such as that transported under an exempt transportation contract, under an exempt rate quotation, or under an exempt rate memorandum, except to the extent that special provisions for accessorial services to be provided by BNSF are stated within the transportation contract, exempt rate quotation or exempt rate memorandum, the rules, regulations and charges for such accessorial services will be as set forth in tariffs or books to which BNSF is a party and shall apply to the same extent and in the same manner as if the subject transportation had been regulated.

As a partial listing of the accessorial services described herein, and not in limitation thereof, accessorial services are defined to include demurrage, detention of freight cars, diversion, holding cars, inspection, protective service, reconsignment, reweighing, special freight train service, spotting, stoppage to complete loading or partly unload, storage, switching, transit, weighing, and other services not specified above.

---

*Item 1120 - Consecutive Numbers*

Where consecutive numbers are represented in this Book by the first and last numbers connected by the work "to" or a hyphen, they will be understood to include both of the numbers shown and all numbers in between the first and last numbers.

If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

---

*Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001*

Car capacity parameters, formerly based on Nominal Capacity, are now based on Load Limit. For marked capacities, lengths, dimensions and cubical capacities of cars, see Equipment Characteristics at http://www.bnsf.com/cws/eqpumler/index.html

---

*Item 1140 – BNSF Hazardous Waste Manifest Process - Issued January 11, 2005 – Effective February 1, 2005*

1. Per 49 CFR 172.205.1, BNSF on-site representative must sign and date hazardous waste manifest at the time shipment is tendered. The on-site representative must sign as follows "________________________(Name), _________________(Company) on behalf of BNSF ______________(Date)."

2. When shipment is tendered to BNSF, generator or other responsible party is required to submit copies of executed hazardous waste manifest, AOC and shipping instructions to:
   **BNSF WAYBILLING FAX 1-800-786-2455 PH 1-800-786-2873**

(Item continued on next page)

*Item 1140 – BNSF Hazardous Waste Manifest Process (Concluded)*

3. Generator or other responsible party must ***overnight mail or courier*** a copy of the manifest signed by the generator, transporter and the next designated facility to:

**BNSF Waybilling**
**Hazardous Waste Manifests**
**920 S. E. Quincy**
**Topeka, KS 66612-1116**

1. For hazardous waste exported to Canada or Mexico, transporter must sign and date the manifest indicating when the hazardous waste left the United States. Generator or other responsible party must complete Item 15 ("Special Handling Instructions and Additional Information") of EPA Form 8700-22 indicating that the hazardous waste left the United States. *Refer to 40 CFR 263.20-22.*

2. EPA Acknowledgement of Consent (AOC) must accompany hazardous waste shipments in addition to a shipping paper containing all the information required on the hazardous waste manifest (excluding the EPA identification numbers, generator certification, and signatures) *Refer to 40 CFR 263.20 (f)(2).*

3. EPA issues an Acknowledgement of Consent to the generator of the waste, or other responsible party, only after the receiving country informs EPA of its consent. None of this happens until the exporter has furnished a notification to EPA, and EPA has provided this document to the receiving country (e.g. Canada and Mexico) and has requested consent.

4. At the Border (export hazardous waste), transporter gives a copy of the manifest to a U.S. Customs official at the U.S. departure point. U.S. Customs forwards copies of the manifests received to EPA for tracking and monitoring. *Refer to 40 CFC 263.20(g)(4).*

---

For more information regarding hazardous waste manifests, please visit BNSF Waste Products site at http://www.bnsf.com/vicc/markets/waste_products/html/manifest.html.

## SECTION 2 - Specific Rules And Regulations - Without Charges

### *Item 2000 - Charges Payable in United States Funds*

Except as otherwise provided, rates and charges in this Book, and those making reference to this Book, are stated in money of the United States and are payable in United States' dollars or its equivalent.

---

### *Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap*

No claim or suit for the physical loss or damage to any shipment of Iron or Steel Scrap, transported via BNSF, shall be made or filed by a Customer for amounts of $250.00 or less (Minimum Claim Amount). If customer's proven loss or damage is in excess of the Minimum Claim Amount, the Minimum Cla im Amount shall be deducted from any claim made against carrier(s) for any shipments transported by the carrier(s).

---

### *Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In*

If, by reason of the character, construction, or age of equipment furnished, the minimum carload weight, as specified in the tariffs or classifications, cannot be loaded, the minimum weight to be charged for on shipments loaded therein shall not exceed the safe loading capacity as determined by the Operating, Transportation or Inspection Departments.

---

### *Item 2060 - Definition of "Intrastate" and "Interstate" Traffic*

A. The term "Intrastate Traffic" applies to traffic having origin, destination and entire transportation within the same state.

B. The term "Interstate Traffic" applies to:

   1. Traffic having origin in one state and destination in another state; or

   2. Traffic having origin and destination within the same state when transported via a route operating through another state.

---

### *Item 2080 - Distance, Method of Obtaining*

Various charges in documents referring to this Book are based on mileages. To determine miles refer to BNSF Internet Public Rate Retrieval or BNSF Rail Mileage Inquiry at BNSF.com. When rates are not shown for exact distances, use rates for next greater distance.

---

### *Item 2100 - Emergency Routing*

Rates in documents referring to this Book will apply only via the routes and junction points authorized therein, except that when in the case of pronounced traffic congestion (not an embargo), washout, wreck, or other similar emergency, or through carrier's error, carriers forward shipment via other junction points of the same carriers, the rate to apply will be that specified in the document referring to this Book but not higher than the rate applicable via the route of movement.

### *Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP – Issued Augusts 10, 2006 – Effective September 1, 2006 (Item Cancelled)*

### *Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic*

All carload rates and charges in connection with Arizona intrastate traffic are subject to the Arizona transaction privileges and educational excise taxes in effect at the time of shipment.

### *Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic*

All carload rates and charges in connection with New Mexico intrastate traffic are subject to the New Mexico Gross Receipts Tax in effect at the time of shipment.

### *Item 2180 - Mileage Allowance Application*

By use of rates making reference to this Book, shipper warrants that its interest in the equipment used under rates subject to this Book is sufficient to permit it to waive full payment of mileage allowance. Shipper will, and BNSF will not, be liable for mileage allowances in excess of the above obligation. In the event that a party other than the shipper using these rates submits a claim to railroad for mileage allowance payments in excess of BNSF's obligation under this tariff, shipper shall, at BNSF's option, either (1) release, defend and indemnify BNSF from said claim including attorney's fees and cost of litigation, or (2) reimburse BNSF for excess mileage allowances paid by BNSF within thirty (30) days of notice by BNSF.

---

### *Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico*

Shipments of Grain and Grain Products, as defined in Tariff BNSF 4022-4023 Series, from BNSF origins to destinations in Mexico may only be made under a Straight Bill of Lading. Order Bills of Lading for shipments of Grain and Grain Products billed to destinations in Mexico will not be accepted by the BNSF.

---

### *Item 2220 - Receipt and Delivery of Freight, Restrictions On*

Nothing in tariffs to which BNSF is a party shall require BNSF to receive or deliver any carload or less than carload shipment when such receipt or delivery is impracticable because of any riot, strike, picketing or other labor disturbance.

---

### *Item 2240 - Refused or Unclaimed Freight*

The following practice will be followed in the handling of freight which is refused or unclaimed.

A. Non-Perishable Freight Consignee, as described in the waybill, will be notified promptly of the arrival of shipments at destination. In case of refusal by consignee to accept the freight, or if freight is unclaimed five days after notice of arrival has been duly sent or given, consignor will be sent a notice showing:

   Name of consignee
   Description of freight
   Point of origin and date of shipment whether property has been refused or remains unclaimed;

   which notice should also state substantially that if disposition is not arranged for, the property will be subject to sale as provided in Section 4, Paragraph (b) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

B. Perishable Freight Consignee will be notified promptly of the arrival of perishable freight, but whenever necessary to prevent loss or waste, perishable freight which is refused, unclaimed or undelivered may be sold at the discretion of the carrier, without advertising and without further notice, as provided in Section 4, Paragraph (c) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

---

***Item 2250D - Rule Governing Barrier Seal Application – Issued July 29, 2004 – Effective August 1, 2004***

The rule establishes the prerequisites for a party to claim rail carrier responsibility/liability for lading contamination, adulteration or shortage due to a seal exception, and will apply on the following car types: Box Cars with AAR Mechanical designation beginning with X, Covered Hoppers with AAR Mechanical designation of LO and Tank Cars with AAR Mechanical designation of T. With the exception of paragraph 3 herein, this item does not apply on the transportation of perishable commodities moving in refrigerated equipment.

1. The shipper is responsible to protect the safety and integrity of its lading, including, but not limited to, the application of barrier seals to railroad cars to prevent unauthorized access to its lading. A minimally-accepted barrier seal will be composed of braided steel strands (high-tensile strength steel cable) totaling one-eighth (1/8) inch in diameter. For all Agricultural Product shipments the minimally-accepted barrier seal will be composed of braided steel strands (high-tensile strength steel cable) totaling one-sixteenth (1/16) inch in diameter. Agricultural Products will include shipments covered under the following tariffs and ethanol (STCC 2818446, 2818445 and 2818419): BNSF 4022, BNSF 4023, BNSF 4024, ATSF 51463, BNSF 56750, BNSF 56975, BNSF 90004, BNSF 90021, BNSF 90023, BNSF 90024, BNSF 80001, BNSF 90022-Series AND BNSF 90029-Series.

2. A cargo loss claimant must be able to provide documentary evidence that the required seals were applied properly and immediately after completion of loading to all loading and/or unloading devices on the railcar. Proof must be established by furnishing date and time of completion of loading, seal number, seal location, and date and time of seal installation, by one or more of the following methods:

   (a) third (neutral) party inspection, and/or
   (b) manual log entry signed by the person applying the seal and verified by another person, and/or
   (c) video tape, to include the railroad car number.

3. If a seal is missing, defective, or tampered with, the receiver/consignee must report the exception and all known facts relating thereto to BNSF Inspection Service Bureau (1-800-333-4686) within four (4) hours of actual placement of the railcar.

4. If all of the foregoing prerequisites are satisfied, BNSF will accept responsibility for the condition of the lading at destination. Acceptance of this responsibility will not constitute any admission or acknowledgement by BNSF that the lading is contaminated, adulterated or unfit for human or animal consumption. The lading may be rejected to BNSF for disposal in a manner deemed appropriate by BNSF. Salvage value obtained by BNSF will be remitted to a claimant in reduction of its cargo loss claim. Alternatively, if a claimant will not allow BNSF to take possession and dispose of the lading in mitigation of the loss, BNSF's liability will be limited to the original value of the shipment less the highest value the lading has in a secondary market as reasonably determined by BNSF. BNSF shall, upon written request from shipper, supply documentation sufficient to show the basis for BNSF's determination. If the shipper disputes the determination, BNSF and shipper will meet to discuss the issue. If the parties agree, a neutral third party may make the determination.

5. All other claims for lading loss or damage will be governed, or continue to be governed by the applicable rules, terms and conditions as stated in their governing contract of carriage.

***Item 2260 - Return of Refused or Rejected Shipments***

A. When a shipment has reached destination but is refused or rejected and not unloaded and is returned to the original point or a directly intermediate point, the return movement will be subject to (1) the rate, minimum weight and route from the original point in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applicable for such return movement, if lower.

B. When the refused or rejected shipment moved to destination from a transit station on a reshipping or transit balance rate, the return movement to the transit station will be subject to (1) the local or joint carload rate, minimum weight and route from the transit station to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

C. When a refused or rejected car was part of a shipment subject to multiple car or unit train rates, the return movement will be subject to (1) the applicable single car rate, minimum weight and route from the original shipping point to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

D. The provision of this item do not apply to Coal (STCC 11).

***Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restriction – Issued July 29, 2004 – Effective August 1, 2004***

The provisions of 49 U.S. C. § 11706 do NOT apply to shipments which are governed by the terms of this Rule Book.

Carrier* will not be liable for loss, damage or delay to lading caused by an Act of God, a public enemy, the authority of law, labor strikes, acts of civil disobedience, the inherent nature or character of the lading, natural shrinkage, an act or default of the shipper/consignor, owner or consignee/receiver, or from any cause whatsoever which occurs while the lading is not in the actual physical custody and control of Carrier.

Shipper is responsible for proper and lawful packaging, loading, stacking, blocking, bracing and ventilation of the cargo. Shifting of a load enroute is, of itself, not evidence of Carrier mishandling. If other than a vehicle** with mechanical protection against heat and cold is requested by the shipper/consignor, Carrier is not responsible for the deterioration of the product which may occur because of temperature within the vehicle. Shipper is responsible for affixing a seal to each vehicle door or hatch.

Shipper acknowledges and accepts the inherent tendency of perishable goods to deteriorate or decay. Carrier is not liable for the decline of goods as is reasonably expected to occur while enroute. Carrier is not liable for the decline of goods attributable to disease or decay within the goods when loaded.

Carrier is not liable for shortage of lading unless there is physical evidence of unauthorized forced entry into the vehicle while in Carrier's possession. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. Origin and destination seal records must be furnished. Carrier may settle shortage of lading claims without proof of accepted barrier seal application for Agricultural Product Shipments as described in Item 2250D basis certified weights where origin can furnish certified origin weights and destination can furnish destination weights.

Carrier agrees to transport shipments with reasonable dispatch. Carrier does not guarantee rail service within any particular time frame. Carriers maximum liability for cargo is the lower of its original cost or the cost of replacement. Carrier is not liable for special or consequential damages or for damages due to market decline. Carrier will not be responsible for any loss, damage or delay to cargo that occurs outside of the United States or Canada.

(Item continued on next page)

*Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Continued)*

A claimant must mitigate its damage by acceptance of damaged cargo unless the goods are totally worthless. A claimant may not abandon damaged goods to Carrier when the damaged lading retains more than minimal value. Product that is abandoned to Carrier in an undamaged condition will be sold and the salvage proceeds only, less salvage expenses, will be remitted to the owner.

There shall be no presumption of carrier fault for the loss, damage or delay of cargo. The burden of proof to establish the culpability of Carrier is upon the claimant. Carrier is not liable for any loss, damage or delay of cargo, except where Carrier's intentional act or omission, gross negligence or simple negligence is the direct and proximate cause of the injury. If Carrier's act or omission is not the sole cause of the injury but contributes to the loss, damage or delay to the cargo, then Carrier will be liable only for that portion of the injury as corresponds to its comparative culpability.

Carrier's maximum liability per vehicle is $ 250,000.00. BNSF will not be liable for damage where BNSF's liability is determined to be $250.00 or less per vehicle. No claim will be filed or paid for injury to lading of less than $ 250.00 per vehicle. (Not applicable when in conflict with Item 6160 of this Rules Book.)

**Filing of Claim**

As a condition precedent to the recovery on any claim, Carrier and shipper/consignor must be notified promptly upon discovery of the injury to cargo and Carrier must be allowed to inspect the lading. Failure of Carrier to inspect the cargo will not constitute an admission of liability by Carrier or alter the burden of proof on claimant to establish the liability of Carrier.

If the location of the loss, damage or delay to the cargo is known to the claimant, the claim must be filed with that rail carrier on whose line the injury occurred. Otherwise, the claim may be filed with any linehaul rail carrier in the route of movement.

As a condition precedent for recovery against Carrier, a claim for loss, damage or delay to the cargo must be filed within nine months of the date of delivery or nine months of the reasonably anticipated date of delivery if delivery is not made. Should Carrier decline a claim, suit thereon may not be brought more than nine months after the date of Carrier's written declination. Federal carrier law governs the determination of liability; no State or common law causes of action will be recognized. A lawsuit against Carrier based on indemnification must satisfy the aforestated time limitations for filing a claim and for initiating a lawsuit.

A claim must be in writing and must include the following documentation:

Information identifying the rail shipment, including vehicle initial and number, shipper's/consignor's and consignee's/receiver's name, address and telephone number, shipping date, and commodity.

Origin records or certification on the condition and quantity of the lading at the time the goods were tendered to the origin carrier.

Destination records or certification on the condition and quantity of the lading at the time the goods were received from the destination carrier.

A demand for payment of a specific amount, with a statement of the formula or basis on which the damages are calculated, plus evidence in support of the calculation.

Documentation as to disposition of damaged lading and the salvage proceeds therefrom.

On a fresh fruit or vegetable claim, origin and destination USDA inspection reports or the Canadian government equivalent.

(Item continued on next page)

### *Item 2270A – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Concluded)*

A freight loss, damage or delay claim filed with BNSF is to be mailed to:

Director, Freight Claims
Burlington Northern Santa Fe Railway
Post Office Box 1738
Topeka, Kansas 66601

**Full Liability Transportation Service**

As an alternative to the foregoing Restricted Liability provisions, Carrier offers Full Liability transportation subject to the terms and conditions of 49 U.S.C.§ 11706 (Carmack Amendment) at a rate or charge higher than that applicable to transportation under restricted liability terms. If the shipper elects the Carmack Amendment alternative, it must: (a) not later than the time that the railcar is ordered for loading, notify Carrier of its intention to subject the shipment to 49 U.S.C. § 11706 and obtain from the Carrier the applicable transportation rate or charge; (b) place on the bill of lading or shipping order the notation "Shipment is subject to 49 U.S.C. § 11706"; and acknowledge that the linehaul transportation charge will be billed 'prepaid'. The shipper's failure to comply strictly with all of the requirements for transportation subject to 49 U.S.C. § 11706 shall create a conclusive presumption that the shipment is intended for transport on the Restricted Liability terms of this Item.

* "Carrier" includes BNSF Railway and all of its connecting linehaul and switching railroads on any shipment for which this Rule Book applies.
** "Vehicle" includes a railcar of any description, a trailer, or a container.

### *Item 2280 - Rules Governing Transportation of Railway Passenger Cars*

Except as otherwise provided, BNSF will not accept for transportation over its line or for placement or storage on its tracks or in its yards any railway passenger car or railroad business car, with or without passengers.

### *Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001*

BNSF will issue freight bills based on rates that are in effect at the time shipments are tendered to us for movement. Please show the applicable price authority number on your bills of lading (e.g., BNSFQ 12345).

BNSF will not allow backdated pricing to cover carload shipments where the customer tendered a shipment prior to a price agreement or after a price agreement has expired. If no other price is in place at the time of movement, existing public prices will be used. For joint line shipments, if an existing through price is not in place, then BNSF will rate and bill these as Rule 11 shipments. This means each line haul railroad will bill the customer for their portion of the shipment

***Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated)***

***Item 2360C– Electronic Movement Instructions for Commodities listed in Note 1 - Issued August 10, 2006 – Effective September 1, 2006***

Note 1: Aggregates, Aluminum and Non-Ferrous, Cement/Gypsum/Lime, Clay, Government & Machinery, Industrial Chemicals, Lumber, Manufactured Products, Minerals, Panel, Paper Products, Petroleum Products, Plastics, Pulpmill Feedstocks, Scrap Paper, Steel Products, Taconite/Coal Coke, or Waste Products.

BNSF will no longer accept or process movement instructions (bill of lading, switch instructions) other than by the electronic methods listed below:

a. System to System Electronic Data Interchange (EDI).
b. BNSF Shipping Instruction tool on the Internet.
c. Rail Industry Shipping Instructions tool on the Internet.
d. Agilink – PC – based billing package.
e. Fax to Third Party billing service.

BNSF will also require complete billing prior to the movement in order to ensure efficient handling of the shipment. If a car is released from the loading facility without electronic billing instructions, the standard demurrage charge per Item 1100-Series and/or 9100-Series of BNSF Demurrage Book 6004-Series will apply until billing is provided by an appropriate method. Consignor / Loader will also be subject to switching charges as outlined in BNSF Switching Book 8005-Series.

***Item 2370 – Low Sulfur Diesel Fuel – Issued June 16, 2006 – Effective July 7, 2006***

The Environmental Protection Agency (EPA) has promulgated rules governing motor vehicle diesel fuel (49 U.S.C.- 80.500 et. Seq.). These regulations require refiners, importers and distributors to designate and track shipments of ultra low sulfur diesel fuel. In order to ship such products on BNSF, shippers of motor vehicle diesel fuel must take responsibility for complying with the designate and track requirements of the regulations. This includes, but is not limited to, registration of all rail fleets/facilities, recordkeeping, and all reporting responsibilities. By the act of tendering such shipments of motor vehicle diesel fuel to BNSF for movement, the shipper is acknowledging to BNSF that they are compliant with all above referenced regulations.

***Item 2380 – Fuel Purchases – Issued September 6, 2006 – Effective October 1, 2006***

Please be aware that, in accordance with State and/or Federal regulations, BNSF may be required from time to time in the future to submit certain information to government agencies relating to your fuel purchases. This information primarily includes the name of the shipper, the consignee, the payer of freight, the type of fuel, the quantity of fuel, and the waybill number for fuel products that either originate or terminate in certain states.

Accordingly, it is Customer's responsibility to ensure that it or its Consignee's shipment information is accurately recorded when submitted to BNSF and Customer acknowledges that the shipment information may be relied upon by BNSF in external reporting required by applicable laws and regulations.

## SECTION 3 - Specific Rules and Regulations - With Charges

### *Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002*

A. The provisions of this paragraph are no longer applicable.

B. A cancellation charge of $75.00 per car, except Mechanical Refrigerator cars a charge of $300.00 per car, will be applied whenever a car that is already applied to a car order and that car order is canceled, reduced or changed. One of the following conditions must be met before charges are applicable:

1. If order is for equipment furnished by BNSF, cars must be spotted at industry at the time the order is canceled, reduced, or changed (See EXCEPTION); or

2. If order is for equipment furnished by a foreign carrier, cars must be placed on interchange track, already received by BNSF, or spotted at industry at the time the order is canceled, reduced or changed.

3. If order is for equipment ordered by foreign carrier from BNSF, cars must be placed on interchange track or already delivered to foreign carrier at time the order is canceled, reduced or changed (See NOTE).

EXCEPTION: The cancellation charge does not apply to BNSF owned or leased equipment ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12163 of BNSF 4022-Series and BNSF 4023-Series.

NOTE: BNSF will not absorb any charges assessed by a foreign carrier for the handling of a car ordered and not used in transportation service. Any charges assessed by the foreign carrier will be billed to the party canceling the order.

---

### *Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001*

When BNSF is required to disinfect or clean a box car under State, Federal, County, or Municipal regulations, a charge of $234.00 per car will be assessed against the freight payor of the shipment for which such cleaning and disinfecting is made. This charge will be in addition to any applicable charge for fumigation.

---

---

***Item 3030 – Charge for Transferring, Adjusting or Repackaging of Lading – Issued June 8, 2004 – Effective August 1, 2004***

Shipper's responsibility for properly preparing a load for rail transit is defined in Rule 27, Section 3, *Uniform Freight Classification 6000-Series.* The shipper is responsible for all transferring, adjusting or repackaging except on proof by the shipper of BNSF negligence.

If a rail car shipment requires transferring, adjusting or repackaging while in BNSF possession (including in transit) BNSF will notify the shipper of the requirements and the availability of a third-party contractor to perform the work. The shipper will pay all expenses and manage the shipment's or rail car's transferring, adjusting or repackaging with a contractor of choice that is also suitable to BNSF meeting, and in compliance with, all BNSF practices, policies and procedures including those related to general safety and personal protective equipment. Work will commence only after the execution of a Release of Liability to BNSF unless a BNSF Safety-certified contractor is used.

Should the shipper fail to make the necessary arrangements or complete the work within a reasonable time (as determined on an individual case-by-case basis by BNSF) BNSF reserves the right to undertake the work itself or through its designated contractor without further notification to the shipper. In such cases the actual cost of the work, with a 15% additive applied to the total, will be the responsibility of, and charged to, the shipper.

When the rail car is switched to a location for transferring, adjusting or repackaging, inter-terminal or intra-terminal switching charges as outlined in BNSF 8005-Series and demurrage or storage charges as outlined in BNSF 6004 & 6005 Series will be assessed against the shipper.

---

***Item 3035 – BNSF Railcar Loading Rules – issued December 11, 2006 – Effective January 1, 2007) (New Item)***

Shipper is responsible for loading railcar, including private railcars, so that lading will not be released, discharged or inadvertently removed from railcar during rail carrier handling, and shipper is responsible for the removal and/or remediation of lading released on BNSF property, including indemnifying BNSF from any and all associated and related costs, expenses, levied fines and/or penalties.

BNSF incorporates the AAR Loading Rules, Pamphlets and General Information Series into our Loading Rules.

For Closed Cars (boxcars) the safety rules that apply are "General Rules Covering Loading of Carload Shipments of Commodities in Closed Cars – Circular 42 Series".

For Hazmat Shipments, Bureau of Explosives Series 6000 applies.

For Open Top Equipment (e.g. flatcars, gondolas and hoppers) the rules are governed by the Association of American Railroads Open Top Loading Rules Manual.

---

***Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, Cancelled Effective October 31, 2001***

Empty Covered Hopper Cars, last containing Sugar (STCC 20-621 and 20-629), rejected for cleaning will be subject to a charge of $800 when the prior load was originated by the current shipper rejecting the car.

---

### *Item 3060 - Charge - Detention on Heavy Duty Flat Cars*

For detention and use charges on heavy duty flat cars, see Tariff RPS 6740-Series.

***Item 3080G - Charge – Extended Use Fee – For Cars Held for Loading and Unloading on Foreign Carriers - Issued February 27, 2006 – Effective March 18, 2006***

This item applies only on BNSF railroad owned or controlled Mechanical Refrigerator Cars. The Extended Use Fee (EUF) herein applies to the mechanical device used to control temperatures. In determining the assessment of charges, Sundays will be considered chargeable days and the 12 Holidays as listed in BNSF Demurrage Book 6004, Item 140 series will be considered free days.

Serving Railroads Utilizing Electronic Car Event Reporting:

EUF charges will be calculated from the fourth 12:01 a.m. after actual placement for unloading at destination, or from constructive placement either short of destination or at destination, and will continue until such time cars are released empty back to the serving railroad. After three days, detention charges of $100.00 per day per car for cars with inside length of 63 feet or less and $150.00 per day per car for cars with inside length greater than 63 feet will be assessed against the consignee. All dates and times utilized for billing are based on electronic reporting furnished by the serving railroad. Cars equipped with a Global Positioning System (GPS) device will be monitored. If the mechanical device is left running after the electronically reported release date. EUF charges will continue until mechanical device is shut down. EUF charges of $100.00 per day per car for cars with inside length of 63 feet or less and $150.00 per day per car for cars with inside length greater than 63 feet will be assessed against consignee.

EUF charges will be calculated from the fourth 12:01 a.m. after empty cars are actually placed at origin, or from constructive placement either short of origin or at origin. If actually placed prior to the want date, free time will be calculated from the first 12:01 of the want date. Charges will continue until such time as cars are released as a load with proper billing. All dates and times utilized for billing are based on electronic reporting furnished by the serving railroad and/or BNSF receipt of shipping instructions. EUF charges of $100.00 per day per car for cars with inside length of 63 feet or less and $150.00 per day per car for cars with inside length greater than 63 feet will be assessed against shipper.

Cars Equipped with Global Positioning Systems (GPS) Tracking and Serving Railroad Does Not Utilize Electronic Reporting:

Loaded EUF charges will be calculated from the seventh 12:01 a.m. after interchange delivery to serving carrier and will continue until mechanical unit has been shut down. EUF charges of $100.00 per day per car for cars with inside length of 63 feet or less and $150.00 per day per car for cars with inside length greater than 63 feet will be assessed against the consignee.

Empty EUF will be calculated from the seventh 12:01 after empty car are interchange delivered to serving railroad or the want date and will continue until such time as the car doors are shut and BNSF receives shipping instruction. EUF charges of $100.00 per day per car for cars with inside length of 63 feet or less and $150.00 per day per car for cars with inside length greater than 63 feet will be assessed against the shipper.

All EUF charges will be issued by and are payable to BNSF whether the loader or unloader is served through reciprocal switching or is located offline from the BNSF.

Exception eliminated.

***Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments***

A. This item applies for transportation in freight service of each attendant/rider accompanying freight shipments where such transportation is reasonably required. This item will apply only when advance arrangements have been made between the party to accompany freight shipment and BNSF. Each attendant/rider accompanying a shipment under the provisions of this item must execute a BNSF Release Form in accordance with Rule 43 of the Uniform Freight Classification Tariff UFC 6000-Series prior to movement of shipment. Bill of lading covering shipment must indicate when attendant/rider will accompany the shipment, number of such attendants/riders, and points between which they are to accompany the shipment. BNSF is not required to furnish special accommodations for person(s) riding freight trains.

B. The one-way charge for each attendant/rider accompanying freight shipments is as follows:

BNSF Charge Per Attendant/Rider

| BNSF Mileage | Charge Per Attendant/Rider |
|---|---|
| 1000 or less | $250.00 |
| 1001 to 2000 | $400.00 |
| 2000 and over | $650.00 |

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF6003 Rail Mileage Inquiry at www. BNSF.com.

***Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight***

Traffic of exceptional dimensions or weight, which can only be handled subject to restrictions when accompanied by representatives of the Track and Signal Departments to remove and replace switch stands, targets, and dwarf signals, reinforcing of bridges or track or any extra work required to be done over and above normal handling by representatives of Car or Engineering Department to accompany load for safety reasons, will be subject to additional charges over and above the freight charges based on actual cost incurred by BNSF for services performed.

---

***Item 3140G - Charge - Document Delay Charges on Export Traffic to Mexico – Issued January 10, 2007 – Effective February 1, 2007***

Except as otherwise provided, carload shipments moving from the United States to Mexico via San Ysidro, CA, El Paso, TX, Eagle Pass, TX or Brownsville, TX are subject to the following provisions:

A. Calculations of Charges:

1. Seventy-two (72) hours free time will be allowed for the completion of all documentation required for the legal exportation from the United States and for importation of a shipment into Mexico.

2. Free time will be computed from the first 12:01 a.m. after "Despacho Previo" (See Note) notification. Sundays and holidays will be excluded in the computation of free time.

   Note: "Despacho Previo" is a Mexican Customs' program to pre-document exports from the United States into Mexico prior to the interchange of cars to a Mexican railroad.

3. Following the expiration of free time, a Document Delay charge will be assessed until the car is released for entry into Mexico. The document delay charge will be $75 per car, per day, or fraction thereof for the first three days. Thereafter, the document delay charge will be $150 per car, per day.

   An additional $500 charge will be assessed at the time of release of the shipment, if at the time of the release of the shipment for export,
   a. the railcar is physically located within 50 miles of the station where the car will enter into Mexico, and,
   b. the free time has expired.

4. Sundays and holidays occurring subsequent to the expiration of free time will be chargeable days.

B. Notification and Release:

1. "Despacho Previo" notification will be sent or given by the BNSF to the consignee, or party designated by the shipper to receive same, after unit enters the BNSF computer system through customer shipping instructions or receipt of an interline waybill from connections carriers.

2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met:

   (a) All freight and accessorial charges due the BNSF have been paid;

(Item continued on next page)

***Item 3140G - Charge - Document Delay Charges on Export Traffic to Mexico (concluded)***

(b) All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF;
(c) All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF; and
(d) Shipping instructions have been received by the Mexican rail carrier.

C. Holidays:

The following United States and Mexican holidays will be recognized as holidays in the computation of free time:

New Year's Day – January 1
Constitution Day - February 5
Birthday of Benito Juarez - March 21
Good Friday – Friday before Easter Sunday
Labor Day - May 1
Independence Day – September 16
Anniversary of Mexican Revolution - November 20
Christmas Day – December 25

---

***Item 3150B – Document Delay Charges on Grain Shuttle Trains Destined Stations in Mexico – Issued March 3, 2006 – Effective April 3, 2006***

Except as otherwise provided, shipments of grain or grain products moving in shuttle service from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions:

A. Calculations of Charges:
   1. Forty-eight (48) hours free time will be allowed for the completion of all documentation required for the legal exportation from the United States and for importation of a shipment into Mexico.
   2. Free time will be computed from the first 12:01 a.m. after the shuttle train is released loaded.
   3. Following the expiration of free time, a Document Delay charge will be assessed until the entire train is released for entry into Mexico. The document delay charge will be $5,000 per train, per day, or fraction thereof.

B. Exception: No charges will be assessed if the free time has expired but at the time the train is released for entry into Mexico the train has not yet arrived the following locations.

   1. Rincon, NM for a train enroute the El Paso gateway.
   2. Spofford, TX, for a train enroute the Eagle Pass gateway.
   3. Temple, TX, for a train enroute the Brownsville gateway.

