# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

## Volume 15 of 29

## DA03976 - DA04113

## BNSF INTERMODAL FUEL SURCHARGE

If necessary, BNSF may impose a fuel surcharge due to increasing fuel costs as stated in the *BNSF Intermodal Rules and Policies Guide.* All transportation services and intermodal shipments will be subject to any intermodal fuel surcharges implemented by BNSF or imposed on BNSF, regardless of price authority (including all contracts and agreements).

The BNSF Intermodal fuel surcharge (percentage) is based on the Department of Energy's U.S. Highway Diesel Fuel (HDF) price index. The surcharge will be applied to the freight charge and shall be adjusted each Wednesday according to the National U.S. Average HDF price. Thus, the surcharge (percentage) is effective from Wednesday to following (subsequent) Tuesday.

BNSF Intermodal Fuel Surcharge

The table reflects the weekly average HDF price and the associated BNSF Intermodal fuel surcharge.

| **BNSF Intermodal Fuel Surcharge** | |
|---|---|
| **U.S. National Average Highway Diesel Fuel Price Range** | **BNSF Intermodal Fuel Surcharge** |
| | |
| $0.00 - $1.239 | 0.0% |
| $1.24 - $1.279 | 1.0% |
| $1.28 - $1.319 | 1.5% |
| $1.32 - $1.359 | 2.0% |
| $1.36 - $1.399 | 2.5% |
| $1.40 - $1.439 | 3.0% |
| $1.44 - $1.479 | 3.5% |
| $1.48 - $1.519 | 4.0% |
| $1.52 - $1.559 | 4.5% |
| $1.56 - $1.599 | 5.0% |
| $1.60 - $1.639 | 5.5% |
| $1.64 - $1.679 | 6.0% |
| If the U.S. National Average Fuel Index equals or exceeds $1.68 per gallon, the fuel surcharge increases 0.5% for every four-cent increase in fuel price. | |

Highway Diesel Fuel Index

The index used to determine the fuel price level is the U.S. Department of Energy's ***EIA Retail On-Highway Diesel Prices***. The weekly average diesel price, updated each Tuesday, can be viewed at: http://www.eia.doe.gov/pub/oil_gas/petroleum/data_publications/weekly_on_highway_diesel_prices/current/html/diesel.html.

Other

BNSF will not impose a negative fuel surcharge (or refund) if the HDF price falls below $1.24. The surcharge is subject to change.

If you have any questions, please contact your BNSF Marketing Representative at 1-888-428-2673, option 3.

Please note: The Carload and Intermodal business areas have separate surcharge tables due to different fuel consumption. Operationally, Intermodal trains consume more fuel.



HIGHLY CONFIDENTIAL BNSF-0814152
DA03977

*Item 3375A - Charge – Fuel Surcharge, Issued May 1, 2001 – Effective July 1, 2001 (A)*

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, if applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month (Time Period) equals or exceeds $1.30 per gallon a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the 1st of the second following month. Such fuel surcharge shall be included on the bill for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the fuel surcharge.

Fuel Surcharge Rates (FSR) will be adjusted monthly. The Fuel Surcharge Table will be subject to annual review, for changes in the 5 year rolling average price of HDF, and BNSF's Fuel Intensity, per BNSF's annual report.

FSR = See Table Below.
Where FSR = Fuel Surcharge Rate.
HDF = prior Time Periods U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

Fuel Surcharge applies only when the FSR equals or exceeds 1%.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

*Example:*

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.556 Per Gallon. Therefore, July's FSR would be 3.5%.

Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.35.

***Item 3375C - Charge – Fuel Surcharge, (Issued May 7, 2003 – Effective June 1, 2003) (Increase)***

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, if applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month (Time Period) equals or exceeds $1.25 per gallon a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the 1st of the second following month. Such fuel surcharge shall be included on the bill for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the fuel surcharge.

Fuel Surcharge Rates (FSR) will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review.

FSR = See Table Below.
Where FSR = Fuel Surcharge Rate.
HDF = prior Time Periods U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|
| $1.25 to $1.299 | 0.5% |
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

*Example:*

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.556 Per Gallon. Therefore, July's FSR would be 3.5%.

Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.35.

# BNSF Rules Book 6100 - Item 3380 - Coal Fuel Surcharge

A Coal fuel surcharge will be added to otherwise applicable transportation charges for Coal shipments handled pursuant to pricing authorities made subject to BNSF Rules Book 6100-series, Item 3380. The Coal Fuel Surcharge for a given month will be determined on the first of the prior month based on the U.S. average price of Retail On-Highway Diesel Fuels for the second prior month. BNSF Rules Book 6100-series, Item 3380 can be found online at: Miscellaneous Pricing Publications.



## Coal Fuel Surcharge Rate Based on Retail On-Highway Diesel Fuel (HDF).

HDF = Prior Period's monthly average of the US average price of Retail On-Highway Diesel Fuel as reported on the U. S. Department of Energy's web pages at: Click here for EIA Retail On-Highway Diesel Prices

To receive updates to the Coal Fuel Surcharge as well as other Coal Pricing updates by email, log in to your BNSF iPower account, select Customer Subscription Service, and subscribe to Pricing Updates.

### Coal Fuel Surcharge Rate

| For the Month of: | Prior HDF Average: |
|---|---|
| Aug 2004 (NA until 06/28/04) | June 2004 (NA until 06/28/04) |
| July 2004 6.5% | May 2004 $1.746 |

### Coal Fuel Surcharge Table

| Prior Period's Average Price of HDF between | Applicable Fuel Surcharge (CFSR) |
|---|---|
| $0.00 to $1.239 | 0.0% |
| $1.24 to $1.279 | 0.5% |
| $1.28 to $1.319 | 1.0% |
| $1.32 to $1.359 | 1.5% |
| $1.36 to $1.399 | 2.0% |
| $1.40 to $1.439 | 2.5% |
| $1.44 to $1.479 | 3.0% |
| $1.48 to $1.519 | 3.5% |
| $1.52 to $1.559 | 4.0% |
| $1.56 to $1.599 | 4.5% |
| $1.60 to $1.639 | 5.0% |
| $1.64 to $1.679 | 5.5% |
| $1.68 to $1.719 | 6.0% |
| $1.72 to $1.759 | 6.5% |
| $1.76 to $1.799 | 7.0% |
| $1.80 to $1.839 | 7.5% |
| $1.84 to $1.879 | 8.0% |
| $1.88 to $1.919 | 8.5% |
| $1.92 to $1.959 | 9.0% |



BNSF/NJAG
00530
CONFIDENTIAL

BNSF-0330106

DA03980

| | |
|---|---|
| $1.96 to $1.999 | 9.5% |

For each $0.04 per gallon increase (or fraction there of) thereafter an additional .5% will be applied.

**Other**
BNSF will not impose a negative fuel surcharge (or refund) if the HDF price falls below $1.24. The surcharge is subject to change.

The Carload and Coal business areas have separate surcharge tables due to differen fuel consumption. Fuel represents a greater proportion of operating expense for coal trainload or unit train service than for traditional carload train service.

For surcharge comments or questions, email auxpricing@bnsf.com

---

Burlington Northern Santa Fe Copyright © 2004. All Rights Reserved.
Site Terms of Use



BNSF/NJAG
00531
CONFIDENTIAL

BNSF-0330107

DA03981

**BNSF**

Burlington Northern Santa Fe Railway

PAUL B. ANDERSON

*General Director*
*Finance, Planning & Control*

**Burlington Northern Santa Fe**

P.O. Box 961051
Ft. Worth, TX 76161-0051

2650 Lou Menk Drive, 2nd Floor
Ft. Worth, TX 76131-2830
Phone: 817-352-6232
Fax: 817-352-7940

Date: 7/12/01

To: Tom Hund

Subject: First Half 2001 – Revenue Questions From Matt

Tom:

Here are the responses to Matt's recent questions (Attached page 4).

*Question 2: What are yields doing and of this, specifically what is price doing?*

| BU | Rev/000RTMs | Change |
|---|---|---|
| Coal | 10.15 | -4.9% |
| Ag | 17.29 | -4.1% |
| Industrial | 21.44 | -1.0% |
| Consumer | 31.07 | +2.6% |
| Total | 18.14 | -2.5% |

Yields in the first half are down –2.5% primarily due to Coal but also Ag and Industrial. Consumer yields were positive. As you know, Coal's trouble is mainly associated with contract renegotiations. In addition to that, the second quarter had a negative RCAF adjustment of –0.9% due to a CSXT reporting error in their 2000 reported numbers. This unexpected RCAF adjustment is estimated to cost Coal approximately -$1mm per month in additional revenue reductions.

The negative yield in Ag is mostly attributed to Corn and Wheat, although the extended overall average length of haul for Ag has also served to lower the overall yields. Corn was lower primarily associated with increased low yield business being sourced off the IC into the Southwest and West Texas feed markets, but the weakness in the PNW export markets also required some lower rates to move traffic in these softer market conditions. Wheat yields were lower than last year mostly due to slightly lower rates for PNW export traffic and lower volumes of high yielding Gulf export wheat.

Industrial's + 1% average price increase was more than offset by lower yields in Chemicals and Metals. Chemicals yields were lower primarily due Fertilizer, with lower export traffic and the loss of some high yield domestic traffic which was substituted with some longer haul business.

Metals had a significant mix change in Taconite moving more long haul traffic than last year and moving significantly less volume in the high yield Aluminum markets out of the PNW.

Consumer's nearly +2% in average price increase was combined with yield increases in Auto and International to boost the overall yield up +2.6% compared to last year.

| BU | RPU | Change |
|---|---|---|
| Coal | $1,014 | - 4.3% |
| Ag | $1,847 | +1.8% |
| Industrial | $1,480 | +1.8% |
| Consumer | $ 901 | +1.8% |
| Total | $1,125 | +0.4% |

The average RPU grew in all the Business Units except Coal. As with the yield picture, Coal revenue stats continue to be dominated by the rate renegotiations. Ag price declines and yield shifts were more than offset by an average increase in the length of haul of over +5%. Industrial's price increases of +1% were assisted by a +6% increase in average length of haul. The average increase in length of haul and price increases were partially offset by unfavorable mix changes due to lower volumes of high RPU Chemicals traffic. Consumer's mix changes were offsetting and the average change in RPU reflects their average price increases.

As shown in the table below, prices in the first half of the year were negative in Coal and Ag and positive for Industrial and Consumer.

| BU | Price Change | | Revenue Base | Match Rate |
|---|---|---|---|---|
| Coal | -$63mm | -5.6% | $1,120mm | All |
| Ag | -$10.5mm | -1.6% | $ 646mm | All |
| Industrial | +$ 8.6mm | +1.2% | $ 693mm | 60% |
| Consumer | +$24mm | +1.8% | $1,354mm | 83% |

Note: Price change includes fuel surcharges. Due to data availability, June price is estimated.

*Question 3: What is happening to the mix of our business?*

The first half can be quickly summarized in terms of mix. Ag commodities showed the only real revenue growth, with a mere $3.5mm in revenue increases in Coal and negative growth in Industrial and Consumer. (See attached graph on page 5) Ag was up $46mm in the first half of the year while the total revenue was up only $25.5mm over last year. Industrial shrank -$25mm and Consumer was slightly negative at -$2.5mm. Ag's growth is mainly attributed to Soybean exports to China in the first quarter and to a lesser extent growth in Corn traffic. Industrial losses include Chemicals, Metals and Forest Products partially offset by modest growth in Minerals & Machinery. Consumer had gains in Truckload and International. Automotive, Direct and IMC had negative growth.

*Question 4: Specifically what is coal costing in terms of revenue loss?*

Coal grew 48,000 units or +4.9% and $2.8mm or +0.4% in revenue in the first half. As stated in question #2, rate degradation has significantly reduced Coal yields. Price decreases in the first half totaled an estimated $63mm. (DE, NSP and Public Service of Co. represent 80% of the rate reductions for 2001)

Due to changing traffic mix and more favorable projected quarterly RCAF adjustments, price declines in the second half should not be as bad as the first half (2nd half estimate of $40mm).

*Question 5: Fuel surcharges are being captured in the Industrial and Consumer Business Groups.*

For the first six months of this year, estimated fuel surcharges for Consumer and Industrial were $11mm and $3.5mm respectively. (Note: assuming fuel prices are similar in the second half of the year, Industrial is estimating to double their surcharges through a more aggressive policy that was instituted on July 1st)

Please let me know if there are any further questions.

Paul B. Anderson

Cc: Chuck Schultz, Steve Bobb, Steve Branscum, Dave Garin, Tom Kraemer, Nick Murray, Dick Russack, Marsha Morgan

{ FILENAME \p }

## Lee, Renita L

**From:** Lee, Renita L
**Sent:** Wednesday, July 25, 2001 4:27 PM
**To:** Zajac, Ed L; Williamson, Mike D
**Cc:** Wertz, Linda L; Milton, Herb
**Subject:** FW: Post Intermodal Fuel Surcharge to BNSF.com

Once we get the Intermodal Fuel Surcharges posted to the web, will we still need to send the weekly notice (advisory) to the IMC customers?

-----Original Message-----
**From:** Lee, Renita L
**Sent:** Wednesday, July 25, 2001 4:24 PM
**To:** Ghanchi, Asim Y
**Cc:** Milton, Herb; Kyei, Sam A
**Subject:** Post Intermodal Fuel Surcharge to BNSF.com

Asim,

Intermodal needs to create a new Intermodal Fuel Surcharge page on our BNSF.com web site. **We like to have it out there by end of business on Tuesday, July 31.** Can it be done that fast?

The attached document should be posted on BNSF.com, under Intermodal Business Area, Publications and References (http://www.bnsf.com/business/iabu/html/publications_reference.html) and
it should also be posted under Consumer Tools, Research Tools (http://www.bnsf.com/business/).

FUEL SURCHARGE to post on web ...

Thanks.

## BNSF INTERMODAL FUEL SURCHARGE

If necessary, BNSF may impose a fuel surcharge due to increasing fuel costs as stated in the *BNSF Intermodal Rules and Policies Guide.* All transportation services and intermodal shipments will be subject to any intermodal fuel surcharges implemented by BNSF or imposed on BNSF, regardless of price authority (including all contracts and agreements).

The BNSF Intermodal fuel surcharge (percentage) is based on the Department of Energy's U.S. Highway Diesel Fuel (HDF) price index. The surcharge will be applied to the freight charge and shall be adjusted each Wednesday according to the National U.S. Average HDF price. Thus, the surcharge (percentage) is effective from Wednesday to following (subsequent) Tuesday.

BNSF Intermodal Fuel Surcharge

The table reflects the weekly average HDF price and the associated BNSF Intermodal fuel surcharge.

| **BNSF Intermodal Fuel Surcharge** | |
|---|---|
| **U.S. National Average Highway Diesel Fuel Price Range** | **BNSF Intermodal Fuel Surcharge** |
| | |
| $0.00 - $1.239 | 0.0% |
| $1.24 - $1.279 | 1.0% |
| $1.28 - $1.319 | 1.5% |
| $1.32 - $1.359 | 2.0% |
| $1.36 - $1.399 | 2.5% |
| $1.40 - $1.439 | 3.0% |
| $1.44 - $1.479 | 3.5% |
| $1.48 - $1.519 | 4.0% |
| $1.52 - $1.559 | 4.5% |
| $1.56 - $1.599 | 5.0% |
| $1.60 - $1.639 | 5.5% |
| $1.64 - $1.679 | 6.0% |
| If the U.S. National Average Fuel Index equals or exceeds $1.68 per gallon, the fuel surcharge increases 0.5% for every four-cent increase in fuel price. | |

Highway Diesel Fuel Index

The index used to determine the fuel price level is the U.S. Department of Energy's ***EIA Retail On-Highway Diesel Prices***. The weekly average diesel price, updated each Tuesday, can be viewed at: http://www.eia.doe.gov/pub/oil_gas/petroleum/data_publications/weekly_on_highway_diesel_prices/current/html/diesel.html.

Other

BNSF will not impose a negative fuel surcharge (or refund) if the HDF price falls below $1.24. The surcharge is subject to change.

If you have any questions, please contact your BNSF Marketing Representative at 1-888-428-2673, option 3.

Please note: The Carload and Intermodal business areas have separate surcharge tables due to different fuel consumption. Operationally, Intermodal trains consume more fuel.

# Consumer Products Marketing Support

## Group Mission

The centralized Consumer Products Marketing Support Group's mission is threefold:

1. Provide the five Intermodal Marketing segments, the Automotive Business Unit and the Dry Boxcar and Perishables businesses with information, tools, and analytical support to enhance sound business decisions.
2. Enhance BNSF's market coverage through marketing agreements with other rail carriers.
3. Increase internal and external awareness and effectively communicate current Marketing policies and procedures.

# Consumer Products Marketing Support

## Long Term Strategy

- The Marketing Support Group will continue to focus on providing a centralized source of accurate data containing all information necessary to effectively manage our business.
- This group will further leverage our analytical resources by more closely aligning and integrating with the Marketing segments we support.
- The Marketing Support Group will continue to focus on developing tools that reduce transaction time and make pertinent business information readily available to all personnel.
- Finally, we will coordinate efforts to forge a strategic alliance with an eastern rail carrier.



Highly Confidential

# Consumer Products Marketing Support

## 2002 Initiatives

1. Provide support for a “Short Haul Intermodal” strategic initiative project into the test phase.
2. Improve measurement and management of pricing decisions.
3. Enhance Analytical Support (Including the Analysis of Market Share, Various Market and Economic Studies)
4. Simplify pricing structures to support our product offerings.
5. Integrate internal production processes with external processes
6. Develop decision support tools and validate current data creation and report delivery systems.
7. Improve the measurement and management of accounting accessorial revenue.
8. Improve the measurement and management of service design issues within the Consumer Products Business Unit.
9. Improve the functionality of rate management systems, facilitate the application of surcharges and increase collections.

# Consumer Products Marketing Support

## 2002 Initiatives (Contd.)

10. Improve internal and external customer communications, including the associated processes and overall accuracy.

11. Formalize the processes and tools involved with the administration and review of all Intermodal Customer Contracts

12. Enhance Consumer Products market coverage and revenue by establishing and maintaining relationships with connecting rail carriers and haulage partners that best fit into our network.

13. Formalize the processes and tools involved with the administration of interline contracts, rates and services.

# Consumer Products Marketing Support

## Provide support for a "Short Haul Intermodal" strategic initiative project into the test phase

a) Coordinate Short Haul Intermodal team's efforts on NCHRP Project 8-42 and TXDOT Project 0-4582

Owner: Sherry Williams, Randy Bass, Denise Rinehart

Deliverables: Research Report December 31, 2002

Coordinate team effort to evaluate viability of public/private partnership with State DOTs for short haul intermodal service.

Owner: Sherry Williams, Denise Rinehart, Randy Bass

Deliverables: Short Haul Project in the Test Phase

Date: December 31, 2002



Highly Confidential BNSF-0069753
DA03992

# Consumer Products Marketing Support

## Improve the Measurement and Management of Pricing Decisions

a) Develop Pricing Guidelines for EPV Service Levels and Boxcar Freight

Develop a report containing historical volume, RPU, CPU and equipment balance, as well as target and floor pricing guidelines for EPV service levels and boxcar products handled by the Consumer Products Business Unit.

Owner: Justin Briggs (Andy Mathiesen)

Date: December 31, 2002

b) Develop a Competitive Rate Database.

Develop a database containing information such as highway rates, dray rates, existing rail rates, UP rates, customer requested rates, etc. that can be used in rate analysis (working with Marketing Tools Project).

Owner: Herb Milton

Date: Jul. 31, 2002

# Consumer Products Marketing Support

## Improve the Measurement and Management of Pricing Decisions (Continued)

b) Monitor Pricing Guidelines Adherence

Develop a monthly report, to be published to Infoserver, to identify a) pricing problems, i.e. any pricing falling below guideline floors, and b) pricing potential, i.e. any prices falling below guideline targets.

Owner: Justin Briggs

Deliverables:
1. Develop Intermodal report.
2. Develop Boxcar report.

Date: December 31, 2002

d) Monitor Unprofitable Product Offerings

Develop a monthly report, to be published to Infoserver, to identify products generating negative profit margin and to analyze the source of the negative margin – price too low, cost too high, etc.

Owner: Justin Briggs

Deliverables: Develop report.

Date: Jul. 31, 2002

# Consumer Products Marketing Support

## Improve the Measurement and Management of Pricing Decisions (contd.)

e) Enhance visibility of Price Measurement and Price Trend Reports

Improve the visibility of the price measurement reports by summarizing the changes and advising Consumer Products senior management of price changes and trends.

Owner: Justin Briggs

Deliverables: June 30, 2002

f) Monitor Standard Offset Adherence

Develop a report to monitor pricing differentials between various categories of our product offerings and compare the differentials to the standard offsets.

Owner: Herb Milton

Deliverables: June 30, 2002

g) Enhance the Process to Manage Bids

Define the process for handling bid requests and for monitoring bid status.

Owner: Herb Milton

Date: December 31, 2002

# Consumer Products Marketing Support

## Enhance Analytical Support (Including the Analysis of Market Share, Various Market and Economic Studies)

a) Enhance Analysis of Consumer Products Market Share

Develop tools to evaluate changes in market share, by lane and also by equipment kind and length. Create a report to present the identified changes to the Marketing department.

| | |
|---|---|
| Owner: | Justin Briggs |
| Dliverables: | Adopt monthly reporting to IANA.<br>Develop programs to analyze IANA results.<br>Develop report/presentation.<br>Present 1st market share analysis. |
| Date: | December 31, 2002 |

b) Enhance Market Studies and Economic Analyses

Support the Facility Opportunities Group and the Marketing Department in analyzing potential opportunities by studying the market and evaluating the economics.

Owner: Team

Deliverables: 1. Will vary based on projects that come up. Dec. 31, 2002

# Consumer Products Marketing Support

## Enhance analytical support (contd.)

a) Automate the Segment Review

Convert current Segment Review process from the labor-intensive process to a system, which will free up time to analyze the Segment Review rather than just producing it.

Owner: Denise Rinehart

Date: December 31, 2002

b) Modify Segment Review for multi-dimensional database/OLAP tool.

If BNSF purchases a new business intelligence tool with multi-dimensional database/OLAP capabilities, convert the production of the Segment Review to the new tool.

Owner: Team

Date: December 31, 2002

# Consumer Products Marketing Support

## Simplify Pricing Structures to Support Our Product Offerings

a) Domestic Full Truckload Pricing

Work with Domestic Full Truckload segments to support Public Pricing.

Owner: Tim Prostek

Date: December 31, 2002

b) Transition of Special Quotes to Matrix Pricing in RPMS

Support the transition of pricing from special quotes to customet matrix pricing for the full truckload segments in RPMS.

Owner: Kristi Wilson

Date: December 31, 2002

c) Pricing Administration for EPV

Support the pricing requirements for EPV transition.

Owner: Kristi Wilson

Date: December 31, 2002

# Consumer Products Marketing Support

## Simplify Pricing Structures to Support Our Product Offerings (Contd.)

d) Rationalize Rate and Service Offerings

Continue development of a process for ensuring consistency between products offered in the rate database and products offered in the service schedules.

Owner: Kristi Wilson, Laurie Harte

Date: December 1, 2002

# Consumer Products Marketing Support

## Integrate internal production processes with external processes

a) Integrate of Consumer Products Business Rules

Work with the existing data cleanup and business rules teams to incorporate Consumer Products' logic with the logic of the other business units. Analyze the combined clean up and rules code to find synergies, and design the process for the logic in the most efficient and effective manner to be used within BASF.

Owner: Andy Mathiesen

Date: December 1, 2002

b) Convert Lane tapes to BASF as the source data for Consumer Products reporting

Upon successful implementation of BASF, successfully transition existing reports and processes to source from the BASF model.

Owner: Betty Leto/Andy Mathiesen

Date: December 1, 2002

c) Transition the maintenance of Consumer Business rules into BASF.

