# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

# Volume 18 of 29

# DA04369 - DA04481

**From:** Gillen, George F
**Sent:** Fri Apr 25 16:07:45 2003
**To:** MKT DL Ind Prod Marketing; MKT DL Ind Prod Sales; MKT DL Consumer Products; MKT DL AG Commodities; MKT DL Coal
**Subject:** Important Updates to the Carload Best Pricing Practices Policies and Guidelines
**Importance:** Normal
**Attachments:** BPP Fuel Surcharge Provisions rev 4-17-03.doc; Marketing Freight Revenue Contract Checklist rev 4-17-03.doc; BPP Minimum Volume Liquidqted Damages Provisions rev 4-17-03.doc

Please find attached important changes impacting: 1) Any future exemptions to BNSF's Carload Fuel Surcharge programs; 2) Further clarification as to the responsibility of the price maker to determine if penalty shortfalls must be accessed if contract volume commitments are not met.
Effectively immediately the Delegation Of Authority has been changed to require Vice President, or higher, approval to exempt any private or public rate authority from BNSF's Fuel Surcharge Program. As a result, we are modifying the Fuel Surcharge Provision section and the Marketing Freight Revenue Contract Checklist in the Carload Best Pricing Practices manual.
We have also modified the Minimum Volume Provisions of the manual to incorporate suggested strategic issues pertaining to the use of volume commitments and to further clarify the responsibilities of the contract price maker in determining if any volume shortfalls have occurred. The changes to this section are identified in "blue" on the attached file.
At the following link you can find the complete Carload Best Pricing Practices Policies and Guidelines:
http://bnsfweb.bnsf.com/departments/marketing/rpms/pdf/best_pricing_practices.pdf

If you have any questions, please feel free to call me to discuss them.

George F. Gillen

Phone: 817-593-1131

Fax 817-593-2909

Email: george.gillen@bnsf.com

BNSF website: http://www.bnsf.com

<<...>> <<...>> <<...>>

### Fuel Surcharge Provisions

Due to the critical nature of fuel costs and its potential effect on BNSF costs, it is important to protect BNSF from spikes in fuel costs. BNSF has devised a common method for calculating fuel costs as well as a fuel surcharge that should be applied to all prices in order to protect BNSF from high fuel prices. This calculation is maintained by the Price Management Team. The calculation is contained in BNSF Rules Book 6100, which is found at BNSF's website at:
http://wwwd.bnsf.com/website/demurrage.nsf/Demurrage
This standard calculation should be used in order to maintain consistency across the corporation's price authorities. In addition, BNSF published prices should not be subject to another carrier's fuel surcharge provisions. An industry-standard shipment condition (SURC – Subject to Surcharges) exists to indicate when prices are subject to fuel surcharges. Price Management has created shipment condition templates that should be used in all price authorities to clearly indicate that a price authority is subject to the fuel surcharge, or at least is subject to BNSF Rules Book 6100. These shipment condition templates are found on Price Management's website at:
http://bnsfweb.bnsf.com/departments/marketing/pm/
As stated above, all prices should be pointed at BNSF Rules Book 6100 for general rules' adherence and for the authorization of the fuel surcharge.
All new prices should be subject to the fuel surcharge. All existing prices should be attempted to be modified to include the fuel surcharge as they come up for negotiation. Any prices that do not include the fuel surcharge will require your Vice President's approval.

## Marketing Freight Revenue Contract Checklist

**(RETURN BY:__________________________)**

| | | | |
|---|---|---|---|
| Contract # | | Customer Name: | |
| Amendment # | | Term: | |
| | | Estimated revenue over life of the contract: | |

Yes No N/A

☐ ☐ ☐ Has a contribution analysis been used in the development of this contract?
If no, explain why:____________________________________________

☐ ☐ ☐ Has the Operations Group been notified of any special requirements from their group?

☐ ☐ ☐ Has the Equipment Group been notified of any special requirements from their group?

☐ ☐ ☐ Has the boilerplate language been changed (other than commercial changes)?
If yes, has the Law Department and Price Management reviewed and approved the changes? Yes ☐ No ☐

☐ ☐ ☐ Does the contract contain an escalation provision if the term is greater than one year?
If no, explain why: ____________________________________________

☐ ☐ ☐ If a rate escalation index is used, is it for 100% or more of the index?
If no, explain why: ____________________________________________

☐ ☐ ☐ Does the contract contain a fuel surcharge provision?
If no, explain why: ____________________________________________

☐ ☐ ☐ If no, has the fuel surcharge exception been authorized by a vice president?

☐ ☐ ☐ Does the document contain an allowance / incentive?
If yes, what is the basis of the allowance / incentive? __________________________

☐ ☐ ☐ Does the contract contain a minimum volume provision with applicable liquidated damages?
If yes, is the basis for the volume commitment:

☐ A percentage of the business, or

☐ A set quantity (based on tonnage, number of cars, etc.)

☐ ☐ ☐ Does the contract contain special miscellaneous billing provisions?
If yes, has the appropriate department been notified? Yes ☐ No ☐

Does the contract contain a capital or other BNSF commitment requiring CPAR approval?
If yes, has a CPAR been completed? Yes ☐ No ☐

# Carload Best Pricing Practices, Policies & Guidelines

1

## Minimum Volume Provisions

Minimum Volume provisions are recommended in order to tie up a specific amount of business for a specified period of time. It is recommended that all contracts contain minimum volume provisions and that those provisions cover a specific amount of business as well as a penalty if the customer fails to meet the minimum volume requirements. This penalty is known as **liquidated damages** and should be specified in dollars per car or dollars per ton within the price authority. The following minimum volume provision [redacted]

Marketing is responsible for managing and monitoring all price authorities containing minimum volume provisions. The RPMS database, Data Warehouse as well as actual car movements can be used to determine whether a price authority meets the minimum volume provisions. Marketing works with the Liability Rating Team to administer any penalties that may apply, as well as carry out any audits of customer books, to determine whether minimum volume requirements have been met, and to recover liquidated damages that are identified by Marketing.

The following process should be followed in the management of minimum volume and liquidated damages:

1. Approval for the non-assessment of liquidated damages will follow the Delegation of Authority guidelines.
2. The Price Maker will be responsible for tracking all price authorities containing a minimum volume commitment.
3. The Price Maker will decide what actions should be taken if a customer has not met the minimum volume requirements in the specified period of time, according to the price authority terms and conditions.
4. If, according to all available reports, data and information, the Price Maker decides that there is a shortfall in a particular price authority, then the following steps should be taken:
   - Confirm the total number of cars, tons, etc. by requesting both Accounting and Price Management to review data.
   - If the data is correct and the minimum volume according to the terms of the price authority, still has not been met, then a letter, fax or email must be sent by the Price Maker to Accounting, copying Price Management (carload), requesting Accounting to bill the customer for the shortfall, according to the terms of the price authority.
   - The letter, fax or email must contain the following information in order for the billing to be processed:
     - Price authority Number
     - Customer (Freight Payer) name and address, and the appropriate contact, if known
     - Volumes on an attached spreadsheet, containing car initials and numbers, waybills numbers and dates
     - Volume commitment, according to the price authority terms
     - Shortfall and penalty payment per ton, car, etc.
     - Time period measured, according to the terms of the price authority
   - Accounting will then bill the customer (freight payer), notifying Marketing of its actions

## Gillen, George F

**From:** Kyei, Sam A
**Sent:** Wednesday, April 30, 2003 8:43 AM
**To:** Murray, Nick L
**Cc:** Bobb, Stevan B; Smith, Denis J (Marketing); McNack, Edward G; Gillen, George F; Longsworth, David C; Hiatte, Patrick D; Wertz, Linda L
**Subject:** Fuel Surcharge Program Changes (Updated w/ Hedging Info)

To All:

Please find attached below notes on the fuel surcharge meeting at 3:00 PM on April 29, 2003. In attendance were Steve Bobb, Denis Smith, Ed McNack, George Gillen (representing the business units) and David Longsworth, Pat Hiate and Linda Wertz representing the Communications Department.

Steve Bobb will be discussing the contents with John Lanigan and John's staff.

Thanks,
Sam

Fuel Surcharge Program Changes...



Lanigan
EXHIBIT NO. 13
06/22/10
J. BRANDT, CSR-RMR-CRR

Highly Confidential

BNSF-0327012

DA04374

**Carload Program**

- A short customer advisory will go out by April 29, 2003 indicating that the surcharge for the month of June 2003 will be 3.0%. Note: We believe the UP will be at 2.4% for the same period.
- Fuel surcharge tables and rules on the web will be updated by the end of the week. There are minor changes in some of the language used.
- The changes in the Carload Program going forward are as follows:

  - The 1% threshold before charging for fuel will be eliminated. This means that from the customer's perspective at a Highway Diesel Fuel price range of $ 1.25 to $1.299, we are going to charge 0.5%. Previously there was no fuel surcharge at that level.
  - The carload strike price will be $1.25. (This reflects the $23 WTI crude strike price being used by UP in their new carload fuel surcharge table.)
  - All other bands remain unchanged.
  - Participation rates will be increased as opportunities present themselves by price authority. The delegation of authority has been moved to the Vice President level in carload business units.
  - The fuel surcharge program will be reviewed annually.
  - It is anticipated that the Fuel Hedging Program will complement the Carload Program in covering all remaining carload expense shortfalls from fuel price increases.

**Intermodal Program**

- There are no changes for Intermodal customers for the month of June 2003.
- The changes in the Intermodal Program going forward are as follows:

  - The Intermodal strike price will be changed from $1.22 back to $1.10. This reflects the strike price in the trucking industry and most intermodal rail competition.
  - The 1% threshold before charging for fuel will be eliminated. This means that from a customer's perspective a surcharge of 0.5% will be implemented when the fuel price is at least a $1.10 and so on.
  - Fuel intensity ratios will be re-based in line with today's fuel surcharge program at Highway Diesel Fuel prices above $1.24.
  - These changes will be implemented by the end of the summer or as appropriate.
  - Participation rates will be increased as opportunities present themselves by price authority.
  - The fuel surcharge program will be reviewed annually.
  - It is anticipated that the Fuel Hedging Program will complement the Intermodal Program in covering all remaining intermodal expense shortfalls from fuel price increases.

**Other**

- Steve Bobb is coordinating the marketing communication plan (internal and external) for both the May and June programs.
- Program changes and rationale are to be clearly communicated at upcoming CAB meeting.

**From:** Pate, Emily
**Sent:** Fri May 02 15:56:50 2003
**To:** 'James.Arnett@BNSF.COM'; 'George.Gillen@BNSF.COM'; 'Len.Ford@CN.CA'; 'Denise.Arcand@CN.CA'; Lori Kennedy (E-mail); 'Kelly.Platt@kcsr.com'; 'Alby.Pfeifer@NSCORP.COM'; 'KurtSchroeder@UP.COM'; 'Gozburn@ASLRRA.ORG'; 'Alice.Bjork@Raininc.Com'
**Cc:** Patterson, Rabon Jr.; Saunders, Anita ; Price, Joyce ; Havey, Ray
**Subject:** REN Task Force Conference Call: Tuesday, May 6th!
**Importance:** Normal
**Attachments:** REN TASK FORCE 5-6-03 Conference call agenda.doc; REN TASK FORCE Ft.Worth meeting 2-27 2-28-03 minutes.doc; REN_Groups_Enhancement_041603_draft revised 4-17.doc; REN Incentive Scorecard Incentive Payments 2003.xls; REN 460 Interline Incentive Scorecard March 2003 document.doc

Team members: This is a reminder of the REN Task Force Conference call on Tuesday, May 6th.

* Dial-in Info:
  Time: 9:00 am mt, 10:00 am ct, 11:00 am et.
  Phone# 865-673-0142
  Passcode = 122807 this is carriers pass code
  Alice Host (551134)

* Agenda
  <<REN TASK FORCE 5-6-03 Conference call agenda.doc>>

* Agenda Item #3: Review minutes of Ft.Worth meeting
  <<REN TASK FORCE Ft.Worth meeting 2-27 2-28-03 minutes.doc>>

* Agenda Item #4: Review of IRM 2003 4/15/03 conference call to prioritize projects. A project/small enhancement request to cover the group enhancement.
  <<REN_Groups_Enhancement_041603_draft revised 4-17.doc>>

* Agenda Item #5: Review and Discuss REN 460 Interline Incentive Scorecard
  <<REN Incentive Scorecard Incentive Payments 2003.xls>> <<REN 460 Interline Incentive Scorecard March 2003 document.doc>>

Thanks...
Emily M.Pate
CSX Transportation
Pricing Services, Sr. Manager
904-359-3490

# REN TASK FORCE MEETING
# FT.WORTH,TX
# MAY 6, 2003, 10 AM EDT; 9 AM CDT; 8 AM MDT
# AGENDA

1) Roll Call - Emily
2) Agenda additions
3) Review minutes of Ft.Worth meeting - Emily
4) Review of IRM 2003 4/15/03 conference call to prioritize projects. Due to the KCS-Gateway Western merger, some of the MCCB projects were forced from the 2003 plan.
   - The 997 Audit Project has been moved to the top of the 2004 Project list.
   - The REN 4060 Project was discussed and it was decided that, due to the cost/benefits analysis not being as strong as some of the other projects, that the upgrade be delayed until 2005. The 2004 EDI REN Upgrade to 5010 to be implemented April of 2005.
   - A project/small enhancement request to cover the group enhancement originally included in the 4060 Project, was submitted to Railinc on 4/17/03 for review. This enhancement is necessary in order to meet carrier requirements for larger geography groups
   - Issue: Now that the KCS has announced plans to purchase the TFM, will this necessitate accelerating the currency issue?
5) Review and Discuss REN 460 Interline Incentive Scorecard
   - Attached is the March 2003 REN 460 Interline Incentive Scorecard, as well as the 1Q2003 REN Incentive payments
   - Review and discuss format
   - Review and discuss REN incentive payment process
6) Fuel surcharge
   - How is each carrier sending? Are all carriers sending the percentage in the SURC?
   - Are carrier's internal application systems able to handle the fuel surcharge?
   - Issues?
7) CIF Numbers
   - How is each carrier sending CIF numbers? 67 level? 83 level? CIF+4? Location level? Customer groups?
     - BNSF
     - CN
     - CPR
     - CSXT
     - KCS
     - NS
     - UP
   - Issues?
8) Carrier REN Send and Receive issues
   - Discussion
9) REN Task Force Mission Statement draft– Discuss

"The mission of the REN Task Force is to:

- Develop and implement standards for the North American Rail Network to follow,



Highly Confidential BNSF-0040343
DA04377

- Facilitate the efficient and timely electronic interchange of prices and price-related information, allowing the use of this information in internal inquiry and rating systems
- Improve data quality

By accomplishing these tasks, both customers and participating railroads will benefit which will result in improved ease of doing business and improved customer satisfaction."

10) 4050 Guidelines Rewrite
    - The REN 4060 Guidelines have been completed, but the Front Matter Section needs to be reviewed by the REN Task Force and all comments, feedback and suggestions need to be forwarded to Pete Varone within the next few weeks. **Pete needs to have a completed copy by May 12, 2003, so that it can be published by June 1.** Please review this section, forwarding all comments to Pete, but copying the Task Force in as well, so that we can all keep updated on suggested changes, if any.
11) Points of contact for each carrier. These contacts are primary contacts, and will pass on any issues that they cannot solve, to the appropriate individual. However, we can always contact the REN Task Force representative, if they are not listed below. Each carrier needs to submit the contact's name, phone number and email address to Emily and/or Jim, for inclusion in future minutes.
    - BNSF – Primary: Howard Bell; Secondary: Jim Engstrom
    - CN – Primary: Len Ford; Secondary: Denise Arcand
    - CPR – Primary: Tony Corsi; Secondary: Jay Anderson
    - CSXT – Primary/Secondary: Emily Pate, Joyce Price, Anita Saunders, Bill Ostrowski
    - KCS – Primary: Kelly Platt; Secondary: Cookie Gadson
    - NS – Primary: Alby Pfeifer; Secondary:
    - UP – Primary: Bob Campbell; Secondary: Kurt Schroeder
12) Audit Checklist update – Harry and Emily - It was decided that until the 997 project is implemented, then the Audit Checklist should be put on hold. With the delay of the 997 Project, does the need for this checklist need to be reconsidered?
13) Anywhere junction use on 490 scales (relies on implementation of mileage scales) – Alby - update
14) Zero-rates – Should they be sent through REN. Alice, RAILINC advised that currents did not allow zero rates, however, Harry advised that the zero rates sent by UP did pass thru REN. The Task Force voted to allow both negative and '0' rates. All carriers should review their internal systems.
15) UMLER rewrite (EMIS – Equipment Management Information System)
    - John McCarthy, BNSF, reported that the rewrite was a multi-year project and to date, should not affect current shipment condition data sources. However, the REN Task Force asked John to continue to monitor the situation and keep the Task Force up to date on any issues relating to shipment conditions, send and receive and rating.
16) REN Autorating Statistics' Scorecard - Discussion
17) Service Level and Bundled Pricing
    - June Arnold, BNSF EDI rep; Harry Bognich and Jim Arnett, have discussed, and June has developed a proposal to enhance the 404, 410, 417, and 426 to allow for capture of service level and bundled price information. This proposal will be presented to the EDIWC in May. A copy of the proposal with examples, will be sent to the IRM, REN Task Force and Shipment Condition Committee.
18) TFM/FXE update – Alice

- TFM is part of ISS, since 2002. FXE has begun discussions with RAILINC, as well as with UP and BNSF. What will the KCS/TFM/TM transaction affect? Will TFM begin participating in REN sooner than at first thought?
- FXE will begin testing with UP in June, for a planned implementation in July 2003.

