# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

## Volume 20 of 29

## DA04613 - DA04663

Intermodal

# Redacted in Full

# DA04614 - DA4619

**Nunez, Juan R**

**:m:** Piggott, Julie A
**Sent:** Friday, September 09, 2005 7:59 AM
**To:** Hickerson, John T; Martin, Cathy A; Nunez, Juan R
**Subject:** FW: Week of 9/5 FSC

Comments from [redacted] on mileage based fuel surcharge.

*Julie Piggott*
*AVP Expedited Services*
*BNSF Railway*
*Phone 817-867-6171*
*Fax 817-352-7125*
*julie.piggott@bnsf.com*

-----Original Message-----
**From:** Thill, Dick J
**Sent:** Friday, September 09, 2005 7:49 AM
**To:** Piggott, Julie A
**Subject:** FW: Week of 9/5 FSC

Julie,

S. has the BNSF "comparison example" relating to the proposed mileage FSC so we have answered his questions relating to equipment type etc. The possible change from % of invoice to mileage is far off on his radar (as well as [redacted] given their contract life through 2007.

For what it's worth, Steve's comments below.

As a side note, I've already advised Steve that BNSF will take a firm stance on FSC next contract go-around.

R. Thill

-----Original Message-----
**From:** [redacted]
**Sent:** Thursday, September 08, 2005 6:56 PM
**To:** Thill, Dick J
**Subject:** RE: Week of 9/5 FSC

Dick,
From an LTL's perspective, this is somewhat useless, and would strike me as potentially being arbitrary. The fact is, the railroad has a finite number of intermodal lanes, and the ramps don't move, so in fact you are just setting a fuel surcharge price for each origin-destination pair. I suppose I have a lot of questions, such as, does one price fit all. If I am moving a low priced double stack container, is that the same price as a 53' trailer? It just doesn't make much sense in your business for all traffic to pay such. I recognize that this fits the mold for the TL carriers who price their services per mile. But the rest of the intermodal community, IMC's, LTL's, and I would think International folks, don't think, price, or cost, in such terms so this brings in an additional complication in your calculation, that being the miles from ramp to ramp.
...ns to me a percentage would be easier for you, as well as a large group of your customers, not to mention a question of an... ...ary adjustments.
If I have a vote, I vote "NO".

# Redacted in Full

# DA04621 - DA4624

Highly Confidential

**Mileage Based Fuel Surcharge Customer Feedback Database**

| Customer | Contact | Pos. | Neu. | Neg. | Comment |
|---|---|---|---|---|---|
| [redacted] | [redacted] | | | * | "Well, this is certainly an idea from hell." |
| [redacted] | [redacted] | | | * | Want grouped mileages to eliminate issues with spreads |
| [redacted] | [redacted] | | | * | Want fuel surcharge in the rate |
| [redacted] | [redacted] | | | * | Want rail mileages, not highway miles (only one customer exception to this opinion) |
| [redacted] | [redacted] | | | * | Want BNSF to create a hedge mechanism for fuel or otherwise lock in the FSC somehow |
| [redacted] | [redacted] | | * | | |
| [redacted] | [redacted] | | | * | Does not see the merit in changing. The Truckers use miles but they base it back to a % of the rate when they charge the customer. |
| [redacted] | [redacted] | | * | | Thinks it has some merit, but they are still under the process of reviewing how it will effect their business |
| [redacted] | [redacted] | * | | | Uses PC Miler for calculations and DOE energy average for truck fuel surcharge application. |
| [redacted] | [redacted] | | * | | |
| [redacted] | [redacted] | | | * | Currently using PC Miler in their system and do not want to have to either purchase or use another application. Presently, Ipsco makes internal calucuations on fuel and goes monthly to their motor carrier vendors with their own % for the month--based upon DOE average. |
| [redacted] | [redacted] | | * | | Uses PC Miler for determining mileage. Joe McGonigle is studying our program. |
| [redacted] | [redacted] | | * | | Still under review. |
| [redacted] | [redacted] | | * | | Believe short hauls will balance out longer haul business. All truck using % based FSC. |
| [redacted] | [redacted] | | | * | Do not want to change due to huge admin. expense internally. Only BNSF local shipments impacted, interline still %. All other RR's %. Pay their 400+ truckers on % basis. |
| [redacted] | [redacted] | * | | | Need specific process of the BNSF proposed method to make system design changes. Raven currently uses PC Miler vs HHG. This adds an extra step & more costs to process for Raven with their customers. BNSF has negotiated a discounted price for HHG Rand McNally that they can use. |
| [redacted] | [redacted] | | * | | SSCC uses both mileage and % of frt bill with truckers. No systems issues at this time. They are supportive if they see less FSC than current on comparative basis |
| [redacted] | [redacted] | * | | | Calculate truck ( Percent mileage basis) manually. Will need to do Rail Manually also. Would like BNSF to furnish HHG Milage guide ( Rand McNally Mile make data base to make calulations easier, as Texpar does not currently have. Advised them of discounted program. |
| [redacted] | [redacted] | | * | | Currently, bulk of shipments are interline. They plan to go to move rule 11 on future shipments. This will add complexity to their process. |
| [redacted] | [redacted] | * | | | They pay their trucks primarily on a % basis. Going to a mileage basis will add another process, even though their FSC rates should be lower. |
| [redacted] | [redacted] | | * | | |
| [redacted] | [redacted] | | * | | |
| [redacted] | [redacted] | | * | | Fairer, but Rhodia will be challenged to implement in its freight rating system software. |
| [redacted] | [redacted] | | | * | An "administrative nightmare" for Basell |
| [redacted] | [redacted] | * | | | Likes the more equitable measure (very fair) |
| [redacted] | [redacted] | | * | | More equitable but concerned about administrative requirements. Also believes strike price should be higher. |
| [redacted] | [redacted] | | * | | Majority of origins are on the CN or CP, so won't be impacted. |
| [redacted] | [redacted] | | | * | Lumber rates in their system are based upon miles in PC Miler plus Abitibi's lumber group loads BNSF rates by lumber groups. They now have to break out all of their O/D pairs. |
| [redacted] | [redacted] | | * | | Still reviewing |
| [redacted] | [redacted] | | * | | |
| [redacted] | [redacted] | | * | | |

17

BNSF-FSC 000271
HIGHLY CONFIDENTIAL

# Mileage Based Fuel Surcharge Update
# Marketing Staff Meeting
# October 17, 2005

BNSF/NJAG
00271
CONFIDENTIAL

BNSF RAILWAY

DA04626

# Mileage Based Fuel Surcharge (MBFSC)
## Objectives

BNSF-FSC 000272
HIGHLY CONFIDENTIAL

- Migrate customers from "percentage of revenue" to mileage based fuel surcharge
- Insulate railroad profitability from fuel price swings
- Fair system

BNSF/NJAG
00272
CONFIDENTIAL

# MBFSC
## Customer Feedback, more detail

BNSF-FSC 000273
HIGHLY CONFIDENTIAL

- Results*
  - 45% do not support the change
    - Administrative expense/costs, complexity/time consuming/nightmare, payable/auditing systems
    - Lack of expertise in contract administration, timing of implementation
    - Ease of doing business, customers already agreed to program
    - Most truckers use percent of revenue, pays more under MBFSC (long haul customer)
  - 27% will consider the change with adjustments
    - Change strike price to higher, PC Miler rail miles instead of Hwy miles, extend effective date
    - Exempt some customers, more table groupings, add connecting RR's, wait until contract expires
    - Simplify invoice reconciliation
  - 28% support the change to MBFSC
    - Fair and equitable, based on usage/costs, pays less under MBFSC/Short Haul Customer

