# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

# Volume 21 of 29

# DA04664 - DA04802

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

August 21, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 22 through August 28 | 3.0% |
| August 29 through September 4 | 2.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

August 28, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
| --- | --- |
| August 29 through September 4 | 2.5% |
| September 5 through September 11 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 4, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 5 through September 11 | 3.5% |
| September 12 through September 18 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

**We Can Move Your World.**™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 11, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 12 through September 18 | 4.0% |
| September 19 through September 25 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 18, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 29 through September 25 | 4.0% |
| September 26 through October 2 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

**We Can Move Your World.**™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 26, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| September 26 through October 2 | 4.5% |
| October 3 through October 9 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

October 2, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 3 through October 9 | 3.5% |
| October 10 through October 16 | 2.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

October 10, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 10 through October 16 | 2.5% |
| October 17 through October 23 | 2.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

**We Can Move Your World.**™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

October 16, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 17 through October 23 | 2.5% |
| October 24 through October 30 | 2.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

October 23, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 24 through October 30 | 2.0% |
| October 31 through November 6 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

October 30, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 31 through November 6 | 1.5% |
| November 7 through November 13 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 6, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 7 through November 13 | 1.5% |
| November 14 through November 20 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 13, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 14 through November 20 | 1.5% |
| November 21 through November 27 | 1.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 20, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 21 through November 27 | 1.0% |
| November 28 through December 4 | 1.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 28, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 28 through December 4 | 1.0% |
| December 5 through December 11 | 0.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

December 4, 2001

## BNSF Fuel Surcharge

Recently, you were sent announcements regarding BNSF's implementation of a fuel surcharge. You were also advised that the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices. The surcharge is being calculated using the Department of Energy Retail On-Highway Diesel Prices Index and appears on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 5 through December 11 | 0.0% |
| December 12 through December 18 | 0.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

December 11, 2001

## BNSF Fuel Surcharge

Effective December 5, 2001, the BNSF announced the IMC fuel surcharge would be 0.0%. This fuel surcharge amount is still in effect.

**Due to the reduction in the level of the Department of Energy Retail On-Highway Diesel Prices Index, we will discontinue sending these advisories until such time as the On-Highway Diesel Prices Index reaches $1.24.**

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

April 2, 2002

## BNSF Fuel Surcharge

BNSF's fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 3 through April 9 | 1.5% |
| April 10 through April 16 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

April 9, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 10 through April 16 | 1.5% |
| April 17 through April 23 | 2.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

April 16, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 17 through April 23 | 2.0% |
| April 24 through April 30 | 2.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

April 23, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 24 through April 30 | 2.0% |
| May 1 through May 7 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

April 30, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 1 through May 7 | 1.5% |
| May 8 through May 14 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

May 7, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 8 through May 14 | 1.5% |
| May 15 through May 21 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

May 14, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 15 through May 21 | 1.5% |
| May 22 through May 28 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

May 21, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 22 through May 28 | 1.5% |
| May 29 through June 4 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

# **Pricing**Update

May 29, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 29 through June 4 | 1.5% |
| June 5 through June 11 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

June 4, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 5 through June 11 | 1.5% |
| June 12 through June 18 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

June 11, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 12 through June 18 | 1.5% |
| June 19 through June 25 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

June 18, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 19 through June 25 | 1.5% |
| June 26 through July 2 | 1.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

June 25, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 26 through July 2 | 1.0% |
| July 3 through July 9 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

July 2, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 3 through July 9 | 1.5% |
| July 10 through July 16 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

July 9, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 10 through July 16 | 1.5% |
| July 17 through July 23 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

July 16, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 17 through July 23 | 1.5% |
| July 24 through July 30 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

July 23, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 24 through July 30 | 1.5% |
| July 31 through August 6 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

July 30, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 31 through August 6 | 1.5% |
| August 7 through August 13 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

August 6, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 7 through August 13 | 1.5% |
| August 14 through August 20 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

August 13, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 14 through August 20 | 1.5% |
| August 21 through August 27 | 1.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

August 20, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 21 through August 27 | 1.5% |
| August 28 through September 3 | 2.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

August 27, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 28 through September 3 | 2.0% |
| September 4 through September 10 | 2.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 4, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 4 through September 10 | 2.5% |
| September 11 through September 17 | 2.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 10, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| September 11 through September 17 | 2.5% |
| September 18 through September 24 | 2.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 17, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 18 through September 24 | 2.5% |
| September 125 through October 1 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

