# Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment

# Volume 22 of 29

# DA04803 - DA04950

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

July 27, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 28 through August 3 | 7.0% |
| August 4 through August 10 | 7.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

August 3, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 4 through August 10 | 7.0% |
| August 11 through August 17 | 7.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

August 10, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 11 through August 17 | 7.5% |
| August 18 through August 24 | 8.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

August 17, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 18 through August 24 | 8.0% |
| August 25 through August 31 | 8.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

August 24, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 25 through August 31 | 8.0% |
| September 1 through September 7 | 8.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

August 31, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 1 through September 7 | 8.5% |
| September 8 through September 14 | 8.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

September 8, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 8 through September 14 | 8.5% |
| September 15 through September 21 | 8.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

September 14, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 15 through September 21 | 8.5% |
| September 22 through September 28 | 8.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

September 21, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 21 through September 28 | 8.5% |
| September 29 through October 5 | 9.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

September 28, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 29 through October 5 | 9.0% |
| October 6 through October 12 | 10.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

October 5, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 6 through October 12 | 10.5% |
| October 13 through October 19 | 11.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

October 12, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 13 through October 19 | 11.0% |
| October 20 through October 26 | 11.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# **Pricing**Update

October 19, 2004

## BNSF Intermodal Fuel Surcharge

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| **Period** | **Surcharge %** |
|---|---|
| October 20 through October 26 | 11.5% |
| October 27 through November 2 | 12.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

October 26, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 27 through November 2 | 12.5% |
| November 3 through November 9 | 13.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# **Pricing**Update

November 2, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 3 through November 9 | 13.0% |
| November 10 through November 16 | 13.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

November 9, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 10 through November 16 | 13.0% |
| November 17 through November 23 | 12.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

November 16, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 17 through November 23 | 12.5% |
| November 24 through November 30 | 12.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

November 23, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 24 through November 30 | 12.0% |
| December 1 through December 7 | 11.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

November 30, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 1 through December 7 | 11.5% |
| December 8 through December 14 | 11.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

December 7, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 8 through December 14 | 11.5% |
| December 15 through December 21 | 11.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**To:** BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

December 14, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 15 through December 21 | 11.0% |
| December 22 through December 28 | 10.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

To: BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

# PricingUpdate

December 21, 2004

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 22 through December 28 | 10.0% |
| December 29 through January 4 | 10.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

To: BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

December 28, 2004

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 29 through January 4 | 10.0% |
| January 5 through January 11 | 10.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

To: BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

January 4, 2005

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 5 through January 11 | 10.0% |
| January 12 through January 18 | 9.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

To: BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

# PricingUpdate

January 11, 2005

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 12 through January 18 | 9.5% |
| January 19 through January 25 | 9.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

To: BNSF IMC and Truckload Customers

BNSF
Burlington Northern Santa Fe Railway
We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

January 20, 2005

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 19 through January 25 | 9.5% |
| January 26 through February 1 | 9.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

To: BNSF IMC and Truckload Customers

BNSF

Burlington Northern Santa Fe Railway

We Can Move Your World.™

This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.

If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.

# PricingUpdate

January 20, 2005

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 19 through January 25 | 9.5% |
| January 26 through February 1 | 9.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

# PricingUpdate

RAILWAY

**To: BNSF Customers** **January 26, 2005**

## BNSF Intermodal Fuel Surcharge.

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 26 through February 1 | 9.5% |
| February 2 through February 8 | 9.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **February 1, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 2 through February 8 | 9.5% |
| February 9 through February 15 | 10.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **February 8, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 9 through February 15 | 10.0% |
| February 16 through February 22 | 10.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY℠

**To: BNSF IMC and Truckload Customers** **February 15, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 16 through February 22 | 10.0% |
| February 23 through March 1 | 10.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **March 1, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 2 through March 8 | 10.5% |
| March 9 through March 15 | 11.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC and Truckload Customers** **March 8, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 9 through March 15 | 11.5% |
| March 16 through March 22 | 12.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **March 15, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 16 through March 22 | 12.5% |
| March 23 through March 29 | 12.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **March 15, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 16 through March 22 | 12.5% |
| March 23 through March 29 | 12.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers**

