**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This Document Relates To:<br><br>ALL CASES | **PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**DEFENDANT BNSF RAILWAY COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant BNSF Railway Company ("BNSF"), pursuant to Federal Rule of Civil Procedure 56, Local Rule LCvR 7(h), and other applicable law—including the Supreme Court's decisions in *Monsanto Co. v. Spray-Rite Service Corp.*, 465 U.S. 752 (1984), and *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 588 (1986)—hereby individually, and jointly with the other Defendants, moves for summary judgment, and requests that the Court dismiss Plaintiffs' claims in their entirety. There are no genuine disputes of material facts in this case, and BNSF is entitled to judgment as a matter of law.

In support of this Motion, BNSF relies upon all matters of record, including, but not limited to, the materials identified below, which have been or will be filed on this date, any additional materials BNSF is permitted to file in support of this Motion, and such argument as may be presented to the Court by counsel at any hearing on this Motion.

1. BNSF Railway Company's Memorandum in Support of Summary Judgment;
2. Defendants' Common Memorandum in Support of Defendants' Joint and Individual Motions for Summary Judgment;
3. Defendants' Statement of Undisputed Material Facts in Support of Defendants' Joint and

Individual Motions for Summary Judgment;

4. Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment; and

5. [Proposed] Order Granting Defendant BNSF Railway Company's Motion for Summary Judgment.

Dated: May 14, 2021

Respectfully submitted,

*<u>/s/ Glenn D. Pomerantz</u>*
Glenn D. Pomerantz
E. Martin Estrada
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Phone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Phone: (415) 512-4000
Ben.Horwich@mto.com

Jacobus P. van der Ven (D.C. Bar No. 1644774)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Phone: (202) 220-1100
Jacobus.vanderven@mto.com

Linda S. Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: (202) 429-3000
lstein@steptoe.com

Joshua H. Soven (D.C. Bar No. 436633)
WILSON SONSINI GOODRICH & ROSATI LLP
1700 K Street NW
Washington, DC 20006
Phone: (202) 973-8827
jsoven@wsgr.com

*Counsel for Defendant BNSF Railway Company*