**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This Document Relates To:<br><br>ALL CASES | **PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**DEFENDANT UNION PACIFIC RAILROAD COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Union Pacific Railroad Company ("UP") hereby individually, and jointly with Defendants BNSF Railway Company, CSX Transportation, Inc., and Norfolk Southern Railway Company, moves for summary judgment, and requests that the Court dismiss Plaintiffs' claims in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 56, LCvR 7(h) and other applicable law, including *Monsanto Co. v. Spray-Rite Service Corp.*, 465 U.S. 752 (1984) and *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 588 (1986). There are no genuine disputes of material facts in this case, and UP is entitled to judgment as a matter of law.

UP's motion is based on the following:

1. The attached Defendant Union Pacific Railroad Company's Separate Memorandum in Support of Summary Judgment;
2. Defendants' Common Memorandum in Support of Defendants' Joint and Individual Motions for Summary Judgment;

3. Defendants' Joint Statement of Undisputed Material Facts in Support of Defendants' Joint and Individual Motions for Summary Judgment;
4. Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment;
5. [Proposed] Order Granting Defendant Union Pacific Railroad Company's Motion for Summary Judgment; and
6. Any further evidence and argument as may be considered by the Court.

UP respectfully requests that Plaintiffs' claims be dismissed with prejudice, and summary judgment be entered in its favor as to all such claims.

Dated: May 14, 2021 Respectfully Submitted,

*/s/ Daniel M. Wall*
Daniel M. Wall
Timothy L. O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
dan.wall@lw.com
tim.o'mara@lw.com

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200
allyson.maltas@lw.com

Leonard A. Gail
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Phone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

John M. Majoras (D.C. Bar No. 474267)
Kristen Lejnieks (D.C. Bar No. 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Phone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com

Matthew M. Collette (D.C. Bar No. 427167)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467

Fax: (312) 379-0467
lgail@masseygail.com

mcollette@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company*