**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This Document Relates To:<br><br>ALL CASES | **PUBLICLY FILED VERSION** |

**[PROPOSED] ORDER GRANTING DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant Union Pacific Railroad Company has filed, individually, and jointly with Defendants BNSF Railway Company, CSX Transportation, Inc., and Norfolk Southern Railway Company, a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and LCvR 7(h). Having considered all papers and evidence submitted in support of and in opposition to the Motion, the arguments of counsel, and all other matters presented to the Court, and finding good cause appearing therefrom, the Court finds that there are no genuine issues of material facts and Union Pacific Railroad Company is entitled to judgment as a matter of law. It is hereby:

**ORDERED** that the Motion be, and hereby is, **GRANTED** in its entirety; and it is further

**ORDERED** that Plaintiffs' claims against Union Pacific Railroad Company are **DISMISSED WITH PREJUDICE.**

**IT SO ORDERED.**

Dated: _______________, 2021

______________________________
Hon. Paul L. Friedman
United States District Judge