**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF)<br><br>**PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |
| This Document Relates to:<br><br>ALL CASES | |

# CSX TRANSPORTATION, INC.'S MOTION FOR SUMMARY JUDGMENT

CSX Transportation, Inc. ("CSXT"), pursuant to Federal Rule of Civil Procedure 56, Local Rule LCvR 7(h), this Court's Orders concerning Defendants' motions for summary judgment on liability (ECF Nos. 1016, 1025, and 1029), and other applicable law—including the Supreme Court's decisions in *Monsanto Co. v. Spray-Rite Service Corp.*, 465 U.S. 752 (1984) and *Matsushita Electric Industrial Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 588 (1986)—hereby individually, and jointly with the other Defendants, moves for summary judgment, and requests that the Court dismiss Plaintiffs' claims in their entirety. There are no genuine disputes of material fact in this case, and CSXT is entitled to judgment as a matter of law.

In support of this Motion, CSXT relies upon all matters of record, including, but not limited to, the following materials which, pursuant to the Orders of the Court dated January 29 and April 20, 2009 (ECF Nos. 195 and 275), have been or will be filed under seal on this date:

1. CSX Transportation, Inc.'s Memorandum in Support of Summary Judgment;
2. Defendants' Common Memorandum in Support of Defendants' Joint and Individual Motions for Summary Judgment;
3. Defendants' Statement of Undisputed Material Facts in Support of Defendants' Joint and Individual Motions for Summary Judgment; and

4. Defendants' Appendix in Support of Defendants' Joint and Individual Motions for Summary Judgment.

CSXT respectfully requests that summary judgment be entered in its favor as to Plaintiffs' claims, and that those claims be dismissed with prejudice.

Dated: May 14, 2021

Respectfully submitted,

*<u>/s/ Kent Gardiner</u>*
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Katie Yablonka
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: (415) 986-2800
Fax: (415) 986-2827
KYablonka@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

*Counsel for Defendant CSX Transportation, Inc.*