**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. I) | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This document relates to:<br><br>ALL CASES | |

**NOTICE OF ERRATA REGARDING DEFENDANT NORFOLK SOUTHERN RAILWAY COMPANY'S SEPARATE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT**

Defendant Norfolk Southern Railway Company's publicly-filed Separate Memorandum in Support of Summary Judgment, ECF No. 1069, inadvertently included three excess pages in the Table of Contents. *See* ECF No. 1069-1 at 2-4. Defendant Norfolk Southern files this notice to correct the inadvertent inclusion of these additional pages. Included herein is a corrected Separate Memorandum in Support of Summary Judgment that removes the inadvertently included pages.

Respectfully submitted,

Dated: January 12, 2022

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: (202) 371-7630
tara.reinhart@skadden.com
thomas.gentry@skadden.com

*Counsel for Defendant Norfolk Southern Railway Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2022, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 12, 2022

*/s/ Tara L. Reinhart*
Tara L. Reinhart