**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/AK/JMF)<br><br>**PUBLICLY FILED VERSION** |
| This Document Relates to:<br><br>ALL CASES | |

**[PROPOSED] ORDER GRANTING**
**CSX TRANSPORTATION, INC.'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of CSX Transportation, Inc.'s Motion for Summary Judgment, the briefs and exhibits submitted in support thereof and in opposition, and argument of counsel presented to this Court in support of the parties' positions on the Motion, it is **HEREBY ORDERED** that CSX Transportation, Inc.'s Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED.**

Dated: ________________

______________________________
Hon. Paul L. Friedman
United States District Judge