**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This document relates to:<br>ALL CASES | |

**NOTICE OF FILING PUBLIC VERSIONS OF CERTAIN EXHIBITS TO THE DECLARATION OF CHRISTOPHER B. CAMPBELL (ECF NO. 927-1)**

Pursuant to D.C. Circuit Rule 47.1(b), and consistent with this Court's procedures regarding sealed materials as set forth in ECF No. 275, Defendants BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company have reviewed the material that is part of the record in appeal No. 21-7093 and sealed in this Court, and determined that portions of this record that Defendants previously asked to seal need not remain under seal. Defendants have thus attached to this Notice public versions of the exhibits that Defendants moved to exclude in Defendants' Motion Regarding the Interpretation and Application of 49 U.S.C. § 10706, ECF No. 927. Counsel for Defendants have conferred with counsel for Plaintiffs, who do not object to the unsealing of these exhibits.

*[Signatures on following pages]*

Dated: February 1, 2022

/s/ Timothy L. O'Mara
Timothy L. O'Mara
Daniel M. Wall
Kirsten M. Ferguson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
dan.wall@lw.com
tim.o'mara@lw.com
kirsten.ferguson@lw.com

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200
allyson.maltas@lw.com

Leonard A. Gail
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Phone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

John M. Majoras (D.C. Bar No. 474267)
Kristen Lejnieks (D.C. Bar No. 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Phone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com

Matthew M. Collette (D.C. Bar No. 427167)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company*

/s/ Tara L. Reinhart
Tara L. Reinhart (D.C. Bar. No. 462106)
Julia K. York (D.C. Bar No. 478001)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
julia.york@skadden.com
thomas.gentry@skadden.com

Saul P. Morgenstern
Jennifer B. Patterson
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
saul.morgenstern@arnoldporter.com
jennifer.patterson@arnoldporter.com

*Counsel for Defendant Norfolk Southern Railway Company*

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
E. Martin Estrada
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Linda S. Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com

Jacobus P. van der Ven (D.C. Bar No. 1644774)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Telephone: (202) 220-1100
Jacobus.vanderven@mto.com

Joshua H. Soven (D.C. Bar No. 436633)
WILSON SONSINI GOODRICH & ROSATI LLP
1700 K Street NW
Washington, DC 20006
Telephone: (202) 973-8827
jsoven@wsgr.com

*Counsel for Defendant BNSF Railway Company*

*/s/ Kent Gardiner*
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Katie Yablonka
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: (415) 986-2800
Fax: (415) 986-2827
KYablonka@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

*Counsel for Defendant CSX Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I, Timothy L. O'Mara, certify that, on February 1, 2022, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court and served on all counsel of record in the above-captioned matter.

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara