# Exhibit 16

**From:** McIntyre, Clyde Jr. [Clyde_McIntyre@csx.com]
**Sent:** Friday, March 28, 2003 11:16 AM
**To:** 'Alby Pfeifer, NS'
**Cc:** 'PJGlenno@NSCorp.com'; 'Charlie.Brenner@NSCorp.com'; Grayson, Pam
**Subject:** Request for NS Concurrence: Effective June 1, 2003 CSXT Fuel Surc harge Is Modified To Be More Responsive To Market Conditions

**Attachments:** Modified CSXT Fuel Surchrg ; CSXT 8100 FUEL SURCHARGE Doc.

> Request for NS concurrence : Effective June 1, 2003 CSXT Fuel Surcharge Is
> Modified To Be More Responsive To Market Conditions
>
> On March 20, 2003 CSXT released News announcing modifications to the fuel
> cost recovery program
> http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1.
>
> • Please provide concurrence to the modified CSXT fuel surcharge
> program on joint-line rates between CSXT and NS referencing, or subject
> to, Tariff CSXT 8100 or 8200. The surcharge will be divided in the same
> proportion as the joint-line freight charges. Please provide concurrence
> via Email to Pam_Grayson@CSX.com:
> <<Modified CSXT Fuel Surchrg >>
>
> • Attached is the revised Item 12000-A to Tariff CSXT 8100
> (Merchandise) to be issued March 31, 2003 and effective June 1, 2003.
> Tariff CSXT 8200 (Coal) will be revised similarly:
> <<CSXT 8100 FUEL SURCHARGE Doc.>>
>
> Under current CSXT 8100/8200 provisions that expire May 31st, the CSXT
> fuel surcharge remains at 2%.
>
> Please let me know if you have any questions.
>
> Clyde McIntyre
> Director Pricing Services

CSXT Fuel Cost Recovery Charge... FUEL SURCHARGE ITEM 12000A.doc...

> 904-359-3650

PLAINTIFF'S EXHIBIT NO. 23
PENGAD 800-631-6989

NS 001000226

NS - NJ 000224
CONFIDENTIAL SUBMISSION

Request for NS Concurrence: Effective June 1, 2003, CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

March 28, 2003

CSXT Interline Partner:

On March 20, 2003 CSX Transportation announced modifications to its fuel cost recovery program (http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1) in an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices.

The modified program will begin June 1, 2003, the date the revised fuel surcharge provisions in Tariffs CSXT 8100 (Merchandise) and CSXT 8200 (Coal) become effective. The revised CSXT 8100/8200 documents will be issued March 31, 2003.

Under the modified program, the formula for determining the fuel surcharge will be based on the monthly average price of West Texas Intermediate Crude Oil (WTI Average Price), an industry standard for tracking oil prices. The WTI Average Price for a given calendar month will be determined by adding the daily WTI prices published in the Wall Street Journal during a calendar month, and dividing the result by the number of days so published. The result will be rounded to the nearest cent.

The fuel surcharge will be 0.4% of the linehaul freight charge for every $1.00 per barrel, or portion thereof, by which the WTI Average Price exceeds $23.00, starting at a WTI Average Price of $23.01. The following schedule provides the new fuel surcharge within the noted WTI Average Price ranges:

| WTI Average Price Per Barrel | | Fuel Surcharge | WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|---|---|---|
| Between | and | Percentage | Between | and | Percentage |
| $23.00 | Below | No Surcharge | $36.01 | $37.00 | 5.6% |
| $23.01 | $24.00 | 0.4% | $37.01 | $38.00 | 6.0% |
| $24.01 | $25.00 | 0.8% | $38.01 | $39.00 | 6.4% |
| $25.01 | $26.00 | 1.2% | $39.01 | $40.00 | 6.8% |
| $26.01 | $27.00 | 1.6% | $40.01 | $41.00 | 7.2% |
| $27.01 | $28.00 | 2.0% | $41.01 | $42.00 | 7.6% |
| $28.01 | $29.00 | 2.4% | $42.01 | $43.00 | 8.0% |
| $29.01 | $30.00 | 2.8% | $43.01 | $44.00 | 8.4% |
| $30.01 | $31.00 | 3.2% | $44.01 | $45.00 | 8.8% |
| $31.01 | $32.00 | 3.6% | $45.01 | $46.00 | 9.2% |
| $32.01 | $33.00 | 4.0% | $46.01 | $47.00 | 9.6% |
| $33.01 | $34.00 | 4.4% | $47.01 | $48.00 | 10.0% |
| $34.01 | $35.00 | 4.8% | $48.01 | $49.00 | 10.4% |
| $35.01 | $36.00 | 5.2% | $49.01 | $50.00 | 10.8% |

The fuel surcharge shall be applied to each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given WTI Average Price calculation. For example, the initial June 1, 2003 fuel surcharge under the modified program will be a result of the April 2003 WTI Average Price calculation. The fuel surcharge will change monthly per the table below:

| Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied | Calendar Month of WTI Average Price | Fuel Surcharge Applied |
|---|---|---|---|---|---|
| January | March 1st | May | July 1st | September | November 1st |
| February | April 1st | June | August 1st | October | December 1st |
| March | May 1st | July | September 1st | November | January 1st |
| April | June 1st | August | October 1st | December | February 1st |

With transition to the modified program, no less than 20 days notice will be provided on the CSXT Internet site, or provided by electronic or facsimile notice, of the application of, or of any changes in, the fuel surcharge:

Until CSX's modified program becomes effective June 1, the original fuel surcharge provisions published effective October 25, 2000 in Tariffs CSXT 8100 http://www.csx.com/share/csx/assessorial/forms/docs/xii_misc_prov-REF10290.pdf and CSXT 8200 (Coal) will remain in effect. The CSXT fuel surcharge as of March 28, 2003 is 2%. Under the original provisions that are scheduled to expire May 31, 2003, the fuel surcharge will remain at 2% until WTI oil prices rise above or fall below the threshold levels for 30 consecutive days.

