# Exhibit 17

**Gillen, George F**

**From:** Anderson, Paul M
**Sent:** Friday, March 28, 2003 1:41 PM
**To:** Grayson, Pam
**Cc:** Gillen, George F; Anderson, Paul M; Engstrom, James C
**Subject:** RE: Request for BNSF Concurrence: Effective June 1, 2003 CSXT Fuel Su rcharge Is Modified To Be More Responsive To Market Conditions

Pam,

On behalf of BNSF, I concur to your modified Surcharge Provisions, effective June 1, 2003..

Paul M Anderson
BNSF Railway
Price Management
817-593-1148 phone
817-593-2907 fax
paul .anderson1@bnsf.com

-----Original Message-----
From: McIntyre, Clyde Jr. [mailto:Clyde_McIntyre@csx.com]
Sent: Friday, March 28, 2003 9:50 AM
To: 'Engstrom, James C'
Cc: George F Gillen (E-mail); 'Paul.Anderson1@bnsf.com'; Grayson, Pam
Subject: Request for BNSF Concurrence: Effective June 1, 2003 CSXT Fuel Su rcharge Is Modified To Be More Responsive To Market Conditions

> Request for BNSF concurrence : Effective June 1, 2003 CSXT Fuel Surcharge
> Is Modified To Be More Responsive To Market Conditions
>
> On March 20, 2003 CSXT released News announcing modifications to the fuel
> cost recovery program
> http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1.
>
> * Please provide concurrence to the modified CSXT fuel surcharge
> program on joint-line rates between CSXT and BNSF referencing, or subject
> to, Tariff CSXT 8100 or 8200. The surcharge will be divided in the same
> proportion as the joint-line freight charges. Please provide concurrence
> via Email to Pam_Grayson@CSX.com:
> <<Modified CSXT Fuel Surchrg >>
>
> * Attached is the revised Item 12000-A to Tariff CSXT 8100
> (Merchandise) to be issued March 31, 2003 and effective June 1, 2003.
> Tariff CSXT 8200 (Coal) will be revised similarly:
> <<CSXT 8100 FUEL SURCHARGE Doc.>>
>
> Under current CSXT 8100/8200 provisions that expire May 31st, the CSXT
> fuel surcharge remains at 2%.
>
> Please let me know if you have any questions.
>
> Clyde McIntyre
> Director Pricing Services
> 904-359-3650