# Exhibit 18

[illegible]

Kurt H. Schroeder
04/01/03 12:56 PM

To: Kathy A. Eymann@UP, Gail H. Osler@UP, Robert W. Campbell@UP
cc: Michael R. Shelton@UP
Subject: UP/CSXT Fuel Surcharge - Project(s) 1106/ 1202

Info & File.
----- Forwarded by Kurt H. Schroeder on 04/01/03 12:55 PM -----

Kurt H. Schroeder
04/01/03 12:54 PM

To: Ron Talley
cc: Chuck Adams, Steve Ahlbrand@UP
Subject: UP/CSXT Fuel Surcharge - Project(s) 1106/ 1202

I marked RESPONSES on your note below. However to avoid misunderstanding, we probably should take 10 minutes or so to discuss as well.
Ron Talley

Ron Talley
04/01/03 11:30 AM

To: Kurt H. Schroeder@UP
cc: Chuck Adams, Steve Ahlbrand@UP
Subject: Re: CSXT Fuel Surcharge - Project 1202

Steve and I have discussed and it does not appear to be a big programming issue. Would appreciate some clarification on the following:

1. The approved calculation for determining the monthly average ((cost of fuel at end of month) - (cost of fuel at 1st day of month) / 2) .
SUM OF ALL WTI CLOSE PRICES FOR THE CALENDAR MONTH, DIVIDED BY THE NUMBER OF WSJ PUBLISHED DAYS IN THE MONTH. ROUNDED TO THE NEAREST WHOLE CENT.
2. If fuel ever falls below $23.00, does the fuel surcharge equate to a price reduction?
NO.
2. Will we continue to support the existing automated fuel surcharge application?
NO, OR MORE ACCURATELY, AT LEAST NOT FOR THE CURRENT "UP STANDARD FUEL SURCHARGE PROGRAM." THIS MODIFIED PROGRAM IS TO BE A REPLACEMENT.
3. Will we be converting existing documents?
YES, IF NECESSARY TO POINT TO THE NEW FUEL SURCHARGE PROVISION..... EITHER ELECTRONICALLY OR BY TEXT.
4. What are the implementation expectations other than the June 1st start-up date?
A. SURCHARGE PERCENTS WILL (ALMOST ALWAYS) CHANGE <u>EVERY</u> MONTH.
B. WTI TRACKING TABLE ON WEBSITE NEEDS TO CHANGE - - - PROBABLY TO JUST STRAIGHT MONTHLY TRACKING AND (MAYBE) MONTHLY AVERAGES.
C. LIKELY SOME SORT OF CUSTOMER COMMUNICATION "BROADCAST MESSAGE" WILL NEED TO BE SENT 20 DAYS OR SO BEFORE THE BEGINNING OF EACH MONTH. ADVISING OF THE NEW PERCENT CHANGE.

Kurt H. Schroeder

Kurt H. Schroeder
03/31/03 05:36 PM

To: Steve Ahlbrand@UP
cc: Chuck Adams, Ron Talley@UP
Subject: CSXT Fuel Surcharge - Project 1202

Key provisions of the new fuel surcharge program:

a. Thresholds start with average WTI $23.01/bbl @ 0.4%
b. Additional 0.4% for each additional dollar/bbl WTI over $23.01.
c. Based on 30-day WTI price averages.
d. Percent adjustments made the 1st day of the 2nd month after the averaging period.
e. Replaces current program beginning June1 - - - using WTI average for month of April.

----- Forwarded by Kurt H. Schroeder on 03/31/03 05:34 PM -----

Chuck Adams
03/31/03 05:26 PM

To: Steve Ahlbrand@UP
cc: Ron Talley@UP, Kurt H. Schroeder@UP
Subject: CSXT Fuel Surcharge - Project 1202

Want to advise you that we are changing our fuel surcharge approach. We will be adopting the same approach as the CSXT outlines below. We will go out with our announcement the end of the week. I need to understand what the system changes are to support this new approach if there is one.

*Chuck Adams*
*Union Pacific Railroad*
*1416 Dodge Street, Room 1110*
*Omaha, Nebraska, 68179*
*Phone: 402-271-5866*
*Fax: 402-271-2438*
*e-mail: ChuckAdams@UP.com*
*Web: WWW.UPRR.COM*

----- Forwarded by Chuck Adams on 03/31/03 05:11 PM -----

Kurt H. Schroeder
03/31/03 04:00 PM

To: Clyde McIntyre-CSXT<clyde_mcintyre@csx.com>@ Internet, Pam Grayson-CSXT<Pam_Grayson@csx.com>@ internet
cc: Jack J. Koraleski@UP, Greg Barbe@UP, Lance M. Fritz@UP, John E. Kaiser@UP, Diane D. Knutson@UP, Joseph W. Leppert III@UP, Ed Sims@UP, Greg H. Sovey@UP, Chuck Adams
Subject: CSXT Fuel Surcharge - Project 1202

Clyde McIntyre - CSXT -
Director Pricing Services

Reference your letter below, requesting UP concurrence to transition to a new fuel cost recovery program. Effective: June 1, 2003.

You may accept this as UP concurrence to the modified fuel surcharge program, based upon the following conditions:

1. CSXT fuel surcharge is to apply only on price documents where CSXT is the publisher.

2. CSXT has agreed to publish/maintain the fuel surcharge to facilitate downstream billing systems:
   a. CSXT will capture/maintain the fuel surcharge in a Surcharge Condition Code (SURC) group docket with percentage amounts kept positively stated.
   b. All price dockets (T/S 460) subject to this fuel surcharge will be (re)transmitted with pointers to the fuel surcharge group docket (T/S 490).

3. Fuel surcharge amounts will be divided/settled on same basis as associated individual price interline divisions.

4. Existing CSXT fuel surcharge provisions (currently @ 2%) remain in effect through May 31, 2003.

Kurt Schroeder - UP
Sr. Manager Revenue Management
"McIntyre, Clyde Jr." <Clyde_McIntyre@csx.com>

"McIntyre, Clyde Jr." <Clyde_McIntyre@csx.com>
03/28/03 09:26 AM

To: "KURTSCHROEDER@UP.COM" <KURTSCHROEDER@UP.COM>
cc: "CHUCKADAMS@UP.COM" <CHUCKADAMS@UP.COM>, KAEYMANN@up.com, "Grayson, Pam" <Pam_Grayson@csx.com>
Subject: Request for UP Concurrence: Effective June 1, 2003 CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

Request for UP concurrence : Effective June 1, 2003 CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions

> On March 20, 2003 CSXT released News announcing modifications to the fuel
> cost recovery program
> http://www.csx.com/?fuseaction=company.news_detail&i=45428&news_year=-1 .
>
> • Please provide concurrence to the modified CSXT fuel surcharge
> program on joint-line rates between CSXT and UP referencing, or subject
> to, Tariff CSXT 8100 or 8200. The surcharge will be divided in the same
> proportion as the joint-line freight charges. Please provide concurrence
> via Email to Pam_Grayson@CSX.com:
> <<Modified CSXT Fuel Surchrg >>
>
> • Attached is the revised Item 12000-A to Tariff CSXT 8100
> (Merchandise) to be issued March 31, 2003 and effective June 1, 2003.
> Tariff CSXT 8200 (Coal) will be revised similarly:
> <<CSXT 8100 FUEL SURCHARGE Doc.>>
>
> Under current CSXT 8100/8200 provisions that expire May 31st, the CSXT
> fuel surcharge remains at 2%.
>
> Please let me know if you have any questions.
>
> Clyde McIntyre
> Director Pricing Services

904-359-3650