# Exhibit 19

Kurt H. Schroeder
03/21/03 05:20 PM

To: Kathy A. Eymann@UP
cc: Michael R. Shelton@UP
Subject: CSXT Fuel Surcharge - Project 1202

---- Forwarded by Kurt H. Schroeder on 03/21/03 05:19 PM ----

Kurt H. Schroeder
03/21/03 05:10 PM

To: Greg H. Sovey@UP
cc: Chuck Adams
Subject: CSXT Fuel Surcharge - Project 1202

At 4 pm this afternoon, I spoke with Clyde McIntryre, CSXT's Director Pricing Services, about a possible change in the Fuel Surcharge Formula.

Clyde confirmed CSXT is currently planning to implement a new fuel surcharge formula:

A. Threshold starting WTI $23.00/bbl @ 0.4%
B. Additional 0.4% for each additional dollar/bbl WTI over $23.00.
C. Based on 30-day WTI price averages.
D. Surcharge adjustments made the 1st day of the 2nd month after the averaging period.

He cautioned me that the information above is still "tentative" and his senior management has not yet signed off. He expects that by Tuesday (3/25) of next week he will send us "formal concurrence request" for CSXT published prices with UP. He also indicated he was unaware of any CSXT announcement having been already made on this............ seemed surprised I was calling him about it.



UPNJ-08-0000122

HIGHLY CONFIDENTIAL
UPFSC0000787