# Exhibit 20

Kurt H. Schroeder
03/24/03 09:41 AM

To: Kathy A. Eymann@UP, Robert W. Campbell@UP, Gail H. Osler@UP
cc: Michael R. Shelton@UP
Subject: CSXT fuel surcharge - Project 1202

fyi - - - - this is going to heat up again.
----- Forwarded by Kurt H. Schroeder on 03/24/03 09:26 AM -----

Kurt H. Schroeder
03/24/03 09:26 AM

To: Greg H. Sovey
cc: Chuck Adams@UP
Subject: CSXT fuel surcharge - Project 1202

Confirming V-Mail.

Spoke with Clyde McIntyre again this morning. He said complete "working details" still have not yet been signed off yet, however, he anticipates sending me concurrence request by tomorrow (3/25).

If schedule holds, this new program will use average WTI for April to make first fuel surcharge percent adjustment on June 1.
Greg H. Sovey

Greg H. Sovey
03/24/03 08:48 AM

To: Chuck Adams@UP, Kurt H. Schroeder@UP
cc:
Subject: CSXT fuel surcharge

Was advised this was published last Thursday. I still see nothing on the CSXT web site. Please assess what is going on.

## Today's News

### CSX Transportation Announces Modifications to Its Fuel Cost Recovery Program

Website

JACKSONVILLE, Fla., March 20 /PRNewswire-FirstCall/ -- In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices, CSX Transportation (CSXT) announced today modifications to its fuel cost recovery program.

After the transition to the new program, CSXT's fuel surcharges will be applied in smaller increments, on a more real-time basis,

UPNJ-08-0000123

consistent with increases or decreases in fuel prices. With the changes, CSXT will no longer only adjust surcharges in 2% increments for every $5/barrel change in crude oil prices. Instead, the surcharge will be adjusted up or down 0.4% for every dollar increase or decrease in oil prices above $23/barrel. These charges will be determined monthly based on the thirty-day average price of West Texas Intermediate (WTI) crude oil. When fuel prices drop below $23/barrel, no fuel surcharge will apply.

Michael J. Ward, chairman and CEO of CSX Corporation (NYSE: CSX) and president of CSXT said, "Given the continued instability in oil prices we must, like most American companies, implement better ways to manage fuel price changes and market volatility. As a result of this new program, CSXT's fuel surcharges will more directly respond to fuel price changes in a real-time manner."

P. Michael Giftos, CSXT's executive vice president and chief commercial officer said, "These changes will allow CSXT's surcharge program to more accurately reflect fuel price fluctuations in a more timely fashion. In addition, the modified program provides two things our customers have asked for: smaller, more incremental changes in the fuel surcharge and easier administration since it is changed on a predictable, monthly basis."

CSXT will amend its 8100 and 8200 tariffs later this month and the new fuel surcharge program will take effect not less than 20 days after. Until the new surcharge becomes effective, the current program will remain in place.

These tariff changes will not change the existing fuel
cost recovery program
at CSX Intermodal. Once the program is amended,
additional details will be
available on the company's website at http://www.csx.com.

CSXT and its 34,000 employees provide rail
transportation and distribution
services over a 23,000 route-mile network in 23 states,
the District of
Columbia and two Canadian provinces. CSXT is a business
unit of CSX
Corporation (NYSE: CSX), and both are headquartered in
Jacksonville, Fla.

http://www.csx.com

*SOURCE CSX Transportation*
*Web Site: http://www.csx.com*

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.

More news from PR Newswire...