# Exhibit 21

From: Bob M. Toy on 03/24/2003 11:25 AM
To: UPRR_M&S_CONS_GOVT_WASTE, UPRR_M&S_FOREST, UPRR_M&S_M_M
cc:

Subject: CSXT Changing Surcharge $23 & Monthly Avg - Likely Effective 6/1

We anticipate receiving a concurrence request on interline biz related to the following CSXT announcement today or tomorrow. Likely components (today's approach in parentheses):

$23 as 1st trigger (vs. $28 today)
.4% surcharge change with every $1 oil price change (vs. 2% with every $5)
Surcharge based on average fuel price in a month (vs. counting days)
Change in surcharge % effective at some point a few weeks later (vs. the next day)

I understand that the earliest interline customers would likely pay a surcharge when prices are between $23 and $28 is 6/1.

http://biz.yahoo.com/prnews/030320/flth020_1.html

UPNJ-08-0000126

HIGHLY CONFIDENTIAL
UPFSC0000791