# Exhibit 24

From: Seale, Don
Sent: Friday, May 09, 2003 5:01 PM
To: Prillaman, Ike
Subject: FW: Revised UP Fuel Surcharge Project 1786

LIP: Please note regarding our discussion today on UP and BNSF fuel surcharges. DWS

-----Original Message-----
From: Seale, Don
Sent: Friday, May 09, 2003 4:58 PM
To: Glennon, Pat
Cc: Brenner, Charlie; Pfeifer, Alby
Subject: RE: Revised UP Fuel Surcharge Project 1786

Pat: Let's concur with the UP application and maintain our current FSC for the time being. DWS

-----Original Message-----
From: Glennon, Pat
Sent: Friday, May 09, 2003 3:00 PM
To: Seale, Don
Cc: Brenner, Charlie; Pfeifer, Alby
Subject: Revised UP Fuel Surcharge Project 1786

DWS - We received the UP's revised FSC formula. They are asking for our concurrence by May 15th. This covers UP issued prices subject to the UP FSC.

The revised UP FSC is very similar to the current BNSF formula. It is based on the Retail On-Highway Diesel Fuel index. Like the BNSF, it also provides for .5% increments for every 5 cent increment starting with 0% below $1.25. However, the UP has inserted a $1.35 trigger that essentially caches the prior increments until the $1.35 threshold is met. Once it is met, the earlier increments are added to the FSC so the minimum FSC is 1.5% at $1.35. See chart below. Once it kicks in, it exactly matches the BNSF FSC percentage progression, including lag times and effective dates.

The UP is also announcing that the June FSC will be reduced to 2% in lieu of the 3% that the formula calls for. This is probably due the recent sharp drop in energy costs and the substantial lag built into the formula. In a similar move, the BNSF reduced the May FSC from 5.0% to 2.0% for the month of May.

We are getting some indications that the BNSF might modify their FSC to include a similar $1.35/1.5% trigger. This somewhat address a complaint that the BNSF formula kicks in sooner and tends to change from month to month. Of course, once the price of diesel exceeds $1.35 the issue about frequent changes reappears. In addition, the price of diesel is affected by refinery issues, heating oil production and regional variations. As a result, diesel will tend to be more volatile than WTI.

I recommend that we concur and watch for a BNSF response. If the BNSF adopts the same change, the CSXT will be under pressure to modify their position. Due to the way NS publishes the FSC, if we were to adopt this need approach, we would have to transition one publication at a time. For this reason alone, we should wait this out and review our position once things settle down.

In the meantime, we can concur to the UP proposal. We can handle the formula with little manual effort on the part of Mktg Services and with no involvement by the PMs.
PJG

-----Original Message-----
From: KAEYMANN@up.com [mailto:KAEYMANN@up.com]
Sent: Friday, May 09, 2003 12:00 PM
To: pjglenno@nscorp.com; ampfeife@nscorp.com
Subject: Project 1786

REVISED FUEL SURCHARGE PROGRAM - EFFECTIVE JUNE 1, 2003

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000354

NS - NJ 000352
CONFIDENTIAL SUBMISSION

Union Pacific is revising its carload fuel cost recovery program which will amend/replace current provisions published in UP governing rules tariffs/circulars:

In the event the average price of Retail On-Highway Diesel Fuel (as set forth below, the "HDF Average Price"), calculated monthly based on prices reported on the U.S. Department of Energy Website (eia.doe.gov) equals or exceeds $1.35 per gallon, UP will apply a fuel surcharge to linehaul freight charges. The fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given HDF Average Price (e.g., a fuel surcharge applied beginning July 1 would be based on May's HDF Average Price).

The HDF Average Price for a given calendar month will be determined by adding the weekly Retail On-Highway Diesel Fuel prices reported on the U.S. Department of Energy Website (eia.doe.gov), and dividing the result by the number of weeks so reported. The result will be rounded to the nearest cent. If the Department of Energy ceases reporting of the price of Retail On-Highway Diesel Fuel, UP will employ a suitable substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the HDF Average Price ranges noted below:

| HDF Average Price (Per Gallon) | Fuel Surcharge (Percentage) |
|---|---|
| $0.00 to $1.349 | 0.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |
| $1.95 to $1.999 | 7.5% |

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000355

NS - NJ 000353
CONFIDENTIAL SUBMISSION

| | |
|---|---|
| $2.00 to $2.049 | 8.0% |
| Each $0.05 per gallon increase thereafter | Additional 0.5% |

REDUCTION EXCEPTION: June 2003 fuel surcharge is reduced from 3.0% to 2.0%.

In no case will freight charge(s) be reduced below the Base Freight Charge(s) as a result of the application of this Item, nor will application or removal of the fuel surcharge be retroactive.

Surcharge amounts will be shared on the same proportions as associated interline divisions for joint line prices.

We would appreciate receiving your concurrence by May 15, 2003. If you have any questions, or if more convenient to telephone your response, please feel free to call the undersigned at (402) 271-4595 or Kathy Eymann at (402) 271-4793.

Kurt Schroeder
Sr. Manager Revenue Management
Union Pacific Railroad
EMAIL: KurtSchroeder@UP.com
FAX: (402) 271-4860

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000356

NS - NJ 000354
CONFIDENTIAL SUBMISSION