# Exhibit 25

**From:** Pfeifer, Alby
**Sent:** Friday, May 09, 2003 12:14 PM
**To:** Glennon, Pat
**Subject:** FW: Project 1786

Pat, this is the same as BNSF program. Alby

-----Original Message-----
From: KAEYMANN@up.com [mailto:KAEYMANN@up.com]
Sent: Friday, May 09, 2003 12:00 PM
To: pjglenno@nscorp.com; ampfeife@nscorp.com
Subject: Project 1786

REVISED FUEL SURCHARGE PROGRAM - EFFECTIVE JUNE 1, 2003

Union Pacific is revising its carload fuel cost recovery program which will amend/replace current provisions published in UP governing rules tariffs/circulars:

In the event the average price of Retail On-Highway Diesel Fuel (as set forth below, the "HDF Average Price"), calculated monthly based on prices reported on the U.S. Department of Energy Website (eia.doe.gov) equals or exceeds $1.35 per gallon, UP will apply a fuel surcharge to linehaul freight charges. The fuel surcharge shall be applied to the linehaul freight charge for each shipment having a bill of lading dated on or after the 1st day of the second calendar month following the calendar month of a given HDF Average Price (e.g., a fuel surcharge applied beginning July 1 would be based on May's HDF Average Price).

The HDF Average Price for a given calendar month will be determined by adding the weekly Retail On-Highway Diesel Fuel prices reported on the U.S. Department of Energy Website (eia.doe.gov), and dividing the result by the number of weeks so reported. The result will be rounded to the nearest cent. If the Department of Energy ceases reporting of the price of Retail On-Highway Diesel Fuel, UP will employ a suitable substitute source of price or measure. The following schedule reflects the applicable fuel surcharges within the HDF Average Price ranges noted below:

| HDF Average Price (Per Gallon) | Fuel Surcharge (Percentage) |
|---|---|
| $0.00 to $1.349 | 0.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000341

NS - NJ 000339
CONFIDENTIAL SUBMISSION

| | | |
|---|---|---|
| $1.60 to $1.649 | | 4.0% |
| $1.65 to $1.699 | | 4.5% |
| $1.70 to $1.749 | | 5.0% |
| $1.75 to $1.799 | | 5.5% |
| $1.80 to $1.849 | | 6.0% |
| $1.85 to $1.899 | | 6.5% |
| $1.90 to $1.949 | | 7.0% |
| $1.95 to $1.999 | | 7.5% |
| $2.00 to $2.049 | | 8.0% |
| Each $0.05 per gallon increase thereafter | | Additional 0.5% |

REDUCTION EXCEPTION: June 2003 fuel surcharge is reduced from 3.0% to 2.0%.

In no case will freight charge(s) be reduced below the Base Freight Charge(s) as a result of the application of this Item, nor will application or removal of the fuel surcharge be retroactive.

Surcharge amounts will be shared on the same proportions as associated interline divisions for joint line prices.

We would appreciate receiving your concurrence by May 15, 2003. If you have any questions, or if more convenient to telephone your response, please feel free to call the undersigned at (402) 271-4595 or Kathy Eymann at (402) 271-4793.

Kurt Schroeder
Sr. Manager Revenue Management
Union Pacific Railroad
EMAIL: KurtSchroeder@UP.com
FAX: (402) 271-4860

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

NS 001000342

NS-NJ 000340
CONFIDENTIAL
SUBMISSION