# Exhibit 26

Printed by Alan Ratcliffe on 01/20/2004, at 06:44:52 AM, Page 1

Kurt H. Schroeder
01/19/04 09:54 AM

To: Dave A. Gramlich@UP, Tom P. Noser@UP, Rick T. Harris@UP, Randy K. Davison@UP, Kent D. Boettger@UP, James F. Lusk@UP, Martin J. Matukewicz@UP, Mary E. McArdle@UP, Bob M. Toy@UP
cc: Chuck Adams, Robert W. Campbell@UP, (bcc: Alan P. Ratcliffe)
Subject: RE: NS Fuel Surcharge WTI/Mo. Avg - Project 1947

—— Forwarded by Kurt H. Schroeder on 01/19/04 09:48 AM ——



Pfeifer Alby
<ampfeife@nscorp.com>
01/17/04 08:21 AM

To: "KURTSCHROEDER@UP.COM" <KURTSCHROEDER@UP.COM>
cc:
Subject: RE: NS Fuel Surcharge WTI/Mo. Avg - Project 1947

Kurt, what you have is correct. The new surcharge will be applied March 1 on all public prices. Private prices, both contracts and private quotes will be individually handled, either when they expire, are renegotiated or upon their roll-over dates. We will be sending the correct surcharge through REN. Prices using the new surcharge program will be reissued to show a new shipment condition group. Hope this helps. Alby

-----Original Message-----
From: KURTSCHROEDER@UP.COM [mailto:KURTSCHROEDER@UP.COM]
Sent: Friday, January 16, 2004 5:12 PM
To: ampfeife@nscorp.com
Subject: NS Fuel Surcharge WTI/Mo. Avg - Project 1947

Alby,

This is notification I gave to UP Finance managers. For FSC application with NS source prices to NS/UP interline traffic

Please confirm my understanding is correct.

Thanks,
Kurt S.
----- Forwarded by Kurt H. Schroeder on 01/16/04 03:53 PM -----

Kurt H. Schroeder
01/16/04 10:27 AM

To: Kent D. Boettger@UP, James F. Lusk@UP, Martin J. Matukewicz@UP, Mary E. McArdle@UP, Bob M. Toy@UP, Dave A. Gramlich@UP, Tom P. Noser@UP, Rick T. Harris@UP, Randy K. Davison@UP
cc: Chuck Adams, Robert W. Campbell@UP
Subject: NS Fuel Surcharge WTI/Mo. Avg - Project 1947

UPNJ-08-0000496

CONFIDENTIAL
UPFSC0001161

Effective for March 1, 2004 fuel surcharge application, NS is revising its "standard" fuel surcharge program:

a. Based on WTI price/barrel monthly average - - 2 months prior. January WTI average will determine March's FSC percentage amount, February for April, etc.

b. Initial threshold is $23.01/ barrel with 0.4% FSC. Each $1.00 Ave./barrel Tier, $24.00 & above = additional 0.4% FSC increment. (See attached file: NS FSC WTI MO AVG March 2004.doc)

This new "FSC standard" for NS will be applicable in March to most NS prices, however, differing terms in existing contracts will continue to be applied.