# Exhibit 27

"Reyff, Randy R"
<Randy.Reyff@bnsf.com>

12/08/04 04:47 PM

To: "JALORENZ@up.com" <JALORENZ@up.com>
cc: "Brautovich, Robert A" <Robert.Brautovich@bnsf.com>
Subject: BNSF 90044 - AEPCO

Jim,

Well, it's that time of year again.....

Emily Regis tells me that AEPCO may have need for New Mexico Origin rates in 2005. So with that in mind, I went through our current CCA BNSF 90044 Supplement 4 and marked it up as attached "Supplement 5". Note there is a Destination detention charge in there for your account.

1Q 2004 to 1Q 2005 RCAF-U increase is 8.0%. In addition, we've got executive instruction to apply Fuel Surcharge provisions to essentially everything. If UPRR's Fuel Surcharge provision can't be applied because of how it may be defined for application in your circular(s), I can specify BNSF 6100 Item 3380, our "Coal Fuel Surcharge".

Please Advise so we can issue this ASAP.

Thanks,
RR

<<BNSF90044-5.doc>>

BNSF90044-5.doc

*Item 3380 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments – Issued June 8, 2004 – Effective July 1, 2004*

Coal shipments made pursuant to pricing authorities referring hereto shall be assessed a fuel surcharge, when applicable. Such fuel surcharge shall be applicable when the U.S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month of (Time Period) equals or exceeds $1.24 per gallon. The applicable fuel surcharge will be applied to the total freight charges for each shipment waybill dated on or after the 1st day of the second following calendar month. Such fuel surcharge shall be included on the invoice for freight charges for each shipment so assessed. Charges for miscellaneous and accessorial services shall not be subject to fuel surcharge application.

Coal Fuel Surcharge Rates (CFSR) will be adjusted monthly. The Coal Fuel Surcharge Table will be subject to periodic review.

CFSR = See Table Below.
Where CFSR = Coal Fuel Surcharge Rate.
HDF = prior Time Period's U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www.eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

Coal Fuel Surcharge Table

| Time Period's Average Price of HDF Between | Applicable Fuel Surcharge Rate (CFSR) |
|---|---|
| $0.00 to $1.239 | 0.0% |
| $1.24 to $1.279 | 0.5% |
| $1.28 to $1.319 | 1.0% |
| $1.32 to $1.359 | 1.5% |
| $1.36 to $1.399 | 2.0% |
| $1.40 to $1.439 | 2.5% |
| $1.44 to $1.479 | 3.0% |
| $1.48 to $1.519 | 3.5% |
| $1.52 to $1.559 | 4.0% |
| $1.56 to $1.599 | 4.5% |
| $1.60 to $1.639 | 5.0% |
| $1.64 to $1.679 | 5.5% |
| $1.68 to $1.719 | 6.0% |
| $1.72 to $1.759 | 6.5% |
| $1.76 to $1.799 | 7.0% |
| $1.80 to $1.839 | 7.5% |
| $1.84 to $1.879 | 8.0% |
| $1.88 to $1.919 | 8.5% |
| $1.92 to $1.959 | 9.0% |
| $1.96 to $1.999 | 9.5% |
| 2.00 to 2.039 | 10.0% |
| 2.04 to 2.079 | 10.5% |
| 2.08 to 2.119 | 11.0% |
| 2.12 to 2.159 | 11.5% |
| 2.16 to | 12.0% |

Ave. HDF
04 NOV 2.147 – Applies JAN 05
04 Dec 2.009 – Applies Feb 05
04 JAN ?

(Item continued on next page)





HIGHLY CONFIDENTIAL
UPFSC0001433

*Item 3380 - Charge – Fuel Surcharge on Coal Unit Train and Trainload Shipments (Item Concluded)*

If the U.S. National Average Fuel Index exceeds $1.999 per gallon, the CFSR will increase as follows: for each $0.04 per gallon increase (or fraction thereof) thereafter, an additional 0.5% will be applied.

*Example:*

For a Coal Fuel Surcharge applied for shipments during the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.338 Per Gallon, July's FSR would be 1.5%. Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.15.





