# Exhibit 28

Fuel Surcharge

Brad A. Thrasher
04/12/2006 01:04 PM

To: Eric L. Butler/UPC@UP
cc: Bob D. Maziarz/UPC@UP, Bob M. Toy/UPC@UP, Brian G. Maher/UPC@UP, Linda A. Brandl/UPC@UP, Martin J. Matukewicz/UPC@UP, Randy G. Evans/UPC@UP
Subject: Re: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

Smart & brave...

- Add the existing fuel surcharge to the base rates (which you could argue is still under the "market level" because the traffic was not being diverted...) and lock in that price permanently in case fuel drops - any downside in fuel is gravy....
- Rebase to todays higher fuel which protects you from further upside pressures in case the world goes crazy..
- Higher base should minimize the times that they are even collecting a surcharge which neutralizes all the political pressure plus reduces administrative costs for all.
- Cut's the "Your making too much on fuel argument" off at the knees

Eric L. Butler

Eric L. Butler
04/12/2006 11:39 AM

To: Linda A. Brandl/UPC@UP, Randy G. Evans/UPC@UP, Brian G. Maher/UPC@UP, Bob D. Maziarz/UPC@UP, Brad A. Thrasher/UPC@UP, Bob M. Toy/UPC@UP, Martin J. Matukewicz/UPC@UP
cc:
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

Big Change! Thoughts?

---

Eric Butler
Vice President - General Manager Industrial Products
Union Pacific Railroad
Omaha, NE 68179
402 544 3463

402 501 0150 (paper fax)

---

----- Forwarded by Eric L. Butler/UPC on 04/12/2006 11:38 AM -----

Jack J. Koraleski
04/12/2006 10:30 AM

To: John Kaiser <jekaiser@up.com>, Ed Sims/UPC@UP, Diane K. Duren/UPC@UP, Drew Collier, Brian G. McDonald/UPC@UP, Julie Krehbiel, Harvey E. Wood/UPC@UP, Nancy L. Brantley/UPC@UP, Eric L. Butler/UPC@UP, Doug J. Glass@up.com, Greg Sovey, Chuck Adams
cc: Rob Knight, Jim R. Young/UPC@UP, Nancy L. Brantley/UPC@UP, Mike Hemmer/UPC, Larry E. Wzorek/UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!

I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

UPNJ-08-0001002

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack