# Exhibit 29

From: CN=Jack J. Koraleski/O=UPC
To: John Kaiser <jekaiser@up.com>;CN=Ed Sims/O=UPC@UP;CN=Diane K. Duren/O=UPC@UP;Drew Collier;CN=Brian G. McDonald/O=UPC@UP;Julie Krehbiel;CN=Harvey E. Wood/O=UPC@UP;CN=Nancy L Brantley/O=UPC@UP;CN=Eric L. Butler/O=UPC@UP;Doug J. Glass@up.com;Greg Sovey;Chuck Adams
Sent: 04/12/2006 10:30:10 AM
Cc: Rob Knight;CN=Jim R. Young/O=UPC@UP;CN=Nancy L Brantley/O=UPC@UP;CN=Mike Hemmer/O=UPC;CN=Larry E. Wzorek/O=UPC@UP
Bcc: CN=Lee E. Grimes/O=UPC@UP
Subject: FUEL SURCHARGE - - LATE BREAKING NEWS!!!!
I received a call from Don Seale last night.

NS would like our concurrence on the following:

On all public priced interline business originating on the NS, they would like to take a 12% price increase on July 1.

Coincident with the 12% increase, they will rebase their WTI-based fuel surcharge at $64/bbl. For every dollar per barrel above $64, the new fuel surcharge would increase 0.3%.

They would like our concurrence in order to announce the increase on April 20. That would make the "effective" date on May 10 which is the day before the STB Fuel Surcharge proceeding.

Chuck, will you please canvass the Business Teams and pull together a consensus view for me that we could talk about on Monday, April 17?

Thanks so much!!!

Jack