# Exhibit 30

## Gillen, George F

**From:** Anderson, Paul M
**Sent:** Friday, April 04, 2003 1:41 PM
**To:** Gillen, George F
**Subject:** FW: Modified UP Fuel Surcharge - Project 1773

**Importance:** High

UP RevFuel Surcharge 6-1-03...    ptc04827.pcx

This is sweet !!!

Just like the CSXT

-----Original Message-----
From: KAEYMANN@up.com [mailto:KAEYMANN@up.com]
Sent: Friday, April 04, 2003 1:27 PM
To: Paul.Anderson1@BNSF.com; Pam_Grayson@csx.com; i.l.gadson@kcsr.com; gozburn@aslrra.org; Lori_Kennedy@cpr.ca; len.ford@cn.ca
Subject: Modified UP Fuel Surcharge - Project 1773

REQUEST FOR JOINT LINE CONCURRENCE:

Union Pacific is announcing today that it is modifying its current fuel cost recovery program to more closely reflect increases and decreases in fuel prices in a volatile market.

The new fuel surcharge provisions will amend/replace current provisions published in UP governing rules tariffs/circulars.

The modified fuel cost recovery program will adjust the fuel surcharge monthly. Basis for the surcharge percentage amount will be determined by the average price of West Texas Intermediate (WTI) crude oil for a calendar month, based on the daily price reported in the Wall Street Journal. The surcharge applied to linehaul freight charges will be 0.4 percent for every dollar above $23.00 per barrel. When the average WTI price drops below $23.01 per barrel, no fuel surcharge will apply. In no case will freight charge(s) be reduced below the Base Freight Charge(s).

Surcharge amounts will be shared on the same proportions as associated interline divisions for joint line prices.

The surcharge will be billed to applicable shipments beginning the second month following the month on which the WTI average price calculation was based. For example, the average reported price for the month of April will determine the fuel surcharge applied throughout the month of June.

The modified surcharge will continue to apply to most Union Pacific pricing documents for local and interline freight movements with the exception of those which have different fuel surcharge provisions or specify otherwise. This surcharge will become effective with shipments billed on or after June 1, 2003. Until then, Union Pacific's existing fuel recovery program, which currently provides for 2% adjustments whenever oil prices move between established thresholds, will continue in place.

The modified fuel cost recovery program does not affect UP's existing



BNSF/NJAG
00572
CONFIDENTIAL

BNSF-FSC 000572

CONFIDENTIAL

intermodal fuel surcharge program.

We would appreciate receiving your concurrence by April 11, 2003. If you have any questions, or if more convenient to telephone your response, please feel free to call the undersigned at (402) 271-4595 or Kathy Eymann at (402) 271-4793.

Kurt Schroeder
Sr. Manager Revenue Management
Union Pacific Railroad
FAX: (402) 271-4860

(See attached file: UP Rev Fuel Surcharge 6-1-03.xls)
(Embedded image moved to file: pic04827.pcx)