# Exhibit 32

**From:** Glennon, Pat
**Sent:** Wednesday, July 16, 2003 3:19 PM
**To:** Sheets, Marshall E.
**Cc:** Nash, Jim P.
**Subject:** RE: UP FSC - NS Concurrence Eff

**Attachments:** FW: New Fuel Surcharge Language; WTI Forecast; 7/10 Fuel Surcharge Meeting - Background Info

Marshall - Jim Nash just mentioned to me that you did not see where the UP changed formulas (again) before it became effective. They adopted the BNSF version, same base Diesel price, only with a higher kick in. Once it kicks in it goes back and picks up the skipped %s. The rest of the e-mail I had already prepared for you.

We are reviewing it. Due to turbulence from the conditions of carriage and S-919, we have delayed further consideration until late August. Nevertheless, we are looking at the UP, BNSF and CSXT. I personally think the UP has the best, by far. The CSXT looks more too much like a money grab. Applies sooner, a lower threshold and higher %s at comparable WTI prices. Coal wants to keep it the same. MDSE is leaning to change, but there are a ton of issues.

The first step is to remove the current FSC note that locks us into the current FSC....we print it into each rate publication. We are in the process of changing that to a simple reference to the C/C. Once changed in the rate publications, we can at least talk about changing it in the C/C and have it apply on all public rate publications. Private is another issue. In any case, we need to get the text out of the rate publications.

I'll give you some background material. Pls don't distribute it. The 3rd attachment has an attached excel spreadsheet where we forecast what we might get from the various FSC formulas. This is very rough and really for comparison purposes, What we'd actually generate is affected by many other things, not the least of which is that not all rates are subject the NS FSC. This is not a forecast, just a comparison among RRs.
Pat

-----Original Message-----
From: Sheets, Marshall E.
Sent: Wednesday, July 16, 2003 2:09 PM
To: Glennon, Pat
Subject: FW: UP FSC - NS Concurrence Eff

Pat,
Is Marketing considering adopting the same formula as CSXT and UP. If NS used their formula we would have increased fuel surcharge by over $900,000 in June and the August increase would be about $2.8 million.
Marshall

-----Original Message-----
From: Glennon, Pat
Sent: Wednesday, April 09, 2003 4:49 PM
To: Marketing NS Merchandise
Cc: Sheets, Marshall E.; Carroll, Patti G.; Minton, Stacia S.; Nash, Jim P.
Subject: FW: UP FSC - NS Concurrence Eff
The UP has adopted the Fuel Surcharge first proposed by the CSXT. NS has concurred to both effective June 1, 2003.

E-2003EAS0015701

CSXT has indicted they will attempt to apply it to all rate publications, public and contract, that are subject to the current Fuel Surcharge. UP will most likely exclude contracts and instead make the contract changes when renegotiated. These positions are subject to change.

If the price of WTI were to remain in the $28 per barrel range for the rest of April, their new formula will increase the surcharge from 2.0% to a 2.4% effective June 1. Pricing Systems will issue an advisory on how to handle the application of the new surcharges in 9255.

PJG

-----Original Message-----
From: Glennon, Pat
Sent: Wednesday, April 09, 2003 4:25 PM
To: 'kurtschroeder@up.com'
Cc: Pfeifer, Alby
Subject: UP FSC - NS Concurrence Eff

Norfolk Southern concurs to the revised UP Fuel Surcharge effective June 1, 2003. This concurrence is limited to UP issued publications involving UP/NS joint line prices that specifically reference, or include, the revised UP Fuel Surcharge provision.

P J Glennon
Director Mktg Services
Norfolk southern Corporation

FW: New Fuel Surcharge Languag.. | WTI Forecast | 7/10 Fuel Surcharge Meeting - .

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000374

NS - NJ 000372
CONFIDENTIAL SUBMISSION