# Exhibit 33

EXHIBIT
PENGAD 800-631-6989
Seale 40

**From:** Glennon, Pat
**Sent:** Wednesday, April 09, 2003 4:49 PM
**To:** Marketing NS Merchandise
**Cc:** Sheets, Marshall E.; Carroll, Patti G.; Minton, Stacia S.; Nash, Jim P.
**Subject:** FW: UP FSC - NS Concurrence Eff

**Attachments:** UP Fuel Surcharge.pdf

The UP has adopted the Fuel Surcharge first proposed by the CSXT. NS has concurred to both effective June 1, 2003.

CSXT has indicted they will attempt to apply it to all rate publications, public and contract, that are subject to the current Fuel Surcharge. UP will most likely exclude contracts and instead make the contract changes when renegotiated. These positions are subject to change.

If the price of WTI were to remain in the $28 per barrel range for the rest of April, their new formula will increase the surcharge from 2.0% to a 2.4% effective June 1. Pricing Systems will issue an advisory on how to handle the application of the new surcharges in 9255.

PJG

-----Original Message-----
From: Glennon, Pat
Sent: Wednesday, April 09, 2003 4:25 PM
To: 'kurtschroeder@up.com'
Cc: Pfeifer, Alby
Subject: UP FSC - NS Concurrence Eff

Norfolk Southern concurs to the revised UP Fuel Surcharge effective June 1, 2003. This concurrence is limited to UP issued publications involving UP/NS joint line prices that specifically reference, or include, the revised UP Fuel Surcharge provision.

P J Glennon
Director Mktg Services
Norfolk Southern Corporation

UP Fuel
charge.pdf (119 KB

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000192

NS - NJ 000191
CONFIDENTIAL SUBMISSION