# Exhibit 34

**From**: Glennon, Pat
**Sent**: Thu Apr 10 07:19:44 2003
**To**: Ingram, Bob
**Cc**: Pfeifer, Alby; Nash, Jim P.; Wooddy, Jan; Simonic, Pat; Aspatore, George A.
**Subject**: RE: UP FSC - NS Concurrence Eff
**Importance**: Normal

I believe they refer to the C/C and don't normally implant the text.

Informally they told me they intended to apply it to contracts, but admitted that it might not stick. If they start making selective concessions on contracts, we'll have a problem since, technically, they'd have to amend each contract. I doubt they could do that efficiently or in time for us to get the settlement right. We'll follow up right after it goes in and get an assessment. There is a good chance they will punt and not include contracts. That's what I'd do. If this flips a few customers to the "refuses to pay" side it will wipe out any net gains, not to mention the accounting hassles.
Pat

-----Original Message-----
**From:** Ingram, Bob
**Sent:** Thursday, April 10, 2003 8:04 AM
**To:** Glennon, Pat
**Cc:** Aspatore, George A.; Simonic, Pat
**Subject:** RE: UP FSC - NS Concurrence Eff

PJG:

Does the CSXT take the position that fuel surcharge is referred to by "All other publications" language when involving contract rates.

That is, does the contract have to have fuel surcharge language in it for the surcharge to apply?

Bob Ingram

cc: GAA, PJS

-----Original Message-----
**From:** Glennon, Pat
**Sent:** Wednesday, April 09, 2003 4:49 PM
**To:** Marketing NS Merchandise
**Cc:** Sheets, Marshall E.; Carroll, Patti G.; Minton, Stacia S.; Nash, Jim P.
**Subject:** FW: UP FSC - NS Concurrence Eff

The UP has adopted the Fuel Surcharge first proposed by the CSXT. NS has concurred to both effective June 1, 2003.

CSXT has indicted they will attempt to apply it to all rate publications, public and contract, that are subject to the current Fuel Surcharge. UP will most likely exclude contracts and instead make the contract changes when renegotiated. These positions are subject to change.

If the price of WTI were to remain in the $28 per barrel range for the rest of April, their new formula will increase the surcharge from 2.0% to a 2.4% effective June 1. Pricing Systems will issue an advisory on how to handle the application of the new surcharges in 9255.

PJG

-----Original Message-----
**From:** Glennon, Pat
**Sent:** Wednesday, April 09, 2003 4:25 PM
**To:** 'kurtschroeder@up.com'

**Cc:** Pfeifer, Alby
**Subject:** UP FSC - NS Concurrence Eff

Norfolk Southern concurs to the revised UP Fuel Surcharge effective June 1, 2003. This concurrence is limited to UP issued publications involving UP/NS joint line prices that specifically reference, or include, the revised UP Fuel Surcharge provision.

P J Glennon
Director Mktg Services
Norfolk southern Corporation