# Exhibit 36

3/26/03 Daft

# BNSF-CSX Alliance Meeting
## Jacksonville, FL
## April 1, 2003

| BNSF | | CSX | |
|---|---|---|---|
| Matt Rose | Chairman, President & CEO | Michael Ward | Chairman & CEO |
| Carl Ice | EVP & COO | Al Crown | EVP & COO |
| John Lanigan | EVP & CMO | Mike Giftos | EVP & CCO |
| Rollin Bredenberg | VP Service Design | Frank Pursley | Sr. VP Service Design |
| Dave Garin | Group VP Industrial Products | Clarence Gooden | Sr. VP Merchandise |
| Pete Rickershauser | VP Network Development | Les Passa | Sr. VP Strategic Planning |

| | CSX | BNSF |
|---|---|---|
| Review 10/11/02 Meeting Action Items | Les Passa | Pete Rickershauser |
| • Gateway: Behind schedule but progressing | | |
| • Grain: Currently negotiating Scoots via Chicago | | |
| • Public Pricing: Scheduling discussions | | |
| Business Metrics Review/Discussion | Mike Giftos | John Lanigan |
| • Interline volumes by Business Group | | |
| Measurement package for future meetings | Frank Pursley | Rollin Bredenberg |
| • Interline Service Measurements | | |
| • Traffic measurements; Intermodal, Carload, Coal, AG, etc. | | |
| Gateway Optimization | | |
| • Operations | Frank Pursley | Rollin Bredenberg |
| • Traffic Shift | Clarence Gooden | Dave Garin |
| • Woodlawn Gateway | Frank Pursley | Rollin Bredenberg |
| Grain Update | Clarence Gooden | John Lanigan |
| Merchandise Update | Clarence Gooden | Dave Garin |
| • Watershed (or other) | | |
| • Other initiatives | | |
| • Internet Pricing | | |
| • Fuel Surcharge | Mike Giftos | John Lanigan |
| Intermodal Update by CSX | Clarence Gooden | |
| Operating Technologies Update by CSX | Al Crown | |
| • CBTM/Simulator/APU | | |
| Future Initiatives | All | |

BNSF Alliance mgt agenda 4-1-03.doc

PENGAD 800-631-6989
EXHIBIT
Gi F+S
36
2-25-10