# Exhibit 38

**From:** Couch, John
**Sent:** Wednesday, March 05, 2003 9:49 PM
**To:** Gooden, Clarence
**Subject:** FW: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

Do you want to have dinner with Jack on Wednesday the 12th? Should we offer them golf or tours in the afternoon of the 12th since we are scheduled for meeting on the 13th?

-----Original Message-----
From: BMTOY@up.com [mailto:BMTOY@up.com]
Sent: Wednesday, March 05, 2003 3:32 PM
To: Couch, John
Subject: RE: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

We arrive just after 1p on Wed and leave at 1p on Thurs. Not sure if Jack and Clarence have talked about anything more specific re Wed evening or Thurs morning. We will be staying at the Omni.

----- Forwarded by Bob M. Toy on 03/05/03 02:30 PM -----

"Couch, John "
<john_couch@csx.com>
03/05/03 01:21 PM

To: "'BMTOY@up.com'" <BMTOY@up.com>
cc:
Subject: RE: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

When are you guys arriving/departing?

-----Original Message-----
From: BMTOY@up.com [mailto:BMTOY@up.com]
Sent: Wednesday, March 05, 2003 8:46 AM
To: Couch, John
Subject: For Tmrw's Discussion - Draft Agenda for Next Wk's Mtg

For our discussion tomorrow, here are suggested agenda items for next week:

Industry Common Language Initiative
- Objectives
- What it looks like
- Assessment of options (e.g., Railprices, "A+B", Arzoon, etc)

CN/CSX Initiative
- Background & status
- Lessons learned and expected
- UP/CSXT participation potential

Other Pricing Issues on CSX/UP Interline Business
- Fuel surcharge methodology (believe Jack & Clarence talked on this)
- Bilateral accounting agreement

EXHIBIT
35
2-25-10
PENGAD 800-631-6989

Other?

Bob Toy
Union Pacific Railroad
402-271-3907
bmtoy@up.com