# Exhibit 41

**From:** Seale, Don
**Sent:** Thursday, March 27, 2003 6:16 PM
**To:** 'Lanigan, John P'
**Subject:** RE: Your Call

John, thanks for the message below and I too apologize for the phone tag. We had our Board Meeting here this week and I departed on a trip out of town right after its conclusion. I look forward to seeing you at NFTA, and in the interim I will call Dave about the panel at Tahoe. Also, I see we both are on the list for the NIT League Supplier Advisory group, and I would like to talk to you about this during NFTA along with the fuel surcharge issue we discussed in Norfolk. Also, we found some data discrepancies in the carload interchange statistics that we reviewed during our meeting and I will be sending you and Dave a corrected copy. Thanks again for your patience, and I look forward to seeing you next week. Don

-----Original Message-----
From: Lanigan, John P [mailto:John.Lanigan@BNSF.com]
Sent: Tuesday, March 25, 2003 12:25 PM
To: 'dwseale@nscorp.com'
Subject: Your Call

Don,
Sorry that we have been playing phone tag. I just tried to call you again. I was at an offsite meeting yesterday. I am in the office today but am traveling the rest of the week. Unfortunately I am committed to an Asian customer trip during the Lake Tahoe conference. We depart Dallas on Sunday morning the 22nd. I don't know Dave Garin's sked, but he would be a good sub for me. Feel free to contact him directly. I would have enjoyed being on the panel and thanks for thinking of me.
Hopefully we will catch up live this week. We could also certainly catch up next week at NFTA. I enjoyed meeting you last week.

Thanks,
John

Lanigan EXHIBIT NO. 6 06/22/10 J. BRANDT, CSR-RMR-CRR

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000225

NS - NJ 000223 CONFIDENTIAL SUBMISSION