# Exhibit 42

NORFOLK SOUTHERN

# NS / UP

# Alliance Meeting

UNION PACIFIC

BUILDING AMERICA℠

**Omaha, NE**

**May 14, 2003**

PENGAD 800-631-6989
EXHIBIT
18
6-16-11KG

UPFSC 0616651
Highly Confidential

NS / UP Omaha 5-14-03

1) RKD / Goode

RKD → UP - flat to last year. price good. good - industrial product

Goode → NS -

{ Industrial - not as good - in the dump → construction
Grain - source from other others →
Coal - very good. / export coal - good. / Coke up good.
Chemicals are OK - better than UP.
Auto - down (3 plants go down in May) }

Tough competitive situation on intermodal } → price & service } *

Fuel surcharges → Uniform application across the industry would
DOE formula UP / be helpful.

Mike Hemmer DJK

{ → as long as surcharges are public not contractual →
Why can truckers talk? insulation OK?? }

Can NS & UP get closer on this level?

Operating →
[ 1st Step - then go into Marketing gateway shifts ] →

DJK - get John Gray and look at entire book of business
{ (+/-)

Doug McNeil / Dale Sevalo - John Gray / Woody Sutton
[ 45 day - report ]
[ Lay out cost / revenue ] →

(2)

NS/UP

5-14-03

Look at New Orleans/Memphis - next

Two Marketing groups resolve mid - June → & Operating } implemented

By next meeting

Meet on this meeting/subject

series of sign offs before we

Local gateway meeting - between NS & UP → address both trains & cars.

IT - clean up the data

Liability → How do we resolve?
→ get everyone to the table - Jeff Koch, Tony ...
define the issues:

elron Mtn.

~~Flava~~:

(3)

Mexico - 5-14-03

NS/UP Mexico -

Big growth — potential is full train load = Southeast/Laredo

[Must get service issues resolved → freq. is an issue]

→ really

Slam — Train length issue - 8000 ft vs 10,000 ft →

Need a whole plan for Memphis + Salem - relates to Mexico →

171/15E → Auto/intermodal over Salem

(Mexico)

Intermodal → See Book

Watershed markets - Houston/Dallas - ??

Coal -

Ga Power - Cycle time = Plant Scherer -

→ What is status? March/April

59 trains in May. 2 to 3 per day. - Crew base - 6th RR.

Automotive -

TW7 - total plan for boxcars - current/future.

60 ft = ?

→ not design / SVX → car type.

Minutes to Don + Mark M. S.

Gets dates ④ for NS meeting - Memphis.

Have Linda & Goode office work for late Aug. - Sept - time for meeting
5-14-03

Merchandise.
WFS - Paper Bundler - follow-up.

Gateway Agreement -
Put two teams to start -
RBK / WFS. / John Gray -
Mark Manion from NS.

IT - see any notes in book. also presentation.

Reregulation → discussion →
Labor assist??

KCS / TFM →
Copy of IJE's letter to KCS to Goode.
STB has ruling pending on operation of bridge.

How fairness in Mexico?
[KCS] discussion - very limited response. Gone a little better. no assurances.
[redacted] NS doesn't feel it is a major deal.
Timing is important / TFM is growth engine of deal -
Put is due in Feb / VAT tax refund - questionable.
Question: What is the value?

UNION PACIFIC BUILDING AMERICA℠ NS NORFOLK SOUTHERN

# NS/UP ALLIANCE MEETING
# OMAHA, NE
# MAY 14, 2003

**STATE OF THE ECONOMY/INDUSTRY - Goode/Davidson**

- **Homeland Security**
- **Regulatory Issues**

**OPERATIONS UPDATE - King/Ingram/Manion**

- **MultiRail Initiative - Proposed Service Network**
- **NS/UP Gateway Performance**
- **Iron Mountain Trackage Rights Status**

combine measures

**SALES AND MARKETING UPDATE**
**- Seale/Prillaman/M. McClellan/Koraleski/Gray**

- **Mexico**
- **Intermodal**
- **Energy**
- **Automotive**
- **Merchandise**
- **Transload**
- **Salem, IL Gateway**

**INFORMATION TECHNOLOGIES UPDATE - Renken/Bryan**

**OTHER ITEMS FOR DISCUSSION**

- **KCS / TFM Merger**

NS/UP Pre-Meeting — May 10

① Liability → issues → [NS/UP transit not as good as CSX/UP transit.]

② Not making transition to win-win as a whole - every deal they need to win. Refuse to work on more than one issue at a time.

③ Get copy of letter to Steve T. written in 2002.

④ NS - seems inclined to protect existing gateways.

We need to show time line of performance improvement - for UP trains

⑤ Going forward create books for Jim Young + Charlie E.

⑥ Include UPS - LA to Atl

[Include TPS info in UP book.]

What are we need? Will Jeff K attend meeting? — from Barry

Liability Issue Sheet to David

focus on good service

if we don't want to change

We don't want this to create hard feeling just go w/ what we want

If we can't get done then get lawyers in the room.

