# Exhibit 43

From: McNeil, Doug
Sent: Monday, June 30, 2003 10:16 AM
To: McClellan, Mike R.; Julian, David; Brugman, Thomas; Lawson, David; Osborne, J.; Wendorf, Gary
Cc: Heller, Jeffrey S.; Kiley, Richard; Dimond, JoAnn; Fisher, Donna; Florian, Fred; Gentzel, Robert; McNabb, James; Plain, Robert; Schaaf, James; Harkey, Greg; Howard, Melissa; Manning, Cheryl; North, Phil; Anderson, Brady; Simonic, Patrick; Yopp, Ken
Subject: FW: Draft Minutes of NS-UP meeting of 5-14-03

Attachments: Minutes - NS-UP Alliance 5-14-03.doc
More info.

Doug

-----Original Message-----
From: Quesenberry, Brenda
Sent: Monday, June 30, 2003 10:11 AM
To: McNeil, Doug
Subject: FW: Draft Minutes of NS-UP meeting of 5-14-03

Minutes - NS-UP Alliance 5-14-...

-----Original Message-----
From: Seale, Don
Sent: Thursday, June 05, 2003 12:00 PM
To: 'bking@up.com'; 'wlsutton@up.com'
Cc: 'peggyruiz@up.com'
Subject: FW: Draft Minutes of NS-UP meeting of 5-14-03

Brad & Woody -
Sorry for the delay in returning this to you. Please note NS representatives that will work with UP designees on the assigned topics. We look forward to further progress in our alliance! Don Seale
-----Original Message-----
From: PEGGYRUIZ@UP.COM [mailto:PEGGYRUIZ@UP.COM]
Sent: Monday, May 19, 2003 3:11 PM
To: don.seale@nscorp.com; mark.manion@nscorp.com
Cc: BKING@up.com; WFSUTTON@up.com; bmquesen@nscorp.com
Subject: Draft Minutes of NS-UP meeting of 5-14-03

Attached are draft minutes from the recent NS-UP meeting in Omaha. Please review and let us know of any changes. Also, please provide names of NS people assigned to the various follow-ups where there are question marks. Thank you.
(See attached file: Minutes - NS-UP Alliance 5-14-03.doc)

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000360

NS-NJ 000358
CONFIDENTIAL SUBMISSION

EXHIBIT
PENGAD 800-631-6989
Seale 44

Minutes - NS/UP Alliance Meeting
Omaha, Nebraska
May 14, 2003

**Attendees:**
**UP** - Dick Davidson, Ike Evans, Dennis Duffy, Jack Koraleski, Brad King, Jim Young, Merill Bryan, John Gray, Woody Sutton, Jeff Koch

**NS** - David Goode, Ike Prillaman, Jim McClellan, Don Seale, Steve Renken, Wick Moorman, Tony Ingram, Mark Manion, Mike McClellan

General discussion held on state of the economy and how it was reflected in business volumes by various commodities. While both roads are optimistic about coal volumes picking up, both roads are equally concerned about the automotive business going forward. Discussion followed on fuel surcharges and various application processes as used by different roads. Consensus was reached that it would be a positive outcome if all roads had the same process in the eyes of our customers. There was some question as to whether or not the industry can work together on this opportunity, probably through the AAR, or do roads have to handle the opportunity on a bilateral basis. **Follow up: UP - Jack Koraleski/Mike Hemmer, NS – Don Seale/Greg Summy**

**Operations Update:** MultiRail proposal (previously endorsed by both roads) has begun implementation at the St. Louis and Chicago Gateways. Both Ike Evans and David Goode urged the group, on an individual basis, to "get on with the process." To that end, it was agreed to implement Memphis and New Orleans next. There was discussion of the North Platte/ Chattanooga Corridor. It was agreed the "commercial" sides of the organizations need to deal with the Gateway shift quickly in order to implement. **Follow up: UP - Woody Sutton/John Gray, NS - Dale Schaub/Doug McNeil.** In addition **Brad King** and **Mark Manion** are to reconvene the Working Team within the next several weeks to incept implementation.

Brad King reviewed the Operating Metrics, as furnished by both roads. It was agreed both Train Performance and Trip Plan Compliance need to be addressed, with an initial focus on the worst performing Gateway. **Follow up: UP - King, NS - Manion** - in the next Working Team Meeting.

**Sales and Marketing Update:** Jack Koraleski, Don Seale, and Ike Prillaman reviewed the 1st Quarter level of activity which reflects 3.1% growth year over year. In addition, various projects and opportunities were reviewed. Several are successfully implemented, other are "works in progress," with

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

NS 001000361

NS - NJ 000359
CONFIDENTIAL
SUBMISSION

timelines established. Follow up: Both Marketing groups to have conference call review within thirty days to review progress: **Jack Koraleski/Don Seale.**

In addition, several specific follow-ups are required immediately to address service deficiencies or to bring closure to several projects. Specifically:

- Memphis/Laredo O/T performance. Issue appears to be steel wheel connections at Marion making the proper connection. **UP - Tom Florence, NS- Tim Heilig**
- de Mex Auto Flyer: finalizing the Service Design on the Sidney to Salem leg. **UP - Tom Florence, NS – David Julian/Tim Heilig**
- Auto Fleet needs going forward: Parts Cars and Multilevels, including the Unilevel. **UP - Tom Florence, NS – David Julian/Debbie Butler**

**Transload discussion:** NS expressed concern about the UP/Transflo relationship, as Transflo is a CSX company. UP assured NS the relationship precluded CSX or Transflo having any Sales and Marketing influence.

**Salem Gateway:** It was agreed a team should be put together quickly to make recommendations on the Gateway's continuance well prior to the October deadline when cancellation notices could be issued. **UP - Sutton/Gray, NS – Doug McNeil/Tim Heilig**

**IT discussion:** Agreement that the opportunities for utilizing the AAR IT Standing Committee and Railinc as the forums to facilitate technology solutions was endorsed.

**Re-regulation:** Lengthy discussion that the current legislative efforts were the strongest yet. Both roads already working together to support the AAR initiatives laid out to SOMC/NEMC in the May 1, 2003, joint meeting. Don Seale leads the effort for the industry.

**KCS/TFM:** UP made its concerns known to NS about the proposed merger. UP is seeking NS' support that the current position of equal access to the Laredo bridge and commercial relationships with the TFM be maintained.

It was agreed the next meeting should be held no later than late August or early September. **Follow up: UP – King, NS – John Friedmann**

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

NS 001000362

NS - NJ 000360
CONFIDENTIAL
SUBMISSION