# Exhibit 45

(1)

CSX/UP - ALLIANCE MEETING 6/3/03

ATTENDEE'S - AS FORECAST

State of the Industry: Hard - Autos, Chem slowing, coal, merchandise hanging in there. RKO - seeing similar patterns. High price of natural gas long term threat to chemical industry. IJE - very worried. RKO - regulation - really "getting big". Setting up CEO meeting through AAR. Lots of "little fires" - diverse population of industries. Fuel surcharge - SIFTOS, CSX has not seen outcry that UP has. CSX may begin a modest hedge program (WARD). Both roads start at a $23 trigger. May have to revisit $23 if stays high.

KCS/TFM - UP - protect neutrality of bridges. Making sure Washington understands scope of issues. Also Mexico. Also protect against price discrimination. CSX agrees they (and Pacer) potentially have much to lose. BNSF agrees with UP position. CSX will talk to [illegible]. Willing to follow UP lead.

ALLIANCE PROCESS - PASSA/EISELE - needs to shift to commercial development. Evolving operating technologies an important factor. Page 10 - IJE - growth against market opportunity needs to be an additional metric. Initial focus is carload product

UPNJ-08-0000423

EXHIBIT
61Ftos
40
2-25-10
PENGAD 800-631-6989

HIGHLY CONFIDENTIAL
UPFSC0001088

(2)

6/3/03

STRATEGIC ALLIANCE - cont. Endorsed - IJE - make "pull" system, let it be market driven.
JJK/GIETOS - assign "product champions."
IJE - Business development commodity team leaders. (ag = CHGO, I.P. = STL/SALM., CHEM = NOLA) - GOODSN.
ST. LOUIS GATEWAY Discussion. DJD reviewed added potential for removing diamonds. UP pick up local service east of Salem, west of Mt. Vernon?? Need to nail down funding options. Recommendations will be finalized 7/15.
RKD - meet again in August in order to match capital cycles.
Network Performance Reviewed. DJD - 6-3 initiative central to success of CPG. SH Multilevel, RKO - get deep into the auto manufacturers. IJE - co load products, greater fleet efficiencies, car capital avoidance.
Car Management Update - RBK reviewed
Commercial Update - JJK - also discussed UP - BNSF - CSX opportunities to Florida. Competes with import South American coal. Auto - CSX is doubling the size of Detroit ramp for containerized parts.
GOODSO - CF (Prospate) liable to be purchased by Cargill. RKO - Mexico/Mobile large operation - how to counteract - currently making two calls a week.

UPNJ-08-0000424

(3)

6/3/03

CBTM – Crown – 3 years experience under the belt. Non intrusive. Dark territory only implement in signaled territory. BJD leading industry iniative to get all roads on a common platform. RHD – likes better than PCC – cost effectiveness. Industry initiative includes a labor strategy.

IT initiatives: LMB – furnished update.

IJE – complements to the team. Frank Pursley recognized.

WFS minutes to ~~Pursley~~ Fasso

UPNJ-08-0000425