# Exhibit 46

| | |
|---|---|
| **From:** | Sutton, W (Internet) |
| **Sent:** | Friday, June 06, 2003 5:49 PM |
| **To:** | Passa, Les |
| **Cc:** | BKING@up.com; PEGGYRUIZ@UP.COM |
| **Subject:** | CSX/UP Alliance Meeting Minutes 06/03/03 |
| **Attachments:** | Minutes - CSX-UP Alliance 6-3-03.doc |

Minutes - CSX-UP Alliance 6-3-...

Les, please find attached, minutes of our June 3rd meeting. Please review, advising of any changes, additions, or deletions. Look forward to your quick response.
(See attached file: Minutes - CSX-UP Alliance 6-3-03.doc)



*Highly Confidential*



EXHIBIT
PENGAD 800-631-6989
61 PTCS
41
2-25-10

MINUTES
CSX-UP ALLIANCE MEETING
JUNE 3, 2003
OMAHA, NEBRASKA

**Attendees:**
**CSX:** Michael Ward, Al Crown, Mike Giftos, Frank Pursley, Clarence Gooden, Les Passa, Alan Blumenfeld

**UP:** Dick Davidson, Ike Evans, Jack Koraleski, Charley Eisele, Dennis Duffy, Brad King, Merill Bryan, John Gray, Woody Sutton, Tom Jacobi

**State of the Industry:** Both roads see the same strengths and weaknesses in the commodity mix of car loadings. **Re-regulation:** concern was expressed that the current initiatives in Washington are much more broad based than in past years. **Fuel Surcharges:** discussion of customer reaction to our current processes.

**KCS/TFM:** UP briefed CSX on the current status of the proposed "NAFTA rail merger."

- CSX committed to contact Mike Hemmer of UP Law to fully understand all the legal issues that may create risk for them. - Giftos.

**Strategic Alliance Process:** Les Passa and Charley Eisele reviewed their "process" for enhancing the commercial development activities, while continuing the "in place" operating initiatives. The proposal was endorsed. Ike Evans reinforced that the Product Design be a "pull system," letting the market dictate what services to design and offer.

- Product champions need to be identified. For UP, it will be the Business Development Directors. CSX to name their champions. Clarence Gooden opined that, from a carload perspective, the Food groups should lead the Chicago Gateway Corridors, the Industrial Products groups the St. Louis/ Salem Gateway Corridors, and the Chemical Groups the New Orleans Gateway Corridors. - **Giftos/Koraleski 06/30.**

**St. Louis Gateway:** Dennis Duffy led the discussion on the project's status. Formal Engineering estimates remain to be done, but there is consensus as to the scope and phasing of the proposed improvements.

- Target date of July 15th established for completion of the assessment in order for both roads to meet their 2004 Capital Planning calendars. There will be a need for a Senior level review at the next Steering Committee meeting in August or September. **Duffy/Crown 07/15.**

**Gateway Performance and Improvement Plans:** Brad King and Frank Pursley led the discussion on the various corridor initiatives and measures. Intermodal performance is now part of the process.

- Dennis Duffy stressed that firm operating plans must be in place for Global III's opening to fully exploit the potential for increased steel wheel interchange in conjunction with the Industry's Chicago infrastructure improvement plans. **Jacobi/Blumenfeld**

**GM MultiRail** project is a critical initiative to not only drive more efficiency into the Auto networks, but also dissuade the manufacturers from insisting on more rail cars.

- MultiRail project to be complete by the end of July. **Pursley/Florence 07/31.**

**Car Management:** Brad King reviewed the good progress being made in car utilization and also the leadership the two roads are exhibiting at the Industry level in implementing the "Car of the Future" and the NEMC boxcar pool.

**Commercial Update:** Jack Koraleski led the discussion on the various commercial initiatives. In addition to the accomplishments outlined in the "briefing book," the following information was offered:

**Coal** - strategic initiative to market PRB coal to Florida utilizing BNSF as a partner in a route efficient, three-line haul.

**Intermodal/Automotive** - CSX is "doubling" the size of their Detroit intermodal ramp to foster further growth for containerized auto parts.

**Merchandise** –

- Gooden: the need to aggressively pursue the **Phosphate barge business** controlled by CF Industries as a potential merger with Cargill could lead to synergies.
- Need to identify initiatives to counteract the now twice weekly rail barge between Mobile and Mexico.

**Communication Based Train Management:** Al Crown reviewed CSX's positive three year experience with the technology. Dennis Duffy is leading the Industry initiative to get all roads involved in developing a common technology platform. In addition, the Industry initiative will begin discussions with the labor organizations as to CBTM's potential.

**IT Initiatives:** Merill Bryan reviewed initiatives CSX and UP are taking together, as well as in conjunction with Railinc at the Industry level.

**Closing Remarks:** Ike Evans offered recognition to all the various teams involved in the Alliance work. Special recognition was awarded to Frank Pursley for his efforts over the past three years in leading various CSX initiatives.