# Exhibit 49

# BNSF / NS Joint Marketing Meeting
## July 30, 2003

BNSF attendees: John Lanigan, Dave Garin, Steve Bobb, George Duggan, Denis Smith, Marc Allen, and Tom Plowman
NS attendees: Dan Seale, Gary Wendorf, Tom Brugman, David Lawson, David Julian, and Bob Plain

### I. General Business Review/Discussion

- Action Items:
  A general review of markets, opportunities and philosophies indicated a need to better understand each other's organization and how they align. In addition, it was agreed that a regular meeting between the groups needs to be scheduled but should not replace the need for a more spontaneous discussion between individual groups as issues and opportunities arise. Specifically, more interaction between the metals and construction groups needs to take place.

### II. Agricultural Review

- Action Items:
  Overall it was felt that the respective groups worked well together. Discussion was held on the train model for wheat going east to flourmills. NS indicated they have had success with the 75 car model. Steve Bobb noted that BNSF's challenge is in the ability to manage spreads and pick and choose lanes that maximize yields. Action plan is to continue to look for a flourmill to test the model across both roads. Other action item was to continue to look at joint ethanol opportunities.

### III. Food Products Review

- Action Items:
  Discussion was around perishables, food and canned goods with the action item to look at an expansion of the guaranteed coast to coast product.

### IV. Government, Military and Machinery Review

- Action Items:
  NS will be making an organizational change to align these functions under Gary Wendorf. Gary will then work with Dave Hallberg to put more focus on joint opportunities. In addition, NS will continue to work with TranSystems in contractually joining BNSF in an initiative to grow our business with the U.S. Government.

EXHIBIT
Seale 45
PENGAD 800-631-6989

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only



NS 001000422

NS - NJ 000420
CONFIDENTIAL SUBMISSION

V. **Automotive**

- Action Items
  - Continue to jointly work on a broader overall strategy.
  - Continue to look for additional opportunities out of the SE.
  - Focus efforts on opportunities at LPC (Joliet) as facility layout issues are now solved.
  - Continue to monitor service issues out of Ford at Brownstown, Michigan.
  - While next steps were unclear, Marc Allen and David Julian would evaluate opportunities involving Ford Premier Group.

VI. **Auto Parts**

- Action Item:
  Agreed to evaluate opportunity with Triple Crown to move auto parts direct to Oklahoma City versus the current dray from Kansas City.

VII. **Mexico**

- Action Items:
  - Both groups indicated a focus on continuing growth in/out of Mexico.
  - Respective teams agreed to share some expertise and arrange a meeting in the next 30 days. This meeting will be coordinated through Tony LaRosa of the NS.

VIII. **Chemicals**

- Action Items:
  - Agreed to continue to aggressively work together to complete the Gateway Initiative. Doug McNeil and Barry Russell respectively have responsibility for this initiative.
  - Discussion was held around BNSF not becoming competitively disadvantaged as a result of adherence to routing guide and gateway initiative, especially at E. St. Louis.

IX. **R.E.N. Initiative**

- Action Item:
  Nothing specific as the respective teams appear to be working well together. NS asked that the Basell rate entry be resolved and George Duggan indicated that it was an anomaly and shouldn't repeat itself.

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

X. Distribution Services Discussion

- Action Items:
  - George Duggan and Joe Osborne would evaluate a joint plastics distribution center strategy targeted specifically at trucks.
  - Denis Smith and David Lawson agreed to evaluate a broader use of BNSF's "one price program."

XI. Bayport Update

- Action Item:
  Nothing specific, just need to continue the dialogue as it presents an opportunity for both organizations.

XII. Fuel by Rail

- Action Item:
  BNSF agreed to share the strategy and opportunity around its "fuel by rail" program.

XIII. Metals and Construction

- Action Items:
  - Indicated a need to work more effectively together on westbound coil opportunities.
  - Respective teams agreed to postmortem the lost CILCO stone business related to fuel surcharge application.

XIV. Fuel Surcharge

- Action Items:
  John Lanigan and Don Seale agreed to lead a discussion of a potential industry position on fuel surcharge provisions at the next N.E.M.C. meeting.

XV. Forest Products

- Action Items:
  - Indicated need to work more effectively together on large bid packages (e.g. Mead Westvaco, International Pager, etc.)
  - Discussed potential new International Paper Distribution Center in DFW area.
  - Agreed to evaluate opportunities to work together using a Premium Paper Service. Suggestion made to look at N. MN to SE as first product.
  - Discussed opportunities to improve the value proposition to UPM Kymmene, including inbound clay tons/car.

XVI. Equipment Management

- Action Item:
  Agreed to get the respective equipment team leaders together to look at opportunities to optimize car flows, back hauls, and empty miles.

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only



NS 001000425

NS - NJ 000423
CONFIDENTIAL
SUBMISSION