# Exhibit 50

EXHIBIT
PENGAD 800-631-6989
Seale 46

**From:** Seale, Don
**Sent:** Thursday, September 11, 2003 5:04 PM
**To:** Brenner, Charlie; Lawson, David; Julian, David; Osborne, Joe; Plain, Bob; Wendorf, Gary; Brugman, Thomas; McNeil, Doug
**Cc:** Cyphers, Jim E.; McClellan, Mike R.
**Subject:** FW: BNSF/NS Minutes

**Attachments:** BNSF-NS Minutes.doc

ALL: Note minutes of our meeting with BNSF—better late than never. Charlie, please provide me with an electronic update of our overall marketing organization so I can forward it to John Lanigan. Also, each GVP should schedule with your counterparts discussions to complete the action items noted here and to address additional opportunities. Jim, John Lanigan and I had lunch today in Washington during which I mentioned our upcoming meeting with Wal-Mart and he volunteered their assistance in preparation for the meeting. BNSF had a similar overview meeting with Wal-Mart two weeks ago and Lanigan will have his Wal-Mart NAM call you to discuss it. DWS

-----Original Message-----
From: Seale, Don
Sent: Thursday, September 11, 2003 4:56 PM
To: Garin, David L; 'Lanigan, John P
Subject: FW: BNSF/NS Minutes

Dave and John: Sorry for our delay in responding, but we all have reviewed and these are concise minutes of our meeting. I will try to schedule a follow-up meeting as discussed at our Brosnan Forest facility later this year or early in the first quarter. In the interim, our individual business groups will work with their counterparts at BNSF to advance each of the identified projects and action items. Under separate cover I will send a copy of our most recent org chart reflecting the marketing organization and commodity assignments at NS. Again, I appreciate you hosting us in Ft. Worth and we look forward to reciprocating and the generation of new business and revenues for our interline services. Dave, hope you are enjoying your time in Cambridge, it's a great time of the year to be there. Also, John our Director of Marketing that is coordinating our upcoming visit to Wal-Mart is Jim Cyphers, telephone no. 757-533-4919. I would appreciate our joint review, before our visit so we can reiterate and supplement the meeting you and your team had with them a few weeks ago. Enjoyed our visit at NEMC, and look forward to seeing you again soon. Don

-----Original Message-----
From: Quesenberry, Brenda
Sent: Thursday, September 11, 2003 4:29 PM
To: Seale, Don
Subject: FW: BNSF/NS Minutes

-----Original Message-----
From: Garin, David L [mailto:David.Garin@bnsf.com]
Sent: Friday, August 22, 2003 9:47 AM
To: 'dwseale@nscorp.com'
Cc: Garin, David L
Subject: BNSF/NS Minutes

Don:
Sorry for the delay but here is a draft of the minutes from our meeting. Anything you want to add? If not, we can consider these to be final. Let me know.
thanks,

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000431

NS-NJ 000429
CONFIDENTIAL SUBMISSION

Dave

<<BNSF-NS Minutes.doc>>

BNSF-NS
Minutes.doc (30 KB)

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

NS 001000432

NS - NJ 000430
CONFIDENTIAL
SUBMISSION