# Exhibit 51

9/23/19/03 Daft

# Tentative Agenda

## BNSF-CSX Alliance Meeting
## Ft Worth, TX
## October 1, 2003

| | BNSF | CSX |
|---|---|---|
| ❖ **Safety briefing and opening remarks** | Matt Rose | Michael Ward |
| ❖ **Business Metrics Review/Discussion** | John Lanigan | Mike Giftos |
| ➢ Interline volumes by Business Group | | |
| ➢ Projections for Q-4 and 2004 | | |
| ➢ Interline service performance review | | |
| ❖ **Network Rationalization** | Pete Rickershauser | Les Passa |
| ❖ **Gateway Optimization** | | |
| ➢ Service update | Rollin Bredenberg | Frank Pursley |
| ➢ New Orleans Update | | |
| ➢ Traffic Conversion Update | John Lanigan | |
| ❖ **Current Items** | John Lanigan | Mike Giftos |
| ➢ Intermodal | | |
| ▪ Birmingham Intermodal Service | | |
| ➢ Industrial | | |
| ▪ Joint Mexico Product Development | | |
| ▪ Guaranteed Carload | | |
| ▪ Point to Point Pricing (A & B Pricing) | | |
| ➢ Coal | | |
| ▪ New Market opportunities | | |
| • TVA Bid | | |
| • Rail to Water | | |
| • Montana Coal to the East Coast | | |
| ➢ AG Products | | |
| ▪ Unit Grain Trains | | |
| ❖ **New Projects** | | |
| ➢ Woodlawn, IL | Rollin Bredenberg | Frank Pursley |
| ▪ Woodlawn –Shattuc trackage rights | | |
| ▪ New Interchange service | | |
| ➢ PSW to Southeast Intermodal Strategy | Pete Rickershauser | Les Passa |
| ▪ New Orleans, Meridian or Birmingham? | | |

BNSF Alliance mgt agenda 4-1-03.doc