# Exhibit 53

**BNSF & NS Fall meeting**
**Memphis – Chattanooga**
**December 16th, 2003**
**(BNSF Internal Use Only)**

| | |
|---|---|
| 6:42am CST | Dept Alliance Aviation |
| 8:00am CST | Arrive Memphis Airport<br>Vans to Train |
| *8:15am CST* | *Breakfast on train* |
| 9:30am CST | Depart Memphis (Forrest Yard Intermodal[1]) |
| *12:00pm CST* | *Lunch* |
| 12:45pm CST | Arrive Sheffield |
| 1:00pm CST | Depart Sheffield |
| 5:45pm EST | Arrive Chattanooga (DeButts Yard[2])<br>Vans to Airport |
| 6:15pm EST | Depart Chattanooga |
| 7:15 pm CST | Arrive Alliance Aviation |

East end of the "Stack" track
[2] West Thoroughfare, West Receiving Yard

**Presentation Agenda for entire Team**

- Welcome/Trip Overview (DR Goode)

- CEO Comments (DR Goode/MK Rose)
  *David Goode will comment on recent force reduction and demographics as well as recent Sr. Management changes*

- General Markets Discussion (LI Prillaman/JP Lanigan)
  - Coal Review (DD Smith/TG Kraemer)
  - Intermodal Review (MR McClellan/Steve Branscum)

- Memphis – Chattanooga Route Improvements (TL Ingram)

- Operating Plan Development/Interline Initiatives/Gateway Optimization
  (MD Manion/RD Bredenberg) Don Seale and Dave Garin to participate in discussion

## Participants

| | |
|---|---|
| **NS** | |
| David Goode | Chairman, President & CEO |
| Ike Prillaman | Vice Chairman & CMO |
| Steve Tobias | Vice Chairman & COO |
| Hank Wolf | Vice Chairman & CFO |
| Tony Ingram | Sr. VP Transportation Network and Mechanical |
| Mark Manion | Sr. VP Transportation Operations |
| Kathryn McQuade | Sr. VP Finance |
| Wick Moorman | Sr. VP Corporate Planning and Services |
| John Rathbone | Sr. VP Administration |
| Don Seale | Sr. VP Merchandise Marketing |
| Danny Smith | Sr. VP Energy and Properties |
| Rob Martinez | VP Business Development |
| Mike McClellan | VP Intermodal Marketing |
| Fred Ehlers | Assistant to the Chairman |
| Greg Comstock | General Manager – Western Region |
| *Scott Murry* | *Division Superintendent (not participating)* |
| *Gary Hudson* | *Director Staff Services (not participating)* |
| **<u>BNSF</u>** | |
| Matt Rose | Chairman, President & CEO |
| Tom Hund | Executive VP & CFO |
| Carl Ice | Executive VP & COO |
| John Lanigan | Executive VP & CMO |
| Pete Rickershauser | VP Network Development |
| Tom Kraemer | Group VP Coal |
| Dave Garin | Group VP Industrial Products |
| Steve Branscum | Group VP Consumer Products |
| Dave Dealy | VP Transportation |
| Rollin Bredenberg | VP Service Design and Performance |
| Rich Stroot | Director Interline Development |

## Background Notes for BNSF Team

- **BNSF & NS Joint Commercial successes**
  - New Orleans; Chemical Route
    - Once the Routing guide is complete, the Gulf Coast Chemical traffic will be first to convert to New Orleans. NS has direct service to the Northeast from Birmingham
  - Staley, Texas; Feed Train
    - Starting in January, 2004 BNSF and NS will move Feed stock from [redacted]
  - [redacted]
    - BNSF and NS negotiated a haulage agreement that provides BNSF access to the new [redacted] for Western, non-competitive points
  - Perishable Traffic
    - BNSF-NS Interline carload traffic is up 700 cars over 2002
  - Gateway Initiative
    - BNSF and NS should have the routing guide complete by the end of 2003. Rollin and Tony Ingram will review during presentation portion of trip
  - Lumber One Price Program
  - Premium Paper Service – MN to SE
  - Aluminum from Alcoa, TN
  - Export Machinery to Baltimore

- **Emerging Commercial Opportunities**
  - Brunswick, MO, New Joint Access Shuttle station
    - BNSF and NS are working together with [redacted] to develop a Green-field Shuttle station. BNSF would get access for Westbound grain. In the interim, BNSF is negotiating a haulage for 54 car units out of the existing Brunswick Elevator
  - [redacted] – Grand Rapids, MN
  - Ethanol

- **Intermodal Issues/Opportunities**
  - [redacted] has expressed interest in running "sprint" trains between Atlanta and Houston and possibly to Laredo. NS to have basic discussions with [redacted] concerning economics, volumes, etc. BNSF will review corridor operations issues (including basic "do we want to do this at all" question) between New Orleans and Houston as well as possible hub issues. We are going to review basic discussions in about two weeks.
  - NS would like us to run about one IBU train per week via New Orleans in lieu of BNSF-Alliance-KCS routing to "keep the KCS on their toes." We told them we would review [redacted] for possible reroute. We will review with Gulf Division as well as facilitate internal BNSF philosophical discussion on whether we

should be routinely doing this or just do it from time to time.

- NS will be reviewing volumes to investigate possibilities of pure SBD and pure LA train originating on NS.
- Setting up routine conference call for review of issues with NS on a monthly basis.

**Automotive Opportunities**

- Opportunities in Southeast
  - Parts from the West coast to the Southeast assembly plants
- Opportunities at LPC (Joliet)
  - Are there more opportunities
- Valley Park, MO Access
  - BNSF hauls traffic from NS in St Louis to Valley Park, a distance of about
- [redacted]
  - Can NS and BNSF compete for imported European auto's on a all rail move to west coast instead of a water move through the Panama Canal
- Auto Parts via [redacted] to OK, City
  - Evaluate the opportunity of moving parts direct to OK city rather than draying from Kansas City

**Other Commercial Issues**

- Bayport
  - NS will be looking for an update on the build-in and potential traffic
- IPSCO – Lemoyne, AL Haulage issue
- "Fuel by Rail"
  - NS wants to learn more about BNSF's fuel by rail program
- Fuel Surcharge
- Equipment-back haul, empty mile reduction opportunities
  - Should be Improved with Gateway Optimization

**Transportation**

- Master Locomotive Agreement
  - NS sent revision on 12.9.03, only minor issues left to resolve

**Other Issues**

- BNSF trackage rights between W.B. Jct. and Hannibal, MO
  - BNSF and NS discontinued discussion until Cameron Connection issue with UP is resolved. Arbritration is scheduled for Q1-04. This would allow BNSF to pursue the abandonment of the Brookfield Sub between Mark, MO and Birmingham, MO
- Des Moines haulage agreement
  - BNSF will begin analysis of the line between Des Moines and Albia for potential shortline. BNSF and NS will need to work together to facilitate changes due to the current NS haulage agreement between Des Moines and St Louis