# Exhibit 54

From: Seale Don
Sent: Thu Dec 11 10:10:52 2003
To: "Strickland, Jo" <Jo.Strickland@exchange.nscorp.com>; McNeil Doug <dpmcneil@nscorp.com>
Subject: FW: NS/BNSF Officers' Special - Tuesday, December 16th
Importance: Normal

Jo Ann: For my trip planning next week. DWS

-----Original Message-----
**From:** Ehlers, Fred M.
**Sent:** Thursday, December 11, 2003 8:58 AM
**To:** Ingram, Tony L.; Manion, Mark D.; McQuade, Kathryn, B.; Moorman, Wick; Rathbone, John P.; Seale Don; Smith, Danny D.; Martinez Rob; McClellan, Mike R.; Carbaugh, Ed; Legg Karen; Malbon, Debbie A.; Prillaman, Ike; Tobias, Stephen; Wolf, Henry C. (Hank)
**Cc:** Comstock, Greg; Murry, Scott; Hudson, Gary W.; Kingery, Carole M.
**Subject:** NS/BNSF Officers' Special - Tuesday, December 16th

All:

Detailed below is an advanced copy of the schedule, attendee list, and meeting agenda for the NS/BNSF Officers' Special on Tuesday, December 16th. Please note the departure time of 7:00am from the NS Hanger (Gary Hudson will provide additional information on aircraft assignment). Also note, while there exists some "dwell" time at Memphis prior to train departure, it is very likely we will leave prior to the 9:30am scheduled departure time.

For those who are presenters during the meeting, bound paper copies of your PowerPoint presentations will be supplied to facilitate your presentation/discussion.

Fred

NS/BNSF Officers' Special

**December 16, 2003**

***Schedule***

7:00am EST Depart Norfolk

8:00am CST Arrive Memphis

Vans to Train

*8:15am CST Breakfast (on train)*

9:30am CST Depart Memphis (Forrest Yard Intermodal)

*12:00pm CST Lunch*

12:45pm CST Arrive Sheffield (Crew Change)

| | |
|---|---|
| 1:00pm CST | Depart Sheffield |
| 5:45pm EST | Arrive Chattanooga (DeButts Yard) |
| | Vans to Airport |
| 6:15pm EST | Depart Chattanooga |
| 7:30pm EST | Arrive Norfolk |

Meeting Agenda

- Welcome/Trip Overview (DR Goode)
- Opening Comments (DR Goode/MK Rose)
- General Markets Discussion (LI Prillaman/JP Lanigan)
    - Coal Review (DD Smith/TG Kraemer)
    - Intermodal Review (MR McClellan/SG Branscum)
- Memphis – Chattanooga Route Improvements (TL Ingram)
- Operating Plan Development/Interline Initiatives/Gateway Optimization (TL Ingram/RD Bredenberg and DW Seale/DL Garin)
- Other Issues

**Attendees**

NS

| | |
|---|---|
| David Goode | Chairman, President & CEO |
| Ike Prillaman | Vice Chairman & CMO |
| Steve Tobias | Vice Chairman & COO |
| Hank Wolf | Vice Chairman & CFO |
| Tony Ingram | Sr. VP Transportation Network and Mechanical |
| Mark Manion | Sr. VP Transportation Operations |
| Kathryn McQuade | Sr. VP Finance |
| Wick Moorman | Sr. VP Corporate Planning and Services |
| John Rathbone | Sr. VP Administration |

| | |
|---|---|
| Don Seale | Sr. VP Merchandise Marketing |
| Danny Smith | Sr. VP Energy and Properties |
| Rob Martinez | VP Business Development |
| Mike McClellan | VP Intermodal Marketing |
| Fred Ehlers | Assistant to the Chairman |
| *Greg Comstock* | *General Manager – Western Region* |
| *Scott Murry* | *Division Superintendent* |
| *Gary Hudson* | *Director Staff Services* |

BNSF

| | |
|---|---|
| Matt Rose | Chairman, President & CEO |
| Tom Hund | Executive VP & CFO |
| Carl Ice | Executive VP & COO |
| John Lanigan | Executive VP & CMO |
| Pete Rickershauser | VP Network Development |
| Rollin Bredenberg | VP Service Design and Performance |
| Dave Dealy | VP Transportation |
| Steve Branscum | Group VP Consumer Products |
| Dave Garin | Group VP Industrial Products |
| Tom Kraemer | Group VP Coal |
| Rich Stroot | Director Interline Development |