# Exhibit 55

**BNSF - NS Executive Business Review**
**Fort Worth, TX, May 17, 2004**
**BNSF Board Room**
**10:00 AM – 2:00 PM**

Following is a proposed outline of topics for the next NS senior leadership meeting on May 17, 2004. The list is a combination of everything I had from the last meeting and what Doug McNeil from NS sent over this weekend. The list needs to be thinned out somewhat, but we usually start from the broadest view possible of what could be on the agenda and work back to the critical topics for discussion. The first priority is to finalize the list we will work from for the May 7th Commercial conference call with NS.

This is the third year we have been meeting on a bi-annual basis, which the original and current focus is to grow profitable interline business between BNSF and NS through development of interline services and products and joint sales/marketing efforts. There have been joint successes, but the focus tends to evolve back to tactical issues between BNSF and NS. The focus of the Class I Executive sessions needs to move back to long term growth and less on tactical issues.

For the recent CSX meeting, we proposed the following which we should agree is the driver/goal of our meetings and efforts with NS:

Goal: "Expand the BNSF/NS Alliance by implementing growth strategies that leverage optimized service.".

Mission:
- Accelerate growth by leveraging combined service plan
- Joint sales campaigns
- Establish long-term growth strategy

Steps:
- Select service lanes
- Corridor gap analysis (market and service requirements)
- Establish integrated goals and measurements
- Joint sales campaign

For this meeting, NS is proposing to bring the team that was on the train trip in December, 2003 and will be on the September train trip over BNSF. One of the concepts is to have break-out sessions between Executive, Marketing, Operations and Finance, which would mimic what happened on the December train trip: short joint session, followed by extensive sidebar conversations. In this case, the break-out sessions would be held in the appropriate BNSF host's office and would focus on growth plans, service improvements and new market opportunities. The meeting would conclude with a joint session where each of the breakout "pairs" would

report on the projects they intend to focus on in coming months to meet the meeting – and Alliance – goals. In broader terms, the meeting's goals would include:

- General Business review
- Review Business Unit performance between BNSF and NS
- Determine growth opportunities
- Establish process to bring opportunities to fruition
- Review synergies for future Market development
- Review existing service to determine improvement opportunities
- Review challenges between BNSF and NS that require Executive oversight
- Industry issues that affect both BNSF and NS

**What I need from you prior to May 7th:**

- Confirmation of agenda items and issues which need to be on the agenda for the general/group discussion
- Initiatives to present to NS which we want them to join in on (revenue, service, EODB, or expense)
- Issues to be resolved which have been thoroughly vetted but remain unsettled between us
- Areas where mutual focus needs to be reinforced to drive anticipated results or benefits

**NS Suggested Attendees for May 17 Leadership Team Meeting and BNSF counterpart:**

| | |
|---|---|
| **NS** | |
| David Goode | Chairman, President & CEO |
| Steve Tobias | Vice Chairman & COO |
| Ike Prillaman | Vice Chairman & CMO |
| Hank Wolf | Vice Chairman & CFO |
| Don Seale | Sr. VP Marketing Services |
| Wick Moorman | Sr. VP Corporate Planning and Services |
| Danny Smith | Sr. VP Energy and Properties |
| Mike McClellan | VP Intermodal Marketing |
| Mark Manion | Sr. VP Transportation Operations |
| Debbie Butler | VP Customer Service |
| Kathryn McQuade | Sr. VP Finance |
| John RathboneSr. | VP Administration |
| Fred Ehlers | Assistant to the Chairman |
| | |
| **BNSF** | |
| Matt Rose | Chairman, President & CEO |
| Tom Hund | Executive VP & CFO |
| Carl Ice | Executive VP & COO |
| John Lanigan | Executive VP & CMO |
| Pete Rickershauser | VP Network Development |
| Tom Kraemer | Group VP Coal |
| Dave Garin | Group VP Industrial Products |
| Steve Branscum | Group VP Consumer Products |
| Kevin Kaufman | Group VP AG Products |
| Dave Dealy | VP Transportation |
| Rollin Bredenberg | VP Service Design and Performance |
| Dennis Johnson | VP & Controller |
| Rich Stroot | Director Interline Development |

## Network Issues – Discussion Points:

- East Carolina Business Unit (ECBU)
- Outsourcing of Albia - Des Moines line, plus Des Moines switching
- Chicago-Kansas City trackage rights projects
  - BNSF on NS between CA Jct and Maxwell
  - BNSF on NS between WB Jct and Hannibal, MO
  - BNSF on NS between KC and St Louis, trackage rights and or haulage
  - BNSF and NS joint operation or trackage rights via Streator
  - NS on BNSF to UP at Armourdale - NS is on the line, but only to ATSF points
- Thoroughbred Operating Plan (TOP) update from NS
  - Next step in Terminal Rationalization
- Gateway Optimization status
  - Routing guide should be complete by this meeting
  - Revenue/expense analysis will need to be completed
- Other? (BNSF presentation on "Pentagon"?)

## Marketing Process Improvement

- Q1 Reconciliation of (and process around) interline revenue numbers for NS and BNSF
- Joint equipment opportunities (and process around) to reload each others' equipment
- A + B pricing and Common Language Initiative issues
- Fuel surcharge implementation/execution across roads
- Effectiveness of public pricing in bringing on new business.

## Automotive / Intermodal

- Bad order Intermodal flatcars and improperly secured containers received in interchange from NS at Chicago, IL
- Vehicles

- [redacted] –Proposal utilizing BNSF's Birmingham, AL auto facility
- Southeast Automotive Plant Growth
- [redacted] – Vance, AL to Western Destinations
- [redacted] – Greer, SC to South Oxnard, CA
- Car Handling Agreement – Lincoln to Birmingham

- Auto Parts
  - GM - Triple Crown to Oklahoma City
  - Discussion on BNSF providing automotive service via Chicago vs. Kansas City
  - Metalsa Opportunities for DCX
- Reduced rate pricing package for incremental new JIT Rail growth to Oklahoma City
- BNSF selling NS access to Valley Park
  - Lease the line to NS – or -
  - Trade for BNSF access to similar revenue opportunity on NS – which one?

## AG Products

- [redacted] Feed Train
- Express Track
- [redacted] Brunswick, MO

## Carload

- Chemicals
  - Best Practices
  - Terms and Conditions
  - Risk Reduction
  - Chemicals Gateway Review
- Paper, Clay & Forest Products
  - BNSF/NS One-Price Program
  - [redacted] – Stevenson, [redacted]
  - [redacted] – Charleston, [redacted]
  - NS-BNSF Joint-line Scrap Paper
  - Printing Paper STCC 26213

- Government & Machinery
  - [redacted] – Benson, Minnesota
  - Cotton-pickers (dimensional loads)
  - [redacted] - Gwinner, North Dakota
  - Bobcat skid steer loaders
  - [redacted] – Omaha, Nebraska
  - Combines (dimensional loads)
  - [redacted] – Augusta, Georgia
  - Non-dimension tractors
  - Machinery Interchange
  - Branded Service with Defense Logistics Agency

## Coal

- [redacted] service update
  - Operational review on windows
  - Performance analysis on on-time performance to plan
- Eastern Coal opportunities