# Exhibit 56

Draft of 8/20/04

# Suggested BNSF-NS Meeting Agenda
# Wednesday, September 8, 2004

| | |
|---|---|
| **6:30 – 7:00 AM** | **La Posada to train** |
| **7:00 – 7:30 AM** | **Breakfast** |
| **7:30** | **Train Departs Albuquerque** |

**8:00 AM – 10 AM (?)** **Morning Group Session in Glacier View**

**Goal for Morning Group Session:** Follow general business overview from the vantage points of BNSF and NS with follow-up on action items from May 17th meeting (agenda notes attached).

Suggested Agenda Items:

- Chairmen Introduction, Overview, Set Tone
- Interline Review by BNSF, NS Business Groups
- Projections for 2004 and 2005 Business Levels
- Operating Challenges
- Review May 17th Meeting Discussion, Assignments and Projects
- Resolve any open issues
- Direction for individual/break out sessions

**10 AM – 12:30 PM** **Break-Out Sessions (paired by BNSF, NS functional area)**

**Goals for Break-Out Sessions:** Inasmuch as both carriers are into fall peak and preparing business plans for 2005, identify opportunities to work together to achieve 2005 plans

Suggested Agenda Items:

- Review any follow-up to items from morning joint sessions
- Review current shared challenges, and proposed solutions (managing fall peak)
- Review 2005 business plans for joint goals, opportunities, areas of focus
- Develop linked communications processes to achieve

**12:30 - 1:15 PM** **Group Lunch**

**1:15 – 2:15PM** **Afternoon Group Session**

**Goals for Afternoon Group Session:** Review go-forward plans developed from breakout sessions, ensuring that BNSF and NS 2005 plans, processes, action items are in sync where applicable; and challenge the organizations to develop ongoing review process



HIGHLY CONFIDENTIAL 

Draft of 8/20/04

# Attendee List for September Train Trip

## Norfolk Southern Railway

| | | |
|---|---|---|
| 1: | David Goode | Chairman, President & CEO (Not dinner) |
| 2: | Steve Tobias | Vice Chairman & COO |
| 3: | Ike Prillaman | Vice Chairman & CMO |
| 4: | Hank Wolf | Vice Chairman & CFO |
| 5: | Don Seale | Sr. VP Marketing Services |
| 6: | Wick Moorman | Sr. VP Corporate Planning and Services |
| 7: | Danny Smith | Sr. VP Energy and Properties (Not dinner) |
| 8: | Mike McClellan | VP Intermodal Marketing |
| 9: | Mark Manion | VP Transportation / Operations |
| 10: | Debbie Butler | VP Customer Service |
| 11: | Kathryn McQuade | Sr. VP Finance |
| 12: | John Rathbone | Sr. VP Administration |
| 13: | Fred Ehlers | Assistant to the Chairman |

## Burlington Northern Santa Fe

| | | |
|---|---|---|
| 1: | Matt Rose | Chairman, President & CEO (Not dinner) |
| 2: | Carl Ice | EVP & COO |
| 3: | John Lanigan | EVP & CMO |
| 4: | Tom Hund | EVP & CFO |
| 5: | Pete Rickershauser | VP Network Development |
| 6: | Kevin Kaufman | Group VP AG Products |
| 7: | Dave Garin | Group VP Industrial Products |
| 8: | Tom Kraemer | Group VP Coal (Not dinner) |
| 9: | Steve Branscum | Group VP Consumer Products |
| 10: | Rollin Bredenberg | VP Service Design and Performance |
| 11: | Dave Dealy | VP Transportation |
| 12: | Dennis Johnson | VP & Controller |
| 13: | Rich Stroot | Director Interline Development |
| 14: | Chris Roberts | AVP Operations |

Draft of 8/20/04

# Preliminary Travel Details

**Tuesday, September 7th, 2004 – Albuquerque, NM:**

- Depart Alliance, TX, 4:15 PM, arrive ABQ about 5:00 PM (BNSF aircraft)
- Reception at La Posada 6:00 – 7:00 PM
- Dinner 7:00 – 9:00 PM
- Dinner Hosts: John Lanigan and Ike Prillaman
- Transportation arranged and rooms reserved

**Wednesday, September 8th, 2004**

- Depart La Posada for Train at 6:45 AM; vans arranged
- Depart Amtrak Station at 7:00 AM
- Arrive Amarillo, TX at 3:00 PM
- Release train, depart back to Alliance Airport (BNSF aircraft)
- Transportation arranged



HIGHLY CONFIDENTIAL