# Exhibit 59

**From:** Garin, David L [David.Garin@bnsf.com]
**Sent:** Wednesday, September 08, 2004 8:43 PM
**To:** 'dwseale@nscorp.com'
**Subject:** Meeting

Don:

Thanks for the dialogue today. Sorry for being a bit headstrong on certain issues. I recognize that the differences in our franchises does require us to take different approaches sometimes. I'll draft the notes and get them to you this week. Matt quizzed me hard on the way home regarding FSC coverage so that is something I am going to need your help and support on. I am having a list of those NS documents in conjunction with BNSF that don't have FSC, prepared for you as requested. It will have renewal dates on it. Also, apparently we already have a date set for your team to come down and visit with Denis and George's teams on these issues...led by Dave Lawson. The date is Sept 29th and I will include that in the mtg notes (to give us credit for already taking some action). I will try to make myself avail for this mtg. Also, shoot me some dates after the first of the year to get our "higher level" mtg set as we discussed. I will bring Denis, George, Barry and Larry Ruple (leads my EGT team and Fuel by rail initiative) in addition to myself.

Thanks again,

Dave

---

Sent from my BlackBerry Wireless Handheld

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001001039

NS - NJ 001037
CONFIDENTIAL SUBMISSION