# Exhibit 61

**From:** Garin, David L [David.Garin@bnsf.com]
**Sent:** Friday, September 10, 2004 6:14 PM
**To:** 'dwseale@nscorp.com'
**Cc:** Garin, David L
**Subject:** NS-BNSF interchanged traffic presentation

**Attachments:** Interline Business with NS Fuel Surcharge Analysis (08-2004).ppt; Interline Business with NS Fuel Surcharge Analysis (08-2004).xls

Don:

Here is the detail you asked me for that was the basis for the information we presented on FSC between our respective companies. Let me know if you receive it and are able to open the documents. Assume our teams will talk about this in the scheduled meeting in Ft. Worth on Sept 29th.

Dave

<<Interline Business with NS Fuel Surcharge Analysis (08-2004).ppt>> <<Interline Business with NS Fuel Surcharge Analysis (08-2004).xls>>

Please take into consideration that the Units & Revenue in the spreadsheet detail are estimates. For BNSF documents, the Units & Revenue is listed at the price authority level and represents an estimate of all traffic (not solely with NS) that moved under the price authority in the past twelve months. On the other hand, for NS documents, the Units & Revenue is an estimate of NS traffic that matched the REN price authority in the past twelve months. Also, it may be worthy for you to know that for this analysis, a price authority was deemed as not having a fuel surcharge if any of its individual prices did not have a fuel surcharge.

Also, BNSF price authorities may show an "effective date" (for example in the last 6 months) that really just had some modification to an existing contract but did not present an opportunity to add a fuel surcharge. When you exclude those, BNSF has only a couple new/renewed joint agreements with NS that didn't get a FSC applied in 2004.

Interline Business with NS Fue...

Interline Business with NS Fue...

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000778

NS - NJ 000776
CONFIDENTIAL SUBMISSION

3rd Quarter 2002 Analyst Presentation




- Good morning everybody, and welcome to our third quarter financial presentation

- With me here in our Fort Worth headquarters today are:

  Tom Hund, EVP and Chief Financial Officer
  Carl Ice, EVP and Chief Operations Officer
  Chuck Schultz, EVP and Chief Marketing Officer

- Our presentation this morning is available by webcast, so let me begin by directing everyone's attention to our first slide regarding "forward looking statements"

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only
NS 001000779

NS - NJ 000777
CONFIDENTIAL SUBMISSION

## 3rd Quarter 2002 Analyst Presentation

### Fuel Surcharge Effectiveness on BNSF Price Authorities

**Percentage of BNSF Carload Price Authorities with Norfolk Southern Interchange with a Fuel Surcharge Applied**




Total BNSF Prices Authorities with NS Interchange: 303

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000780

NS - NJ 000778
CONFIDENTIAL SUBMISSION

3rd Quarter 2002 Analyst Presentation




HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000781

NS - NJ 000779
CONFIDENTIAL SUBMISSION

**3rd Quarter 2002 Analyst Presentation**




HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000782

NS - NJ 000780
CONFIDENTIAL SUBMISSION

3rd Quarter 2002 Analyst Presentation




HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

NS 001000783

NS - NJ 000781
CONFIDENTIAL
SUBMISSION

Fuel Surcharge Effectiveness on BNSF Price Authorities

By Carrier and Business Unit

Source: RPMS – August 1, 2004

| FSC Effectiveness | | FSC | | | |
|---|---|---|---|---|---|
| Carrier | BU | NO | YES | Grand Total | Pct |
| NS | 00 PERISHABLES | | 17 | 17 | 100.00% |
| | 01 AG PRODUCTS | | 11 | 11 | 100.00% |
| | 02 DRY BOXCAR | | 42 | 42 | 100.00% |
| | 03 CHEMICALS & PLASTICS | 13 | 39 | 52 | 75.00% |
| | 04 BUILDING PRODUCTS | 1 | 84 | 85 | 98.82% |
| | 05 AUTOMOTIVE | 5 | 2 | 7 | 28.57% |
| | 08 CONSTRUCTION PRODS | 5 | 53 | 58 | 91.38% |
| | 09 PETROLEUM PRODS | 4 | 27 | 31 | 87.10% |
| NS Total | | 28 | 275 | 303 | 90.76% |
| Grand Total | | 28 | 275 | 303 | 90.76% |

NS - NJ 000782
CONFIDENTIAL
SUBMISSION

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only
NS 001000784