# Exhibit 62

**From:** Seale Don
**Sent:** Tuesday, September 14, 2004 10:55 AM
**To:** 'Lanigan, John P'
**Subject:** RE: NS-BNSF interchanged traffic presentation

John: I am confident that we can generate improvement in our interline processes and the segmentation of market opportunities that will benefit us both. We look forward to progressing these initiatives and our folks that will visit Ft. Worth on September 29 will come prepared to do so. Also, let's talk after our teams meet on the gateway rationalization project on September 20. Again, you, Matt, and the BNSF Team were great hosts last week and all of us at NS appreciated the opportunity to be with you and to see firsthand this high speed, high volume line. Don

-----Original Message-----
From: Lanigan, John P [mailto:John.Lanigan@BNSF.com]
Sent: Tuesday, September 14, 2004 10:11 AM
To: 'Seale Don'
Subject: RE: NS-BNSF interchanged traffic presentation

Don,

Thanks for your leadership on these opportunities.

Regards,

John

-----Original Message-----
From: Seale Don [mailto:dwseale@nscorp.com]
Sent: Tuesday, September 14, 2004 8:29 AM
To: 'Garin, David L'
Cc: 'Lanigan, John P'; Brenner Charlie; Glennon Pat; Lawson David; Osborne Joe; Wendorf Gary; Butler, Deborah H.
Subject: RE: NS-BNSF interchanged traffic presentation

Dave: Thanks for the data and I have Pat Glennon in our shop reviewing it. He or Charlie Brenner my AVP Systems and Market Development will attend the September 29 meeting scheduled in Ft. Worth with you and your team. David Lawson, Gary Wendorf, Joe Osborne, and their directors from Forest Products, Metals/Construction, and Chemicals will also attend. Additionally, we will have one of our car management folks in attendance to review reloading of equipment in more detail. Thanks again for the fine hospitality at dinner and the very enjoyable train trip last week. Don

FE2004FAS0025857

-----Original Message-----
From: Garin, David L [mailto:David.Garin@bnsf.com]
Sent: Friday, September 10, 2004 6:14 PM

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

NS 001000861

NS - NJ 000859
CONFIDENTIAL SUBMISSION

To: 'dwseale@nscorp.com'
Cc: Garin, David L
Subject: NS-BNSF interchanged traffic presentation

Don:

Here is the detail you asked me for that was the basis for the information we presented on FSC between our respective companies. Let me know if you receive it and are able to open the documents. Assume our teams will talk about this in the scheduled meeting in Ft. Worth on Sept 29th.

Dave

<<Interline Business with NS Fuel Surcharge Analysis (08-2004).ppt>> <<Interline Business with NS Fuel Surcharge Analysis (08-2004).xls>>

Please take into consideration that the Units & Revenue in the spreadsheet detail are estimates. For BNSF documents, the Units & Revenue is listed at the price authority level and represents an estimate of all traffic (not solely with NS) that moved under the price authority in the past twelve months. On the other hand, for NS documents, the Units & Revenue is an estimate of NS traffic that matched the REN price authority in the past twelve months. Also, it may be worthy for you to know that for this analysis, a price authority was deemed as not having a fuel surcharge if any of its individual prices did not have a fuel surcharge.

Also, BNSF price authorities may show an "effective date" (for example in the last 6 months) that really just had some modification to an existing contract but did not present an opportunity to add a fuel surcharge. When you exclude those, BNSF has only a couple new/renewed joint agreements with NS that didn't get a FSC applied in 2004.

**HIGHLY CONFIDENTIAL - Attorneys' Eyes Only**

**NS 001000862**

**NS - NJ 000860
CONFIDENTIAL
SUBMISSION**