# Exhibit 63

## Arnett, James A

**From:** Gillen, George F
**Sent:** Thursday, September 16, 2004 1:34 PM
**To:** Arnett, James A; Alegria, David R; Self, Aaron M
**Cc:** Gillen, George F
**Subject:** FW: NS-BNSF interchanged traffic presentation

We need to try to resolve the data differences with the NS prior to the meeting on the 29th. We can talk about this more in tomorrows meeting.

George F. Gillen
Phone: 817-593-1131
Fax: 817-593-2909
Email: george.gillen@bnsf.com
BNSF website: http://www.bnsf.com

-----Original Message-----
**From:** Smith, Denis J (Marketing)
**Sent:** Tuesday, September 14, 2004 10:13 AM
**To:** Gillen, George F
**Subject:** FW: NS-BNSF interchanged traffic presentation

-----Original Message-----
**From:** Garin, David L
**Sent:** Tuesday, September 14, 2004 8:49 AM
**To:** 'Scale Don'
**Subject:** RE: NS-BNSF interchanged traffic presentation

Don:

will do. what is worrisome is that this is the data we are relying on for assessment and collection of FSC. George Gillen is my guy and will have him get in contact with Pat Glennon.

thanks.

Dave

-----Original Message-----
**From:** Seale Don [mailto:dwseale@nscorp.com]
**Sent:** Tuesday, September 14, 2004 8:42 AM
**To:** 'Garin, David L'
**Cc:** 'Lanigan, John P'
**Subject:** FW: NS-BNSF interchanged traffic presentation

Dave: Note message below regarding the data provided regarding the application of the FSC in our respective rate authorities. Let's have our folks work through this before the September 29 meeting. Don

-----Original Message-----
**From:** Glennon Pat
**Sent:** Tuesday, September 14, 2004 9:37 AM

BNSF-FSC 000676



CONFIDENTIAL

BNSF/NJAG
00676
CONFIDENTIAL

**To:** Seale Don
**Cc:** Brenner Charlie
**Subject:** RE: NS-BNSF interchanged traffic presentation

DWS - Re FSC. Their data is not correct. Either they have a data problem or there is a REN transmission problem. We are taking the time to talk to the BNSF technical staff to find the problem.
PJG

-----Original Message-----
**From:** Seale Don
**Sent:** Tuesday, September 14, 2004 9:29 AM
**To:** 'Garin, David L'
**Cc:** 'Lanigan, John P'; Brenner Charlie; Glennon Pat; Lawson David; Osborne Joe; Wendorf Gary; Butler, Deborah H.
**Subject:** RE: NS-BNSF interchanged traffic presentation

Dave: Thanks for the data and I have Pat Glennon in our shop reviewing it. He or Charlie Brenner my AVP Systems and Market Development will attend the September 29 meeting scheduled in Ft. Worth with you and your team. David Lawson, Gary Wendorf, Joe Osborne, and their directors from Forest Products, Metals/Construction, and Chemicals will also attend. Additionally, we will have one of our car management folks in attendance to review reloading of equipment in more detail. Thanks again for the fine hospitality at dinner and the very enjoyable train trip last week. Don

&!

nbsp;&n

&!

nbsp;&n

-----Original Message-----
**From:** Garin, David L [mailto:David.Garin@bnsf.com]
**Sent:** Friday, September 10, 2004 6:14 PM
**To:** 'dwseale@nscorp.com'
**Cc:** Garin, David L
**Subject:** NS-BNSF interchanged traffic presentation

Don:

Here is the detail you asked me for that was the basis for the information we presented on FSC between our respective companies. Let me know if you receive it and are able to open the documents. Assume our teams will talk about this in the scheduled meeting in Ft. Worth on Sept 29th.

Dave

<<Interline Business with NS Fuel Surcharge Analysis (08-2004).ppt>> <<Interline Business with NS Fuel Surcharge Analysis (08-2004).xls>>

Please take into consideration that the Units & Revenue in the spreadsheet detail are estimates. For BNSF documents, the Units & Revenue is listed at the price authority level and represents an estimate of all traffic (not solely with NS) that moved under the price authority in the past twelve months. On the other hand, for NS documents, the Units & Revenue is an estimate of NS traffic that matched the REN price authority in the past twelve months. Also, it may be worthy for you to

know that for this analysis, a price authority was deemed as not having a fuel surcharge if any of its individual prices did not have a fuel surcharge.

Also, BNSF price authorities may show an "effective date" (for example in the last 6 months) that really just had some modification to an existing contract but did not present an opportunity to add a fuel surcharge. When you exclude those, BNSF has only a couple new/renewed joint agreements with NS that didn't get a FSC applied in 2004.