# Exhibit 64

**From:** Arnett, James A <b915179@bnsf.com>
**Sent:** Monday, September 20, 2004 9:35 AM
**To:** Glennon Pat <pjglenno@nscorp.com>; Pfeifer Alby <ampfeife@nscorp.com>
**Cc:** Wooddy Jan <jswooddy@nscorp.com>; Alegria, David R <b504859@bnsf.com>; Bell, Howard <s000183@bnsf.com>; Anderson, Paul M <b019213@bnsf.com>; Gillen, George F <s000179@bnsf.com>; Smith, Denis J (Marketing) <b804371@bnsf.com>; Arnett, James A <b915179@bnsf.com>
**Subject:** RE: NS-BNSF interchanged traffic presentation - BNSF comments
**Attach:** BNSF-NS Fuel Surc Notes Issue 09-15-04 Rev BNSF 9-17-04 corrected.xls

---

Corrected spreadsheet

-----Original Message-----
**From:** Arnett, James A
**Sent:** Monday, September 20, 2004 7:40 AM
**To:** 'Glennon Pat'; Pfeifer Alby
**Cc:** Wooddy Jan; Arnett, James A; Alegria, David R; Bell, Howard; Anderson, Paul M; Gillen, George F; Smith, Denis J (Marketing)
**Subject:** RE: NS-BNSF interchanged traffic presentation - BNSF comments

Pat/Alby - Attached is the spreadsheet with BNSF comments. We have rerun the query and have identified prices that we both agree and disagree on.

After you receive it, maybe we can discuss.

Thanks,

Jim

-----Original Message-----
**From:** Glennon Pat [mailto:pjglenno@nscorp.com]
**Sent:** Wednesday, September 15, 2004 1:34 PM
**To:** 'James.arnett@bnsf.com'
**Cc:** Wooddy Jan; Pfeifer Alby
**Subject:** FW: NS-BNSF interchanged traffic presentation

Jim - Per conversation yesterday on the NS FSC coverage in connection with NS rate authorities sent to BNSF via REN. We reviewed the BNSF data that indicated 75% coverage. As suspected, there are gaps in your data. We cross checked the authorities flagged as not having an associated FSC. We found the actual FSC coverage for the sample provided to be 93%.

The attached spreadsheet documents our finding. Records highlighted in blue are the records where the BNSF has no associated FSC. The records highlighted in red indicate that NS does in fact have an associated FSC where the BNSF did not find one. We did spot check a few records and it appears we are sending the proper condition codes.

Overall, NS FSC coverage from a price perspective is approximately 95%. We do have a few FSC variations but that should not affect the results.

Alby, Jan and I are will be glad to work with you to address the gaps.
Pat

-----Original Message-----
**From:** Wooddy Jan
**Sent:** Wednesday, September 15, 2004 10:07 AM

**To:** Glennon Pat
**Subject:** RE: NS-BNSF interchanged traffic presentation

Pat:
Here's the news everyone has been waiting for concerning BNSF's claim that a large percentage of our prices in their database do not have fuel surcharge coverage. This information is documented in the last tab (NS Detail) of the attached spreadsheet. Using the bureau/number for the 524 authorities listed, I've reviewed each one to determine the presence of an FSC note.

524 total authorities listed on the spreadsheet
<u>- 14</u> 2 are not NS authorities (FEC); 11 expired 11-15-2001, 1 does not contain routing with BNSF (??)
510 valid authorities whereby BNSF claims only 75% FSC coverage

<u>Of these 510:</u>
114 or 25% are marked 'No FSC' on the spreadsheet (this number does not include the 14 mentioned above).

<u>Of these 114</u>:
80 or 70% <u>DO</u> have a FSC note as indicated in red on the spreadsheet.
2 have partial FSC coverage (FSC note is not present either in one of the multiple sections or in one of the multiple items) .
32 or 28% <u>DO NOT</u> have FSC note coverage. (These will be reviewed with the responsible Product Manager).

This breaks down to: 93% FSC coverage with BNSF (510 total authorities minus 34 without complete FSC note coverage).

To assure NS does not have a transmission problem that may be contributing to this issue, I opened a help ticket with our IT team to have them verify our REN Outbound process. It was confirmed that this functionality is working as it should.

