# Exhibit 65

From: Arnett, James A
Sent: Fri Sep 24 16:28:49 2004
To: Self, Aaron M
Cc: Alegria, David R; Arnett, James A; Bognich, Harry W; Gillen, George F; Smith, Denis J (Marketing)
Subject: NS/BNSF fuel surcharge
Importance: Normal
Attachments: NS Fuel Surcharge Stats1 - Aug 2004.xls; BNSF-NS Fuel Surc 09-21-04 Rev 9-24-04.xls

Aaron

I will be out of the office Mon 9/27. Alby was not able to resend the NS prices last night, so will send them tonight, which means they will be available to us on Mon.

As soon as Harry lets us know, we can rerun the SPUFI (B915179.test.spufi1(fuelfrgn), and compare the results with the last spreadsheet that I sent to the NS (attached). If you can review the data, update the spreadsheet, and resend to Pat Glennon (pjglennon@nscorp.com), Alby Pfeifer (ampfeife@nscorp.com), and Jan Wooddy (jswooddy@nscorp.com) , I'd appreciate it.

The other spreadsheet is one that the NS developed.

Denis/George - In a couple of conference calls and exchanges of information and spreadsheets, we found that the NS may have some REN Send issues. They have resent some prices, and will resend the remainder tonight. The issues are a mixed bag - some were cleared up when we reran the data at the price level and found that there were in fact fuel surcharges down at the price level. Some other issues were cleared up when they resent some prices and then, we found the fuel surcharge. There was also a block of price authorities that NS had expired, but we didn't receive the EDI 486, expirations. So they resent these. There are still prices without a fuel surcharge, as our spreadsheet shows.

Thanks,

Jim

-----Original Message-----
**From:** Glennon Pat [mailto:pjglenno@nscorp.com]
**Sent:** Friday, September 24, 2004 10:16 AM
**To:** 'Arnett, James A'
**Cc:** Pfeifer Alby; Wooddy Jan
**Subject:** RE: NS FSC resends - revised 9/23/04

Jim - Don Seale asked for an update on the FSC question. I reported that our joint review uncovered some REN transmission issues that we are addressing, but that NS FSC coverage should be around 93% for the data we reviewed. We did uncover 8 NS authorities that erroneously had either partial or no FSC coverage. We have reissued these prices and expect to increase NS FSC coverage by a point or two.

I've attached a report that tracks overall FSC implementation. Private authorities are being updated with the new FSC as they are reissued. If you look at FSC coverage from a waybill perspective (traffic moving) the coverage will be lower due to some private FSC exclusions.

Regarding the meeting next week. While price administration appears to be part of the joint session, the focus will be on joint line pricing initiatives and team break out sessions. I suspect the joint price administration discussion will focus on policy and philosophy, not statistics. For the most part we feel we are on the right track on price coverage, billing/rating and customer response time. Nevertheless, there is always room for improvement and we are open to your suggestions.

The equipment management rep and I will be available to assist in any of the breakout sessions. If George or you have any administrative subjects that you specifically want to cover let me know and I will plan for it. I'll be out of town on Monday but back Tuesday morning, assuming the latest hurricane behaves itself. .

Pat

-----Original Message-----
**From:** Arnett, James A [mailto:James.Arnett@bnsf.com]
**Sent:** Friday, September 24, 2004 8:41 AM
**To:** 'Pfeifer Alby'; Wooddy Jan; Glennon Pat
**Cc:** Bell, Howard; Self, Aaron M; Bognich, Harry W; Arnett, James A
**Subject:** RE: NS FSC resends - revised 9/23/04
**Importance:** High

Thanks, Alby. I'll check them and update our spreadsheet as soon as Harry gives the okay that they are in our shop.

Jim

> -----Original Message-----
> **From:** Pfeifer Alby [mailto:ampfeife@nscorp.com]
> **Sent:** Thursday, September 23, 2004 3:57 PM
> **To:** 'Arnett, James A'; Pfeifer Alby; Wooddy Jan; Glennon Pat
> **Cc:** Bell, Howard; Self, Aaron M; Bognich, Harry W
> **Subject:** RE: NS FSC resends - revised 9/23/04
>
> Jim, I've resnt the following authorities, you should have them in the morning:

NS 18278

NSSC 85392

NSSQ 34050

NSSQ 35929

NSSQ 40248

NSRQ 58918

NSSC 14854

NSSC 60281

NSSC 81971

NSSC 82150

NSSC 82180

NSSC 82346

NSSC 83836

NSSC 85183

NSSC 85215

NSSC 85578

NSSC 85608

NSSQ 34295

NSSQ 40826

NSQ 80207

NSRQ 63922

NSSQ 84464

NS 9157

NSQ 40241 SECTION 20

NSRQ 62251

NSSQ 30774 SECTION 5

NSSQ 30774 SECTION 6

NSSQ 34626

NSSQ 91286

NSSQ 96641

NSSC 83522

NSSC 84696

NSSC 84831

NSSC 85222

NSSC 85241

ADDITIONALLY THE FOLLOWING TWO HAVE BEEN REISSUED IN THE PAST WEEK SO YOU SHOULD HAVE THESE AS WELL:

NSQ 40241 SECTION 10 REISSUED 9-23-04

NSSC 86131 SECTION 1 AND 2 REISSUED 9-21-04

THANKS FOR ALL YOU HELP!

