# Exhibit 67

**BNSF / NS Jointline Meeting**
**September 29, 2004**
**Project List**

*The following is the list of joint projects that arose from the September meeting in Fort Worth.*

## PRICE ADMINISTRATION

1. **Develop a team to review each carrier's pricing practices as they pertain to Bundled Rail-Truck-Transload shipments and determine if changes could result in improved accuracy of customer billing.**

   Please see Attachment A for more details and a proposed approach.

   *Target date for deliverable/next step:* December 1, 2004

2. **Continue to review and evaluate the accuracy of data transmissions via REN as it pertains to fuel surcharge applications.**

   After various discussions with NS, BNSF understands that NS places a SURC (fuel surcharge) at either the price authority level or the price level, whereas BNSF only places the SURC at the price authority level. While BNSF REN recognizes the fuel surcharge at either the price authority or the price level, and BNSF PAS (Price Application System) can and does apply the fuel surcharge regardless of the location of the fuel surcharge indicator; the difference in methods resulted in some confusion on the BSNF side, as its programs and reports were only picking up the fuel surcharge indicator at the price authority level.

   However, in comparing information exchanged between the two roads on jointline price authorities/rates, it was determined that there were a few problems with NS REN Send and that not all fuel surcharge indicators had been sent to BNSF. NS is currently researching its price capture system, REN Send, and price database in an effort to determine where there are problems. BNSF Marketing and Technology Services are working closely with their NS counterparts to pinpoint possible problem areas. Progress has already been made and price authorities have been corrected and re-sent.

   It was agreed by both carriers that the exchange of information, and the level of detail involved, has been beneficial and will result in better processes to monitor REN Send and Receive between BNSF and NS. It has been suggested that it may be beneficial to exchange a few standard reports on a quarterly basis:

   - FSC coverage stats;
   - Price Authority / Rate stats;
   - Interline traffic volumes, by Business Unit.

   *Target date for deliverable/next step:* December 1, 2004

3. **General Application of Rules, Regulations and Special Charges**

   BNSF continues to be concerned about the current wording of Rule 120 of the NS Conditions of Carriage when shipments move under NS published jointline price

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only



NS 001000573

NS - NJ 000571
CONFIDENTIAL SUBMISSION

authorities. BNSF feels that it does not adequately explain that BNSF can and should apply the BNSF conditions of carriage, as published in its publications, BNSF Rules Book 6100-Series and referenced accessorial publications, when services are performed by BNSF.

NS has developed a proposed modification to Rule 120 and has submitted it for review by its Legal staff.

*Target date for deliverable/next step:* December 1, 2004

4. **Develop a Best Pricing Practices Guideline for both carriers to follow when developing and publishing BNSF-NS jointline price authorities.**

   Please see Attachment B for a draft of this document.

   *Target date for deliverable/next step:* December 1, 2004

## CHEMICALS AND PETROLEUM PRODUCTS

1. **The following items of interest were agreed upon to be exchanged by the two teams:**

   a. BNSF shared with NS its new market price list BNSF 90075 covering certain hazardous commodities. BNSF has already converted to public pricing. NS 6306 can be obtained from the NS web site. Discussed 'best practice' rate offer disclaimer language to limit rail's liability and agreed to standardize.
   b. NS agreed to forward its organization detail to BNSF to ensure each person's counterpart is known.
   c. A+B Pricing is an ongoing project being worked on by Chris Grant and Bob Plain for BNSF and NS, respectively.

   *Target date for deliverable/next step:* On-going

2. **Dynamic Pricing for LPG**

   Due to the seasonal nature of LPG movements in the U.S., BNSF is developing a process to establish dynamic interline pricing which will allow for price changes as the market changes (vs. a once a year approach). As the parameters develop, BNSF-NS will continue to determine how it might be implemented for jointline between the two railroads. Only through-rates should be developed for interline moves with BNSF and NS.

   *Assigned team members:* BNSF – Chris Grant, Eric Tom; NS – Bob Plain, Dennis Ahern

   *Target date for deliverable/next step:* Meeting between BNSF and NS scheduled for October 31, 2004

HIGHLY CONFIDENTIAL - Attorneys' Eyes Only

3. **Fuel by Rail**

BNSF has developed Fuel by Rail Program for the movement of diesel and gasoline via rail. BNSF-NS will investigate potential for future joint-line participation in this market and share information on this Best Practice as practical.

