# Exhibit 68

From: Gillen, George F
Sent: Fri May 14 14:47:32 2004
To: Garin, David L; Smith, Denis J (Marketing); Duggan, George T
Cc: Stroot, Richard E; Gillen, George F; Self, Aaron M
Subject: FW: Working Agenda - BNSF/NS Executive Team Meeting
Importance: Normal
Attachments: Interline Business with NS Fuel Surcharge Analysis.ppt; Fuel Surcharge on Carload traffic Frwd to NS (04-03 to 03-04).xls

Dave, I know this has not been included as a specific topic for your session with the NS next week, but I thought you might like to have it anyway.

Aaron Self has updated the report we shared with the NS in late 2003. The attached spreadsheet shows the value of BNSF traffic forwarded to the NS, by two digit STCC, and shows the amount billed with fuel surcharges. It also shows for the 12 months listed, 73.53% of the jointline traffic originated on the BNSF was subject a fuel surcharge and that the NS portion amounted to $1.88 million. We do not have the same information applying on their originated traffic, however, based on the fact that there is a lower percentage of NS price authorities subject to fuel surcharge, as shown in the second attachment, their application percentage is probably lower than ours.

I hope that helps and if you have any questions, please let me know.

George F. Gillen
Phone: 817-593-1131
Fax: 817-593-2909
Email: george.gillen@bnsf.com
BNSF website: http://www.bnsf.com

<<...>>

-----Original Message-----
**From:** Gillen, George F
**Sent:** Thursday, May 06, 2004 4:09 PM
**To:** Stroot, Richard E; Schmidt, R Mark
**Cc:** Smith, Denis J (Marketing); Lieb, Merril G; Swanson, Dan; Steele, Ethel A; Russell, Barry M; Garin, David L; Duggan, George T; Self, Aaron M; Gillen, George F

**Subject:** FW: Working Agenda - BNSF/NS Executive Team Meeting

Something I failed to add in the original message. Last December, we worked with Joe Osborne of the NS and furnished him with a 12 month accounting of BNSF-NS shipments moving under BNSF price authorities subject to fuel surcharges. They were in the process of reevaluating their fuel surcharge program and I believe they found our information to be valuable in their analysis. They were encouraged that BNSF was applying the fuel surcharge on such a high percentage of our jointline documents. The NS ultimately adopted the same fuel surcharge program implemented by the CSXT.

George F. Gillen
Phone: 817-593-1131

Fax: 817-593-2909
Email: george.gillen@bnsf.com
BNSF website: http://www.bnsf.com

-----Original Message-----
**From:** Gillen, George F
**Sent:** Thursday, May 06, 2004 3:54 PM
**To:** Stroot, Richard E; Schmidt, R Mark
**Cc:** Smith, Denis J (Marketing); Lieb, Merril G; Swanson, Dan; Steele, Ethel A; Russell, Barry M; Garin, David L; Duggan, George T; Self, Aaron M; Gillen, George F

**Subject:** RE: Working Agenda - BNSF/NS Executive Team Meeting

For possible discussion, attached are a few slides depicting information on the number of BNSF and NS jointline price authorities subject to Fuel Surcharge provisions. The source of information for BNSF documents is RPMS and the NS data was received via REN transmissions.

The data shows BNSF is applying the Fuel Surcharge on a higher percentage of our price authorities than the NS is. Perhaps most importantly it identifies the commodity groups that both carriers need to work on improving our application of the fuel surcharges.

Before the May 17 meeting, we should be able to add revenues associated with the BNSF price authorities, plus the fuel surcharges billed.

George F. Gillen
Phone: 817-593-1131
Fax: 817-593-2909
Email: george.gillen@bnsf.com
BNSF website: http://www.bnsf.com

<<...>>

-----Original Message-----
**From:** Smith, Denis J (Marketing)
**Sent:** Monday, May 03, 2004 2:15 PM
**To:** Lieb, Merril G; Swanson, Dan; Steele, Ethel A; Gillen, George F; Russell, Barry M
**Subject:** FW: Working Agenda - BNSF/NS Executive Team Meeting

same drill as csx.

george be sure to tout the work we helped them with on fsc

-----Original Message-----
**From:** Schmidt, R Mark
**Sent:** Friday, April 30, 2004 9:17 AM
**To:** Lanigan, John P; Branscum, Steve G; Salzman, Steven W; Kraemer, Thomas G; Bartlett, Jerry C; Garin, David L; Smith, Denis J (Marketing); Duggan, George T; Russell, Barry M; Kaufman, Kevin; Brown, William K; Draper, Fritz G; Bobb, Stevan B;

Murray, Nick L; Hund, Thomas N; Johnson, Dennis R (Finance); Campbell, Jeffrey J; Schulze, Mark A; Dealy, David M; Kotter, Mark A; Roberts, Chris A; Stephens, Raymond E; Bredenberg, Rollin D; Margl, Richard A; Northup, Douglas M; Ploeger, Gregory S

**Cc:** Rickershauser, Pete J; Ice, Carl R; Stroot, Richard E

**Subject:** Working Agenda - BNSF/NS Executive Team Meeting

All:

Attached is the working agenda for the BNSF/NS Executive Team Meeting to be held on May 17, 2004, in Fort Worth. This includes items from both BNSF and NS and will be used as a guideline for the Conference Call which is scheduled for May 7th at 7:00 a.m. between the BNSF and NS commercial teams.

Any comments, additions or deletions, please reply back to Rich Stroot.

<< File: 5.17.04 agenda.doc >>

Thank you.

Mark Schmidt

>
> CONFIDENTIALITY NOTICE --
> *This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please delete this message from all computers and notify us immediately by return e-mail and/or phone (817) 352-2270. Thank you.*