# Exhibit 69

**From:** Listwak Ron
**Sent:** Wed Oct 05 12:42:11 2005
**To:** Evans Doug; 'slmeidl@up.com'
**Subject:** RE: NS Fuel Surcharge for unit coal trains
**Importance:** Normal

Doug,
I was advised that those deals with higher thresholds will not be renewed as NS wants the same surcharge to apply to all.

Ron

-----Original Message-----
From: Evans Doug
Sent: Wednesday, October 05, 2005 1:39 PM
To: 'slmeidl@up.com'
Cc: Listwak Ron
Subject: Re: NS Fuel Surcharge for unit coal trains

Steve,

We only have 1 fuel surcharge mechanism which applies to all commodities. Our Corporate directive is to stay with the standard language and avoid modifying it. However, the only difference may be the price at which the surcharge starts to apply.

While the majority of our business uses the standard threshold of $23/bbl to trigger the surcharge, there are a few exceptions that have a higher threshold.

Hope this helps.

Doug

-----Original Message-----
From: SLMEIDL@up.com <SLMEIDL@up.com>
To: doug.evans@NSCorp.com <doug.evans@NSCorp.com>
Sent: Wed Oct 05 12:36:07 2005
Subject: NS Fuel Surcharge for unit coal trains

Doug,

The question has been asked if the NS Fuel Surcharge schedule for coal is the same as the rest of your commodities or is it different? If is different, to what extend is it different.?

Steve

EXHIBIT
Listwak
2
RLB 8/6/10
PENGAD 800-631-6989