# Exhibit 70

**From:** Couch, John
**Sent:** Thursday, October 09, 2003 12:43 PM
**To:** Goodcn, Clarence
**Cc:** Onimus, Frank III; Peck, Alan; Eliasson, Frednk
**Subject:** FW: Fuel surcharge Overview Clarence 03.ppt

70% of Intermodal revenue gets Fuel Surcharge or RCAF
90% of Merchandise revenue (when CSX is the billing carrier) gets fuel surcharge or RCAF
50% of Merchandise revenue, when CSX is not the billing carrier, gets fuel surcharge or RCAF (UP's program is new and others provide waivers)

When CSX is the billing carrier:
Merchandise plus Intermodal 85%

All Revenue
Merchandise plus Intermodal is 73%

-----Original Message-----
**From:** Peck, Alan
**Sent:** Monday, October 06, 2003 1:35 PM
**To:** Couch, John
**Cc:** Onimus, Frank III; Gregson, Dan; Buschman, Sue; Stephens, Greg; Bridges, Adam; Rutsla, Pete; Blumenfeld, Alan P
**Subject:** RE: Fuel surcharge Overview Clarence 03.ppt

John,

56.6% of our customers pay FSC. In addition,
13.6% pay fuel as a component of their rcaf
70.2% pay FSC either directly or as a component of their rcaf.

Pls call if you have any questions. ap

-----Original Message-----
**From:** Couch, John
**Sent:** Monday, October 06, 2003 10:19 AM
**To:** Peck, Alan
**Cc:** Onimus, Frank III
**Subject:** FW: Fuel surcharge Overview Clarence 03 ppt

Can you easily provide the estimated Intermodal revenue that is subject to fuel surcharge or an escalator?

-----Original Message-----
**From:** Couch, John
**Sent:** Monday, October 06, 2003 10:17 AM
**To:** Eliasson, Fredrik
**Cc:** Onimus, Frank III
**Subject:** Fuel surcharge Overview Clarence 03 ppt

Clarence, Ward and Giftos met with the BNSF last week. The BNSF stated that 82% of their carload and Intermodal business either had fuel surcharge or an escalator on the revenue. Clarence asked what the CSXT percent was. If I were to estimate, I'd say with a reasonable degree of confidence that on CSXT originated (local and forwarded - 62% of Merchandise) that 15% had an escalator, that 10% has neither and that 75% has fuel surcharge. Of the 38% of the traffic that is received or overhead, that roughly 80% has fuel surcharge and/or escalators. The 80% is a complete guess.

Bob Gutman had statistics from accounting showing the fuel surcharge receipts by class of traffic so that we could estimate application on local and received traffic. We could use your team's help in estimating the received component.

I will contact Intermodal to determine their percents.



CSXFSC000000476

Highly Confidential

CSX000627

EXHIBIT
PENGAD 800-631-6989
6, FFS
44
2-25-10

<< File: Fuel surcharge Overview Clarence 03.ppt >>



Highly Confidential

CSXFSC000000477

CSX000628