# Exhibit 73

-----Original Message-----
**From:** Burr, David T
**Sent:** Monday, October 18, 2004 3:02 PM
**To:** Hund, Thomas N; Johnson, Dennis R (Finance)
**Cc:** Piggott, Julie A; Miller, Jolene C
**Subject:** Fuel Surcharge

Attached is a copy of a presentation delivered at John Lanigan's staff meeting today regarding BNSF's Fuel Surcharge program (FSC). As you will note, a cross functional team has been reviewing three principal issues, 1) comparing the effectiveness of BNSF's FSC versus the other RR's, 2) exploring whether BNSF should amend its FSC formula from a percentage of revenue to a cost per mile, 3) consider whether the formula should be reciprocal (i.e. payments to the shippers if the price drops below $1.10 HDF). Although no decisions were reached this morning, I expect all three issues will continue to be investigated.

The biggest concern from marketing's standpoint appears to be the cents per mile versus percentage of revenue calculation. John stated that there is escalating pressure from several shippers to address the "fairness" issue of the current FSC, however we probably have a few years to resolve the problem. Some of the marketing VP's indicated the problem may need to be dealt with in a shorter time frame. As you will see from slides 20 - 23, there are significant free cash flow implications and implementation costs associated with this issue. Unless the free cash flow issue is resolved or substantially mitigated, I do not foresee a push to changing to a cents per mile basis in the near term. Finally, John advised he will be meeting with his counterparts in the next few weeks and may explore the issues with them.

<<...>>

Kyei
EXHIBIT NO. 38
J. BRANDT, CSR-RMR-CRR