# Exhibit 74

**From:** Lanigan, John P <b155942@bnsf.com>
**Sent:** Thursday, October 21, 2004 3:32 PM
**To:** Burr, David T <acg9013@bnsf.com>
**Cc:** Hund, Thomas N <s000592@bnsf.com>; Murray, Nick L <s000401@bnsf.com>; Kyei, Sam A <b803084@bnsf.com>
**Subject:** Re: FSC

---

Dave,

I clearly understand the concerns and believe them to be important. I plan to talk to my counterparts at the next NEMC meeting in a couple of weeks to gauge the interline interest/issues.

Thanks,

John

---

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Burr, David T
To: Lanigan, John P
CC: Hund, Thomas N ; Murray, Nick L ; Kyei, Sam A
Sent: Thu Oct 21 10:48:53 2004
Subject: FSC

As you could tell from our comments at Monday's meeting, we are concerned about the cost to implement and the potential impact to free cash flow due to a change in the FSC formula from a percentage of revenue to price per mile. Nevertheless, we recognize your concerns regarding the equity issue as respects our customers. Given the potential issues, I wonder if we should consider another response, at least on an interim basis. During Tom's last staff meeting, we a brief discussion on the use of multiple fuel surcharge tables to try and provide some relief to high cost shippers. Dave Stropes suggested a multi-tier approach based on a simple rate per mile concept. For example, a three tier approach could look like the following (illustrative only):

Rate per FSC
Mile % revenue
High .25% per $0.04 increase in HDF
Medium .50% per $0.04 increase in HDF
Low .75% per $0.04 increase in HDF

To prevent billing disputes, we would have to notify each customer which FSC table applied to them and provide them with the details.

Using this type of approach would provide some relief and show that BNSF is serious about addressing the issue. Further, from an implementation standpoint, we would minimize free cash flow issues. Finally, through intra-industry initiatives, we could work on a longer term solution based on the desired price per mile concept.

Please let me know if you would like us to proceed.

Kyei
EXHIBIT NO. 40
J. BRANDT, CSR-RMR-CRR