# Exhibit 75

**From:** Kyei, Sam A <b803084@bnsf.com>
**Sent:** Wednesday, November 3, 2004 4:49 PM
**To:** Simpson, Cheryl L <b119673@bnsf.com>; Kyei, Sam A <b803084@bnsf.com>; Pacocha, George <s000497@bnsf.com>; Shoop, Gary L <s000402@bnsf.com>; Moynihan, Patrick J <b153640@bnsf.com>; Gillen, George F <s000179@bnsf.com>; Arnett, James A <b915179@bnsf.com>; McNack, Edward G <b155871@bnsf.com>; Carlson, Cheri L <b802375@bnsf.com>; Stevens, Jon I <b154023@bnsf.com>; True, Thomas W <b752468@bnsf.com>; Bognich, Harry W <b804449@bnsf.com>; Maahs, Thomas F <b108339@bnsf.com>; Elliott, Cami A <b122964@bnsf.com>; Miller, Jolene C <acr9003@bnsf.com>; Murray, Nick L <s000401@bnsf.com>; Burr, David T <acg9013@bnsf.com>; Specht, Eldon <b361368@bnsf.com>; pacocha@flash.net
**Subject:** Fuel Surcharge - MPG Tables Revisited
**Attach:** 101804 Fuel Surcharge Review Team.ppt.msg

---

To All:

Please see attached fuel surcharge presentation that we gave to John Lanigan and his direct reports on October 18, 2004. I want to thank everyone who participated on the Fuel Surcharge Review Team for a job well done. For those of you who were not at the meeting with John and his staff, he thanked the team for a job well done after a fine presentation by everyone. As to next steps, I have summarized John's comments at and after the meeting below:

1. He will be visiting with his railroad counterparts at the upcoming NEMC/SOMC meeting in Kansas City to judge the appetite for a mileage-based FSC program.

2. He will be discussing the subject with BNSF senior executives.
3. Meantime, Eldon, the TS team and the other sub-teams should;

a) continue to research the use of the HHG mileage table at BNSF Railway
b) keep a high priority of the project on the Marketing IT Council project list and
c) continue to research the removal of any systems and other barriers toward implementing a mileage-based FSC program

We will pass on any additional feedback from John in the future and reconvene the team meetings at the appropriate time.

Thanks,
Sam

<<...>>

Kyei
EXHIBIT NO. 41
J. BRANDT, CSR-RMR-CRR

00006773