# Exhibit 76

**From:** Seale Don
**Sent:** Friday, July 01, 2005 10:47 AM
**To:** Moorman, Wick
**Cc:** Prillaman Ike; Strickland Jo Ann; Legg Karen
**Subject:** FW: BNSF

Wick: Note below preliminary input from Mike on our concerns and issues with BNSF relative to the intermodal market. We do not have any outstanding issues in the other markets. I talked to John Lanigan yesterday, who was apparently unaware that Matt has requested the Tuesday meeting. He indicated however that Matt has been concerned with Steve Branscom's reports that our relationship, because of the Hunt arbitration and other issues outlined below, are becoming increasingly strained. He also went on to say that they now have their systems work completed to launch their mileage based FSC at the end of the year and that a further announcement will be made on this within the next two weeks. It was interesting that he also commented that based on BNSF's analysis it would be extremely difficult for BNSF- NS to implement a similar mileage based FSC due to our relative short hauls in the east and the negative impact it would have on eastern revenues. In short, it is clear that BNSF sees an advantage in a mileage based FSC due to its greater length of haul, and a corresponding disadvantage for us due to our shorter hauls. I will send you Mike's further input so you will have it prior to the Tuesday meeting. DWS

-----Original Message-----
From: McClellan, Mike R.
Sent: Thursday, June 30, 2005 7:15 PM
To: Seale Don
Cc: Bolander, Jim A.
Subject: BNSF

Don,

I reviewed the document that I mentioned, and since it was basically a cheat sheet for me, it's not necessarily easy to follow. Plus, as I mentioned, there are some new issues that have arisen. Jim B and I will work on a more refined document, but in the interim, I wanted to offer the following:

The Intermodal marketing and operating fissures opening up between the NS and BNSF can really be lumped in to two categories: (1) Marginalization of NS and (2) a Fundamental Difference in Domestic/Premium Marketing strategies, particularly with regards to equipment. In both cases, the actions taken by BNSF have, or will, increase NS' operating expenses or eliminate freight for NS.

In category 1, Marginalization of NS, Key BNSF actions (whether intentional or un-intentional) include:

- Including NS in the Hunt arbitration
- Premium service actions over Chicago that have impacted our UPS and LTL volumes (but not

BNSF's)

- Pricing actions in the domestic arena that eliminate NS concurrence to rate actions
- Accelerated elimination of the railroad trailer fleet
- Elimination of load centering in NE and SE
- Elimination of some steel-wheel services over Chicago
- Memphis mixed signals
  - o Rose statement that he wants to take KCS out of the route between NS and BNSF
  - o Recent action to remove all steel-wheel over Memphis (including Huntsville o-ds)

In category 2, Difference in Domestic/Premium Marketing strategies.

- Fundamental difference in the opinion of IMCS and rr provided equipment
- Elimination of NACS program
- Elimination of rr trailers
- Outsourcing IMC freight to 4th parties (Swift, Hunt, etc.)
- Provision of chassis for private IMC equipment

Of all of the above, the BNSF actions on Hunt are by far the most worrisome. BNSF's first basic premise in their arbitration is that they are entitled to a portion of the profits that Hunts earns intermodally in the east. There second basic premise is that BNSF gets to approve the terms, including pricing, or any deal that Hunt executes with an eastern carrier. If affirmed by the arbitration panel, BNSF would have a direct interest and direct control over ensuring that the eastern railroad's rates were as low as possible. Carried out to its logical conclusion, if BNSF didn't like the rates that NS was offering Hunt, BNSF could force Hunt to put the freight up for bid to the CSX. Steve Branscum acknowledged that this was a possible outcome, although extreme, and further noted that he couldn't envision NS losing any more than "50% of the Hunt business in the east." He further noted that this would only be the case if NS was unreasonable in its pricing.

Regardless of their motivations for these actions, it is clear that BNSF is willing to take commercial and operating actions that benefit them regardless of their impact on the industry or the connecting carrier. In the above cases, these actions have and will impact NS negatively. Some would argue that this has been the modus operandi for the BN and ATSF for the past 30 years.

HIGHLY
CONFIDENTIAL -
Attorneys' Eyes Only

NS 001001083

NS - NJ 001081
CONFIDENTIAL
SUBMISSION

There are very few leverage points that we have with the BNSF right now, but as we have discussed earlier, the strategic and tactical actions that we are pursuing - expanding freight with UP in Southeast, KCS JV, Heartland Corrdor, etc. - are designed in part to mitigate our position with BNSF and provide leverage points with which we can better protect our commercial position without marginalization by the BN.

Don, these are just some preliminary thoughts. An expanded version of this is forthcoming.

Thanks. Mike.