# Exhibit 77

Printed by Michael R. Shelton - Pricing Services - [illegible] 420 - on 01/10/2003 - at 08:28:26 AM

Kurt H. Schroeder
01/09/03 09:46 AM

To: Clyde McIntyre-CSXT<clyde_mcintyre@csx.com>@ Internet
Subject: UP Fuel Surcharge - Project 1106

Clyde,

The UP "standard" fuel surcharge program we put into place last month, so far, is applicable only in connection with our tariff & circular prices.

Here is a list of all UP linehaul tariffs & circulars: List of UP Tar-Cir subj to Fuel Surcharge 1-8-03

CSXT very probably is not party to all of these documents, however, Ray should be able to use this list for any UP prices/price authorities built manually in your rating systems.

Kurt S.
"McIntyre, Clyde Jr." <Clyde_McIntyre@csx.com>

"McIntyre, Clyde Jr." <Clyde_McIntyre@csx.com>
01/08/03 04:30 PM

To: "KURTSCHROEDER@UP.COM" <KURTSCHROEDER@UP.COM>
cc: "Havey, Ray" <Ray_Havey@csx.com>, "Pate, Emily" <Emily_Pate@csx.com>
Subject: UP Fuel Surcharge

Kurt,

Ray Havey, CSXT Customer Accounting, is assigned the task of managing fuel surcharge provisions in our rating, billing and settlement processes. He has asked a few question which hopefully you can answer.

CSXT systems are somewhat limited for managing the UP fuel surcharge. If we apply a UP REN price having the fuel surcharge condition, it will be applied properly. If we apply a UP price that has been manually input by a customer accounting associate, we must rely on a table maintained by Ray of the UP price authority numbers that are subject to the surcharge.

Since UP's fuel surcharge is based on the same formula as CSXT, we are likely to see both the CSXT and the UP fuel surcharge become 2% effective January 28, 2003:

<<Fuel Surcharge Broadcast.doc>>

Please advise if you can send CSXT a list of the UP price authorities that are subject to the UP fuel surcharge. Until CSXT's billing application of REN pricing improves, we will need a back-up table of authorities to ensure fuel surcharge application.

Clyde

-----Original Message-----
From: Havey, Ray
Sent: Friday, December 20, 2002 8:39 AM
To: McIntyre, Clyde Jr.
Cc: Pate, Emily ; Lange, Jim; Brown, Alison ; Lancaster, Al ; Smith, Steve P; Poole, Ceceille
Subject: RE: UP Fuel Surcharge

If the UPRR fuel surcharge is carried in the REN price, that is the preferred.

But like you said, many of the UPRR prices in REN are not being used and we have created manual prices to cover the waybills. As long as we get the prices in REN and can see the publication is subject to the Fuel surcharge, we should be able to manage our manual prices for the surcharge.

However, where we do not have a price in REN, which is rather frequent, we will not know, so it would be beneficial to get a list of the publications taking the surcharge for verification. (i.e. need a listing)

Kurt is the contact.
But do they post the surcharge on the internet? If so, how do we find it?
Both your office and I need to be on any EMAIL notification of the surcharge.
Will they send EMAIL notifications of all changes, both up and down?
Will UPRR, like CSXT, use only one fuel surcharge %?
Will UPRR, apply that % to the entire publication, (as opposed to some roads, who apply by segments of the publication)?
There may be other needs, but these are the ones that come to mind at the moment.

- Fuel Surcharge Broadcast.doc