# Exhibit 78

From: Seale, Don
Sent: Mon May 12 14:14:22 2003
To: "Prillaman, Ike" <ike.prillaman@nscorp.com>
Subject: FW: UP FSC
Importance: Normal

LIP - regarding our conversation with UP this week, note below that BNSF has now announced a rollback of its FSC to 2% from 5% even though their formula calls for 5%. The industry is not looking good on this issue and a stable approach has been the best approach. DWS 5/9

-----Original Message-----
**From:** Brenner, Charlie
**Sent:** Wednesday, May 07, 2003 4:01 PM
**To:** Seale, Don
**Cc:** Glennon, Pat
**Subject:** FW: UP FSC

DWS
Even more interesting data.
CJB

-----Original Message-----
**From:** Glennon, Pat
**Sent:** Wednesday, May 07, 2003 3:41 PM
**To:** Brenner, Charlie
**Cc:** Seale, Don; Pfeifer, Alby
**Subject:** RE: UP FSC

CJB – More FSC developments. Yesterday we noticed the BNSF FSC for May was 2%. Their diesel based formula calls for a 5% FSC. There was no explanation. Pfeifer called for a clarification since he had to update the BNSF FSC note in 9255. They told him that they have unilaterally decided to only apply a 2% surcharge this month. Technically, they did not ask our concurrence and are in violation of our revenue agreements. I assume we don't want to make an issue of it.

The BNSF updated the web site this afternoon to read:
BNSF has elected to amend Item 3375 of BNSF Rules Book 6100-A effective May 1, 2003, to reduce the Carload Fuel Surcharge to **two percent (2%) for the month of May, 2003.**

The BNSF and CSXT formulas both have very low price thresholds and large lags built into the notification process (the FSC for May should reflect the monthly average for March). While the big lead time is nice for notification purposes, that lag when combined with low price thresholds can be a problem when there are big market swings.
PJG

> -----Original Message-----
> **From:** Brenner, Charlie
> **Sent:** Wednesday, May 07, 2003 12:09 PM
> **To:** Seale, Don
> **Cc:** Glennon, Pat
> **Subject:** FW: UP FSC
>
> DWS
> Interesting development. Have you heard?
> CJB
>
> -----Original Message-----
> **From:** Glennon, Pat
> **Sent:** Wednesday, May 07, 2003 12:08 PM
> **To:** Brenner, Charlie
> **Cc:** Pfeifer, Alby
> **Subject:** UP FSC
>
> CJB – Schaaf indicated yesterday that the UP flipped on the FSC and will not implement it June 1. They will take a fresh look at it. PJG