# Exhibit 79

Kurt H. Schroeder
05/15/03 01:42 PM

To: Chuck Adams
cc: (bcc: Alan P. Ratcliffe)
Subject: CSXT Fuel Surcharge - Project 1202

Info & File.
—— Forwarded by Kurt H. Schroeder on 05/15/03 01:41 PM ——

Kurt H. Schroeder
05/15/03 01:41 PM

To: Kent boetgger, Michael D. Boone, Martin J. Matukewicz, Mary E. McArdle, John Newman
cc: Dave A. Gramlich@UP, Randy K. Davison@UP, Rick T. Harris@UP, Tom P. Noser@UP
Subject: CSXT Fuel Surcharge - Project 1202

—— Forwarded by Kurt H. Schroeder on 05/15/03 01:35 PM ——

"McIntyre, Clyde Jr. " <Clyde_McIntyre@csx.com>
05/15/03 12:50 PM

To: "Arnett, James A" <James.Arnett@bnsf.com>, "Alby Pfeifer, NS" <ampfeife@nscorp.com>, "Bill Hogbin, CN" <Hogbin@cn.ca>, "Brian Finch, CPRS" <brian_finch@cpr.ca>, "Denise Arcand, CN" <denise.arcand@cn.ca>, "Kurt Shroeder, UP" <kurtschroeder@up.com>, "Larry Titus, KCS" <larry.j.titus@kcsr.com>, "Tony Corsi, CPRS" <Tony_corsi@cpr.ca>, "Bognich, Harry W" <Harry.Bognich@bnsf.com>, "Gillen, George F" <George.Gillen@bnsf.com>, "sara.thronsedt@bnsf.com" <sara.thronsedt@bnsf.com>, "Bognich, Harry W" <Harry.Bognich@bnsf.com>, 'Chuck Adams UP' <ChuckAdams@UP.COM>, "Grant Ozburn, ASLRRA" <gozburn@aslrra.org>
cc: "Pate, Emily " <Emily_Pate@csx.com>, "Patterson, Rabon Jr." <Rabon_Patterson@CSX.com>, "Havey, Ray " <Ray_Havey@csx.com>
Subject: RE: Carrier Alert - CSXT Fuel Surcharge Will Change From 2% to 2.4% June 1, 2003

Carrier Alert - CSXT Fuel Surcharge Will Change From 2% to 2.4%
June 1, 2003

<<CSXT Fuel Surcharge will change from 2% to 2.4% June 1st.doc>>

Would appreciate each carrier keeping Ray Havey
(Ray_Havey@csx.com) and
myself advised of your carrier's fuel surcharge status, including
exceptions. With each carrier's fuel surcharge status, Ray will
take action
in the CSXT rating, billing and settlement systems to ensure
billing
accuracy. Thank you.

Clyde McIntyre
Director Pricing Services
Clyde_McIntyre@csx.com
904-359-3650

UPNJ-08-0000400

Printed by [illegible] on [illegible] PM - Page 2

- CSXT Fuel Surcharge will change from 2% to 2.4% June 1st.doc