# Exhibit 80

From: Kurt H. Schroeder on 04/13/2004 11:20 AM

To: "Arnett, James A" <James.Arnett@bnsf.com>

cc: "Self, Aaron M" <Aaron.Self@bnsf.com>, "Gillen, George F" <George.Gillen@bnsf.com>, "Bell, Howard" <Howard.Bell@bnsf.com>, "Arnett, James A" <James.Arnett@bnsf.com>, "Engstrom, James C" <James.Engstrom@bnsf.com>, "Anderson, Paul M" <Paul.Anderson1@bnsf.com>, Robert W. Campbell@UP

Subject: UP Price Authorities & Fuel Surcharge

Jim,

Same as for other REN issues, Bob Campbell will work with Howard on this.

However, a couple clarification points to avoid unnecessary work or correspondence:

A. Every UP(BNSF) price docket (T/S 460) --- subject to some Fuel Surcharge provision --- is transmitted via REN to BNSF. Proactively pointing to a FSC group docket (T/S 490) with actual percentage amount positively stated.

B. Today, I am aware only of either "plus" or "0" percents in UP(BNSF) prices. However, if there is or would be a "negative" percent application (e.g. -2%), it would be sent as well.

C. Most UP(BNSF) price documents today have some Fuel surcharge provision. There probably are some exceptions though, such as short term quotes issued for specific movement.

D. UP(BNSF) price dockets not subject to FSC, will simply have no pointer to any FSC group docket. They do NOT carry a "minused out SURC" in the T/S 460 to indicate no fuel surcharge is applicable.

Kurt S.

"Arnett, James A" <James.Arnett@bnsf.com>

"Arnett, James A" <James.Arnett@bnsf.com>

04/12/04 04:10 PM

To: "'Kurt Shroeder, UP'" <kurtschroeder@up.com>

cc: "Arnett, James A" <James.Arnett@bnsf.com>, "Bell, Howard" <Howard.Bell@bnsf.com>, "Engstrom, James C" <James.Engstrom@bnsf.com>, "Anderson, Paul M" <Paul.Anderson1@bnsf.com>, "Gillen, George F" <George.Gillen@bnsf.com>, "Self, Aaron M" <Aaron.Self@bnsf.com>

Subject: UP Price Authorities & Fuel Surcharge

Kurt

It is a BNSF marketing policy to include fuel surcharge in all price authorities that BNSF participates in. There are always some exceptions, however the application of fuel surcharge is a very important matter at BNSF and due to the rising cost of fuel, our marketing department has been instructed to include fuel surcharge in all price authorities wherever possible.

BNSF Price Management has developed a process to monitor all foreign line price authorities that we are receiving electronically via REN. (Although we understand that shipment conditions are not required and cannot require this from our connecting carriers, it is a BNSF business rule to positively state a fuel surcharge shipment condition in all BNSF price authorities, whether it be a positive SURC or a negative

UPNJ-08-0000516

SURC. This process has helped us easily monitor price authorities and fuel surcharge application.)

Howard Bell will be communicating a spreadsheet to you on a regular basis, requesting assistance in determining whether a particular price authority (or list of price authorities) should or should not contain fuel surcharge.

Any assistance you can give him would be greatly appreciated, and as always, if you have any questions, please do not hesitate to call.

Thanks,

James Arnett
BNSF
Price Management Dept.
817-593-1132
email: James.Arnett@BNSF.COM