# Exhibit 81

From: Anderson, Paul B
Sent: Wed Apr 11 18:22:21 2007
To: Large, Brian A
Cc: Kyei, Sam A
Subject: RE: MKR speaker notes, Mileage Based Fuel Surcharge Implementation, first draft for Marsha Morgan
Importance: Normal

Brian/Sam,

Made a few very minor word changes. You get final edit and send on to Marsha.

Thanks Brian - looks good to me.

Paul

Implementation of Mileage Based Fuel Surcharge

-BNSF and all other roads will be in compliance with STB deadline of April 25th.
-BNSF is the only railroad that has already implemented a mileage based fuel surcharge (Ag and Coal, January 1st, 2006)
-Current rate divisions for BNSF I/C traffic with the Eastern carriers favors the East as they have a larger revenue per mileage split.

Current methodology divides the FSC by revenue percent. Therefore, the East refuses to go to mileage based FSC splits because they will

no longer be able to collect their FSC premium. BNSF will have the only true mileage based FSC program.
-Current position of other roads is to split fuel surcharge revenue based on freight revenue divisions rather than mileage prorate

-Anti-trust regulations do not allow for industry discussions, which means no industry solution - only bi-lateral talks were allowed

-As a result, each railroad has developed different programs
*Some will rebase to a higher strike price for fuel, UP = $2.30, CPRS = $2.25 CSXT = $2.00 (BNSF holding at $1.25)

*That "rebasing" will include a various freight rate increase to offset the lower fuel surcharge
*Target population for BNSF and UP is regulated traffic in public documents
*Target population for NS, CSXT, CPRS and CN is all traffic in public documents, excluding intermodal
-NS has announced that all of their freight rates will have fuel cost imbedded, (i.e. no separate fuel surcharge line item)

**From:** Large, Brian A
**Sent:** Wednesday, April 11, 2007 4:52 PM
**To:** Anderson, Paul B
**Cc:** Kyei, Sam A
**Subject:** MKR speaker notes, Mileage Based Fuel Surcharge Implementation, first draft for Marsha Morgan

April 25th Implementation of Mileage Based Fuel Surcharge

-In compliance with STB ruling made on January 25th, 2007
-BNSF is the only railroad that has implemented a mileage based fuel surcharge (Ag and Coal, January 1st, 2006)
-BNSF as well as the other roads will be ready to implement by the deadline
-Anti-trust regulations allow for bi-lateral discussions only, which means no industry solution
-As a result each railroad will implement different programs
*Some will rebase to a higher strike price for fuel, UP = $2.30, CPRS = $2.25 CSXT = $2.00
*That "rebasing" will include a freight rate increase to offset the lower fuel surcharge
*Target population for BNSF and UP is regulated traffic in public documents
*Target population for NS, CSXT, CPRS and CN is all traffic in public documents, excluding intermodal
-Current position of other roads is to split fuel surcharge revenue based on freight revenue divisions rather than mileage prorate

-NS has taken the hardest line in that they announced that all of their freight rates will have current fuel cost, i.e. no fuel surcharge required