# Exhibit 82

**From:** Bognich, Harry W <b804449@bnsf.com>
**Sent:** Thursday, January 20, 2005 9:42 AM
**To:** Gillen, George F <s000179@bnsf.com>; Arnett, James A <b915179@bnsf.com>; Alegria, David R <b504859@bnsf.com>; Schroeder, Jack L <b013813@bnsf.com>
**Cc:** TECHSVCS DL RPMS Team <techsvcs dl rpms team@bnsf.com>; Specht, Eldon <b361368@bnsf.com>
**Subject:** RE: Per Mile Fuel Surcharge project

---

George, Jim, Dave, and Jack (and RPMS team),

It appears, unfortunately, from the email below that the new proposed "per mile fuel surcharge" for Carload might not be supported (at least initially) by the other carriers. To solve this issue, the proposal appears to be that BNSF will "start with a per mile surcharge for local traffic and keep the percent of revenue calculation for interline traffic".

If I understand this correctly, this means that a "BNSF DIRECT" price could be given either the new "per mile" or the existing "revenue calculation" surcharge. But, if the price has an Interline route, then it couldn't have the new surcharge type.

This raises several questions/issues for Marketing/Accounting/RPMS:

1) Currently, Marketing has preferred to use fuel surcharge ONLY at the authority level conditions, not at the price/service/route level, because at the authority level it is more noticeable and more easily maintained than "buried" in each specific price. This might be a more simply a "headache" if the authority must be a mix of local and interline prices. At least, RPMS can support the use of surcharge templates at the price level, BUT ONLY IF the template is static, which is becoming rarer (see #2 next) !!

2) Currently, Marketing uses dynamic (REN) condition templates to easily support fuel surcharge adjustments. This has proved to be extremely successful with Marketing and most authorities now use these dynamic fuel surcharge templates. Authorities without dynamic surcharges are rapidly being converted to them. The issue here is that the RPMS programs support dynamic condition templates for fuel surcharge in the Notebook, etc. ONLY at the authority level. This is the most serious issue of any of the ones in this email if the authority must be a mix of local and interline prices. To move dynamic surcharge templates to the price/service/route level is definitely MAJOR code changes, even though that has been the ultimate goal (something Marketing has always wanted) even before this project began.

3) What is the exact definition of "local" versus "interline" at least for this project? Technically, Local means BNSF is the only carrier in the route. But what if it is only BNSF and a shortline? Or, what if it is BNSF and other carriers, but the other carriers are all getting "zero" for their divisions because BNSF collects all the money and then distributes it? Are there going to be "EXCEPTIONS" to the rule about Local? Any exceptions usually mean LOTS of extra coding/testing, etc.

4) Of course, one "obvious" answer is for Marketing to split all authorities that are going to use dynamic fuel surcharges into authorities that are BNSF only prices and authorities that are BNSF with anyone else. Obvious, but maybe not acceptable?

Certainly not all the issues, since there are lots more (e.g., how do we even capture the "per mile surcharge" in the authority since the existing SURC condition does not have all the values that we will need (e.g., the "basis" of the mileage – that is, the mileage type code) – are we going to use a BNSFism? A new industry code?, etc., but the issues above are a start anyway.

Food for thought in preparation for the Requirements Gathering meetings,
Harry

-----Original Message-----
From: Fense, Charles W
Sent: Wednesday, January 19, 2005 5:16 PM
To: TECHSVCS DL RPMS Team

Kyei
EXHIBIT NO. 42
J. BRANDT, CSR-RMR-CRR

BNSF-FSC 000769

HIGHLY CONFIDENTIAL

BNSF/NJAG
00769
CONFIDENTIAL

**Subject:** FW: Per Mile Fuel Surcharge project

As info,

Chuck Ferrise
Manager Technology Services
(817) 352-1288

-----Original Message-----
**From:** Specht, Eldon
**Sent:** Wednesday, January 19, 2005 5:00 PM
**To:** Cook, Aaron E; Ross, Kyle W; Grieves, Kevin D; Ferrise, Charles W; Krebs, John J
**Cc:** Johnson, Greg P (TechSvcs); Boudreaux, Bart J; Specht, Eldon; Elston, Carole J
**Subject:** Per Mile Fuel Surcharge project

Couple things happening with fuel surcharge:

- John Lanigan shopped the concept with his counterparts from other roads at the NEMC (AAR group of Chief Marketing Officers) and they pushed back as expected.
- Three shipper associations, National Industrial Transp League, Nat'l Grain & Feed Assoc and Forest Products Assoc of Canada have banded together and are pushing on railroads to convert to per mile. They are addressing each road independently at this point.

Appears John Lanigan saw this coming. Shippers have drafted a proposal that is very similar to what Marketing is thinking, a few discrepancies to work through. The fuel surcharge team wants us to begin this project leaving out the rebate functionality, no plan at this time to include that possibility. We do have some issues with interline and it appears we will start with a per mile surcharge for local traffic and keep the percent of revenue calculation for interline traffic until the other roads feel suitably pressured by shippers.

Chuck and Aaron,
Would you please coordinate and schedule a kickoff meeting to review objectives, determine all the players and begin planning processes. Need to invite George Gillen, Ed McNack, Carole Elston, Rick Fagerang and Jolene Miller along with TS team managers. I would recommend after that meeting we schedule a working session with appropriate business and TS team members to review materials developed by Fuel Surcharge team and begin to drive out the detailed requirements. From there we should develop a refined estimate and gap document for anything that the detailed conversation turns up. The original funding for this project was trimmed, however since we are not going to do rebate we should be in the ballpark.

Eldon



HIGHLY CONFIDENTIAL