# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This document relates to:<br>ALL CASES |  |

## PARTIES' NOTICE OF JOINT STATUS REPORT, STIPULATION, AND PROPOSED ORDER IN ADVANCE OF JULY 19, 2022 STATUS CONFERENCE

Pursuant to this Court's Order of June 29, 2022, Defendants and Plaintiffs, by and through their respective counsel, hereby submit the following joint status report, stipulation, and proposed order in advance of the July 19, 2022, status conference.

As the Court is aware, on June 24, 2022, Defendants moved the Court to set a status conference to discuss and set a plan following the D.C. Circuit's decision regarding the interpretation of 49 U.S.C. § 10706(a)(3)(B)(ii) ("Section 10706"), and that statute's application to the issues in these cases.  Defendants explained that a status conference (together with a status report) would likely aid the Court and the parties in determining appropriate next steps in this litigation.  On June 29, 2022, the Court "agree[d] with defendants that a status conference, as well as a joint status report . . . is likely to be beneficial," Order at 2, Dkt. No. 1084, and ordered the parties to to meet and confer and subsequently submit a joint status report "informing the Court of any progress the parties have made to agree on procedures and set a schedule for supplemental briefing," *id.*

As ordered, the parties have met and conferred, and they agree to the following schedule and process, which they respectfully ask the Court to adopt.[1]

1. Schedule:

| Filing/Exchange | Date |
|---|---|
| Defendants identify documents relevant to the pending summary judgment motion that they continue to believe should be excluded under Section 10706 | July 29 |
| Plaintiffs identify documents listed in Defendants' disclosure that they no longer intend to use in opposing summary judgment | August 5 at 5 pm EDT |
| Defendants file supplemental brief related to both summary judgment and Section 10706 issues | August 26 |
| Plaintiffs file supplemental brief related to both summary judgment and Section 10706 issues | October 7 at 5 pm EDT |
| Defendants file reply brief | November 4 |
| Oral argument | At the Court's convenience, preferably in November or December |

2. Page Limits: Defendants shall have 50 pages for their first supplemental brief, Plaintiffs shall have 50 pages for Plaintiffs' opposition, and Defendants shall have 25 pages for their

---

[1] The parties in *Oxbow Carbon & Minerals LLC v. Union Pacific Railroad Co.* ("*Oxbow*") have also met and conferred.  They have agreed to adopt the same basic structure and timing with respect to the identification of documents that should be excluded under Section 10706 that are relevant to the pending *Oxbow* summary judgment motion as the parties in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL No. 1869 ("*MDL 1*").  The *Oxbow* parties have also agreed that Defendants will endeavor to address any documents that should be excluded in *Oxbow* and the effect on summary judgment in that case in Defendants' opening brief in *MDL 1*.  If, in the process of exchanging documents, the *Oxbow* parties determine that separate briefing is necessary, Defendants will file a brief of no more than 8 pages in length to address any issues specific to that suit simultaneously with their brief in *MDL 1*.  The Plaintiffs in *Oxbow* will be permitted to respond with a brief of no more than 8 pages in length and Defendants will be permitted a reply brief of no more than 4 pages.

reply brief.

In light of the parties' proposed stipulation, the parties leave it to the Court to determine whether a status conference at this time remains necessary or advisable.

Dated: July 12, 2022

*/s/ Daniel M. Wall*
Daniel M. Wall
Timothy L. O'Mara
Kirsten M. Ferguson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
dan.wall@lw.com
tim.o'mara@lw.com
kirsten.ferguson@lw.com

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200
allyson.maltas@lw.com

Leonard A. Gail
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com

Respectfully submitted,

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Phone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

John M. Majoras (D.C. Bar No. 474267)
Kristen Lejnieks (D.C. Bar No. 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Phone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com

Matthew M. Collette (D.C. Bar No. 427167)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company*

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
Julia K. York (D.C. Bar No. 478001)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
julia.york@skadden.com
thomas.gentry@skadden.com

Jennifer B. Patterson
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
jennifer.patterson@arnoldporter.com

*Counsel for Defendant Norfolk Southern Railway Company*

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
E. Martin Estrada
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Linda S. Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Jacobus P. van der Ven (D.C. Bar No. 1644774)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Telephone: (202) 220-1100
Jacobus.vanderven@mto.com

Joshua H. Soven (D.C. Bar No. 436633)
PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7482
jsoven@paulweiss.com

*Counsel for Defendant BNSF Railway Company*

_/s/ Kent Gardiner_
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Katie Yablonka
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: (415) 986-2800
Fax: (415) 986-2827
KYablonka@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

_Counsel for Defendant CSX Transportation, Inc._

_/s/ Stephen R. Neuwirth_
Stephen R. Neuwirth
Sami H. Rashid
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: stephenneuwirth@quinnemanuel.com
        samirashid@quinnemanuel.com

Alicia M. Cobb
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1109 First Avenue,
Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb.@quinnemanuel.com

Paul M. Donovan
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, N.W. Suite 700
Washington, DC 20036
Telephone: (202) 298-8100
E-mail: paul.donovan@laroelaw.com

_Counsel for Plaintiffs Olin Corporation, US Magnesium LLC, and Dust Pro, Inc._

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
Swathi Bojedla
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201
Email:  mhausfeld@hausfeld.com

