**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL CASES | MDL Docket No. 1869<br><br>No. 07-mc-489 (PLF/GMH) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), I, Andrew S. Tulumello, withdraw from the above-referenced cases. Defendant BNSF Railway Company will continue to be represented by lawyers with Munger, Tolles & Olson LLP, *see* D.E.s 921–924, 934–936, 948, 951, and has consented to my withdrawal.

Date: July 18, 2022                                Respectfully submitted,

                                                               By: */s/ Andrew S. Tulumello*

                                                               Andrew S. Tulumello, DC Bar No. 468351
                                                               **WEIL, GOTSHAL & MANGES LLP**
                                                               2001 M Street, N.W.
                                                               Washington, DC 20036
                                                               Telephone: (202) 682-7100
                                                               Facsimile: (202) 857-0940
                                                               drew.tulumello@weil.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2022, a copy of the foregoing document was filed with the court's electronic filing system, which sent notification of such filing to all counsel of record.

By: */s/ Andrew S. Tulumello*
Andrew S. Tulumello