AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (No. I) )
)
This document relates to: )
) Case No. MDL 1869
ALL CASES ) Misc. No. 07-489 (PLF)
)

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BNSF RAILWAY COMPANY.

Date: 08/30/2022

/s/ Lauren E. Ross
*Attorney's signature*

Lauren E. Ross (DC Bar No. 1659620)
*Printed name and bar number*

Munger, Tolles & Olson LLP
601 Massachusetts Ave. NW,
Suite 500E
Washington, DC 20001-5369
*Address*

lauren.ross@mto.com
*E-mail address*

(202) 220-1119
*Telephone number*

(213) 683-4022
*FAX number*