UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (PLF/GMH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO., et al.,<br><br>       *Defendants.* | Civil Action No. 11-1049 (PLF) |

**STATUS REPORT REGARDING CASE SCHEDULE**

Plaintiffs submit this status report to advise the Court of a number of important developments in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, No. 07-mc-0489-PLF ("*MDL 1869*"); *Oxbow Carbon & Minerals LLC v. Union Pacific Railroad Co.*, No. 11-cv-1049-PLF ("*Oxbow*"); and *In re Rail Freight Fuel Surcharge Antitrust Litigation (No. II)*, No. 20-mc-8 (BAH) ("*MDL II*") that may aid the Court's assessment of next steps. Plaintiffs also respectfully request a further schedule in *MDL 1869* and *Oxbow* on the basis of the parties' previous submissions (ECF Nos. 1085, 1087, 1094; *Oxbow* ECF Nos. 259, 264) or a status conference to discuss the schedule and obtain guidance from the Court on next steps.*

---

\* Docket citations are to *MDL 1869*. Where a parallel citation exists for the docket in *Oxbow*, that citation is referenced as "*Oxbow* ECF No." Plaintiffs conferred with Defendants before filing this statement. Defendants stated that they continue to believe a status conference would be helpful at an appropriate point in time, but that they expect to hear from the Court when it is ready to discuss with the parties further proceedings on the pending motions.

1

*First*, the Court's last status conference in this matter was held on November 14, 2019, after which the Court ordered a schedule for the completion of expert discovery, briefing further motions regarding 49 U.S.C. § 10706, and briefing summary-judgment motions as to liability.  All three are now complete.  *Second*, on July 27, 2022, the Court ordered the parties to "identify documents relevant to the pending summary judgment motions," "attempt to agree on which documents should be excluded, in whole or in part, under Section 10706," and then "file a joint status report, on or before September 23, 2022, informing the Court of the outcome of their discussions."  ECF No. 1088; *Oxbow* ECF No. 260.  Through correspondence and meet-and-confers, the parties engaged in this process and, on September 23, 2022, filed a joint status report with their respective positions.  ECF No. 1094; *Oxbow* ECF No. 264.  At the request of the Court's staff, Plaintiffs also recently filed an exhibit referenced in the parties' September 23, 2022 joint status report.  *See* ECF Nos. 1095, 1096.  *Third*, the remaining expert reports and depositions in *MDL 1869* have concluded, and expert discovery in *MDL 1869* and *Oxbow* is now closed.

In addition, with respect to proceedings in *MDL II*, on February 1, 2023, fact discovery in *MDL II* closed, and on March 1, 2023, *MDL II* Plaintiffs served their expert disclosures.

Dated: May 8, 2023                                      Respectfully Submitted,

/s/ Sami H. Rashid                                      /s/ Sathya S. Gosselin
Sami H. Rashid                                          Michael D. Hausfeld
Richard I. Werder, Jr.                                  Brian A. Ratner
QUINN EMANUEL URQUHART &                                Sathya S. Gosselin
SULLIVAN, LLP                                           Melinda R. Coolidge
51 Madison Avenue, 22nd Floor                           Swathi Bojedla
New York, New York 10010                                HAUSFELD LLP
Telephone: (212) 849-7000                               888 16th Street, N.W., Suite 300
samirashid@quinnemanuel.com                             Washington, DC 20006
                                                        Telephone: (202) 540-7200
                                                        sgosselin@hausfeld.com

Alicia M. Cobb
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
aliciacobb.@quinnemanuel.com

Paul M. Donovan
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, N.W. Suite 700
Washington, DC 20036
Telephone: (202) 298-8100
paul.donovan@laroelaw.com

*Counsel for Plaintiffs Olin Corporation, US Magnesium LLC, and Dust Pro, Inc.*

*/s/ Meegan Hollywood*
Meegan Hollywood
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10022
Telephone: (212) 980-7400
mhollywood@robinskaplan.com

Roman M. Silberfeld
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
RSilberfeld@RobinsKaplan.com

Stephen P. Safranski
ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
SSafranski@RobinsKaplan.com

*Counsel for Plaintiffs Oxbow Carbon & Minerals LLC, Oxbow Mining, LLC, Oxbow Midwest Calcining LLC, Oxbow Calcining LLC, and Terror Creek LLC*

Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
SUSMAN GODFREY LLP
1000 Louisiana Street Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
gharrison@susmangodfrey.com

*Counsel for Plaintiffs Donnelly Commodities Incorporated and Strates Shows, Inc.*