# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (PLF/GMH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO., et al.,<br><br>       *Defendants.* | Civil Action No. 11-1049 (PLF) |

## JOINT STATUS REPORT IN RESPONSE TO THE COURT'S MEMORANDUM OPINION AND ORDER OF MAY 26, 2023

The parties submit this Joint Status Report in response to this Court's Memorandum Opinion and Order of May 26, 2023 (the "Order"), directing the parties to propose a schedule for responding to the Order, and addressing related issues. The parties have conferred, and jointly propose as follows: Plaintiffs (as a group including the plaintiffs in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL No. 1869, and *Oxbow Carbon & Minerals LLC v. Union Pacific Railroad Co.*) and Defendants (as a group including all defendants in those actions) shall each file a single brief addressing the issues raised in the Order. The responses shall be filed simultaneously by 5 p.m. EDT on July 12, 2023. The responses shall not exceed 5,000 words each.

With respect to the Court's request for an indication whether, in light of the issues identified in the Order, a status conference would help resolve the outstanding issues, the parties' positions are as follows:

Defendants state that they are always available to discuss pending issues if the Court believes doing so would be beneficial, including following the submission of briefing in response to the Order. Defendants also believe that a status conference after the Court has issued its ruling on Section 10706 issues could be a useful opportunity for the parties to react to the Court's ruling and discuss how to move forward on the pending summary judgment motions.

Plaintiffs likewise are always available to discuss pending issues if the Court believes doing so would be beneficial, but do not believe a status conference is necessary at this time. Further, Plaintiffs cannot predict whether a status conference might be useful following resolution of the Section 10706 issues and defer to the Court. In doing so, Plaintiffs believe that the Court could resolve the pending summary judgment motions without the need for an additional conference, after which the parties and the Court could address a further schedule.

Dated: June 9, 2023

*/s/ Sami H. Rashid*
Sami H. Rashid
Richard I. Werder, Jr.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
samirashid@quinnemanuel.com

Alicia M. Cobb
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
aliciacobb.@quinnemanuel.com

Paul M. Donovan
LAROE, WINN, MOERMAN & DONOVAN
1250 Connecticut Avenue, N.W. Suite 700
Washington, DC 20036
Telephone: (202) 298-8100
paul.donovan@laroelaw.com

*Counsel for Plaintiffs Olin Corporation, US Magnesium LLC, and Dust Pro, Inc.*

*/s/ Meegan Hollywood*
Meegan Hollywood
ROBINS KAPLAN LLP
1325 Avenue of the Americas, Suite 2601
New York, NY 10022
Telephone: (212) 980-7400
mhollywood@robinskaplan.com

Roman M. Silberfeld
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
RSilberfeld@RobinsKaplan.com

Respectfully Submitted,

*/s/ Sathya S. Gosselin*
Sathya S. Gosselin
Michael D. Hausfeld
Brian A. Ratner
Melinda R. Coolidge
Swathi Bojedla
HAUSFELD LLP
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sgosselin@hausfeld.com

Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
SUSMAN GODFREY LLP
1000 Louisiana Street Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
gharrison@susmangodfrey.com

*Counsel for Plaintiffs Donnelly Commodities Incorporated and Strates Shows, Inc.*

Stephen P. Safranski
ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
SSafranski@RobinsKaplan.com

*Counsel for Plaintiffs Oxbow Carbon & Minerals LLC, Oxbow Mining, LLC, Oxbow Midwest Calcining LLC, Oxbow Calcining LLC, and Terror Creek LLC*


*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Linda S. Stein (D.C. Bar No. 376217)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Lauren Ross (D.C. Bar No. 1659620)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Telephone: (202) 220-1100
Lauren.Ross@mto.com

Joshua H. Soven (D.C. Bar No. 436633)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 223-7482
jsoven@paulweiss.com

*Counsel for Defendant BNSF Railway Company*

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara
Kirsten Ferguson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
dan.wall@lw.com
tim.o'mara@lw.com
kirsten.ferguson@lw.com

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
allyson.maltas@lw.com

Matthew M. Collette (D.C. Bar No. 427167)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com

Leonard A. Gail
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company in MDL I*

*/s/ John M. Majoras*
John M. Majoras (D.C. Bar No. 474267)
Kristen Lejnieks (D.C. Bar No. 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

*Counsel for Defendant Union Pacific Railroad Company*

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7630
tara.reinhart@skadden.com

Jennifer B. Patterson
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10075
Telephone: (212) 836-8000
jennifer.patterson@arnoldporter.com

*Counsel for Defendant Norfolk Southern Railway Company*

<u>*/s/ Kent A. Gardiner*</u>
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen
   (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com
MLieber@crowell.com

*Counsel for Defendant CSX Transportation, Inc.*