UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION )<br>)<br>)<br>)<br>This document relates to: )<br>)<br>ALL DIRECT PURCHASER CASES )<br>) | MDL Docket No. 1869<br>Miscellaneous No. 07-0489 (PLF) |

ORDER

In anticipation of the above-captioned matter soon being transferred to Judge Beryl Howell, it is hereby

ORDERED that Defendant BNSF Railway Company's Motion for Summary Judgment [Dkt. No. 1030], Defendant CSX Transportation, Inc.'s Motion for Summary Judgment [Dkt. No. 1031], Defendant Union Pacific Railroad Company's Motion for Summary Judgment [Dkt. No. 1032], and Defendant Norfolk Southern Railway Company's Motion for Summary Judgment [Dkt. No. 1033] are denied without prejudice to their being refiled before Judge Howell.[1]

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 3/26/24

---

[1] The individual cases that make up MDL Docket No. 1869 are Strates Shows, Inc. v. Association of American Railroads, Civil Action No. 07-1127; Donnelly Commodities, Inc. v. Association of American Railroads, Civil Action No. 07-1515; Dust Pro, Inc. v. CSX Transportation, Inc., Civil Action No. 07-2061; Zinifex Taylor Chemicals, Inc. v. CSX Transportation, Inc., Civil Action No. 07-2062; and US Magnesium LLC v. CSX Transportation, Inc., Civil Action No. 07-2116.