UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**DEFENDANTS' MOTION TO EXCLUDE FALSE
POSITIVES ECONOMETRIC OVERCHARGE MODELS**

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants BNSF Railway Company, CSX Transportation, Inc., Norfolk Southern Railway Company, and Union Pacific Railroad Company (collectively, "Defendants") respectfully move to exclude the econometric overcharge models of Plaintiffs' experts, Drs. B. Douglas Bernheim, E. Allen Jacobs, Jeffrey Leitzinger, James McClave, and Leslie Marx. Those models produce legally disqualifying "false positives" because they cannot distinguish between effects from conspiracy and effects from non-conspiratorial factors.

Defendants' Motion is supported by the following concurrently filed documents:

1. Memorandum in Support of Defendants' Motion to Exclude False Positives Econometric Overcharge Models
2. Defendants' Appendix

Dated: July 17, 2024                                Respectfully submitted,

*/s/ Benjamin J. Horwich*

| | |
|---|---|
| Glenn D. Pomerantz | Benjamin J. Horwich |
| Kuruvilla J. Olasa | Gabriel M. Bronshteyn |
| Wesley T.L. Burrell | MUNGER, TOLLES & OLSON LLP |
| Anne K. Conley | 560 Mission Street, 27th Floor |
| MUNGER, TOLLES & OLSON LLP | San Francisco, CA 94105 |
| 350 South Grand Avenue, 50th Floor | Telephone: (415) 512-4000 |
| Los Angeles, CA 90071 | Ben.Horwich@mto.com |
| Telephone: (213) 683-9100 | Gabriel.Bronshten@mto.com |
| Glenn.Pomerantz@mto.com | |
| Kuruvilla.Olasa@mto.com | Lauren Ross (D.C. Bar No. 1659620) |
| Wesley.Burrell@mto.com | MUNGER, TOLLES & OLSON LLP |
| Anne.Conley@mto.com | 601 Massachusetts Ave. NW, Suite 500 East |
| | Washington, DC 20001 |
| Linda S. Stein (D.C. Bar No. 376217) | Telephone: (202) 220-1100 |
| Molly Bruder Fox (D.C. Bar No. 981619) | Lauren.Ross@mto.com |
| STEPTOE LLP | |
| 1330 Connecticut Avenue, NW | |
| Washington, DC 20036 | |
| Telephone: (202) 429-3000 | |
| lstein@steptoe.com | |

*Counsel for Defendant BNSF Railway Company*
*pursuant to the Notices of Appearance entered in each case*

*/s/ John M. Majoras*

| | |
|---|---|
| John M. Majoras (D.C. Bar No. 474267) | Tyrone R. Childress |
| Kristen Lejnieks (D.C. Bar No. 502136) | Kelsey S. Bryan (D.C. Bar No. 1034352) |
| JONES DAY | JONES DAY |
| 51 Louisiana Avenue, NW | 555 South Flower Street, 50th Floor |
| Washington, DC 20001-2113 | Los Angeles, CA 90071-2300 |
| Telephone: (202) 879-3939 | Telephone: (213) 489-3939 |
| jmmajoras@jonesday.com | tchildress@jonesday.com |
| kalejnieks@jonesday.com | kbryan@jonesday.com |

*Counsel for Defendant Union Pacific Railroad Company*
*pursuant to the Notices of Appearance entered in each case*

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
tim.o'mara@lw.com

*Counsel for Defendant Union Pacific Railroad Company*
*pursuant to the Notices of Appearance entered in each case*

*/s/ Matthew M. Collette*

| | |
|---|---|
| Matthew M. Collette (D.C. Bar No. 427167) | Leonard A. Gail |
| Alethea A. Swift (D.C. Bar No. 1644929) | Suyash Agrawal |
| MASSEY & GAIL LLP | Massey & Gail LLP |
| 1000 Maine Ave. SW, Suite 450 | 50 E. Washington Street, Suite 400 |
| Washington, DC 20024 | Chicago, IL 60602 |
| Phone: (202) 795-3326 | Phone: (312) 283-1590 |
| Fax: (312) 379-0467 | Fax: (312) 379-0467 |
| mcollette@masseygail.com | lgail@masseygail.com |
| aswift@masseygail.com | sagrawal@masseygail.com |

*Counsel for Defendant Union Pacific Railroad Company*
*pursuant to the Notices of Appearance entered in each case*

*/s/ Tara L. Reinhart*

| | |
|---|---|
| Tara L. Reinhart (D.C. Bar. No. 462106) | Jennifer B. Patterson |
| Julia K. York (D.C. Bar No. 478001) | HAUG PARTNERS LLP |
| Thomas R. Gentry (D.C. Bar No. 1617060) | 745 Fifth Avenue, 10th Floor |
| SKADDEN, ARPS, SLATE, | New York, NY 10151 |
|    MEAGHER & FLOM LLP | Telephone: (212) 588-0800 |
| 1440 New York Avenue, NW | jpatterson@haugpartners.com |
| Washington, DC 20005 | |
| Telephone: (202) 371-7630 | Ronald K. Wray II |
| tara.reinhart@skadden.com | GALLIVAN, WHITE & BOYD P.A. |
| julia.york@skadden.com | 55 Beattie Place, Suite 1200 |
| thomas.gentry@skadden.com | Greenville, SC 29601 |
| | Phone: (864) 271-5362 |
| | rwray@GWBlawfirm.com |

*Counsel for Defendant Norfolk Southern Railway Company*
*pursuant to the Notices of Appearance entered in each case*

<div style="column:left">

*/s/ Kent Gardiner*
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

</div>

<div style="column:right">

*/s/ David Wells*
David M. Wells
Julia M.I. Holden Davis
Derek K. Mountford
GUNSTER, YOAKLEY & STEWART, P.A.
One Independent Drive, Suite 2300
Jacksonville, Florida 32202
Phone: (904) 354-1980
dwells@gunster.com
jholdendavis@gunster.com
dmountford@gunster.com

</div>

*Counsel for Defendant CSX Transportation, Inc. pursuant to the Notices of Appearance entered in each case*

4