# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**PUBLICLY FILED VERSION**<br>**Oral Argument Requested** |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE FALSE POSITIVES ECONOMETRIC OVERCHARGE MODELS

Upon consideration of Defendants' Motion to Exclude False Positives Econometric Overcharge Models, dated July 17, 2024, together with the papers and arguments submitted in support of and opposition to the Motion, it is hereby **ORDERED**:

Defendants' Motion to Exclude False Positives Econometric Overcharge Models is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____   _____
Hon. Beryl A. Howell
United States District Court Judge