**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**Filed Under Seal**<br><br>**Oral Argument Requested** |

**Declaration of Michael D. Hausfeld in Support of Plaintiffs' Motion to Exclude Avram S. Tucker**

I, Michael D. Hausfeld, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the District of Columbia and partner of the law firm Hausfeld LLP. I submit this declaration in support of Plaintiffs' Motion to Exclude Avram S. Tucker.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Rebuttal Report of Avram S. Tucker, dated April 15, 2021, as corrected October 29, 2021, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. I)*.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Rebuttal Report of Avram S. Tucker, dated August 15, 2023, as corrected October 30, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript and errata of the deposition of Avram S. Tucker, dated November 3, 2021, in *In re Rail Freight Surcharge Antitrust Litigation (No. I)*.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript and errata of the deposition of Avram S. Tucker, dated November 2–3, 2023, in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a 2006 American Institute of Certified Public Accountants special report titled "Forensic Procedures and Specialists: Useful Tools and Techniques."

7. Attached hereto as **Exhibit 6** is a true and correct copy of a 2003 American Institute of Certified Public Accountants special report titled "Litigation Services and Applicable Professional Standards; Consulting Services Special Report 03-01."

8. Attached hereto as **Exhibit 7** is a true and correct copy of Avram S. Tucker's resume, appended as Attachment B to the Expert Rebuttal Report of Avram S. Tucker, dated August 15, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Attachment A to the Expert Rebuttal Report of Avram S. Tucker, dated August 15, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Attachment A to the Expert Rebuttal Report of Avram S. Tucker, dated April 15, 2021, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. I)*.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Appendix B for Plaintiff Louisiana-Pacific Corporation, appended to the Expert Rebuttal Report of Avram S. Tucker, dated August 15, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Appendix A to the Expert Rebuttal Report of Avram S. Tucker, dated April 15, 2021, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. I)*.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Appendix A to the Expert Rebuttal Report of Avram S. Tucker, dated August 15, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an article by Avram S. Tucker titled "The Numbers Tell a Story," dated June 2, 2011 and printed in the *California Lawyer*.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a May 16, 2005 letter from Paul White to Richard Burns, produced in this litigation as BNSF_II_03870664.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an email re: "Fuel Surcharge Language proposed by TOTAL," dated June 8, 2005, produced in this litigation as NS-MDLII-00404714.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an email re: "TOTAL, Fuel Surcharge Language," dated June 17, 2005, produced in this litigation as TOTAL_067243.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an email re: "Exelon Rail Contract 12/20/04 4:00 p.m.," dated December 20, 20024, produced in this litigation as NS_010161012.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an email re: "WEPCO comments on Circ.111 – Oak Creek and Pleasant Prairie," dated December 16, 2004, produced in this litigation as UPFSC_II_X_00004853.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an email re: "Terra Rate Request," dated January 13, 2005, produced in this litigation as UPFSC_II_00320008.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on July 17, 2024, at
Washington, D.C.

*/s/ Michael D. Hausfeld*

**Certificate of Service**

I, Michael D. Hausfeld, certify that on July 17, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and was served by secure transfer on all counsel of record in the above-captioned matters.

*/s/ Michael D. Hausfeld*