# EXHIBIT 1

Tucker Expert Rebuttal April 2021

[REDACTED]