# EXHIBIT 2

Tucker MDL II Report II

[REDACTED]