# EXHIBIT 3

Tucker MDL I Depo with Errata

[REDACTED]