# EXHIBIT 4

Tucker MDL II Depo

[REDACTED]