# Exhibit 7

**ATTACHMENT B**

tmf
AN HKA COMPANY

# Avram S. Tucker

**Avram S. Tucker**
Co-Founder and Chief Executive Officer

**TM Financial Forensics,**
**An HKA Company**
3595 Mt. Diablo Blvd.,
Suite 250
Lafayette, California 94549

**Professional History**

- Navigant Consulting Inc., 2004 - 2009
- Tucker Alan Inc., 1994 – 2004
- Peterson Consulting, 1981 – 1994
- Arthur Andersen & Co., 1977 - 1981

**Teaching Experience**

- Stanford University, 1991 - Present

**Education and Certifications**

- B.B.A. - Accounting, George Washington University
- C.P.A. - Certified Public Accountant licensed in *California and *Maryland
- C.F.F. - Certified in Financial Forensics, AICPA

**Honors**

- Recipient of 1993 "Accounting Alumnus of the Year" – School of Business and Public Management, George Washington University

Mr. Tucker was the Co-Founder and Chief Executive Officer of TM Financial Forensics LLC, a business and litigation consulting company. TM Financial is an HKA Company and Mr. Tucker is a Partner at HKA. Mr. Tucker has been teaching graduate students at the Stanford School of Engineering, Department of Civil and Environmental Engineering since 1991. He is an officer and member of the Executive Committee of the George Washington University Board of Trustees.

Mr. Tucker has provided expert testimony in deposition, trial or arbitration in more than 200 cases in various State and Federal Courts, in the United States Court of Federal Claims, in State and Federal administrative proceedings, in the United States Bankruptcy Court, before FINRA (Financial Industry Regulatory Authority) proceedings, before the PCAOB (Public Company Accounting Oversight Board) and in Arbitration in or involving the United States, Canada, Australia, France, South Africa, Switzerland, Argentina, Chile and the United Kingdom. His testimony has covered accounting, economic, business operations and regulatory matters. He is a Certified Public Accountant in California and Maryland. He is Certified in Financial Forensics (American Institute of Certified Public Accountants - AICPA) and is a Chartered Global Management Accountant (AICPA).

Mr. Tucker is a member of various professional associations including, the American Institute of Certified Public Accountants, the California Society of CPA's, and the Institute of Management Accountants.

## Prior Professional Experience

<u>Navigant Consulting Inc.</u> (2004-2009), International business and litigation consulting firm - Managing Director and a Strategic Advisor to the Executive Committee.

<u>Tucker Alan Inc.</u> (1994 -2004), a national business and litigation consulting firm – Co-Founder and Chief Executive Officer.

<u>Peterson Consulting</u> (1981-1994), an international consulting company – various positions, including Executive Vice President and Chief Operating Officer.

EXHIBIT
3

tmf
AN HKA COMPANY

Provided accounting, economic and financial consulting including damage analysis and expert testimony on commercial, regulatory and public contract matters. Provided business and general management consulting to regulated and commercial companies.

**Arthur Andersen & Co.** (1977-1981), an international public accounting firm.
Performed financial statement and special purpose audits and reviews of commercial companies, government contractors and regulated entities.

## Overall Experience Summary

Analyzed the financial condition of corporations and partnerships, performed damage studies, and assessed financial statements, disclosures and other representations under a variety of circumstances, including general management consulting and in the context of disputes and litigation. Analyzed and prepared numerous lost profits, increased costs, business and asset value, royalty and other damages claims. Analyzed below cost pricing in a variety of circumstances. Analyses have included study of actual and projected revenues, cost of goods sold, indirect costs, general and administrative expenses, taxes, cost of capital, discount rates and various assets, liabilities and equity. Experience includes the following practice areas and types of cases.

