# Exhibit 9

**Documents and Information**

**All documents and information referenced in the notes and Schedules to my Expert Report, dated April 15, 2021.**

**Declarations**

1. Declaration of Julie Krehbiel, dated June 15, 2010
2. Declaration of Richard Pagan, dated June 16, 2010
3. Declaration of Thomas Gehl, dated June 17, 2010
4. Declaration of Charles Adams, dated June 18, 2010
5. Declaration of Andrew Strok, dated June 21, 2010
6. Declaration of Dean Piacente, dated June 22, 2010
7. Declaration of Donna Cerwonka, dated June 22, 2010
8. Declaration of James Schaaf, dated June 23, 2010
9. Declaration of John Kraemer, dated June 23, 2010
10. Declaration of Scott McGregor, dated June 23, 2010
11. Declaration of Thomas Jacobowski, dated June 23, 2010
12. Declaration of David Garin, dated June 24, 2010
13. Declaration of Marc Allen, dated June 24, 2010
14. Declaration of David Lawson, dated June 25, 2010
15. Declaration of Christopher Jenkins, dated June 28, 2010
16. Declaration of Jim Bolander, dated June 28, 2010
17. Declaration of Joseph Osborne, dated June 28, 2010
18. Declaration of Richard Kiley, dated June 28, 2010
19. Declaration of Ronald Listwak, dated June 28, 2010
20. Declaration of Tim McNulty, dated June 28, 2010
21. Declaration of George Duggan, dated June 29, 2010
22. Declaration of Margaret Prystowsky in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, dated June 30, 2010
23. Declaration and Errata of Joseph Kalt, Ph.D., dated May 6, 2014
24. Sur-Reply Declaration of Joseph Kalt, Ph.D., dated July 21, 2014

**Depositions**

25. Deposition of Clyde McIntyre, dated February 18, 2010
26. Deposition of Michael Giftos, dated February 25, 2010
27. Deposition of Donald Seale, dated February 26, 2010
28. Deposition of Mark Draper, dated March 3, 2010
29. Deposition of Charles Adams, dated March 4, 2010
30. Deposition of Samuel Kyei, dated March 4, 2010
31. Deposition of Howard Kaplan, dated March 10, 2010
32. Deposition of Kenneth Hayden, dated March 10, 2010
33. Deposition of Betsy Myers, dated March 11, 2010
34. Deposition of Michael Donnelly, dated March 16, 2010
35. Deposition of William Ruoff, dated March 25, 2010
36. Deposition of Efstrateos Strates, dated April 16, 2010
37. Deposition of Michael Gilley, dated May 5, 2010
38. Deposition of Blair Carter, dated May 11, 2010
39. Deposition of Charles Eisele, dated May 12, 2010

**Documents and Information**

**Depositions (Continued)**

40. Deposition of Craig Rockey, dated May 18, 2010
41. Deposition of Gordon Rausser, Ph.D., dated June 3, 2010
42. Deposition of Louis Snow, dated June 4, 2010
43. Deposition of Edward Hamberger, dated June 7, 2010
44. Deposition of Chris Neikirk, dated June 15, 2010
45. Deposition of John Lanigan, dated June 22, 2010
46. Deposition of Steve Bahn, dated July 7, 2010
47. Deposition of Amanda Davis, dated July 8, 2010
48. Deposition of Robert Knight, Jr., dated July 9, 2010
49. Deposition of Clarence Gooden, dated July 16, 2010
50. Deposition of Matthew Rose, dated July 16, 2010
51. Deposition of Patrick Glennon, dated July 20, 2010
52. Deposition of John Couch, dated August 3, 2010
53. Deposition of James Young, dated August 4, 2010
54. Deposition of Robert Willig, dated August 4, 2010
55. Deposition of David Lawson, dated August 5, 2010
56. Deposition of Ronald Listwak, dated August 6, 2010
57. Deposition of Richard Pagan, dated August 9, 2010
58. Deposition of Julie Krehbiel, dated August 10, 2010
59. Deposition of Thomas Gehl, dated August 10, 2010
60. Deposition of Tim McNulty, dated August 10, 2010
61. Deposition of John Kraemer, dated August 11, 2010
62. Deposition of Joseph Osborne, dated August 11, 2010
63. Deposition of Marc Allen, dated August 12, 2010
64. Deposition of Thomas Jacobowski, dated August 12, 2010
65. Deposition of Dean Piacente, dated August 13, 2010
66. Deposition of Donna Cerwonka, dated August 13, 2010
67. Deposition of David Garin, dated August 16, 2010
68. Deposition of Matthew Bailey, dated August 24, 2010
69. Deposition of Gordon Rausser, Ph.D., dated September 24, 2010
70. Deposition of Michael Gilley, dated October 1, 2010
71. Deposition of John Koraleski, dated December 2, 2010
72. Deposition of Charles Moorman, dated January 7, 2011
73. Deposition of David Goode, dated January 13, 2011
74. Deposition of Jeffrey Usher, dated February 2, 2011
75. Deposition of Michael Ward, dated February 10, 2011
76. Deposition of Richard Davidson, dated February 24, 2011
77. Deposition of Windy Hames, dated May 5, 2011
78. Deposition of Corniece Hester, dated May 17, 2011
79. Deposition of Charles Adams, dated May 25, 2011
80. Deposition of Marty Coalson, dated May 25, 2011
81. Deposition of Paul Anderson, dated May 26, 2011
82. Deposition of John Koraleski, dated June 16, 2011
83. Deposition of Fred Ehlers, dated June 22, 2011
84. Deposition of Kathleen Smith, dated June 22, 2011
85. Deposition of John McIntosh, dated June 23, 2011
86. Deposition of Edward Jenkins, dated July 27, 2011

**Documents and Information**

**Depositions (Continued)**

87. Deposition of Mike Crawford, dated July 27, 2011
88. Deposition of Kurt Wilhelm, dated October 9, 2012
89. Deposition of Gordon Rausser, Ph.D., dated December 11, 2012
90. Deposition of Gordon Rausser, Ph.D., dated December 18, 2012
91. Deposition of Dennis Carlton, Ph.D., dated May 14, 2013
92. Deposition of Linda Morgan, Esquire, dated May 16, 2013
93. Deposition of Barry Harris, Ph.D., dated May 21, 2013
94. Deposition of Janusz Ordover, Ph.D., dated May 24, 2013
95. Deposition of John Johnson, dated May 31, 2013
96. Deposition of John Johnson, Ph.D., dated May 31, 2013
97. Deposition of James McClave, Ph.D., dated February 26, 2014
98. Deposition of Gordon Rausser, Ph.D., dated March 4, 2014
99. Deposition of Gordon Rausser, Ph.D., dated March 5, 2014
100. Deposition of James McClave, Ph.D., dated July 24, 2014
101. Deposition of Gordon Rausser, Ph.D., dated July 31, 2014
102. Deposition of Gordon Rausser, Ph.D., dated October 1, 2014
103. Deposition of John Chilcott, dated October 16, 2014
104. Deposition of Rod Montgomery, dated October 17, 2014
105. Deposition of Gareth Macartney, Ph.D., dated October 18, 2014
106. Deposition of Laura Craft, dated October 18, 2014
107. Deposition of Gordon Rausser, Ph.D., dated October 20, 2014
108. Deposition of Jeffrey Leitzinger, Ph.D., dated June 25, 2015
109. Deposition of Jeffrey Leitzinger, Ph.D., dated June 26, 2015
110. Deposition of Leslie Marx, Ph.D., dated March 2, 2021
111. Deposition of James McClave, Ph.D., dated March 3, 2021
112. Deposition of Douglas Bernheim, Ph.D., dated March 9, 2021
113. Deposition of Jeffrey Leitzinger, Ph.D., dated March 11, 2021

