# **EXHIBIT 10**

Appendix B Louisiana Pacific

[REDACTED]