# Exhibit 11

**APPENDIX A**

## Overview of Defendant Published Fuel Surcharge Formulas

I understand that prior to and during the alleged conspiracy period, the Defendants negotiated agreements with shippers contained a variety of fuel surcharge provisions, including on carload and intermodal shipments.[1] As discussed below, the terms of fuel surcharge formulas changed over time throughout the alleged conspiracy period. For background purposes, I focus on Defendants' published fuel surcharge formulas for carload and intermodal traffic.

### A. Overview of BNSF Published Fuel Surcharge Formulas

#### 1. BNSF Fuel Surcharge Formulas for Intermodal Traffic

1. Effective March 1, 2000, BNSF established a fuel surcharge on domestic intermodal traffic "in response to rising fuel costs" over the course of the prior several months.[2] Under BNSF's intermodal fuel surcharge formula, a fuel surcharge of 0.5% of the base rate was applied if the weekly U.S. National Average On-Highway Diesel Fuel ("HDF") price exceeded $1.10 per gallon (the "trigger price" or "strike price").[3] An additional 0.5% fuel surcharge was applied for every 5 cent increase in the weekly HDF price over $1.10 per gallon.[4] In 2001, BNSF modified its intermodal fuel surcharge formula, increasing the trigger price to $1.24 per gallon, at which a 1% fuel surcharge applied, with an additional 0.5% surcharge applied for each $0.04 per gallon increase in the HDF price.[5]

#### 2. BNSF Fuel Surcharge Formulas for Carload Shipments

2. As early as the mid-1990's, prior to the merger of Burlington Northern and Santa Fe, Burlington Northern had a published carload fuel surcharge formula, according to which a 2% surcharge would be applied if the daily West Texas Intermediate ("WTI") crude oil price was $28 per barrel or more for a period of ten business days.[6]

---

[1] For example, see: Declaration of Marc Allen (Vice President of Automotive at BNSF), June 24, 2010, ¶¶7-9; Declaration of Charles Adams (Senior Director of Revenue and Information Management Marketing & Sales Department at UP) and attachments, June 18, 2010, Exhibit 1, UPFSC 0469420-421; Declaration of David Lawson (Vice President of Industrial Products at NS), June 25, 2010 ¶¶6, 10-12.
[2] Domestic Intermodal Fuel Surcharge, BNSF-0070536-543, at 536.
[3] Domestic Intermodal Fuel Surcharge, BNSF-0070536-543, at 536-538.
[4] Domestic Intermodal Fuel Surcharge, BNSF-0070536-543, at 536-538.
[5] BNSF Intermodal Fuel Surcharge, BNSF-FSC 001702-704, at 703.
[6] BNERM 1, Section 1, Item 41 – West Texas Intermediate Crude Oil ("WTI") Adjustment, effective December 16, 1995, BNSF-0657300-308, at 303; BNERM 1, Section 5, Item 513 – Fuel Surcharge, effective June 6, 1996, BNSF-0657300-308, at 304. The fuel surcharge would be suspended if the daily WTI price dropped below $28 per barrel for four or more business days.

**APPENDIX A**

**Overview of Defendant Published Fuel Surcharge Formulas**

3. On March 2, 2000, BNSF notified its shippers that, effective March 15, 2000, a fuel surcharge of 2% would be applied on all carload perishable shipments.[7] In that notification, BNSF also announced that effective April 1, 2000, fuel surcharges on carload perishable shipments would be assessed under terms set forth in BNSF Rules Book 6100, and that "any new price authorities issued after April 1, 2000 will contain provisions for a fuel surcharge."[8] The pre-existing Burlington Northern fuel surcharge formula was cancelled and replaced by BNSF Rules Book 6100, Item 3375.[9]

4. Later in 2000, BNSF internal analyses indicated that base rates ("price"), the Rail Cost Adjustment Factor ("RCAF") index,[10] and then-existing fuel surcharges were not adequately covering fuel price increases.[11] Over the course of 2000 and 2001, BNSF further modified its published carload fuel surcharge formula, including switching to an HDF-based formula, as summarized in Table 1. Matt Rose, BNSF Chairman, CEO and President, testified that BNSF switched to an HDF-based formula in response to customer feedback, and to be more consistent with trucking fuel surcharge formulas.[12]

---

[7] Consumer Products Marketing Advisory Fuel Surcharge, March 17, 2000, BNSF-0814162.
[8] Consumer Products Marketing Advisory Fuel Surcharge, March 17, 2000, BNSF-0814162.
[9] BNERM 1, Section 1, Item 41, effective April 1, 2000, BNSF-0657367-370, at 369; BNERM 1, Section 5, Item 513, effective April 1, 2000, BNSF-0657367-370, at 370.
[10] "Rail Cost Adjustment Factor." Accessed from <https://www.aar.org/wp-content/uploads/2018/03/Index_RCAFDescription.pdf>.
[11] November 3, 2000 letter from Paul Anderson to Matt Rose Re: Price Increases Compared to Fuel Expense Increases, BNSF-0368688-689.
[12] Deposition of Matthew Rose (Chairman, CEO and President of BNSF), July 16, 2010, p. 10:2-8, 74:6-17.

