# EXHIBIT 14

BNSF Rate Requirements Letter

**BNSF _11_03870664**

[REDACTED]