# EXHIBIT 15

NS Email "FW: Fuel Surcharge Language proposed by TOTAL"

**NS-MDLII-00404714**

[REDACTED]