# EXHIBIT 16

TOTAL Emails "FW: TOTAL, Fuel Surcharge Language"

**TOTAL_067243**

[REDACTED]