# EXHIBIT 17

NS Emails "FW: Exelon Rail Contract 12/20/04 4:00 p.m."

**NS_010161012**

[REDACTED]