# EXHIBIT 18

UPFSC Emails "WEPCO comments on Circ.111 - Oak Creek and Pleasant Prairie"

**UPFSC_II_X_00004853**

[REDACTED]