# EXHIBIT 19

UPFSC Emails "Terra Rate Request"

**UPFSC_II_00320008**

[REDACTED]