**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**Filed Under Seal** |

**[PROPOSED] Order Granting Plaintiffs' Motion to Exclude Avram S. Tucker**

Upon consideration of Plaintiffs' Motion to Exclude Avram S. Tucker, and the parties' related briefing, it is HERBY ORDERED that Plaintiffs' Motion to Exclude Avram S. Tucker is GRANTED, and the opinions offered by Avram S. Tucker are excluded in MDL I and MDL II.

IT IS SO ORDERED.

DATE: ________________________

________________________________
BERYL A. HOWELL
United States District Judge