**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br>Plaintiffs,<br>v.<br>UNION PACIFIC RAILROAD CO., et al.,<br>Defendants. | Civil Action No. 11-1049 (BAH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**PUBLICLY FILED VERSION** |

**DEFENDANTS' APPENDIX**

# TABLE OF CONTENTS

**Volume 1 of 40**

Excerpt from the Second Amended Class Action Complaint, dated February 2, 2010, ECF 324 ....DA00005

Excerpts from Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants' Motion Regarding the Interpretation and Application of 49 U.S.C. 10706, dated April 17, 2020, ECF 952 ....DA00124

Excerpts from Plaintiffs' Supplemental Reply Memorandum of Law In Support of Motion for Class Certification, dated May 28, 2014....DA00129

Excerpts from the Declaration of Joseph P. Kalt, Ph.D., dated March 31, 2014....DA00142

Banerjee, Neela, "U.S. Economy Feeling Bite of Costlier Oil," The New York Times, December 28, 2002....DA00164

Victor P. Goldberg, "Price Adjustment in Long-Term Contracts," Wisconsin Law Review, 1985 ....DA00167

Mohl, Bruce, "Despite Drop in Prices, Fuel Surcharges Remain Policy at Airlines, Shipping Firms," The Boston Globe, November 21, 2001 ....DA00185

Setaishi, Sonoko, "Transportation Cos Raise Fuel Surcharges As Costs Soar," Dow Jones News Service, March 13, 2003 ....DA00187

Excerpt of Class Certification Hearing Transcript, dated September 28, 2016....DA00190

Expert Report of John H. Johnson (January 22, 2013)....DA00513

Excerpts from the Errata Corrected Expert Report of Joseph P. Kalt (March 1, 2013) ....DA00713

**Volume 2 of 40**

Excerpts from the Deposition Transcript of John J. Koraleski, dated December 2, 2010.DA01254

Email from Sharon Beschorner to Marty Coalson and others, dated March 22, 2000 (UPFSC 0000487-88)....DA01267

Email from Michael Drelicharz to Kurt Schroeder and others, dated May 25, 2001 (UPFSC 0043878-79)....DA01297

Email from Bob Toy to UP Distribution, dated October 3, 2002 (UPFSC 0042871-73)..DA01323

Presentation Fuel Surcharge Analysis, dated October 15, 2002 (UPFSC 0188733)....DA01326

Email from Greg Sovey to Jack Koraleski and others, dated October 24, 2002 (UPFSC 0000530-36) ....DA01362

Press Release, dated October 31, 2002 (UPFSC 0000540-43) ....DA01372

Email from Diane Knutson to Jack Koraleski, dated January 15, 2003 (UPFSC 0000686-90) ....DA01380

Email from Chuck Adams to Kurt Schroeder, dated March 11, 2003 (UPFSC 0075385-87) ....DA01417

Email from Lee Grimes to Ed Sims and others, dated March 20, 2003 (UPFSC 0102504-05) ....DA01430

Email from Kurt Schroeder to Kathy Eymann, dated March 24, 2003 (UPFSC 0000788-90) ....DA01432

Email from Charley Eisele to Dennis Duffy, dated March 25, 2003 (UPFSC 0004541-45) ....DA01435

Email from Christine Stenger-Bleske to UP Distribution and others, dated April 4, 2003 (UPFSC 0000550-53) ....DA01449

Email from Randy Evans to Greg Barbe, dated April 11, 2003 (UPFSC 0046052) ....DA01453

Email from Bob Toy to Bob Maziarz, dated April 16, 2003 (UPFSC 0184793-95) ....DA01454

Email from Kurt Schroeder to Chuck Adams, dated April 16, 2003 (UPFSC 0355286-87) ....DA01457

Email from Jim Nava to Randy Evans, dated April 18, 2003 (UPFSC 0000594-95) ....DA01459

Email from Rich Mietz to Randy Evans, dated April 21, 2003 (UPFSC 0000598-02) ....DA01461

Letter from National Grain and Feed Association to Richard Davidson, dated April 22, 2003 (UPFSC 0000605-06) ....DA01466

Email from Harvey Wood to Stephanie Eling, dated April 24, 2003 (UPFSC 0000889-912) ....DA01468

Email from Chuck Adams to Chandra Henley, dated April 25, 2003 (UPFSC 0000959-60) ....DA01492

Email from Diane Knutson to Jack Koraleski, dated April 26, 2003 (UPFSC 0000962-64) ....DA01494

Email from Greg Barbe to Brad Thrasher, dated April 27, 2003 (UPFSC 0000607-27) ....DA01497

Document titled "Fuel Surcharge Analysis", dated April 28, 2003 (UPFSC 0000970-75) ....................DA01518

Email from Koe O'Connor to Chandra Henley and others, dated April 28, 2003 (UPFSC 0000993) ....................DA01524

Memorandum form Chandra Henley and others, dated May 2, 2003 (UPFSC 0000628-33) ....................DA01525

Email from Edna Oakman to Vern Davis and others, dated May 2, 2003 (UPFSC 0453757-58) ....................DA01531

Email from Bob Toy to Craig Collins, dated May 5, 2003 (UPFSC 0042411-12) ...........DA01534

Email from Kurt Schroeder to Chuck Adams, dated May 6, 2003 (UPFSC 0183194-97)DA01544

Email from Harvey Wood to Diane Knutson, dated May 7, 2003 (UPFSC 0001012-20) DA01554

Document titled "Fuel Surcharge", dated May 9, 2003 (UPFSC 0000552-53)................DA01563

Email from Kathy Eymann to Paul Anderson, dated May 9, 2003 (UPFSC 0001030-37) ....................DA01565

Email from Christine Stenger-Bleske to UP Distribution and others, dated May 12, 2003 (UPFSC 0000560-75) ....................DA01573

Meeting Minutes, dated June 3, 2003 (UPFSC 0001086-87)....................DA01589

Email from Eric Butler to Vern Davis and others, dated May 10, 2003 (UPFSC 0001094-96) ....................DA01594

Email from Robert Knight to Todd Rynaski, dated January 28, 2004 (UPFSC 0032168-69) ....................DA01597

Email from Michael Drelicharz to Linda Brand, dated June 10, 2004 (UPFSC 0001197-99) ....................DA01599

**Volume 3 of 40**

Email from Robert Knight to Jack Koraleski, dated August 24, 2004 (UPFSC 0001213-22) ....................DA01602

Email from Michael Drelicharz to Robert Knight and others, dated August 25, 2004 (UPFSC 0358197-06)....................DA01612

Email from Jerry Klym to Tina Wehrbein and others, dated September 13, 2004 (UPFSC 0001251-52)....................DA01622

Email from Jerry Klym to UP Distribution, dated October, 1, 2004 (UPFSC 0001272-75) ..........DA01624

Email from Mark Draper to Chuck Adams and others, dated November 4, 2004 (UPFSC 0257003) ..........DA01628

Email from Chuck Adams to Jack Koraleski and others, dated March 29, 2005 (UPFSC 0001463-66) ..........DA01629

Email from Kurt Schroeder to Alan Ratcliff and others, dated August 16, 2005 (UPFSC 0001556-70) ..........DA01633

Email from Chuck Adams to Chandra Henley, dated August 18, 2005 (UPFSC 0001571-83) ..........DA01648

Document titled "Fuel Surcharge Analysis", dated September 1, 2005 (UPFSC 0000640) ..........DA01661

Email from Kurt Schroeder to Trena Bryan, dated September 12, 2005 (UPFSC 0001629-30) ..........DA01662

Email from Chuck Adams to Jack Koraleski and others, dated October 18, 2005 (UPFSC 0001644-45) ..........DA01664

Email from Ed Weber to Robert Knight, dated October 19, 2005 (UPFSC 0048842-44) DA01666

Document titled "Sales Talking Points", dated March 2007 (UPFSC 0000576-82) .........DA01692

Email from Tom Gehl to Chuck Adams and others, dated March 11, 2007 (UPFSC 0079608) ..........DA01699

Document titled "Customer News", dated March 21, 2007 (UPFSC 0000570-75) ..........DA01700

Excerpts from the Deposition Transcript of John Couch, dated August 3, 2010 ..............DA01831

Excerpts from the Deposition Transcript of Clarence Gooden, dated July 16, 2010 ........DA01886

Excerpts from the Deposition Transcript of Clyde McIntyre, dated February 18, 2010 ...DA01908

Excerpts from the Deposition Transcript of Dean Piacente, dated August 13, 2010 ........DA01920

Excerpts from the Deposition Transcript of Michael Ward, dated February 10, 2011 .....DA01927

CSX Corporation 2000 SEC Form 10-K, dated March 31, 2001 ..........DA01945

Merchandise Marketing and Sales Presentation, "Fuel Surcharge," dated September 15, 2000 (CSXFSC000000045-000000050)..........DA02137

Email from Jim Mitchell, Jr. to numerous recipients, dated October 24, 2000 (CSXFSC000000096-000000116, Giftos Deposition Ex. 3)................................DA02144

Email from John Couch to John Jinkner and Vicki Burton, dated March 3, 2003 (CSXFSC000000281-000000298, Gooden Deposition Ex. 2).............................DA02167

Memorandum from Mike Giftos to numerous recipients, dated March 19, 2003 (CSXFSC000000351 Giftos Deposition Ex. 12).................................................DA02185

Email from Kelly Shefelbine to numerous recipients, dated March 19, 2003 (CSXFSC000000357-000000363, McIntyre Dep. Ex. 3).....................................DA02186

**<u>Volume 4 of 40</u>**

Email from Shirley Farrell to numerous recipients, dated March 2, 2007 (CSXFSC000001040-000001049)..........................................................................................DA02201

Email from John Couch to Frank Onimus III attaching presentation, "Fuel Surcharge Merchandise 2003" (CSXFSC000036409-000036427).......................................DA02267

Email from John Couch to Frank Onimus III, dated March 11, 2003 (CSXFSC000036491) ..........................................................................................................DA02286

Presentation, "Fuel Surcharge Merchandise 2003" (CSXFSC000036492-000036496) ...DA02287

Email from John Couch to Frank Onimus III, dated March 20, 2003 (CSXFSC000036561) ..........................................................................................................DA02292

Email from Frank Onimus III to numerous recipients attaching Memorandum, "Policy: Fuel Surcharge Application - Contracts, Quotes, and Price Lists," dated April 25, 2003 (CSXFSC000036670-CSXFSC000036684)........................................................DA02295

Email from Clyde McIntyre Jr. to John Hart attaching Memorandum, "CSX Fuel Surcharge Status As of April 21, 2003" (CSXFSC000039089-000039091)..........................DA02310

Presentation, "CSX Fuel Surcharge Program," dated May 19, 2005 (CSXFSC000077514-000077563)..........................................................................................DA02458

Bear Stearns Equity Research Report for CSX Corporation, dated January 31, 2003 (CSXFSC000083892-000083897)..........................................................DA02508

CSXT Conference Call Transcript, dated October 24, 2002 (CSXFSC000084307-000084362) ..........................................................................................................DA02514

CSXT Conference Call Transcript, dated January 30, 2003 (CSXFSC000084365-000084410) ..........................................................................................................DA02570

Press Release, "CSX Transportation Announces Modifications To Its Fuel Cost Recovery Program," dated March 20, 2003 (CSXFSC000084489-000084490, Giftos Ex. 10) ....................DA02616

Fax from Mike Giftos to John Couch, dated March. 19, 2003 (CSXFSC000098458, Couch Deposition Ex. 12) ....................DA02639

Draft Press Release, dated March 19, 2003 (CSXFSC000098459-000098461, Couch Deposition Ex. 11)....................DA02640

Presentation Slides, "The new program - comparison," dated March 19, 2003 (CSXFSC000098462-CSXFSC000098465)....................DA02643

Email from Sandy Strok to numerous recipients, dated March 11, 2003 (CSXFSC000098501) ....................DA02647

Email from Tim McNulty to Kyle Hancock Jr. attaching Confidential Contract Proposal with Case Farms, LLC, dated February 25, 2004 (CSXFSC000104109-CSXFSC000104114) ....................DA02663

Customer Alert, "CSX Fuel Surcharge Changes to 0% December 11th Due to Lower Cost," dated December 10, 2002 (CSXFSC000109169)....................DA02669

Email from Clyde McIntyre to Ed Jenkins and Fredrik Eliasson, dated April 25, 2007 (CSXFSC000119958-000119959)....................DA02670

Email from Clyde McIntyre to numerous recipients attaching Rail Cost Adjustment Factors for 1st Quarter 2006, dated December 21, 2005 (CSXFSC000126737-CSXFSC000126777) ....................DA02672

Customer Alert, "Effective June 1, 2003, CSXT Fuel Surcharge Is Modified To Be More Responsive To Market Conditions," dated March 31, 2003 (CSXFSC000132121-000132122) ....................DA02745

Email from Clyde McIntyre to Ed Jenkins and Fredrik Eliasson attaching surcharge exceptions as of January 2007, dated January 18, 2007 (CSXFSC000150133-000150142) ..DA02753

Email from Jeff Goutcher to Dean Piacente and Rich Karn, dated July 6, 2004 (CSXFSC000150902-000150910)....................DA02763

Email from Fredrik Eliasson to numerous recipients, dated February 27, 2003 (CSXFSC000152060)....................DA02772

Email from Ken Day to Gary Lewis and Glenn Katz, dated December 5, 2003 (CSXFSC000152574-000152577)....................DA02781

Email from Frank Onimus III to numerous recipients, dated March 13, 2003 (CSXFSC000156928-000156929)....................DA02785

Email from Bob Gutman to John Couch, dated February 26, 2003 (CSXFSC000165062) ............DA02790

Presentation, "Sales and Marketing Fuel Surcharge Update," dated February 27, 2007 CSXFSC000165096-000165103) ............DA02792

**Volume 5 of 40**

Presentation, "Contract Escalators June 2003" (CSXFSC000174706-000174711)..........DA02802

Email from Mike Woodall to numerous recipients attaching Memorandum, "Contracts, Private Quotes & Competitive Pricing Document(s) Guidelines" (CSXFSC000195316-CSXFSC000195321) ............DA02834

ExxonMobil and CSXT Meeting Agenda, dated July 14, 2006 (CSXFSC000226424-CSXFSC000226426) ............DA02840

