**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br>Plaintiffs,<br>v.<br>UNION PACIFIC RAILROAD CO., et al.,<br>Defendants. | Civil Action No. 11-1049<br>(BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH/GMH) |

**[PROPOSED] Order Denying Defendants' Motion to Exclude False Positives Econometric Overcharge Models**

Upon consideration of Defendants' Motion to Exclude False Positives Econometric Overcharge Models, Plaintiffs' opposition thereto, and any oral argument on the motion, and for the reasons set forth in the Opinion issued this same day, it is hereby ORDERED that Defendants' Motion to Exclude False Positives Econometric Overcharge Models is DENIED.

SO ORDERED.

DATE: ______________________

______________________________
BERYL A. HOWELL
United States District Judge