**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH/GMH) |

**[PROPOSED] Order Denying Defendants' Motion Under Federal Rules of Evidence 702 and 403 to Exclude Average Damages Opinions**

Upon consideration of Defendants' Motion Under Federal Rules of Evidence 702 and 403 to Exclude Average Damages Opinions, Plaintiffs' opposition thereto, and any oral argument on the motion, and for the reasons set forth in the Opinion issued this same day, it is hereby ORDERED that Defendants' Motion Under Federal Rules of Evidence 702 and 403 to Exclude Average Damages Opinions is DENIED.

SO ORDERED.

DATE: ______________________

______________________________
BERYL A. HOWELL
United States District Judge