**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>REDACTED<br><br>**Oral Argument Requested** |

**DECLARATION OF JENNIFER B. PATTERSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE AVRAM S. TUCKER**

I, **JENNIFER B. PATTERSON,** do hereby declare as follows:

1. I am a member of the bar of the State of New York and a Partner of the law firm Haug Partners LLP. I am admitted pro hac vice before this Court for these actions. I provide this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Avram S. Tucker, and make the points set forth below based on personal, firsthand knowledge. If called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto are the following exhibits, which are true and correct copies of the referenced documents:

| Exhibit No. | Description |
|---|---|
| 1 | [redacted] |
| 2 | [redacted] |
| 3 | [redacted] |
| 4 | [redacted] |
| 5 | [redacted] |
| 6 | [redacted] |
| 7 | [redacted] |
| 8 | American Institute of Certified Public Accountants publication titled “Global CFF Examination Content and Specification Outline” |
| 9 | American Institute of Certified Public Accountants publication titled “Forensic & Valuation Services Practice Aid: Serving as an Expert Witness or Consultant” |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2024

*<u>/s/ Jennifer B. Patterson</u>*
Jennifer B. Patterson
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
Telephone: (212) 588-0800
jpatterson@haugpartners.com