**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br>Plaintiffs,<br>v.<br>UNION PACIFIC RAILROAD COMPANY, et al.,<br>Defendants. | No. 11-cv-1049 (BAH/GMH) |

**[PROPOSED] Order Granting Plaintiffs' Motion to Strike the Declarations of Eric Fanchiang and Kelsey Bryan**

Upon consideration of Plaintiffs' Motion to Strike the Declarations of Eric Fanchiang and Kelsey Bryan, the parties' related briefing, and any oral argument on the motion, the court hereby GRANTS Plaintiffs' Motion to Strike. The court will disregard the Fanchiang and Bryan Declarations, which are hereby stricken.

IT IS SO ORDERED.

DATE: ______________________

______________________________

BERYL A. HOWELL
United States District Judge