**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN R E: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**DECLARATION OF TARA A. WOODS IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OFFERED BY JOSEPH H. DETTMAR**

I, Tara A. Woods, declare as follows:

1. I am a member of the bar of the District of Columbia, and an Associate at Steptoe LLP. I provide this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Opinions Offered by Joseph H. Dettmar, and make the points set forth below based on personal, firsthand knowledge. If called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto are the following exhibits, which are true and correct copies of the referenced documents:

| Exhibit No. | Description |
|---|---|
| 1 | Excerpt of *MDL I* Plaintiffs' Supplemental Consolidated Interrogatory Responses, dated Jan. 4, 2012 |
| 2 | Excerpt of *MDL I* Plaintiffs' Second Amended Consolidated Interrogatory Responses, dated May 11, 2011 |
| 3 | Excerpt of Plaintiffs' D.C. Circuit Final Brief, No. 18-7010, dated June 6, 2018 |
| 4 | Excerpt of Deposition of Michael Giftos, dated Feb. 25, 2010, from *MDL I* |
| 5 | Excerpt of Deposition of Charles Eisele, dated May 12, 2010, from *MDL I* |
| 6 | Excerpt of Deposition of Michael Ward, dated Feb. 10, 2011, from *MDL I* |
| 7 | Excerpt of Deposition of Susan Koessler, dated Jan. 20, 2022, from *MDL II* |
| 8 | Excerpt of Deposition of Bryan Whipple, dated Apr. 13, 2022, from *MDL II* |
| 9 | Excerpt of Deposition of Harold Pyatt, dated Jan. 26, 2022, from *MDL II* |
| 10 | Excerpt of Deposition of Brett Norseth, dated Dec. 16, 2021, from *MDL II* |
| 11 | Excerpt of Deposition of Tony Coulson, dated Mar. 10, 2022, from *MDL II* |

I declare under penalty of perjury that the foregoing is true and correct. Executed October 18, 2024, in Washington, D.C.

*/s/ Tara A. Woods*
Tara A. Woods