# EXHIBIT 10

Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Opinions Offered by Joseph H. Dettmar

[REDACTED IN FULL]