**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE OPINIONS OFFERED BY JOSEPH H. DETTMAR**

Upon consideration of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude Opinions Offered by Joseph H. Dettmar, dated October 18, 2024, together with the papers and arguments submitted in support of and opposition to the Plaintiffs' Motion, it is hereby **ORDERED**:

Plaintiffs' Motion to Exclude Opinions Offered by Joseph H. Dettmar is **DENIED**.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Hon. Beryl A. Howell
United States District Court Judge