**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |

**Notice of Filing Under Seal**

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 12, 2024, in accordance with the Court's November 5 minute order, Plaintiffs filed the following documents under seal pursuant to the Orders of the Court dated January 29, 2009 (MDL I Docket No. 195) and April 20, 2009 (MDL I Docket No. 275):

1. Plaintiffs' Memorandum in Opposition to Defendants' Joint and Individual Motions for Summary Judgment;
2. Plaintiffs' Objections and Responses to Defendants' Statement of Undisputed Material Facts in Support of Defendants' Joint and Individual Motions for Summary Judgment;
3. Plaintiffs' Counterstatement of Facts; and
4. the Declaration of Raj Mathur in Support of Plaintiffs' Opposition to Defendants' Joint and Individual Motions for Summary Judgment, Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Plaintiffs' Time-Barred Damages Claims, Plaintiffs' Opposition to Defendants' Motion under Federal Rules of Evidence 702 and 403 to Exclude Average Damages Opinions, Plaintiffs' Opposition to Defendants' Motion to Exclude False Positives Econometric Overcharge Models, Plaintiffs' Opposition to Defendants' Motion to Exclude Expert Reliance on Improper Evidence,

and Plaintiffs' Motion to Strike the Declarations of Eric Fanchiang and Kelsey Bryan, and exhibits thereto.

Respectfully submitted,

Dated: November 12, 2024

*/s/ Michael D. Hausfeld*
Michael D. Hausfeld
Brian A. Ratner
Sathya S. Gosselin
Melinda R. Coolidge
Swathi Bojedla
Theodore F. DiSalvo
James Hamilton
HAUSFELD LLP
888 16th Street, NW, Suite 300
Washington, DC 20006
(202) 540-7200
mhausfeld@hausfeld.com
bratner@hausfeld.com
sgosselin@hausfeld.com
mcoolidge@hausfeld.com
sbojedla@hausfeld.com
tdisalvo@hausfeld.com
jhamilton@hausfeld.com

*Attorneys for Donnelly Commodities Incorporated* and *Strates Shows, Inc.*

*/s/ Sami H. Rashid*
Sami H. Rashid
Richard I. Werder, Jr.
Alexandre J. Tschumi
Alexandria ("Alexee") Deep Conroy
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
samirashid@quinnemanuel.com
rickwerder@quinnemanuel.com
alextschumi@quinnemanuel.com
alexeeconroy@quinnemanuel.com

Alicia Cobb
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Telephone: (206) 905-7000
Facsimile: (206) 905-7100
aliciacobb@quinnemanuel.com

Viola Trebicka
Jennifer English
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
violatrebicka@quinnemanuel.com
jenniferenglish@quinnemanuel.com

*Attorneys for Plaintiffs Dust Pro, Inc., Olin Corporation and U.S. Magnesium*

*/s/ Raj Mathur*
Geoffrey L. Harrison
Shawn Raymond
Adam Carlis
Alexandra Foulkes Grafton
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366
gharrison@susmangodfrey.com
sraymond@susmangodfrey.com
acarlis@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

Raj Mathur
Scott Glass
SUSMAN GODFREY, L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: 212-336-8330
rmathur@susmangodfrey.com
sglass@susmangodfrey.com

*Attorneys for Donnelly Commodities Incorporated and Strates Shows, Inc.*

*/s/ Paul M. Donovan*
Paul Donovan
LAROE WINN MOERMAN & DONOVAN
1250 Connecticut Avenue NW
Washington, D.C. 20036
Tel: (202) 298-8100
paul.donovan@laroelaw.com

*Attorneys for Plaintiffs Dust Pro, Inc. and U.S. Magnesium*

**Certificate of Service**

The undersigned certifies that on November 12, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send a notification of such filing to the counsel who have registered with the Court.

*/s/ Sami H. Rashid*