(Item continued on next page)

***Item 3150B – Document Delay Charges on Grain Shuttle Trains Destined Stations in Mexico – (Concluded)***

C. Notification and Release:
1. No notification notice is required to be given by the railroad to any party.
2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met.
   a. All freight and accessorial charges due the BNSF have been paid;
   b. All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF.
   c. All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF; and

***Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001***

Open-top or covered hopper cars of Bentonite Clay (STCC 14-511-10 and 32-952-32), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rules 14 and 27 in Tariff UFC 6000-Series.

***Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand, Cancelled Effective October 31, 2001***

Covered hopper cars of Industrial Sand (STCC 14-413), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge for any material over 1,000 pounds at a rate of $75.00 for each 2,000 pounds of material over the first 1,000 pounds. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

---

### *Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC*

This item applies on all railroad and railroad controlled cars for which BNSF pays or receives per diem, including BNSF owned or leased cars.

A. Seven (7) days free time will be allowed from the arrival of loaded or the availability of empty cars for delivery to a water carrier at the BNSF terminal yard in Vancouver, BC, and shall be considered delivered following notification.

B. Free time will begin at the first 12:01 a.m. following telephone notification, confirmed by Fax transmission of the arrival of loaded cars; or the telephone notification of empty cars available at the BNSF terminal yard in Vancouver, BC.

C. After expiration of the free time, the following detention charges apply:

    $20.00 per car per day for each of the first fourteen (14) days; and
    $60.00 per car per day for each subsequent day.

D. Once detention charges commence, charges are applicable until cars are returned to BNSF tracks in Vancouver, BC.

E. Traffic subject to the provisions of this item are not subject to the provisions of BNSF Demurrage Book 6004-Series, except that the provisions of Item 110 (Charges on Cars Containing Explosives or Hazardous Materials) to BNSF Demurrage Book 6004-Series will apply.

---

### *Item 3240 - Charge - Hazardous Materials Destined to Canada*

When a shipment of Hazardous Materials arrives at a border crossing between the United States and Canada without proper documentation in compliance with Canadian Transport Commission Regulations, including the Canadian Hazardous Materials Description and proper Canadian Hazardous Materials Placards attached to the car, and the shipment must be held by BNSF at the border crossing, a charge of $88.00 per day, or portion of a day, will be assessed from the first 7:00 a.m. following notice to the consignor that the shipment is being held awaiting proper documentation and/or placards.

Demurrage and storage charges named in BNSF Demurrage Book 6004-Series will also apply.

---

***Item 3250 – Failure to Complete Unloading of Railcars – Issued February 14, 2007 – Effective March 7, 2007***

Upon arrival and placement of railcars for unloading at destination, consignee will be responsible for unloading equipment in a manner which does not damage equipment, and for releasing equipment in a condition suitable for reloading by another shipper. A Consignee who refuses or fail to remove all lading, dunnage blocking, bracing, strapping, debris or other material that was part of the inbound shipment, secure interior loading devices, and close doors will be subject to a penalty charge of $500.00 per car plus the actual cost incurred by BNSF to remedy this situation.

---

***Item 3251 – Covered Hoppers Unfit for Movement Due to Residue/Debris on the Exterior of the Car -Issued August 10, 2006 – Effective September 1, 2006***

Upon release of railcars for loading/unloading, the consignor/consignee (as it may be acting through its loader/unloader) has the responsibility to clean lading residue and debris from the exterior of covered hopper cars prior to releasing from their facility. For failure to do so:

1. AT ORIGIN/DESTINATION: If found at the origin or destination after having been removed from the facility or railroad tracks where loaded or unloaded and found to be dirty or unsafe for movement due to lading residue and debris on the exterior of the hopper car, the car will be returned to the facility or cleaned by BNSF. The consignor/consignee respectively will be assessed a $500 penalty charge per car found to be unfit for movement plus actual costs incurred by BNSF to remove and dispose of the lading residue and debris. The applicable switch charges as found in BNSF Switch Book 8005-Series will be assessed if the car is returned to the facility or switched to a cleaning track.
2. WHILE IN TRANSIT: A car that is found to be dirty or unsafe for movement due to lading residue and debris on exterior of the hopper car will be switched to a cleaning track. The consignor will be assessed a $500 penalty charge per car found to be unfit for movement plus actual costs incurred by BNSF to remove and dispose of the lading residue and debris. The applicable switch charges as found in BNSF Switch Book 8005-Series will be assessed to and from the cleaning track.
3. Assessment and/or payment of any of the foregoing charges will not relieve the consignor or consignee respectively of responsibility for property damage, personal injury or death attributable to the presence of lading residue or debris which it has left on the exterior of railroad cars.

---

***Item 3255 – Charge for Permanently Securing or Welding Apparatus to Heavy Duty Railcars – Issued February 14, 2007 – Effective March 7, 2007***

Shippers and consignees are not allowed to make structural changes or weld anything to the heavy duty railcar, (see note 1) furnished by BNSF. If it is determined that a shipper or consignee has made structural changes or welded anything to the railcar, they will be charged a minimum of $1,000 plus any additional cost associated with restoring the car to its former configuration or remedying the situation. Charges can be assessed by BNSF or its designated agent.

Note 1: Heavy duty railcar is identified by an AAR Mechanical Designation beginning with F4 as listed in The Official Railway Equipment Register.

---

***Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003***

When Covered Hopper Cars of sugar, which are released from unloading, but have not been completely unloaded, are returned to the original shipping point for reasons other than carrier's error, the return will be subject to one of the following conditions, whichever is lower, with a minimum charge of $750: (1) to the rate, minimum weight, and route applicable for such return movement; or (2) the rate, minimum weight, and route from the original point in effect on the date shipment is tendered for return, to the actual weight of the return movement.

Cars will be considered as completely unloaded if the sugar remaining in the car does note exceed three (3) percent of the weight of the last loaded movement.

Cars originating at Billings, MT; Lovell, WY; Longmont, CO; Sterling, CO; Rocky Ford, CO; Ft. Morgan, CO; Bayard, NE; Mitchell, NE; or Scottsbluff, NE may be returned to Billings, MT; Scottsbluff, NE; or Sterling, CO in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Billings, MT, Scottsbluff, NE, or Sterling, CO was the original shipping point.

Cars originating in Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN,; Wilds, MN; Bingham, MN or Moorehead, MN may be returned to Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN in lieu of the original shipping point. The return will be subject to the rate, minimum weight and route as though Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN were the original shipping point.

***Item 3261 – Application of Barrier Seals Upon Completion of Unloading of Bulk Sugar Hopper Cars – Issued October 20, 2005 – Effective November 10, 2005***

Item 3261 applies to all BNSF owned or leased covered hopper equipment in sugar service.

Customers who have completed unloading of bulk sugar hoppers are responsible for ensuring that the doors on each unloaded car are properly closed and latched. In addition, Customer is responsible for applying barrier seals to all openings and locations on the railcars that access the interior of the railcar including but is not limited to all gates, slides, plenums, caps, hatch covers and shields. Barrier seals must be composed of high-tensile strength steel cable, totaling one-sixteenth (1/16) inch in diameter, and evidence of application and documentation of application must be performed as outlined in Item 2250-Series, paragraph 2 of BNSF Rules Book 6100-Series.

Customer is responsible for ensuring that hopper cars used in sugar service are completely unloaded per item 3260-Series, BNSF Rules Book 6100-Series prior to applying barrier seals to car.

For each empty sugar hopper car arriving at a shipper location for loading that is not properly closed, latched and/or sealed and is subsequently rejected dirty/contaminated by shipper, BNSF will assess a charge of $500.00 and such charge shall be paid by the previous receiving customer(unloader).

For each empty sugar hopper car arriving at a shipper location that is not properly closed, latched and/or sealed, and shipper accepts and loads railcar, BNSF will assess a charge of $500.00 and such charge shall be paid by the previous receiving customer(unloader).

(Item concluded on next page)

***Item 3261 – Application of Barrier Seals Upon Completion of Unloading of Bulk Sugar Hopper Cars - Concluded***

Each empty sugar hopper car arriving at shipper location properly closed/latched and sealed by previous receiving customer(unloader), shall be deemed a clean and loadable railcar on arrival at shipper location. If railcar is subsequently rejected dirty/contaminated by shipper, BNSF will assess the shipper rejecting such car a charge of $500 plus any actual cost incurred by BNSF to make the car acceptable for loading by the shipper.

***Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets***
***Cancelled Effective October 31, 2001***

Covered Hopper Cars of Sugar Beet Pulp Pellets (STCC 20-619), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the Unloader of the car responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

***Item 3280 - Charge - Shipments Held for Orders***

A. Carload shipments covered by "Order" or "Order Notify" Bills of Lading, or carload shipments covered by "Straight" Bills of Lading showing consignment to one party with instructions therein, or on which instructions are otherwise given to:

1. Notify or advise another party and deliver only upon surrender of written order; or

2. Deliver only upon surrender of original bill of lading; or

3. When consigned in any other manner which imposes upon the carrier the obligation not to make delivery except upon surrender of original bill of lading or written order;

will not be moved to the designated place of delivery until bill of lading or written order has been surrendered or indemnity bond or other substitute security therefore as defined in Rule 7 of Uniform Freight Classification is given, subject to the provisions in this item and Exceptions 1 and 2 named below.

B. When the place of delivery is designated in the bill of lading or otherwise designated, prior to the arrival of car at destination, and delivery is made to such designated place of delivery, provided a shipment is actually held for surrender of the bill of lading or written order or substitute security as defined in Rule 7 of Uniform Freight Classification, the following charges will apply:

1. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given to an authorized representative of the line-haul delivering carrier prior to arrival at destination, there is no charge.

2. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given..

   (a) To the line-haul delivering carrier at other than destination, after car has arrived at billed destination; or

   (b) To the line-haul delivering carrier at destination or first available hold point prior to destination after notice of arrival is sent or given consignee or party entitled to receive same. If notice of arrival is sent or given consignee or party entitled to receive same on a Sunday or Holiday, as described in Item 1010 of BNSF Demurrage Book 6004-series, the bill of lading or written order does not have to be surrendered or indemnity bond or other substitute security does not have to be given until the first business day following the Sunday or Holiday; or

   (c) To any participating line-haul carrier, other than delivering carrier:

   Charge is $150.00 per car, not to exceed $600.00 per bill of lading, and is in addition to any other charges that may accrue (i.e., switching, demurrage, storage, etc.)

(Item continued on next page)

***Item 3280 - Charge - Shipments Held for Orders (concluded)***

EXCEPTIONS:

1. Surrender of bills of lading, written orders or other required documents by means of U.S. Mail will be allowed. When mail service is used, the time of mailing by the party which undertakes to surrender such bill of lading, written order or other required document shall be deemed to be the time of surrender. In the case of dispute as to the time of mailing, the postmark date shall govern.

2. When the original bill of lading or written order covering a shipment is not available, the shipment may be delivered in advance of the surrender of the bill of lading or written order as provided in Rule 7 of the Uniform Freight Classification.

***Item 3300G - Charge - Special Freight Train Service – Issued March 17, 2006 – Effective May 1, 2006***

A. Definition of Special Freight Train Service.

1. A train which is operated on an expedited schedule or under special service or transportation requirements specified by the consignor, consignee or the agent of either.

2. A train which is assembled in accordance with instructions given to a rail carrier by the consignor, consignee or the agent of either.

3. A train which is necessary in order to comply with service or other transportation requirements specified by any party to the movement

4. If the special train has cars for more than one destination, each stop will constitute a special run and charges for the special movement will be assessed from shipping point to first destination, from first destination to second destination, each as a separate and complete transaction.

B. Requirements for Special Freight Train Service.

Consignee, consignor or the agent of either must request this service in writing or by electronic device to BNSF Marketing/Sales Representative. Requests must be made in sufficient time to enable this carrier and all other carriers to consummate whatever arrangement or agreement which may be necessary to facilitate the movement of such trains. Requests should include, but are not limited to the following information: Date service is required or service window, if applicable; Routing, including origin and destination; Car initial(s) and number(s); Letter of authorization to bill charges, including appropriate patron codes, etc.

C. Furnishing of Special Freight Train Service.

BNSF will provide special train service if, at the RR's sole discretion, (1) adequate resources and capacity exist, and (2) there is no other reasonable alternative for the customer to move the freight in regular train service.

D. Charges for Special Freight Train Service.

BNSF charges are as follows and will be calculated over the actual distance (route) operated by the special train at a charge of $95.00 per mile subject to a minimum charge of $12,500.00. This charge is in addition to published or contract freight rates. Charges for other carriers involved in joint line or local movements will be handled under the provisions of Accounting Rule 11. BNSF will assess a $2,500 surcharge to any requesting party that cancels or does not release a special train once BNSF has officially assigned crew and power.

E. Switching Charges for Special Freight Train Service.

Switching charges will be assessed as outlined in Special Switching Service items in applicable BNSF switching tariffs.

(Item continued on next page)

***Item 3300G - Charge - Special Freight Train Service* – (Concluded)**

F. Distances.

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF mileage Inquiry at BNSF.Com using the actual route of the movement.

***Item 3320 - Charge - Turning of Empty Unit Train Cars***

Upon request of the car owner or lessee, BNSF will turn an entire unit train of empty cars on railroad owned tracks or privately owned loop tracks at a time and place convenient for normal carrier operations, subject to a charge of $1,575.00 per turn. This charge will not apply in connection with cars for loading of Grain or Grain Products moving under rates in Tariff BNSF 4022-Series.

***Item 3340 - Charge - Destination Detention on Sugar Cars***

This item to apply to shipments of Sugar (STCC 20-621 and 20-629) moving in Covered Hopper Cars which are railroad owned or railroad controlled.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed, constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After five days, detention charges of $50 per day per car will be assessed against the Consignor of the railcars. These charges are in addition to any demurrage charges which may also apply.

***Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001***

When customers request ride quality testing or monitoring of shipments to satisfy their own internal objectives apart from any joint effort with BNSF Damage Prevention, BNSF will, for a charge, provide test equipment to customers along with instructions for the proper activation, placement and recovery of the device(s). BNSF will also download test data from the device(s) and provide a written report of the results. Customers will be responsible for the activation, placement and recovery of the test device(s), thus meeting the requirements of their particular shipping schedules.

Devices currently available from BNSF Damage Prevention for testing and the per trip cost (for one device and report) are:

| | |
|---|---|
| Snap Shock Plus single axis | $165.00 |
| Snap Shock Plus triple axis | $250.00 |

BNSF will use its best efforts to provide a reliable device for the test(s); however, due to the inherent nature of the device, a failure may occur in route. BNSF is not responsible for any failure(s) of the device(s) or the consequences either direct or indirect caused by the failure(s). In the event that a complete recording of the trip is not produced as a result of the failure of the device (excluding improper activation, placement or recovery), charges will be waived. In the event that any device(s) are lost, missing or not recovered during the course of the test(s), the customer agrees to reimburse BNSF for the list price of the device(s).

*Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment* - **Concluded**

For further information please call your BNSF Marketing Representative at 1-888-428-2673, option 3, or the Damage Prevention Team at 1-785-435-3082.

***Item 3375H - Charge – Fuel Surcharge – (Issued April 3, 2007 – Effective April 25, 2007) (Increase)***

All tables in Sections A and B herein are calculated by determining the average price of Highway Diesel Fuel (HDF) in the month two months prior to the effective date of the Fuel Surcharge (FSC). Per example below, the HDF as calculated in May will be used for the applicable FSC in July.

**Example:**




---

SECTION A: Applying on carload traffic of EXEMPT commodities and all carload traffic moving under non-public rates with the following exceptions; this section does not apply when in conflict with Section B, Item 3375-Series, Item 3380-Series and Item 3381-Series of BNSF Rules Book 6100-Series herein. For a list of EXEMPT commodities, refer to STB Cite: 49CFR1039.11 at http://www.access.gpo.gov/nara/cfr/waisidx_00/49cfr1039_00.html.

Shipments made under pricing documents referring hereto will be subject to a fuel surcharge, when applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the fuel surcharge applies, a fuel surcharge, as shown in the Fuel Surcharge Table, will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The fuel surcharge rates will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The fuel surcharge shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on BNSF WebPages at: http://www.bnsf.com/tools/prices/fuelsurcharge/index.html

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $1.25 to $1.299 | 0.5% | $1.90 to $1.949 | 7.0% |
| $1.30 to $1.349 | 1.0% | $1.95 to $1.999 | 7.5% |
| $1.35 to $1.399 | 1.5% | $2.00 to $2.049 | 8.0% |
| $1.40 to $1.449 | 2.0% | $2.05 to $2.099 | 8.5% |
| $1.45 to $1.499 | 2.5% | $2.10 to $2.149 | 9.0% |
| $1.50 to $1.549 | 3.0% | $2.15 to $2.199 | 9.5% |
| $1.55 to $1.599 | 3.5% | $2.20 to $2.249 | 10.0% |
| $1.60 to $1.649 | 4.0% | $2.25 to $2.299 | 10.5% |
| $1.65 to $1.699 | 4.5% | $2.30 to $2.349 | 11.0% |
| $1.70 to $1.749 | 5.0% | $2.35 to $2.399 | 11.5% |
| $1.75 to $1.799 | 5.5% | $2.40 to $2.449 | 12.0% |
| $1.80 to $1.849 | 6.0% | $2.45 to $2.499 | 12.5% |
| $1.85 to $1.899 | 6.5% | $2.50 to $2.549 | 13.0% |

(Item continued on next page)

***Item 3375H - Charge – Fuel Surcharge (Item Continued)***

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $2.55 to $2.599 | 13.5% | $2.80 to $2.849 | 16.0% |
| $2.60 to $2.649 | 14.0% | $2.85 to $2.899 | 16.5% |
| $2.65 to $2.699 | 14.5% | $2.90 to $2.949 | 17.0% |
| $2.70 to $2.749 | 15.0% | $2.95 to $2.999 | 17.5% |
| $2.75 to $2.799 | 15.5% | $3.00 to $3.049 | 18.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

***Example:***

For a Fuel Surcharge applied for shipments in the month of April, assuming the prior Time Period's (February) average monthly price of HDF was $2.488 Per Gallon, April's Fuel Surcharge Rate (FSR) would be 12.5%. Thus, for each $100.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $12.50.

-----------------------------------------------------------------------------------------------------------------------------

SECTION B: Applying on Interline, Local Shipments (Routed BNSF Direct), Accounting Rule 11, Junction Settlement Short Lines of Agricultural Commodities and all Carload shipments of non-contract, non-boxcar regulated commodities moving on public rates. For a list of Agricultural Commodities, refer to BNSF web page at http://www.bnsf.com/tools/prices/fuelsurcharge/agstccs.html For a list of EXEMPT commodities, refer to STB Cite: 49CFR1039.11 at http://www.access.gpo.gov/nara/cfr/waisidx_00/49cfr1039_00.html.

Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

Shipments made pursuant to pricing documents referring hereto will be subject to a Mileage Based Fuel Surcharge (MBFS), when applicable. The MBFS will be calculated by multiplying the applicable fuel surcharge per mile times the number of miles per shipment.

The applicable fuel surcharge per mile, as shown in the Fuel Surcharge Table, will be determined by using the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the MBFS applies, an MBFS will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The MBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The MBFS shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on BNSF WebPages at: http://www.bnsf.com/tools/prices/fuelsurcharge/index.html

(Item continued on next page)

***Item 3375H - Charge – Fuel Surcharge (Item Continued)***

Mileage calculations will be based on Railway Miles as published in BNSF web page under Customer Tools then Rail Mileage Inquiry, http://www.bnsf.com/bnsf.was5/RailMiles/RMCentralController. The mileage calculation will apply between each shipment's billed origin and destination.

Application of PC*Miler Rail from ALK Technologies will be used for mileage-based fuel surcharge on Interline traffic based on the revenue route and applicable interchange with connecting carrier.

Exception: For Agricultural commodities, Pacific North West (PNW) export destinations will be grouped using Seattle, WA as destination upon which the mileage-based fuel surcharge will be calculated for all whole grain (STCC 011) shipments from all BNSF origin states except California, Oregon, or Washington.. Export destinations will be as follows:

**PNW Group:** Rivergate, OR, Portland, OR, Kalama, WA, Longview, WA, Seattle, WA, Tacoma, WA and Vancouver, WA. As an example, the fuel surcharge from Alton, ND to Vancouver, WA will be calculated using the miles from Alton, ND to Seattle, WA (1,496 miles).

Texas Gulf export facilities will be grouped using Houston, TX as the destination upon which the mileage-based fuel surcharge will be calculated for all whole grain (STCC 011 and STCC 2041979) shipments. Export destinations will be as follows:

**Texas Gulf Group:** Beaumont, Corpus Christi, Galena Park, Galveston, Houston and Port of Brownsville, TX. Shipments must be unloaded at these destinations. As an example, the fuel surcharge from Wichita, KS to Galveston, TX will be calculated using the miles from Wichita, KS to Houston, TX (646 miles).

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.13 to $2.169 | 0.23 |
| $1.25 to $1.289 | 0.01 | $2.17 to $2.209 | 0.24 |
| $1.29 to $1.329 | 0.02 | $2.21 to $2.249 | 0.25 |
| $1.33 to $1.369 | 0.03 | $2.25 to $2.289 | 0.26 |
| $1.37 to $1.409 | 0.04 | $2.29 to $2.329 | 0.27 |
| $1.41 to $1.449 | 0.05 | $2.33 to $2.369 | 0.28 |
| $1.45 to $1.489 | 0.06 | $2.37 to $2.409 | 0.29 |
| $1.49 to $1.529 | 0.07 | $2.41 to $2.449 | 0.30 |
| $1.53 to $1.569 | 0.08 | $2.45 to $2.489 | 0.31 |
| $1.57 to $1.609 | 0.09 | $2.49 to $2.529 | 0.32 |
| $1.61 to $1.649 | 0.10 | $2.53 to $2.569 | 0.33 |
| $1.65 to $1.689 | 0.11 | $2.57 to $2.609 | 0.34 |
| $1.69 to $1.729 | 0.12 | $2.61 to $2.649 | 0.35 |
| $1.73 to $1.769 | 0.13 | $2.65 to $2.689 | 0.36 |
| $1.77 to $1.809 | 0.14 | $2.69 to $2.729 | 0.37 |
| $1.81 to $1.849 | 0.15 | $2.73 to $2.769 | 0.38 |
| $1.85 to $1.889 | 0.16 | $2.77 to $2.809 | 0.39 |
| $1.89 to $1.929 | 0.17 | $2.81 to $2.849 | 0.40 |
| $1.93 to $1.969 | 0.18 | $2.85 to $2.889 | 0.41 |
| $1.97 to $2.009 | 0.19 | $2.89 to $2.929 | 0.42 |

(Item continued on next page)

***Item 3375H - Charge – Fuel Surcharge (Item Concluded)***

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $2.01 to $2.049 | 0.20 | $2.93 to $2.969 | 0.43 |
| $2.05 to $2.089 | 0.21 | $2.97 to $3.009 | 0.44 |
| $2.09 to $2.129 | 0.22 | $3.01 to $3.049 | 0.45 |

Each $0.04 per gallon increase thereafter, apply an additional $0.01 per mile

Example:
If February's average monthly price of HDF is $2.488 Per Gallon then the MBFS applied in April would be $0.31 per mile. Thus, for a shipment traveling 1,010 railway miles a Fuel Surcharge of $313.10 would apply.

---------------------------------------------------------------------------------------------------------------------------------

***Item 3380B - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments – (Issued April 3, 2007 – Effective April 25, 2007) (Increase)***

This Item does not apply when in conflict with Item 3381-Series, BNSF Rules Book 6100-Series herein.

Coal shipments moving under non-public rates made pursuant to pricing authorities referring hereto will be assessed a fuel surcharge, when applicable. Such fuel surcharge will be applicable when the U.S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month of (Time Period) equals or exceeds $1.24 per gallon. The applicable fuel surcharge will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month. Such fuel surcharge will be included on the invoice for freight charges for each shipment so assessed.

Coal Fuel Surcharge Rates (CFSR) will be adjusted monthly. The Coal Fuel Surcharge Table will be subject to periodic review.

CFSR = See Table Below.
Where CFSR = Coal Fuel Surcharge Rate.
HDF = prior Time Period's U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on BNSF WebPages at:
http://www.bnsf.com/tools/prices/fuelsurcharge/index.html

| Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) | Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) |
|---|---|---|---|
| $0.00 to $1.239 | 0.0% | $2.00 to $2.039 | 10.0% |
| $1.24 to $1.279 | 0.5% | $2.04 to $2.079 | 10.5% |
| $1.28 to $1.319 | 1.0% | $2.08 to $2.119 | 11.0% |
| $1.32 to $1.359 | 1.5% | $2.12 to $2.159 | 11.5% |
| $1.36 to $1.399 | 2.0% | $2.16 to $2.199 | 12.0% |
| $1.40 to $1.439 | 2.5% | $2.20 to $2.239 | 12.5% |
| $1.44 to $1.479 | 3.0% | $2.24 to $2.279 | 13.0% |
| $1.48 to $1.519 | 3.5% | $2.28 to $2.319 | 13.5% |
| $1.52 to $1.559 | 4.0% | $2.32 to $2.359 | 14.0% |
| $1.56 to $1.599 | 4.5% | $2.36 to $2.399 | 14.5% |
| $1.60 to $1.639 | 5.0% | $2.40 to $2.439 | 15.0% |
| $1.64 to $1.679 | 5.5% | $2.44 to $2.479 | 15.5% |
| $1.68 to $1.719 | 6.0% | $2.48 to $2.519 | 16.0% |
| $1.72 to $1.759 | 6.5% | $2.52 to $2.559 | 16.5% |
| $1.76 to $1.799 | 7.0% | $2.56 to $2.599 | 17.0% |
| $1.80 to $1.839 | 7.5% | $2.60 to $2.639 | 17.5% |
| $1.84 to $1.879 | 8.0% | $2.64 to $2.679 | 18.0% |
| $1.88 to $1.919 | 8.5% | $2.68 to $2.719 | 18.5% |
| $1.92 to $1.959 | 9.0% | $2.72 to $2.759 | 19.0% |
| $1.96 to $1.999 | 9.5% | $2.76 to $2.799 | 19.5% |

(Item continued on next page)

*Item 3380A - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (Item Concluded)*

| Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) | Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) |
|---|---|---|---|
| \$2.80 to \$2.839 | 20.0% | \$2.92 to \$2.959 | 21.5% |
| \$2.84 to \$2.879 | 20.5% | \$2.96 to \$2.999 | 22.0% |
| \$2.88 to \$2.919 | 21.0% | \$3.00 to \$3.039 | 22.5% |

If the U.S. National Average Fuel Index exceeds \$3.039 per gallon, the CFSR will increase as follows: for each \$0.04 per gallon increase (or fraction thereof) thereafter, an additional 0.5% will be applied.

***Example:***

For a Coal Fuel Surcharge applied for shipments during the month of April, assuming the prior Time Period's (February) average monthly price of HDF was \$2.488 Per Gallon, April's CFSR would be 16%. Thus, for each \$100.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be \$16.00.

---

*Item 3381A - Charge – Mileage-based Fuel Surcharge on Coal Unit Train and Trainload Shipments – (Issued April 3, 2007 – Effective April 25, 2007) (Increase)*

Coal Unit Train and Trainload (i.e. greater than 49 carloads on one waybill) shipments having waybill dates on or after the effective date above which are governed by pricing authorities or rail transportation contracts making reference hereto will be assessed a Coal Mileage-based Fuel Surcharge ("CMBFS") as determined herein. This Item will apply to Interline Shipments, Local Shipments (Routed BNSF Direct), Accounting Rule 11 and Junction Settlement Short Line shipments. Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

The applicable CMBFS per carload mile, as shown in the Fuel Surcharge Table, will be determined by using U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds \$1.25 per gallon, in the second calendar month prior to the month in which the CMBFS applies, the applicable CMBFS will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The CMBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The CMBFS will be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on BNSF WebPages at:
http://www.bnsf.com/tools/prices/fuelsurcharge/index.html

BNSF mileage calculations will be based on BNSF Railway Miles between a shipment's billed origin, destination or interchange point as published in BNSF web page http://www.bnsf.com/tools/prices/fuelsurcharge/pdf/coal_mileage.pdf. In the event that applicable BNSF miles are not

(Item continued on next page)

***Item 3381A - Charge – Mileage-based Fuel Surcharge on Coal Unit Train and Trainload Shipments – Item Concluded***

listed, or that a BNSF-Connecting Carrier interline movement is being considered, please contact your Marketing representative to determine the BNSF and Connecting Carrier mileages to be used for your shipments. You can use the following web page http://www.bnsf.com/markets/coal/contacts.html to identify your Marketing representative.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.15 to $2.209 | 0.16 |
| $1.25 to $1.309 | 0.01 | $2.21 to $2.269 | 0.17 |
| $1.31 to $1.369 | 0.02 | $2.27 to $2.329 | 0.18 |
| $1.37 to $1.429 | 0.03 | $2.33 to $2.389 | 0.19 |
| $1.43 to $1.489 | 0.04 | $2.39 to $2.449 | 0.20 |
| $1.49 to $1.549 | 0.05 | $2.45 to $2.509 | 0.21 |
| $1.55 to $1.609 | 0.06 | $2.51 to $2.569 | 0.22 |
| $1.61 to $1.669 | 0.07 | $2.57 to $2.629 | 0.23 |
| $1.67 to $1.729 | 0.08 | $2.63 to $2.689 | 0.24 |
| $1.73 to $1.789 | 0.09 | $2.69 to $2.749 | 0.25 |
| $1.79 to $1.849 | 0.10 | $2.75 to $2.809 | 0.26 |
| $1.85 to $1.909 | 0.11 | $2.81 to $2.869 | 0.27 |
| $1.91 to $1.969 | 0.12 | $2.87 to $2.929 | 0.28 |
| $1.97 to $2.029 | 0.13 | $2.93 to $2.989 | 0.29 |
| $2.03 to $2.089 | 0.14 | $2.99 to $3.049 | 0.30 |
| $2.09 to $2.149 | 0.15 | $3.05 to $3.109 | 0.31 |

Each $0.06 per gallon increase thereafter, apply an additional $0.01 per mile.

Example:

If February's average monthly price of HDF is $2.488 Per Gallon then the CMBFS applied in April would be $0.21 per mile. Thus, for a shipment traveling 1,010 BNSF railway miles a Fuel Surcharge of $212.10 would apply.

*Item 3400E – Credit Terms, - Issued July 7, 2005 – Effective July 27, 2005*

If credit is extended to Applicant for the payment of transportation charges, Applicant agrees to pay such transportation charges within the following time periods:

(a) Freight Charges – 15 Calendar days from the date of the freight bill.
(b) Miscellaneous charges (e.g. demurrage, switching, weighing) – 30 calendar days from the date of the miscellaneous bill.
(c) Additional charges for freight transportation and related services (e.g. balance due bills) – 30 calendar days from the date of bill for additional charges.

NOTE: Errors discovered in bills by customers should be corrected by them and paid accordingly. Payment of all bills, including those corrected by customers, must be made within the credit period. Payment of bills alleged to be incorrect will not prejudice patron's claims, filed within the statutory period, for refund of overcharges. If customers receive bills that they feel they are not responsible for paying, they must notify the carrier within the credit terms that they are not responsible for paying the bills.

Payment of an amount less than stated on a BNSF invoice will be considered as payment on account and not as payment in full, not withstanding any notation to the contrary as payment on the payor's remittance. Acceptance by BNSF of the lesser amount will not constitute an accord and satisfaction. The payor will be advised of any remaining balance deemed due after application of the remitted funds.

FINANCE CHARGES: **(See Exceptions 1 and 2)**
The Burlington Northern and Santa Fe Railway will assess a finance charge of .033% per day (12% per annum) on unpaid bills for freight and miscellaneous charges, including demurrage, switching and weighing, which are past our credit terms. The finance charge continues to accrue daily until the date payment is received by BNSF, not the date payment is made or the date postmarked on the payment.

Customers with past due amounts will receive a finance charge invoice each month. Finance charges will be assessed on delinquent bills for freight or miscellaneous charges as of the end of the month reduced by amounts in dispute and any payments received by month end but not posted.