Owner: Betty Leto/Andy Mathiesen

Date: December 1, 2002

# Consumer Products Marketing Support

## Develop decision support tools and validate current data creation and report delivery systems

a) Create standard executive monthly reports across all segments in Consumer Products Business Unit

Consolidate executive information and monthly reports from Automotive and Consumer Carload into a standard monthly report across all segments in the business unit.

Owner: Betty Leto

Date: March 31, 2002

b) Develop an interactive reports platform

Develop an interactive report platform so internal Marketing customers have the ability to perform their own ad hoc analysis.

Owner: All of Measurements and Reports group.

Date: May 1, 2002

# Consumer Products Marketing Support

## Develop decision support tools and validate current data creation and report delivery systems (Contd.)

c) Develop platforms that allow end users to gain insight into the supply chain view of the data.

Owner: Betty Leto

Date: December 2002

d) Enhance Lane Tape Data Maintenance

Redefine our data gathering process to incorporate the daily settlement updates from Data Warehouse.

Owner: Betty Leto

Date: 2002 – Dependent upon implementation

# Consumer Products Marketing Support

## Improve the measurement and management of Accounting accessorial revenue

a) Enhance Account Receivables Process

Convert the Consumer Products Accounts Receivable database to become a SAS interactive report. Make available on the Infoserver for all Consumer Products.

Owner: Heather Cox

Date: December 2002

b) Create a database to track and distribute Contract Incentive accruals and payments.

Owner: Heather Cox

Date: October 2002

# Consumer Products Marketing Support

## Improve measurement and management of service design issues within the Consumer Products Business Unit

a) Develop Interactive OTP reports

Develop interactive OTP reports using the UD server, UNIX, Perl and HTML to help aid in the frequent ad hoc requests.

Owner: Laurie Harte

Date: December 1, 2002

b) Business Unit-wide Balance Reports

Create a balance report for all Consumer Products equipment types that flow across all the other business units. This is contingent on the availability of a BNSF Marketing Revenue Database.

Owner: Laurie Harte

Date: December 1, 2002

# Consumer Products Marketing Support

## Enhance Consumer Products Market Coverage by establishing and maintaining relationships with connecting carriers and haulage partners that best fit into our network.

a) Develop improved service between the West Coast and Columbus, Ohio utilizing NS and/or CSX. Negotiate

Owner: Steve Salzman

Deliverables: Favorable haulage or interline arrangements with NS and/or CSX to provide access to Columbus for BNSF customers.

Date:

b) Expand and improve upon existing BNSF services between California and the Southeast with NS and CSX.

Owner: Steve Salzman

Deliverables: New interchange at Memphis and/or Birmingham for CSX customers

Date:

# Consumer Products Marketing Support

## Enhance Consumer Products Market Coverage (Contd.)

c) Evaluate interline alternatives to selected BNSF lanes.

Evaluate route options based on cost profile, service offerings, and operational concerns. Look at IMRL as an alternative to direct BNSF service between California and the Twin Cities. For PNW-Southeast traffic, evaluate use of CN to Memphis and NS/CSX to Atlanta and beyond.

Owner: Steve Salzman

Date: December 31, 2002

d) Expand BNSF presence in niche interline markets.

Utilize national NACS network to expand BNSF presence in smaller interline markets, such as Buffalo, Green Bay, and Cincinnati.

Owner: Steve Salzman

Date: December 31, 2002

# Consumer Products Marketing Support

## Formalize the processes and tools involved with the administration of interline contracts, rates and services.

a) Develop a formal process for interline contract administration and review.

Work with Contracts and Joint Facilities group and Marketing to formalize and regularly communicate the processes involved with Interline contracts.

| | |
|---|---|
| Owner: | Steve Salzman |
| Deliverables: | Performance Reports |
| Date: | December 31, 2002 |

b) Automate performance reports for key interline services.

Work with service performance to automate performance reporting of PSW-SE and PSW-NE stack and premium services.

| | |
|---|---|
| Owner: | Steve Salzman |
| Deliverables: | Performance Reports |
| Date: | December 31, 2002 |

# Consumer Products Marketing Support

## Formalize the processes and tools involved with the administration of interline contracts, rates and services (Contd.)

c) Develop/Evaluate automated service schedules.

Provide BNSF interline customers with interline service schedules.

Owner: Steve Salzman

Date: December 31, 2002

d) Work with e-commerce and other carriers to develop interline tracing and customer service tools.

Provide BNSF interline customers with interline service tracing and other tools.

Owner: Steve Salzman

Date: December 31, 2002

e) Work with connecting carriers to develop market-based pricing through development of specialized pricing products.

Owner: Steve Salzman

Date: December 31, 2002

# Consumer Products Marketing Support

## Improve the functionality of Rate Management Systems, facilitate the application of surcharges and increase collections

Target: Improve Pricing and Marketing Tools.

Measures: Improvements to RPMS and other Marketing Tools.

a) Enhance RPMS functionality

Continue to enhance and improve RPMS to meet Marketing's requirements.

Owner: Renita Lee

Date: December 31, 2002

b) Enhance RPMS Intermodal Extract

Assist Technology Services with the rewrite of the customer side file to ensure that Intermodal requirements are met.

Owner: Kristi Wilson

Date: December 31, 2002

# Consumer Products Marketing Support

## Improve the functionality of Rate Management Systems, facilitate the application of surcharges, and increase collections (contd.)

c) Enhance Zephyr functionality

Continue to enhance and improve Zephyr, in particular with relationship with RPMS, and ensure Consumer Products requirements are met.

Owner: Renita Lee

Date: December 31, 2002

d) Improve handling and collections of surcharges, penalties and interest

Enhance the collection of charges stated in the R&PG and other BNSF policies such as surcharges and penalties.

Owner: Renita Lee

Date: December 31, 2002



Highly Confidential

# Consumer Products Marketing Support

## Improve the functionality of Rate Management Systems, facilitate the application of surcharges, and increase collections (contd.)

e) Support the Amtrak strategic initiative

Work with various multi-functional teams (i.e., systems, accounting, equipment etc.) to ensure that BNSF can support the movement of revenue freight on Amtrak trains. In particular, establish electronic interchange of Amtrak waybill information (322) for automated waybill creation and simplified movement status.

Owner: Renita Lee

Date: December 31, 2002



Highly Confidential

# Consumer Products Marketing Support

## Improve Internal and External Customer Communications

Measures: Improve Internal and External Customer Communications.

Target: Provide accurate customer communications.

a) Other External Communications – Produce quality external communications as necessary, such as web site information, customer letters, literature, maps, and brochures. In addition, update and improve the BNSF Intermodal Rules and Policies Guide, as necessary.

Owner: Renita Lee

Date: December 31, 2002

b) Internal Communications – Continue to document key processes and procedures that impact Marketing, primarily recording the information in the BNSF Intermodal Marketing Procedures and Policies Guide.

Owner: Renita Lee

Date: December 31, 2002

# Consumer Products Marketing Support

## Improve Internal and External Customer Communications (Contd.)

c) Marketing and Executive Meetings
Conduct routine surveys of 7:30 AM Marketing Meeting attendants with the goal of improving the value of the meeting to both Executives and Account Managers.

Owner: Renita Lee

Date: December 31, 2002

# Consumer Products Marketing Support

## Formalize the processes and tools involved with the administration and review of all Intermodal Customer Contracts

Measures: Provide Executive Summary of all Intermodal Customer Contracts

Target: Update quarterly to ensure accuracy

a) Intermodal Customer Contracts – Coordinate the maintenance of the Executive Intermodal Contracts Summary. Revise contract procedures, templates and associated guidelines for Marketing Representatives to update the document.

Owner: Renita Lee

Date: December 31, 2002



Highly Confidential

Date: February 15, 2002

To: Chuck Schultz

From: Greg Patient

cc: Steve Bobb, Steve Branscum, Dave Garin, Tom Kramer, Nick Murray, Paul Anderson, Sam Kyei

Subject: Price Escalation General Guidelines

Per your request the planners have reviewed the Contract Price Escalation Guidelines that were prepared by Sam Kyei with each of the Business Unit VP's and reached general agreement that the following guidelines as recommended by Sam Kyei should be adopted:

- Every contract should have an escalator using one of the following price escalator indexes:
    - Consumer Price Index (CPI)
    - RCAF-U
    - GDP-IPD
    - Fixed
- Every contract should include a fuel surcharge clause.

More specific guidelines are shown in the attached pages. Any deviation from the attached policy should require the approval of the Business Unit VP.

If you have any questions, please call me at 352-6163 or Paul Anderson at 352-6232.

# Price Escalation General Guidelines

1. **Every contract should have an escalator using one of the following price escalator indexes:**

   - **Consumer Price Index (CPI)**

   - **RCAF-U - The preferred choice is to use 100% RCAF-U. If a blend of RCAF-U and RCAF-A is necessary, strive to keep RCAF-U as close to 100% as possible. Any blend, which, would fall below 60% RCAF-U is considered unacceptable. Any blend will require Business Unit VP approval.**

   - **GDP-IPD (Chain Weighted) - Since GDP-IPD is frequently revised it is important to specify the revision to be used for final escalation in the contract (i.e., Advanced, Preliminary or Final).**

   - **Fixed - Fixed general price escalations may be appropriate for contracts up to 2 years. If a longer-term contract is being negotiated, for example, greater than 2 years, the following language should be used to add a variable component to the fixed rate to protect BNSF from significant changes in costs:**

     **The following example assumes a four-year contract that began on July 1, 2001 and has a fixed rate increase of 2%:**
     **"Beginning July 1, 2002, and on each July I during the term of this Agreement, the contract rate, and thereafter the effective rate and all other charges, shall be increased by 2% (Fixed Adjustment). If the annual change in the GDP-IPD is greater than 4 %, then 60% of the amount of the change above the 4% change in the annual GDP-IPD shall be defined as the Variable Adjustment. The sum of the Variable Adjustment and the Fixed Adjustment shall then be multiplied by the previous Effective Rate of charge to produce the current Effective Rate of Charge." (See attachment A for complete example of suggested language)**

**As information the CAGR of the above indexes for the last 10 years is:**

| | |
|---|---|
| **CPI:** | **2.8%** |
| **RCAF-U** | **2.2%** |
| **GPD-IPD** | **2.2%** |

2. **For contracts that are escalated once a year, do not use a quarter-over-quarter escalation method due to seasonality. It is more appropriate to escalate the contract using a year-over-year escalation method by averaging the quarterly indexes for the 2 years and using the growth rate to escalate the contract.**

3. **Every contract should include a fuel surcharge clause.**

Attachment A

Rate Adjustment: The Contract Rate as adjusted pursuant to this Section shall be the "Effective Rate". Commencing with July 1, 2000, the Contract Rate, and thereafter the Effective Rate shall be adjusted each July 1 during the Term of this Agreement, pursuant to this Section.

Beginning July 1, 2000, and on each July 1 during the Term of this Agreement, the Contract Rate, and thereafter the Effective Rate and all other charges, shall be increased by two percent (2%) ("Fixed Adjustment"). If the annual change in the Gross Domestic Product/Implicit Price Deflator ("GDP-IPD") as defined below, is greater than four percent (4%), then sixty percent (60%) of the amount of the change above the four percent (4%) change in the annual GDP-IPD shall be defined as the Variable Adjustment. The sum of the Variable Adjustment and the Fixed Adjustment shall then be multiplied by the previous Effective Rate or previous effective charge to produce the current Effective Rate or charge.

The Variable Adjustment shall be calculated using the GDP-IPD index value published in the U. S. Department of Commerce Bureau of Economics Analysis, Survey of Current Business, in Table 7.1. For the purpose of calculating the Variable Adjustment, the change in the GDP-IPD shall be computed by comparing the Final First Quarter Index of the current year to the Final First Quarter Index of the previous year. The Variable Adjustment and Effective Rate will be calculated in accordance with the following formulas:

Formula for the Variable Adjustment Term:

Variable Adjustment = .60 x The calculation of the current Effective Rate or current effective charge is then:

Current Effective Rate (or charge) = Previous Effective Rate (or charge) x [1 + (Fixed Adjustment + Variable Adjustment)]

If the Department of Commerce or any successor organization ceases to publish the index series required for the calculations outlined in this Section, the parties shall determine the most appropriate substitute index which most closely matches the economic structure of the index. The parties agree that the RCAF (Adjusted) shall not be an appropriate substitute index.

If the U. S. Department of Commerce or any successor organization rebases the GDP-IPD Index, the appropriate quarter's rebased indices shall be directly substituted for the "Previous Index" and "New Index" values, for subsequent adjustments, with no retroactive application of such rebased indices for prior periods or rates.

Periodic enhancements or annual revisions to the GDP-IPD Index by the U. S. Department of Commerce or any successor organization shall not be considered a "rebasing" for purposes of this Section.

From: Gillen, George F
Sent: Wed Feb 20 17:51:03 2002
To: McCabe, Jessie L; Riesenbeck, Sharon E
Cc: Engstrom, James C; Holmes, Ken L; Gillen, George F
Subject: FW: Fuel Surcharge Update
Importance: Normal
Attachments: Fuel Surcharge-Ind Products.doc; Changes to the FSR Calculation.doc

Ken Holmes was able to come up with the 2 attachments that were used when we announced the change from WTI to HDF. I hope this helps.

Changing Phil's opinion, and the way he evaluates our fuel surcharge program, will be difficult to accomplish. At best perhaps you can get him to understand why we did what we did.

I do feel he is mistaken in saying that our program is tied to a table that is not related to the rail industry. We have found diesel prices do not always closely follow WTI oil prices. Refiners ultimately decide what volume of diesel fuel vs other products is produced and market prices are impacted accordingly. Capacity utilization factors of US refineries can also impact diesel prices and can result in diesel prices moving in opposite directions of oil prices. I believe that occurred during the Spring of 2001 The HDF index is directly tied to national diesel markets.

BNSF hedging practices should not come in to play. Hedging program can go both ways and certainly BNSF could find ourselves paying more for diesel if we hedge incorrectly.

Please let us know if we can provide anything further.

George F. Gillen
Phone: 817-593-1131
Fax: 817-593-2909
Email: george.gillen@bnsf.com
BNSF website: http://www.bnsf.com

-----Original Message-----

From: McCabe, Jessie L

Sent: Wednesday, February 20, 2002 9:47 AM

To: Gillen, George F

Cc: McCabe, Jessie L; Riesenbeck, Sharon E

Subject: FW: Fuel Surcharge

# Redacted in Full

# DA04023 - DA4025

BNSF

# Industrial Products Marketing Advisory
## Fuel Surcharge on Carload Shipments

**Date:**
**July 10, 2000**

**To: All Industrial Products Carload Customers**

**World Wide Web:**
**www.bnsf.com**

**BNSF to Implement Fuel Surcharge on Industrial Products Shipments**

As you know, since July, 1999, the cost of fuel has increased significantly, rising to the highest levels since the 1991 Persian Gulf War. Because of the continuing high cost of fuel, our cost of providing transportation service has risen sharply and we must now take action to mitigate the effects of these rising operating costs. **Effective August 1, 2000**, BNSF may assess a fuel surcharge for applicable shipments subject to the terms of BNSF Rules Book 6100. (Shipments subject to BNERM1 Rules Tariff, the other active rules book governing carload shipments, are also subject to this provision.)

Some of the key elements pertaining to the fuel surcharge provision of Rules Book 6100 (Item 3375) are noted below:

- When the monthly average price of West Texas Intermediate Crude Oil (WTI) equals or exceeds $28.00 per barrel, a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the first of the following month.
- The fuel surcharge will be included on the freight bill for each shipment.
- Miscellaneous and accessorial charges will not be subject to the fuel surcharge.
- Fuel surcharge rates (FSR) will be adjusted monthly.

The formula for calculating the fuel surcharge is as follows:

FSR = ([WTI/BV]-1) X FI
Where:
FSR = Fuel Surcharge Rate.
WTI = previous month's average daily price of West Texas Intermediate Crude Oil.
BV = Benchmark Value of $23.50 per barrel.
FI = .102 or 10.2% (Fuel Intensity, fuel as a percent of total 1999 BNSF operating expenses. FI will be adjusted each year on May 1 to reflect fuel as a percent of operating expenses for the previous year.)
Note: FSR shall be rounded to the nearest one-tenth (1/10) of one (1) percent. The fuel surcharge applies only when the FSR exceeds 2%.

**In addition to the items governed under Item 3375 of BNSF Rule Book 6100, any new price authorities will contain provisions for a fuel surcharge**.

BNSF Rules Book 6100 may be found on the BNSF Web site at www.bnsf.com. Select "Customers." Go to the "How Do I ......?" section and select "Get Miscellaneous Pricing Publications" from the list. Finally, select "BNSF Rules Book 6100." The source for the closing spot price of WTI is the Dow Jones International Petroleum Report whose daily spot quote is published in the Wall Street Journal and other daily media. For additional information on West Texas Intermediate Crude Oil prices, please refer to the Wall Street Journal, Section C, "Commodities."

BNSF is committed to providing you with a consistent, high level of service. We must take this action to ensure that we can continue to meet that obligation. Questions on the BNSF surcharge may be addressed to your BNSF Marketing Account Representative.

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

April 30, 2001

## Changes to the BNSF Carload Fuel Surcharge Calculation

Highly Confidential

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

This Pricing Update is posted on our Web site at www.bnsf.com.

Effective July 1, 2001, BNSF will be making several changes to our carload Fuel Surcharge calculation based on customer feedback.

In October 2000, we changed our Fuel Surcharge Rate (FSR) to table form in hopes of making the FSR easier to understand. However, it was still based on the following formula: FSR = (average WTI price/Benchmark Value – 1) times BNSF Fuel Intensity. Under the new change, the components of the formula will be changing.

The **Fuel Index** we currently use will be changed from the West Texas Intermediate (WTI) to Highway Diesel Fuel (HDF). Historically, the fuel prices BNSF pays are more closely correlated with HDF than WTI. Additionally, our intermodal customers have already been using HDF as an index for some time. Therefore, we feel HDF is a better index to use. HDF is the primary fuel index the trucking industry uses for general purposes. We believe this change will simplify and standardize our Fuel Surcharge billing for those customers receiving freight bills from both our carload & intermodal businesses. The HDF index is published weekly by the U.S. Government at: "http://www.eia.doe.gov". To reference this information, select "Gasoline and Diesel Fuel Update". Then select "Highway Diesel Prices" and the HDF prices are displayed. BNSF will use the HDF National U.S. Average Price for our Fuel Index, and will continue to calculate monthly fuel averages. The Benchmark Value (BV) we will use will be $1.22/gallon, which is the year 2000 5-year average HDF price. The BV will be reviewed annually based on the rolling 5-year average HDF price.

The **Fuel Intensity** (FI) factor BNSF uses is being updated from 10.2% to 13.1%. Each year we review the FI based on the percent that fuel makes up of our total operating expenses, as reported in our Annual Report. For 2000, our Fuel Expense was $932 million, divided by our Total Operating Expenses of $7,097 million, for a FI of 13.1%. The FI is substantially higher in 2000 due to our fuel expense being $232 million higher than in 1999. These values are shown on page 32 of our 2000 Annual Report.

In addition, we will start assessing a Fuel Surcharge at 1%, instead of 2%. We will continue to use a table format to show what the FSR's will be for the applicable average fuel prices. The Fuel Surcharge table values will be rounded to ½ percentages rather than whole percentages. These changes are to align our Carload FSR table with our Intermodal FSR table.

Finally, to allow customers more time to be notified of our monthly FSR, we will give customers a full month's notification. For example, the FSR for July will be based on the average HDF price in May.

The new FSR table will be as follows:

| Average HDF Price | FSR |
|---|---|
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |
| $2.00 to $2.049 | 8.0% |

Each $0.05/gallon increase thereafter, an additional 0.5% increase will be assessed.

The actual monthly FSR's will continue to be posted on our Web site at www.bnsf.com. Select "Customers." Go to the "Research Tools" section and select "Carload Fuel Surcharge" from the list. Both the old FSR table and the new FSR table will be available for a period of time. How the FSR is calculated is also shown. If you would like to receive an email when the Carload Fuel Surcharge Web page is updated each month, please email us at auxpricing@bnsf.com and you will be added to our group email list.

We hope that these changes will better suit the needs of our customers and allow for much simpler calculations. BNSF is committed to providing you with a consistent, high level of service. We must take this action to ensure that we can continue to meet that obligation. If you have any questions on the BNSF surcharge, please feel free to contact your BNSF Marketing Account Representative or auxpricing@bnsf.com .

-----Original Message-----
From: KURTSCHROEDER@UP.COM [mailto:KURTSCHROEDER@UP.COM]
Sent: Thursday, May 16, 2002 2:36 PM
To: James.Arnett@BNSF.com
Cc: MRSHELTO@up.com
Subject: RailPrices.com/Comb. ThruRates - Project 1577

Decided to try it this way without using an attachment.

Anyway as I (tried) to advise earlier:

"Jim, per our conversation. BIG issue is the project really doesn't seem yet to be totally planned out, much less costed. Can't tell whether anticipated benefits outweigh costs. Kurt S."

----- Forwarded by Kurt H. Schroeder on 05/16/02 02:34 PM -----

Michael R. Shelton
05/16/02 02:31 PM

To: Kurt H. Schroeder@UP
cc:
Subject: RailPrices.com

RailPrices.com

Significant enhancements are required for the Route & Price module to include support maps for the end user to select STCC Groups, Origin Groups, and Destination Groups.

- The phase I portion of the project is to provide a graphical map for selecting prices based on STCC, Origin and Destination. The maps provided by carriers for origin/destinations will handle single or multiple options. Each carrier could display different geographies for different commodities. Rate screens will be displayed to show all local or interline prices stored at the Central Repository (Railinc). The lowest possible public prices will be displayed first. The detail price information will need to support English, French and Spanish language. Rates would be printable and downloadable.

- The phase II portion of RailPrices.com is to address combination through rates. This purpose of this project is to enhance the ease and costs of creating joint-line rates through combining rates with web-based

price discovery for all customers. Currently, Railinc has a web-site that handles published public rates that are stored in the PRDB with CPRS, KCS, NS and UP. However, this does not include Combination-rate making capability and it only supports single STCC, single Origin, and single Destination price requests. Combination rates will be created as part of Phase 2 and the carriers that have so far confirmed participation are BNSF, CPRS, CSXT, and UP. The goals in this enhancement to the Steelroads Route and Price Inquiry are as follows:

Global Rate Coverage

1. Point and Click Environment
2. Dynamic to allow quick independent price change
3. Easy to Administer
4. Instant price availability
5. No delays from phone and email
6. Interline pricing at a lower cost

The REN Task Force has reviewed the phase II portion of the project. This review was undertaken to define the steps and issues pertaining to the creation of Combination Rates at RailPrices.com. RailPrices.com furnished the business requirements and the REN Task Force identified the associated issues, which must be addressed. For instance:

- Carriers transmit both local and through public price authorities to PRDB for Railprices access via T/S 460's and 494's. RailPrices.com would need to distribute the combination price back to Carriers in T/S 460's, for both scale and non-scale factor combination prices. With separate authorities for the true price authorities in the PI line and interpolated settlement factors.

- PRDB Issue 1: Will Scale Rates be available at PRDB for Inquiry by RailPrices.com and when? (a) Carriers must transmit local and joint scale prices to PRDB for RailPrices.com via T/S 494's. (b) PRDB must be enhanced to receive & store scale price T/S 494's for RailPrices.com.

The following themes emerge:

1. As the creation of combination rates is to be the default path when a through rate is not available, there are significant issues as to how these rates would be created, maintained and communicated. It would

not be desirable to have Railinc become a "rate bureau" just to support this endeavor as we have been trying to eliminate this industry concept since the 1980's. Carriers do not want to be encumbered with the significant regulatory requirements which would be associated with making Railinc at true publishing entity. Nor would Carriers want to surrender any actual price making control to a third party vendor.

2. If carriers have to agree have to a combination rate prior to its being created in RailPrices.com, consideration needs to be given as to why two or more carriers would not negotiate & establish appropriate through rate coverage. Secondly, with the recent industry trends toward joint line single factor Group to Group public pricing, what long-term benefits would be derived from creating this system.