19) Combination Rates - update
   - At our Ft.Worth meeting, Harry asked how, technically, we can combine rates. How can local public rates be exchanged via REN? Are the carriers going to send rates via REN based on Marketing criteria? Are the carriers going to dynamically combine rates? His questions focused on current trends in the industry and studies by different carriers, to move toward combination rates.
   - In a Jacksonville meeting, earlier in the year, a number of issues were brought up that related to the Common Language Initiative (CLI). CLI is responding to the REN Task Force 'white paper' of 2002, which addressed various issues relating to combination rates. The CLI team is planning to put together a technical team to address these issues. It appears that each carrier may use their own product for combining rates (XML, Railprices, Arzoon, etc.). This CLI technical team has still not been created.
20) Railprices.Com / CLI (Common Language Initiative) update – Alice
21) 494 Scale Rates – update
   - The RAILINC coding has been completed, but it was decided that the carriers were not in a position to test, in late 2002. At our Ft.Worth meeting, each carrier indicated whether they were ready to use scale rates:
     - BNSF – No. Local scales can be used for rating, but can't be sent via a 494
     - CN – No
     - CPR – No
     - CSXT – No, although scales are captured, using Rand McNally mileages, and scales can be rated
     - KCS – No
     - NS – Scales can be captured and rated, but can't send via a 494.
     - UP – Scales are captured using various mileage masters, but cannot be sent via a 494 and cannot be rated.
22) Co-chair Technology
   - The REN Task Force will not have a technical co-chair. Rabon Patterson, CSXT, will be available to assist the committee on technical matters.
23) KCS will merge/consolidate Gateway Western into its system in on 7/1/03.
24) Province of Quebec and New Foundland codes must be addressed by October 2003. Canadian carriers are tryting to determine what option to use. US carriers will follow.
25) CN will consolidate WC into its system in September 2003.
26) Other topics
27) Next conference call – To be determined
28) Next Face-to-Face meetings:
   Late September, early October, 2003 - NS, Roanoke,VA
   Late February, 2004 - CSXT, Jacksonville,FL



**Highly Confidential** **BNSF-0040345**

**DA04379**

## REN Task Force Members

| Carrier | Name | Phone | Email |
|---|---|---|---|
| BNSF | Jim Arnett | 817-593-1132 | James.Arnett@BNSF.COM |
| BNSF | Harry Bognich | 817-352-0460 | Harry.Bognich@BNSF.COM |
| BNSF | Nannette Samuelson | 817-352-0459 | Nannette.Samuelson@BNSF.COM |
| BNSF | George Gillen | 817-593-1131 | George.Gillen@BNSF.COM |
| BNSF | Howard Bell | 817-593-1135 | Howard.bell@bnsf.com |
| CN | Len Ford | 514-399-4895 | Len.Ford@CN.CA |
| CN | Denise Arcand | 514-399-4174 | Denise.Arcand@CN.CA |
| CPRS | Brian Finch | 403-319-3039 | Brian_Finch@CPR.CA |
| CSXT | Emily Pate | 904-359-3490 | Emily_Pate@CSX.COM |
| KCS | Larry Titus | 816-983-1440 | |
| KCS | Kelly Platt | 816-983-1589 | Kelly.Platt@kcsr.com |
| NS | Alby Pfeifer | 540-985-6325 | Alby.Pfeifer@NSCORP.COM |
| UP | Kurt Schroeder | 402-271-4595 | KurtSchroeder@UP.COM |
| ASLRRA | Grant Ozburn | 202-585-3441 | Gozburn@ASLRRA.ORG |
| RAILINC | Alice Bjork | 919-651-5003 | Alice.Bjork@Raininc.Com |

## Carrier Contacts

| Carrier | Primary | Secondary | Name | Phone | Email | Department |
|---|---|---|---|---|---|---|
| BNSF | X | | Howard Bell | 817-593-1135 | Howard.bell@bnsf.com | Price Management (Mktg) |
| BNSF | | X | Jim Engstrom | 817-593-1143 | James.Engstrom@bnsf.com | Price Management (Mktg) |
| BNSF | | X | Jim Arnett | 817-593-1132 | James.Arnett@BNSF.COM | Price Management (Mktg) |
| CN | X | | Len Ford | 514-399-4895 | Len.Ford@CN.CA | |
| CN | | X | Denise Arcand | 514-399-4174 | Denise.Arcand@CN.CA | |
| CPR | X | | Tony Corsi | 403-319-3071 | Tony_Corsi@cpr.ca | |
| CPR | | X | Jay Anderson | | Jay_Anderson@cpr.ca | |
| CSXT | X | X | Emily Pate | 904-359-3490 | Emily_Pate@CSX.COM | |
| CSXT | X | X | Joyce Price | 904-359-3498 | Joyce_Price@CSX.COM | |
| CSXT | X | X | Anita Saunders | | Anita_Saunders@CSX.COM | |
| CSXT | X | X | Bill Ostrowski | 904-359-3688 | Bill_Ostrowski@CSX.COM | |
| KCS | X | | Kelly Platt | 816-983-1589 | Kelly.Platt@kcsr.com | |
| KCS | | X | Cookie Gadson | 816-983-1436 | i.l.gadson@kcsr.com | |
| NS | X | | Alby Pfeifer | 540-985-6325 | Alby.Pfeifer@NSCORP.COM | |
| UP | | X | Kurt Schroeder | 402-271-4595 | KurtSchroeder@UP.COM | |
| UP | X | | Bob Campbell | 402-271-4714 | RWCampbe@UP.COM | |
| RAILINC | X | | Alice Bjork | 919-651-5003 | Alice.Bjork@Raininc.Com | |



Highly Confidential

BNSF-0040346

DA04380

# REN TASK FORCE MEETING
# FT.WORTH,TX
# FEB. 26 (9-5); FEB. 27 (8-Noon)
# MINUTES

1) Roll Call - Jim
2) Safety Briefing – Jim
3) Agenda additions
4) Review minutes of 12/11/02 conference call (attached) - Jim
5) Review of Rate EDI Network Send/Receive Audit using EDI 997 Project - Alice
   - Which carriers will be in a position to implement their portion of the 997
   - Implementation is scheduled for 11/30/03
   - CSXT – How long should a carrier wait for a 997? RAILINC will send message daily for 3 days. If a 997 has not been received at the end of 3 days, then RAILINC will notify originating carrier in the form of a report.
   - Alice will resend RDD for review and we will schedule a conference call to discuss.
   - Project implementation could be threatened by KCS/Gatewestern and CN/WC mergers.
6) Review and Discuss REN 460 Interline Incentive Scorecard
   3. It was agreed that the incentive program is not meant to penalize, but rather to encourage participation in REN. It was mentioned that ISS payments are much higher.
   4. Incentive payments/reductions will calculate by Quarter – all monthly payments and reductions will be summarized by Quarter, and RAILINC will then adjust the next quarter's monthly payments accordingly. The calculations will be made on a monthly basis as the scorecard is sent in to RAILINC by the business co-chair.
   5. Jan 2003 scorecard not correct, CPR does not receive prices. Scorecard was corrected to show incentive payments (attached).
   6. Carrier REN Send and Receive details
      - BNSF – Sends carload, except mileage scales, no Intermodal (plan is to send/receive Intermodal by end of 2003). Biggest send issues are related to CIF. BNSF uses all inbound prices in rating, except Intermodal.
      - CN – Problem responding to interline REN issues, developing audit report on receive in order to monitor received prices. Biggest send issues are related to CIF. Sending Carload and Intermodal. REN Receive – use 426 overlay for rating, but do take the divisions into their system. Currency defaults to CA$, but divisions do show in US$.
      - CPR – Send carload and Intermodal (but CPR prices still have old Plan numbers, not new Service Code number.) Problems with CIF, and grain prices. Expect to meet target by end of 2003. Receive project tentatively scheduled for 2005 with implementation in 2006. Brian suggested that NEMC should assist in pushing hard for CPR to receive prices.
      - CSXT – Send carload, still have some conversion of manual prices to be able to send. Not ready to send Intermodal, and really no plans to send by end of 2003. Getting ready to turn on CN and CPR prices for rating and billing purposes. Already turned BNSF, KCS, NS and UP, getting ready to receive bulk load of NS prices.
      - KCS – Send carload and Intermodal, (about 80% captured). Capture system not a relational database and not tied to rating system. No mileage scales captured. Don't



Highly Confidential 

use received prices in mechanized rating. Plan is to rewrite Revenue Management system for rating in 2003, possibly stage an implementation in 2004.

- NS – Send (100% carload prices captured, and available for REN; Intermodal prices have not been mapped to REN – no definite plans for Intermodal Price Send). Price Application separate from input system, but fed directly from REN and input system, and is used for rating. CIF and group problems as well as geography group effective date problems are REN Send issues.
- UP – Send 100% prices, both carload and Intermodal. Same capture system between carload and Intermodal. Problems have arisen while cutting old private capture system over to new Genesis System, as well as some CIF and group problems, mainly ensuring that updates are current.

c) Points of contact for each carrier. These contacts are primary contacts, and will pass on any issues that they cannot solve, to the appropriate individual. However, we can always contact the REN Task Force representative, if they are not listed below.

- BNSF – Primary: Howard Bell; Secondary: Jim Engstrom
- CN – Primary: Len Ford; Secondary: Denise Arcand
- CPR – Primary: Tony Corsi; Secondary: Jay Anderson
- CSXT – Primary/Secondary: Emily Pate, Joyce Price, Anita Saunders, Bill Ostrowski
- KCS – Primary: Kelly Platt; Secondary: Cookie Gadson
- NS – Primary: Alby Pfeifer; Secondary:
- UP – Primary: Bob Campbell; Secondary: Kurt Schroeder

7. Discuss price send and receive issues

a) Customer Issues

- CIF numbers, difficulties obtaining CIF numbers; maintaining CIF numbers internally; capturing correct CIF numbers in prices. However, customer issues, though important today, past issues were route and geography, for instance. So there has been some progress. A major issue regarding customer is: Are the carriers sending the correct customer and/or CIF? Is this a REN Task Force issue to force data quality? The important goal is to make sure that the 417 and 426 match up. This may dictate that more than one committee is involved. The REN Task Force goal is to make sure that the price goes out in a timely manner, with a valid and the correct, CIF number. Who owns the CIF problem? – IRM

b) Prices

- Discussion of importance of keeping prices updated as geography, STCC, customers, carriers/short lines, routes, etc. change. Are the change processes automated or manual?
- Prices received without a price authority, or a price authority received without an origin/destination pair.
- Routing issues with junction settlement carriers, for instance. The capture of the route must be correct, and this, partly, is a training issue, as there are more and more price makers creating their own price authorities.

c) Groups

- Geography group effective date issues' discussion
- OPSL issues – are all stations shown? Handling Lines' stations? All of the revenue-capable stations should be shown. Some handling lines are not being shown, according to Grant. The route dictates the fact that Handling Lines do not

have a valid junction with other carriers. Grant will handle exceptions with RAILINC.

8. Canadian 'Clear Language' regulations – not discussed
9. Discuss 2003 PRDB Price Model – Alice
   - Grant advised that there was an agreement with RAILINC to send prices to PRDB as a 2004 goal. RAILINC will edit against the industry reference files, as opposed to the Short Line capture system. Poi9nt to point rates only, with the ability to do scales, but in a spreadsheet format.
10. 4050 Guidelines Rewrite – Jim and Harry
    - The Task Force did not send the updated version of the guidelines to Pete Varonne in time for the EDIWC review. Pete is working on a draft of the separated guidelines and standards. The Task Force will have to determine how many other changes should be made.
11. Audit Checklist update – Harry and Emily
    - It was decided that until the 997 project is implemented later this year, then the Audit Checklist should be put on hold.
12. Anywhere junction use on 490 scales – Alby – issue no discussed – relies on implementation of mileage scales
13. Zero-rates – Should they be sent through REN? Are there REN edits that force a carrier to not send zero rates/ zero rates are actually '0'. There are zero rates that are interline, and REN edits prevent sending these rates. We will approach RAILINC to ensure that there are no edits, and that zero rates should be allowed, with zero divisions. (NOTE: UP sent a test '0' rate to BNSF 2/27 and it made it through the edits, however, divisions must be in percentages. Later, Alice, RAILINC advised that currents did not allow zero rates, however, Harry advised that the zero rates sent by UP did pass thru REN. Further research is needed. The Task Force voted to allow both negative and '0' rates. All carriers should review their internal systems.
14. UMLER rewrite (EMIS – Equipment Management Information System)
    - John McCarthy, BNSF, reported that the rewrite was a multi-year project and to date, should not affect current shipment condition data sources. However, the REN Task Force asked John to continue to monitor the situation and keep the Task Force up to date on any issues relating to shipment conditions, send and receive and rating.
15. Currency on prices
    - Discussion regarding how prices are sent – CN/CPR do send both CA$ and US$. Most prices sent by US carriers are US$. There are many billing issues relating to the currency issue. The existing standards do not allow carriers to send currency. The new 4050 standards do mandate that the currency be sent along with the price. There is a shipment condition that indicates how the funds are payable.
16. Review and Discuss REN Autorating Statistics' Scorecard
    a) Individual carrier's discussion
       - BNSF – Will continue to maintain and send autorating scorecard
       - CN – Not in a position to obtain data – Reports are valuable
       - CPR – Does not receive, bur reasons for autorating/non-autorating are important
       - CSXT – Working on report, distributed autorating statistics to each partner. Reports are valuable, should be able to identify whether rating was on REN received price authorities, or other (426 Overlay or manually entered foreign line price authorities)

- KCS - Not in a position to obtain data
- NS - Not in a position to obtain data – Reports are valuable
- UP – Distributed scorecard to REN partners – format similar to BNSF. Reports are valuable, depend on rating carrier to correctly rate waybills

b) General rating issues

- Rating issues' feedback is important to all carriers for data quality reasons.
- Discussion centered on how to distinguish different prices, such as the differences between bundled and non-bundled, or a zero-rated and a full-rated equipment.
- Should the Standard REN Hierarchy for Price Application be reviewed? There is nothing that the customer has to put on the bill of lading, except some basic information, especially not the price authority number. Discussion followed as to what can the REN Task Force do?
- Service level shipment condition (SRLV) proposed by the Shipment Condition Committee. Risk is small. The bigger issue is that whatever is done, should work. Harry suggested that June Arnold, BNSF EDI's representative, should be part of the discussion. (NOTE: June was brought into the IRM meeting on 2/27 and took part in discussions centering around Bundled and Service Level issues and how this type of information could be included in future enhancements to the EDI 404.) It was also suggested that as we work toward combination rates, service level may be an integral part of the rates. This proposal is not from the REN Task Force and the Task Force will not represent this proposal. This shipment condition may not be the final solution, but rather at least a start, in order to distinguish between a 'premium' price from a 'non-premium' price. The customer should have the option to request a certain level of service – 'premium' or 'non-premium', in this case.
- Bundled Price shipment condition (BUND) – what is a good definition of a bundled shipment? The customer should have the option to request a certain level of service – bundled or non-bundled, in this case.

17) TFM/FXE update – Alice

- TFM is part of ISS, since 2002. FXE has begun discussions with RAILINC, as well as with UP and BNSF. FXE will begin testing with UP in June, for a planned implementation in July 2003.

18) Combination Rates

- Harry asked how, technically, can we combine rates. How can local public rates be exchanged via REN? Are the carriers going to send rates via REN based on Marketing criteria? Are the carriers going to dynamically combine rates? His questions focused on current trends in the industry and studies by different carriers, to move toward combination rates.
- In a Jacksonville meeting, earlier in the year, a number of issues were brought up that related to the Common Language Initiative (CLI). CLI is responding to the REN Task Force 'white paper' of 2002, which addressed various issues relating to combination rates. The CLI team is planning to put together a technical team to address these issues. It appears that each carrier may use their own product for combining rates (XML, Railprices, Arzoon, etc.). This CLI technical team has still not been created.

19) Railprices.Com / CLI (Common Language Initiative) update – Alice

- Grant advised that the Short Lines were working toward participating in the CLI.
- Discussion focused on the fact that CLI will aid in future combination rate strategies.



Highly Confidential

BNSF-0040350

DA04384

- Kurt suggested that the CLI initiative is driving fuller participation in REN.

20) Discuss 2004 REN Task Force projects
   a) 4060 - The plan is to propose that REN implement 4060 in April 2004. The Task Force has already developed the project document for 4050, and simply needs to make some minor changes and fine tune the wording. (It was suggested by Chuck Adams, IRM, that all projects should stand on their own merit and have a strong rate of return and strong benefits, in order to be considered by NEMC. The Task Force will make the necessary changes to the 4050 document and resubmit as 4060. Harry, Jim, Alice and Emily will work on the draft and submit it to the committee. The 4060 will address the group issue, expanding groups from 499 to 999; as well as adding a currency designation for rates, addressing the US$/CA$ issues and allowing for MEX Pesos, now that the Mexican carriers are getting closer to joining REN. It was also discussed whether we should allow REN processing online, as opposed to batch processing. The costs may be too high for the benefits – Alice will get an estimate and get back to the committee prior to the 4060 document submittal.
   b) 494 Scale Rates – The RAILINC coding has been completed, but it was decided that the carriers were not in a position to test, in late 2002. Discussion followed, with each carrier indicating whether they were ready to use scale rates:
      - BNSF – No. Local scales can be used for rating, but can't be sent via a 494
      - CN – No
      - CPR – No
      - CSXT – No, although scales are captured, using Rand McNally mileages, and scales can be rated
      - KCS – No
      - NS – Scales can be captured and rated, but can't send via a 494.
      - UP – Scales are captured using various mileage masters, but cannot be sent via a 494 and cannot be rated.

21) Co-chair, Business & Technology election and discussion
   - Emily Pate, CSXT, volunteered to be co-chair on the business side, with Jim Arnett. They will share the responsibilities through 2003, with Emily taking over in 2004. In our Jacksonville 2004 meeting, another co-chair on the business side will be selected, assisting Emily through 2004, to eventually take over in 2005.
   - On the technical side, the Task Force has not had a co-chair in 2002, although Harry Bognich has assisted the committee last year. Brian Finch, CPR, has suggested that Karen Chung might be able to take over the duties of this position. He will get back to the committee.

22) Other topics
   - KCS will merge/consolidate Gateway Western into its system in on 7/1/03.
   - CN will consolidate WC into its system in September 2003.
   - The REN Task Force needs a new Mission Statement
   - Province of Quebec and New Foundland codes must be addressed by October 2003. Canadian carriers are tryting to determine what option to use. US carriers will follow.