*Non-scientific survey results

BNSF/NJAG
00273
CONFIDENTIAL



DA04628

# MBFSC
## Completed Tasks

BNSF-FSC 000274
HIGHLY CONFIDENTIAL

- MBFSC based on highway miles: Carload, Auto, Consumer
- MSFSC based on rail miles: Coal, Ag
- Fuel Intensity Tables
  - Ag/Carload = 4 mpg, Coal = 6mpg, Auto = 5 mpg
  - Container = 18 mpg, trailer = 11 mpg
- Highway mileage look-up tool on the web
- Powerpoint decks for customer communication
- News Releases, FAQ's
- Web page is built, mileage tables are on the web
- Internal systems significantly complete, on track w/plan
- Two staff have been added to finance
- Internal publications have been completed

BNSF/NJAG
00274
CONFIDENTIAL



DA04629

# MBFSC
## Dates/Milestones




BNSF-FSC 000275
HIGHLY CONFIDENTIAL

BNSF/NJAG
00275
CONFIDENTIAL



DA04630

# MBFSC
## Open Items for BNSF

BNSF-FSC 000276
HIGHLY CONFIDENTIAL

- Validating highway mileage look-up process
- Conversion of Ag from highway miles to rail miles
- Planning a web-based utility for customers to view their mileages
- "Hard" cutover versus "soft"
- Critical path = time between beta test of customers and publication date of tariff
- Status of customer's receivable process(es)

BNSF/NJAG
00276
CONFIDENTIAL



DA04631

BNSF-FSC 000277
HIGHLY CONFIDENTIAL

# Appendix

BNSF/NJAG
00277
CONFIDENTIAL



DA04632

# Fuel Surcharge Revenue

$ Millions




| | 2005F | 2004 |
|---|---|---|
| WTI | $57.89 | $41.40 |
| HDF | $2.34 | $1.81 |

* Based on August Forecast

BNSF RAILWAY



BNSF-FSC 000278
HIGHLY CONFIDENTIAL

BNSF/NJAG
00278
CONFIDENTIAL

DA04633

# Fuel Participation * (includes interline)

BNSF-FSC 000279
HIGHLY CONFIDENTIAL

| Participation (based on Revenue $) | 2004 Actual | 2005 Forecast | 2006 Plan | 2007 Plan | 2008 Plan | 2009 Plan | 2010 Plan |
|---|---|---|---|---|---|---|---|
| Coal | 5% | 20% | 27% | 38% | 45% | 47% | 54% |
| Ag | 86% | 87% | 90% | 93% | 97% | 97% | 97% |
| Industrial | 71% | 80% | 84% | 88% | 89% | 90% | 91% |
| Consumer | 59% | 77% | 81% | 85% | 92% | 95% | 95% |
| Total | 54% | 68% | 72% | 77% | 85% | 87% | 89% |

* Participation = FSC $ billed / (Gross * BNSF's FSC Rate)

BNSF/NJAG
00279
CONFIDENTIAL



DA04634

**From:** Wertz, Linda L
**Sent:** Thu Oct 20 13:11:40 2005
**To:** MKT DL Exempt All; CORP DL Communications
**Cc:** Morgan, Marsha K; Ayres, James D
**Subject:** FW: BNSF Details Fuel-Surcharge Plan for Coal, Agricultural Products
**Importance:** Normal

The attached advisory has been sent today, October 20, to all BNSF customers designated to receive Marketing News advisories. It has also been posted to the Customer Updates section of the BNSF Web site, including Agricultural Products.

Linda Wertz
Manager, Customer Interface
817-867-6982
linda.wertz@bnsf.com

To: BNSF Customers October 20, 2005

BNSF Details Fuel-Surcharge Plan
for Coal, Agricultural Products

BNSF Railway Company today announced that its mileage-based fuel surcharge program will take effect for Coal and Agricultural Products customers January 1, 2006, as scheduled. **An effective date for the mileage-based program for intermodal, automotive and other carload customers will be announced later.**

Customer feedback indicated that while a mileage-based fuel surcharge program is considered more fair and equitable than the current percentage-based program, some customers need more time to make adjustments to their own information systems to accommodate the new program.

BNSF is making and testing the changes to its information systems required to implement the mileage-based fuel surcharge program, and expects to complete that process later this year.

**Intermodal, automotive and carload customers other than Coal and Agricultural Products customers will continue to pay a fuel surcharge based on percentage of their freight transportation bills.**

As announced earlier this year, non-Rule 11 interline shipments also will continue to use the percentage-based fuel surcharge. Currently, the system used by the rail industry to electronically exchange interline billing and settlement information cannot accommodate a mileage-based fuel surcharge.

For Agricultural Products customers, the mileage-based fuel surcharge will reflect rail mileage between origin and destination points according to BNSF's on-line rail mileage inquiry tool at http://www.bnsf.com/bnsf.was5/RailMiles/RMCentralController, instead of highway mileage as originally announced.

For Coal unit-train customers, the mileage-based fuel surcharge will be based on rail mileage between origin and destination points, as originally announced.

Other aspects of the mileage-based fuel surcharge program, the rail industry's first, remain unchanged. More information about BNSF's fuel-surcharge programs and tables for both mileage- and percentage-based programs are available at http://www.bnsf.com/tools/prices/fuelsurcharge/index.html.

**From:** Gillen, George F
**Sent:** Mon Oct 24 11:10:10 2005
**To:** Reyff, Randy R; Large, Brian A; Shoop, Gary L; Kyei, Sam A
**Cc:** Gillen, George F; Engstrom, James C; Alegria, David R; Arnett, James A
**Subject:** Draft Versions of FSC Items 3375, 3380 and new 3381
**Importance:** Normal
**Attachments:** Item 3375 New.doc; Item 3380 Coal Current.doc; Item 3380 Coal New.doc; Item 3381 Coal.doc; Item 3375 Current.doc; Coal Page BNSF Mileage.doc

Randy, as a follow-up to our conversation this morning, and so you can discuss them in your meeting this afternoon, attached are our "draft" versions of the FSC items to be published in Rules Book 6100 on Oct 31.

You indicated the Coal group may want a separate and new item to cover the Mileage Based FSC, so we have developed Item 3381 for your teams review and approval. The current draft is structured to accommodate your group developing a table of rail miles applying on your unit train O/D pairs that would be posted on the internet. It also provides for the application of BNSF Rail Miles when an O/D pair is not listed in the table. Additionally, as the draft items are structured, your less than unit-train shipments would continue to fall to Item 3375. Is that still what the Coal team wants to happen?

Only minor changes were made to the new version of Item 3380. The tables, and application of the percentage based FSC, have not been changed as I understand the Coal team will continue to apply the same percentages as you have in the past. They are higher than those in Item 3375. If you decide to have both of your FSC programs covered in Item 3380 we could structure it similar to the "Item 3375 New" shown below.

Finally, I have also attached a draft version of the Coal Internet information page. Please look it over as well, and see if have anything that you feel should be added.

Decisions on what mileage are to be used is critical to us moving forward with our publication, so I would appreciate everyone addressed keeping us apprised of the decisions made so we can be ready for publication on the 31st.