September 24, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 25 through October 1 | 3.0% |
| October 2 through October 8 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

October 1, 2002

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 2 through October 8 | 3.0% |
| October 9 through October 15 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

October 8, 2002

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 9 through October 15 | 3.0% |
| October 16 through October 22 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

October 15, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 16 through October 22 | 3.5% |
| October 23 through October 29 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

October 22, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 23 through October 29 | 3.5% |
| October 30 through November 5 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

October 29, 2002

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 30 through November 5 | 3.5% |
| November 6 through November 12 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

November 5, 2002

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| November 6 through November 12 | 3.5% |
| November 13 through November 19 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

November 13, 2002

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| November 13 through November 19 | 3.5% |
| November 20 through November 26 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 19, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 20 through November 26 | 3.0% |
| November 27 through December 3 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

November 26, 2002

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 27 through December 3 | 3.0% |
| December 4 through December 9 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

December 3, 2002

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 4 through December 10 | 3.0% |
| December 11 through December 17 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

December 10, 2002

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 11 through December 17 | 3.0% |
| December 18 through December 24 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

December 17, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 18 through December 24 | 3.0% |
| December 25 through December 31 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

December 23, 2002

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 25 through December 31 | 3.0% |
| January 1 through January 7 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

December 30, 2002

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 1 through January 7 | 3.5% |
| January 8 through January 14 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

January 7, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 8 through January 14 | 4.0% |
| January 15 through January 21 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

January 14, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 15 through January 21 | 4.0% |
| January 22 through January 28 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

January 21, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 22 through January 28 | 3.5% |
| January 29 through February 4 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

January 28, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| January 29 through February 4 | 4.0% |
| February 5 through February 11 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

February 4, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 5 through February 11 | 4.0% |
| February 12 through February 18 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

February 12, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 12 through February 18 | 4.5% |
| February 19 through February 25 | 6.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

February 19, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 19 through February 25 | 6.0% |
| February 26 through March 4 | 6.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

We Can Move Your World.™

# PricingUpdate

February 27, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 26 through March 4 | 6.5% |
| March 5 through March 11 | 6.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

March 4, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 5 through March 11 | 6.5% |
| March 12 through March 18 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

March 11, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| March 12 through March 18 | 7.0% |
| March 19 through March 25 | 7.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

March 18, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 19 through March 25 | 7.5% |
| March 26 through April 1 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

March 25, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| March 26 through April 1 | 7.0% |
| April 2 through April 8 | 6.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

April 1, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 2 through April 8 | 6.0% |
| April 9 through April 15 | 5.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

April 8, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| April 9 through April 15 | 5.5% |
| April 16 through April 22 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

April 15, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| April 16 through April 22 | 4.5% |
| April 23 through April 29 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

April 22, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 23 through April 29 | 4.5% |
| April 30 through May 6 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

April 29, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 30 through May 6 | 4.5% |
| May 7 through May 13 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

May 6, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 7 through May 13 | 4.0% |
| May 14 through May 20 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

May 13, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 14 through May 20 | 4.0% |
| May 21 through May 27 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

May 20, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 21 through May 27 | 3.5% |
| May 28 through June 3 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

May 27, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 28 through June 3 | 3.5% |
| June 4 through June 10 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

June 3, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 4 through June 10 | 3.0% |
| June 11 through June 17 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

June 11, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 11 through June 17 | 3.0% |
| June 18 through June 24 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

June 17, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| June 18 through June 24 | 3.0% |
| June 25 through July 1 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

June 24, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 25 through July 1 | 3.0% |
| July 2 through July 8 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

July 1, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 2 through July 8 | 3.0% |
| July 9 through July 15 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

July 8, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 9 through July 15 | 3.0% |
| July 16 through July 22 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

July 15, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 16 through July 22 | 3.0% |
| July 23 through July 29 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

July 22, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 23 through July 29 | 3.0% |
| July 30 through August 5 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

July 29, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 30 through August 5 | 3.0% |
| August 6 through August 12 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

August 5, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 6 through August 12 | 3.0% |
| August 13 through August 19 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

August 12, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent will be determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 13 through August 19 | 3.5% |
| August 20 through August 26 | % |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

August 19, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 20 through August 26 | 4.0% |
| August 27 through September 2 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

August 26, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 27 through September 2 | 4.0% |
| September 3 through September 9 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

September 3, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 3 through September 9 | 4.0% |
| September 10 through September 16 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