**March 22, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 23 through March 29 | 12.5% |
| March 30 through April 5 | 13.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **March 29, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 30 through April 5 | 13.5% |
| April 6 through April 12 | 13.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **April 5, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 6 through April 12 | 13.5% |
| April 13 through April 19 | 14.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **April 12, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 13 through April 19 | 14.0% |
| April 20 through April 26 | 14.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **April 19, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 20 through April 26 | 14.0% |
| April 27 through May 3 | 13.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **April 26, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 27 through May 3 | 13.5% |
| May 4 through May 10 | 14.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **May 3, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 4 through May 10 | 14.0% |
| May 11 through May 17 | 13.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **May 10, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 11 through May 17 | 13.5% |
| May 18 through May 24 | 13.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **May 17, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 18 through May 24 | 13.0% |
| May 25 through May 31 | 12.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC and Truckload Customers** **May 24, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 25 through May 31 | 12.5% |
| June 1 through June 7 | 12.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **June 1, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 1 through June 7 | 12.0% |
| June 8 through June 14 | 12.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **June 7, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 8 through June 14 | 12.5% |
| June 15 through June 21 | 13.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **June 14, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 15 through June 21 | 13.0% |
| June 22 through June 28 | 13.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **June 21, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 22 through June 28 | 13.5% |
| June 29 through July 5 | 14.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **June 28, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 29 through July 5 | 14.0% |
| July 6 through July 12 | 14.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC and Truckload Customers** **July 6, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 6 through July 12 | 14.5% |
| July 13 through July 19 | 14.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **July 12, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 13 through July 19 | 14.5% |
| July 20 through July 26 | 15.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **July 19, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 20 through July 26 | 15.5% |
| July 27 through August 2 | 15.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **July 26, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 27 through August 2 | 15.0% |
| August 3 through August 9 | 14.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **August 2, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 3 through August 9 | 14.5% |
| August 10 through August 16 | 14.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **August 9, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 10 through August 16 | 14.5% |
| August 17 through August 23 | 15.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **August 16, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 17 through August 23 | 15.5% |
| August 24 through August 30 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **August 23, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 24 through August 30 | 17.5% |
| August 31 through September 6 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC and Truckload Customers** **August 30, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 31 through September 6 | 17.5% |
| September 7 through September 13 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 13, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 14 through September 20 | 21.5% |
| September 21 through September 27 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 20, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 21 through September 27 | 21.0% |
| September 28 through October 4 | 19.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 27, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 28 through October 4 | 19.5% |
| October 5 through October 11 | 20.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 4, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 5 through October 11 | 20.0% |
| October 12 through October 18 | 24.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 12, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 12 through October 18 | 24.5% |
| October 19 through October 25 | 24.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 18, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 19 through October 25 | 24.5% |
| October 26 through November 1 | 24.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 25, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 26 through November 1 | 24.5% |
| November 2 through November 8 | 24.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**November 1, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 2 through November 8 | 24.5% |
| November 9 through November 15 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**November 15, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 16 through November 22 | 19.0% |
| November 23 through November 29 | 18.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**November 22, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 23 through November 29 | 18.0% |
| November 30 through December 6 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and
Expedited Truckload Customers**