While the fuel surcharge program remains in effect, CSX will continue to provide daily updates on the price of WTI and the status of the charge on the CSX Internet site, http://www.csx.com. Simply select "Find a Price" in the upper right corner of the "Quick Links" dropdown. The price look-up screen has a fuel surcharge icon to select.

Please provide concurrence to the modified CSXT fuel surcharge program on joint-line rates between CSXT and your company referencing, or subject to, Tariff CSXT 8100 or 8200. With your concurrence, the surcharge will be divided in the same proportion as the joint-line freight charges.

Clyde McIntyre
Director, Pricing Services
CSX Transportation
Jacksonville, FL

# CSX
TRANSPORTATION

TARIFF CSXT 8100
SECTION XII-B
MISCELLANEOUS PROVISIONS

1st REVISED PAGE XII-B-2
Cancels ORIGINAL PAGE XII-B-2

MERCHANDISE FUEL SURCHARGE – ITEM 12000 – A (Supersedes ITEM 12000 that expires May 31, 2003)

In the event that the average price of West Texas Intermediate Crude Oil (as set forth below, the "WTI Average Price"), calculated monthly based on prices published in the Wall Street Journal, exceeds $23.00 per barrel, CSXT will have the right to apply a fuel surcharge to linehaul freight charges referencing or subject to this Item or Tariff CSXT 8100. If this right is exercised, the fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given WTI Average Price calculation.

The fuel surcharge will be 0.4% of the linehaul freight charge for every $1.00 per barrel, or portion thereof, by which the WTI Average Price exceeds $23.00. The WTI Average Price for a given calendar month will be determined by adding the daily West Texas Intermediate Crude Oil prices published in the Wall Street Journal during a calendar month, and dividing the result by the number of days so published. The result will be rounded to the nearest cent. If the Wall Street Journal ceases publication of the price of West Texas Intermediate Crude Oil, CSXT will employ a suitable substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the WTI Average Price ranges noted below:

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| Between | and | Percentage |
| $23.00 | Below | No Surcharge |
| $23.01 | $24.00 | 0.4% |
| $24.01 | $25.00 | 0.8% |
| $25.01 | $26.00 | 1.2% |
| $26.01 | $27.00 | 1.6% |
| $27.01 | $28.00 | 2.0% |
| $28.01 | $29.00 | 2.4% |
| $29.01 | $30.00 | 2.8% |
| $30.01 | $31.00 | 3.2% |
| $31.01 | $32.00 | 3.6% |
| $32.01 | $33.00 | 4.0% |
| $33.01 | $34.00 | 4.4% |
| $34.01 | $35.00 | 4.8% |
| $35.01 | $36.00 | 5.2% |

| WTI Average Price Per Barrel | | Fuel Surcharge |
|---|---|---|
| Between | and | Percentage |
| $36.01 | $37.00 | 5.6% |
| $37.01 | $38.00 | 6.0% |
| $38.01 | $39.00 | 6.4% |
| $39.01 | $40.00 | 6.8% |
| $40.01 | $41.00 | 7.2% |
| $41.01 | $42.00 | 7.6% |
| $42.01 | $43.00 | 8.0% |
| $43.01 | $44.00 | 8.4% |
| $44.01 | $45.00 | 8.8% |
| $45.01 | $46.00 | 9.2% |
| $46.01 | $47.00 | 9.6% |
| $47.01 | $48.00 | 10.0% |
| $48.01 | $49.00 | 10.4% |
| $49.01 | $50.00 | 10.8% |

No less than 20 days prior notice will be provided of the application of, or of any changes in, the fuel surcharge. Notice will be published on CSXT's web page at www.csx.com. Upon written request, the foregoing notice will be provided by other appropriate electronic or facsimile means. All such requests should be directed to Clyde_McIntyre@csx.com. In no case will a linehaul freight charge be reduced as a result of the application of this Item, nor will the application of the fuel surcharge be retroactive.

ISSUED MARCH 31, 2003 EFFECTIVE JUNE 1, 2003

CSX TRANSPORTATION
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

NS 001000229

NS - NJ 000227
CONFIDENTIAL
SUBMISSION

# CSX
TRANSPORTATION

TARIFF CSXT 8100
SECTION XII-B
MISCELLANEOUS PROVISIONS

1st REVISED PAGE XII-B-2
Cancels ORIGINAL PAGE XII-B-2

ISSUED MARCH 31, 2003 EFFECTIVE JUNE 1, 2003

CSX TRANSPORTATION
Marketing Services – Price Management
500 Water Street
Jacksonville, FL 32202

NS 001000230

NS - NJ 000228
CONFIDENTIAL
SUBMISSION