HIGHLY CONFIDENTIAL
UPFSC0001434



Jerry P. Klym
12/09/2004 07:44 AM

To: James A. Lorenz@UP
cc: Linda A. Brandl@UP
Subject: Re: BNSF 90044 - AEPCO

Per our discussion with Dave Gramlich, the BN needs to add the FS to their tariff in REN, along with the BN Coal FS Dynamic Group that gets passed to us in REN

JPK

James A. Lorenz



James A. Lorenz
12/09/04 06:32 AM

To: Jerry P. Klym@UP
cc:
Subject: BNSF 90044 - AEPCO

Jerry,

Do you see any problems billing the BN fuel surcharge?

Thanks.

Jim
—— Forwarded by James A. Lorenz on 12/09/04 06:32 AM ——



James A. Lorenz
12/09/04 06:31 AM

To: Jerry Stewart@UP
cc:
Subject: BNSF 90044 - AEPCO

Jerry,

Any problems billing the BN fuel surcharge?

I'll call you shortly to discuss.

Thanks.

Jim
—— Forwarded by James A. Lorenz on 12/09/04 06:30 AM ——



"Reyff, Randy R"
<Randy.Reyff@bnsf.com>
12/08/04 04:47 PM

To: "JALORENZ@up.com" <JALORENZ@up.com>
cc: "Braulovich, Robert A" <Robert.Braulovich@bnsf.com>
Subject: BNSF 90044 - AEPCO

Jim,

Well, it's that time of year again.....

Emily Regis tells me that AEPCO may have need for New Mexico Origin rates in 2005. So with that in mind, I went through our current CCA BNSF 90044 Supplement 4 and marked it up as attached

"Supplement 5". Note there is a Destination detention charge in there for your account.

1Q 2004 to 1Q 2005 RCAF-U increase is 8.0%. In addition, we've got executive instruction to apply Fuel Surcharge provisions to essentially everything. If UPRR's Fuel Surcharge provision can't be applied because of how it may be defined for application in your circular(s), I can specify BNSF 6100 Item 3380, our "Coal Fuel Surcharge".

Please Advise so we can issue this ASAP.

Thanks,
RR

<<BNSF90044-5.doc>>


BNSF90044-5.doc



HIGHLY CONFIDENTIAL
UPFSC0001436

James A. Lorenz
12/09/2004 10:32 AM

To: "Reyff, Randy R" <Randy.Reyff@bnsf.com>
cc: "Brautovich, Robert A" <Robert.Brautovich@bnsf.com>, Richard L Vasy@UP, Randy K Davison@UP
Subject: Re: BNSF 90044 - AEPCO

Randy,

You have our concurrence to proceed as you have proposed below. We also concur to use your fuel surcharge tariff 6100. Our destination charge would be adjusted by 8% as well to $$504.30.

Our accounting dept. requests that you add the Fuel Surcharge to your tariff in REN, as well as the BN Coal Fuel Surcharge dynamic group. This is required so we can properly bill the fuel surcharge under your BNSF 6100 tariff.

Thanks for your help.

Jim
"Reyff, Randy R" <Randy.Reyff@bnsf.com>

"Reyff, Randy R" <Randy.Reyff@bnsf.com>
12/08/04 04:47 PM

To: "JALORENZ@up.com" <JALORENZ@up.com>
cc: "Brautovich, Robert A" <Robert.Brautovich@bnsf.com>
Subject: BNSF 90044 - AEPCO

Jim,

Well, it's that time of year again.....

Emily Regis tells me that AEPCO may have need for New Mexico Origin rates in 2005. So with that in mind, I went through our current CCA BNSF 90044 Supplement 4 and marked it up as attached "Supplement 5". Note there is a Destination detention charge in there for your account.

1Q 2004 to 1Q 2005 RCAF-U increase is 8.0%. In addition, we've got executive instruction to apply Fuel Surcharge provisions to essentially everything. If UPRR's Fuel Surcharge provision can't be applied because of how it may be defined for application in your circular(s), I can specify BNSF 6100 Item 3380, our "Coal Fuel Surcharge".

Please Advise so we can issue this ASAP.

Thanks,
RR

<<BNSF90044-5.doc>>

BNSF90044-5.doc