# NS ~ UNION PACIFIC TRAINS & BLOCKS

## Union Pacific to NS

### CHICAGO GATEWAY

| Symbol | Blocks |
|---|---|
| QNPEL (14A) | Elkhart, IN |
| YCH51 | Chicago Heights autos |
| YPRPI (18A) | Conway, PA |

### SALEM/St. LOUIS GATEWAY

| | |
|---|---|
| QNLPI (10E) | Conway, PA<br>Bellevue, OH |
| ALDBH (S186) | Bellevue, OH |

### MEMPHIS GATEWAY

| | |
|---|---|
| QNLSF (NS 464) | Knoxville, KY<br>Chattanooga, TN<br>Sheffield, AL |

### NEW ORLEANS GATEWAY

| | |
|---|---|
| QLINSK (NS 394) (no Tues) | Chattanooga, TN<br>Macon, GA<br>Linwood, NC |
| QLINSB (NS 314) | New Orleans, LA<br>Birmingham, AL |

## NS to Union Pacific

| Symbol | Blocks |
|---|---|
| 19A (MELNP) | North Platte, NE |
| 43E (Terminates at Proviso) | Proviso, IL |
| 45E (Terminates at Proviso) | Janesville, WI (for APRJA/APRJAB)<br>Proviso, IL |
| BH18 | Yard Center, IL. |

| | |
|---|---|
| 11E (MPIPB) | Englewood, TX<br>Pine Bluff, AR |
| 171 (ADEWF) | Salem switch block |
| 15E (MBHPB) | Pine Bluff, AR<br>Salem autos<br>Arlington Auto |

| | |
|---|---|
| 163 (MMENLB) | Marion AR (TOFC)<br>Little Rock, AR |
| 391 (MMEPBB) | Westfield, TX (Multilvl)<br>Eastman tanks<br>Pine Bluff, AR |

| | |
|---|---|
| 345 (Terminates at Avondale) | Avondale, LA<br>Livonia, LA |
| 393 (MNOEW) | Settegast, TX<br>Engelwood, TX |

## UP to NS train Performance

YPRPI –
92% OTE 2003 no issues.

QNPEL-
63% OTE positive trend still needs to be worked on.
Have done some adjustment to schedule. Main delay is if misses the METRA window.

ALDBH-
Poor performer. Texarkana connections, MOW curfew and congestion.

QNLPI-
Main issues are RCL at Little Rock, MOW curfews.

QNLSF-
Performance OTE is flat. Schedule adjusted added time . Congestion issues on the Memphis Sub.

QLINSB-
Lost some performance account the NOPB took over control of the bridge. Discussed at the New Orleans ISA meeting to bring the train up to be first out after AMTRAK.

QLINSK-
In the window performance better but the OTE has slipped. Has had some eposodic issues at Avondale. March 2003 performance 89% OTE.

UNION PACIFIC

# NS / UP
# Alliance Meeting
# Omaha, NE
# May 14, 2003

NORFOLK SOUTHERN

UNION PACIFIC BUILDING AMERICA™ NORFOLK SOUTHERN

# NS/UP ALLIANCE ROSTER
# OMAHA, NE
# MAY 14, 2003

| Norfolk Southern | Union Pacific |
| --- | --- |
| David Goode | Dick Davidson |
| Ike Prillaman | Ike Evans |
| Hank Wolf | Dennis Duffy |
| Jim McClellan | Jack Koraleski |
| Don Seale | Brad King |
| Steve Renken | Jim Young |
| Wick Moorman | Merill Bryan |
| Tony Ingram | John Gray |
| Mark Manion | Woody Sutton |
| Mike McClellan | |

NORFOLK SOUTHERN

UNION PACIFIC BUILDING AMERICA™

# NS UP INTERLINE TRAFFIC 1Q 2002 VERSUS 1Q 2003

| Business Group | DIRECTION | Units 2002 | 2003 | Percentage Change |
|---|---|---|---|---|
| | FROM NS Total | 4160 | 3668 | -11.8% |
| | TO NS Total | 9114 | 9302 | 2.1% |
| AGRICULTURAL PRODUCTS Total | | 13274 | 12970 | -2.3% |
| | FROM NS Total | 31177 | 40188 | 28.9% |
| | TO NS Total | 8606 | 9669 | 12.4% |
| AUTOMOTIVE Total | | 39783 | 49857 | 25.3% |
| | FROM NS Total | 6293 | 5377 | -14.6% |
| | TO NS Total | 22388 | 24220 | 8.2% |
| CHEMICALS Total | | 28681 | 29597 | 3.2% |
| | FROM NS Total | 240 | 744 | 210.0% |
| | TO NS Total | 20904 | 23896 | 14.3% |
| ENERGY Total | | 21144 | 24640 | 16.5% |
| | FROM NS Total | 14066 | 15852 | 12.7% |
| | TO NS Total | 11993 | 11623 | -3.1% |
| INDUSTRIAL PROD Total | | 26059 | 27475 | 5.4% |
| | FROM NS Total | 30473 | 25207 | -17.3% |
| | TO NS Total | 42261 | 38121 | -9.8% |
| INTERMODAL Total | | 72734 | 63328 | -12.9% |
| | Grand Total | 201675 | 207867 | 3.1% |