Jan

-----Original Message-----
**From:** Glennon Pat
**Sent:** Tuesday, September 14, 2004 12:06 PM
**To:** Smith Kathleen; Harkey Greg; Legge Robert; Manning Cheryl; North Phil
**Cc:** Wooddy Jan; Pfeifer Alby; Yopp Ken; Anderson Brady; Fisher Donna; Florian Fred; Gentzel Robert; Julian Alan; Kiley Richard; Kraemer John; McNabb Jim; Plain Robert; Robinson Rob; Schaaf Jim; Simonic Pat; Wendorf Gary; Brenner Charlie; Brugman Thomas; Julian David; Lawson David; Osborne Joe; Williams Bill; Corcoran Virgil; Giuliano Joe
**Subject:** FW: NS-BNSF interchanged traffic presentation

BDMs - Jan Wooddy is preparing the analysis on the FSC coverage issue. The BNSF data appears to be significantly off. Our records still show a 90%+ coverage. Where she finds a gap, she is confirming with the PM and will add the FSC to 9255 where needed. I suggest you allow her to complete this process and not bother conducting your own team analysis. Alby is calling the BNSF REN rep to determine where the BNSF reporting error is coming from.
PJG

-----Original Message-----
**From:** Seale Don
**Sent:** Tuesday, September 14, 2004 9:29 AM
**To:** 'Garin, David L'
**Cc:** 'Lanigan, John P'; Brenner Charlie; Glennon Pat; Lawson David; Osborne Joe; Wendorf Gary; Butler, Deborah H.
**Subject:** RE: NS-BNSF interchanged traffic presentation

Dave: Thanks for the data and I have Pat Glennon in our shop reviewing it. He or Charlie Brenner my AVP Systems and Market Development will attend the September 29 meeting scheduled in Ft. Worth with you and your team. David Lawson, Gary Wendorf, Joe Osborne, and their directors from Forest Products, Metals/Construction, and Chemicals will also attend. Additionally, we will have one

of our car management folks in attendance to review reloading of equipment in more detail. Thanks again for the fine hospitality at dinner and the very enjoyable train trip last week.
Don

nbsp;&n

nbsp;&n

-----Original Message-----
**From:** Garin, David L [mailto:David.Garin@bnsf.com]
**Sent:** Friday, September 10, 2004 6:14 PM
**To:** 'dwseale@nscorp.com'
**Cc:** Garin, David L
**Subject:** NS-BNSF interchanged traffic presentation

Don:

Here is the detail you asked me for that was the basis for the information we presented on FSC between our respective companies. Let me know if you receive it and are able to open the documents. Assume our teams will talk about this in the scheduled meeting in Ft. Worth on Sept 29th.

Dave

<<Interline Business with NS Fuel Surcharge Analysis (08-2004).ppt>> <<Interline Business with NS Fuel Surcharge Analysis (08-2004).xls>>

Please take into consideration that the Units & Revenue in the spreadsheet detail are estimates. For BNSF documents, the Units & Revenue is listed at the price authority level and represents an estimate of all traffic (not solely with NS) that moved under the price authority in the past twelve months. On the other hand, for NS documents, the Units & Revenue is an estimate of NS traffic that matched the REN price authority in the past twelve months. Also, it may be worthy for you to know that for this analysis, a price authority was deemed as not having a fuel surcharge if any of its individual prices did not have a fuel surcharge.

Also, BNSF price authorities may show an "effective date" (for example in the last 6 months) that really just had some modification to an existing contract but did not present an opportunity to add a fuel surcharge. When you exclude those, BNSF has only a couple new/renewed joint agreements with NS that didn't get a FSC applied in 2004.

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Fuel Surcharge Effectiveness on BNSF Price Authorities | | | | | | | |
| 2 | By Carrier and Business Unit | | | | | | | |
| 3 | Source: RPMS – August 1, 2004 | | | | | | | |
| 4 | FSC Effectiveness | | FSC | | | | | |
| 5 | Carrier | BU | NO | YES | Grand Total | Pct | | |
| 6 | NS | 00 PERISHABLES | | 17 | 17 | 100.00% | | |
| 7 | | 01 AG PRODUCTS | | 11 | 11 | 100.00% | | |
| 8 | | 02 DRY BOXCAR | | 42 | 42 | 100.00% | | |
| 9 | | 03 CHEMICALS & PLASTICS | 13 | 39 | 52 | 75.00% | | |
| 10 | | 04 BUILDING PRODUCTS | 1 | 84 | 85 | 98.82% | | |
| 11 | | 05 AUTOMOTIVE | 5 | 2 | 7 | 28.57% | | |
| 12 | | 08 CONSTRUCTION PRODS | 5 | 53 | 58 | 91.38% | | |
| 13 | | 09 PETROLEUM PRODS | 4 | 27 | 31 | 87.10% | | |
| 14 | NS Total | | 28 | 275 | 303 | 90.76% | | |
| 15 | Grand Total | | 28 | 275 | 303 | 90.76% | | |