ALBY

-----Original Message-----
**From:** Arnett, James A [mailto:James.Arnett@bnsf.com]
**Sent:** Thursday, September 23, 2004 2:11 PM
**To:** 'Pfeifer Alby'; 'Jan Wooddy, NS'; 'Pat Glennon, NS'
**Cc:** Bell, Howard; Self, Aaron M; Bognich, Harry W; Arnett, James A
**Subject:** RE: NS FSC resends - revised 9/23/04

-----Original Message-----
**From:** Arnett, James A
**Sent:** Thursday, September 23, 2004 12:52 PM
**To:** 'Pfeifer Alby'; 'Jan Wooddy, NS'; 'Pat Glennon, NS'
**Cc:** Bell, Howard; Self, Aaron M; Bognich, Harry W; Arnett, James A
**Subject:** RE: NS FSC resends - revised 9/23/04

I have revised the spreadsheet again, after reviewing the recently received dockets.

Jim

-----Original Message-----
**From:** Bognich, Harry W
**Sent:** Thursday, September 23, 2004 12:01 PM
**To:** Arnett, James A; 'Pfeifer Alby'
**Cc:** Bell, Howard; Self, Aaron M
**Subject:** RE: NS FSC resends - revised 9/23/04

Fort Worth -- we have "touch-down". The NS data is loaded now. Jim, you can review the results. Harry

-----Original Message-----
**From:** Bognich, Harry W
**Sent:** Thursday, September 23, 2004 11:27 AM
**To:** Arnett, James A; 'Pfeifer Alby'
**Cc:** Bell, Howard; Self, Aaron M
**Subject:** RE: NS FSC resends - revised 9/23/04

Alby, ignore my prior message. I found several of the price dockets in our inbound

queue so probably all of them are there. We're going to do a special run of our receive series right now. Hopefully, we'll have fresh data before the conference call today.
Harry

-----Original Message-----
**From:** Bognich, Harry W
**Sent:** Thursday, September 23, 2004 10:05 AM
**To:** Arnett, James A; 'Pfeifer Alby'
**Cc:** Bell, Howard; Self, Aaron M
**Subject:** RE: NS FSC resends - revised 9/23/04

Jim and Alby,

I checked what EDI

messag es had come in from NS and nothing for the price authorit ies listed below have been process ed yet at BNSF. That is why the spreads heet shows no change.

The REN system seems to be "swamp ed" or "bogge d down". Probabl y becaus e both BNSF and CN have sent out massiv e amount s of EDI 460 and EDI 486

messag
es in
the last
couple
days.
My
guess
is that
NS's
messag
es are
still out
on the
queues
somepl
ace.

Alby,
do you
have
one or
two
new
price
docket
IDs
from
your
resend?
If so,
then I
can
search
in our
inbound
EDI
databas
e to see
if they
arrived
yet.

Harry

-----
O
r
i
g
i

nal Message-----

**From:** Arnett, James A

**Sent:** Thursday, September

23, 2004 9:32 AM

**To:** Bognich, Harry W.; 'Pfeifer Alby'

**Cc:** Bell

,Howard;Self,Aaron M;Arnett,James A

**Subject:RE:NSFSCres**

cnds-revised9/23/04

IhavererunourqueryagainstPRI/Foreig

nLine Database, and do not see any changes to our original spreadsh

eet.

I have included the revised spreadsheet to show the pri

ce authorities below, and new BNSF comments in purple.

Than

ks,

Jim

-----Original Message-----

**From:** Arnett, James

A

Sent: Tuesday, September 21, 2004 4:40 PM

To: Bognich, Harr

yW

Cc: WooddyJan;Arnett,JamesA;'PfeiferAlby';Bell,How

ard;Self, AaronM

Subject:RE:NSFSCresends

Thanks

H

arry-asinfo

Jim

-----Original Message-----

**From:** PfeiferAlby

[mailto:ampfcife@nscorp.com] Sent: Tuesday, September 21

, 2004 4:15 PM

To: 'Arnett, Jamcs A'

Cc: Woody Jan

Subjcct:

NSFSC resends

Jim, below are the authorities we'll be resendin

gtoRENtoday.

7

NSSQ18275

SECTION7

16

N

S

12939 SECTIONS74,75,89AND91

58 NSSC 83304SECTIO

NS1AND2

59

NSSC

83510

SECTION1

72

NSSQ

39295

SECTION6

80

NSSQ

39064SECTION1

THESEALLHADDISCREPE

NCIESINNUMBEROFPRICESWITHFSC

82

NSSQ

40661SECTION1

ALSOTODETERMINEIFTHEREWASAPROBLEMINLATE2003

83

NSSQ

4

07222SECTION1

86

NSSQ

97321SECTION1

87

NSSQ

97425SECTI

ON1

45

NSRT212SECTION1

46

NSRT214SECTION1

47

NSR

T215SECTION 1

THISGROUPOFPRICESWE

RENOTEXPIREDONBNSFVERSIONS

48

NSRT216SECTION1

49

N

SRT217SECTION1

50

NSRT218SECTION1

51

NSRT219SECTION1

52

NSRT220SECTION1

53

NSRT229SECTION1

54

NSRT230SECT

I
O
N
1

5
5

N
S
R
T
2
3
3
S
E
C
T
I
O
N
1