*Assigned team members:* BNSF – Chris Grant, Bill Swan, Ron Waters; NS – Bob Plain, Brad Yeatts

*Target date for deliverable/next step:* Meeting to take place between BNSF and NS team members on November 30, 2004

4. **Opportunity Review**

At the core of the meeting between BNSF and the NS was the concept that potential opportunity may exist of which the two roads are not currently taking advantage. It is believed that this occurs partially because the right idea does not reach the right persons within the respective companies. Accordingly, it was determined that both companies should review its list of open and/or failed opportunities which might involve both companies and develop a list of potential ideas for further consideration.

*Assigned team members:* BNSF – Chris Grant, Ron Waters; NS – Donna Fisher, Bob Plain

*Target date for deliverable/next step:* Develop list of opportunities by October 31, 2004

## LUMBER/WOOD

1. **A+B Pricing**

Each carrier has authorities in place that are Common Language Initiative (CLI) compliant. NS has jointline public rates in place today from BNSF origins. A+B will have application from NS origins to BNSF destinations. We will add BCOL origins to the joint line rates.

*Target date for deliverable/next step:* January 15, 2005

2. **Equipment**

BNSF will add 850 new centerbeams plus another 150 car from BCOL to its fleet. NS will not add cars at this time. Discussed increasing car hire rates on centerbeam equipment and will share ideas on how to deal with this issue moving forward. Discussed TTX Centerbeam Pool concept, which would be difficult to implement on BNSF during this time of extreme car shortages. NS supports since it receives greater volumes of centerbeam loads than it originates.

E-2004EAS00038759



HIGHLY CONFIDENTIAL - Attorneys' Eyes Only
NS 001000575

NS-NJ 000573
CONFIDENTIAL SUBMISSION

3. **Joint Opportunities**

   a. Target green lumber from Western Forest (successor company to Doman Forest) Vancouver, BC to northeastern destinations.
   b. Work jointly to develop lumber transfer sites in NS market to include in BNSF Premium Marketing which provides door-to-door service for non-rail served customers.
   c. Develop market program for backhaul movements in BNSF boxcars. Target eastern hardwood lumber and other panel products moving to western destinations.

   *Target date for deliverable/next step:* March 1, 2005

## PAPER

1. **A+B Pricing**

   There is an opportunity for A+B pricing on smaller movements. White paper from BNSF origins to NS destinations and pulpboard from NS origins to BNSF destinations. We need to decide in what format these rates will be published (point to point, group to group, etc.). BNSF bias would be to publish group to group rates, when a customer requests publication through A+B.

   *Target date for deliverable/next step:* Follow up conference call on October 29, 2004; and target completion date by December 1, 2005

2. **Pricing**

   There are opportunities for BNSF to increase number of carloads of pulpboard moving westbound. Recently, NS discussed with BNSF a large opportunity with Smurfit Stone out of Stevenson, AL. NS will give BNSF feedback on web-based market prices to the west on future opportunities as well.

   *Target date for deliverable/next step:* On-going

3. **Printing Paper Press Time**

   Integrate printing paper press time dates into the rail service performance monitoring for major receivers (suggested RR Donnelley & Quebecor) to help better manage inventory of paper and potentially increase BNSF-NS market share of printing paper business to these receivers.

   *Target date for deliverable/next step:* Follow-up conference call on October 29, 2004; and target completion date for evaluating feasibility by January 1, 2005

## GOVERNMENT & MACHINERY

1. **Defense Logistics Agency (DLA)**

   a. Joint service initiative with DLA out of Anniston, AL to Barstow, CA

b. Branded DLA DDC service between San Joaquin, CA and New Cumberland, PA
c. Pricing vehicle joint voluntary tenders

*Target date for deliverable/next step:* next meeting scheduled for December 1, 2004

2. **Import machinery business through Baltimore (just landed CLAAS to Omaha, NE with BNSF)**

   *Target date for deliverable/next step:* business starts March 1, 2005

3. **Import Caterpillar parts from MX to Midwest**

   *Target date for deliverable/next step:* November 15, 2004 (meet with CAT re: rate and transit information)

4. **Joint initiatives with CAT and GE on dimensional power gen. machinery**

   *Target date for deliverable/next step:* January 15, 2005 (meet with CAT and GE to discuss lanes and products)

5. **Equipment**

   a. Share Equipment Team High/Wide and Dimensional Process best practices
   b. Communicate, communicate, communicate between equipment managers for backhaul opportunities
   c. NS to fix programming affecting flatcar distribution (reference Rule 7 discussion)

   *Target date for deliverable/next step:* February 1, 2005

## METALS AND CONSTRUCTION

1. **Scrap Metal**

   NS agrees to work with the BNSF to develop a plan to improve the flexibility and effectiveness of A+B scrap metal pricing. Tom Sellinger will be the NS point person.