Seth R. Gassman
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Email: sgassman@hausfeld.com

Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-mail: gharrison@susmangodfrey.com

*Counsel for Plaintiffs Donnelly Commodities Incorporated and Strates Shows, Inc.*

*/s/ Meegan Hollywood*
Meegan Hollywood
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
E-mail:  mhollywood@robinskaplan.com

Roman M. Silberfeld
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email:  RSilberfeld@RobinsKaplan.com

Stephen P. Safranski
ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
E-mail:  SSafranski@RobinsKaplan.com

*Counsel for Plaintiffs Oxbow Carbon & Minerals LLC, Oxbow Mining, LLC, Oxbow Midwest
Calcining LLC, Oxbow Calcining LLC, and Terror Creek LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION | MDL Docket No. 1869<br>Misc. No. 07-489 (PLF/GMH) |
| This document relates to:<br>ALL CASES |  |

## **STIPULATION AND PROPOSED ORDER**

WHEREAS, pursuant to the Court's Order of June 29, 2022, Defendants and Plaintiffs have met and conferred, and agreed to a schedule and process for next steps in this litigation;

THEREFORE, Defendants and Plaintiffs STIPULATE and AGREE, subject to the Court's approval, to the following schedule and process:

1. <u>Schedule:</u>

| Filing/Exchange | Date |
|---|---|
| Defendants identify documents relevant to the pending summary judgment motion that they continue to believe should be excluded under Section 10706 | July 29 |
| Plaintiffs identify documents listed in Defendants' disclosure that they no longer intend to use in opposing summary judgment | August 5 at 5 pm EDT |
| Defendants file supplemental brief related to both summary judgment and Section 10706 issues | August 26 |
| Plaintiffs file supplemental brief related to both summary judgment and Section 10706 issues | October 7 at 5 pm EDT |

| Defendants file reply brief | November 4 |
|---|---|
| Oral argument | At the Court's convenience, preferably in November or December |

2.  Page Limits:  Defendants shall have 50 pages for their first supplemental brief, Plaintiffs shall have 50 pages for Plaintiffs' opposition, and Defendants shall have 25 pages for their reply brief.

It is SO ORDERED.

ENTERED THIS ___ DAY OF _____, 2022.


_____
PAUL L. FRIEDMAN
United States District Judge

STIPULATED and AGREED this 12th day of July 2022.


Respectfully submitted,

*/s/ Daniel M. Wall*
Daniel M. Wall
Timothy L. O'Mara
Kirsten M. Ferguson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
dan.wall@lw.com
tim.o'mara@lw.com
kirsten.ferguson@lw.com


Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
Phone: (202) 637-2200
allyson.maltas@lw.com


Leonard A. Gail
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Phone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

John M. Majoras (D.C. Bar No. 474267)
Kristen Lejnieks (D.C. Bar No. 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Phone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com


Matthew M. Collette (D.C. Bar No. 427167)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company*

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
Julia K. York (D.C. Bar No. 478001)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
tara.reinhart@skadden.com
julia.york@skadden.com
thomas.gentry@skadden.com

Jennifer B. Patterson
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
jennifer.patterson@arnoldporter.com

*Counsel for Defendant Norfolk Southern Railway Company*

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
E. Martin Estrada
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Jacobus P. van der Ven (D.C. Bar No. 1644774)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Telephone: (202) 220-1100
Jacobus.vanderven@mto.com

Linda S. Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com

Joshua H. Soven (D.C. Bar No. 436633)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7482
jsoven@paulweiss.com

*Counsel for Defendant BNSF Railway Company*

/s/ Kent Gardiner
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No.
989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Katie Yablonka
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: (415) 986-2800
Fax: (415) 986-2827
KYablonka@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

*Counsel for Defendant CSX Transportation, Inc.*

/s/ Stephen R. Neuwirth
Stephen R. Neuwirth
Sami H. Rashid
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: stephenneuwirth@quinnemanuel.com
        samirashid@quinnemanuel.com

Alicia M. Cobb
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1109 First Avenue,
Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Email: aliciacobb.@quinnemanuel.com

Paul M. Donovan
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, N.W. Suite 700
Washington, DC 20036
Telephone: (202) 298-8100
E-mail: paul.donovan@laroelaw.com

*Counsel for Plaintiffs Olin Corporation, US Magnesium LLC, and Dust Pro, Inc.*

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
Swathi Bojedla
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile:  (202) 540-7201
Email:  mhausfeld@hausfeld.com

Seth R. Gassman
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Email: sgassman@hausfeld.com

Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-mail: gharrison@susmangodfrey.com

*Counsel for Plaintiffs Donnelly Commodities Incorporated and Strates Shows, Inc.*

*/s/ Meegan Hollywood*
Meegan Hollywood
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
E-mail:  mhollywood@robinskaplan.com

Roman M. Silberfeld
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email:  RSilberfeld@RobinsKaplan.com

Stephen P. Safranski
ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
E-mail:  SSafranski@RobinsKaplan.com

*Counsel for Plaintiffs Oxbow Carbon & Minerals LLC, Oxbow Mining, LLC, Oxbow Midwest Calcining LLC, Oxbow Calcining LLC, and Terror Creek LLC*