- Antitrust
- Bankruptcy (including Solvency/Valuation)
- Breach of Contract
- Business and Management Consulting
- Business Interruption
- Commercial Damages
- Construction
- Dealer Distributor Terminations
- Employment
- Entertainment and Sports
- Environmental and Product Defect
- Financial Institutions
- Fraud Investigations
- Government Contracts
- Insurance Claims and Coverage
- Intellectual Property
- Mergers and Acquisitions
- Professional Negligence
- Real Estate
- Regulated Industries
- Securities and SEC Cases
- Shareholder Disputes

Consulted on compliance with contractual terms and conditions (from an accounting, economic and operational perspective) relating to License, Distribution, Merger and Acquisition, Manufacturing and Production, Design, Royalty, Teaming, Marketing,

tmf
AN HKA COMPANY

Partnership, Research and Development, Construction, Government Contracting, Maintenance and other Agreements. Consulted on the proper application of Generally Accepted Accounting Principles (covering the proper accounting and presentation on financial statements and other financial documents of assets, liabilities, revenues, expenses and equity, as well as the appropriateness of financial statement disclosures).

## Selected Industry Experience

Consulted with wholesalers, retailers, service companies, contractors, owners, financial institutions, public utilities and city, state and federal government agencies. Selected industry experience includes the following:

- Accounting
- Advertising
- Aerospace
- Agriculture
- Banking
- Biotechnology
- Computer Hardware and Software
- Construction
- Consumer Products
- Educational Services
- Entertainment
- Energy and Environment
- Health Care
- Government Contracting
- Manufacturing
- Home and Business Security
- Hospitality
- Insurance
- Medical Products and Devices
- Oil and Gas
- Pharmaceutical
- Professional Services
- Real Estate
- Retail
- Self-Storage and Rental
- Shipping and Shipbuilding
- Sporting Goods
- Telecommunications
- Transportation
- Utilities

## Testimony and Alternative Dispute Resolution Experience

Testified for trials, depositions and declarations involving civil court cases, arbitration and regulatory, administrative and disputes review board proceedings in the following jurisdictions:

tmf
AN HKA COMPANY

## Selected Federal Courts

The United States Court of Federal Claims, The United States Bankruptcy Court, The United States District Courts:

- District of Alaska
- District of Arizona
- Central District of California
- Eastern District of California
- Northern District of California
- District of Colorado
- District of Guam
- District of Idaho
- Northern District of Illinois
- Southern District of Mississippi
- District of Nebraska
- District Court of Nevada
- District Court of Massachusetts
- District of New Mexico
- Southern District of New York
- Southern District of Ohio
- Western District of Pennsylvania
- Western District of Tennessee
- Eastern District of Texas
- Northern District of Texas
- Southern District of Texas
- Eastern District of Virginia

## Selected State Courts

Superior Courts for the State of California (unless otherwise noted) in the following counties:

- Alameda County
- Contra Costa County
- Los Angeles County
- Mendocino County
- Orange County
- Sacramento County
- San Diego County
- San Francisco County
- San Joaquin County
- San Luis Obispo County
- San Mateo County
- Santa Barbara County
- Santa Clara County
- Sonoma County
- Anchorage, Alaska
- Seminole County, Florida
- Marion, Indiana
- Baltimore, Maryland
- Bergen County, New Jersey
- Florence, South Carolina
- Dallas County, Texas
- Harris County, Texas

tmf
AN HKA COMPANY

## Selected Administrative Boards and Arbitrations

- American Arbitration Association
- Armed Services Board of Contract Appeals
- California Public Utilities Commission
- Connecticut Public Utility Control
- FINRA (Financial Industry Regulatory Authority)
- Dispute Review Boards
- Illinois Commerce Commission
- Postal Service Board of Contract Appeals
- Washington State Pilotage Commission
- PCAOB (Public Company Accounting Oversight Board)

## Selected International Arbitration

- France
- Australia
- Switzerland
- South Africa
- United Kingdom
- Canada

## Alternative Dispute Resolution

Participated in numerous mediations, mini-trials, settlement negotiations and other proceedings and presented accounting, economic and business operations analyses, and assisted in developing alternative methods to resolve disputes. Acted as mediator on an accounting malpractice dispute.