**Expert Reports**

114. Corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010 (Originally filed March 18, 2010)
115. Expert Reply Report of Gordon Rausser, Ph.D., dated August 27, 2010
116. Expert Report of Gordon Rausser, Ph.D., dated October 15, 2012
117. Expert Report of Janusz Ordover, Ph.D., dated January 22, 2013
118. Expert Report of Linda Morgan, Esquire, dated January 22, 2013
119. Expert Report of William Rennicke, dated January 22, 2013
120. Expert Report of John Johnson, IV, dated February 15, 2013
121. Corrected Expert Report of Joseph Kalt, Ph.D., dated March 1, 2013
122. Corrected Expert Report of Barry Harris, Ph.D., dated March 22, 2013
123. Expert Reply Report of Gordon Rausser, Ph.D., dated June 12, 2013
124. Supplemental Reply Expert Report of Gordon Rausser, Ph.D., dated May 28, 2014
125. Supplemental Expert Report of James McClave, Ph.D., dated May 28, 2014
126. Expert Report of Jeffrey Leitzinger, Ph.D., dated April 1, 2015
127. Corrected Expert Report of Dennis Carlton, Ph.D., dated September 17, 2015 (Originally filed June 2, 2013)
128. Expert Report of Douglas Bernheim, Ph.D., dated September 15, 2020

**Documents and Information**

**Expert Reports (Continued)**

129. Expert Report of James McClave, Ph.D., dated September 15, 2020
130. Expert Report of Jeffrey Leitzinger, Ph.D., dated September 15, 2020
131. Expert Report of Joseph Dettmar, dated September 15, 2020
132. Expert Report of Leslie Marx, Ph.D., dated September 15, 2020

**Data Provided by Compass Lexecon**

133. Kalt Plaintiff Data provided by Compass Lexecon
134. Leitzinger Plaintiff Data provided by Compass Lexecon
135. Marx Plaintiff Data provided by Compass Lexecon
136. McClave Plaintiff Data provided by Compass Lexecon
137. Leitzinger Base Rate Overcharge Percentages provided by Compass Lexecon
138. NYMEX Data provided by Compass Lexecon

**Legal Filings**

139. Stipulation and [Proposed] Order Regarding the Non-Disclosure of Certain Information Regarding Expert Witnesses, dated March 17, 2009
140. Plaintiff Donnelly Commodities, Inc.'s Objections and Responses to Defendants' Joint First Set of Interrogatories Directed to Donnelly Commodities, Inc., dated July 24, 2009
141. Plaintiff Dust Pro, Inc.'s Objections and Responses to Defendants' Joint First Set of Interrogatories Directed to Dust Pro, Inc., dated July 24, 2009
142. Plaintiff Strates Shows, Inc.'s Objections and Responses to Defendants' Joint First Set of Interrogatories Directed to Strates Shows, Inc., dated July 24, 2009
143. Plaintiff US Magnesium LLC's Objections and Responses to Defendants' Joint First Set of Interrogatories Directed to US Magnesium LLC, dated July 24, 2009
144. *In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION*, Second Consolidated Amended Class Action Complaint, dated February 3, 2010
145. Plaintiff Olin Corporation's Objections and Responses to Defendants' Joint First Set of Interrogatories, dated March 4, 2010
146. Plaintiff's Memorandum in Support for Class Certification, dated March 18, 2010
147. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, dated July 1, 2010
148. Plaintiffs' Reply Memorandum in Support of Motion for Class Certification, dated August 27, 2010
149. Defendants' Joint First Requests for Admissions Directed to Plaintiff Carter Distributing Company, dated October 20, 2010
150. Defendants' Joint First Requests for Admissions Directed to Plaintiff Dakota Granite Company, dated October 20, 2010
151. Defendants' Joint First Requests for Admissions Directed to Plaintiff Donnelly Commodities, Inc., dated October 20, 2010
152. Defendants' Joint First Requests for Admissions Directed to Plaintiff Dust Pro, Inc., dated October 20, 2010
153. Defendants' Joint First Requests for Admissions Directed to Plaintiff Olin Corporation, dated October 20, 2010

**Documents and Information**

**Legal Filings (Continued)**

154. Defendants' Joint First Requests for Admissions Directed to Plaintiff Strates Shows, Inc., dated October 20, 2010
155. Defendants' Joint First Requests for Admissions Directed to Plaintiff U.S. Magnesium, Inc., dated October 20, 2010
156. Direct Purchaser Plaintiffs' Consolidated Objections and Responses to the First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs By: (1) BNSF Railway Company; (2) CSX Transportation, Inc.; (3) Norfolk Southern Railway Company; and (4) Union Pacific Rail Way Company ("Defendants"), dated November 30, 2010
157. Direct Purchaser Plaintiffs' First Amended Consolidated Objections and Responses to the First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs By: (1) BNSF Railway Company; (2) CSX Transportation, Inc.; (3) Norfolk Southern Railway Company; and (4) Union Pacific Rail Way Company ("Defendants"), dated February 8, 2011
158. Direct Purchaser Plaintiffs' Second Amended Consolidated Objections and Responses to the First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs By: (1) BNSF Railway Company; (2) CSX Transportation, Inc.; (3) Norfolk Southern Railway Company; and (4) Union Pacific Rail Way Company ("Defendants"), dated May 11, 2011
159. *In re RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION*, Plaintiffs' Second Amended Consolidated Objections and Responses to Defendants' Joint First Requests for Admissions, dated May 11, 2011
160. Plaintiffs' Second Amended Consolidated Objections and Responses to Defendants' Joint First Requests for Admissions, dated May 11, 2011
161. Second Supplemental Responses and Objections of Norfolk Southern Railway Company to Direct Purchaser Plaintiffs' Second Set of Interrogatories, dated May 11, 2011
162. Direct Purchaser Plaintiffs' Supplemental Consolidated Objections and Responses to the First Set of Interrogatories Directed to All Direct Purchaser Plaintiffs By: (1) BNSF Railway Company; (2) CSX Transportation, Inc.; (3) Norfolk Southern Railway Company; and (4) Union Pacific Rail Way Company ("Defendants"), dated January 4, 2012
163. Plaintiffs' Supplemental Consolidated Objections and Responses to Defendants' Joint First Requests for Admissions, dated January 4, 2012
164. *In Re: Rail Freight Fuel Surcharge Antitrust Litigation* - MDL No. 1869, Class Certification Decision (287 F.R.D), dated June 21, 2012
165. Plaintiffs' Supplemental Memorandum of Law in Support of Motion for Class Certification, dated December 19, 2013
166. Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion for Class Certification, dated March 31, 2014
167. Plaintiffs' Supplemental Reply Memorandum of Law in Support of for Class Certification, dated May 28, 2014
168. *In Re: Rail Freight Fuel Surcharge Antitrust Litigation* - MDL No. 1869, 292 F.Supp 3d 14, 123 n.37 (D.D.C. 2017)
169. *In Re: Rail Freight Fuel Surcharge Antitrust Litigation* - MDL No. 1869, Appeal from the United States District Court for the District of Columbia (No. 1:07-mc-00489) Decision, dated August 16, 2019
170. Defendants' Motion & Memorandum of Law Regarding the Interpretation and Application of 49 U.S.C. § 10706, dated February 21, 2020
171. Defendant Norfolk Southern's Rule 26 Initial Disclosures, dated September 10, 2020
172. Stipulation and Order Regarding the Non-Disclosure of Certain Information Regarding Expert Witnesses, dated October 8, 2020