**APPENDIX A**

## Overview of Defendant Published Fuel Surcharge Formulas

**Table 1: BNSF Published Carload Fuel Surcharge Formulas Prior to the Alleged Conspiracy Period**

| Effective Date | Benchmark Index | Trigger Price | FSC at Trigger Price | Fuel Index Increment | FSC Increment | Fuel Index Measurement |
|---|---|---|---|---|---|---|
| 4/1/2000[13] | WTI | $28/barrel | Calculated as: ([WTI ÷ $23.50]-1) x .107 | | | Prior month average |
| 10/1/2000[14] | WTI | $28/barrel | 2% | $2.5/barrel | 1% | Prior month average (21st – 20th) |
| 7/1/2001[15] | HDF | $1.30/gal | 1% | $0.05/gal | 0.5% | 2-Months prior average |

5. BNSF internal documents and public disclosures throughout 2002 and early 2003 indicate that BNSF was making a "concerted effort" to increase the application of fuel surcharges in its carload shipments.[16]

6. On May 7, 2003, BNSF announced that, effective June 1, 2003, it was changing the HDF trigger price of the carload fuel surcharge formula to $1.25 per gallon, at which price point a 0.5% fuel surcharge would apply.[17] All other components of the existing fuel surcharge formula remained the same.

---

[13] BNSF Rules Book 6100, Item 3375 Charge – Fuel Surcharge, effective April 1, 2000, BNSF-0516220-257, at 245.
[14] BNSF Rules Book 6100, Item 3375 Charge – Fuel Surcharge, BNSF-0516609-610, at 609.
[15] BNSF Rules Book 6100 – A Item 3375A – Charge – Fuel Surcharge, effective July 1, 2001, BNSF-0510131-169, at 151; Pricing Update, April 30, 2001, Changes to BNSF Carload Fuel Surcharge Calculation, BNSF-0016285-288, at 286-287.
[16] For example, see: February 15, 2002 letter Re: Price Escalation General Guidelines, BNSF-0337331-733; Consumer Products Marketing Support, BNSF-0069749-779, at 774-775; November 4, 2002 email from George Gillen to Sara Thronsedt and others Re: Fuel Surcharge Collections ("concerted effort"), BNSF-0026907; Bear Stearns Equity Research Report, January 22, 2003, ~~Consumer Products meeting, February 10, 2003,~~ BNSF-0816889-955, at 935.
[17] BNSF Rules Book 6100-A, BNSF-0511809-853 (Lanigan Exhibit 14), at 834; July 1, 2003 Letter from Sam Kyei to Steve Bobb Re: Status of BNSF Fuel Surcharge Programs, BNSF-FSC-000486-487 (Kyei Exhibit 13), at 486.

**APPENDIX A**

**Overview of Defendant Published Fuel Surcharge Formulas**

7. In April 2003, and again in September 2004, BNSF discussed the possibility of changing to a mileage-based fuel surcharge formula.[18]

8. In March 2005, BNSF announced that, effective January 1, 2006, it would be switching to a mileage-based fuel surcharge formula for BNSF local shipments and for the BNSF portion of Rule 11 shipments.[19] After receiving feedback from customers that they needed more time to make adjustments to their IT systems to accommodate the change, BNSF announced on October 20, 2005 that the switch to a mileage-based formula as of January 1, 2006 would apply only to coal and agricultural products.[20] The mileage-based fuel surcharge formula for agricultural products became effective January 1, 2006, whereby a fuel surcharge of $0.01 per mile would be applied once the monthly average HDF price from two-months prior equaled or exceeded $1.25 per gallon, with additional $0.01 surcharge increments applied for each $0.04 increase in the monthly average HDF.[21] The published fuel surcharge formula for all other carload traffic remained unchanged.[22] However, John Lanigan, Chief Marketing Officer of BNSF, testified that while not technically covered by BNSF's formal mileage-based fuel surcharge formula, some non-coal, non-agricultural shippers were moved to the mileage-based fuel surcharge formula on an ad hoc basis.[23]

9. On April 3, 2007, BNSF announced that, effective April 25, 2007, its mileage-based fuel surcharge formula would also apply to "all Carload shipments of non-contract, non-boxcar regulated commodities moving on public rates."[24]