Memorandum from Mike Giftos to CSXT Commercial Team with attachments, dated September 22, 2000 (CSXFSC000247041-000247047)............DA02843

Email from Corporate Communications to numerous recipients, dated September 22, 2000 (CSXFSC000254508, McIntyre Deposition Ex. 1) ............DA02851

Email from Clyde McIntyre to numerous recipients attaching pricing team meeting documents, dated July 13, 2000 (CSXFSC000254549-000254051) ............DA02860

Email from Adam Hollingsworth to numerous recipients regarding Press Release, "CSX Transportation Announces Modifications to Its Fuel Cost Recovery Program," dated March 20, 2003 (CSXFSC000287736-000287742) ............DA02886

Email from Sandi Bryan to numerous recipients, dated March 25, 2003 (CSXFSC000288447) ............DA02893

Memorandum from Mike Giftos to Michael Ward, dated March 25, 2003 (CSXFSC000288448-000288449) ............DA02894

Email from Wayne Flynn to Kyle Hancock, dated July 28, 2006 (CSXFSC000324673-000324674) ............DA02898

Email from Dan Murphy to numerous recipients, dated September 22, 2000 (CSXFSC000328691-000328708)............DA02915

Email from Clyde McIntyre to numerous recipients attaching CSXT Fuel Cost Recovery Charge letter, dated March 4, 2003 (CSXFSC000350085-CSXFSC000350086) ............DA02933

Email from Clyde McIntyre to numerous recipients, dated March 19, 2003 (CSXFSC000350087) ............DA02935

Email from CSX to numerous recipients attaching Amendment 5 to Contract CSXT 68608, effective October 1, 2006 (CSXFSC000531250-000531296)..............................DA02957

CSX Intermodal Fuel Surcharge Chronology (CSXT 30(b)(6) witness Mike Crawford Deposition Ex. 8)..........................................................................................................DA03007

Excerpts from the Deposition Transcript of John Lanigan, dated June 22, 2010.............DA03099

Expert Report of Janusz A. Ordover, Ph.D., dated January 22, 2013...............................DA03346

Printout of BNSF's FSC Program Details & Table, Intermodal Rules and Policies Guide, that Plaintiffs printed from BNSF's website and then marked as Exhibit 2 in the August 13, 2010 George Duggan deposition. ...........................................................................DA03514

BNSF Price Management Memo from Jim Arnett to Bill Carter and others regarding Fuel Surcharge, dated January 7, 2000 (BNSF-0814153-60).....................................DA03515

Document titled "BNSF Carload Price Change Summary Comparison" (BNSF-0657300-08). .........................................................................................................DA03523

Email from Thomas J. Jacobowski to Katie Farmer and others, dated September 13, 2000 (BNSF-0814173-74). ............................................................................DA03546

Document titled "Pricing Update," directed "To: All BNSF Carload Customers," dated September 21, 2000 (BNSF-0814184). .............................................................DA03548

Document titled "Carload Fuel Surcharge Meeting October 17, 2000 Agenda" (BNSF-0814211-19). .........................................................................................................DA03549

BNSF Memo from Paul B. Anderson to Matt Rose regarding "Price Increases Compared to Fuel Expense Increases", dated November 3, 2000 (BNSF-0368688-89). ...................DA03558

**Volumes 6 and 7 of 40**

A version of the "BNSF Rules Book 6100-A," the original version of which was issued December 29, 2000 (BNSF-0510003-062)..........................................................DA03560

**Volume 8 of 40**

A version of the "BNSF Rules Book 6100-A," the original version of which was issued December 29, 2000 (BNSF-0510131-169)..........................................................DA03620

**Volume 9 of 40**

A version of the "BNSF Rules Book 6100-A," the original version of which was issued December 29, 2000 (BNSF-0515743-809)..........................................................DA03788

Document titled "Fuel Surcharges Review January 3, 2001 Agenda" (BNSF-0814175-81). .........................................................................................................DA03855

Email from Penita L. Lee to Penita L. Lee and others, dated February 15, 2001 (BNSF_LOG0000054-056). ....................DA03862

Email from Cheri L. Carlson to Thomas J. Jacobowski and others, dated March 6, 2001 (BNSF-0121901-03). ....................DA03865

Document titled "Review of BNSF Fuel Surcharges April 9, 2001" (BNSF-0657324-63). ....................DA03908

Documents titled "BNSF Pricing Update April 30, 2001" (BNSF-0016285-87)....................DA03963

Domestic Intermodal Fuel Surcharge, dated May 15, 2001 (BNSF-0070536-42). ....................DA03969

Document titled, "BNSF Rule Book 6100-A, Item 3375A - Charge Fuel Surcharge Issued May 1, 2001 Effective July 1, 2001" (BNSF-0330104-107). ....................DA03978

BNSF Memo from Paul B. Anderson to Tom Hund regarding First Half 2001 - Revenue Questions from Matt, dated July 12, 2001 (BNSF-0368677-79)....................DA03982

Email from Renita L. Lee to Ed. L. Zajac and Mike D. Williamson, dated July 25, 2001 (BNSF-FSC 001702-04). ....................DA03985

Presentation titled "Consumer Products Marketing Support", dated January 31, 2002 (BNSF-0069749-79). ....................DA03988

Memo from Greg Patient to Chuck Shultz regarding Price Escalation General Guidelines, dated February 15, 2002 (BNSF-0337331-33). ....................DA04019

Email from Thomas N. Hugh to David T. Burr and Matthew W. Feldman, dated September 17, 2002, attaching September 2003 Bear Stearns report (BNSF-0641542-55). ....................DA04034

**<u>Volume 10 of 40</u>**

Email from George F. Gillen, dated November 1, 2002 attaching document titled "Burlington Northern Sante Fe Corporate Audit Services, October 21, 2002" (BNSF-0544170-204). ....................DA04048

Email from George F. Gillen to Sara A. Thronsedt, dated November 4, 2002 (BNSF-0026907). ....................DA04083

Email from George F. Gillen to David L. Garin, Denis J. Smith, dated November 19, 2002 (BNSF-0026918-19). ....................DA04084

BNSF Memo from Chuck Schultz to Matt Rose re Fuel Surcharge Questions, dated January 15, 2003 (BNSF-0328865-73), was marked as Exhibit 1 in the June 22, 2010 John Lanigan deposition. ....................DA04086

Email from Linda L. Wertz to numerous recipients, dated January 15, 2003 (BNSF-0532267-69). ....................DA04095

CCBN Street Events Final Transcript of BNI-Q4 2002 Burlington Northern Santa Fe Corporation Earnings Conference Call, dated January 21, 2003 (BNSF-0814238-41). ....DA04104

Email from D. Duaine Shaw to various, dated January 27, 2003 (BNSF-0074429). ....DA04108

Document titled, "John Lanigan, 2003 Draft Goals" (BNSF-0387501-03), was marked as Exhibit 2 in the June 22, 2010 John Lanigan deposition. ....DA04109

Email from Sam A. Kyei to Sam A. Kyei, dated March 6, 2003 (BNSF_CAL-0005286). ....DA04112

Email from Greg Stengem to Cheri Carlson, dated March 11, 2003 (BNSF-FSC 000363). ....DA04113

Email from Sam A. Kyei to recipients, dated March 13, 2003 with attachments (BNSF-0330835-BNSF-0330875), bates range BNSF-0330836-75 was marked as Exhibit 8 in the May 4, 2010 Samuel Kyei deposition. ....DA04114

Fuel Surcharge Review Team, Agenda for March 14, 2003 Meeting attaching "Fuel Surcharges Options" (BNSF-0328753-56). ....DA04155

Email from Sam A. Kyei to numerous recipients with attachments, dated March 18, 2003 (BNSF-0330793-BNSF-0330834), bates range BNSF-0330793-833 was marked as Exhibit 5 in the May 4, 2010 Samuel Kyei deposition. ....DA04159

Fuel Surcharge Review Team, Agenda for March 19, 2003 Meeting (BNSF-0325605-10). ....DA04204

Fuel Surcharge Review Team, Agenda for March 26, 2003 Meeting attaching Proposed Fuel Surcharges Rate Methodology (BNSF-0328505-12). ....DA04216

Fuel Surcharge Review Team, Agenda for March 28, 2003 Meeting (BNSF-0014241). ....DA04239

Fuel Surcharge Review Team, Agenda for March 28, 2003 Meeting (BNSF-0325538-49). ....DA04240

Email from Loretta J. Long to Sam A. Kyei attaching Risks with implementing fuel surcharge based on miles, dated March 28, 2003 (BNSF-0344646-47). ....DA04258

**<u>Volume 11 of 40</u>**

Presentation titled "BNSF Fuel Surcharges, Fuel Surcharge Review Team Recommendations", dated March 31, 2003 (BNSF-0325512-32). ....DA04261

Email from David R. Alegria to Sam A. Kyei and George Pacocha, dated April 3, 2003 (BNSF-0027655). ....DA04286

Spreadsheet titled "BNSF Carload Price Authorities Fuel Surcharge Summary", dated April 3, 2003 (BNSF-0027656)........................................................................DA04287

Email from Sam A. Kyei to numerous recipients, dated April 3, 2003, attaching document titled "BNSF Fuel Surcharges Cost Recovery Improvements February 24, 2003" (BNSF-0330752-92)........................................................................................DA04289

Fuel Surcharge Review Team, Agenda for April 4, 2003 Meeting (BNSF-0325504-10). DA04330

Email from James T. Obermiller to George F. Gillen, dated April 10, 2003 (BNSF-0027935). ........................................................................................................DA04340

Document titled "BNSF Fuel Surcharges Fuel Review Team Recommendations April 14, 2003" (BNSF-FSC 000047-74)........................................................................DA04341

Email from George F. Gillen to numerous recipients with attachments, dated April 25, 2003 (BNSF-0570925-29). ........................................................................DA04369

Email from Sam A. Kyei to Nick L. Murray, dated April 30, 2003 (BNSF-0327011-12), was marked as Exhibit 13 in the June 22, 2010 John Lanigan deposition...................DA04374

BNSF Memo from Sam Kyei to Steve Bobb regarding Status of BNSF Fuel Surcharge Programs, dated July 1, 2003 (BNSF-0322277-78)............................................................DA04415

Email from John P. Lanigan to Stevan B. Bobb and others, dated September 11, 2003 attaching document titled "BNSF / NS Joint Marketing Meeting July 30, 2003" (BNSF-0337434-39). ........................................................................................................DA04420

BNSF Memo from Sam Kyei to Matt Rose regarding Fuel Cost Recovery Analysis, dated May 28, 2004 (BNSF-0325449-73), was marked as Exhibit 31 in the May 4, 2010 Samuel Kyei deposition. ........................................................................................DA04426

**<u>Volume 12 of 40</u>**

Email from Cheryl L. Simpson to Sam A. Kyei and others with attachment BNSF Fuel Surcharges, Fuel Surcharge Review Team Recommendations, dated August 27, 2004 (BNSF-0354813-42). ........................................................................DA04451

Email from Sam A. Kyei to numerous recipients, dated August 30, 2004 (BNSF-0345532). ........................................................................................................DA04481

Email from George F. Gillen to David L. Garin, Denis J. Smith and George T. Duggan, dated September 1, 2004 (BNSF-0028686-90), bates range BNSF-0028686-88, were marked as Exhibit 37 in the May 4, 2010 Samuel Kyei deposition......................................DA04482

Email from Eldon Specht to David R. Alegria and others, dated September 7, 2004 (BNSF-0028783-84), was marked as Exhibit 27 in the June 22, 2010 John Lanigan deposition. ........................................................................................................DA04487

Email from David T. Burr to Thomas N. Hund, Dennis R. Johnson, dated October 18, 2004 (BNSF-0345959-991), was marked as Exhibit 28 in the June 22, 2010 John Lanigan deposition. ........DA04521

Email from James A. Arnett to Susie Stark with attachments, dated February 24, 2005 (BNSF-FSC 000193-206). ........DA04559

Email from John P. Lanigan to Paul B. Anderson and others, dated March 28, 2005 (BNSF-0329108-114), was marked as Exhibit 31 in the June 22, 2010 John Lanigan deposition. ........DA04573

Email from James A. Arnett to MKT DL AG Commodities and others, dated March 29, 2005 (BNSF-0001311). ........DA04580

Spreadsheet titled "BNSF Mileage-Based Fuel Surcharge, Customer Feedback", dated April 4, 2005 (BNSF-0067932-33). ........DA04581

Document titled "BNSF Rules Book 6100 - A - Item 3375C - Charge - Fule Surcharge, Issued May 7, 2003 - Effective June 1, 2003" (BNSF-0492619-20). ........DA04603

Spreadsheet titled, "BNSF Mileage-Based Fuel Surcharge Customer Feedback", dated May 6, 2005 (BNSF-0375656-57). ........DA04605

Document titled "BNSF Railway Mileage Fuel Surcharge Update May 16, 2005" (BNSF-FSC 000235-40). ........DA04607

Numerous Correspondence regarding Mileage-Based Fuel Surcharge (FSC), dated September 9, 2005 (BNSF-0648777-89). ........DA04613

Document titled "Mileage Based Fuel Surcharge Update Marketing Staff Meeting October 17, 2005" (BNSF-FSC 000271-79). ........DA04626

Email from Linda L. Wertz to various recipients, dated October 20, 2005 (BNSF-0031077-079) ........DA04635

Email from George F. Gillian to Brian A Large, dated March 12, 2007 (BNSF-0001786-89) ........DA04658

**Volume 13 of 40**

Documents titled "Pricing Update - BNSF Fuel Surcharge", with date range starting August 21, 2001 through May 1, 2007 (BNSF-FSC 001421-1695). ........DA04664

**Volume 14 of 40**

Email from Alyson L. Dodgen to numerous recipients attaching draft BNSF News Release titled, "BNSF Announces Expansion of Mileage-Based Fuel Surcharge Program", dated August 4, 2008 (BNSF-0783999-4009). ........DA04939

BNSF News Release titled, "BNSF Announces Expansion of Mileage Based Fuel Surcharge Program", dated August 5, 2008, was marked as Exhibit 34 in the June 22, 2010 John Lanigan deposition. ........ DA04950

Excerpts from the Deposition Transcript of Wick Moorman, dated Jan. 7, 2011 ........ DA04996

Excerpts from the Deposition Transcript of Donald Seale, dated Feb. 26, 2010 ........ DA05008