Exception 1: Assessment of Finance charges on Demurrage & private car storage charges only will be extended to 60 calendar days from the bill date.
Exception 2: Each month the Burlington Northern Santa Fe Railway will calculate an average Weighted Days To Pay (WDTP) on all freight and miscellaneous charges for each customer. The WDTP will be determined by calculating the average number of days a customer has taken to pay freight and miscellaneous charges over a preceding three-month period. If the WDTP does not exceed established credit terms then no finance charges will be applied for the month in which finance charges would have otherwise applied. If the WDTP exceeds the credit terms, the finance charges will accrue as stated above.

The following is a link to Customer Tools at BNSF's web site: http://www.bnsf.com/business/

Discount for Electronic Payment of Demurrage and Private Car Storage Changes – Eliminated (A)

***Item 3500A– Charge, Furnished Equipment Used for Offline Movements (See Exceptions 1, 2 and 3) – Issued February 24, 2004 – Effective March 15, 2004***

Burlington Northern Santa Fe Railway will assess a $1,100.00 per car charge against shippers routing BNSF owned, leased or controlled equipment via routes that exclude BNSF from participation in the route and/or linehaul revenue. This charge is in addition to any other charges which may be due from shipper.

Exception 1: With prior permission from BNSF Equipment Management Department (800) 234-8440, a shipper can utilize such equipment, without penalty, for outbound shipment via a carrier other than BNSF.

Exception 2: This charge does not apply on cars assigned to pools, when loaded and routed in accordance with applicable AAR Car Service Rules, Car Service Directives and Transportation Directives.

Exception 3: This charge does not apply to BNSF owned or leased covered hoppers ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12217 of BNSF 4022-Series and BNSF 4023-Series.

## SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada

### *Item 4000 - Application*

Except as provided for in the EXCEPTION below, the provisions of this Section and Sections 4A and 4B, apply only when specific reference is made to this Section in individual rate documents.

The regulations in this Section, and Sections 4A and 4B, governing the assessment and collection of charges on international freight traffic, in either direction between points in Canada and points in the United States, must be observed.

EXCEPTION: When traffic is moving under NSRQ 4401-Series, the provisions of this Section, and Sections 4A and 4B will apply.

### *Item 4020 - Basis Rate of Exchange*

For the purpose of determining the rate of surcharge and discount, as referred to in this Section, and Sections 4A and 4B, the following will apply:

The rate of exchange quoted for New York funds by the Wall Street Journal on the last day of each month will govern from the first to the fourteenth (inclusive) of the following month. Similarly, such quotation on the fourteenth will govern from the fifteenth to the last day (inclusive) of such month. Should the governing date fall on a Saturday, Sunday or United States legal holiday, the quotation of the preceding day will govern.

### *Item 4040 - Governing Date for Application of Surcharge or Discount*

The governing date for the application of surcharge or discount will be the date of the bill of lading.

### *Item 4060 - Surcharge or Discount to be Shown on Freight Bills*

The surcharge or discount will be shown as a separate item on the freight bill

## SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001)

### *Item 4100 - Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply when converting Canadian Currency to U.S. Currency on traffic and to the extent indicated in Item 4120.

| When Rate of Exchange is: (See Item 4020) | Amount of surcharge or Additional collection |
|---|---|
| 1. Less than 7/8 of 1%. | None. |
| 2. Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| 3. Over 1%. | 60% of rate of exchange |

In determining the surcharge, when the rate of exchange is more than 1%, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

---

### *Item 4120 - Domestic Traffic*

The following will apply between Canada and the United States in both directions including advanced charges payable to United States Carriers.

| | Application | Amount of surcharge on Additional collection |
|---|---|---|
| 1. | On all shipments including advanced charges payable to United States carriers when such charges are payable and collected in Canada.<br><br>The surcharge should be added to the total through charges and must be assessed in all cases where the charges are collected at points in Canada, whether paid in Canadian or United States currency.<br><br>Such surcharge will accrue entirely to the Canadian carrier. | As per Paragraphs 2 (See NOTE). and 3 of Item 4100. |
| | NOTE: Advanced charges, including customs duty and customs entry fees, payable entirely in the United States when such charges are payable and collected in 100% of rate of Canada Exchange. | 100% of Rate of Exchange |
| 2. | When all charges are paid in United States Points in United States currency. | None |

## SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001)

### *Item 4200 - Discount or Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply to the extent indicated in Item 4220.

| When Rate of Exchange is: (See Item 4020) | Surcharge or Additional collection |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1.25%. | 1/2 of 1%. |
| Over 1.25%. | 40% of rate of exchange |

| | DISCOUNT (Allowance) |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| Over 1%. | 60% of rate of exchange |

In determining the rate of surcharge and the rate of discount, when the rate of exchange is more than shown in this item, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

---

### *Item 4220 - Domestic Traffic*

A. The following will apply on traffic from Canada to the United States.

| Application | Discount Allowance |
|---|---|
| All charges, when prepaid, must be paid in Canadian Currency. | As per Paragraph 2 of Item 4200. |
| | **Surcharge or additional Collection to be prepaid** |
| All charges when billed "collect". | As per Paragraph 1 of Item 4200 |

B. The following will apply on traffic from the United States to Canada.

| Application | Surcharge or additional Collection |
|---|---|
| All charges, when "prepaid" | As per Paragraph 1 of Item 4200. |
| | **Discount Allowance** |
| All charges when billed "collect". | As per Paragraph 2 of Item 4200 |

---

## SECTION 5 – Crossing Fee Including Car Hire on Traffic to or From Mexico Moving via San Ysidro, CA Section 5 Cancelled effective November 1, 2006

---

***Item 5000 – Application of Crossing Fee which includes Car Hire on Traffic To or From Mexico–Item cancelled effective November 1, 2006***

A. The provisions of this Section take precedence over all other crossing fees and/or car hire rates that may be published and applicable on traffic to or from Mexico if it were not for the provisions of this Section.
B. Carload freight for export to Mexico, and empty car or cars on BNSF car orders for loading in Mexico, are subject to the crossing fee charges as provided in Items 5020 through 5040 and documentation requirements identified in Item 3140-Series.
C. The crossing fee charges named in Items 5020 through 5040 apply on all freight cars owned, leased, or controlled by any U.S. railroad, Canadian railroad or Trailer Train Corporation, except intermodal and heavy duty flat cars. Heavy duty flatcars include all railcars with AAR car type codes F400 through F4999, as described in Tariff RER 6412-Series.
D. Shipments held awaiting payment of fees or documentation are subject to any additional applicable charges, including document delay, demurrage, detention, and storage. Payment of the crossing fee charge will be accepted from the shipper, receiver, or an agent, but it is the responsibility of the party responsible for document delay.

---

***Item 5020 – Crossing Fee which Includes Car Hire Documentation on Shipments From or To Mexico – Item cancelled effective November 1, 2006***

The following information must accompany payments of crossing fee charges:

1. Name of receiver or shipper in the United States.
2. Name of receiver or shipper in the Republic of Mexico.
3. Name, address, and telephone number of the customs broker.
4. Name of the party for whom the customs broker is acting.
5. Date of the request.
6. Car initials and number.
7. Destination or origin in Mexico (City and State)
8. The amount paid to BNSF for the shipment.
9. The check number and name of the bank on which the check is drawn.
10. The amount of the check.
11. An original signature of a party authorized to make the request.
12. Notation whether the party making the request is the shipper, the receiver, or an agent, and if an agent, for whom.

---

***Item 5040 – Crossing Fees including Car Hire Charges on Traffic Moving via San Ysidro, CA – Item cancelled effective November 1, 2006***

Subject to the provisions of Items 5000 and 5020, the following car hire charges are applicable on traffic moving via San Ysidro, CA in connection with BNSF. The charges as shown, are stated in dollars per car in the United States dollars.

| Origin or Destination State in Mexico | All Car Types |
|---|---|
| Baja California Nte | $200 |

*Item 5060 – Item Cancelled Account Obsolete*

*Item 5080 – Item Cancelled Account Obsolete*

*Item 5100 – Item Cancelled Account Obsolete*

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1.**

---

***Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier***
***Issued January 16, 2001 – Effective January 17, 2001***

Mechanical refrigerated equipment furnished by railroads will not be required to maintain a temperature of lower than minus 5 degrees Fahrenheit. Shipper shall indemnify and hold harmless the railroads involved for any damage to commodity if a lower temperature is required.

Responsibility for adequate blocking, bracing, packaging and loading of the shipment lies entirely with the shipper. Shipper has responsibility for starting the refrigeration unit, setting thermostat to the billed temperature and ensuring proper cooling prior to releasing the shipment for movement. Carriers will not be responsible for damages resulting from non-compliance.

---

***Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment***

When movements are in cryogenic cars (CO2), shipper will be responsible for the cost of supplying the proper amount of carbon dioxide (CO2) for any car used in conjunction with rates published in this section. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in cryogenic cars.

When empty, cars are subject to the provisions of Tariff and ICC RPS 6007-Series Tariff.

---

***Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002***

When movements are in privately owned or controlled Mechanical Refrigerated Cars, shipper will be responsible for all aspects of Mechanical Protective Service including but not limited to fueling, monitoring, preventative maintenance and running repairs on refrigeration unit and all costs associated with same. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in privately owned or controlled mechanical refrigerated cars.

When empty, cars are subject to the provisions of Tariff and ICC RIC 6007-Series Tariff.

---

***Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001***

1. Rule 705 - Frozen commodities

(a) Frozen commodities transported under mechanical protective service in BNSF owned or controlled mechanical refrigerator cars are subject to charges shown in item 6180 herein. Applicable charges in mechanical cars other than BNSF shall be governed by the rules and provisions of car owner.

(b) Shipper must place on bill of lading and shipping order, and agent must place on waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - RULE 705"

(c) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill with the following notation:

"RATE PER CAR INCLUDES MPS CHARGE"

2. Rule 710 - Non-frozen commodities

(a) Charges as published herein will apply on non-frozen commodities transported under mechanical protective service.

(b) Shipper must indicate on the exempt bill of lading, shipping order and freight waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - NON-FROZEN COMMODITY, RULE 710. PRECOOLED LOAD, OPTIMUM TEMPERATURE INSIDE CAR _____ DEGREES."

(c) Prior to loading, all commodities must be precooled to the temperature desired for shipping. Any claim for lading loss or damage will be subject to compromise or declination if lading was not pre-cooled prior to loading. The burden of proof will be on the shipper to provide evidence of origin temperature of lading at time of loading.

(d) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill as follows:

BNSF cars: "RATE PER CAR INCLUDES BNSF MPS CHARGE."

Foreign cars: "RATE PER CAR INCLUDES FOREIGN MPS CHARGE."

3. Rule 720 - Mechanical car used for shipments where MPS not ordered

When a mechanical refrigerator car is furnished for railroad's convenience and shipper does not order MPS, the mechanical unit will not be operated and MPS will not apply. Shipper must specify on bill lading, and agent must place on waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE NOT ORDERED - RULE 720. DO NOT OPERATE MECHANICAL."

***Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002***

While mechanical units are being used by railroad, railroad shall perform such in transit temperature inspections as may be necessary and proper, at its expense. Railroad shall also perform routine servicing and running repairs to units. Railroad shall bill car owner, and car owner shall pay railroad, for services performed (other than inspection) and supplies furnished on the following basis:

1. Bills for fuel supplied or lube oil furnished mechanical cars should show equipment reference, service date, service location, gallons of fuel supplied and should be supported by information stating whether equipment was empty or loaded when service was performed and/or waybill date and number.

2. Bills for the pretrip inspection made prior to okaying car for loading, for the purpose of testing unit to determine that it is functioning satisfactorily or in need or repairs, will be rendered on the basis of $25.00 per car.

3. Refrigerant, antifreeze, supplies and repairs to units shall be billed as provided for in the field and office manuals of the code of interchange rules promulgated by the Association of American Railroads.

---

***Item 6080 - Empty Movement Of Privately Owned Cars***

The provisions of this item apply to rates published on shipments in cars of private ownership with the provision that the use of such cars is not subject to the payment of mileage allowances or to the provisions of Mileage Tariff and ICC RPS 6007-Series. Except as may otherwise be specifically provided in the Exempt rate quote, circular or memorandum, such rates include the movement of the empty car or cars to the point of prior loading via the reverse of the loaded route. Any other empty movement by the BNSF will be subject to charges provided in the applicable BNSF Tariff.

***Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc.***

Return of Pallets, Pallet Sides, Platforms, Skids, Dunnage, etc. shall not be included in rates for temperature controlled shipments (Rules 705 and 710).

---

***Item 6120 - Offer Of Section 11706 ('Carmack') Liability***

BNSF offers the opportunity to ship temperature controlled commodities (Rules 705 and 710) pursuant to the terms and conditions of 49 U.S.C. Section 11706 (Carmack) liability, as an alternative to the claims provisions in this BNSF Rules Book, BNSF-6100 Series. Shipments made pursuant to the claim provisions of Section 11706 (Carmack) will be charged a higher rate, and the following conditions must be met in full:

(1) Not later than the time a car is ordered for loading the shipper must notify BNSF or its designated representative of the intention to make the shipment subject to the claim provision of 49 U.S.C. Section 11706 (Carmack). At that time the shipper must advise BNSF where and when the car will be available for BNSF representatives to inspect the loading and the loading method.

(Item continued on next page)

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded)*

(2) The shipping order and receipt must be endorsed prior to the shipment, "The Shipment is subject to the Claim Terms of 49 U.S.C. Section 11706."

(3) Transportation charges must be prepaid.

Unless the shipper complies in full with the conditions stated above for application of Section 11706 liability, the shipment will be conclusively deemed to move under the 'alternate liability' terms and conditions of BNSF Rules Book, BNSF-6100 Series, and there will be a conclusive presumption that the shipper has given his written declaration and/or that the shipper and carrier have entered into a written agreement to this effect.

---

***Item 6140B - Loss And Damage Provisions/Liability Restrictions – Issued April 29, 2005 – Effective June 1, 2005***

A. Shipper is responsible to protect the safety and integrity of its lading, including, but not limited to, the application of barrier seals to railroad cars to prevent unauthorized access to lading. A minimally accepted barrier seal will be composed of braided steel strands (high-tensile strength steel cable) totaling one-eighth (1/8) inch in diameter, a bolt type seal or other equivalent security type seal of comparable strength. The burden of proof rests with the shipper to establish their actual lading loss or damages. BNSF and connecting carriers shall not be liable for lading loss or damage where shipper fails to apply a minimally accepted barrier seal. If a seal is missing, defective, or tampered with, refer to Item 2250-Series herein.

B. Upon tender of a shipment of exempt commodities as described in this contract accompanied by the verbal shipping order (phone transmittal) and/or Electronic Data Interchange (EDI) transfer completed by shipper, BNSF will give its receipt for the goods and its acceptance of said billing instruction to be performed in accordance with the contract. Acceptance of the shipping order by BNSF shall also be by verbal acceptance and/or confirmation of EDI transfer. In all matters described herein, BNSF acts as principal only with respect to transportation over its own line.

C. Carriers will not be liable for loss, damage or delay caused in whole or in part by an Act of God, a public enemy, the authority of law, riots, strikes, acts of civil disobedience, inherent quality or characteristic of the commodity, natural shrinkage, an act or default of the shipper, owner or receiver or from shipments stopped and held in-transit at the request of the shipper, owner, or receiver.

D. BNSF agrees to transport shipment over its line with reasonable dispatch. BNSF and connecting carrier do not guarantee rail service on any scheduled time frame.

E. BNSF and connecting carrier shall not be liable for breakage or bruising damage to lading unless shipper provides physical evidence of railroad negligence. Shifting of a load, alone, shall not be considered as evidence of such negligence.

F. BNSF and connecting carrier shall not be liable for deterioration resulting from improper loading or overloading of the equipment or from the use of containers or stacking methods which do not permit the adequate flow of air throughout the load.

G. BNSF and connecting carriers shall not be liable for market decline.

(Item continued on next page)

***Item 6140B - Loss And Damage Provisions/Liability Restrictions (continued)***

H. BNSF and connecting carriers shall not be liable for shortage unless there is physical evidence of forced entry to the transportation equipment. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. In addition, origin and destination seal records must be furnished.

I. In no event shall BNSF and connecting carriers be liable for lading replacement costs or for special or consequential damages.

J. Shippers and/or consignee must mitigate damage situations by accepting the damaged cargo unless it is totally worthless. Shippers and/or consignees may not abandon damaged or partially damaged shipments to the railroad when the damaged shipments retain substantial value. Product that is abandoned to the carrier in an undamaged condition shall be sold for the account of whom concerned and salvage proceeds only, less any salvaging expenses incurred shall be remitted to the beneficial owner.

K. Carriers do not undertake to overcome the inherent tendencies of perishable goods to deteriorate or decay. Carrier has no liability for deterioration when the amount of deterioration could reasonably be expected to occur during normal rail transport. When the amount of deterioration is intensified due to diseases or due to decayed or damaged condition of the perishable goods at rail origin, rail carrier has no liability for this intensified deterioration.

L. In the event an act or omission of any party involved in the transportation process (shipper, carrier, receiver) is not the sole cause but contributes to any loss or damage, each party will be liable for only that portion of the loss or damage which was reasonably caused by its negligence. If the loss or damage results from the concurrence of an act or omission by BNSF and an act of God, then the liability of BNSF shall be no greater than the percentage of proven causal negligence of BNSF.

M. Carrier has no liability for deterioration of perishable goods when carrier refrigeration equipment functions properly within 10 degrees of the billed instruction (as monitored and recorded from the railcar's thermometer) and shipment is handled with reasonable dispatch.

N. On shipments where it is determined that the commodity pulp (body) temperature is something other than the billed temperature, it will not be BNSF's responsibility to bring said commodity's pulp temperature down to conform to billing temperature. When records indicate that the mechanical refrigeration unit was properly operating, carrier(s) will not be responsible for lading off condition.

O. Carrier shall not be liable for product loss arising from any cause, including temperature, after notice of constructive placement availability at the billed destination. Subsequent to such notice carriers will not be responsible for temperature monitoring, fuel, etc.

P. When handling perishable boxcar shipments in foreign line marked equipment, BNSF will be extended its longest line haul. Longest line haul shall mean BNSF's nearest point of interchange to the foreign carrier's billed origin location. Point of interchange shall be as identified in the Official Railroad Station List (OPSL 6000 including supplements) and subject to BNSF operating convenience. When BNSF is by necessity a switch carrier only, or does not receive its longest haul, BNSF will not be liable in full or part for any product claim. It will be shipper's responsibility to ensure that proper rate and route authorities are published.

(Item continued on next page)

*Item 6140B - Loss And Damage Provisions/Liability Restrictions (concluded)*

Any Mechanical Protective Service performed by BNSF when handling perishable boxcar shipments in foreign line marked equipment shall be billed to the car owner in accordance with AAR interchange rules. If the shipment is in non-compliance of this section, and BNSF performs proper MPS service, BNSF will not participate in any freight claim payment. In the event that BNSF fails to exercise due diligence in the correction of an off-temperature condition than BNSF will participate in the distribution of any freight claim payment in accordance with AAR freight claim rules.

Q. The shipper and consignee shall indemnify and hold harmless the carrier from any loss, damage, personal injuries and/or death resulting from failure to comply with the provisions contained herein. Acceptance of shipment by the carrier for transportation shall not be a waiver of this liability.

*Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001*

A. The rates and charges agreed upon for the shipment and the terms, conditions and provisions herein stated require that the shipper only, whether acting as principal or agent, must file any claim for loss and damage exclusively with BNSF or carrier on whose line the loss, damage, injury or delay occurred.

B. As a precedent to recovery for any loss or damage to lading, claims must be received by BNSF or carrier on whose line the loss, damage, injury or delay occurred, in writing from the shipper within three months after delivery of the shipment at its final railroad destination or, in the case of failure to make delivery, then within three months after a reasonable time for delivery has elapsed. BNSF shall pay, decline or offer to compromise claims within three months from the date received.

*C.* As a condition precedent to recovery of any claim, the consignee must immediately notify the destination carrier, shipper and BNSF upon discovery of any damage and allow destination carrier or its agent to inspect. Such notification to carrier and shipper must be made within 24 hours of notification of shipment's arrival. Failure of the rail carrier to inspect damaged cargo for whatever reason will not relieve the burden of the claiming party to establish that cargo was received in a damaged condition nor will it be considered an admission of liability by the rail carrier.

D. All written claims must include the following documentation:

1. A demand for payment of a specific amount.

2. Information identifying the rail shipment including equipment initials and number, shipper and receiver's name, shipping date and commodity.

3. Origin records or certification as to the condition and quantity of the lading at the time tendered to the origin rail carrier.

4. Destination records as to the condition and quantity of the lading at the time received from the destination rail carrier.

5. Verification of the amount claimed including original invoices, repair bills and account of sales.

(Item continued on next page)

***Item 6160 - Claim Procedures, (Concluded)***

6. Evidence as to the disposition of the damaged lading.

7. On fresh fruits and vegetables, origin and destination USDA inspections or Canadian government equivalent

E. All loss and damage lading claims filed with BNSF must be mailed to:
Director, Freight Claims
Burlington Northern Santa Fe Railway Company
PO Box 1738
Topeka, KS 66601

F. Carrier's liability will not exceed the actual amount of physical loss or damage sustained to the lading including proven costs through mitigating the loss or damage. Claim calculation as well as any claim payment shall not exceed the delivered value of FOB origin invoice plus freight to destination, less the gross account of sales, plus a reasonable commission on those sales.

G. Claims or lawsuits for less than $1000.00 shall not be filed and no claim shall be paid if the amount of loss or damage is found to be under $1000.00 per carload.

H. Any suit against BNSF or its connecting carriers based on transportation provided under the terms of this circular shall be commenced within one year from the date of delivery, or in the case of failure to make delivery then within one year after a reasonable time for delivery has elapsed. Such suit shall be filed in the state or province of origin on or interchange to BNSF.

I. Any claim or suit not filed in strict accordance with the terms and conditions of this circular shall be void.

***Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car***

FRESH AND FROZEN COMMODITIES

| GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|
| ARIZONA | ARKANSAS | ALABAMA | DISTRICT OF COLUMBIA |
| ALBERTA | ILLINOIS | GEORGIA | CONNECTICUT |
| BRITISH COLUMBIA | IOWA | INDIANA | DELAWARE |
| CALIFORNIA | KANSAS | KENTUCKY | FLORIDA |
| COLORADO | LOUISIANA | MICHIGAN | MAINE |
| IDAHO | MANITOBA | MISSISSIPPI | MARYLAND |
| MONTANA | MINNESOTA | OHIO | MASSACHUESETTS |
| NEVADA | MISSOURI | ONTARIO | NEW BRUNSWICK |
| NEW MEXICO | NEBRASKA | TENESSEE | NEW HAMPSHIRE |
| OREGON | NORTH DAKOTA | WEST VIRGINIA | NEW JERSEY |
| UTAH | OKLAHOMA | | NEW YORK |
| WASHINGTON | SASKATCHEWAN | | NORTH CAROLINA |
| WYOMING | SOUTH DAKOTA | | NOVA SCOTIA |
| | TEXAS | | PENNSYLVANIA |
| | WISCONSIN | | PRINCE EDWARD ISLAND |
| | | | RHODE ISLAND |
| | | | SOUTH CAROLINA |
| | | | VERMONT |
| | | | VIRGINIA |

| TO GROUP / FROM GROUP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 650 |
| 2 | 550 | 500 | 550 | 600 |
| 3 | 600 | 550 | 500 | 550 |
| 4 | 650 | 600 | 550 | 500 |

SEATTLE, WA TO ALASKA = $650 PER CAR

INTRASTATE MECHANICAL PROTECTIVE SERVICE CHARGES = $250 PER CAR

MPS charges for all shipments in BNSF owned or controlled mechanical refrigerated cars where BNSF does not appear as a linehaul carrier in the route, will be $2000.

### *Item 6200 - Stopping*

Stopping to complete loading or for partial unloading of cars with temperature controlled shipments (Rules 705 and 710) is not allowed.

### *Item 6220 - Mexico*

Mechanical refrigerated cars owned or controlled by BNSF are not permitted to move into Mexico unless the governing rate document clearly states that rate applies for shipments destined to specified points in Mexico. If a mechanical refrigerated car moves into Mexico as a result of billing to a destination in Mexico in violation of this condition, the party who billed the car will be subject to a charge of $10,000 in addition to applicable charges for movement of commodity. If a mechanical refrigerated car moved to Mexico in violation of this condition sustains loss or damage from any cause, the party billing such car shall also be liable for such loss and damage. Failure of any Railroad to prevent the movement of the car to Mexico shall not constitute a waiver of BNSF's right to enforce this item.

### *Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003*

Mechanical refrigerated cars received by BNSF requiring cleaning, including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to $500 cleaning fee. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.

Mechanical refrigerated cars spotted to industry for loading and subsequently rejected by the loading party due to cars requiring cleaning including removal of debris, dunnage, pallets, tie down materials, food or any other object not an inherent part of the mechanical refrigerated car will be subject to a $1,000 fee covering but not limited to transportation, cleaning and opportunity cost. This fee will be assessed against the last party unloading the equipment prior to BNSF receipt of car in interchange or received in switch service from industry.

**SECTION 7 – Requirements and Guidelines for the Location, Maintenance and Operation of Facilities Handling Hazardous and Other Specified Materials. Issued November 5, 2003 – Effective November 25, 2003**

## *I. GENERAL REQUIREMENTS AND GUIDELINES*

A. The following requirements must be observed in conjunction with contracts for site or track leases for Loading, unloading or storage of hazardous materials as defined in 49 *CFR* parts 171 through 179, and republished in *Tariff BOE 6000* (current issue).

B. Industry[1] shall conduct its operation in such a manner as not to violate these requirements or any federal, state, municipal, or other laws, requirements or regulations promulgated thereunder or tariffs currently in effect from time to time governing Industry's operations. This includes all federal, state, municipal, and other laws governing the handling or transportation of hazardous materials. To the extent one or more of these requirements are, or may in the future be, in conflict with any of said laws, requirements, regulations or tariffs, the conflicting portion of these requirements shall not apply. Excerpts from said laws, requirements, regulations or tariffs contained in these requirements are for ready information purposes only and shall not relieve the Industry of the obligation to abide by any and all current laws, requirements, regulations, or tariffs. These requirements shall not create any duty on the part of The Burlington Northern and Santa Fe Railway Company "BNSF" or cast any liability on BNSF due to any omissions, errors or other unintended misrepresentation of said laws, requirements, regulations or tariffs herein.

C. Industry shall have a contract in place with BNSF before any loading or unloading operations will commence on any BNSF owned tracks or property. Loading or unloading operations must have written approval by BNSF's Assistant Vice President Environmental and Research Development.

D. Upon request, Industry will provide BNSF the following: a list of all materials to be handled, material safety data sheets for each material to be handled, emergency response and contingency plans, spill prevention control and countermeasure plan and hazard communication program.

E. Fixed storage facilities for hazardous wastes are prohibited.

F. For spills or releases of hazardous materials, petroleum products and environmentally sensitive materials, it shall be the responsibility of the Industry or person in control of the substance during the release to undertake procedures for notification of appropriate authorities, containment, cleanup and disposal. The Industry must comply with all applicable federal, state and local laws and regulations. The Industry shall be responsible for responding to such spills or releases. BNSF shall be notified promptly of any such spill or release by calling 800-832-5452.

## *II. LOCATION OF TRACKS AND FACILITIES*

A. Facilities for loading and/or unloading should be located not less than 100 feet from buildings and not within 250 feet from public grade crossings.

(Continued on next page)

[1] The word "Industry" shall also mean "Applicant" or "Lessee" as used within this BNSF document.

B. Selected locations should be evaluated to determine if they are desireable relative to other track structures (e.g. above or below main track grade, on the inside or outside of a curve, or in close proximity to a main track switch).

C. In general, the distance to the nearest business should be no less than 50% of the first isolation distance listed in *Emergency Response Guidebook* (current edition) and will depend on the material(s) located at the facility. The distance to the nearest residence should be no less than the first isolation distance listed in the *Emergency Response Guidebook* (current edition).

***III. LOCATION OF LOADING/UNLOADING RACKS AND STORAGE TANKS***

A. Racks shall be located no less than the distances specified in Items IV-B and V-C. Racks shall be located no less than 8.5 feet from the centerline of the track serving the racks.

B. All racks, storage tanks, containers, pipe lines, hoses and similar equipment shall be constructed, tested and maintained in accordance with the appropriate codes established by the American Society for Mechanical Engineers. Where practical, storage tanks shall be installed above ground. Tanks and regulating equipment shall not be buried without first securing written approval from BNSF.

C. A storage tank area shall be fenced with at least two means of access through the fencing. Readily ignitable material such as weeds or dry grass shall be removed from within the fenced area. Where flammable materials are handled, "No Smoking" signs must be installed and observed.

***IV. CLASS 3 FLAMMABLE AND COMBUSTIBLE LIQUIDS***

A. Storage tanks and appurtenant facilities shall be installed in accordance with *49 CFR* 174.304 and all other applicable regulations. Compliance is required with applicable provisions of the National Fire Protection Association's Flammable Liquid Code & Static Electricity Code.

B. Aboveground storage tanks must be surrounded by dikes of earth, concrete, or other suitable material of sufficient capacity to hold all the contents of the largest tanks according to applicable aspects of the *Uniform Fire Code* and *Spill Prevention Control and Countermeasure Plan*.

Separation Distance for Facilities, Loaded Tank Cars and Storage Tanks
From Track Class II or Better.

| **All Tank Capacities** | **Minimum Distance to Track** |
|---|---|
| Flammable Liquids | 100 Feet |
| Combustible Liquids | 50 Feet |

Reference: AAR OT-55 E

(Continued on next page)

### *V. CLASS 2 COMPRESSED GASES*

A. Track leases may be issued only for loading and unloading operations according to *49 CFR* 174.204.

B. Location, construction and utilization of facilities for storage of compressed gases is typically under the jurisdiction of municipal authorities, and are generally governed by the recommendations contained in the *Uniform Fire Codes* issued by the National Fire Protection Association (Batterymarch Park, Quincy MA 02269).

C. Facilities shall be located with respect to the nearest important building, group of buildings, or line of adjoining property which may be built upon in accordance with the minimum distances required by BNSF. Current minimum distances for installations are as follows:

Separation Distance for Facilities, Loaded Tank Cars and Storage Tanks
From Track Class II or Better

| **Activity** | **Hazard Class** | **Distance** |
|---|---|---|
| Loading / Unloading | 2.1, 2.2,<br>2.3 PIH Zone A or B | 100 Feet |
| Storage of Loaded Tank Cars | 2.1, 2.2,<br>2.3 PIH Zone A or B | 50 Feet |
| Storage in Tanks | 2.1, 2.2,<br>2.3 PIH Zone A or B | 100 Feet |

Reference: AAR OT-55 E

### *VI. PREVENTION OF ELECTRIC SPARKS DURING LOADING OR UNLOADING OF FLAMMABLE LIQUIDS OR FLAMMABLE GASSES.*

A. Precautions due to proximity of wire lines:

1. Stationary tanks shall not be located under or near any wire lines wherever possible.
2. When the contents of tank cars are being gauged or transferred, tank cars shall not be located under or near any wire lines.
3. The use of metallic gauging rod is prohibited if any wire line is located within 20 feet of the tank or tank car opening.
4. If tanks or tank cars are necessarily located under or near wire lines which operate at a voltage not exceeding 750 volts between conductors, the following rues shall be observed:

   (a) Where wire lines pass overhead, there shall be minimum vertical clearance of 36 feet from top of rail to the live conductors.

   (b) Where wire lines pass nearby and do not have the minimum vertical clearance as specified in the Paragraph above there shall be a minimum horizontal clearance of 15 feet between the wire lines and the nearest rail to that side of the tank or tank cars.

(Continued on next page)

5. If it is necessary to install wires or devices within this 36 ft high and 34 ft 8 in wide envelope, the installation will have to comply with Article 515 (Bulk Storage Facilities) of the *National Electrical Code*.
6. Before any gauging of the contents of tank or tank car located under or near wire lines having a voltage in excess of 750 volts shall be permitted, a special study shall be made by qualified personnel, including BNSF Engineering representatives, to determine the additional clearance to be provided.