3. Finally, downstream revenue systems at each of the carriers would need to be modified to support the handling of this new price type for further internal processing and distribution. This component alone could be a very expensive proposition. At a minimum price application, freight billing, interline settlement and price performance reporting systems would need to be modified.

4. The matching criteria associated with "marrying" two local rates would require extensive comparisons. Current experience trying to match the historic chain of price actions over time is near impossible. The proposed system would need to do it for each combination price offered. Essentially, you would need to find identical twins. Fraternal twins would be a close match, but not to the precision required of a system.

5. The customer would need to execute the entire shipment at the time of inquiry. One could not do an inquiry, copy it down and use it later at a carriers site as the entire price would not be available internally.

6. A basic requirement is to have all participating Class I carriers utilizing REN 100% of the time, for both price send and price receive. This is not the case today.

RailPrices.com initiative will need to respond to these issues before the project progresses. Benefits will need to be identified and quantified to overcome the costs of downstream system enhancements at the home roads that

would be needed in addition to the significant costs of creating the application at Railinc.

**From:** Hund, Thomas N
**Sent:** Tue Sep 17 10:07:45 2002
**To:** Burr, David T; Feldman, Matthew W
**Subject:** FW: CORRECTED Rail war and fuel risk; CNF notes
**Importance:** Normal
**Attachments:** RailroadGroup0916.doc; CNF091602Analyst meeting.doc

Interesting piece on fuel. Any comments on BNSF observations?
-----Original Message-----
From: Rombach, Susan L On Behalf Of Morgan, Marsha K
Sent: Monday, September 16, 2002 8:49 AM
To: Gloria Zamora; Gregory Fox; Gregory Patient; Howard Horn; James Ayres; Linda Hurt; Richard Russack; Thomas Hund; Thomas Kraemer; Darsi Brown; Dennis Johnson; Julie Piggott; Kimberly Rossi; Michael Borrows; Dave Fleenor; Ed Zajac; Frederick Malesa; John Lucas; Mark Schulze; Steve Branscum
Subject: FW: CORRECTED Rail war and fuel risk; CNF notes

--
Subject: CORRECTED Rail war and fuel risk; CNF notes

Attached below as word files please find our complete Inside Freight note looking at the railroads exposure to fuel and our CNF note based on their analysts' meeting last week. We have pasted in the top highlights below. We apologize. The CNF note pasted in and previsouly sent was an older note...the word attachment was correct, however. Below please find the corrected pasted in CNF note as well as the Rail note highlights once again...and to think its only Monday morning...
Cautious on Railroads due to War Risk and Fuel Risk.
* Railroads Likely to Underperform in a War Scenario. Due to both perception and to what we believe is real EPS sensitivity to fuel prices, we sense that the railroad group is likely to underperform the broader market if the US goes to war with Iraq. In 1990/1991 the railroads underperformed the market prior to and during the war.
* Little 03 hedging in place for group; NSC better positioned. Looking to 2003, with only 0%-10% of fuel consumption hedged and spot prices hanging around at prices around $0.15/gallon above the 1Q levels, our sense is that the group has significant risk to a rise in prices in 03. With around 50% of consumption hedged in the low $0.70s/gal NSC has significantly less risk than the group.
* Relatively Greater Exposure Than Other Transports. Compared to the other transport groups we believe that the railroads have greater net exposure to fuel prices. The truckload carriers have greater absolute exposure but net of fuel surcharge revenue the exposure appears to be

substantially less. For railroads, fuel expense accounts for 8%-11% of revenue.

* Lowering 03 EPS for the Group. While we have little visibility to the average diesel fuel price in 2003, we sense that there is a greater chance of fuel prices staying around current levels or modestly increasing than falling sharply. We are adjusting our 2003 models to reflect roughly $0.80/gallon fuel prices on average which is still roughly $0.05/gallon below the current spot price.

* Cautious on Group; West has Relatively Greater Risk. While current railroad stock prices appear to reflect some of the risk of war and high fuel prices, we believe that the group has further downside risk. While we believe that their 3Q results are likely to be solid, we sense greater risk to current 03 EPS consensus estimates and to the stock prices for the Western railroads UNP and BNI.

CNF Inc. (CNF-$31.21) - Peer Perform
Reflections on Vector SCM's Analyst Day

* CNF hosts presentation and facility tour for vector SCM. On Thursday, September 12th, CNF management hosted a presentation and facility tour for Vector SCM, its 4PL JV with GM which is part of CNF's Menlo Worldwide division. Management from CNF, Menlo WW and Vector presented on Vector's progress thus far as well as goals going forward.

* Vector and Menlo follow suit with larger logistics trend. We increasingly see transportation providers combining their logistics and freight forwarding offerings to offer customers more comprehensive supply-chain management. Vector SCM has positioned itself to compete within this 4PL arena, leveraging GM's supply-chain, as well as the network, talent and technology at Menlo Worldwide.

* New customers from Vector on the horizon. While management did not release any specifics on who Vector's next clients will be, they did allude to the undertaking of several bids/test cases which are currently underway. We believe that Vector will need to begin to add new customers in the intermediate term in order to grow going forward.

* Downwardly adjusting C02 and C03 EPS estimates. We have lowered our C02 EPS estimate to $1.35 from $1.49 based on a growing sense that the freight environment at both Emery and Con-Way has been weaker than we initially thought. We have lowered our C03 estimate from $2.53 to $2.32, and we have lowered our $35 target price to $34 and maintained our Peer Perform rating.

Have a great day!
Ed and Tom

<<RailroadGroup0916.doc>> <<CNF091602Analyst meeting.doc>>

Edward M. Wolfe
Applications Software, Transports & Logistics Research
Bear Stearns & Co.
212-272-7048
ewolfe@bear.com

---

To access our research on Transports, Logistics or Applications Software please click on the Bear Stearns Research Library.
https://www.bearstearns.com/cgi-bin/common/auth.cgi?app_name=research
<https://www.bearstearns.com/cgi-bin/common/auth.cgi?app_name=research>
Type in stock symbol or Wolfe.

BEAR STEARNS

**Thomas R. Wadewitz**
(212) 272-3169
twadewitz@bear.com
**Edward M. Wolfe**
(212) 272-7048
ewolfe@bear.com
**Christopher D. Tessin**
(212) 272-6637
ctessin@bear.com

**Equity Research**
Railroads / Rated:
*September 16, 2002*

# Cautious on Railroads due to War Risk and Fuel Risk.

---

**Key Points**

- **Railroads Likely to Underperform in a War Scenario.** Due to both perception and to what we believe is real EPS sensitivity to fuel prices, we sense that the railroad group is likely to underperform the broader market if the US goes to war with Iraq. In 1990/1991 the railroads underperformed the market prior to and during the war.
- **Little 03 hedging in place for group; NSC better positioned.** Looking to 2003, with only 0%-10% of fuel consumption hedged and spot prices hanging around at prices around $0.15/gallon above the 1Q levels, our sense is that the group has significant risk to a rise in prices in 03. With around 50% of consumption hedged in the low $0.70s/gal NSC has significantly less risk than the group.
- **Relatively Greater Exposure Than Other Transports.** Compared to the other transport groups we believe that the railroads have greater net exposure to fuel prices. The truckload carriers have greater absolute exposure but net of fuel surcharge revenue the exposure appears to be less. For railroads, fuel expense accounts for 8%-11% of revenue.
- **Lowering 03 EPS for the Group.** While we have little visibility to the average diesel fuel price in 2003, we sense that there is a greater chance of fuel prices staying around current levels or modestly increasing than falling sharply. We are adjusting our 2003 models to reflect roughly $0.80/gallon fuel prices on average which is still roughly $0.05/gallon below the current spot price.
- **Cautious on Group; West has Relatively Greater Risk.** While current railroad stock prices appear to reflect some of the risk of war and high fuel prices, we believe that the group has further downside risk. While we believe that their 3Q results are likely to be solid, we sense greater risk to current 03 EPS consensus estimates and to the stock prices for the Western railroads UNP and BNI.

****PLEASE REFER TO THE LAST PAGE OF THIS REPORT FOR IMPORTANT DISCLOSURE INFORMATION**

INVESTMENT CONCLUSION: Historically, the Class I (mid and large cap railroads) have traded in an average one year forward P/E range of 11x-15x. At the present time, on our downwardly revised 2003 EPS estimates, the group is trading in a range of 12.1x-14.4x. With the exception of NSC where we are basically in line with the Street, our EPS estimates are generally 7%-10% below Consensus 03 EPS estimates. We believe that a war with Iraq is increasingly likely and although there appears to be some war risk premium in the current near $30 /barrel crude oil price, we expect that an actual war would probably drive prices higher. In a war scenario, we believe that the railroads would most likely be hurt by a spike in diesel fuel prices and our sense is that there might also be a softer demand for some of the economically sensitive commodities and manufactured goods they transport. The railroad group has greater absolute exposure to fuel prices compared to the parcel carriers and less-than-truckload companies and net of fuel surcharges, we believe the railroads have a greater exposure to higher fuel prices than the truckload carriers. In the 1990/1991 time

Any recommendation contained in this report may not be suitable for all investors. Moreover, although the information con-tained herein has been obtained from sources believed to be reliable, its accuracy and completeness is not guaranteed. Bear Stearns may make markets and effect transactions, including short sales, for its own account in any of the securities mentioned herein, and may have a position in the securities mentioned herein (or options with respect thereto) and may also have performed investment banking services for the issuers of such securities. In addition, employees of Bear Stearns may have positions and effect transactions in the securities or options of the issuers mentioned herein and may serve as directors of such issuers. Copyright © 2001. All rights reserved by Bear, Stearns & Co. Inc.

period, the railroads underperformed the market during the period of increased crude oil prices and continued to underperform through the end of the ground war. While the 1990/1991 time period does not provide a perfect comparison, we believe it does provide a meaningful framework for viewing how the railroad stocks might respond if the US goes to war against Iraq. Setting aside perception and sentiment, we believe that the railroads have significant exposure to higher fuel prices and our modeling indicates downside to 03 EPS even if prices don't rise any further from the current mid $0.80s /gallon level for diesel fuel. We have refined our 03 EPS estimates to reflect $0.79-$0.80/gal average fuel prices in 2003. In contrast to their position in 2002 in which roughly 50% of fuel consumption was hedged, most of the railroads have only 5%-10% of 2003 consumption hedged and some of the carriers don't have any hedges in place for 2003. Given the backdrop of how the railroad group performed prior to and during the war in 1990/1991 and their largely unhedged position in 2003, we believe that risk is greater than potential reward for the railroad stocks at the present time. In the near term we recommend staying away from the railroads stocks. Because it has about 50% of its 2003 fuel consumption hedged at prices well below the current spot price, we believe that NSC is likely to perform better than the railroad group in a war scenario. CNI and CSX stocks have pulled back sharply recently as a result of 3Q pre-reports and the implications these pre-reports have for their 2003 earnings performance. We see the greatest risk to both BNI and UNP stocks from war and fuel price risk and also sense that consensus 2003 EPS estimates are likely to come down for these two carries. Although we see near term risk, we continue to rate the group Sector Perform.

KEY POINTS:

- **Rails likely to underperform in a war scenario.** During the 1990/ 1991 time period, the railroad group underperformed the broader market both at the peak of oil prices and through the decline in oil prices which took place before Desert Storm had even begun. Fuel expense is one of the largest expense line items for the railroad group and fuel expense generally is in the range of 7%-12% of revenues for the railroads depending on the average length of haul for the carrier and the level of fuel prices. While the railroads have significant revenues (25%-40%) in the coal and agriculture segments which we view as less economically sensitive, aside from these two categories, their revenues are sensitive to economic growth. As a result, the railroads could be negatively impacted by a war both on the expense side from higher fuel prices and on the revenue side if the economy slowed. In a scenario where the war was completed quickly, we would still expect relatively greater pressure on the railroad stocks, but it probably be for a short period of time. In the following chart we show a line graph of the rail index, S&P 500 (indexed to the rail index level on Jan 1, 1989), and the WTI crude oil price. After the chart, we show a table with the rail index, S&P 500, and crude oil price along with the timing of specific events including Iraq's invasion of Kuwait, the US response, and the peak in oil prices. From the chart and table, we can see that the peak in oil prices of about $41/barrel took place about 2.5 months after the invasion of Kuwait on August 2, 1990. By the time the US first began dropping bombs, WTI had fallen to about $32/barrel, and when the actual ground war began crude prices had further plummeted to between $17 and $18/barrel. While we believe the 1990/1991 data provides a useful framework for understanding what could take place this time, we also expect some meaningful differences that could affect the magnitude and period of spike in crude prices. For perspective, prior to Iraq's invasion in August, crude oil prices had been trading at relatively low levels and had bottomed at just over $15/barrel in June 1990. At the present time, crude prices are already at an elevated level of roughly $30/barrel and it appears that a significant war risk premium is already in the crude oil price. Nevertheless, we believe that a US / UN decision to go to war with Iraq would most likely prompt a further spike up in oil prices. In addition, there appears to be a real possibility that an invasion of Iraq would be more complicated and longer lasting than the amazingly quick expulsion of Iraq from Kuwait in 1991, and a longer lasting conflict could lead to a more sustained increase in crude prices.

**Chart 1: Rail Index, S&P 500, WTI Crude Oil Price**




Source: Bear, Stearns & Co., Factset Research Systems, Bloomberg

During the 1990/1991 timeframe, the railroad stock index underperformed the broader stock market as measured by the S&P 500. Prior to the invasion of Kuwait on August 2, 1990, the railroad index had actually outperformed the market by about 2.3 percentage points. At the peak of the spike in crude oil prices ($41/barrel up about 80% of the low), the railroad index was off about -23% for the year compared to a -16% decline for the S&P 500. By the end of the war, the rail index was off -10% (compared to Jan 1, 1990) while the S&P 500 had bounced back to an increase of 2.7%. However, after the war had ended, the railroad group began again to outperform the market. Six months after the end of the war, the rail index was up 10.8% and by year end it was up 27.6% compared to a rise of 8.2% and 13.0% for the S&P 500 with all returns relative to the January 1, 1990 starting point. During the war, the Federal Reserve continued to be in an easing mode which brought the Federal Funds target rate from 8.25% prior to the war down to 4.0% by year end 1991. In a war scenario, we anticipate a similar pattern of performance for the railroad group in which the group would probably underperform going into the war and during the war but then potentially outperform following the end of the war. Given that interest rates are already at a low 1.75% (Fed Funds target), we see less room for a favorable monetary policy to provide a boost to the rail group which tends to do well in a declining interest rate environment.

**Table 1: 1990/ 1991 Timeline of Events, Stock Performance, and Oil Prices**

| | | | Fed Funds | Returns Relative to 1/2/90 | | |
|---|---|---|---|---|---|---|
| Date | Comment | Oil Price | Rate | Rail Index | S&P 500 | Oil Price |
| 1/2/90 | | $22.89 | 8.25% | | | |
| 6/20/90 | Bottom for Crude Price | 15.30 | 8.25% | 1.4% | -0.2% | -33.2% |
| 8/2/90 | Invasion of Kuwait | 23.11 | 8.00% | 0.0% | -2.3% | 1.0% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/15/90 | Peak Crude Price | 41.02 | 8.00% | -22.9% | -15.7% | 79.2% |
| 1/16/91 | US Air Strikes Commence | 32.25 | 6.75% | -21.7% | -12.1% | 40.9% |
| 2/25/91 | Ground War Begins | 17.59 | 6.25% | -11.9% | 2.1% | -23.2% |
| 3/4/91 | Iraq Accepts Cease Fire Terms | 20.28 | 6.25% | -10.2% | 2.7% | -11.4% |
| 9/6/91 | 6 months out | 21.57 | 5.5% | 10.8% | 8.2% | -5.8% |
| 12/27/91 | year end | 19.12 | 4.0% | 27.6% | 13.0% | -16.5% |

Source: Bear, Stearns & Co., Factset Research Systems, Bloomberg

- **Greater Sensitivity to Fuel Prices.** With few exceptions, almost all transport companies have either direct or indirect exposure to fuel prices. While asset based transports have more direct exposure because they purchase and consume the fuel, non-asset based transport companies have the risk that they may be unable to fully or in a timely fashion pass on fuel surcharges from the asset based transport companies to the shippers who are customers of the non-asset based companies. Of the freight transport companies that we follow, the railroads and truckload carriers have the greatest absolute exposure to fuel prices based on the level of fuel expense as a percentage of revenue (see the following table). Depending on the average length of haul for a given railroad and the price of diesel, fuel expense makes up in the range of 8%-12% of revenue for the Class I railroads. Although the truckload sector has the greatest exposure to fuel prices on an absolute basis, we believe that the larger TL providers have shown an increasing ability to recapture the impact from rising fuel expense through floating fuel surcharge mechanisms which bring their net exposure well below that of the railroad group. For the TL names, the regional providers tend to be better protected than the long haul TL providers. The Less than Truckload companies (LTL) have demonstrated the most success, in our view, in using a floating fuel surcharge (based on the weekly nationwide DOE average price) to minimize their exposure to fuel prices. Over the past year, the parcel carriers have also made a move towards floating fuel surcharges which should provide more consistent protection against fuel price increases. Within some of their business segments, most notably intermodal, the railroads have demonstrated an ability to impose fuel surcharges, but we believe that they tend to have the least ability to recover increased fuel expense across their total revenue base. In business which is tied to RCAF (the railroad cost adjustment factor) which accounts for anywhere from 10% -30% of business for the Class I group, there is some recovery of revenue related to the increased fuel expense but the recovery generally lags by one to two quarters.

**Table 2: Fuel Expense as a % of Revenue for Asset Based Transport Groups**

| | Gross Exposure Fuel Exp. As % of Revenue | Prior Fuel Surcharges (Average) (1) | Net Exposure to Fuel Prices |
|---|---|---|---|
| Railroads | 8%-12% | 1% | 7%-11% |
| Truckload Carriers | 11%-16% | floating (2) | 2%-3% |
| Less-than-truckload | 5%-6% | floating | limited |
| Parcel | 3%-6% | floating | limited |

(1) Estimate of fuel surcharges on average that were applied during the last period of elevated fuel prices
(2) Larger TL carriers have implemented floating fuel surcharges while some smaller carriers are still using fixed fuel surcharges which tend to provide less complete coverage.
Source: Bear, Stearns & Co. Estimates and company reports

At the present time, the railroads are paying in the range of $0.83- $0.87/gallon for their diesel fuel (including $0.10-$0.14/gallon for tax and other charges). In table 3, we show the impact on fuel expense and EPS from a $0.10/gallon increase in the average price of fuel for the Class I railroads. This analysis shows only the impact on the expense side and does not factor in any potential increase in revenues which would arise from fuel surcharges and other recovery mechanisms. Of the Class I group, our analysis indicates the greatest EPS impact at BNI and CSX with a detrimental impact of about 8.5% for BNI and 7% for CSX. A greater average length of haul (BNI, UNP, CNI) would tend to make one carrier more sensitive to fuel prices while a higher operating margin tends to reduce the earnings impact (as a % of total EPS) of higher fuel prices (CNI, NSC, UNP).

**Table 3: Impact of a $0.10/gallon Increase in Fuel Prices**

| | Increase in Fuel Price | 2003E Est. Fuel Consumption (MM gal) | Added Fuel Expense ($ MM) | EPS Impact | % of '03 Estimate |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BNI | $0.10 | 1,155 | $116 | ($0.19) | -8.5% |
| CNI | $0.10 | 363 | $36 | ($0.12) | -3.6% |
| CSX | $0.10 | 568 | $57 | ($0.17) | -7.0% |
| NSC | $0.10 | 474 | $47 | ($0.08) | -5.2% |
| UNP | $0.10 | 1332 | $133 | ($0.30) | -6.6% |

Source: Bear, Stearns & Co. Estimates and company reports

- **Limited ability to utilize direct fuel surcharges.** For the railroads, recovering increases in fuel expense through revenue mechanisms is not as simple as implementing a single, all encompassing fuel surcharge. With the exception of the domestic intermodal segment, it is not common for the railroads to implement a broad fuel surcharge on a business segment. Within their long term contracts (most notably on coal contracts), the railroads often use a price escalator called the Railroad Cost Adjustment Factor (RCAF) which is based on measuring the inflation within the railroads cost bases (labor, fuel, materials, etc). A rise in fuel prices contributes to an increase in RCAF and a potential rise in pricing. However, if other railroad cost elements, such as railcar rental costs, are falling, the railroads may not actually see an increase in revenue through RCAF despite rising fuel prices. In addition, a rise in RCAF could lag the increase in fuel prices by one to two quarters. We estimate that the Class I railroads have between 10% and 30% of their revenue in contracts with RCAF pricing escalators. Within their multiyear contract business, we beleieve that the railroads generally do not have provisions for implementing fuel surcharges. On their tariff and short term (<1 year) business, our sense is that the railroads could take price actions to offset increased fuel expense on a much more timely basis (relative to their multi-year contracts). In the table below we show our estimates of the relative exposure of the railroads to each type of pricing mechanism. The remaining % of business not shown in the table is multi-year contract business which we believe has little flexibility for fuel expense recovery. In total, we estimate the railroads have anywhere from 50% to 65% of their business in which they could increase pricing in one form or another (fuel surcharge, RCAF, repricing) within one year or less.

**Table 4: Pricing Mechanisms and Ability to implement surcharges**

| | Direct Fuel Surcharge | | RCAF Contracts | | Tariff or ST Contract | | % of Rev. Available | Effective Total |
|---|---|---|---|---|---|---|---|---|
| | %of Revenue | Surcharge | %of Revenue | Fuel Adjust. | %of Revenue | Increase | for Surcharge | Recovery (1) |
| BNI | 15% | 2% | 25% | 0.8% | 25% | 1% | 65% | 0.7% |
| CNI | 15% | 2% | 10% | 0.8% | 30% | 1% | 55% | 0.7% |
| CSX | 12% | 2% | 15% | 0.8% | 30% | 1% | 57% | 0.7% |
| NSC | 15% | 2% | 10% | 0.8% | 25% | 1% | 50% | 0.6% |
| UNP | 10% | 2% | 30% | 0.8% | 25% | 1% | 65% | 0.7% |

(1) Recovery as a %of total revenues; assumes no recovery on multi-year contract business

Source: Bear, Stearns & Co. Estimates and company reports

- **Revenue Recovery Mechanisms should dampen fuel price impact to some extent.** In the two preceding paragraphs we discussed the direct expense side impact of a $0.10/gallon increase in fuel prices and then we looked at the estimated revenue the railroads may collect to offset increased fuel expense. In the table below we combine these two analyses and show a net effect from a $0.10/gallon increase in fuel prices. Because the railroads report both gallons of fuel consumed and average fuel price, it is straightforward to show the impact on fuel expense from an increase in fuel prices. In contrast, our analysis regarding revenue collected to offset increased fuel prices is based on our estimates and relatively little hard numbers. If anything, our sense is that the revenue side benefit we show may be on the optimistic side or it may take several quarters to begin collecting all of the additional revenue we estimate. In the table below, we show our estimate of the net impact on 03 EPS from a 0.10/gallon increase in the average fuel price versus the prior year. The impact is greatest for BNI and UNP.