23) Next conference call – To be determined, but probably in April 2003

24) Next Face-to-Face meetings:
   Late September, early October, NS, Roanoke,VA
   Late February. CSXT, Jacksonville,FL

Highly Confidential

| Carrier | Name | Phone | Email |
|---|---|---|---|
| BNSF | Jim Arnett | 817-593-1132 | James.Arnett@BNSF.COM |
| BNSF | Harry Bognich | 817-352-0460 | Harry.Bognich@BNSF.COM |
| BNSF | Nannette Samuelson | 817-352-0459 | Nannette.Samuelson@BNSF.COM |
| BNSF | George Gillen | 817-593-1131 | George.Gillen@BNSF.COM |
| BNSF | Howard Bell | 817-593- | Howard.bell@bnsf.com |
| CN | Len Ford | 514-399-4895 | Len.Ford@CN.CA |
| CN | Denise Arcand | 514-399-4174 | Denise.Arcand@CN.CA |
| CPRS | Brian Finch | 403-319-3039 | Brian_Finch@CPR.CA |
| CSXT | Emily Pate | 904-359-3490 | Emily_Pate@CSX.COM |
| KCS | Larry Titus | 816-983-1440 | |
| KCS | Kelly Platt | 816-983-1589 | Kelly.Platt@kcsr.com |
| NS | Alby Pfeifer | 540-985-6325 | Alby.Pfeifer@NSCORP.COM |
| UP | Kurt Schroeder | 402-271-4595 | KurtSchroeder@UP.COM |
| ASLRRA | Grant Ozburn | 202-585-3441 | Gozburn@ASLRRA.ORG |
| RAILINC | Alice Bjork | 919-651-5003 | Alice.Bjork@Raininc.Com |



Highly Confidential

# Rate EDI Network Groups Enhancement Project Request

**Last Revised Date:** 21-Apr-03

**Document Status:** Pending

**Document Version Number:** 1

RAILINC
7001 Weston Parkway, Suite 200
Cary, North Carolina 27513


© Copyright 2003 RAILINC All Rights Reserved.

Highly Confidential BNSF-0040354
DA04388

# Document Control

*Project Request Template Released: 4/6/01*

| **Version history** | | |
|---|---|---|
| **Version** | **Date** | **Superseded documents/description/details** |
| 1 | 21-Apr-03 | Initial Version of Request |
| | | |
| | | |
| | | |
| | | |
| | | |



Highly Confidential BNSF-0040355
DA04389

# Table of Contents


**Document Control** 2

**1 Project Request** 4

1.1 Introduction 4
1.2 Project Request 5

**2 Project Overview** 6

2.1 Project Description 6
2.2 Business Need 6
2.3 Current Environment 7
2.4 How Business Objectives Will Be Met 7
2.5 Requester Recommended Commitment/Priority 8
2.6 User Impact 9
2.7 Critical Success Factors 9

**3 Project Justification** 10

3.1 Impact 10
3.2 Benefits Analysis 11
3.4 Intangible Benefits 12
3.6 Cost/Benefit Analysis 12
3.7 Risk Analysis 13
3.8 Issues 13

**4 Approvals** 14




Highly Confidential BNSF-0040356

DA04390

# 1 Project Request

## 1.1 Introduction

In June 2001, the REN Task Force group (working under the Interline Revenue Management Committee) approved several important enhancements to the Rate EDI Network (REN) system by which carriers exchange fully-concurred interline prices among the carriers in the route.

- **Groups**

Another recent development is also driving the need for this EDI 4060 upgrade for the REN. The rail industry is individually and collectively creating more, large public prices, which are designed to cover broader markets. To do this, carriers are making more frequent use of "defined groups" to qualify prices, most commonly, geographic or commodity groups. The group is defined by giving it a name and then listing all the detailed components that comprise the group. For example, a "Midwest Steel Products Area 22" group might be defined as the cities of Kansas City, MO, Chicago, IL, Memphis, TN, and so on. The problem is that the EDI 4040 standards allow no more than 500 members in the group. Carriers trying to create these new prices are finding this limit to be too restrictive. As a result, Marketing is being forced to artificially split groups into two groups in order to get under the 500 limit, but this causes a "duplication" of prices, which can multiply exponentially if these split groups are used in the prices' commodities, origins, and destinations.

The enhanced comprehensive grouping limit in the 4060 upgrade would allow carriers to simplify their prices and allow any customer or carrier inquiring on the price using Railprices.com/CLI in order to capture and display more simplified prices.

- **Summary**

In 2001, the REN Task Force was able to get the EDI 4050 standards changed to support the ability to have 999 members in a group. Although EDI 4050 supports this enhancement, the carriers agreed with RAILINC not to implement it for the REN in 2002 because of other projects' higher priorities and the fact that the industry was in the midst of converting REN from 3040 to 4040 standards in 2002.

Now, the carriers need to have the ability to have 999 members in a group implemented for the REN in the year 2004 to be able to use the needed changes described above.



Highly Confidential BNSF-0040357
DA04391

## 1.2 Project Request

| | | |
|---|---|---|
| **Project Name** | **RATE EDI NETWORK (REN) GROUPS ENHANCEMENT** | |
| **Description** | **Implement ability to have 999 members in a group to provide error-free Interline Settlement and clearly defined rates for customer price inquiry.** | **Reasons (check one):**<br>☐ Safety<br>☐ Legal<br>☒ Industry<br>☐ Mandate |

| **Submission Date** | **Requesting Group** | **Sponsor** |
|---|---|---|
| **21/Apr/03**<br>**Requested Implementation Date**<br>**4/Apr/04** | **REN Task Force within the Interline Revenue Management Committee** | **Name Chuck Adams**<br>**Company Union Pacific Railroad**<br>**Phone Number(s) 402-271-5866**<br>**E-mail Address ChuckAdams@up.com** |

| **Project Type (check one in each of the three columns below):** | | |
|---|---|---|
| ☒ Internal<br>☒ External | ☒ Mainframe<br>☐ Internet<br>☐ Combination | ☐ MCCB<br>☐ Strategic<br>☒ Enhancements<br>☐ New Business Initiative |



Highly Confidential BNSF-0040358
DA04392

# 2 Project Overview

## 2.1 Project Description

The RATE EDI Network (REN) needs to be enhanced to allow for 999 members in a group by the year 2004.

## 2.2 Business Need

- **Groups**

The rail industry is individually and collectively creating more, large public prices, which are designed to cover broader markets. To do this, carriers are making more frequent use of "defined groups" to qualify prices, most commonly, geographic or commodity groups. "Broader markets" tend to mean more members must be included in the group in order to define the group, which is why the Marketing group definitions need to go beyond 500 members (the current limitation imposed by the EDI 4040 standards). Carriers find this limit to be too restrictive for these new prices. As a result, Marketing is being forced to artificially split groups into two groups in order to get under the 500 limit, causing a "duplication" of prices, which multiply exponentially if these split groups are used in prices' commodities, origins, and destinations.

Marketing is trying to "simplify" prices for their customers, but the EDI standards are in the way. The Class I carriers have their pricing systems built around the REN standards in order to easily and quickly send and receive prices. The standards need to change now to meet the new needs of the carriers' pricing systems. The carriers voted that the EDI standards used by the REN must be upgraded to allow 999 members in a defined group.

Implementation of the enhanced comprehensive grouping limit in the 4050 would allow carriers to simplify their prices and allow any customer or carrier inquiring on the price using Railprices.com/CLI in order to capture and display more simplified prices.

- **Summary**

In 2001, the REN Task Force was able to get the EDI 4050 standards changed to support the ability to have 999 members in a group. Although EDI 4050 supports this enhancement, the carriers agreed with RAILINC not to implement it for the REN in 2002 because of other projects' higher priorities and the fact that the industry was in the midst of converting REN from 3040 to 4040 standards in 2002.

The carriers need to have the Enhanced Groups implemented for the REN in the year 2004 in order to be able to use the needed changes described above. Impact of implementing the ability to send 999 members in a group will be mainly these items:

1) Source carriers have the option to send larger group definitions.



Highly Confidential BNSF-0040359
DA04393

2) Receiving carriers must be able to support items #1.

RAILINC must be able to handle and distribute this data in the REN Central System, in STEELROADS, Railprices.com, Common Language Initiative (CLI), and the RAILINC Price Database (PRDB).

## 2.3 Current Environment

All the Class I carriers are currently participating in the Rate EDI Network (REN). Six (6) of these Class I carriers are relying heavily on the quality of the price data received from the price sources to drive their in-house Price Application and/or Interline Settlement systems. Just as or more important, many of these carriers are making the prices they have received via the REN available to their customers (e.g., price inquiry). The weakness (and danger) in the current system is that the price sources are hampered by the existing EDI standards/guidelines used in the REN to easily and, more importantly, accurately transmit the prices due to the problems described earlier in the Business Need section.

## 2.4 How Business Objectives Will Be Met

The plan is that RAILINC and the carriers participating in the REN will upgrade their price send and, if applicable, receive systems to transmit using the Enhanced Groups according to the EDI 4050 Standards and Guidelines.

The goal is to implement in early April 2004.

The maximum limit for members in a defined group (EDI 490) will increase from 500 to 999.



Highly Confidential BNSF-0040360
DA04394

## 2.5 Requester Recommended Commitment/Priority

Specify the commitment recommended by the requester and priority levels for each commitment as determined by the requester.

| **Choose one of the following, and assign a priority level.** | A: High Priority | B: Medium Priority | C: Low Priority | D: Estimate for Enhancements | E: Hold* |
|---|---|---|---|---|---|
| 0: Estimate for enhancement | | | | | |
| 1: Firm commitment for regulatory/safety | | | | | |
| 2: Firm commitment for carriers to accept data or sponsoring committee decision | X | | | | |
| 3: Flexible commitment – carriers may have effort to provide data | | | | | |
| 4: Central Site specific with no carrier changes required | | | | | |



Highly Confidential BNSF-0040361
DA04395

## 2.6 User Impact

User Testing Required? ☒Yes ☐No

If Yes: ☐Internal ☐External ☒Both

User Testers Available? ☒Yes ☐No

If yes, give user contact names and phone numbers:

Business – Emily Pate 904-359-3490 or Jim Arnett 817-593-1132

Technical -- Rabon Patterson 904-633-1235 or Harry Bognich 817-352-0460

Other user contacts from the REN Task Force are available also.

## 2.7 Critical Success Factors

REN/Railprices.com/CLI/PRDB must be able to handle EDI 4050 Standards and Guidelines for EDI Transaction Sets 490 and store the additional new data when applicable.

Carriers participating in the REN must be able to support EDI 4050 Standards and Guidelines for EDI Transaction Set 490.

Carriers are able to send larger groups. If the groups are not increased to allow the handling of more members, it hinders the rail carriers' abilities to communicate simplified prices to their customers. For many carriers, they will have failed to achieve simplified pricing to their customers and in their exchange of data between carriers.



Highly Confidential BNSF-0040362
DA04396

# 3 Project Justification

## 3.1 Impact

This project only impacts those roads that are participating in the REN and they have voted for the project. Although impact to various carriers is low to medium, the benefits are important. The impact is largely within a carrier's Price Inquiry and Price Application (rating) systems.

| | IMPACT | | |
|---|---|---|---|
| | Low | Med | High |
| Industry | | | |
| Specific Roads: | | X | |
| Customers/Business Partners | | | |
| Industry-wide Initiatives | | | |
| Other RIC Maintained Systems | X | | |



Highly Confidential BNSF-0040363
DA04397

## 3.2 Benefits Analysis

**Benefit Category:**

- ☒ Cost Avoidance
- ☒ Cost Reduction
- ☐ Increased Revenue
- ☒ Customer Service
- ☐ Strategic
- ☒ Maintenance/Enhancement
- ☐ New Business
- ☐ Mandatory/Regulatory

Benefits are defined as anything that is useful or profitable. They can be categorized into two groups:

- Tangible
- Intangible



Highly Confidential BNSF-0040364
DA04398

## 3.3 Intangible Benefits

In the format as shown below, list all intangible benefits that have been identified for the project. Again, include all assumptions that were made for each intangible benefit.

| Intangible Benefits | |
|---|---|
| Benefit | Assumption |
| ~~Customers can easily understand the price/rate amount. This is an important service to customers, especially now that rail customers are in Canada, U.S., Mexico, and perhaps elsewhere, looking for rail prices going north, south, east, and west, on web sites maintained by many rail carriers and by RAILINC. This upgrade could also be instrumental in assisting the Mexican carriers in becoming part of the REN.~~ | ~~The main benefit of this project is that the price source can specifically tell the price receiver in what type of currency the price/rate is stated. This enables ALL the rail carriers participating in the price to make the price/rate amount clear to any customer inquiring on the price. For example, in Section 3.2 Estimated Project Costs on previous pages, did you just assume that the costs were in Canadian dollars? Or did you assume U.S. dollars? Makes a big difference! How do you know unless someone clearly states in what currency the price/rate is? Price Receivers need this.~~ |
| ~~Customers are billed correctly and pay correctly.~~ | ~~Carriers (especially price receivers on a collect move) might bill customers wrong because they interpret the price currency incorrectly. Customers could even be "short-paying" the carriers on a collect shipment because the receiving carrier is assuming the wrong currency for the price received from the origin carrier.~~ |
| ~~Potential Interline Settlement errors reduced~~ | ~~Carriers receiving prices via the REN might make errors because they assume the wrong rate currency.~~ |
| Customers can more easily understand prices using large group definitions and have fewer prices to look at both on paper and on inquiries. They would also have fewer prices they have to maintain in their own internal systems. | Currently, Marketing must "duplicate" prices to stay within the EDI limit of 500 group members. This makes customers wonder why there are two different prices that look exactly the same except that one price is using a group with more members in it (e.g., 500) than the other price has (e.g., 100). |
| ~~Upcoming carrier projects (Railprices.com, CLI) will benefit from having a clear statement of currency and simplified prices~~ | ~~Railprices.com and CLI will be presenting customers with more holistic and simplified pricing which will directly impact carriers in needing to ensure that data is accurate for their in-house systems to process correctly. Interpretation of data must be minimized.~~ |

## 3.4 Cost/Benefit Analysis



Highly Confidential BNSF-0040365
DA04399

| | Total Cost | Total Benefits | Net Benefits* | Return on Investment (IRR) | Net Present Value | 3.2.1.1. 3.2.1.2. Pay Back (Years) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Net benefits = Total benefits – Total Cost

## 3.5 Risk Analysis

List below all known and/or potential risks and the tasks necessary to manage or minimize these risks.

| Project Risks | |
|---|---|
| ***Risk*** | Counters or Tables, etc. that carriers or RAILINC already have that handle up to 500 members in a group need to be expanded to handle 999 members. |
| ***Countermeasure*** | Risk is very small since the maximum "counter" or "subscript" was intentionally limited to be a 3-digit number in size (999), just as it was before with 500. |

## 3.6 Issues

List all outstanding problems or unanswered questions.

| Project Issues | |
|---|---|
| *Issue Number* | *Issue Description* |
| | None known. |
| | |
| | |



Highly Confidential BNSF-0040366
DA04400

# 4 Approvals

Identify the required approvals, including the name(s) of all approvers. For approvals that have already been attained, include the approval date.

| Approvers Required | Approver's Name | Date Approved |
|---|---|---|
| ☐ MCCB Approver | ______________________________ | ------------------ |
| ☐ Sponsoring Committee Approver | ______________________________ | ------------------ |
| ☐ Railinc Approver | ______________________________ | ------------------ |



Highly Confidential BNSF-0040367
DA04401

## REN 460 Interline Incentive Scorecard Calculations - 2003

4/10/2003

REN 460 Interline Incentive Scorecard - January 2003

Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | Yes | $349,860 | 24.99% | $29,155 | $0 | 25.72% | $43 |
| CN | Yes | $92,120 | 6.58% | $7,677 | $0 | 6.77% | $11 |
| CPR | No | $39,900 | 2.85% | $3,325 | $166 | N/A | $0 |
| CSXT | Yes | $261,380 | 18.67% | $21,782 | $0 | 19.22% | $32 |
| KCS | Yes | $21,420 | 1.53% | $1,785 | $0 | 1.57% | $3 |
| NS | Yes | $235,760 | 16.84% | $19,647 | $0 | 17.33% | $29 |
| UP | Yes | $399,560 | 28.54% | $33,297 | $0 | 29.38% | $49 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $166 | 100.00% | $166 |

Source: Railinc

REN 460 Interline Incentive Scorecard - February 2003

Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | Yes | $349,860 | 24.99% | $29,155 | $0 | 26.13% | $57 |
| CN | Yes | $92,120 | 6.58% | $7,677 | $0 | 6.88% | $15 |
| CPR | No | $39,900 | 2.85% | $3,325 | $200 | N/A | $0 |
| CSXT | Yes | $261,380 | 18.67% | $21,782 | $0 | 19.53% | $42 |
| KCS | No | $21,420 | 1.53% | $1,785 | $18 | N/A | $0 |
| NS | Yes | $235,760 | 16.84% | $19,647 | $0 | 17.61% | $38 |
| UP | Yes | $399,560 | 28.54% | $33,297 | $0 | 29.85% | $65 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $217 | 100.00% | $217 |

Source: Railinc

REN 460 Interline Incentive Scorecard - March 2003

Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | Yes | $349,860 | 24.99% | $29,155 | $0 | 26.13% | $57 |
| CN | Yes | $92,120 | 6.58% | $7,677 | $0 | 6.88% | $15 |
| CPR | No | $39,900 | 2.85% | $3,325 | $200 | N/A | $0 |
| CSXT | Yes | $261,380 | 18.67% | $21,782 | $0 | 19.53% | $42 |
| KCS | No | $21,420 | 1.53% | $1,785 | $18 | N/A | $0 |
| NS | Yes | $235,760 | 16.84% | $19,647 | $0 | 17.61% | $38 |
| UP | Yes | $399,560 | 28.54% | $33,297 | $0 | 29.85% | $65 |

| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $217 | 100.00% | $217 |
|---|---|---|---|---|---|---|---|

Source: Railinc

**Total 1Q2003**

| Carrier | 1Q2003 Monthly REN Charges | Incentive Payment | Charge Reduction | 2Q2003 Monthly REN Charges |
|---|---|---|---|---|
| BNSF | $29,155 | $0 | $156 | $28,999 |
| CN | $7,677 | $0 | $41 | $7,635 |
| CPR | $3,325 | $565 | $0 | $3,890 |
| CSXT | $21,782 | $0 | $117 | $21,665 |
| KCS | $1,785 | $36 | $3 | $1,818 |
| NS | $19,647 | $0 | $105 | $19,541 |
| UP | $33,297 | $0 | $179 | $33,118 |
| TOTAL | $116,667 | $601 | $601 | $116,667 |

## REN 460 Interline Incentive Scorecard Calculations - 2003

REN 460 Interline Incentive Scorecard - April 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

REN 460 Interline Incentive Scorecard - May 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

REN 460 Interline Incentive Scorecard - June 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