George F. Gillen
BNSF Railway, Price Management
Phone: 817-593-1131
Fax: 817-593-2909
Email: George.Gillen@BNSF.com

<<...>> <<...>> <<...>> <<...>> <<...>> <<...>>

***Item 3375E - Charge – Fuel Surcharge – (Issued October 31 – Effective January 1, 2006) (Increase)***

All tables in Sections A and B herein are calculated by determining the average price of Highway Diesel Fuel (HDF) in the month two months prior to the effective date of the Fuel Surcharge (FSC). Per example below, the HDF as calculated in May will be used for the applicable FSC in July.

**Example:**




------------------------------------------------------------------------------------------------------------------------------

SECTION A: Applying on all carload traffic with the following exception; this section does not apply when in conflict with Section B, Item 3375-Series, Item 3380-Series and Item 3381-Series of BNSF Rules Book 6100-Series herein.

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, when applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the fuel surcharge applies, a fuel surcharge, as shown in the Fuel Surcharge Table, may be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The fuel surcharge rates will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The fuel surcharge shall be included on the invoice for freight charges for each shipment
The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $1.25 to $1.299 | 0.5% | $1.90 to $1.949 | 7.0% |
| $1.30 to $1.349 | 1.0% | $1.95 to $1.999 | 7.5% |
| $1.35 to $1.399 | 1.5% | $2.00 to $2.049 | 8.0% |
| $1.40 to $1.449 | 2.0% | $2.05 to $2.099 | 8.5% |
| $1.45 to $1.499 | 2.5% | $2.10 to $2.149 | 9.0% |
| $1.50 to $1.549 | 3.0% | $2.15 to $2.199 | 9.5% |
| $1.55 to $1.599 | 3.5% | $2.20 to $2.249 | 10.0% |
| $1.60 to $1.649 | 4.0% | $2.25 to $2.299 | 10.5% |
| $1.65 to $1.699 | 4.5% | $2.30 to $2.349 | 11.0% |

| | | | |
|---|---|---|---|
| $1.70 to $1.749 | 5.0% | $2.35 to $2.399 | 11.5% |
| $1.75 to $1.799 | 5.5% | $2.40 to $2.449 | 12.0% |
| $1.80 to $1.849 | 6.0% | $2.45 to $2.499 | 12.5% |
| $1.85 to $1.899 | 6.5% | $2.50 to $2.549 | 13.0% |

(Item continued on next page)

*Item 3375E - Charge – Fuel Surcharge (Item Continued)*

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $2.55 to $2.599 | 13.5% | $2.80 to $2.849 | 16.0% |
| $2.60 to $2.649 | 14.0% | $2.85 to $2.899 | 16.5% |
| $2.65 to $2.699 | 14.5% | $2.90 to $2.949 | 17.0% |
| $2.70 to $2.749 | 15.0% | $2.95 to $2.999 | 17.5% |
| $2.75 to $2.799 | 15.5% | $3.00 to $3.049 | 18.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

*Example:*

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $2.0356 Per Gallon, July's FSR would be 8.0%. Thus, for each $100.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $8.00.

-------------------------------------------------------------------------------------------------------------------------------

SECTION B: Applying on Local Shipments (Routed BNSF Direct), Accounting Rule 11 and Junction Settlement Short Line shipments of Agricultural Commodities. For a list of Agricultural Commodities, refer to BNSF web page at ???????????

Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

Shipments made pursuant to pricing documents referring hereto may be subject to a Mileage Based Fuel Surcharge (MBFS), when applicable. The MBFS will be calculated by multiplying the applicable fuel surcharge per mile times the number of miles per shipment.

The applicable fuel surcharge per mile, as shown in the Fuel Surcharge Table, will be determined by using the
U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the MBFS applies, an MBFS may be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The MBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The MBFS shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Mileage calculations will be based on BNSF's Railway Miles as published in BNSF web page under Customer Tools then Rail Mileage Inquiry, http://www.bnsf.com/bnsf.was5/RailMiles/RMCentralController. The mileage calculation will apply between each shipment's billed origin and destination.

(Item continued on next page)

*Item 3375E - Charge – Fuel Surcharge (Item Concluded)*

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.13 to $2.169 | 0.23 |
| $1.25 to $1.289 | 0.01 | $2.17 to $2.209 | 0.24 |
| $1.29 to $1.329 | 0.02 | $2.21 to $2.249 | 0.25 |
| $1.33 to $1.369 | 0.03 | $2.25 to $2.289 | 0.26 |
| $1.37 to $1.409 | 0.04 | $2.29 to $2.329 | 0.27 |
| $1.41 to $1.449 | 0.05 | $2.33 to $2.369 | 0.28 |
| $1.45 to $1.489 | 0.06 | $2.37 to $2.409 | 0.29 |
| $1.49 to $1.529 | 0.07 | $2.41 to $2.449 | 0.30 |
| $1.53 to $1.569 | 0.08 | $2.45 to $2.489 | 0.31 |
| $1.57 to $1.609 | 0.09 | $2.49 to $2.529 | 0.32 |
| $1.61 to $1.649 | 0.10 | $2.53 to $2.569 | 0.33 |
| $1.65 to $1.689 | 0.11 | $2.57 to $2.609 | 0.34 |
| $1.69 to $1.729 | 0.12 | $2.61 to $2.649 | 0.35 |
| $1.73 to $1.769 | 0.13 | $2.65 to $2.689 | 0.36 |
| $1.77 to $1.809 | 0.14 | $2.69 to $2.729 | 0.37 |
| $1.81 to $1.849 | 0.15 | $2.73 to $2.769 | 0.38 |
| $1.85 to $1.889 | 0.16 | $2.77 to $2.809 | 0.39 |
| $1.89 to $1.929 | 0.17 | $2.81 to $2.849 | 0.40 |
| $1.93 to $1.969 | 0.18 | $2.85 to $2.889 | 0.41 |
| $1.97 to $2.009 | 0.19 | $2.89 to $2.929 | 0.42 |
| $2.01 to $2.049 | 0.20 | $2.93 to $2.969 | 0.43 |
| $2.05 to $2.089 | 0.21 | $2.97 to $3.009 | 0.44 |
| $2.09 to $2.129 | 0.22 | $3.01 to $3.049 | 0.45 |

Each $0.04 per gallon increase thereafter, apply an additional $0.01 per mile.

Example:
If May's average monthly price of HDF is $1.856 Per Gallon then the MBFS applied in July would be $0.16 per mile. Thus, for a shipment traveling 1,000 BNSF railway miles a Fuel Surcharge of $160 would apply.

***Item 3380 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments – Issued June 8, 2004 – Effective July 1, 2004***

Coal shipments made pursuant to pricing authorities referring hereto shall be assessed a fuel surcharge, when applicable. Such fuel surcharge shall be applicable when the U.S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month of (Time Period) equals or exceeds $1.24 per gallon. The applicable fuel surcharge will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month. Such fuel surcharge shall be included on the invoice for freight charges for each shipment so assessed. Charges for miscellaneous and accessorial services shall not be subject to fuel surcharge application.

Coal Fuel Surcharge Rates (CFSR) will be adjusted monthly. The Coal Fuel Surcharge Table will be subject to periodic review.

CFSR = See Table Below.
Where CFSR = Coal Fuel Surcharge Rate.

HDF = prior Time Period's U. S. Average monthly price of Retail On-Highway Diesel Fuel.

Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

| **Time Period's Average Price of HDF Between** | **Applicable Fuel Surcharge Rate (CFSR)** | **Time Period's Average Price of HDF Between** | **Applicable Fuel Surcharge Rate (CFSR)** |
|---|---|---|---|
| $0.00 to $1.239 | 0.0% | $2.00 TO $2.039 | 10.0% |
| $1.24 to $1.279 | 0.5% | $2.04 TO $2.079 | 10.5% |
| $1.28 to $1.319 | 1.0% | $2.08 TO $2.119 | 11.0% |
| $1.32 to $1.359 | 1.5% | $2.12 TO $2.159 | 11.5% |
| $1.36 to $1.399 | 2.0% | $2.16 TO $2.199 | 12.0% |
| $1.40 to $1.439 | 2.5% | $2.20 TO $2.239 | 12.5% |
| $1.44 to $1.479 | 3.0% | $2.24 TO $2.279 | 13.0% |
| $1.48 to $1.519 | 3.5% | $2.28 TO $2.319 | 13.5% |
| $1.52 to $1.559 | 4.0% | $2.32 TO $2.359 | 14.0% |
| $1.56 to $1.599 | 4.5% | $2.36 TO $2.399 | 14.5% |
| $1.60 to $1.639 | 5.0% | $2.40 TO $2.439 | 15.0% |
| $1.64 to $1.679 | 5.5% | $2.44 TO $2.479 | 15.5% |
| $1.68 to $1.719 | 6.0% | $2.48 TO $2.519 | 16.0% |
| $1.72 to $1.759 | 6.5% | $2.52 TO $2.559 | 16.5% |
| $1.76 to $1.799 | 7.0% | $2.56 TO $2.599 | 17.0% |
| $1.80 to $1.839 | 7.5% | $2.26 TO $2.639 | 17.5% |
| $1.84 to $1.879 | 8.0% | $2.64 TO $2.679 | 18.0% |
| $1.88 to $1.919 | 8.5% | $2.68 TO $2.719 | 18.5% |
| $1.92 to $1.959 | 9.0% | $2.72 TO $2.759 | 19.0% |

| | | | |
|---|---|---|---|
| $1.96 to $1.999 | 9.5% | $2.76 TO $2.799 | 19.5% |

(Item continued on next page)

***Item 3380 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (Item Concluded)***

If the U.S. National Average Fuel Index exceeds $1.999 per gallon, the CFSR will increase as follows: for each $0.04 per gallon increase (or fraction thereof) thereafter, an additional 0.5% will be applied.

***Example:***

For a Coal Fuel Surcharge applied for shipments during the month of July, assuming the prior Time
Period's (May) average monthly price of HDF was $1.338 Per Gallon, July's FSR would be 1.5%.
Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.15.

---

***Item 3380 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments – (Issued October 31, 2005 – Effective January 1, 2006) (Increase)***

This Item does not apply when in conflict with Item 3381-Series, BNSF Rules Book 6100-Series herein.

Coal shipments made pursuant to pricing authorities referring hereto shall be assessed a fuel surcharge, when applicable. Such fuel surcharge shall be applicable when the U.S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month of (Time Period) equals or exceeds $1.24 per gallon. The applicable fuel surcharge will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month. Such fuel surcharge shall be included on the invoice for freight charges for each shipment so assessed. Charges for miscellaneous and accessorial services shall not be subject to fuel surcharge application.

Coal Fuel Surcharge Rates (CFSR) will be adjusted monthly. The Coal Fuel Surcharge Table will be subject to periodic review.

CFSR = See Table Below.
Where CFSR = Coal Fuel Surcharge Rate.

HDF = prior Time Period's U. S. Average monthly price of Retail On-Highway Diesel Fuel.

Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

| **Time Period's Average Price of HDF Between** | **Applicable Fuel Surcharge Rate (CFSR)** | **Time Period's Average Price of HDF Between** | **Applicable Fuel Surcharge Rate (CFSR)** |
|---|---|---|---|
| $0.00 to $1.239 | 0.0% | $2.00 TO $2.039 | 10.0% |
| $1.24 to $1.279 | 0.5% | $2.04 TO $2.079 | 10.5% |
| $1.28 to $1.319 | 1.0% | $2.08 TO $2.119 | 11.0% |
| $1.32 to $1.359 | 1.5% | $2.12 TO $2.159 | 11.5% |
| $1.36 to $1.399 | 2.0% | $2.16 TO $2.199 | 12.0% |
| $1.40 to $1.439 | 2.5% | $2.20 TO $2.239 | 12.5% |
| $1.44 to $1.479 | 3.0% | $2.24 TO $2.279 | 13.0% |
| $1.48 to $1.519 | 3.5% | $2.28 TO $2.319 | 13.5% |
| $1.52 to $1.559 | 4.0% | $2.32 TO $2.359 | 14.0% |
| $1.56 to $1.599 | 4.5% | $2.36 TO $2.399 | 14.5% |
| $1.60 to $1.639 | 5.0% | $2.40 TO $2.439 | 15.0% |
| $1.64 to $1.679 | 5.5% | $2.44 TO $2.479 | 15.5% |
| $1.68 to $1.719 | 6.0% | $2.48 TO $2.519 | 16.0% |
| $1.72 to $1.759 | 6.5% | $2.52 TO $2.559 | 16.5% |
| $1.76 to $1.799 | 7.0% | $2.56 TO $2.599 | 17.0% |
| $1.80 to $1.839 | 7.5% | $2.26 TO $2.639 | 17.5% |

| | | | |
|---|---|---|---|
| $1.84 to $1.879 | 8.0% | $2.64 TO $2.679 | 18.0% |
| $1.88 to $1.919 | 8.5% | $2.68 TO $2.719 | 18.5% |
| $1.92 to $1.959 | 9.0% | $2.72 TO $2.759 | 19.0% |
| $1.96 to $1.999 | 9.5% | $2.76 TO $2.799 | 19.5% |

(Item continued on next page)

***Item 3380 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (Item Concluded)***

If the U.S. National Average Fuel Index exceeds $1.999 per gallon, the CFSR will increase as follows: for each $0.04 per gallon increase (or fraction thereof) thereafter, an additional 0.5% will be applied.

***Example:***

For a Coal Fuel Surcharge applied for shipments during the month of July, assuming the prior Time
Period's (May) average monthly price of HDF was $1.338 Per Gallon, July's FSR would be 1.5%.
Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.15.