September 9, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| September 10 through September 16 | 4.0% |
| September 17 through September 23 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 16, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 17 through September 23 | 4.0% |
| September 24 through September 30 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

September 23, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| September 24 through September 30 | 3.5% |
| October 1 through October 7 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

September 30, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 1 through October 7 | 3.5% |
| October 8 through October 14 | 3.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

October 7, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 8 through October 14 | 3.0% |
| October 15 through October 21 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

October 14, 2003

## CORRECTION: BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 15 through October 21 | 3.5% |
| October 22 through October 28 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

October 21, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 22 through October 28 | 4.0% |
| October 29 through November 4 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

October 28, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 29 through November 4 | 4.0% |
| November 5 through November 11 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# **Pricing**Update

November 4, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 5 through November 11 | 4.0% |
| November 12 through November 18 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 11, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 12 through November 18 | 4.0% |
| November 19 through November 25 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 18, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 19 through November 25 | 3.5% |
| November 26 through December 2 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 25, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 26 through December 2 | 4.0% |
| December 3 through December 9 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

December 2, 2003

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| December 3 through December 9 | 4.0% |
| December 10 through December 16 | 3.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

December 9, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 10 through December 16 | 3.5% |
| December 17 through December 23 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

December 16, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 17 through December 23 | 4.0% |
| December 24 through December 30 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

December 23, 2003

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 24 through December 30 | 4.0% |
| December 31 through January 6 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

December 30, 2003

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 31 through January 6 | 4.0% |
| January 7 through January 13 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

January 6, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 7 through January 13 | 4.0% |
| January 14 through January 20 | 4.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

January 13, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| January 14 through January 20 | 4.0% |
| January 21 through January 27 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

January 22, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 21 through January 27 | 4.5% |
| January 28 through February 3 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

January 22, 2004

## CORRECTION: BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

**PLEASE NOTE: Due to the Martin Luther King holiday, the 4% rate will extend through January 22, 2004.**

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 23 through January 27 | 4.5% |
| January 28 through February 3 | 4.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

January 27, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 28 through February 3 | 4.5% |
| February 4 through February 10 | 5.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

February 3, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| February 4 through February 10 | 5.0% |
| February 11 through February 17 | 5.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

February 10, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 11 through February 17 | 5.0% |
| February 18 through February 24 | 5.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

February 18, 2004

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 18 through February 24 | 5.0% |
| February 25 through March 2 | 5.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

February 24, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 25 through March 2 | 5.0% |
| March 3 through March 9 | 5.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

March 2, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 3 through March 9 | 5.0% |
| March 10 through March 16 | 5.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

March 9, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 10 through March 16 | 5.5% |
| March 17 through March 23 | 5.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

March 16, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 17 through March 23 | 5.5% |
| March 24 through March 30 | 5.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

March 23, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| March 24 through March 30 | 5.5% |
| March 31 through April 6 | 6.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

March 30, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 31 through April 6 | 6.0% |
| April 7 through April 13 | 6.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

April 6, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 7 through April 13 | 6.0% |
| April 14 through April 20 | 6.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

April 13, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 14 through April 20 | 6.0% |
| April 21 through April 27 | 6.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

April 20, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 21 through April 27 | 6.0% |
| April 28 through May 4 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

April 27, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 28 through May 4 | 7.0% |
| May 5 through May 11 | 6.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

May 4, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 5 through May 11 | 6.5% |
| May 12 through May 18 | 6.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

May 11, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 12 through May 18 | 6.5% |
| May 19 through May 25 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

May 18, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 19 through May 25 | 7.0% |
| May 26 through June 1 | 7.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

May 25, 2004

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| May 26 through June 1 | 7.5% |
| June 2 through June 8 | 7.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

June 2, 2004

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| June 2 through June 8 | 7.5% |
| June 9 through June 15 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

June 8, 2004

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 9 through June 15 | 7.0% |
| June 16 through June 22 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

June 15, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 16 through June 22 | 7.0% |
| June 23 through June 29 | 6.5% |

*Starting June 16, 2004, the price authority QTTSSLC will incur fuel surcharges.*

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

June 22, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 23 through June 29 | 6.5% |
| June 30 through July 6 | 6.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

June 29, 2004

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 30 through July 6 | 6.5% |
| July 7 through July 13 | 6.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

July 7, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 7 through July 13 | 6.5% |
| July 14 through July 20 | 6.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

July 13, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 14 through July 20 | 6.5% |
| July 21 through July 27 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

July 20, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 21 through July 27 | 7.0% |
| July 28 through August 3 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.