**November 29, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 30 through December 6 | 16.5% |
| December 7 through December 13 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**December 6, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 7 through December 13 | 16.0% |
| December 14 through December 20 | 15.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**December 13, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 14 through December 20 | 15.5% |
| December 21 through December 27 | 15.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**December 20, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 21 through December 27 | 15.5% |
| December 28 through January 3 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**December 28, 2005**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 28 through January 3 | 16.0% |
| January 4 through January 10 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**January 4, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 4 through January 10 | 16.0% |
| January 11 through January 17 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**January 10, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 11 through January 17 | 16.0% |
| January 18 through January 24 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**January 24, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 25 through January 31 | 16.0% |
| February 1 through February 7 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**January 24, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| January 25 through January 31 | 16.0% |
| February 1 through February 7 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**January 31, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 1 through February 7 | 16.0% |
| February 8 through February 14 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**February 7, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 8 through February 14 | 16.5% |
| February 15 through February 21 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**February 22, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 22 through February 28 | 16.0% |
| March 1 through March 7 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**February 28, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 1 through March 7 | 16.0% |
| March 8 through March 14 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**March 7, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 8 through March 14 | 16.0% |
| March 15 through March 21 | 17.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**March 21, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 22 through March 28 | 17.0% |
| March 29 through April 4 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**March 28, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 29 through April 4 | 17.5% |
| April 5 through April 11 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 4, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 5 through April 11 | 17.5% |
| April 12 through April 18 | 18.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 11, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 12 through April 18 | 18.0% |
| April 19 through April 25 | 18.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 18, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 19 through April 25 | 18.5% |
| April 26 through May 2 | 20.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 25, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 26 through May 2 | 20.0% |
| May 3 through May 9 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**May 2, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 3 through May 9 | 21.0% |
| May 10 through May 16 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**May 9, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 10 through May 16 | 21.5% |
| May 17 through May 23 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**May 16, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 17 through May 23 | 21.5% |
| May 24 through May 30 | 22.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative at 1-888-428-2673, option 3.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**May 31, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 31 through June 6 | 21.5% |
| June 7 through June 13 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**June 6, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 7 through June 13 | 21.5% |
| June 14 through June 20 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**June 13, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 14 through June 20 | 21.5% |
| June 21 through June 27 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**June 20, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 21 through June 27 | 21.5% |
| June 28 through July 4 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**If you have any questions, please contact your Marketing Representative or send an e-mail to customerinterface@bnsf.com.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**June 27, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| June 28 through July 4 | 21.5% |
| July 5 through July 11 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**July 5, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 5 through July 11 | 21.0% |
| July 12 through July 18 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**July 11, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 12 through July 18 | 21.5% |
| July 19 through July 25 | 21.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**July 18, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 19 through July 25 | 21.5% |
| July 26 through August 1 | 22.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**July 25, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| July 26 through August 1 | 22.0% |
| August 2 through August 8 | 22.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**August 1, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 2 through August 8 | 22.0% |
| August 9 through August 15 | 22.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**August 8, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 9 through August 15 | 22.5% |
| August 16 through August 22 | 23.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**August 15, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 16 through August 22 | 23.5% |
| August 23 through August 29 | 23.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**August 22, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| August 23 through August 29 | 23.5% |
| August 30 through September 5 | 23.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 6, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 6 through September 12 | 23.0% |
| September 13 through September 19 | ???% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 6, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 6 through September 12 | 23.0% |
| September 13 through September 19 | 22.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 12, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 13 through September 19 | 22.5% |
| September 20 through September 26 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 19, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 20 through September 26 | 21.0% |
| September 27 through October 3 | 19.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**September 26, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| September 27 through October 3 | 19.0% |
| October 4 through October 10 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 11, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 11 through October 17 | 17.0% |
| October 18 through October 24 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 17, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 18 through October 24 | 16.5% |
| October 25 through October 31 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 24, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 25 through October 31 | 16.5% |
| November 1 through November 7 | 17.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 3, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| October 4 through October 10 | 17.5% |
| October 11 through October 17 | 17.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**October 31, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 1 through November 7 | 17.0% |
| November 8 through November 14 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**November 7, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 8 through November 14 | 16.5% |
| November 15 through November 21 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**November 14, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 15 through November 21 | 16.5% |
| November 22 through November 28 | 17.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY SM

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**November 21, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 22 through November 28 | 17.0% |
| November 29 through December 5 | 17.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**November 28, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| November 29 through December 5 | 17.0% |
| December 6 through December 12 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**December 5, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 6 through December 12 | 17.5% |
| December 13 through December 19 | 18.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**December 19, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 20 through December 26 | 18.0% |
| December 27 through January 2 | 18.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**December 27, 2006**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| December 27 through January 2 | 18.0% |
| January 3 through January 9 | 17.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673, option 3.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**February 6, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 7 through February 13 | 15.5% |
| February 14 through February 20 | 15.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**February 13, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 14 through February 20 | 15.5% |
| February 21 through February 27 | 16.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**February 21, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 21 through February 27 | 16.0% |
| February 28 through March 6 | 16.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**February 27, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| February 28 through March 6 | 16.5% |
| March 7 through March 13 | 17.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**March 6, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 7 through March 13 | 17.0% |
| March 14 through March 20 | 18.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**March 13, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 14 through March 20 | 18.0% |
| March 21 through March 27 | 19.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**March 20, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 21 through March 27 | 19.0% |
| March 28 through April 3 | 19.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**March 27, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| March 28 through April 3 | 19.0% |
| April 4 through April 10 | 18.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 3, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 4 through April 10 | 18.5% |
| April 11 through April 17 | 20.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 10, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 11 through April 17 | 20.0% |
| April 18 through April 24 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 17, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 18 through April 24 | 21.0% |
| April 25 through May 1 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**April 24, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| April 25 through May 1 | 21.0% |
| May 2 through May 8 | 21.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**May 1, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 2 through May 8 | 21.0% |
| May 9 through May 15 | 20.5% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

# PricingUpdate

RAILWAY

**To: BNSF IMC, Truckload and Expedited Truckload Customers**

**May 8, 2007**

## BNSF Intermodal Fuel Surcharge

BNSF's intermodal fuel surcharge percent is determined each Tuesday based on the Department of Energy's U.S. Highway Average Diesel Fuel (HDF) Price Index. As a reminder, the surcharge percent may or may not change weekly depending on fluctuations in diesel fuel prices and will appear on your freight bill.