   NS to identify opportunities for moving scrap to BNSF consumption destinations. The two railroads will then work together to see if jointline rail options can be developed to capture this business.

   *Target date for deliverable/next step:* Develop plan by February 2005

2. **Construction / Pre-Fab Prison Cells**

   NS and BNSF will continue to develop a joint project involving prefabricated prison cells. The marketing point-persons are Laree Maynard, NS and Wendy Croucher, BNSF. MR&E is researching planned nationwide construction of new federal and state prisons. This information will be shared with BNSF, and Wendy will work with Laree to identify potential transload sites for BNSF territory moves. They are planning a follow up meeting with NS on-line producers of prison cells, and Wendy is working to identify producers west of the Mississippi who may bid on projects in

E-2004EAS00038761

NS territory. The potential is unknown at present. NS has moved 20-40 carloads of cells from GA to western destination during the past two years, with 20 carloads being shipped via NS-BNSF to New Mexico this year.

*Target date for deliverable/next step:* Laree Maynard and Wendy Croucher met week of October 18th. Follow-up with NS on line producers by end of January 2005.

3. **Tinplating**

Re-visit a tinplate market study utilizing BNSF boxcar equipment equipped with anchors for web-straps. NS and BNSF to develop a "White Paper" addressing Tin Plate markets and joint opportunities.

*Target date for deliverable/next step:* Megan Oakley (NS) will meet with some of tinplate producers next month (ISG, US Steel, Weirton Steel) to discuss potential. Develop plan by December 31, 2005.

4. **Pricing and Price Documents**

The two roads have many joint-line documents where there is no movement on the rates contained in the documents. Both NS and BNSF will work to eliminate the documents where no traffic moves and to develop A+B pricing for all Metals commodities. NS will increase focus on rate authority reduction by reviewing all private authorities for potential consolidation or switch to public authorities. A review will also be made of documents with low volumes of traffic moving and a plan will be developed for elimination, with subsequent use of the A/B interline quotation tool developed between the railroads.

*Target date for deliverable/next step:* As authorities expire will roll into public documents (review progress by February 2005).

5. **Flatcar Pool For IPSCO at Lemoyne, AL**

Discussed the original pool for bulkhead flats created to serve IPSCO at Lemoyne MS. The problem IPSCO has in directionally loading cars from the respective RR's that serve the plant via the AGR. BNSF wishes not to participate in the pool and to fill orders via normal car ordering process. BNSF is providing cars to IPSCO via the LOGs program that guarantees cars to shippers that participate. LOGs is the only equipment guarantee program BNSF offers for Bulkhead flats. The original business plan for IPSCO and the pool to support that plan has changed. BNSF and NS both will review the original intent of the pool in support of the business planned from IPSCO with the locations of the plant at Lemoyne. Based on the review and alternative programs available for providing equipment to IPSCO, a communication plan will be developed individually by NS and BNSF for addressing IPSCO equipment needs. BNSF and NS also will review inbound empty reporting which continues to be a problem due to participation from three haulage carriers.

*Target date for deliverable/next step:* Plan to address issues by December 31, 2004.

**HIGHLY CONFIDENTIAL - Attorneys' Eyes Only**



**NS 001000578**

NS - NJ 000576
CONFIDENTIAL SUBMISSION

6. **Burns Harbor Pool**

Several Railroads maintained a pool at Burns Harbor to serve the USS plant (now ISG). Many railroads have dropped participation in the pool. BNSF to analyze need for maintaining pool.

*Target date for deliverable/next step:* December 31, 2005

## EQUIPMENT INITIATIVES

1. **Empty And Loaded Cycle Management**

BNSF Equipment Team to meet with NS Equipment Planning and Distribution Teams (Rush Bailey and Jim Horgan) to benchmark their recent reorganization of blending empty and loaded cycle management.

*Target date for deliverable/next step:* Tony Rosa, Jim Horgan and Katie Farmer have follow-up meeting in Ft. Worth on November 8, 2004.

2. **Future Role of TTX**

BNSF and NS to discuss strategic view of TTX's role in boxcars, military flats, etc. Look for opportunities to understand door configuration differences and reload opportunities.

Target date for deliverable/next step: same as above.

**HIGHLY CONFIDENTIAL - Attorneys' Eyes Only**



NS 001000579

NS - NJ 000577
CONFIDENTIAL SUBMISSION