Consulted to companies and law firms on techniques to avoid disputes and to minimize the impact of existing disputes. Selected by mediators and special masters to assist in the analysis of financial issues between the parties in dispute. Performed ability to pay analyses in the context of mediations and settlement discussions by analyzing financial statements, cash flows and other accounting and business records.

## Professional Associations

- American Institute of Certified Public Accountants
- California Society of Certified Public Accountants
- Stanford Construction Institute
- American Bar Association -- Associate Member
- Association of Government Accountants

tmf
AN HKA COMPANY

## Publications

Tucker, Avram S., "The Numbers Tell A Story," California Lawyer, June 2011, Volume 31, Number 6, p. 14-15.

Tucker, Avram S., "The Role of the Independent Consultant in Contract Administration," Managing Government Contracts, November 1992, #19, p. 7.

Tucker, Avram S., "Construction Claims," in Western Council of Construction Consumers, Contractual Arrangements and Administration, p. 40-46.

Eds. Cushman, Robert F., G. Christian Hedemann, and Avram S. Tucker, Alternative Dispute Resolution in the Construction Industry, John Wiley & Sons, New York, 1991.

Tucker, Avram S., "Pricing Abandonment and Cardinal Change Claims," American Bar Association, Forum on the Construction Industry, Volume 1, April 2005, p. 1-13

Tucker, Avram S. and Greg S. Bingham, "Managing Risks of Potential Government Contract and Construction False Claims," February 2007.

## Selected Lectures and Seminars

- American Bar Association – Construction Section
- American Bar Association – Public Contract Section
- Construction Litigation SuperConference
- Edison Electric Institute
- Electric and Gas Utility Groups
- Forbes Magazine -- Project Financing and Construction
- Los Angeles County Bar Association
- National Defense Industrial Association
- Project Management Institute
- San Francisco Casualty Insurance Adjusters
- Stanford University Construction Executive Program
- Stanford University - Graduate School of Construction Management
- Surety Association of Los Angeles
- University of California, Berkeley
- Western Council of Construction Consumers

tmf
AN HKA COMPANY

**Representative Topics Covered in Lectures and Seminars**

- Accounting Theory and Application
- Alternative Dispute Resolution Techniques
- Analyzing False Claims and Defective Pricing Issues
- Competition in the Utility Industry
- Contract Administration and Management of Long-Term Contracts
- Cost Effective Use of Experts in Litigation
- Ethics in the Construction Industry
- Financial Statement Analysis
- Intellectual Property and Trade Secret Damages
- Methods and Techniques to Avoid Disputes
- Methods for Sureties to Assess and Minimize Risks
- Methods to Value Businesses and Assets
- Preparation and Analysis of Construction Contract Claims
- Preparation and Analysis of Economic Damage Claims
- Preparation and Analysis of Government Contract Claims
- Public Utility Regulation and Regulatory Principles
- Risk Allocation in Long-Term Contracts
- Role of the Independent Consultant in Contract Administration
- Role of the Internal Auditor in Regulatory Investigations

## Additional Experience

### Accounting, Securities and Professional Services Cases

Review of recorded accounting transactions to determine compliance with Generally Accepted Accounting Principles, including issues such as proper revenue recognition, recording of costs and financial statement disclosures. As examples, studied the proper capitalization of expenses, calculation of net realizable value, and accounting for contingencies.

Consulted on numerous disputes involving allegations of professional negligence against Directors and Officers, banks, public accounting firms and law firms. Analyzed and testified on issues bearing on liability, causation and economic damages.

tmf
AN HKA COMPANY

Consulted on various securities cases including SEC investigations, shareholder disputes and professional negligence cases. Analyzed compliance with Generally Accepted Accounting Principles, causes of business failure, propriety of financial statement accounting and disclosures and business operation issues.