**Documents and Information**

**Production Documents**

173. AAR-E-00000001 - AAR-E-00116408
174. AAR-P-00000001 - AAR-P-00003365
175. AAR-P-00004143 - AAR-P-00005567
176. BNSF_CAL-0000001 - BNSF_CAL-0018366
177. BNSF_LOG0000002 - BNSF_LOG0000056
178. BNSF_LOG0000059 - BNSF_LOG0000080
179. BNSF_LOG0000082 - BNSF_LOG0000082
180. BNSF_LOG0000101 - BNSF_LOG0000129
181. BNSF_LOG0000188 - BNSF_LOG0000191
182. BNSF_LOG0000202 - BNSF_LOG0000240
183. BNSF_LOG0000245 - BNSF_LOG0000249
184. BNSF_LOG0000254 - BNSF_LOG0000258
185. BNSF_LOG0000263 - BNSF_LOG0000281
186. BNSF_LOG0000287 - BNSF_LOG0000297
187. BNSF_LOG0000300 - BNSF_LOG0000302
188. BNSF_LOG0000305 - BNSF_LOG0000305
189. BNSF_LOG0000308 - BNSF_LOG0000316
190. BNSF_LOG0000326 - BNSF_LOG0000332
191. BNSF_LOG0000335 - BNSF_LOG0000351
192. BNSF_LOG0000363 - BNSF_LOG0000382
193. BNSF_LOG0000392 - BNSF_LOG0000396
194. BNSF_LOG0000414 - BNSF_LOG0000415
195. BNSF_LOG0000420 - BNSF_LOG0000440
196. BNSF_LOG0000445 - BNSF_LOG0000768
197. BNSF_LOG0000774 - BNSF_LOG0000781
198. BNSF_LOG0000786 - BNSF_LOG0000787
199. BNSF_LOG0000790 - BNSF_LOG0000790
200. BNSF_LOG0000792 - BNSF_LOG0000817
201. BNSF_LOG0000828 - BNSF_LOG0000830
202. BNSF_LOG0000903 - BNSF_LOG0000943
203. BNSF_LOG0000951 - BNSF_LOG0000963
204. BNSF_LOG0000965 - BNSF_LOG0000967
205. BNSF_LOG0000975 - BNSF_LOG0000977
206. BNSF_LOG0000989 - BNSF_LOG0000991
207. BNSF_LOG0000994 - BNSF_LOG0001117
208. BNSF_LOG0001128 - BNSF_LOG0001157
209. BNSF_LOG0001168 - BNSF_LOG0001169
210. BNSF_LOG0001178 - BNSF_LOG0001181
211. BNSF_LOG0001189 - BNSF_LOG0001215
212. BNSF_LOG0001220 - BNSF_LOG0001228
213. BNSF_LOG0001265 - BNSF_LOG0001265
214. BNSF_LOG0001285 - BNSF_LOG0001481
215. BNSF_LOG0001494 - BNSF_LOG0001494
216. BNSF_LOG0001499 - BNSF_LOG0001500
217. BNSF_LOG0001576 - BNSF_LOG0001577
218. BNSF_LOG0001748 - BNSF_LOG0002167
219. BNSF_LOG0002173 - BNSF_LOG0002175

## Documents and Information

**Production Documents (Continued)**

220. BNSF_LOG0002180 - BNSF_LOG0002183
221. BNSF_LOG0002188 - BNSF_LOG0002190
222. BNSF_LOG0002208 - BNSF_LOG0002217
223. BNSF_LOG0002226 - BNSF_LOG0002227
224. BNSF_LOG0002304 - BNSF_LOG0002308
225. BNSF_LOG0002355 - BNSF_LOG0002364
226. BNSF_LOG0002371 - BNSF_LOG0002374
227. BNSF_LOG0002378 - BNSF_LOG0002380
228. BNSF_LOG0002386 - BNSF_LOG0002512
229. BNSF_LOG0002518 - BNSF_LOG0002520
230. BNSF_LOG0002530 - BNSF_LOG0002539
231. BNSF_LOG0002553 - BNSF_LOG0005140
232. BNSF_LOG0005165 - BNSF_LOG0005353
233. BNSF_LOG0005371 - BNSF_LOG0005379
234. BNSF_LOG0005467 - BNSF_LOG0005472
235. BNSF_LOG0005481 - BNSF_LOG0005496
236. BNSF_LOG0005520 - BNSF_LOG0005580
237. BNSF_LOG0005619 - BNSF_LOG0006029
238. BNSF_LOG0006042 - BNSF_LOG0006137
239. BNSF_LOG0006205 - BNSF_LOG0006252
240. BNSF_LOG0006262 - BNSF_LOG0006371
241. BNSF_LOG0006373 - BNSF_LOG0006476
242. BNSF_LOG0006490 - BNSF_LOG0006537
243. BNSF_LOG0006542 - BNSF_LOG0006589
244. BNSF_LOG0006600 - BNSF_LOG0006647
245. BNSF_LOG0006669 - BNSF_LOG0006716
246. BNSF_LOG0006731 - BNSF_LOG0006778
247. BNSF_LOG0006848 - BNSF_LOG0006901
248. BNSF_LOG0006940 - BNSF_LOG0007041
249. BNSF_LOG0007043 - BNSF_LOG0007092
250. BNSF_LOG0007096 - BNSF_LOG0007147
251. BNSF_LOG0007238 - BNSF_LOG0007351
252. BNSF_LOG0007354 - BNSF_LOG0007354
253. BNSF_LOG0007359 - BNSF_LOG0007414
254. BNSF_LOG0007541 - BNSF_LOG0007590
255. BNSF_LOG0007595 - BNSF_LOG0007642
256. BNSF_LOG0007652 - BNSF_LOG0007699
257. BNSF_LOG0008049 - BNSF_LOG0008097
258. BNSF_LOG0008375 - BNSF_LOG0008415
259. BNSF_LOG0008417 - BNSF_LOG0008455
260. BNSF_LOG0008460 - BNSF_LOG0008477
261. BNSF_LOG0008505 - BNSF_LOG0008507
262. BNSF_LOG0008522 - BNSF_LOG0008523
263. BNSF_LOG0009088 - BNSF_LOG0009119
264. BNSF_LOG0009128 - BNSF_LOG0009151
265. BNSF_LOG0009157 - BNSF_LOG0009263
266. BNSF_LOG0009271 - BNSF_LOG0009271

## Documents and Information

**Production Documents (Continued)**

267. BNSF_LOG0009278 - BNSF_LOG0009278
268. BNSF_LOG0009294 - BNSF_LOG0009295
269. BNSF_LOG0009305 - BNSF_LOG0009315
270. BNSF_LOG0009372 - BNSF_LOG0009372
271. BNSF_LOG0009478 - BNSF_LOG0009479
272. BNSF_LOG0009512 - BNSF_LOG0009512
273. BNSF_LOG0009563 - BNSF_LOG0009563
274. BNSF_LOG0009650 - BNSF_LOG0009877
275. BNSF_LOG0009889 - BNSF_LOG0009906
276. BNSF_LOG0009911 - BNSF_LOG0009911
277. BNSF_LOG0009917 - BNSF_LOG0010015
278. BNSF_LOG0010018 - BNSF_LOG0010018
279. BNSF_LOG0010034 - BNSF_LOG0010034
280. BNSF_LOG0010054 - BNSF_LOG0010057
281. BNSF_LOG0010105 - BNSF_LOG0010168
282. BNSF_LOG0010192 - BNSF_LOG0010203
283. BNSF_LOG0010210 - BNSF_LOG0010218
284. BNSF_LOG0010231 - BNSF_LOG0010252
285. BNSF_LOG0010263 - BNSF_LOG0010275
286. BNSF_LOG0010368 - BNSF_LOG0010398
287. BNSF_LOG0010424 - BNSF_LOG0010453
288. BNSF_LOG0010455 - BNSF_LOG0010456
289. BNSF_LOG0010462 - BNSF_LOG0010462
290. BNSF_LOG0010470 - BNSF_LOG0010471
291. BNSF_LOG0010528 - BNSF_LOG0010528
292. BNSF_LOG0010531 - BNSF_LOG0010531
293. BNSF_LOG0010544 - BNSF_LOG0010560
294. BNSF_LOG0010565 - BNSF_LOG0010656
295. BNSF_LOG0010666 - BNSF_LOG0010841
296. BNSF_LOG0010872 - BNSF_LOG0010878
297. BNSF_LOG0010988 - BNSF_LOG0011002
298. BNSF_LOG0011006 - BNSF_LOG0011008
299. BNSF_LOG0011013 - BNSF_LOG0011016
300. BNSF_LOG0011057 - BNSF_LOG0011069
301. BNSF_LOG0011204 - BNSF_LOG0011232
302. BNSF_LOG0011242 - BNSF_LOG0011247
303. BNSF_LOG0011280 - BNSF_LOG0011284
304. BNSF_LOG0011290 - BNSF_LOG0011291
305. BNSF_LOG0011294 - BNSF_LOG0011295
306. BNSF_LOG0011303 - BNSF_LOG0011327
307. BNSF_LOG0011342 - BNSF_LOG0011350
308. BNSF_LOG0011422 - BNSF_LOG0011554
309. BNSF_LOG0011570 - BNSF_LOG0011572
310. BNSF_LOG0011574 - BNSF_LOG0011575
311. BNSF_LOG0011577 - BNSF_LOG0011580
312. BNSF_LOG0011594 - BNSF_LOG0011614
313. BNSF_LOG0011636 - BNSF_LOG0011637