---

[18] September 7, 2004 email from Eldon Specht to David Alegria and others Re: Fuel surcharge by mile meeting notes, BNSF-0028783-784 (Lanigan Exhibit 27), at 783.
[19] March 28, 2005 email from John Lanigan Re: New Fuel Surcharge Program, and attachments, BNSF-0329108-114 (Lanigan Exhibit 31); August 8, 2005 Letter from Linda Wertz (BNSF) to BNSF customers, BNSF-0001504-505, at 505.
[20] October 20, 2005 email from Linda Wertz (BNSF) Re: BNSF Details Fuel-Surcharge Plan for Coal, Agricultural Products, BNSF-FSC-000280-281; Deposition of John Lanigan (Chief Marketing Officer at BNSF), June 22, 2010, pp. 244:6-245:6; Deposition of Matthew Rose (Chairman, CEO and President of BNSF), July 16, 2010, pp. 25:15-26:13.
[21] BNSF Rules Book 6100-A, Item 3375E – Charge – Fuel Surcharge, effective January 1, 2006, BNSF-0657373-378, at 374-375.
[22] BNSF Rules Book 6100-A, Item 3375E – Charge – Fuel Surcharge, effective January 1, 2006, BNSF-0657373-378, at 373-374.
[23] Deposition of John Lanigan (Chief Marketing Officer at BNSF), June 22, 2010, p. 10:20-22, 260:13-18, 261:1-13, 261:20-25, 262:1-2.
[24] BNSF Rules Book 6100 – A, Item 3375H – Charge – Fuel Surcharge, effective April 25, 2007, BNSF-0515743-809, at 778-781.

**APPENDIX A**

**Overview of Defendant Published Fuel Surcharge Formulas**

## B. Overview of UP Published Fuel Surcharge Formulas

### 1. UP Fuel Surcharge Formulas for Intermodal Traffic

10. In 2000, UP initiated, in lieu of a fuel surcharge, an approximate 3% increase in rates on most of its intermodal business.[25] Effective September 20, 2000, as a result of "[r]apidly rising fuel costs," UP implemented an additional 1% increase as a fuel surcharge "on all intermodal rates covering all private and rail furnished equipment."[26] Shortly thereafter, effective October 9, 2000, UP increased the fuel surcharge on intermodal traffic by an additional 1%, as a result of "escalating fuel costs."[27] These 1-2% fuel surcharges were not tied to any fuel price index (e.g., WTI or HDF).[28]

11. Effective October 9, 2000, UP implemented an HDF-based fuel surcharge formula on intermodal traffic.[29] The fuel surcharge for a particular month was calculated based on the percentage change in the HDF price from a base price (the December 1999 HDF monthly average of $1.292 per gallon) to the most recent monthly average HDF price.[30] That percentage change in the monthly average HDF price was multiplied by a "fuel weight" factor (i.e., 20%) to determine the fuel surcharge rate.[31] Based on this formula, the intermodal fuel surcharge rate increased approximately 0.6% for every $0.04 per gallon change in the monthly average HDF index.[32]

---

[25] September 13, 2000 Re: Bulletin 2000-093 RE: Fuel Surcharge and attachment, UPFSC0000506-507, at 507.
[26] September 13, 2000 Re: Bulletin 2000-093 RE: Fuel Surcharge, and attachment, UPFSC0000506-507, at 507. See also, Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 308.
[27] Letter to Intermodal Customer Re: Increase Fuel Surcharge IMC/TL, UPFSC0000513.
[28] September 13, 2000 email Re: Bulletin 2000-093 RE: Fuel Surcharge, and attachment, UPFSC0000506-507, at 507; Letter to Intermodal Customer Re: Increase Fuel Surcharge IMC/TL, UPFSC0000513; Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 308.
[29] November 8, 2000 letter Re: Union Pacific Intermodal Fuel Surcharge, UPFSC 0347641.
[30] October 23, 2000 email Re: Fuel Surcharge, UPFSC0000518-519, at 518. Intermodal Fuel Surcharge Calculation, UPFSC 0347611.
[31] October 23, 2000 email Re: Fuel Surcharge, UPFSC0000518-519, at 518; Intermodal Fuel Surcharge Calculation, UPFSC 0347611.
[32] Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 311.

**Overview of Defendant Published Fuel Surcharge Formulas**

12. I understand that UP's intermodal fuel surcharge formula remained largely unchanged throughout the alleged conspiracy period.[33]

### 2. UP Fuel Surcharge Formulas for Carload Shipments

13. Since the inception of its 2000 intermodal fuel surcharge program, UP reviewed and analyzed its fuel surcharge formulas on an on-going basis and considered and debated internally whether it should publish a carload fuel surcharge formula.[34] I understand that before adopting a carload fuel surcharge formula, UP had various rate-based fuel surcharges in place with some customers.[35] For example, by the year 2000, over 1,600 UP carload price documents used the "FMC/Fuel" rate-based surcharge.[36] According to the "FMC/Fuel" formula, a fuel surcharge of 2% was applied when the WTI price was at least $32 for sixty consecutive days, and an additional 2% applied for each $7 the WTI price was above $32 per barrel.[37]