Email from Don Seale to Ike Prillaman, dated Apr. 22, 2003 (NS 001000004) ........ DA05087

Letter from Don Seale to Ike Prillaman, dated Jul. 23, 2003 (NS 001000024) ........ DA05095

Email from Pat Glennon to numerous recipients, dated Nov. 4, 2003 (NS 001000054)... DA05125

Email from Don Seale to numerous recipients, dated Jan. 8, 2004 (NS 001000124) ........ DA05190

"Document titled ""Norfolk Southern To Adjust Fuel Surcharge""", dated Apr. 24, 2006 ( ....... NS 001000130) " ........ DA05191

Email from Doug McNeil to numerous recipients, dated Jun. 30, 2003 (NS 001000360) DA05213

Email from David Lawson to numerous recipients, dated Jun. 30, 2003 (NS 001000366) ........ DA05216

Appendix A to Master Transportation Contract REG-NS-C-18893, dated Sept. 29, 2003 (NS_003023643) ........ DA05246

Amendment No. 1 to Contract DER-NS-C-16468 by and between AK Steel Corporation and Norfolk Southern Railway Company, dated Aug. 8, 2005 (NS_003040803) ........ DA05258

Document titled "Transportation Contract", dated Jan. 28, 2004 (NS_003041695) ........ DA05274

**<u>Volume 15 of 40</u>**

Document titled "Annual Report 2004", dated Feb. 28, 2005 (NS_003041978) ........ DA05280

Master Transportation Contract NS-18862 by and between General Motors Corporation and Norfolk Southern Railway Company, dated June 24, 2003 (NS_003043940)...... DA05432

Email from Pat Glennon to numerous recipients, dated Dec. 15, 2003 (NS_006000472) DA05477

Email from David Lawson to numerous recipients, dated June 30, 2003 (NS_008003734) ........ DA05518

Email from Don Seale to numerous recipients, dated Dec. 23, 2003 (NS_008003830) ... DA05527

Email from Doug McNeil to numerous recipients, dated Sep. 26, 2000 (NS_008005296) ........ DA05529

Document titled "Fuel Surcharge Addendum to Transportation Contracts", dated Sept. 26, 2000 (NS_008005297) .......... DA05530

Document titled "Fuel Surcharge Frequently Asked Questions", dated Sept. 26, 2000 (NS_008005299) .......... DA05532

Email from Kathleen Smith to David Lawson, dated Dec. 12, 2000 (NS_008005617) .... DA05555

Email from Chris R. Neikirk to Charlie Brenner, dated May 14, 2003 (NS_009000074) DA05557

Email from Charlie Brenner to numerous recipients, dated Apr. 11, 2005 (NS_009004585) .......... DA05563

Email from Connie Vaughn to Thomas Bayrer, dated Jun. 12, 2000 (NS_010002778) ... DA05572

Email from Corporate Communications Department to All NS Employee Outlook Users, dated Mar. 16, 2007 (NS_010002959) .......... DA05573

Email from Pat Glennon to numerous recipients, dated Apr. 29, 2003 (NS_010004393) DA05574

"Email from Pat Glennon to numerous recipients, dated Jan. 8, 2004 (............... NS_010006317)" .......... DA05576

Spreadsheet comparing NS, CSXT, BNSF, and UP FSC rates and revenues, dated Jan. 8, 2004 (NS_010006320) .......... DA05579

Memo from Marketing Services to Merchandise Marketing Commodity Teams, dated Mar. 1, 2004 (NS_010006321) .......... DA05581

Document titled "Fuel Surcharge Issues and Answers", dated Mar. 1, 2004 (NS_010006322) .......... DA05582


**Volume 16 of 40**


Email from Bob to numerous recipients, dated Apr. 22, 2000 (NS_010013327) ............. DA05612

Email from Bob Scharpf to numerous recipients, dated May 11, 2000 (NS_010013407) DA05613

Email from Thomas Brugman to Pam Lemon, dated May 1, 2000 (NS_010013425) ...... DA05615

Email from Thomas Brugman to numerous recipients, dated Jun. 12, 2000 (NS_010013728) .......... DA05619

Email from Thomas Brugman to numerous recipients, dated Jun. 9, 2000 (NS_010013754) .......... DA05621

Email from Charlie Brenner to numerous recipients, dated Jun. 16, 2000 (NS_010013960) .......... DA05623

Email from Bob Scharpf to numerous recipients, dated Mar. 31, 2000 (NS_010014193) DA05624

Document titled "9255 Note Number 6766", dated Mar. 31, 2000 (NS_010014194) ...... DA05625

Email from Cheryl Manning to numerous recipients, dated Jan. 25, 2000 (NS_010014198) ........ DA05626

Email from Thomas Brugman to Brady Anderson, dated Feb. 24, 2000 (NS_010014249) ........ DA05633

Email from Thomas Brugman to numerous recipients, dated Feb. 16, 2000 (NS_010014264) ........ DA05638

Email from Joe Osborne to Don Seale, dated Aug. 15, 2003 (NS_010032969) ............... DA05641

Email from Pat Glennon to Don Seale and Alby Pfeifer, dated Oct. 31, 2003 (NS_010033375) ........ DA05647

Email from Pat Glennon to Don Seale, dated Nov. 9, 2003 (NS_010033391) ................. DA05648

Email from Jim Schaaf to Don Seale, dated Nov. 10, 2003 (NS_010033400).................. DA05653

Email from Pat Glennon to Don Seale and Charlie Brenner, dated Dec. 19, 2003 (NS_010033544)........ DA05655

Email from Don Seale to Joe Osborne, dated Aug. 25, 2004 (NS_010034800) ............... DA05666

Email from Joe Osborne to Don Seale, dated Aug. 25, 2004 (NS_010035215) ............... DA05667

Email from Don Seale to numerous recipients, dated Aug. 4, 2003 (NS_010042559)..... DA05673

Email from Don Seale to numerous recipients, dated Sep. 25, 2003 (NS_010042677).... DA05676

Email from Don Seale to Ike Prillaman, dated Aug. 27, 2004 (NS_010043506).............. DA05698

Email from Charlie Brenner to numerous recipients, dated Apr. 15, 2003 (NS_010058178) ........ DA05709

Memo from Pat Glennon to Don Seale and Charlie Brenner, dated Apr. 7, 2003 (NS_010058179) ........ DA05710

Spreadsheet comparing NS and CSXT FSC rates and revenues, dated Apr. 15, 2003 (NS_010058184)........ DA05715

Email from Pat Glennon to numerous recipients, dated July 3, 2003 (NS_010059084)... DA05717

Spreadsheet comparing NS, CSXT, BNSF, and UP FSC rates and revenues, dated July 3, 2003 (NS_010059086)........ DA05719

Memo from Pat Glennon to Don Seale and Charlie Brenner, dated Apr. 7, 2003 (NS_010059087) ....... DA05722

Email from Pat Glennon to numerous recipients, dated July 10, 2003 (NS_010059144) . DA05726

Email from Pat Glennon to numerous recipients, dated Mar. 26, 2003 (NS_010072625) DA05765

Email from Steve Marshall to Pat Glennon, dated June 3, 2003 (NS_010073009) .......... DA05786

Email from Pat Glennon to numerous recipients, dated Jan. 8, 2004 (NS_010073840) ... DA05803

Spreadsheet comparing NS, CSXT, BNSF, and UP FSC rates, dated Jan. 8, 2004 (NS_010073843) ....... DA05806

Email from Pat Glennon to Thomas Brugman, dated Mar. 5, 2004 (NS_010073971) ..... DA05812

Email from Pat Glennon to Don Seale, dated Apr. 7, 2003 (NS_010075745) .................. DA05820

Memo from Pat Glennon to Don Seale and Charlie Brenner, dated Apr. 7, 2003 (NS_010075746) ....... DA05821

Spreadsheet comparing NS and CSXT FSC rates and revenues, dated Apr. 17, 2003 (NS_010075750) ....... DA05825

Email from Charlie Brenner to numerous recipients, dated June 30, 2003 (NS_010126046) ....... DA05843

Email from Joe Osborne to numerous recipients, dated Nov. 6, 2003 (NS_010126889) .. DA05844

Email from Pat Glennon to Don Seale, dated Nov. 7, 2003 (NS_010126905) ................. DA05847

Email from Danny Smith to Ron Listwak, dated Jan. 15, 2004 (NS_010159457) ............ DA05894

Email from James Wilson to numerous recipients, dated Sept. 11, 2003 (NS_010214878) ....... DA05901

Email from Don Seale to Thomas Brugman, dated Jan. 15, 2004 (NS_010240023) ........ DA05903

Email from Pat Simonic to Thomas Brugman and Ken Yopp, dated Mar. 8, 2004 (NS_010240077) ....... DA05906

Email from Don Seale to Brenda Quesenberry and attachments, dated September 26, 2003 and marked as Exhibit 18 to the deposition of John Lanigan taken on June 22, 2010 (NS_013005655) ....... DA05914

Email from Don Seale to Thomas Brugman, dated Aug. 8, 2003 (NS_013005684) ........ DA05933

Email from Don Seale to numerous recipients, dated Jan. 8, 2004 (NS_015000902) ...... DA05936

Email from Bob Scharpf to numerous recipients, dated May 31, 2000 (NS_018000170) DA05940

Email from Bob Scharpf to numerous recipients, dated Sept. 12, 2000 (NS_024000022) ....................DA05945

Email from Stacia Minton to Stacia Minton, dated Aug. 4, 2000 (NS_024000029).........DA05948

Email from Stacia Minton to Stacia Minton, dated Jan. 16, 2002 (NS_024000032)........DA05974

Spreadsheet titled "Fuel Surcharge Tracking Report", dated Jan. 16, 2002 (NS_024000033) ....................DA05975

Email from Bob Scharpf to numerous recipients, dated Sept. 8, 2000 (NS_024000060).DA05986

Email from Bob Scharpf to Jim Nash, dated Sept. 25, 2000 (NS_024000085) ................DA06013

Email from Charlie Brenner to Pat Glennon, dated Aug. 15, 2001 (NS_026000150)......DA06034

Email from Alby Pfeifer to Marketing, Sales & Coal, dated Mar. 23, 2003 (NS_057000620) ....................DA06043

Email from Pat Glennon to Don Seale, dated Oct. 11, 2002 (NS_058001207) ................DA06046

Email from D.V. Corcoran to numerous recipients, dated Sept. 27, 2000 (NS_060000199) ....................DA06050

Excerpts from Plaintiffs' First Amended Consolidated Objections and Responses to Defendants' Joint First Requests for Admissions, dated February 8, 2011 ..............................DA06292

Excerpts from Plaintiffs' Second Amended Consolidated Objections and Responses to Defendants' Joint First Requests for Admissions, dated May 11, 2011................DA06363

Excerpts from Plaintiffs' Supplemental Consolidated Objections and Responses to Defendants' First Set of Interrogatories, dated January 4, 2012 ...............................................DA06397

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated June 3, 2010.DA06412

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated December 11, 2012 ....................DA06423

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated December 18, 2012 ....................DA06436

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated March 4, 2014 ....................DA06450

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated July 31, 2014 ....................DA06471

Excerpts from the Deposition Transcript of Dr. Howard Kaplan, dated March 10, 2010.DA06506

Email from Wesley Smith to Jack Huh, dated November 22, 2002 (OLI053134-531136) ........DA06562

Fax from L. G. Ferris to Jack Huh (including attached Contract NS 18492), dated April 11, 2002 (OLI056283-056288) ........DA06569

Fax from L. G. Ferris to Jack Huh (including attached Amendment No. 9 to NS 14100), dated April 11, 2002 (OLI056324-056328) ........DA06575

Presentation, "CSX Transportation & Olin Chlor Alkali Products," dated February 24, 2004 (OLI059186-059202) ........DA06580

Fax from L. G. Ferris to Jack Huh (including attached Amendment No. 52 to REG-SOU-C-0541), dated July 30, 2001 (OLI059683-059704) ........DA06598

CSX Price Lists Under Price Authority 43158.1, dated May 10, 2001 (OLI060351-060352) ........DA06620

Railroad Transportation Contract CSXT-C-82971, effective June 1, 2004 (OLI061119-061132) ........DA06627

Fax from Diane Miller to Jack Huh (including attached Amendment No. 3 to Contract CPRS-125964), dated June 12, 2001 (OLI061370-061373)........DA06650

Letter from James Foote to Jack Huh, dated September 18, 2002 (OLI062303-062304).DA06654

Amendment No. 4 to Contract REG-NS-C-17996, effective July 1, 2004 (OLI062475-062478) ........DA06666

Fax from L. G. Ferris to Stephen Bahn (including attached Amendment No. 3 to Contract REG-NS-C-17281), dated July 25, 2006 (OLI063191-063195)........DA06670

Amendment No. 10 to Contract REG-SOU-C-0552 (OLI063209-063212)........DA06675

Letter from Jody J. Guillory to L&B Customers, dated January 2, 2003 (OLI063290)....DA06679

**Volume 17 of 40**

Email from Kirk Steely to Steve Bahn, dated August 8, 2006 (OLI087997)........DA06680

Presentation, "Chlor Alkali Division Logistics: Understanding Fuel Surcharges" (OLI087998-088009) ........DA06681

Email from Doug Lecomte to numerous recipients, dated January 6, 2003 (OLI099274)DA06695

Email from Rosa Henson to numerous recipients, dated April 4, 2003 (OLI132017) ......DA06697

Email from Amanda Davis to Marvin Osborne and Chris Cusick, dated May 4, 2007 (OLI140905) ........DA06699

Email from Steve Bahn to numerous recipients, dated April 22, 2004 (OLI161720-161721) ........DA06700

Excerpts from ECF No. 534, Memorandum Opinion re Defs' Motion to Compel Answers to Defs' Interrogatories and Requests for Admissions, dated November 17, 2011 ...DA06823

Pacer Stacktrain Electronic Bulletin No. 491, dated April 26, 2004 ........DA06840

Email from Cookie Gadson to Janice McNeal and others, dated February 28, 2003 (KCS-QE-000001-29) ........DA06866

U.S. Dep't of Transp. Inspector General, Quality of Service Provided to Rail Shippers, Report No. CR-2011-045 (Feb. 15, 2011) ........DA06895

U.S. Dep't of Agriculture Agricultural Marketing Serv., Study of Rural Transportation Issues 332 (Apr. 2010) ........DA06897