B. Bonding and grounding is to be performed by railroad forces or contractors at Industry expense in accordance with BNSF SP-36 & 37. See figures on pages 50 and 51. [2]

1. A permanent electrical connection shall be made between the rails occupied by rail equipment and the piping system used in connection with the transfer of flammable liquids or flammable gases. The electrical connections shall not be less than one No. 4 or less than two No. 6 AWG stranded copper, bronze or copper-covered steel wire.
2. Insulated rail joints shall be installed to electrically separate the loading or unloading section from all other track rails. Such insulated rail joints shall not be bridged by rail equipment (rail cars) or other means during loading and unloading operations.
3. All rails in said track section isolated by the insulated joints shall be adequately bonded at each rail joint.
4. Other precautions, such as insulated joints in the permanent piping system grounding, additional temporary bonds between the piping system and rail equipment tank, and other special measures as may be required under specific local conditions, shall be taken to provide adequate protection.

## *VII. LOADING INTO RAIL CARS*

A. For loading hazardous materials or petroleum products, environmental protection (such as track/truck pans, etc.) whose components are non-reactive with, and impervious to, the material loaded is required. For new facilities or installations, the containment system(s) must be at least 110% of the capacity of the largest vessel to be loaded.
B. Appropriate safeguards shall be provided to maintain the integrity of the loading process through proper hazardous material handling.
C. Industry shall comply with DOT's loading rules, including those set forth at *49 CFR* 174.55 through 174.63.

## *VIII. UNLOADING FROM RAIL CARS*

A. For unloading hazardous materials or petroleum products, the same requirements for containment and appropriate safeguards are to be met as with loading these materials into rail cars.
B. Industry shall abide by the unloading rules as promulgated by the Department of Transportation and published in *49 CFR* Part 174 or republished in *Tariff BOE 6000* (current edition).

For ready reference, some of the governing regulations are:

§ 174.67 Tank Car Unloading (low pressure tank cars)

§ 174.200-174.290 Tank Car Unloading Gases (high pressure tank cars)

[2] Meets or exceeds NFPA 77.


SP-36
BONDING & GROUNDING FOR FILLING AND UNLOADING RACKS HANDLING FLAMMABLE LIQUIDS AND GASES.
BNSF ENVIHAZMAT - TOPEKA 11/00
AT LEAST TWO RAILS
72' #6 TRACK WIRE
METALLIC LINED HOSE PIPE
FILL PIPE
JUMPER
PUMP HOUSE
PUMP
GROUND LUG
CONNECTIONS IN PUMP HOUSE
UNLOADING RACK
FOUR #6 SOLID COPPER WIRES.
CONNECTION FROM PUMP HOUSE TO TRACK
CONNECTION FROM UNLOADING RACK TO TRACK


SP-37
BONDING & GROUNDING FOR UNLOADING STATION HANDLING FLAMMABLE LIQUIDS AND GASES
BNSF ENV/HAZ MAT – TOPEKA 11/00
AT LEAST TWO RAILS
FOUR #6 SOLID COPPER WIRES.
DIRECTION TO TRACK.

# Fuel Surcharges Review
# January 3, 2001
# Agenda:

1. WTI Crude Oil & HDF Prices
2. BNSF Fuel Expense
3. Competitive Analysis
4. BNSF Carload & Intermodal Fuel Surcharges Comparison
5. BNSF Fuel Surcharges Billed Amounts

# WTI Crude Oil & HDF Prices




00 Avg. vs. 99 Avg.
WTI growth = 59%
HDF growth = 33%

00 Avg. vs. 5yr Avg. (95-99)
WTI growth = 62%
HDF growth = 31%

| 99 Lowest Point vs. | | 2000 Highest Point | % Change |
|---|---|---|---|
| WTI = | $12.01 | $34.40 | 186.4% |
| HDF= | $0.96 | $1.64 | 70.8% |

# BNSF Fuel Expense



# Competitive Analysis



# Competitive Analysis
# Carload Fuel Surcharge Summary Comparison by RR

(as of November 28, 2000)

| RR | Effective Date | $28 WTI Fuel Price | $33 WTI | $38 WTI | Thereafter WTI | S/C Changes When | Actual S/C Assessed |
|---|---|---|---|---|---|---|---|
| BNSF | Perishables 3/15<br>Dry Boxcar 4/1<br>Chemicals 8/1<br>Metals 8/1<br>Minerals/Mach 8/1<br>Autos * 11/1<br>Forest n/a<br>Paper 12/1<br>Ag n/a<br>Coal n/a | 2% | 4% | 6% | 1% for ea $2.50 additional | Each month the avg WTI is calculated & the appropriate S/C is applied for the following month.<br><br>*- Autos are negotiated S/C's | 3/00 2%<br>4/00 2.9%<br>5/00 n/a<br>6/00 2.3%<br>7/00 3.6%<br>8/00 2.7%<br>9/00 3.4%<br>10/00 4%<br>11/00 3%<br>12/00 4% |
| CN | N/A | | | | | | |
| CP | 5/1/00<br>12/11/00 | 3%<br>+3% | 3%<br>+3% | 3%<br>+3% | 3%<br>+3% | 2nd 3% will drop off if WTI falls below US$30 for 90 consecutive days; 1st 3% drops if WTI falls below US$22 for 90 consecutive days. | 5/1 - 12/11 3%<br>12/11 - ? 6% |
| CSXT | 10/25/00 | 2% | 4% | 6% | 2% for ea $5 | Basically copied NS. | 10/25 – current 2% |
| KCS | N/A | | | | | | |
| NS | 6/19/00 | 2% | 4% | 6% | 2% for ea $5 | Daily WTI must equal or exceed a bracket for 30 days before the appropriate S/C is applicable. Conversely, will decrease when WTI remains below a bracket for 30 days. | 6/19 – current 2% |
| UP | N/A | | | | | | |

# Competitive Analysis
# Carload Price Change Summary Comparison by RR
(as of November 28, 2000)

BNSF Fuel Surcharge
Since at least the early 1990's, we had a fuel surcharge provision in effect that was a flat 2% when the price of fuel exceeded $28 per barrel for 10 consecutive days. In mid February 2000, it became effective. Effective 4/1/2000, we changed our fuel surcharge provision to a floating rate based upon the monthly average price of fuel. The formula was a simplified version of formulas we were applying in some private prices. The change in the fuel surcharge provision was done to maintain the $28 fuel price equals 2% fuel surcharge rate of the old item, allow for the surcharge to increase with the fuel price, and administratively simplify the process. When the price of fuel averages at least $28 for a period, the fuel surcharge starts applying at a 2% rate for the following month. Effective 10/1/2000, we made 2 changes in our fuel surcharge based on Marketing/customer feedback. We modified the time period used to calculate the fuel surcharge, which allows about 10 days before the effective date of the new fuel surcharge. In addition, the fuel surcharge is now in easy to read table form in whole percentages.

Canadian National
CN has not implemented a fuel surcharge. On 10/6/2000, CN announced a general increase of mainly 4% to their public prices effective 11/1/2000. Our analysis shows approximately 4% of CN originated BNSF shipments will be subject to the increases.

Canadian Pacific
CP imposed a 3% fuel surcharge on public prices effective on 5/1/00. CP was also going to attempt to get customer concurrence on the 3% fuel surcharge for private prices. Due to CP system constraints, they applied the 3% fuel surcharge as a 3% general increase to the applicable prices. Effective 12/11/00, CP systems will be able to handle a Fuel S/C. CP announced on 11/21/00 that effective 12/11, they are also taking another 3% Fuel S/C AND a general increase of 4%. Our analysis shows less than 1% of CP originated BNSF shipments will be subject to the increases.

CSXT
CSXT increased some of their public prices 3-8% effective 5/1/00. In June, CSXT told us they were going through another program to review increasing non-contract prices and asked for our support. We told them that we supported their program and worked with them on taking price increases where possible. On 9/29/2000, CSXT announced a fuel surcharge effective 10/25/2000. Their fuel surcharge language basically copied the NS's language. CSXT plans to apply it to all public prices, most quotes, and some contracts. They expect about 50% of their business will be covered by the fuel surcharge.

KCS
KCS has not implemented a fuel surcharge or a general price increase.

Norfolk Southern
NS implemented a fuel surcharge effective 6/19/00 on their public prices. It can be selectively applied. It is currently 2%, based on the fuel price staying above $28 per barrel for 30 consecutive days. For each $5 increase in the cost per barrel, the surcharge increases 2%. We estimate that about 20% of their business is covered by the fuel surcharge.

Union Pacific
UP has not implemented a fuel surcharge. UP announced on 9/8/2000 general increases of between 1% and 5% on their public prices effective between October 5 and November 1, 2000. We estimate this will impact about 25% of UP originated BNSF business.

# BNSF Fuel Surcharges Billed Amounts

as of 12/1/00

| | Nov-00 Billed FSC $(000) | YTD-00 Billed FSC $(000) | % Business Taking FSC |
|---|---|---|---|
| **Coal** | - | - | 0% |
| **Ag** | 4 | 20 | 0% |
| **Industrial** | | | |
| Chemicals | 473 | 1,527 | 15% |
| Forest | 74 | 150 | 22% |
| Metals | 264 | 1,198 | 25% |
| Min/Mach | 390 | 1,518 | 21% |
| **Industrial Total** | **1,200** | **4,392** | **20%** |
| **Consumer** | | | |
| Perishable | 89 | 536 | 25% |
| Dry Boxcar | 282 | 1,010 | 40% |
| Automotive | 37 | 37 | 11% |
| Carload Total | 407 | 1,583 | 20% |
| Direct | 483 | 3,863 | 25% |
| IMC | 1,730 | 10,526 | 100% |
| INTL | - | - | 0% |
| Truckload | 222 | 8,124 | 100% |
| IBU Total | 2,436 | 22,513 | 42% |
| **Consumer Total** | **2,843** | **24,096** | **36%** |
| **System** | **4,043** | **28,508** | **19%** |



HIGHLY CONFIDENTIAL 

From: Lee, Renita L
Sent: Thu Feb 15 10:28:48 2001
To: Lee, Renita L; Kyei, Sam A; Milton, Herb; Jacobowski, Thomas J; Milton, Herb; Carlson, Cheri L; Stropes, David W; Holmes, Ken L
Subject: Fuel Surcharge Modifications?
Importance: Normal

Rescheduled the Feb. 15 meeting to March 1.
Continue discussions on changing Fuel Surcharge applications.

---

A few key points from meeting 1/30/01:
**New action items are in bold.**
Fuel Surcharge
- Carload and Intermodal will probably use different indices (thus 2 formulas). Customers accept existing indexes and change would be difficult to implement.
- **Tom J. will check at the industry meeting in February to see if the AAR would establish a fuel surcharge formula similar to RCAF.** This would provide a consistent formula for all rail carriers and would probably be more accepting by customer as well.
- Results and recommendations must be completed March 31. Thus, the presentation to Chuck will probably be at his staff meeting on April 2.

Application

Redacted

- Intermodal will continue the weekly application, as the data can be obtained easily, the changes can be implemented easily, and the Intermodal customers accept the charges on a weekly basis.

Formula
- FSR = ((index/bv) - 1) * FI
- Continue to review the formula. Need to define the rules for FI, Benchmark Value, and the threshold above Benchmark. Standard methods are recommend.
- Is the appropriate index WTI, HDF, or Heating Oil? Customers are familiar and accept WTI for Carload and HDF for Intermodal. However, Heating Oil (HO) may be a better indicator.
- Need to indicate pros and cons of each index:
a) WTI = Is readily available since it's published in the Wall Street Journal. However, would Heating Oil or #2 diesel be a better indicator?

Highly Confidential 

b) #2 Gulf = Is the closest to our numbers, however it is not easily found or published widely. However, if the information is published on web sites or other common places, this might be an alternative. Other web sites to check that might beneficial such as piatts.com, opisnet.com, oilspot.com.
c) Highway diesel fuel = Is obtained from the DOT web site. It's a common and acceptable index for the industry, and enables Intermodal to apply a higher surcharge than WTI.
- How do we set up the threshold? Can we go below the 2% threshold for Carload or below $1.10 for Intermodal? Carload has been 2% forever, so there may be resistance to change. If the 2% remains, then the threshold dollar amount should drop to at least $26. Carload's concern is if we dropped the percent to 1%, customers would just short pay their freight bills.
- Consider fuel stated on the annual report as a percentage of variable or fixed cost. Intermodal uses total variable operating expense compared to Carload looks at a total of operating expense. If both are mentioned in the annual report, then we could continue to use these amounts. **Ken will document fuel expense and total expenses stated in annual reports from the last 5 years. These amounts will be calculated for per gallon x .42 and compared to the WTI average.**
**- Sam and Jake will talk with Nick Murray on what's the right measure to use and discuss the expenses driving cost.**
**- Cheri will help determine what's the appropriate Benchmark value.** What would we consider the fixed cost of fuel? Suspect it will still fall between the $21-23 range, using a 3-5 year average. If we used a 5-year value using 2000, it would be $18.55. Should the benchmark be a 5-year average, 5-year average plus escalation, or fixed amount such as $22? Should we adjust WTI for crude vs. refiner? BNSF fuel usage mimics agricultural use with heavy usage in the spring and fall compared to NYHarbor tends to have heavy usage during winter (the end of the year and the beginning of the year). Fuel price used in the Plan was $26. For the benchmark, should we use the Plan amount or a 5-year average?
- Herb reviewed the regressions, which showed strong correlation between most of the indexes (see Herb's handout for details). **Herb will do additional regressions for the next meeting.**
Marketing/Pricing
- Only 19% of Carload takes fuel surcharge. Forest, Coal, and Ag don't apply a fuel surcharge. Chuck will have to address this.
- Some fuel surcharge applications still use formulas with PPI. Can these be changed? It's easy to make administrative mistakes using PPI.
- Concerns with some Carload Marketing pricing practices: 1) Applying a fuel surcharge on a price authority instead of applying a price increase, when both should be applied or 2) Reducing rates if the fuel surcharge gets too high to offset the total amount charged to

the customer.

From: Carlson, Cheri L
Sent: Tue Mar 06 10:18:12 2001
To: Jacobowski, Thomas J; Milton, Herb; Kyei, Sam A; Lee, Renita L; Holmes, Ken L; Baum, William F
Subject: RE: Fuel Surcharge Modifications
Importance: Normal

I am available to meet today. Cheri

-----Original Message-----
**From:** Jacobowski, Thomas J
**Sent:** Tuesday, March 06, 2001 10:04 AM
**To:** Milton, Herb; Kyei, Sam A; Carlson, Cheri L; Lee, Renita L; Holmes, Ken L; Baum, William F
**Subject:** RE: Fuel Surcharge Modifications

We need to meet today or W, 3/7. I will be gone next wk & this last mtg got delayed for over 2 wks. We have a deadline, we are going to make it, & I vote we meet TODAY. In addition, based on what we decided last time, I have some major concerns due to the level of the FSR that would result from this. So, who can still meet TODAY?

Jake
*Tom Jacobowski*
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com

-----Original Appointment-----
**From:** Milton, Herb
**Sent:** Monday, March 05, 2001 4:41 PM
**To:** Kyei, Sam A; Jacobowski, Thomas J; Carlson, Cheri L; Lee, Renita L; Holmes, Ken L; Baum, William F; Milton, Herb

**Subject:** Updated: Fuel Surcharge Modifications
**When:** Tuesday, March 13, 2001 11:00 AM-12:30 PM (GMT-06:00) Central Time (US & Canada).
**Where:** Mktg Bldg, 3rd Fl., Conference Rm. 3A

Due to conflict in schedules, I would like to reschedule the Mar. 6 meeting to March 13.

Minutes from meeting 3/1/00:

In Attendance: Cheri Carlson, Sam Kyei, Bill Baum, Tom Jacobowski, Herb Milton

**New action items are in bold.**

- Tom J. provided feedback from rail carriers regarding the concept of

establishing an industry wide fuel surcharge formula. Rail carriers unanimously choose not to act on an industry standard fuel surcharge.

- Sam K. provided Nick Murray's views on the right measurement to use for calculating fuel surcharge for Carload and Intermodal. Nick preference is to use total variable cost in the calculation of fuel surcharge. However, total variable cost for each business units is not defined in the annual report. In an attempt to keep the fuel application simple, we will observe total fuel expense as a company for the calculation of fuel surcharge.
- Cheri C. concurs with the existing $23.50 BV for Carload. OPEC is currently observing $25 for crude. Cheri suggested that the diversion between WTI and BNSF fuel be observed annually to determine the benchmark value for Carload. The team suggested a 5-Year rolling average for the purpose of recalculation. For example, the benchmark value for Year 2001 will be calculated by observing WTI factors from 1996 through 2000. **Cheri will do the math for review at the next meeting.**
- **Bill B. will calculate the FIF for the company as a whole using fuel expense w/o the hedge.** This factor will apply for Carload and Intermodal in the calculation of fuel surcharge. As information, the annual fuel expense is available by March of each year. Therefore, the team proposed that the FIF be observed annually, commencing with March 1.
- Fuel expense w/o hedge is a line item in the annual report. Tom J. recommended that the fuel with hedge be observed for the calculation of the FIF. Tom's reasoning is for integrity purpose. Sam K. raised the point that hedging is not a cost of doing business for the customer. **The team needs to decide on observing fuel expense with or w/o the hedge. Sam and Tom will discuss this with Sr. management.**
- Cheri's view on the hedge is two-fold:

1. Philosophical - Hedging should be observed in the calculation of fuel surcharge
2. Practical - Hedging shouldn't be observed. Fuel expense in the annual report should be observed in the calculation of fuel surcharge.

- The point was raised by the team to discontinue the hedge and let the fuel surcharge recover the fuel expense. Sam's view is that the fuel surcharge would never capture the total fuel recovery expense.
- Sam reviewed arithmetic formula options for the fuel surcharge and examples of tables for Carload and Intermodal (see Sam's handout for details). **Herb and Bill will prepare fuel surcharge tables based on the FIF provided by Bill.**
- The team agreed to observe a 1% minimum threshold for the fuel surcharge rate (FSR). Carload would have to transition from a spread

of 1% to .5%. **The team needs to get concurrence before implementing.**

- **Bill B. will provide fuel expense as a ratio of gross revenue by business unit.**
- **Cheri C. will provide fuel details as follows:**

1. 2000 plan vs 2000 actual
2. 2000 actual vs 2001 plan

# Review of BNSF Fuel Surcharges

April 9, 2001

# Fuel Surcharge Review Team

- Bill Baum, MDSP
- Cheri Carlson, Fuel Mgmt
- Ken Holmes, Industrial Products
- Tom Jacobowski, Industrial Products
- Sam Kyei, Consumer Products
- Renita Lee, Consumer Products
- Herb Milton, Consumer Products



Highly Confidential

# Review of BNSF Fuel Surcharges

- Objectives
- Current Fuel Prices
- BNSF Fuel Expense
- BNSF Business Assessing Fuel Surcharges
- Current BNSF Fuel Surcharge Comparison
- Analysis Potential Changes
- Recommendations

# Review of BNSF Fuel Surcharges Objectives

- Mechanism to recover spikes in fuel costs
- Get Carload & Intermodal Fuel Surcharges in sync
- Keep Fuel Surcharges simple & defendable
- Utilize publicly available information
- Create policies & processes to maintain Fuel Surcharges over time


WTI vs. HDF - (Jan 96 - Feb 00)
WTI
HDF
$1.8 $1.7 $1.6 $1.5 $1.4 $1.3 $1.2 $1.1 $1.0 $0.9 $0.8 $0.7 $0.6 $0.5 $0.4 $0.3 $0.2 $0.1 $0.0
$35 $33 $30 $28 $25 $23 $20 $18 $15 $13 $10 $8 $5 $3 $0
WTI
J96 M96 M96 J96 S96 N96 J97 M97 M97 J97 S97 N97 J98 M98 M98 J98 S98 N98 J99 M99 M99 J99 S99 N99 J00 M00 M00 J00 S00 N00 J01
Month

5

# BNSF Fuel Expense



# BNSF Fuel Surcharges Billed Amounts

| | 2000 (000's) | Jan. & Feb. 2001 (000's) | % Business Taking FSC as of 3/1/01 |
|---|---|---|---|
| **Coal** | - | - | 0% |
| **Ag** | $22 | $10 | 0% |
| **Industrial** | | | |
| Chemicals | $1,785 | $955 | 22% |
| Forest | $748 | $917 | 45% |
| Metals | $1,448 | $535 | 26% |
| Min/Mach | $1,849 | $801 | 31% |
| **Industrial Total** | **$5,830** | **$3,208** | **30%** |
| **Consumer** | | | |
| Perishable | $640 | $179 | 77% |
| Dry Boxcar | $1,371 | $616 | 59% |
| Automotive | $637 | $915 | 21% |
| Carload Total | **$2,648** | **$1,710** | **38%** |
| Direct | $4,376 | $624 | 24% |
| IMC | $12,041 | $2,401 | 100% |
| INTL | $0 | $0 | 0% |
| Truckload | $11,223 | $897 | 100% |
| IBU Total | $27,640 | $3,922 | 42% |
| **Consumer Total** | **$30,288** | **$5,632** | **41%** |
| **Totals** | **$36,118** | **$8,850** | **23%** |

# BNSF Current Fuel Surcharges Percentages



# BNSF Fuel Surcharges

- Current Fuel Surcharge Tables

**Carload**

| WTI Price At Least | But Less Than | Surcharge |
|---|---|---|
| $23.50 | $28.00 | 0% |
| $28.00 | $30.50 | 2.0% |
| $30.50 | $33.00 | 3.0% |
| $33.00 | $35.50 | 4.0% |
| $35.50 | $38.00 | 5.0% |
| $38.00 | $40.50 | 6.0% |
| Each additional $2.50 | | +1.0% |

**Intermodal**

| HDF Price At Least | But Less Than | Surcharge |
|---|---|---|
| $1.00 | $1.15 | 0% |
| $1.15 | $1.20 | 1.0% |
| $1.20 | $1.25 | 1.5% |
| $1.25 | $1.30 | 2.0% |
| $1.30 | $1.35 | 2.5% |
| $1.35 | $1.40 | 3.0% |
| $1.40 | $1.45 | 3.5% |
| $1.45 | $1.50 | 4.0% |
| $1.50 | $1.55 | 4.5% |
| $1.55 | $1.60 | 5.0% |
| $1.60 | $1.65 | 5.5% |
| $1.65 | $1.70 | 6.0% |
| Each additional $.05 | | +0.5% |

Note: Table derived from the fuel surcharge formulas

# Current BNSF Fuel Surcharges' Formulas

**FSR = (Current Fuel Index Price/Benchmark Value - 1) * Fuel Intensity**

| Item | Carload | Intermodal |
| --- | --- | --- |
| Fuel price Index | WTI<br>West Texas Intermediate | HDF<br>Highway Diesel Fuel |
| Benchmark Value | $23.50/bbl<br>value so $28 WTI = 2% | $1.14/gal<br>1999 5 year avg |
| Fuel Intensity | 10.2%<br>Fuel Exp./Total Op. Exp. for 1999 per Annual Report | 13.9%<br>I/M Fuel Exp./Total Variable Cost for 1999 per MDSP |
| FSR Threshold % | 2.0% | 1.0% .5% |
| FSR Threshold $ | $28/bbl | ~~$1.15/gal~~ |

* **FSR** = Fuel Surcharge Rate

# Sample Fuel Surcharge Calculation

FSR = (Current Fuel Index Price/Benchmark Value - 1 ) * Fuel Intensity

= ($27.75 March avg WTI/$23.50-1) * 10.2%

= (18%) * 10.2%

= 1.8%

Since the minimum threshold is 2%, no carload Fuel Surcharge will be assessed in April.

R - Square = 93%

**WTI vs. BNSF Price - 5 Year Trend (96 - 00)**




12


HDF vs. BNSF Price - 5 Year Trend (96 - 00)
R - Square = 99%
HDF
BNSFuel
BNSF
$1.00
$0.95
$0.90
$0.85
$0.80
$0.75
$0.70
$0.65
$0.60
$0.55
$0.50
$0.45
$0.40
$0.35
$0.30
$0.25
$0.20
$0.15
$0.10
$0.05
$0.00
HDF
$1.8
$1.7
$1.6
$1.5
$1.4
$1.3
$1.2
$1.1
$1.0
$0.9
$0.8
$0.7
$0.6
$0.5
$0.4
$0.3
$0.2
$0.1
$0.0
Month
J96
M96
M96
J96
S96
N96
J97
M97
M97
J97
S97
N97
J98
M98
M98
J98
S98
N98
J99
M99
M99
J99
S99
N99
J00
M00
M00
J00
S00
N00

13

R - Square = 94%

WTI vs. HDF - (Jan 96 - Feb 00)



# Fuel Prices 5 Year Averages

| Year | WTI | HDF |
|---|---|---|
| 2000 | $21.32 | $1.22 |
| 1999 | $18.95 | $1.14 |
| 1998 | $18.53 | N/A |

# BNSF Fuel Intensity Factors

| Year | Carload FI (Fuel Exp./Total Op. Exp. per Annual Rpt) | Intermodal FI (I/M Fuel Exp./Total Variable Cost for 1999 per MDSP) |
|---|---|---|
| 2000 | 13.1% | 17% |
| 1999 | 10.2% | 13.9% |
| 1998 | 10.7% | N/A |



Highly Confidential

# Fuel Surcharge Options

| | | Carload | | | | Intermodal | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Option | | A | B | C | D | | E | F | G | H | I | J |
| Month | WTI | Current FSR | Formula with 5 yr avg BV | Formula with 13.1% FI | Formula with 5 yr avg BV & 13.1% FI | HDF | Current FSR | Formula with 2000 5 yr avg BV | Formula with 13.1% FI | Formula with 2000 5 yr avg BV & 13.1% FI | Formula with 2000 5 yr avg BV & 17% FI | Formula with 1.16 BV & 13.1% FI |
| 2/01 | $30.30 | 2.0% | 4.3% | 3.8% | 5.5% | $1.51 | 4.5% | 3.3% | 4.3% | 3.1% | 4.0% | 4.0% |
| 1/01 | $28.24 | 2.0% | 3.3% | 2.6% | 4.3% | $1.52 | 4.5% | 3.4% | 4.4% | 3.2% | 4.2% | 4.1% |
| 12/00 | $31.03 | 3.0% | 4.7% | 4.2% | 6.0% | $1.58 | 5.0% | 4.1% | 5.1% | 3.9% | 5.0% | 4.7% |
| 11/00 | $33.95 | 4.0% | 6.1% | 5.8% | 7.8% | $1.62 | 5.5% | 4.6% | 5.5% | 4.3% | 5.6% | 5.2% |
| 10/00 | $32.51 | 3.0% | 5.4% | 5.0% | 6.9% | $1.64 | 6.0% | 4.8% | 5.7% | 4.5% | 5.9% | 5.4% |
| 9/00 | $34.01 | 4.0% | 5.1% | 5.9% | 7.8% | $1.61 | 5.5% | 4.4% | 5.4% | 4.2% | 5.4% | 5.1% |
| 8/00 | $31.22 | 3.0% | 4.8% | 4.3% | 6.1% | $1.43 | 3.0% | 2.4% | 3.3% | 2.3% | 2.9% | 3.0% |
| 7/00 | $29.72 | 2.0% | 4.0% | 3.5% | 5.2% | $1.44 | 3.0% | 2.5% | 3.4% | 2.4% | 3.1% | 3.2% |
| 6/00 | $31.86 | 3.0% | 5.1% | 4.7% | 6.5% | $1.42 | 3.0% | 2.3% | 3.2% | 2.1% | 2.8% | 2.9% |
| 5/00 | $28.78 | 2.0% | 3.6% | 2.9% | 4.6% | $1.42 | 3.0% | 2.3% | 3.2% | 2.1% | 2.8% | 2.9% |
| 4/00 | $25.74 | 0.0% | 2.1% | 1.2% | 2.7% | $1.43 | 3.0% | 2.4% | 3.3% | 2.3% | 2.9% | 3.0% |
| 3/00 | $29.89 | 2.0% | 4.1% | 3.6% | 5.3% | $1.48 | 3.5% | 3.0% | 3.9% | 2.8% | 3.6% | 3.6% |
| 2/00 | $29.35 | 2.0% | 3.9% | 3.3% | 4.9% | $1.46 | 3.5% | 2.7% | 3.7% | 2.6% | 3.3% | 3.4% |
| **Averages** | | **2.5%** | **4.4%** | **3.9%** | **5.6%** | | **4.1%** | **3.2%** | **4.2%** | **3.1%** | **4.0%** | **3.9%** |
| **Change from current FSR** | | | **79%** | **59%** | **129%** | | | **-20%** | **3%** | **-25%** | **-3%** | **-5%** |

Current Carload FSR Formula: = (WTI/BV-1)*FI
WTI = average West Texas Intermediate price per Wall Street Journal
BV = Benchmark Value of $23.50/bbl (the value to make $28 WTI = 2% FSR)
FI = 10.2% Fuel Intensity (BNSF Fuel Expense/BNSF Total Operating Expenses, for 1999, as reported in 1999 Annual Report)

Current Intermodal FSR Formula = (HDF/BV-1)*FI
HDF = average Highway Diesel Fuel price per Energy Info. Admin. Website, US I
BV = 1999 5 year avg. HDF price of $1.14/gallon
FI = 13.9% Fuel Intensity (Intermodal's Fuel Expense/Total Variable Cost, for 1999, per MDSP)

# Potential Impact of FSR Changes

| | % Business Taking FSC as of 3/1/01 | Current Tables (000's) | Recommended Tables (000's) | Change % | Change $ |
|---|---|---|---|---|---|
| **Coal** | 0% | - | - | 0% | - |
| **Ag** | 0% | $0 | $0 | 0% | - |
| **Industrial** | | | | | |
| Chemicals | 22% | $3,900 | $5,400 | 38% | 1,500 |
| Forest | 45% | $5,600 | $7,800 | 39% | 2,200 |
| Metals | 26% | $2,400 | $3,300 | 38% | 900 |
| Min/Mach | 31% | $3,400 | $4,600 | 35% | 1,200 |
| **Industrial Total** | **30%** | **$15,300** | **$21,100** | 38% | 5,800 |
| **Consumer** | | | | | |
| Perishable | 77% | $1,000 | $1,300 | 30% | 300 |
| Dry Boxcar | 59% | $2,200 | $3,000 | 36% | 800 |
| Automotive 1 | 21% | $2,500 | $2,500 | 0% | - |
| Carload Total | 38% | **$5,700** | **$6,800** | 19% | 1,100 |
| Direct 1 | 24% | $5,300 | $5,300 | 0% | - |
| IMC | 100% | $19,000 | $17,000 | -11% | (2,000) |
| INTL | 0% | $0 | $0 | | - |
| Truckload 1 | 100% | $15,000 | $15,000 | 0% | - |
| IBU Total | 42% | $39,300 | $37,300 | -5% | (2,000) |
| **Consumer Total** | **41%** | **$45,000** | **$44,100** | -2% | (900) |
| **Totals** | **23%** | **$60,300** | **$65,200** | 8% | 4,900 |

1 - these BU's use negotiated FSR's so no changes assumed from retail FSR changes

Note: Assumes fuel prices for the balance of the year are the same as 2000

# Recommended BNSF Fuel Surcharge Formulas

FSR = (Current Index Price/Benchmark Value - 1 ) * Fuel Intensity

| | Carload (C) | Intermodal (J) |
|---|---|---|
| Fuel Price: | WTI | HDF |
| BV: | $23.50/bbl | $1.16/gal |
| FI: | 13.1% | 13.1% |

# BNSF Fuel Surcharges

- Proposed Fuel Surcharge Tables

| Carload | | | Intermodal | | |
|---|---|---|---|---|---|
| WTI Price | | Surcharge | HDF Price | | Surcharge |
| At Least | But Less Than | | At Least | But Less Than | |
| $23.50 | $25.30 | 0% | $1.16 | $1.25 | 0% |
| $25.30 | $26.20 | 1.0% | $1.25 | $1.29 | 1.0% |
| $26.20 | $27.10 | 1.5% | $1.29 | $1.34 | 1.5% |
| $27.10 | $28.00 | 2.0% | $1.34 | $1.38 | 2.0% |
| $28.00 | $28.90 | 2.5% | $1.38 | $1.43 | 2.5% |
| $28.90 | $29.80 | 3.0% | $1.43 | $1.47 | 3.0% |
| $29.80 | $30.70 | 3.5% | $1.47 | $1.51 | 3.5% |
| $30.70 | $31.60 | 4.0% | $1.51 | $1.56 | 4.0% |
| $31.60 | $32.50 | 4.5% | $1.56 | $1.60 | 4.5% |
| $32.50 | $33.40 | 5.0% | $1.60 | $1.65 | 5.0% |
| $33.40 | $34.30 | 5.5% | $1.65 | $1.69 | 5.5% |
| $34.30 | $35.20 | 6.0% | $1.69 | $1.75 | 6.0% |
| Each additional $0.90 | | +0.5% | Each additional $0.05 | | +0.5% |