**Table 4: Pricing Mechanisms and Ability to implement surcharges**

| | Added Fuel Expense | 03 Railroad Revenue Est. (1) | Est. Effective Fuel Surcharge | Fuel Surcharge Revenue | Net Operating Impact | 03 EPS Impact |
|---|---|---|---|---|---|---|
| BNI | $116 | $9,014 | 0.7% | $66.5 | ($49) | ($0.08) |
| CNI | $36 | $3,777 | 0.7% | $25.5 | ($11) | ($0.04) |
| CSX | $57 | $7,352 | 0.7% | $48.0 | ($9) | ($0.03) |
| NSC | $47 | $6,436 | 0.6% | $40.2 | ($7) | ($0.01) |
| UNP | $133 | $10,923 | 0.7% | $73.7 | ($59) | ($0.13) |

(1) Excludes "other" railroad revenue (demurrage, car hire, etc)
Source: Bear, Stearns & Co. Estimates and company reports

- **Rails mostly unhedged in 2003 except for NSC.** During 2002, the railroad group has been protected from rising fuel prices on a significant portion of their exposure as a result of hedges for 45%-60% of consumption. Most of the Class I carriers were aggressive in putting on fuel hedges during the period of depressed diesel fuel prices in the fall of 2001 (post Sept 11). As a result, the railroads have benefited from a significant year-over-year decline in fuel expense in 2002. We expect this benefit to be fall off sharply in 4Q as both comparison prices are more difficult and current spot prices appear likely to remain at levels well above the fall 2001 prices. In contrast to 2002, the railroad group generally has little fuel hedging in place and appears to have a much greater exposure to higher fuel prices. Most of the railroads have only 5%-10% of their 2002 fuel consumption hedged. The one notable exception is NSC. As a result of the new fuel hedging policy they began to implement in the spring of 2002, NSC has continued to hedge 50% or more of its fuel consumption on a rolling 12 month basis. We believe it has about 50% of its 2003 fuel needs hedged at prices in the low $0.70/gallon range ($0.72-$0.73). **In our view, NSC has much less risk to a spike in fuel prices in 2003 compared to the Class I group because of the fuel hedges (~50% of 03 consumption) that it currently has in place.** In the table below, we show our estimate of the impact of fuel hedges on the average fuel price during 2002 and our projection of an average fuel price in 2003 based on a spot price of $0.85/gallon and given the current fuel hedges in place for the carriers.

**Table 4: Fuel Hedges and Impact in 2002 and 2003**

| | 2002 Fuel Assumptions | | | 2003 Fuel Assumptions | | | |
|---|---|---|---|---|---|---|---|
| | Est Average Diesel Price | % Hedged | Hedge Price | **% Hedged** | Hedge Price | Ave. Diesel Spot Price | All In Ave. Price |
| BNI | $0.73 | 50% | $0.72 | **10%** | $0.73 | $0.85 | $0.84 |
| CNI | $0.77 | 50% | $0.80 | **5%** | $0.75 | $0.85 | $0.85 |
| CSX | $0.76 | 55% | $0.78 | **0%** | ---- | $0.85 | $0.85 |
| NSC | $0.73 | 67% | $0.71 | **50%** | $0.73 | $0.85 | $0.79 |
| UNP | $0.71 | 45% | $0.69 | **5%** | $0.69 | $0.85 | $0.84 |

Source: Bear, Stearns & Co. Estimates and company reports

- **Lowering 03 EPS to reflect increased fuel price assumption.** We have little visibility to the level of fuel prices in 2003. However, given the current level of prices in the mid $0.80s/gallon, and our sense that a war with Iraq is better than a 50/50 proposition at this point, we believe that the average fuel price for most of the railroads is more likely to be at or above $0.80/gallon than below this level (this assumes a decline from the current level of spot prices in the mid $0.80s). We have elected to adjust our models and 2003 EPS estimates for most of the Class I carriers to reflect an average fuel price of $0.79-$0.80/gallon. For NSC we have assumed an average fuel price in 2003 of $0.75/gallon which included the benefit from its current hedge position, and we have left our 2003 EPS estimate of $1.48 unchanged. The details of our old and new 2003 EPS estimates, current First Call Consensus, our revised fuel price assumptions for 2003 are listed in the table below. The modest revisions in our 03 EPS estimates put us even further below consensus. Our 2003 EPS estimates are now 7%-10% below consensus with the exception of NSC where our $1.48/share estimate is only $0.01/share below the First Call Consensus estimate.

**Table 5: Revised 2003 EPS Estimates and Fuel Assumptions; FC Consensus**

| | Revised 03 Fuel Price Assumption | Prior 03 EPS Estimate | Revised 03 EPS Estimate | FC Consensus 03 EPS |
|---|---|---|---|---|
| **BNI** | $0.79 | $2.25 | **$2.19** | $2.44 |
| **CNI** | $0.80 | $3.32 | **$3.30** | $3.58 |
| **CSX** | $0.80 | $2.45 | **$2.40** | $2.65 |
| **NSC** | $0.75 | $1.48 | **$1.48** | $1.49 |
| **UNP** | $0.79 | $4.60 | **$4.51** | $4.86 |

Source: Bear, Stearns & Co. Estimates and company reports

GNWR: Within the past twelve months, Bear, Stearns & Co. Inc. or one of its affiliates was the manager or co-manager of a public offering of securities for this company.
GNWR: Within the past twelve months, Bear, Stearns & Co. Inc. or one of its affiliates has performed, or is performing, investment banking services for which it has received a fee from this company.
GNWR: Bear, Stearns & Co. Inc. is a market maker in this company's equity securities.
BNI: Bear Stearns is associated with the specialist that makes a market in the common stock of this issuer, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock.
Bear, Stearns & Co. Equity Research Rating System:
Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.
Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, Bear Stearns), as indicated on the cover page hereof. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is regulated by the United Kingdom Financial Services Authority. This report is not intended for private customers in the United Kingdom. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request. Bear Stearns may be associated with the specialist that makes a market in the common stock or options of an issuer in this report, and Bear Stearns or such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock or options. Bear Stearns and its employees, officers and directors may have positions and deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including positions and transactions contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein. This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained herein has been obtained from sources we believe to be reliable, its accuracy and completeness cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information contained herein. This publication is being furnished to you for informational purposes only and on the condition that it will not form a primary basis for any investment decision. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on the legal, tax and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, none of Bear Stearns or any of its employees shall be responsible for any investment decision. (c) 2002. All rights reserved by Bear Stearns. This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states.
NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX or NASDAQ National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

Bear, Stearns Ratings Distribution as of 9/9/02:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC clients in the last 12 months.
Buy (Outperform): 37 / 34.1
Neutral (Peer Perform): 42.8 / 16.9
Sell (Underperform): 19.7 / 10.4
Not Rated: 0.5 / 0

For important information regarding the companies in this report, please contact your registered representative at 1-800-371-0978, or write to Uzi Rosha, Equity Research Compliance, Bear Stearns & Co. Inc., 383 Madison Avenue, New York, NY 10179.

**BEAR STEARNS**

**Edward M. Wolfe**
212 272-7048
ewolfe@bear.com
**Justin B. Yagerman**
212 272-3714
jyagerman@bear.com

**Equity Research**
Ground Transportation / Rated: Market Overweight
*September 16, 2002*

# CNF Inc. (CNF-$31.21) - Peer Perform

## Reflections on Vector SCM's Analyst Day

**Data**

| | | | | | |
|---|---|---|---|---|---|
| LT Debt to Tot Cap | 28.1% | Shares Out | 56.7 | Book Value | $11.99 |
| Target Price | $34 | Market Cap (MM) | $1,769.6 | Net Debt | $203.8 |

**GAAP Estimates**

| | Q1 Mar | Q2 Jun | Q3 Sep | Q4 Dec | Year | P/E Year |
|---|---|---|---|---|---|---|
| **2000** | $0.66 | $0.80 | $0.66 | $0.67 | $2.79 | 11.2x |
| **2001** | $0.26A | $0.17A | ($0.13A) | $0.12A | $0.42A | 74.3x |
| **2002E** | $0.09A | $0.37A | $0.39E | $0.50E | $1.35E | 23.1x |
| **Previous** | $0.09A | $0.37A | $0.48E | $0.55E | $1.49E | |
| **2003E** | | | | | $2.32E | 13.5x |
| **Previous** | | | | | $2.53E | |

**Key Points**

- **CNF hosts presentation and facility tour for vector SCM.** On Thursday, September 12th, CNF management hosted a presentation and facility tour for Vector SCM, its 4PL JV with GM which is part of CNF's Menlo Worldwide division. Management from CNF, Menlo WW and Vector presented on Vector's progress thus far as well as goals going forward.
- **Vector and Menlo follow suit with larger logistics trend.** We increasingly see transportation providers combining their logistics and freight forwarding offerings to offer customers more comprehensive supply-chain management. Vector SCM has positioned itself to compete within this 4PL arena, leveraging GM's supply-chain, as well as the network, talent and technology at Menlo Worldwide.
- **New customers from Vector on the horizon.** While management did not release any specifics on who Vector's next clients will be, they did allude to the undertaking of several bids/test cases which are currently underway. We believe that Vector will need to begin to add new customers in the intermediate term in order to grow going forward.
- **Downwardly adjusting C02 and C03 EPS estimates.** We have lowered our C02 EPS estimate to $1.35 from $1.49 based on a growing sense that the freight environment at both Emery and Con-Way has been weaker than we initially thought. We have lowered our C03 estimate from $2.53 to $2.32, and we have lowered our $35 target price to $34 and maintained our Peer Perform rating.

****PLEASE REFER TO THE LAST PAGE OF THIS REPORT FOR IMPORTANT DISCLOSURE INFORMATION**

**Bear, Stearns acted as a financial advisor to General Motors Corp. in the pending acquisition of Hughes Electronics by Echostar Communications Corp.**

INVESTMENT CONCLUSION: CNF is currently trading at 23.1x and 13.5x or C02 and C03 EPS estimates of $1.35 and $2.32 and 12.1x our blended C03/C04 EPS estimate of $2.58. Currently, we remain cautious on CNF despite Emery's slow return to profitability and Vector's expected run-rate of approximately $5 million in operating profits/quarter for the remainder of C02. At current valuations, we believe that most of the good news from Consolidated Freightways' bankruptcy at the beginning of September is currently priced into CNF's stock, and it is our

Any recommendation contained in this report may not be suitable for all investors. Moreover, although the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. Bear Stearns may make markets and effect transactions, including transactions contrary to any recommendations herein, or have positions in the securities mentioned herein (or options with respect thereto) and may also have performed investment banking services for the issuers of such securities. In addition, employees of Bear Stearns may have positions and effect transactions in the securities or options of the issuers mentioned herein and may serve as directors of such issuers. Copyright © 2001. All rights reserved by Bear, Stearns & Co. Inc.

belief, that despite the excess freight produced by this consolidation, the freight environment for regional LTL has been weaker than expected throughout the majority of 3Q:02. As a result, we have lowered our 3Q:02 EPS estimate to $0.39 from our previous estimate of $0.48 due to concerns over weakness in the general freight environment in both CNF's Emery and Con-Way divisions which could lead to difficulty meeting expected profit levels in 3Q:02. Our $34 price target is derived by placing a 13x forward multiple out twelve months on our reduced blended C03/C04 EPS estimate of $2.58. CNF remains rated Peer Perform.

KEY POINTS:

- **CNF Hosts Analyst Day for Vector.** Last Thursday, CNF hosted an analyst day for Vector SCM, its 4PL joint venture with GM in Novi, Michigan. The day consisted of short presentations from executives at Vector and GM as well as a quick tour of operations at Vector's headquarters which both served to give the investment community a more coherent picture of what Vector does. Executives at both GM and Vector seemed upbeat about Vector's progress to date, and continue to set aggressive goals which they seek to meet or exceed. To date, Vector has been able to deliver significant cost savings to GM through the implementation of over 20 major projects globally. Vector announced that they expect to complete their current North American business cases with GM by the end of C02, and globally by the end of C03, as they expand to take on new clients going forward. Looking forward, CNF expects Vector to generate similar results as Menlo Logistics, posting high-levels of ROC and double digit operating income growth.

- **What is a 4PL?** Presentations at Vector's analyst day focused heavily on trying to describe what exactly a 4PL is and does, and what types of clients Vector is and will be targeting to provide these services. The simplest definition that we heard is that a 4PL manages the 3PLs (third-party logistics providers or forwarders) which fuel the supply-chain. In most cases, the defining characteristics are that it be global, non-asset, neutral, and have the ability to aggregate and integrate a client's supply chain through the use of technology, networking, transportation management, etc. The focus of a 4PL is to streamline and extract cost-savings through the use of total supply-chain aggregation. With GM's global supply-chain as the platform for Vector's endeavors going forward, we believe that Vector is well positioned to service new customers going forward. Vectors target clients have large logistic spend, high-value products, juggle multi-modal transportation across a global time-sensitive supply-chain, and operate in many silos using various 3PLs. Vector expressed that some of the verticals targeted for new customers are: other automotive/truck/motorcycle OEMs, aerospace, electronics/high-tech, medical, food, retail, and chemicals manufacturers. Although both Vector and GM discussed that they would be open to working on the supply-chains of competitors (i.e. Ford and/or Daimler Chrysler) we find the possibility of this happening highly unlikely due to the intimate nature of competitive information that would be exposed. However, it would be entirely possible for Vector to engage in similar projects with auto manufacturers in which GM shares an equity stake, such as: Fiat, Subaru, Isuzu, Suzuki and Saab.

- **Vector and Menlo follow suit with larger logistics trend.** We increasingly see transportation providers combining their logistics and freight forwarding offerings to offer customers more comprehensive supply-chain management. Vector SCM has positioned itself to compete within this 4PL arena, leveraging GM's supply-chain, as well as the network, talent and technology available at Menlo Worldwide which includes Menlo Logistics and Emery's freight forwarding operations. Housing these three divisions under one brand name gives CNF significant cross-selling opportunities leveraging Emery's broad customer base and Menlo's premium brand name. We have recently seen this trend at UPS which is actively cross-selling their premium logistics products alongside traditional freight forwarding offerings provided by their Fritz division, and for a longer time at Exel, which purchased forwarder Ocean Group in February, 2000.

- **Lowering C02 and C03 EPS estimates and price target; maintaining Peer Perform rating.** We have lowered our C02 EPS estimate to $1.35 from $1.49 based on a growing sense that the freight environment at both Emery and Con-Way has been weaker than we initially thought, as we had become the high-end of street estimates. We have lowered our 3Q:02 EPS estimate to $0.39 from $0.48, and taken down our 4Q:02 EPS estimate to $0.50 from $0.55. In addition, we have lowered our C03 estimate from $2.53 to $2.32 (vs.

Consensus $2.43) and lowered our C04 EPS to $2.71 from $2.82. We have reduced our $35 target price to $34 as a result of reducing our C03 and C04 EPS estimates. CNF remains rated Peer Perform.

F, DCX, GM: Within the past twelve months, Bear, Stearns & Co. Inc. or one of its affiliates was the manager or co-manager of a public offering of securities for this company.
F, DCX, GM: Within the past twelve months, Bear, Stearns & Co. Inc. or one of its affiliates has performed, or is performing, investment banking services for which it has received a fee from this company.
Bear, Stearns & Co. Equity Research Rating System:
Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.
Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, Bear Stearns), as indicated on the cover page hereof. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is regulated by the United Kingdom Financial Services Authority. This report is not intended for private customers in the United Kingdom. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request. Bear Stearns may be associated with the specialist that makes a market in the common stock or options of an issuer in this report, and Bear Stearns or such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock or options. Bear Stearns and its employees, officers and directors may have positions and deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including positions and transactions contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein. This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained herein has been obtained from sources we believe to be reliable, its accuracy and completeness cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information contained herein. This publication is being furnished to you for informational purposes only and on the condition that it will not form a primary basis for any investment decision. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on the legal, tax and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, none of Bear Stearns or any of its employees shall

be responsible for any investment decision. (c) 2002. All rights reserved by Bear Stearns. This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states.
NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX or NASDAQ National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

Bear, Stearns Ratings Distribution as of 9/9/02:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC clients in the last 12 months.
Buy (Outperform): 37 / 34.1
Neutral (Peer Perform): 42.8 / 16.9
Sell (Underperform): 19.7 / 10.4
Not Rated: 0.5 / 0

For important information regarding the companies in this report, please contact your registered representative at 1-800-371-0978, or write to Uzi Rosha, Equity Research Compliance, Bear Stearns & Co. Inc., 383 Madison Avenue, New York, NY 10179.

**From:** Gillen, George F
**Sent:** Fri Nov 01 15:35:53 2002
**To:** Gillen, George F
**Subject:** Update On Contract Audit Action Items
**Importance:** Normal
**Attachments:** Mktg Frght Rev Report - Final.doc

Dave & Denis, this will be a brief followup on what has, or is being done against the Audit teams action items in the attachment.
<<...>>

# Scope and Objectives

| Objectives | Work Performed |
|---|---|
| •Document the process used by each Business Unit for developing Marketing freight revenue contracts. | • Interviewed 50+ employees within Marketing and other departments to understand the Marketing freight revenue contracting process and identify any concerns with the process. |
| •Evaluate contracting procedures and controls in place within each Business Unit. | • Developed a matrix of significant contract components and reviewed the matrix with Marketing individuals from the following areas: Agricultural Products, Coal, Consumer Products (Dry Box), Industrial Products, and Intermodal.<br>• Selected 30 contracts and reviewed for the following:<br>– Adherence to delegation of authority (See Action Items 1 and 2)<br>– Price escalations (See Action Item 5)<br>– Contract allowances (See Action Item 6)<br>– Fuel surcharge provisions (See Action Item 4)<br>– Minimum volumes/liquidated damages (See Action Item 7)<br>– Automatic renewal provisions (No significant issues noted)<br>– Equipment mileage allowances (No significant issues noted)<br>– Demurrage/storage provisions (No significant issues noted)<br>– Operational and equipment requirements (No significant issues noted) |

# Executive Summary

**Control Assessment:**

Low

Medium

High

**Business Impact:**

Ineffective

Needs Improvement

Effective

**Control assessment** represents the evaluation of the internal control structure surrounding the process.

**Business impact** represents the magnitude and importance of the process to the [illegible] exity, criticality and contribution to financial goals.

**Best Control Practice Status (See Page 15):**

Limited Moderate World class

## Prior Audit Information

N/A

## Change in Controls from Prior Audit:

N/A

## Summary of Key Issues:

The following high-level issues were identified:

1. The Marketing delegation of authority needs to be updated to reflect changes in the organizational structure. Freight revenue contracts should be approved per the delegation of authority.
2. The Marketing Department should further develop procedures for the tracking and approval of minimum volumes/liquidated damages and contract allowances.
3. Fuel surcharge provisions are not consistently included and applied in contracts. In addition, the fuel surcharge application process should be further automated.

## Description of Process:

[illegible]



Highly Confidential DA04050 BNSF-0544172

# Table of Contents

| | |
|---|---|
| Executive Summary | 3 |
| Distribution List and Signatures | 4 |
| Scope and Objectives | 5-6 |
| Action Items | 7-14 |
| Best Control Practices Status | 15 |
| Appendix A - Best Control Practice Matrix | 16 - 20 |



Highly Confidential DA04051 BNSF-0544173

# Distribution List and Signatures

**Field work completion date:**
**August 5, 2002**

Addressee(s): Jim Arnett, Renita Lee, Steve Behn, Aaron Self, Bob Brautovich, Denis Smith, Bill Brown, John Sprague, George Gillen, Janet Todd, Sam Kyei

Distribution: Matt Rose, Tom Hund, Steve Bobb, Dennis Johnson, Steve Branscum, Ken Kempker, Rollin Bredenberg, Tom Kraemer, Fritz Draper, Nick Murray, George Duggan, Kathleen Regan, Ricci Gardner, Chuck Schultz, Dave Garin, PricewaterhouseCoopers

Casey Gourley
Auditor I
817-352-2267

Kristin Potts
Project Manager I
817-352-2422

Felicia Lathon
Director, Revenue & Financial Audits
817-352-2110



Highly Confidential DA04052 BNSF-0544174

# Action Items

## Fuel Surcharge Provisions

4) The following are the results of the 30 contracts reviewed for fuel surcharge application from September 2001 to December 2001:
   - 25 (83%) applied fuel surcharges correctly each month
   - 4 (13%) should have applied fuel surcharges but did not apply them
   - 1 (3%) should not have applied fuel surcharges but did apply them

Fuel surcharge provisions in carload contracts are currently tracked and applied manually by Price Management.

The tracking and application of fuel surcharges should be automated to minimize potential application errors.

**Action Plan:** Jim Arnett, Manager, Price Management
The Carload Marketing group is currently addressing systems and process enhancements to automate the tracking and application of fuel surcharges.

**Target Date:** December 2002

# Action Items

## Delegation of Authority

2) Currently, the Marketing delegation of authority for transportation contracts includes parameters around a contract's term, dollar amount over the life of the contract, service guarantees, and capital commitments. Approval limits are not specified for contract allowances, fuel surcharges, minimum volumes/liquidated damages, price escalators, or equipment mileage allowances.

Marketing should determine what approvals and review process should exist for these items.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Renita Lee, Manager, Customer Communications and Marketing Support

The following approval categories will be included on the contract checklist that Marketing has agreed to implement:

1. Including contract allowances in freight revenue contracts.
2. Excluding fuel surcharge provisions in contracts.
3. Excluding price escalators in multi-year contracts.
4. Including equipment mileage allowances in contracts.

**Target Date:** November 2002

# Scope and Objectives (continued)

**Objectives**

- Develop a checklist of the significant contract components used by each Business Unit to help ensure appropriate review and approval of contract contents.

**Work Performed**

- Developed a checklist to be tailored and used by the various Business Units when creating and signing contracts. The checklist addresses the following contract components:
  - Contract term
  - Estimated revenue of contract
  - Contribution analysis
  - Operations and Equipment group notification
  - Any changes to boilerplate language
  - Price escalation provisions
  - Fuel surcharge provisions
  - Contract allowances
  - Minimum volumes/liquidated damages
  - Miscellaneous billing provisions
  - Capital commitments
  - Appropriate approval per the delegation of authority

# Action Items

**Delegation of Authority (continued)**

3) Of the thirty Marketing freight revenue contracts reviewed, six (20%) were signed by individuals that did not have appropriate signature authority per the delegation of authority.

Marketing should obtain contract approvals per the delegation of authority. Also, the delegation of authority should be formally reviewed annually.

**Action Plan:** John Sprague, Director, Business Unit Operations Support

1. Formally communicate the approved Marketing delegations of authority to individuals within the various Marketing groups.
2. Establish a schedule for reviewing each of the Marketing groups' delegations of authority.
3. Work with Technology Services to maintain electronic links on the intranet to the current Marketing delegations of authority.

**Target Date:** December 2002

# Burlington Northern Santa Fe
# Corporate Audit Services



Audit of the Marketing
Freight Revenue Contracting
Process

October 21, 2002

# Action Items

## Contract Allowances

6) Marketing should follow a consistent procedure for tracking all contract allowances and approving allowance payments per the delegation of authority. In addition, when allowances are included in freight revenue contracts, they should be based on one or more of the following: volumes (revenue, tons, cars), use of EDI payment method, early payment of invoices, and service performance measures.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Sam Kyei, General Director, Marketing Support

Aaron Self, Manager, Liability Rating

Janet Todd, Manager, Coal Planning

The Marketing groups will:

1. Determine which areas (Marketing, Liability Rating, Other) are responsible for tracking contract allowances and communicate the decision to all individuals expected to track allowances.
2. Work with Liability Rating to review and document the agreed upon approval process for contract allowance payments.

**Target Date:** March 2003



Highly Confidential DA04058 BNSF-0544180

# Action Items

**Price Escalators**

5) A process is not currently in place to approve different price escalators or exclusion thereof in contract. When an index or a fixed rate is used as a price escalator in a freight revenue contract, the index or fixed rate should be selected from the published Price Escalation Guidelines (which are currently included in the Intermodal Procedures book).

**Action Plan:**

Jim Arnett, Manager, Price Management

Bob Brautovich, AVP, Coal

Bill Brown, Director, Agricultural Products Marketing

Renita Lee, Manager, Customer Communications and Marketing Support

The Price Escalation Guidelines will be formally communicated to all individuals within the various Marketing groups and will be added to the Carload Best Pricing Practices document.

**Target Date:** November 2002

# Action Items

## Records Retention

8) More than one central repository is used to maintain freight revenue contracts. A formal process is not currently in place for each of the designated Marketing Corporate Records Officers to monitor compliance with the Records Retention Schedule, which requires freight transportation contracts to be maintained for the life of the contract/agreement plus ten years.