**Total 1Q2003**

| Carrier | 1Q2003 Monthly REN Charges | Incentive Payment | Charge Reduction | 2Q2003 Monthly REN Charges |
|---|---|---|---|---|
| BNSF | $29,155 | $0 | $0 | $29,155 |
| CN | $7,677 | $0 | $0 | $7,677 |
| CPR | $3,325 | $0 | $0 | $3,325 |
| CSXT | $21,782 | $0 | $0 | $21,782 |
| KCS | $1,785 | $0 | $0 | $1,785 |
| NS | $19,647 | $0 | $0 | $19,647 |
| UP | $33,297 | $0 | $0 | $33,297 |
| TOTAL | $116,667 | $0 | $0 | $116,667 |

## REN 460 Interline Incentive Scorecard Calculations - 2003

REN 460 Interline Incentive Scorecard - July 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

REN 460 Interline Incentive Scorecard - August 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

REN 460 Interline Incentive Scorecard - September 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

**Total 1Q2003**

| Carrier | 1Q2003 Monthly REN Charges | Incentive Payment | Charge Reduction | 2Q2003 Monthly REN Charges |
|---|---|---|---|---|
| BNSF | $29,155 | $0 | $0 | $29,155 |
| CN | $7,677 | $0 | $0 | $7,677 |
| CPR | $3,325 | $0 | $0 | $3,325 |
| CSXT | $21,782 | $0 | $0 | $21,782 |
| KCS | $1,785 | $0 | $0 | $1,785 |
| NS | $19,647 | $0 | $0 | $19,647 |
| UP | $33,297 | $0 | $0 | $33,297 |
| TOTAL | $116,667 | $0 | $0 | $116,667 |

## REN 460 Interline Incentive Scorecard Calculations - 2003

REN 460 Interline Incentive Scorecard - October 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

REN 460 Interline Incentive Scorecard - November 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

REN 460 Interline Incentive Scorecard - December 2003
Non-Compliance Incentive Payment/Reduction Schedule

| Carrier | Did Carrier Meet Threshold? | Annual REN Charges | % of all Class I Carriers | Monthly REN Charges | Incentive Payment | Reduction Percentage | Charge Reduction |
|---|---|---|---|---|---|---|---|
| BNSF | | $349,860 | 24.99% | $29,155 | | | $0 |
| CN | | $92,120 | 6.58% | $7,677 | | | $0 |
| CPR | | $39,900 | 2.85% | $3,325 | | | $0 |
| CSXT | | $261,380 | 18.67% | $21,782 | | | $0 |
| KCS | | $21,420 | 1.53% | $1,785 | | | $0 |
| NS | | $235,760 | 16.84% | $19,647 | | | $0 |
| UP | | $399,560 | 28.54% | $33,297 | | | $0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL | - | $1,400,000 | 100.00% | $116,667 | $0 | 0.00% | $0 |

Source: Railinc

**Total 1Q2003**

| Carrier | 1Q2003 Monthly REN Charges | Incentive Payment | Charge Reduction | 2Q2003 Monthly REN Charges |
|---|---|---|---|---|
| BNSF | $29,155 | $0 | $0 | $29,155 |
| CN | $7,677 | $0 | $0 | $7,677 |
| CPR | $3,325 | $0 | $0 | $3,325 |
| CSXT | $21,782 | $0 | $0 | $21,782 |
| KCS | $1,785 | $0 | $0 | $1,785 |
| NS | $19,647 | $0 | $0 | $19,647 |
| UP | $33,297 | $0 | $0 | $33,297 |
| TOTAL | $116,667 | $0 | $0 | $116,667 |

**Monthly Incentive Payment Calculation Process:**

**Step 1**: Obtain statistics from each carrier after the 1st of the month and before the 7th of the month. These statistics are based on the previous month's activity.

**Step 2**: Insert the statistics into the REN 460 Interline Incentive Scorecard WORD document

**Step 3**: Determine whether each carrier has achieved all thresholds by comparing a carrier's statistics with the Ultimate Requirements portion of the scorecard.

**Step 4**: The Ultimate Requirements' portion of the scorecard will determine which percentages to use in the monthly calculations.

**Step 5**: There are 4 main threshold dates to measure: 6/30/02; 12/31/02; 6/30/03 and 12/31/03. Each of these threshold dates carriers a percentage whereby, if a carrier does not meet any of the thresholds (Send, Receive, Apply, and Partners), that specific percentage is used throughout the monthly calculations.

**Step 6**: Taking the carrier's statistics for the month, determine whether the carrier reached the threshold (Send, Receive, Apply, Partners). If a carrier did not reach a threshold, then the specific calculation for that threshold is as follows: The percentage indicated in the monthly column in which the carrier did not reach the threshold, multiplied by the percentage found in the Incentive Weight column, multiplied by the carrier's monthly REN charge as determined by Railinc. (This step is repeated for all thresholds that the carrier did not reach. After all of these calculations are made, then the final incentive payment is reached by adding all of the calculations together. The sum is then multiplied by the percentage of one of the 4 main thresholds (6/30/02, 12/31/02, 6/30/03 and 12/31/03).

**EXAMPLE**: Carrier A, whose monthly REN payment amounts to $1000 did not receive prices nor apply prices in February 2003. The calculation is as follows:

Missed 12/31/2002 threshold 50% incentive; No Receive 100% of 10% (weight); No Apply 20% of 10% (weight); Monthly REN Payment $1,000.

Calculation: [(.10 * 1000) + ((.20 * .10) * 1000)]*.50 = $60.00 (Rounded to $61)

**Monthly Incentive Reduction Calculation Process:**

**Step 1**: Each carrier who meets all of the monthly thresholds, will have their monthly REN payments for the following quarter reduced by a percentage of the total Class I carrier's monthly REN payments as detailed in the following steps.

**Step 2**: In the above example, Carrier A did not meet the threshold for February. In order to calculate the other carrier's monthly REN payments for the following quarter, all of the monthly REN payments for the Class I cariers other than Carrier A, are added together. Each carrier's percentage of the total is calculated by taking the monthly REN payment for that carrier and dividing by the total of all Class I carrier's monthly REN payments, except Carrier A.

**Step 3**: This percentage is then used to calculate the new monthly REN payment payment for each carrier.

**EXAMPLE**: Carrier B (monthly REN payment $1000); Carrier C (monthly REN payment $500); and Carrier D (monthly REN payment $1500).

Given that Carrier A's incentive payment is $60, as calculated above, then the new monthly REN payments for Carriers B, C and D are as follows:

Carrier B: $1000/($1000+$500+$1500)=33% * $60 = $19.80 (rounded to $20).

Carrier C: $500/($1000+$500+$1500)=17% * $60 = $10.20 (rounded to $10).

Carrier D: $1500/($1000+$500+$1500)=50% * $60 = $30.00.

These amounts are subtracted from each carrier's monthly charges and applied monthly for the next quarter.

| Carrier | Sending | Receiving | Partnering | Applying |
|---|---|---|---|---|
| **BNSF** | YES | YES | YES | YES |
| **CN** | YES | YES | YES | YES |
| **CPRS** | NO | NO | YES | NO |
| **CSXT** | NO | YES | NO | NO |
| **KCS** | YES | YES | YES | NO |
| **NS** | NO | NO | YES | NO |
| **UP** | YES | YES | YES | YES |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 70% | 80% | 90% | 98% | | |
| Sending | 1/1/2002 | 10/1/2002 | 7/1/2003 | 12/31/2003 | | |
| Receiving | 1/1/2003 | | | | | |
| | 20% | 40% | 60% | 80% | 100% | |
| Applying | 2/1/2003 | 4/1/2003 | 6/1/2003 | 8/1/2003 | 12/31/2003 | |
| | RR1 | RR2 | RR3 | RR4 | RR5 | RR6 |
| Partnering | NOW | 1/1/2002 | 4/1/2002 | 6/1/2002 | 10/1/2002 | 1/1/2003 |

start


| Carrier | Sending | Receiving | Partnering | Applying |
|---|---|---|---|---|
| **BNSF** | YES | YES | YES | YES |
| **CN** | YES | YES | YES | YES |
| **CPRS** | NO | NO | YES | NO |
| **CSXT** | NO | YES | NO | NO |
| **KCS** | YES | YES | YES | NO |
| **NS** | NO | NO | YES | NO |
| **UP** | YES | YES | YES | YES |


stop

start

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1/1/2002 | 10/1/2002 | 7/1/2003 | 12/31/2003 | | |
| Send | 70% | 80% | 90% | 98% | | |
| Receive | 1/1/2003 | | | | | |
| | 20% | 40% | 60% | 80% | 100% | |
| Apply | 2/1/2003 | 4/1/2003 | 6/1/2003 | 8/1/2003 | 12/31/2003 | |
| | RR1 | RR2 | RR3 | RR4 | RR5 | RR6 |
| Partners | NOW | 1/1/2002 | 4/1/2002 | 6/1/2002 | 10/1/2002 | 1/1/2003 |

stop

| Incentive Weight |
| --- |
| 70% |
| 10% |
| 10% |
| 10% |

| Incentive Weight |
| --- |
| 70% |
| 10% |
| 10% |
| 10% |

| Thresholds: | | | | | | | | | | | | | Incentive Weight | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | | | | 2003 | | | | | | | | |
| | | 01/01 | 04/01 | 06/01 | 10/01 | 01/01 | 02/01 | 04/01 | 06/01 | 07/01 | 08/01 | 12/31 | | |
| Send | | 70% | | | 80% | | | | | 90% | | 98% | 70% | |
| | | | | | | | | | | | | | | |
| Receive | | | | | | 100% | | | | | | | 10% | |
| | | | | | | | | | | | | | | |
| Apply | | | | | | | 20% | 40% | 60% | | 80% | 100% | 10% | |
| | | | | | | | | | | | | | | |
| Partners | RR1 | RR2 | RR3 | RR4 | RR5 | RR6 | | | | | | | 10% | |
| | | | | | | | | | | | | | | |

# REN 460 INTERLINE INCENTIVE SCORECARD

| REN 460 Interline Incentive Scorecard – March 2003 | | | | | | |
|---|---|---|---|---|---|---|
| **Carrier** | **Send/ Capture %** | **Receive Prices?** | **# Partners** | **Received Prices Used in Application?** | **% Received Prices Used in Application** | **Did Carrier Meet Threshold?** |
| BNSF | 84.4% | Yes | 6 | Yes | 99% | Yes |
| CN | 81.0% | Yes | 6 | Yes | 100% | Yes |
| CPRS | 99.7% | No | 6 | No | 0% | No |
| CSXT | 90.0% | Yes | 6 | Yes | 95% | Yes |
| KCS | 90.0% | No | 6 | No | 0% | No |
| NS | 98.0% | Yes | 6 | Yes | 100% | Yes |
| UP | 99.0% | Yes | 6 | Yes | 99% | Yes |

N/A = Not Available

Update 3/10/03

## ULTIMATE REQUIREMENTS

- Carrier is sending at least 98% of joint line prices that REN standards allow
- Carrier is receiving 100% of prices sent
- Carrier is applying 100% of joint line prices in rating applications
- Partnering with all 6 REN carriers

| Thresholds: | | | | | | | | | | | | | Incentive Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | | | | 2003 | | | | | | | |
| | | 01/01 | 04/01 | 06/01 | 10/01 | 01/01 | 02/01 | 04/01 | 06/01 | 07/01 | 08/01 | 12/31 | |
| Send | | 70% | | | 80% | | | | | 90% | | 98% | 70% |
| Receive | | | | | | 100% | | | | | | | 10% |
| Apply | | | | | | | 20% | 40% | 60% | | 80% | 100% | 10% |
| Partners | RR1 | RR2 | RR3 | RR4 | RR5 | RR6 | | | | | | | 10% |

Carriers not meeting the guidelines on the dates prescribed will pay a monthly incentive payment above their normal monthly REN payment.

- 6/30/2002 missed, 25% incentive per month.
- 12/31/2002 missed, 50% incentive per month.
- 6/30/2003 missed, 75% incentive per month.
- 12/31/2003 missed, 100% incentive per month.



Highly Confidential BNSF-0040380

DA04414

**BNSF**

Date: July 1, 2003

To: Steve Bobb

From: Sam Kyei

cc: John Lanigan, Nick Murray

Subject: Status of BNSF Fuel Surcharge Programs

Per your request, please find below a summary of recent major changes in our fuel surcharge programs (i.e., in boldface text) and what I consider to be the status of the changes including some follow-up items:

General Carload Program:

***a) The 1% threshold before charging for fuel will be eliminated starting June 2003.***
BNSF eliminated the 1% threshold but UP responded with a higher threshold of 1.5%. This means that UP will be very competitive at lower Highway Diesel Fuel (HDF) prices. Effectively, they will not surcharge for fuel below 1.5%. BNSF needs to have a position on this UP action. I suggest that the senior Marketing leadership team should review this soon and broadly communicate our position.

***b) Participation rates will be increased as opportunities present themselves by price authority.***
Lumber and Panel Products were added to the program. We need to routinely track any additions to the program and assess the effectiveness of our participation rates through exception management and tracking.

***c) The carload strike price will be $1.25***
(This reflected the $23 WTI crude price used by UP.) BNSF implemented this change in June. The UP's carload program followed us by adopting the HDF index as the benchmark index in place of WTI crude price.

***d) An internal and external communications plan will be distributed on fuel surcharge programs.***
Both CAB feedback and the communications plan are yet to be widely distributed.

**INTEROFFICE MEMO**

General Intermodal Program:

a) ***The Intermodal strike price will be changed from $1.22 back to $1.10 reflecting the strike price in the trucking industry and most intermodal rail competition.***

This change has not been made because of certain considerations: First, some international customers were added to the program and it was felt that it was too early to change the program. Second, the $1.10 program was not materially different from the $1.22 program. It is anticipated that the existing program will not be changed going forward.

***b) Participation Rates will be increased as opportunities present themselves by price authority.***

Various international customers have been added to the intermodal program bringing the International participation rate up from 0% to about 34%. However, several variants of the general intermodal or carload programs were sold to these customers. Furthermore, we need to routinely track any additions to the program and assess the effectiveness of our participation rates through exception management and tracking.

***c) An internal and external communications plan will be distributed on fuel surcharge programs.***

Both CAB feedback and the communications plan are yet to be widely distributed.

Special Agricultural Commodities Options Program:

This program is being studied at this point. It is expected that a new program for the grain segment will be implemented soon.

Coal RCAF Program:

Finally, a RCAF-based price escalation program that is already in place for coal contracts should enable the coal group to offset some of the spikes in fuel expenses during periods of fuel price volatility. The coal tariff business will remain under the general carload program. As a reminder, we estimate slippage in fuel cost recovery of approximately 81% during the last three quarters of 2002 using the price escalation method alone. This percentage is based on non-hedged fuel expense for the same period.

Please contact me on 817-867-6362 if you have questions.

**From**: Burr, David T
**Sent**: Thu Jul 03 07:58:17 2003
**To**: Hund, Thomas N
**Subject**: FW: Status of BNSF Fuel Surcharge Programs
**Importance**: Normal
**Attachments**: Interoffice Memo - Steve Bobb on Fuel Surcharge.doc

Attached is a memo from Sam Kyei regarding the fuel surcharge program. I must admit that I was surprised the memo was sent, I have talked with Nick Murray on several occasions reminding him that we needed to be involved in the discussions leading up to any changes in the program. Nick assured me that no discussions were under way.

-----Original Message-----
**From:** Murray, Nick L
**Sent:** Thursday, July 03, 2003 6:55 AM
**To:** Burr, David T
**Subject:** FW: Status of BNSF Fuel Surcharge Programs

As info

-----Original Message-----
**From:** Kyei, Sam A
**Sent:** Wednesday, July 02, 2003 2:57 PM
**To:** Bobb, Stevan B
**Cc:** Lanigan, John P; Murray, Nick L
**Subject:** Status of BNSF Fuel Surcharge Programs

<<...>>

Please see attached.

**BNSF**

Date: July 1, 2003

To: Steve Bobb

From: Sam Kyei

cc: John Lanigan, Nick Murray

Subject: Status of BNSF Fuel Surcharge Programs

Per your request, please find below a summary of recent major changes in our fuel surcharge programs (i.e., in boldface text) and what I consider to be the status of the changes including some follow-up items:

General Carload Program:

***a) The 1% threshold before charging for fuel will be eliminated starting June 2003.***
BNSF eliminated the 1% threshold but UP responded with a higher threshold of 1.5%. This means that UP will be very competitive at lower Highway Diesel Fuel (HDF) prices. Effectively, they will not surcharge for fuel below 1.5%. BNSF needs to have a position on this UP action. I suggest that the senior Marketing leadership team should review this soon and broadly communicate our position.

***b) Participation rates will be increased as opportunities present themselves by price authority.***
Lumber and Panel Products were added to the program. We need to routinely track any additions to the program and assess the effectiveness of our participation rates through exception management and tracking.

***c) The carload strike price will be $1.25***
(This reflected the $23 WTI crude price used by UP.) BNSF implemented this change in June. The UP's carload program followed us by adopting the HDF index as the benchmark index in place of WTI crude price.

***d) An internal and external communications plan will be distributed on fuel surcharge programs.***
Both CAB feedback and the communications plan are yet to be widely distributed.

**INTEROFFICE MEMO**

General Intermodal Program:

a) ***The Intermodal strike price will be changed from $1.22 back to $1.10 reflecting the strike price in the trucking industry and most intermodal rail competition.***

This change has not been made because of certain considerations: First, some international customers were added to the program and it was felt that it was too early to change the program. Second, the $1.10 program was not materially different from the $1.22 program. It is anticipated that the existing program will not be changed going forward.

***b) Participation Rates will be increased as opportunities present themselves by price authority.***

Various international customers have been added to the intermodal program bringing the International participation rate up from 0% to about 34%. However, several variants of the general intermodal or carload programs were sold to these customers. Furthermore, we need to routinely track any additions to the program and assess the effectiveness of our participation rates through exception management and tracking.

***c) An internal and external communications plan will be distributed on fuel surcharge programs.***

Both CAB feedback and the communications plan are yet to be widely distributed.

Special Agricultural Commodities Options Program:

This program is being studied at this point. It is expected that a new program for the grain segment will be implemented soon.

Coal RCAF Program:

Finally, a RCAF-based price escalation program that is already in place for coal contracts should enable the coal group to offset some of the spikes in fuel expenses during periods of fuel price volatility. The coal tariff business will remain under the general carload program. As a reminder, we estimate slippage in fuel cost recovery of approximately 81% during the last three quarters of 2002 using the price escalation method alone. This percentage is based on non-hedged fuel expense for the same period.