---

***Item 3381 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (STCCs 1121110, 1121212, 1121220 and 1121290) – (Issued October 31 – Effective January 1, 2006) (Increase)***

Applying on Local Shipments (Routed BNSF Direct), Accounting Rule 11 and Junction Settlement Short Line shipments. Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

The applicable fuel surcharge per mile, as shown in the Fuel Surcharge Table, will be determined by using
U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the Coal Mileage Based Fuel Surcharge (CMBFS) applies, a CMBFS may be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The CMBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The CMBFS shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Mileage calculations will be based on BNSF Railway Miles as published in BNSF web page ?????. In the event that BNSF miles are not listed at ??????, apply miles per BNSF 6003 Rail Miles Inquiry at BNSF web page http://www.bnsf.com/bnsf.sph/RailMiles. The mileage calculation will apply between each shipment's billed origin and destination.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.15 to $2.209 | 0.16 |
| $1.25 to $1.309 | 0.01 | $2.21 to $2.269 | 0.17 |
| $1.31 to $1.369 | 0.02 | $2.27 to $2.329 | 0.18 |
| $1.37 to $1.429 | 0.03 | $2.33 to $2.389 | 0.19 |
| $1.43 to $1.489 | 0.04 | $2.39 to $2.449 | 0.20 |
| $1.49 to $1.549 | 0.05 | $2.45 to $2.509 | 0.21 |
| $1.55 to $1.609 | 0.06 | $2.51 to $2.569 | 0.22 |
| $1.61 to $1.669 | 0.07 | $2.57 to $2.629 | 0.23 |
| $1.67 to $1.729 | 0.08 | $2.63 to $2.689 | 0.24 |
| $1.73 to $1.789 | 0.09 | $2.69 to $2.749 | 0.25 |
| $1.79 to $1.849 | 0.10 | $2.75 to $2.809 | 0.26 |
| $1.85 to $1.909 | 0.11 | $2.81 to $2.869 | 0.27 |
| $1.91 to $1.969 | 0.12 | $2.87 to $2.929 | 0.28 |
| $1.97 to $2.029 | 0.13 | $2.93 to $2.989 | 0.29 |
| $2.03 to $2.089 | 0.14 | $2.99 to $3.049 | 0.30 |
| $2.09 to $2.149 | 0.15 | $3.05 to $3.109 | 0.31 |

Each $0.06 per gallon increase thereafter, apply an additional $0.01 per mile.

Example: If May's average monthly price of HDF is $1.856 Per Gallon then the CMBFS applied in July would be $0.11 per mile. Thus, for a shipment traveling 1,000 BNSF railway miles a Fuel Surcharge of $110.00 would apply.

*Item 3375D - Charge – Fuel Surcharge, Issued August 31, 2005 – Effective September 20, 2005*

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, if applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month (Time Period) equals or exceeds $1.25 per gallon a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the 1st of the second following month. Such fuel surcharge shall be included on the bill for freight charges for each shipment.

Fuel Surcharge Rates (FSR) will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review.

FSR = See Table Below.
Where FSR = Fuel Surcharge Rate.
HDF = prior Time Periods U. S. Average monthly price of Retail On-Highway Diesel Fuel.

Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

| **Fuel Surcharge Table** | | | |
|---|---|---|---|
| **Time Periods Average <u>Price of HDF Between</u>** | **<u>Applicable Fuel Surcharge</u>** | **Time Periods Average <u>Price of HDF Between</u>** | **<u>Applicable Fuel Surcharge</u>** |
| $1.25 to $1.299 | 0.5% | $2.50 to $2.099 | 8.5% |
| $1.30 to $1.349 | 1.0% | $2.10 to $2.149 | 9.0% |
| $1.35 to $1.399 | 1.5% | $2.20 to $2.199 | 9.5% |
| $1.40 to $1.449 | 2.0% | $2.20 to $2.249 | 10.0% |
| $1.45 to $1.499 | 2.5% | $2.25 to $2.299 | 10.5% |
| $1.50 to $1.549 | 3.0% | $2.30 to $2.349 | 11.0% |
| $1.55 to $1.599 | 3.5% | $2.35 to $2.399 | 11.5% |
| $1.60 to $1.649 | 4.0% | $2.24 to $2.449 | 12.0% |
| $1.65 to $1.699 | 4.5% | $2.45 to $2.499 | 12.5% |
| $1.70 to $1.749 | 5.0% | $2.50 to $2.549 | 13.0% |
| $1.75 to $1.799 | 5.5% | $2.55 to $2.599 | 13.5% |
| $1.80 to $1.849 | 6.0% | $2.60 to $2.649 | 14.0% |
| $1.85 to $1.899 | 6.5% | $2.65 to $2.699 | 14.5% |
| $1.90 to $1.949 | 7.0% | $2.70 to $2.749 | 15.0% |
| $1.95 to $1.999 | 7.5% | $2.75 to $2.799 | 15.5% |
| $2.00 to $2.049 | 8.0% | $2.80 to $2.849 | 16.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

***Example:***

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.556 Per Gallon, July's FSR would be 3.5% . Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the
Fuel Surcharge would be $0.35.

# BNSF Mileage-Based Fuel Surcharge

ALSO SEE...

## Coal Unit Trains

**Fuel Surcharge on Coal Unit Train and Trainload Shipments (STCCs 1121110, 1121212, 1121220 and 1121290)**

Applying on Local shipments (routed BNSF direct), Accounting Rule 11 and Junction Settlement Short Line shipments. Not applicable on interline traffic.

Coal shipments made pursuant to pricing documents referring hereto may be subject to a Coal Mileage-Based Fuel Surcharge (CMBFS), when applicable. The CMBFS will be calculated by multiplying the applicable fuel surcharge per mile times the number of miles per shipment.

The applicable fuel surcharge per mile, as shown in the Fuel Surcharge Table, will be determined by using the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the CMBFS applies, a CMBFS may be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The CMBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The CMBFS shall be included on the invoice for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the CMBFS.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Mileage calculations will be based on BNSF Railway Miles. The mileage calculation will apply between each shipment's billed origin and destination.

| Highway Diesel Fuel Price | | Fuel Surcharge $ per Mile |
|---|---|---|
| **At Least** | **But Less Than** | |
| | 1.249 | 0.00 |
| 1.250 | 1.309 | 0.01 |
| 1.310 | 1.369 | 0.02 |
| 1.370 | 1.429 | 0.03 |
| 1.430 | 1.489 | 0.04 |
| 1.490 | 1.549 | 0.05 |

| | | |
|---|---|---|
| 1.550 | 1.609 | 0.06 |
| 1.610 | 1.669 | 0.07 |
| 1.670 | 1.729 | 0.08 |
| 1.730 | 1.789 | 0.09 |
| 1.790 | 1.849 | 0.10 |
| 1.850 | 1.909 | 0.11 |
| 1.910 | 1.969 | 0.12 |
| 1.970 | 2.029 | 0.13 |
| 2.030 | 2.089 | 0.14 |
| 2.090 | 2.149 | 0.15 |
| 2.150 | 2.209 | 0.16 |
| 2.210 | 2.269 | 0.17 |
| 2.270 | 2.329 | 0.18 |
| 2.330 | 2.389 | 0.19 |
| 2.390 | 2.449 | 0.20 |
| 2.450 | 2.509 | 0.21 |

Each $0.06 per gallon increase thereafter, apply an additional $0.01 per mile.

Example:

If May's average monthly price of HDF is $1.856 Per Gallon then the CMBFS applied in July would be $0.11 per mile. Thus, for a shipment traveling 1,000 BNSF Railway Miles a Fuel Surcharge of $110.00 would apply.

Final Version; Published 11/16/05



*Item 3375E - Charge – Fuel Surcharge – (Issued November 16, 2005 – Effective January 1, 2006) (Increase)*

All tables in Sections A and B herein are calculated by determining the average price of Highway Diesel Fuel (HDF) in the month two months prior to the effective date of the Fuel Surcharge (FSC). Per example below, the HDF as calculated in May will be used for the applicable FSC in July.

**Example:**




SECTION A: Applying on all carload traffic with the following exception; this section does not apply when in conflict with Section B, Item 3375-Series, Item 3380-Series and Item 3381-Series of BNSF Rules Book 6100-Series herein.