The surcharge amounts for the next two periods are shown below:

| Period | Surcharge % |
|---|---|
| May 9 through May 15 | 20.5% |
| May 16 through May 22 | 20.0% |

The Department of Energy Retail On-Highway Diesel Prices Index can be accessed on the Internet at http://www.eia.doe.gov. Questions on the BNSF surcharge may be addressed to your Intermodal Marketing Representative at 888-428-2673.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

BNSF RAILWAY

# NEWS

Contact: Patrick Hiatte
(817) 352-6418

FOR IMMEDIATE RELEASE

## BNSF Announces Expansion of Mileage-Based Fuel Surcharge Program

**FORT WORTH, Texas,** August 5, 2008 -- BNSF Railway Company (BNSF) today announced that it will extend its mileage-based fuel surcharge program to carload (Agricultural Products, Coal, Industrial Products and Automotive) customers who do not currently pay a mileage-based fuel surcharge beginning Jan. 15, 2009, and to intermodal customers beginning Feb. 18, 2009. BNSF established its mileage-based fuel surcharge program in 2006 as the most direct and accurate method of reflecting the impact of fuel price changes on BNSF and its customers.

The Highway Diesel Fuel (HDF) price at which BNSF will assess a fuel surcharge on carload shipments – the strike price – will increase from $1.25 per gallon to $2.50 per gallon, and pricing for carload shipments subject to a mileage-based fuel surcharge will be adjusted to reflect the new strike price. Changes for carload customers will be phased in as current pricing authorities expire.

"As the first railroad to establish a mileage-based fuel surcharge program, BNSF is further developing the program based on our continual monitoring of fuel prices, fuel efficiency efforts and input from our customers," says John Lanigan, BNSF's executive vice president and chief marketing officer.

Tables reflecting the new strike price for automotive (conventional and articulated equipment), unit coal train and all other carload shipments are available on the BNSF Web site at http://www.bnsf.com/tools/prices/fuelsurcharge/index.html. Tables for intermodal customers are under development now and a Customer Advisory will be sent to intermodal customers when the new tables are posted on the BNSF Web site.

BNSF Sales/Marketing representatives will provide customers with additional details as they become available over the next few months.

A subsidiary of Burlington Northern Santa Fe Corporation (NYSE:BNI), BNSF Railway Company operates one of the largest railroad networks in North America, with about 32,000-route-miles in 28 states and two Canadian provinces. The railway is among the world's top transporters of intermodal traffic, moves more grain than any other North American railroad, transports the components of many of the products we depend on daily, and hauls enough low-sulphur coal to generate about ten percent of the electricity produced in the United States. BNSF Railway is an industry leader in Web-enabling a variety of customer transactions at www.bnsf.com.

Mkt- Based Rates

Objectives: Fair Mechanism, No Multiplier

\# \# \#

IMDL = $1.25 strike price remains

4 Tables ⇒ L-K, L-V, E-K, E-V

- Simplicity
- Implementability
- Auditability / Manageability

Based ON: Fuel Consumption / Intensity

- Containers vs. Trailers; Loads vs Emp?

⇒ Weight / Density

⇒ Speed (HPT, MPG)

# PricingUpdate

BNSF RAILWAY

**To: BNSF Intermodal Customers** **DRAFT** August xx, 2008

## BNSF Mileage-Based Fuel Surcharge For All Intermodal Customers Beginning February 18, 2009

BNSF Railway is extending its mileage-based fuel surcharge program to intermodal customers, **beginning February 18, 2009.**

BNSF recognizes mileage-based fuel surcharge as the most direct and accurate method of allocating its fuel surcharge expense to customers.

The Highway Diesel Fuel (HDF) price at which BNSF will assess a fuel surcharge on intermodal shipments is unchanged. Implementation for existing customers will be phased over time based on contract terms. Please contact your Marketing Representative for more information.

Miles are based on BNSF intermodal rail miles. To maximize fairness, the surcharge tables have been aligned with intermodal's core equipment types. Both the miles and tables will be posted on the Intermodal Fuel Surcharge Web page later this month.

For more information, please refer to the Frequently Asked Questions (FAQs).

Contact your BNSF Marketing Representative at 888-428-2673 if you have questions.

Your business is important to us. Thank you for choosing BNSF as your transportation service provider.