## Commercial Litigation

Analyzed the financial condition of corporations and partnerships, performed damage studies, and assessed financial statements, disclosures and other representations under a variety of circumstances including general management consulting and in the context of disputes and litigation. Analyzed and prepared numerous lost profits, increased costs, business and asset value, royalty and other damage claims. Analyses have included study of actual and projected revenues, cost of goods, indirect costs, general and administrative expenses, taxes, cost of capital, discount rates and various assets, liabilities and equity.

- Antitrust
- Bankruptcy Issues
- Breach of Contract
- Business and Asset Valuations
- Business Interruption Claims
- Check Kiting
- Class Action Litigation
- Computer Hardware and Software
- Dealer Distributor Terminations
- Director and Officer Litigation
- Employment and Labor Disputes
- Entertainment and Sports
- Environmental and Toxic Tort
- Failed Institutions
- Forensic Accounting and Tracing
- Fraud Investigations
- Funds Flow and Tracing
- Insurance and Surety Matters
- Lender Liability
- Management Procedures and Controls
- Product Defects
- Professional Negligence
- Property Damage
- Real Estate Disputes
- Securities and Shareholder Disputes
- Troubled Loan Analyses

## Technology, Antitrust and Intellectual Property

Consulted on various matters involving patents, trade secret, and other intellectual property issues. Consulted on various antitrust and related cases including contract bid rigging, below cost pricing, distributor termination, resale price maintenance and tying arrangement matters. Analyses have related to a variety of industries including:

- Aircraft
- Electric Power Quality Products

tmf
AN HKA COMPANY

- Apparel
- Automotive Diagnostic Equipment
- Biotechnology
- Personal Computer Components
- Construction
- Consumer Products
- Disk Drives and Storage Products
- Electronics
- High Capacity Disk Media
- Nuclear Power Technology
- Pharmaceutical Products
- Sporting Goods and Memorabilia
- Tape Storage Systems
- Water Treatment and Purification

**Financial Condition, Bankruptcy and Solvency Experience**

Analyzed the financial condition of numerous companies in various industries in the context of bankruptcy matters, solvency determinations, fraudulent conveyance and alter ego investigations as well as antitrust, breach of contract, fraud, intellectual property, merger and acquisition, professional negligence, lender liability, director and officer, failed savings and loan and other disputes.

Performed trend analysis, qualitative review and ratio analysis of revenues, costs, assets, liabilities and equity. Examined companies' operations, economic conditions, market conditions, ability to acquire debt and equity capital, reasons for deteriorating financial condition and causes of bankruptcy. Traced funds and performed detailed reviews of sources of capital including from: operations, debt, sale of stock and preferred stock, as well as from extraordinary measures such as selling operating assets, monetizing insurance policies and obtaining related party loans. Studied uses of capital, including for operational expenses, interest, payment of debt and other liabilities, capital expenditures and environmental remediation.

Performed specific analysis of insolvency and bankruptcy issues (including determining timing and causes of bankruptcy) and determined whether "reasonably equivalent value" was paid for assets in fraudulent conveyance matters. Assisted in identifying and studying "Badges of Fraud" to assist triers of fact in determining whether a debtor hindered, delayed or defrauded creditors. Studied insolvency and related issues including (1) a company's abilities to pay its debts as the come due, (2) whether the fair value of a company's assets exceeded the amount of its liabilities and (3) whether the company had sufficient capital and access to capital to operate its business.