**Documents and Information**

**Production Documents (Continued)**

314. BNSF_LOG0011639 - BNSF_LOG0011685
315. BNSF_LOG0011728 - BNSF_LOG0011732
316. BNSF_LOG0011747 - BNSF_LOG0012271
317. BNSF_LOG0012276 - BNSF_LOG0012291
318. BNSF_LOG0012590 - BNSF_LOG0012621
319. BNSF_LOG0012623 - BNSF_LOG0012637
320. BNSF_LOG0012639 - BNSF_LOG0012809
321. BNSF_LOG0012812 - BNSF_LOG0012830
322. BNSF_LOG0012834 - BNSF_LOG0012837
323. BNSF_LOG0012842 - BNSF_LOG0012949
324. BNSF_LOG0012953 - BNSF_LOG0012953
325. BNSF_LOG0012955 - BNSF_LOG0013001
326. BNSF_LOG0013192 - BNSF_LOG0013210
327. BNSF_LOG0013222 - BNSF_LOG0013232
328. BNSF_LOG0013236 - BNSF_LOG0013239
329. BNSF_LOG0013241 - BNSF_LOG0013245
330. BNSF_LOG0013282 - BNSF_LOG0013283
331. BNSF_LOG0013298 - BNSF_LOG0013299
332. BNSF_LOG0013353 - BNSF_LOG0013357
333. BNSF_LOG0013360 - BNSF_LOG0013368
334. BNSF_LOG0013372 - BNSF_LOG0013372
335. BNSF_LOG0013374 - BNSF_LOG0013378
336. BNSF_LOG0013402 - BNSF_LOG0013405
337. BNSF_LOG0013444 - BNSF_LOG0013461
338. BNSF_LOG0013468 - BNSF_LOG0013470
339. BNSF_LOG0013498 - BNSF_LOG0013498
340. BNSF_LOG0013511 - BNSF_LOG0013514
341. BNSF_LOG0013534 - BNSF_LOG0013537
342. BNSF_LOG0013549 - BNSF_LOG0013551
343. BNSF_LOG0013567 - BNSF_LOG0013609
344. BNSF_LOG0013620 - BNSF_LOG0013635
345. BNSF_LOG0013639 - BNSF_LOG0013639
346. BNSF_LOG0013645 - BNSF_LOG0013645
347. BNSF_LOG0013666 - BNSF_LOG0013666
348. BNSF_LOG0013674 - BNSF_LOG0013715
349. BNSF_LOG0013718 - BNSF_LOG0013730
350. BNSF_LOG0013741 - BNSF_LOG0013756
351. BNSF_LOG0013759 - BNSF_LOG0013775
352. BNSF_LOG0013810 - BNSF_LOG0013812
353. BNSF_LOG0013814 - BNSF_LOG0013815
354. BNSF_LOG0013853 - BNSF_LOG0013853
355. BNSF_LOG0013859 - BNSF_LOG0013904
356. BNSF_LOG0013915 - BNSF_LOG0013957
357. BNSF_LOG0013966 - BNSF_LOG0013967
358. BNSF_LOG0013969 - BNSF_LOG0013980
359. BNSF_LOG0014039 - BNSF_LOG0014039
360. BNSF_LOG0014041 - BNSF_LOG0014049

**Documents and Information**

**Production Documents (Continued)**

361. BNSF_LOG0014067 - BNSF_LOG0014067
362. BNSF_LOG0014075 - BNSF_LOG0014079
363. BNSF_LOG0014091 - BNSF_LOG0014103
364. BNSF_LOG0014110 - BNSF_LOG0014119
365. BNSF_LOG0014167 - BNSF_LOG0014190
366. BNSF_LOG0014193 - BNSF_LOG0014199
367. BNSF_LOG0014211 - BNSF_LOG0014222
368. BNSF_LOG0014226 - BNSF_LOG0014243
369. BNSF_LOG0014250 - BNSF_LOG0014251
370. BNSF_LOG0014403 - BNSF_LOG0014433
371. BNSF_LOG0014444 - BNSF_LOG0014450
372. BNSF_LOG0014454 - BNSF_LOG0014454
373. BNSF_LOG0014460 - BNSF_LOG0014460
374. BNSF_LOG0014466 - BNSF_LOG0014466
375. BNSF_LOG0014474 - BNSF_LOG0014603
376. BNSF_LOG0014608 - BNSF_LOG0014609
377. BNSF_LOG0014612 - BNSF_LOG0014648
378. BNSF_LOG0014663 - BNSF_LOG0014668
379. BNSF_LOG0014672 - BNSF_LOG0014688
380. BNSF_LOG0014693 - BNSF_LOG0014779
381. BNSF_LOG0014783 - BNSF_LOG0014784
382. BNSF_LOG0014807 - BNSF_LOG0014808
383. BNSF_LOG0014883 - BNSF_LOG0014886
384. BNSF_LOG0014894 - BNSF_LOG0015168
385. BNSF_LOG0015348 - BNSF_LOG0015399
386. BNSF_LOG0015402 - BNSF_LOG0015402
387. BNSF_LOG0015404 - BNSF_LOG0015406
388. BNSF_LOG0015411 - BNSF_LOG0015411
389. BNSF_LOG0015413 - BNSF_LOG0015413
390. BNSF_LOG0015419 - BNSF_LOG0016073
391. BNSF_PRIV_AUTO0000068 - BNSF_PRIV_AUTO0000093
392. BNSF_PRIV_AUTO0000218 - BNSF_PRIV_AUTO0000331
393. BNSF_PRIV_AUTO0000336 - BNSF_PRIV_AUTO0000377
394. BNSF_PRIV_AUTO0000411 - BNSF_PRIV_AUTO0000418
395. BNSF_PRIV_AUTO0000420 - BNSF_PRIV_AUTO0000447
396. BNSF_PRIV_AUTO0000449 - BNSF_PRIV_AUTO0000450
397. BNSF_PRIV_AUTO0000458 - BNSF_PRIV_AUTO0000494
398. BNSF_PRIV_AUTO0000502 - BNSF_PRIV_AUTO0000534
399. BNSF_PRIV_AUTO0000819 - BNSF_PRIV_AUTO0000842
400. BNSF_PRIV_AUTO0000851 - BNSF_PRIV_AUTO0000853
401. BNSF_PRIV_AUTO0000891 - BNSF_PRIV_AUTO0000942
402. BNSF_PRIV_AUTO0001202 - BNSF_PRIV_AUTO0001210
403. BNSF_PRIV_AUTO0001218 - BNSF_PRIV_AUTO0001229
404. BNSF_PRIV_AUTO0001279 - BNSF_PRIV_AUTO0001316
405. BNSF_PRIV_AUTO0001320 - BNSF_PRIV_AUTO0001321
406. BNSF_PRIV_AUTO0001326 - BNSF_PRIV_AUTO0001330
407. BNSF_PRIV_AUTO0001476 - BNSF_PRIV_AUTO0001542