14. UP announced its first published carload fuel surcharge program on October 31, 2002, which was effective December 1, 2002.[38] According to UP's fuel surcharge formula, a 2% fuel surcharge would be applied when the WTI price remained at or above $28 per barrel for thirty consecutive reporting days.[39] The fuel surcharge rate would increase by 2% for each $5

---

[33] For example, see: October 19, 2005 email Re: Comparison of Intermodal FSC Program to Standard HDF Program, UPFSC 0048842-843, at 843 (see also UPFSC0078792-95); October 30, 2006 email from Nobu Terasaki Re: New weekly fuel surcharge program, UPFSC0362818-819; August 24, 2006 email from Jeffrey Sebree Re: Intermodal FSC Change Issue – Privileged, UPFSC0418186; November 22, 2004 email from Marty Coalson Re: Intermodal Fuel Surcharge, UPFSC0552636.
[34] Deposition of John Koraleski (EVP of Marketing and Sales at UP), December 2, 2010, pp. 73:1-8, 171:7-15; March 13, 2000 email Re: Fuel Surcharge, UPFSC 0000484-485; March 22, 2000 email Re: Fuel Surcharge, UPFSC0000487-488; May 25, 2001 email Re: Fuel Surcharge Analysis, UPFSC 0043878-897.
[35] Declaration of Charles Adams (Senior Director of Revenue and Information Management Marketing & Sales Department at UP) and attachments, June 18, 2010; Union Pacific Fuel Surcharge Provisions as of 3/1/03, UPFSC0000725-733.
[36] Declaration of Charles Adams (Senior Director of Revenue and Information Management Marketing & Sales Department at UP) and attachments, June 18, 2010, Exhibit 1, UPFSC 0469420-421, at 420 and Exhibit 3, UPFSC0469414-416, at 414.
[37] Declaration of Charles Adams (Senior Director of Revenue and Information Management Marketing & Sales Department at UP) and attachments, June 18, 2010, Exhibit 3, UPFSC0469414-416, at 414; Union Pacific Fuel Surcharge Provisions as of 3/1/03, UPFSC0000725-733, at 726-727.
[38] October 24, 2002 email Re: Fuel Surcharge Approach & Deployment Strategy, UPFSC 0000530-533, at 530-531; October 31, 2002 email Re: Fuel Surcharge Announcement – Final Press Release/Web Site and attached press release, UPFSC 0000541-543; Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 309.
[39] January 13, 2003 email Re: Update – Fuel Surcharge Q&A – For Internal Use Only, UPFSC 0000686-690, at 686; Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 309.

per barrel increase in WTI in a consecutive thirty-day reporting (business day) period.[40] Union Pacific sought to apply its fuel surcharge across its entire book of business.[41]

15. Jack Koraleski, Executive Vice President of Marketing and Sales at UP, testified that UP was dissatisfied with the responsiveness of its 2002 carload fuel surcharge formula because, as a result of the required consecutive thirty-reporting day period, the fuel surcharge trigger was missed when the WTI price dropped below $28 per barrel at the end of a thirty-day period.[42] In addition, I understand that in March 2003, UP customers informed UP that the rapid fluctuations in the WTI price and the structure of UP's fuel surcharge formula "impeded customers' ability to budget for fuel surcharge increases."[43] As a result, UP re-evaluated its formula and on April 4, 2003, UP announced changes to its published carload fuel surcharge formula, including a reduction in the WTI price trigger to $23 and other changes, "to more closely reflect increases and decreases in fuel prices in a volatile market."[44] However, these changes to the UP fuel surcharge formula were never implemented.

16. I understand that after receiving responses from customers and industry associations about the planned changes to the fuel surcharge formula, UP analyzed whether it should take a different approach.[45] Mr. Koraleski testified that UP's customers wanted a fuel surcharge formula based on the HDF price for purposes of administrative consistency, and that customers also felt that the HDF price was more reflective of actual fuel prices.[46] As result of that customer

---

[40] January 13, 2003 email Re: Update – Fuel Surcharge Q&A – For Internal Use Only, UPFSC 0000686-690, at 686; Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 309.
[41] October 15, 2002 Fuel Surcharge Analysis Revenue & Information Management Presentation, UPFSC 0188733, at slide 35; Deposition of John Koraleski (EVP of Marketing and Sales at UP), December 2, 2010, pp. 94:13-19, 101:16-18; Deposition of James Young (President and Chief Operating Officer at UP), August 4, 2010, p. 327:5-10.
[42] Deposition of John Koraleski (EVP of Marketing and Sales at UP), December 2, 2010, p. 77:14-24.
[43] Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 309.
[44] New Release – Union Pacific Modifies Fuel Surcharge, April 4, 2003, UPFSC 0000550-553, at 551; Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 309.
[45] Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 309.
[46] Deposition of John Koraleski (EVP of Marketing and Sales at UP), December 2, 2010, pp. 176:22-178:5.

feedback, and internal research and discussion, UP decided to change its published carload fuel surcharge formula to an HDF-based formula.[47]