Congressional Budget Office, Freight Rail Transportation: A Review of the 2004 Experience 2 (May 2005) ........DA06899

Fed. Highway Admin., U.S. Dep't of Transp., Financing Freight Improvements 4 (Jan. 2007) ........DA06904

Email from John Couch to numerous recipients, dated March 19, 2003 (CSXFSC000153146) ........DA06915

Presentation titled "CSX Intermodal Fuel Surcharge Review," dated June 2004 (CSXFSC000065811-000065819) ........DA06916

Email from Dwight Price to John Couch, dated June 20, 2005, attaching presentation "Shaping the Future at CSX: Midyear Review, Second Half Outlook and Future Strategies," dated June 1, 2005 (CSXFSC000042128-000042260) ........DA06925

Email from Clyde McIntyre to numerous recipients, "CSXT Fuel Cost Recovery Charge Change to 4%, dated March 17, 2003, attaching Customer Alert, "CSXT Fuel Surcharge Changes from 2% to 4% March 20th Due to Higher Cost," (CSXFSC000129100-01)......DA07078

Email from Dan Murphy to Clyde McIntyre, dated March 19, 2003, attaching press release "CSXT Fuel Cost Recovery Remains at 2%" (CSXFSC000129365-66)..............DA07080

Excerpts from the Deposition Transcript of Paul Anderson, 30(b)(6) witness for Defendant BNSF, dated May 26, 2011........DA07082

Email from James A. Arnett to Harry W. Bognich and Nannette Samuelson, dated December 10, 2002 (BNSF-0027020-22). ........DA07104

Email from Denis J. Smith to numerous recipients, dated March 14, 2003 (BNSF-0027288-89). ....DA07107

Quarterly Report of Burlington Northern Santa Fe Corporation for the quarterly period of March 31, 2001 (BNSF 2001 Form 10-Q). ....DA07152

Annual Report of BNSF Railway for the period ending in December 31, 2002 (BNSF 2002 Form 10-K). ....DA07169

Email from Don Seale to Thomas Brugman, dated Jul. 31, 2003 (NS_010032689)....DA07338

Email from Don Seale to Thomas Brugman, dated Aug. 8, 2003 (NS_010032710) ....DA07340

Email from Pat Glennon to numerous recipients, dated Nov. 4, 2003 (NS_057005766)..DA07343

**<u>Volume 18 of 40</u>**

Email from Chris D. Luebbers to numerous recipients, dated Apr. 2, 2002 (NS_062001315) ....DA07387

Email from Augie Eckhardt to Robert Randolph and Greg Friede, dated Nov. 16, 2006 (NS_062021033)....DA07389

Document titled "Norfolk Southern Intermodal News", dated Mar. 7, 2000 (NS_062194936) ....DA07392

Excerpts from Plaintiffs' Consolidated Objections and Responses to Defendants' First Set of Interrogatories, dated November 30, 2010 ....DA07435

Plaintiffs' First Amended Consolidated Objections and Responses to Defendants' First Set of Interrogatories, dated February 8, 2011 ....DA07442

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated September 24, 2010 ....DA07504

Email from Doug Lecomte to numerous recipients, dated February 18, 2003, attaching "Chlorine Re-seal letter" and "Surcharge letter" (OLI092020-OLI09023) ....DA07524

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated June 3, 2010.DA07536

Excerpts from the Deposition Transcript of Gordon Rausser, Ph.D., dated July 31, 2014 ....DA07547

Email from Will Santangelo to numerous recipients, dated Nov. 13, 2003 (NS_037031059) ....DA07564

Email from Kimberly Thompson to Mike McClellan, dated Nov. 4, 2002 (NS_036014716) ....DA07572

Document titled "Fuel Comparison", dated Nov. 4, 2002 (NS_036014717) ....................DA07573

"Email from Craig Rocky to Sam Kyei, dated November 24, 2003

(AAR-E-00029775)"..........................................................................................DA07673

"Email from Shou-Lien Liu to Beth Eagney, dated December 4, 2003

(AAR-E-00030904)"..........................................................................................DA07675

Email from Matthew Feldman to Thomas Hund and others, dated November 7, 2003 (BNSF_LOG0013567-69) ....................................................................DA07765

Email from Paul Anderson to Sam Kyei and others, dated May 10, 2006 (BNSF-43414-16) ..........................................................................................................DA07772

"Memorandum from Sam Kyei to Matt Rose, dated March 15, 2005

(BNSF-0070502-03)" .......................................................................................DA07776

Email from Matthew Feldman to David Burr, dated December 5, 2003 (BNSF-0344898-99) ..........................................................................................................DA07807

**Volume 19 of 40**

Memorandum from Matt Rose to Sam Kyei and others, dated July 21, 2003 (BNSF-0657515-16) ..........................................................................................................DA07917

**Volume 20 of 40**

Email from Thomas Brugman to Dale Cox and others, dated June 22, 2000 (NS_010013795) ..........................................................................................................DA08351

Email from Brenda Quesenberry to Pat Glennon and others, dated June 18, 2001 (NS_026002042-45) ...........................................................................DA08356

**Volume 21 of 40**

Complaint, Air Products and Chemicals, Inc. v. BNSF Railway Company et al (E.D. Pa. 2020) ..........................................................................................................DA09000

Complaint, Alabama Power Company et al v. Union Pacific Railroad Company et al (D.D.C., 2019) ..............................................................................................DA09047

Complaint, Calportland Company v. BNSF Railway Company et al (C.D. Cal. 2020)....DA09082

Complaint, Century Aluminum Company et al v. BNSF Railway Company et al (D.D.C. 2020) ..........................................................................................................DA09107

Complaint, Domino Foods, Inc. v. CSX Transportation, Inc. et al (S.D. Fla. 2020).........DA09144

Complaint, Duke Energy Carolinas, LLC et al v. BNSF Railway Company et al. (W.D.N.C. 2019) ........................................................................................................DA09181

Excerpts from MDL I Plaintiffs' Objections and Responses to Defs.' Statement of Undisputed and Material Facts in Support of Defs.' Joint and Individual Motions for Summary Judgment, dated July 29, 2021, ECF 1050-2 .......................................................DA09224

Class Action Complaint, dated May 14, 2007, ECF No. 1 (Case No. 2:07-cv-02251, D.N.J.) ........................................................................................................DA09228

Complaint, High Level Mgmt. Venturers v. BNSF Railway Company et al (D.D.C. 2020) ........................................................................................................DA09259

Joint Status Report, dated April 21, 2023 ECF No. 911..................................................DA09296

Joint Status Report, dated April 22, 2021 ECF No. 617..................................................DA09312

Joint Status Report, dated October 6, 2023, ECF 933 .....................................................DA09348

Complaint, Kawasaki Kisen Kaisha, Ltd. et al v. BNSF Railway Company et al (D.D.C. 2020) ........................................................................................................DA09383

Complaint, Lehigh Hanson, Inc. v. BNSF Railway Company et al (D.D.C. 2020) ..........DA09431

Complaint, Linde AG et al v. CSX Transportation, Inc. et al (D.D.C. 2020) ...................DA09468

Complaint, Lotte Global Logistics (North America), Inc. v. CSX Transportation, Inc. et al (D.D.C. 2020) ..........................................................................................DA09505

Excerpts of Complaint, AP Moller Maersk A/S et al v. BNSF Railway Company et al (D.N.J. 2019) ........................................................................................................DA09542

Complaint, Mitsubishi Motors North America, Inc. v. BNSF Railway Company et al (D.D.C. 2020) ........................................................................................................DA09548

First Amended Complaint, Mitsui O.S.K. Lines, Ltd. et al v. CSX Transportation, Inc. et al (D.D.C. 2021) ..........................................................................................DA09588

Excerpts from MDL I Plaintiffs' Memorandum In Support of Motion for Class Certification, dated March 18, 2010, ECF 337 ...............................................................DA09629

Amended Complaint, Toyota Motor Sales, U.S.A., Inc. et al v. BNSF Railway Company et al (D.D.C. 2020) ..........................................................................................DA09639

Complaint, Tronox US Holdings Inc. et al v. BNSF Railway Company et al (D.D.C. 2020) ........................................................................................................DA09679

Excerpts of Complaint, United Parcel Service, Inc. et al v. BNSF Railway Company et al (N.D. Ga. 2020)....DA09718

Complaint, Yang Mind Marine Transport Corp. et al v. BNSF Railway Company et al (D.D.C. 2020) ....DA09722

Complaint, CHS Inc. v. Union Pacific Railroad Company et al (D. Minn. 2021) ....DA09770

Amended Complaint, Axiall Corporation et al v. Union Pacific Railroad Company et al (D.D.C., 2019) ....DA09793

Amended Complaint, CertainTeed LLC et al v. BNSF Railway Company et al (E.D. Pa. 2019) ....DA09840

Pls' Mot. Class Cert., MDL I Docket, ECF 339 (Mar. 30, 2010)....DA09887

Pls' Class Cert. Reply Mem., MDL I, ECF No. 408 (Aug. 27, 2010)....DA09891

Southern Co. Mot. for Access to Materials Filed Under Seal, MDL I, ECF 554 (July 24, 2012) ....DA09940

Briefing Scheduling Order, MDL II Docket, ECF 967 (Apr. 26, 2024)....DA09946

Compl., ExxonMobil Corp. et al. v. BNSF Railway Ry Co. et al., 4:20-cv-00120, dated January 13, 2020....DA09955

Compl., AK Steel Corp. et al. v. BNSF Ry Co. et al., 1:19-cv-02970, dated October 2, 2019 ....DA10000

Compl., MillerCoors LLC v. BNSF Ry. Co. et al., 1:20-cv-00353, dated February 7, 2020 ....DA10048

Joint Status Report, MDL I, ECF No. 1094, dated September 23, 2022....DA10085

Compl., South Carolina Public Service Authority v. BNSF Ry. Co. et al., 1:20-cv-00282, dated February 1, 2020 ....DA10144

First Amended Complaint, Oxbow Carbon & Minerals LLC v. Union. Pacific Railroad Co., (D.D.C.) ....DA10185

MDL I Joint Submission Regarding Proposed Schedule, dated December 16, 2019, ECF 917 ....DA10243

Excerpts from the MDL I Consolidated Amended Class Action Complaint, dated April 15, 2008, ECF 91-1....DA10257

**Volume 22 of 40**

August 24, 2023 Letter from R. Ware, Thompson Hine to J. Arteaga, Crowell & Moring LLP ....................DA10501

August 25, 2023 Letter from L. Barrington, Weil, Gotshal & Manges LLP to J. Arteaga, Crowell & Moring LLP ....................DA10504

August 28, 2023 Letter from J. Powers, Vinson & Elkins to J. Arteaga, Crowell & Moring LLP ....................DA10507

Excerpts from MDL I Plaintiffs' Second Amended Consolidated Objections and Responses to Defendants' First Set of Interrogatories, dated May 11, 2011....................DA10509

February 27, 2021 Letter from Plaintiffs' Liaison Counsel to Defendants ....................DA10515

Plaintiffs' Joint First Request for Production of Documents, dated June 15, 2020....................DA10519

American Honda Motor Co., Inc.'s Responses and Objections to Defendants' Second Set of Interrogatories, dated September 21, 2022 ....................DA10552

International Paper Company's Responses and Objections to Defendants' Second Set of Interrogatories, dated September 21, 2022 ....................DA10570

Alcoa Corp.'s Responses and Objections to Defendants' Second Set of Interrogatories, dated September 30, 2022 ....................DA10594

September 22, 2023 Letter from Defendants to Plaintiffs outlining damages barred by American Pipe doctrine with appendices for lingering effects damages, CSXI damages, and mileage-based fuel surcharge damages. ....................DA10614

**Volume 23 of 40**

Exemption from Regulation—Boxcar Traffic, 367 I.C.C. 425 (1983)....................DA11000

Excerpt from Second Edition of Econometrics: Legal, Practical, and Technical Issues, sponsored by the Antitrust Law Section of the American Bar Association....................DA11034

Competitive Review of Railroad Mergers After ICC Sunset, (statement of S. Sunshine, Dep. AG, U.S. Dept. of Justice, Antitrust Div., to H. Comm. on Transp. & Infrastructure, 104th Cong.) (Jan. 1, 1995)....................DA11093

H.R. Rep. 96-1430 (1980)....................DA11104

Letter from Thomas Jensen, Vice President at UPS, to STB Secretary Vernon Williams, "Ex Parte No, 661, Rail Fuel Surcharges", dated September 29 2006, https://dcms-external.s3.amazonaws.com/MPD/78432/85257CA7006C955B852571F8006D22C0/217668.PDF ....................DA11250

Letter from Sandra Brown, Troutman Sanders, to STB Secretary Vernon Williams, "Supplemental Comments of CEMEX, Inc. in response to Rail Fuel Surcharges, Ex Parte

No. 661", dated October 2, 2006, https://dcms-external.s3.amazonaws.com/MPD/78432/85257CA7006C955B852571FB006130A0/217685.pdf ........DA11251

Letter from Michael McBridge, Attorney for Total Petrochemicals, to STB Secretary Vernon Williams, "STB Ex Parte No.661- Rail Fuel Surcharges", dated October 2, 2006, https://dcms-external.s3.amazonaws.com/MPD/78432/85257CA7006C955B852571FB0066FA3B/217691.PDF ........DA11257

U.S. Energy Information Administration ("EIA") - HDF diesel fuel prices ........DA11263

U.S. Energy Info. Admin. - Petroleum & Other Liquids: Weekly U.S. No 2 Diesel Retail Prices ........DA11273

U.S. Energy Info. Admin. - Petroleum & Other Liquids: Cushing, OK WTI Spot Price FOB ........DA11283

Union Pacific, What Is Intermodal Equipment? (2021), https://www.up.com/customers/track-record/tr060821-what-is-intermodal-equipment.htm........DA11295

J. Leitzinger & R. L. Lamb, The Predominance Requirement for Antitrust Class Actions—Can Relevant Market Analysis Help?, 7 Am. Bar Ass'n Section of Antitrust L. Econs. Comm. Newsletter 18 (2007)........DA11302