Note: Table derived from the Fuel Surcharge formulas

# Fuel Surcharge Policies

- General
  - Develop fuel surcharge rate (FSR) applications utilizing WTI and HDF in Table Form
    - Begin assessing Fuel Surcharges at 1% level
    - Increase in .5% increments
  - Review Benchmark Values annually based on 5 year rolling averages
  - Update the Fuel Intensity factor effective every May 1st, based on BNSF Annual Report numbers

# Fuel Surcharge Policies - continued

- Application
  - Publish Fuel Surcharge Rates
    - Carload - monthly
    - Intermodal - weekly
  - Move towards divisionable on joint-line shipments
    - Currently, Intermodal billing railroad retains
  - Update PAS system



Highly Confidential

# Fuel Surcharge Policies - continued

- Communication
  - Timing of notification to customers of Monthly Fuel Surcharge Rates
    - Carload-30 days in advance to insure compliance with STB requirements on regulated shipments
    - Intermodal-immediately each week
  - Notification monthly
    - Pricing Update to all customers, copy internally
    - Email to customers who requested
    - web update (Carload only)

# Appendix

## Additional Fuel Surcharge Detail

# Regression Analysis

**WTI vs. BNSF Fuel**

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.961946505 |
| R Square | 0.925341079 |
| Adjusted R Square | 0.924053856 |
| Standard Error | 1.633013366 |
| Observations | 60 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 1917.024246 | 1917.024246 | 718.8663035 | 2.25939E-34 |
| Residual | 58 | 154.670494 | 2.666732655 | | |
| Total | 59 | 2071.69474 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | -1.447790985 | 0.876437066 | -1.651905244 | 0.103958279 | -3.202169069 | 0.306587099 | -3.202169069 | 0.306587099 |
| X Variable 1 | 37.08344513 | 1.383107737 | 26.81168222 | 2.25939E-34 | 34.31485627 | 39.852034 | 34.31485627 | 39.852034 |

# Regression Analysis

**HDF vs. BNSF Fuel**

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.992782197 |
| R Square | 0.98561649 |
| Adjusted R Square | 0.985368498 |
| Standard Error | 0.020721656 |
| Observations | 60 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 1.706553885 | 1.706553885 | 3974.395408 | 3.97627E-55 |
| Residual | 58 | 0.024904448 | 0.000429387 | | |
| Total | 59 | 1.731458333 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | 0.538634801 | 0.011121298 | 48.43272964 | 1.30981E-48 | 0.516373122 | 0.560896481 | 0.516373122 | 0.560896481 |
| X Variable 1 | 1.10643594 | 0.01755055 | 63.04280616 | 3.97627E-55 | 1.071304723 | 1.141567157 | 1.071304723 | 1.141567157 |

# Regression Analysis

**WTI v. HDF**

**SUMMARY OUTPUT**

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.971753375 |
| R Square | 0.944304622 |
| Adjusted R Square | 0.943376366 |
| Standard Error | 1.42890658 |
| Observations | 62 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 2077.073593 | 2077.073593 | 1017.28868 | 2.4984E-39 |
| Residual | 60 | 122.5064409 | 2.041774015 | | |
| Total | 61 | 2199.580034 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | -18.99314619 | 1.286291813 | -14.76581441 | 1.21271E-21 | -21.56611207 | -16.42018031 | -21.56611207 | -16.42018031 |
| X Variable 1 | 33.05572412 | 1.036393235 | 31.89496324 | 2.4984E-39 | 30.98262967 | 35.12881858 | 30.98262967 | 35.12881858 |



Highly Confidential

# Average WTI Prices '91 - 01'

| | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|
| JAN | | $18.82 | $19.08 | $15.00 | $17.97 | $18.08 | $25.17 | $16.71 | $12.47 | $27.27 |
| FEB | | $19.00 | $20.05 | $14.78 | $18.54 | $19.07 | $22.21 | $16.06 | $12.01 | $29.35 |
| MAR | | $18.92 | $20.35 | $14.65 | $18.53 | $21.36 | $20.99 | $15.02 | $14.66 | $29.89 |
| APRIL | | $20.25 | $20.27 | $16.24 | $19.82 | $23.57 | $19.72 | $15.33 | $17.39 | $25.74 |
| MAY | | $20.95 | $19.94 | $17.88 | $19.74 | $21.25 | $20.83 | $14.86 | $17.70 | $28.78 |
| JUNE | | $22.38 | $19.07 | $19.02 | $18.42 | $20.45 | $19.17 | $13.66 | $17.89 | $31.86 |
| JULY | $21.39 | $21.76 | $17.87 | $19.64 | $17.30 | $21.32 | $19.63 | $14.08 | $20.07 | $29.72 |
| AUG | $21.69 | $21.32 | $18.01 | $18.35 | $18.03 | $21.96 | $19.93 | $13.36 | $21.26 | $31.22 |
| SEPT | $21.86 | $21.81 | $17.55 | $17.46 | $18.22 | $23.99 | $19.79 | $14.95 | $23.88 | $33.88 |
| OCT | $23.22 | $21.69 | $18.15 | $17.77 | $17.44 | $24.90 | $21.26 | $14.34 | $22.64 | $33.08 |
| NOV | $22.47 | $20.34 | $16.70 | $18.11 | $17.99 | $23.71 | $20.17 | $12.94 | $24.86 | $34.40 |
| DEC | $19.53 | $19.40 | $14.50 | $17.16 | $19.04 | $25.39 | $18.32 | $11.28 | $26.08 | $28.46 |
| Yearly Avg. | $21.69 | $20.55 | $18.46 | $17.17 | $18.42 | $22.09 | $20.60 | $14.38 | $19.24 | $30.30 |
| Cumulative Avg for 2000 | | $20.14 | $20.08 | $20.32 | $20.84 | **$21.32** | $21.13 | $21.31 | $24.77 | $30.30 |
| Cumulative Avg for 1999 | | $18.86 | $18.62 | $18.65 | **$18.95** | $19.08 | $18.07 | $16.81 | $19.24 | |
| Cumulative Avg for 1998 | | $18.81 | $18.52 | **$18.53** | $18.87 | $19.02 | $17.49 | $14.38 | | |
| Cumulative Avg for 1997 | | $19.55 | **$19.35** | $19.57 | $20.37 | $21.34 | $20.60 | | | |
| Cumulative Avg for 1996 | | **$19.34** | $19.04 | $19.23 | $20.25 | $22.09 | | | | |
| 5 Yr Avg Change | | | 0.0% | -4.2% | 2.2% | 12.5% | | | | |

| 2001 avg Price | Potential 2001 5 yr avg |
|---|---|
| 26 | 22.104 |
| 27 | 22.304 |
| 28 | 22.504 |
| 29 | 22.704 |
| 30 | 22.904 |

# Current WTI Prices

| | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $31.78 | | $25.88 | $30.13 | | $27.78 | $33.38 | | $33.28 | $32.05 | | $29.83 | $27.63 |
| 2 | $31.68 | | $26.88 | $30.35 | | $28.28 | | $32.18 | $32.53 | | $27.23 | $31.18 | $27.83 |
| 3 | $31.53 | $26.43 | $26.75 | | | $28.68 | | $32.08 | $32.73 | | $28.03 | | |
| 4 | | $25.45 | $26.98 | | | $29.98 | | $31.43 | | $31.23 | $28.13 | | |
| 5 | | $25.85 | $27.28 | $29.70 | $30.68 | | $33.83 | $30.53 | | $29.53 | $27.93 | $30.53 | $28.63 |
| 6 | $32.18 | $25.68 | | $29.75 | $29.98 | | $34.90 | $30.88 | $32.88 | $29.88 | | $30.35 | $28.33 |
| 7 | $34.13 | $25.03 | | $29.95 | $30.28 | $28.93 | $35.38 | | $33.43 | $29.33 | | $31.28 | $29.03 |
| 8 | $31.28 | | $28.09 | $29.78 | | $29.13 | $33.63 | | $33.23 | $28.43 | $27.33 | $31.58 | $28.38 |
| 9 | $31.68 | | $28.65 | $30.20 | | $30.35 | | $31.88 | $33.93 | | $27.63 | $31.03 | $28.03 |
| 10 | $31.78 | $23.85 | $28.10 | | $29.68 | $31.33 | | $33.18 | $34.03 | | $29.48 | | |
| 11 | | $24.13 | $29.13 | | $29.70 | $31.03 | $35.13 | $33.25 | | $29.53 | $29.43 | | |
| 12 | | $25.43 | $29.62 | $31.73 | $30.33 | | $34.28 | $36.08 | | $29.68 | $30.08 | $30.53 | $28.03 |
| 13 | $32.03 | $25.38 | | $32.58 | $31.48 | | $33.83 | $34.98 | $34.48 | $28.73 | | $30.38 | $27.58 |
| 14 | $31.68 | $25.58 | | $32.85 | $31.40 | $31.93 | $34.08 | | $34.88 | $27.98 | | $29.73 | $26.43 |
| 15 | $30.73 | | $29.93 | $32.95 | | $31.68 | $35.93 | | $35.58 | $28.88 | | $28.83 | $26.58 |
| 16 | $31.08 | | $29.73 | $32.33 | | $31.80 | | $32.93 | $35.13 | | $30.28 | $29.13 | $26.73 |
| 17 | $30.93 | $25.88 | $29.33 | | $30.83 | $31.93 | | $32.98 | $35.48 | | $29.63 | | |
| 18 | | $26.13 | $30.33 | | $31.93 | $31.98 | $36.88 | $33.48 | | $29.78 | $30.48 | | |
| 19 | | $27.35 | $29.88 | $31.68 | $31.43 | | $36.53 | $32.93 | | $29.33 | $32.18 | | $26.15 |
| 20 | $29.43 | $27.00 | | $33.05 | $30.93 | | $37.20 | $33.75 | $36.18 | $26.03 | | $28.58 | $25.98 |
| 21 | $28.00 | | | $33.83 | $28.53 | $32.48 | $34.40 | | $35.98 | $26.03 | | $28.23 | $26.46 |
| 22 | $27.53 | | $28.63 | $34.55 | | $31.23 | $32.73 | | $36.13 | $26.98 | $32.18 | $28.58 | $26.38 |
| 23 | $27.23 | | $28.53 | $34.65 | | $31.98 | | $35.08 | | | $31.63 | $28.83 | $26.93 |
| 24 | $27.93 | $27.28 | $29.73 | | $28.18 | $32.63 | | $34.23 | | | $31.28 | | |
| 25 | | $26.75 | $30.33 | | $27.83 | $32.83 | $31.43 | $33.83 | | | $31.63 | | |
| 26 | | $24.65 | $30.00 | $31.63 | $27.83 | | $31.50 | $33.73 | | $26.63 | $29.78 | $28.43 | $27.48 |
| 27 | $27.78 | $25.40 | | $32.08 | $28.03 | | $31.48 | $32.73 | $35.38 | $26.48 | | $28.13 | $27.78 |
| 28 | $27.08 | $25.73 | | $31.90 | $28.18 | $32.88 | $30.33 | | $34.23 | $25.83 | | $27.38 | $26.33 |
| 29 | $26.45 | | | $32.73 | | $32.73 | $30.83 | | $34.63 | $26.83 | $29.08 | | $26.33 |
| 30 | $26.70 | | $30.35 | $32.50 | | $33.33 | | $32.83 | $33.83 | | $29.08 | | $26.28 |
| 31 | $26.90 | | $29.03 | | $27.43 | $33.13 | | $32.68 | | | $28.68 | | |
| | | | | | | | | | | | | | |
| Avg | $29.89 | $25.74 | $28.78 | $31.86 | $29.72 | $31.22 | $33.88 | $33.08 | $34.40 | $28.46 | $29.58 | $29.61 | $27.24 |



Highly Confidential

# Average HDF Prices '95 - '01

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **JAN** | | | $1.20 | $1.15 | $1.29 | $1.12 | $0.97 | $1.36 | $1.52 |
| **FEB** | | | $1.09 | $1.15 | $1.28 | $1.08 | $0.96 | $1.46 | $1.51 |
| **MAR** | | | $1.09 | $1.18 | $1.23 | $1.06 | $1.00 | $1.48 | $1.42 |
| **APRIL** | | | $1.10 | $1.28 | $1.21 | $1.07 | $1.08 | $1.43 | |
| **MAY** | | | $1.13 | $1.27 | $1.20 | $1.07 | $1.07 | $1.42 | |
| **JUNE** | | | $1.12 | $1.20 | $1.17 | $1.04 | $1.07 | $1.42 | |
| **JULY** | | | $1.10 | $1.18 | $1.15 | $1.03 | $1.12 | $1.44 | |
| **AUG** | | | $1.11 | $1.21 | $1.17 | $1.01 | $1.17 | $1.43 | |
| **SEPT** | | | $1.12 | $1.27 | $1.16 | $1.02 | $1.22 | $1.61 | |
| **OCT** | | | $1.12 | $1.33 | $1.18 | $1.04 | $1.23 | $1.64 | |
| **NOV** | | | $1.12 | $1.33 | $1.19 | $1.02 | $1.26 | $1.62 | |
| **DEC** | | | $1.13 | $1.31 | $1.17 | $0.97 | $1.29 | $1.58 | |
| Yearly Avg. | | | $1.12 | $1.24 | $1.20 | $1.04 | $1.12 | $1.49 | |
| Cumulative Avg. for 2000 | | | $1.20 | **$1.22** | $1.21 | $1.22 | $1.31 | $1.49 | |
| Cumulative Avg. for 1999 | | | **$1.14** | $1.15 | $1.12 | $1.08 | $1.12 | | |
| Cumulative Avg. for 1998 | | | $1.15 | $1.16 | $1.12 | $1.04 | | | |
| Cumulative Avg. for 1997 | | | $1.19 | $1.22 | $1.20 | | | | |

5 Yr Avg Change 6.5%

# Current HDF Prices

| Day | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | $1.66 | | | | | |
| 2 | | | $1.45 | | | $1.43 | | | | | | | | |
| 3 | | | | | | | | $1.54 | | | $1.65 | | | |
| 4 | | | | | $1.43 | | | | | | | | $1.54 | $1.45 |
| 5 | | $1.46 | | | | | | | | $1.63 | | | | |
| 6 | $1.44 | | | | | | $1.41 | | | | | | | |
| 7 | | | | $1.42 | | | | | | | | $1.52 | | |
| 8 | | | | | | | | | $1.63 | | | | | |
| 9 | | | $1.44 | | | $1.45 | | | | | | | | |
| 10 | | | | | | | | $1.61 | | | $1.62 | | | |
| 11 | | | | | $1.42 | | | | | | | | $1.52 | $1.42 |
| 12 | | $1.49 | | | | | | | | $1.61 | | | | |
| 13 | $1.47 | | | | | | $1.41 | | | | | | | |
| 14 | | | | $1.40 | | | | | | | | $1.52 | | |
| 15 | | | | | | | | | $1.61 | | | | | |
| 16 | | | $1.42 | | | $1.45 | | | | | | | | |
| 17 | | | | | | | | $1.63 | | | $1.58 | | | |
| 18 | | | | | $1.41 | | | | | | | | $1.52 | $1.41 |
| 19 | | $1.50 | | | | | | | | $1.60 | | | | |
| 20 | $1.46 | | | | | | $1.45 | | | | | | | |
| 21 | | | | $1.42 | | | | | | | | $1.51 | | |
| 22 | | | | | | | | | $1.67 | | | | | |
| 23 | | | $1.40 | | | $1.44 | | | | | | | | |
| 24 | | | | | | | | $1.65 | | | $1.55 | | | |
| 25 | | | | | $1.42 | | | | | | | | $1.48 | $1.39 |
| 26 | | $1.48 | | | | | | | | $1.63 | | | | |
| 27 | $1.46 | | | | | | $1.47 | | | | | | | |
| 28 | | | | $1.43 | | | | | | | | $1.53 | | |
| 29 | | | | | | | | | $1.65 | | | | | |
| 30 | | | $1.43 | | | $1.42 | | | | | | | | |
| 31 | | | | | | | | | | | $1.52 | | | |
| | | | | | | | | | | | | | | |
| Avg. Price | $1.46 | $1.48 | $1.43 | $1.42 | $1.42 | $1.44 | $1.43 | $1.61 | $1.64 | $1.62 | $1.58 | $1.52 | $1.51 | $1.42 |
| Surcharge | 3.85% | 4.16% | 3.51% | 3.37% | 3.43% | 3.64% | 3.58% | 5.69% | 6.13% | 5.82% | 5.37% | 4.63% | 4.56% | 3.38% |

# BNSF Fuel Expense

**2001 Diesel Fuel Expense Forecast**

Reflects Reforecast for FULL YEAR

| | 1998 | 1999 | 2000 | Soft Plan 2001 |
|---|---|---|---|---|
| WTI/bbl for Year | $14.75 | $18.87 | $30.22 | $27.00 |
| Heating Oil Crack/bbl | 2.00 | 1.81 | 5.13 | 3.55 |
| Purchase Differential / Inventory | 3.19 | 0.64 | 0.22 | 2.12 |
| Issue/bbl | 19.94 | 21.32 | 35.57 | 32.67 |
| Issue Price | 0.4748 | 0.5076 | 0.8469 | 0.7779 |
| Taxes, Handling, Jt Fac & Misc | 0.0780 | 0.0716 | 0.0772 | 0.0810 |
| Issue Price w/ Taxes & Handling | 0.5528 | 0.5792 | 0.9241 | 0.8589 |
| Issue Price w/ Taxes & Handling after Hedge | 0.6245 | 0.5894 | 0.7948 | 0.8087 |
| Gallons (millions) | 1,155 | 1,187 | 1,173 | 1,152 |
| Fuel Expense without Hedge (millions) | $638 | $688 | $1,084 | $990 |
| Expected Hedge (Benefit) Cost (millions) | 82 | 12 | (152) | ($58) |
| Fuel Inventory Credit (millions) | N.A. | N.A. | N.A. | |
| **Fuel Expense with Hedge (millions)** | **$724** | **$700** | **$932** | **$932** |
| Variance to Plan (positive is unfavorable) | | | | |
| % of Total Operating Expense with Hedge | 10.7% | 10.2% | 13.1% | 12.7% |
| % of Total Operating Expense W/O Hedge | 9.4% | 10.0% | 15.3% | 13.5% |
| Operating Expense (millions) | 6,783 | 6,895 | 7,097 | 7,353 |
| GTMs | 851,344 | 871,952 | 876,411 | 888,403 |
| GTM/GAL | 737.4 | 734.4 | 747.2 | 771.0 |

# Fuel Intensity Policy

For purposes of calculating the Fuel Intensity Factor for the Fuel Surcharge Formula, fuel expense from the Annual Report as a ratio to operating expense will be used.

BNSF's fuel expense as reported in our Annual Report and in the R1 include the effect of our hedging program. The hedge dollars are not explicitly stated in these public documents. Therefore, using the public data will be the easiest and most directly auditable method for our customer community.

BNSF's fuel surcharge team will annually evaluate the differentials among the following:

- BNSF's fuel expense with hedging (the publicly reported figures)
- BNSF's fuel expense without hedging
- WTI (Crude Oil)
- HDF (Highway Diesel Fuel).

The purpose of analyzing these differentials will be to determine if BNSF's fuel expense relative to WTI and HDF is increasing or decreasing and whether the BNSF fuel expense still has a high correlation (over 90%) to the Benchmarks.



Highly Confidential

# BNSF Fuel Exp. To Revenue

| Marketing Group | 1999 Gross Revenue | 1999 Fuel Expense | 1999 Percent of Gross Rev. | 2000 Gross Revenue | 2000 Fuel Expense | 2000 Percent of Gross Rev. |
|---|---|---|---|---|---|---|
| Coal | 2,248,148,572 | 157,657,323 | 7.01% | 2,187,859,360 | 223,773,072 | 10.23% |
| Barley | 64,769,879 | 3,551,095 | 5.48% | 58,168,613 | 4,270,282 | 7.34% |
| Corn | 379,951,416 | 22,780,539 | 6.00% | 337,325,105 | 29,946,577 | 8.88% |
| Wheat | 434,151,258 | 22,983,156 | 5.29% | 409,756,463 | 24,791,148 | 6.05% |
| Soybeans | 113,919,857 | 12,798,519 | 11.23% | 116,757,893 | 9,094,970 | 7.79% |
| Oils | 31,690,558 | 2,496,904 | 7.88% | 30,139,264 | 3,064,982 | 10.17% |
| Feeds | 64,194,800 | 10,639,902 | 16.57% | 67,138,737 | 10,467,581 | 15.59% |
| Flour/Mill | 45,012,999 | 3,055,039 | 6.79% | 46,964,249 | 4,044,964 | 8.61% |
| Spec Grain | 25,290,980 | 1,446,351 | 5.72% | 24,316,442 | 2,094,430 | 8.61% |
| Bulk Food | 222,506,580 | 4,481,635 | 2.01% | 206,742,115 | 15,918,375 | 7.70% |
| Oil Seed | 68,947,814 | 7,684,770 | 11.15% | 75,259,283 | 6,029,923 | 8.01% |
| Malt | 19,034,379 | 840,673 | 4.42% | 19,173,380 | 1,139,115 | 5.94% |
| Milo | 38,590,534 | 1,835,483 | 4.76% | 36,106,691 | 2,678,598 | 7.42% |
| Total Ag | 1,508,061,054 | 94,591,066 | 6.27% | 1,427,848,235 | 113,540,945 | 7.95% |
| Fertilizers | 225,841,328 | 12,062,298 | 5.34% | 218,884,611 | 14,309,962 | 6.54% |
| Ind Chem | 187,740,951 | 11,725,688 | 6.25% | 175,405,343 | 13,458,492 | 7.67% |
| Petro Prod | 321,972,089 | 18,997,799 | 5.90% | 334,740,808 | 26,570,351 | 7.94% |
| Plastics | 190,556,232 | 11,158,166 | 5.86% | 185,827,032 | 13,387,643 | 7.20% |
| Total Chemicals | 926,110,600 | 53,943,951 | 5.82% | 914,857,794 | 67,726,448 | 7.40% |
| Pulpmill | 65,560,396 | 3,813,473 | 5.82% | 60,455,330 | 4,179,964 | 6.91% |
| Struct Panels | 84,231,459 | 6,828,662 | 8.11% | 80,125,714 | 7,462,302 | 9.31% |
| Lumber | 223,542,984 | 15,761,883 | 7.05% | 215,204,661 | 19,706,519 | 9.16% |
| Particlbrd | 33,229,451 | 2,293,754 | 6.90% | 35,119,951 | 3,065,364 | 8.73% |
| Build Prod | 63,905,221 | 4,578,448 | 7.16% | 66,288,843 | 6,269,716 | 9.46% |
| Woodpulp | 36,108,187 | 3,074,668 | 8.52% | 34,269,680 | 2,973,544 | 8.68% |
| Paper Prod | 86,599,340 | 4,723,288 | 5.45% | 88,739,893 | 6,648,921 | 7.49% |
| Pulpboard | 109,854,729 | 6,125,627 | 5.58% | 113,198,886 | 8,062,912 | 7.12% |
| Total Forest Prod | 703,031,767 | 47,199,803 | 6.71% | 693,402,958 | 58,369,242 | 8.42% |
| Steel Prod | 250,960,099 | 15,110,720 | 6.02% | 270,020,138 | 23,395,508 | 8.66% |
| Non Ferr | 121,442,682 | 6,657,506 | 5.48% | 115,098,118 | 8,804,160 | 7.65% |
| Tac/Coke | 90,516,681 | 4,575,515 | 5.05% | 101,161,052 | 7,018,250 | 6.94% |
| Total Metals | 462,919,462 | 26,343,741 | 5.69% | 486,279,308 | 39,217,918 | 8.06% |
| Spec Minerals | 22,948,786 | 354,876 | 1.55% | 22,293,685 | 1,101,780 | 4.94% |
| Govt/Mach | 71,307,296 | 4,110,511 | 5.76% | 64,858,419 | 2,907,313 | 4.48% |
| Clays | 108,092,396 | 5,070,682 | 4.69% | 115,038,477 | 7,631,206 | 6.63% |
| Sand | 45,955,378 | 2,641,484 | 5.75% | 56,541,118 | 4,220,780 | 7.48% |
| Waste Prd | 49,489,999 | 4,699,073 | 9.49% | 45,334,787 | 4,941,762 | 10.90% |
| Aggregates | 60,104,711 | 4,475,312 | 7.45% | 63,487,454 | 4,654,754 | 7.33% |
| Sodium Cmp | 56,255,070 | 2,844,010 | 5.06% | 51,955,442 | 3,143,413 | 6.05% |
| Cem/Gyp/Lm | 88,091,865 | 4,830,936 | 5.48% | 90,487,020 | 6,473,737 | 7.15% |
| Borates | 34,818,109 | 2,113,051 | 6.07% | 34,396,630 | 2,350,217 | 6.83% |
| Total Mins/Mach | 537,063,610 | 31,139,935 | 5.80% | 544,393,032 | 37,433,962 | 6.88% |
| Total Industrial | 2,629,125,439 | 158,627,430 | 6.03% | 2,638,933,092 | 202,747,570 | 7.68% |

# BNSF Fuel Intensity Factors

| Year | Carload FI (Fuel Exp./Total Op. Exp. per Annual Rpt) | Intermodal FI (I/M Fuel Exp./Total Variable Cost for 1999 per MDSP) | Carload FI (C/L Fuel Exp./Total Variable Cost for 1999 per MDSP) |
|---|---|---|---|
| 2000 | 13.1% | 17.0% | 17.0% |
| 1999 | 10.2% | 13.9% | 13.0% |
| 1998 | 10.7% | N/A | N/A |

# Fuel Intensity by BU

## (% Fuel Cost to Total Variable Cost)

| BU | 1999 | 2000 |
|---|---|---|
| Coal | 18.0% | 24.0% |
| Ag | 12.0% | 16.0% |
| Chemicals | 12.0% | 15.0% |
| Forest | 10.7% | 14.0% |
| Metals | 10.5% | 13.0% |
| Minerals | 10.0% | 13.0% |
| Perishable | 14.7% | 18.0% |
| Dry Boxcar | 11.2% | 15.0% |
| Automotive | 12.2% | 15.0% |
| IBU | 13.9% | 17.0% |
| Totals | 13.5% | 17.0% |

# Fuel Surcharge Comparison by RR

| RR | Effective Date | $28 WTI Fuel Price | $33 WTI | $38 WTI | Thereafter WTI | S/C Changes When | Actual S/C Assessed |
|---|---|---|---|---|---|---|---|
| BNSF (c/l) | Perishables 3/15<br>Dry Boxcar 4/1<br>Chemicals 8/1<br>Metals 8/1<br>Minerals/Mach 8/1<br>Autos * 11/1<br>Forest n/a<br>Paper 12/1<br>Ag n/a<br>Coal n/a | 2% | 4% | 6% | 1% for ea $2.50 additional | Each month the avg WTI is calculated & the appropriate S/C is applied for the following month.<br><br>*- Autos are negotiated S/C's | 3/00 2%<br>4/00 2.9%<br>5/00 n/a<br>6/00 2.3%<br>7/00 3.6%<br>8/00 2.7%<br>9/00 3.4%<br>10/00 4%<br>11/00 3%<br>12/00 4% |
| CN | 5/1/01 | 4% -fr $27 to 31.99<br><br>Note: 2% eff. $24-26.99 | 6% - fr $32 to 36.9 | 8% - fr $37 to 41.9 | 2% for ea $5 | Each quarter the avg WTI will be calculated & the appropriate S/C will be applied for the following quarter, subject to 20 days min. notice. | |
| CP | 5/1/00<br>12/11/00 | 3%<br>+3% | 3%<br>+3% | 3%<br>+3% | 3%<br>+3% | 2nd 3% will drop off if WTI falls below US$30 for 90 consecutive days; 1st 3% drops if WTI falls below US$22 for 90 consecutive days. | 5/1 - 12/11 3%<br>12/11 - ? 6% |
| CSXT | 10/25/00 | 2% | 4% | 6% | 2% for ea $5 | Basically copied NS. | 10/25 – current 2% |
| KCS | N/A | | | | | | |
| NS | 6/19/00 | 2% | 4% | 6% | 2% for ea $5 | Daily WTI must equal or exceed a bracket for 30 days before the appropriate S/C is applicable. Conversely, will decrease when WTI remains below a bracket for 30 days. | 6/19 – current 2% |
| UP | N/A | | | | | | |

# Fuel S/C Competitive Analysis



# 2000 Fuel Expense vs. Gross Revenue

| | 2000 Gross Rev (000's) | 2000 Fuel Exp (000's) | Change in Fuel Exp (00 vs 99) (000's) | 2000 Fuel Exp. Chg. as % of GrossRev |
|---|---|---|---|---|
| **Coal** | **2187.9** | **223.8** | **66.1** | **3.0%** |
| **Ag** | **1427.8** | **113.5** | **18.9** | **1.3%** |
| **Industrial** | | | | |
| Chemicals | 914.9 | 67.7 | 13.8 | 1.5% |
| Forest | 693.4 | 58.4 | 11.2 | 1.6% |
| Metals | 486.3 | 39.2 | 12.9 | 2.6% |
| Min/Mach | 544.4 | 37.4 | 6.3 | 1.2% |
| **Industrial Total** | **2638.9** | **202.7** | **44.1** | **1.7%** |
| **Consumer** | | | | |
| Perishable | 115.3 | 15.3 | 5.4 | 4.7% |
| Dry Boxcar | 176.3 | 18.7 | 5.0 | 2.9% |
| Automotive | 500.4 | 45.4 | 13.3 | 2.7% |
| Carload Total | **792.0** | **79.4** | **23.7** | **3.0%** |
| Direct | 878.7 | 84.2 | 19.5 | 2.2% |
| IMC | 471.5 | 52.1 | 11.8 | 2.5% |
| INTL | 961.9 | 119.1 | 39.8 | 4.1% |
| Truckload | 431.9 | 53.9 | 13.9 | 3.2% |
| IBU Total | 2744.0 | 309.2 | 85.2 | 3.1% |
| **Consumer Total** | **3536.0** | **388.6** | **108.9** | **3.1%** |
| **Business Units Total** | **9790.6** | **928.7** | **238.1** | **2.4%** |
| Company Material | | 3.6 | -5.4 | NA |
| **BNSF Total** | **9790.6** | **932.3** | **232.6** | **2.4%** |

Home Customers Investors Employees Media About BNSF Search

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# BNSF Rules Book 6100 - Carload Fuel Surcharge

A fuel surcharge may be applied to price authorities subject to BNSF Rules Book 6100. The surcharge for the following month will be determined on the twenty-first of the current month based on the average price of West Texas Intermediate Crude Oil between the twenty-first of the prior month and the twentieth of the current month. The Fuel Surcharge Rate (FSR) is determined from the table found in item 3375 of BNSF Rules Book 6100 Series. The BNSF Rules Book 6100 can be found online at: http://wwwd.bnsf.com/website/demurrage.nsf/Demurrage

## Fuel Surcharge Rate:

| For the Month of: | Prior WTI Average: |
|---|---|
| May 2001 (N/A until 04/21/01) | Mar. 21 - Apr. 20 (N/A until 04/21/01) |
| April 2001 0.0% | Feb. 21 - Mar. 20 $27.75 |
| March 2001 2.0% | Jan. 21 - Feb. 20 $30.30 |
| February 2001 2.0% | Dec. 21 - Friday Jan. 19 $28.24 |
| January 2001 3.0% | Nov. 21 - Dec. 20 $31.03 |
| December 2000 4.0% | Oct. 21 - Nov. 20 $33.95 |
| November 2000 3.0% | Sept. 21 - Oct. 20 $32.51 |
| October 2000 4.0% | Aug. 21 - Sept. 20 $34.01 |
| September 2000 3.4% | August $31.22 |
| August 2000 2.7% | July $29.72 |
| July 2000 3.6% | June $31.86 |
| June 2000 2.3% | May $28.78 |
| May 2000 1.0% no fuel surcharge applied* | April $25.74 |

WTI = Prior Period's average price of West Texas Intermediate Crude Oil as reported in the WALL STREET JOURNAL.