Marketing's Corporate Records Officers should ensure that contracts are maintained for the appropriate length of time and that contracts are not maintained beyond the retention requirement unless a business, legal, or tax justification exists.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Renita Lee, Manager, Customer Communications and Marketing Support

The Marketing groups will work with the Law Department to develop procedures to address record retention and disposal.

**Target Date:** December 2002

# Action Items

## Minimum Volumes/Liquidated Damages

7) A formal process is not currently in place to track minimum volumes and the associated liquidated damages that should be charged to freight revenue customers. In addition, approval is not currently required for the non-assessment of liquidated damages owed to the Company.

Each Marketing group should assign a group within the organization to track minimum volumes and liquidated damages, and approval should be obtained when liquidated damages will not be assessed.

**Action Plan:**

Steve Behn, Director, Equipment and Service Planning

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Sam Kyei, General Director, Marketing Support

1. The Marketing groups will determine which groups within their respective areas are responsible for tracking minimum volumes and liquidated damages, and the decision will be communicated to all individuals that will be expected to monitor volumes.
2. The Marketing groups will determine what approval should be obtained for the non-assessment of liquidated damages and will communicate the information to all individuals in Marketing.

**Target Date:** December 2002

# Best Control Practice Status

Based on discussions with management, audit testing and review of controls, we believe best control practices are currently used on a moderate basis. The process was rated "moderate to world class" in areas around the notification and involvement of the Operations and Equipment groups in the process. However, contract allowance processes, minimum volume tracking, and contract approval were rated as "limited." Appendix A contains a Best Control Practices matrix related to the Marketing Freight Revenue Contracting process.

**The Best Control Practice status classification is defined as follows:**

World-Class - "*Best Control Practice*" currently in use.

→ Moderate - Opportunities for improvement to "*Best Control Practice*" exist.

Limited - To enhance process efficiency/effectiveness, implementation or improvement of "*Best Control Practice*" recommended.

# Action Items

## Contract Approval

1) Of the thirty Marketing freight revenue contracts reviewed, seven (23%) had not been signed by BNSF employees or the contract customers.

Marketing should maintain signed copies of all freight revenue contracts that require signatures by BNSF employees and by the customers that are parties to the contracts. Additionally, Law Department approval must be secured for any contracts implemented outside Law approved boilerplate contract language.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Renita Lee, Manager, Customer Communications and Marketing Support

The Marketing groups will:

1. Establish a process for obtaining Law Department approval when boilerplate language is altered in contracts.
2. Include an expected return date on the contract checklist that will be utilized by the individuals establishing the contracts.
3. Establish a process to track contracts sent to customers for signatures. Ensure that customers are informed that contracts must be returned in a timely manner.
4. Establish a process to ensure that the appropriate Marketing representative has signed the contract in compliance with the *Rules Governing the Authority to Make Payments and to Execute and Implement Contract and Deeds.*

**Target Date:** December 2002

# Burlington Northern Santa Fe Corporate Audit Services




Audit of the Marketing Freight Revenue Contracting Process

October 21, 2002

# Table of Contents


| | |
|---|---|
| Executive Summary | 3 |
| Distribution List and Signatures | 4 |
| Scope and Objectives | 5-6 |
| Action Items | 7-14 |
| Best Control Practices Status | 15 |
| Appendix A - Best Control Practice Matrix | 16 - 20 |

# Executive Summary

**Control Assessment:**

- Ineffective
- → **[Needs Improvement]**
- Effective

**Business Impact:**

- Low
- Medium
- → **[High]**

**Control assessment** represents the evaluation of the internal control structure surrounding the process.

**Business impact** represents the magnitude and importance of the process to the achievement of BNSF objectives. Elements include the process complexity, criticality and contribution to financial goals.

**Best Control Practice Status (See Page 15):**




**Prior Audit Information**

N/A

**Change in Controls from Prior Audit:**

N/A

**Summary of Key Issues:**

The following high-level issues were identified:

1. The Marketing delegation of authority needs to be updated to reflect changes in the organizational structure. Freight revenue contracts should be approved per the delegation of authority.
2. The Marketing Department should further develop procedures for the tracking and approval of minimum volumes/liquidated damages and contract allowances.
3. Fuel surcharge provisions are not consistently included and applied in contracts. In addition, the fuel surcharge application process should be further automated.

**Description of Process:**

The BNSF Marketing Department is responsible for establishing and managing customer freight revenue contracts. This includes the development of rates, the development of contract language describing the intent of both negotiating parties, and the monitoring of existing contracts and other price authorities. The Marketing Department is divided into the following Business Units: Agricultural Products, Coal, Industrial Products, and Consumer Products.



Highly Confidential DA04066 BNSF-0544188

# Distribution List and Signatures

**Field work completion date:**
**August 5, 2002**

| | | | |
|---|---|---|---|
| Addressee(s): | Jim Arnett | Renita Lee | Casey Gourley |
| | Steve Behn | Aaron Self | Auditor I |
| | Bob Brautovich | Denis Smith | 817-352-2267 |
| | Bill Brown | John Sprague | |
| | George Gillen | Janet Todd | Kristin Potts |
| | Sam Kyei | | Project Manager I |
| | | | 817-352-2422 |
| Distribution: | Matt Rose | Tom Hund | |
| | Steve Bobb | Dennis Johnson | Felicia Lathon |
| | Steve Branscum | Ken Kempker | Director, Revenue & Financial Audits |
| | Rollin Bredenberg | Tom Kraemer | 817-352-2110 |
| | Fritz Draper | Nick Murray | |
| | George Duggan | Kathleen Regan | |
| | Ricci Gardner | Chuck Schultz | |
| | Dave Garin | PricewaterhouseCoopers | |



Highly Confidential
DA04067
BNSF-0544189

# Scope and Objectives

| Objectives | Work Performed |
| --- | --- |
| •Document the process used by each Business Unit for developing Marketing freight revenue contracts. | •Interviewed 50+ employees within Marketing and other departments to understand the Marketing freight revenue contracting process and identify any concerns with the process. |
| •Evaluate contracting procedures and controls in place within each Business Unit. | •Developed a matrix of significant contract components and reviewed the matrix with Marketing individuals from the following areas: Agricultural Products, Coal, Consumer Products (Dry Box), Industrial Products, and Intermodal.<br>•Selected 30 contracts and reviewed for the following:<br>– Adherence to delegation of authority (See Action Items 1 and 2)<br>– Price escalations (See Action Item 5)<br>– Contract allowances (See Action Item 6)<br>– Fuel surcharge provisions (See Action Item 4)<br>– Minimum volumes/liquidated damages (See Action Item 7)<br>– Automatic renewal provisions (No significant issues noted)<br>– Equipment mileage allowances (No significant issues noted)<br>– Demurrage/storage provisions (No significant issues noted)<br>– Operational and equipment requirements (No significant issues noted) |



Highly Confidential DA04068 BNSF-0544190

# Scope and Objectives (continued)

**Objectives**

- Develop a checklist of the significant contract components used by each Business Unit to help ensure appropriate review and approval of contract contents.

**Work Performed**

- Developed a checklist to be tailored and used by the various Business Units when creating and signing contracts. The checklist addresses the following contract components:
  - Contract term
  - Estimated revenue of contract
  - Contribution analysis
  - Operations and Equipment group notification
  - Any changes to boilerplate language
  - Price escalation provisions
  - Fuel surcharge provisions
  - Contract allowances
  - Minimum volumes/liquidated damages
  - Miscellaneous billing provisions
  - Capital commitments
  - Appropriate approval per the delegation of authority

# Action Items

## Contract Approval

1) Of the thirty Marketing freight revenue contracts reviewed, seven (23%) had not been signed by BNSF employees or the contract customers.

   Marketing should maintain signed copies of all freight revenue contracts that require signatures by BNSF employees and by the customers that are parties to the contracts. Additionally, Law Department approval must be secured for any contracts implemented outside Law approved boilerplate contract language.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Renita Lee, Manager, Customer Communications and Marketing Support

The Marketing groups will:

1. Establish a process for obtaining Law Department approval when boilerplate language is altered in contracts.
2. Include an expected return date on the contract checklist that will be utilized by the individuals establishing the contracts.
3. Establish a process to track contracts sent to customers for signatures. Ensure that customers are informed that contracts must be returned in a timely manner.
4. Establish a process to ensure that the appropriate Marketing representative has signed the contract in compliance with the *Rules Governing the Authority to Make Payments and to Execute and Implement Contract and Deeds.*

**Target Date:** December 2002

# Action Items

**Delegation of Authority**

2) Currently, the Marketing delegation of authority for transportation contracts includes parameters around a contract's term, dollar amount over the life of the contract, service guarantees, and capital commitments. Approval limits are not specified for contract allowances, fuel surcharges, minimum volumes/liquidated damages, price escalators, or equipment mileage allowances.

   Marketing should determine what approvals and review process should exist for these items.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Renita Lee, Manager, Customer Communications and Marketing Support

The following approval categories will be included on the contract checklist that Marketing has agreed to implement:

1. Including contract allowances in freight revenue contracts.
2. Excluding fuel surcharge provisions in contracts.
3. Excluding price escalators in multi-year contracts.
4. Including equipment mileage allowances in contracts.

**Target Date:** November 2002

# Action Items

### Delegation of Authority (continued)

3) Of the thirty Marketing freight revenue contracts reviewed, six (20%) were signed by individuals that did not have appropriate signature authority per the delegation of authority.

   Marketing should obtain contract approvals per the delegation of authority. Also, the delegation of authority should be formally reviewed annually.

**Action Plan:** John Sprague, Director, Business Unit Operations Support

1. Formally communicate the approved Marketing delegations of authority to individuals within the various Marketing groups.
2. Establish a schedule for reviewing each of the Marketing groups' delegations of authority.
3. Work with Technology Services to maintain electronic links on the intranet to the current Marketing delegations of authority.

**Target Date:** December 2002



Highly Confidential

# Action Items

## Fuel Surcharge Provisions

4) The following are the results of the 30 contracts reviewed for fuel surcharge application from September 2001 to December 2001:
   - 25 (83%) applied fuel surcharges correctly each month
   - 4 (13%) should have applied fuel surcharges but did not apply them
   - 1 (3%) should not have applied fuel surcharges but did apply them

   Fuel surcharge provisions in carload contracts are currently tracked and applied manually by Price Management.

   The tracking and application of fuel surcharges should be automated to minimize potential application errors.

**Action Plan:** Jim Arnett, Manager, Price Management

The Carload Marketing group is currently addressing systems and process enhancements to automate the tracking and application of fuel surcharges.

**Target Date:** December 2002

# Action Items

**Price Escalators**

5) A process is not currently in place to approve different price escalators or exclusion thereof in contract. When an index or a fixed rate is used as a price escalator in a freight revenue contract, the index or fixed rate should be selected from the published Price Escalation Guidelines (which are currently included in the Intermodal Procedures book).

**Action Plan:**

Jim Arnett, Manager, Price Management

Bob Brautovich, AVP, Coal

Bill Brown, Director, Agricultural Products Marketing

Renita Lee, Manager, Customer Communications and Marketing Support

The Price Escalation Guidelines will be formally communicated to all individuals within the various Marketing groups and will be added to the Carload Best Pricing Practices document.

**Target Date:** November 2002

# Action Items

**Contract Allowances**

6) Marketing should follow a consistent procedure for tracking all contract allowances and approving allowance payments per the delegation of authority. In addition, when allowances are included in freight revenue contracts, they should be based on one or more of the following: volumes (revenue, tons, cars), use of EDI payment method, early payment of invoices, and service performance measures.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Sam Kyei, General Director, Marketing Support

Aaron Self, Manager, Liability Rating

Janet Todd, Manager, Coal Planning

The Marketing groups will:

1. Determine which areas (Marketing, Liability Rating, Other) are responsible for tracking contract allowances and communicate the decision to all individuals expected to track allowances.
2. Work with Liability Rating to review and document the agreed upon approval process for contract allowance payments.

**Target Date:** March 2003



# Action Items

**Minimum Volumes/Liquidated Damages**

7) A formal process is not currently in place to track minimum volumes and the associated liquidated damages that should be charged to freight revenue customers. In addition, approval is not currently required for the non-assessment of liquidated damages owed to the Company.

Each Marketing group should assign a group within the organization to track minimum volumes and liquidated damages, and approval should be obtained when liquidated damages will not be assessed.

**Action Plan:**

Steve Behn, Director, Equipment and Service Planning

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Sam Kyei, General Director, Marketing Support

1. The Marketing groups will determine which groups within their respective areas are responsible for tracking minimum volumes and liquidated damages, and the decision will be communicated to all individuals that will be expected to monitor volumes.
2. The Marketing groups will determine what approval should be obtained for the non-assessment of liquidated damages and will communicate the information to all individuals in Marketing.

**Target Date:** December 2002



Highly Confidential  

# Action Items

**Records Retention**

8) More than one central repository is used to maintain freight revenue contracts. A formal process is not currently in place for each of the designated Marketing Corporate Records Officers to monitor compliance with the Records Retention Schedule, which requires freight transportation contracts to be maintained for the life of the contract/agreement plus ten years.

   Marketing's Corporate Records Officers should ensure that contracts are maintained for the appropriate length of time and that contracts are not maintained beyond the retention requirement unless a business, legal, or tax justification exists.

**Action Plan:**

Bill Brown, Director, Agricultural Products Marketing

George Gillen, General Director, Marketing Price Implementation

Renita Lee, Manager, Customer Communications and Marketing Support

The Marketing groups will work with the Law Department to develop procedures to address record retention and disposal.

**Target Date:** December 2002

# Best Control Practice Status

Based on discussions with management, audit testing and review of controls, we believe best control practices are currently used on a moderate basis. The process was rated "moderate to world class" in areas around the notification and involvement of the Operations and Equipment groups in the process. However, contract allowance processes, minimum volume tracking, and contract approval were rated as "limited." Appendix A contains a Best Control Practices matrix related to the Marketing Freight Revenue Contracting process.

**The Best Control Practice status classification is defined as follows:**

World-Class - "*Best Control Practice*" currently in use.

→ Moderate - Opportunities for improvement to "*Best Control Practice*" exist.

Limited - To enhance process efficiency/effectiveness, implementation or improvement of "*Best Control Practice*" recommended.

# Best Control Practice Matrix

| BEST CONTROL PRACTICE | BNSF PRACTICE | RATING | ACTION ITEM |
|---|---|---|---|
| **Pricing Analysis/Rate Development:**<br>A. Complete a contribution analysis prior to establishing prices:<br>1. A process should be established for consistently developing rates.<br>2. All cost/expense factors should be used when developing the contribution analysis. | **Pricing Analysis/Rate Development:**<br>A. BNSF follows the procedures below for contribution analysis:<br>1. Currently, there are several different cost sources being used in the development of rates through a contribution analysis (data warehouse, the Beige Book, Pro-Act, MPS, etc.).<br>2. All known expenses are factored into the contribution analysis. | Moderate | N/A |
| B. Price Escalation/Adjustment:<br>1. Price escalators should be used in multi-year contracts. Also, when an index is used for price escalation, the index should be an approved index<br>2. The use of an index that is not on the approved list should be approved through the delegation of authority (D.O.A.) process.<br>3. A floor should be established to protect rates from falling below acceptable levels. | B. Price Escalation/Adjustment:<br>1. Marketing does not currently follow a defined process for approving price escalators, but they have agreed to publish price escalation guidelines that include approved indices and recommend the use of price escalators for every multi-year contract.<br>2. As a result of the audit, Marketing has agreed to implement the use of a contract checklist that will formalize the approval process for several contract components including rate escalations.<br>3. All of the contracts reviewed that contained index escalations also included a floor to protect rates from falling below acceptable levels. | Moderate | 2, 5 |
| **Operational Requirements**<br>A. The Operations group should be notified (in a reasonable amount of time) of any changes that will affect them and/or require the use of their resources.<br>B. The Operations group should be included in the negotiation phase when guaranteed service will be used. | **Operational Requirements**<br>A. The Operations (Service Design) group has implemented a new web based system to help secure their inclusion on changes in service.<br>B. The Operations (Service Design) group is consistently involved in the implementation of guaranteed service. | Moderate – World Class | N/A |

| | | | |
|---|---|---|---|
| **Equipment Requirements**<br>A. Equipment Group Notification:<br>1. The Equipment group should be notified (in a reasonable amount of time) of any changes that will affect the use of their resources. | **Equipment Requirements**<br>A. Equipment Group Notification:<br>1. The Equipment group is notified through various channels when their inclusion is necessary. | Moderate – World Class | N/A |
| B. Equipment Mileage Allowances:<br>1. Private equipment should not be granted mileage allowances without appropriate approval. | B. Equipment Mileage Allowances:<br>1. Mileage allowances are sometimes used as a result of customer negotiations. Price makers currently make the final decision on granting mileage allowances within contracts.<br><br>Best-in-Class: Ag, Coal, Consumer | Moderate | 2 |
| **Contract Allowances**<br>A. Contract allowances should be approved according to a delegation of authority based on an estimated amount over the life of the contract.<br>B. Contract allowances should be monitored, and Marketing should approve allowance payments. | **Contract Allowances**<br>A. Contract allowances are not included in the current delegation of authority process. However, Marketing has agreed to implement the use of a contract checklist that will formalize the approval process for contract allowances.<br>B. Although a formal process is not currently in place to monitor allowances, Marketing has agreed to determine which groups (Marketing, Liability Rating, Other) are responsible for tracking allowances. Marketing has also agreed to work with Liability Rating to review and document an appropriate approval process for contract allowance payments. | Limited | 2, 6 |

World-Class - "*Best Control Practice*" currently in use.
Moderate - Opportunities for improvement to "*Best Control Practice*" exist.
Limited - To enhance process efficiency/effectiveness, implementation or improvement of "*Best Control Practice*" recommended.

| | | | |
|---|---|---|---|
| **Fuel Surcharge Provisions**<br>A. Contracts should include specific verbiage regarding fuel surcharge provisions.<br><br>B. The tracking and application of fuel surcharge provisions should be automated.<br>C. Omission of the fuel surcharge provision should be approved through the D.O.A. process. | **Fuel Surcharge Provisions**<br>A. Although many contracts include specific verbiage regarding fuel surcharge provisions, some price makers determine not to apply the fuel surcharge month over month.<br><br>B. Fuel surcharge provisions are tracked and applied manually in the carload groups. Automating the process would increase efficiency and minimize the non-application of fuel surcharges. The Intermodal group has automated the fuel surcharge provision tracking and application process.<br>C. The exclusion of fuel surcharges is currently determined by the price makers. The contracting checklist that Marketing has agreed to implement should formalize the approval process for excluding fuel surcharge provisions in contracts.<br><br>Best-in-Class: Intermodal | Limited - Moderate | 2, 4 |
| **Minimum Volumes/Liquidated Damages**<br>A. Basis for Minimum Volumes:<br>1. Minimum volumes should include a floor based on measurable volumes such as cars, tons, or revenue. | **Minimum Volumes/Liquidated Damages**<br>A. Basis for Minimum Volumes:<br>1. Most contracts contain minimum volumes that are based on a percentage of available rail business, which is difficult to monitor.<br><br>Best-in-Class: Coal | Moderate | N/A |
| B. Volume Tracking:<br>1. The responsibility of tracking minimum volumes/liquidated damages needs to be assigned to a specific group.<br>2. Approval should be obtained through the D.O.A. process when liquidated damages owed to BNSF will not be assessed to the customer. | B. Volume Tracking:<br>1. Currently a specific group is not assigned to track minimum volumes/liquidated damages. Marketing has agreed to determine which groups are responsible for tracking minimum volumes and communicate the decision to all individuals expected to monitor volumes.<br>2. Marketing has also agreed to determine what approval is necessary for the non-assessment of liquidated damages. | Limited | 7 |

World-Class - "*Best Control Practice*" currently in use.
Moderate - Opportunities for improvement to "*Best Control Practice*" exist.
Limited - To enhance process efficiency/effectiveness, implementation or improvement of "*Best Control Practice*" recommended.



Highly Confidential DA04080 BNSF-0544202

| | | | |
|---|---|---|---|
| **Automatic Renewal Provisions**<br>A. If an automatic renewal provision is included in a contract, the contract should include a price escalator or a provision to renegotiate rates at the time of renewal. | **Automatic Renewal Provisions**<br>A. Most contracts containing automatic renewal provisions include price escalators or renegotiation provisions. The price escalation guidelines that Marketing has agreed to publish recommend the use of price escalators for every contract. | Moderate | N/A |
| **Contract Approval**<br>A. Approval Process:<br>1. Contracts should be approved according to the D.O.A. based on the estimated revenue for the life of the contract and the contract term.<br>2. The delegation of authority should formally be reviewed at least annually. | **Contract Approval**<br>A. Approval Process:<br>1. A process is not currently in place to validate that the individuals signing contracts have the appropriate approval authority per the D.O.A. Marketing has agreed to maintain the D.O.A. on the intranet to facilitate in determining who has the authority to sign contracts.<br>2. The complete D.O.A. has not been updated since November 2000, but Marketing has agreed to establish a schedule for updating the D.O.A. at least annually. | Limited | 3 |
| B. Obtaining Customer Signatures:<br>1. Contracts should be sent to customers for signature and monitored to ensure that the contracts are returned within a reasonable amount of time. | B. Obtaining Customer Signatures:<br>1. A follow-up process is not currently in place to monitor the status of contracts sent to customers for signature. Marketing has agreed to include an expected return date on the contracting checklist that will be utilized by the individuals establishing the contracts.<br><br>Best-in-Class: Ag, Coal. | Limited | 1 |
| **Capital/Other Commitments**<br>A. Capital/Other commitments should be approved through the CPAR process (including: signing bonuses, build-in projects, other commitments). | **Capital/Other Commitments**<br>A. The existing D.O.A. requires appropriate approval for contracts including capital commitments. Based on conversations with Marketing, capital/other commitments are approved through the CPAR process. | Moderate | N/A |

World-Class - "*Best Control Practice*" currently in use.
Moderate - Opportunities for improvement to "*Best Control Practice*" exist.
Limited - To enhance process efficiency/effectiveness, implementation or improvement of "*Best Control Practice*" recommended.

| | | | |
|---|---|---|---|
| **Record Retention**<br>A. A central repository should be used to maintain copies of all signed contracts.<br>B. Record retention practices should comply with the *Rules Governing the Authority to Make Payments and to Execute and Implement Contracts and Deeds* pertaining to the duties of Corporate Records Officers and with the *Records Retention Schedule*. | **Record Retention**<br>A. Most business units maintain signed copies of contracts with Price Management in Building A. Other business units keep signed contracts in other locations including locked central files in the MOB and personal files.<br>B. Marketing has specific groups/individuals responsible for performing the Corporate Records Officers' duties and has agreed to work with the Law Department to develop procedures to address record retention and disposal. | Moderate | 8 |

World-Class - "*Best Control Practice*" currently in use.
Moderate - Opportunities for improvement to "*Best Control Practice*" exist.
Limited - To enhance process efficiency/effectiveness, implementation or improvement of "*Best Control Practice*" recommended.

**From:** Gillen, George F
**Sent:** Mon Nov 04 13:40:09 2002
**To:** Thronsedt, Sara A
**Cc:** Arnett, James A; Smith, Denis J (Marketing); Garin, David L; Gillen, George F
**Subject:** Fuel Surcharge Collections
**Importance:** Normal

Sara, in a meeting this morning with Dave and Denis we were asked a couple of questions that we are wondering if you can answer.

1.) Can you tell us what percentage, and dollar amounts, of the fuel surcharges billed is actually collected? On Carload traffic we have applied 1% fuel surcharges in the months of June, July and Oct. of 2002. I know it will be too early for any October results, but how have we done for June and July?

2.) Of the fuel surcharges billed and not collected, how much of that was tied to prepaid Interline forwarded movements where we would have settled with the connecting carriers and provided them with their division of the fuel surcharge? We would like to have a feel for how much we are paying out and then not collecting from the customer.

As you are probably aware, we are making a concerted effort to increase the application of fuel surcharges to Carload documents. Effective Oct 1 we started to apply the fuel surcharge to 293 rate documents that were formerly exempt so it would be helpful to know how the collections vs. billings are going. Thanks!