Please contact me on 817-867-6362 if you have questions.

**From:** Lanigan, John P
**Sent:** Thu Sep 11 16:51:05 2003
**To:** Bobb, Stevan B; Branscum, Steve G; Kraemer, Thomas G
**Cc:** Garin, David L
**Subject:** Fw: BNSF/NS Minutes
**Importance:** Normal
**Attachments:** BNSF-NS Minutes.doc

Fyi. Steve Branscum: NS is going to visit [redacted] next week. Don and I talked a bit today about their perishables growth. I think that it might be a good thing to link up with them as we think about growing with [redacted] Please have Tom Plowman call the guy listed below (preferably tomorrow) to compare notes. I think that Tom should be fairly open with him. Don committed to sharing their notes after the meeting.

Thanks,

John
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Seale, Don <dwseale@nscorp.com>
To: Garin, David L <David.Garin@bnsf.com>; 'Lanigan, John I' <John.Lanigan@bnsf.com>
Sent: Thu Sep 11 15:56:19 2003
Subject: FW: BNSF/NS Minutes

Dave and John: Sorry for our delay in responding, but we all have reviewed and these are concise minutes of our meeting. I will try to schedule a follow-up meeting as discussed at our Brosnan Forest facility later this year or early in the first quarter. In the interim, our individual business groups will work with their counterparts at BNSF to advance each of the identified projects and action items. Under separate cover I will send a copy of our most recent org chart reflecting the marketing organization and commodity assignments at NS. Again, I appreciate you hosting us in Ft. Worth and we look forward to reciprocating and the generation of new business and revenues for our interline services. Dave , hope you are enjoying your time in Cambridge, it's a great time of the year to be there. Also, John our Director of Marketing that is coordinating our upcoming visit to [redacted] is Jim Cyphers, telephone no. [redacted] I would appreciate our joint review, before our visit so we can reiterate and supplement the meeting you and your team had with them a few weeks ago. Enjoyed our visit at NEMC, and look forward to seeing you again soon. Don

-----Original Message-----
From: Quesenberry, Brenda
Sent: Thursday, September 11, 2003 4:29 PM
To: Seale, Don
Subject: FW: BNSF/NS Minutes

-----Original Message-----
From: Garin, David L [mailto:David.Garin@bnsf.com]
Sent: Friday, August 22, 2003 9:47 AM
To: 'dwseale@nscorp.com'
Cc: Garin, David L
Subject: BNSF/NS Minutes

Don:
Sorry for the delay but here is a draft of the minutes from our meeting. Anything you want to add? if not,

we can consider these to be final.  Let me know.
thanks,

Dave

<<BNSF-NS Minutes.doc>>

# BNSF / NS Joint Marketing Meeting
## July 30, 2003

BNSF attendees: John Lanigan, Dave Garin, Steve Bobb, George Duggan, Denis Smith, Marc Allen, and Tom Plowman
NS attendees: Dan Seale, Gary Wendorf, Tom Brugman, David Lawson, David Julian, and Bob Plain

## I. General Business Review/Discussion

- Action Items:
  A general review of markets, opportunities and philosophies indicated a need to better understand each other's organization and how they align. In addition, it was agreed that a regular meeting between the groups needs to be scheduled but should not replace the need for a more spontaneous discussion between individual groups as issues and opportunities arise. Specifically, more interaction between the [redacted] groups needs to take place.

## II. Agricultural Review

- Action Items:
  Overall it was felt that the respective groups worked well together [redacted]

## III. Food Products Review

- Action Items:
  Discussion was around perishables, food and canned goods with the action item to look at an expansion of the [redacted]

## IV. Government, Military and Machinery Review

- Action Items:
  NS will be making an organizational change to align these functions under Gary Wendorf. Gary will then work with Dave Hallberg to put more focus on joint opportunities. In addition, NS will continue to work with [redacted]

## V. Automotive

- Action Items
  - Continue to jointly work on a broader overall strategy.
  - Continue to look for additional opportunities out of the [redacted]
  - Focus efforts on opportunities at [redacted]
  - Continue to monitor service issues out of [redacted]
  - While next steps were unclear, Marc Allen and David Julian would evaluate opportunities involving [redacted]

## VI. Auto Parts

- Action Item:
  Agreed to evaluate opportunity with [redacted]

## VII. Mexico

- Action Items:
  - Both groups indicated a focus on continuing growth in/out of Mexico.
  - Respective teams agreed to share some expertise and arrange a meeting in the next 30 days. This meeting will be coordinated through Tony LaRosa of the NS.

## VIII. Chemicals

- Action Items:
  - Agreed to continue to aggressively work together to complete the Gateway Initiative. Doug McNeil and Barry Russell respectively have responsibility for this initiative.
  - [redacted]

## IX. R.E.N. Initiative

- Action Item:
  Nothing specific as the respective teams appear to be working well together. NS asked that the [redacted]ate entry be resolved and George Duggan indicated that it was an anomaly and shouldn't repeat itself.



Highly Confidential

X. **Distribution Services Discussion**

- Action Items:
  - George Duggan and Joe Osborne would evaluate a [redacted]
  - Denis Smith and David Lawson agreed to evaluate a broader use of [redacted]

XI. [redacted]

XII. **Fuel by Rail**

- Action Item:
  BNSF agreed to share the strategy and opportunity around its "fuel by rail" program.

XIII. **Metals and Construction**

- Action Items:
  - Indicated a need to work more effectively together on [redacted]
  - [redacted]

XIV. **Fuel Surcharge**

- Action Items:
  John Lanigan and Don Seale agreed to lead a discussion of a potential industry position on fuel surcharge provisions at the next N.E.M.C. meeting.

XV. **Forest Products**

- Action Items:
  - Indicated need to work more effectively together on large bid packages [redacted]
  - [redacted]
  - [redacted]
  - [redacted]



Highly Confidential

## XVI. Equipment Management

- Action Item:
  Agreed to get the respective equipment team leaders together to look at opportunities to optimize [redacted]

**BNSF**

Date: May 28, 2004

To: Matt Rose

From: Sam Kyei

cc: John Lanigan, Steve Bobb, Steve Branscum, Rollin Bredenberg, Fritz Draper, Dave Garin, Kevin Kaufman, Tom Kraemer, Nick Murray

Subject: Fuel Cost Recovery Analysis

Please find updated information on fuel cost recovery plans and reports issued on May 10, 2004. Major conclusions of each report are as follows:

**Report 1: - Mandate for Fuel Surcharge Programs**
The Marketing Team should strive for 100% fuel coverage by account.

**Report 2: - Estimated Fuel Surcharge Revenue in 2004**
In 2004, fuel surcharge revenue is projected to reach $179 million, an increase of $68 million (or 62%) over 2003 despite no increase in the projected highway-diesel fuel price.

**Report 3: - Fuel Surcharge Participation and Expense Coverage Rates (2004-2008)**
These reports reflect business unit strategy of re-signing all expiring contracts with full fuel surcharge provisions. They show results for the two major fuel recovery programs, fuel surcharge and RCAF, separately (in Reports 3c and 3d) and combined (in Reports 3a and 3b). The reports show both top-line revenue participation rates and bottom-line expense coverage rates. The conclusions are as follows:

1. Top-line account participation rates improve from about 80% by year-end 2004 to over 90% by year-end 2008. Please note that Consumer Products exceed 100% (in Report 3a) because some customers are in both fuel surcharge and RCAF programs.
2. Expense coverage rates double from mid-40% by year-end 2004 to about 80% by year-end 2008. Due to the long-term nature of Coal contracts, Coal fuel surcharge coverage trails the other business groups by year-end 2008. Coal's expense coverage (in Report 3b) reaches 40% by year-end 2008 despite re-signing all expiring contracts with an All-Inclusive Index Less Fuel escalator plus provisions for fuel surcharges.

INTEROFFICE MEMO

Kyei
EXHIBIT NO. 31
J. BRANDT, CSR-RMR-CRR

**Report 4: - Fuel Recovery Effectiveness at Big 4 Railroads**
Report 4a compares the effectiveness of the fuel surcharge programs and the hedge benefits of BNSF, UP, NS, and CSX in 2003. NS had the highest hedge benefit and total fuel offsets followed by BNSF.

Report 4b is a summary of the carload fuel surcharge programs of the major railroads. BNSF and UP have the same carload program except that UP does not apply a surcharge below $1.35 per gallon for highway diesel fuel, while BNSF continues to apply a fuel surcharge down to $1.25 per gallon for highway diesel fuel. NS and CSX have the same program using $23 per barrel for West Texas Intermediate (approximately $1.25 per gallon in highway diesel fuel) as the trigger price.

**Report 5: Fuel Surcharge Participation Interline Account Participation Rates**
Report 5 compares fuel surcharge participation rates on BNSF's interline traffic with the total business. The analysis shows that foreign line fuel surcharge participation rates are fairly representative of the total participation rates. Coal's results are slightly misleading because the interline participation rate is driven by one tariff customer [redacted]

**Report 6: 2003 Top 10 Customers with Surcharge Opportunity by Business Unit**
We reviewed 2003 customer data to ascertain major opportunities to improve fuel surcharge participation rates. Each business unit report (i.e. Reports 6a through 6d) shows, by customer, gross revenue, fuel recovery opportunity, fuel surcharge revenue as a ratio of what was required by the fuel surcharge tables and reasons why gaps existed in 2003.

Only three Coal contracts expire in 2004 (Report 6a). [redacted] both new contracts in 2004, do not have fuel surcharge provisions. In Agricultural Products (Report 6b), four customers in the top ten list have already implemented fuel surcharges this year. In addition, whole grain commodities reach 100% participation rates by year-end 2004. In Consumer Products (Report 6c), [redacted] has agreed to 100% of the fuel surcharge program effective 4/1/04. Please note that [redacted] self-assessed pass-through program equated to about 83% of BNSF's intermodal fuel surcharge table in 2003. Both [redacted] agreements expire later this year. Four major Industrial Products contracts also expire this year (Report 6d).

**Report 7: Remaining Fuel Surcharge Opportunities Post 2008**
Report 7a lists major Coal contracts expiring after 2008. Report 7b shows a chart of anticipated Coal fuel surcharge participation rates from 2004 through 2015. Reports 7c and 7d note four special cases in Agricultural and Consumer Products as follows:

- [redacted]
- 
- 

Report 7e lists major Industrial Products contracts that expire after 2008.

**Report 8: Coal Expense Coverage Shortfall during Last 5 Years**
You requested validation of whether Coal's cumulative fuel expense recovery shortfall in the last five years exceeded $175 million. Report 8 shows that Coal fuel revenues fell short of price-related fuel expense increases by about $299 million (i.e., approximately $60 million a year).

Please contact me on 817-867-6362 if you have questions.



Highly Confidential BNSF-0325451

DA04428

BNSF

Burlington Northern Santa Fe Railway

# Fuel Cost Recovery Analysis

May 12, 2004

BNSF

Report 1

# CEO's Mandate for Marketing's Fuel Surcharge Programs

- Marketing Team should strive for 100% fuel coverage by account
  - Every price authority should have a fuel surcharge applied
  - All contracts should have a fuel surcharge clause
- *All contracts requiring CEO's signature will not be signed without provisions for total fuel coverage*
- Marketing Team should not discount a fuel surcharge to raise price
- Marketing Team should not consider the Hedging Program as an offset to their fuel expenses (i.e., programs should be self sufficient)



Highly Confidential
BNSF-0325453
DA04430

Report 2

# Fuel Surcharge Revenue






Highly Confidential

BNSF-0325454

DA04431

Report 3a

# Total Fuel Participation* by Year End




* Participation = Percentage of customer accounts participating in fuel surcharge programs based on Gross Revenue



Highly Confidential

DA04432

BNSF-0325455

Report 3b

# Total Fuel Coverage* by Year End






Highly Confidential

DA04433

BNSF-0325456

Report 3c

# Fuel Surcharge Participation* by Year End




* Participation = Percentage of customer accounts participating in fuel surcharge programs based on Gross Revenue



Highly Confidential

Report 3d

# Fuel Surcharge Coverage* by Year End




* Coverage = Ratio of fuel surcharge revenue to expense based on $25/barrel WTI benchmark.



Highly Confidential
DA04435
BNSF-0325458

Report 3e

# RCAF Fuel Participation* by Year End




* Participation = Percentage of customer accounts participating in RCAF programs based on Gross Revenue



Highly Confidential
DA04436
BNSF-0325459

Report 3f

# RCAF Fuel Coverage* by Year End




* Coverage = Ratio of RCAF revenue to expense based on $25/barrel WTI benchmark.

Report 4a

# Fuel Recovery of Class 1 Railroads

04/21/04

| | Fuel Expense | Hedge Benefit | Fuel before Hedge | Fuel Surcharge | RCAF* | Total Offsets | Offsets as a Percent of Fuel Increase | Hedge Benefit as a % of Fuel Before Hedge | Surcharge Benefit as a % of Fuel Before Hedge | Total Offsets % of Fuel Before Hedge |
|---|---|---|---|---|---|---|---|---|---|---|
| BNSF | | | | | | | | | | |
| 2003 | $1,073 | $68 | $1,141 | $110 | $24 | $202 | 78% | 6% | 10% | 18% |
| 2002 | $833 | $50 | $883 | $26 | | | | | | |
| Delta | $240 | $18 | $258 | $84 | | | | | | |
| UP | | | | | | | | | | |
| 2003 | $1,341 | $28 | $1,369 | $112 | $35 | $175 | 77% | 2% | 8% | 13% |
| 2002 | $1,086 | $55 | $1,141 | | | | | | | |
| Delta | $255 | -$27 | $228 | | | | | | | |
| NS | | | | | | | | | | |
| 2003 | $380 | $59 | $439 | $48 | $13 | $120 | 138% | 13% | 11% | 27% |
| 2002 | $342 | $10 | $352 | | | | | | | |
| Delta | $38 | $49 | $87 | | | | | | | |
| CSX | | | | | | | | | | |
| 2003 | $566 | $0 | $566 | $60 | $12 | $72 | 62% | 0% | 11% | 13% |
| 2002 | $449 | $0 | $449 | | | | | | | |
| Delta | $117 | | $117 | | | | | | | |

* From Morgan Stanley quarterly reports



Highly Confidential

DA04438

BNSF-0325461

Report 4b

# Current Fuel Surcharges Rate Methodology

| RR | Effective Date | Fuel Trigger Price | Fuel SC % Starts at | Fuel SC Calculation | Fuel SC Changes When | Est. Fuel SC % at WTI Price: $30 | $35 | $40 |
|---|---|---|---|---|---|---|---|---|
| BNSF | 06/01/2003 | Carload: $1.25/gal HDF | 0.5% | 0.5% for each $.05 | Each month the avg HDF is calculated & the appropriate SC is applied 2 months following. | 2.5% | 4.0% | 5.5% |
| CN | 10/20/2002 | $24/BBL WTI | 2.0% | 2% if WTI $24-26.99, then 2% for each $5 | Each quarter the avg WTI will be calculated & the appropriate SC will be applied for the following quarter. Notice of changes are posted the first day of each calendar quarter. | 4.0% | 6.0% | 8.0% |
| CP | 07/01/2002 | $22/BBL WTI | 3.0% | For prior quarter: $22-$29.99 3% $30+ 6% | 2nd 3% will drop off if avg WTI falls below US$30; 1st 3% drops if avg WTI falls below US$22. | 6.0% | 6.0% | 6.0% |
| CSXT | 06/01/2003 | $23/BBL WTI | 0.4% | 0.4% for each $1.00 | Each month the avg WTI is calculated and the appropriate SC is applied 2 months following. | 3.2% | 5.2% | 7.2% |
| KCS | 04/01/2003 | $28/BBL WTI | 2.0% | 2% for each $5 | Daily WTI must equal or exceed a bracket for 30 days before the appropriate S/C is applicable. Customers must receive at least 10 days notice of changes. | 4.0% | 6.0% | 8.0% |
| NS | 03/01/2004 | $23/BBL WTI | 0.4% | 0.4% for each $1.00 | Each month the avg WTI is calculated and the appropriate SC is applied 2 months following. | 3.2% | 5.2% | 7.2% |
| UP | 06/01/2003 | $1.35/gal HDF | 1.5% | 0.5% for each $.05 | Each month the avg HDF is calculated & the appropriate SC is applied 2 months following. | 2.5% | 4.0% | 5.5% |



Highly Confidential

Report 5

## Fuel Surcharge Participation Rate (Based on Volume for Dec 03, Jan 04, Feb 04)

| Foreign Line (I/R Prepaid Traffic)* | | Total (All Traffic) | |
|---|---|---|---|
| • Coal - | 19% | • Coal - | 1% |
| • Ag - | 48% | • Ag - | 49% |
| • Industrial - | 50% | • Industrial - | 55% |
| • Consumer - | 36% | • Consumer - | 59%** |
| • BNSF - | 41% | • BNSF - | 43% |

* Represents 9% of BNSF volume
** does not includ [redacted]

Report 6a

# 2003 Top 10 Coal Customers with Fuel Surcharge Opportunity

| Customer Name | 2003 Gross Revenue | Fuel Surcharge Opportunity | Percent FSC Table Billed | Comments |
|---|---|---|---|---|
| [redacted] | | | 0.0% | RCAF(U) @ 50%, exp. 12/31/10 |
| | | | 0.0% | Fixed increase + GDP-IPD @ 50%, exp. 12/31/07 |
| | | | 0.0% | Fixed increase + GDP-IPD @ 50%, exp. 12/31/09 |
| | | | 0.0% | RCAF(U) @ 80%, exp. 6/31/06 |
| | | | 0.0% | RCAF(U) @ 70%, exp. 12/31/12 |
| | | | 0.0% | RCAF(U) @ 75%, exp. 12/31/04 |
| | | | 0.0% | GDP-IPD @ 66% + Platt Oil Price @ 14%, exp. 3/3 |
| | | | 0.0% | RCAF(U) @ 100%, exp. 12/31/11 |
| | | | 0.0% | Various escalators, exp. 12/31/04 |
| | | | 0.0% | RCAF(U) @ 63.5%, exp. 12/31/10 |

[redacted] both new contracts in 2004, do not have fuel surcharge provisions.