Shipments made under pricing documents referring hereto will be subject to a fuel surcharge, when applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the fuel surcharge applies, a fuel surcharge, as shown in the Fuel Surcharge Table, will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The fuel surcharge rates will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The fuel surcharge shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov . Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $1.25 to $1.299 | 0.5% | $1.90 to $1.949 | 7.0% |
| $1.30 to $1.349 | 1.0% | $1.95 to $1.999 | 7.5% |
| $1.35 to $1.399 | 1.5% | $2.00 to $2.049 | 8.0% |
| $1.40 to $1.449 | 2.0% | $2.05 to $2.099 | 8.5% |
| $1.45 to $1.499 | 2.5% | $2.10 to $2.149 | 9.0% |
| $1.50 to $1.549 | 3.0% | $2.15 to $2.199 | 9.5% |
| $1.55 to $1.599 | 3.5% | $2.20 to $2.249 | 10.0% |
| $1.60 to $1.649 | 4.0% | $2.25 to $2.299 | 10.5% |
| $1.65 to $1.699 | 4.5% | $2.30 to $2.349 | 11.0% |
| $1.70 to $1.749 | 5.0% | $2.35 to $2.399 | 11.5% |
| $1.75 to $1.799 | 5.5% | $2.40 to $2.449 | 12.0% |
| $1.80 to $1.849 | 6.0% | $2.45 to $2.499 | 12.5% |
| $1.85 to $1.899 | 6.5% | $2.50 to $2.549 | 13.0% |

(Item continued on next page)

*Item 3375E - Charge – Fuel Surcharge (Item Continued)*

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge | Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|---|---|
| $2.55 to $2.599 | 13.5% | $2.80 to $2.849 | 16.0% |
| $2.60 to $2.649 | 14.0% | $2.85 to $2.899 | 16.5% |
| $2.65 to $2.699 | 14.5% | $2.90 to $2.949 | 17.0% |
| $2.70 to $2.749 | 15.0% | $2.95 to $2.999 | 17.5% |
| $2.75 to $2.799 | 15.5% | $3.00 to $3.049 | 18.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

***Example:***

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $2.0356 Per Gallon, July's Fuel Surcharge Rate (FSR) would be 8.0%. Thus, for each $100.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $8.00.

---

SECTION B: Applying on Local Shipments (Routed BNSF Direct), Accounting Rule 11 and Junction Settlement Short Line shipments of Agricultural Commodities. For a list of Agricultural Commodities, refer to BNSF web page at http://www.bnsf.com/tools/prices/fuelsurcharge/agstccs.html.

Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

Shipments made pursuant to pricing documents referring hereto will be subject to a Mileage Based Fuel Surcharge (MBFS), when applicable. The MBFS will be calculated by multiplying the applicable fuel surcharge per mile times the number of miles per shipment.

The applicable fuel surcharge per mile, as shown in the Fuel Surcharge Table, will be determined by using the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the MBFS applies, an MBFS will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The MBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The MBFS shall be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Mileage calculations will be based on Railway Miles as published in BNSF web page under Customer Tools then Rail Mileage Inquiry, http://www.bnsf.com/bnsf.was5/RailMiles/RMCentralController. The mileage calculation will apply between each shipment's billed origin and destination.

(Item continued on next page)

*Item 3375E - Charge – Fuel Surcharge (Item Concluded)*

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.13 to $2.169 | 0.23 |
| $1.25 to $1.289 | 0.01 | $2.17 to $2.209 | 0.24 |
| $1.29 to $1.329 | 0.02 | $2.21 to $2.249 | 0.25 |
| $1.33 to $1.369 | 0.03 | $2.25 to $2.289 | 0.26 |
| $1.37 to $1.409 | 0.04 | $2.29 to $2.329 | 0.27 |
| $1.41 to $1.449 | 0.05 | $2.33 to $2.369 | 0.28 |
| $1.45 to $1.489 | 0.06 | $2.37 to $2.409 | 0.29 |
| $1.49 to $1.529 | 0.07 | $2.41 to $2.449 | 0.30 |
| $1.53 to $1.569 | 0.08 | $2.45 to $2.489 | 0.31 |
| $1.57 to $1.609 | 0.09 | $2.49 to $2.529 | 0.32 |
| $1.61 to $1.649 | 0.10 | $2.53 to $2.569 | 0.33 |
| $1.65 to $1.689 | 0.11 | $2.57 to $2.609 | 0.34 |
| $1.69 to $1.729 | 0.12 | $2.61 to $2.649 | 0.35 |
| $1.73 to $1.769 | 0.13 | $2.65 to $2.689 | 0.36 |
| $1.77 to $1.809 | 0.14 | $2.69 to $2.729 | 0.37 |
| $1.81 to $1.849 | 0.15 | $2.73 to $2.769 | 0.38 |
| $1.85 to $1.889 | 0.16 | $2.77 to $2.809 | 0.39 |
| $1.89 to $1.929 | 0.17 | $2.81 to $2.849 | 0.40 |
| $1.93 to $1.969 | 0.18 | $2.85 to $2.889 | 0.41 |
| $1.97 to $2.009 | 0.19 | $2.89 to $2.929 | 0.42 |
| $2.01 to $2.049 | 0.20 | $2.93 to $2.969 | 0.43 |
| $2.05 to $2.089 | 0.21 | $2.97 to $3.009 | 0.44 |
| $2.09 to $2.129 | 0.22 | $3.01 to $3.049 | 0.45 |

Each $0.04 per gallon increase thereafter, apply an additional $0.01 per mile.

Example:
If May's average monthly price of HDF is $1.856 Per Gallon then the MBFS applied in July would be $0.16 per mile. Thus, for a shipment traveling 1,000 BNSF railway miles a Fuel Surcharge of $160 would apply.



DA04654

BNSF-0657375

*Item 3380A - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments – (Issued November 16, 2005 – Effective January 1, 2006) (Increase)*

This Item does not apply when in conflict with Item 3381-Series, BNSF Rules Book 6100-Series herein.

Coal shipments made pursuant to pricing authorities referring hereto will be assessed a fuel surcharge, when applicable. Such fuel surcharge will be applicable when the U.S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month of (Time Period) equals or exceeds $1.24 per gallon. The applicable fuel surcharge will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month. Such fuel surcharge will be included on the invoice for freight charges for each shipment so assessed.

Coal Fuel Surcharge Rates (CFSR) will be adjusted monthly. The Coal Fuel Surcharge Table will be subject to periodic review.

CFSR = See Table Below.
Where CFSR = Coal Fuel Surcharge Rate.
HDF = prior Time Period's U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

| Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) | Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) |
|---|---|---|---|
| $0.00 to $1.239 | 0.0% | $2.00 TO $2.039 | 10.0% |
| $1.24 to $1.279 | 0.5% | $2.04 TO $2.079 | 10.5% |
| $1.28 to $1.319 | 1.0% | $2.08 TO $2.119 | 11.0% |
| $1.32 to $1.359 | 1.5% | $2.12 TO $2.159 | 11.5% |
| $1.36 to $1.399 | 2.0% | $2.16 TO $2.199 | 12.0% |
| $1.40 to $1.439 | 2.5% | $2.20 TO $2.239 | 12.5% |
| $1.44 to $1.479 | 3.0% | $2.24 TO $2.279 | 13.0% |
| $1.48 to $1.519 | 3.5% | $2.28 TO $2.319 | 13.5% |
| $1.52 to $1.559 | 4.0% | $2.32 TO $2.359 | 14.0% |
| $1.56 to $1.599 | 4.5% | $2.36 TO $2.399 | 14.5% |
| $1.60 to $1.639 | 5.0% | $2.40 TO $2.439 | 15.0% |
| $1.64 to $1.679 | 5.5% | $2.44 TO $2.479 | 15.5% |
| $1.68 to $1.719 | 6.0% | $2.48 TO $2.519 | 16.0% |
| $1.72 to $1.759 | 6.5% | $2.52 TO $2.559 | 16.5% |
| $1.76 to $1.799 | 7.0% | $2.56 TO $2.599 | 17.0% |
| $1.80 to $1.839 | 7.5% | $2.60 TO $2.639 | 17.5% |
| $1.84 to $1.879 | 8.0% | $2.64 TO $2.679 | 18.0% |
| $1.88 to $1.919 | 8.5% | $2.68 TO $2.719 | 18.5% |
| $1.92 to $1.959 | 9.0% | $2.72 TO $2.759 | 19.0% |
| $1.96 to $1.999 | 9.5% | $2.76 TO $2.799 | 19.5% |