**This Pricing Update is intended to notify BNSF customers of changes to existing rates or price structures.**

**This Pricing Update is posted on our Web site at www.bnsf.com.**

## External FAQs

***To be posted on the BNSF Web site, replacing those currently posted***

**When will you implement mileage-based fuel surcharge and/or rebasing?**

The mileage-based fuel surcharge program was first implemented January 1, 2006, for Agricultural Products and Unit Coal customers. Additions to the program were made April 25, 2007, for public regulated, non-contract, non-boxcar shipments. The rebased mileage-based fuel surcharge program will be implemented for Carload (Agricultural Products, Coal, Industrial Products and Automotive) customers beginning Jan. 15, 2009. The mileage-based fuel surcharge program is being expanded to Intermodal customers effective February 18, 2009. Contact your Sales/Marketing representative for more specific dates.

**Why are you increasing the carload strike price?**

Raising the strike price and the accompanying rebasing reflect continued high fuel prices and a consensus that fuel prices aren't likely to decline below the new strike price in the foreseeable future.

**Why are you announcing the change so far in advance of their effective dates?**

Although only 20 days' notice is legally required on regulated commodities, we wanted to give customers ample time to adjust their systems and prepare for the changes.

**How will tables be developed for intermodal shipments?**

The tables are under development now and a Customer Advisory will be sent to Consumer Products customers when the new tables are posted to the BNSF Web site. The goal for our Intermodal customers is to minimize the number of tables, while considering all traffic, weight, speed, and length.

**Will percentage-of-revenue fuel surcharges be rebased?**

No. The current percent-of-revenue tables will not be rebased. It is our intention to implement rebased mileage-based fuel surcharges for all customers as existing pricing authorities expire.

**What are your goals for the program?**

BNSF has strived to create a fuel surcharge program that, within the constraints of simplicity and auditability, is fair across our overall customer base, and uses appropriate mileage sources and a manageable set of fuel intensity tables to recognize differences in the fuel intensity of different groups of customers.

**What do you hope the program will achieve?**

BNSF hopes that our customers will embrace this mileage-based fuel surcharge program as a fair mechanism to allow BNSF to recover the incremental cost of fuel used to transport their goods.

**What does Mileage-Based Fuel Surcharge mean to me?**

While the mileage-based fuel surcharge program will affect different customers in different ways, the program will result in two principal impacts. First, there may be a change in your fuel surcharge assessment, and your bills may change as a result. Second, in order to implement the mileage-based fuel surcharge, those customers with freight bill auditing software may need to modify their systems. Questions may be referred to your BNSF Marketing representative.

**How will you handle local vs. interline shipments?**

BNSF Local and Rule 11 movements are subject to the mileage-based fuel surcharge. Business areas applying mileage or percentage-based fuel surcharge can be found on the fuel surcharge page). A Rule 11 move is one in which each carrier's portion of a joint move is billed by that carrier. For mileage-based fuel surcharge, see the carload BNSF 6003 Rail Miles Inquiry tool, the Coal Unit Train and Trainload Mileage Table or the Intermodal Mileage Table.

BNSF Interline movements will also be subject to the fuel surcharge. On Interline movements with mileage-based fuel surcharge, the ALK miles will apply. (see secured bnsf.com).

**How will mileage-based fuel surcharge appear on the freight bill?**

The look of mileage-based fuel surcharge billing is similar to the percentage-based method. Fuel surcharge amounts will be included in most customer freight bills. Freight bills will show applicable miles used to calculate the fuel surcharge.

**Who's my single point of contact?**

Your single point of contact is your BNSF Sales/Marketing representative.

**Will there be different mileage calculations for each O-D pair?**

Yes, each O-D pair will have a specific mileage associated with it, unless otherwise stated on the mileage table. The mileage charged our customers are the specific miles between the O-D pairs, since mileage is closely associated with fuel use.

**How will fuel surcharge (mileage) be calculated for rates that are not from one origin to one destination -- I.E. state-to-state rates and group-to-group rates?**

The mileage-based fuel surcharge will be calculated based on actual origin and destination as listed on the waybill, unless otherwise stated on the mileage table.

**Can BNSF supply a list (paper/electronic) of just the BNSF O-D pairs?**

We have web based tools available so customers can look up mileage between O-D pairs. Rail miles on BNSF Local and Rule 11 movements are available through the BNSF 6003 Rail Miles Inquiry tool, the Coal Unit Train and Trainload Mileage Table or the Intermodal mileage tables. Rail miles on BNSF Joint Interline movements are available through the ALK Rail Miles application on a secured area of the BNSF Web site. Customers can register for secured access at https://www.bnsf.com/bnsf.sph/myBNSF.

**Will customers have input as to selecting the current form of fuel surcharge or the mileage fuel surcharge or will all be on the same basis?**

In order to apply the fuel surcharge program fairly and equitably to all customers, individual customers will not be able to choose the timing or to choose between percentage-based and mileage-based surcharges.