**Financial Institutions**

Provided consulting services and expert testimony on numerous matters involving banks, savings and loans, and trusts. Experience includes financial statement auditing, analyzing

tmf
AN HKA COMPANY

damages related to lender liability matters, analyzing loan collateral, studying banking operations, and performing forensic analyses in the following areas:

- Accounting Malpractice
- Class Actions
- Director and Officer Litigation
- Failed Savings and Loans
- Fraud Investigations
- Funds Tracing
- Lender Liability
- Lost Profits
- Real Estate Analyses
- Trust Accounts

## Commercial Construction and Manufacturing

Consulted on various construction projects performing general business consulting, claims preparation and analysis, termination claims, false claims, and fraud investigations. Experience with many types of construction projects including the following:

- Airport Facilities
- Bridges
- Chemical and Manufacturing Plants
- Cogeneration Facilities
- Commercial Aircraft
- Dams
- Education Facilities
- Highways and Roads
- Hospitals
- Hotels and Resorts
- Housing Developments
- Jails and Prisons
- Mining Facilities
- Office Buildings
- Oil Refineries
- Pipelines
- Power Plants
- Rail Transportation Systems
- Restaurants and Retail Outlets
- Ships and Boats
- Sports Complexes
- Steel Plants
- Telecommunication Facilities
- Tunnels

## Utility Regulation, Construction and Operations

Performed litigation analyses, financial statement auditing and regulatory and accounting consulting services related to utilities and other regulated companies, including electric and gas utilities and telecommunications companies. Experience has included the following types of cases:

tmf
AN HKA COMPANY

- Affiliate Transaction Rules
- Antitrust Litigation
- Bond Financing
- Bankruptcy Consulting
- Breach of Contract
- Construction Disputes
- Cost Separation and Allocation
- Deregulation Analyses
- Economic Damages
- Fraud Investigations
- Fuel Pricing and Replacement Power
- Merger and Acquisition Disputes
- Power Plant Outage Analyses
- Power Purchase Agreements
- Regulatory Consulting
- Regulatory Prudence Investigations
- Shareholder Derivative Litigation
- Spent Nuclear Fuel
- Supplier and Contractor Litigation
- Uranium Pricing

## Government Contracts

Performed financial statement audits, project cost audits, and general business consulting for government and long-term contracting companies. Analyzed and prepared requests for equitable adjustments, changed work claims, termination claims and false claims disputes in the following areas:

- Army Barracks Construction
- Boats
- Bomb Test Facilities
- Communications Equipment
- Computer Hardware and Software
- Environmental Clean-Up
- Fighter Aircraft
- Flight Test Stations
- Helicopters
- Machine Guns
- Missile Launch Facilities and Test Equipment
- Ocean Exploration Vessels
- Postal Facilities
- Research and Development
- Rockets and Rocket Motors
- Shipbuilding and Repair
- Space Station
- Space Shuttle
- Super Collider
- Surveillance Aircraft
- Tanks
- Trainer Aircraft
- Training Facilities
- Transport Aircraft

tmf
AN HKA COMPANY

## Environmental and Product Defect

Consulted on various environmental and product defect matters. Performed cost studies, cost allocations and assessments of lost profits, increased cost and asset value damages. Past experience includes:

- Asbestos
- Bus Engines
- Chemical Plants
- Computer Equipment
- Electric Power Facilities
- Landfills
- Manufacturing Facilities
- Nuclear Power Plants
- Oil and Gas
- Pollution Control Facilities
- Polybutylene Pipe
- Rail Car Equipment
- Hazardous Waste Sites
- Toxic Tort
- Weapons Plant Clean-Up

## Entertainment and Sports

Consulted and testified in connection with entertainment and sports matters involving motion pictures, television, music, concert and sports venues and merchandise, and celebrity likeness matters. Analyzed motion picture development, production and distribution costs and fees, artist compensation and profit participation, recording costs and music royalties, business projections, finders' fees and back-office costs, among other issues, in connection with the following:

- Asset Sale Agreements
- Breach of Contract
- Fraud Investigations
- GAAP Assessments
- Independent Reviews
- Joint Venture Accounting
- Lost Profits
- Net Profits Accounting
- Tracing of Assets and Funds
- Trade Secrets

*Avram Tucker is a licensed CPA in California and Maryland. Neither Avram Tucker nor TM Financial Forensics LLC provide audit, attest or public accounting services, in these or any other states.