**Documents and Information**

**Production Documents (Continued)**

408. BNSF_PRIV_AUTO0003094 - BNSF_PRIV_AUTO0003109
409. BNSF_PRIV_AUTO0003142 - BNSF_PRIV_AUTO0003143
410. BNSF_PRIV_AUTO0003240 - BNSF_PRIV_AUTO0003248
411. BNSF_PRIV_AUTO0003250 - BNSF_PRIV_AUTO0003251
412. BNSF_PRIV_AUTO0003275 - BNSF_PRIV_AUTO0003279
413. BNSF_PRIV_AUTO0003281 - BNSF_PRIV_AUTO0003390
414. BNSF_PRIV_AUTO0003478 - BNSF_PRIV_AUTO0003478
415. BNSF_PRIV_AUTO0003514 - BNSF_PRIV_AUTO0003526
416. BNSF_PRIV_AUTO0003548 - BNSF_PRIV_AUTO0003553
417. BNSF_PRIV_AUTO0003567 - BNSF_PRIV_AUTO0003573
418. BNSF_PRIV_AUTO0003599 - BNSF_PRIV_AUTO0003619
419. BNSF_PRIV_AUTO0003756 - BNSF_PRIV_AUTO0003791
420. BNSF_PRIV_AUTO0003806 - BNSF_PRIV_AUTO0003816
421. BNSF_PRIV_AUTO0004871 - BNSF_PRIV_AUTO0004872
422. BNSF_PRIV_AUTO0014428 - BNSF_PRIV_AUTO0014514
423. BNSF_PRIV_AUTO0014640 - BNSF_PRIV_AUTO0014646
424. BNSF_PRIV_AUTO0014655 - BNSF_PRIV_AUTO0014659
425. BNSF_PRIV_AUTO0014665 - BNSF_PRIV_AUTO0014690
426. BNSF_PRIV_AUTO0014700 - BNSF_PRIV_AUTO0014707
427. BNSF_PRIV_AUTO0014710 - BNSF_PRIV_AUTO0014721
428. BNSF_PRIV_AUTO0014723 - BNSF_PRIV_AUTO0014739
429. BNSF_PRIV_AUTO0014741 - BNSF_PRIV_AUTO0014794
430. BNSF_PRIV_AUTO0014799 - BNSF_PRIV_AUTO0014807
431. BNSF_PRIV_AUTO0014810 - BNSF_PRIV_AUTO0014863
432. BNSF_PRIV_AUTO0014865 - BNSF_PRIV_AUTO0014867
433. BNSF_PRIV_AUTO0014869 - BNSF_PRIV_AUTO0014890
434. BNSF_PRIV_AUTO0014892 - BNSF_PRIV_AUTO0014910
435. BNSF_PRIV_AUTO0014912 - BNSF_PRIV_AUTO0014918
436. BNSF_PRIV_AUTO0014926 - BNSF_PRIV_AUTO0014951
437. BNSF_PRIV_AUTO0014954 - BNSF_PRIV_AUTO0014968
438. BNSF_PRIV_AUTO0014970 - BNSF_PRIV_AUTO0014986
439. BNSF_PRIV_AUTO0014988 - BNSF_PRIV_AUTO0014999
440. BNSF_PRIV_AUTO0015001 - BNSF_PRIV_AUTO0015058
441. BNSF_PRIV_AUTO0015061 - BNSF_PRIV_AUTO0015068
442. BNSF_PRIV_AUTO0015070 - BNSF_PRIV_AUTO0015077
443. BNSF_PRIV_AUTO0015083 - BNSF_PRIV_AUTO0015090
444. BNSF_PRIV_AUTO0015092 - BNSF_PRIV_AUTO0015105
445. BNSF_PRIV_AUTO0017462 - BNSF_PRIV_AUTO0017617
446. BNSF_PRIV_AUTO0017646 - BNSF_PRIV_AUTO0017651
447. BNSF_PRIV_AUTO0017660 - BNSF_PRIV_AUTO0017667
448. BNSF_PRIV_AUTO0018487 - BNSF_PRIV_AUTO0018488
449. BNSF_PRIV_AUTO0020986 - BNSF_PRIV_AUTO0021012
450. BNSF_PRIV_AUTO0021079 - BNSF_PRIV_AUTO0021080
451. BNSF_PRIV_AUTO0021107 - BNSF_PRIV_AUTO0021108
452. BNSF_PRIV_AUTO0021110 - BNSF_PRIV_AUTO0021112
453. BNSF_PRIV_AUTO0021128 - BNSF_PRIV_AUTO0021130
454. BNSF_PRIV_AUTO0021142 - BNSF_PRIV_AUTO0021145

**Documents and Information**

**Production Documents (Continued)**

455. BNSF_PRIV_AUTO0021156 - BNSF_PRIV_AUTO0021159
456. BNSF_PRIV_AUTO0021173 - BNSF_PRIV_AUTO0021188
457. BNSF_PRIV_AUTO0021194 - BNSF_PRIV_AUTO0021199
458. BNSF_PRIV_AUTO0021232 - BNSF_PRIV_AUTO0021235
459. BNSF_PRIV_AUTO0021269 - BNSF_PRIV_AUTO0021272
460. BNSF_PRIV_AUTO0021281 - BNSF_PRIV_AUTO0021390
461. BNSF_PRIV_AUTO0022463 - BNSF_PRIV_AUTO0022484
462. BNSF_PRIV_AUTO0023730 - BNSF_PRIV_AUTO0023747
463. BNSF_PRIV_AUTO0023759 - BNSF_PRIV_AUTO0023776
464. BNSF_PRIV_AUTO0023788 - BNSF_PRIV_AUTO0023802
465. BNSF_PRIV_AUTO0030659 - BNSF_PRIV_AUTO0030714
466. BNSF_PRIV_AUTO0034678 - BNSF_PRIV_AUTO0034723
467. BNSF_PRIV_AUTO0034740 - BNSF_PRIV_AUTO0034783
468. BNSF_PRIV_AUTO0034785 - BNSF_PRIV_AUTO0034828
469. BNSF_PRIV_AUTO0034830 - BNSF_PRIV_AUTO0034885
470. BNSF_PRIV_AUTO0034938 - BNSF_PRIV_AUTO0034985
471. BNSF_PRIV_AUTO0035085 - BNSF_PRIV_AUTO0035142
472. BNSF_PRIV_AUTO0035144 - BNSF_PRIV_AUTO0035188
473. BNSF_PRIV_AUTO0035202 - BNSF_PRIV_AUTO0035251
474. BNSF_PRIV_AUTO0035295 - BNSF_PRIV_AUTO0035378
475. BNSF_PRIV_AUTO0035381 - BNSF_PRIV_AUTO0035412
476. BNSF_PRIV_AUTO0035418 - BNSF_PRIV_AUTO0035422
477. BNSF_PRIV_AUTO0035428 - BNSF_PRIV_AUTO0035432
478. BNSF_PRIV_AUTO0035438 - BNSF_PRIV_AUTO0035525
479. BNSF_PRIV_AUTO0035528 - BNSF_PRIV_AUTO0035542
480. BNSF_PRIV_AUTO0038925 - BNSF_PRIV_AUTO0038940
481. BNSF_PRIV_AUTO0038968 - BNSF_PRIV_AUTO0038994
482. BNSF_PRIV_AUTO0040018 - BNSF_PRIV_AUTO0040024
483. BNSF_PRIV_AUTO0040144 - BNSF_PRIV_AUTO0040147
484. BNSF_PRIV_AUTO0040149 - BNSF_PRIV_AUTO0040151
485. BNSF_PRIV_AUTO0040192 - BNSF_PRIV_AUTO0040194
486. BNSF_PRIV_AUTO0040319 - BNSF_PRIV_AUTO0040325
487. BNSF_PRIV_AUTO0040327 - BNSF_PRIV_AUTO0040334
488. BNSF_PRIV_AUTO0040454 - BNSF_PRIV_AUTO0040475
489. BNSF_PRIV_AUTO0040477 - BNSF_PRIV_AUTO0040574
490. BNSF_PRIV_AUTO0040578 - BNSF_PRIV_AUTO0040835
491. BNSF_PRIV_AUTO0040837 - BNSF_PRIV_AUTO0040992
492. BNSF_PRIV_AUTO0041248 - BNSF_PRIV_AUTO0041285
493. BNSF_PRIV_AUTO0041287 - BNSF_PRIV_AUTO0041287
494. BNSF_PRIV_AUTO0041290 - BNSF_PRIV_AUTO0041290
495. BNSF_PRIV_AUTO0041384 - BNSF_PRIV_AUTO0041390
496. BNSF_PRIV_AUTO0041394 - BNSF_PRIV_AUTO0041395
497. BNSF_PRIV_AUTO0041418 - BNSF_PRIV_AUTO0041418
498. BNSF_PRIV_AUTO0041420 - BNSF_PRIV_AUTO0041465
499. BNSF_PRIV_AUTO0041520 - BNSF_PRIV_AUTO0041658
500. BNSF_PRIV_AUTO0042819 - BNSF_PRIV_AUTO0042946
501. BNSF_PRIV_AUTO0047527 - BNSF_PRIV_AUTO0047588