17. On May 9, 2003, UP announced that "in response to customer feedback," it was revising its fuel surcharge formula.[48] Beginning with the July 2003 fuel surcharge, the UP published carload fuel surcharge rate was calculated such that a surcharge of 1.5% was applied when the average monthly HDF price from two-months prior reached a threshold of $1.35 per gallon, and an incremental surcharge of 0.5% applied for every 5 cent increase in the HDF price thereafter.[49] In a January 2004 email to Mr. Koraleski, UP's Bob Toy (Director of Environmental Strategies) explained that the three primary reasons why UP adopted the HDF-based formula were: (1) it "tracked more closely" to UP's fuel costs; (2) "it was somewhat less aggressive;" and (3) "it resulted in less admin work for customers."[50]

18. UP maintained the above-described HDF-based fuel surcharge formula for approximately four years. Following the STB fuel surcharge finding in January 2007, UP "redesigned its fuel surcharge program to conform to the STB ruling."[51] Effective April 26, 2007, UP changed to a mileage-based fuel surcharge formula for publicly priced regulated traffic.[52] According to that new mileage-based fuel surcharge formula, a surcharge of $0.05 per mile would apply once the monthly average HDF price from two months prior reached $2.30 per gallon, with an additional $0.01 per mileage surcharge applied for every $0.05 increase in the monthly average HDF price.[53] In its March 21, 2007 announcement of the change to its customers, UP indicated that, except for customers moving under UP Circular 111, it was UP's

[47] Fuel Surcharge FAQ – INTERNAL USE ONLY, UPFSC 0001012-020, at 013; Rail Surcharge Comparison as of 5/5/03, UPFSC 0042412.
[48] Fuel Surcharge, May 9, 2003, UPFSC 0000552-553, at 552; May 12, 2003 email Re: Fuel Surcharge Notification – Letter to Customers, and attachment, UPFSC 0000560-575, at 561.
[49] Fuel Surcharge, May 9, 2003, UPFSC 0000552-553; May 12, 2003 email Re: Fuel Surcharge Notification – Letter to Customers, and attachment, UPFSC 0000560-575, at 561; Comments of Robert Knight, Jr. (EVP of Finance and CFO at UP) before the Surface Transportation Board, April 27, 2006, UPFSC0000302-322 (Knight Exhibit 3), at 310.
[50] January 21, 2004 email Re: Industry Surcharge Comparison, UPFSC 0495213-218, at 213. As of 2010, Robert (Bob) Toy was a Director of Environmental Strategies at UP. *See* <https://www.prnewswire.com/news-releases/union-pacific-railroad-joins-gemi-111848984.html>; <https://www.utsa.edu/today/2010/05/treeplanting.html>.
[51] Announcement – Customer News – 2007-005, March 21, 2007, UPFSC 0000570-575, at 570.
[52] Announcement – Customer News – 2007-005, March 21, 2007, UPFSC 0000570-575, at 570.
[53] Announcement – Customer News – 2007-005, March 21, 2007, UPFSC 0000570-575, at 570-571, 574; Sales Talking Points-UPRR FSC Plans, March 2007, UPFSC 0000576-577, at 577.

intent to convert to a mileage-based fuel surcharge program by January 1, 2008, and that its private agreements "will be transitioned to a mileage-based FSC as those existing agreements expire."[54]

### C. Overview of CSXT Published Fuel Surcharge Formulas for Carload Shipments[55]

19. On September 22, 2000, "[d]ue to extraordinary increases in the cost of fuel," CSXT announced its first published carload fuel surcharge formula on local and interline freight, effective October 25, 2000.[56] According to the fuel surcharge formula, a fuel surcharge of 2% would apply to local and interline shipments if the WTI price was above $28 per barrel for thirty consecutive days.[57] An additional 2% surcharge applied for every incremental $5 increase in the WTI price.[58] Likewise, if the cost of fuel lowered for thirty consecutive days, the fuel surcharge rate would be reduced accordingly.[59] The fuel surcharge provision was to "be effected by an amendment to appropriate tariffs of general applicability and be applied to all traffic moving under tariffs, private price quotes and certain contracts that incorporate those general tariffs, except for contracts that contain a price escalator index published by a government entity, such as RCAF."[60] When the fuel surcharge formula was announced, the WTI price of oil was $37 per barrel, which translated to a fuel surcharge of 4%.[61]

20. By early 2003, CSXT felt that it was necessary to reevaluate its carload fuel surcharge formula, in part because the requirement that the trigger price be exceeded for thirty consecutive days was resulting in periods where the WTI price exceeded a threshold price for a period of time, but dropped below the threshold before the thirty-day period, meaning that the