L. Tribe, Trial By Mathematics: Precision and Ritual in the Legal Process, 84 Harv. L. Rev. 1329 (1971)........DA11310

Phillip E. Areeda & Herbert Hovenkamp, Antitrust Law........DA11375

S. Rep. No. 96-470 (1979)........DA11436

U.S. Dep't of Transp., Calculation of Bunker Fuel, Currency, and Inland Freight Fuel Price Adjustment Factors for USTRANSCOM Commercial Shipping Contracts: Final Report (July 2009) ........DA11527

U.S. Dep't of Transp., Freight Rail Overview: How, What, and Where Freight Moves ..DA11743

Expedited Procedures for the Recovery of Fuel Costs, 350 I.C.C. 563 (1975) ........DA11748

Cong. Budget Office, Freight Rail Transp.: A Rev. of the 2004 Experience 2 (May 2005) ........DA11771

**Volume 24 of 40**

Association of American Railroads Meeting Material, dated Dec. 11, 2003 (AAR-000164-166). ........DA12501

Cambridge Systematics Briefing, National Rail Freight Infrastructure Capacity and Investment Study, presented to Railroad Energy Transportation Advisory Committee, dated September 17, 2008 ....................DA12504

Excerpt from the Deposition Transcript of Craig Rockey, dated May 18, 2010. ..............DA12531

Amendment 1 to Railroad Transportation Contract CSXT 82224, effective January 1, 2006 (AKSTEEL-00000061-AKSTEEL-00000067) ....................DA13001

Email from Richard Heimann to Jess Elger, dated November 8, 2005, with attachment (AKSTEEL-00001136-AKSTEEL-00001137, Heimann Ex. 21) ....................DA13008

Railroad Transportation Contract CSXT-C-82224, effective January 1, 2003 (AKSTEEL-00116371-AKSTEEL-00116375)....................DA13032

Various amendments to Railroad Transportation Contract CSXT-C-61048 (CF_Industries-00001958-2024)....................DA13037

Railroad Transportation Contract CSXT-C-65038 and various amendments (CF_Industries-00002124-38)....................DA13104

Railroad Transportation Contract CSXT-C-83245, effective January 1, 2005 (CF_Industries-00002180-89)....................DA13119

Railroad Transportation Contract CSXT-C-82332, effective April 1, 2003 (CF_Industries-00009327-34)....................DA13129

Email from Fred Mugica to Ken Zintak, dated February 7, 2007, attaching rate contract proposal (CF_Industries-00009507 to CF_Industries-00009508, Zintak Ex. 15)................DA13137

Railroad Fuel Surcharges Data (CHS002182)....................DA13139

Pricing Agreement CSXT 83555, effective April 1, 2005 (DOW-0000010-15)..............DA13759

Railroad Transportation Contract CSXT-C-83039, effective June 1, 2004 (EPIC_000001-18) ....................DA13765

**Volume 25 of 40**

Ford document titled “Rail Industry Background,” dated February 23, 2007 (Ford_0006073 to Ford_0006074, Markwardt Ex. 2) ....................DA13783

GE PowerPoint presentation titled, “Introduction to Appliances Transportation,” dated August 1, 2007 (GE_RAIL_00043, Mahon Ex. 1) ....................DA13785

Email from Steve Kranz to Steve Klok dated August 6, 2008 (HLMV00004850)...........DA13796

Email from Chris Elder to Rick Rudie dated September 2, 2008 (HLMV00005576) ......DA13801

Email from Mike Salvino to Nathan Lee and Bob Higgins, dated June 9, 2008 (IP_RF011841 to IP_RF011844)....DA13802

Email from Gina Unerfusser to Michael D. Dunn dated April 24, 2007 (LYB_003532) .DA13810

Notice effective April 26, 2007, "CN is implementing a new mileage-based fuel surcharge program, CN 7402" (P_AEE_00013161)....DA13814

Railroad Fuel Surcharges Data (P_ALCO00000178)....DA13822

Memorandum from G.M. Rutka to R.H. Burns, dated December 15, 2004, attaching Railroad Transportation Contract CSXT-C-82964, effective May 1, 2004 (P_CONSOL_028650-62)....DA13828

Letter from Data Services to Lynn Beecher, "Activity Report", dated January 18 2001..DA13841

Various amendments to Railroad Transportation Contract ICC-CSXT-C-51997 (P_DOMINION00000206-302)....DA13843

Railroad Transportation Contract CSXT-C-81761, effective July 1, 2002 (P_EASTMAN00000234-81)....DA13940

Amendment 1 to Railroad Transportation Contract CSXT 81761, effective February 14, 2005 (P_EASTMAN00000282-98)....DA13988

Email from Mary Pileggi to Kathryn Stone, attaching document describing contract status, dated March 21, 2007 (P_EID_MDL2_000058647, Acker Ex. 9)....DA14005

Miller Coors PowerPoint presentation titled "U.S. Logistics Overview," dated September 1, 2006 (P_MILLERCOORS_000409 to P_MILLERCOORS_000436, Friede Ex. 13)...DA14021

Email from Joe Butts to numerous recipients, dated May 4, 2007 (P_NOVA 00000527 to P_NOVA 00000544, Butts Ex. 18)....DA14050

Emil from Jonathan Lewis to Joe Butts, dated June 28, 2007, attaching powerpoint presentation (P_NOVA 00001134 to P_NOVA 00001157, Butts Ex. 11)....DA14068

Email from Joe Butts to Peter Masterman and Joe Butts, dated October 13, 2005 (P_NOVA 00003041 to P_NOVA 00003042, Butts, Ex. 10)....DA14092

Email from Mary Nave to John Erickson, dated Dec. 12, 2008 (P_OWI00003470 at -472, Nave, Ex. 30)....DA14094

Railroad Transportation Contract CSXT 83217, effective October 1, 2004 (P_PEPSI_000768-71)....DA14103

Railroad Transportation Contract CSXT-C-82750, effective February 1, 2004 (P_PEPSI_000786-89)....DA14107

Transportation Contract NS-C-9444 and amendments, initially effective September 15, 2008 (P_SO_00000368 to P_SO_0000397, Miller Ex. 18)..........................................DA14111

Transportation Contract NS-C-9445 and amendments one and two, initially effective September 15, 2008 (P_SO_00000398 to P_SO_00000422, Miller Ex. 19)..........................DA14141

Fifth Amendment to Rail Transportation Agreement BNSF-C-12161, effective January 1, 2013 (P_SO_00000451 to P_SO_00000455, Howell Ex. 21) .....................................DA14166

Fourth Amendment to Rail Transportation Agreement BNSF-C-12161 (P_SO_00000456 to P_SO_00000457, Howell Ex. 20)..............................................................DA14171

Railroad Transportation Contract between CSXT 83500 and amendments, effective January 1, 2006 (P SO_00000772-86) ......................................................................DA14173

Solid Fuel Transportation Contract Between CSXT-C-83609 and amendments, initially effective January 1, 2007(P_SO_00000798 to P_SO_00000876, Jackson Ex. 45).............DA14188

Presntation titeld "Plant Miller BNSF Rail Contract Extension" (P_SO_00004493 to P_SO_00004507, Howell Ex. 14) ........................................................................DA14267

Email from Jane Hawkins to Earl Parsons, dated February 8, 2005 (P_SO_00004492, Howell Ex. 13) ....................................................................................................DA14282

Email from Terry Howell to Charles Rucker dated August 29, 2006 (P_SO_00006656 to P_SO_00006558, Howell Ex. 7) ..............................................................DA14283

Email from Jeffrey Wallace to numerous recipients, dated September 15, 2008 (P_SO_00008095 to P_SO_00008099) .........................................................................DA14286

Email from Alan Miller to Dirk Cook dated August 17, 2007 (P_SO_00037196 to P_SO_00037198, Howell Ex. 8)................................................................DA14291

Railroad Transportation Contract CSXT-C-98944, effective January 1, 2005 (P_VULC0001214549).........................................................................DA14294

Private Circular No. 550, effective September 15, 2005 (RYAM-RF000000417, Bunch Deposition Ex. 11) ..........................................................................DA14299

Private Circular No. 550, effective September 1, 2004 (RYAM-RF000000418, Bunch Deposition Ex. 10).....................................................................................DA14300

Email from Allen Cast to Bruce Cibuzar, dated April 22, 2008 (TOTAL_039835 to TOTAL_039836, Cast Ex. 61)..............................................................DA14301

Total PowerPoint presentation titled Total Petrochemicals USA, Inc., dated March 9, 2006 (TOTAL_107971 to TOTAL_107997, Cramer Ex. 29) ......................................DA14303

Budget Estimates on Freight Rates 2005-2006- Inbound Ingredients ..............................DA14330

Transportation Overview- February 15, 2005 (AKSTEEL-00000857)............................DA14331

"Email from Doug Kratzberg to Eric Bruchas and others, dated December 4, 2004

(P_EXXON00003110-16; Furneaux Ex. 4)".......................................................DA14360

Email from Joe Butts to Peter Masterman, dated October 13, 2005 (P_NOVA00003041-42; Butts Ex. 10)..........................................................................................DA14434

CSXT Master Rail Contract: Overview/Status/Impact/Path Forward, dated March 21, 2007 (P_EID_MDLII_000058648) .....................................................................DA14436

Railroad Transportation Contract CSXT 82431, effective April 1, 2003 (P_NOVA00000042-48, Hindbo Ex. 7)...............................................................................DA14452

Railroad Transportation Contract CSXT 82432, effective April 1, 2003 (P_NOVA00000082-93, Hindbo Ex. 8)...............................................................................DA14459

Railroad Transportation Contract BNSFC 207113, effective January 1, 2008 (Ford_0000181) ........................................................................................................DA14471

Railroad Transportation Master Agreement Appendix B, dated January 5, 2001 (Ford_0000543) ........................................................................................................DA14478

Ford document titled "Ford's History with the Railroads Relative to Fuel Surcharges", issued May 16, 2007 (Ford_0006059)..........................................................DA14480

Ford document titled "Rail Issues Update", dated November 29, 2000 (Ford_0006218).DA14482

Email from Elmer Hardy to Thomas Knipper, dated March 19, 2007 (P_AHMC_000076) ........................................................................................................DA14483

Email from Steve Noles to Mike Salvino with subject "IP Bid," dated May 19, 2006 (IP_RF012149-50).........................................................................DA14508

Memorandum from Mary Nave to Rick Jago and Jon Ericson, dated January 8, 2004 (P_OWI00003874 to P_OWI00003875) ...............................................DA14510

Email from Chris Elder to Bob Anderson, dated August 8, 2005 (HLMV00000461-62).DA14512

Spreadsheet titled, "Rail Fuel Surcharge 05 Fiscal Year" (P_MOL_000003773) ............DA14514

CSXI Service Directory No. 1, effective January 1, 2008 (KLINE-00038390-429) ........DA14519

CSXI Hazardous Materials Surcharge Announcement, dated April 30, 2002 (KLINE-00094416-17) ..........................................................................................DA14559

Lyondell Purchasing Approval Request for CSXT-CT-99505, with various dates between June and August 2006 (LYB_000001 to LYB_000006) ............................................DA14561

**Volume 26 of 40**

Excerpts from the Oxbow Deposition Transcript of Linda Brandl (UP), dated March 1, 2018. ........DA15001

Excerpts from the Deposition Transcript of Ben Chang (Yang Ming), dated June 29, 2022. ........DA15005

Excerpts from the Deposition Transcript of Alan Cramer (TotalEnergies), dated September 8, 2022........DA15010

Excerpts from the Deposition Transcript of Alan Zintak (CF Industries), dated July 12, 2022. ........DA15014

Excerpts from the Deposition Transcript of Christopher Glackin (Linde), dated September 29, 2021........DA15028

Excerpts from the Deposition Transcript of Gordon Heisler (Sunoco), dated April 13, 2022. ........DA15032

Excerpts from the Deposition Transcript of Gregory Taptich (Old World Industries), dated January 6, 2022. ........DA15041

Excerpts from the Deposition Transcript of James Zorn (Lafarge), dated August 18, 2022. ........DA15047

Excerpts from the Deposition Transcript of John Azzo (Crowley), dated September 28, 2021. ........DA15051

Excerpts from the Deposition Transcript of Keith Kemp (American Rock Salt), dated October 21, 2021........DA15056

Excerpts from the Deposition Transcript of Margaret Visoky (Trammo), dated December 14, 2021........DA15067

Excerpts from the Deposition Transcript of Richard Heimann (AK Steel), dated June 21, 2022. ........DA15104

Excerpts from the Deposition Transcript of Terry Howell (Southern Company), dated October 21, 2021........DA15110

Excerpts from the Deposition Transcript of Peter Keller (NYK), dated April 13, 2022. ..DA15123

Excerpts from the Deposition Transcript of Richard Walters, dated February 7, 2022 ....DA15127

Excerpts from the Deposition Transcript of Steve Vicary (ABF Freight), dated June 30, 2022. ........DA15134

Excerpts from the Deposition Transcript of William Kernan, dated February 9, 2022.....DA15139

Excerpts from the Deposition Transcript of Joszef Biro, dated September 8, 2022..........DA15145

Excerpts from the Deposition Transcript of Allen Topping (Eastman Chemical), dated November 18, 2021..........DA15154

Excerpts from the Deposition Transcript of Anthony Rovolis (Domino Foods), dated February 24, 2022..........DA15162

Excerpts from the Deposition Transcript of Barbara Horton (American Rock Salt), dated September 2, 2021..........DA15168

Excerpts from the Deposition Transcript of David Ostertag (PCS Sales), dated February 4, 2022..........DA15177

Excerpts from the Deposition Transcript of Donald Holman (American Rock Salt), dated September 8, 2021..........DA15186

Excerpts from the Deposition Transcript of Harold Palmer (Eastman Chemical), dated November 15, 2021..........DA15193

Excerpts from the Deposition Transcript of Keith Schniering (PCS Sales), dated April 14, 2022..........DA15199

Excerpts from the Deposition Transcript of Lawrence Dombrowski (Domino Foods), dated March 3, 2022..........DA15207

Excerpts from the Deposition Transcript of Phil Rine (Tronox), dated October 29, 2021 DA15215

Excerpts from the Deposition Transcript of Brian Scott Hyde (Rayonier), dated April 28, 2022..........DA15221

Excerpts from the Deposition Transcript of Terry Bunch (Rayonier), dated April 29, 2022..........DA15235

Excerpts from the Deposition Transcript of Scott Crail (Honda), dated December 14, 2021..........DA15252