## FSR as of October 1, 2000 (see table below)

**Fuel Surcharge Table**

| Prior Period's Avg. Price of WTI between: | Applicable Fuel Surcharge: |
|---|---|
| $28.00 to $30.49 | 2.0% |
| $30.50 to $32.99 | 3.0% |
| $33.00 to $35.49 | 4.0% |
| $35.50 to $37.99 | 5.0% |
| $38.00 to $40.49 | 6.0% |
| $40.50 to $42.99 | 7.0% |
| $43.00 to $45.49 | 8.0% |

Each $2.50 per barrel increase there after apply an additional 1.0%

Ag C's? referencing Fuel S/C? (not as general rule)

# Review of BNSF Fuel Surcharges

April 9, 2001

check ideas?? common index frequency billing

switch HDF eff date? comm. plan

# Fuel Surcharge Review Team

- Bill Baum, MDSP
- Cheri Carlson, Fuel Mgmt
- Ken Holmes, Industrial Products
- Tom Jacobowski, Industrial Products
- Sam Kyei, Consumer Products
- Renita Lee, Consumer Products
- Herb Milton, Consumer Products

# Review of BNSF Fuel Surcharges

- Objectives
- Current Fuel Prices

3/01 WTI 27.75 27.24 4/6 27.08 19 days < $28
HDF 1.42

- BNSF Fuel Expense
- BNSF Business Assessing Fuel Surcharges
- Current BNSF Fuel Surcharge Comparison
- Analysis Potential Changes
- Recommendations

# Review of BNSF Fuel Surcharges Objectives

- Mechanism to recover spikes in fuel costs
- Get Carload & Intermodal Fuel Surcharges in sync
- Keep Fuel Surcharges simple & defendable
- Utilize publicly available information
- Create policies & processes to maintain Fuel Surcharges over time


WTI vs. HDF - (Jan 96 - Feb 00)
WTI
HDF
$35
$33
$30
$28
$25
$23
$20
$18
$15
$13
$10
$8
$5
$3
$0
WTI
$1.8
$1.7
$1.6
$1.5
$1.4
$1.3
$1.2
$1.1
$1.0
$0.9
$0.8
$0.7
$0.6
$0.5
$0.4
$0.3
$0.2
$0.1
$0.0
J96
M96
M96
J96
S96
N96
J97
M97
M97
J97
S97
N97
J98
M98
M98
J98
S98
N98
J99
M99
M99
J99
S99
N99
J00
M00
M00
J00
S00
N00
J01
Month

5

# BNSF Fuel Expense



# BNSF Fuel Surcharges
# Billed Amounts

| | 2000 (000's) | Jan. & Feb. 2001 (000's) | % Business Taking FSC as of 3/1/01 |
|---|---|---|---|
| **Coal** | - | - | 0% |
| **Ag** | $22 | $10 | 0% |
| **Industrial** | | | |
| Chemicals | $1,785 | $955 | 22% |
| Forest | $748 | $917 | 45% |
| Metals | $1,448 | $535 | 26% |
| Min/Mach | $1,849 | $801 | 31% |
| **Industrial Total** | **$5,830** | **$3,208** | **30%** |
| **Consumer** | | | |
| Perishable | $640 | $179 | 77% |
| Dry Boxcar | $1,371 | $616 | 59% |
| Automotive | $637 | $915 | 21% |
| Carlord Total | **$2,648** | **$1,710** | **38%** |
| Direct | $4,376 | $624 | 24% |
| IMC | $12,041 | $2,401 | 100% |
| INT. | $0 | $0 | 0% |
| Truckload | $11,223 | $897 | 100% |
| IBU Total | $27,640 | $3,922 | 42% |
| **Consumer Total** | **$30,288** | **$5,632** | **41%** |
| **Totals** | **$36,118** | **$8,850** | **23%** |

# BNSF Current Fuel Surcharges Percentages



# BNSF Fuel Surcharges

- Current Fuel Surcharge Tables

**Carload**

| WTI Price At Least | But Less Than | Surcharge |
|---|---|---|
| $23.50 | $28.00 | 0% |
| $28.00 | $30.50 | 2.0% |
| $30.50 | $33.00 | 3.0% |
| $33.00 | $35.50 | 4.0% |
| $35.50 | $38.00 | 5.0% |
| $38.00 | $40.50 | 6.0% |
| Each additional $2.50 | | +1.0% |

**Intermodal**

| HDF Price At Least | But Less Than | Surcharge |
|---|---|---|
| $1.00 | $1.15 | 0% |
| $1.15 | $1.20 | 1.0% |
| $1.20 | $1.25 | 1.5% |
| $1.25 | $1.30 | 2.0% |
| $1.30 | $1.35 | 2.5% |
| $1.35 | $1.40 | 3.0% |
| $1.40 | $1.45 | 3.5% |
| $1.45 | $1.50 | 4.0% |
| $1.50 | $1.55 | 4.5% |
| $1.55 | $1.60 | 5.0% |
| $1.60 | $1.65 | 5.5% |
| $1.65 | $1.70 | 6.0% |
| Each additional $.05 | | +0.5% |

Note: Table derived from the fuel surcharge formulas

# Current BNSF Fuel Surcharges' Formulas

**FSR = (Current Fuel Index Price/Benchmark Value - 1) * Fuel Intensity**

| Item | Carload | Intermodal |
|---|---|---|
| Fuel price Index | WTI<br>West Texas Intermediate | HDF<br>Highway Diesel Fuel |
| Benchmark Value | $23.50/bbl<br>value so $28 WTI = 2% | $1.14/gal<br>1999 5 year avg |
| Fuel Intensity | 10.2%<br>Fuel Exp./Total Op. Exp. for 1999 per Annual Report | 13.9%<br>I/M Fuel Exp./Total Variable Cost for 1999 per MDSP |
| FSR Threshold % | 2.0% | 1.0% |
| FSR Threshold $ | $28/bbl | $1.15/gal |

* **FSR** = Fuel Surcharge Rate

# Sample Fuel Surcharge Calculation

FSR = (Current Fuel Index Price/Benchmark Value - 1 ) * Fuel Intensity

= ($27.75 March avg WTI/$23.50-1) * 10.2%

= (18%) * 10.2%

= 1.8%

Since the minimum threshold is 2%, no carload Fuel Surcharge will be assessed in April.


WTI vs. BNSF Price - 5 Year Trend (96 - 00)
R - Square = 93%
WTI
BNSFuel
BNSF
WTI
Month
$1.00 $0.95 $0.90 $0.85 $0.80 $0.75 $0.70 $0.65 $0.60 $0.55 $0.50 $0.45 $0.40 $0.35 $0.30 $0.25 $0.20 $0.15 $0.10 $0.05 $0.00
$35 $33 $30 $28 $25 $23 $20 $18 $15 $13 $10 $8 $5 $3 $0
J96 M96 M96 J96 S96 N96 J97 M97 M97 J97 S97 N97 J98 M98 M98 J98 S98 N98 J99 M99 M99 J99 S99 N99 J00 M00 M00 J00 S00 N00

12


HDF vs. BNSF Price - 5 Year Trend (96 - 00)
R - Square = 99%
HDF
BNSFuel
BNSF
$1.00
$0.95
$0.90
$0.85
$0.80
$0.75
$0.70
$0.65
$0.60
$0.55
$0.50
$0.45
$0.40
$0.35
$0.30
$0.25
$0.20
$0.15
$0.10
$0.05
$0.00
HDF
$1.8
$1.7
$1.5
$1.4
$1.3
$1.2
$1.1
$1.0
$0.9
$0.8
$0.7
$0.6
$0.5
$0.4
$0.3
$0.2
$0.1
$0.0
Month
J96
M96
M96
J96
S96
N96
J97
M97
M97
J97
S97
N97
J98
M98
M98
J98
S98
N98
J99
M99
M99
J99
S99
N99
J00
M00
M00
J00
S00
N00

13


WTI vs. HDF - (Jan 96 - Feb 00)
R - Square = 94%
WTI
HDF
WTI
Month
$35
$33
$30
$28
$25
$23
$20
$18
$15
$13
$10
$8
$5
$3
$0
$1.8
$1.7
$1.6
$1.5
$1.4
$1.3
$1.2
$1.1
$1.0
$0.9
$0.8
$0.7
$0.6
$0.5
$0.4
$0.3
$0.2
$0.1
$0.0
J96
M96
M96
J96
S96
N96
J97
M97
M97
J97
S97
N97
J98
M98
M98
J98
S98
N98
J99
M99
M99
J99
S99
N99
J00
M00
M00
J00
S00
N00
J01

14

# Fuel Prices 5 Year Averages

| Year | WTI | HDF |
|---|---|---|
| 2000 | $21.32 | $1.22 |
| 1999 | $18.95 | $1.14 |
| 1998 | $18.53 | N/A |

# BNSF Fuel Intensity Factors

| Year | Carload FI (Fuel Exp./Total Op. Exp. per Annual Rpt) | Intermodal FI (I/M Fuel Exp./Total Variable Cost for 1999 per MDSP) |
|---|---|---|
| 2000 | 13.1% | 17% |
| 1999 | 10.2% | 13.9% |
| 1998 | 10.7% | N/A |

agreed to use

# Fuel Surcharge Options

| Option | | A | B | C | D | | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Carload | | | | Intermodal | | | | | | |
| Month | WTI | Current FSR | Formula with 5 yr avg BV | Formula with 13.1% FI | Formula with 5 yr avg BV & 13.1% FI | HDF | Current FSR | Formula with 2000 5 yr avg BV | Formula with 13.1% FI | Formula with 2000 5 yr avg BV & 13.1% FI | Formula with 2000 5 yr avg BV & 17% FI | Formula with 1.16 BV & 13.1% FI |
| 2/01 | $30.30 | 2.0% | 4.3% | 3.8% | 5.5% | $1.51 | 4.5% | 3.3% | 4.3% | 3.1% | 4.0% | 4.0% |
| 1/01 | $28.24 | 2.0% | 3.3% | 2.6% | 4.3% | $1.52 | 4.5% | 3.4% | 4.4% | 3.2% | 4.2% | 4.1% |
| 12/00 | $31.03 | 3.0% | 4.7% | 4.2% | 6.0% | $1.58 | 5.0% | 4.1% | 5.1% | 3.9% | 5.0% | 4.7% |
| 11/00 | $33.95 | 4.0% | 6.1% | 5.8% | 7.8% | $1.62 | 5.5% | 4.6% | 5.5% | 4.3% | 5.6% | 5.2% |
| 10/00 | $32.51 | 3.0% | 5.4% | 5.0% | 6.9% | $1.64 | 6.0% | 4.8% | 5.7% | 4.5% | 5.9% | 5.4% |
| 9/00 | $34.01 | 4.0% | 6.1% | 5.9% | 7.8% | $1.61 | 5.5% | 4.4% | 5.4% | 4.2% | 5.4% | 5.1% |
| 8/00 | $31.22 | 3.0% | 4.8% | 4.3% | 6.1% | $1.43 | 3.0% | 2.4% | 3.3% | 2.3% | 2.9% | 3.0% |
| 7/00 | $29.72 | 2.0% | 4.0% | 3.5% | 5.2% | $1.44 | 3.0% | 2.5% | 3.4% | 2.4% | 3.1% | 3.2% |
| 6/00 | $31.86 | 3.0% | 5.1% | 4.7% | 6.5% | $1.42 | 3.0% | 2.3% | 3.2% | 2.1% | 2.8% | 2.9% |
| 5/00 | $28.78 | 2.0% | 3.6% | 2.9% | 4.6% | $1.42 | 3.0% | 2.3% | 3.2% | 2.1% | 2.8% | 2.9% |
| 4/00 | $25.74 | 0.0% | 2.1% | 1.2% | 2.7% | $1.43 | 3.0% | 2.4% | 3.3% | 2.3% | 2.9% | 3.0% |
| 3/00 | $29.89 | 2.0% | 4.1% | 3.6% | 5.3% | $1.48 | 3.5% | 3.0% | 3.9% | 2.8% | 3.6% | 3.6% |
| 2/00 | $29.35 | 2.0% | 3.9% | 3.3% | 4.9% | $1.46 | 3.5% | 2.7% | 3.7% | 2.6% | 3.3% | 3.4% |
| Averages | | 2.5% | 4.4% | 3.9% | 5.6% | | 4.1% | 3.2% | 4.2% | 3.1% | 4.0% | 3.9% |
| Change from current FSR | | | 79% | 59% | 129% | | | -20% | 3% | -25% | -3% | -5% |

Current Carload FSR Formula: = (WTI/BV-1)*FI

WTI = average West Texas Intermediate price per Wall Street Journal

BV = Benchmark Value of $23.50/bbl (the value to make $28 WTI = 2% FSR)

FI = 10.2% Fuel Intensity (BNSF Fuel Expense/BNSF Total Operating Expenses, for 1999, as reported in 1999 Annual Report)

Current Intermodal FSR Formula = (HDF/BV-1)*FI

HDF = average Highway Diesel Fuel price per Energy Info. Admin. Website, US I

BV = 1999 5 year avg. HDF price of $1.14/gallon

FI = 13.9% Fuel Intensity (Intermodal's Fuel Expense/Total Variable Cost, for 1999, per MDSP)

# Potential Impact of FSR Changes

| | % Business Taking FSC as of 3/1/01 | Current Tables (000's) | Recommended Tables (000's) | Change % | Change $ |
|---|---|---|---|---|---|
| **Coal** | 0% | - | - | 0% | - |
| **Ag** | 0% | $0 | $0 | 0% | - |
| **Industrial** | | | | | |
| Chemicals | 22% | $3,900 | $5,400 | 38% | 1,500 |
| Forest | 45% | $5,600 | $7,800 | 39% | 2,200 |
| Metals | 26% | $2,400 | $3,300 | 38% | 900 |
| Min/Mach | 31% | $3,400 | $4,600 | 35% | 1,200 |
| **Industrial Total** | **30%** | **$15,300** | **$21,100** | 38% | 5,800 |
| **Consumer** | | | | | |
| Perishable | 77% | $1,000 | $1,300 | 30% | 300 |
| Dry Boxcar | 59% | $2,200 | $3,000 | 36% | 800 |
| Automotive 1 | 21% | $2,500 | $2,500 | 0% | - |
| Carload Total | 38% | **$5,700** | **$6,800** | 19% | 1,100 |
| Direct 1 | 24% | $5,300 | $5,300 | 0% | - |
| IMC | 100% | $19,000 | $17,000 | -11% | (2,000) |
| INTL | 0% | $0 | $0 | | - |
| Truckload 1 | 100% | $15,000 | $15,000 | 0% | - |
| IBU Total | 42% | $39,300 | $37,300 | -5% | (2,000) |
| **Consumer Total** | **41%** | **$45,000** | **$44,100** | -2% | (900) |
| **Totals** | **23%** | **$60,300** | **$65,200** | 8% | 4,900 |

1 - these BU's use negotiated FSR's so no changes assumed from retail FSR changes

Note: Assumes fuel prices for the balance of the year are the same as 2000

# Recommended BNSF Fuel Surcharge Formulas

FSR = (Current Index Price/Benchmark Value - 1 ) * Fuel Intensity

| | Carload (C) | Intermodal (J) |
|---|---|---|
| Fuel Price: | WTI | HDF |
| BV: | $23.50/bbl | $1.16/gal |
| FI: | 13.1% | 13.1% |

# BNSF Fuel Surcharges

- Proposed Fuel Surcharge Tables

| Carload | | | Intermodal | | |
|---|---|---|---|---|---|
| WTI Price | | Surcharge | HDF Price | | Surcharge |
| At Least | But Less Than | | At Least | But Less Than | |
| $23.50 | $25.30 | 0% | $1.16 | $1.25 | 0% |
| $25.30 | $26.20 | 1.0% | $1.25 | $1.29 | 1.0% |
| $26.20 | $27.10 | 1.5% | $1.29 | $1.34 | 1.5% |
| $27.10 | $28.00 | 2.0% | $1.34 | $1.38 | 2.0% |
| $28.00 | $28.90 | 2.5% | $1.38 | $1.43 | 2.5% |
| $28.90 | $29.80 | 3.0% | $1.43 | $1.47 | 3.0% |
| $29.80 | $30.70 | 3.5% | $1.47 | $1.51 | 3.5% |
| $30.70 | $31.60 | 4.0% | $1.51 | $1.56 | 4.0% |
| $31.60 | $32.50 | 4.5% | $1.56 | $1.60 | 4.5% |
| $32.50 | $33.40 | 5.0% | $1.60 | $1.65 | 5.0% |
| $33.40 | $34.30 | 5.5% | $1.65 | $1.69 | 5.5% |
| $34.30 | $35.20 | 6.0% | $1.69 | $1.75 | 6.0% |
| Each additional $0.90 | | +0.5% | Each additional $0.05 | | +0.5% |

Note: Table derived from the Fuel Surcharge formulas

# Fuel Surcharge Policies

- General
  - Develop fuel surcharge rate (FSR) applications utilizing WTI and HDF in Table Form
    - Begin assessing Fuel Surcharges at 1% level
    - Increase in .5% increments
  - Review Benchmark Values annually based on 5 year rolling averages
  - Update the Fuel Intensity factor effective every May 1st, based on BNSF Annual Report numbers

# Fuel Surcharge Policies - continued

- Application
  - Publish Fuel Surcharge Rates
    - Carload - monthly
    - Intermodal - weekly
  - Move towards divisionable on joint-line shipments
    - Currently, Intermodal billing railroad retains
  - Update PAS system

# Fuel Surcharge Policies - continued

- Communication
  - Timing of notification to customers of Monthly Fuel Surcharge Rates
    - Carload-30 days in advance to insure compliance with STB requirements on regulated shipments
    - Intermodal-immediately each week
  - Notification monthly
    - Pricing Update to all customers, copy internally
    - Email to customers who requested
    - web update (Carload only)

# Appendix

## Additional Fuel Surcharge Detail

# Regression Analysis

**WTI vs. BNSF Fuel**

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.961946505 |
| R Square | 0.925341079 |
| Adjusted R Square | 0.924053856 |
| Standard Error | 1.633013366 |
| Observations | 60 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 1917.024246 | 1917.024246 | 718.8663035 | 2.25939E-34 |
| Residual | 58 | 154.670494 | 2.666732655 | | |
| Total | 59 | 2071.69474 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | -1.447790985 | 0.876437066 | -1.651905244 | 0.103958279 | -3.202169069 | 0.306587099 | -3.202169069 | 0.306587099 |
| X Variable 1 | 37.08344513 | 1.383107737 | 26.81168222 | 2.25939E-34 | 34.31485627 | 39.852034 | 34.31485627 | 39.852034 |

# Regression Analysis

**HDF vs. BNSF Fuel**

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.992782197 |
| R Square | 0.98561649 |
| Adjusted R Square | 0.985368498 |
| Standard Error | 0.020721656 |
| Observations | 60 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 1.706553885 | 1.706553885 | 3974.395408 | 3.97627E-55 |
| Residual | 58 | 0.024904448 | 0.000429387 | | |
| Total | 59 | 1.731458333 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | 0.538634801 | 0.011121298 | 48.43272964 | 1.30981E-48 | 0.516373122 | 0.560896481 | 0.516373122 | 0.560896481 |
| X Variable 1 | 1.10643594 | 0.01755055 | 63.04280616 | 3.97627E-55 | 1.071304723 | 1.141567157 | 1.071304723 | 1.141567157 |

# Regression Analysis

WTI v. HDF

SUMMARY OUTPUT

| Regression Statistics | |
|---|---|
| Multiple R | 0.971753375 |
| R Square | 0.944304622 |
| Adjusted R Square | 0.943376366 |
| Standard Error | 1.42890658 |
| Observations | 62 |

ANOVA

| | df | SS | MS | F | Significance F |
|---|---|---|---|---|---|
| Regression | 1 | 2077.073593 | 2077.073593 | 1017.28868 | 2.4984E-39 |
| Residual | 60 | 122.5064409 | 2.041774015 | | |
| Total | 61 | 2199.580034 | | | |

| | Coefficients | Standard Error | t Stat | P-value | Lower 95% | Upper 95% | Lower 95.0% | Upper 95.0% |
|---|---|---|---|---|---|---|---|---|
| Intercept | -18.99314619 | 1.286291813 | -14.76581441 | 1.21271E-21 | -21.56611207 | -16.42018031 | -21.56611207 | -16.42018031 |
| X Variable 1 | 33.05572412 | 1.036393235 | 31.89496324 | 2.4984E-39 | 30.98262967 | 35.12881858 | 30.98262967 | 35.12881858 |

# Average WTI Prices '91 - 01'

| | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|
| JAN | | $18.82 | $19.08 | $15.00 | $17.97 | $18.08 | $25.17 | $16.71 | $12.47 | $27.27 |
| FEB | | $19.00 | $20.05 | $14.78 | $18.54 | $19.07 | $22.21 | $16.06 | $12.01 | $29.35 |
| MAR | | $18.92 | $20.35 | $14.65 | $18.53 | $21.36 | $20.99 | $15.02 | $14.66 | $29.89 |
| APRIL | | $20.25 | $20.27 | $16.24 | $19.82 | $23.57 | $19.72 | $15.33 | $17.39 | $25.74 |
| MAY | | $20.95 | $19.94 | $17.88 | $19.74 | $21.25 | $20.83 | $14.86 | $17.70 | $28.78 |
| JUNE | | $22.38 | $19.07 | $19.02 | $18.42 | $20.45 | $19.17 | $13.66 | $17.89 | $31.86 |
| JULY | $21.39 | $21.76 | $17.87 | $19.64 | $17.30 | $21.32 | $19.63 | $14.08 | $20.07 | $29.72 |
| AUG | $21.69 | $21.32 | $18.01 | $18.35 | $18.03 | $21.96 | $19.93 | $13.36 | $21.26 | $31.22 |
| SEPT | $21.86 | $21.81 | $17.55 | $17.46 | $18.22 | $23.99 | $19.79 | $14.95 | $23.88 | $33.88 |
| OCT | $23.22 | $21.69 | $18.15 | $17.77 | $17.44 | $24.90 | $21.26 | $14.34 | $22.64 | $33.08 |
| NOV | $22.47 | $20.34 | $16.70 | $18.11 | $17.99 | $23.71 | $20.17 | $12.94 | $24.86 | $34.40 |
| DEC | $19.53 | $19.40 | $14.50 | $17.16 | $19.04 | $25.39 | $18.32 | $11.28 | $26.08 | $28.46 |
| Yearly Avg. | $21.69 | $20.55 | $18.46 | $17.17 | $18.42 | $22.09 | $20.60 | $14.38 | $19.24 | $30.30 |
| Cumulative Avg for 2000 | | $20.14 | $20.08 | $20.32 | $20.84 | $21.32 | $21.13 | $21.31 | $24.77 | $30.30 |
| Cumulative Avg for 1999 | | $18.86 | $18.62 | $18.65 | $18.95 | $19.08 | $18.07 | $16.81 | $19.24 | |
| Cumulative Avg for 1998 | | $18.81 | $18.52 | $18.53 | $18.87 | $19.02 | $17.49 | $14.38 | | |
| Cumulative Avg for 1997 | | $19.55 | $19.35 | $19.57 | $20.37 | $21.34 | $20.60 | | | |
| Cumulative Avg for 1996 | | $19.34 | $19.04 | $19.23 | $20.25 | $22.09 | | | | |
| 5 Yr Avg Change | | | 0.0% | -4.2% | 2.2% | 12.5% | | | | |

| 2001 avg Price | Potential 2001 5 yr avg |
|---|---|
| 26 | 22.104 |
| 27 | 22.304 |
| 28 | 22.504 |
| 29 | 22.704 |
| 30 | 22.904 |

# Current WTI Prices

| | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jun-01 | Feb-01 | Mar-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $31.78 | | $25.88 | $30.13 | | $27.78 | $33.38 | | $33.28 | $32.05 | | $29.83 | $27.63 |
| 2 | $31.68 | | $26.88 | $30.35 | | $28.28 | | $32.18 | $32.53 | | $27.23 | $31.18 | $27.83 |
| 3 | $31.53 | $26.43 | $26.75 | | | $28.68 | | $32.08 | $32.73 | | $28.03 | | |
| 4 | | $25.45 | $26.98 | | | $29.98 | | $31.43 | | $31.23 | $28.13 | | |
| 5 | | $25.85 | $27.28 | $29.70 | $30.68 | | $33.83 | $30.53 | | $29.53 | $27.93 | $30.53 | $28.63 |
| 6 | $32.18 | $25.68 | | $29.75 | $29.98 | | $34.90 | $30.88 | $32.88 | $29.88 | | $30.35 | $28.33 |
| 7 | $34.13 | $25.03 | | $29.95 | $30.28 | $28.93 | $35.38 | | $33.43 | $29.33 | | $31.28 | $29.03 |
| 8 | $31.28 | | $28.09 | $29.78 | | $29.13 | $33.63 | | $33.23 | $28.43 | $27.33 | $31.58 | $28.38 |
| 9 | $31.68 | | $28.65 | $30.20 | | $30.35 | | $31.88 | $33.93 | | $27.63 | $31.03 | $28.03 |
| 10 | $31.78 | $23.85 | $28.10 | | $29.68 | $31.33 | | $33.18 | $34.03 | | $29.48 | | |
| 11 | | $24.13 | $29.13 | | $29.70 | $31.03 | $35.13 | $33.25 | | $29.53 | $29.43 | | |
| 12 | | $25.43 | $29.62 | $31.73 | $30.33 | | $34.28 | $36.08 | | $29.68 | $30.08 | $30.53 | $28.03 |
| 13 | $32.03 | $25.38 | | $32.58 | $31.48 | | $33.83 | $34.98 | $34.48 | $28.73 | | $30.38 | $27.58 |
| 14 | $31.68 | $25.58 | | $32.85 | $31.40 | $31.93 | $34.08 | | $34.88 | $27.98 | | $29.73 | $26.43 |
| 15 | $30.73 | | $29.93 | $32.95 | | $31.68 | $35.93 | | $35.58 | $28.88 | | $28.83 | $26.58 |
| 16 | $31.08 | | $29.73 | $32.33 | | $31.80 | | $32.93 | $35.13 | | $30.28 | $29.13 | $26.73 |
| 17 | $30.93 | $25.88 | $29.33 | | $30.83 | $31.93 | | $32.98 | $35.48 | | $29.63 | | |
| 18 | | $26.13 | $30.33 | | $31.93 | $31.98 | $36.88 | $33.48 | | $29.78 | $30.48 | | |
| 19 | | $27.35 | $29.88 | $31.68 | $31.43 | | $36.53 | $32.93 | | $29.33 | $32.18 | | $26.15 |
| 20 | $29.43 | $27.00 | | $33.05 | $30.93 | | $37.20 | $31.75 | $36.18 | $26.03 | | $28.58 | $25.98 |
| 21 | $28.00 | | | $33.83 | $28.53 | $32.48 | $34.40 | | $35.98 | $26.03 | | $28.23 | $26.46 |
| 22 | $27.53 | | $28.63 | $34.55 | | $31.23 | $32.73 | | $36.13 | $26.98 | $32.18 | $28.58 | $26.38 |
| 23 | $27.23 | | $28.53 | $34.65 | | $31.98 | | $35.08 | | | $31.63 | $28.83 | $26.93 |
| 24 | $27.93 | $27.28 | $29.73 | | $28.18 | $32.63 | | $34.23 | | | $31.28 | | |
| 25 | | $26.75 | $30.33 | | $27.83 | $32.83 | $31.43 | $33.83 | | | $31.63 | | |
| 26 | | $24.65 | $30.00 | $31.63 | $27.83 | | $31.50 | $33.73 | | $26.63 | $29.78 | $28.43 | $27.48 |
| 27 | $27.78 | $25.40 | | $32.08 | $28.03 | | $31.48 | $32.73 | $35.38 | $26.48 | | $28.13 | $27.78 |
| 28 | $27.08 | $25.73 | | $31.90 | $28.18 | $32.88 | $30.33 | | $34.23 | $25.83 | | $27.38 | $26.33 |
| 29 | $26.45 | | | $32.73 | | $32.73 | $30.83 | | $34.63 | $26.83 | $29.08 | | $26.33 |
| 30 | $26.70 | | $30.35 | $32.50 | | $33.33 | | $32.83 | $33.83 | | $29.08 | | $26.28 |
| 31 | $26.90 | | $29.03 | | $27.43 | $33.13 | | $32.68 | | | $28.68 | | |
| | | | | | | | | | | | | | |
| Avg | $29.89 | $25.74 | $28.78 | $31.86 | $29.72 | $31.22 | $33.88 | $33.08 | $34.40 | $28.46 | $29.58 | $29.61 | $27.24 |

28.81 avg

# Average HDF Prices '95 - '01

5 Yr Avg WTI/HDF = 16.62 17.47

Yrly Avg WTI/HDF = 16.44 17.81 17.2 13.83 17.18 20.33

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|---|---|---|
| **JAN** | | | $1.20 | $1.15 | $1.29 | $1.12 | $0.97 | $1.36 | $1.52 |
| **FEB** | | | $1.09 | $1.15 | $1.28 | $1.08 | $0.96 | $1.46 | $1.51 |
| **MAR** | | | $1.09 | $1.18 | $1.23 | $1.06 | $1.00 | $1.48 | $1.42 |
| **APRIL** | | | $1.10 | $1.28 | $1.21 | $1.07 | $1.08 | $1.43 | |
| **MAY** | | | $1.13 | $1.27 | $1.20 | $1.07 | $1.07 | $1.42 | |
| **JUNE** | | | $1.12 | $1.20 | $1.17 | $1.04 | $1.07 | $1.42 | |
| **JULY** | | | $1.10 | $1.18 | $1.15 | $1.03 | $1.12 | $1.44 | |
| **AUG** | | | $1.11 | $1.21 | $1.17 | $1.01 | $1.17 | $1.43 | |
| **SEPT** | | | $1.12 | $1.27 | $1.16 | $1.02 | $1.22 | $1.61 | |
| **OCT** | | | $1.12 | $1.33 | $1.18 | $1.04 | $1.23 | $1.64 | |
| **NOV** | | | $1.12 | $1.33 | $1.19 | $1.02 | $1.26 | $1.62 | |
| **DEC** | | | $1.13 | $1.31 | $1.17 | $0.97 | $1.29 | $1.58 | |
| Yearly Avg. | | | $1.12 | $1.24 | $1.20 | $1.04 | $1.12 | $1.49 | |
| Cumulative Avg. for 2000 | | | $1.20 | **$1.22** | $1.21 | $1.22 | $1.31 | $1.49 | |
| Cumulative Avg. for 1999 | | | **$1.14** | $1.15 | $1.12 | $1.08 | $1.12 | | |
| Cumulative Avg. for 1998 | | | $1.15 | $1.16 | $1.12 | $1.04 | | | |
| Cumulative Avg. for 1997 | | | $1.19 | $1.22 | $1.20 | | | | |

5 Yr Avg Change 6.5%

# Current HDF Prices

| Day | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | $1.66 | | | | | |
| 2 | | | $1.45 | | | $1.43 | | | | | | | | |
| 3 | | | | | | | | $1.54 | | | $1.65 | | | |
| 4 | | | | | $1.43 | | | | | | | | $1.54 | $1.45 |
| 5 | | $1.46 | | | | | | | | $1.63 | | | | |
| 6 | $1.44 | | | | | | $1.41 | | | | | | | |
| 7 | | | | $1.42 | | | | | | | | $1.52 | | |
| 8 | | | | | | | | | $1.63 | | | | | |
| 9 | | | $1.44 | | | $1.45 | | | | | | | | |
| 10 | | | | | | | | $1.61 | | | $1.62 | | | |
| 11 | | | | | $1.42 | | | | | | | | $1.52 | $1.42 |
| 12 | | $1.49 | | | | | | | | $1.61 | | | | |
| 13 | $1.47 | | | | | | $1.41 | | | | | | | |
| 14 | | | | $1.40 | | | | | | | | $1.52 | | |
| 15 | | | | | | | | | $1.61 | | | | | |
| 16 | | | $1.42 | | | $1.45 | | | | | | | | |
| 17 | | | | | | | | $1.63 | | | $1.58 | | | |
| 18 | | | | | $1.41 | | | | | | | | $1.52 | $1.41 |
| 19 | | $1.50 | | | | | | | | $1.60 | | | | |
| 20 | $1.46 | | | | | | $1.45 | | | | | | | |
| 21 | | | | $1.42 | | | | | | | | $1.51 | | |
| 22 | | | | | | | | | $1.67 | | | | | |
| 23 | | | $1.40 | | | $1.44 | | | | | | | | |
| 24 | | | | | | | | $1.65 | | | $1.55 | | | |
| 25 | | | | | $1.42 | | | | | | | | $1.48 | $1.39 |
| 26 | | $1.48 | | | | | | | | $1.63 | | | | |
| 27 | $1.46 | | | | | | $1.47 | | | | | | | |
| 28 | | | | $1.43 | | | | | | | | $1.53 | | |
| 29 | | | | | | | | | $1.65 | | | | | |
| 30 | | | $1.43 | | | $1.42 | | | | | | | | |
| 31 | | | | | | | | | | | $1.52 | | | |
| | | | | | | | | | | | | | | |
| Avg. Price | $1.46 | $1.48 | $1.43 | $1.42 | $1.42 | $1.44 | $1.43 | $1.61 | $1.64 | $1.62 | $1.58 | $1.52 | $1.51 | $1.42 |
| Surcharge | 3.85% | 4.16% | 3.51% | 3.37% | 3.43% | 3.64% | 3.58% | 5.69% | 6.13% | 5.82% | 5.37% | 4.63% | 4.56% | 3.38% |

# BNSF Fuel Expense

**2001 Diesel Fuel Expense Forecast**

Reflects Reforecast for FULL YEAR

| | 1998 | 1999 | 2000 | Soft Plan 2001 |
|---|---|---|---|---|
| WTI/bbl for Year | $14.75 | $18.87 | $30.22 | $27.00 |
| Heating Oil Crack/bbl | 2.00 | 1.81 | 5.13 | 3.55 |
| Purchase Differential / Inventory | 3.19 | 0.64 | 0.22 | 2.12 |
| Issue/bbl | 19.94 | 21.32 | 35.57 | 32.67 |
| Issue Price | 0.4748 | 0.5076 | 0.8469 | 0.7779 |
| Taxes, Handling, Jt Fac & Misc | 0.0780 | 0.0716 | 0.0772 | 0.0810 |
| Issue Price w/ Taxes & Handling | 0.5528 | 0.5792 | 0.9241 | 0.8589 |
| Issue Price w/ Taxes & Handling after Hedge | 0.6245 | 0.5894 | 0.7948 | 0.8087 |
| Gallons (millions) | 1,155 | 1,187 | 1,173 | 1,152 |
| Fuel Expense without Hedge (millions) | $638 | $688 | $1,084 | $990 |
| Expected Hedge (Benefit) Cost (millions) | 82 | 12 | (152) | ($58) |
| Fuel Inventory Credit (millions) | N.A. | N.A. | N.A. | |
| **Fuel Expense with Hedge (millions)** | **$724** | **$700** | **$932** | **$932** |
| Variance to Plan (positive is unfavorable) | | | | |
| % of Total Operating Expense with Hedge | 10.7% | 10.2% | 13.1% | 12.7% |
| % of Total Operating Expense W/O Hedge | 9.4% | 10.0% | 15.3% | 13.5% |
| Operating Expense (millions) | 6,783 | 6,895 | 7,097 | 7,353 |
| GTMs | 851,344 | 871,952 | 876,411 | 888,403 |
| GTM/GAL | 737.4 | 734.4 | 747.2 | 771.0 |

# Fuel Intensity Policy

For purposes of calculating the Fuel Intensity Factor for the Fuel Surcharge Formula, fuel expense from the Annual Report as a ratio to operating expense will be used.