George F. Gillen
Phone: 817-593-1131
Fax: 817-593-2909
Email: george.gillen@bnsf.com
BNSF website: http://www.bnsf.com

**From**: Gillen, George F
**Sent**: Tue Nov 19 10:02:12 2002
**To**: Garin, David L; Smith, Denis J (Marketing)
**Cc**: Gillen, George F
**Subject**: FW: Fuel Surcharge for Ag Products public rates
**Importance**: Normal

You may already know this, but the Ag Group has decided to apply the fuel surcharge program to their major public documents effective December 5. The carload fuel surcharge for December is scheduled to be 2.5%. January's fuel surcharge is likely going to be 2.0%. We will know for certain next Monday, November 25. As information.

George F. Gillen
Phone: 817-593-1131
Fax: 817-593-2909
Email: george.gillen@bnsf.com
BNSF website: http://www.bnsf.com

-----Original Message-----
**From:** Holmes, Ken L
**Sent:** Tuesday, November 19, 2002 9:50 AM
**To:** Gillen, George F
**Subject:** FW: Fuel Surcharge for Ag Products public rates

George:

Here's the Ag Fuel Surcharge email.

Ken

-----Original Message-----
**From:** Schroeder, Jack L
**Sent:** Wednesday, November 13, 2002 11:19 AM
**To:** Holmes, Ken L
**Cc:** Brown, William K; Jack Schroeder; Jim Richmond; Kathleen Farr; Robert DeVahl
**Subject:** Fuel Surcharge for Ag Products public rates

Ken Holmes:

Will you please apply a fuel surcharge (based on the On-Highway Diesel Fuel average using the same method as outlined in the BNSF 6100 item 3375) on the BNSF 4022-K, the BNSF 4023-B, and the BNSF 4024 rate publication authorities with an effective date of December 5, 2002.

This application should continue with monthly adjustment on the first of each month, until further notice.

Please notify us of monthly applications and adjustments.

Thank you.

Jack Schroeder

**BNSF**

Date: January 15, 2003

To: Matt Rose

From: Chuck Schultz

cc: John Lanigan, Nick Murray

Subject: Fuel Surcharge Questions

Per your request, please find the results of our analysis addressing the following questions:

**1. What volume of the traffic is covered by fuel surcharges and RCAF escalation by business unit and how much revenue was billed?**

In 2002, the percentages of gross revenue surchargeable under the fuel surcharge programs were as follows:

| | Fuel Surcharge | | | RCAF | |
|---|---|---|---|---|---|
| | % of Business | Billed ($mm) | Billed+Fuel RCAF ($mm) | % of Business | Est. Billed ($mm) |
| Coal | 0% | $0.0 | $1.4 | 90.0% | $13.5 |
| Ag | 4.5% | $0.6 | $0.6 | 1.2% | $ 0.1 |
| Industrial | 44.8% | $6.3 | $6.4 | 4.7% | $ 0.7 |
| Consumer | 43.7% | $16.1 | $16.9 | 37.8% | $ 7.7 |
| **TOTAL** | **27.4%** | **$23.0** | **$25.3** | **33.0%** | **$22.1** |

During 4Q 2002, the amount of fuel surcharges billed totaled about $12.2 million; $7 million in Consumer, $4.8 million in Industrial and $0.4 million in Ag. Estimated RCAF contract escalations approximated $29 million.

Please see forecast group details in Tables 2 and 3.

**2. What percentage of our fuel expense is covered by fuel surcharges and the RCAF fuel component?**

*During 2002, BNSF's coverage of fuel spikes using fuel surcharges and the RCAF-fuel component escalator approximated 47% in current dollars using a 5-year benchmark. This percentage should be much higher using inflation-adjusted expenses.*

INTEROFFICE MEMO

Lanigan
EXHIBIT NO. 1
06/22/10
J. BRANDT, CSR-RMR-CRR

Actual statistics in 2002 (excluding hedge) for WTI and BNSF expenses were $26.85 and $883.5 million respectively. 5-year normal year statistics (excluding hedge) for WTI and BNSF fuel expenses were $23.17 and $830 million respectively. The gap above a normal year was $3.68 for WTI and $54million for BNSF expenses.

**3. What fuel recovery percentage was billed, on average, for fuel surcharges and RCAF in the 4th quarter and in 2002?**

Based on our fuel surcharge tables for carload and intermodal, the averages for 2002 were; Highway Diesel Fuel of $1.315 with 0.6% and 1.7% surcharged for carload and intermodal respectively. For 4th quarter 2002, the averages were; Highway Diesel Fuel of $1.437 with 1.8% and 3.2% surcharged for carload and intermodal respectively.

Please see Tables 1a and 1b for details by month or quarter.

**4. Why can't we get more fuel surcharges or RCAF escalation in each of the forecast groups?**

The reasons limiting our ability to pass on fuel cost recovery charges vary—the source of competition (truck, rail or other), industry practices, contract negotiating power all play a role. In Ag, for instance, prices generally fully reflect the market opportunities. They are set as the spread/difference between the origin and destination prices of the commodities being shipped. Therefore, any increase in fuel surcharges would result in a decrease in prices of the same amount in order to remain competitive. Another reason for Ag's inability to extract more in the form of a fuel surcharge is that trucks in the Ag products marketplace are generally owner operated, and do not add fuel surcharges to their pricing. By adding fuel surcharges to BNSF Ag products moves, BNSF would ultimately lose business as farmers and these trucking companies shift their business to other locations.

Consumer, particularly Intermodal, benefits from the fact that large trucking companies have historically passed the cost of higher fuel to their customers—notice the high percentage of Chargeable Revenue in Tables 2 and 3.

**5. What is the estimate of fuel surcharge revenue in Agricultural Products if the business unit is included in the program this year?**

Based on current HDF and WTI estimates (1st Quarter Forecast, Plan for the remainder of the year), we expect Agricultural Products fuel cost recovery to total $1.8 million in 2003.

Finally, BNSF has been more aggressive with fuel surcharges than the other railroads in terms of the timing of our application and the thresholds at which our surcharges kick in. We were the first to implement fuel surcharges in the industry. BNSF has been the leader and has been followed by the other railroads. Our intermodal surcharge kicks in at $1.24 (or $25.43 WTI). Carload kicks in at $1.30 (or $27.23 WTI). Other railroads, CSX, UP and NS have higher thresholds at $28. (See Table 6.)

Please contact me on 817-867-6800 if you have questions.

**Table 1 a)**

| | Highway Diesal Fuel | West Texas Intermediate | BNSF Fuel Surcharge Carload | BNSF Fuel Surcharge Intermodal |
|---|---|---|---|---|
| January | 1.153 | 19.674 | 0.0% | 0.0% |
| Febuary | 1.152 | 20.736 | 0.0% | 0.0% |
| March | 1.230 | 24.417 | 0.0% | 0.0% |
| **Q1 Average** | **1.178** | **21.609** | **0.0%** | **0.0%** |
| April | 1.309 | 26.266 | 0.0% | 1.5% |
| May | 1.305 | 27.021 | 0.0% | 1.5% |
| June | 1.286 | 25.521 | 1.0% | 1.5% |
| **Q2 Average** | **1.300** | **26.269** | **0.3%** | **1.5%** |
| July | 1.299 | 26.940 | 1.0% | 1.5% |
| August | 1.328 | 28.381 | 0.0% | 2.0% |
| September | 1.411 | 29.716 | 0.0% | 3.0% |
| **Q3 Average** | **1.346** | **28.345** | **0.3%** | **2.2%** |
| October | 1.462 | 28.854 | 1.0% | 3.5% |
| November | 1.420 | 26.266 | 2.0% | 3.0% |
| December | 1.429 | 29.423 | 2.5% | 3.0% |
| **Q4 Average** | **1.437** | **28.181** | **1.8%** | **3.2%** |
| **Annual Average** | **1.315** | **26.101** | **0.6%** | **1.7%** |

Intermodal threshold= $1.24

Carload threshold= $1.30

**Table 1 b)**

| **2002** | RCAF-U | RCAF-A |
|---|---|---|
| Quarter 1 | -0.4% | -1.0% |
| Quarter 2 | -1.2% | -2.3% |
| Quarter 3 | 0.0% | -1.0% |
| Quarter 4 | 4.5% | 3.4% |
| Total | 0.7% | -0.2% |

(1)

Table 2

| 2002 Gross Revenue Actuals | YTD 2002 | Fuel Surcharge % Chargeable | Chargeable Revenue | 2002 Billed F/S | 2002 % Billed | RCAF % Chargeable | Chargeable Revenue | 2002 Billed RCAF | 2002 Billed Fuel | Total % Billed RCAF | 2002 % Billed Fuel | 2002 Total Fuel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0.7% | 0.07% | | | |
| column number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| TOTAL COAL | 2,144.4 | 0.0% | 0.0 | 0.0 | 0.0 | 90.0% | 1,930.0 | 13.5 | 1.4 | 0.7% | 0.0 | 1.4 |
| BARLEY/OATS/RYE | 38.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| CORN | 345.6 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| WHEAT | 365.3 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SOYBEANS | 128.5 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| MILO | 35.9 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Grains** | 913.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OILS | 28.4 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FEEDS | 80.5 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FLOUR/MILL PRODUCTS | 50.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SPECIALTY GRAINS | 23.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| BULK FOODS | 225.4 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OIL SEED/MEALS | 97.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FERTILIZERS | 199.8 | 37.0% | 73.9 | 0.6 | 0.8% | 10.0% | 20.0 | 0.1 | 0.0 | 0.7% | 0.0 | 0.6 |
| MALT | 18.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Grain Products** | 724.2 | 10.2% | 73.9 | 0.6 | 0.8% | 2.8% | 20.0 | 0.1 | 0.0 | 0.7% | 0.0 | 0.6 |
| **TOTAL AG PRODUCTS** | 1,637.4 | 4.5% | 73.9 | 0.6 | 0.8% | 1.2% | 20.0 | 0.1 | 0.0 | 0.7% | 0.0 | 0.6 |
| PLASTICS | 204.9 | 13.7% | 28.1 | 0.2 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| INDUSTRIAL CHEMICALS | 174.5 | 53.2% | 92.9 | 0.6 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.6 |
| **Total Chemicals & Plastic Products** | 379.4 | 31.9% | 121.1 | 0.8 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| PULPMILL FEEDSTOCKS | 80.4 | 71.2% | 57.3 | 0.3 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| PAPER | 214.9 | 52.8% | 113.5 | 0.7 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| **Total Paper** | 295.4 | 57.6% | 170.0 | 1.0 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.0 |
| GOVERNMENT & MACHINERY | 68.2 | 87.8% | 59.9 | 0.3 | 0.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| MANUFACTURED PRODUCTS | 32.6 | 33.7% | 11.0 | 0.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| WASTE PRODUCTS | 48.9 | 38.7% | 18.9 | 0.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| **Total Manufactured Products** | 149.7 | 58.2% | 87.1 | 0.5 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| PANEL PRODUCTS | 131.9 | 3.3% | 4.4 | 0.0 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| LUMBER | 223.5 | 2.1% | 4.7 | 0.0 | 0.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Lumber*** | 355.5 | 2.6% | 9.2 | 0.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| **Total Building Products** | 800.5 | 33.3% | 266.8 | 1.6 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.6 |
| STEEL PRODUCTS | 240.2 | 57.8% | 138.8 | 0.9 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.9 |
| TACONITE/COAL COKE | 118.9 | 7.2% | 8.6 | 0.0 | 0.5% | 90.0% | 107.0 | 4.2 | 0.4 | 4.0% | 0.0 | 0.5 |
| **Total Metallics** | 359.1 | 41.9% | 150.5 | 0.9 | 0.6% | 29.8% | 107.0 | 0.7 | 0.1 | 0.7% | 0.0 | 1.0 |
| ALUMINUM & NON FERROUS | 55.0 | 52.8% | 29.1 | 0.2 | 0.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| MINERALS | 142.1 | 66.1% | 94.0 | 0.6 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.6 |
| CLAYS | 75.7 | 72.4% | 54.8 | 0.4 | 0.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| **Total Minerals** | 272.9 | 65.1% | 177.5 | 1.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.1 |
| AGGREGATES | 72.8 | 88.0% | 64.1 | 0.4 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| CEMENT/GYPSUM/LIME | 97.2 | 72.5% | 70.5 | 0.4 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| **Total Rocks** | 170.1 | 79.0% | 134.3 | 0.8 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| **Total Construction Products** | 802.0 | 58.0% | 465.5 | 2.8 | 0.6% | 0.0% | 107.0 | 0.7 | 0.1 | 0.7% | 0.0 | 2.9 |
| PETROLEUM PRODUCTS | 310.0 | 54.2% | 168.0 | 1.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.1 |
| **Total Petroleum Products** | 310.0 | 54.2% | 168.0 | 1.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.1 |
| **TOTAL INDUSTRIAL PRODUCTS** | 2,291.9 | 44.8% | 1,025.6 | 6.3 | 0.6% | 4.7% | 107.0 | 0.7 | 0.1 | 0.7% | 0.0 | 6.4 |
| IMDL PERISHABLES | 65.6 | 100.0% | 65.6 | 0.9 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.9 |
| BOXCAR PERISHABLES | 67.2 | 50.0% | 33.6 | 0.4 | 1.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| **Total Perishables** | 132.8 | 75.0% | 99.2 | 1.3 | 1.3% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.3 |
| **Total Dry Boxcar** | 171.3 | 50.0% | 85.6 | 1.2 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.2 |
| **Total Automotive** | 332.4 | 59.6% | 198.0 | 0.4 | 0.2% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| IMC | 402.1 | 100.0% | 402.1 | 4.9 | 1.2% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 4.9 |
| INTERNATIONAL | 1,097.5 | 0.0% | 0.0 | 0.0 | 0.0% | 100.0% | 1,097.5 | 7.7 | 0.8 | 0.7% | 0.0 | 0.8 |
| DIRECT | 794.0 | 24.0% | 190.6 | 2.6 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 2.6 |
| TRUCKLOAD | 543.1 | 100.0% | 543.1 | 5.8 | 1.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 5.8 |
| Total Intermodal | 2,902.3 | 39.1% | 1,135.7 | 13.3 | 1.2% | 37.8% | 1,097.5 | 7.7 | 0.8 | 0.7% | 0.0 | 14.1 |
| TOTAL CONSUMER PRODUCTS | 3,473.2 | 43.7% | 1,518.6 | 16.1 | 1.1% | 31.6% | 1,097.5 | 7.7 | 0.8 | 0.7% | 0.1% | 16.9 |
| BNSF TOTAL | 9,546.8 | 27.4% | 2,618.1 | 23.0 | 0.9% | 33.0% | 3,154.5 | 22.1 | 2.3 | 0.7% | 0.1% | 25.3 |

*Lumber will go to 95% effective 3/1/03

(2)

Table 3

| 2002 Gross Revenue Actuals | 4th Q 2002 | Fuel Surcharge % Chargeable | Chargeable Revenue | 4th Q Billed F/S | 4th Q % Billed | RCAF % Chargeable | Chargeable Revenue | 4th Q Billed RCAF | 4th Q Billed (Fuel) | 4th Q % Billed RCAF | 4th Q % Billed Fuel | Total Fuel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 4.5% | 0.5% | | | |
| column number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| TOTAL COAL | 557.6 | 0.0% | 0.0 | 0.0 | 0.0% | 63.0% | 351.3 | 15.8 | 1.7 | 4.5% | 0.0 | 1.7 |
| BARLEY/OATS/RYE | 12.1 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| CORN | 94.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| WHEAT | 93.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SOYBEANS | 56.9 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| MILO | 4.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Grains** | 261.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OILS | 6.7 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FEEDS | 24.3 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FLOUR/MILL PRODUCTS | 12.6 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SPECIALTY GRAINS | 6.5 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| BULK FOODS | 59.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OIL SEED/MEALS | 25.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FERTILIZERS | 50.6 | 37.0% | 18.7 | 0.4 | 2.1% | 10.0% | 5.1 | 0.2 | 0.0 | 4.5% | 0.0 | 0.4 |
| MALT | 4.0 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Grain Products** | 190.3 | 9.8% | 18.7 | 0.4 | 2.1% | 2.7% | 5.1 | 0.2 | 0.0 | 4.5% | 0.0 | 0.4 |
| TOTAL AG PRODUCTS | 452.0 | 4.1% | 18.7 | 0.4 | 2.1% | 1.1% | 5.1 | 0.2 | 0.0 | 4.5% | 0.0 | 0.4 |
| PLASTICS | 48.5 | 19.4% | 9.4 | 0.2 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| INDUSTRIAL CHEMICALS | 41.1 | 63.6% | 26.1 | 0.5 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| **Total Chemicals & Plastic Products** | 89.6 | 39.7% | 35.6 | 0.6 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.6 |
| PULPMILL FEEDSTOCKS | 19.0 | 86.0% | 16.4 | 0.3 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| PAPER | 54.1 | 51.9% | 28.1 | 0.5 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| **Total Paper** | 73.1 | 60.8% | 44.4 | 0.8 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| GOVERNMENT & MACHINERY | 14.7 | 93.8% | 13.8 | 0.2 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| MANUFACTURED PRODUCTS | 6.9 | 44.7% | 3.1 | 0.1 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| WASTE PRODUCTS | 12.6 | 40.9% | 5.2 | 0.1 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| **Total Manufactured Products** | 34.2 | 64.4% | 22.0 | 0.4 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| PANEL PRODUCTS | 31.9 | 5.4% | 1.7 | 0.0 | 1.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| LUMBER | 52.5 | 3.3% | 1.7 | 0.0 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Lumber*** | 84.4 | 4.1% | 3.4 | 0.0 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Building Products** | 191.7 | 36.5% | 69.9 | 1.2 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.2 |
| STEEL PRODUCTS | 60.0 | 62.6% | 37.5 | 0.7 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| TACONITE/COAL COKE | 22.0 | 7.9% | 1.7 | 0.0 | 1.6% | 90.0% | 19.8 | 0.8 | 0.1 | 4.0% | 0.0 | 0.1 |
| **Total Metallics** | 82.0 | 47.9% | 39.2 | 0.7 | 1.7% | 24.2% | 19.8 | 0.9 | 0.1 | 4.5% | 0.0 | 0.8 |
| ALUMINUM & NON FERROUS | 15.4 | 57.6% | 8.9 | 0.2 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| MINERALS | 35.2 | 73.2% | 25.7 | 0.5 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| CLAYS | 20.8 | 82.1% | 17.1 | 0.3 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| **Total Minerals** | 71.4 | 72.4% | 51.7 | 0.9 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.9 |
| AGGREGATES | 17.2 | 86.7% | 14.9 | 0.3 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| CEMENT/GYPSUM/LIME | 22.1 | 76.6% | 16.9 | 0.3 | 1.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| **Total Rocks** | 39.2 | 81.0% | 31.8 | 0.5 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| **Total Construction Products** | 192.6 | 63.7% | 122.7 | 2.1 | 1.7% | 0.0% | 19.8 | 0.9 | 0.1 | 4.5% | 0.0 | 2.2 |
| PETROLEUM PRODUCTS | 77.9 | 58.5% | 45.6 | 0.8 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| **Total Petroleum Products** | 77.9 | 58.5% | 45.6 | 0.8 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| TOTAL INDUSTRIAL PRODUCTS | 551.8 | 49.6% | 273.7 | 4.8 | 1.7% | 3.6% | 19.8 | 0.9 | 0.1 | 4.5% | 0.0 | 4.9 |
| IMDL PERISHABLES | 17.0 | 100.0% | 17.0 | 0.5 | 2.9% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| BOXCAR PERISHABLES | 19.3 | 50.0% | 9.6 | 0.2 | 2.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| **Total Perishables** | 36.3 | 75.0% | 26.6 | 0.7 | 2.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| **Total Dry Boxcar** | 40.3 | 90.0% | 36.2 | 0.7 | 2.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| **Total Automotive** | 83.0 | 58.4% | 48.8 | 0.1 | 0.2% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| IMC | 105.4 | 100.0% | 105.4 | 2.3 | 2.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 2.3 |
| INTERNATIONAL | 274.6 | 0.0% | 0.0 | 0.0 | 0.0% | 100.0% | 274.6 | 12.4 | 1.3 | 4.5% | 0.0 | 1.3 |
| DIRECT | 203.5 | 24.0% | 48.8 | 1.2 | 2.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.2 |
| TRUCKLOAD | 140.9 | 100.0% | 140.9 | 2.1 | 1.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 2.1 |
| **Total Intermodal** | 724.4 | 40.7% | 295.2 | 5.5 | 1.9% | 37.9% | 274.6 | 12.4 | 1.3 | 4.5% | 0.0 | 6.8 |
| TOTAL CONSUMER PRODUCTS | 863.9 | 45.8% | 404.8 | 7.0 | 1.7% | 31.1% | 274.6 | 12.4 | 1.3 | 4.5% | 0.5% | 8.3 |
| BNSF TOTAL | 2,445.4 | 28.5% | 697.3 | 12.2 | 1.7% | 26.6% | 650.8 | 29.3 | 3.1 | 4.5% | 0.5% | 15.3 |

*Lumber will go to 95% effective 3/1/03

(3)

**Table 4**

1. Billed Fuel Surcharges & RCAF-Fuel Estimates in 2002 (Thru Dec 31, 2002) ($ millions)

| | Billed | RCAF-Fuel Est. | Billed+ RCAF-Fuel | Fuel Cost Recovery (%) (10-year) | Fuel Cost Recovery (%) (5-year) |
|---|---|---|---|---|---|
| Coal | $0.0 | 1.4 | $1.4 | 1.3% | 2.6% |
| Ag | $0.6 | 0 | $0.6 | 0.6% | 1.1% |
| Industrial | $6.3 | 0.1 | $6.4 | 6.1% | 12.0% |
| Consumer | $16.1 | 0.8 | $16.9 | 16.2% | 31.6% |
| Total | $23.0 | $2.3 | $25.3 | 24.3% | 47.3% |

2. Estimate of Fuel Surcharge Recovery using Heating Oil Thresholds ($ millions)

| | WTI | Implies HO | BNSF Fuel 2002 | Diff from Normal | Annualized Impact | Fuel Cost Recovery (%) |
|---|---|---|---|---|---|---|
| 2002 | $26.85 | $0.740 | $883.5 | | | |
| 5 year average | $23.17 | $0.665 | $830.0 | $53.5 | $24.0 | 45% |
| 10 year average | $21.26 | $0.620 | $779.3 | $104.2 | $38.4 | 37% |
| Heating Oil Thresholds | HO | | | | | |
| Consumer starts at | 0.600 | | | | | |
| Industrial starts at | 0.660 | | | | | |
| Today, at HO of: | 0.74 | 0.665 | 0.62 | | | |
| Consumer | $24.0 | $14.4 | $9.6 | | | |
| Industrial | $14.4 | $9.6 | $0.0 | | | |
| Total | $38.4 | $24.0 | $9.6 | | | |

3. Year -Over-Year Comparisons ($ millions)

| | 2001 | 2002 | Difference |
|---|---|---|---|
| BNSF Expenses | $972.6 | $883.4 | -$89.2 |
| Fuel Surcharges Billed | $48.3 | $23.4 | -$24.9 |

(4)



Highly Confidential

BNSF-0328870

DA04091

(15)

Table 5 a)