**Report 6b**

# 2003 Top 10 Agricultural Customers with Fuel Surcharge Opportunity

[redacted]

| | |
|---|---|
| 28.6% | Decision was made not to charge F.S. on current [redacted] grain products contracts |
| 7.3% | 2008 Contract expiration date. |
| 23.6% | Expires 12/31/05 |
| 15.5% | Began FS on 10/1/03 for Molasses; Feeds expires 8/31/04 |
| 28.0% | Expires 06/1/05 |
| 18.3% | Expires 12/31/04 |
| 32.6% | Began FS on 2/1/04 |
| 1.2% | Expires 10/31/05 |
| 0.5% | Expires 10/31/05 (Bought out by [redacted] |
| 36.4% | [redacted] Began FS 1/1/04 |

Report 6c

# 2003 Top 10 Consumer Customers with Fuel Surcharge Opportunity

| Customer Name | 2003 Gross Revenue | Fuel Surcharge Opportunity | Percent FSC Table Billed | Comments |
|---|---|---|---|---|
| [redacted] | | | 0.2% | No contract. Price agreement expires 12/04 |
| | | | 0.0% | Contract expires 12/06 |
| | | | 0.0% | Contract expires 7/07 |
| | | | 5.9% | Contract expires 5/06 |
| | | | 0.0% | Contract expires 7/07 |
| | | | 0.4% | Full fuel surcharge effective 4/1/04 |
| | | | 0.0% | PSW contract expires 4/05. PNW FS effective 3/1/04. PNW contract expires 10/08. |
| | | | 83.7% | [redacted] shares the FS they charge their customers according to the revenue splits. |
| | | | 51.6% | Full fuel surcharge effective 4/1/04 |
| | | | 62.2% | Contract expires 8/04. |

**Report 6d**

# 2003 Top 10 Industrial Customers with Fuel Surcharge Opportunity

| Customer Name | 2003 Gross Revenue | Fuel Surcharge Opportunity | Percent Fuel Surcharge Collected | Comments |
|---|---|---|---|---|
| [redacted] | | | 0.0% | RCAF - BNSFC 304439 exp. 12/31/04 |
| | | | 0.0% | RCAF - BNC 2268 exp. 10/01/06 |
| | | | 3.8% | Agreements exp. 7/31/05 |
| | | | 0.8% | RCAF - BNC 2219 - exp. 10/01/07 |
| | | | 0.7% | [redacted] exp. 1/31/31(original master agreement eff. 1991)--annual price renewals subject to 85% of Seattle Area CPI, which includes fuel |
| | | | 0.2% | BNSFC 304377 exp. 12/31/10 [redacted] traffic expected [redacted] July, 2004 |
| | | | 1.8% | RCAF - BNSFC 304802 exp. 8/31/10 |
| | | | 14.1% | ATSFC 20285 - fuel surcharge applicable 4/1/04 |
| | | | 45.8% | BNSFC 306190 ($22.5M) exp. 5/31/04 |
| | | | 3.1% | RCAF - BNSFC 304152 exp. 12/31/04 |

**Report 7a**

# Top Coal Customers by Year End 2008 with Fuel Surcharge Opportunities

| Rank | Customer | 2004 Plan Revenue | Comments |
|---|---|---|---|
| 1 | [redacted] | | Contract expires in 2010 |
| 2 | | | Contract expires in 2013 |
| 3 | | | Contract expires in 2009 |
| 4 | | | Contract expires in 2012 |
| 5 | | | Contract expires in 2008 |
| 6 | | | Contract expires in 2010 |
| 7 | | | Contract expires in 2013 |
| 8 | | | Contract expires in 2011 |
| 9 | | | Contract expires in 2014 |
| 10 | | | Contract expires in 2011 |
| 11 | | | Contract expires in 2012 |
| 12 | | | Contract expires in 2009 |
| 13 | | | Contract expires in 2013 |
| 14 | | | Contract expires in 2012 |
| 15 | | | Contract expires in 2014 |
| 16 | | | Contract expires in 2012 |
| 17 | | | Contract expires in 2013 |
| 18 | | | Contract expires in 2012 |
| 19 | | | Contract expires in 2009 |
| 20 | | | Contract expires in 2008 |
| 21 | | | Contract expires in 2008 |
| 22 | | | Contract expires in 2014 |
| 23 | | | Contract expires in 2009 |
| 24 | | | Contract expires in 2008 |
| 25 | | | Contract expires in 2015 |
| 26 | | | Contract expires in 2011 |



Highly Confidential

Report 7b

# Coal Fuel Surcharge Participation






Highly Confidential

Report 7c

# Top Agricultural Customers by Year End 2008 with Fuel Surcharge Opportunities

- [redacted]
  - [redacted] million in 2003
  - Multiple contracts that expire in 2010
  - Escalation semi-annual RCAF-U

**Report 7d**

# Top Consumer Customers by Year End 2008 with Fuel Surcharge Opportunities

- [redacted]
  - [redacted] million in 2003
  - BNSF-C-305832
  - Expires April 1, 2011
  - Escalation: RCAF-U with 2% cap
  - Fuel surcharge is voluntary, currently 2%
- [redacted]
  - [redacted] million in 2003
  - [redacted]

**Report 7e**

# Top Industrial Customers by Year End 2008 with Fuel Surcharge Opportunities

| Rank | Customer Name | 2003 Gross Revenue | Comments |
|---|---|---|---|
| 1 | [redacted] | [redacted] | [redacted] exp. 1/31/31(original master agreement eff. 1991)–annual price renewals subject to 85% of Seattle Area CPI, which includes fuel |
| 2 | [redacted] | [redacted] | BNC 68465 exp. 12/31/10–subject to RCAF on 1/1/06; also moving on foreign line price authorities [redacted] |
| 3 | [redacted] | [redacted] | BNSFC 304377 exp. 12/31/10 - [redacted] traffic expected to decline in July, 2004 |
| 4 | [redacted] | [redacted] | RCAF - BNSFC 304802 exp. 8/31/10 |
| 5 | [redacted] | [redacted] | BNSFC 303674 ( [redacted] |
| 6 | [redacted] | [redacted] | BNSFC 306522 exp. 6/30/11 |
| 7 | [redacted] | [redacted] | [redacted] BNC 36584 exp. 12/31/10 |
| 8 | [redacted] | [redacted] | BNSFC 305780 exp. 12/31/08 |
| 9 | [redacted] | [redacted] | BNSFC 305125 [redacted] |
| 10 | [redacted] | [redacted] | BNSFC 305125 [redacted] |
| 11 | [redacted] | [redacted] | [redacted] BNSFC 302606 exp. 12/31/13 |
| 12 | [redacted] | [redacted] | BNSFC 30512 [redacted] |
| 13 | [redacted] | [redacted] | BNSFC 306604 exp. 12/31/10; subject to RCAF on 7/1/04 |
| 14 | [redacted] | [redacted] | BNSFC 304609 exp. 5/31/10 |

## Report 8

# Coal Fuel Expense Change and RCAF Recapture, 1999-2003

| Year | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|
| BNSF Average Fuel Cost before Hedge ($ per gallon) | $ 0.56 | $ 0.58 | $ 0.92 | $ 0.87 | $ 0.77 | $ 0.94 | |
| RCAF Fuel Index (Forecast) | 72.8 | 65.1 | 103.7 | 112.3 | 92.0 | 112.7 | |
| *RCAF Fuel Index (Actual)* | *66.4* | *67.5* | *108.7* | *106.4* | *91.7* | *111.0* | |
| RCAF Fuel Weight | 8.8% | 8.2% | 7.0% | 8.0% | 10.7% | 10.1% | |
| BNSF Coal Fuel Consumed (000 gallons) | 261,134 | 272,677 | 263,319 | 274,631 | 270,325 | 269,210 | |
| BNSF Incremental Fuel Expense due to Price, base price = 1998 ($ millions) | | $ 6.5 | $ 96.9 | $ 85.4 | $ 57.3 | $ 103.6 | $ 349.8 |
| RCAF-U Fuel Recovery ($ millions) | | | | | | | |
| @ 100% coverage/100% effectiveness (maximum possible) | | $ (8.3) | $ 32.3 | $ 38.2 | $ 10.3 | $ 36.9 | $ 109.4 |
| @ 61% coverage/71% effectiveness (BNSF actual) | | $ (3.8) | $ 15.0 | $ 17.7 | $ 4.8 | $ 17.1 | $ 50.8 |
| BNSF Coal Cost Unrecovered ($ millions) | | $ (10.4) | $ (81.9) | $ (67.7) | $ (52.5) | $ (86.5) | $ (299.0) |
| BNSF Coal Cost Recovery | | -58.7% | 15.5% | 20.7% | 8.4% | 16.5% | 14.5% |

**From**: Simpson, Cheryl L
**Sent**: Fri Aug 27 13:54:29 2004
**To**: Kyei, Sam A; Pacocha, George; Shoop, Gary L; Moynihan, Patrick J; Gillen, George F; Arnett, James A; McNack, Edward G; Carlson, Cheri L; Feldman, Matthew W; Stevens, Jon I; True, Thomas W; Lee, Renita L; Nunez, Juan R
**Cc**: Murray, Nick L; Burr, David T
**Subject**: LOCATION CHANGE: Fuel Surcharge - MPG Tables Revisited - 1ST Floor - Marketing Building - Conference Room 1
**Importance**: Normal
**Attachments**: Fuel Surcharge - MPG Tables Revisited

<<...>>

**From:** Kyei, Sam A
**Sent:** Fri Aug 27 11:24:16 2004
**To:** Pacocha, George; Shoop, Gary L; Moynihan, Patrick J; Gillen, George F; Arnett, James A; McNack, Edward G; Carlson, Cheri L; Feldman, Matthew W; Stevens, Jon I; True, Thomas W; Lee, Renita L; Nunez, Juan R
**Cc:** Murray, Nick L; Burr, David T; Simpson, Cheryl L
**Subject:** Fuel Surcharge - MPG Tables Revisited
**Importance:** Normal
**Attachments:** Fuel Surcharge Review Team 041403.ppt

When: Monday, August 30, 2004 2:00 PM-3:00 PM (GMT-06:00) Central Time (US & Canada).
Where: MOB-3A

*~*~*~*~*~*~*~*~*~*

John Lanigan has suggested that we reconstitute the team that looked at options for a miles per gallon approach in surcharging for fuel.

He has recommended that we dust off our previous study for his review soon. Since job responsibilities may have changed, please forward this to the right person if you no longer cover the area of responsibility at the time of the study. I have attached our last presentation below.

Agenda:

We will review our last study results including recommendations by George Gillen, Eldon Specht on IT estimates and decide on any updates before the presentation.

<<...>>

Highly Confidential

# BNSF FUEL SURCHARGES

## Fuel Surcharge Review Team Recommendations

April 14, 2003

# BNSF Fuel Surcharge Review Team

| | |
|---|---|
| • Nick Murray (Mentor) | MDS&P |
| • Sam Kyei (Lead) | MDS&P |
| • George Pacocha | MDS&P |
| • Gary Shoop | MDS&P |
| • Barb Haertling | MDS&P (Coal) |
| • George Gillen | Industrial (Carload) |
| • Jim Arnett | Industrial (Carload) |
| • Ed McNack | Consumer |
| • Renita Lee | Consumer |
| • Herb Milton | Consumer |
| • Cherri Carlson | Fuel Mgmt. |
| • Dave Burr | Finance |
| • Matt Feldman | Finance |
| • Jean Long | Accounting |
| • Tom Packer | Accounting |
| • Tom True | Accounting |
| • Eldon Specht | Tech. Services |



Highly Confidential

BNSF-0354816

DA04454

# BNSF Fuel Surcharges: Cost Recovery Improvements

- Objectives
- Keys to Success
- BNSF Fuel Expenses
- Review of Index Prices
- Current Fuel Surcharge Methodology
- Improving Participation Rates
- Competitor Fuel Surcharge Formulas
- Proposed Fuel Surcharge Options:
  - Percent of Revenue-Based
  - Mileage-Based
- Recommendations



Highly Confidential

# Objectives

- **Revision of Fuel Surcharge Methodology**
  - Cost per mile methodology versus fuel intensity emphasis
  - Fuel neutrality (reciprocal fuel surcharges)
  - Simplicity
  - Re-emphasize highway diesel fuel as a benchmark indicator
- **Mechanism to recover spikes in fuel costs (cost recovery)**
  - Improve cost recovery amount
  - Improve percent of revenue base that is surcharged (Participation rates)
- **Standardize fuel surcharge policies and processes across segments**



Highly Confidential

# Keys to Success

Fuel surcharges must:

1. Be simple and calculated accurately
2. Be explained and agreed to by shipper
3. Be properly billed to the shipper
4. Be paid by the shipper
5. Reduce fuel cost volatility

# IMPROVING PARTICIPATION RATES

## We continue to improve the participation rates in the fuel surcharge programs….

| | 2002 Participation Rates | 2003 Est. Participation Rates | Additions Since 12/31/02 |
|---|---|---|---|
| | (1) | (2) | (3) |
| - Grains | 0.0% | 71.1% | Whole Grains; Ramping up to most of the traffic by 12/31/03 |
| - Grain Products | 10.2% | 16.6% | Feeds; Ramping up to most of the traffic by 12/31/03 |
| Ag | 4.5% | 46.3% | |
| | | | |
| Coal | 4.1% | 4.1% | |
| - Perishables | 75.0% | 75.0% | |
| - Dry Boxcar | 50.0% | 50.0% | |
| - Automotive | 3.4% | 3.4% | |
| - IMC | 100.0% | 100.0% | |
| - International | 0.0% | 0.0% | Non-contract holders only |
| - Direct | 28.0% | 28.0% | |
| - Truckload | 100.0% | 100.0% | |
| - Intermodal | 40.2% | 38.1% | |
| Consumer | 39.3% | 36.9% | |
| - Chemicals & Plastics | 31.9% | 31.2% | |
| - Building Products | 33.3% | 67.9% | Lumber, Panel Products |
| - Construction Products | 58.0% | 58.4% | |
| - Petroleum Products | 54.2% | 54.2% | |
| Industrial | 44.8% | 56.7% | |
| | | | |
| BNSF | 26.7% | 36.1% | |

# IMPROVING PARTICIPATION RATES

## ...but there are still some major exceptions largely due to contractual restrictions

*(Annual Revenue in Millions)*

### INTERMODAL

- Domestic
  - [redacted]
- International
  - [redacted]

### CARLOAD*

- AG
  - [redacted]
- Coal
  - [redacted]
- Industrial Products
  - [redacted]
- Consumer Carload
  - [redacted]

* *Carload revenues reflect traffic moving only on BNSF price authorities*

# IMPROVING PARTICIPATION RATES

## Coal had a shortfall between hedged fuel expense and RCAF fuel recovery ($8mm)




| Total for the period | |
|---|---|
| Coal Fuel Expense (Not Hedged) | $0.3 |
| Coal Fuel Expense (Hedged) | ($2.5) |
| Coal RCAF Fuel Recovery | ($10.5) |
| Full RCAF Fuel Recovery | ($16.6) |



Highly Confidential

# Current Fuel Surcharges Rate Methodology

## BNSF is more aggressive on fuel surcharges than U.S. rail carload competition

| RR | Effective Date | Fuel Trigger Price | Fuel SC % Starts at | Fuel SC Calculation | SC Changes When | Actual SC Assessed |
|---|---|---|---|---|---|---|
| BNSF | | Eff 7/01/01 $1.30/gal HDF | 1% | 0.5% for ea $.05 | Each month the avg HDF is calculated & the appropriate SC is applied 2 months following. | 01/-02/03 2.0%<br>03/03 2.5%<br>04/03 4.5%<br>05/03 5.0% |
| CN | | $24/BBL WTI | 2% | 2% if WTI $24-26.99, then 2% for each $5 | Each quarter the avg WTI will be calculated & the appropriate SC will be applied for the following quarter, subject to 20 days min. notice. | 5/01 – 9/01 4%<br>10/01 – 12/01 2%<br>01/02 - 07/19/02 0%<br>07/20/02 – 12/31/02 2%<br>01/01/03 –4%<br>04/01/03 – 6% |
| CP | 5/1/00<br>12/11/00<br>7/1/02 | $22/BBL WTI | 3% | For prior quarter: $22-29.99 3%<br>$30+ 6% | 2nd 3% will drop off if avg. WTI falls below US$30; 1st 3% drops if avg. WTI falls below US$22. | 5/00 - 12/11/00 3%<br>12/11 – 4/01 6%<br>5/01 – 2/9/02 3%<br>2/10/02 - 6/30/02 0%<br>7/1/2002 - 3%<br>04/03 - 6.0% |
| CSXT | 10/25/00<br><br>Change, effective 6/1/03 | $28/BBL WTI. Effective 6/1/03 changed | 2% | 2% for ea $5<br><br>See SC notes | Basically copied NS.<br><br>Effective 6/1/03, plus or minus 0.4% for each dollar over $23/bbl. | 10/25/00 – 10/30/01 2%<br>10/31/01-10/16/02 0%<br>10/17/ 02– 12/10/02 2%<br>12/11/02- 01/28/03 0%<br>01/29/03 – Current 2% |
| KCS | 04/01/2003 | $28/BBL WTI | 2% | 2% for ea $5 | Daily WTI must equal or exceed a bracket for 30 days before the appropriate S/C is applicable. | 04/03 2.0% |
| NS | 6/19/00 | $28/ BBL WTI | 2% | 2% for each $5 | Daily WTI must equal or exceed a bracket for 30 days before the appropriate S/C is applicable. Conversely, will decrease when WTI remains below a bracket for 30 days. | 6/19/00 – 10/30/01 2%<br>10/31/01-10/16/02 0%<br>10/17/02 – Current 2%<br>10/1/ 02– 12/10/02 2%<br>12/11/02-01/28/03 0%<br>01/29/03 – Current 2% |
| UP | 12/01/02<br><br>Change, effective 6/1/03 | $28/BBL WTI<br><br>Effective 6/1/03 changed | 2% | 2% for ea $5<br><br>See SC notes | Basically copied NS<br><br>Effective 6/1/03, plus or minus 0.4% for each dollar over $23/bbl. | 01/28/03 – Current 2% |