(Item continued on next page)

*Item 3380A - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (Item Concluded)*

| Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) | Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) |
|---|---|---|---|
| $2.80 TO $2.839 | 20.0% | $2.92 TO $2.959 | 21.5% |
| $2.84 TO $2.879 | 20.5% | $2.96 TO $2.999 | 22.0% |
| $2.88 TO $2.919 | 21.0% | $3.00 TO $3.039 | 22.5% |

If the U.S. National Average Fuel Index exceeds $3.039 per gallon, the CFSR will increase as follows: for each $0.04 per gallon increase (or fraction thereof) thereafter, an additional 0.5% will be applied.

*Example:*

For a Coal Fuel Surcharge applied for shipments during the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.338 Per Gallon, July's CFSR would be 1.5%. Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.15.

*Item 3381 - Charge – Mileage-based Fuel Surcharge on Coal Unit Train and Trainload Shipments – (Issued November 16, 2005 – Effective January 1, 2006) (Increase) (New Item)*

Coal Unit Train and Trainload shipments having waybill dates on or after the Effective date above which are governed by pricing authorities or rail transportation contracts making reference hereto will be assessed a Coal Mileage-based Fuel Surcharge ("CMBFS") as determined herein. This Item will apply to Local Shipments (Routed BNSF Direct), Accounting Rule 11 and Junction Settlement Short Line shipments. Junction Settlement Carriers appear in the revenue route. To determine if the Short Line in question is a Junction Settlement Carrier, access BNSF web page under Customer Tools then Short Line Partners, http://domino.bnsf.com/website/shortlin.nsf/.

The applicable CMBFS per carload mile, as shown in the Fuel Surcharge Table, will be determined by using U. S. Average Price of Retail On-Highway Diesel Fuel (HDF). When the HDF monthly average equals or exceeds $1.25 per gallon, in the second calendar month prior to the month in which the CMBFS applies. The applicable CMBFS will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month.

The CMBFS will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review. The CMBFS will be included on the invoice for freight charges for each shipment.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: http://www.eia.doe.gov. Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Mileage calculations will be based on BNSF Railway Miles between a shipment's billed origin and destination as published in BNSF web page http://www.bnsf.com/tools/prices/fuelsurcharge/pdf/coal_mileage.pdf. In the event that BNSF miles are not listed, please contact your Marketing representative to determine BNSF mileage used for your shipments. You can use the following web page www.bnsf.com/markets/coal/contacts.html to identify your Marketing representative.

(Item continued on next page)

*Item 3381 - Charge – Mileage-based Fuel Surcharge on Coal Unit Train and Trainload Shipments – Item Concluded*

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile | Time Periods Average Price of HDF Between | Fuel Surcharge Cents per Mile |
|---|---|---|---|
| $0.00 to $1.249 | 0.00 | $2.15 to $2.209 | 0.16 |
| $1.25 to $1.309 | 0.01 | $2.21 to $2.269 | 0.17 |
| $1.31 to $1.369 | 0.02 | $2.27 to $2.329 | 0.18 |
| $1.37 to $1.429 | 0.03 | $2.33 to $2.389 | 0.19 |
| $1.43 to $1.489 | 0.04 | $2.39 to $2.449 | 0.20 |
| $1.49 to $1.549 | 0.05 | $2.45 to $2.509 | 0.21 |
| $1.55 to $1.609 | 0.06 | $2.51 to $2.569 | 0.22 |
| $1.61 to $1.669 | 0.07 | $2.57 to $2.629 | 0.23 |
| $1.67 to $1.729 | 0.08 | $2.63 to $2.689 | 0.24 |
| $1.73 to $1.789 | 0.09 | $2.69 to $2.749 | 0.25 |
| $1.79 to $1.849 | 0.10 | $2.75 to $2.809 | 0.26 |
| $1.85 to $1.909 | 0.11 | $2.81 to $2.869 | 0.27 |
| $1.91 to $1.969 | 0.12 | $2.87 to $2.929 | 0.28 |
| $1.97 to $2.029 | 0.13 | $2.93 to $2.989 | 0.29 |
| $2.03 to $2.089 | 0.14 | $2.99 to $3.049 | 0.30 |
| $2.09 to $2.149 | 0.15 | $3.05 to $3.109 | 0.31 |

Each $0.06 per gallon increase thereafter, apply an additional $0.01 per mile.

Example:

If May's average monthly price of HDF is $1.856 Per Gallon then the CMBFS applied in July would be $0.11 per mile. Thus, for a shipment traveling 1,000 BNSF railway miles a Fuel Surcharge of $110.00 would apply.

From: G#105l#108e#110,#32G#101o#114g#101 #70
Sent: M#111n#32M#97r#321#50 #488#585#55:#532#322#480#55
To: L#97r#103e#44 #66r#105a#110 #65
Cc: G#105l#108e#110,#32G#101o#114g#101 #70
Subject: R#69:#32M#105l#101a#103e#45B#97s#101d#32F#117e#108 #83u#114c#104a#114g#101 #45 #67u#115t#111m#101r#32Q#117e#115t#105o#110
Importance: N#111r#109a#108

Message

On BNSF published price authorities the Market Mgrs will not need to do much. We are already working with those whom have regulated and exempt commodities in the same price items. That is the list of approximately 11 price authorities and >100 items that we talked about last week. All other activities will take place behind the scene as we apply the new MBFSC fuel surcharge template in RPMS and Scott Miller makes his PAS changes. On foreign price authorities if the publishing carrier is re-basing joint-line public rates then our Market Mgrs may need to get involved. The CSXT is the only carrier that has announced they intend to re-base and they have come to BNSF asking for a broad based concurrence to escalating the through public rates by 11.5%, with no change in the percentage split of divisions. If we concur, then there will not be anything that our Market Mgrs will need to do, as the CSXT will revise their publications accordingly. George F. Gillen
BNSF Railway, Price Management
Phone: 817-593-1131
Fax: 817-593-2909
Email: George.Gillen@BNSF.com

-----Original Message-----
From: Large, Brian A
Sent: Monday, March 12, 2007 8:43 AM
To: Gillen, George F
Subject: RE: Mileage-Based Fuel Surcharge - Customer Question

How do we "kick off" the market managers to start changing the target price authorities to a MBFSC that is split with the foreign road based on miles?