**I need to know the fuel factor and the miles before I receive a bill. Where do I find this information?**

The carload fuel surcharge for a given month will be determined on or near the first of the prior month based on the average On-Highway Retail Diesel Fuel (HDF) price published by the U.S. Department of Energy for the second prior month.

The weekly Intermodal fuel surcharge is based on the previous week's average On-Highway Retail Diesel Fuel (HDF) and is available through the Intermodal Fuel Surcharge Web site.

Rail miles on BNSF Local and Rule 11 movements are available through the BNSF 6003 Rail Miles Inquiry tool, the Coal Unit Train and Trainload Mileage Table or the Intermodal Mileage Table. Rail miles on BNSF Joint Interline movements are available through the ALK Rail Miles application on a secured area of the BNSF Web site. Customers can register for secured access at https://www.bnsf.com/bnsf.sph/myBNSF.

**Trains are often rerouted due to various reasons adding significant additional miles. Will mileage for fuel surcharge purposes reflect this?**

No. Mileage-based fuel surcharge will be based on specific rail mileage between origin and destination points

**I have a mix of BNSF single line and BNSF joint line traffic. Will it be necessary for me to maintain two different accounting systems to accrue and pay two different BNSF fuel surcharges?**

Possibly. Rail miles on BNSF Local and Rule 11 movements will be those available through the BNSF 6003 Rail Miles Inquiry tool, the Coal Unit Train and Trainload Mileage Table or the Intermodal mileage tables. On interline moves BNSF will use the PC*Miler Rail from ALK Technologies.

**If the fuel price goes down in the future, is the customer still responsible for paying a fuel surcharge?**

Yes, according to the mileage-based fuel surcharge tables, as long as the HDF price remains above the strike price (price at which fuel surcharge will be assessed).

**Why are there multiple mileage-based fuel surcharge tables?**

The fuel intensity that is used to build the tables reflects our best estimates of the average fuel usage of the train type in each table. We believe that these tables reflect the most accurate approach that is also compatible with the real-world business need for implementability, simplicity and customer auditability.

**In arena business segment such as whole grains where BNSF maintains rate spreads between unit sizes, how will you maintain those spreads with a mileage-based fuel surcharge vs. one based on rates?**

The spread will be maintained in the rate but cannot be maintained in the fuel surcharge. Since the mileage-based fuel surcharge is a flat charge, not a differential charge, it will be applied equally to all rates between the same O-D pair.

**What is the relationship between how much BNSF pays for diesel fuel and HDF?**

BNSF has found that the change in the national price of HDF closely correlates to the change in our fuel expense. HDF is a highly correlated index—it is not the price BNSF pays for fuel.

**Does the fuel surcharge apply to empty moves?**

Fuel surcharge applies to revenue movement of empty equipment. It does not apply to return of empty cars for reloading, or to other non-revenue empty car moves.

## Internal FAQ's

***For use by BNSF sales and marketing representatives only – not for external distribution***

**What will happen if HDF falls below the new carload strike price of $2.50?**

Fuel prices have stayed at a high level for so long that we consider it unlikely that they will fall back below our new $2.50 strike price. The price of highway diesel fuel (HDF) has not been below $2.50 for any appreciable length of time since summer 2005. If prices did decline, we would re-evaluate the program at that time.

**Why is Intermodal not rebasing/moving to a $2.50 strike price?**

Intermodal considered rebasing but chose not to based on customer feedback to the effect that doing so would be inconsistent with the practices of our primary customers in this market: intermodal motor carriers and beneficial owners.

**Why is your new strike price of $2.50 not closer to the other railroads' strike price?**

BNSF sets its strike price independently based on BNSF's expectations of future oil prices.

**How can I be assured I'm not paying more than my fair share of the BNSF rising fuel costs?**

BNSF believes that moving to a mileage-based fuel surcharge will better align the fuel surcharge assessed to our customers with the actual incremental fuel cost of transporting their goods. The fuel surcharge tables have been developed to reflect the fuel intensities of various types of service.

**Why is Industrial Products rebasing / converting to mileage-based fuel surcharge in phases?**

Making mileage-based fuel surcharge changes in conjunction with pricing changes previously scheduled in connection with the Industrial Products pricing calendar, or as rate documents are scheduled to renew, minimizes the potential for market dislocations. Customers are also familiar with the Industrial Products pricing calendar, providing for an easier, more orderly change for our customers.