**Documents and Information**

**Production Documents (Continued)**

502. BNSF_PRIV_AUTO0047634 - BNSF_PRIV_AUTO0048528
503. BNSF_PRIV_AUTO0052101 - BNSF_PRIV_AUTO0052509
504. BNSF_PRIV_AUTO0054454 - BNSF_PRIV_AUTO0054521
505. BNSF_PRIV_AUTO0056780 - BNSF_PRIV_AUTO0058171
506. BNSF_PRIV_AUTO0058369 - BNSF_PRIV_AUTO0058460
507. BNSF_PRIV_AUTO0065781 - BNSF_PRIV_AUTO0065785
508. BNSF_PRIV_AUTO0065817 - BNSF_PRIV_AUTO0065878
509. BNSF_PRIV_AUTO0066328 - BNSF_PRIV_AUTO0066344
510. BNSF_PRIV_AUTO0066429 - BNSF_PRIV_AUTO0066545
511. BNSF_PRIV_AUTO0066726 - BNSF_PRIV_AUTO0066825
512. BNSF_PRIV_AUTO0068448 - BNSF_PRIV_AUTO0068453
513. BNSF_PRIV_AUTO0068463 - BNSF_PRIV_AUTO0068467
514. BNSF_PRIV_AUTO0068472 - BNSF_PRIV_AUTO0068479
515. BNSF_PRIV_AUTO0068481 - BNSF_PRIV_AUTO0068482
516. BNSF_PRIV_AUTO0069291 - BNSF_PRIV_AUTO0069293
517. BNSF_PRIV_AUTO0069317 - BNSF_PRIV_AUTO0069320
518. BNSF_PRIV_AUTO0069623 - BNSF_PRIV_AUTO0069761
519. BNSF_PRIV_AUTO0071039 - BNSF_PRIV_AUTO0071041
520. BNSF_PRIV_AUTO0071044 - BNSF_PRIV_AUTO0071060
521. BNSF_PRIV_AUTO0071307 - BNSF_PRIV_AUTO0071308
522. BNSF_PRIV_AUTO0071310 - BNSF_PRIV_AUTO0071311
523. BNSF_PRIV_AUTO0071313 - BNSF_PRIV_AUTO0071314
524. BNSF_PRIV_AUTO0071396 - BNSF_PRIV_AUTO0071396
525. BNSF_PRIV_AUTO0071415 - BNSF_PRIV_AUTO0071416
526. BNSF_PRIV_AUTO0071494 - BNSF_PRIV_AUTO0071495
527. BNSF_PRIV_AUTO0071499 - BNSF_PRIV_AUTO0071500
528. BNSF_PRIV_AUTO0071503 - BNSF_PRIV_AUTO0071513
529. BNSF_PRIV_AUTO0071542 - BNSF_PRIV_AUTO0071544
530. BNSF_PRIV_AUTO0071561 - BNSF_PRIV_AUTO0071562
531. BNSF_PRIV_AUTO0071610 - BNSF_PRIV_AUTO0071691
532. BNSF_PRIV_AUTO0071770 - BNSF_PRIV_AUTO0071771
533. BNSF_PRIV_AUTO0071773 - BNSF_PRIV_AUTO0071775
534. BNSF_PRIV_AUTO0071834 - BNSF_PRIV_AUTO0071836
535. BNSF_PRIV_AUTO0071858 - BNSF_PRIV_AUTO0071882
536. BNSF_PRIV_AUTO0072082 - BNSF_PRIV_AUTO0072095
537. BNSF_PRIV_AUTO0072463 - BNSF_PRIV_AUTO0072479
538. BNSF_PRIV_AUTO0072483 - BNSF_PRIV_AUTO0072485
539. BNSF_PRIV_AUTO0072538 - BNSF_PRIV_AUTO0072601
540. BNSF_PRIV_AUTO0072640 - BNSF_PRIV_AUTO0072647
541. BNSF_PRIV_AUTO0072651 - BNSF_PRIV_AUTO0072666
542. BNSF_PRIV_AUTO0072668 - BNSF_PRIV_AUTO0072668
543. BNSF_PRIV_AUTO0072976 - BNSF_PRIV_AUTO0073045
544. BNSF_PRIV_AUTO0073066 - BNSF_PRIV_AUTO0073463
545. BNSF_PRIV_AUTO0073471 - BNSF_PRIV_AUTO0073474
546. BNSF_PRIV_AUTO0073583 - BNSF_PRIV_AUTO0073595
547. BNSF_PRIV_AUTO0073611 - BNSF_PRIV_AUTO0073612
548. BNSF_PRIV_AUTO0073618 - BNSF_PRIV_AUTO0073807

**Documents and Information**

**Production Documents (Continued)**

549. BNSF_PRIV_AUTO0073823 - BNSF_PRIV_AUTO0073826
550. BNSF_PRIV_AUTO0073925 - BNSF_PRIV_AUTO0073990
551. BNSF_PRIV_AUTO0074284 - BNSF_PRIV_AUTO0074310
552. BNSF_PRIV_AUTO0074746 - BNSF_PRIV_AUTO0074817
553. BNSF_PRIV_AUTO0074839 - BNSF_PRIV_AUTO0074913
554. BNSF_PRIV_AUTO0074934 - BNSF_PRIV_AUTO0074944
555. BNSF_PRIV_AUTO0074959 - BNSF_PRIV_AUTO0074994
556. BNSF_PRIV_AUTO0075015 - BNSF_PRIV_AUTO0075017
557. BNSF_PRIV_AUTO0075027 - BNSF_PRIV_AUTO0075034
558. BNSF_PRIV_AUTO0077444 - BNSF_PRIV_AUTO0077524
559. BNSF_PRIV_AUTO0077540 - BNSF_PRIV_AUTO0077552
560. BNSF_REDACT0000001 - BNSF_REDACT0000514
561. BNSF-0000001 - BNSF-0023602
562. BNSF-0023623 - BNSF-0024063
563. BNSF-0024084 - BNSF-0033155
564. BNSF-0033163 - BNSF-0037952
565. BNSF-0037956 - BNSF-0313746
566. BNSF-0313756 - BNSF-0326038
567. BNSF-0326050 - BNSF-0326072
568. BNSF-0326084 - BNSF-0326084
569. BNSF-0326102 - BNSF-0327456
570. BNSF-0327464 - BNSF-0587619
571. BNSF-0587621 - BNSF-0587621
572. BNSF-0587625 - BNSF-0587628
573. BNSF-0587630 - BNSF-0587630
574. BNSF-0587632 - BNSF-0817805
575. BNSF-FSC 000002 - BNSF-FSC 000041
576. BNSF-FSC 000043 - BNSF-FSC 001369
577. BNSF-FSC 001371 - BNSF-FSC 001373
578. BNSF-FSC 001380 - BNSF-FSC 001382
579. BNSF-FSC 001388 - BNSF-FSC 001740
580. CAR000001 - CAR001981
581. CSXFSC000000001 - CSXFSC000685268
582. DAK000001 - DAK016197
583. DON000001 - DON025210
584. DUS000001 - DUS000664
585. KCS-NJAG000001 - KCS-NJAG000166
586. KCS-QE000001 - KCS-QE000029
587. NS 001000001 - NS 001001213
588. NS 002000001 - NS_002000112
589. NS_003000001 - NS_003043746.01
590. NS_003043747 - NS_003043776.02
591. NS_003043777 - NS_003050620
592. NS_004000001 - NS_004001263
593. NS_005000001 - NS_005000466
594. NS_006000001 - NS_006000768
595. NS_007000001 - NS_007002480

**Documents and Information**

__Production Documents (Continued)__

596. NS_007002480.1 - NS_007002480.1
597. NS_007002481 - NS_007002551
598. NS_008000001 - NS_008003092
599. NS_008003092.1 - NS_008003092.1
600. NS_008003093 - NS_008007551
601. NS_009000001 - NS_009005301
602. NS_010000001 - NS_010046552
603. NS_010046555 - NS_010311147
604. NS_011000001 - NS_011001733
605. NS_012000001 - NS_012000341
606. NS_012000341.1 - NS_012000341.1
607. NS_012000342 - NS_012000362
608. NS_012000362.1 - NS_012000362.1
609. NS_012000363 - NS_012003470
610. NS_013000001 - NS_013002985
611. NS_013002985.1 - NS_013002985.1
612. NS_013002986 - NS_013004667
613. NS_013004667.1 - NS_013004667.7
614. NS_013004668 - NS_013006820
615. NS_014000001 - NS_014006188
616. NS_015000001 - NS_015001088
617. NS_016000001 - NS_016000224
618. NS_018000001 - NS_018000287
619. NS_019000001 - NS_019000087
620. NS_019000087.1 - NS_019000087.5
621. NS_019000088 - NS_019000574
622. NS_019000574.1 - NS_019000574.5
623. NS_019000575 - NS_019000634
624. NS_019000634.1 - NS_019000634.5
625. NS_019000635 - NS_019003777
626. NS_020000001 - NS_020001171
627. NS_021000001 - NS_021000058
628. NS_022000001 - NS_022000010
629. NS_023000001 - NS_023000021
630. NS_024000001 - NS_024000178
631. NS_025000001 - NS_025000005
632. NS_026000001 - NS_026002727
633. NS_027000001 - NS_027003537
634. NS_028000001 - NS_028009021
635. NS_029000001 - NS_029002062
636. NS_030000001 - NS_030000764
637. NS_031000001 - NS_031000125
638. NS_032000001 - NS_032005782
639. NS_033000001 - NS_033000990
640. NS_035000001 - NS_035001645
641. NS_036000001 - NS_036036712
642. NS_037000001 - NS_037041335