[54] Announcement – Customer News – 2007-005, March 21, 2007, UPFSC 0000570-575, at 571.
[55] I understand that during and before the alleged conspiracy, intermodal transportation service was provided by CSX Intermodal, which was a separate corporate entity from Defendant CSX Transportation ("CSXT") and is not named as a Defendant. Therefore, I do not address intermodal fuel surcharge formulas for CSXT.
[56] September 22, 2020 email Re: Important Message from Mike Giftos, CSXFSC000000058-066, at 058; Talking Points, CSX Transportation Fuel Recovery Charge Program, CSXFSC000328558-560, at 558-559; March 3, 2003 email from John Couch Re: Fuel Surcharge Overview Clarence 03.ppt, and attachment, CSXFSC000000281-298 (Gooden Exhibit 2), at 283.
[57] Talking Points, CSX Transportation Fuel Recovery Charge Program, CSXFSC000328558-560, at 558.
[58] Talking Points, CSX Transportation Fuel Recovery Charge Program, CSXFSC000328558-560, at 558.
[59] Talking Points, CSX Transportation Fuel Recovery Charge Program, CSXFSC000328558-560, at 558.
[60] Talking Points, CSX Transportation Fuel Recovery Charge Program, CSXFSC000328558-560, at 558.
[61] Talking Points, CSX Transportation Fuel Recovery Charge Program, CSXFSC000328558-560, at 558.

fuel surcharge did not increase to capture CSXT's added fuel costs.[62] In March 2003, CSXT considered various options to change the formula, including 1) starting the fuel surcharge at a lower trigger price; 2) shortening the time period for the fuel surcharge to start; and 3) changing from a WTI-based to an HDF-based trigger.[63]

21. "In an effort to more quickly respond to changing market conditions and the continued volatility in fuel prices," CSXT announced changes to its published carload fuel surcharge formula on March 20, 2003.[64] Under CSXT's new formula, which was effective June 1, 2003, the WTI trigger price at which a fuel surcharge would first apply was reduced to $23 per barrel.[65] In addition, fuel surcharge rate changes were applied in smaller increments, with additional 0.4% surcharges applying at each $1 increment of WTI price.[66] The fuel surcharge rate was determined monthly based on the thirty-day average WTI price in the month two-months prior.[67]

22. In March 2007, CSXT announced that it would be changing to a mileage-based fuel surcharge formula for all non-exempt public tariff shipments effective April 23, 2007.[68] Under the mileage-based formula, a $0.01 per mile fuel surcharge would apply when the two-month prior monthly average HDF price reached $2.00 per gallon.[69] An additional $0.01 per mile

---

[62] Deposition of Clarence Gooden (EVP of Sales & Marketing at CSXT), July 16, 2010, p. 61:2-18; Deposition of Clyde McIntyre (Director of Pricing Services at CSXT), February 18, 2010, pp. 74:14-75:3; March 19, 2003 Letter from Mike Giftos Re: Meeting Regarding Fuel Surcharges Program, CSXFSC000000351.

[63] March 3, 2003 email from John Couch Re: Fuel Surcharge Overview Clarence 03.ppt, and attachment, CSXFSC000000281-298 (Gooden Exhibit 2), at 286.

[64] CSXT Announces Modifications to its Fuel Cost Recovery Program, March 20, 2003, CSXFSC000296928-929.

[65] CSXT Announces Modifications to its Fuel Cost Recovery Program, March 20, 2003, CSXFSC000296928-929, at 928; CSX Transportation Tariff CSXT 8100 Section XII-B Miscellaneous Provisions, March 31, 2003, CSXFSC000152734.

[66] CSXT Announces Modifications to its Fuel Cost Recovery Program, March 20, 2003, CSXFSC000296928-929, at 928; CSX Transportation Tariff CSXT 8100 Section XII-B Miscellaneous Provisions, March 31, 2003, CSXFSC000152734.

[67] CSXT Announces Modifications to its Fuel Cost Recovery Program, March 20, 2003, CSXFSC000296928-929, at 928; CSX Transportation Tariff CSXT 8100 Section XII-B Miscellaneous Provisions, March 31, 2003, CSXFSC000152734.

[68] March 2, 2007 email Re: Announcement of Fuel Surcharge Changes, and attachments, CSXFSC000001040-049 (Gooden Exhibit 27), at 040-041; Deposition of Clarence Gooden (EVP of Sales & Marketing at CSXT), July 16, 2010, pp. 254:22-255:2.