Excerpts from the Deposition Transcript of Paul Hargadon (Ford), dated October 13, 2022..........DA15256

Excerpts from the Deposition Transcript of Thomas Michael Knipper (Honda), dated February 1, 2022..........DA15260

Excerpts from the Deposition Transcript of Bruce Markwardt (Ford), dated September 13, 2022..........DA15264

Excerpts from the Deposition Transcript of Mary Nave-Wurtz (Old World Industries), dated January 7, 2022...........DA15278

Excerpts from the Deposition Transcript of Dale King (International Paper), dated July 14, 2022 ....................DA15298

Excerpts from the Deposition Transcript of Karen O'Keefe, dated August 18, 2022.......DA15303

Excerpts from the Deposition Transcript of Michael Salvino, dated September 20, 2022 ....................DA15308

BNSF Contract BF50342 (BNSF_II_00000582)....................DA15501

BNSF PowerPoint Presentation: Intermodal: A Source of Growth and Profit, dated September 15, 2005 (BNSF_II_03915227) ....................DA15511

BNSF PowerPoint Presentation: Consumer Products 2006 Annual Staff Meeting, dated February 2, 2006 (BNSF_II_03924286) ....................DA15532

Email from Kari A. Crockett to MKT DL Exempt ALL with attachments, dated September 21, 2000 (BNSF_II_04049091-96).....................DA15581

Sixth Amendment to Rail Transportation Agreement BNSF-C-12161, effective January 1, 2014 (BNSF_II_04086779 to BNSF_II_04086783) ....................DA15587

Letter from Craig N. Smetko to Directors with attachments, dated March 25, 2003 (BNSF_LOG0015526-65). ....................DA15592

Domestic Intermodal Fuel Surcharge, dated October 20, 2000 (BNSF-0070575)............DA15632

BNSF Customer Fuel Surcharge Feedback (BNSF-0375539-542)....................DA15641

Email from Patrick J. Moynihan to George F. Gillen and Paul M. Anderson, dated April 21, 2004 (BNSF-0456260)....................DA15645

Document titled "BNSF Rules Book 6100 - A - Issued December 29, 2000 - Effective January 1, 2001" (BNSF-0527322-84). ....................DA15646

June 8, 2004 BNSF Pricing Update, Effective July 1, 2004 (BNSF-0643880-84). ..........DA15709

BNSF/Hyundai Contract MA 32, Amendment 1, effective August 1, 2007 (BNSF-0800333) ....................DA15714

BNSF/Hyundai Contract MA 32 effective September 1, 2004 (BNSF-0800336) ...........DA15717

BNSF PowerPoint Presentation: Consumer Products, dated January 2005 (BNSF_II_03913815) ....................DA15728

Declaration of George T. Duggan, dated June 29, 2010....................DA15740

BNSF-C-12161, Amendment 1, effective January 1, 2017 ....................DA15749

**Volume 27 of 40**

Letter Agreement to BNSF-C-12161, dated April 8, 2015 .............................................DA15752

Excerpts from the Oxbow Deposition Transcript of Paul Anderson, 30(b)(6) witness for Defendant BNSF, dated April 13, 2018. ............................................................DA15756

BNSF Rates for Ford Finished Vehicle Business, dated November 30, 2005 (BNSF_II_03870815) .......................................................................................DA15763

Letter from Laura Pomerville to Paul Hargadon, dated December 2, 2005 (BNSF_II_03870819) ..................................................................................................................DA15766

Email from Laura Pomerville to Jeff Smith, dated December 16, 2005 (BNSF_II_03870828) ..................................................................................................................DA15769

Proposed Ford Fuel Surcharge based on WTI (BNSF_II_03870829) ..............................DA15770

Email from Laura Pomerville to Marc Allen, dated December 17, 2007 (BNSF_II_03855087) ..................................................................................................................DA15771

Memorandum of Understanding for Finished Vehicle Contract BNSF 305832, effective July 14, 2008 (BNSF_II_03867982) .....................................................................DA15773

Email from Laura Pomerville to Paul Hargadon, dated June 11, 2003 (BNSF_II_03870593-98) ..................................................................................................................DA15780

Email from John Hazelton to Paul Anderson and Joyce Verslype, dated October 15, 2004 (BNSF-0387781) .............................................................................................DA15786

Railroad Transportation Contract BF45982, effective April 1, 2002 (BNSF-0681536) ...DA15789

Email from Carla Barlett to numerous recipients, attaching contract BNSFC 307113, dated December 29, 2005 (BNSF-0800237) ...............................................................DA15835

Email from Thomas N. Hund with attachments, dated Aug. 3, 2004 (BNSF-0345355-61) ..................................................................................................................DA15852

Excerpts from the Deposition Transcript of Samuel Kyei, dated March 4, 2010. .............DA15859

Excerpts from the Deposition Transcript of Matthew K. Rose, dated July 16, 2010. .......DA15906

Restated and Amended Rail Transportation Agreement BNSF-C-12161, effective January 1, 2017 (BNSF_II_04086790-823) ...........................................................DA15940

BNSFC 307296 Amendment 1 ........................................................................................DA15974

BNSF 2005 Annual Report ...............................................................................................DA15978

Excerpts of CSX Corporation 2007 SEC Form 10-K, dated February 22, 2008...............DA16501

Excerpts of CSX Corporation 2010 SEC Form 10-K, dated February 18, 2011...............DA16506

Email from Kyle Hancock to Brad Hall dated September 19, 2006 (CSXFSC000086124, Salvino Ex. 25)..........................................................................................................DA16512

Email from Steve Lube to numerous recipients, dated August 31, 2005 (CSXFSC000317332, CSXT Chemicals 30(b)(6) Dep. Ex. 17)..........................................................DA16513

Email from Steve Lube to numerous recipients, dated December 20, 2005 (CSXFSC000317571) ..........................................................................................................DA16514

Email from Dave Scott to Steve Lube, Arlene Windisch, and Bruce Kuzma, dated July 15, 2005 (CSXFSC000381954 to CSXFSC000381959) ....................................................DA16515

Fax dated October 12, 2006 attaching Railroad Transportation Contract CSXT-C-80553, effective September 1, 2000 (CSXFSC000501065-81).......................................DA16521

Amendment 5 to Railroad Transportation Contract CSXT-C-62729, effective January 1, 2005 (CSXFSC000585229-33)........................................................................................DA16538

Amendment 3 to Railroad Transportation Contract CSXT-C-69111, effective July 1, 2005 (CSXFSC000590888-892)......................................................................................DA16543

Amendment 4 to Railroad Transportation Contract CSXT-C-69825, effective April 1, 2003 (CSXFSC000659653-58)........................................................................................DA16548

Email from Randy Overbey to Susan Taylor, dated August 12, 2010 (CSXFSC000659698-708) ..........................................................................................................DA16554

PowerPoint Presentation titled "Georgia Power: Business Proposal Overview," dated July 15, 2008 (CSXFSC000678183-CSXFSC0008186, Jackson Exhibit 46) ....................DA16565

Amendment 9 to Railroad Transportation Contract CSXT 80387, effective August 15, 2004 (CSXT_FSC_MDLII_00016956-61).................................................................DA16569

Railroad Transportation Contract CSXT-C-82361, effective September 1, 2003 (CSXT_FSC_MDLII_00028477-82).................................................................DA16575

Amendment 3 to Railroad Transportation Contract CSXT 82361, effective September 1, 2006 (CSXT_FSC_MDLII_00028483-86).................................................................DA16581

Amendment 2 to Railroad Transportation Contract CSXT 82362, effective August 1, 2006 (CSXT_FSC_MDLII_00028509-11).................................................................DA16585

Amendment 24 to Railroad Transportation Contract CSXT-C-81097, effective July 1, 2004 (CSXT_FSC_MDLII_00030484-97).................................................................DA16588

Railroad Transportation Contract CSXT-C-82282, effective March 9, 2003 (CSXT_FSC_MDLII_00031580-84)....DA16602

Amendment 5 to Railroad Transportation Contract CSXT 81524, effective September 2, 2004 (CSXT_FSC_MDLII_00033068-77)....DA16607

Amendment 1 to Railroad Transportation Contract CSXT-C-82416, effective January 15, 2005 (CSXT_FSC_MDLII_00035066)....DA16617

Railroad Transportation Contract CSXT-C-82416, effective August 1, 2003 (CSXT_FSC_MDLII_00035077-81)....DA16618

Amendment 1 to Railroad Transportation Contract CSXT 83340, effective February 2, 2005 (CSXT_FSC_MDLII_00035621-32)....DA16623

Amendment 2 to Railroad Transportation Contract CSXT 83340, effective April 26, 2006 (CSXT_FSC_MDLII_00035633-42)....DA16635

Amendment 3 to Railroad Transportation Contract CSXT 83340, effective April 27, 2006 (CSXT_FSC_MDLII_00035643-46)....DA16645

Amendment 9 to Railroad Transportation Contract CSXT-C-65791, effective January 19, 2001 (CSXT_FSC_MDLII_00035880-95)....DA16649

Private Price List CSXT 96186, effective March 19, 2004 (CSXT_FSC_MDLII_00054740-49, Bunch Deposition Ex. 5)....DA16665

Private Price List CSXT 96186, effective March 31, 2006 (CSXT_FSC_MDLII_00054760-71, Bunch Deposition Ex. 6)....DA16675

Private Price List CSXT 98084, effective September 1, 2003 (CSXT_FSC_MDLII_00055312-23, Bunch Deposition Ex. 7)....DA16687

Private Price List CSXT 98084, effective September 14, 2004 (CSXT_FSC_MDLII_00055333-44, Bunch Deposition Ex. 8)....DA16699

Private Price List CSXT 47201, effective July 1, 2006 (CSXT_FSC_MDLII_00166695 to CSXT_FSC_MDLII_00166705, Salvino Ex. 26)....DA16711

Amendment 1 and Base Contract to Railroad Transportation Contract CSXT 82427 (CSXT_FSC_MDLII_00266373-86)....DA16722

Railroad Transportation Contract CSXT 82429, effective April 1, 2003 (CSXT_FSC_MDLII_00266411-420)....DA16736

Amendment 7 to Railroad Transportation Contract CSXT-C-81153, effective June 30, 2003 (CSXT_FSC_MDLII_00267120-23)....DA16746

Workbook re Railroad Transportation Contract CSXT 52370, effective February 13, 2006 (CSXT_FSC_MDLII_00127808) ............................................................ DA16750

Amendment 37 to Railroad Transportation Contract CSXT 52370, effective February 13, 2006 (CSXT_FSC_MDLII_00354930-34) ............................................................ DA16763

Railroad Transportation Contract CSXT 82426, effective April 1, 2003 (CSXT_FSC_MDLII_00357571-84) ............................................................ DA16768

Railroad Transportation Contract CSXT 82431, effective April 1, 2003 (CSXT_FSC_MDLII_00357658-66) ............................................................ DA16782

Amendment 4 to Railroad Transportation Contract CSXT 80090, effective December 1, 2006 (CSXT_FSC_MDLII_00472823-29) ............................................................ DA16791

Various amendments to Railroad Transportation Contract CSXT 80090 (CSXT_FSC_MDLII_00477840-53) ............................................................ DA16796

Various amendments to Railroad Transportation Contract CSXT-C-80387 (CSXT_FSC_MDLII_00587251-82) ............................................................ DA16812

Various amendments to Railroad Transportation Contract CSXT-C-82094 (CSXT_FSC_MDLII_00587759-90) ............................................................ DA16844

Amendment 1 and Base Contract to Railroad Transportation Contract CSXT 82362 (CSXT_FSC_MDLII_00587899-906) ............................................................ DA16876

Various amendments to Railroad Transportation Contract CSXT-C-82747 (CSXT_FSC_MDLII_00606342-61, Murphy Deposition Ex. 5) .......................... DA16884

Various amendments to Railroad Transportation Contract CSXT-C-82004 (CSXT_FSC_MDLII_00608112-127) ............................................................ DA16904

Railroad Transportation Contract CSXT 82432, effective April 1, 2003 (CSXT_FSC_MDLII_00631694-713) ............................................................ DA16920

Excerpts of various amendments to Railroad Transportation Contract CSXT 56148 (CSXT_FSC_MDLII_00634525-540, CSXT_FSC_MDLII_00634572-586) ...... DA16940

Email from Darius Manlove to Randy Overbey, dated November 4, 2004, attaching Amendment 2901 to Railroad Transportation Contract ICC-CSXT-C-1847 (CSXT_FSC_MDLII_00660280-303) ............................................................ DA16963

Attachment Agreement 1 to Railroad Transportation Contract CSXT-C-66429, effective January 1, 2003 (CSXT_FSC_MDLII_00660782-83) ............................................................ DA16987

Attachment Agreement 1 to Railroad Transportation Contract CSXT-C-66431, effective September 11, 2003 (CSXT_FSC_MDLII_00660806-07) .................................. DA16989

Attachment Agreement 1 to Railroad Transportation Contract CSXT-C-66434, effective June 1, 2003 (CSXT_FSC_MDLII_00660899-900)........................................................DA16991

**Volume 28 of 40**

Various amendments and letters concerning Railroad Transportation Contract CSXT-C-82202 (CSXT_FSC_MDLII_00661936-52)..................................................................DA16993

Various amendments to Railroad Transportation Contract CSXT-C-82674 (CSXT_FSC_MDLII_00661964-82)..................................................................DA17010

Master Agreement Railroad Transportation Contract CSXT-C-85035, effective June 1, 2004 (CSXT_FSC_MDLII_00718948-81)..................................................................DA17029

Draft Subagreement CSXT-C-63853, effective June 1, 2004 (CSXT_FSC_MDLII_00722167-209) ..........................................................................................................DA17063

Railroad Transportation Contract CSXT-C-82831, effective January 1, 2004 (CSXT_FSC_MDLII_00732114-17)..................................................................DA17106

Workbook re Railroad Transportation Contract CSXT 68245, effective June 1, 2006 (CSXT_FSC_MDLII_00736006).......................................................................DA17110

Amendment 2 to Railroad Transportation Contract CSXT 68245, effective June 1, 2006 (CSXT_FSC_MDLII_00736007-12)..................................................................DA17120

Workbook re Railroad Transportation Contract CSXT 68245, effective March 31, 2008 (CSXT_FSC_MDLII_00736013).......................................................................DA17126