BNSF's fuel expense as reported in our Annual Report and in the R1 include the effect of our hedging program. The hedge dollars are not explicitly stated in these public documents. Therefore, using the public data will be the easiest and most directly auditable method for our customer community.

BNSF's fuel surcharge team will annually evaluate the differentials among the following:

- BNSF's fuel expense with hedging (the publicly reported figures)
- BNSF's fuel expense without hedging
- WTI (Crude Oil)
- HDF (Highway Diesel Fuel).

The purpose of analyzing these differentials will be to determine if BNSF's fuel expense relative to WTI and HDF is increasing or decreasing and whether the BNSF fuel expense still has a high correlation (over 90%) to the Benchmarks.

# BNSF Fuel Exp. To Revenue

| Marketing Group | 1999 Gross Revenue | 1999 Fuel Expense | 1999 Percent of Gross Rev. | 2000 Gross Revenue | 2000 Fuel Expense | 2000 Percent of Gross Rev. |
|---|---|---|---|---|---|---|
| Coal | 2,248,148,572 | 157,657,323 | 7.01% | 2,187,859,360 | 223,773,072 | 10.23% |
| | | | | | | |
| Barley | 64,769,879 | 3,551,095 | 5.48% | 58,168,613 | 4,270,282 | 7.34% |
| Corn | 379,951,416 | 22,780,539 | 6.00% | 337,325,105 | 29,946,577 | 8.88% |
| Wheat | 434,151,258 | 22,983,156 | 5.29% | 409,756,463 | 24,791,148 | 6.05% |
| Soybeans | 113,919,857 | 12,798,519 | 11.23% | 116,757,893 | 9,094,970 | 7.79% |
| Oils | 31,690,558 | 2,496,904 | 7.88% | 30,139,264 | 3,064,982 | 10.17% |
| Feeds | 64,194,809 | 10,639,902 | 16.57% | 67,138,737 | 10,467,581 | 15.59% |
| Flour/Mill | 45,012,999 | 3,055,039 | 6.79% | 46,964,249 | 4,044,964 | 8.61% |
| Spec Grain | 25,290,980 | 1,446,351 | 5.72% | 24,316,442 | 2,094,430 | 8.61% |
| Bulk Food | 222,506,580 | 4,481,635 | 2.01% | 206,742,115 | 15,918,375 | 7.70% |
| Oil Seed | 68,947,814 | 7,684,770 | 11.15% | 75,259,283 | 6,029,923 | 8.01% |
| Malt | 19,034,379 | 840,673 | 4.42% | 19,173,380 | 1,139,115 | 5.94% |
| Milo | 38,590,534 | 1,835,483 | 4.76% | 36,106,691 | 2,678,598 | 7.42% |
| Total Ag | 1,598,061,054 | 94,594,066 | 6.27% | 1,427,848,235 | 113,540,945 | 7.95% |
| | | | | | | |
| Fertilizers | 225,841,328 | 12,062,298 | 5.34% | 218,884,611 | 14,309,962 | 6.54% |
| Ind Chem | 187,740,951 | 11,725,688 | 6.25% | 175,405,343 | 13,458,492 | 7.67% |
| Petro Prod | 321,972,089 | 18,997,799 | 5.90% | 334,740,808 | 26,570,351 | 7.94% |
| Plastics | 190,556,232 | 11,158,166 | 5.86% | 185,827,032 | 13,387,643 | 7.20% |
| Total Chemicals | 926,110,600 | 53,943,951 | 5.82% | 914,857,794 | 67,726,448 | 7.40% |
| | | | | | | |
| Pulpmill | 65,560,396 | 3,813,473 | 5.82% | 60,455,330 | 4,179,964 | 6.91% |
| Struct Panels | 84,231,459 | 6,828,662 | 8.11% | 80,125,714 | 7,462,302 | 9.31% |
| Lumber | 223,542,984 | 15,761,883 | 7.05% | 215,204,661 | 19,706,519 | 9.16% |
| Particlbrd | 33,229,451 | 2,293,754 | 6.90% | 35,119,951 | 3,065,364 | 8.73% |
| Build Prod | 63,905,221 | 4,578,448 | 7.16% | 66,288,843 | 6,269,716 | 9.46% |
| Woodpulp | 36,108,187 | 3,074,668 | 8.52% | 34,269,680 | 2,973,544 | 8.68% |
| Paper Prod | 86,599,340 | 4,723,288 | 5.45% | 88,739,893 | 6,648,921 | 7.49% |
| Pulpboard | 109,854,729 | 6,125,627 | 5.58% | 113,198,886 | 8,062,912 | 7.12% |
| Total Forest Prod | 703,031,767 | 47,199,803 | 6.71% | 693,402,958 | 58,369,242 | 8.42% |
| | | | | | | |
| Steel Prod | 250,960,099 | 15,110,720 | 6.02% | 270,020,138 | 23,395,508 | 8.66% |
| Non Ferr | 121,442,682 | 6,657,506 | 5.48% | 115,098,118 | 8,804,160 | 7.65% |
| Tac/Coke | 90,516,681 | 4,575,515 | 5.05% | 101,161,052 | 7,018,250 | 6.94% |
| Total Metals | 462,919,462 | 26,343,741 | 5.69% | 486,279,308 | 39,217,918 | 8.06% |
| | | | | | | |
| Spec Minerals | 22,948,786 | 354,876 | 1.55% | 22,293,685 | 1,101,780 | 4.94% |
| Govt/Mach | 71,307,296 | 4,110,511 | 5.76% | 64,858,419 | 2,907,313 | 4.48% |
| Clays | 108,092,396 | 5,070,682 | 4.69% | 115,038,477 | 7,631,206 | 6.63% |
| Sand | 45,955,378 | 2,641,484 | 5.75% | 56,541,118 | 4,229,780 | 7.48% |
| Waste Prd | 49,489,999 | 4,699,073 | 9.49% | 45,334,787 | 4,941,762 | 10.90% |
| Aggregates | 60,104,711 | 4,475,312 | 7.45% | 63,487,454 | 4,654,754 | 7.33% |
| Sodium Cmp | 56,255,070 | 2,844,010 | 5.06% | 51,955,442 | 3,143,413 | 6.05% |
| Cem/Gyp/Lm | 88,091,865 | 4,830,936 | 5.48% | 90,487,020 | 6,473,737 | 7.15% |
| Borates | 34,818,109 | 2,113,051 | 6.07% | 34,396,630 | 2,350,217 | 6.83% |
| Total Mins/Mach | 537,063,610 | 31,139,935 | 5.80% | 544,393,032 | 37,433,962 | 6.88% |
| | | | | | | |
| Total Industrial | 2,629,125,439 | 158,627,430 | 6.03% | 2,638,933,092 | 202,747,570 | 7.68% |

# BNSF Fuel Intensity Factors

| Year | Carload FI (Fuel Exp./Total Op. Exp. per Annual Rpt) | Intermodal FI (I/M Fuel Exp./Total Variable Cost for 1999 per MDSP) | Carload FI (C/L Fuel Exp./Total Variable Cost for 1999 per MDSP) |
|---|---|---|---|
| 2000 | 13.1% | 17.0% | 17.0% |
| 1999 | 10.2% | 13.9% | 13.0% |
| 1998 | 10.7% | N/A | N/A |

# Fuel Intensity by BU

## (% Fuel Cost to Total Variable Cost)

| BU | 1999 | 2000 |
|---|---|---|
| Coal | 18.0% | 24.0% |
| Ag | 12.0% | 16.0% |
| Chemicals | 12.0% | 15.0% |
| Forest | 10.7% | 14.0% |
| Metals | 10.5% | 13.0% |
| Minerals | 10.0% | 13.0% |
| Perishable | 14.7% | 18.0% |
| Dry Boxcar | 11.2% | 15.0% |
| Automotive | 12.2% | 15.0% |
| IBU | 13.9% | 17.0% |
| Totals | 13.5% | 17.0% |

# Fuel Surcharge Comparison by RR

| RR | Effective Date | $28 WTI Fuel Price | $33 WTI | $38 WTI | Thereafter WTI | S/C Changes When | Actual S/C Assessed |
|---|---|---|---|---|---|---|---|
| BNSF (c/l) | Perishables 3/15<br>Dry Boxcar 4/1<br>Chemicals 8/1<br>Metals 8/1<br>Minerals/Mach 8/1<br>Autos * 11/1<br>Forest n/a<br>Paper 12/1<br>Ag n/a<br>Coal n/a | 2% | 4% | 6% | 1% for ea $2.50 additional | Each month the avg WTI is calculated & the appropriate S/C is applied for the following month.<br><br>* - Autos are negotiated S/C's | 3/00 2%<br>4/00 2.9%<br>5/00 n/a<br>6/00 2.3%<br>7/00 3.6%<br>8/00 2.7%<br>9/00 3.4%<br>10/00 4%<br>11/00 3%<br>12/00 4% |
| CN | 5/1/01<br>aug 28.01 4% | 4% -fr $27 to 31.99<br><br>Note: 2% eff. $24-26.99 | 6% - fr $32 to 36.9 | 8% - fr $37 to 41.9 | 2% for ea $5 | Each quarter the avg WTI will be calculated & the appropriate S/C will be applied for the following quarter, subject to 20 days min. notice. | |
| CP | 5/1/00<br>12/11/00 | 3%<br>+3% | 3%<br>+3% | 3%<br>+3% | 3%<br>+3% | 2nd 3% will drop off if WTI falls below US$30 for 90 consecutive days; 1st 3% drops if WTI falls below US$22 for 90 consecutive days. | 5/1 - 12/11 3%<br>12/11 - ? 6% |
| CSXT | 10/25/00 | 2% | 4% | 6% | 2% for ea $5 | Basically copied NS. | 10/25 – current 2% |
| KCS | N/A | | | | | | |
| NS | 6/19/00 | 2% | 4% | 6% | 2% for ea $5 | Daily WTI must equal or exceed a bracket for 30 days before the appropriate S/C is applicable. Conversely, will decrease when WTI remains below a bracket for 30 days. | 6/19 – current 2% |
| UP | N/A | | | | | | |

# Fuel S/C Competitive Analysis



# 2000 Fuel Expense vs. Gross Revenue

| | 2000 Gross Rev (000's) | 2000 Fuel Exp (000's) | Change in Fuel Exp (00 vs 99) (000's) | 2000 Fuel Exp. Chg. as % of GrossRev |
|---|---|---|---|---|
| **Coal** | 2187.9 | 223.8 | 66.1 | 3.0% |
| **Ag** | 1427.8 | 113.5 | 18.9 | 1.3% |
| **Industrial** | | | | |
| Chemicals | 914.9 | 67.7 | 13.8 | 1.5% |
| Forest | 693.4 | 58.4 | 11.2 | 1.6% |
| Metals | 486.3 | 39.2 | 12.9 | 2.6% |
| Min/Mach | 544.4 | 37.4 | 6.3 | 1.2% |
| **Industrial Total** | 2638.9 | 202.7 | 44.1 | 1.7% |
| **Consumer** | | | | |
| Perishable | 115.3 | 15.3 | 5.4 | 4.7% |
| Dry Boxcar | 176.3 | 18.7 | 5.0 | 2.9% |
| Automotive | 500.4 | 45.4 | 13.3 | 2.7% |
| Carload Total | 792.0 | 79.4 | 23.7 | 3.0% |
| Direct | 878.7 | 84.2 | 19.5 | 2.2% |
| IMC | 471.5 | 52.1 | 11.8 | 2.5% |
| INTL | 961.9 | 119.1 | 39.8 | 4.1% |
| Truckload | 431.9 | 53.9 | 13.9 | 3.2% |
| IBU Total | 2744.0 | 309.2 | 85.2 | 3.1% |
| **Consumer Total** | 3536.0 | 388.6 | 108.9 | 3.1% |
| **Business Units Total** | 9790.6 | 928.7 | 238.1 | 2.4% |
| Company Material | | 3.6 | -5.4 | NA |
| **BNSF Total** | 9790.6 | 932.3 | 232.6 | 2.4% |

Home Customers Investors Employees Media About BNSF Search

BNSF Burlington Northern Santa Fe Railway We Can Move Your World.™

# BNSF Rules Book 6100 - Carload Fuel Surcharge

A fuel surcharge may be applied to price authorities subject to BNSF Rules Book 6100. The surcharge for the following month will be determined on the twenty-first of the current month based on the average price of West Texas Intermediate Crude Oil between the twenty-first of the prior month and the twentieth of the current month. The Fuel Surcharge Rate (FSR) is determined from the table found in item 3375 of BNSF Rules Book 6100 Series. The BNSF Rules Book 6100 can be found online at: http://wwwd.bnsf.com/website/demurrage.nsf/Demurrage

## Fuel Surcharge Rate:

| For the Month of: | Prior WTI Average: |
|---|---|
| May 2001 (N/A until 04/21/01) | Mar. 21 - Apr. 20 (N/A until 04/21/01) |
| April 2001 0.0% | Feb. 21 - Mar. 20 $27.75 |
| March 2001 2.0% | Jan. 21 - Feb. 20 $30.30 |
| February 2001 2.0% | Dec. 21 - Friday Jan. 19 $28.24 |
| January 2001 3.0% | Nov. 21 - Dec. 20 $31.03 |
| December 2000 4.0% | Oct. 21 - Nov. 20 $33.95 |
| November 2000 3.0% | Sept. 21 - Oct. 20 $32.51 |
| October 2000 4.0% | Aug. 21 - Sept. 20 $34.01 |
| September 2000 3.4% | August $31.22 |
| August 2000 2.7% | July $29.72 |
| July 2000 3.6% | June $31.86 |
| June 2000 2.3% | May $28.78 |
| May 2000 1.0% no fuel surcharge applied* | April $25.74 |

WTI = Prior Period's average price of West Texas Intermediate Crude Oil as reported in the WALL STREET JOURNAL.

## FSR as of October 1, 2000 (see table below)

**Fuel Surcharge Table**

| Prior Period's Avg. Price of WTI between: | Applicable Fuel Surcharge: |
|---|---|
| $28.00 to $30.49 | 2.0% |
| $30.50 to $32.99 | 3.0% |
| $33.00 to $35.49 | 4.0% |
| $35.50 to $37.99 | 5.0% |
| $38.00 to $40.49 | 6.0% |
| $40.50 to $42.99 | 7.0% |
| $43.00 to $45.49 | 8.0% |

Each $2.50 per barrel increase there after apply an additional 1.0%

Fuel SC

BILL.HOGBIN@CN.CA

~~CHARLIE.O.MOODY@KCSR.COM~~
~~E.L.Gadson~~
~~DAVEGRAMLICH@UP.COM~~

~~Samie~~ _tien@STATESRAIL.COM
Jaime

KURTSCHROEDER@UP.COM — OK 4/26

LEANN.beall@WEYERHAEUSER.COM - shortline

MANUEL.E.PEREZ@TXMX.COM

MJONES@IMRAIL.COM

RAY_HAVEY@CSX.COM CSXT rev. % had been? 
McIntyre — OK ~~4/25~~ 4/30
904 359 3650

TPNOSER@UP.COM
~~CP~~ Finch - SEE ATTACHED ISSUE — 5/1 — OK
~~NS~~ Pfeifer 540-985-6325 — OK
Pat Glennon, new Dir
Scharpf.

Grant Orburn ASLRRA — OK 4/26

CSXT Fuel
2000 651 +38%
1999 472 +20%
179
98 393
79

HIGHLY CONFIDENTIAL 

**BNSF**

THOMAS J. JACOBOWSKI
*General Director, Price Management*

**Burlington Northern Santa Fe**
3001 Lou Menk Drive
Ft. Worth, TX 76131-2815
Phone: (817) 593-1131
Fax: (817) 593-2909
EMAIL: Thomas.Jacobowski@bnsf.com

April 25, 2001

Dear Interline Partner:

Subject: Changes to BNSF Carload Fuel Surcharge Calculation

The Burlington Northern Santa Fe Railway requests your concurrence to change our carload Fuel Surcharge calculation for joint line prices, effective July 1, 2001. We are changing the fuel index we use from WTI to Highway Diesel Fuel (HDF). Our analysis shows that the fuel prices BNSF pays are more closely correlated with HDF than WTI. Therefore, we feel HDF is a better index to use. The HDF index is published on the U.S. Government's Energy Information Administration website at: "http://www.eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed. We will be using the National U.S. average for our index. This will also provide our customers with a single index to monitor since HDF is what the intermodal business (and the trucking industry) uses to assess their Fuel Surcharges. While we will still publish the Fuel Surcharge in table form for ease of use, it will continue to be based on a formula, as shown on the attached, subject to annual review. Note the table will start with a minimum threshold of 1% and increase in 0.5% intervals. Finally, to allow customers more time to be notified of our monthly Fuel Surcharge Rate (FSR), we will give customers a full month's notification. For example, the July FSR will be based on the average HDF price in May. These changes will be published in BNSF Rules Book 6100. We will continue to send you monthly emails with joint line prices that are subject to the Fuel Surcharge.

Please provide your concurrence by April 30, 2001. If we do not receive a reply from you by this date, we will assume your concurrence.

If you have any questions, please contact me as shown above or contact Ken Holmes on 817-593-1148, email Ken.Holmes@BNSF.com.

Sincerely,

Tom Jacobowski

BNSFlh1.sty

## Jacobowski, Thomas J

**From:** Jacobowski, Thomas J
**Sent:** Wednesday, April 25, 2001 3:18 PM
**Subject:** Changes to BNSF Fuel SC

Dear Interline Partner:
See the attached concerning changes to the BNSF Carload Fuel Surcharge Calculation & request for your concurrence.
Please contact us if you have any questions. Thank you!

Fuel SC April 2001.doc    Fuel SC HDF CL Table.xls

*Tom Jacobowski*
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com



HIGHLY CONFIDENTIAL 

| BNSF Carload Fuel Surcharge Table | |
|---|---|
| **Average HDF Price:** | **Applicable Fuel Surcharge Rate:** |
| $0.00 to $1.299 | 0.0% |
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |
| $2.00 to $2.049 | 8.0% |
| | |
| Each $0.05 per gallon increase thereafter, apply an additional 0.5%. | |

Note: The above Table is derived from the formula:
FSR = (Avg. HDF Price/BV-1)*FI where,
FSR is the Fuel Surcharge Rate
Avg. HDF Price is the average Highway Diesel Fuel Price, calculated monthly, as reported weekly at the US Government's Energy Information Administration's website at:
http://www.eia.doe.gov/pub/oil_gas/petroleum/data_publications/weekly_on_highway_diesel_prices/current/html/diesel.html
BV is the year 2000 5 Year rolling average HDF Price of $1.22/gal., reviewed annually
FI is BNSF's Fuel Expense/Total Operating Expense for the year 2000 of 13.1%, as reported in the BNSF 2000 Annual Report, reviewed annually

## Jacobowski, Thomas J

**From:** KURTSCHROEDER@UP.COM
**Sent:** Thursday, April 26, 2001 3:33 PM
**To:** thomas.jacobowski@BNSF.com
**Cc:** DAVEGRAMLICH@UP.COM; TPNOSER@up.com; RTHARRIS@up.com; LMHUSTAD@up.com; JERRYSTEWART@UP.COM; RKDAVISO@up.com
**Subject:** BNSF Fuel Surcharge - Project 1187

Microsoft Word 4 Excel 2.x Chart

Jake,
Confirming our conversation this afternoon.

Union Pacific concurs to changing the BNSF FSC Index from WTI to HDF.
Effective 7/1/2001.

As also discussed/agreed, BNSF(UP) price dockets will continue to point our same FSC Group Docket.

Kurt S.
---------------------- Forwarded by Kurt H. Schroeder on 04/26/2001 03:21 PM ---------------------------

"Jacobowski, Thomas J" <Thomas.Jacobowski@bnsf.com> on 04/25/2001 03:18:20 PM

To:
cc:

Subject: Changes to BNSF Fuel SC

Dear Interline Partner:
See the attached concerning changes to the BNSF Carload Fuel Surcharge Calculation & request for your concurrence. Please contact us if you have any questions. Thank you!

<<Fuel SC April 2001.doc>> <<Fuel SC HDF CL Table.xls>>

Tom Jacobowski
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com

(See attached file: Fuel SC April 2001.doc)
(See attached file: Fuel SC HDF CL Table.xls)



HIGHLY CONFIDENTIAL BNSF-0814224

DA03952

## Jacobowski, Thomas J

**From:** Jacobowski, Thomas J
**Sent:** Thursday, April 26, 2001 8:35 AM
**To:** 'DAVEGRAMLICH@UP.COM'; Jacobowski, Thomas J
**Cc:** KURTSCHROEDER@UP.COM; TPNOSER@up.com; RTHARRIS@up.com; LMHUSTAD@up.com; RKDAVISO@up.com; JERRYSTEWART@UP.COM
**Subject:** RE: Changes to BNSF Fuel SC

Dave: We'll be adding up the weekly #'s & calculating an average for the month. Sorry if I didn't make that clear. Kurt S. & TP Noser were sent this too. I used the blind copy function so I could send it out once to everyone. Separately, good luck to the Blues-I think it will be a good playoff series!

Tom Jacobowski
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com

-----Original Message-----
From: DAVEGRAMLICH@UP.COM [mailto:DAVEGRAMLICH@UP.COM]
Sent: Thursday, April 26, 2001 7:21 AM
To: thomas.jacobowski@bnsf.com
Cc: KURTSCHROEDER@UP.COM; TPNOSER@up.com; RTHARRIS@up.com; LMHUSTAD@up.com; RKDAVISO@up.com; JERRYSTEWART@UP.COM
Subject: Changes to BNSF Fuel SC

Mr. Jacobowski,

I may have missed it on the attachments below, but are you going to take the simple average of the 4 or 5 weekly avg HDF's for a month or are you going to use a specific week's reporting? The U.S. Government implemented a surcharge using the same DOE data but they are using the avg HDF on the first Monday of the reporting month. I do not believe the "EIA On Highway Diesel Prices" reports a monthly average but only lists weekly averages. The answer to this question would make a difference using April's National U.S. Average. The average for the first Monday 4/2/01 was 1.391. The simple average of the 4 weeks so far for April is 1.417. Using the simple average would result in a 2% surcharge but using the first Monday would result in a 1.5% surcharge.

Kurt - I assume you received this as well but forwarding to you just in case you didn't get it.

--------------------- Forwarded by Dave A. Gramlich on 04/26/2001 06:52 AM
---------------------------

"Jacobowski, Thomas J" <Thomas.Jacobowski@bnsf.com> on 04/25/2001 03:18:20 PM

To:
cc:

Subject: Changes to BNSF Fuel SC

**Jacobowski, Thomas J**

**From:** Grant Ozburn [gozburn@aslrra.org]
**Sent:** Thursday, April 26, 2001 3:21 PM
**To:** Thomas.Jacobowski@BNSF.com
**Subject:** FW: Changes to BNSF Fuel SC

Tom:

Re your e-mail below requesting concurrence in changing Carload Fuel Surcharge calculation for joint line prices as outlined therein, effective July 1, 2001. (Change fuel index from WTI to Highway Diesel Fuel (HDF).

This will serve as concurrence of carriers represented by this Association only to the extent such carriers named in the enclosed TRAFFIC LIST currently participate in BNSF's Fuel Surcharge program.

K. Grant Ozburn, Jr.
Executive Director
Traffic & Tariff Publishing Services
American Short Line and Regional Railroad Association
Direct Line: (202) 585-3441
Main Line: (202) 628-4500
Fax Line: (202) 628-6430
e-mail: gozburn@aslrra.org

-----Original Message-----
**From:** Jacobowski, Thomas J [mailto:Thomas.Jacobowski@bnsf.com]
**Sent:** Wednesday, April 25, 2001 4:18 PM
**Subject:** Changes to BNSF Fuel SC

Dear Interline Partner:
See the attached concerning changes to the BNSF Carload Fuel Surcharge Calculation & request for your concurrence. Please contact us if you have any questions. Thank you!

<<Fuel SC April 2001.doc>> <<Fuel SC HDF CL Table.xls>>

*Tom Jacobowski*
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com

## AMERICAN SHORT LINE AND REGIONAL RAILROAD ASSOCIATION

### RAIL MEMBERS
### *TRAFFIC LIST*

| ALPHA | CARRIER NAME |
|---|---|
| ACWR | Aberdeen, Carolina & Western Railway Co. |
| AR | Aberdeen & Rockfish Railroad Company |
| AKDN | Acadiana Railway Company |
| ADBF | Adrian & Blissfield Rail Road Company |
| AB | Akron Barberton Cluster Railway |
| ALA | Alabama & Gulf Coast Railway |
| AGCR | Alamo Gulf Coast Railroad |
| ARR | Alaska Railroad Corporation |
| AERC | Albany & Eastern Railroad Company |
| ARC | Alexander Railroad Company |
| AWW | Algers, Winslow & Western Railway Company |
| ALQS | Aliquippa and Southern Railroad Company |
| ALY | Allegheny & Eastern Railroad, Inc. |
| ANR | Angelina & Neches River Railroad Company |
| AA | Ann Arbor Railroad |
| APA | Apache Railway Company |
| AN | Apalachicola Northern Railroad Company |
| APNC | Appanoose County Community Railroad |
| ARZC | Arizona & California Railroad |
| AZCR | Arizona Central Rail Road |
| AZER | Arizona Eastern Railway Company |
| ALM | Arkansas, Louisiana & Mississippi Railway Co. |
| AKMD | Arkansas Midland Railroad Company, Inc. |
| AM | Arkansas & Missouri Railroad Company |
| ACJR | Ashtabula, Carson & Jefferson Railroad |
| ATLT | AT&L Railroad Company |
| ATW | Atlantic and Western Railway, L.P. |
| AUAR | Austin Area Terminal Railroad |
| BDW | Bad Water Railway |
| BDTL | Ballard Terminal Railroad Co. |
| BAR | Bangor and Aroostook Railroad Company |
| BKRR | Batten Kill Railroad Company |
| BXN | Bauxite & Northern Railway Company |
| BCLR | Bay Colony Railroad Corporation |
| BAYL | The Bay Line Railroad, L.L.C. |
| BMH | Beaufort & Morehead Railway |
| BML | Belfast & Moosehead Lake Railroad |
| BRC | Belt Railway Company of Chicago, The |
| BS | Birmingham Southern Railroad Company |
| BLR | Blacklands Railroad, The |
| BLOL | Bloomer Line, The |
| BOP | Border Pacific Railroad Company |
| BVRY | Brandywine Valley Railroad Company |
| BRG | Brownsville & Rio Grande International Railroad |
| BB | Buckingham Branch Railroad Company |
| BPRR | Buffalo & Pittsburgh Railroad, Inc. |
| BSOR | Buffalo Southern Railroad |
| BJRY | Burlington Junction Railway |

| ALPHA | CARRIER NAME |
|---|---|
| CSKR | C & S Railroad Corporation |
| CWCY | Caldwell County Railroad Company |
| CFNR | California Northern Railroad |
| CSP | Camas Prairie RailNet, Inc. |
| CDAC | Canadian American Railroad Company |
| CFWR | Caney Fork & Western Railroad |
| CTN | Canton Railroad Company |
| CLNA | Carolina Coastal Railway, Inc. |
| CPDR | Carolina Piedmont Division/SC Central Railroad |
| CRIJ | Carolina Rail Services Company |
| CALA | Carolina Southern Railroad Company |
| CIC | Cedar Rapids & Iowa City Railway Company |
| CEIW | Central Indiana & Western Railroad |
| CKRY | Central Kansas Railway |
| CMGN | Central Michigan Railway Company |
| CM | Central Montana Rail |
| CNZR | Central New England Railroad |
| CORP | Central Oregon & Pacific Railroad |
| CERA | Central Railroad Company of Indianapolis, Inc. |
| CIRR | Chattahoochee Industrial Railroad |
| CCKY | Chattooga & Chickamauga Railroad |
| CHR | Chestnut Ridge Railway Company |
| CRL | Chicago Rail Link |
| CSL | Chicago Short Line Railway Company |
| CSS | Chicago, SouthShore & South Bend Railway |
| CBRM | Chillicothe-Brunswick Rail Authority |
| COP | City of Prineville Railway |
| CCRR | Claremont-Concord Railroad Corporation |
| CLP | Clarendon & Pittsford Railroad Company |
| CKP | Colorado Kansas & Pacific Railway Co. |
| CW | Colorado & Wyoming Railway Company |
| CBRW | Columbia Basin Railroad Co. |
| CLC | Columbia & Cowlitz Railway Company |
| CT | Columbia Terminal |
| CAGY | Columbus & Greenville Railway Company |
| CUOH | Columbus & Ohio River Rail Road Company |
| CWRY | Commonwealth Railway Incorporated |
| CBL | Conemaugh & Black Lick Railroad Co. |
| CBRY | Copper Basin Railway, Inc. |
| COER | Crab Orchard & Egyptian Railroad |
| CUVA | Cuyahoga Valley Railway Company |
| DAIR | D & I Railroad Co. |
| DME | Dakota, Minnesota & Eastern Railroad |
| DMVW | Dakota, Missouri Valley & Western Railroad, Inc. |
| DGNO | Dallas, Garland & Northeastern Railroad |
| DR | Dardanelle & Russellville Railroad |
| DT | Decatur Junction Railroad |
| DC | Delray Connecting Railroad Company |
| DSRR | Delta Southern Railroad Company |
| DVS | Delta Valley & Southern Railway Company |
| DLWR | Depew, Lancaster & Western Railroad Company, Inc. |
| DQE | DeQueen & Eastern Railroad Company |
| DCRR | Dubois County Railroad |
| DNE | Duluth & Northeastern Railroad Company |