**Industrial Products**
**2003 Fuel Surcharge Revenue Schedule**
created on: 10/22/2002

Base Revenue $80,000,000

| HO | HDF | Fuel Surcharge Rate | Est. Monthly Fuel Surcharge | |
|---|---|---|---|---|
| $0.56 | $1.20 | 0.0% | $0 | |
| $0.57 | $1.21 | 0.0% | $0 | |
| $0.58 | $1.22 | 0.0% | $0 | |
| $0.59 | $1.23 | 0.0% | $0 | |
| $0.60 | $1.24 | 0.0% | $0 | |
| $0.61 | $1.25 | 0.0% | $0 | |
| $0.62 | $1.26 | 0.0% | $0 | |
| $0.63 | $1.27 | 0.0% | $0 | |
| $0.64 | $1.28 | 0.0% | $0 | |
| $0.65 | $1.29 | 0.0% | $0 | |
| $0.66 | $1.30 | 1.0% | $800,000 | Threshold |
| $0.67 | $1.31 | 1.0% | $800,000 | |
| $0.68 | $1.32 | 1.0% | $800,000 | |
| $0.69 | $1.33 | 1.0% | $800,000 | |
| $0.70 | $1.34 | 1.0% | $800,000 | |
| $0.71 | $1.35 | 1.5% | $1,200,000 | |
| $0.72 | $1.36 | 1.5% | $1,200,000 | |
| $0.73 | $1.37 | 1.5% | $1,200,000 | |
| $0.74 | $1.38 | 1.5% | $1,200,000 | |
| $0.75 | $1.39 | 1.5% | $1,200,000 | |
| $0.76 | $1.40 | 2.0% | $1,600,000 | |
| $0.77 | $1.41 | 2.0% | $1,600,000 | |
| $0.78 | $1.42 | 2.0% | $1,600,000 | |
| $0.79 | $1.43 | 2.0% | $1,600,000 | |
| $0.80 | $1.44 | 2.0% | $1,600,000 | |
| $0.80 | $1.45 | 2.5% | $2,000,000 | |
| $0.81 | $1.46 | 2.5% | $2,000,000 | |
| $0.82 | $1.47 | 2.5% | $2,000,000 | |
| $0.83 | $1.48 | 2.5% | $2,000,000 | |
| $0.84 | $1.49 | 2.5% | $2,000,000 | |
| $0.85 | $1.50 | 3.0% | $2,400,000 | |
| $0.86 | $1.51 | 3.0% | $2,400,000 | |
| $0.87 | $1.52 | 3.0% | $2,400,000 | |
| $0.88 | $1.53 | 3.0% | $2,400,000 | |
| $0.89 | $1.54 | 3.0% | $2,400,000 | |
| $0.90 | $1.55 | 3.5% | $2,800,000 | |
| $0.91 | $1.56 | 3.5% | $2,800,000 | |
| $0.92 | $1.57 | 3.5% | $2,800,000 | |
| $0.93 | $1.58 | 3.5% | $2,800,000 | |
| $0.94 | $1.59 | 3.5% | $2,800,000 | |
| $0.95 | $1.60 | 4.0% | $3,200,000 | |
| $0.96 | $1.61 | 4.0% | $3,200,000 | |
| $0.97 | $1.62 | 4.0% | $3,200,000 | |
| $0.98 | $1.63 | 4.0% | $3,200,000 | |
| $0.99 | $1.64 | 4.0% | $3,200,000 | |
| $1.00 | $1.65 | 4.5% | $3,600,000 | |
| $1.01 | $1.66 | 4.5% | $3,600,000 | |
| $1.02 | $1.67 | 4.5% | $3,600,000 | |
| $1.03 | $1.68 | 4.5% | $3,600,000 | |
| $1.04 | $1.69 | 4.5% | $3,600,000 | |
| $1.05 | $1.70 | 5.0% | $4,000,000 | |
| $1.06 | $1.71 | 5.0% | $4,000,000 | |
| $1.07 | $1.72 | 5.0% | $4,000,000 | |
| $2.04 | $2.72 | 5.0% | $4,000,000 | |

Highly Confidential

Table 5 b)

**Consumer Products**
**2003 Fuel Surcharge Revenue Schedule**
created on: 10/17/2002

Base Revenue $80,000,000

| HO | HDF | Fuel Surcharge Rate | Est. Monthly Fuel Surcharge | |
|---|---|---|---|---|
| 0.56 | $1.20 | 0.0% | $0 | |
| 0.57 | $1.21 | 0.0% | $0 | |
| 0.58 | $1.22 | 0.0% | $0 | |
| 0.59 | $1.23 | 0.0% | $0 | |
| 0.60 | $1.24 | 1.0% | $800,000 | Threshold |
| 0.61 | $1.25 | 1.0% | $800,000 | |
| 0.62 | $1.26 | 1.0% | $800,000 | |
| 0.63 | $1.27 | 1.0% | $800,000 | |
| 0.64 | $1.28 | 1.5% | $1,200,000 | |
| 0.65 | $1.29 | 1.5% | $1,200,000 | |
| 0.66 | $1.30 | 1.5% | $1,200,000 | |
| 0.67 | $1.31 | 1.5% | $1,200,000 | |
| 0.68 | $1.32 | 2.0% | $1,600,000 | |
| 0.69 | $1.33 | 2.0% | $1,600,000 | |
| 0.70 | $1.34 | 2.0% | $1,600,000 | |
| 0.71 | $1.35 | 2.0% | $1,600,000 | |
| 0.72 | $1.36 | 2.5% | $2,000,000 | |
| 0.73 | $1.37 | 2.5% | $2,000,000 | |
| 0.74 | $1.38 | 2.5% | $2,000,000 | |
| 0.75 | $1.39 | 2.5% | $2,000,000 | |
| 0.76 | $1.40 | 3.0% | $2,400,000 | |
| 0.77 | $1.41 | 3.0% | $2,400,000 | |
| 0.78 | $1.42 | 3.0% | $2,400,000 | |
| 0.79 | $1.43 | 3.0% | $2,400,000 | |
| 0.80 | $1.44 | 3.5% | $2,800,000 | |
| 0.80 | $1.45 | 3.5% | $2,800,000 | |
| 0.81 | $1.46 | 3.5% | $2,800,000 | |
| 0.82 | $1.47 | 3.5% | $2,800,000 | |
| 0.83 | $1.48 | 4.0% | $3,200,000 | |
| 0.84 | $1.49 | 4.0% | $3,200,000 | |
| 0.85 | $1.50 | 4.0% | $3,200,000 | |
| 0.86 | $1.51 | 4.0% | $3,200,000 | |
| 0.87 | $1.52 | 4.5% | $3,600,000 | |
| 0.88 | $1.53 | 4.5% | $3,600,000 | |
| 0.89 | $1.54 | 4.5% | $3,600,000 | |
| 0.90 | $1.55 | 4.5% | $3,600,000 | |
| 0.91 | $1.56 | 5.0% | $4,000,000 | |
| 0.92 | $1.57 | 5.0% | $4,000,000 | |
| 0.93 | $1.58 | 5.0% | $4,000,000 | |
| 0.94 | $1.59 | 5.0% | $4,000,000 | |
| 0.95 | $1.60 | 5.5% | $4,400,000 | |
| 0.96 | $1.61 | 5.5% | $4,400,000 | |
| 0.97 | $1.62 | 5.5% | $4,400,000 | |
| 0.98 | $1.63 | 5.5% | $4,400,000 | |
| 0.99 | $1.64 | 6.0% | $4,800,000 | |
| 1.00 | $1.65 | 6.0% | $4,800,000 | |
| 1.01 | $1.66 | 6.0% | $4,800,000 | |
| 1.02 | $1.67 | 6.0% | $4,800,000 | |

(6)

Table 6

# Carload Fuel Surcharge Summary Comparison by RR

(as of December 10, 2002)

| RR | Effective Date | Fuel Trigger Price | Fuel SC % Starts at | | Fuel SC Calculation | SC Changes When | Actual SC Assessed |
|---|---|---|---|---|---|---|---|
| BNSF | Perishables 3/15/00<br>Dry Boxcar 4/1<br>Chemicals 8/1<br>Metals 8/1<br>Minerals/Mach 8/1<br>Autos 11/1<br><br>Forest 12/1<br>(when applicable)<br>Ag n/a<br>Coal n/a | $28/BBL WTI | 2% | | 1% for ea $2.50 additional | Each month the avg WTI is calculated & the appropriate SC is applied for the following month. | 3/00 2% **WTI**<br>4/00 2.9%<br>5/00 0%<br>6/00 2.3%<br>7/00 3.6%<br>8/00 2.7%<br>9/00 3.4%<br>10/00 4%<br>11/00 3%<br>12/00 4%<br>1/01 3%<br>2-3/01 2%<br>4-5/01 0%<br>6/01 2%<br>7-8/01 2.5% **HDF** |
| | | Eff. 7/01: $1.30/gal HDF | 1% | | 0.5% for ea $.05 | Each month the avg HDF is calculated & the appropriate SC is applied 2 months following. | 9-10/01 1.5%<br>11/01 2.5%<br>12/01 1.0%<br>01-05/02 0%<br>06-07/02 1%<br>08-09/02 0%<br>10/02 1%<br>11/02 2%<br>12/02 2.5% |
| CN | 5/1/01 | $24/BBL WTI | 2% | | 2% if WTI $24-26.99, then 2% for ea $5 | Each quarter the avg WTI will be calculated & the appropriate SC will be applied for the following quarter, subject to 20 days min. notice. | 5/01 – 9/01 4%<br>10/01 – 12/01 2%<br>01/02 - 07/19/02 0%<br>07/20/02 - current 2% |
| CP | 5/1/00<br>12/11/00<br>7/1/02 | $22/BBL WTI | 3% | | For prior quarter:<br>$22-29.99 3%<br>$30+ 6% | 2nd 3% will drop off if avg. WTI falls below US$30; 1st 3% drops if avg. WTI falls below US$22. | 5/00 - 12/11/00 3%<br>12/11 – 4/01 6%<br>5/01 – 2/9/02 3%<br>2/10/02 - 6/30/02 0%<br>7/1/2002 - current 3% |
| CSXT | 10/25/00 | $28/BBL WTI | 2% | | 2% for ea $5 | Basically copied NS. | 10/25/00 – 10/30/01 2%<br>10/31/01-10/16/02 0%<br>10/17/ – 12/10/02 2%<br>12/11/02-current 0% |
| KCS | N/A | | | | | | |
| NS | 6/19/00 | $28/BBL WTI | 2% | | 2% for ea $5 | Daily WTI must equal or exceed a bracket for 30 days before the appropriate S/C is applicable. Conversely, will decrease when WTI remains below a bracket for 30 days. | 6/19/00 – 10/30/01 2%<br>10/31/01-10/16/02 0%<br>10/17/02 – current 2%<br>10/17/ – 12/10/02 2%<br>12/11/02-current 0% |
| UP | 12/01/02 | $28/BBL WTI | 2% | | 2% for ea $5 | Basically copied NS | |

(7)

**From**: Wertz, Linda L
**Sent**: Wed Jan 15 09:40:36 2003
**To**: MKT DL Ind Prod Marketing; MKT DL Ind Prod Sales
**Cc**: Holmes, Ken L
**Subject**: Pricing Update: Lumber and Panel - Fuel Surcharge
**Importance**: Normal
**Attachments**: PU 01-15_FS for Lumber-Panel.doc

The attached advisory has been sent this morning, Wednesday, January 15, to Lumber and Panel customers designated to receive Pricing Updates. It has also been posted to the BNSF Web site. If you have questions, contact Dan Swanson.

Linda Wertz
Manager, Customer Interface
Burlington Northern Santa Fe Railway
817-867-6982
linda.wertz@bnsf.com

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

January 15, 2003

## Lumber and Panel:

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

This Pricing Update is posted on our Web site at www.bnsf.com.

# Fuel Surcharge to be Implemented

As was announced in a BNSF *Pricing Update* dated November 25, 2002, BNSF reserves the right to implement a fuel surcharge on lumber and panel shipments on 30-days notice. Therefore, effective March 1, 2003, BNSF will begin assessing a fuel surcharge on these shipments, as provided for in Item 3375 of BNSF Rules Book 6100-A.

The rate of the March surcharge will be communicated to you on or about February 1, 2003. As information, the fuel surcharge rate for February, 2003, was two percent (2%). This surcharge will remain in effect until further notice.

Some of the key elements pertaining to the fuel surcharge provision of Rules book 6100 (Item 3375) are noted below:

- The surcharge for the following month will be determined on the first of the prior month based on the U.S. average price of On-Highway Diesel Fuel (HDF) for the second prior month.
- The fuel surcharge will be included on the freight bill for each shipment.
- Miscellaneous and accessorial charges will not be subject to the fuel surcharge.
- Fuel surcharge rates (FSR) will be adjusted monthly.

Additional information regarding the monthly surcharge and how it is calculated can be accessed on our HDF Fuel Surcharge Web page at: http://www.bnsf.com/business/html/fuel_surcharge_hdf.html.

**BNSF**

(1) Recorded amt.' in revenue
(2) Dave Burr.

Date: January 15, 2003

To: Matt Rose

From: Chuck Schultz

cc: Nick Murray

Subject: Fuel Surcharge Questions

Per your request, please find the results of our analysis addressing the following questions:

**1. What volume of the traffic is covered by fuel surcharges and RCAF escalation by business unit and how much revenue was billed?**

In 2002, the percentage of gross revenue that was surchargeable under the fuel surcharge programs were as follows:

Fuel Surcharge

| | % of Business | Billed ($mm) | Billed+Fuel RCAF ($mm) |
|---|---|---|---|
| Coal | 0% | $0.0 | $1.4 |
| Ag | 4.5% | $0.6 | $0.6 |
| Industrial | 44.8% | $6.3 | $6.4 |
| Consumer | 43.7% | $16.1 | $16.9 |
| **TOTAL** | **27.4%** | **$23.0** | **$25.3** |

RCAF

| % of Business | Est. Billed ($mm) |
|---|---|
| 90.0% | $13.5 |
| 1.2% | $ 0.1 |
| 4.7% | $ 0.7 |
| 37.8% | $ 7.7 |
| **33.0%** | **$22.1** |

During 4Q 2002, the amount of fuel surcharges billed totaled about $12.2 million; $7 million in Consumer, $4.8 million in Industrial and $0.4 million in Ag. Estimated RCAF contract escalations approximated $29 million.

Please see forecast group details in Tables 2 and 3.

**2. What percentage of our fuel expense is covered by fuel surcharges?**

*During 2002, BNSF's coverage of fuel spikes using fuel surcharges and the RCAF-fuel component escalator approximated 47% in current dollars using a 5-year benchmark. This percentage should be much higher using inflation-adjusted expenses.*

**INTEROFFICE MEMO**

Actual statistics in 2002 (excluding hedge) for WTI was ~~$26.85~~ 26.15 with full year expenses of $883.5 million. 5-year normal year statistics (excluding hedge) for WTI was $23.17 with estimated annual expense of $830 million. The gap above a normal year (excluding hedge) for WTI was ~~$3.68~~ 2.98 for annual gap of $54million.

**3. What fuel recovery percentage was billed, on average, for fuel surcharges and RCAF in the 4th quarter and in 2002?**

Based on our fuel surcharge tables for carload and intermodal, the averages for 2002 were; Highway Diesel Fuel of 1.315 with 0.6% and 1.7% surcharged for carload and intermodal respectively. For 4th quarter 2002, the averages were; Highway Diesel Fuel of 1.437 with 1.8% and 3.2% surcharged for carload and intermodal respectively.

Please see Tables 1a and 1b for details by month or quarter.

**4. Why can't we get more fuel surcharges or RCAF escalation in each of the forecast groups?**

The reasons limiting our ability to pass on fuel cost recovery charges vary—the source of competition (truck, rail or other), industry practices, contract negotiating power all play a role. In Ag, for instance, prices generally fully reflect the market opportunities. They are set as the spread/difference between the origin and destination prices of the commodities being shipped. Therefore, any increase in fuel surcharges would result in a decrease in prices of the same amount in order to remain competitive. Another reason for Ag's inability to extract more in the form of a fuel surcharge is that trucks in the Ag products marketplace are generally owner operated, and do not add fuel surcharges to their pricing. By adding fuel surcharges to BNSF Ag products moves, BNSF would ultimately lose business as farmers and these trucking companies shift their business to other locations.

Consumer, particularly Intermodal, benefits from the fact that large trucking companies have historically passed the cost of higher fuel to their customers—notice the high percentage of Chargeable Revenue in Tables 2 and 3.

**5. What is the estimate of fuel surcharge revenue in Agricultural Products if the business unit is included in the program this year?**

Based on current HDF and WTI estimates (1st Quarter Forecast, Plan for the remainder of the year), we expect Agricultural Products fuel cost recovery to total $1.8 million in 2003.

Finally, BNSF has been more aggressive with fuel surcharges than the other railroads in terms of the timing of our application and the thresholds at which our surcharges kick in. We were the first to implement fuel surcharges in the industry. BNSF has been the leader and has been followed by the other railroads. Our intermodal surcharge kicks in at $1.24 (or ~~$25.43 WTI~~). Carload kicks in at $1.30 (or ~~$27.23~~ WTI). Other railroads, CSX, UP and NS have higher thresholds at $28. (See Table 5.)

Please contact me on 817-867-6800 if you have questions.

INTEROFFICE MEMO

**Table 1 a)**

| | Highway Diesal Fuel | West Texas Intermediate | BNSF Fuel Surcharge Carload | BNSF Fuel Surcharge Intermodal |
|---|---|---|---|---|
| January | 1.153 | 19.674 | 0.0% | 0.0% |
| Febuary | 1.152 | 20.736 | 0.0% | 0.0% |
| March | 1.230 | 24.417 | 0.0% | 0.0% |
| **Q1 Average** | **1.178** | **21.609** | **0.0%** | **0.0%** |
| April | 1.309 | 26.266 | 0.0% | 1.5% |
| May | 1.305 | 27.021 | 0.0% | 1.5% |
| June | 1.286 | 25.521 | 1.0% | 1.5% |
| **Q2 Average** | **1.300** | **26.269** | **0.3%** | **1.5%** |
| July | 1.299 | 26.940 | 1.0% | 1.5% |
| August | 1.328 | 28.381 | 0.0% | 2.0% |
| September | 1.411 | 29.716 | 0.0% | 3.0% |
| **Q3 Average** | **1.346** | **28.345** | **0.3%** | **2.2%** |
| October | 1.462 | 28.854 | 1.0% | 3.5% |
| November | 1.420 | 26.266 | 2.0% | 3.0% |
| December | 1.429 | 29.423 | 2.5% | 3.0% |
| **Q4 Average** | **1.437** | **28.181** | **1.8%** | **3.2%** |
| **Annual Average** | **1.315** | **26.101** | **0.6%** | **1.7%** |

Intermodal threshold= $1.24

Carload threshold= $1.30

**Table 1 b)**

| 2002 | RCAF-U | RCAF-A |
|---|---|---|
| Quarter 1 | -0.4% | -1.0% |
| Quarter 2 | -1.2% | -2.3% |
| Quarter 3 | 0.0% | -1.0% |
| Quarter 4 | 4.5% | 3.4% |
| Total | 0.7% | -0.2% |

?

Table 2

| 2002 Gross Revenue Actuals | YTD 2002 | Fuel Surcharge % Chargeable | Chargeable Revenue | 2002 Billed F/S | 2002 % Billed | RCAF % Chargeable | Chargeable Revenue | 2002 Billed RCAF | 2002 Billed Fuel | Total % Billed RCAF | 2002 % Billed Fuel | 2002 Total Fuel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0.7% | 0.07% | | | |
| column number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| TOTAL COAL | 2,144.4 | 0.0% | 0.0 | 0.0 | 0.0 | 90.0% | 1,930.0 | 13.5 | 1.4 | 0.7% | 0.0 | 1.4 |
| BARLEY/OATS/RYE | 38.0 | 0.0% | 0.0 | 0.0 | 0.0 | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| CORN | 345.6 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| WHEAT | 365.3 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SOYBEANS | 128.5 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| MILO | 35.9 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| Total Grains | 913.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OILS | 28.4 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FEEDS | 80.5 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FLOUR/MILL PRODUCTS | 50.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SPECIALTY GRAINS | 23.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| BULK FOODS | 225.4 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OIL SEED/MEALS | 97.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FERTILIZERS | 199.8 | 37.0% | 73.9 | 0.6 | 0.8% | 10.0% | 20.0 | 0.1 | 0.0 | 0.7% | 0.0 | 0.6 |
| MALT | 18.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| Total Grain Products | 724.2 | 10.2% | 73.9 | 0.6 | 0.8% | 2.8% | 20.0 | 0.1 | 0.0 | 0.7% | 0.0 | 0.6 |
| TOTAL AG PRODUCTS | 1,637.4 | 4.5% | 73.9 | 0.6 | 0.8% | 1.2% | 20.0 | 0.1 | 0.0 | 0.7% | 0.0 | 0.6 |
| PLASTICS | 204.9 | 13.7% | 28.1 | 0.2 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| INDUSTRIAL CHEMICALS | 174.5 | 53.2% | 92.9 | 0.6 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.6 |
| Total Chemicals & Plastic Products | 379.4 | 31.9% | 121.1 | 0.8 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| PULPMILL FEEDSTOCKS | 80.4 | 71.2% | 57.3 | 0.3 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| PAPER | 214.9 | 52.8% | 113.5 | 0.7 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| Total Paper | 295.4 | 57.6% | 170.0 | 1.0 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.0 |
| GOVERNMENT & MACHINERY | 68.2 | 87.8% | 59.9 | 0.3 | 0.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| MANUFACTURED PRODUCTS | 32.6 | 33.7% | 11.0 | 0.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| WASTE PRODUCTS | 48.9 | 38.7% | 18.9 | 0.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| Total Manufactured Products | 149.7 | 58.2% | 87.1 | 0.5 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| PANEL PRODUCTS | 131.9 | 3.3% | 4.4 | 0.0 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| LUMBER | 223.5 | 2.1% | 4.7 | 0.0 | 0.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| Total Lumber* | 355.5 | 2.6% | 9.2 | 0.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| Total Building Products | 800.5 | 33.3% | 266.8 | 1.6 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.6 |
| STEEL PRODUCTS | 240.2 | 57.8% | 138.8 | 0.9 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.9 |
| TACONITE/COAL COKE | 118.9 | 7.2% | 8.6 | 0.0 | 0.5% | 90.0% | 107.0 | 4.2 | 0.4 | 4.0% | 0.0 | 0.5 |
| Total Metallics | 359.1 | 41.9% | 150.5 | 0.9 | 0.6% | 29.8% | 107.0 | 0.7 | 0.1 | 0.7% | 0.0 | 1.0 |
| ALUMINUM & NON FERROUS | 55.0 | 52.8% | 29.1 | 0.2 | 0.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| MINERALS | 142.1 | 66.1% | 94.0 | 0.6 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.6 |
| CLAYS | 75.7 | 72.4% | 54.8 | 0.4 | 0.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| Total Minerals | 272.9 | 65.1% | 177.5 | 1.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.1 |
| AGGREGATES | 72.8 | 88.0% | 64.1 | 0.4 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| CEMENT/GYPSUM/LIME | 97.2 | 72.5% | 70.5 | 0.4 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| Total Rocks | 170.1 | 79.0% | 134.3 | 0.8 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| Total Construction Products | 802.0 | 58.0% | 465.5 | 2.8 | 0.6% | 0.0% | 107.0 | 0.7 | 0.1 | 0.7% | 0.0 | 2.9 |
| PETROLEUM PRODUCTS | 310.0 | 54.2% | 168.0 | 1.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.1 |
| Total Petroleum Products | 310.0 | 54.2% | 168.0 | 1.1 | 0.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.1 |
| TOTAL INDUSTRIAL PRODUCTS | 2,291.9 | 44.8% | 1,025.6 | 6.3 | 0.6% | 4.7% | 107.0 | 0.7 | 0.1 | 0.7% | 0.0 | 6.4 |
| IMDL PERISHABLES | 65.6 | 100.0% | 65.6 | 0.9 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.9 |
| BOXCAR PERISHABLES | 67.2 | 50.0% | 33.6 | 0.4 | 1.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| Total Perishables | 132.8 | 75.0% | 99.2 | 1.3 | 1.3% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.3 |
| Total Dry Boxcar | 171.3 | 50.0% | 85.6 | 1.2 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.2 |
| Total Automotive | 332.4 | 59.6% | 198.0 | 0.4 | 0.2% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| IMC | 402.1 | 100.0% | 402.1 | 4.9 | 1.2% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 4.9 |
| INTERNATIONAL | 1,097.5 | 0.0% | 0.0 | 0.0 | 0.0% | 100.0% | 1,097.5 | 7.7 | 0.8 | 0.7% | 0.0 | 0.8 |
| DIRECT | 794.0 | 24.0% | 190.6 | 2.6 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 2.6 |
| TRUCKLOAD | 543.1 | 100.0% | 543.1 | 5.8 | 1.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 5.8 |
| Total Intermodal | 2,902.3 | 39.1% | 1,135.7 | 13.3 | 1.2% | 37.8% | 1,097.5 | 7.7 | 0.8 | 0.7% | 0.0 | 14.1 |
| TOTAL CONSUMER PRODUCTS | 3,473.2 | 43.7% | 1,518.6 | 16.1 | 1.1% | 31.6% | 1,097.5 | 7.7 | 0.8 | 0.7% | 0.1% | 16.9 |
| BNSF TOTAL | 9,546.8 | 27.4% | 2,616.1 | 23.0 | 0.9% | 33.0% | 3,154.5 | 22.1 | 2.3 | 0.7% | 0.1% | 25.3 |