# Current Fuel Surcharges Rate Methodology

**BNSF charges are more aggressive at higher HDF prices than U.S. rail intermodal competition**

***Rail Industry Fuel Surcharge Formulas (Intermodal)***

| Railroad | Application | Price Index | Strike Price | Source/Formula | Rebates | FSR (HDF= $1.32) | FSR (HDF= $1.60) |
|---|---|---|---|---|---|---|---|
| BNSF | Weekly | HDF | $1.22 | (((HDF-$1.10)/$1.22)*17%)*100 | No | 2.0% | 5.5% |
| CN | Monthly | WTI | $24.00 | +2% for $24-$27, +2% additional for every $4/bb above $27 | No | 2.0% | 4.0% |
| CP | Monthly | WTI | $24.00 | +2% for $24-$27, +2% additional for every $4/bb above $27 | No | 2.0% | 4.0% |
| CSX | Monthly | HDF | $1.10 | (((HDF-$1.10)/$1.10)/10)*100 | No | 2.0% | 4.5% |
| KCS | N/A | N/A | N/A | No surcharge; Took $10/unit increase on 4/1/03 for fuel | N/A | N/A | N/A |
| NS | Weekly | HDF | $1.10 | (((HDF-$1.10)/$1.10)/10)*100 | No | 2.0% | 4.5% |
| UP (Pacer Stacktrain) | Monthly | HDF | $1.10 | (((HDF-$1.10)/$1.10)/10)*100 | No | 2.0% | 4.5% |



Highly Confidential

# Proposed Fuel Surcharges Rate Methodology

## Strike price analysis suggests that $1.10 is favorable for competitive reasons

**HDF (highway diesel fuel), WTI (crude), & BNSF (purchase, transport, tax)**
**Table 1 based on regression formula for 8 years of data. BNSF to HDF: R2 = 98.3%, SD = $.0294.**

Table 1

| HDF ($/gal) | WTI ($/bbl) | BNSF ($/gal) |
|---|---|---|
| 1.00 | 14.48 | .50 |
| 1.05 | 16.07 | .54 |
| 1.10 | 17.67 | .59 |
| 1.15 | 19.26 | .63 |
| 1.20 | 20.86 | .67 |
| 1.25 | 22.45 | .72 |
| 1.30 | 24.05 | .76 |
| 1.35 | 25.64 | .80 |
| 1.40 | 27.24 | .85 |
| 1.45 | 28.83 | .89 |
| 1.50 | 30.43 | .93 |
| 1.55 | 32.02 | .98 |
| 1.60 | 33.62 | 1.02 |
| 1.65 | 35.61 | 1.06 |
| 1.70 | 36.81 | 1.11 |

Table 2

| Yearly Average | HDF ($/gal) | BNSF ($/gal) |
|---|---|---|
| 1995 | 1.11 | .61 |
| 1996 | 1.24 | .69 |
| 1997 | 1.20 | .68 |
| 1998 | 1.04 | .55 |
| 1999 | 1.12 | .59 |
| 2000 | 1.49 | .93 |
| 2001 | 1.40 | .84 |
| 2002 | 1.32 | .77 |
| 2003 (fcst) | 1.49 | .92 |



Highly Confidential

BNSF-0354825

DA04463

# Proposed Fuel Surcharges Rate Methodology

## Of three options, percent of revenue approach based on fuel intensity is preferred

OPTION 1: Fuel Surcharge Rate = [(Fuel Price/Strike Price)-1]*Fuel Intensity

OPTION 2: Fuel Surcharge Rate = [(Fuel Price/MPG) - (Strike Price/MPG)] /Rate Per Mile

OPTION 3: Surcharge Cost Per Mile = (Index Price/MPG) - (Strike Price/MPG)

| | | |
|---|---|---|
| <u>Option 1- FIF: Sample Calc.</u><br>FSR = [(1.60/1.10) - 1] *FIF<br>= 45.5% * 13.1%<br>= 6.0% | <u>Option 2- MPG%: Sample Calc.</u><br>FSR = [(1.60/9.7)-(1.10/9.7)]<br>/($1,167/1,350)<br>= ($0.17-$0.11)/$0.86<br>= 6.0% | <u>Option 3- CPM : Sample Calc.</u><br>CPM = [(1.60-1.10)/MPG<br>= $0.50/9.7<br>= $0.52 |
| <u>PROS</u><br>1. Simple<br>2. Recovers fuel cost spikes<br>3. Customers are used to it | <u>PROS</u><br>1. Simple<br>2. Recovers fuel cost spikes<br>3. Mileage and percent based | <u>PROS</u><br>1. Simple<br>2. Recovers fuel cost spikes<br>3. Activity based; “Same miles same charge.” |
| <u>CONS</u><br>1. High rate shippers pay more<br>2. Fuel intensity changes<br>3. Variable costs not in R-1 | <u>CONS</u><br>1. High rate shippers pay more<br>2. System rate per mile issues<br>3. Customers not used to it | <u>CONS</u><br>1. Harder to apply (Systems)<br>2. Mileage table issues<br>3. Customers not used to it |



Highly Confidential

# Proposed Fuel Surcharges Rate Methodology

## New tables reflecting $1.10 strike price and new fuel intensity ratios are aggressive

Dual Tables Based on Fuel Intensity Factors

| Carload | | | | |
|---|---|---|---|---|
| HDF Price At Least | But Less Than | Proposed Surcharge | Current Table | UP (on WTI) |
| $1.10 | $1.149 | 0% | 0% | 0% |
| $1.15 | $1.189 | 0.5% | 0% | 0% |
| $1.19 | $1.239 | 1.0% | 0% | 0% |
| $1.24 | $1.279 | 1.5% | 0% | 0.4% |
| $1.28 | $1.329 | 2.0% | 1.0% | 0.8% |
| $1.33 | $1.379 | 2.5% | 1.5% | 1.2% to 1.6% |
| $1.38 | $1.419 | 3.0% | 2.0% | 2.0% |
| $1.42 | $1.469 | 3.5% | 2.5% | 2.4% to 2.8% |
| $1.47 | $1.509 | 4.0% | 3.0% | 3.2% |
| $1.51 | $1.559 | 4.5% | 3.5% | 3.6% to 4.0% |
| $1.56 | $1.599 | 5.0% | 3.5% | 4.4% |
| $1.60 | $1.649 | 5.5% | 4.0% | 4.8% to 5.2% |
| $1.65 | $1.699 | 6.0% | 4.5% | 5.6% |
| $1.70 | $1.739 | 6.5% | 5.0% | 6.0% |

| Intermodal | | | | |
|---|---|---|---|---|
| HDF Price At Least | But Less Than | Proposed Surcharge | Current Table | Pacer/ CSX/NS |
| $1.10 | $1.129 | 0.0% | 0.0% | 0.0% |
| $1.13 | $1.169 | 0.5% | 0.0% | 0.5% |
| $1.17 | $1.199 | 1.0% | 0.0% | 0.5% |
| $1.20 | $1.229 | 1.5% | 0.0% | 1.0% |
| $1.23 | $1.269 | 2.0% | 1.0% | 1.0% |
| $1.27 | $1.299 | 2.5% | 1.5% | 1.5% |
| $1.30 | $1.329 | 3.0% | 2.0% | 2.0% |
| $1.33 | $1.369 | 3.5% | 2.5% | 2.0% |
| $1.37 | $1.399 | 4.0% | 2.5% | 2.5% |
| $1.40 | $1.429 | 4.5% | 3.0% | 2.5% |
| $1.43 | $1.469 | 5.0% | 3.5% | 3.0% |
| $1.47 | $1.499 | 5.5% | 4.0% | 3.5% |
| $1.50 | $1.529 | 6.0% | 4.5% | 3.5% |
| $1.53 | $1.569 | 6.5% | 5.0% | 4.0% |
| $1.57 | $1.599 | 7.0% | 5.0% | 4.0% |
| $1.60 | $1.629 | 7.5% | 5.5% | 4.5% |
| $1.63 | $1.669 | 8.0% | 6.0% | 5.0% |
| $1.67 | $1.699 | 8.5% | 6.5% | 5.0% |
| $1.70 | $1.729 | 9.0% | 7.0% | 5.5% |

Carload Table based on 12% Fuel Intensity Factor (on 2002 Ratio of Fuel to Total BNSF Expenses)
Intermodal Table based on 16.5% Fuel Intensity Factor (on 2002 Ratio of Intermodal Fuel Expense to Total Intermodal Variable Cost)
Pacer/CSX/NS Intermodal use 10% Fuel Intensity Factor



Highly Confidential

BNSF-0354827

DA04465

# Proposed Fuel Surcharge Rate Methodology

## …but recovers BNSF fuel shortfall at 100% participation rates for Non-Coal traffic

**Fuel Intensity Factor Fuel Surcharge Recovery Scenario ($000,000)**

| Highway Diesel Fuel (1) | BNSF Price (Same delta) * (2) | BNSF Fuel Cost | Fuel Expense Shortfall | BNSF Fuel Cost (No Coal) (3) | Fuel Expense Shortfall (4) | Intermodal Surcharge 16.5% FIF (5) | Carload Surcharge 12% FIF (6) | BNSF Total Surcharge (7) | Difference (7)-(4) (8) |
|---|---|---|---|---|---|---|---|---|---|
| $ 1.00 | $ 0.45 | 515 | (114) | 384 | (85) | (43) | (48) | (91) | (6) |
| $ 1.05 | $ 0.50 | 572 | (57) | 426 | (43) | (22) | (24) | (46) | (3) |
| $ 1.10 | $ 0.55 | 630 | - | 469 | - | - | - | - | - |
| $ 1.15 | $ 0.60 | 687 | 57 | 511 | 43 | 22 | 24 | 46 | 3 |
| $ 1.20 | $ 0.65 | 744 | 114 | 554 | 85 | 43 | 48 | 91 | 6 |
| $ 1.25 | $ 0.70 | 801 | 172 | 597 | 128 | 65 | 72 | 137 | 9 |
| $ 1.30 | $ 0.75 | 859 | 229 | 639 | 170 | 87 | 95 | 182 | 12 |
| $ 1.32 | $ 0.77 | 881 | 252 | 656 | 188 | 95 | 105 | 200 | 13 |
| $ 1.35 | $ 0.80 | 916 | 286 | 682 | 213 | 108 | 119 | 228 | 15 |
| $ 1.40 | $ 0.85 | 973 | 343 | 724 | 256 | 130 | 143 | 273 | 18 |
| $ 1.45 | $ 0.90 | 1,030 | 401 | 767 | 298 | 152 | 167 | 319 | 20 |
| $ 1.50 | $ 0.95 | 1,087 | 458 | 810 | 341 | 173 | 191 | 364 | 23 |
| $ 1.55 | $ 1.00 | 1,145 | 515 | 852 | 384 | 195 | 215 | 410 | 26 |
| $ 1.60 | $ 1.05 | 1,202 | 572 | 895 | 426 | 217 | 239 | 455 | 29 |
| $ 1.65 | $ 1.10 | 1,259 | 630 | 938 | 469 | 238 | 263 | 501 | 32 |
| $ 1.70 | $ 1.15 | 1,316 | 687 | 980 | 511 | 260 | 286 | 547 | 35 |
| $ 1.75 | $ 1.20 | 1,374 | 744 | 1,023 | 554 | 282 | 310 | 592 | 38 |
| $ 1.80 | $ 1.25 | 1,431 | 801 | 1,065 | 597 | 303 | 334 | 638 | 41 |

* Assumes direct HDF price spreads and not regression result of a possible 14% benefit

# Proposed Fuel Surcharge Rate Methodology

## Cost per mile methodology will impact Revenue Management and Systems

<u>Revenue Management</u>

- Capture/Rating/Collection Changes affecting Systems and Labor Expense
- Free Cash Flow
- Ease of doing business - customer relations
  - Disputes
- Originated vs. Terminated basis of reporting
- Interline
  - REN - Electronic Exchange of Prices with other Roads
  - Following Industry Standards
  - Settlement with other Roads

<u>Systems</u>

- Systems redesign required (Maximum Estimate = $300k)
  - Mileage with rebates excluding interline (approx. $150k)
  - Monthly billing (approx. $120k)
- Systems impacted include PAS, RPMS, REN and Liability Rating System
- Cost benefit analysis

# Proposed Fuel Surcharges Rate Methodology

## Summary of issues and recommendations

| | ISSUE<br>Description or Recommendation | PROS | CONS | FUEL REVIEW TEAM Yes | No |
|---|---|---|---|---|---|
| 1 | **PERCENT VS. MILEAGE** | | | | |
| | a) Formula is applied on percent of revenue basis (short term) | 1. Simple<br>2. Recovers fuel spikes<br>3. Customers used to it | 1. High-rated shippers pay more<br>2. Fuel intensity changes<br>3. R-1 vs variable costs | ✓ | |
| | b) Formula is applied on cost per mile basis | 1. Simple<br>2. Recovers fuel spikes<br>3. Activity-based | 1. Customers not used to it<br>2. Mileage table issues<br>3. Systems | *Possibly long term* | |
| 2 | **STRIKE PRICE** | | | | |
| | a) Reduce strike price to $1.10 | 1. Competitive reasons (profit center for competition)<br>2. Higher cost recovery | 1. Prospective cost=+$1.10<br>2. HDF 5-yr avg=$1.24<br>3. BNSF handling charges | ✓ | |
| 3 | **THRESHOLDS** | | | | |
| | a) Eliminate the current 1% threshold before the fuel surcharges kick in | 1. Higher cost recovery<br>2. Match most truck and rail competition | 1. "Nickle and dime" the customer<br>2. Administrative hassle (Below minimum charges) | ✓ | |
| 4 | **REBATES** | | | | |
| | a) Rebate paying customers when fuel falls below strike price | 1. Customer support<br>2. Fuel neutrality<br>3. Fairness/Reciprocity | 1. Reflected in regular price escalation<br>2. Customer expectation<br>3. Systems | | ✓ |
| 5 | **TIMING** | | | | |
| | a) Increase participation rates ASAP | 1. Higher cost recovery<br>2. Fairness (i.e., participants subsidizing non-participants)<br>3. Programs in place | 1. Contract restrictions<br>2. Customer buy-in<br>3. Hedging program | ✓ | |
| | b) Initiate percent of revenue changes during price down cycle | 1. Down cycle of fuel prices | 1. Delay some cost recovery | ✓ | |
| | c) Charge weekly (intermodal); monthly (carload) | 1. Customers are used to it<br>2. Timely capture of fuel spikes (intermodal)<br>3. HDF available weekly | 1. Lack of standardization<br>2. Timely capture of fuel spikes (carload) | ✓ | |
| | d) Annual fuel intensity revisions | 1. Reflect changes in fuel ratios | 1. Frequent table changes | | |
| 6 | **HEDGING VS. SURCHARGE** | | | | |
| | a) Hedge remaining fuel shortfall after improving participation rates | | | | |

# APPENDIX



Highly Confidential

# BNSF Fuel Expense by Quarter vs. HDF
## (Includes Hedge)




**Annual Statistics**

| | BNSF Expense | Avg. HDF |
|---|---|---|
| 1999 | $771 | $1.12 |
| 2000 | $932 | $1.49 |
| 2001 | $973 | $1.40 |
| 2002 | $833 | $1.32 |



Highly Confidential

# Current Fuel Surcharge Rate Methodology

## Improving Participation Rates (Intermodal)

International

| Customer | 2002 Units (full year) | 2002 Gross Revenue | Jan. 2003 Units | Jan. 2003 Gross Revenue | Can we apply the Fuel Surcharge based on the contract language? | Contract Comments |
|---|---|---|---|---|---|---|
| [redacted] | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | West Tx Crude over $25 |
| | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | no | specified but replaced with RCAF |
| | | | | | yes | no contract |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | no contract |
| | | | | | yes | West Tx Crude over $25 |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | maybe | either RCAF or Fuel, no standard f/sc language |
| | | | | | yes | no contract |
| | | | | | no | not specified, only RCAF |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | no contract |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | yes | standard fuel surcharge contract language |
| | | | | | maybe | not specified, however rates are not RCAF increased |
| | | | | | no | not specified, only RCAF |
| | | | | | no | not specified, only RCAF |
| | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | yes | no contract |
| | | | | | no | not specified, only RCAF |
| | | | | | no | not specified, only RCAF |
| | | | | | yes | no contract |
| | 1,744,587 | $1,094,805,742 | 174,258 | $108,166,000 | | |



Highly Confidential

# Current Fuel Surcharge Rate Methodology

## Improving Participation Rates (Carload)

**BNSF Carload Price Authorities' Fuel Surcharge Summary (Does Not Include Movements On Foreign Line Price Authorities)**
**Source: Price Management**
**as of 3/21/03**

| | Fuel Surcharge | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Applies | | | Does Not Apply | | | Total | |
| Business Unit | # Price Auths | Est.Rev. | Pctg Rev | # Price Auths | Est.Rev. | Pctg Rev | # Price Auths | Est.Rev. |
| Ag Products | 1,343 | $601,244,049 | 64.0% | 280 | $337,666,622 | 36.0% | 1,623 | $938,910,671 |
| Coal | 13 | $19,503 | 0.0% | 79 | $1,165,120,077 | 100.0% | 92 | $1,165,139,580 |
| Automotive | 8 | $30,179,759 | 14.8% | 32 | $173,379,972 | 85.2% | 40 | $203,559,731 |
| Dry Boxcar | 261 | $188,450,367 | 95.1% | 12 | $9,726,502 | 4.9% | 273 | $198,176,869 |
| Perishables | 65 | $75,000,385 | 100.0% | 0 | $0 | 0.0% | 65 | $75,000,385 |
| Total Consumer Boxcar | 326 | $263,450,752 | 96.4% | 12 | $9,726,502 | 3.6% | 338 | $273,177,254 |
| Building Products | 718 | $339,192,861 | 76.3% | 217 | $105,245,903 | 23.7% | 935 | $444,438,764 |
| Chemicals & Plastics | 869 | $93,835,402 | 31.7% | 357 | $202,513,795 | 68.3% | 1,226 | $296,349,197 |
| Construction Products | 1,324 | $412,413,471 | 62.7% | 138 | $245,248,153 | 37.3% | 1,462 | $657,661,624 |
| Petroleum | 924 | $166,740,429 | 69.5% | 91 | $73,280,901 | 30.5% | 1,015 | $240,021,330 |
| Total Industrial Products | 3,835 | $1,012,182,163 | 61.8% | 803 | $626,288,752 | 38.2% | 4,638 | $1,638,470,915 |
| Total Carload | 5,525 | $1,907,076,226 | 45.2% | 1,206 | $2,312,181,925 | 54.8% | 6,731 | $4,219,258,151 |
| Carload Less Coal | 5,512 | $1,907,056,723 | 62.4% | 1,127 | $1,147,061,848 | 37.6% | 6,639 | $3,054,118,571 |

NOTES:
A) # Price Authorities - This is a sum of all price authorities, including individual multi-page items and master contract/quote implementing agreements, as some items and implementing agreements have different fuel surcharge applications. These totals will differ from the normal Carload Price Authority Inventory, as the Price Authority Inventory report does not count
B) Units and Est.Revenue are from 3/02 thru 2/03. Source is RAS
C) Fuel Surcharge terms that apply are a combination of WTI, Highway Diesel Fuel, and exceptions.
D) Coal statistics are incomplete
E) Does not include Allowances, EDE Contracts (AG) nor Master Contract or Master Quote boilerplate documents.