From: Gillen, George F
Sent: Monday, March 12, 2007 8:40 AM
To: Hiatte, Patrick D; Large, Brian A; Schroeder, Jack L; Specht, Eldon R
Cc: Brazzell, Genevieve A; VanSickle, Bonnie J; Alegria, David R; Arnett, James A
Subject: RE: Mileage-Based Fuel Surcharge - Customer Question

Including Eldon. I would suggest we talk about this at this weeks meeting.
George F. Gillen
BNSF Railway, Price Management
Phone: 817-593-1131
Fax: 817-593-2909

Email: George.Gillen@BNSF.com

-----Original Message-----
From: Hiatte, Patrick D
Sent: Friday, March 09, 2007 5:45 PM
To: Large, Brian A; Gillen, George F; Schroeder, Jack L
Cc: Brazzell, Genevieve A; VanSickle, Bonnie J
Subject: FW: Mileage-Based Fuel Surcharge - Customer Question
Can one or all of you provide some guidance on this one? Is it perhaps something we need to take up with the team? Thanks.

From: Brazzell, Genevieve A
Sent: Friday, March 09, 2007 4:04 PM
To: Hiatte, Patrick D
Cc: VanSickle, Bonnie J
Subject: Mileage-Based Fuel Surcharge - Customer Question

Please see question from customer below... I have had other customers ask a similar question.

They are looking for a database download/upload instead point-by-point inquiry from the web. Will BNSF be able to provide this for initial implementation?
-----Original Message-----
From: Ed Malcolm [mailto:ed@elbowriver.com]
Sent: Wednesday, March 07, 2007 2:40 PM
To: Brazzell, Genevieve A
Cc: Bill Niquidet; Mitch Brown
Subject: Mileage-Based Fuel Surcharge Update Effective April 25, 2007
Hi G....can you provide input on Mitch's query below…thanks.

Ed Malcolm
Elbow River Marketing Limited Partnership
Phone: (403) 260-5901
Fax: (403) 269-9576
Email: ed@elbowriver.com
Yahoo: eddie_mun_ster
website: elbowriver.com

-----Original Message-----
From: Mitch Brown
Sent: March 7, 2007 2:23 PM
To: Ed Malcolm; Bill Niquidet
Subject: RE: Mileage-Based Fuel Surcharge Update Effective April 25, 2007

Ed, when meeting with BNSF would you please check to see if BN will be able to provide some kind of electronic download of all our O/D pairings with the miles BN will be using in order to

assist us in populating our system en-masse. Without that we will likely have to go "one by one" to their site indicated below and pull the miles off individually and input them individually. That will be a huge, time consuming job.

See what they have to say about that please.

Mitch

-----Original Message-----
From: Ed Malcolm
Sent: March 7, 2007 2:06 PM
To: Bill Niquidet; Mitch Brown
Subject: FW: Mileage-Based Fuel Surcharge Update Effective April 25, 2007
Not sure if you gents got this.

Ed Malcolm
Elbow River Marketing Limited Partnership
Phone: (403) 260-5901
Fax: (403) 269-9576
Email: ed@elbowriver.com
Yahoo: eddie_mun_ster
website: elbowriver.com

-----Original Message-----
From: CustomerInterface@BNSF.com [mailto:CustomerInterface@BNSF.com]
Sent: March 7, 2007 1:50 PM
To: Ed Malcolm
Subject: Mileage-Based Fuel Surcharge Update Effective April 25, 2007

To: BNSF Industrial Products and Coal Customers
March 7, 2007

Mileage-Based Fuel Surcharge Update
Effective April 25, 2007
BNSF plans to extend its mileage-based fuel surcharge program effective April 25, 2007 to those shipments covered by the Surface Transportation Board (STB) fuel surcharge ruling of January 26, 2007.

BNSF's "All Other Carload" mileage-based fuel surcharge table will apply to public regulated, non-contract, non-boxcar shipments for which rates have not been prescribed by the STB. The table is available on the Web at http://www.bnsf.com/tools/prices/fuelsurcharge/othercarload.html.

Mileage calculations between stations on BNSF will be based on shortest-route BNSF mileage. Customers can compute mileage between BNSF-served points using the mileage inquiry on the Web at http://www.bnsf.com/bnsf.was5/RailMiles/RMCentralController. BNSF also will be prepared to apply a mileage-based fuel surcharge to interline moves using PC*Miler Rail from ALK Technologies.

As announced January 29, 2007, BNSF will work with our interline partners on joint rates to extend mileage surcharges to those movements. BNSF will continue to assess our current fuel surcharge methodologies for customers not covered by the STB's ruling.

**From:** Anderson, Paul B
**Sent:** Wed Apr 11 18:22:21 2007
**To:** Large, Brian A
**Cc:** Kyei, Sam A
**Subject:** RE: MKR speaker notes, Mileage Based Fuel Surcharge Implementation, first draft for Marsha Morgan
**Importance:** Normal

Brian/Sam,

Made a few very minor word changes. You get final edit and send on to Marsha.

Thanks Brian - looks good to me.

Paul

Implementation of Mileage Based Fuel Surcharge

-BNSF and all other roads will be in compliance with STB deadline of April 25th.
-BNSF is the only railroad that has already implemented a mileage based fuel surcharge (Ag and Coal, January 1st, 2006)
-Current rate divisions for BNSF I/C traffic with the Eastern carriers favors the East as they have a larger revenue per mileage split.

Current methodology divides the FSC by revenue percent. Therefore, the East refuses to go to mileage based FSC splits because they will

no longer be able to collect their FSC premium. BNSF will have the only true mileage based FSC program.
-Current position of other roads is to split fuel surcharge revenue based on freight revenue divisions rather than mileage prorate

-Anti-trust regulations do not allow for industry discussions, which means no industry solution - only bi-lateral talks were allowed

-As a result, each railroad has developed different programs
*Some will rebase to a higher strike price for fuel, UP = $2.30, CPRS = $2.25 CSXT = $2.00 (BNSF holding at $1.25)

*That "rebasing" will include a various freight rate increase to offset the lower fuel surcharge
*Target population for BNSF and UP is regulated traffic in public documents
*Target population for NS, CSXT, CPRS and CN is all traffic in public documents, excluding intermodal
-NS has announced that all of their freight rates will have fuel cost imbedded, (i.e. no separate fuel surcharge line item)

**From:** Large, Brian A

**Sent:** Wednesday, April 11, 2007 4:52 PM

**To:** Anderson, Paul B

**Cc:** Kyei, Sam A

**Subject:** MKR speaker notes, Mileage Based Fuel Surcharge Implementation, first draft for Marsha Morgan

April 25th Implementation of Mileage Based Fuel Surcharge

-In compliance with STB ruling made on January 25th, 2007
-BNSF is the only railroad that has implemented a mileage based fuel surcharge (Ag and Coal, January 1st, 2006)
-BNSF as well as the other roads will be ready to implement by the deadline
-Anti-trust regulations allow for bi-lateral discussions only, which means no industry solution
-As a result each railroad will implement different programs
*Some will rebase to a higher strike price for fuel, UP = $2.30, CPRS = $2.25 CSXT = $2.00
*That "rebasing" will include a freight rate increase to offset the lower fuel surcharge
*Target population for BNSF and UP is regulated traffic in public documents
*Target population for NS, CSXT, CPRS and CN is all traffic in public documents, excluding intermodal
-Current position of other roads is to split fuel surcharge revenue based on freight revenue divisions rather than mileage prorate

-NS has taken the hardest line in that they announced that all of their freight rates will have current fuel cost, i.e. no fuel surcharge required