**What if I have a contract that does not expire for several years, but want to convert to mileage-based fuel surcharge after mileage-based fuel surcharge is implemented but before my contract expires?**

Our plan is to convert customers to a mileage-based fuel surcharge as their contracts expire. Individual customers wishing to open their contracts early should contact their BNSF Marketing representative. Marketing representatives will discuss such requests

with the appropriate vice president or group vice president. The Executive Vice President and Chief Marketing Officer will have final approval of all such requests.

**How will this affect my LOGS program?**

There should be no effect on LOGS. This is another reason the mileage-based conversion in Industrial Products is following the IP pricing calendar or as rate documents are scheduled to renew.

**What is rebasing?**

A portion of each shipment's fuel expense is covered by the freight rate. The fuel expense above the Highway Diesel Fuel (HDF) value of $1.25, or the strike price, is covered by the fuel surcharge. The strike price is being adjusted from $1.25 per gallon HDF to $2.50. This will result in a lower fuel surcharge bill, however, the amount of this reduction will be added to the freight rate. The rebased freight rate will therefore cover a larger portion of the fuel expense.

**Why aren't all rates being rebased by the same amount?**

Under the MBFSC program the fuel surcharge amount is a function of each OD pair's shortest rail miles. Since the mileage varies for each OD pair, the rebased amount is also different.

**Will the carload price authority clearly indicate the source of the mileage and the specific mileage table to use?**

Yes.

**What will the fuel surcharge amount be on a switch move or a move with zero miles?**

BNSF moves with zero miles will not have fuel surcharge applied. Other participating switch carriers may have fuel surcharge programs that apply.

**How will customers know when their rates will change?**

Program changes for contractual moves will occur when the contract expires. Industrial Products rate changes will be dependent on the renewal of each individual document following the BNSF Industrial Products pricing calendar. The BNSF website will list the commodities and the timing of the changes. For Industrial Products customers, information on existing documents will be made available 60 days prior to expiration of those documents. Implementation of a mileage-based fuel surcharge for Automotive customers will begin January 15, 2009, upon renewal of individual pricing documents.

Ag Products will rebase effective February 1, 2009. Intermodal will implement a mileage-based fuel surcharge on automatic renewal business on February 18, 2009.

**On an interline shipment, who determines which fuel surcharge program to use?**

Carrier whose price authority governs the shipment. The applicable fuel surcharge program will be identified on the rating document.

**How will the Intermodal mileage-based fuel surcharge program updates be communicated? How often?**

Intermodal fuel surcharge tables and miles, effective February 18, 2009, will be posted on the web for review as soon as they are completed. The weekly Intermodal Fuel Surcharge Advisories (Customer Updates) will end with the implementation of mileage-based fuel surcharge.

**Dreier, Ryan C**

**From:** Dodgen, Alyson L
**Sent:** Monday, August 04, 2008 1:55 PM
**To:** MKT DL AG Commodities; MKT DL Coal; MKT DL Consumer Products; MKT DL Cons Prod Advisory Review; MKT DL Ind Prod Exempt; Bobb, Stevan B; Branscum, Steve G (Marketing); Garin, David L; Kaufman, Kevin; Draper, Fritz G; Lanigan, John P; Hale, Weldon E; Randall, Chris M; Schmidt, R Mark; Stroot, Richard E; Yuen, Michael E
**Cc:** Hiatte, Patrick D; Wade, Michael D; Gourley, Casey W; Burr, David T; Dachniwsky, Orest B; Anderson, Paul B; Kyei, Sam A; Tweet, John C; Glissman, Stacy E; Gillen, George F; Arnett, James A; Alegria, David R; McNack, Edward G; Nunez, Juan R; Lee, Renita L; Schroeder, Jack L; Caddell, Angela R; Packer, Thomas J; Specht, Eldon R; Miller, Scott A; Haertling, Barbara T; Miller, Jolene C; Verslype, Joyce L; Herzog, Gary W; Haynes, Lettie K; Shirk, Patty A; Gering, Lisa L; Fagereng, Rick O; Carroll, Serena A; Wagner, Tim J; Russell, Jay M; Evans, Bryan L; McManaman, Kris D; Criger, David E; Mialki, John D; Manning, Thaddeus M; Grieves, Kevin D; Hale, Weldon E; Williams, Kevin W (Marketing); Whiteside, Annette; Hutchison, Jody G; Colby, Ryan F; Schmitz, Peter J; Baum, William F; Ferris, Dean R; Siddiqui, Noorul H (Sidd); Mauro, Jeffrey; Hale, Weldon E; Dodgen, Alyson L; Weicher, Richard E; Swanson, Dan; Saylor, Stephanie D; Vreeland, Mark; Ishii, Carole L; Carroll, Yolanda M
**Subject:** Please review: Mileage-Based Fuel Surcharge Communications for tomorrow

**Importance:** High

**Attachments:** MBFSC rebase statement 8-4-08.doc; FAQs 8-4-08.doc; PU 08-xx_MBFS carload.doc; PU 08-xx_MBFS intermodal.doc; 08.05.08 Mileage-Based Fuel Surcharge Changes.doc

Marketing Teams,

Please review the attached communications materials covering changes to BNSF's mileage-based fuel surcharge program.