**Documents and Information**

**Production Documents (Continued)**

643. NS_038000001 - NS_038000537
644. NS_039000001 - NS_039000301
645. NS_039000301.0001 - NS_039000301.0020
646. NS_039000301.0021 - NS_039000301.0060
647. NS_039000302 - NS_039004276
648. NS_040000001 - NS_040000206
649. NS_041000001 - NS_041001447
650. NS_042000001 - NS_042000755
651. NS_043000001 - NS_043000368
652. NS_044000001 - NS_044000770
653. NS_045000001 - NS_045005352
654. NS_046000001 - NS_046001438
655. NS_047000001 - NS_047000808
656. NS_048000001 - NS_048000311
657. NS_049000001 - NS_049001369
658. NS_050000001 - NS_050000548
659. NS_051000001 - NS_051001599
660. NS_052000001 - NS_052000096
661. NS_053000001 - NS_053000110
662. NS_054000001 - NS_054001902
663. NS_055000001 - NS_055001885
664. NS_056000001 - NS_056001840
665. NS_057000001 - NS_057016858
666. NS_058000001 - NS_058002022
667. NS_059000001 - NS_059003550
668. NS_060000001 - NS_060001487
669. NS_061000001 - NS_061004776
670. NS_062000001 - NS_062206510
671. NYR000001 - NYR036424
672. NYR105363 - NYR105822
673. OLI000001 - OLI186515
674. OLI186978 - OLI188983
675. OLI189090 - OLI190193
676. STR000001 - STR001468
677. UPFSC 0002006 - UPFSC 0384829
678. UPFSC 0384834 - UPFSC 0384835
679. UPFSC 0384844 - UPFSC 0384861
680. UPFSC 0384870 - UPFSC 0385513
681. UPFSC 0385516 - UPFSC 0385521
682. UPFSC 0385533 - UPFSC 0393851
683. UPFSC 0393862 - UPFSC 0394569
684. UPFSC 0394572 - UPFSC 0394982
685. UPFSC 0394986 - UPFSC 0421730
686. UPFSC 0421735 - UPFSC 0421863
687. UPFSC 0421873 - UPFSC 0423008
688. UPFSC 0423011 - UPFSC 0423515
689. UPFSC 0423518 - UPFSC 0423990

**Documents and Information**

**Production Documents (Continued)**

690. UPFSC 0423992 - UPFSC 0424838
691. UPFSC 0424841 - UPFSC 0428861
692. UPFSC 0428877 - UPFSC 0431496
693. UPFSC 0431500 - UPFSC 0436051
694. UPFSC 0436054 - UPFSC 0437924
695. UPFSC 0437926 - UPFSC 0521460
696. UPFSC 0521482 - UPFSC 0675737
697. UPFSC0000001 - UPFSC0002005
698. UPFSC-A 0392880 - UPFSC-A 0393857
699. UPFSC-A 0393862 - UPFSC-A 0394569
700. UPFSC-A 0394572 - UPFSC-A 0394982
701. UPFSC-A 0394986 - UPFSC-A 0395262
702. UPFSC-A 0448976 - UPFSC-A 0449473
703. UPFSC-A 0465739 - UPFSC-A 0465826
704. UPFSC-R 0400494 - UPFSC-R 0400497.002
705. UPFSC-R 0409757 - UPFSC-R 0409758.001
706. UPFSC-R 0419594 - UPFSC-R 0419596
707. UPFSC-R 0421455 - UPFSC-R 0421457.001
708. UPFSC-R 0421601 - UPFSC-R 0421601.001
709. UPFSC-R 0421687 - UPFSC-R 0421688.001
710. UPFSC-R 0421874 - UPFSC-R 0421881
711. UPFSC-R 0423122 - UPFSC-R 0423124
712. UPFSC-R 0424831 - UPFSC-R 0424836
713. UPFSC-R 0431171 - UPFSC-R 0431186
714. UPFSC-R 0432082 - UPFSC-R 0432083
715. UPFSC-R 0432123 - UPFSC-R 0432124
716. UPFSC-R 0432425 - UPFSC-R 0432426
717. UPFSC-R 0434973 - UPFSC-R 0434974
718. UPFSC-R 0436048 - UPFSC-R 0436049
719. UPFSC-R 0436767 - UPFSC-R 0436767.001
720. UPFSC-R 0441219 - UPFSC-R 0441221
721. UPFSC-R 0449320 - UPFSC-R 0449323
722. UPFSC-R 0449489 - UPFSC-R 0449491.001
723. UPFSC-R 0451821 - UPFSC-R 0451822.001
724. UPFSC-R 0453281 - UPFSC-R 0453288.005
725. UPFSC-R 0453382 - UPFSC-R 0453393.005
726. UPFSC-R 0453699 - UPFSC-R 0453706.005
727. UPFSC-R 0457513 - UPFSC-R 0457514.005
728. UPFSC-R 0464329 - UPFSC-R 0464331
729. UPFSC-R 0465839 - UPFSC-R 0465839
730. USM000001 - USM006820

**SEC Filings**

731. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2000
732. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2001
733. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2002

**Documents and Information**

**SEC Filings (Continued)**

734. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2003
735. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2004
736. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2005
737. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2006
738. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2007
739. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2008
740. Burlington Northern Santa Fe, LLC Form 10-K for the fiscal year ended December 31, 2019
741. Canadian National Railway Company, 2004 Annual Report
742. Canadian National Railway Company, 2005 Annual Report
743. Canadian Pacific Railway, 2006 Annual Report
744. CSX Corporation Form 10-K for the fiscal year ended December 29, 2000
745. CSX Corporation Form 10-K for the fiscal year ended December 28, 2001
746. CSX Corporation Form 10-K for the fiscal year ended December 27, 2002
747. CSX Corporation Form 10-K for the fiscal year ended December 26, 2003
748. CSX Corporation Form 10-K for the fiscal year ended December 31, 2004
749. CSX Corporation Form 10-K/A for the fiscal year ended December 31, 2004
750. CSX Corporation Form 10-K for the fiscal year ended December 30, 2005
751. CSX Corporation Form 10-K for the fiscal year ended December 29, 2006
752. CSX Corporation Form 10-K for the fiscal year ended December 28, 2007
753. CSX Corporation Form 10-K for the fiscal year ended December 26, 2008
754. CSX Corporation Form 10-K for the fiscal year ended December 31, 2020
755. FedEx Corporation Form 10-K for the fiscal year ended May 31, 2005
756. J.B. Hunt Transport Services, Inc. Form 10-K for the fiscal year ended December 31, 2006
757. Knight Transportation, Inc. Form 10-K for the fiscal year ended December 31, 2005
758. Norfolk Southern Corporation Form 10-K405 for the fiscal year ended December 31, 2000
759. Norfolk Southern Corporation Form 10-K405 for the fiscal year ended December 31, 2001
760. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2002
761. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2003
762. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2004
763. Norfolk Southern Corporation Form 10-K/A for the fiscal year ended December 31, 2004
764. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2005
765. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2006
766. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2007
767. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2008
768. Norfolk Southern Corporation Form 10-K for the fiscal year ended December 31, 2019
769. Olin Corporation Form 8-K, dated December 3, 2001
770. Olin Corporation Form 10-K for the fiscal year ended December 31, 2001
771. Olin Corporation Form 10-K for the fiscal year ended December 31, 2002
772. Olin Corporation Form 10-K for the fiscal year ended December 31, 2003
773. Olin Corporation Form 10-K for the fiscal year ended December 31, 2004
774. Olin Corporation Form 10-K for the fiscal year ended December 31, 2005
775. Olin Corporation Form 10-K for the fiscal year ended December 31, 2006
776. Olin Corporation Form 10-K for the fiscal year ended December 31, 2007
777. Olin Corporation Form 10-K for the fiscal year ended December 31, 2008
778. Olin Corporation Form 10-K for the fiscal year ended December 31, 2009
779. Olin Corporation Form 10-K for the fiscal year ended December 31, 2010
780. Olin Corporation Form 10-K for the fiscal year ended December 31, 2020