[69] March 2, 2007 email Re: Announcement of Fuel Surcharge Changes, and attachments, CSXFSC000001040-049 (Gooden Exhibit 27), at 041.

surcharge would apply for every $0.04 increase in the HDF price above the $2.00 trigger price.[70] Clarence Gooden, EVP of Sales and Marketing at CSXT, testified that while the mileage-based formula was originally announced as applicable to CSXT tariff and public rates, CSXT also began applying the mileage-based fuel surcharge formula to new private contracts in 2007.[71] The HDF mileage-based fuel surcharge formula remained in place at CSXT through the remainder of the alleged conspiracy period.[72]

## D. Overview of NS Published Fuel Surcharge Formulas

### 1. NS Fuel Surcharge Formulas for Intermodal Traffic

23. NS initiated an HDF-based fuel surcharge on intermodal traffic effective March 20, 2000, whereby a 4% fuel surcharge was applied on a weekly basis.[73] The fuel surcharge was subsequently "adjusted to reflect changes in the Department of Energy Retail On-Highway Diesel Prices (National U.S. Average) index."[74] NS' initial intermodal fuel surcharge was not based on a specific scale or formula.[75] Instead, NS "determined the level that they thought was competitive and adjusted their [fuel surcharge] accordingly."[76]

24. In April 2002, the NS domestic intermodal group adopted a formulaic fuel surcharge with a 1% surcharge at $1.24 HDF and an additional 0.5% surcharge for every $0.04 increase in HDF, adjusted on a weekly basis.[77] Except as modified by individual contracts, the domestic intermodal group continued to use this fuel surcharge formula through the duration of the alleged conspiracy period.[78]

[70] March 2, 2007 email Re: Announcement of Fuel Surcharge Changes, and attachments, CSXFSC000001040-049 (Gooden Exhibit 27), at 041.
[71] Deposition of Clarence Gooden (EVP of Sales & Marketing at CSXT), July 16, 2010, pp. 255:3-256:18.
[72] Deposition of Clarence Gooden (EVP of Sales & Marketing at CSXT), July 16, 2010, pp. 256:23-257:6.
[73] Norfolk Southern Intermodal News, NS Intermodal Fuel Surcharge, NS_062194936.
[74] Norfolk Southern Intermodal News, NS Intermodal Fuel Surcharge, NS_062194936.
[75] Declaration of Jim Bolander (VP Domestic Intermodal at NS), June 28, 2010, ¶9; Deposition of Kathleen Smith (Director of Market Research and Economics in the Marketing Department at NS), June 22, 2011, p. 137:11-17.
[76] Deposition of Kathleen Smith (Director of Market Research and Economics in the Marketing Department at NS), June 22, 2011, p. 137:20-23.
[77] Declaration of Jim Bolander (VP Domestic Intermodal at NS), June 28, 2010, ¶10.
[78] Declaration of Jim Bolander (VP Domestic Intermodal at NS), June 28, 2010, ¶12.

**APPENDIX A**

**Overview of Defendant Published Fuel Surcharge Formulas**

**2. NS Fuel Surcharge Formulas for Carload Shipments**

25. NS first implemented a generally applicable fuel surcharge effective June 2000 as a result of unprecedented volatility in fuel prices.[79] NS Executive Vice President and Chief Marketing Officer, Donald Seale, testified that NS considered the fuel surcharge as a component of its overall price, and that in designing the fuel surcharge formula, NS sought a fuel surcharge that was effective and competitive with all other modes of transportation.[80] NS viewed the fuel surcharge as an "energy surcharge," in that it was intended to address the volatility of diesel fuel, as well as gasoline and other oil-based lubricants used for NS' rail transportation and wheeled fleet.[81]

26. According to the 2000 NS fuel surcharge formula, a fuel surcharge of 2% of the base rate was charged if the WTI price remained above $28 per barrel for thirty consecutive days.[82] An additional 2% surcharge applied for every $5 that the WTI price was above $28 per barrel for thirty consecutive days.[83] Mr. Seale testified that the $28 WTI threshold was not set based on any understanding of a particular price level that NS intended to recover through its base rates; rather, the $28 WTI threshold was set based on benchmarking to what other railroads were doing at the time.[84] NS hoped that the fuel surcharge at the $28 WTI threshold would protect against volatility, and hoped that oil prices would return to lower levels.[85]

27. Mr. Seale testified that while NS's 2000 fuel surcharge announcement related to public regulated traffic, NS was seeking "general application" on its business to the extent possible.[86] An internal NS "Fuel Surcharge, Frequently Asked Questions" document from

---

[79] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, pp. 27:17-28:3, 42:22-43:13; Declaration of David Lawson (VP Industrial Products at NS), June 25, 2010, ¶5.
[80] Deposition of Donald Seale (Chief Marketing Officer, at NS), February 26, 2010, pp. 43:15-44:3, 44:17-45:1.
[81] Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 196; Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, at 80:16-81:8, 82:4-10.
[82] Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 202; Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, p. 100:11-23.
[83] Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 202; Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, p. 100:11-23.
[84] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, pp. 70:12-17, 71:5-72:13.
[85] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, p. 72:8-17.
[86] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, pp. 22:7-23:14.