Amendment 3 to Railroad Transportation Contract CSXT 68245, effective March 31, 2008 (CSXT_FSC_MDLII_00736014-17)..................................................................DA17134

Amendment 2 to Railroad Transportation Contract CSXT 82849, effective November 30, 2006 (CSXT_FSC_MDLII_00736117-19)..................................................................DA17138

Amendment 3 to Railroad Transportation Contract CSXT 82849, effective January 1, 2008 (CSXT_FSC_MDLII_00736121-23)..................................................................DA17141

Railroad Transportation Contract CSXT-C-68245, effective February 1, 1999 (CSXT_FSC_MDLII_00737034-50)..................................................................DA17144

Various amendments to Railroad Transportation Contract CSXT-C-80923 (CSXT_FSC_MDLII_00738099-126)................................................................DA17161

Various amendments to Railroad Transportation Contract CSXT-C-82849 (CSXT_FSC_MDLII_00738127-39)..................................................................DA17189

Railroad Transportation Contract CSXT-C-81895, effective March 1, 2003 (CSXT_FSC_MDLII_00744320-27)..................................................................DA17202

Amendment 1 to Railroad Transportation Contract CSXT 81895, effective March 1, 2004 (CSXT_FSC_MDLII_00744330) ............................................................. DA17210

Amendment 2 to Railroad Transportation Contract CSXT 81895, effective November 26, 2003 (CSXT_FSC_MDLII_00744332-42) ......................................................... DA17211

Amendment 3 to Railroad Transportation Contract CSXT 81895, effective August 1, 2006 (CSXT_FSC_MDLII_00744344-46) ......................................................... DA17222

Railroad Transportation Contract CSXT 83340, effective February 1, 2005 (CSXT_FSC_MDLII_00753726-37) ......................................................... DA17225

Various amendments to Railroad Transportation Contract CSXT 83290 (CSXT_FSC_MDLII_00754300-32) ......................................................... DA17237

Various amendments to Railroad Transportation Contract CSXT 6337 (CSXT_FSC_MDLII_00757620-47) ......................................................... DA17270

Amendment 3 to Railroad Transportation Contract CSXT-C-69860, effective January 1, 2003 (CSXT_FSC_MDLII_00764145-55) ......................................................... DA17298

Appendix A (effective September 1, 2000), Appendix B (effective April 1, 2003), and Appendix C (effective April 1, 2003) to Railroad Transportation Contract CSXT-C-80553 (CSXT_FSC_MDLII_00773196-98) ......................................................... DA17309

Excerpts of various amendments to Railroad Transportation Contract CSXT 67670 (CSXT_FSC_MDLII_00782103-14, CSXT_FSC_MDLII_00782146-59) .......... DA17312

Railroad Transportation Contract CSXT-C-81097, effective June 29, 2001 (CSXT_FSC_MDLII_00782270-78) ......................................................... DA17338

Amendment 1 to Railroad Transportation Contract CSXT-C-66380, effective January 1, 2003 (CSXT_FSC_MDLII_00783226-30) ......................................................... DA17347

Amendment 16 to Railroad Transportation Contract CSXT 69338, effective August 1, 2004 (CSXT_FSC_MDLII_00783262-71, Heisler Deposition Ex. 7) .......................... DA17352

Amendment 5 to Railroad Transportation Contract CSXT 82665, effective December 28, 2007 (CSXT_FSC_MDLII_00783343-46, Bunch Deposition Ex. 4) ........................... DA17362

Private Price List CXTF 13608, effective January 1, 2006 (CSXT_FSC_MDLII_00783349-59, Bunch Deposition Ex. 9) ......................................................................... DA17366

Amendments to Railroad Transportation Contract CSXT 82665 (CSXT_FSC_MDLII_00783376-410, Bunch Deposition Ex. 2) .......................... DA17377

Various amendments to Railroad Transportation Contract CSXT 83294 (CSXT_FSC_MDLII_00786744-69) ......................................................... DA17412

Amendment 9 to Railroad Transportation Contract CSXT-C-63176, effective April 16, 2004 (CSXT_FSC_MDLII_00786781-85)....DA17438

Amendment 1 to Railroad Transportation Contract CSXT-C-80880, effective January 1, 2004 (CSXT_FSC_MDLII_00786823-27)....DA17443

Railroad Transportation Contract CSXT-C-82733, effective January 1, 2004 (CSXT_FSC_MDLII_00786839-45)....DA17448

Amendment 1 to Railroad Transportation Contract CSXT-C-80305, effective April 1, 2003 (CSXT_FSC_MDLII_00786961-62)....DA17455

Second Amendment to Master Railroad Transportation Contract CSXT-80805 for Autoparts between General Motors Corp. and CSX Transportation, Inc., effective June 21, 2005 (CSXT_FSC_MDLII_00786974-976)....DA17457

Excerpts of Master Railroad Transportation Contract CSXT 81708 for Finished Vehicles between General Motors Corp. and CSX Transportation, Inc., effective July 15, 2002 (CSXT_FSC_MDLII_00787072-093)....DA17460

Various amendments to Master Railroad Transportation Contract CSXT-C-81708 for Finished Vehicles between General Motors Corp. and CSX Transportation, Inc. (CSXT_FSC_MDLII_00787137-60)....DA17482

Amendment 7 to Railroad Transportation Contract CSXT-C-66853, effective July 3, 2007 (CSXT_FSC_MDLII_00788333-337)....DA17506

Amendment 4 to Railroad Transportation Contract CSXT-C-66853, effective July 3, 2007 (CSXT_FSC_MDLII_00788344-357)....DA17511

Amendment 2 to Railroad Transportation Contract CSXT 53367, effective November 25, 2004 (CSXT_FSC_MDLII_00793144-52)....DA17525

Amendment 1 to Railroad Transportation Contract CSXT-C-83609, effective July 1, 2008 (CSXT_MDLII_00005939-945)....DA17534

Railroad Transportation Contract CSXT-C-82831, effective January 1, 2004 (CSXT_FSC_MDLII_00661598, Rine Ex. 7)....DA17541

Amendment 5 to Railroad Transportation Contract CSXT 62566, effective August 25, 2006 (CSXT_FSC_MDLII_00735982-86)....DA17545

Amendment 2 and accompanying workbook to Railroad Transportation Contract CSXT 69125, effective October 1, 2005 (CSXT_FSC_MDLII_00736027-32 & CSXT_FSC_MDLII_00736026)....DA17550

Amendment 1 to Railroad Transportation Contract CSXT-C-62566, effective May 11, 2004 (CSXT_FSC_MDLII_00736808-09)....DA17570

Amendment 2 to Railroad Transportation Contract CSXT-C-62566, effective June 1, 2004 (CSXT_FSC_MDLII_00736810-11)....................DA17572

Amendment 3 to Railroad Transportation Contract CSXT 62566, effective November 12, 2004 (CSXT_FSC_MDLII_00736812)....................DA17574

Amendment 4 to Railroad Transportation Contract CSXT 62566, effective July 1, 2006 (CSXT_FSC_MDLII_00735974-80)....................DA17575

Excerpts from the Deposition Transcript of Michael Giftos, dated February 25, 2010 ....DA17582

CSX Corp. 2004 SEC Form 10-K, for the period ending in December 31, 2004 .............DA17664

CSXT Public Price List CSXT 6600, effective December 20, 2004 (CSXFSC000302244-54) ....................DA17806

Private Price List CSXT 74201, effective November 7, 2007 (CSXT_FSC_MDLII_0033222 to CSXT_FSC_MDLII_00033231, Salvino Ex. 29)....................DA17817

CSXI General Rate Increase Notice, dated September 1, 2005 (CSXT_FSC_MDLII_00769911-13) ....................DA17827

**<u>Volume 29 of 40</u>**

Declaration of Jim Bolander, dated June 28, 2010 ....................DA18001

Email from Pat Glennon to Don Seale, dated April 29, 2003 (NS 001000012)................DA18010

Norfolk Southern Conditions of Carriage, effective July 5, 2000 (NS 010001019) .........DA18012

Email from Don Seale to Thomas Brugman, dated May 30, 2000 (NS 010013517)........DA18017

Email from Thomas Brugman to J. Mann, Brenda Quesenberry, and Don Seale, dated June 12, 2000 (NS 010013721)....................DA18018

Norfolk Southern Conditions of Carriage, effective June 1, 2000 (NS 029001540).........DA18019

Fax from L.G. Ferris to Anthony Rovolis (including attached Contract REG-NS-C-18969), dated January 16, 2004 (NS_003016239-46)....................DA18032

Email from Don Seale to James Hixon, David Lawson, and Gary Wendorf, attaching Vulcan presentation, dated March 1, 2006 (NS_008004417 to NS_00800444, Chapman Ex. 6) ....................DA18040

Email from Don Seale to Thomas Brugman, dated January 15, 2004 (Rovolis Deposition Ex. 10) ....................DA18068

Email from Pat Glennon to Don Seale and Charlie Brenner, dated July 16, 2004 (NS_010034936)....................DA18072

Memorandum on FSC Strategies and Options, dated FSC Strategies and Options (NS_010034938)........................................................................................DA18074

Email from Mike R. McClellan to Chris Luebbers, Robert Legge, and Andrew Crowe, dated March 23, 2006 (NS_010132100) ............................................................DA18078

Email from Chris D. Luebbers to Stacia Minton, dated June 21, 2000 (NS_036018393) DA18079

Fax from NS Contract Officer with attached Railroad Transportation Contract CSXT 83223, dated December 6, 2006 (NS-MDLII-00022916-26, Corley Dep. Ex. 17) ..........DA18080

Railroad Transportation Contract NS-C-19330 (NS-MDLII-00044265)..........................DA18091

Railroad Transportation Contract NS-C-19119 (NS-MDLII-00066734)..........................DA18108

Railroad Transportation Contract NS-C-5819 (NS-MDLII-00090387)............................DA18162

Railroad Transportation Contract NS-C-9008 (NS-MDLII-00090387)............................DA18184

Email from Jim A. Bolander to Andrew Crowe, dated July 24, 2003 (NS-MDLII-00188278) ..........................................................................................................DA18214

Email from Augie Eckhardt to Ben Chang, dated March 21. 2000 (NS-MDLII-00213058) ..........................................................................................................DA18223

Email from Steve Stutsman to James W. Jr. Hamilton, dated May 11, 2005 ..................DA18226

Amendment 1 to Railroad Transportation Contract NS-C-19330 (NS-MDLII-00500414) ..........................................................................................................DA18230

Email from L.I. Prillaman to M.R. McClellan, dated December 18, 2002 (NS_036020566-68) ..........................................................................................................DA18264

CSX Announcement of Modifications to Fuel Cost Recovery Program, dated March 20, 2003 ..........................................................................................................DA18267

Amendment 4 to Railroad Transportation Contract UP Contract MPC 31272 (NS-MDLII-00026224) ..........................................................................................DA18269

Email from Pat Glennon to Michael C. Lambert, dated May 8, 2006 (NS_010054358) ..DA18281

Email from Doug Evans to Katherine Brown, dated January 30, 2004 (NS_010159507) DA18284

Letter from Norfolk Southern to Intermodal Customers dated March 12, 2004 (NS-MDLII-00377183) ..........................................................................................DA18286

Email from Chris D. Luebbers to Kathleen Smith attaching Intermodal/Automotive Fuel Surcharge Data, dated April 11, 2006 (NS_062094218-220)...............................DA18287

Norfolk Southern Conditions of Carriage, effective June 1, 2003 (NS_010267121)........DA18317

Norfolk Southern Conditions of Carriage, effective August 25, 2003 (NS_014000663) .DA18336

Railroad Transportation Contract NS-C-18369 (NS-MDLII-00044923) ..........................DA18343

Railroad Transportation Contract NS-C-19119 (NS-MDLII-00065617) ..........................DA18366

Excerpts from the Deposition Transcript of Patrick Glennon, dated July 20, 2010 ..........DA18419

Email from Jeffrey Heller to Jim Bolander and Mike McClellan, dated March 9, 2001 (NS_037002619).....................................................................................DA18426

Email from Tom Bayrer to Danny Smith, dated June 11, 2004 (NS_010007412)...........DA18427

Notes re Rating Issues/Topics (NS-MDLII-00510711-717) ............................................DA18429

**Volume 30 of 40**

Email from Nobu Teraski to Michael Boone, dated October 18, 2005 (UPFSC 0078792-94) ..........................................................................................................DA19001

Document titled "Union Pacific Corporation - 2003 Analyst Fact Book" (UPFSC 0114960-89). ..........................................................................................................DA19004

Email from Martin Matukewicz to Ken Adams and others, dated April 3, 2007 (UPFSC 0185808-10)..........................................................................................DA19034

Letter from Union Pacific Intermodal Business Team, "Intermodal Group Bulletin No. 2000-112", dated November 8, 2000 (UPFSC 0347641) ...............................................DA19037

Email from Lee Grimes to Bob Toy and others, dated December 7, 2005 (UPFSC 0356652-58) ..........................................................................................................DA19038

Email from Ed Weber to Robert Knight, dated December 12, 2006 (UPFSC 0418186-87) ..........................................................................................................DA19045

Email from Marty Coalson to Jennifer Hamann, dated November 22, 2004 (UPFSC 0552636) ..........................................................................................................DA19047

Email from Martin Matukewicz to Steven Anderson and others, dated August 19, 2002 (UPFSC_II_00279375) ...........................................................................DA19048

Email from Shawntell Pichler to numerous recipients, with attachment describing International Paper fuel surcharge, dated May 2, 2003 (UPFSC_II_00437389 to UPFSC_II_00437391, Salvino Ex. 3)....................................................................................DA19049

Email from Bob Troy to Eric Butler and others, dated December 19, 2005, attaching "Fuel Surcharge Mgmt Presentation 12-1 6-05.ppt" (UPFSC_II_00456865).................DA19052

Fuel Surcharge Mgmt Presentation 12-1 6-05.ppt (UPFSC_II_00456866) ......................DA19053

Letter from Union Pacific to Intermodal Customers; Email from to Nobu Teraski to Scott Coleman and others, dated November 17, 2006 (UPFSC_II_00518121-28)........DA19077

Union Pacific MITA 2-A, Item 785-A: Fuel Surcharge - Weekly Adjustment, effective January 1, 2007 (UPFSC_II_C_00896905) ..........................................................DA19085