| ALPHA | CARRIER NAME |
|---|---|
| WVC | Durbin and Greenbrier Valley dba West Virginia Central Railroad |
| EACH | East Camden & Highland Railroad Company |
| ECBR | East Cooper and Berkeley Railroad |
| EEC | East Erie Commercial Railroad |
| EJR | East Jersey Railroad & Terminal Company |
| ETRY | East Tennessee Railway, L.P. |
| EARY | Eastern Alabama Railway |
| EIRR | Eastern Idaho Railroad |
| ESHR | Eastern Shore Railroad, Inc. |
| EFRR | Effingham Railroad Company |
| EJE | Elgin, Joliet & Eastern Railway |
| ELS | Escanaba & Lake Superior Railroad |
| ETL | Essex Terminal Railway Co. |
| EV | Everett Railroad Company, The |
| FMRC | Farmrail Corporation |
| FGLK | Finger Lakes Railway Corporation |
| FIR | Flats Industrial Railroad |
| FCEN | Florida Central Railroad Company |
| FEC | Florida East Coast Railway Company |
| FMID | Florida Midland Railroad Co., Inc. |
| FNCR | Florida Northern Railroad Company |
| FWCR | Florida West Coast Railroad Company |
| FP | Fordyce & Princeton Railroad |
| FWWR | Fort Worth & Western Railroad |
| GVSR | Galveston Railroad, L.P. |
| GNWR | Genesee & Wyoming Railroad Company |
| GRR | Georgetown Railroad Company |
| GC | Georgia Central Railway, L.P. |
| GFRR | Georgia & Florida RailNet |
| GNRR | Georgia Northeastern Railroad Co., Inc. |
| GSWR | Georgia Southwestern Division/SC Central Railroad |
| GWRC | Georgia Woodlands Railroad |
| GLSR | Gloster Southern Railroad Company |
| GEXR | Goderich Exeter Railway Co. Ltd. |
| GTRA | Golden Triangle Railroad |
| GU | Grafton & Upton Railroad Company |
| GNBC | Grainbelt Corporation |
| GR | Grand Rapids Eastern Railroad |
| GMRY | Great Miami & Scioto Railway |
| GTR | Great River Railroad |
| GRWR | Great Walton Railroad Company, Inc. |
| GWR | Great Western Railway of Colorado, L.L.C. |
| GMRC | Green Mountain Railroad Company |
| GCSS | Gulf, Colorado & San Saba Railway |
| HS | H & S Railroad Company |
| HB | Hampton & Branchville Railroad Company |
| HRT | Hartwell Railroad Company |
| HOG | Heart of Georgia Railroad |
| HE | Hollis & Eastern Railroad Company |
| HOS | Hoosier Southern Railroad |
| HMCR | Huntsville & Madison County RR Authority, The |

| ALPHA | CARRIER NAME |
|---|---|
| HESR | Huron and Eastern Railway Company, Inc. |
| HN | Hutchinson & Northern Railway Company |
| | |
| IMRL | I & M Rail Link, LLC |
| INPR | Idaho Northern & Pacific Railroad Company |
| IMRR | Illinois & Midland Railroad, Inc. |
| IR | Illinois RailNet, Inc. |
| ICRK | Indian Creek Railroad Company |
| IHB | Indiana Harbor Belt Railroad Company |
| IN | Indiana Northeastern Railroad Company, Inc. |
| IORP | Indiana & Ohio Rail Passenger Corp. |
| IORY | Indiana & Ohio Railway Company |
| INRD | Indiana Rail Road Company, The |
| ISRR | Indiana Southern Railroad, Inc. |
| IAIS | Iowa Interstate Railroad Ltd. |
| IANR | Iowa Northern Railway Company |
| IATR | Iowa Traction Railroad Company |
| ISSR | ISS Rail, Inc. |
| | |
| JEFW | Jefferson Warrior Railroad Company |
| JERC | Joppa & Eastern Railroad Company |
| JVRR | Juniata Valley Railroad Company |
| | |
| WNFR | Kanawha Rail Corp. |
| KBSR | Kankakee, Beaverville & Southern Railroad |
| KRL | KASGRO Rail Lines |
| KRR | Kiamichi Railroad |
| KJR | Kiski Junction Railroad |
| KKRR | Knox & Kane Railroad Company |
| KXHR | Knoxville & Holston River Railroad |
| KWT | KWT Railway, Inc. |
| KYLE | Kyle Railroad Company |
| | |
| LMIC | Lake Michigan and Indiana Railroad Co. |
| | Lake Shore Railway Association, Inc. |
| LSRC | Lake State Railway Company |
| LSI | Lake Superior & Ishpeming Railroad Company |
| LC | Lancaster & Chester Railway Company |
| AMHR | Landisville Railroad, Inc. |
| LRS | Laurinburg & Southern Railroad |
| LINC | Lewis & Clark Railway |
| LXOH | Lexington & Ohio Railroad Company |
| LKRR | Little Kanawha River Rail, Inc. |
| LRPA | Little Rock Port Railroad |
| LRWN | Little Rock & Western Railway, L.P. |
| LAL | Livonia, Avon & Lakeville Railroad Corporation |
| LDRR | Louisiana & Delta Railroad Co., Inc. |
| LNW | Louisiana & North West Railroad Company |
| LIRC | Louisville & Indiana Railroad |
| LNAL | Louisville, New Albany & Corydon Railroad Company |
| LXVR | Luxapalila Valley Railroad |
| LVRR | Lycoming Valley Railroad Company |
| | |
| MNBR | M & B Railroad, L. L. C. |
| CMPA | Madison Railroad (City of Madison Port Auth.) |
| MJ | Manufacturers Junction Railway Co. |

| ALPHA | CARRIER NAME |
|---|---|
| MRS | Manufacturers Railway Company |
| MMID | Maryland Midland Railway Company |
| MCER | Massachusetts Central Railroad Corporation |
| MSTR | Massena Terminal Railroad Company, The |
| MCR | McCloud Railway Company |
| MGRI | M. G. Rail, Inc. |
| MS | Michigan Shore Railroad, Inc. |
| MIDH | Middletown & Hummelstown Railroad Company |
| MNJ | Middletown & New Jersey Ry. Co., Inc. |
| MDLR | Midland Terminal Company |
| MMRR | Mid-Michigan Railroad |
| MNNR | Minnesota Commercial Railroad Company |
| MDW | Minnesota, Dakota & Western Railway Company |
| MSWY | Minnesota Southern Railway, Inc. |
| MSE | Mississippi Export Railroad Company |
| MSV | Mississippi & Skuna Valley Railroad Company |
| MT | Mississippi & Tennessee RailNet, Inc. |
| MSRW | Mississippian Railway Cooperative, Inc. |
| MOC | Missouri Central Railroad |
| MNA | Missouri & Northern Arkansas Railroad Company |
| MET | Modesto & Empire Traction Company |
| MHWA | Mohawk, Adirondack & Northern Railroad Corporation |
| MRL | Montana Rail Link, Inc. |
| MWRR | Montana Western Railway Company |
| ME | Morristown & Erie Railway, Inc. |
| MCSA | Moscow, Camden & San Augustine Railroad |
| MH | Mt. Hood Railroad Co. |
| NVRR | Napa Valley Railroad Company |
| NCYR | Nash County Railroad Corporation |
| NERR | Nashville & Eastern Railroad Corp. |
| NAUG | Naugatuck Railroad Company |
| NRI | Nebkota Railway, Inc. |
| NCRC | Nebraska Central Railroad Company |
| NKCR | Nebraska, Kansas & Colorado RailNet |
| NENE | Nebraska Northeastern Railway Company |
| NECR | New England Central Railroad |
| NHN | New Hampshire Northcoast Corporation |
| NOGC | New Orleans & Gulf Coast Railway Co., Inc. |
| NOPB | New Orleans Public Belt Railroad |
| NYA | New York & Atlantic Railway |
| NYGL | New York & Greenwood Lake Railway |
| NYOG | New York & Ogdensburg Railway Co., Inc. |
| NYSW | New York, Susquehanna & Western Railroad |
| NSR | Newburgh & South Shore Railroad Company |
| NTRY | Nimishillen & Tuscarawas Railway Company |
| NBER | Nittany & Bald Eagle Railroad Company |
| NPB | Norfolk and Portsmouth Belt Line |
| NCVA | North Carolina & Virginia Railroad Co., Inc. |
| NSHR | North Shore Railroad Company |
| NOKL | Northwestern Oklahoma Railroad |
| OGEE | Ogeechee Railway Company |
| OHCR | Ohio Central Railroad, Inc. |
| OCTL | Oil Creek & Titusville Lines |
| OAR | Old Augusta Railroad Co. |

| ALPHA | CARRIER NAME |
|---|---|
| OLB | Omaha, Lincoln and Beatrice Railway Company |
| OMID | Ontario Midland Railroad Corporation |
| OUCH | Ouachita Railroad Company |
| | |
| PHL | Pacific Harbor Line |
| PAL | Paducah and Louisville Railway, Inc. |
| PCC | Palouse River and Coulee City Railroad |
| PNR | Panhandle Northern Railroad Company |
| PRT | Parr Terminal Railroad |
| PBR | Patapsco & Back Rivers Railroad |
| PVS | Pecos Valley Southern Railway Company |
| POVA | Pend Oreille Valley Railroad |
| PRL | Penn Eastern Rail Lines, Inc. |
| PPU | Peoria and Pekin Union Railway Company |
| PBNE | Philadelphia, Bethlehem and New England Railroad |
| PICK | Pickens Railway Company |
| PVRR | Pioneer Valley Railroad Company, Inc. |
| PAM | Pittsburgh, Allegheny & McKees Rocks Railroad |
| PCN | Point Comfort & Northern Railway Company |
| PBVR | Port Bienville Railroad |
| PJTP | Port Jersey Railroad Company |
| PRYL | Port Royal Railroad |
| PTR | Port Terminal RR of South Carolina |
| POTB | Port of Tillamook Bay Railroad |
| PUCC | Port Utilities Commission of Charleston, The |
| PNW | Prescott & Northwestern Railroad Company |
| PGR | Progressive Rail, Inc. |
| PW | Providence and Worcester Railroad Company |
| PSAP | Puget Sound & Pacific Railroad |
| | |
| QBT | Quincy Bay Terminal Company |
| | |
| RSM | Railroad Switching Service of Missouri, Inc. |
| RARW | Rarus Railway, Inc. |
| RR | Reader Railroad |
| RRVW | Red River Valley & Western Railroad Co. |
| RRC | Redmont Railway Co., Inc. |
| RVSC | Rio Valley Switching Company |
| RT | River Terminal Railway Company |
| RVPR | Riverport Railroad, LLC |
| RJCL | R. J. Corman Railroad Company/Cleveland Line |
| RJCM | R. J. Corman Railroad Company/The Memphis Line |
| RJCR | R. J. Corman Railroad Corporation |
| RSR | Rochester & Southern Railroad Co. |
| RRRR | Rock & Rail, Inc. |
| RSS | Rockdale, Sandow & Southern Railroad Company |
| | |
| SRN | Sabine River & Northern Railroad Company |
| SRP | Safe Handling Rail, Inc. |
| SLR | St. Lawrence & Atlantic Railroad Company |
| STMA | St. Maries River Railroad Company |
| SM | St. Marys Railroad Company |
| SLGW | Salt Lake, Garfield & Western Railway |
| SS | Sand Springs Railway Company |
| SAN | Sandersville Railroad Company |
| SDIY | San Diego & Imperial Valley Railroad Company |

| ALPHA | CARRIER NAME |
|---|---|
| SJVR | San Joaquin Valley Railroad Co., Inc. |
| SLC | San Luis Central Railroad |
| SMA | San Manuel Arizona Railroad Company |
| SWKR | San Pedro & Southwestern Railway Company |
| SCBG | Santa Cruz, Big Trees & Pacific Railway Co. |
| SFS | Santa Fe Southern Railway, Inc. |
| SMV | Santa Maria Valley Railroad Company |
| SGLR | Seminole Gulf Railway L.P. |
| SE | SEMO Port Railroad |
| SVRR | Shamokin Valley Railroad Company |
| SV | Shenandoah Valley Railroad |
| SERA | Sierra Railroad Company |
| SLRS | SMS Rail Service |
| SBVR | South Branch Valley Railroad |
| SB | South Buffalo Railway Company |
| SCRF | South Carolina Central Railroad Co., Inc. |
| SCXF | South Central Florida Express, Inc. |
| SCTR | South Central Tennessee Railroad |
| SKOL | South Kansas & Oklahoma Railroad |
| SLAL | South Plains Lamesa Railroad Ltd. |
| SERC | Southern Electric Railroad |
| SFR | Southern Freight Railroad |
| SRY | Southern Railway of British Columbia Ltd. |
| SSC | Southern Switching Company |
| SW | Southwestern Railroad, Inc. |
| SH | Steelton & Highspire Railroad Company |
| SLWC | Stillwater Central Railroad |
| STE | Stockton Terminal & Eastern Railroad |
| SBRR | Stourbridge Railroad Company |
| SRC | Strasburg Rail Road Company |
| TMBL | Tacoma Municipal Belt Line Railway |
| TTR | Talleyrand Terminal Railroad Co. |
| TSRR | Tennessee Southern Railroad Company, Inc. |
| TRRA | Terminal Railroad Association of St. Louis |
| TASD | Terminal Railway - Alabama State Docks |
| TXGN | Texas, Gonzales & Northern Railway Company |
| TM | Texas Mexican Railway Company, The |
| TXNW | Texas North Western Railway Company |
| TNER | Texas Northeastern Railroad |
| TN | Texas & Northern Railway Company |
| TXR | Texas Rock Crusher Railway Co. |
| TSE | Texas South-Eastern Railroad Company |
| TBRY | Thermal Belt Railway |
| TIBR | TimberRock Railroad |
| TISH | Tishomingo Railroad |
| TPW | Toledo, Peoria & Western Railway |
| TR | Tomahawk Railway, L.P. |
| TTIS | Transkentucky Transportation Railroad, Inc. |
| TCRC | Tri-City Railroad Company |
| TRC | Trona Railway Company |
| TVRR | Tulare Valley Railroad Company |
| TSU | Tulsa-Sapulpa Union Railway Company |
| TCKR | Turtle Creek Industrial Railroad, Inc. |
| TSBY | Tuscola & Saginaw Bay Railway |
| TCWR | Twin Cities & Western Railroad Company |

| ALPHA | CARRIER NAME |
|---|---|
| UCIR | Union County Industrial Railroad Company |
| URR | Union Railroad Company |
| UMP | Upper Merion & Plymouth Railroad Company |
| UTAH | Utah Railway Company |
| VR | Valdosta Railway, L.P. |
| VRR | Vaughan Railroad Company |
| VTR | Vermont Railway, Inc. |
| WBCR | Wabash Central Railroad Corporation |
| WSR | Warren & Saline River Railroad |
| WCTR | WCTU Railway Company |
| WCOR | Wellsboro & Corning Railroad Company |
| WTNN | West Tennessee Railroad |
| WTLR | West Texas and Lubbock Railroad |
| WKRL | Western Kentucky Railway, L.L.C. |
| WRRC | Western Rail Road Company |
| WPS | Western Rail Switching, Inc. |
| WFEC | WFEC Railroad Company |
| WE | Wheeling and Lake Erie Railway Company |
| WTJR | Wichita, Tillman & Jackson Railway |
| WUT | Wichita Union Terminal Railway Company |
| WPRR | Willamette & Pacific Railroad, Inc. |
| WVR | Willamette Valley Railway Co. |
| WTRY | Wilmington Terminal Railroad, L.P. |
| WWRC | Wilmington & Western Railway Company |
| WSRY | Winamac Southern Railway |
| WW | Winchester & Western Railroad Company |
| WGCR | Wiregrass Central Railroad |
| WC | Wisconsin Central Ltd. |
| WSOR | Wisconsin & Southern Railroad Company |
| YVRR | Yadkin Valley Railroad |
| YRC | York Railway Company |
| YARR | Youngstown & Austintown Railroad |

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

April 30, 2001

## Changes to the BNSF Carload Fuel Surcharge Calculation

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

This Pricing Update is posted on our Web site at www.bnsf.com.

Effective July 1, 2001, BNSF will be making several changes to our carload Fuel Surcharge calculation based on customer feedback.

In October 2000, we changed our Fuel Surcharge Rate (FSR) to table form in hopes of making the FSR easier to understand. However, it was still based on the following formula: FSR = (average WTI price/Benchmark Value – 1) times BNSF Fuel Intensity. Under the new change, the components of the formula will be changing.

The **Fuel Index** we currently use will be changed from the West Texas Intermediate (WTI) to Highway Diesel Fuel (HDF). Historically, the fuel prices BNSF pays are more closely correlated with HDF than WTI. Additionally, our intermodal customers have already been using HDF as an index for some time. Therefore, we feel HDF is a better index to use. HDF is the primary fuel index the trucking industry uses for general purposes. We believe this change will simplify and standardize our Fuel Surcharge billing for those customers receiving freight bills from both our carload & intermodal businesses. The HDF index is published weekly by the U.S. Government at: "http://www.eia.doe.gov". To reference this information, select "Gasoline and Diesel Fuel Update". Then select "Highway Diesel Prices" and the HDF prices are displayed. BNSF will use the HDF National U.S. Average Price for our Fuel Index, and will continue to calculate monthly fuel averages. The Benchmark Value (BV) we will use will be $1.22/gallon, which is the year 2000 5-year average HDF price. The BV will be reviewed annually based on the rolling 5-year average HDF price.

The **Fuel Intensity** (FI) factor BNSF uses is being updated from 10.2% to 13.1%. Each year we review the FI based on the percent that fuel makes up of our total operating expenses, as reported in our Annual Report. For 2000, our Fuel Expense was $932 million, divided by our Total Operating Expenses of $7,097 million, for a FI of 13.1%. The FI is substantially higher in 2000 due to our fuel expense being $232 million higher than in 1999. These values are shown on page 32 of our 2000 Annual Report.

In addition, we will start assessing a Fuel Surcharge at 1%, instead of 2%. We will continue to use a table format to show what the FSR's will be for the applicable average fuel prices. The Fuel Surcharge table values will be rounded to ½ percentages rather than whole percentages. These changes are to align our Carload FSR table with our Intermodal FSR table.

Finally, to allow customers more time to be notified of our monthly FSR, we will give customers a full month's notification. For example, the FSR for July will be based on the average HDF price in May.

The new FSR table will be as follows:

| Average HDF Price | FSR |
|---|---|
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |
| $2.00 to $2.049 | 8.0% |

Each $0.05/gallon increase thereafter, an additional 0.5% increase will be assessed.

The actual monthly FSR's will continue to be posted on our Web site at www.bnsf.com. Select "Customers." Go to the "Research Tools" section and select "Carload Fuel Surcharge" from the list. Both the old FSR table and the new FSR table will be available for a period of time. How the FSR is calculated is also shown. If you would like to receive an email when the Carload Fuel Surcharge Web page is updated each month, please email us at auxpricing@bnsf.com and you will be added to our group email list.

We hope that these changes will better suit the needs of our customers and allow for much simpler calculations. BNSF is committed to providing you with a consistent, high level of service. We must take this action to ensure that we can continue to meet that obligation. If you have any questions on the BNSF surcharge, please feel free to contact your BNSF Marketing Account Representative or auxpricing@bnsf.com .

CSX
TRANSPORTATION

Clyde V. McIntyre
Director, Marketing Services

500 Water Street – J865
Jacksonville, Florida 32202
FAX (904) 359-3472
(904) 359-3650

April 30, 2001

Tom Jacobowski
General Director, Price Management
Burlington Northern Santa Fe
3001 Lou Menk Drive
Ft. Worth, TX 76131

Dear Tom,

Please refer to your letter dated April 25, 2001 requesting CSX Transportation concurrence to changes to the BNSF carload fuel surcharge calculation.

CSX Transportation prefers the WTI formula and intends to keep it as an index for CSXT traffic moving under CSXT price authorities. However, if BNSF feels the need to go forward with changing to the Highway Diesel Fuel index for traffic moving under a BNSF price authority, we will reluctantly concur.

Sincerely,

Clyde McIntyre

## Jacobowski, Thomas J

**From:** Jacobowski, Thomas J
**Sent:** Friday, April 27, 2001 9:34 AM
**To:** 'Clyde_McIntyre@csx.com'
**Subject:** Fuel SC info

Clyde:
Here's the info. you requested for what's our fuel sc has been. For BNSF carload, this is also available on line at:
http://www.bnsf.com/business/html/fuel_surcharge.html
We are working on pulling the CSXT fuel sc $ for you too. Note-even though BNSF & CSX had $28/bbl = 2% for a fuel sc to begin, the difference in the fuel sc rates is we compute a monthly average & you count consecutive days. As you know, it never seems to stay above or below a threshold for the time period you want. That's why we feel using a monthly average is a better way to do this.
Also, sorry for the tight timeframe-what can I say.
Jake

csxt request.ppt

*Tom Jacobowski*
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com

**Jacobowski, Thomas J**

**From:** Urrutia, Mary A
**Sent:** Friday, April 27, 2001 5:10 PM
**To:** 'Clyde_McIntyre@csx.com'
**Cc:** Jacobowski, Thomas J
**Subject:** FW: Fuel SC info

Clyde:

The estimate that I come up with is approximately $440,470 for the time period from October 2000 through March 2001 on BNSF originated traffic. I assumed that the fuel surcharge collected on joint documents was split 50-50.

Mary Urrutia
BNSF Railway
817-593-1164

-----Original Message-----
**From:** Jacobowski, Thomas J
**Sent:** Friday, April 27, 2001 9:34 AM
**To:** '
**Subject:** Fuel SC info

Clyde:
Here's the info. you requested for what's our fuel sc has been. For BNSF carload, this is also available on line at: http://www.bnsf.com/business/html/fuel_surcharge.html
We are working on pulling the CSXT fuel sc $ for you too. Note-even though BNSF & CSX had $28/bbl = 2% for a fuel sc to begin, the difference in the fuel sc rates is we compute a monthly average & you count consecutive days. As you know, it never seems to stay above or below a threshold for the time period you want. That's why we feel using a monthly average is a better way to do this.
Also, sorry for the tight timeframe-what can I say.
Jake

csxt request.ppt

*Tom Jacobowski*
Phone: (817) 593-1131
Fax: (817) 593-2909
EMail: Thomas.Jacobowski@BNSF.com

## DOMESTIC INTERMODAL FUEL SURCHARGE

BNSF imposed a domestic intermodal fuel surcharge in March 2000 in response to rising fuel costs. Between July, 1999 and February 2000, the U.S. National Average of Highway Diesel Fuel price index, which is published by the Department of Energy, rose by over 33% from $1.10 to about $1.47. The index of $1.67 published on October 16, 2000, is 14% higher than the price level in February 2000.

Due to the high fuel prices, our cost of providing transportation service to our customers has been rising sharply for the past several months. Our fuel expense (excluding hedge) is anticipated to rise by over 50% this year from a year earlier. We are committed to providing our customers with the consistently high level of service they have come to depend on. However, to do so, we had to impose a cost-based fuel surcharge to mitigate the effects of rising operating costs. Here are some of the characteristics of the domestic intermodal fuel surcharge:

1. Fuel Surcharge Rate (FSR) reflects intermodal fuel costs

Our domestic intermodal fuel surcharge formula reflects BNSF's intermodal fuel cost structure. The underlying formula of the FSR relates the surcharge to the On-Highway Diesel Fuel price index and intermodal fuel cost intensity as follows:

**FSR = [(FP/BV)-1]*FIF**

Where

FSR = Fuel Surcharge Rate

FP = Fuel Price (i.e., the DOE price index for On-Highway Diesel Fuel)

FIF = Fuel Intensity Factor for Intermodal (i.e., Ratio of intermodal fuel expense and total intermodal variable costs)

BV = Benchmark Value for On-Highway Diesel Fuel

We think that at price levels of between $1.10 and $1.14, BNSF's fuel costs will be stable. This fuel price level also happens to approximate the 5-year average of the index. Results from the FSR formula were used to develop a simple generic table to make the calculations simple to understand and administer.

2. FSR table is administratively simple

Based on the formula above, the FSR table (please see below) indicates a fuel surcharge of 0.5% for every 5 cent increase in the DOE's Highway Diesel Fuel index over $1.10.

Generic FSR Table

When the U.S. National Average of On-Highway Diesel Fuel is:

| At Least | But Less Than | FSR |
|---|---|---|
| - | 1.10 | 0.0% |
| 1.10 | 1.15 | 0.5% |
| 1.15 | 1.20 | 1.0% |
| 1.20 | 1.25 | 1.5% |
| 1.25 | 1.30 | 2.0% |
| 1.30 | 1.35 | 2.5% |
| 1.35 | 1.40 | 3.0% |
| 1.40 | 1.45 | 3.5% |
| 1.45 | 1.50 | 4.0% |
| 1.50 | 1.55 | 4.5% |
| 1.55 | 1.60 | 5.0% |
| 1.60 | 1.65 | 5.5% |
| 1.65 | 1.70 | 6.0% |

The table was developed to simplify the calculation and make it easier for our customers and channel partners to understand.



Highly Confidential BNSF-0070537
DA03970

As indicated below, the FSR table and formula result in similar surcharge percentages given the DOE diesel prices.

| DOE Index | FSR Table | FSR Formula |
|---|---|---|
| 1.20 | 1.5% | 0.7% |
| 1.30 | 2.5% | 2.0% |
| 1.40 | 3.5% | 3.2% |
| 1.50 | 4.5% | 4.4% |
| 1.60 | 5.5% | 5.6% |

<u>3. Fuel surcharge is reviewed periodically and negotiated with customers</u>

The effective FSR is negotiated with our customers. The DOE index is reviewed weekly and the FSR is adjusted up or down depending on fuel price trends. Through our advisory processes, our customers are notified in advance of any changes in the surcharge. The adjustments are in discrete percentage increments. A table of the effective surcharge for our IMC channel is presented below.

| Week of | DOE Index | FSR Table | Effective FSR |
|---|---|---|---|
| 03/27 | 1.451 | 4.0 | 3.0 |
| 04/24 | 1.428 | 3.5 | 3.0 |
| 05/29 | 1.431 | 3.5 | 3.0 |
| 06/26 | 1.432 | 3.5 | 3.0 |
| 07/24 | 1.424 | 3.5 | 3.0 |
| 08/28 | 1.536 | 4.5 | 3.0 |
| 09/25 | 1.657 | 6.0 | 5.0 |



Highly Confidential BNSF-0070538
DA03971

4. Fuel surcharge is separate from underlying freight rate

The domestic intermodal fuel surcharge is separate from the line haul rates. This distinction allows our intermodal shippers and channel partners to make their competitive modal choices without the surcharge. The short term spikes in fuel prices will reflect changes in the FSR independent of our line haul rates.

5. Fuel surcharge will not apply when fuel prices fall below $1.10

As fuel prices subside, the FSR will be reduced or completely removed. BNSF does not provide a discount to the shipper in the unlikely event that the fuel index falls below the lower limit of the FSR table. Cost recovery mechanisms do not necessarily have to have discounts to be credible. Institutionalized cost recovery mechanisms such as the Rail Cost Adjustment Factor (RCAF), in practice, do not pay the shipper during periods with negative rates of change. Our research indicates that while some trucking industry fuel surcharges do have discounts, this is by no means the norm in the industry.

6. Fuel surcharge approximates the fuel-revenue ratio approach

Our internal research appears to indicate that the effective fuel surcharge is not significantly different from using the actual fuel expense-to-revenue ratio. (As of July 6, the DOE index of $1.453 suggests a domestic intermodal FSR of 4%. The fuel-to-revenue ratio using year-to-date actual through July 2000 was about 4.8% surcharge for intermodal traffic.) Timing problems make the actual expense-to-revenue methodology difficult to administer. Also, the methodology assumes that the entire traffic base is surchargeable. BNSF only uses this methodology after the fact to validate our assumptions about cost recovery.



Highly Confidential

7. Fuel surcharge is lower than what the trucking industry is charging their customers for fuel cost recovery

The trucking industry does not have a standard methodology for fuel surcharges. While a number of motor carriers' contracts with shippers contain provisions under which a fuel surcharge will be applied, the specific charges have been varied. Motor carriers using the cents per mile approach usually have a negotiated base point. There is an acknowledgement of a 6 to 1 relationship and a range around the base point where fluctuations in the price of fuel will not trigger a surcharge.

Motor carriers using a percentage surcharge approach fall into three broad groups: LTL, TL and owner-operated trucking. Some truckload operations have fuel surcharges that increase by 1.5% for every $0.05 increase in the price of fuel after a base point of $1.10. LTL equivalents reflect an increase of 0.5% for every $0.05 increase in the price of fuel after $1.10. Owner-operated motor carrier fuel surcharges have been across the board.

A comparison of BNSF domestic intermodal FSR to selected fuel surcharges in the trucking industry appears in the table below. The table clearly indicates that the effective fuel surcharge for our IMC channel and the generic FSR are lower than the trucking industry fuel surcharges, a reflection of the generally lower fuel consumption by the rail industry as compared to the trucking industry.

The following formula was used to estimate the ratio of fuel expense to total variable costs for trucking for the purpose of comparing rail and truck industry fuel surcharges:

**FIF = FSR / [(FP/BV)-1]**

(All variables have the same descriptions as the ones used in the FSR formula above.)

| Select DOE Index | TL (CF) | IMC Dray (DDI) | IMC Dray (Cal. Cartage) | LTL (CF) | LTL (YF) | BNSF FSR | BNSF Eff. IMC FSR (Approx.) |
|---|---|---|---|---|---|---|---|
| $1.14 | 2.0% | | | 0.5% | 0.5% | 0.5% | |
| $1.19 | 3.5% | | | 1.0% | 1.0% | 1.0% | |
| $1.24 | 5.0% | 1.0% | | 1.5% | 1.5% | 1.5% | |
| $1.29 | 6.5% | 2.0% | | 2.0% | 2.0% | 2.0% | |
| $1.34 | 8.0% | 3.0% | 4.0% | 2.5% | 2.5% | 2.5% | |
| $1.39 | 9.5% | 4.0% | 5.0% | 3.0% | 3.0% | 3.0% | |
| $1.44 | 11.0% | 5.0% | 5.0% | 3.5% | 3.5% | 3.5% | 3.0% |
| $1.49 | 12.5% | 6.0% | 5.0% | 4.0% | 4.0% | 4.0% | 3.0% |
| $1.54 | 14.0% | 7.0% | 5.0% | 4.5% | 4.5% | 4.5% | 3.0% |
| $1.59 | 15.5% | 8.0% | 6.0% | 5.0% | 5.0% | 5.0% | 3.0% |
| $1.64 | 17.0% | 9.0% | 6.0% | 5.5% | 5.5% | 5.5% | 4.0% |
| $1.69 | 18.5% | 10.0% | 7.0% | 6.0% | 6.0% | 6.0% | 5.0% |
| $1.74 | 20.0% | 11.0% | 7.0% | 6.5% | 6.5% | 6.5% | 6.0% |

Solving this formula for the fuel intensity factor for the motor carriers using the fuel surcharge percentages in the table above suggests a fuel expense-to-variable cost ratio of between 11% and 40%. The full truckload and drayage carriers should have greater fuel intensity factors than less-than-truckload carriers.

Conclusion

We think the FSR formula presents a simple cost-based approach for institutionalizing fuel surcharges in the rail industry. Although BNSF benchmarked trucking industry surcharges, the benchmarking exercise resulted in the use of a widely accepted fuel index that is used by the trucking industry and a very simple

table approach used to track and administer the surcharge. In general, the fuel surcharge has been lower than what motor carriers are charging their customers. Although the surcharge reflects our fuel intensity, the fact that less than 40% of the intermodal revenue base is surchargeable means that the rail cost recovery for fuel price increases is significantly lower than our fuel expense.



Highly Confidential
BNSF-0070542
DA03975