*Lumber will go to 95% effective 3/1/03

(2)

Table 3

| 2002 Gross Revenue Actuals | 4th Q 2002 | Fuel Surcharge % Chargeable | Chargeable Revenue | 4th Q Billed F/S | 4th Q % Billed | RCAF % Chargeable | Chargeable Revenue | 4th Q Billed RCAF | 4th Q Billed (Fuel) | 4th Q % Billed RCAF | 4th Q % Billed Fuel | 2002 Total Fuel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 4.5% | 0.5% | | | |
| column number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| TOTAL COAL | 557.6 | 0.0% | 0.0 | 0.0 | 0.0% | 63.0% | 351.3 | 15.8 | 1.7 | 4.5% | 0.0 | 1.7 |
| BARLEY/OATS/RYE | 12.1 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| CORN | 94.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| WHEAT | 93.2 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SOYBEANS | 56.9 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| MILO | 4.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Grains** | 261.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OILS | 6.7 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FEEDS | 24.3 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FLOUR/MILL PRODUCTS | 12.6 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| SPECIALTY GRAINS | 6.5 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| BULK FOODS | 59.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| OIL SEED/MEALS | 25.8 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| FERTILIZERS | 50.6 | 37.0% | 18.7 | 0.4 | 2.1% | 10.0% | 5.1 | 0.2 | 0.0 | 4.5% | 0.0 | 0.4 |
| MALT | 4.0 | 0.0% | 0.0 | 0.0 | 0.0% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Grain Products** | 190.3 | 9.8% | 18.7 | 0.4 | 2.1% | 2.7% | 5.1 | 0.2 | 0.0 | 4.5% | 0.0 | 0.4 |
| **TOTAL AG PRODUCTS** | 452.0 | 4.1% | 18.7 | 0.4 | 2.1% | 1.1% | 5.1 | 0.2 | 0.0 | 4.5% | 0.0 | 0.4 |
| PLASTICS | 48.5 | 19.4% | 9.4 | 0.2 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| INDUSTRIAL CHEMICALS | 41.1 | 63.6% | 26.1 | 0.5 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| **Total Chemicals & Plastic Products** | 89.6 | 39.7% | 35.6 | 0.6 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.6 |
| PULPMILL FEEDSTOCKS | 19.0 | 86.0% | 16.4 | 0.3 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| PAPER | 54.1 | 51.9% | 28.1 | 0.5 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| **Total Paper** | 73.1 | 60.8% | 44.4 | 0.8 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| GOVERNMENT & MACHINERY | 14.7 | 93.8% | 13.8 | 0.2 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| MANUFACTURED PRODUCTS | 6.9 | 44.7% | 3.1 | 0.1 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| WASTE PRODUCTS | 12.6 | 40.9% | 5.2 | 0.1 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| **Total Manufactured Products** | 34.2 | 64.4% | 22.0 | 0.4 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.4 |
| PANEL PRODUCTS | 31.9 | 5.4% | 1.7 | 0.0 | 1.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| LUMBER | 52.5 | 3.3% | 1.7 | 0.0 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Lumber*** | 84.4 | 4.1% | 3.4 | 0.0 | 1.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.0 |
| **Total Building Products** | 191.7 | 36.5% | 69.9 | 1.2 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.2 |
| STEEL PRODUCTS | 60.0 | 62.6% | 37.5 | 0.7 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| TACONITE/COAL COKE | 22.0 | 7.9% | 1.7 | 0.0 | 1.6% | 90.0% | 19.8 | 0.8 | 0.1 | 4.0% | 0.0 | 0.1 |
| **Total Metallics** | 82.0 | 47.9% | 39.2 | 0.7 | 1.7% | 24.2% | 19.8 | 0.9 | 0.1 | 4.5% | 0.0 | 0.8 |
| ALUMINUM & NON FERROUS | 15.4 | 57.8% | 8.9 | 0.2 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| MINERALS | 35.2 | 73.2% | 25.7 | 0.5 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| CLAYS | 20.8 | 82.1% | 17.1 | 0.3 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| **Total Minerals** | 71.4 | 72.4% | 51.7 | 0.9 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.9 |
| AGGREGATES | 17.2 | 86.7% | 14.9 | 0.3 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| CEMENT/GYPSUM/LIME | 22.1 | 76.6% | 16.9 | 0.3 | 1.6% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.3 |
| **Total Rocks** | 39.2 | 81.0% | 31.8 | 0.5 | 1.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| **Total Construction Products** | 192.6 | 63.7% | 122.7 | 2.1 | 1.7% | 0.0% | 19.8 | 0.9 | 0.1 | 4.5% | 0.0 | 2.2 |
| PETROLEUM PRODUCTS | 77.9 | 58.5% | 45.6 | 0.8 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| **Total Petroleum Products** | 77.9 | 58.5% | 45.6 | 0.8 | 1.8% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.8 |
| **TOTAL INDUSTRIAL PRODUCTS** | 551.8 | 49.6% | 273.7 | 4.8 | 1.7% | 3.6% | 19.8 | 0.9 | 0.1 | 4.5% | 0.0 | 4.9 |
| IMDL PERISHABLES | 17.0 | 100.0% | 17.0 | 0.5 | 2.9% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.5 |
| BOXCAR PERISHABLES | 19.3 | 50.0% | 9.6 | 0.2 | 2.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.2 |
| **Total Perishables** | 36.3 | 75.0% | 26.6 | 0.7 | 2.7% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| **Total Dry Boxcar** | 40.3 | 90.0% | 36.2 | 0.7 | 2.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.7 |
| **Total Automotive** | 83.0 | 56.4% | 46.8 | 0.1 | 0.2% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 0.1 |
| IMC | 105.4 | 100.0% | 105.4 | 2.3 | 2.1% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 2.3 |
| INTERNATIONAL | 274.6 | 0.0% | 0.0 | 0.0 | 0.0% | 100.0% | 274.6 | 12.4 | 1.3 | 4.5% | 0.0 | 1.3 |
| DIRECT | 203.5 | 24.0% | 48.8 | 1.2 | 2.4% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 1.2 |
| TRUCKLOAD | 140.9 | 100.0% | 140.9 | 2.1 | 1.5% | 0.0% | 0.0 | 0.0 | 0.0 | #DIV/0! | #DIV/0! | 2.1 |
| **Total Intermodal** | 724.4 | 40.7% | 295.2 | 5.5 | 1.9% | 37.9% | 274.6 | 12.4 | 1.3 | 4.5% | 0.0 | 6.8 |
| **TOTAL CONSUMER PRODUCTS** | 883.9 | 45.8% | 404.8 | 7.0 | 1.7% | 31.1% | 274.6 | 12.4 | 1.3 | 4.5% | 0.5% | 8.3 |
| **BNSF TOTAL** | 2,445.4 | 28.5% | 697.3 | 12.2 | 1.7% | 26.6% | 650.8 | 29.3 | 3.1 | 4.5% | 0.5% | 15.3 |

*Lumber will go to 95% effective 3/1/03

(3)

**Table 4**

1,148,682 gallons

Analysis of Fuel Surcharge Recovery with BNSF Expense

| | WTI | implies HO | BNSF Fuel 2002 | Diff from Normal | Fuel Cost Recovery (%) |
|---|---|---|---|---|---|
| 2002 | 26.15 ~~$26.85~~ | ~~$0.740~~ .686 | $883,485 | | |
| 5 year average | $23.17 | ~~$0.665~~ .626 | $829,971 | ~~$53,514~~ 54384 | ~~45%~~ 35% |
| 10 year average | $21.26 | ~~$0.620~~ .582 | $779,287 | ~~$104,198~~ 105068 | ~~37%~~ 27% |

| | HO | | |
|---|---|---|---|
| Consumer starts at | 0.600 | | |
| Industrial starts at | 0.660 | | |
| today, at HO of | ~~0.74~~ 686 | ~~0.665~~ 626 | ~~0.62~~ 582 |
| Consumer | 19.2 ~~24,000.0~~ | ~~14,400.0~~ 9.6 | ~~9,600.0~~ 0 |
| Industrial | 9.6 ~~14,400.0~~ | ~~9,600.0~~ 0 | - 0 |
| total | 28.8 ~~38,400.0~~ | ~~24,000.0~~ 9.6 | ~~9,600.0~~ 0 |

Billed in 2002 for Fuel Surcharge & RCAF-Fuel

| | | Fuel Cost Recovery (%) |
|---|---|---|
| Coal | $1,400 | 2.6% |
| Ag | $600 | 1.1% |
| Industrial | $6,400 | 12.0% |
| Consumer | $16,900 | 31.6% |
| total | $25,300 | 47.3% |

# FINAL TRANSCRIPT

**CCBN StreetEvents**

## Event Transcript

### BNI - Q4 2002 Burlington Northern Santa Fe Corporation Earnings Conference Call

Event Date/Time: Jan. 21. 2003 / 8:45AM ET
Event Duration: 1 hr 2 min

OVERVIEW

BNI reported EPS, on a GAAP basis, for 4Q02 at $0.54 and for 2002 at $2.00. Operating income in 4Q02 was $436m and for 2002 was $1.656b. Q&A focus: Carload business, coal, and LTLs.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

HIGHLY CONFIDENTIAL BNSF-0814238

DA04104

Looking at the full year, we have two major risks. Uncertain economy and fuel volatility, both of which may be affected by developments in the Middle East. With the continuation of the very slow recovery in the industrial economy, we expect a slight improvement in the industrial products driven more by margin improvements than volume. For our bulk commodities coal tonnage will be flat but revenue will be down slightly. Ag products should show some improvements after we move past the first quarter with export markets strengthening.

Finally in the consumer products, we expect to see revenue growth at least equal to last year and possibly better. That will continue to be driven by our premium intermodal franchise specifically truckload and international. We are going to remain focused on extracting the value for the premium level of service that we are providing. And with the continued success in that effort combined with productivity initiatives that Carl described.

With more moderating fuel prices, we should see strong growth in earnings per share for the year. We will also expect to see another strong year in regard to free cash flow in excess of $400 million, or over a dollar a share in free cash. We will continue our share repurchase program. At the same time, we're very aware that some of our institutional shareholders would like to see some dividend yields improving. We'll be watching developments in Washington as the debate and discussing those issues with our board.

The bottom line is that we want to use our free cash flow to return maximum value to our shareholders. With that Dick, I think we are ready to open it up for questions. We have a couple of mics, if we could use those so we don't have to repeat the question. Dick, we have one down, Marsha, down in the front. Let's start down here.

---

## QUESTIONS AND ANSWERS

**Tom Wadowitz**

Hi. It's Tom Wadowitz. I have two questions for you I think they are both on the revenue side. So probably for Chuck or maybe Matt, as well. Your coal outlook seems to be pretty conservative. It seems that if you look at gas prices, you know, $5.50 per million btu, that would on the margin favor coal utility stockpiles you say they are pretty well in place, so do you think that's a conservative forecast or can you give us a little better sense of what you're assuming in that forecast? And then a second question is on fuel surcharges. And maybe if you can talk about both on the intermodal side and on the carload side, what are you asking for right now, and what -- you know, just in rough terms, what percentage of your contracts can you actually apply a fuel surcharge in those two different segments?

---

**Chuck Schultz** - *Burlington Northern Santa Fe Corporation - Executive Vice President*

Okay, let me start with coal. Since of course I won't be here and John will be responsible for this, it's an incredibly conservative forecast. Seriously, I mean, we think it's a realistic forecast. We're looking for normal weather, better weather will help us. The -- what is built into the forecast is a projection of about a little over 2% in terms of normal growth and then when you go through all of the different contracts and we have had a couple of plant shutdowns and you put all that together, you end up with the number we got. So if we have a little more severe cold weather, it's conservative. If we end up with a mild winter, then it's not.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corp. - Chairman, President, Chief Executive Officer*

Tom, the only other thing on the natural gas prices being high, that certainly helps the dispatch of coal, but that's really going to be a longer-term issue because there needs to be more capacity put into the coal plants to be able to dispatch that electricity. So, you know, we -- anytime we see natural gas prices go above, you know, the $3.00, $3.50 range, we know that long term, that will just drive the economics for the coal business. So we are encouraged for that and it's really not a big surprise. I mean, we know that, we have said all along that natural gas below $2.50 was not going to sustain itself and we believe that long term the economics will rule here. And that will be that coal will continue to increase.

---

**Chuck Schultz** - *Burlington Northern Santa Fe Corporation - Executive Vice President*

Okay. Second part, fuel surcharges. Our total book of business we collect about 27.5% right now. More specifically, in the consumer products and the industrial products, around 45%. Now, what -- and we go off a highway diesel fuel price that I don't have the exact number but it kicks in at about $1.25, pretty much mirrors what the truckers do in terms of the step-ups and so forth on the fuel surcharges. We intend this year to be a little more aggressive in terms of the groups and commodities that are covered by fuel surcharges. In the past, our ag side has not had fuel surcharges on it. It will, going forward. Our logs program has not had fuel surcharges on it. It will, going forward.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

So when I give you these numbers, I'm talking about last year. This year, we're going to get a bit more aggressive with that and cover more commodities. And then there is another big chunk of our business, of course, that is covered [RCAF] adjusters that have a fuel factor in them. That's primarily all the bulk businesses.

---

**Tom Wadowitz**

Is there timing for getting more [INAUDIBLE] on the ag business? Is that now or is that---

---

**Chuck Schultz** - *Burlington Northern Santa Fe Corporation - Executive Vice President*

We made the announcement now. I think it will kick in -- I think it kicks in the first of February. I may be off a couple of weeks.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corp. - Chairman, President, Chief Executive Officer*

Certainly within 30 days.

---

**Chuck Schultz** - *Burlington Northern Santa Fe Corporation - Executive Vice President*

Yeah.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corp. - Chairman, President, Chief Executive Officer*

You know, I mean, if you step back and look at what's going on, again, it's a little bit uncertain of where you have to decide where fuel price is going to be for the quarter but I said earlier, if they are about where they are today, we are talking about 10 cents a share. That is a big number. And we are going to have to be more aggressive in terms of going to the marketplace and quite frankly, our model is the trucking industry.

I have told -- I keep telling our team f we were in the trucking industry we would be out of business if we weren't covering a higher percent of the fuel surcharge. It's simply we are going to have to change the model in terms of how we go to our market with our customers on this issue. Because, you know, while we don't believe -- and the numbers don't substantiate, when you go out in terms of long fuel prices, they have not moved up like the short fuel prices have. And so we don't subscribe to the fact that fuel is on some sort of upward trend. But as we go through these spikes, we need to be more nimble and be able to extract that back through the customers. Scott?

---

**Scott**

Yeah. Couple for you and then a couple of clean-up questions. What is strong EPS? Can you give us -- is that double-digit? Is that mid double digit? And also, is that predicated on a certain level of fuel or a range of fuel when you talk about some movement to moderation?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corp. - Chairman, President, Chief Executive Officer*

Yeah. I think, you know, we believe that fuel will be its highest in the first quarter and then start to moderate some. And as I said earlier, we need a couple things to happen. We need a slow moderation of fuel prices and we need the economy to continue to step back in. I was a little disappointed in the IPI numbers that were released Friday for the fourth quarter, showed a negative growth which we, quite frankly, haven't felt that in terms of the industrial side. While we haven't seen a real significant ramp-up, we would not have said that we were going backwards and so we'll have to sort those numbers out and other people will. So we need the economy to continue to slowly recover. Certainly, if we went into some sort of a double dip, you know, all bets would be off. But when we describe strong earnings growth, Scott, you know, we think of high single-digit, low double digit range. Depends on fuel and economy and those types of things.

---

**Scott**

And then two other quick cleanups. Chuck, could you give us some sense of how much that recovery was in the coal business? Was that a contract adjustment? What was that related to? And some order of magnitude, is that a $10 million, is that a $5 million, some ballpark and what it related to?

---

**Chuck Schultz** - *Burlington Northern Santa Fe Corporation - Executive Vice President*

Yeah. It was I think it was $8 million?

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

About a penny a share.

**Scott**

And was that a contract adjustment or something?

**Chuck Schultz** - *Burlington Northern Santa Fe Corporation - Executive Vice President*

Well, we won a couple of rate cases and we accrue certain amount and we based on the historical information we had we made an adjustment.

**Scott**

And then one last quick question. For Tom, could you give us the comparative just so we can do apples and apples? I understand the SEC's the -- question to your comment to you, but what the real estate delta was year-over-year? I know you include that in materials and other. Do you know what the level of real estate sales was this year versus last year? Order of magnitude?

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

I'm going to say this year was probably $20 million higher, something on --

**Scott**

For the quarter or for the year?

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

No, for the year. No, no, quarter was very comparable year-over-year. And also a fairly modest number. But if you remember in the first and second quarter, we had more sizable gains.

**Scott**

Got it.

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Yeah.

**Scott**

Thank you.

**Matthew Rose** - *Burlington Northern Santa Fe Corp. - Chairman, President, Chief Executive Officer*

Yes, Jason Settle, Avondale Partners.

**Jason Settle** - *Avondale Partners*

Let me follow up on Tom's question about the surcharges. Given that truckload carriers are, you know, mid-80s, low 80s percent on the recovery, LTLs are over 90%, you guys are at 27.5%. Other than just the concentration and, you know, getting down to the books on it, what other restraints that you are facing for the recovery?

**Matthew Rose** - *Burlington Northern Santa Fe Corp. - Chairman, President, Chief Executive Officer*

I want to clean up one thing because a large part of our bulk businesses again are covered by RCAF so there is a fuel component within RCAF. So you have to add that to the 27%. One of the constraints, really it's the competitive market and it's administrative issue of getting those in contracts as they come due. Traditionally, I mean, you know, one of the issues that the railroad has marketed themselves on is being more fuel efficient than the trucking industry. And in -- as long as fuel prices are not racing away, that's worked well for us. But as we have seen these large spikes, that's what I'm saying we're going to have to change the model of how we go to market. So to give you a practical example, we decided couple of weeks ago we were going to make the change in our ag business. We have never had a fuel surcharge in ag. And so we will go through that -- that tariff modification and it will take place over the next 30 days.

**Jason Settle** - *Avondale Partners*

Okay. And a quick question on the industrial products side. On the aluminum plants in the Pacific Northwest that re-opened,



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

HIGHLY CONFIDENTIAL BNSF-0814241

DA04107

# Redacted in Full

# DA04108

02/06/2003 1:59 PM

John Lanigan
2003 Draft Goals

A. Effectively lead the achievement of short and long term plans that drive growing earnings per share at a double-digit compound annual rate, including:
   1. Achieve 2003 plan
      - Revenue and Price Plan
      - Exceed the business unit cost per unit plan by 10%
      - Meet equipment velocity goals
   2. Develop and execute strategies to achieve the 2007 plan
   3. Evaluate strategic alternatives to position BNSF for long term success

B. Leadership Model
   1. Demonstrate the leadership model
   2. Advance BNSF's People Initiatives:
      - Performance Ethic—(PMP and performance and compensation differentiation)
      - Leadership Transformation—(People Leader Training and Leadership Transformation Meetings)
      - Enhancing Talent—(staffing strategy, talent assessment, and implementation of best talent program)
      - Team BNSF—(cross-functional effectiveness, high performing teams and effective employee communications)

C. Revenue Growth
   1. Develop plans to insure non-traditional growth, including:
      - 2nd tier truck
      - Bags to boxes
      - Ethanol
      - Other

   2. Lead a team with Tom Hund that will lead to better understanding of our pricing decisions. Pricing in this context will include rates, fuel surcharges, ancillary charges (detention, demurrage, etc.), interest charges, escalators (RCAF, etc.) among others

D. Develop and implement Safety Action Plans for Marketing Operations in order to achieve Personal Injuries, Lost and Restricted Time, average claims and other safety metrics.

E. Service
   1. Design TSP to achieve On Time Performance measures.
   2. Particular emphasis will be given to improving the merchandise network by reducing connections and improving gathering and distribution.

Lanigan
EXHIBIT NO. 2
06/22/10
J. BRANDT, CSR-RMR-CRR

F. EASE
1. Develop and implement plan to make full use and visibility of Zephyr.
2. Achieve 90% direct customer follow-up to Customer Satisfaction Survey responses by Q4.
3. 2% improvement in key Customer Satisfaction Survey categories.

G. Improve forecast accuracy, market intelligence and overall communications within marketing and the entire company.

H. Evaluate and execute a plan to outsource a defined set of route miles in each of 2003, 2004, and 2005 that provides investment tax benefits, contribution savings, service improvement or operations simplification.

**02/06/2003 1:58 PM**

**From:** Kyei, Sam A
**Sent:** Thu Mar 06 13:35:58 2003
**To:** Kyei, Sam A
**Subject:** Fuel Surcharge
**Importance:** Normal

Agenda:

Pre-Meeting on fuel surcharge presentation for Monday's (03/10/03) staff meeting.

Thanks,

Sam

Date: March 11, 2003
To: Greg Stengem
From: Cheri Carlson

**RE: FUEL SURCHARGE**

I will be participating on Marketing's Fuel Surcharge Team, per request of Sam Kyei & John Lanigan.

We have met several times and I have provided them with information on BNSF purchase costs vs. HDF (Highway Diesel Fuel). Matt Feldman, Finance/Hedging has concurred with his analysis, which is attached.

HDF is posted weekly by DOT. The DOT surveys the country for highway diesel prices and weights them into a national average. The Trucking industry uses this as the benchmark for their surcharge programs.

BNSF's fuel purchase price has a 98% percent correlation to HDF. This is a higher correlation than to any other publicly available price. The difference between BNSF and HDF is $.53 due to wholesale and reseller margins and taxes charged on HDF. However, the standard deviation of the variance of the difference is less than $.03. This is an extremely tight fit.

The chart that Matt Feldman produced demonstrates the close relationship between BNSF & HDF.

Intuitively this makes sense, also. HDF represents a national average and BNSF is buying diesel in markets around 2/3 of the nation.

NYMEX Heating Oil represents a New York basis affected seasonally by winter heating oil demand in the NE. While the correlation is still high (94%), BNSF prices are more seasonally aligned to the agricultural seasons of the Midwest and West.

John Lanigan is driving for a "fuel neutral" rate structure. Passing through the volatility of fuel prices to the customers will make BNSF less vulnerable to the extreme peaks we have experienced over the past six years. The benchmark HDF will likely be placed at $1.10. Current HDF is $1.60. As HDF increases or decreases, BNSF will adjust the fuel surcharge. The structure of the surcharge methodology has not yet been determined. Defining a "sellable" methodology is the task of the Surcharge Team.

Many coal contracts and other long term contracts contain a Rail Adjustment clause tied to the AAR's RCAF. RCAF is an adjustment figure produced by the AAR from submissions of various costs by all Class I railroads, of which fuel is a part. Marketing's analysis shows that on contracts written with RCAF escalators, BNSF does not recover the costs of fuel in volatile times. It is likely that use of RCAF escalators in contracts will be phased out or modified over time.

I will keep you posted on the progress we make as the Surcharge Team moves forward quickly with recommendations to John Lanigan.