# Current Fuel Surcharge Rate Methodology

## Department Of Energy On-Highway Diesel Fuel Price Index (Monthly Averages)

AVERAGE PRICE HIGHWAY DIESEL FUEL, NATIONAL U. S.

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **JAN** | N/A | N/A | $1.20 | $1.15 | $1.29 | $1.12 | $0.97 | $1.36 | $1.52 | $1.15 | $1.49 |
| **FEB** | N/A | N/A | $1.09 | $1.15 | $1.28 | $1.08 | $0.96 | $1.46 | $1.49 | $1.15 | $1.65 |
| **MAR** | N/A | N/A | $1.09 | $1.18 | $1.23 | $1.06 | $1.00 | $1.48 | $1.40 | $1.23 | $1.71 |
| **APRIL** | N/A | N/A | $1.10 | $1.28 | $1.21 | $1.07 | $1.08 | $1.42 | $1.42 | $1.31 | |
| **MAY** | N/A | N/A | $1.13 | $1.27 | $1.20 | $1.07 | $1.07 | $1.42 | $1.50 | $1.31 | |
| **JUNE** | N/A | N/A | $1.12 | $1.20 | $1.17 | $1.04 | $1.07 | $1.42 | $1.48 | $1.29 | |
| **JULY** | N/A | N/A | $1.10 | $1.18 | $1.15 | $1.03 | $1.12 | $1.43 | $1.38 | $1.30 | |
| **AUG** | N/A | N/A | $1.11 | $1.21 | $1.17 | $1.01 | $1.17 | $1.47 | $1.39 | $1.33 | |
| **SEPT** | N/A | N/A | $1.12 | $1.27 | $1.16 | $1.02 | $1.22 | $1.64 | $1.50 | $1.41 | |
| **OCT** | N/A | N/A | $1.12 | $1.33 | $1.18 | $1.04 | $1.23 | $1.64 | $1.35 | $1.46 | |
| **NOV** | N/A | N/A | $1.12 | $1.33 | $1.19 | $1.02 | $1.26 | $1.62 | $1.26 | $1.42 | |
| **DEC** | N/A | N/A | $1.13 | $1.31 | $1.17 | $0.97 | $1.29 | $1.57 | $1.17 | $1.43 | |
| Yearly Avg. | | | $1.12 | $1.24 | $1.20 | $1.04 | $1.12 | $1.49 | $1.40 | $1.32 | $0.40 |
| Cumulative Avg. for 2002 | | | $1.24 | $1.26 | $1.26 | **$1.28** | $1.33 | $1.40 | $1.36 | $1.32 | |
| Cumulative Avg. for 2001 | | | $1.23 | $1.25 | **$1.25** | $1.27 | $1.34 | $1.45 | $1.40 | | |
| Cumulative Avg. for 2000 | | | $1.20 | **$1.22** | $1.21 | $1.22 | $1.31 | $1.49 | | | |
| Cumulative Avg. for 1999 | | | **$1.14** | $1.15 | $1.12 | $1.08 | $1.12 | | | | |
| Cumulative Avg. for 1998 | | | $1.15 | $1.16 | $1.12 | $1.04 | | | | | |
| Cumulative Avg. for 1997 | | | $1.19 | $1.22 | $1.20 | | | | | | |

WTI CRUDE

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan. | $15.00 | $17.97 | $18.08 | $25.17 | $16.71 | $12.47 | $27.27 | $29.58 | $19.67 | $32.94 |
| Feb. | $14.78 | $18.54 | $19.07 | $22.21 | $16.06 | $12.01 | $29.35 | $29.61 | $20.74 | $35.87 |
| Mar. | $14.65 | $18.53 | $21.36 | $20.99 | $15.02 | $14.66 | $29.89 | $27.24 | $24.42 | $33.55 |
| Apr. | $16.24 | $19.82 | $23.57 | $19.72 | $15.33 | $17.39 | $25.74 | $27.41 | $26.27 | |
| May | $17.88 | $19.74 | $21.25 | $20.83 | $14.86 | $17.70 | $28.78 | $28.64 | $27.02 | |
| Jun. | $19.02 | $18.42 | $20.45 | $19.17 | $13.66 | $17.89 | $31.86 | $27.60 | $25.52 | |
| Jul. | $19.64 | $17.30 | $21.32 | $19.63 | $14.08 | $20.07 | $29.72 | $26.45 | $26.94 | |
| Aug. | $18.35 | $18.03 | $21.96 | $19.93 | $13.36 | $21.26 | $31.22 | $27.47 | $28.38 | |
| Sep. | $17.46 | $18.22 | $23.99 | $19.79 | $14.95 | $23.88 | $33.88 | $25.88 | $29.72 | |
| Oct. | $17.77 | $17.44 | $24.90 | $21.26 | $14.34 | $22.64 | $33.08 | $22.21 | $28.85 | |
| Nov. | $18.11 | $17.99 | $23.71 | $20.17 | $12.94 | $24.86 | $34.40 | $19.67 | $26.27 | |
| Dec. | $17.16 | $19.04 | $25.39 | $18.32 | $11.28 | $26.08 | $28.46 | $19.33 | $29.42 | |
| Ann. Avg. | $17.17 | $18.42 | $22.09 | $20.60 | $14.38 | $19.24 | $30.30 | $25.92 | $26.10 | $34.12 |
| 5 Yr. Avg. | | | | | | **$18.95** | **$21.32** | **$22.09** | **$23.19** | **$27.14** |

# Current Fuel Surcharge Rate Methodology

## Fuel Prices - Five Year Averages
## (Benchmark Value or Strike Price)

| Year | WT 1 | HDF |
|---|---|---|
| 2002 | 23.19 | $1.28 |
| 2001 | 22.09 | $1.25 |
| 2000 | 21.32 | $1.22 |
| 1999 | 18.95 | $1.14 |
| 1998 | 18.53 | N/A |



Highly Confidential

# Current Fuel Surcharge Rate Methodology

## Fuel Intensity Factors (FIF)

| | Carload FIF (Fuel Exp/Total Op Expense per Annual Report | Carload FIF* (Fuel Exp/Total Variable Expense | Intermodal FIF (Fuel Exp/Total Variable Expense) |
|---|---|---|---|
| 2002 | * | 15.1% | 15.7% |
| 2001 | 13.1% | 17.2% | 17.6% |
| 2000 | 13.1% | 17.0% | 17.0% |
| 1999 | 10.2% | 13.0% | 13.9% |
| 1998 | 10.7% | N/A | N/A |

*2002 Annual Report not published until April



Highly Confidential

# Current Fuel Surcharges Rate Methodology

## Trucking Industry Tables

| HDF | Roadway (LTL) | ABF | Overnite (LTL) | Yellow (LTL) | Fed Ex Ground | | UPS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | HDF | FSR | HDF | FSR |
| $0.00 - $0.95 | N/A | -1.0% | N/A | N/A | $0.00 - $1.15 | 0.00% | $0.00 - $1.15 | 0.00% |
| $0.95 - $1.00 | N/A | -0.5% | N/A | N/A | $1.15 - $1.23 | 0.50% | $1.15 - $1.23 | 0.50% |
| $1.00 - $1.10 | N/A | 0.0% | N/A | N/A | $1.23 - $1.31 | 0.75% | $1.23 - $1.31 | 0.75% |
| $1.10 - $1.15 | 0.5% | 0.5% | 0.50% | 0.5% | $1.31 - $1.39 | 1.00% | $1.31 - $1.39 | 1.00% |
| $1.15 - $1.20 | 1.0% | 1.0% | 1.00% | 1.0% | $1.39 - $1.47 | 1.25% | $1.39 - $1.47 | 1.25% |
| $1.20 - $1.25 | 1.5% | 1.5% | 1.50% | 1.5% | $1.47 - $1.55 | 1.50% | $1.47 - $1.55 | 1.50% |
| $1.25 - $1.30 | 2.0% | 2.0% | 2.00% | 1.5% | | | | |
| $1.30 - $1.35 | 2.5% | 2.5% | 2.50% | 2.0% | | | | |
| $1.35 - $1.40 | 3.0% | 3.0% | 2.75% | 2.0% | | | | |
| $1.40 - $1.45 | 3.5% | 3.5% | 3.00% | 2.5% | | | | |
| $1.45 - $1.50 | 4.0% | 4.0% | 3.25% | 2.5% | | | | |
| $1.50 - $1.55 | 4.5% | 4.5% | 3.50% | 3.0% | | | | |
| $1.55 - $1.60 | 5.0% | 5.0% | 3.75% | 3.0% | | | | |
| $1.60 - $1.65 | 5.5% | 5.5% | 4.00% | 4.0% | | | | |
| $1.65 - $1.70 | 6.0% | 6.0% | 4.25% | 4.0% | | | | |
| Formula Rule of Thumb | $0.05 >SP = 0.5% | $0.05 >SP = 0.5% | $.05 > SP = 0.5% or 0.25% | $.05 or $.10 > SP = 0.5% | $0.08 > SP = 0.25% | | $0.08 > SP = 0.25% | |
| Strike Price (SP) | $1.10 | $1.10 | $1.10 | $1.10 | $1.15 | | $1.15 | |
| Reciprocal FSR | No | Yes | No | No | No | | No | |

# Current Fuel Surcharge Rate Methodology

## Fuel Surcharge Tables

**Carload**

| HDF Price At Least | But Less Than | Surcharge |
|---|---|---|
| $0.00 | $1.299 | 0% |
| $1.30 | $1.349 | 1.0% |
| $1.35 | $1.399 | 1.5% |
| $1.40 | $1.449 | 2.0% |
| $1.45 | $1.499 | 2.5% |
| $1.50 | $1.549 | 3.0% |
| $1.55 | $1.599 | 3.5% |
| $1.60 | $1.649 | 4.0% |
| $1.65 | $1.699 | 4.5% |
| $1.70 | $1.749 | 5.0% |
| $1.75 | $1.799 | 5.5% |
| $1.80 | $1.849 | 6.0% |

**Intermodal**

| HDF Price At Least | But Less Than | Surcharge |
|---|---|---|
| $0.00 | $1.239 | 0% |
| $1.24 | $1.279 | 1.0% |
| $1.28 | $1.319 | 1.5% |
| $1.32 | $1.359 | 2.0% |
| $1.36 | $1.399 | 2.5% |
| $1.40 | $1.439 | 3.0% |
| $1.44 | $1.479 | 3.5% |
| $1.48 | $1.519 | 4.0% |
| $1.52 | $1.559 | 4.5% |
| $1.56 | $1.599 | 5.0% |
| $1.60 | $1.639 | 5.5% |
| $1.64 | $1.679 | 6.0% |



Highly Confidential

# Proposed Fuel Surcharge Rate Methodology

## Option 2: MPG Percent of Revenue Recovery Scenario

**MPG Based Diesel Fuel Surcharge Recovery Scenario ($000,000)**

| Highway Diesel Fuel (1) | BNSF Price (Same delta) (2) | BNSF Fuel Cost | Fuel Expense Shortfall | BNSF Fuel Cost (No Coal) (3) | Fuel Expense Shortfall (4) | Surcharge MPG % Based (5) | Difference (5)-(4) (6) |
|---|---|---|---|---|---|---|---|
| $ 1.00 | $ 0.45 | 515 | (114) | 384 | (85) | (87) | (2) |
| $ 1.05 | $ 0.50 | 572 | (57) | 426 | (43) | (43) | (1) |
| $ 1.10 | $ 0.55 | 630 | - | 469 | - | - | - |
| $ 1.15 | $ 0.60 | 687 | 57 | 511 | 43 | 43 | 1 |
| $ 1.20 | $ 0.65 | 744 | 114 | 554 | 85 | 87 | 2 |
| $ 1.25 | $ 0.70 | 801 | 172 | 597 | 128 | 130 | 2 |
| $ 1.30 | $ 0.75 | 859 | 229 | 639 | 170 | 174 | 3 |
| $ 1.32 | $ 0.77 | 881 | 252 | 656 | 188 | 191 | 4 |
| $ 1.35 | $ 0.80 | 916 | 286 | 682 | 213 | 217 | 4 |
| $ 1.40 | $ 0.85 | 973 | 343 | 724 | 256 | 261 | 5 |
| $ 1.45 | $ 0.90 | 1,030 | 401 | 767 | 298 | 304 | 6 |
| $ 1.50 | $ 0.95 | 1,087 | 458 | 810 | 341 | 347 | 6 |
| $ 1.55 | $ 1.00 | 1,145 | 515 | 852 | 384 | 391 | 7 |
| $ 1.60 | $ 1.05 | 1,202 | 572 | 895 | 426 | 434 | 8 |
| $ 1.65 | $ 1.10 | 1,259 | 630 | 938 | 469 | 478 | 9 |
| $ 1.70 | $ 1.15 | 1,316 | 687 | 980 | 511 | 521 | 10 |
| $ 1.75 | $ 1.20 | 1,374 | 744 | 1,023 | 554 | 564 | 10 |
| $ 1.80 | $ 1.25 | 1,431 | 801 | 1,065 | 597 | 608 | 11 |

# Proposed Fuel Surcharges Rate Methodology

## Option 3: Cost Per Mile Scenario (Excluding RCAF Shipments)

| | 2002 Expense ($ mm) | 2002 Gallons | 2002 Miles (LUM) | 2002 MPG | Fuel Shortfall ($ mm) | CPM Surcharge ($ mm) |
|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) |
| Ag | 119 | 163 | 802 | 4.9 | 36 | 36 |
| Coal | 0 | 0 | 0 | 0.0 | 0 | 0 |
| Consumer | 231 | 317 | 3880 | 12.2 | 70 | 75 |
| - Consumer Carload | 58 | 58 | 504 | 8.7 | 17 | 22 |
| - Intermodal | 173 | 238 | 3376 | 14.2 | 52 | 52 |
| Industrial | 171 | 235 | 1060 | 4.5 | 52 | 47 |
| - Taconite | 0 | 0 | 0 | 0.0 | 0 | 0 |
| - Other | 171 | 235 | 1060 | 4.5 | 52 | 47 |
| Total Carload | 348 | 478 | 2365 | 5.0 | 105 | 105 |
| Total Intermodal | 173 | 238 | 3376 | 14.2 | 52 | 52 |
| BNSF Total | 521 | 715 | 5741 | 8.0 | 157 | 157 |

**Uses 14.2 (Intermodal) and 5.0 MPG (Carload) on non-RCAF loaded unit miles**



Highly Confidential

BNSF-0354841

DA04479

# Proposed Fuel Surcharges Rate Methodology

## Mileage-Based Option - (Cost Per Mile Tables)

CARLOAD CPM SURCHARGE TABLE

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge CPM |
|---|---|---|
| $0.80 | $0.85 | -$0.06 |
| $0.85 | $0.90 | -$0.05 |
| $0.90 | $0.95 | -$0.04 |
| $0.95 | $1.00 | -$0.03 |
| $1.00 | $1.05 | -$0.02 |
| $1.05 | $1.10 | -$0.01 |
| $1.10 | $1.15 | $0.00 |
| $1.15 | $1.20 | $0.01 |
| $1.20 | $1.25 | $0.02 |
| $1.25 | $1.30 | $0.03 |
| $1.30 | $1.35 | $0.04 |
| $1.35 | $1.40 | $0.05 |
| $1.40 | $1.45 | $0.06 |
| $1.45 | $1.50 | $0.07 |
| $1.50 | $1.55 | $0.08 |
| $1.55 | $1.60 | $0.09 |
| $1.60 | $1.65 | $0.10 |
| $1.65 | $1.70 | $0.11 |
| $1.70 | $1.75 | $0.12 |
| $1.75 | $1.80 | $0.13 |
| $1.80 | $1.85 | $0.14 |

INTERMODAL CPM SURCHARGE TABLE

| Highway Diesel Fuel Price At Least | But Less Than | Fuel Surcharge CPM |
|---|---|---|
| $0.82 | $0.96 | -$0.02 |
| $0.96 | $1.10 | -$0.01 |
| $1.10 | $1.24 | $0.00 |
| $1.24 | $1.38 | $0.01 |
| $1.38 | $1.53 | $0.02 |
| $1.53 | $1.67 | $0.03 |
| $1.67 | $1.81 | $0.04 |
| $1.81 | $1.95 | $0.05 |
| $1.95 | $2.09 | $0.06 |

**A: Charge a penny per mile for every 5-cent change in fuel prices for carload and every 14-cent change for intermodal**



Highly Confidential

DA04480

BNSF-0354842

**From:** Kyei, Sam A
**Sent:** Mon Aug 30 11:29:22 2004
**To:** Kyei, Sam A; Pacocha, George; Shoop, Gary L; Moynihan, Patrick J; Gillen, George F; Arnett, James A; McNack, Edward G; Carlson, Cheri L; Feldman, Matthew W; Stevens, Jon I; True, Thomas W; Lee, Renita L; Nunez, Juan R; Specht, Eldon
**Cc:** Murray, Nick L; Burr, David T; Simpson, Cheryl L; Maahs, Thomas F
**Subject:** RE: RESCHEDULED - to 08/31 Fuel Surcharge - MPG Tables Revisited
**Importance:** Normal

MEETING RESCHEDULED TO ***08/31/04*** AT 1:00 PM IN MOB-1 Conf Rm 3

John Lanigan has suggested that we reconstitute the team that looked at options for a miles per gallon approach in surcharging for fuel.

He has recommended that we dust off our previous study for his review soon. Since job responsibilities may have changed, please forward this to the right person if you no longer cover the area of responsibility at the time of the study. I have attached our last presentation below.

Agenda:

We will review our last study results including recommendations by George Gillen, Eldon Specht on IT estimates and decide on any updates before the presentation.

<< File: Fuel Surcharge Review Team 041403.ppt >>