PLEASE DO NOT DISCUSS THIS INFORMATION WITH CUSTOMERS IN ADVANCE OF THE RELEASE OF THE CUSTOMER ADVISORIES TOMORROW.

**Statement**
The attached statement summarizes the program changes.

MBFSC rebase statement 8-4-08....

**FAQs**
The attached FAQs will provide answers to anticipated questions. Please note that some of the Q&As are *internal-only* and should not be circulated externally. External FAQs will be posted to the Web site and linked in the advisories.

FAQs 8-4-08.doc (67 KB)

**Customer Advisories**
The attached advisories will be sent to carload and intermodal customers tomorrow morning.

Links to the Fuel Surcharge portion of our Web site and the FAQs will be updated at 10:00 a.m. Central time Tuesday, August 5.

A similar communication will be sent to handling carrier shortlines.

PU 08-xx_MBFS carload.doc (74 ... PU 08-xx_MBFS intermodal.doc (...

**News Release**
The attached news release will be issued electronically at 2:00 p.m. Tuesday, August 5.

08.05.08 leage-Based Fuel Su

Please let me, Pat Hiatte, and the fuel surcharge team copied above know if you have any questions or concerns.

Thanks,

**Alyson Dodgen**
Manager, Customer Communications
817.867.6535
Alyson.Dodgen@bnsf.com

BNSF RAILWAY



## News Release

### BNSF Announces Expansion of Mileage-Based Fuel Surcharge Program

**FORT WORTH, Texas, August 5, 2008:**

BNSF Railway Company (BNSF) today announced that it will extend its mileage-based fuel surcharge program to carload (Agricultural Products, Coal, Industrial Products and Automotive) customers who do not currently pay a mileage-based fuel surcharge beginning Jan. 15, 2009, and to intermodal customers beginning Feb. 18, 2009. Changes for carload customers will be phased in as current pricing authorities expire.

BNSF established its mileage-based fuel surcharge program in 2006 as the most direct and accurate method of reflecting the impact of fuel price changes on BNSF and its customers.

The Highway Diesel Fuel (HDF) price at which BNSF will assess a fuel surcharge on carload shipments – the strike price – will increase from $1.25 per gallon to $2.50 per gallon, and pricing for carload shipments subject to a mileage-based fuel surcharge will be adjusted to reflect the new strike price.

"As the first railroad to establish a mileage-based fuel surcharge program, BNSF is further developing the program based on our continual monitoring of fuel prices, fuel efficiency efforts and input from our customers," says John Lanigan, BNSF's executive vice president and chief marketing officer.

Tables reflecting the new strike price for automotive (conventional and articulated equipment), unit coal train and all other carload shipments are available on the BNSF Web site. Tables for intermodal customers are under development now and a Customer Advisory will be sent to intermodal customers when the new tables are posted on the BNSF Web site.

BNSF Sales/Marketing representatives will provide customers with additional details as they become available over the next few months.

A subsidiary of Burlington Northern Santa Fe Corporation (NYSE:BNI), BNSF Railway Company operates one of the largest railroad networks in North America, with about 32,000-route-miles in 28 states and two Canadian provinces. The railway is among the world's top transporters of intermodal traffic, moves more grain than any other North American railroad, transports the components of many of the products we depend on daily, and hauls enough low-sulphur coal to generate about ten percent of the electricity produced in the United States. BNSF Railway is an industry leader in Web-enabling a variety of customer transactions at www.bnsf.com.

**BNSF Headquarters**
BNSF Railway Company
2650 Lou Menk Dr. 2nd Floor
Fort Worth, TX 76131-2830
P.O. Box 961057
Fort Worth, TX 76161-0057
Phone: (817) 352-1000

Terms of Use | Privacy Policy | Contact Us | Site Map | Feedback
Report Railroad Emergencies: 800-832-5452 General Inquiries: 817-352-1000
©2010 BNSF Railway Company. All Rights Reserved.

Lanigan
EXHIBIT NO. 34
06/22/10
J. BRANDT, CSR-RMR-CRR