## Documents and Information

**SEC Filings (Continued)**

781. Swift Transportation Co., Inc. Form 10-K for the fiscal year ended December 31, 2005
782. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2000
783. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2001
784. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2002
785. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2003
786. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2004
787. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2005
788. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2006
789. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2007
790. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2008
791. Union Pacific Corporation Form 10-K for the fiscal year ended December 31, 2020

**Publicly Available Information**

792. AICPA Business Valuation and Forensic & Litigation Services Section, Special Report: Forensic Procedures and Specialists: Useful Tools and Techniques
793. AICPA Consulting Services Special Report 03-1, Litigation Services and Applicable Professional Standards
794. Association of American Railroads, "Freight Commodity Statistics United States, East, and West: 2014," dated 2014 accessed from <https://www.aar.org/wp-content/uploads/2017/12/AAR-Freight-Commodity-Statistics-2014-Sample.xlsx>
795. Association of American Railroads, "Rail Cost Adjustment Factor," updated November 1, 2001 accessed from <https://www.aar.org/wp-content/uploads/2018/03/Index_RCAFDescription.pdf>
796. Association of American Railroads, “A Short History of U.S. Freight Railroads,” dated October 2020 accessed from <https://www.aar.org/wp-content/uploads/2020/08/AAR-Railroad-Short-History-Fact-Sheet.pdf>
797. Association of American Railroads, “Railroad 101,” dated March 2021 accessed from <https://www.aar.org/wp-content/uploads/2020/08/AAR-Railroad-101-Freight-Railroads-Fact-Sheet.pdf>
798. Association of American Railroads, “What Railroads Haul: Intermodal,” dated October 2020 accessed from <https://www.aar.org/wp-content/uploads/2020/07/AAR-Intermodal-Fact-Sheet.pdf>.
799. Bureau of Economic Analysis at the U.S. Department of Commerce, "Gross Domestic Product" accessed from <https://www.bea.gov/data/gdp/gross-domestic-product>
800. Bureau of Transportation Statistics, "June 2018 North American Freight Numbers," dated August 22, 2018 accessed from <https://www.bts.gov/newsroom/june-2018-north-american-freight-numbers#:~:text=Most%2Dused%20mode%3A%20Truck%20moved,percent%20compared%20to%20June%202017>
801. Chemical Processing, "CP50: Olin Corp" accessed from <https://www.chemicalprocessing.com/cp50/2008/olin-corp/>
802. Federal Reserve Bank of St. Louis, “Crude Oil Prices: West Texas Intermediate (WTI) – Cushing Oklahoma,” accessed from <https://fred.stlouisfed.org/series/DCOILWTICO>

**Documents and Information**

**Publicly Available Information (Continued)**


803. Laurits R. Christensen Associates, Inc., "A Study of Competition in the U.S. Freight Railroad Industry and Analysis of Proposals that Might Enhance Competition: Revised Final Report," Prepared for the Surface Transportation Board, dated November 2009 accessed from <https://prod.stb.gov/wp-
804. Norfolk Southern, "NS Conditions of Carriage #1-E Cancels NS Condition of Carriage #1-D," effective June 1, 2003 accessed from <http://nscorp.com/content/dam/nscorp/ship/shipping-tools/cofc-1E_old.pdf>.
805. Norfolk Southern, "Tariff NS-8004 Terms," effective June 1, 2008 accessed from <http://www.nscorp.com/content/nscorp/en/transportation-terms/other-requirements/fuel-surcharge/tariff-ns-8004-terms.html#:~:text=Tariff%20NS%2D8004%20will%20apply,that%20reference%20Tariff%20NS%2D8004.&text=*%20The%20fuel%20surcharge%20will%20be,Price%20Per%20Barrel%20exceeds%20%24148.00.>
806. PR Newswire, "Union Pacific Railroad Joins GEMI," dated December 14, 2010 accessed from <https://www.prnewswire.com/news-releases/union-pacific-railroad-joins-gemi-111848984.html>
807. Strates Shows, Inc., "Carnival History" accessed from <https://statescarnivalcompany.com/history>
808. Strates Shows, Inc., "Home" accessed from <https://stratescarnivalcompany.com/home>
809. Surface Transportation Board, "About STB" accessed from <https://prod.stb.gov/about-stb/>
810. Surface Transportation Board, "Economic Data" accessed from <https://prod.stb.gov/reports-data/economic-data/>
811. Surface Transportation Board, "Railroad Cost Adjustment Factor (RCAF)" accessed from <https://prod.stb.gov/reports-data/railroad-cost-recovery-factor/#:~:text=The%20rail%20cost%20adjustment%20factor,in%20railroad%20costs%20over%20time.&text=Each%20quarter%2C%20the%20Association%20of,to%20the%20Board%20for%20approval.>
812. The Geography of Transport Systems Fifth Edition, "Rail Deregulation in the United States," dated 2020 accessed from <https://transportgeography.org/contents/applications/rail-deregulation-united-states/>
813. Thomson StreetEvents, OLN – Q1 2005 Olin Earnings Conference Call Final Transcript
814. Thomson StreetEvents, OLN – Q2 2005 Olin Earnings Conference Call Final Transcript
815. Trains Magazine, "Norfolk Southern merger family tree," dated June 2, 2006 accessed from <https://trn.trains.com/railroads/railroad-history/2006/06/norfolk-southern-merger-family-tree>
816. U.S. Department of Transportation Federal Railroad Administration, "Freight Rail Overview," dated July 8, 2020 accessed from <https://railroads.dot.gov/rail-network-development/freight-rail-overview>
817. U.S. Department of Transportation, "Freight Facts and Figures 2013," dated January 2014 accessed from <https://ops.fhwa.dot.gov/freight/freight_analysis/nat_freight_stats/docs/13factsfigures/pdfs/fff2013_highres.pdf>
818. U.S. Department of Transportation, "Transportation Statistics Annual Report 2008," dated 2008 accessed from <https://www.bts.gov/sites/bts.dot.gov/files/legacy/publications/transportation_statistics_annual_report/2008/pdf/entire.pdf>

**Documents and Information**

**Publicly Available Information (Continued)**

819. U.S. Department of Transportation, “Transportation Statistics Annual Report 2018,” dated January 2019 accessed from <https://www.bts.dot.gov/sites/bts.dot.gov/files/docs/browse-statistical-products-and-data/transportation-statistics-annual-reports/Preliminary-TSAR-Full-2018-a.pdf>
820. U.S. Energy Information Administration, “Weekly Retail Gasoline and Diesel Prices” accessed from <https://www.eia.gov/dnav/pet/PET_PRI_GND_A_EPD2D_PTE_DPGAL_W.htm>
821. U.S. Government Accountability Office, “Freight Rail Pricing: Contracts Provide Shippers and Railroads Flexibility, but High Rates Concern Some Shippers,” Report to Congressional Committees, dated December 2016 accessed from <https://www.gao.gov/assets/690/681454.pdf>
822. U.S. Magnesium LLC, "About Us" accessed from <https://usmagnesium.com/about-us-mag/>
823. U.S. Magnesium LLC, "Home" accessed from <https://usmagnesium.com/>
824. Union Pacific Corporation, "UP-Southern Pacific Merger Creates Largest U.S. Railroad," dated September 11, 1996 accessed from <https://www.up.com/timeline/index.cfm/up-sp-merger>
825. UTSA, "Union Pacific Railroad donates trees to green up UTSA Main Campus," dated May 13, 2010 accessed from <https://www.utsa.edu/today/2010/05/treeplanting.html>