**APPENDIX A**

**Overview of Defendant Published Fuel Surcharge Formulas**

September 2000 states that the fuel surcharge would be applied on all NS rates in public authorities, "as well as on transportation contracts and NSSQs where the customer has agreed to this provision."[87]

28. Mr. Seale testified that NS "considered modifying the fuel surcharge from the first day on that we had the original public price fuel surcharge."[88] When other railroads implemented a fuel surcharge with a lower, $23 per barrel WTI threshold in mid-2003, NS kept its existing $28 WTI threshold in hopes that the market would reward its lower fuel surcharge, resulting in additional business for NS.[89] Mr. Seale testified that, at the time, NS believed that fuel prices would come back down.[90] NS internal documents from July 2003 through the end of 2003 indicate that NS considered a variety of modifications to its published fuel surcharge formula, including: 1) lowering the WTI threshold price; 2) implementing a "downward provision" below certain prices; and 3) reducing the consecutive day requirement from thirty to fifteen.[91] However, after six months, NS did not experience any increase in business resulting from maintaining its $28 per barrel WTI threshold fuel surcharge, oil prices did not come back down, and the volatility worsened.[92]

29. In December 2003, NS made the decision to modify its fuel surcharge formula.[93] In a January 8, 2004 email to senior executives of NS, Mr. Seale noted that the revised fuel surcharge formula "will phase in as existing contracts and private rates that contain the current surcharge expire and are renegotiated."[94]

30. On January 9, 2004, NS publicly announced modifications to its fuel surcharge formula, which became effective March 1, 2004.[95] NS modified the fuel surcharge formula such

[87] Fuel Surcharge, Frequently Asked Questions: NS_008005299-301, at 300.
[88] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, p. 90:2-4.
[89] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, pp. 72:22-74:2.
[90] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, p. 73:9-20.
[91] July 7, 2003 email Re: Fuel Surcharge, NS_010042468-469; July 23, 2003 letter Re: Fuel Surcharge, NS_001000024-025.
[92] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, pp. 73:15-74:2, 127:13-128:12.
[93] Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, p. 128:4-12.
[94] January 8, 2004 email Re: Modified Fuel Surcharge-Coal and Merchandise, NS_001000124 (Seale Exhibit 53).
[95] January 19, 2004 letter from Thomas J. Brugman to NS customers, NS_010238977; January 9, 2004 email from Pat Glennon Re: FSC Waiver – Customer Notification Letter, NS_010073788; Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, pp. 120:19-121:6; Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 203.

that if the average monthly WTI price exceeded $23 per barrel two months prior, a fuel surcharge of 0.4% would apply, and an additional surcharge of 0.4% would apply for each subsequent $1 increment in the average monthly WTI price.[96]

31. In response to what NS perceived as "persistently higher oil prices," and to ensure that "the combined price that [NS was] charging for [its] services reflected the value of the services in the marketplace," NS announced a new fuel surcharge formula on April 24, 2006.[97] Under the 2006 NS fuel surcharge formula, which was effective beginning July 1, 2006, the monthly average WTI price threshold at which a surcharge would be applied was increased to $64 per barrel.[98] In addition, the incremental surcharge for each dollar increase in WTI beyond $64 was changed to 0.3%[99] At the same time, in some cases NS applied a 16.4% increase to its base rates, such that the total price (base rates + fuel surcharge) reflected current market rates.[100]

32. I understand that NS introduced another fuel surcharge formula effective June 1, 2008.[101] Under this formula, the monthly average WTI price threshold at which a surcharge would be applied was set at $90 per barrel, and the incremental surcharge for each dollar increase in WTI beyond $90 was set at 0.4%.[102]

---

[96] Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 204.
[97] Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 206. See also, Deposition of Donald Seale (Chief Marketing Officer at NS), February 26, 2010, pp. 178:21-179:13, 180:1-181:23~~16~~.
[98] Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 207. "Tariff NS 8003 Terms." Accessed from <http://www.nscorp.com/content/nscorp/en/transportation-terms/other requirements/fuel-surcharge/tariff-ns-8003-terms.html>.
[99] Written Statement of Norfolk Southern Corporation before the Surface Transportation Board, April 27, 2006, NS001001195-213 (Seale Exhibit 3), at 207.
[100] May 30, 2006 email Re: FW: FSC-5-26-06.doc, NS_007000883.
[101] "Tariff NS-8004 Terms." Accessed from <http://www.nscorp.com/content/nscorp/en/transportation-terms/other-requirements/fuel-surcharge/tariff-ns-8004-terms.html#:~:text=Tariff%20NS%2D8004%20will%20apply,that%20reference%20Tariff%20NS%2D8004.&text=*%20The%20fuel%20surcharge%20will%20be,Price%20Per%20Barrel%20exceeds%20%24148.00.>
[102] "Tariff NS-8004 Terms." Accessed from <http://www.nscorp.com/content/nscorp/en/transportation-terms/other-requirements/fuel-surcharge/tariff-ns-8004-terms.html#:~:text=Tariff%20NS%2D8004%20will%20apply,that%20reference%20Tariff%20NS%2D8004.&text=*%20The%20fuel%20surcharge%20will%20be,Price%20Per%20Barrel%20exceeds%20%24148.00.>