Email from Christine Stenger-Bleske to UPRR_M&S_AGPROD and others, dated August 13, 2004 (UPFSC0000563-75) ..........................................................DA19086

Email from Nobu Teraski to Randy Davidson and others, dated October 30, 2006 (UPFSC 0362818-819)..........................................................DA19099

Union Pacific Board of Directors Presentation by Jack Koraleski dated July 2024 (UPOX000114599-612)..........................................................DA19101

Email from Chandra R. Henley to Mark J. Draper and Trena K. Bryan dated November 16, 2004 (UPFSC 0256937)..........................................................DA19115

Excel chart titled Personnel-UPRR.xls (UPFSC_II_00372754) ....................................DA19117

Price Creation/Maintenance: Introduction - Chapter 6 (UPFSC 0278777-879)................DA19119

Comments Of Union Pacific Railroad Company (UPFSC0000343-82) ...........................DA19222

Union Pacific Corporation: 2004 Analyst Fact Book (UPFSC 0307452-81)....................DA19262

Fuel Surcharge Analysis, Revenue & Information Management, October 15, 2002 .......DA19292

Excerpts from the 30(b)(6) Deposition Transcript of Jack Koraleski, April 11, 2018 ......DA19309

Deposition of Robert Knight, July 9, 2010 ..........................................................DA19317

Excerpts from the Deposition Transcript of Chuck Adams, March 4, 2010 .....................DA19321

Email from Todd Whitham to Martin Matukewicz and Brad Thrasher, dated April 18, 2007 (UPFSC_II_00296191 to UPFSC_II_0029193)..................................................DA19331

Union Pacific Corp. 2006 SEC Form 10-K for the period ending in December 31, 2006 DA19334

Am. F to UPCQ 90726 effective Jan. 1, 2008 ..........................................................DA19432

Am. E to UPCQ 90872 effective Jan. 1, 2008 ..........................................................DA19456

Am. S to UPCQ 91055 effective Jan. 1, 2008 ..........................................................DA19479

Am. G to UPCQ 91576 effective Jul. 1, 2007 ..........................................................DA19484

Am. C to UPCQ 91945 effective Jan. 1, 2008 .......... DA19488

Am. C to UPCQ 91938 effective Jan. 1, 2008 .......... DA19492

Am. D to UPCQ 92185 effective Apr. 1, 2008 .......... DA19496

Am. B to UPCQ 92644 effective Jan. 1, 2008 .......... DA19501

Am. D to UPCQ 92624 effective Jan. 1, 2008 .......... DA19505

**Volume 31 of 40**

Corrected Expert Report of Gordon Rausser, Ph.D., dated May 27, 2010 .......... DA20001

Corrected Expert Reply Report of Gordon Rausser, Ph.D. (Sept. 20, 2010) .......... DA20168

Expert Report of Gordon Rausser, Ph.D., dated October 15, 2012 .......... DA20295

**Volume 32 of 40**

Expert Reply Report of Gordon Rausser, Ph.D., dated June 12, 2013 .......... DA20487

Supplemental Reply Expert Report of Gordon Rausser, Ph.D., dated May 28, 2014 .......... DA20807

Report of Professor Kenneth Elzinga, July 9, 2018 (Oxbow) .......... DA21034

**Volume 33 of 40**

Alan Frankel Oxbow Report (July 9, 2018) .......... DA21152

Expert Report of B. Douglas Bernheim, Sept. 15, 2020 (MDL I) .......... DA21312

Leslie M. Marx MDL I Expert Report, dated September 15, 2020 .......... DA21442

Expert Report of Jeffrey J. Leitzinger, Sept. 15, 2020 (MDL I) .......... DA21509

Expert Report of James T. McClave, Sept. 15, 2020 (MDL I) .......... DA21637

Reply Report of Jeffrey J. Leitzinger, December 16, 2021 (MDL I) .......... DA21685

Rebuttal Expert Report of Leslie M. Marx, Dec. 16, 2021 (MDL I) .......... DA21818

**Volumes 34 and 35 of 40**

Expert Reply Report of James T. McClave, Dec. 16, 2021 (MDL I) .......... DA21883

Expert Report of B. Douglas Bernheim, Ph.D., and Leslie M. Marx, Ph.D., dated March 1, 2023 .......... DA21943

**Volume 36 of 40**

Expert Report of E. Allen Jacobs, Mar. 1, 2023 (revised April 13, 2023) ........................DA22832

**Volume 37 of 40**

Expert Report of Jeffrey J. Leitzinger, dated March 1, 2023 ..........................................DA23325

Expert Report of James T. McClave, Ph.D., dated March 1, 2023...................................DA23720

Revised Reply Expert Report of E. Allen Jacobs, Ph.D., dated December 21, 2023 ........DA23888

**Volume 38 of 40**

Reply Report of Jeffrey J. Leitzinger, Ph.D., dated November 15, 2023 (corrected January 24, 2024) .....................................................................................................DA24069

Expert Reply Report of James T. McClave, Ph.D., dated November 15, 2023................DA24207

Expert Report of James D. Reitzes, Ph.D., dated October 16, 2023................................DA24345

Excerpts from the Expert Report of Dennis Carlton, dated September 9, 2018 (Oxbow) DA24449

Excerpts from the Supplemental Expert Report of John Johnson, dated April 15, 2021 ..DA24470

Excerpts from the Expert Report of Kevin Murphy (MDL II), dated Aug. 15, 2023........DA24600

Excerpts of Expert Report of Avram Tucker, dated Aug. 15, 2023 .................................DA24614

**Volume 39 of 40**

Excerpts of MDL II Corrected Expert Report of Matthew B. Wright (Oct. 10, 2023) .....DA24749

Excerpts from the Deposition of B. Douglas Bernheim, dated March 9, 2021 .................DA24794

Excerpts from Deposition Transcript of B. Douglas Bernheim, Nov. 4, 2022 (MDL I)...DA24800

Excerpts from the Deposition Transcript of B. Douglas Bernheim, August 1, 2023 (MDL II) .....................................................................................................DA24830

Excerpts from the Deposition Transcript of B. Douglas Bernheim, January 30, 2024 (MDL II) .....................................................................................................DA24841

Excerpts from the Deposition Transcript of E. Allen Jacobs, Aug. 3, 2023......................DA24873

Excerpts from the Deposition Transcript of Jeffrey J. Leitzinger, Mar. 15, 2022 (MDL I) .....................................................................................................DA24890

Excerpts from the Deposition Transcript of Jeffrey J. Leitzinger, Ph.D., dated February 2, 2024 .....................................................................................................DA24936

Excerpts from the Deposition Transcript of Leslie M. Marx, Ph.D, dated Mar. 2, 2021 (MDL I) ....................DA24946

Excerpts from the Deposition Transcript of Leslie M. Marx, April 28, 2022 (MDL I) ....DA24959

Excerpts from the Deposition Transcript of Leslie M. Marx, Ph.D, dated June 13, 2023 DA24980

Excerpts from the Deposition Transcript of James T. McClave, Ph.D., dated March 3, 2021 ....................DA25009

Excerpts from the Deposition Transcript of James T. McClave, Apr. 12, 2022 (MDL I) DA25013

Excerpts from the Deposition Transcript of James T. McClave, Ph.D., dated July 11, 2023 ....................DA25024

Excerpts from the Deposition Transcript of James D. Reitzes, Ph.D., dated December 8, 2023 ....................DA25057

Excerpts from the Expert Report of Dennis Carlton (MDL I), dated Apr. 15, 2021.........DA25079

Excerpts from the Expert Report of Dennis Carlton (MDL II), dated Aug. 15, 2023.......DA25097

Excerpts from the Expert Report of Mark A. Israel (MDL II), dated Aug. 15, 2023........DA25148

Excerpts from the Expert Report of John Johnson Report (MDL II), dated Aug. 15, 2023 (Corrected) ....................DA25207

Excerpts from the Deposition Transcript of B. Douglas Bernheim, July 31, 2023 (MDL II) ....................DA25234

Excerpts from the Deposition Transcript of E. Allen Jacobs, Aug. 2, 2023......................DA25264

Excerpts from the Deposition Transcript of E. Allen Jacobs, Ph.D., dated March 6, 2024 ....................DA25295

Excerpts from the Deposition Transcript of Jeffrey J. Leitzinger, Ph.D., dated July 26, 2023 ....................DA25302

Excerpts from the Deposition Transcript of Jeffrey J. Leitzinger, Jul. 27, 2023 (MDL II) ....................DA25322

Excerpts from the Deposition Transcript of Leslie M. Marx, Ph.D, dated June 12, 2023 DA25335

Excerpts from the Deposition Transcript of Leslie M. Marx, Ph.D., dated January 24, 2024 ....................DA25354

Excerpts from the Deposition Transcript of Leslie M. Marx, Ph.D., dated January 25, 2024 ....................DA25367

Expert Report of B. Douglas Bernheim, Ph.D., and Leslie M. Marx, Ph.D., dated March 1, 2023 (Ford App. D and E) ........................................................................................DA25382

Expert Report of B. Douglas Bernheim, Ph.D., and Leslie M. Marx, Ph.D., dated March 1, 2023 (Honda App. D and E, Figs. E-3 and E-5) ..........................................................DA25392

Excerpts of Expert Report of James T. McClave, dated June 12, 2013 ...........................DA25400

Fuel Surcharge Coverage by Revenue January 1, 2000 to February 28, 2003 (Pre-“Conspiracy”) Detail by Plaintiff (MDL II) ....................................................................DA25407

**Volume 40 of 40**

Declaration of Tara Woods Regarding MDL II Productions..........................................DA25412

Declaration of Matthew Bailey (NS) ....................................................................DA25414

Declaration of Brian Goodfriend (BNSF)...............................................................DA25417

Declaration of Kelsey S. Bryan in Support of Defendants’ Joint and Individual Motions for Summary Judgment ..............................................................................................DA25422

Attachment A to Declaration of Kelsey S Bryan: Schedule of MDL II Price Authority Documents ..................................................................................................DA25427

Attachment B to Declaration of Kelsey S Bryan: Damages Claims On Intermodal Shipments ..............................................................................................................DA25464

Attachment C to Declaration of Kelsey S Bryan: Damages Claims Under Price Authorities Entered Into After The End Of The Alleged Conspiracy .....................................DA25511

Attachment D to Declaration of Kelsey S Bryan: Damages Claims Under Contracts Amended After The End Of The Alleged Conspiracy ........................................................DA25625

Attachment E to Declaration of Kelsey S Bryan: Damages Claims Under Open Offers After The End Of The Alleged Conspiracy...........................................................................DA25672

Declaration of Eric Fanchiang in Support of Defendants’ Motion for Summary Judgment on Plaintiffs’ Time-Barred Damages Claims..........................................................DA25706

Appendix A to Declaration of Eric Fanchiang: Price Authorities with Mileage-Based Fuel Surcharges........................................................................................................DA25712

Appendix B to Declaration of Eric Fanchiang: March 1 – June 30, 2003 Pre-MDL I Class Period Traffic ......................................................................................................DA25772

Appendix C to Declaration of Eric Fanchiang: March 1 – June 30, 2003 Pre-MDL I Legacy Contracts ...................................................................................................DA25815

Appendix D to Declaration of Eric Fanchiang: Pre-MDL I Legacy Contracts Where Plaintiffs Failed to Establish Claimed Class Period Amendment ........................................DA25829

Appendix E to Declaration of Eric Fanchiang: Lingering Effects Damages Claims Under Open Offers ..................................................................................................DA25832

Appendix F to Declaration of Eric Fanchiang: Lingering Effects Damages Claims Post-Dating Contract's Expiration After December 31, 2008 .................................................DA25844

Appendix G to Declaration of Eric Fanchiang: Lingering Effects Damages Claims Under Contracts Amended After December 31, 2008....................................................DA25848

Appendix H to Declaration of Eric Fanchiang: CSX Intermodal Price Authorities..........DA25855

Excerpts from the Expert Report of Dennis Carlton (MDL II), dated Aug. 15, 2023.......DA25889

Excerpt from the Expert Report of Mark A. Israel (MDL II), dated Aug. 15, 2023 .........DA25894

Excerpts from the Expert Report of Dennis Carlton (MDL I), dated Apr. 15, 2021.........DA25898

Dated: July 17, 2024

Respectfully submitted,


*/s/ Benjamin J. Horwich*
Glenn D. Pomerantz
Kuruvilla J. Olasa
Wesley T.L. Burrell
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Linda S. Stein (D.C. Bar No. 376217)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com

Benjamin J. Horwich
Gabriel M. Bronshteyn
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Lauren Ross (D.C. Bar No. 1659620)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Telephone: (202) 220-1100
Lauren.Ross@mto.com

*Counsel for Defendant BNSF Railway Company*
*pursuant to the Notices of Appearance entered in each case*

*/s/ John M. Majoras*
John M. Majoras (D.C. Bar No. 474267)
Kristen Lejnieks (D.C. Bar No. 502136)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

*Counsel for Defendant Union Pacific Railroad Company*

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
tim.o'mara@lw.com

*Counsel for Defendant Union Pacific Railroad Company in MDL I and MDL II*

*/s/ Matthew M. Collette*
Matthew M. Collette (D.C. Bar No. 427167)
Alethea A. Swift (D.C. Bar No. 1644929)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com
aswift@masseygail.com

Leonard A. Gail
Suyash Agrawal
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com
sagrawal@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company in MDL II*

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
Julia K. York (D.C. Bar No. 478001)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7630
tara.reinhart@skadden.com
julia.york@skadden.com
thomas.gentry@skadden.com

Jennifer B. Patterson
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
Telephone: (212) 588-0800
jpatterson@haugpartners.com

Ronald K. Wray II
GALLIVAN, WHITE & BOYD P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
Phone: (864) 271-5362
rwray@GWBlawfirm.com

*Counsel for Defendant Norfolk Southern Railway Company pursuant to the Notices of Appearance entered in each case*

*/s/ Kent Gardiner*
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

*/s/ David Wells*
David M. Wells
Julia M.I. Holden Davis
Derek K. Mountford
GUNSTER, YOAKLEY & STEWART, P.A.
One Independent Drive, Suite 2300
Jacksonville, Florida 32202
Phone: (904) 354-1980
dwells@gunster.com
jholdendavis@gunster.com
dmountford@gunster.com

*Counsel for Defendant CSX Transportation, Inc.*
*pursuant to the Notices of Appearance entered in each case*