# PX0001-PX0003

Filed Under Seal

# EXHIBIT PX0004

# From the President

Dear Valued AAR Member:

We are pleased to present you with this copy of the Association of American Railroads Member Directory for 2007. It lists all AAR members and associates and provides key contact information for each one. Also listed are key AAR personnel along with their contact information and areas of expertise.

Today's railroad industry is a growing industry, one whose importance to the economy continues to increase. Some 40 percent of all intercity freight travels by train — more than any other single form of transportation. That freight moves safely and efficiently as trains provide the vital link between producers and consumers and between U.S. markets and the global marketplace.

The AAR's mission is to add value to the North American railroad industry by leading and coordinating the industry's efforts to improve service, efficiency, safety, security and profitability. Two AAR subsidiaries — the Transportation Technology Center, Inc. and Railinc --- help keep the railroads on the cutting edge of transportation and information technology.

The AAR also focuses on what's going on in Washington. We serve as a forceful advocate for the industry, bringing critical rail-related issues to the attention of Congress, the Administration and government agencies. By working closely with lawmakers and regulators, we help ensure that North American freight railroads remain the best in the world.

Our members include all Class I freight railroads in the United States, Canada and Mexico, as well as a growing number of shortline and regional railroads. Our membership also includes Amtrak and several major commuter railroads, and our Associates Program includes many of the companies that provide vital supplies and services to the railroad industry. We invite any company involved in the growing railroad industry to join the AAR.

Our industry has never looked better. In 2006, for the ninth consecutive year, railroads moved more freight than ever before. Yet even with this increased growth, it was the safest year ever. In 2007, we will face even more challenges: how to increase capacity; how to improve service; how to become even safer. We are delighted that you have chosen to belong to AAR and to help us meet those challenges. Welcome aboard!

Sincerely,

Edward R. Hamberger
President

# Confidential

@ 2007 Association of American Railroads

This directory is intended for use by members and staff of the Association of American Railroads (AAR). No part of this directory may be reproduced without permission by the AAR.

Corrections to this directory should be submitted to:

Twanda Turner-Fisher
Executive Assistant, Communications
Association of American Railroads
50 F Street, NW
Washington, DC 20001
Phone: (202) 639-2563
Fax: (202) 639-2558
tfisher@aar.org

# Association of American Railroads
## 2007 Directory of Members & Staff
### Table of Contents

Pages

**Company Abbreviations** .......... 4

**AAR Members:**
- Full Members .......... 5
- Special Members .......... 22
- Non-Class I Railroad Affiliate .......... 23
- Gold & Silver Associate Members .......... 25

**AAR Staff:**
- Staff Department List .......... 44
- Subject Area List .......... 46
- Transportation Technology Center, Inc. (TTCI) .......... 50
- Railinc Corporation .......... 51

**AAR Committees & Working Groups:**
- 2006 Board of Directors .......... 52
- Network Efficiency Management Committee & Subordinate Committee Member Lists (NEMC) .......... 53
- Policy and Advocacy Management Committee & Subordinate Committee Member Lists (PAMC) .......... 58
- Safety and Operations Management Committee & Subordinate Committee Member Lists (SOMC) .......... 61

**Other Railroad Related Organizations** .......... 69

**State Rail Associations** .......... 70

# Company Abbreviations

American Short Line & Regional Railroad Association ........ ASLRRA
Amtrak (National Railroad Passenger Corporation) ........ AMTK
Anacostia Rail Holdings Company Inc. ........ ARHC
Association of American Railroads ........ AAR
British Columbia Railway Company. ........ BC Rail
BNSF Railway ........ BNSF
Canadian National Railway Company ........ CN
Canadian Pacific Railway ........ CP
Cedar Rapids and Iowa City Railway Company ........ CIC
Conrail Shared Assets ........ CR
CSX Corporation ........ CSX
CSX Intermodal ........ CSXI
CSX Transportation ........ CSXT
Department of Defense ........ DOD
Department of Homeland Security ........ DHS
Ferrocarril Mexicano, S.A. de C.V. ........ FXE
General Electric Railcar Services Corp ........ GENX
General Motors ........ GM
Genesee & Wyoming Inc.. ........ GWI
Greenbrier Companies, The ........ GBRX
Iowa Interstate ........ IAIS
Kansas City Southern ........ KCS
Metra Passenger Services ........ Metra
Norfolk Southern Corporation ........ NS
Providence & Worchester Railroad Company ........ P&W
RailAmerica, Inc.. ........ RA
Rail Cooperative Research Centre (Australia). ........ Rail CRC
Railway Association of Canada ........ RAC
Railway Supply Institute, Inc. ........ RSI
Road & Rail Services ........ R&RS
ST Rail System ........ ST
TTX Company ........ TTX
Union Pacific ........ UP
Union Tank Car Company ........ UTLX
Vermont Railway. ........ VR
Wheeling & Lake Erie Railway ........ WLER

# AMTRAK

Headquarters Address
60 Massachusetts Avenue, NE
Washington, DC 20002
(202) 906-3000 - Phone
www.amtrak.com

## About Amtrak

The National Railroad Passenger Corporation (Amtrak) provides national rail passenger transportation service to the general public in major intercity travel markets of the United States. Congress created Amtrak in 1970 under the Rail Passenger Service Act and incorporated it under the laws of the District of Columbia. Amtrak officially began service on May 1, 1971.

Amtrak owns or operates about 500 facilities in 46 states and has 19,000 employees. Approximately 300 passenger trains operate per day nationwide over a 21,000-mile route system. Amtrak owns and maintains 665 route miles of the system, primarily in the Northeast Corridor and Michigan.

## Office of the President

Alex Kummant
*President & CEO*
202-906-3960 – Phone

## Key Contacts

**Gov't Affairs & Communications:**
Joseph McHugh
*V.P. Gov't Affairs & Comm.*
202-906-3867 – Phone

R. Clifford Black
*Acting Chief, Corporate Communications*
202-906-3855 – Phone

**Finance:**
Dale Stein
*Acting Chief Financial Officer*
202-906-3311 – Phone

**Law:**
Eleanor Acheson
*General Counsel & Corporate Secretary*
202-906-2198 – Phone

**Marketing & Product Management:**
Emmett Fremaux
*V.P. Marketing & Product Management*
202-906-2027 – Phone

**Operations:**
William Crosbie
*Chief Operating Officer*
202-906-3400 – Phone

**Environmental, Safety & Health:**
Roy Deitchman
*V.P. Environmental, Safety & Health*
202-906-3278 – Phone

**Security:**
James McDonnell
*V.P. & Chief Risk Officer*
202-906-3086– Phone

## Other Locations

400 West 31st Street
New York, NY 10001

30th Street Station
Philadelphia, PA 19104

10 G Street, NE
Washington, DC 20001

525 West Van Buren Street
Chicago, IL 60607

530 Water Street
Oakland, CA 94607

810 N. Alameda Street
Los Angeles, CA 90012

8301 Cypress Plaza Drive
Jacksonville, FL 32256

Two South Station
Boston, MA 02110

# ANACOSTIA RAIL HOLDINGS COMPANY, INC

Headquarters Address
53 West Jackson Blvd., Suite 335
Chicago, IL 60604
(312) 341-1026 – Phone
(312) 362-1402 – Fax
www.anacostia.com

## About Anacostia Rail Holdings Company, Inc.

Anacostia Rail Holdings (ARH) is a railroad holding company. It is an affiliate of Anacostia & Pacific (APCI), a transportation development and consulting firm. It has developed eight new U.S. railroads since it was founded in 1985. ARH and APCI have five operating railroad affiliates.

## Office of the President

Peter A. Gilbertson
*President & CEO*
312-324-7350

## Key Contacts

Bruce A. Lieberman
*C.F.O.*
312-324-7351 – Phone

R. Scott Morgan
*Controller*
312-324-7353 – Phone

## Other Key Contacts

**Railroads:**

Andrew C. Fox
*President*
Pacific Harbor Line, Inc.
310-984-5777 – Phone

Fred L. Krebs
*President*
New York & Atlantic Rwy.
718-928-2303 – Phone

Henry B. Lampe
*President*
Chicago South Shore & South Bend Railroad
219-874-9000 – Phone

John K. Secor
*President*
Louisville & Indiana Railroad
812-288-0940 – Phone

Daniel C. Rickel
*President*
Northern Lines Railway, LLC
320-259-4076 – Phone

# BNSF Railway Company

Headquarters Address
2650 Lou Menk Drive
Fort Worth, TX 76131-2830
(800) 795-2673 - Phone
www.bnsf.com

## About BNSF

Headquartered in Fort Worth, Texas, Burlington Northern Santa Fe Corporation, through its subsidiary, BNSF Railway Company, operates one of the largest railroad networks in North America, with 32,000 route miles covering 28 states and two Canadian provinces. This vast network covers the western two-thirds of the United States, stretching from major Pacific Northwest and Southern California ports to the Midwest, Southeast and Southwest, and from the Gulf of Mexico to Canada.

## Office of the President

Matthew K. Rose
*Chairman, President & CEO*
817-867-6100 – Phone

Barbara R. Turner
*Manager, Administration*
817-867-6402 – Phone

Anne B. Gill
*Director, Office of the Chairman*
817-867-6250 – Phone

## Key Contacts

**Administration & Finance:**
Thomas N. Hund
*Exec. V.P. & CFO*
817-352-4800 - Phone

**Communications/ Public Relations:**
Mary Jo Keating
*V.P. Corporate Relations*
817-867-6407 – Phone

**Gov't Affairs/ Washington Reps:**
Amy C. Hawkins
*V.P. Government Affairs*
202-347-8662

**Information Technology:**
Jeffrey J. Campbell
*V.P. Technology Services & CIO*
817-352-3605 – Phone

**Law/General Counsel:**
Jeffrey R. Moreland
*Exec. V.P. Public Affairs*
817-352-1350 – Phone

Roger P. Nober
*Exec. V.P. Law & Secretary*
817-352-1460

James H. Gallegos
*V.P. Corporate & General Counsel*
817-352-2369 – Phone

**Marketing:**
John P. Lanigan
*Exec. V.P. & Chief Marketing Officer*
817-867-6400 – Phone

**Safety & Operations:**
Carl R. Ice
*Exec. V.P. & COO*
817-352-1400 – Phone

Mark A. Schulze
*V.P. Safety Training & Operations Support*
817-352-1220 – Phone

Gregory C. Fox
*V.P. Engineering*
817-352-1933 – Phone

# Canadian National Railway Company

Headquarters Address
935 de La Gauchetière Street West
Montreal, Quebec H3B 2M9, CANADA
(888) 888-5909 – Toll Free
www.cn.ca

## About CN

CN crosses the North American continent east-west and north-south, serving ports on the Atlantic, Pacific and Gulf coasts while linking customers to all three NAFTA nations. CN revenues derive from the movement of a diversified and balanced portfolio of goods including petroleum and chemicals, grain and fertilizers, coal, metals and minerals, forest products, intermodal and automotive.

## Office of the President

E. Hunter Harrison
*President & CEO*
514-399-4800 – Phone

Sylvie Bernier
*Executive Assistant*
514-399-4802 – Phone

Nadeem Velani
*Chief of Staff*
514-399-8888– Phone

## Key Contacts

**Administration & Finance:**
Claude Mongeau
*Exec. V.P. & CFO*
514-399-2963 – Phone

**Communications/ Public Relations:**
Sean Finn
*Sr. V.P. Public Affairs, CLO & Corp.Sec.*
514-399-6500 – Phone

**Gov't Affairs/ Wash. Reps:**
Karen B. Phillips
*V.P. North American Public & Gov't. Affairs*
202-347-7196 – Phone

**Law/General Counsel:**
Sean Finn
*Sr. V.P. Public Affairs, CLO & Corp. Sec.*
514-399-6500 – Phone

**Marketing:**
James M. Foote
*Exec. V.P. Sales & Mktg.*
514-309-3934 – Phone

**Policy & Economics:**
Ami Haasz
*V.P. Financial Planning*
514-399-4192 – Phone

François C. Hébert
*V.P. Network Strategies*
514-399-4333 – Phone

**Safety & Operations:**
Gordon T. Trafton II
*Sr. V.P. Southern Region*
708-332-5470 – Phone

John Dalzell
*V.P. Risk Management*
514-399-4706 – Phone

Sameh Fahmy
*Sr. V.P. Engineering, Mechanical & Supply Mgmt*
708-421-6649 – Phone

## Other Locations

455 North Cityfront Plaza Drive
Chicago, IL 60611-5318

17641 S. Ashland Avenue
Homewood, IL 60430

10004-104 Avenue
Edmonton, Alberta T5J 0K2
CANADA

2151 N. Mill Street
Jackson, MS 39202

# Canadian Pacific Railway

Headquarters Address
401- 9th Avenue, SW – Suite 500
Gulf Canada Square
Calgary, Alberta T2P 4Z4, CANADA
(403) 319-7000 - Phone
www.cpr.ca

## About CPR

Canadian Pacific Railway (CPR) is a Class 1 North American railway, providing freight transportation services over a 14,000-mile network in Canada and the United States. Based in Calgary, Alberta, CPR has been connecting Canadian businesses and consumers to the world since 1881. CPR's high-density mainline network serves major Canadian ports and cities from Montreal to Vancouver, and key centres in the U.S. Midwest and Northeast. Its Vancouver-Chicago corridor provides shippers with the most direct route between these two key transportation centres, while its Montreal-Chicago corridor is part of the most direct route from Europe to the U.S. Midwest. Main commodities include grain, coal, lumber and potash, but also include many everyday products such as cars, household appliances, food and furniture.

## Office of the President

Fred J. Green
*Exec. Vice President & COO*
403-319-7555 – Phone

Rachel Gray
*Assistant to Executive & CEO*
403-319-7556 – Phone
403-205-9000 – Fax

## Key Contacts

**Administration & Finance:**
Mike Lambert
*Exec. V.P. & CFO*
403-319-6406– Phone

**Communications/ Public Relations:**
Paul Clark
*V.P. Comm & Public Affairs*
403-319-3289 – Phone

**Gov't Affairs/ Wash. Reps:**
John Brimsek
202-626-6747 – Phone

**Law/General Counsel:**
Paul Guthrie
*V.P Law.*
403-319-6184– Phone

Bill Tuttle
*General Counsel*
612-347-8325 – Phone

**Policy & Economics:**
Jane O'Hagan
*V.P. Strategy@ Research*
403-319-6742 – Phone

John Brimsek
202-626-6747 – Phone

**Safety & Operations/ Marketing**
Neal R. Foot
*Exec.V.P. Operations*
403-319-7565 – Phone

Faye Ackermans
*General Manager, Safety Regulatory Affairs*
403-319-7222 – Phone

Marcella M. Szel, Q.C.
*Sr. V.P. Marketing & Sales*
403-319-7474 – Phone

## Other Locations

200 Clifton Corporate Park
Clifton Park, NY 12065
518-383-7200 - Phone

# CSX Corporation

Headquarters Address
500 Water Street
Jacksonville, FL 32202
(904) 359-3100 - Phone
www.csx.com

## About CSX

CSX is a rail-based transportation company - a leader in freight railroading and containerized distribution markets. CSX Transportation Inc., a major eastern railroad, provides rail transportation and distribution services over a 22,700 route-mile network in 23 states, the District of Columbia and two Canadian provinces. CSX Intermodal Inc. provides state-of-the-art, reliable transportation services and operates a network of dedicated intermodal facilities across North America. CSXI runs more than 300 dedicated trains between its 33 terminals weekly.

## Office of the President

Michael J. Ward
*Chairman, President & CEO*
904-366-5210 – Phone

Lorie Rogan
*Exec. Assistant to the Chairman*
904-359-2211 – Phone

## Key Contacts

**Administration**

Robert J. Haulter
*Sr. V.P. Human Resources*
904-366-5603 – Phone

Oscar Munoz
*Exec. V.P. & CFO*
904-359-1329 – Phone

**Communications/ Public Relations:**

Vance Meyer
*V.P. Communications*
904-359-3161 – Phone

Gary Sease
*Director, Corporate Communications*
904-359-1719 – Phone

**Gov't Affairs/ Washington Reps:**

Mike J. Ruehling
*V.P. Federal Legislation*

Peter J. Shudtz
*V.P. Federal Regulation*

Anne Chettle
*Director, Federal Affairs*
202-783-8124 – Phone

**Intermodal:**

James Hertwig
*President, CSX Intermodal*
904-633-1500 – Phone

**Law/General Counsel:**

Ellen Fitzsimmons
*Sr. V.P. Law & Public Affairs & Corporate Secretary*
904-359-7611 – Phone

**Marketing:**

Clarence W. Gooden
*Exec. V.P. & Chief Commercial Officer*
904-359-1000 – Phone

**Safety & Operations:**

Tony L. Ingram
*Exec. V.P. Operations*
904-359-1007 – Phone

J. M. Marks
*V.P. & Chief Safety Officer*
904-359-1530 – Phone

**Technology:**

John West
*President, CSX Technology*
904-359-3682 – Phone

## Other Locations

CSX Intermodal Inc.
301 W. Bay Street
Jacksonville, FL 32202
www.csxi.com

# Genesee & Wyoming Inc.

Headquarters Address
66 Field Point Road
Greenwich, CT 06830
(203) 629-3722 – Phone
(203) 661-4106 – Fax
www.gwrr.com

## About GWI

Genesee & Wyoming Inc. (NYSE: GWR) is a leading operator of short line and regional freight railroads in the United States, Canada, Mexico, Australia and Bolivia. GWI railroads operate in 26 U.S. states and two Canadian provinces and serve 12 U.S. ports. GWI operates more than 5,900 miles of owned and leased track and approximately 3,700 additional miles under track access arrangements.

## Executive Offices

Mortimer B. Fuller III
Chairman and CEO
203-629-3722 – Phone

John C. Hellmann
President
203-629-3722 – Phone

James W. Benz
Chief Operating Officer
904-223-8709 – Phone

## Key Contacts

**Administration & Finance:**

Mark W. Hastings
*Exec. V.P. Corporate Development*
203-629-3722 – Phone

Timothy J. Gallagher
*Chief Financial Officer*
203-629-3722 – Phone

Matthew O. Walsh
*V.P. Corporate Development & Treasurer*
203-629-3722 – Phone

Shayne L. Magdoff
*Sr. V.P. Administration and Human Resources*
585-463-3400 – Phone

**Communications/ Public Relations:**

Michael E. Williams
*Director, Corporate Communications*
203-629-3722 – Phone

**Gov't Affairs:**

Jerry E. Vest
*V.P. Gov't & Industry Affairs*
717-771-1701 – Phone

**Law/General Counsel:**

Allison M. Fergus
*General Counsel & Secretary*
203-629-3722 – Phone

**Safety & Operations:**

Gerald T. Gates
*V.P. Safety & Compliance*
904-596-7783 – Phone

## Other Locations

**Genesee & Wyoming Railroad Services, Inc.**
1200-C Scottsville Road, Suite 200
Rochester, New York 14624
585-328-8601 – Phone
585-328-8622 – Fax

# Iowa Interstate Railroad Ltd.

Headquarters Address
5900 6th Street, SW
Cedar Rapids, IA 52404
319-298-5400 – Phone
www.iaisrr.com

## About Iowa Interstate

Headquarted in Cedar Rapids, Iowa, the Iowa Interstate Railroad Ltd. (IAIS), operates over 550 miles of track between Omaha and Chicago on the former Chicago, Rock Island and Pacific mainline, with a branch line from Bureau to Peoria in Illinois. IAIS was created on October 10, 1984 and is one of the 'oldest' regional railroads with connections to all major Class 1 carriers at various points on its line. As a result, IAIS customers are able to ship their goods to or from anywhere in North America. In America's Heartland, the IAIS primarily transports grain, agriculture products, steel, scrap, appliances, intermodal containers and trailers, chemicals and forest products.

## Office of the President

Dennis H. Miller
*President & CEO*
319-298-5422 – Phone

## Key Contacts

**Administration & Finance:**
Lori Frost
*V.P. Finance*
*319-298-5410* – Phone

**Marketing & Development:**
R. J. Stoeckly
*V.P. Marketing, Sales, Business Dev.*
319-298-5430 – Phone

**Safety & Operations:**
Jeff Johnson
*Director of Safety & Rules*
319-298-5440 – Phone

Mick Burkart
*Chief Transportation Officer*
319-298-5433 – Phone

**Engineering:**
Pat Sheldon
*V.P. Engineering*
319-298-5428

**Locomotive & Car:**
John Wiesch
*Chief Mechanical Officer*
319-298-5418 – Phone

# Kansas City Southern

Headquarters Address
427 West 12th Street, Kansas City, MO 64105
P.O. Box 219335, Kansas City, MO 64121-9335
(816) 983-1303 – Phone
www.kcsouthern.com

## About KCS

Headquartered in Kansas City, Mo., Kansas City Southern is a transportation holding company that has railroad investments in the U.S., Mexico and Panama. Its primary U.S. holding is The Kansas City Southern Railway Company, serving the central and south central U.S. Its international holdings include Kansas City Southern de México, S.de.R.L..de C.V., serving northeastern and central Mexico and the port cities of Lázaro Cárdenas, Tampico and Veracruz, and a 50 percent interest in Panama Canal Railway Company, providing ocean-to-ocean freight and passenger service along the Panama Canal. KCS' North American rail holdings and strategic alliances are primary components of a NAFTA Railway system, linking the commercial and industrial centers of the U.S., Canada and Mexico.

## Office of the Chairman

Michael R. Haverty
*Chairman & CEO*
Kansas City Southern &
The Kansas City Southern Railway Co.
816-983-1389 – Phone

Arthur L. Shoener
*President & COO*
Kansas City Southern &
The Kansas City Southern Railway Co.
816-983-2122 – Phone

Leanne Roller
*Executive Administrator*
816-983-1729 – Phone

Lillie Hontz
*Executive Assistant*
816-983-1337 – Phone

## Key Contacts

**Finance**
Patrick J. Ottensmeyer
*Executive V.P. & CFO*
816-983-1702 – Phone

**Communications/ Public Relations:**
C. Doniele Kane
*A.V.P. Corp. Communications & Community Affairs*
816-983-1372 – Phone

**Gov't Affairs:**
Warren K. Erdman
*Senior V.P. Corporate Affairs*
816-983-1454 – Phone

**Personnel Services : (HR & Safety)**
Kevin D. McIntosh
*A.V.P. Personnel Services*
816-983-1989 – Phone

**Information Technology:**
Scott E. Arvidson
*Senior V.P. & CIO*
816-983-1508 – Phone

**Law/General Counsel:**
William J. Wochner
*Senior V.P. & CLO*
816-983-1324– Phone

**Marketing & Sales:**
Daniel W. Avramovich
*Executive V.P. Sales & Marketing*
816-983-1498 – Phone

**Operations:**
R. Michael Chapman
*Senior V.P. Transportation*
318-676-6404 – Phone

## Other Locations

Kansas City Southern
4601 Shreveport-Blanchard Hwy.
Shreveport, LA 71107-5797
318-676-6075 – Phone

# Metra Passenger Services

Headquarters Address
547 West Jackson Blvd.
Chicago, IL 60661
(312) 322-6900 - Phone
www.metrarail.com

## About MPS

Metra directly operates its own commuter services through the Northeast Illinois Railroad Corp. and also controls commuter services operated by freight railroad companies in the Chicago Area. The 545 route-mile Metra system serves 230 stations in the counties of Cook, DuPage, Lake, Will, McHenry and Kane.

## Executive Offices

Philip A. Pagano
*Executive Director*
312-322-6737

Delores M. Ellison
*Executive Secretary*
312-322-6962 – Phone

## Key Contacts

**Administration:**

Frank M. Racibozynski
*Chief Financial Officer*
312-322-6420 – Phone

Michael J. Nielsen
*Sr. Dir. Corporate Admin. & Industrial Relations*
312-322-6960 – Phone

**Communications/ Public Relations:**

Judith Pardonnet
*Director, Media Relations*
312-322-6760 – Phone

**Gov't Affairs:**

Holly L. Lown
*Dept. Head, Community & Legislative Affairs*
312-322-6738 – Phone

**Law/General Counsel:**

Michael C. Noland
*General Counsel & Sr. Director Legal Services*
312-322-6699 – Phone

Sue Ann Rosen
*Assoc. General Counsel*
312-322-6684 – Phone

Theresa A. Barnett
*Assoc. General Counsel*
312-322-6694

**Marketing & Sales:**

James S. Bonistalli
*Director, Marketing*
312-322-6744 – Phone

**Safety & Operations:**

William (Bill) Tupper
*Chief Operations Officer*
312-322-6934 – Phone

Dennis S. Mogan
*Chief, Safety & Rules Officer*
312-322-2810 – Phone

**Transportation:**

George L. Hardwidge
*Chief Transportation Officer*
312-322-8999

Richard G. Tidwell
*Deputy Executive Director*
312-322-8990 – Phone

# Norfolk Southern Corporation

Headquarters Address
Three Commercial Place
Norfolk, VA 23510-2191
(757) 629-2600 – Phone
www.nscorp.com

## About NS

Norfolk Southern Corporation is one of the nation's premier transportation companies. Its Norfolk Southern Railway subsidiary operates 21,300 route miles in 22 states, the District of Columbia and Ontario, Canada, serving every major container port in the eastern United States and providing superior connections to western rail carriers. NS operates the most extensive intermodal network in the East and is North America's largest rail carrier of automotive parts and finished vehicles.

## Executive Offices

Charles W. (Wick) Moorman
*Chairman, President & CEO*
757-629-2601 – Phone
757-533-4954 – Fax
Email:
wick.moorman@nscorp.com

Fred M. Ehlers
*Asst. Vice President Exec.*
757-629-2612 – Phone
757-533-4954 – Fax
E-mail:fred.ehlers@nscorp.com

Diane Gravely
*Asst. to Chairman, President & CEO*
757-629-2712 – Phone
757-533-4954 – Fax
Email:
Diane.gravely@nscorp.com

## Key Contacts

**Administration:**

John P. Rathbone
*Executive Vice President*
757-629-2770 – Phone

**Finance:**

Henry C. Wolf
*Vice Chairman & CFO*
757-629-2650 – Phone

Tom G. Werner
*V.P. Info. Technology*
404-253-3601 – Phone

**Corporate Communications:**

Bob Fort
*V.P. Corp. Communications*
757-629-2710 – Phone

Frank Brown
*A.V.P. Corporate Communications*
757-629-2714 – Phone

**Gov't Relations:**

Bruno Maestri
*V.P. Govt. Relations*
*202-383-4425* – Phone

Steve Anthony – Phone
*A.V.P. Govt. Relations*
*202-383-4125*

Marque Ledoux
*A.V.P. Govt. Relations*
202-383-4166 – Phone

Darrell Wilson
*A.V.P. Govt. Relations*
202-383-4123 – Phone

**Law:**

James A. Hixon
*Exec. V.P. Law & Corporate Relations*
757-629-2684 – Phone

**Marketing:**

Donald W. Seale
*Exec. V.P. & Chief Marketing Officer*
757-629-2830 – Phone

**Planning:**

Kathryn B. McQuade
*Exec. V.P. Planning & CIO*
757-664-5077 – Phone

**Safety & Operations:**

Stephen C. Tobias
*Vice Chairman & COO*
757-629-2390 – Phone

Mark D. Manion
*Exec. V.P. Operations*
757-629-2611 – Phone

Charles J. Wehrmeister
*V.P. Safety & Environmental*
540-981-5373 – Phone

# RailAmerica, Inc.

Headquarters Address
5300 Broken Sound Blvd., NW
Boca Raton, Florida 33487
(561) 994-6015 – Phone
(800) 211-7245 – Toll Free
(561) 994-3929 – Fax
www.railamerica.com

## About RailAmerica, Inc.

RailAmerica, Inc. is a leading short line and regional rail service provider with 42 railroads operating approximately 7,800 miles in 26 U.S. states and 4 Canadian provinces. Headquartered in Boca Raton, Florida, the company employs approximately 1,900 individuals. RailAmerica's common shares are listed on the New York Stock Exchange under the symbol RRA. The company is a member of the Russell 2000 ® index.

## Office of the Chief Executive Officer

John E. Giles
President & CEO
561-994-6015 – Phone

Damari Victorero
Exec. Assistant to President & CEO
561-226-1702 – Phone

## Key Contacts

**Administration & Finance:** Vacant

**Communications/ Public Relations:** Vacant

**Law/General Counsel:** Scott G. Williams, Esq.
*Sr., V.P. Gen. Counsel*
561-226-1757 – Phone

**Safety & Operations:** J. Preston Claytor
*V.P. Safety & Operating Practices*
561-226-1720 – Phone

# Texas Mexican Railway Company

Headquarters Address
1610 Woodstead Court, Suite 470
5810 San Bernardo Avenue
The Woodlands, TX 77380
(281) 465-7180 – Phone
(956) 728-6790 – Fax
www.kcsi.com

## About the TEX-MEX

Established in 1856, Texas Mexican Railway Company is a subsidiary of Kansas City Southern, linking The Kansas City Southern Railway Company and Kansas City Southern de Mexico, S.A. de C.V.

## Office of the President

Arthur L. Shoener
*President & CEO*
816-983-1537 – Phone

## Key Contacts

**See Kansas City Southern**

# Union Pacific

Headquarters Address
1400 Douglas Street
Omaha, NE 68179
(402) 544-5000 – Phone
www.up.com

## About UP

Union Pacific Railroad is an operating subsidiary of Union Pacific Corporation (NYSE:UNP). It is the largest railroad in North America, operating in the western two-thirds of the United States. The system serves 23 states, linking every major West Coast and Gulf Coast port. It also serves four major gateways to the east: Chicago, St. Louis, Memphis and New Orleans. UP is the primary rail connection between the U.S. and Mexico. It interchanges traffic with the Canadian rail system.

## Office of the Chairman

James R. Young
*Chairman*
402-544-6655 – Phone

Ellen Smith
*Exec. Asst. to Chairman*
402-544-3100 – Phone

## Key Contacts

**Finance:** Robert M. Knight, Jr.
*Exec. V.P. Finance & CFO*
402-544-3295 – Phone

**Communications/ Public Relations:** Bob Turner
*Sr. V.P. Corporate Relations*
402-544-5255 – Phone

Kathryn Blackwell
*A.V.P. Corp. Relations*
402-544-3753 – Phone

**Gov't Affairs/ Washington Rep:** Mary McAuliffe
*V.P. External Relations*
202-662-0110 – Phone

Mike Rock
*A.V.P. External Relations*
202-662-0130 – Phone

Printz Bolin
*Director, Wash. Affairs*
202-662-0104 – Phone

**Human Resources:** Barbara Schaefer
*Sr. V.P. Human Resources & Corp. Secretary*
402-544-5747 – Phone

**Information Technologies:** Lynden L. Tennison
*Sr. V.P. & CIO*
402-544-3771 – Phone

**Law/General Counsel:** Mike Hemmer
Sr. *V.P. Law and General Counsel*
402-544-6677 – Phone

**Marketing & Sales:** Jack Koraleski
*Exec. V.P. Mktg. & Sales*
402-544-3700 – Phone

**Safety & Operations:** Dennis Duffy
*Exec. V.P. Operations*
402-544-5633 – Phone

**Strategic Planning:** Charley Eisele
*Sr. V.P. Strategic Planning*
402-544-3077 – Phone

# Vermont Railway

Headquarters Address
One Railway Lane
Burlington, VT 05401-5290
(802) 658-2550 - Phone
(802) 658-2553 - Fax
www.vermontrailway.com

## About VRS

Vermont Rail System (VRS) is an affiliation of five Vermont-based short lines. The Vermont Railway, the Green Mountain Railroad, the Clarendon and Pittsford Railroad, the Washington County Railroad, and the New York and Ogdensburg Railway, which have provided efficient, reliable rail freight service to a wide variety of customers for many years. In 1997, the first three roads were joined in common ownership and formed a strategic alliance which provides for better utilization of manpower and equipment, resulting in an increased level of service to customers. The Washington County was added in 1999 and the New York and Ogdensburg in 2002.

## Office of the President

Dave W. Wulfson
*President*
802-658-2550 – Phone

Lisa J. Wulfson
*E.V.P./Treasurer*
802-658-2550 – Phone

Jerome M. Hebda
*Vice President*
802-658-2550 – Phone

## Key Contacts

Edward J. Fitzgerald
*V.P. Marketing*
Burlington, VT
802-658-2550 – Phone

Brent Brewer
*General Manager*
Bellows Falls, VT
802-463-9531 – Phone

Selden Houghton
*Intermodal Fleet Manager*
Burlington, VT
866-464-8879 – Phone

## Other Locations

118 Post Street
Rutland, VT 05701
802-775-4356 – Phone

54 Depot Street
Bellows Falls, VT 05101
802-463-9531 – Phone

4701 W. 26th Street
Cicero, IL 60804
708-426-4515 – Phone

# Wheeling & Lake Erie Railway

Headquarters Address
100 East First Street
Brewster, OH 44613
330-767-3401 – Phone
www.wlerwy.com

## About WLER

Wheeling & Lake Erie Railway (WLER) spans 806 miles from Cleveland, OH to Pittsburgh, PA and to Hagerstown, MD, interchanging with the NS, CSX and Canadian National. WLER interchanges with various shortlines, including Ohio Central, Ashland Railway, RJ Corman Cleveland Line, Southwestern Pennsylvania, and CWRO in Cleveland.

## Office of the President

Larry Parsons
*Chairman & CEO*
330-767-7293 – Phone

Jane Villard
*Assistant to the CEO*
330-767-7233 – Phone

## Key Contacts

William A. Callison
*President*
330-767-7290 – Phone

Michael D. Mokoden
*V.P. & CFO*
330-767-7240 – Phone

# Special Members

**The Railway Association of Canada**
99 Bank Street, Suite 1401
Ottawa, ON K1P 6B9
CANADA
613-567-8591 – Phone
613-567-6726 – Fax
www.railcan.ca

Cliff Mackay, *President & CEO*

**Asociaci'on Mexicana de Empresas Ferrocarrileras**
Alfonso Esparza Oteo No. 144
Piso 7, Oficina 702
Col. Guadalupe Inn
Delegacion Alvaro Obregon
C.P. 01020, Mexico, D.F.
011-52 55 5662 5852 – Phone
esacristan.amf@prodigy.net.mx

Emilio Sacristan, *General Director*

# Non-Class I Railroad
# Affiliate Members

**Great Salt Lake & Southern Railroad LLC**
3200 East Ave. So.
La Crosse, WI 54601
608-787-1236 – Phone
608-787-1462 – Fax

**Member Contact:**
John D. Parkyn
*Chairman and CEO*
608-787-1236 – Phone
608-787-1462 – Fax
jdp@dairynet.com

---

**ISG-Cleveland Works Railway Co.**
3060 Eggers Avenue
Cleveland, OH 44105
216-429-6000 – Phone
www.intlsteel.com

**Member Contact:**
David Wozniak
*Manager – RR Engineering and Maintenance*
216-429-6562 – Phone
216-429-7272 – Fax
dave.wozniak@mittalsteel.com

---

**Lake Superior & Ishpeming Railroad Company**
P.O. Box 2000
Ishpeming, MI 49849
906-475-3588 – Phone
906-475-3472 – Fax

**Member Contact:**
James J. Scullion
*Manager*
906-475-7901– Phone
906-475-5370 – Fax
jjscullion@clevelandcliffs.com

---

**MG Rail, Inc.**
5130 Port Road
Jeffersonville, IN 47130
812-218-1315 – Phone
812-282-5685 – Fax

**Member Contact:**
Carl Skaggs
*Manager*
812-218-1315– Phone
812-282-5685 – Fax
carl.skaggs&cgb.com

---

**Morristown & Erie Railway Inc.**
P.O. Box 2206
Morristown, NJ 07962
973-267-4300 – Phone
973-267-3138 – Fax
www.merail.com

**Member Contact:**
Gordon R. Fuller
*Exec. VP/COO*
973-267-4300– Phone
973-267-3138 – Fax
GFuller@merail.com

---

**MTA Metro-North Railroad**
Croton Point Avenue
Croton-on-Hudson, NY 10520
914-271-1745 – Phone
914-271-1678 – Fax
www.mta.nyc.ny.us/mnr

**Member Contact:**
Al Roman
*Deputy Director Quality Assurance*
914-271-1745 – Phone
914-271-1678 – Fax
roman@mnr.org

**New York City Transit**
370 Jay Street, Room 1300
Brooklyn, NY 11201
718-330-3322 – Phone
www.mta.nyc.ny.us/nyct

**Member Contact:**
Eric Barthell
*Director, AAR & Safety Assurance*
130 Livingston Street, Room 2081b
Brooklyn, NY 11201
718-694-4496 – Phone
718-694-5494 – Fax
bagriec@nyct.com

---

**Republic N & T Railroad, Inc.**
2633 8th Street, NE
Canton, OH 44704
330-438-5826 – Phone
330-438-5866 – Fax

**Member Contact:**
Jim Murphy
*Manager*
2633 8th Street
Canton, OH 44704
jmurphy@republicengineered.com

---

**Roberval & Saguenay Railway Company**
1955 Boulevard Mellon
Jonquiere, Quebec G7S 4K8
CANADA
418-699-2352 – Phone
418-699-3000 – Fax
http://domino-hq01.cn.ca/IT/
Shortlines/SL_Static.nsf/Shortlines

**Member Contact:**
Robert LeBreton
*Mechanical Technician*
955 Boulevard Mellon
Jonquiere, Quebec G7S 4K8
CANADA
418-699-2111 ext. 2003 – Phone
418-699-3379 – Fax
robert.lebreton@alcan.com

---

**Transtar, Inc.**
600 Grant Street
Suite 1887
Pittsburgh, PA 15219
412-829-3390 – Phone
412-829-3395 – Fax
www.tstarinc.com

**Member Contact:**
John C. Pranaitis
*President*
412-433-4640 – Phone
412-433-4645 – Fax
jcpranaitis@uss.com

# Gold Associate Members

**American Railcar Industries, Inc.**
100 Clark St.
St. Charles, MO 63301-2081
636-940-6000 – Phone
636-940-6044 – Fax
www.americanrailcar.com

**Member Contact:**
Dennis K. Rau
*AAR Billing Supervisor*
636-940-6147– Phone
636-940-5033 – Fax
DRau@americanrailcar.com

James J. Unger, *President, CEO and Director*
James A. Cowan, *Executive Vice President and COO*

American Railcar Industries, Inc. (ARI) is a leading manufacture of covered hopper cars and tank cars. In addition to the design and manufacture of railcars, ARI repairs and refurbishes railcars, provides fleet management services and designs and manufacturers certain railcar and industrial components used in the production of railcars and non-railcar industrial products produced by others.

---

**Amsted Rail**
561 Hill Grove Road
Manakin-Sabot, VA 23103
804-423-7512 – Phone
804-423-7499 – Fax
www.amsted.com

**Member Contact:**
Donald E. Fitzsimmons
*Vice President, Business Development*
804-423-7512 – Phone
804-423-7499 – Fax
dfitzsimmons@amstedRail.com

Steve Smith, *President*

Amsted Rail Group represents more than 300 years of railroad experience in wheels, steel castings and bearings. The Amsted Rail Group is committed to providing the same quality products, excellent service and unparalleled customer technical support that stands behind every product they manufacture. Amsted Rail Group can provide 90% of under-carriage requirements.

---

**Chicago Freight Car Leasing Company**
6250 N. River Road, Suite 7000
Rosemont, IL 60018
847-318-8000 – Phone
847-318-8045 – Fax
www.crdx.com

**Member Contact:**
Fred R. Sasser
*President*
847-318-8000 – Phone
847-318-8045 – Fax
fred.sasser@crdx.com

Chicago Freight Car Leasing Co., a new AAR Gold Member, is a privately owned full service operating lessor of over 7,000 covered hopper cars. In the railcar business since 1928, Chicago Freight Car has considerable experience in many types of railroad equipment. Their cars are configured to transport various bulk dry product such as grain, cement, clay, plastic pellets, flour and starch as well as other specialized commodities. The company also provides maintenance and administration services.

Chicago Freight Car Leasing Co. also has affiliate companies such as the Hoosier Railcar, in East Chicago, Ind., and Chicago Decal Company in Burr Ridge, Ill. Hoosier Railcar performs repair work on the fleet and contract railcar repair and refurbishing for railroads and other private car owners or leasing companies. Chicago Decal Company manufactures pressure sensitive decals and labels for product identification.

**CIT Rail Resources**
10 S. LaSalle Street
Chicago, IL 60603
312-223-9910 – Phone
312-223-9979 – Fax
www.cit.com

**Member Contact:**
Mel Kusta
*Senior Vice President, Marketing*
312-223-9910 – Phone
312-223-9979 – Fax
Mel.Kusta@cit.com

Mel Kusta, *Senior Vice President, Marketing*

CIT Rail Resources offers an extensive fleet of top-notch railcars and the leasing flexibility. Whether you move coal or grain, chemicals or plastics, lumber or paper - or anything in between - you can count on CIT's Rail Resources for the equipment and flexible financing options you need to keep your business on track.

---

**First Union Rail Corporation**
One O'Hare Centre
6250 River Road, Suite 5000
Rosemont, IL 60018
847-318-7575 – Phone
847-318-7588 – Fax
www.firstunionrail.com

**Member Contact:**
Rick Grossman
*Vice President, Equipment*
847-318-7575 – Phone
847-318-7588 – Fax
rickg.rossman@wachovia.com

Charles O. (Chad) Holliday, Jr., *Chairman & CEO*
Jack Thomas, *President*

First Union Rail Corporation is one of the largest finance and operating lessors of rail transportation equipment in North America. First Union Rail has successfully combined the financial strength and expertise of its parent Wachovia Corporation with one of the industry's largest privately owned fleets, experienced transportation professionals, and the flexibility of an operating company.

---

**Freight Car America, Inc**
Two North Riverside Plaza
Chicago, IL 60661
312-621-6200 – Phone
312-621-6636 – Fax
www.johnstownamerica.com

**Member Contact:**
Ed Whalen
*Sr. Vice President, Marketing & Sales*
312-928-0850 – Phone
312-928-0890 – Fax
ewhalen@freightcar.net

Freight Car America—the home of the aluminum railcar – has been manufacturing quality railcars since 1901 and is the largest North America manufacturer of aluminum railroad freight cars used to haul coal. FreightCar America designs and builds flat cars, mill gondola cars, intermodal cars, coil steel cars, and motor vehicle carriers. FreightCar America has produced more than 60,000 BethGons® and AutoFloods™, as well as 89-foot flat cars, articulated bulk container cars, FleXibeam™ cars, and many other car types.

**GATX Rail**
500 W. Monroe
Chicago, IL 60661
312-621-6200 – Phone
312-621-6636 – Fax
www.gatx.com/rail

**Member Contact:**
Terrence G. Heidkamp
*Executive Vice President*
312-621-6562 – Phone
312-499-7535 – Fax
terry.heidkamp@gatx.com

Brian Kenney, *Chief Executive Officer & President*
Jim Earl, *Executive Vice President & COO*

GATX is the largest tank car lessor serving the transportation requirements of the chemical, food, and petroleum industries in North America. GATX also provides expertise to its locomotive and diverse railcar fleet as well as all the services that go with them.

---

**GE Rail Railcar Services Corp.**
North American Headquarters
161 North Clark Street – 7th Floor
Chicago, IL 60601
888-272-5793 – Toll Free
312-853-5000 – Phone
312-853-5160 – Fax
www.ge.com/capital/rail/

**Member Contact:**
Tom Mordock
*Vice President*
312-853-5239 – Phone
312-853-5160 – Fax
Thomas.mordock@ge.com

Frank Mantero, *Marketing Leader*
Patrice Powers, *Vice President, Govt. & Industry Relations*

GE Capital Rail Services, is one of the leading service providers to the global rail industry. GE Capital Rail Services fleet includes covered hopper cars, tank cars, box cars, pressure differential cars, coal cars and other specialty railcars for a broad range of industries, including agriculture, forest products, utilities, petrochemicals/chemicals, auto, steel and consumer goods. Railcar repair, maintenance and administrative services are also available through a broad network of repair service centers.

---

**GE – Transportation**
2901 East Lake Road
Lawrence Park, PA 16531
814-875-3457 – Phone
www.trans.home.ge.com

**Member Contact:**
Patrick Jarvis
*Manager, Comm-Public Affairs*
814-875-3457 – Phone
866-244-0147 – Fax
Patrick.Jarvis@ge.com

John Dineen, *President*
Rich Resig, *Manager, Govt. Relations*

GE - Transportation is the market leader in diesel-electric locomotive production with more than 10,000 freight and passenger locomotives operating around the world. GE - Transportation maintenance and service programs insure high availability of 7,000 GE and competitive brand locomotives, with service agreements at 30 service facilities worldwide. GE – Transportation also leads the global signal and train control market with advanced technologies from centers of excellence in North America and Europe.

**Greenbrier Companies, The**
One Centerpointe Drive
Suite 200
Lake Oswego, OR 97035
503-684-7000 – Phone
503-684-7553 – Fax
www.gbrx.com

**Member Contact:**
J.D. Pavek
*Director, Fleet Management*
503-598-3863 – Phone
503-968-4384 – Fax
jd.pavek@gbrx.com

William A. Furman, *President and CEO*
Dan O'Neil, *Director*

The Greenbrier Companies is a leading supplier of transportation equipment and services to the railroad industry in North America and Europe. Greenbrier builds and markets new railroad freight cars in the U.S., Canada, Mexico, Germany and Poland. It repairs and refurbishes freight cars and wheels at ten locations across North America. Greenbrier owns or manages a fleet of approximately 44,000 railcars.

---

**HDR Engineering, Inc.**
1101 King Street, Suite 400
Alexandria, VA 22314
703-518-8665 – Phone
703-518-8578 – Fax
www.hdrinc.com

**Member Contact:**
Thomas P. Smithberger
*Sr. V.P., National Railroad Director*
703-518-8665– Phone
703-518-8578 – Fax
tsmithbe@hdrinc.com

George A. Little, *President*

HDR Engineering, Inc. offers an accomplished team of planning, engineering, architectural and technical professionals with a record of superior performance for railroad, rail transit, commuter and high speed passenger projects. Team members provide expertise in the core disciplines of systems planning and environmental analysis, track and structural design, tunnel engineering, yard and shop layout and design, and station conceptualization and design. HDR possesses a thorough understanding of the coordination and communication requirements that set rail projects apart from other types of work.

---

**HNTB Corporation**
111 N. Canal Street, Suite 1250
Chicago, IL 60606
312-930-9119 – Phone
312-930-9063 – Fax
www.hntb.com

**Member Contact:**
Christopher Aadnesen
*Director of Freight Rail*
512-447-5590 – Phone
512-447-5329 – Fax
caadnesen@hntb.com

Kenneth Graham, *President*

Since its founding in 1914, HNTB Corporation has been instrumental in defining the nation's rail and public transportation infrastructure. Beginning as a railroad bridge design firm and developing into a multidisciplined corporation, HNTB has built a strong legacy of delivering total transportation solutions for communities and regions. HNTB's expert rail and transit professionals listen to and partner with clients to deliver pragmatic, long-term solutions for the planning, design and construction of commuter rail, freight rail, light rail, heavy rail, high-speed ground transportation and intercity passenger rail systems.

**Lockheed Martin Maritime Systems and Sensors**
9500 Godwin Drive
Manassas, VA 20110
703-367-4065 – Phone
703-367-2124 – Fax

**Member Contact:**
Charles Cantello
*Senior VP, Safety and Operations*
703-367-4065 – Phone
703-367-2124 – Fax
charles.a.cantell@lmco.com

Denise Saiki, *General Manager*
Brian Caine, *Business Dev., Analyst Principal*

Lockheed Martin Maritime Systems & Sensors provides surface, air and undersea applications for U.S. and allied forces, including radar and surveillance systems, undersea combat systems and C4I, surface combat systems and sensors; and advanced technology products including some of the most advanced ship hull forms operating today. They are the premier systems integrator of network-centric naval combat systems.

---

**MPL Technology, Inc.**
6830 N.E. Bothell Way, Ste. C. PMB 471
Kenmore, WA 98028
425-398-1310 – Phone
425-398-1320 – Fax
www.mpltechnology.com

**Member Contact:**
Michael Mitrovich
*President*
425-398-1310 – Phone
425-398-1320 – Fax
mike@mp1technology.com

Founded in 1991, MPL Technology markets solid polymer lubricants to railroads as an alternative to flange spray and grease lubricants. MPL markets Solidstick, a wheel flange lubrication system which is the first and only solid lube technology used system-wide on a Class I railroad.

---

**New York Air Brake Corporation**
748 Starbuck Avenue
Watertown, NY 13601
315-786-5406 – Phone
315-786-5676 – Fax
www.nyab.com

**Member Contact:**
J. Paul Morgan
*President*
315-786-5406 – Phone
315-786-5676 – Fax
*jpm@nyab.com*

New York Air Brake is a supplier of innovative train control systems for the railroad industry. NYAB has been serving the rail industry since 1890 providing quality products at a cost-effective price. New York Air Brake helps railroads move more trains efficiently with electronic air brakes and train control systems.

---

**New York City Economic Development Corp.**
110 William Street, 3rd Floor
New York, NY 10038
212-312-3780 – Phone
212-312-3484 – Fax
www.ncedc.com

**Member Contact:**
Alice Cheng
*Vice President*
212-312-3780 – Phone
212-312-3484 – Fax
acheng@nycedc.com

Robert C. Lieber, *President*

New York City Economic Development Corporation (NYCEDC) works to stimulate investment in New York and broaden the City's tax and employment base, while meeting the needs of businesses large and small. NYCEDC oversees transportation and infrastructure projects that focus on changes that will contribute to improving distribution efficiencies within the Tri-state region. To help improve the distribution of goods within and outside the five boroughs, NYCEDC manages the redevelopment of the city's rail freight lines, food markets, and maritime and aviation facilities.

**Pacer Stacktrain**
3575 Lone Star Circle
Suite 200
Fort Worth, TX 76177
1-877-91-PACER (72237) – Phone
www.pacerstack.com

**Member Contact:**
Dan Heird
*A.V.P. Railcar Asset*
817-837-4703– Phone
817-491-0351 – Fax
dan.heird@pacerstack.com

Donald C. Orris, *Chairman and Chief Executive Officer*
Charles T. Shurstad, *President*

Pacer Stacktrain's network spans the service areas of all major North American railroads. With some 50,000 miles of track, Pacer Stacktrain is the most extensive rail distribution system in the marketplace. Pacer Stacktrain maintains the largest fleet of domestic containers in the industry, including more than 22,000 53- and 48-foot units. Pacer Stacktrain also controls a fleet of specially designed, fuel-efficient railcars that accommodate containers stacked two high. ride quality for their customers' shipments.

---

**Parsons Brinckerhoff**
Two Gateway Center, 18th Floor
Newark, NJ 07102
973-353-9100 – Phone
973-648-0888 – Fax
www.pbworld.com

**Member Contact:**
Bruce Pohlot
*Vice President*
973-565-4890 – Phone
973-648-0057 – Fax
pohlot@pbworld.com

Tom Prendergast, *President*

Parsons Brinckerhoff (PB) is a leader in modern rail engineering as well as a specialist in operations and management. PB's portfolio includes all segments of the rail market – intermodal, passenger and freight projects. They have planned, designed and managed the construction of thousands of miles of railroad systems worldwide. PB develops regional rail plans. PB estimates and analyzes capital and O&M costs and develops program and project schedules. For intermodal projects, PB management consulting services include planning, engineering and technical applications related to the movement of freight, cargo and commodities.

---

**Plasser American Corporation**
2001 Myers Road
P.O. Box 5464
757-543-3526 – Phone
757-494-7186 – Fax
www.Plasseramerican.com

**Member Contact:**
Josef W. Neuhofer
*President*
757-543-3526 – Phone
757-494-7186 – Fax
Plasseramerican@plausa.com

Plasser American Corporation is headquartered in Chesapeake, Virginia. From a small operation with five employees in 1960, Plasser American now has more than 200 employees and a modern 150,000+ square foot facility. Plasser American is actively engaged in all sectors of design, production, marketing and customer service in the manufacturing of Universal Roadmaster and Universal Yard Tampers. Plasser American Corporation continues to serve not only the nation's freight railroads, but the high speed inter city and commuter systems. City transit and light rail operations are also an important part of Plasser's customer base.

**Progress Rail Services**
Corporate/Admin Office
1600 Progress Drive
Albertville, AL 35950
256-878-7511 – Phone
800-476-8769 – Toll Free
256-878-4183 – Fax
www.progressrail.com

**Member Contact:**
Howard J. Bush
*Senior, Vice President*
14301 West Shore Ct.
Midlothian, VA 23112
804-426-7049 – Phone
804-739-1495 – Fax
hbush@progressrail.com

Billy Ainsworth, *President & CEO*

Progress Rail Services is a leading supplier of rail, rail anchors and trackwork components as well as maintenance-of-way equipment, railway signal devices, reconditioned freight car parts, railcar repair facilities, and railcar and locomotive leasing. Progress Rail Services Corporation is one of the largest providers of railway products and services in North America, with facilities in 27 states, Canada and Mexico.

---

**Rail Cooperative Research Centre (Rail CRC)**
Central Queensland University
Building 70 Bruce Highway
Rockhampton, QLD 4702
AUSTRALIA
+61 (0) 7 4930 9597 – Phone
+61 (0) 7 4923 2161 – Fax
www.railcrc.cqu.edu.au

**Member Contact:**
Vicky Kreiser
*Manager, Executive Support*
Central Queensland University
Building 70 Bruce Highway
Rockhampton, QLD 4702
AUSTRALIA
+61 (0) 7 4923 2277 – Phone
+61 (0) 7 4923 2161 – Fax
v.kreiser@cqu.edu.au

Dudley Roach, *Professor and CEO*

Rail CRC is an unincorporated joint venture of companies and universities established and funded by the Commonwealth Government of Australia under the Cooperative Research Centre program. Rail CRC's goal is to deliver decision-making tools, knowledge and technologies necessary to address the rail industry's needs for effective management, operation, maintenance and development.

---

**Reidler Decal Corporation**
P.O. Box 8
St. Clair, PA 17970
800-628-7770 – Phone
570-429-1528 – Fax
www.reidler@ptd.net

**Member Contact:**
Richard Reidler
*Vice President*
800-628-7770 - Phone
570-429-1528 - Fax
reidler@ptd.net

Ted Reidler, *President*

Founded in 1926, the Reidler Decal Corporation is America's oldest and largest fabricator of decals and signage for the railroad industry. Headquartered at a 58,000 square foot facility in St. Clair, Pennsylvania, it also operates factories in Charlotte, NC and Dallas, TX. The Company provides a wide range of reflective and non-reflective products. Included among them is Rail-Cal™ which has an adhesive specifically developed for railroad usage. A prototype department is available to work with the rail industry to create designs and actual prototypes for the testing of new signage and stenciling requirements.

**RESCAR Companies**
1101 W. 31st Street, Suite 250
Downers Grove, IL 60515
630-963-1114 – Phone
630-963-6342 – Fax
www.rescar.com

**Member Contact:**
Martha Garrett
*Vice President-Quality Assurance*
903-278-9498 – Phone
630-325-9978 – Fax
Garrett@rescar.com

Joseph F. Schieszler, Jr., *President & CEO*

RESCAR Companies provide railcar maintenance, cleaning, painting and lining for railroads, private car owners and leasing companies. Rescar Companies have 100+ locations across the U.S.

---

**Sanitation Districts of Los Angeles County**
1955 Workman Mill Road
Whittier, CA 90601
562-908-4288 – Phone
562-692-2941 – Fax
www.kacsd.org

**Member Contact:**
Janet Coke
*Division Engineer*
562-908-4288 ext. 2429
562-692-2941 – Fax
jcoke@lacsd.org

Steve Maguin, General Manager

Sanitation Districts of Los Angeles County provides environmentally sound, cost effective wastewater and solid waste management for more than 5 million people in Los Angeles County, and turn waste into products such as reclaimed water, energy, and recycled materials.
Serving an area approximately 800 square miles, Sanitation Districts of Los Angeles County construct, operate, and maintain facilities to collect, treat, recycle, and dispose of sewage and industrial wastes.

---

**Southern Company Generation**
P.O. Box 2641, 14N-8163
Birmingham, AL 35291
205-257-1277 – Phone
205-257-0410 – Fax
www.southerncompany.com

**Member Contact:**
Nathan R. Carter
General Manager, Fuel Services
205-257-1277 – Phone
205-257-0410 – Fax
nrcarter@southernco.com

Paul Bowers, *President*

Southern Company Generation is a super-regional energy company with more than 41,000 megawatts of electric generating capacity in the Southeast. It is one of the largest producers of electricity in the United States and supplies energy to a 120,000-square-mile service territory spanning most of Georgia and Alabama, southeastern Mississippi, and the panhandle region of Florida. Southern Company is currently ranked number 165 on the latest FORTUNE 500 listing of the largest U. S. corporations. Southern Company reported earnings in 2005 of $1.59 billion.

---

**Standard Car Truck Company**

**Member Contact:**

865 Busse Highway
Park Ridge, IL 60068
847-692-6050 Ext. 2212 – Phone
847-692-7404 – Fax
www.sctco.com

Mark Pace
*Vice President - Sales*
847-692-6050 Ext. 2212 – Phone
847-692-7404 – Fax
mpace@stdcar.com

Richard Mathias, *Chief Executive Officer*

Standard Car Truck Company (SCT), a new AAR Gold Member, is the world leader in providing stabilization systems for freight cars. Headquartered in Park Ridge, Illinois, Standard Car Truck provides Barber stabilization designs that are available for every major truck manufactured in North America. In addition, SCT serves as headquarters to car and locomotive component suppliers such as, Anchor Brake Shoes, Barber Springs, Barber Brake Beam, Durox seals and gaskets, Triangle air compressors, and REA rebuilt engine detectors.

SCT customers include every major railroad in North America, including CP Rail, Canadian National, CSX, Norfolk Southern, BNSF, Union Pacific, Conrail and Wisconsin Central. They also serve the needs of major fleet owners, including Commonwealth Edison, Gneral Electric, TTX and Trinity Rail Group.

---

**Standard Steel, LLC**
500 N. Walnut Street
Burnham, PA 17009
717-242-4698 – Phone
717-242-4680 – Fax
www.standardsteel.com

**Member Contact:**
Cameron Lonsdale
*Vice President - Technical*
717-242-4698 – Phone
717-242-4680 – Fax
clonsdale@standardsteel.com

Michael J. Farrell, *President & CEO*

Standard Steel is a leading manufacturer of forged steel wheels and axles for freight railcars, locomotives and passenger railcars. It is the only producer of forged steel wheels for railcars and locomotives in North America. Customers include major Class I railroads in North America, freight railcar builders, railcar and locomotive maintenance shops, the Amtrak national railroad, locomotive builders and regional transit authorities. While Standard Steel, LLC was purchased by its current ownership group in 2002, the existing facility has been producing forgings since 1795. Standard Steel is headquartered in Pittsburgh, PA with its manufacturing operations in Burnham, PA.

---

**Timken/Rail Bearing Service**
2122 Holston Bend Drive
Mascot, TN 37806
Kansas City, MO 64108
865-932-5750 – Phone
865-932-5775 – Fax
www.timken.com

**Member Contact:**
Rudolph C. Karich
*VP-Sales & Marketing-NA Rail Sales*
865-932-5750– Phone
865-932-5775– Fax
Rudolph.karich@timken.com

Jim Griffith, *President*

Timken has supplied bearings to the rail industry for more than 65 years, manufacturing products such as tapered roller bearings for the rail industry.
In 1954, the Timken developed the AP™ bearing – a self-contained, preassembled and prelubricated bearing. In 1994, the Timken AP-2™ bearing was produced, which has fewer components, carries heavier loads and reduces fretting wear.

---

**Trans Ed, Inc.**

**Member Contact:**

22 Colorado Avenue
Plattsburgh, NY 12903
518-563-5681 – Phone
518-563-5745 – Phone
816-329-8602 – Fax

Gere Timberlake
*President & CEO*
518-563-5781 – Phone
518-563-5745 – Fax
admin@transed.com

**DESCRIPTION**

---

**TranSystems Corporation**
Corporate Headquarters
2400 Pershing Road, Suite 400
Kansas City, MO 64108
816-329-8600 – Phone
816-329-8602 – Fax
www.transystems.com

**Member Contact:**
Charles E. Mader
*Principal/Vice President*
816-329-8600 – Phone
816-329-8602 – Fax
cemader@transystems.com

Brian Larson, *President*

TranSystems Corporation provides a single source of integrated services to guide their clients' warehouse, distribution center, intermodal terminal, port, rail or vehicle maintenance facility from the planning stages through construction. Located across the U.S., TranSystems staff have comprehensive experience in planning, engineering, architectural design, environmental planning and construction management. TransSystems can provide assistance with expanding current operations or building a new facility.

---

**Trinity Rail Group, LLC**
2525 Stemmons Freeway
Dallas, TX 75207
214-589-8867 – Phone
214-589-8271 – Fax
www.trin.net

**Member Contact:**
Robert S. Hulick
*Senior, Vice President- Business Dev.*
214-589-8867 – Phone
214-589-7181 – Fax

D. Steven Menzies, *Group President*

Trinity Rail Group is the leading supplier of freight and tank cars. Trinity Rail Group offers a comprehensive selection of rail equipment. A full line of hoppers and rotary gondolas for coal service are available. Trinity Rail Group offers a broad line of non-intermodal and intermodal flat cars . Also available are a wide range of mill gondolas and coil cars. Trinity Rail Group is also the leading North American manufacturer of tank cars. Trinity Rail does more than just provide a full line of railcars. Also available are a complete line of comprehensive, cost-effective railcar services. Trinity Rail offers parts as well as repair facilities. Trinity Industries Leasing Company offers a number of lease options and financing services.

---

**TTX Company**
101 North Wacker Drive
Chicago, IL 60606
312-853-3223 – Phone
312-984-3790 – Fax
www.ttx.com

**Member Contact:**
Robert J. Pokorski
*Vice President-Equipment*
312-984-3713- Phone
312-984-3875 - Fax
Bob_Pokorski@ttx.com

Andrew F. Reardon, President & CEO

TTX Company provides railcars and related freight car management services to the North American rail industry. Pooled railcars are for service in the intermodal, automotive, lumber, machinery, building materials, steel and other commodity groups where flatcars, boxcars and gondolas are required. Over the past 10 years, TTX has invested $4.7 billion in new railcar purchases and capital improvements.

---

**Union Switch & Signal, Inc.**
Corporate Headquarters
1000 Technology Drive
Pittsburgh, PA 15219-3120
412-688-2400 – Phone
412-688-2399 – Fax
800-351-1520 – Toll Free
www.switch.com

**Member Contact:**
Rob Galbraith
*Director, Business Dev.*
412-688-2456 – Phone
412-688-2589 – Fax
regalbraith@switch.com

Kenneth Burk, *President & CEO*

Union Switch & Signal is a wholly-owned operating subsidiary of Ansaldo Signal N.V., a NetMherlands holding company with subsidiaries in the rail-based signaling and communications industry.
Union Switch & Signal's mission is to help their rail-based freight, passenger, and metropolitan rail transit customers increase the safety, capacity, reliability, and efficiency of their operations. To accomplish their mission, they design, manufacture, and provide systems and products that signal, automate, control, and manage rail-based traffic. Union Switch & Signal also provides related services such as warehousing, maintenance and distribution of rail equipment.

---

**Union Tank Car Company**
Corporate Headquarters
151st and Railroad Avenue
East Chicago, IN 46312
219-392-6452 – Phone
219-392-6277 – Fax
www.utlx.com

**Member Contact:**
Rich Sobilo
*Director of Engineering*
151st Street & Railroad Avenue
East Chicago, IN 46312
219-392-6470– Phone
219-392-6277 – Fax
sobilo@utlx.com

Frank Lester, *President & CEO*

Union Tank Car provides railroad tank and covered hopper cars to companies for the shipment of their products. Commodities shipped in tank and hopper cars include corn syrup, plastic pellets and resins, liquefied petroleum gas (LPG), various kinds of oils and acids, fertilizers, asphalt, sulfur. Union Tank Car manufactures railroad tank cars in East Chicago, Indiana, and Sheldon, Texas.

---

**Wabtec Corporation**
Corporate Headquarters
1001 Air Brake Avenue
Wilmerding, PA 15148
412-825-1000 – Phone
www.wabtec.com

**Member Contact:**
Jason Connell
*Vice President, Marketing-Freight Group*
1001 Air Brake Avenue
Wilmerding, PA 15148
412-825-1666 – Phone
412-825-1499 – Fax
jconnell@wabtec.com

Albert Neupaver, President & *CEO*
Robert Bourg, *Vice President, Railway Electronics*

Wabtec Corporation was formed in November 1999 when Westinghouse Air Brake Company merged with MotivePower Industries, Inc. Wabtec manufactures a broad range of products for locomotives, freight cars and passenger transit vehicles. The company also builds new locomotives up to 4,000 horsepower and provides aftermarket services.

---

# Silver Associate Members

---

**AIG Rail Services, Inc.**
300 South Riverside Plaza, Suite 2100
Chicago, IL 60606
312-559-4804 – Phone
312-559-4829 – Fax
www.aig.com

**Member Contact:**
Dan Welch
*Vice President, Mechanical*
312-559-4804 – Phone
312-559-4829 – Fax
dan.welch@aig.com

Dan Welch, *Vice President, Mechanical*

AIG Rail Services provides full-service operating lease equity on new and used rail assets (three- to 10-year terms); sale-leaseback equity with railroads and shippers (short-and long-term); and equity to acquire existing leased rail assets. The company recently acquired 800 railcars, including general-purpose tank cars, 73-foot centerbeams, and 5,000-cubic foot pressure differential hoppers. It also provides non-recourse balloon debt to operating lessors, railroads, and shippers. AIG Rail Services also has available financing of distribution facilities, signaling systems, track, and railroad, railcar, and locomotive acquisitions.

---

**AllCapital (US), LCC**
153 East 53rd Street, 55th Floor
New York, NY 10022
212-906-4400 – Phone
212-906-4401 – Fax
www.allcapitalus.com

**Member Contact:**
Stephen Daniel
*Chief Executive Officer*
212-906-4410 – Phone
212-906-4401 – Fax
Stephen.daniel@allcapitalus.com

Stephen Daniel, *Chief Executive Officer*

AllCapital (US) is the U.S. office of Allco Finance Group Limited, of Sydney Australia. Allco is Australia's leading investment bank specializing in asset-based financing in sectors which include equipment leasing, rail, shipping, aviation, and property (www.allco.com.au). AllCapital serves as both the US origination arm for Allco's specialist investment vehicles and the management arm for the U.S. investments of those vehicles. AllCapital seeks to acquire rolling stock and related assets either through direct investment or through controlling interests in rail-related companies.

---

**American Railcar Leasing, LLC**
620 North Second Street
St. Charles, MO 63301
636-940-5184 – Phone
636-940-5020 – Fax

**Member Contact:**
Clifford E. Pierson
*Manager, Engineering*
636-940-5184 – Phone
636-940-5020 – Fax

**Website** cpierson@arleasing.com

Formed in 2004, American Railcar Leasing LLC (ARL)is committed to being the leader in the leasing and sale of specialized railroad tank and covered hopper railcars. Affiliated with American Railcar Industries, Inc., ARL is able to lease and sell the premium quality tank and hopper railcars produced at Paragould and Marmaduke, Arkansas. Additionally, ARL utilizes ARI's extensive network of repair facilities and fleet management services.

---

**CANAC Transportation Management**
(Subsidiary of Savage Services Corp.)
6340 S. 3000 E. #600
Salt Lake City, UT 84121
801- 944-6600 – Phone
801- 944-6519 - Fax
www.savagecompanies.com

**Member Contact:**
Bruce Horowitz
*Account Manager*
703-922-0008 – Phone
703-922-8652 – Fax
bhorowitz@canac.com

Allen B. Alexander, *President and CEO*
Kevin R. Haugh, *Senior Vice President, Rail Services Development*
Bruce Horowitz, *Account Manager*

CANAC offers a comprehensive suite of rail-related solutions that are being used by freight and passenger railroads, industries operating their own railroads, investors and governments throughout the United States, Canada, Mexico and internationally. CANAC offers products and services in remote control, technology, industrial rail operations, rail planning and infrastructure, training, passenger rail and environmental health and safety.

---

**Canada Alloy Casting Company**
529 Manitou Drive
Kitchner, Ontario, Canada N2C 1S2
519-895-1161- Phone
519-895-1169 – Fax

**Member Contact:**
Tim Butcher
*Vice President, Sales & Marketing*
519-895-1161 – Phone ext. 250
519-895-1169 – Fax
tbutcher@cac.ca

Tim Butcher, *Vice President, Sales & Marketing*

Canada Alloy Casting Company (CAC) offers products and services for steel and stainless steel castings. From assisting in design to moulds, casting, and finishing. CAC offers commercial quality, non-destructive tested and upgraded quality, rough or finished machined castings. CAC customers are from such industries as rail and mass transit, hydro electric, nuclear power, mining, petrochemical, and defense.

---

**CSR Zhuzhou Rolling Stock Works**
Hetang District Zouzhou
Hunan province
Peoples Republic of China
0086-0733-2807040 – Phone
0086-733-8403134 – Fax
www.crs-zrsw.com

**Member Contact:**
Lei Quingping
*Director of Standards Department*
0086 -0733-2807860 – Phone
0086-8403134 – Fax
leiqp@crs-zrsw.com

Cao Yang, *President*

Zhuzhou Rolling Stock Works is one of China's leaders in the manufacture, research and development of railway freight cars with annual production capacity of 5,000 units. Its product line covers 64 types of railcars including gondola cars, flat cars, tank cars, hopper cars, heavy duty freight cars, and track laying & bridge-erecting vehicles. CSR Zhuzhou Rolling Stock Works possesses a complete range of large-scale specialized manufacturing equipment and testing & inspection instruments including a 4,000t hydraulic press, a steel surface pretreatment production line, a robotic painting system, and computerized spectrometers. Its products are exported to Europe, North America, Africa, and Southeast Asia.

---

**EMA, Inc.**
10627 Midwest Industrial Blvd.
St. Louis, MO 63132
314-785-6425 – Phone
314-785-6426 – Fax
www.ema-env.com

**Member Contact:**
Mike Hylla
*Vice President, Marketing*
314-785-6425 – Phone
314-785-6426 – Fax
Mhylla@ema-env.com

Environmental Management Alternatives (EMA Inc.) provides tank car cleaning services for the rail industry as well as plant plant remediation, recycling, incineration, fuel burning, waste water treatment, soil recovery and drum handling for all industries. EMA has successfully completed hundreds of remediation projects throughout the United States. EMA is qualified in all the latest technologies and can also recommend the best strategy depending on hazard classification and project logistics.

---

**GLNX Corporation**
2201 Timberloch Place, Suite 125
The Woodlands, TX 77380
281-363-7050 – Phone
281-363-2516 – Fax

**Member Contact:**
Warner W. Abel, Jr.
*President*
281-363-7050 – Phone
281-363-2516 – Fax
warnera@glnx.com

Since 1975, GLNX has provided value-added services to blue chip companies operating throughout North America. GLNX offers full service operating leases for rail cars in general service. For a monthly rate, GLNX will provide cars compliant with customer requests and all applicable AAR and FRA requirements. GLNX Fleet Services provides fleet administration, logistical supply-chain management, regulatory compliance, insurance, mileage, accounting, ad valorem tax reporting and managed maintenance.

---

**Global Welding Tecnologia**
Rua Pernambuco 153, Sala 306
Pituba – Salvador – Bahia
Brazil 41830-630
55 (71) 3240-0350 – Phone
55 (71) 3378-11 – Fax
www.globalwelding.com.br

**Member Contact:**
Liliana Guth
General Manager
55 (71) 3240-0350 – Phone
55 (71) 3378-11 – Fax
contato@globalwelding.com.br

Liliana Guth, *General Manager*

GLOBAL WELDING Tecnologia Ltda. is a metallurgical company that has developed and patented a revolutionary low temperature capillary electric welding system to weld or rebuild all types of steel alloys

and high concentration alloys, both hardened and hardenable, castings and bimetals. Useful in several sectors of heavy industry, both technically and economically, our welding technology offers a saving of up to 35% in comparison with conventional rebuilding and welding. Global Welding is headquartered in Brazil, but offers its services to the United States and other countries.

---

**Herzog Contracting Corporation**
PO Box 1089 (64502-1089)
600 S. Riverside Road
St. Joseph, MO 64507
816-233-9001 – Phone
816-233-9881 – Fax
www.herzogcompanies.com

**Member Contact:**
Keith Schmitz
*Railroad Services Manager, Railcar Div.*
816-233-9001 ext. 197 – Phone
816-233-7757 – Fax
kschmitz@herzogcompanies.com

William E. Herzog, *President*

The Herzog Companies specialize in railroad and rail transit construction and operation, rail flaw detection, highway and airport construction, aggregate material production, contract operation of sanitary landfills and resource recovery projects. The Company was founded in 1969 primarily for asphalt paving and airport construction in the Midwest.

---

**Holland Company L.P.**
1000 Holland Drive
Crete, IL 60417-2120
708-672-2300 – Phone
708-672-0119 – Fax
www.hollandco.com

**Member Contact:**
Leo A. Ditewig
*Chief Engineer HoTT*
708-672-2338 – Phone
708-672-0119 – Fax
lditewig@hollandco.com

Philip C. Moeller, *President*

Holland Company LP is a pioneer in the railway supply industry for freight car components and electric flash butt welding and track testing systems. Holland's range of welding expertise includes Porta Plant movable welding plants, and the in-track MobileWelder® that travels by rail or highway. TrackSTAR®, a unit designed to analyze track strength, geometry and rail profile, was introduced in 1995 and is currently used by Class 1 railroads, short lines and mining operations. Holland's freight car component division, known as the Transportation Technology Group (or HoTT) provides a diversity of products to the rail industry.

---

**JK-CO LLC**
16960 State Route 12 East
Findley, OH 45840
419-422-5240 – Phone
419-422-5260 – Fax
www.jk-co.com

**Member Contact:**
Kay Van Horn
*Quality Assurance Manager*
419-422-5240 – Phone
419-422-5260 – Fax
bkvanhorn_jkco@yahoo.com

Joe Kurtz, *President*

Headquartered in Findlay, Ohio, JK-CO, LLC provides specialty railcar preventative maintenance programs, repairs and services with a primary focus on the repair of Air Dump Cars and Automated Ballast Cars. Services include dump cylinder & valve reconditioning & exchange program, air dump & automated ballast car part sales and many other services. JK-CO operates and manages projects ensuring work is conducted within all related safety work policies and practices.

---

**Kennedy /Jenks Consultants**
21 First Street, NW, Suite 17
Choteau, MT 59422
406-466-5930 – Phone
406-446-5931 – Fax
www.kennedyjenks.com
Keith London, *President*

**Member Contact:**
Chris Evensen
*Railroad Sector Leader*
406-466-5930 – Phone
406-446-5931 – Fax
chrisevensen@kennedyjenkins.com

Founded in 1919 in San Francisco and with offices throughout the western United States, Kennedy/Jenks Consultants provides engineering and scientific solutions to environmental problems and has provided environmental consulting services to the transportation industry for more than 50 years.

---

**MHF Logistical Solutions, Inc.**
800 Cranberry Woods Drive, Suite 450
Cranberry Township, PA 16066
724-772-9800 – Phone
724-772-9850 – Fax
www.mhfls.com

John Evanko, *President & CEO*

**Member Contact:**
Joyce Jewell
*Equipment Analyst*
724-772-9800 ext. 7144 – Phone
724-772-9850 – Fax
joyce_jewell@mhfls.com

MHF Logistical Solutions provides direct rail and intermodal transportation services by combining their integrated service approach and experience with their specialized private equipment fleet.

---

**Mid-America Car, Inc.**
P.O. Box 33543
Kansas City, MO 64120
816-483-5303 – Phone
816-483-3360 – Fax
www.midamericacar.com

Frank A. Blanc, *President*

**Member Contact:**
Frank A. Blanc
*Vice President*
816-483-5303 – Phone
816-483-3360 – Fax
f.blanc@midamericacar.com

Family-owned and operated since 1978, Mid-America Car, Inc. is a locomotive and freight car overhaul, rebuild, wreck repair, and maintenance facility. Mid-America Car also performs painting and interior lining.

---

**Parsons**

**Member Contact:**

1250 San Carlos Avenue, Suite 400
San Carlos, CA 94070
650-508-6382 – Phone
650-508-7967 – Fax

www.parsons.com

Steven LaRocco
*Vice President*
650-637-1270 – Phone
650-508-7967 – Fax
steven.a.larocco@parsons.com

James F. McNulty, *Chairman and Chief Executive Officer*
James R. Shappell, *President – Transportation Group*

Parsons' extensive experience with major rail and transit programs and their exceptional depth of experienced personnel worldwide, enables them to rapidly mobilize staff and commit to projects over extended periods. Parsons' highly qualified professionals have expertise in all phases of railroad and transit engineering, from initial planning through final design, construction, and commissioning. Parsons is a leader in the successful application of advanced technologies to the real world requirements of transportation environments.

---

**Plasser American**
2001 Myers Road
P.O. Box 5464
Chesapeake, VA 23324
650-508-6382 – Phone
650-508-7967 – Fax
www.plasseramerican@plausa.com

**Member Contact:**
Josef W. Neuhofer
*President*
757-543-3526 – Phone
757-494-7186 – Fax

Starting with five employees, Plasser American now has more than 200 employees headquartered in a modern square foot facility in Chesapeake, VA. The company's production program reflects the entire range of Plasser & Theurer machines with numerous machines developed and adapted specifically for North American railroad and transit system conditions.

---

**Procor Limited**
2001 Speers Road
Oakville, Ontario L6J 5E1
CANADA
905-827-4111 – Phone
905-827-0800 – Fax
www.procor.com

**Member Contact:**
Dave Glenney
*Manager, Mechanical Operations*
905-827-4111 ext. 209 – Phone
905-469-5208 – Fax
glenney@procor.com

Ron Waye, *President*

Procor manages Canada's largest private rail car rental fleet, in excess of 22,000 conventional and special purpose tank and freight cars. Procor has a rail car manufacturing facility in Oakville and Canada's most complete repair network. The network extends into the U.S. through affiliations with Union

Tank Car Company.

---

**RailPower Hybrid Technologies Corp.**
9955, Catania Avenue, Suite 105
Brossard, Quebec, Canada J4Z 3V5
814-835-2212 – Phone
814-835-2908 – Fax
www.railpower.com

Jose Mathieu, *President and CEO*

**Member Contact:**
Jose Mathieu
*President & CEO*
814-835-2212 – Phone
814-836-2908 – Fax
jmathieu@railpower.com

RailPower Technologies Corp. develops specialized energy technology systems for transportation and power generation. RailPower has designed and patented a technology for hybrid powered switching locomotives – the Green Goat® and Green Kid. RailPower's hybrid locomotives are created by remanufacturing existing conventional switcher locomotives. They cut smog precursor NOx and dangerous particulates 80-90% while achieving fuel savings in the order of 50-80% when compared to conventional yard locomotives in the 1,000-2,000 horsepower range.

---

**Railroad Industries Incorporated**
1105 Terminal Way, Ste. 209
Reno, NV 89502
775-329-4855 – Phone
775-329-4844 – Fax
www.railroadindustries.com

**Member Contact:**
Tammie L. Wise
Production & Media Manager
775-329-4855 – Phone
775-329-4844 – Fax
tw@railroadindustries.com

Gary Hunter, *President & CEO*

A full service transportation and rail consultancy that has developed a strong and reliable brand name for over twenty years. Firmly rooted in its rail industry expertise; with knowledge of all modes of transportation, Railroad Industries Inc is a team of diversified consultants each with twenty to fifty years of experience in the transportation industry.

---

**Road & Rail Services, Inc.**
4233 Bardstown Road, Suite 200
Louisville, KY 40218
502-495-6688, ext. 315 – Phone
502-495-6687 – Fax
www.roadandrail.com

**Member Contact:**
Kevin B. Brandon
*President & COO*
502-495-6688, ext. 322 – Phone
502-495-6687 – Fax
kbrandon@roadandrail.com

Road & Rail Services (R&RS) was established in 1987 and has grown and diversified to become the premier out-source supplier of Logistical and Transportation Support Services. R&RS's unparalleled technical knowledge and operational expertise provide customers with a distinct edge that can dramatically enhance their service reliability, competitiveness, speed to market and overall financial performance.

**Salco Products, Inc.**
Corporate Headquarters
20 West 201 - 101st Street, Suite A
Lemont, IL 60439
630-783-2570 – Phone
630-783-2580 – Fax
www.salcoproducts.com

**Member Contact:**
Alex V. Degutis
*Director of Product Development*
630-240-6187 – Phone
630-783-2594 – Fax
alex_degutis@salcoproducts.com

David Oestermeyer, *President & CEO*

Salco Products serve customers throughout North America in the following industries: railroad; chemical; petroleum; plastics; minerals and food. Salco's product line includes: vented and non-vented hatch covers; outlet gate replacement parts; loading/unloading adapters; gaskets; seals & filters for tank and hopper cars; safety vent housings; and myriad specialty parts.

---

**Saskatchewan Grain Car Corporation**
1801 Hamilton Street
Suite 810
Regina, Saskatchewan
CANADA S4P 4B4
306-787-9461 – Phone
306-798-0931 – Fax
www.sgc-corp.ca

**Member Contact:**
Kelly Moskowy
*Vice President, Operations*
306-787-0551 – Phone
306-798-0931 – Fax
kmoskowy@sgc.gov.sk.ca

The Saskatchewan Grain Car Corporation (SGCC) is a car leasing company headquartered in Regina, Saskatchewan. Established in 1979, the SGCC continues to be an integral part of the western Canadian grain transportation system. The SGCC owns approximately 1,000 steel covered hopper cars that are currently under lease to move grain products from the Canadian prairies, to destinations throughout Canada, the United States, and Mexico.

---

**Savage Transportation Management**
6340 S. 3999 E. # 600
Salt Lake City, UT 84121
801-944-6600 – Phone
801- 944-6519 – Fax
www.savagecompanies.com

**Member Contact:**
Kevin R. Haugh
*Senior, Vice President*
801-944-6600 – Phone
801-944-6520 – Fax
kevinh@savageservices.com

Allen B. Alexander, *President and CEO*
Kevin R. Haugh, *Senior Vice President, Rail Services Development*
Bruce Horowitz, *Account Manager*

CANAC offers a comprehensive suite of rail-related solutions that are being used by freight and passenger railroads, industries operating their own railroads, investors and governments throughout the

United States, Canada, Mexico and internationally. For more information on any of CANAC's products and services in remote control, technology, industrial rail operations, rail planning and infrastructure, training, passenger rail and environmental health and safety, visit their web site at www.savagecompanies.com or call 1-800-588-4387

---

**Science Applications International Corporation (SAIC)**
SAIC Corporate Headquarters
10260 Campus Point Drive
San Diego, CA 92121 San Diego, CA 92121
858-826-6000 – Phone
800-430-7629 – Toll Free
858-826-6660 – Fax
www.saic.com

**Member Contact:**
Darrel Yaktine
*Vice President, Global Business Dev.*
913-227-8411 – Phone
913-859-0584 – Fax
darrel.l.yaktine@saic.com

Ken Dahlbert, *President & CEO*

A diversified high-technology research and engineering company based in San Diego, California, Science Applications International Corporation (SAIC) offers a broad range of expertise in technology development and analysis, computer system development and integration, technical support services, and computer hardware and software products. SAIC engineers and scientists work to solve complex technical problems in the areas of eBusiness, Biomedical Research, Criminal Justice, Energy, Environment, Financial Services, Health Care, Maritime, National Security, Space, Telecommunications, and Transportation.

---

---

**Shaw Environmental Inc.**
4400 College Blvd.
Suite 350
Overland Park, KS 66211

**Member Contact:**
Kevin Keller
*Director Rail Services*
4400 College Blvd., Suite 350
913-451-1224 – Phone
913-451-2005 – Fax
Kevin.Keller@shawgrp.com

Shaw provides premier engineering, design, construction and maintenance services to government and private-sector clients in the energy, environmental, infrastructure, fabrication, homeland security, and manufacturing markets. Shaw has been a major provider of rail services for most of the firm's history, including program management, engineering design, construction management, construction services, environmental services, infrastructure protection, and regulatory compliance.

---

**Strato, Inc.**
100 New England Avenue
Piscataway, NJ 08854
732-981-1222 – Phone
732-981-1515 – Fax
www.stratoinc.com

**Member Contact:**
Mike Foxx
*President/CEO*
732-981-1515 – Phone
732-981-1875 – Fax
mfoxx@stratoinc.com

Strato, Inc. is a manufacturer of quality railroad products for the locomotives, freight and transit industries. It serves all segments of the railroad industry across the US. Strato supplies car builders, Class 1 railroads, short lines, transit companies, private car companies, distributors, locomotive manufactures, car repair shops and exporters. Strato has earned the TTX Excellent Supplier Award for the last seven years. The recognition we receive is a direct result of our efforts put forth to continuous improvements. Strato associates are constantly looking for ways to improve our products and services to better meet your needs.

**Sunrise MFG Inc.**
2665 Mercantile Drive
Rancho Cordova, CA 95742
916-635-6262 – Phone
916-635-9730 – Fax
www.sunrisemfg.com

**Member Contact:**
Jim Sewell
*Chairman*
916-635-6262 – Phone
916-635-9730 – Fax
jimsewell@sunrisemfg.com

SUNRISE·MFG·INC is a leading manufacturer of dunnage materials serving Fortune 500 companies since 1981 providing load securement solutions and transit protection products. SUNRISE·MFG·INC partners with Class 1 railroads and intermodal carriers to provide clients best value solutions to their unique product protection needs.

---

**TransCore**
19111 Dallas Parkway
Dallas, TX 75287
972-733-6627 – Phone
972-733-6425 – Fax
www.Transcore.com

**Member Contact:**
John Danyluk
*Manager-Rail*
972-733-6413– Phone
972-733-6648 – Fax
danny.danyluk@transcore.com

John Worthington, *President*
TransCore provides technology-based services and products that enable customers to efficiently manage ground transportation systems, assets, and transactions. With installations in 39 countries, 104 patents, and an ISO-9001-certified design, development, and manufacturing center, TransCore's expertise is unparalleled in the ground transportation services industry.

---

**TRC Companies**
2313 W.Sam Houston Pkwy. N., Suite 107
Houston, TX 77043
713-821-6001 – Phone
713-821-6000 – Fax
www.trcsolutions.com

**Member Contact:**
Riaz Ahmed
Senior Vice President
713-821-6001– Phone
713-821-6000 – Fax
rahmed@trcsolutions.com

Chris Vincze, *President & CEO*

TRC Companies, Inc. is a customer-focused company that creates and implements sophisticated and innovative solutions to the challenges facing America's energy, transportation, environment, infrastructure, and infrastructure security markets. The company is the leading provider of technical, financial, risk management, and construction services to industry and government clients across the country.

**ZTR Control Systems**
955 Green Valley Road
London, Ontario, Canada N6C 128
519-452-7271 – Phone
519-452-7764 – Fax
www.ztr.com

**Member Contact:**
Aldo Liberatore
Senior Vice President
519-452-7271– Phone
519-452-7764 – Fax
aldo@ztr.com

ZTR, provides control and monitoring system solutions to serve the global Railway and Power Systems Industries. ZTR Control Systems Railway Division was formed in 1989 to offer the railroad industry innovative alternatives to purchasing new locomotives. Our solutions bring new life to the existing fleet at a fraction of the cost of new locomotives. The Railway Division offers microprocessor-based railroad hardened products with a proven track record of improving locomotive tractive effort performance. Off-the-shelf products or customized applications are available.

# Association of American Railroads

50 F Street, NW • Washington, DC 20001 • (202) 639-2100
www.aar.org

## Staff Department List

### Office of the President

| | | |
|---|---|---|
| Edward R. Hamberger | President & Chief Executive Officer | (202) 639-2400 |
| Kathy Guilfoy | Assistant Director to the President & CEO | (202) 639-2400 |
| Janet Williams | Senior Staff Assistant | (202) 639-2100 |
| **Fax Number** | | **(202) 639-2286** |

### Administration & Finance Department

| | | |
|---|---|---|
| Jeffrey Marsh | Vice President, Finance & Administration | (202) 639-2118 |
| Teresa Perez | Executive Assistant to V.P. Finance & Administration | (202) 639-2103 |
| Mary Coleman | Disbursements Accounting Specialist | (202) 639-2315 |
| Carla Garcia-Harrell | Sr. Director of Human Resources & Administration | (202) 639-2542 |
| Cassandra Henry | Payroll Administrator/Financial Analyst | (202) 639-2117 |
| Stephanie Kilfeather | Director, Meeting Services | (202) 639-2164 |
| Janice Kittrell | Benefits Manager | (202) 639-2302 |
| Mark McRoberts | Asst.VP, Budget Planning, Member Assessment and Cash | (202) 639-2219 |
| Barbara Morgan | Conference Center Coordinator | (202) 639-2565 |
| Craig Shaffer | Director, Information Technology | (202) 639-2523 |
| Oladele Dosunmu | Director of Accounting and Financial Reporting | (202) 639-2113 |
| Earthleen Brantley | Revenue Accounting Specialist | (202) 639-2106 |
| Young Chen | Accounting Manager | (202) 639-2116 |
| **Fax Number** | | **(202) 639-2350** |

## Communications Department

| | | |
|---|---|---|
| Peggy Wilhide Nasir | Vice President, Communications | (202) 639-2342 |
| Twanda Turner-Fisher | Executive Assistant to V.P. Communications | (202) 639-2563 |
| Kelly Donley | Assistant Vice President, Communications | (202) 639-2343 |
| Alan Enderson | Manager, External Relations and Webmaster | (202) 639-2540 |
| Tom White | Director, Editorial Services | (202) 639-2556 |
| **Fax Number** | | **(202) 639-2558** |

## Government Affairs Department

| | | |
|---|---|---|
| Obie O'Bannon | Senior Vice President, Government Affairs | (202) 639-2537 |
| Dwayne Bolton | Manager, Congressional Affairs | (202) 639-2553 |
| John Glaser | Manager, Congressional Affairs | (202) 639-2527 |
| Lauren Jones | Legislative Assistant, Federal and State Affairs | (202) 639-2528 |
| Jennifer Macdonald | Director, Government Affairs | (202) 639-2533 |
| John Wetzel | Vice President, Government Affairs | (202) 639-2538 |
| **Fax Number** | | **(202) 639-2526** |

## Law Department

| | | |
|---|---|---|
| Louis P. Warchot | Senior Vice President, Law & General Counsel | (202) 639-2502 |
| Irene Thompson | Executive Assistant to Sr. V.P., Law & General Counsel | (202) 639-2507 |
| Janet Bartelmay | Associate General Counsel and Corporate Secretary | (202) 639-2513 |
| Pamela Nwosu | Senior Legal Assistant | (202) 639-2517 |
| Michael J. Rush | Associate General Counsel | (202) 639-2503 |
| D. (Dan) Saphire | General Attorney | (202) 639-2505 |
| Rosita N'Dikwe | Administrative Assistant | (202) 639-2525 |
| **Fax Number** | | **(202) 639-2868** |

## Policy & Economics Department

| | | |
|---|---|---|
| Craig Rockey | Vice President, Policy & Economics | (202) 639-2319 |
| Beth Eagney | Research Assistant | (202) 639-2327 |
| Clyde Crimmel | Director, Statistical Information | (202) 639-2309 |
| Peter French | Assistant Vice President, Safety & Performance Analysis | (202) 639-2268 |
| Darren Goldberg | Economic Analyst | (202) 639-2170 |
| Frank Hardesty | Assistant Vice President, Labor, Statistics & Information | (202) 639-2321 |
| Daniel Keen | Assistant, Vice President, Policy Analysis | (202) 639-2326 |
| Shou-Lien Liu | Economic Analyst II | (202) 639-2381 |
| Paul Posey | Economist | (202) 639-2323 |
| **Fax Number** | | **(202) 639-2499** |

## Printing & Distribution Department

| | | |
|---|---|---|
| Bill Stewart | Manager, Printing & Distribution | (202) 639-2124 |
| Harold Burton | Senior Mail Clerk | (202) 639-2121 |
| Phil Johnson | Publications Reproduction Technical Specialist | (202) 639-2123 |
| Bruce Reber | Fulfillment & Distribution Clerk | (202) 639-2121 |
| **Fax Number** | | **(202) 639-2914** |

## Safety & Operations Department

| | | |
|---|---|---|
| Robert VanderClute | Senior Vice President, Safety & Operations | (202) 639-2200 |
| Peggy Kinzey | Executive Assistant to Sr. V.P. Safety & Operations | (202) 639-2200 |
| Patrick Ameen | Assistant Vice President, Technical Services | (202) 639-2141 |
| Linda Anders | Administrative Assistant | (202) 639-2307 |
| James Britton, Jr. | Sr. Director, Special Projects | (202) 639-2201 |
| William Browder | Director, Operations | (202) 639-2474 |
| Ken Dorsey | Assistant Director, Tank Car/HazMat Safety | (202) 639-2262 |
| Michael Fore | Manager, Data Analysis | (202) 639-2303 |
| Robert Fronczak | Assistant V.P, Environment & Hazardous Materials | (202) 639-2839 |
| Paul Kinnecom | Executive Director, Tank Car Safety | (202) 639-2147 |
| Mike Martino | Senior Director Safety and Security | (202) 639-2212 |
| Jeffrey Moller | Executive Director, Operations | (202) 639-2375 |
| Betty Pague | Manager-Car Repair & Interchange Services | (202) 639-2140 |
| Janice Scott | Office Administrator | (312) 542-8373 |
| Cyndi Stone | Facility Security Officer/Manager AAR Database | (202) 639-2230 |
| Thomas Stahura | Executive Director, Rules and Standards | (202) 639-2139 |
| Bill Thompson | Railroad Program Manager (CREATE) | (312) 542-8320 |
| Todd Treichel | Project Director/RSI-AAR Tank Car Safety Project | (540) 882-4800 |
| Jackie Trinh | Technical Assistant | (202) 639-2265 |
| Jeff Usher | Assistant Vice President, Business Services | (202) 639-2370 |
| Nancy Wilson | Vice President, Security | (202) 639-2401 |
| **Fax Number** | | **(202) 639-2930** |

# Subject Area List for AAR, TTCI, & Railinc

| Subject Area List | | | |
|---|---|---|---|
| AAR Interchange Rules | Tom Stahura | **202-639-2139** | tstahura@aar.org |
| Accounting (P&E) | Clyde Crimmel | 202-639-2309 | ccrimmel@aar.org |
| Accounts Payable (AAR) | Mary Coleman | 202-639-2315 | mcoleman@aar.org |
| Accounts Receivable (AAR) | E. J. Brantley | 202-639-2106 | ebrantley@aar.org |
| Air Brakes | Fred Carlson | 719-584-0718 | fred_carlson@aar.com |
| Amtrak | Obie O'Bannon | 202-639-2537 | oobannon@aar.org |
| Antitrust Issues (Law) | Louis Warchot<br>Daniel Saphire | 202-639-2502<br>202-639-2505 | lwarchot@aar.org<br>dsaphire@aar.org |
| Appropriations | Jennifer Macdonald | 202-639-2533 | jmacdonald@aar.org |
| Associate Member Outreach | Alan Enderson | 202-639-2540 | aenderson@aar.org |
| Automatic Equipment Identification (AEI) | Howard Moody | 202-639-2202 | hmoody@aar.org |
| Axles | Larry Benedict | 719 584-0670 | wabl@aar.com |
| Board Issues (AAR) | Janet Bartelmay | 202-639-2513 | jbartelmay@aar.org |
| Bolsters, Truck & Body | Charles Powell | 719-585-1883 | eec@aar.com |
| Braking Systems | Fred Carlson | 719-584-0718 | brakes@aar.com |
| Budget, Federal | Jennifer Macdonald | 202-639-2533 | jmacdonald@aar.org |
| Bureau of Explosives | Peter Conlon | 719-584-7173 | Peter_conlon@aar.org |
| Car Builder Certifications | Charles Powell | 719-585-1883 | eec@aar.com |
| Car Hire Rules | Rick Hobb | 919- 651-5048 | Rick.hobb@railinc.com |
| Car Performance Issues | Charles Powell | 719-585-1883 | eec@aar.com |
| Car Repair Billing | Betty Pague | 202-639-2140 | bpague@aar.org |
| Car Repair Billing Data Exchange | Robert Nash | 919-651-5288 | Robert.nash@railinc.com |
| Car Repair Billing Labor Rate | Clyde Crimmel | 202-639-2309 | ccrimmel@aar.org |
| Car Repair Billing Materials Pricing | Tom Guins | 719-585-1893 | tom_guins@aar.com |
| Car Repair Billing Overhead Rates | Tom Guins | 719-585-1893 | tom_guins@aar.com |
| Car Service Rules | Rick Hobb | 919- 651-5028 | rick.hobb@railinc.com |
| Certification Test Office/Test Witnessing | David Cackovic | 719-585-1880 | david_cackovic@aar.com |
| Circular Letters, TTCI Publications | Kathy Trujillo | 877-999-8824 | pubs@aar.com |
| Clearances (high and wide loads) | John Flagello | 312-984-3766 | adm@rica.org |
| Closed Car Loading Rules | Bernard Bonk | 919- 651-5020 | bernard.bonk@railinc.com |
| Committee Questions/Safety & Operations | Jim Britton | 202-639-2201 | jbritton@aar.org |
| Conference Center (AAR) | Barbara Morgan | 202-639-2565 | bmorgan@aar.org |
| Cost Benefit Analysis | Peter French | 202 639-2268 | pfrench@aar.org |
| Cost Indexes (RCR, RCAF) | Clyde Crimmel<br>Shou-Lien Liu | 202 639-2309<br>202 639-2381 | ccrimmel@aar.org<br>sliu@aar.org |
| Cost of Capital | Clyde Crimmel | 202-639-2309 | ccrimmel@aar.org |
| Costing Railroad Movements | Paul Posey | 202-639-2323 | pposey@aar.org |
| Couplers | Dave Cackovic | 719-585-1880 | couplers@aar.com |
| CREATE | Bill Thompson | 312-542-8320 | wthompson@aar.org |
| Cushioning & Draft Gears | Charles Powell | 719-585-1883 | eec@aar.com |
| Damage Prevention & Freight Claims | Gary Held | 919- 651-5027 | gary.held@railinc.com |
| Derailment Prevention | Jeff Moller | 202-639-2375 | jmoller@aar.org |
| Early Warning System | Michael A. Fore | 202-639-2303 | ew@aar.org |

| Subject Area List | | | |
|---|---|---|---|
| Economic Analysis/Research | Craig Rockey | 202-639-2319 | crockey@aar.org |
| Economic Regulation (Law) | Louis Warchot | 202-639-2502 | lwarchot@aar.org |
| Economic Regulation (Legislative) | Obie O'Bannon | 202-639-2537 | oobannon@aar.org |
| Economic Regulation (Policy) | Craig Rockey | 202 639-2319 | crockey@aar.org |
| ECP Brake Stds. - Cable Based | Fred Carlson | 719-584-0718 | brakes@aar.com |
| ECP Brake Stds. - Radio Based | Brian Smith | 719-584-0558 | brian_smith@aar.com |
| Educational Resources (K-12) | Janet Williams | 202-639-2100 | jwilliams@aar.org |
| Embargos | Susan Smith | 919-651-5056 | susan.smith@railinc.com |
| Energy Issues | John Wetzel | 202-639-2538 | jwetzel@aar.org |
| Environmental Issues (Legislative) | John Wetzel | 202-639-2538 | jwetzel@aar.org |
| Environmental/Issues (Regulation) | Michael Rush | 202-639-2503 | mrush@aar.org |
| Environmental/HazMat (Operation Issues) | Bob Fronczak | 202-639-2839 | rfronczak@aar.org |
| Extended Service Cars | Charles Powell | 719-585-1883 | rule88@aar.com |
| FCC Issues (Law) | Lou Warchot | 202-639-2502 | lwarchot@aar.org |
| Federal Employers Liability Act (FELA) | Peter French<br>Daniel Saphire | 202 639-2268<br>202-639-2505 | pfrench@aar.org<br>dsaphire@aar.org |
| Field Manual Interpretations | Tom Stahura | 202-639-2139 | tstahura@aar.org |
| Financial Reporting/Acctg | Jeff Marsh | 202-639-2113 | jmarsh@aar.org |
| Grade Crossings | Bill Browder | 202-639-2474 | wbrowder@aar.org |
| Harriman Awards (E.H. Harriman Awards Luncheon) | Jim Britton | 202-639-2201 | jbritton@aar.org |
| Hazardous Materials - Legislative | John Wetzel<br>Jennifer Macdonald | 202-639-2538<br>202-639-2533 | jwetzel@aar.org<br>jmacdonald@aar.org |
| Hazardous Materials (BOE) | Peter Conlon | 719-584-7173 | Peter_conlon@aar.com |
| Hazardous Materials Training | Dan Simpson | 719-584-0661 | Dan_simpson@aar.com |
| HR and Benefit Management (AAR) | Carla Garcia | 202-639-2542 | cgarcia@aar.org |
| Increased Gross Rail Load | Charles Powell | 719-585-1883 | rule88@aar.com |
| Industry Reference Files | Alice Bjork | 919- 651-5002 | alice.bjork@railinc.com |
| Information Technology (AAR) | Craig Shaffer | 202-639-5554 | cshaffer@aar.org |
| Freight Rail Security | Nancy Wilson | 202-639-2401 | nwilson@aar.org |
| Intermodal (TOFC/COFC) Interchange Rules | William Browder | 202-639-2474 | wbrowder@aar.org |
| Intermodal Container Securement | Dave Cackovic | 719-585-1880 | Imodal@aar.com |
| Life Insurance for Retired Persons | Janice Kittrell | 202-639-2302 | jkittrell@aar.org |
| Litigation & Claims Issues | Pam Nwosu | 202-639-2517 | pnwosu@aar.org |
| Railway Electronics Standards | Howard Moody | 202-639-2202 | hmoody@aar.org |
| Locomotive Committee | William Sneed | 719-585-1895 | bsneed@vtext.com |
| Lubrication | Larry Benedict | 719-584-0670 | wabl@aar.com |
| Mailing Lists (Communications Dept.) | Twanda Turner-Fisher | 202-639-2563 | tfisher@aar.org |
| Marketing | Kelly Donley | 202-639-2343 | kdonley@aar.org |
| Mechanical Inspection Dept. | A.E. Ciccarelli | 412-831-2980 | ae_ciccareli@aar.com |
| Media Contacts (General) | Tom White | 202-639-2556 | twhite@aar.org |
| Meeting Services (AAR) | Stephanie Kilfeather | 202-639-2164 | skilfeather@aar.org |
| Member Assessments | Mark McRoberts | 202-639-2219 | mmcroberts@aar.org |
| Member Services | Kelly Donley | 202-639-2343 | kdonley@aar.org |
| Multi-Levels | Dwayne Florence | 919- 651-5013 | dwayne.florence@railinc.com |
| News Clips | Twanda Turner-Fisher | 202-639-2563 | tfisher@aar.org |

| Subject Area List | | | |
|---|---|---|---|
| Office Manual Interpretations | Betty Pague | 202-639-2140 | bpague@aar.org |
| Open Top Loading Rules | John Blackman | 719-584-0511 | otlr@aar.com |
| Operational Economics | Peter French | 202-639-2268 | pfrench@aar.org |
| Operations, Signal & Train Control | Howard Moody | 202-639-2202 | hmoody@aar.org |
| Passenger Service | Craig Rockey | 202-639-2319 | crockey@aar.org |
| Passenger Train Standards | APTA | 202-496 4800 | |
| Pension Issues (Law) | Janet Bartelmay | 202-639-2513 | jbartelmay@aar.org |
| Performance Measures | Frank Hardesty | 202-639-2321 | fhardesty@aar.org |
| Policy Issues | Craig Rockey<br>Frank Hardesty<br>Dan Keen | 202-639-2319<br>202-639-2321<br>202-639-2326 | crockey@aar.org<br>fhardesty@aar.org<br>dkeen@aar.org |
| Positive Train Control | Howard Moody<br>Alan Polivka | 202-639-2202<br>719-584-0657 | hmoody@aar.org<br>alan_polivka@aar.com |
| Press Releases | Tom White | 202-639-2556 | twhite@aar.org |
| Printing & Distribution | Bill Stewart | 202-639-2124 | bstewart@aar.org |
| Property Management (AAR) | Carla Garcia | 202-639-2542 | cgarcia@aar.org |
| Publications * (AAR) | | | |
| AAR Cost Indexes | Clyde Crimmel<br>Shou-Lien Liu | 202-639-2309<br>202-639-2381 | ccrimmel@aar.org<br>sliu@aar.org |
| Analysis of Class I Railroads | Clyde Crimmel | 202-639-2309 | ccrimmel@aar.org |
| Freight Commodity Statistics | Paul Posey | 202-639-2323 | pposey@aar.org |
| Freight Loss & Damage | Paul Posey | 202-639-2323 | pposey@aar.org |
| Profiles of U.S. Railroads | Darren Goldberg | 202-639-2170 | dgoldberg@aar.org |
| Rail Cost Adjustment Factor | Clyde Crimmel<br>Shou-Lien Liu | 202-639-2309<br>202-639-2381 | ccrimmel@aar.org<br>sliu@aar.org |
| Rail Transportation of Chemicals | Dan Keen | 202-639-2326 | dkeen@aar.org |
| Rail Transportation of Coal | Dan Keen | 202-639-2326 | dkeen@aar.org |
| Rail Transportation of Grain | Dan Keen | 202-639-2326 | dkeen@aar.org |
| Railroad Facts (Fact Book) | Clyde Crimmel | 202-639-2309 | ccrimmel@aar.org |
| Railroads and States | Dan Keen | 202-639-2326 | dkeen@aar.org |
| RE&I (Revenue, Expenses & Income) | Darren Goldberg | 202-639-2170 | dgoldberg@aar.org |
| RR Equipment Report | Darren Goldberg | 202-639-2170 | dgoldberg@aar.org |
| TEA-21 Reauthorization | Jennifer Macdonald | 202-639-2533 | jmacdonald@aar.org |
| Ten-Year Trends | Clyde Crimmel | 202-639-2309 | ccrimmel@aar.org |
| Weekly Railroad Traffic | Paul Posey | 202-639-2323 | pposey@aar.org |
| Publications Billing (AAR) | Earthleen Brantley | 202-639-2106 | ebrantley@aar.org |
| Publications Fulfillment (AAR) | Bruce Reber | 202-639-2134 | breber@aar.org |
| Publications, Mechanical, Field & Office Manual, MSRPs, Open Top Loading Rules (TTCI) | Kathy Trujillo | 877-999-8824<br>719-584-0538 | pubs@aar.org |
| Quality Assurance | Joy Cooke | 719-584-0715 | qa@aar.com |
| Quality Assurance Audits/Certifications | Joy Cooke | 719-584-0715 | qa@aar.com |
| Railroad Retirement (Economic Analysis) | Frank Hardesty | 202-639-2321 | fhardesty@aar.org |
| Railroad Retirement (Law) | Janet Bartelmay | 202-639-2513 | jbartelmay@aar.org |
| Railroad Electronic Task Force | Ted Hawken | 719-584-0795 | ted_hawken@aar.com |
| Receptionist (AAR Main Switchboard) | Janet Williams | 202-639-2100 | jwilliams@aar.org |
| Recommended Practices | David Cackovic | 719-585-1880 | techstds@aar.com |
| Reporting Marks & Interchange | Sarah Maples | 919-651-5089 | Private.marks@railinc.com |
| Reporting Marks Rail Equipment & Trailers | Scott Phillips | 919-651-5042 | Scott.phillips@railinc.com |

| Subject Area List | | | |
|---|---|---|---|
| Reporting Marks, Private Cars & Trailers Railroad & Private | Frank Dunleavy | 919-651-5038 | frank.dunleavy@railinc.com |
| Risk Management (Insurance) | Jeffrey Marsh | 202-639-2118 | jmarsh@aar.org |
| Roller Bearings | Larry Benedict | 719-584-0670 | wabl@aar.com |
| Radio Frequency Coordination | Jim Reimer | 719-584-0578 | jreimer@aar.org |
| Rule 88 Rebuilds | Jim Rem | 719-585-1883 | rule88@aar.com |
| Rule 88 Sale of Interchange Cars | Betty Pague | 202-639-2140 | bpague@aar.org |
| Rules & Standards | Tom Stahura | 202-639-2139 | tstahura@aar.org |
| Safety (Regulation) | Michael Rush | 202-639-2503 | mrush@aar.org |
| Safety (Legislative Issues) | John Wetzel | 202-639-2538 | jwetzel@aar.org |
| Safety Data & Analysis | Peter French | 202-639-2268 | pfrench@aar.org |
| Safety/Operating Rules | Jeff Moller | 202-639 2375 | jmoller@aar.org |
| Scale Issues | Rafael Jimenez | 719-584-0691 | rafael_jimenez@aar.com |
| Security | Mike Martino<br>Nancy Wilson | 202-639-2212<br>202-639-2401 | mmartino@aar.org<br>nwilson@aar.org |
| Security-Legislative | Jennifer Macdonald | 202-639-2533 | jmacdonald@aar.org |
| Side Frames, Truck | David Cackovic | 719-585-1880 | dcackovic@aar.org |
| Signal Issues | Howard Moody | 202-639-2202 | hmoody@aar.org |
| Special Equip. (movable bulkheads, etc.) | Dwayne Florence | 919- 651-5013 | dwayne.florence@railinc.com |
| Specially Equipped Freight Car Committee | Dwayne Florence | 919- 651-5013 | dwayne.florence@railinc.com |
| Speech Writer | Tom White | 202-639-2556 | twhite@aar.org |
| Spent Nuclear Fuel Issues | Bob Fronczak | 202-639-2839 | rfronczak@aar.org |
| State Legislation | Jennifer Macdonald | 202-639-2533 | jmacdonald@aar.org |
| STB Issues (Law) | Louis Warchot | 202-639-2502 | lwarchot@aar.org |
| Statistics – General | Clyde Crimmel<br>Dan Keen | 202-639-2309<br>202-639-2326 | ccrimmel@aar.org<br>dkeen@aar.org |
| Statistics – Traffic | Paul Posey | 202-639-2323 | pposey@aar.org |
| Surface Transportation ISAC | Nancy Wilson | 202-639-2401 | nwilson@aar.org |
| Tank Car Member Plant Inspections | Peter Conlon | 719-584-7173 | Peter_conlon@aar.org |
| Tank Car Standards | Paul Kinnecom | 202-639-2147 | pkinnecom@aar.org |
| Tank Cars | Paul Kinnecom | 202-639-2147 | pkinnecom@aar.org |
| Taxes (Legislative) | Jennifer Macdonald | 202-639-2533 | jmacdonald@aar.org |
| Tax Policy (Law) | Janet Bartelmay | 202-639-2513 | jbartelmay@aar.org |
| TEA – 21 Reauthorization | John Wetzel | 202-639-2538 | jwetzel@aar.org |
| Teacher Resources (K-12) | Janet Williams | 202-639-2100 | jwilliams@aar.org |
| Tort Matters | Daniel Saphire | 202-639-2505 | dsaphire@aar.org |
| Track & Infrastructure | Lou Cerny | 202-639-2189 | lcerny@aar.org |
| Trailer Hitches | Dave Cuckovic | 719-585-1880 | couplers@aar.com |
| Trailers and Containers | William Browder | 202-639-2474 | wbrowder@aar.org |
| Truck Reconditioning (M-214) | Dave Cackovic | 719-585-1880 | couplers@aar.com |
| Truck Size and Weights | Craig Rockey | 202-639-2319 | crockey@aar.org |
| UMLER | Jim Moran | 919-651-5038 | umler@railinc.com |
| Website (AAR) | Alan Enderson | 202-639-2540 | tpalmer@aar.org |
| Wheels, Axles, Bearings, Lubrication | Larry Benedict | 719-584-0670 | wabl@aar.com |

# Transportation Technology Center, Inc (TTCI)

PO Box 11130 • 55500 DOT Road • Pueblo, CO 81001 • (719) 584-0750
www.aar.com

## About TTCI

Transportation Technology Center, Inc., is one of two wholly-owned subsidiaries of the Association of American Railroads. Located in Pueblo, Colorado, TTCI is a world-class intermodal research and test center that offers a wide-range of capabilities that are used by freight and passenger railroads from around the world. For example, Amtrak's new high-speed Acela Express trains were extensively tested at TTCI before entering service. Japanese railroads used TTCI facilities to test a gauge changing mechanism. Work at TTCI helped make it possible for freight railroads in the U.S. and Canada to operate freight cars that weigh as much as 286,000 pounds when fully loaded.

TTCI focuses on programs that will enhance railroad safety, reliability and productivity. It also operates the world's foremost training center for emergency personnel responding to transportation accidents involving hazardous materials. There are 48 miles of test tracks located at the facility. The track is used for track structure and vehicle performance testing, life-cycle prediction and component reliability, damage prevention tests, freight ride quality and passenger comfort. The facility is owned by the Federal Railroad Administration but has been operated by TTCI - which is responsible for all of its operating costs - since 1984.

**TTCI Contacts**

| Name | Title | Phone | Fax |
|---|---|---|---|
| Roy A. Allen | President | (719) 584-0520 | (719) 584-0672 |
| Larry E. Benedict | Committee Coordinator, WABL | (719) 584-0670 | (719) 585-1895 |
| Robert Florom | Assistant Vice President | (719) 584-0565 | (719) 584-0770 |
| Fred G. Carlson | Manager, Braking Systems | (719) 584-0718 | (719) 585-1895 |
| A. E. Ciccarelli | Director Mechanical Inspection | (412) 831-2980 | (412) 851-9522 |
| Joy A. Cooke | Manager Quality Assurance | (719) 584-0715 | (719) 585-1895 |
| Alan Polivka | AVP Communications and Train Control Technologies | (719) 584-0657 | (719) 584-0672 |
| Thomas S. Guins | Chief Economist | (719) 585-1893 | (719) 584-0791 |
| Dave Meeks | AVP Business & Finance | (719) 584-0703 | (719) 584-0711 |
| Bill Sneed | Manager, Locomotives and Railway Electronics | (719) 584-0746 | (719) 584-7145 |
| Keith L. Hawthorne | Vice President Technology | (719) 584-0541 | (719) 584-0672 |
| Randall Jackson | Chief Government Programs | (719) 584-0547 | (719) 584-0580 |
| Semih F. Kalay | VP Corporate R&D | (719) 584-0717 | (719) 584-0580 |
| Charles Powell | Manager AAR Loading Rules | (719) 585 1883 | (719) 585-1895 |
| James R. Lundgren | AVP Prod., Training, & Business Development | (719) 584-0521 | (719) 584-0767 |
| Darrell Iler | Manager Equipment Standards | (719) 585-1883 | (719) 585-1895 |
| Kathy Trujillo | AAR Publications, AAR Rules and Technical Standards | (877) 999-8824<br>(719) 584-0538 | (719) 584-7157 |
| Danny Simpson | Manager, Emergency Response Training Center | 719-584-0661 | (719) 584-0571 |

# Railinc Corporation

Highwoods Center • 7001 Weston Parkway, Suite 200 • Cary, NC 27513
(919) 651-5000 – Phone • (919) 651-5405 or 5401 – Fax • (800) 544-7245 – Toll Free
www.railinc.com

## About Railinc

Railinc is one of two wholly-owned subsidiaries of the Association of American Railroads. Located in Cary, North Carolina, Railinc is a leading provider of information technology and related service to North America's railroads. It has extensive databases that include, for example, an inventory of all rail freight equipment in North America. It also supports one of the world's largest Electronic Data Interchange networks, over which some 5.8 million messages are transmitted each day.

Railinc also operates Steelroads.com, the railroad industry's common web site where rail customers can track shipments, receive estimated time of arrival information, order equipment, discover shipping options and find out pricing information. Damage prevention and claim services are also operated by Railinc.

**Railinc Contacts**

| Name | Title | Phone | Fax |
|---|---|---|---|
| E. Allen West | President & CEO | 919-651-5030 | 919-561-5130 |
| Todd Bolon | Vice President & CIO | 919-651-5295 | 919-651-5404 |
| Malcolm Clarke | Vice President & CFO | 919-651-5015 | 919-651-5404 |
| Cathelene Thomas | Executive Administrative Assistant | 919-651-5202 | 919-651-5404 |

# Association of American Railroads
## Board of Directors

**Association of American Railroads**
Edward R. Hamberger
*President & CEO*

**Amtrak (National Railroad Passenger Corporation)**
Alexander K. Kummant
*President & CEO*

**Anacostia & Pacific Company, Inc.**
Peter A. Gilbertson
*President & CEO - ARH*

**Associacion Mexicana De Empresas**
Emilio Sacristan Roy
*General Director*

**BNSF Railway**
Matthew K. Rose
*Chairman, President & CEO*

**CN**
E. Hunter Harrison
*President & CEO*

**Canadian Pacific Railway**
Fred J. Green
*President & CEO*

**CSX Corporation**
Michael J. Ward
*Chairman, President & CEO*

**Ferrocarril Mexicano S.A. de C.V.**
Lic. Alfredo Casar
*Director General*

**Genesee & Wyoming Inc.**
Mortimer B. Fuller, III
*Chairman & CEO*

**Kansas City Southern Railway Company**
Michael R. Haverty
*Chairman & CEO*

**Norfolk Southern Corporation**
Charles W. Moorman
*Chairman, President & CEO*

**RailAmerica, Inc.**
John Giles
*President & CEO*

**Union Pacific Railroad**
James R. Young
*Chairman*

**Wheeling & Lake Erie Railway**
Larry Parsons
*Chairman & CEO*

March 8, 2007

# Network Efficiency Management Committee



# Network Efficiency Management Committee & Subordinate Committee Member Lists

## NETWORK EFFICIENCY MANAGEMENT COMMITTEE

**Members:**

Peter Gilbertson..........ARH
Michael Smith..........ASLRRA/FGLK
John Lanigan (Vice Chair)..........BNSF
James M. Foote..........CN
Marcella Szel..........CPR
Clarence Gooden (Chair)..........CSXT
John Hellmann..........GWRR
Owen Zidar..........KCS
Alejandro Garcia-Acosta..........KCSM
Donald Seale..........NS
Tom Owen..........RA
Jack Koraleski..........UP
William A. Callison..........WLER

## Information Technology Standing Committee

**Members:**

Jeff Campbell..........BNSF
Fred Grigsby..........CN
Alan Borak..........CPR
John West (Chair)..........CSXT
Scott Arvidson..........KCS
Thomas G. Werner..........NS
Lyndon Tennison..........UP

## UMLER Working Committee

**Members:**

Deborah Hale (Chair)..........BNSF
Sean Gallagher (Vice Chair)..........CN
James (Jim) Papadopoulos..........CP
Lora Dorman..........CSX
Gary Boklewski..........GATX
David (Dave) W. Owen..........KCS
J. M. (Jay) Hamilton..........NS
Chris Struttman..........TTX
Jamie S. Moresette..........UP
John Kieras..........UTLX

## Customer Service Standing Committee

**Members:**

Michael Arita (Chair)..........BNSF
Marc Lavallee..........CN
Ian MacKay..........CPR
Shelley Mast..........CSXT
Diana Greeley..........KCS
Dale Schaub..........NS
Linda Brandl..........UP

## Electronic Commerce Working Committee

**Members:**

David Petty..........BNSF
Paul Clarke..........CN
Alana Arthur..........CPR
Eddie Chesser (Chair)..........CSXT
Pete Nygren..........KCS
Blair Hanna..........NS
Charles Duckworth..........UP

## EDI Working Committee

**Members:**

Jerry Gordon..........ASLRRA/PAL
Peter Wong..........BC Rail
Mark Vreeland (Chair)..........BNSF
Bob Shuette..........CIC
Marie-Claude Roy..........CN
Susan Grande..........CPR
Roger Craig..........CSXT
Gary Anderson..........KCS
Tom Bolling..........NS
Bernie Hetherington..........ONT
Terry Blalock..........RA
Cindy Ray..........RMI
Ed Felson..........ST
Kevin Eck..........Transentric
Chris Curtis..........UP

## Transborder Working Committee

**Members:**

Kenneth Miller .......... BNSF
Michael Tamilia .......... CNR
Allan Schepens .......... CPR
Ronae Keiser (Chair) .......... CSXT
Juan Carlos Miranda .......... FXM
Peter Nygren .......... KCS
Marc Peniche .......... KCSM
Tony LaRosa .......... NS
Robert (Bobby) Polka .......... UP

## Interline Revenue Management Working Committee

**Members:**

Dave Mears .......... ASLRRA
George Gillen .......... BNSF
Lynn Gibson .......... CAGY
Claire Barrette .......... CN
James Harrington .......... CN
Dan McGavock .......... CPR
Clyde McIntyre .......... CSXT
Manuel Alonso .......... FXE
Kelly Platt .......... KCS
Alby Pfeifer .......... NS
Lance Werner .......... South Shore
Chuck Adams (Chair) .......... UP
Charlene Flack .......... WE

## Revenue Systems Working Committee

**Members:**

Lynn Gibson (Vice Chair) .......... ASLRRA/CAGY
Debbie Ghioto .......... ASLRRA/FEC
Pat Lindvall .......... ASLRRA/MDW
Rowena Dietrich .......... ASLRRA/PAL
Michael Rottinghaus .......... BNSF
Bruce Nybakken .......... BNSF
Claire Barrette (Chair) .......... CN
Bryan Lutes .......... CN
Randy Spoar .......... CPR
Jim Miron .......... CPR
Hema Desai .......... CSXT
Kim Gresham .......... CSXT
Victor Diaz .......... FXE
Dan Hart .......... GWRR
Shelly Preston .......... GWRR
Melissa Collins .......... KCS
Erica Wilson .......... KCS
Alan Brune .......... NS
Tom Beatty .......... NS
Patrice Marquette .......... RA
Carolyn Stefanic .......... RA
Rito Arrendondo .......... KCSM
Armando Ibanez .......... KCSM
Dave Gramlich .......... UP
Mikala Snyder .......... UP
Jill Robbins .......... WLER

## Interline Application Working Committee

**Members:**

James Arnett (Chair) .......... BNSF
Margaret Roszak .......... BNSF
Lynn Gibson .......... GAGY
Bill Hogbin (Co-Chair) .......... CN
Len Ford .......... CN
Randy Spoar .......... CPR
Dan McGavock .......... CPR
Emily Pate .......... CSXT
Peggy Smith .......... CSXT
Kelly Platt .......... KSC
Jorge Marquez .......... KCSM
Alby Pfeifer .......... NS
Jim Nash .......... NS
Dave Gramilich .......... UP
Kurt Schroeder .......... UP
Chuck Adams (Chair IRMWC) .......... UP
Jim Robbins .......... WE
Kristi Talley .......... Railinc
Alice Bjork .......... Railinc

## Industry Reference File Strategic Working Committee

**Members:**

James A. Cherry .......... BNSF
Bruce A. Nybakken .......... BNSF
H. Lynn Gibson .......... CAGY
Claire Barrette .......... CN
Bryan Lutes .......... CN
Joe Pompeo .......... CPR
Randy Spoar .......... CPR
Richard Cutlip .......... CSXT
Lori Graham .......... CSXT
Debbie N. Ghioto .......... FEC
Victor Diaz .......... FXE
Humberto Guillen .......... FXE
Daniel W. Hart .......... GNWR
Judy Mohney .......... PAL

### Equipment Assets Management Working Committee

**Members:**

| | |
|---|---|
| Bill Culver ........ ASLRRA | Nell Thomas ........ KCS |
| Lance E. Werner ........ Anacostia & Pacific | Rocio Cisneros ........ KCSM |
| Murphy Krajenta ........ BNSF | Tony Rosa (Vice Chair). ........ NS |
| Shauntelle Paul ........ CN | Dave McCloud ........ RA |
| Ross Larkin ........ CPR | J.D. Pavek (non voting) ........ RSI |
| Marty Blue ........ CSXT | Deby Murphy (Chair) ........ UP |
| Jose Castro ........ FXE | |

### Damage Prevention And Freight Claim Working Committee

**Members:**

| | |
|---|---|
| Frank Garcia ........ BNSF | Gary Johnson ........ CSXT |
| John Green ........ CN | Linda Harrington ........ KCS |
| Louis LeBlanc (Vice Chair) ........ CPR | Paul M. Davis ........ NS |
| Rob Rice (Chair) ........ CSXT | Wayne Ronci ........ UP |

### Quality Lead Team For The Prevention Of Damage Of Paper Products

**Members:**

| | |
|---|---|
| William Moe ........ BNSF | Marc Guerin ........ Kruger Inc. |
| John Green ........ CN | Bernie Thomas ........ PCA |
| Louis LeBlanc ........ CPR | John Blackman (Chair) ........ Railinc |
| Gary Johnson ........ CSXT | Dan Collin ........ Stora Enso |
| David Church ........ FPAC | Brian Rio ........ Weyerhauser |
| Jerome Williams ........ G/P Corp. | |

**The Multi-level Pooling Executive Committee Reload Steering Committee, Vehicle & Equipment Quality Task Force and Mexico—US Auto Task Force reports to NEMC on their activities. MPEC has independent authority on all issues arising under the pooling agreements and is covered under 49 USC 11322 anti-trust immunity. The North American Box Car Executive Committee has an arms length advisory relationship with NEMC.**

### Multi-Level Pooling Executive Committee

**Members:**

| | |
|---|---|
| Marc Allen ........ BNSF | David F. Julian (Chair) ........ NS |
| Kevin Doucet ........ CN | Richard Kiley ........ NS |
| Michael Adams ........ CPR | Jamie J. Rainey ........ KCSM |
| Andrew Stok ........ CSXT | Julie Krehbiel ........ UP |
| Reginald M. Thompson ........ FEC | |
| Peter Waddington ........ FXE | |

### Reload Steering Committee

**Members:**

| | |
|---|---|
| Walt Braun ........ BNSF | Manual Alonso ........ FXE |
| Rob Patterson ........ CN | Robert Flaig ........ KCS |
| Don Casemore (Vice Chair) ........ CPR | Charles Tucker (Chair) ........ NS |
| Jeffrey Brubeck ........ CSXT | John Fenton ........ NYSW |
| Reginald M. Thompson ........ FEC | Luke Wallace ........ UP |

### Vehicle and Equipment Quality Task Force

**Members:**

| | |
|---|---|
| Peter Rech ........ American Honda | Alan Bussey ........ GM |
| Joe Budnick ........ UP | Paul Davis ........ NS |
| Bob Hodge ........ BNSF | Mike Allen ........ Promax/Isuzu |
| John Green ........ CN | Carlos Rojas ........ KCSM |
| Gary Rudolph ........ CPR | Jordan Glasmacher ........ Toyota |
| Rob Rice ........ CSXT | Jim Panza ........ TTX |
| Ted Grochowski ........ DaimlerChrysler | Dave Wheeler (Chair) ........ UP |
| Mark Rumfola ........ DAS/Nissan | Jim Bailey ........ UP |
| Dave Yakowich ........ Ford | |

**Mexico/US Automotive Task Force**

**Members:**

Mary Carson ............ BNSF
Marty Colbeck ............ Daimler/Chrysler
Ted Grochowski ............ Daimler Chrysler
Pete Waddington ............ FXE
Jamie Rainey ............ KCSM
Tom Gehl (Chair) ............ UP
Ken Fletcher ............ Volkswagen

**North American Boxcar Pool Executive Committee**

**Members:**

Rick Margl ............ BNSF
Jim Buggs ............ CPR
Steve Potter ............ CSXT
Luis Roca Apellaniz ............ FXE
Cary Tippins ............ KCS
Rocio Cisneros ............ KCSM
Tony Rosa ............ NS
Mike Gilley ............ TTX
Anna McManus (Chair) ............ UP

# Policy and Advocacy Management Committee & Subordinate Committee Member List

## POLICY AND ADVOCACY MANAGEMENT COMMITTEE

**Members:**

Henry B. Lampe ........ ARH
Eleanor D. Acheson ........ AMTK
Jeff Moreland, Amy Hawkins, Roger NoberBNSF
Sean Finn ........ CN
Karen B. Phillips ........ CN
Paul Guthrie ........ CP
John Brimsek ........ CP
Ellen Fitzsimmons ........ CSX
William A. Callison ........ WLER
Mike Ruehling ........ CSX
Allison M. Fergus ........ CSX
William J. Wochner ........ KCS
James Hixon[1] ........ NS
Bruno Maestri ........ NS
Scott G. Williams ........ RA
Roger Cameron ........ RAC
J. Michael Hemmer[1], Mike Rock ........ UP

## Antitrust Working Committee *

**Members:**

Michael E. Roper ........ BNSF
Richard E. Weicher ........ BNSF
Sean Finn ........ CN
Ted Kalick ........ CN
Paul Guthrie ........ CP
Paul R. Hitchcock[1] ........ CSX-Chair
William J. Wochner ........ KCS
George A. Aspatore ........ NS
Robert T. Opal ........ UP
Lawrence E. Wzorek ........ UP

## Chief Legal Officers

**Members:**

Eleanor D. Acheson ........ AMTK
Roger Nober ........ BNSF
Sean Finn ........ CN
Paul Guthrie ........ CP
Ellen Fitzsimmons ........ CSX
Allison M. Fergus ........ GWRR
William J. Wochner ........ KCS
James A. Hixon ........ NS
Scott G. Williams ........ RA
J. Michael Hemmer ........ UP
William A. Callison ........ WLER

## Communications Committee

**Members:**

Cliff Black ........ AMTK
Mary Jo Keating ........ BNSF
Karen Phillips ........ CN
Paul Clark ........ CP
Vance Meyer ........ CSX
Leonor Torres ........ FXE
Mike Williams ........ GWI
C. Doniele Kane ........ KCS
Bob Fort ........ NS
Bruce Burrows ........ RAC
Bob Turner ........ UP

## Economic Regulation Working Committee *

**Members:**

Michael E. Roper ........ BNSF
Richard E. Weicher ........ BNSF
Sarah Bailiff ........ BNSF
Ted Kalick ........ CN
Paul Guthrie ........ CP
Paul R. Hitchcock ........ CSX
Peter Shudtz ........ CSX
Steven Armbrust ........ CSX
William J. Wochner ........ KCS
George A. Aspatore ........ NS
Greg E. Summy ........ NS
John Scheib ........ NS
Robert T. Opal ........ UP
Lou Anne Rinn[1] ........ UP

[1] Chair, [2] Vice Chair
* Reports to Chief Legal Officers Committee

## Environmental Working Committee *

**Members:**

| | | | |
|---|---|---|---|
| Jared I. Roberts[1] | AMTK | Robert B. Terry | KCS |
| Michael Stern | AMTK | Thomas J. Healey | KCS |
| Orest Dachniwsky | BNSF | Fred Block | NS |
| Russell J. Light | BNSF | Helen Hight | NS |
| Pamela Nehring | BNSF | Randal S. Noe | NS |
| Richard A. Verkler | CN | A. Gayle Jordan | NS |
| William R. Tuttle | CP | Karin L. Stamy | NS |
| Jeff Styron | CSX | David P. Young | UP |
| Thomas Anderson | CSX | Suzanne Y. Echevarria | UP |
| Jeff Styron | CSX | Robert C. Bylsma | UP |
| | | David P. Young | UP |

## Safety Regulation Working Committee *

**Members:**

| | | | |
|---|---|---|---|
| Michael Stern | AMTK | Jeffrey H. Burton | NS |
| W. Douglas Werner[1] | BNSF | Andrew P. Corcoran | NS |
| Tom Healey | CN | Gayle Jordan | NS |
| Ted Kalick | CN | Roger Petersen | NS |
| William R. Tuttle | CP | Robert T. Opal | UP |
| Sarah Hall | CSX | Lawrence E. Wzorek | UP |
| Jim Tomola | CSX | Gabe Meyer | UP |
| David C. Reeves | KSC | | |

## State Relations Policy Committee

**Members:**

| | | | |
|---|---|---|---|
| Keith Borman | ASLRRA | Tom Drake | CSX |
| Paul Nowicki | BNSF | Robert Grossman | GWRR |
| Charles Shewmake | BNSF | Jerry Vest | GWRR |
| Brian Sweeney | BNSF | Doniele Kane | KCS |
| Gloria Combe | CN | Bruno Maestri | NS |
| Karen Phillips | CN | Scott Muir | NS |
| John Huber | CPR | Tom Simpson | RSI |
| Jonathan Broder | CR | Joseph Bateman | UP |
| Robert Sullivan | CSX | Mike Payette | UP |
| John Casellini | CSX | Chris Peterson | UP |

## Tax Policy Working Committee

**Members:**

| | | | |
|---|---|---|---|
| Keith Borman | ASLRRA | Joel Pangborn | CSX |
| Ashley Basquin-Cavossa | BNSF | James D. Byrd | KCS |
| Amy Hawkins | BNSF | John Yankovich | KCS |
| Shelley Venick | BNSF | Darrell Wilson | NS |
| C. Alec Vincent | BNSF | Robert Kesler | NS |
| Sean Finn | CN | Mark Jacobowitz | RA |
| Sab Meffe | CN | Kevin Polansky | RA |
| Karen B. Phillips | CN | Tom Simpson | RSI |
| John Brimsek | CP | Jack Etzkorn | TTX |
| John Ladenthin | CP | John Damiani | TTX |
| John Lynch | CP | Bernie R. Gutschewski | UP |
| Patrick Rogers | CR | Pat O'Malley | UP |
| David Boor | CSX | Printz Bolin | UP |

[1] Chair, [2] Vice Chair
* Reports to Chief Legal Officers Committee

## Tort Matters Working Committee*

**Members:**

| | |
|---|---|
| Charles E. Mandolia | AMTK |
| Vince Cruz | BNSF |
| Paul R. Hoferer | BNSF |
| Lyn Robbins | BNSF |
| Michael T. Novak | CN |
| Paul Guthrie | CP |
| Cindy Craig-Johnson | CSX |
| Erin O'Brien | CSX |
| J. R. Nunn | CSX |
| Patrice Brown | KCS |
| Thomas J. Healey | KCS |
| Ellen M. Goering[1] | NS |
| Roger Petersen | NS |
| Rick Hautzinger | UP |
| Michael Whitcomb | UP |
| Robert N. Belt | UP |

## Washington Representatives

**Members:**

| | |
|---|---|
| Richard Timmons | ASLRRA |
| Joe McHugh | AMTK |
| Marcus Mason | AMTK |
| Caroline Nielson | AMTK |
| Ashley Basquin | BNSF |
| Amy Hawkins | BNSF |
| Mike Smythers | BNSF |
| Zak Andersen | BNSF |
| Karen Phillips | CN |
| John Brimsek | CP |
| Anne Chettle Reinke | CSX |
| Steve Flippin | CSX |
| Mike Ruehling | CSX |
| Louis Renjel | CSX |
| Bill Mullins | KCS |
| Warren Erdman | KCS |
| Steve Anthony | NS |
| Marque Ledoux | NS |
| Bruno Maestri | NS |
| Darrell Wilson | NS |
| Tom Simpson | RSI |
| Nicole Brewin | RSI |
| Printz Bolin | UP |
| Mary McAuliffe | UP |
| Mike Rock | UP |

[1] Chair, [2] Vice Chair
* Reports to Chief Legal Officers Committee

# Safety and Operations Management Committee

February 1, 2007



# Safety and Operations Management Committee

# &

# Subordinate Committee Member List

## SAFETY AND OPERATIONS MANAGEMENT COMMITTEE

**Members:**

William Crosbie ........ AMTK
Rich Timmons ........ ASLRRA
Carl Ice ........ BNSF
Gordon Trafton ........ CN
Brock Winter ........ CP
Andrew Fox ........ A&P
Tony Ingram (Chair) ........ CSXT
Lorenzo Reyes Retana ........ FXE
Michael Chapman ........ KCS
Jim Benz ........ GWRR
Steve Tobias (Vice Chair) ........ NS
Joe Conklin ........ RA
Manny Zulaica ........ KCSM
Dennis Duffy ........ UP
James Northcraft ........ WLE
Mick Burkart ........ IAIS

## Technical Services Working Committee

**Members:**

Paul Steets ........ AMTK
W. Gary Griffiths ........ ASLRRA
Carl Ice (Chair) ........ BNSF
Mike Armstrong ........ BNSF
B.J. Ryan ........ BNSF
Gerry Weber ........ CN
Dave Meyler ........ CP
Rich Regan ........ CSXT
Terry Heidkamp ........ GATX
John Foster ........ KCS
R. J. Pokorski ........ TTX
Barry Kanuch ........ UP
Bill E. Wimmer ........ UP

## ATSI and EHMS Steering Committee

**Members:**

Paul Steets ........ Amtrak
Lisa Stabler (Chair) ........ BNSF
Bill Blevins ........ CN
Dave Meyler ........ CP
Don Lauro (Vice Chair) ........ CSXT
Tom Mordock ........ GE Rail Services
Gary Nelson ........ NS
Doug Macklem ........ NS
Ron Sellberg ........ TTX
Rex Beck ........ UP

## Equipment Engineering Committee

**Members:**

G. A. Gagarin ........ AMTK
Clay Norman ........ BNSF
Kevin Day ........ CN
Dave Meyler ........ CP
Dennis Shaughnessy ........ CSXT
Roger Hawkins (Chair) ........ GERail
Keith C. Kieres ........ Greenbrier
Tom J. Glasscock ........ NS
Ron Sellberg ........ TTX
Rex Beck ........ UP
VACANT ........ AAB Seat

## Brake Systems Committee

**Members:**

Chuck Florian ........ AMTK
Dana Maryott ........ BNSF
Rob Henderson ........ CN
Abe Aronian (Chair) ........ CP
Charles W. Cherry ........ CSXT
Sam L. Butler ........ NS
Joe Hettinger ........ TTX
Steve Slobidsky ........ UP
Ed Gaughan ........ Wabtec

## Coupling System & Truck Castings Committee

**Members:**

Dan Moseng (Chair)....................................BNSF
Kim Bowling ............................................CSXT
Tim Ward (Vice Chairman)...............................NS
Randall Gaston ..............................................UP
Tom Berg .......................................................ARI
Rick Brueckert................................................TTX

## Specially Equipped Freight Car Committee

**Members:**

Steve Bram ..............................................BNSF
Curtis Medwid (Vice Chairman).........................CN
Greg Rosval ..............................................CP
Jeff Sanders ..............................................CSXT
Tom J. Glasscock (Chair) ..............................NS
Alvaro Rodriquez ...................................KCSM
Jim Panza ......................................................TTX
Joe C. Budnick...............................................UP
Jim Mitzenberg.......................................... Trinity

## Wheels, Axles, Bearings & Lubrication Committee

**Members:**

Geoff Dahlman ..........................................BNSF
Vic Jascekas ..............................................CN
Laurent Preville ..........................................CP
W. Strickland ..............................................CSXT
Tim Burnett..................................................GBRX
Hayden W. Newell (Vice Chair)........................NS
Maurice Dew ................................. Progress Rail
Stuart Trout ................................................ TTX
Todd Snyder (Chair) ...................................... UP
Rich Sobilo .................................................UTLX

## Arbitration & Rules Committee

**Members:**

M.S. Reid......................................................BNSF
Dave Landers .................................................CN
Ken Gorra.......................................................CP
Steve Phebus.................................................CSXT
W.G. Griffiths.................................................FEC
J.J. Moreno.....................................................FXE
Kenny Sims.....................................................KCS
T. C. Jellison.................................Greenbrier
T. Mordock (Chair)................................GE RAIL
Gary Nelson ...................................................NS
J. deLeon Perches ......................................KCSM
R. R. DeWitt ................................................. TTX
D. L. Schmidt ................................................. UP
Gayle Tenbrink........................................... Trinity

## Car Repair Billing Committee

**Members:**

Robert Baca ..............................................BNSF
Mike Loiello ..................................................CN
Ken Gorra.......................................................CP
Harold Winters. .............................................CSXT
R.E. Hatfield ................................................FEC
Alma Ramirez (Vice Chair)...............................FXE
P.P McGinley ........................................ GE Rail
K.H. Taylor, Jr.(Chair) ........................Greenbrier
S. B. Taylor ..................................................NS
J. de Leon Perches......................................KCSM
L.G. Choyce .................................................. TTX
S.C. Beckwith..................................................UP
J.M. Kieras.................................Union Tank Car

## Locomotive Committee

**Members:**

Dana Maryott...............................................BNSF
Bob Reynolds ................................................CP
John Rimer (Vice Chairman)...........................CSXT
Jon Fedora ..............................................AMTRK
Bill Ross .......................................................CN
Don Usak (Chair) ............................................NS
Mike Iden ......................................................UP
Robert Kull ..............................................Wabtec

## Open Top Loading Rules Committee

**Members:**

G.M. Palazzolo ........ BNSF
Bob Pollard ........ CN
Charles Cheun (Vice Chairman) ........ CP
Terry Smith ........ CSXT
M.J. Sager ........ East St. Louis Terminal
Chris Burchfield ........ KCS
Clifford Creech ........ NS
Tim Comegys ........ TTX
Brent Lichty (Chair) ........ UP
R. E. Kerr ........ SDDC

## Quality Assurance Committee

**Members:**

Jim Morris (Chair) ........ AMTK
Terry Schindler ........ BNSF
VACANT ........ CP
Danny Henry (Vice Chairman) ........ CSXT
Russell Ferretti ........ Metro-North
Steve L. Skelley ........ NS
Dave Myers ........ UP
Mark Lumadue ........ Standard Steel

## Intermodal Car Performance Subcommittee

**Members:**

Daniel Moseng, Jr. ........ BNSF
Vacant ........ CSXT
Larry Shannon ........ Greenbrier
Richard Gore ........ FURX
Mark S. Winfrey ........ NS
Dan C. Heird (Chair) ........ Pacer
Marlon Escamilla Pena ........ KCSM
Frank F. Stec ........ TTX
Dan Klaus ........ UP

## Railroad Security Working Committee

**Members:**

Alfred Broadbent ........ AMTK
Bill Crosbie ........ AMTK
Bill Heileman ........ BNSF
John Clark ........ BNSF
John Dalzell ........ CN
Bob Keane ........ CN
Serge Meloche ........ CN
Dave Sparkle ........ CN
Faye Ackermans ........ CP
Gerry Moody ........ CP
Tim Tierney ........ CR
Skip Elliott ........ CSX
Tom Murta ........ CSX
Bill Laubenheimer ........ CSX
Gerry Gates ........ GWRR
Gerry Fish ........ CP
Mike Chapman ........ KCS
Al Rawls ........ KCS
Rich Tidwell ........ METRA
Mark Campbell ........ MNR
Steve Hanes ........ NS
Hugh Kiley ........ NS
Steve Tobias (Chair) ........ NS
Chuck Wehrmeister ........ NS
Preston Claytor ........ RA
Joe Conklin ........ RA
R. D. Bray ........ UP
Bob Grimaila ........ UP
Dennis Jensen ........ UP
Jim Northcraft ........ WLE
Larry Parsons ........ WLE

## Interoperable Operations & Train Control Working Committee

**Members:**

Fred Gratke ........ BNSF
Rick Lederer ........ BNSF
Dwight Tays ........ CN
Peter Arrato ........ CP
Tony Ingram (Chair) ........ CSXT
Guillermo Perez ........ FXE
Brian Sykes ........ NS
Ray Rumsey ........ NS
Fred Meek ........ UP
Jeff Young ........ UP
Wes McBride ........ UP

## AEI Committee

**Members:**

Shannon McGovern .................................. BNSF
Claude Essiembre .......................................... CN
Peter Brackett ............................................. CP
Lynn Jarrett ............................................. CSXT
Steve Phebus ........................................... CSXT
Patrick McNally ............................................. NS
Brian Webb ............................................. Railinc
Fred Meek (Chair) ......................................... UP

## Railway Electronics Standards Committee

**Members:**

Larry Milhon ............................................. BNSF
Aaron Ratledge ......................................... BNSF
Lynn Jarrett ............................................... CSX
Carlos daRoza .............................................. CN
Bob Ralph .................................................... NS
George Eichelberger....................................... NS
Wes McBride (Chair) ..................................... UP
Walter Dabisza............................................... CP

## Signal & Train Control Committee

**Members:**

Rick Porath.................................................... CN
Richard Bowden ........................................ BNSF
Peter Arato ................................................... CP
Brian Sykes (Chair) ...................................... NS
Bruce Williams .............................................. UP

## Wireless Communications Committee

**Members:**

Bill Stroud ............................................ Amtrak
Robert Leedham ....................................... BNSF
Fred Gratke (Chair) .................................. BNSF
Carlos da Roza .............................................. CN
RogerDuPuis..... ........................................ CP
Bill Everett.............................................. CSXT
Rich Carter.................................................... NS
Ed Hollingsworth ........................................... UP
Walter Dabisza............................................... CP
Daniel Lafreniere........................................ RAC
Bob Hoffman ............................................ CSXT

## ISM Working Committee

**Members:**

John Orrison ............................................. BNSF
Ron Bertuzzi.................................................. CN
Phil Ireland .................................................. CP
John Irwin.................................................... NS
Cary Helton (Chair)....................................... CSX
Juan Carlos Miranda Hernandez................... FXE
Diana Greeley.............................................. KCS
Mike Connolly................................................ UP

## Railway Technology Working Committee

**Members:**

Mike Armstrong ......................................... BNSF
Craig Hill................................................... BNSF
Mark Stehly ............................................... BNSF
Bill Blevins.................................................... CN
Mike Roney .................................................. CP
Jim Cunningham ........................................... CP
Rich Regan ............................................... CSXT
Don Bagley................................................ CSXT
J. Manual Soler ............................................ FXE
Mike Chapman.............................................. KCS
Steve Tobias (Chair) ..................................... NS
G. W. Woods................................................. NS
Gerhard Thelen.............................................. NS
Ed Wailer ....................................................... PB
Jon Jeambey................................................ TTX
Mike Iden ...................................................... UP
Rex Beck........................................................ UP
Bill Wimmer................................................... UP

## Mechanical and Vehicle/Track Systems Research Committee

**Members:**

Terry Pitchford........AMSTED
Craig Hill........BNSF
Dennis Morgart........BNSF
Clay Norman........BNSF
William Blevins........CN
Stewart McFarlane........CN
Abe Aronian........CP
Anthony Manconi........CP
Glen Harrington........CP
Dennis Shaunessy........CSXT
Rich Regan (Chair)........CSXT
Bob Blank........NS
Scott Keegan........NS
Tim Drake........NS
Jon Jeambey........TTX
Dwight Clark........UP
Mike Iden........UP
Tom Mengel........UP

## Heavy Axle Load Engineering Research Committee

**Members:**

Willem Ebersohn........AMTK
Mike Armstrong........BNSF
Greg Fox........BNSF
Steve Millsap........BNSF
Nigel Peters........CN
Vern Graham........CP
Brent Laing........CP
Don Bagley........CSXT
Ray Zenisek........CSXT
Larry Romaine........HDR
Gary Woods........NS
R. W. Blank........NS
Craig Domski........UP
William Wimmer........UP
Dwight Clark........UP
David Connell........UP

## Technology Scanning Working Committee

**Members:**

Berno Jerzcmbeck........AMSTED
Hank Lees........BNSF
Mike Roney........CP
VACANT........CSX
Steve Murrell........NS
Hayden Newell........NS
Mike Iden (Chair)........UP
Bill Gemeiner........UP

## Risk Management Working Committee

**Members:**

Roy Deitchman........AMTK
Thomas A. Leopold........ARH
Mark Stehly........BNSF
Glen Wilson........CP
Skip Elliott........CSX
Chester Culley........KCS
Edith Rodriguez........KCSM
Charles J. Wehrmeister........UP
Bob Grimaila........UP

## Environmental Affairs Committee

**Members:**

Craig Caldwell........AMTK
Mel Burda........BNSF
Normand Pellerin........CN
Grete Bridgewater........CP
Neil Ferrone........CRSA
Carl Gerhardstein (Chair)........CSXT
Juan Pablo Molina Ortiz
Monasterio........FXE
Chester Culley........KCS
Edgardo Perez Pastrana........KCSM
Rich Russell........NS
Lanny Schmid (Chair)........UP
Gerald Gates........GWI

## GIS Committee

**Members:**

| | |
|---|---|
| Willem Ebersohn ........ AMTK | Brent Mason ........ NS |
| Steve Sullivan. ........ ASLRRA | Paul Steege ........ UP |
| Ed Chapman ........ BNSF | Tom Mengel ........ UP |
| Bob Debrie ........ BNSF | John Stone ........ CP |
| Stuart McFarlane ........ CN | Abby Clark (Chair) ........ CSX |
| Glenn Harrington ........ CP | John Calhoun ........ CSX |
| Lew Kellison ........ NS | Chet Culley ........ KCS |

## Grade Crossing & Trespass Prevention Committee

**Members:**

| | |
|---|---|
| Bob Noonan ........ AMTK | Allen Pepper ........ KCS |
| Paul Hoferer ........ BNSF | Dennis S. Mogan ........ Metra |
| Greg Guthrie ........ CN | Bill Barringer ........ NS |
| Steve Moerke ........ CP | David E. Peterson (Chair) ........ UP |
| Eric Peterson ........ CSXT | |

## Hazardous Materials (BOE) Committee

**Members:**

| | |
|---|---|
| Tom Leopold ........ ARHC | Romano DeSimone ........ CSXT |
| Tom Streicher ........ ASLRRA | Allen Richter ........ CR |
| Dave E. Edington (Chair) ........ BNSF | Steve McNealy ........ KCS |
| Jean Ouellette ........ CN | Dave Schoendorfer ........ NS |
| Mike DeSmedt ........ CN | Marco Antonio Gonzalez Garza ........ KCSM |
| Jim Kozey ........ CP | Pat J. Student ........ UP |

## Nuclear Waste Transportation Task Force

**Members:**

| | |
|---|---|
| Pat Brady ........ BNSF | Harry Hopes ........ CSXT |
| Herman Cunningham ........ CN | Dave Schoendorfer ........ NS |
| Phil Marbut ........ CP | Sandy Covi (Chair) ........ UP |
| | Chester A. Culley ........ KCS |

## Tank Car Committee

**Members:**

| | |
|---|---|
| P. G. Kinnecom ........ AAR | Paul Williams ........ NS |
| K.L. Warner ........ API | John Lewis ........ RAC |
| J Seeberger ........ ARR (ASLRRA) | H. Gassen ........ Shell Chemical/ACC |
| Pat Whelan ........ BNSF | H. H. Weber ........ Sulphur Institute |
| Frank Reiner ........ Chlorine Institute | Franco Minghi ........ KCSM |
| Dan Simpson ........ CN | T.H. Dalrymple ........ Trinity/RS |
| Dave Meyler (Chair) ........ CP | Todd Waggoner ........ TFI |
| Allen Richter ........ CR | S. L. Lauver ........ UP |
| Tim Mannas ........ CSXT | P. J. Student ........ UP/BOE COMM. |
| Milagros Fajardo Montiel ........ FXE | R.M. Richardson ........ USCPTA |
| J. Swezey ........ GATX/RSI | Rich Sobilo ........ UTCC/RSI |
| C. Culley ........ KCS | |

## Committee on Locomotive Emissions And Energy

**Members:**

| | |
|---|---|
| Roy Deitchman ........ AMTK | |
| Mark Stehly (Chair) ........ BNSF | Chet Culley ........ KCS |
| William Blevins ........ CN | Don Usak ........ NS |
| Dave Meyler ........ CP | Mike Iden ........ UP |
| Don Robey ........ CSXT | |

**Medical Committee**

**Members:**

- Dr. Thomas Pace ........ BNSF
- Hallie Burhoe R.N. ........ CN
- Dr. Dan Janiga ........ CP
- Dr. Thomas Neilson ........ CSXT
- Craig Heligman MD, MS ........ KCS
- C. Ray Pribble, MD ........ NS
- Dr. John Kelly........ UP

**Intermodal Committee**

**Members:**

- Tom Kelly (Co Chair) ........ BNSF
- Daniel Moseng, Jr ........ BNSF
- Barbara Leonard ........ CN
- Alan Parry........ CP
- Dave Ware ........ CSX
- Larry Shannon........ Greenbrier
- Richard Gore........ FURX
- Adam Rodery ........ KCS
- Paul Dean ........ NS
- Jerome A. Sharp........ NS
- Dan C. Heird ........ Pacer
- Frank F. Stec (Co Chair) ........ TTX
- Dan Klaus ........ UP
- Barry Michaels ........ UP

**Intermodal Operations Subcommittee**

**Members:**

- Ken Schmidt........ ARI
- Tom Kelly (Chair) ........ BNSF
- Ed Zatac........ BNSF
- Bazbra Leonard........ CN
- Alan Parry........ CP
- Dan Roscoe ........ CSXT
- Bill Burger ........ HDR
- Adam Rodery........ KCS
- Paul Dean ........ NS
- Bob Wolbert ........ Progress Rail
- Barry Michaels ........ UP
- Eric Moffett........ VTR

# Other Railroad Related Organizations

**American Railway Engineering and Maintenance-of-Way Association (AREMA)**
10003 Derekwood Lane, Suite 210
Lanham, MD 20706-4362
301-459-3200 – Phone
301-459-8077 – Fax
www.arema.org

**American Short Line and Regional Railroad Association (ASLRRA)**
50 F Street, NW, Suite 7020
Washington, DC 20001-1536
202-628 4500 – Phone
202-628-6430 – Fax
www.aslrra.org

**American Public Transportation Association (APTA)**
1666 K Street, NW
Washington, DC 20006-1215
202-496 4800 – Phone
202-496-4321 – Fax
www.apta.com

**Bureau of Transportation Statistics**
400 7th Street, SW
Room 3103
Washington, DC 20590
800-853-1351 – Toll Free
www.bts.gov

**Coalition for Affordable and Reliable Energy (CARE)**
50 F Street, N.W., Suite 5300
Washington, DC 20001
202-639-2802 – Phone
202-639-2803 – Fax
www.careenergy.com

**U.S. Department of Homeland Security**
U.S. Department of Homeland Security
Washington, D.C. 20528

**Fatigue Initiative**
www.du.edu/transportation/fatigue/

**Federal Railroad Administration (FRA)**
1120 Vermont Ave, NW
Washington, DC 20590
202-493-6024 – Phone
www.fra.dot.gov

**National Transportation Safety Board**
490 L'Enfant Plaza, SW
Washington, DC 20594
202-314-6000 – Phone
www.ntsb.gov

**Operation Lifesaver Inc.**
1420 King Street, Suite 401
Alexandria, VA 22314
703-739-0308 – Phone
800-537-6224 – Toll Free
703-519-8267 – Fax
www.oli.org

**Railway Industrial Clearance Association**
101 North Wacker Drive
Chicago, IL 60606
Attn: Bill Thurow
(312) 984-3770 – Phone
(312) 984-2689 – Fax
www.rica.org

**Railway Supply Institute, Inc. (RSI)**
50 F Street, NW, Suite 7030
Washington, DC 20001
202-347-4664 – Phone
202-347-0047 – Fax
www.rsiweb.org

**Railroad Performance Measures**
www.railroadpm.org

**Surface Transportation Board**
395 E Street, SW
Washington, DC 20423-0001
202-245-0245 – Phone
www.stb.dot.gov

**U.S. Department of Transportation**
400 7th Street, SW
Washington DC 20590
202-366-4000 – Phone
www.dot.gov

**Transportation Security Administration**
Office of Civil Rights
Mail Stop: TSA-6
400 7th Street, SW
Washington, D.C. 20590
202-366-4000 – Phone
www.tsa.dot.gov

# State Rail Associations

Alabama

Deborah Miller
Alabama State Railroad Association
Miller Development Group
3 South Jackson
Montgomery, AL 36104
(334) 264-5537 – Phone
(334) 221-1054 – Mobile
E-mail – mdginc@bellsouth.net

Arizona

Lowell S. Jacobson
Arizona State Railroad Association
Copper Basin Railway, Inc.
P.O. Drawer I – Highway 77
Hayden, AZ 85235
(520) 356-7730 – Phone
(520) 356-6304 – Fax
E-mail – cbry@rail-management.com

Arkansas

Joe Bell
Arkansas Railroad Association
318 Keightly Drive
Little Rock, AR 72207
(501) 350-5353 – Phone
E-mail – joebell4@yahoo.com

California

Jalene Forbis
Executive Director
California State Railroad Association
P.O. Box 1500
McCloud, CA 96057
(530) 859-0201 – Phone
(530) 666-2919 – Fax
E-mail – CSLRA@hotmail.com
Web site — www.cslra.org

Connecticut
Jennifer Maloney
Connecticut State Railroad Association
Lobbyist
Gaffney, Bennett & Associates
One Liberty Square
New Britian, CT 06051
(860) 229-0301 – Phone
(860) 225-4627 – Fax
E-mail – jmaloney@gaffneybennett.com

Florida

Bennett J. Biscan
President
3001 Orange Avenue
P.O. Box 967
Plymouth, FL 32768
(407) 880-8500 – Phone
(407) 880-7748 – Fax
E-mail – bbiscan@fcrr.com
Web site – http://www.floridarailroads.com

Georgia

Duane Broxterman
President
Georgia Railroad Association
908 Elm Ave.
Americus, GA 31709
(229) 924-7662 – Phone
(229) 924-7665– Fax
E-mail – dbroxterman@hograil.com
Web site – www.georgiarailroad.org

Illinois

Joe Ciaccio
President
Illinois Railroad Association
408 S. Fifth Street, Suite 200
Springfield, IL 62701
(217) 753-8739 – Phone
(217) 753-3439 – Fax
E-mail – jciaccio@aol.com

Indiana

Thomas E. Fruechtenicht
Senior Vice President
Bose Treacy Associates LLC
1600 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5469 — Phone
(317) 231-0469 — Fax
E-mail – TEF@bosetrecy.com

Kansas
Pat Hubbell
Kansas Railroads
800 Jackson, Suite 914
Topeka, KS 66612
(785) 235-6237 – Phone
(785) 435-3390 – Fax
E-mail – hub@clnetworks.com

Kentucky

Tony Reck
President & CEO
Paducah & Louisville Railway, Inc.
1500 Kentucky Avenue
Paducah, KY 42003
(270) 444-4341 – Phone
(270) 444-4388 – Fax
E-mail – avreck@palrr.com

Louisiana

Carmack Blackmon
General Counsel & Legislative Rep.
P.O. Box 44035
Baton Rouge, LA 70802
(225) 388-9871 – Phone
(225) 388-9887 – Fax
E-mail – larailroad@bellsouth.net

Massachusetts

Jack Dail
President
2 Federal St., Suite 201
St. Albans, VT 05478
(802) 527-3513 – Phone
(802) 527-3482– Fax
E-mail – jack.dail@railamerica.com

Michigan

Robert J. Chaprnka
President
120 N. Washington Square, Suite 601
Lansing, MI 48933
(517) 482-9413 – Phone
517) 482-9225 — Fax
E-mail – mra@michiganrailroadassociation.com
Web site – www.michiganrailroadsassociation.com

Minnesota

John Apitz
145 University Avenue, W, Suite 450
St. Paul, MN 55103
(651) 956 9211 – Phone
(651) 228 9787 – Fax
E-mail – japitz@mandklaw.com
Web site – minnesotarailroads.com

Mississippi

Clifford Thompson
Executive Director
814 N. President Street
Jackson, MS 39202
(601) 948-3514 – Phone
(601) 352-3896 – Fax
E-mail – eagle@jam.rr.com

Missouri

Bill Gamble
Gamble & Schlemeir
Missouri Railroad Association
213 East Capitol
Jefferson City, MO 65102
(573) 634-4876 – Phone
(573) 635-6258 – Fax
E-mail – bill@molobby.com

New Jersey

Bob Bailey
President
New Jersey Short Line Railroad Association
203 Port Jersey Blvd.
Jersey City, NJ 07305
(201) 434-8373 – Phone
(201) 434-8242 – Fax
E-mail – pjrr1@aol.com
Web site – www.njshortline.com

New York

Norman R. Schneider
Executive Director
Railroads of New York
61 Columbia Street, Suite 403
Albany, NY 12210
(518) 463-2603 – Phone
(518) 463-5991 – Fax
E-mail – ronyed@nycap.rr.com
Web site — www.railroadsofny.com

North Carolina

Barbara Marcum
Executive Director
Railway Association of North Carolina
P.O. Box 37606
Raleigh, NC 27627
(919) 818-0011 – Phone
(919) 329-9021 – Fax
E-mail – ncrailways@earthlink.net
Website – www.ncrailways.net

Ohio

Arthur J. Arnold
President
Ohio Railroad Association
172 E. State Street, Suite 300
Columbus, OH 43215
(614) 224-4010 – Phone
(614) 228-5637 – Fax
E-mail – aarnold@columbus.rr.com

Oklahoma

John Kyle
Oklahoma Railroad Association
709 Fox Hill Drive
Edmund, OK 73034
(405) 285-1170 – Phone
(405) 285-0212 – Fax
E-mail – johnkyle4ora@cox.net

Oregon

David Root
President
Oregon Short Line Railroad Association*
Willamette Valley Railway Company
P.O. Box 917
McMinnville, OR 97128
(503) 435 - 9891 – Phone
(503) 435 -9891 – Mobile
E-mail – dproot@onlinemac.com
*represents Short Line Railroads only

Lana Butterfield
Executive Director
Oregon Rail Users League (ORULE) *
P.O. Box 1517
Wilsonville, OR 97070
(503) 682-3839 – Phone
(503) 682-9201 – Fax
(503) 819-5800 – Mobile
Email – lanab@teleport.com

Pennsylvania

TBD

South Carolina

Kenneth A. Pippin
Chairman
South Carolina Association of Railroads
171 Highway 905
Conway, SC 29526
(843) 248-8008 Ext. 27 – Phone
(843) 248-8003 – Fax
E-mail – csrjp@sccoast.net
Website – www.scrailways.org

Tennessee

Ron Riley
Chair
Tennessee Railroad Association
1 Court Square
Trenton, TN 38382
(731) 855-7613 – Phone

Texas

Ron M. Olson
Government Affairs – UP Railroad
Texas Railroad Association
1001 Congress Ave., Suite 250
Austin, TX 78701
(512) 478-5881 – Phone
(512) 478-5882 – Fax
E-mail – rmolson@up.com

Dennis Kearns
Legislative Counsel
BNSF Railway
1001 Congress Avenue, Suite 250
Austin, TX 78701- 2423
(512) 473-2823 – Phone
(512) 473-8570 – Fax
E-mail – dennis.kearns@bnsf.com

Laura Matz
Texas Railroad Association
1001 Congress Ave., Suite 250
Austin, TX 78701
(512) 478-9389 – Phone
E-mail – txrra@austin.rr.com

Vermont

Anthony Otis
Vermont Railroad Association
P.O. Box 1575
Montpelier, VT 05601-1575
(802) 229-5200 – Phone
(802) 229-5930 – Fax
E-mail – anthony.otis@aldephia.net

Virginia

Robert E. Bryant
Vice President
Virginia Railroad Association
P.O. Box 336
Dillwyn, VA 23936
(434) 983-3300 – Phone
(434) 983-3270 – Fax
E-mail – rebryant@buckinghambranch.com
Web site – www.varail.com

Washington

Brig Temple
President
Columbia Basin Railroad Company
111 S. 33rd St., Suite 200
Yakima, WA 98901
(509) 453-9166 ext. 102 – Phone
(509) 453-9349 – Fax
E-mail – btemple@cbrr.com

Wisconson

Sam Gratz
Wisconsin Railroad Committee
119 Martin Luther King Jr. Blvd., Suite LL6
Madison, WI 53707
(608) 251-6394 – Phone
(608) 251-3394 – Fax
(608) 345-6394 – Cell
E-mail – samgratz@tds.net

# PX0005-PX0017

# Filed Under Seal

# EXHIBIT PX0018

**ASSOCIATION OF AMERICAN RAILROADS**

**BYLAWS**

Adopted July 31, 1992

# ASSOCIATION OF AMERICAN RAILROADS

## BYLAWS

### Article I - PURPOSE

The purpose of the Association of American Railroads (Corporation) is to promote the common business interests of railroads within the meaning of Section 501(c)(6) of the Internal Revenue Code of 1986, as amended.

### Article II - MEMBERS AND MEMBERSHIP

SECTION 1. Classes of Members. There shall be three classes of members of the Corporation (Members). Each organization that is a Member on the date these Bylaws are adopted shall continue to be a Member of the same class as such organization was prior to adoption of these Bylaws, subject to the provisions set forth herein. The rights and obligations of membership shall be as prescribed by these Bylaws and otherwise determined by the Board of Directors (Board).

The classes of and admission to membership in the Corporation shall be as follows:

(a) Full Members. Any railroad organized under the laws of the United States or any State thereof and classified by the Interstate Commerce Commission as a Class I road shall be eligible for admission as a Full Member and shall be admitted to membership upon written application addressed to the Board. Upon written application to and with the approval of the Board, any other railroad or any switching or terminal company may be admitted as a Full Member without regard to classification by the Interstate Commerce Commission.

(b) Special Members. Upon written application to and with the approval of the Board, any railroad organized under the laws of Canada or Mexico or any governmental subdivision thereof may be admitted as a Special Member on such basis and having such rights and obligations as such railroad and the Board may agree upon in writing.

(c) Associate Members. Upon written application to and with the approval of the Board, any railroad and any switching or terminal company may be admitted as an Associate Member.

Application for membership in the Corporation shall be in writing addressed to the Board and shall specify the class of membership sought by the applicant. Application for and admission to membership shall constitute acceptance by the applicant of all provisions of these Bylaws.

SECTION 2. Voting and Quorum. (a) Subject to the limitations set forth in Section 3 of this Article and except as otherwise permitted or provided herein, each Full Member shall be entitled to one vote on all matters to be voted upon at any Annual Meeting or Special Meeting of Members and on all matters submitted to Members for a vote by mail. However, when directed by the Board, voting power may be measured by annual gross freight service revenues ("freight revenues") or by assessments for the Corporation's expenses or may be measured with respect to particular matters or classes of matters in terms of ownership of particular or suitable combinations of units of equipment, facilities, miles of road or miles of track; when voting power is measured by freight revenues, the voting power of the National Railroad Passenger Corporation shall be measured using one-half of its gross passenger service revenues instead of freight revenues.

(b) Each Special Member shall have such voting privileges, if any, as may be specified in its agreement with the Board, as provided in Section 1(b) of this Article. Associate Members shall not be entitled to vote.

(c) Voting on all matters by the membership of the Corporation may be conducted by mail (which may be via electronic or facsimile transmission).

(d) Members representing a majority of the voting power entitled to vote, as designated by the Board, represented in person or by letter, mail, electronic or proxy ballot, shall constitute a quorum at any meeting of the Members or for purposes of any vote conducted by mail.

(e) A majority of the voting power exercised shall carry any vote provided a quorum exists.

SECTION 3. Controlled Organizations. (a) A company which is admitted as a Full Member and is owned by or controlled by or subject to control to the extent of 50% or more by another Full Member or group of Full Members shall not have any independent voting rights. However, where voting is on the basis of freight revenues, assessments for Corporation expenses, ownership of units of equipment, facilities, track or the like, such controlled company's voting power shall be aggregated in appropriate proportion (as determined by the Board) with that of the controlling Member or Members.

(b) Any group of Full Member railroads that is owned, controlled or subject to control to the extent of 50% or more by a single corporation which is not a railroad or by a railroad that is not a Full Member may, with the approval of the Board, be treated as a single Full Member.

(c) For all purposes, the freight revenues of each Full Member shall include the freight revenues of other United States railroad, terminal and switching companies that are not themselves Full Members and that are 50% or more controlled or subject to control by or under common control with the Full Member, except that--

(i) if such other railroad, terminal or switching company is controlled less than 100% by the Full Member, only the proportion of the freight revenues equal to the percentage of control shall count when determining the Full Member's revenues, and

(ii) if more than one Full Member of the Corporation is under common control with one or more non-member railroad, terminal or switching companies, the freight revenues of the non-member railroad, terminal or switching company shall be divided equally between or among the Full Members that are under common control.

Until January 1, 1993, this subsection 3(c) shall not apply with respect to a non-member company under common control with a Full Member if such company was not a Full Member of the Association of American Railroads on January 1, 1992.

(d) Nothing herein shall prevent any Full Member from dividing its aggregate voting power so as to vote part of it in one way and part of it in another way.

SECTION 4. Annual and Special Meetings. The annual meeting of the Members of the Corporation shall be held on such date in October, November or December as the Board may designate. At each Annual Meeting the President of the Corporation shall submit a report of the activities of the Corporation during the year and shall announce the appointment of directors (selected in accordance with Article III hereof) and the makeup of the Board for the following year. Special meetings of the Members shall be held whenever called by the Board or by five Full Members. All meetings of the Members shall be held at the time and place stated in the notice of meeting.

SECTION 5. Withdrawal of Membership. Any Member may resign its membership by delivering a written notice of withdrawal to the President. A notice of withdrawal of membership shall be effective on the date stated in the notice which date shall not be earlier than the date the notice is received by the President nor later than the last day of the calendar year of the most recently approved budget of the Corporation. If the notice of withdrawal does not state an effective date, it shall be effective on the date it is received by the President. Upon receipt by the President of a notice of withdrawal, whether or not the withdrawal is to be effective at a later date specified in the notice, neither the

withdrawing Member nor its representative on the Board thereafter shall be entitled to vote on any matter to be voted upon by any of the Members or by the Board.

SECTION 6. Rights of Members. Nothing in these Bylaws shall in any way prohibit or restrain any Member from acting individually and independently of the Corporation or of any and all other Members with respect to any of the matters covered hereby, and the right of individual and independent action is expressly reserved to each Member.

## Article III - BOARD OF DIRECTORS

SECTION 1. Definitions. For the purposes of this Article III, the term "Chief Executive" shall mean the president, chairman of the board, trustee or chief executive officer of a Full Member as shall be designated by such Full Member, or, subject to approval of the Board in individual circumstances, another senior officer or director of such Full Member. For the purposes of this Article III, the term "Adjustment Ratio" shall be the fraction, the numerator of which shall be the freight revenues of all Class I railroads in 1979, and the denominator of which shall be the freight revenues of all Class I railroads in the preceding year.

SECTION 2. Function. General supervision and control of the affairs of the Corporation shall be vested in a Board. The directors shall be appointed annually as provided in section 4 of this Article III and shall hold office for one year or until their successors are appointed.

SECTION 3. Members of the Board. The Board shall consist of (i) the Chief Executives of Full Members appointed annually as provided in Section 4 of this Article III, (ii) the Chief Executive of National Railroad Passenger Corporation who shall be an ex-officio director without voting rights, (iii) a representative of the Canadian Special Members, appointed as such Special Members see fit, who shall be an ex-officio director without voting rights, (iv) a representative of the Mexican Special Members, appointed as such Special Members see fit, who shall be an ex-officio director without voting rights, and (v) the President of the Corporation. The Board may authorize each director to designate an officer of the Member he represents to serve as his alternate, with full authority to act in his stead and subject in each case to specific approval of the designation by the Board.

SECTION 4. Appointment of Directors. For the purpose of appointing Full Member representatives as directors of the Corporation, prior to each Annual Meeting of the Members, those Full Members that are line haul railroads whose freight revenues for the preceding year multiplied by the Adjustment Ratio equal or exceed $20 million (but not including National Railroad Passenger

Corporation and Members that are 50% or more controlled or subject to control by one or more Full Members) shall be divided into two groups, as follows:

GROUP I Those Full Members whose freight revenues for the preceding year multiplied by the Adjustment Ratio equal or exceed $100 million.

GROUP II The remaining Full Members.

The Chief Executive of each Full Member in Group I shall be appointed a director of the Corporation for the following year. The Chief Executive of one of the Full Members included in Group II shall be appointed a director of the Corporation for the following year on a rotational basis approved by the Board. There shall be substitution on the Board of any person who should succeed any Chief Executive serving during the year.

SECTION 5. Vacancies. Any vacancy arising among the directors, whether resulting from death, resignation or otherwise, shall be filled by appointment of a successor by the Member or group of Members whose representative's death, resignation or other departure resulted in the vacancy.

SECTION 6. Chairman. At its first meeting following the Annual Meeting of Members, the Board shall elect from among their number a Chairman to serve a term of one year or until his successor is elected, whichever is later. If the office becomes vacant by reason of death, resignation or otherwise, the Board shall elect a successor to hold the office for the unexpired term. The Chairman shall preside over meetings of the Board, of the Executive Committee and of the Members and shall perform such other duties as the Board may direct from time to time. The Chairman shall serve as an ex-officio member of all committees appointed by the Board.

SECTION 7. Meetings and Voting. Regular meetings of the Board shall be held at the times and places designated by it. Special meetings of the Board may be called by the Chairman or by request of not less than three members of the Board. A majority of the number of directors shall constitute a quorum for the purpose of any meetings and matters. A motion shall be carried if (i) it is supported by a majority of all those voting, and (ii) it is supported by directors representing the Members or group of Members having at least 60% of the freight revenues for the preceding year of all those voting.

SECTION 8. Executive Committee. There shall be an Executive Committee consisting of members of the Board to be selected by the Board. The Board shall have power from time to time to fix the number of members of the Executive Committee, but there shall never be fewer than five nor more than nine members in addition to the

President of the Corporation, who shall be an ex-officio member of the Executive Committee, and the Chairman of the Board, who shall serve as Chairman of the Executive Committee. A majority of the members of the Executive Committee shall constitute a quorum for the purpose of any meetings and matters. A motion coming before the Executive Committee shall be carried if it is supported by the majority of those members present or represented, provided a quorum exists. During intervals between meetings of the Board, the Executive Committee may exercise the powers of the Board, reporting its action to the next meeting of the Board for approval.

SECTION 9. Committees and Officers. The Board may appoint one or more committees as deemed necessary for the conduct of the affairs of the Corporation.

SECTION 10. Election of Officers. The Board shall appoint the officers of the Corporation and fix their compensation and the terms of their employment.

SECTION 11. Unanimous Consent. Any action which may be taken at a meeting of the Board, the Executive Committee, or other Board committee may be taken without a meeting if a consent in writing, describing the action taken, is signed by all those entitled to vote on the matter.

## Article IV - OFFICERS

SECTION 1. Corporate Officers. The officers of the Corporation shall be a President and Chief Executive Officer, an Executive Vice President, a Secretary, and a Treasurer, the latter two of which offices may be held by the same person. The Board, or the President with the approval of the Board, may appoint such additional Vice Presidents and other officers as deemed necessary and appropriate.

SECTION 2. President and Chief Executive. The President shall be the chief executive officer of the Corporation. He shall exercise general supervision over the affairs of the Corporation and shall have such power and authority as is usual, customary and desirable to perform all the duties of the office. He shall perform such duties as shall be assigned to him by the Board. In the absence or disability of the President, the Executive Vice President, or in his absence or disability, a Vice President of the Corporation, to be designated by the Board, shall discharge the duties of the President.

SECTION 3. Executive Vice President. The Executive Vice President shall, in the absence of the President, perform the duties of that office, as provided in Section 2 of this Article, and shall perform such other duties as may be assigned to him by the President or the Board.

SECTION 4. Secretary. The Secretary shall keep a full and complete record of proceedings of all meetings of the Members, of the Board, and of the Executive Committee, and perform such other duties as may be assigned to him by the President or the Board.

SECTION 5. Treasurer. The Treasurer shall be responsible for the funds of the Corporation, shall receive, disburse and account for all monies received and expended, shall make monthly reports of the finances to the Board and shall give such bond as the Board may direct. He shall deposit the funds of the Corporation in such bank or banks as may be designated by the Board.

SECTION 6. A Vice President or any other officer shall have such duties as may be designated by the Board or the President.

## Article V - DEPARTMENTS

SECTION 1. Corporate Departments. The Corporation shall be organized into departments, as follows:

A. Administration
B. Communications
C. Economics and Finance
D. Law
E. Legislative
F. Operations and Maintenance
G. Research and Test

Each department shall be under the direct supervision of the President, a Vice President, or an officer designated by the President. Subject to approval by the President, the work of each of the several departments may be subdivided into such divisions as the Vice President or officer in charge may direct.

SECTION 2. Duties. The Board shall have power to assign particular duties to any department in addition to the normal duties of each, to transfer to any department or affiliated entity it should create and control any activity then being performed by any other department, and to discontinue and abolish any department the work of which is considered no longer necessary. The President also shall have power to assign particular duties to any department.

SECTION 3. Appointment of Committees. Subject to approval by the President, the head of each department shall appoint such Committees as he may deem necessary. Committee members shall be selected from the Members to insure adequate representation of the experience, practice, and geographical location of the Members.

## Article VI - ASSESSMENTS, DUES, AND BUDGETS

SECTION 1. Assessments. The expenses of the Corporation shall be met by assessments made by the Board, assessments to be paid by Full and Special Members.

(a) Assessments of Full Members shall be in proportion to freight revenues as of a period to be determined from time to time by the Board except that the National Railroad Passenger Corporation shall be assessed at the regularly established assessment rate applied against one-half of its gross passenger service revenues.

(b) Assessments of Special Members shall be on such terms and at such rates as prescribed by the agreement described in Section 1(b) of Article II.

SECTION 2. Payments from Associate Members. Associate Members shall pay dues at a rate to be determined by the Board.

SECTION 3. Special Arrangements. The Board also may establish special arrangements for determining assessments or dues of and payments to be made by any Member in bankruptcy or similar proceedings and any new Members.

SECTION 4. Withdrawing Members. A Member giving notice of withdrawal of membership shall remain obligated (under the assessment formula established pursuant to this Article VI) to pay its proportionate share of assessments made by the Board to meet the expenses of the Corporation under any annual budget (or budget amendment) approved by the Corporation prior to the date that written notice of a withdrawal is provided to the President of the Corporation. Further, a withdrawing Member shall be specifically obligated to pay its proportionate share of assessments to meet extraordinary or long-term commitments of the Corporation that are approved by the Corporation prior to the date that written notice of withdrawal is provided to the President of the Corporation. For purposes of this Section 4, extraordinary or long-term commitments mean debts, guaranties, obligations incurred in connection with the acquisition of an asset, and other contractual obligations extending beyond the year in which the obligation is incurred. Extraordinary or long-term commitments that fall within this Section 4 will be stated as such by the Board at the time that the proposed undertaking is presented for approval. Such obligation of a withdrawing Member to pay its proportionate share of previously approved annual budget expenses and assessments for extraordinary or long-term commitments of the Corporation shall exist regardless of whether the assessments made by the Board under this Article VI to fund such expenses are levied upon the withdrawing member subsequent to the date that notice of withdrawal of membership is provided or subsequent to the date that the withdrawal becomes effective. If a withdrawing Member is called upon to pay its share

of an assessment after its resignation has become effective, its proportionate share shall be computed as of the date of its effective resignation. Nothing in this provision shall operate to release a withdrawing Member from any financial obligation it would otherwise have as a result of its participation in activities while a member of the Corporation.

SECTION 5. Budget. The Board shall adopt each year a budget for the Corporation.

## Article VII - AUDIT

A complete audit of the accounts of the Corporation shall be conducted each year by a major independent accounting firm and the resulting report shall be furnished to the Board in timely fashion. The Board may also authorize such additional audits by either an independent organization or by Members' auditors as it deems proper.

## Article VIII - PRINCIPAL OFFICE

The principal office of the Corporation shall be located in Washington, D.C., and branch offices may be established elsewhere as the Board may approve.

## Article IX - DISSOLUTION

Upon dissolution, the balance of any assets or property of the Corporation which remains after all debts or obligations are paid will be distributed to any other nonprofit organization which has been determined by the Internal Revenue Service to be exempt from federal income tax under section 501(c)(3) or 501(c)(6).

## Article X - AMENDMENTS

The provisions of these Bylaws may be amended or modified at any time by the Board in accordance with Section 7 of Article III.

RESOLUTION AMENDING AAR BYLAWS
TO PROVIDE FOR THE ESTABLISHMENT OF
AAR DEPARTMENTS

WHEREAS, Article V of the Bylaws of the Association of American Railroads provides that the Corporation shall be organized into seven named departments, and

WHEREAS, Article X of the Bylaws provides that the provisions of the Bylaws may be amended by the Board of Directors, and

WHEREAS, the Board deems that the best interests of the Corporation would be served by providing in the Bylaws for flexibility for the President or the Board to establish such departments of the Corporation deemed necessary or appropriate,

NOW, THEREFORE BE IT

RESOLVED: That Article V, Section 1 of the Bylaws is amended to read:

Corporate Departments. The Corporation shall be organized into departments. Subject to the power of the Board to discontinue and abolish any department as set forth in Section 2, the President or the Board may establish such departments as deemed necessary or appropriate to carry out the work of the Corporation.

Each department shall be under the direct supervision of the President, a Vice President, or an officer designated by the President. Subject to approval by the President, the work of each of the several departments may be subdivided into such divisions as the Vice President or officer in charge may direct.

Adopted Nov. 12, 1993

**Resolution Amending Article IV of AAR Bylaws**
**Regarding Officers**

WHEREAS, Article IV the Bylaws of the Association of American Railroads (AAR) currently provides for the officers of the corporation to be a President and Chief Executive Officer, an Executive Vice President, a Secretary, a Treasurer, and additional Vice Presidents and other officers as deemed necessary and appropriate, and

WHEREAS, the Board of Directors deems that it would be in the best interests of the AAR to provide greater flexibility in the appointment of officers by modifying such Bylaws to eliminate the requirement that there be an Executive Vice President, and

WHEREAS, Article X of the AAR Bylaws permits the Board to amend the Bylaws,

NOW, THEREFORE BE IT RESOLVED, That Section 1 of Article IV shall be amended to read as follows:

> Corporate Officers. The officers of the Corporation shall be a President and Chief Executive Officer, a Secretary, and a Treasurer, the latter two of which offices may be held by the same person. The Board, or the President with the approval of the Board, may appoint Vice Presidents and other officers as deemed necessary and appropriate.

FURTHER RESOLVED, That Section 3 of Article IV shall be deleted, and the subsequent sections 4 through 6 in Article IV shall be re-designated as Sections 3 through 5.

Adopted this 21st day of November, 1997, at a meeting of the Board of Directors of the Association of American Railroads.

Janet L. Bartelmay
Secretary
Association of American Railroads

**Resolution Amending AAR Bylaws**
**Regarding Directors**

WHEREAS, Section 3 of Article III of the Bylaws of the Association of American Railroads (AAR) describes the composition of the AAR's Board of Directors, and

WHEREAS, the Board of Directors deems that it would be in the best interests of the AAR to redefine the composition of the Board of Directors, and

WHEREAS, Article X of the Bylaws permits the Board of Directors to amend such Bylaws,

NOW, THEREFORE BE IT RESOLVED, That the first sentence of Section 3 of Article III of the Bylaws is amended to read as follows:

> The Board shall consist of (i) the Chief Executives of Full Members appointed annually as provided in Section 4 of this Article III, (ii) the Chief Executive of National Railroad Passenger Corporation who shall be an ex-officio director without voting rights, (iii) a representative of the Canadian Special Members, whose appointment and rights shall be determined pursuant to Section 1(b) of Article II, (iv) one or more representatives (the number to be determined annually by the Board) of the Mexican Special Members, whose appointments and rights shall be determined pursuant to Section 1(b) of Article II, and (v) the President of the Corporation.

Adopted this 21st day of November, 1997, at a meeting of the Board of Directors of the Association of American Railroads.

Janet L Bartelmay
Secretary
Association of American Railroads

EXCERPT FROM AAR BOARD OF DIRECTOR MINUTES FOR:

ADOPTED NOVEMBER 10, 2000

**Membership Restructuring Proposal**

The Board unanimously adopted the following resolution to restructure AAR membership and amend the Bylaws to allow such restructuring. Under the approach, the current form of Associate Membership is eliminated and the Board is authorized to create additional forms of membership. The Board further authorized AAR management to implement a membership restructuring proposal that allows for Railroad and Non-Railroad Associate Membership beginning January 1, 2001.

Resolution to Restructure AAR Membership
and Amend the Bylaws to Allow Restructuring

RESOLVED, That the Board of Directors of the Association of American Railroads (AAR) hereby adopts the membership restructuring proposal described in the October 27, 2000 memorandum from AAR President Edward R. Hamberger (a copy of which is attached hereto[1]), and directs AAR management to take such steps as are necessary to implement said proposal.

FURTHER RESOLVED That the Board hereby amends the AAR Bylaws to allow such restructuring by –

1. Striking paragraph (c) of Section 1 of Article II and inserting in lieu thereof:

   (c) Other Forms of Membership. Other classes of membership may be established by the Board having such rights and obligations as the Board may determine.

2. Striking the second sentence of Article II, Section 2(b).

3. Striking Section 2 of Article VI and re-designating the subsequent Sections 3 through 5 as Sections 2 through 4.

---

[1]The proposal is attached to these minutes.

# Restructure of AAR Membership

October 27, 2000

TO: Members of the Board

FROM: Ed Hamberger

As I mentioned at our last Board meeting, we have been examining AAR's existing membership structure, comparing it to those at other trade associations, in order to determine if any changes in our structure might be worthwhile. Based on this study, management recommends that our current organization with respect to Full and Special Members be preserved, thus keeping in place the existing governance structure that seems to have proven successful. However, we recommend that changes be made to AAR's "secondary" forms of membership. Specifically, management recommends that AAR's existing structure (which provides smaller railroads and suppliers very limited benefits restricted to the safety and operations areas) be expanded to allow non-Class I railroads and suppliers to become Associate Members of the Association, with greater benefits than those offered currently, including certain benefits directed at the individual member's particular interest area. Associate Members would have no voting rights, and Associate Membership would not jeopardize our mission as directed by the AAR Board. However, these new memberships would create a more expansive association that could be beneficial in carrying out the industry's policy objectives as well as providing an opportunity to market our services and reduce Full Member dues over time.

Under this proposal, AAR would offer the following new types of memberships:

Railroad Associate Membership

Railroad Associate Membership would replace AAR's current Associate Membership and would be available to any non-Class I railroad, including railroads located outside North America. Railroad Associate Members would be entitled to receive certain generalized services, such as special access to AAR's website that provides members with an array of industry-related information; an invitation to the AAR Annual Meeting, AAR Legislative Day in Washington, the AAR's Annual Environmental Achievement luncheon and Harriman Award luncheon, and other AAR-sponsored conferences, seminars, educational forums and policy briefings; a subscription to AAR's regularly-scheduled report designed to keep members abreast of industry activities (those on Capitol Hill as well as other activities affecting the railroad industry); a complimentary copy of AAR's Railroad Fact Book and a choice of three other AAR publications (to be selected by the member from a list of various AAR publications); and member rates on all other AAR publications and seminars. In addition, the Railroad Associate Member would be entitled to participate in five AAR "Concentration Areas" (described further below) enabling the member to receive information about specialized areas of interest. (Participation in additional concentration areas would be available for an extra charge.)

Railroad Associate Members based in North America would pay an annual assessment based on their gross freight service revenues in accordance with the following schedule:

| Railroads with operating revenues of .... | Annual Dues |
|---|---|
| less than $10 million | $5,000 |
| at least $10 million but less than $50 million | $20,000 |
| at least $50 million but less than $90 million | $35,000 |
| $90 million or more | $50,000 |

The annual dues for Railroad Associate Members based outside of North America would be $20,000.

Non-Railroad Associate Membership

Non-Railroad Associate Membership would be available to railroad suppliers. A Non-Railroad Associate Member would be entitled to receive certain generalized services, such as an invitation to selected policy briefings, a subscription to AAR's regularly-scheduled report designed to keep members abreast of industry activities (those on Capitol Hill as well as other activities affecting the railroad industry); a complimentary copy of AAR's Railroad Fact Book, member rates on all other AAR publications, a full page ad in an AAR Member Directory, and a listing on AAR's website. In addition, the Non-Railroad Associate Member would be entitled to participate in one AAR "Concentration Area" (described below) enabling the member to receive information about a specialized area of interest. (Participation in additional concentration areas would be available for an extra charge.) Dues for a Non-Railroad Associate Member would be set at $5,000 per year.

Concentration Areas

In order to provide Associate Members information about their specialized fields of interest, AAR has designated the following "Concentration Areas":

1. Technical Services
2. Car Service/Car Hire
3. Damage Prevention & Freight Claims
4. Tank Car
5. Federal Safety and Regulatory Activities
6. Communications, Signals & Train Control
7. Environment
8. Hazardous Materials
9. General Claims
10. Treasury Division
11. Accounting Division

AAR would provide particularized information about that field of interest to participants in the Concentration Area.

Implementation of the Proposal

To implement the proposal described above, a bylaw amendment would be needed that would eliminate the current Associate Membership (which provides limited benefits restricted to the safety and operations area) and allow for the creation of the Associate Memberships described above. To provide the greatest flexibility, the attached proposed amendment to the Bylaws would strike the reference to the current Associate Membership and insert in lieu thereof a provision allowing the Board to create additional forms of memberships with such rights and obligations as the Board may determine. (All provisions related to Full and Special Members would remain unchanged.)

Recommendation

Management recommends that the Board adopt the attached amendment to the Bylaws eliminating the current Associate Membership and allowing the Board to create additional forms of membership. Management further recommends that the Board direct management to implement the membership restructuring proposal described herein, with Railroad and Non-Railroad Associate Memberships available under such terms described above effective January 1, 2001.

*(Proposed)*

**Resolution to Restructure AAR Membership and Amend the Bylaws to Allow Restructuring**

RESOLVED, That the Board of Directors of the Association of American Railroads (AAR) hereby adopts the membership restructuring proposal described in the October 27, 2000 memorandum from AAR President Edward R. Hamberger (a copy of which is attached hereto), and directs AAR management to take such steps as are necessary to implement said proposal.

FURTHER RESOLVED That the Board hereby amends the AAR Bylaws to allow such restructuring by –

1. Striking paragraph (c) of Section 1 of Article II and inserting in lieu thereof:

   (c) Other Forms of Membership. Other classes of membership may be established by the Board having such rights and obligations as the Board may determine.

2. Striking the second sentence of Article II, Section 2(b).

3. Striking Section 2 of Article VI and re-designating the subsequent Sections 3 through 5 as Sections 2 through 4.

# PX0019-PX0021

# Filed Under Seal

# EXHIBIT PX0022

# [Intentionally Omitted]

# PX0023-PX0038

Filed Under Seal

# EXHIBIT PX0039

# [Intentionally Omitted]

# EXHIBIT PX0040

# [Intentionally Omitted]

# PX0041-PX0042

# Filed Under Seal

# EXHIBIT PX0043

# FINAL TRANSCRIPT

CCBN StreetEvents

# Event Transcript

## BNI - 4th Quarter 2003 Financial Presentation

Event Date/Time: Jan. 27. 2004 / 8:45AM ET
Event Duration: 1 hr 8 min

### OVERVIEW

Management announced record EPS of $0.61 for 4Q03 and $2.09 for FY03. Guidance was given for double-digit EPS growth in 1Q04 and FY04. Q&A Focus: Capital expenditures, competitive pressures, impact of fuel prices.



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

# FINAL TRANSCRIPT

**BNI - 4th Quarter 2003 Financial Presentation**

## CORPORATE PARTICIPANTS

**Tom Hund**
*Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

**Matt Rose**
*Burlington Northern Santa Fe Group - Chairman, President, and CEO*

**John Lanigan**
*Burlington Northern Santa Fee Corporation - VP & CMO*

**Carl Ice**
*Burlington Northern Santa Fe Corporation - VP and COO*

**John Lanigan**
*Burlington Northern Santa Fe Corporation - Executive Vice President, CMO*

**Carl Ice**
*Burlington Northern Santa Fe Corporation - Executive Vice President and COO*

## CONFERENCE CALL PARTICIPANTS

**Tom Wadewitz**
*Bear Stearns*

**Jason**
*Avondell Partners*

**Greg Burns**
*JP Morgan*

**Ken Hoexter**
*Merill Lynch*

**Dan Hemme**
*Prudential Equity*

**Tom Wadewitz**
*Bear Stearns - Analyst*

**Jason (ph)**
*Avondell Partners - Analyst*

**Greg Burns**
*JP Morgan - Analyst*

**Analyst**

**Scott (ph)**
*- Analyst*

**Ken Hoexter**
*Merrill Lynch - Analyst*

**Dan Hemme**
*Prudential Equity - Analyst*

**Dick (ph)**
*- Analyst*

**Mike (ph)**
*- Analyst*

**Roy (ph)**
*- Analyst*

## PRESENTATION

**Operator**

Ladies and gentlemen, thank you for standing by and welcome to the BNSF conference call hosted by Matt Rose. All lines are in a listen only mode. If you should need assistance during the call, please press star then 0. As a reminder, today's conference is being recorded. Your first speaker on today's call will be BNSF Chairman, President and Chief Executive Officer, Matt Rose.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Okay. Good morning, it's good to be here in New York, and the weather looks interesting out there. So, we are going to go ahead and get started. Welcome to our fourth quarter financial presentation. With me here today in New York is Tom Hund, Executive Vice President, Chief Financial Officer, Carl Ice, Executive Vice President Chief Operations Officer, and John Lanigan Executive Vice President, Chief Marketing Officer. Our presentation this morning is available by webcast, so I am going to start by directing everyone's attention to the first slide regarding forward-looking statements.

This statement basically cautions everyone that any information here today presented, could be affected by a number of factors including economic conditions, fuel price and of course our favorite, weather, which could cause actual results to differ materially from any forecast information that we provide here today.

Let's take a look at the results for the fourth quarter. We are very pleased to report earnings per share of 61 cent, which is a record quarterly increase of 13%. Freight revenue increased a record 8% with about 1% of that coming from fuel surcharges, compared to our guidance which we gave you in October, where we thought revenues would be up in the 5% to 6% range.

Primary drivers of revenue growth were, consumer products up 15%, industrial products, which was up almost 10% and agricultural products increased about 7%. Although coal revenue



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

declined by almost 3%, that was against a very, very tough comp in the fourth quarter of 2002. In addition, we continued to increase prices -- let's see here. We continued to increase prices.

We realized almost a 2% real price increases, excluding fuel surcharges, in industrial products, intermodal and AG products. John is going to be giving you an update on exactly how we are doing in both pricing and fuel surcharges for each of the business segments. Overall operating expenses were up slightly more than we estimated in October but that was primarily driven by higher volumes with units up almost 9%. Tom is going to detail some expense components a little bit later. The operating ratio was 80.6% for the quarter, slightly lower than last year.

Turning to our full year results for the first three quarters, we reported freight revenue growth between 3% and 4%. When combined with our 8.1% growth in the fourth quarter, our annual freight revenue increased 4.6%. Fuel expense increased a total of $240 million, which drove an increase in our operating ratio up to 82.1%. But in in spite of the significant impact from fuel we reported earnings per share for the full year of $2.09 up about 5%.

Now I am going to turn it over to Tom for a more detailed review of our fourth quarter and full year 2003 financial results as well as some specific guidance on expense levels for the first quarter, 2004. Tom .

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

Thanks Matt . Well, as Matt already told you, but I am very happy to reiterate, we experienced a 13% or a record bottom-line improvement in the fourth quarter as earnings per share was 61 cents compared to the 54 last year. Earnings per share for the full year was $2.09 compared to $2 in the prior year. Operating income in the fourth quarter was $477 million, $41 million higher than 2002. This solid performance was driven by the freight revenue increase of 8%, operating income for the full year was $1 billion 665 million, $9 million higher than the prior year as our results rebounded nicely in the back half of the year.

The fourth quarter operating ratio was 80.6% as Matt told you, which decreased slightly from the prior year. And for the full year, the operating ratio was 82.1%. But as you well know, fuel has been very high, so adjusted to normalized fuel, and also take out the fuel surcharge impact, it would have been about 80.5%. Here are the components of our expenses, which you have seen before, and this is really not different than what you have seen in most prior periods.

Let's go through the changes in operating expenses. Expenses were up 8% versus last year, primarily driven by strong volume that we saw in the fourth quarter and continued high fuel prices. Excluding the impact of fuel prices, expenses were up about 7%, and that's on 7.5% higher gross ton miles and 11% higher unit miles. Running through the individual components of expenses, comp and benefits expense was $783 million for the fourth quarter, up about 5% from the same period in 2002. Comp and benefits expense for employee was up about 6%, due to the higher volumes, incentive compensation costs for both our salaried and schedule employees and some new hire training costs as well as wage inflation. Productivity as measured by gross ton miles per employee improved about 8% in the fourth quarter versus last year as we saw a half a percent reduction in employment and about a 7.5% increase in gross ton miles.

In the first quarter of 2004, and I will go through each expense categories and give you an idea of where we see expenses coming out next year, from the first quarter of 2004 we expect comp and benefits expense to be up about 8% higher than the first quarter of 2003, primarily due to 7% higher unit miles than last year, $8 million additional in crew training costs to help us handle the volumes that we anticipate later in the year. Higher pension expense of about $5 million, and that would give you an idea of the run rate for the year as to what we expect pension to be up, or about $20 million year-over-year, as well as hiring incentive expenses for both our salaried and scheduled employees.

Let me stop and talk about that for a moment. In late 2003, we reached a breakthrough agreement with our engineers, which provided for higher, higher incentive payments but lower wages, and it also provides for all of the employees having a common set of goals to pull in the same direction. Purchase services, purchase services were $326 million, up 13% from the same period in 2002. Increases primarily due to higher volume related costs for locomotive maintenance, part of maintaining the higher number of locomotives in the fleet, locomotive ramp costs were also up related to the volumes and we also had higher costs for BNSF logistics, that was about $4 million. Logistics shows up in revenues and expenses, so we see modest increases in both of those but it gets magnified when you simply look at the expense category of purchase services. In the first quarter of 2004 we expect purchase services to be up about 12% compared to the first quarter of '03 based upon similar expense factors.



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

Depreciation was $227 million or about $8 million lower than a year ago, and this is really due to the accounting change for FAS 143 that we've covered in prior quarters. Now as we look to next year, though, we expect first quarter depreciation expense to be about 10% higher or about $250 million, 10% higher than first quarter of '03, that's about $250. And that's due to a number of factors, first of all as we acquire more locomotives and begin our normal capital program, that is going to increase depreciation.

Secondly, we have the expiration of a favorable purchase accounting credit related to the BNSF merger in 1995 which will have an annual impact of increasing depreciation of about $40 million as that credit expires. We gave you a heads up on this in Chicago, in November for those of you who attended the analyst conference there. Now, we expect future quarters depreciation to be that $250 plus a little bit as the capital program ramps up. So probably the depreciation expense for the year will be maybe a billion and a quarter, something like that.

Equipment rents. Equipment rents for the fourth quarter, $176 million, 7% higher than the same period in 2002. This increase is due to the strong volumes in the fourth quarter, primarily related to the equipment increases we had on the system. We also expended some short-term locomotive leases to fill some of our power needs. As we look to the first quarter, we expect equipment rents to be about 10% higher due to increased equipment leases to cover the higher level of business.

Material and Other. Material and Other, $227 million, an increase of about 9% from the prior year, and this is due to higher lease locomotive overhaul costs, higher crew-related expenses like meals, lodging, crew hauling and receipt of a modest excise tax refund last year that didn't repeat this year. In the first quarter of '04 we expect material and other to be about 2% higher than the prior year, primarily due to lower land sales in the first quarter of '04 and higher locomotive overhaul expenses.

Finally turning to fuel. Fuel is the thing that obviously has been on a lot of people's minds and has really been a problem area for the industry and for a lot of transportation year-over-year. Fuel expense of $276 million was $49 million or 22% higher than the fourth quarter of 2002. The increase was split about evenly between volume and price. And at current prices we expect first quarter fuel to be about $260 million, which will actually be about $15 million lower than the first quarter of '03 due to the benefit of our hedge program, which I am going to cover in the next couple of slides.

So in summary we expect first quarter operating expenses to be about 6% to 7% higher than the first quarter of '03 driven primarily by higher volumes, inflation and the depreciation adjustment I mentioned earlier. John is going to give you guidance on the revenue side, which you will see a lot of that is driven by increased volumes, we have to handle on the railroad.

I said we would look at fuel, in a little more detail, and here is a look at fuel prices over the last several quarters. You can see in the fourth quarter, average price before hedge was 93 cents per gallon, an average price after hedge was about 85. We will look at our hedge position for a moment. In the first quarter of '04, we are hedged at about the 80% level, primarily using swap, which means we are really locked in with heating oil. We are in a great position I think as we look to the first quarter. As we look out to the remainder of the year we are hedged at about a 60% level, also primarily using swaps. What you remember we had initially done collars because of the high fuel prices but as we come closer to the period where we are actually going to consume the fuel we took an opportunity to convert those to swaps and really remove the price volatility.

Looking to out years, in 2005 we are hedged at 46%, we have hedged about 14% in 2006. You will see a lot of those are using collars as opposed to swaps simply because of the high prices we are experiencing right now.

Let's turn the page over to capital commitments, and 2003, we are seeing capital commitments is $1 billion-726 million, which is very consistent with what we have been showing you for the last several quarters. We acquired a total of 181 locomotives in 2003, including 80 additional accepted in the fourth quarter on very favorable economic terms, including not incurring any ownership costs until 2004.

As we have told you before, our 2004 capital will be higher than prior years, and this is due to the acceleration of a locomotive purchases. We plan to acquire 345 units next year in 2004, due to a combination of factors, new emission standards, that become effective January 1st of '05, and also bonus depreciation, which expires at the end of 2004. Our plan for '05 is to be on a significantly-reduced capital program which includes no locomotive acquisitions.

Looking to a couple of Miscellaneous statistics here, fourth quarter, other expense of $13 million includes $7 million related to the debt call, which we have told you about before. This was $150 million of debt, higher coupon debt, call, callable and callable at a premium.



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

Looking to the future, we expect first quarter 2004, other expenses to moderate back to about a $2 million expense level. Fourth quarter tax rate, 37.6%, looking to next year, 38% is probably as good an estimate at this time as anything. Debt to cap ratio for the fourth quarter, 44%. We feel really comfortable about where our balance sheet sits right now.

Free cash flow after dividends for the year was $288 million. This is after payment of $156 million for the locomotive acquisitions we talked about earlier, as well as increasing our dividend payments by about $11 million.

When we looked to 2004, our estimate of free cash flow really hasn't changed from what we told you in November. We have not yet made a final decision on buying versus leasing locomotives, and that's about a $500 million number. If we purchase all the locomotives I would expect free cash flow to be slightly negative. But obviously if we were to lease some of them that number can be a fairly significant positive number. So we will just have to wait until we see what the lease markets will look like and that will be really a financial decision driven by the economics.

Now turning finally to our share repurchase program, we bought back 1.3 million shares in the fourth quarter for a total of $39 million, and for the full year we spent about $217 million to repurchase about 8 million shares at an average price of $27.25. Program to date, we have bought back about 124 million shares at an average price slightly above $26 for a total of $3.2 billion. Reducing our outstanding shares by over 20% since the program began. With that I will turn it over to John to give you an update on the revenue side.

Thanks, Tom, good morning.

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

I am very pleased to talk about record revenue in the fourth quarter and record growth in the fourth quarter and also a couple of our business units had outstanding quarters as well. Third consecutive record quarter in the consumer products area and also the best fourth quarter ever in our industrial products area.

It continues to be driven by our consumer and intermodal growth, which actually increased in a year-over-year basis by 2 basis points from 34% to 36% of our portfolio, so intermodal continues to be a huge driver for us. As we look at the components of revenue growth, you will see that on a same store basis, prices up over 1%, fuel recovery about 1%, and our volume is measured by revenue per ton miles is up over 7%.

We did have a negative mix factor of negative, a little more than negative 1%, and that was driven primarily by increased length of haul primarily in our AG businesses, but also in intermodal business as well. As we look at the change in freight revenues, you will see that intermodal and consumer products clearly led the way with over 16% growth, but also industrial products at 10%, with also just an outstanding quarter, particularly in light of what was going on in the economy last year. And in the second half of the year ramp up in our AG business led to a 6.6% growth.

As Matt mentioned earlier we had a very, very tough year-over-year comp in coal, but we also had some other unusual circumstances, a mine closure, one of the utilities switched from coal to natural gas during the year and also a couple of plant closures. As we look at the change in units handled up 8.7%, again led by intermodal, and consumer products. But you will also note that 4.7% increase in industrial products, against the 10% increase in revenue, so it's very apparent that a number of the yield management initiatives that we have undertaken have really taken hold in industrial products. As we look at the change in revenue for for revenue ton miles, up about a 1%, again led by consumer and intermodal.

As you look at this particular category, obviously the mix has a lot to do with it, the change and different types of products carried. For example, industrial products still struggling in the plastics area as the economy was starting to come back, and those are higher rated commodities in some of the building products, and things along those lines. As we look at the change in price, price up 1.3%, you see very positive price increases in AG, industrial and intermodal and consumer.

Coal was up slightly. Our cap was up, but it was modified somewhat by the expiration of some legacy contracts. And as we look at change in price for the full year, up a little bit over 1%, again, with positive improvements and agriculture products, industrial products and intermodal and consumer products as well.

Let's move to fuel surcharge. We collected a net of over $17 million in fuel surcharge in the fourth quarter. We were very active throughout the year in increasing our percentage of fuel surcharge recovery moving it up 20 to 25 basis points during the year. And we continue to focus on that as contracts expire over the coming next couple of years or so, with customers that currently do not have fuel surcharges.



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

Also we worked with the AAR to publish our cap less fuel surcharge and then a separate fuel surcharge index , one of the things that we really looked hard at during the year was the component of our cap that was covering fuel surcharge and we felt that quite frankly it was inadequate and we will look at those customers in the coming really two to five years as contracts expire to de-couple that fuel component from our cap and have a real fuel surcharge along with the remaining portions of our cap.

Moving into the individual sectors, in coal we had a difficult year-over-year in comp. But, I think to highlight, are a couple of things, one we continue to improve our train operationa, record tons per train, an we have two major new customers that came online in January, [Dinagene] and [Georgia Power]. Very excited about the growth those two customers will bring to the railroad. This year we see improving demand overall in coal and feel very positive about the outlook for coal.

In AG products, soybeans and bulk foods led the way. Increased exports, the export markets really firmed up in the second half of the year. A lot of that is obviously is due to factors throughout the world. Crop production in other parts of the world, which is just aggressive buying on the Asian markets. Also our units were up significantly in wheat and corn, however we had some offsetting costs with cost penalties, which basically was build a church for Sunday situation which was a high demand in the AG markets because of the great crop and the increased export demand, we did have some cost penalties in the fourth quarter that affected revenue both in wheat and corn.

On the industrial products side, toward the end of the quarter, chemicals and plastics started to strengthen. Obviously as the economy starts to come back, we are hopefull that those two higher rated commodities will continue to strengthen this year. Building products a record fourth quarter, and government traffic continue to stay strong, even though we had a big surge in government traffic in the beginning of the year to support the war in Iraq, it continued to stay strong throughout the year to support different exercises and other activities in the military. Then construction products, a record fourth quarter as well. Again, 10% increase in industrial products. This is an area that for several years, BNSF really struggled in and we are very, very proud of the performance in this particular sector.

On the consumer products side, as I mentioned, third consecutive quarter of record revenue and record units led by international and truckload. On the international side, about half the growth was organic growth and the other half was the carry-over from the two big contracts we won at the end of last year, and on the truckload side, we just continued to work hard in that particularly full truckload dry segment to work with our trucking partners to use the right mode at the right time for the right price on behalf of our customers, and perishables continues to grow strongly as well up over 9%. That was primarily intermodal perishables driving that growth in the fourth quarter.

A quick slide on our modal partner growth that we talked about the last couple of quarters. We continue to focus on the truckload industry. One of the impetus points has been the hours of service regulations that just went into effect the 1st of January. As we continue to talk to our customers and talk to our trucking partners it appears to be having a real effect on the productivity on the trucking industry, particularly the longer haul truckload sector. And so we plan to continue to work hard with our trucking partners and those trucking partners that have not yet tried intermodal, we had about 15 new trucking customers come on last year that had not used intermodal before. We would like to do that again this year and think there is every opportunity to do so.

So as we look out to the first quarter we see coal demand improving. All this cold weather certainly helps demand in the winter. Wheat and corn exports increasing, we continue to see strength in the AG markets in the first quarter. And strength across all of the industrial sectors, and the intermodal part of our business continues to be a huge driver, and we see that continuing on unabated. So as we look out to the first quarter, we see revenue growth in the range of 7%.

I would like to turn it over to Carl Ice for a discussion on Operations.

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - VP and COO*

Thanks, John, good morning, everyone. We had an exciting quarter for the Operating team as well, as we worked to effectively handle the volume that was brought on that Matt, John, and Tom have all described for you, doing that with our ongoing efforts towards cost control, at the same time, making improvements in safety and in service. We start virtually all operating updates with how we are doing on safety. And we thought, given this was a year-end wrapup it would be helpful to comment quickly on that to you as well.

Our safety program is a behavior-based safety program in that we attack at-risk behaviors that is really tailored towards each of our work areas. Each of them has a safety action plan that



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

addresses the most important or the most significant at-risk behaviors for those groups. In short we feel about good about our program, we think it is fundamentally solid. We think we are seeing results, as '03 reflected that as well. We saw about a 16% improvement in frequency and about an 18% improvement in severity.

In service you all know that we struggled in the fourth quarter with service. Perhaps the biggest driver of that was the volume levels that we have already talked about a number of times. Two indicators on gross ton, unit miles our best two indicators of work show you about what went on about, about 7.5 increase in gross ton miles and 11% increase in unit miles. To better understand what went on though we thought it would be helpful to take a deeper dive and show you the impact by months.

As we talk in October and November we had tough numbers those months, but we also told you we had initiatives in place that we would reset our network over Thanksgiving holidays and make further improvement over the Christmas, new year holiday. And that's exactly what happened. You can see from this chart, we run 99% since December with actually the first three weeks of January being at about 92%, despite the fact that in some places we have had the winter impacts. So as we look forward to the year, we think we have got ourselves at least positioned for how we move forward. At the same time, we know there's been a lot of discussion about resources, and what do we need to do for our resource planning. So we thought the focus topic for today would be helpful to talk about the way be see our resources in '04.

Now the way we look at our resources, our long-term philosophy is to keep them tight. We know the impact that we have on going for our financials are either on the balance sheet or in terms of operating costs. So we think as you want us to do and we certainly think is the right thing to do, is we plan our assets very tight, right size them and try to move forward. At the same time there are times that we have big impacts in volume or interruptions, that can have an adverse impact on our network and that did happen to a degree last year. So we rebalanced our plan and in '04 we expect them to improve from where we have been.

First in terms of locomotives, our first -- expect to go up by about almost 10%, that's almost after four-years of being relatively flat. If we look at our plan productivity improvements, and, another slide, I will just stay with locomotives for just a second. I am sorry about the slide. My magnetic personality. Here we go. Okay. Thanks, Tom.

Technology challenges. Okay. As we look at the locomotive fleet are up almost 10% after being flat. We have a coupled that with plans we have for productivity improvement, of course, given all of that, we think we will have just the right number and make adjustments as the year goes on, just in case we don't.

If you look at our crew hire, did you see a ramp up in crew hiring in '03 but that was back-end loaded, those were adjustments we made as the year went on, and we had attrition throughout the year, so that we really didn't have many more crews or use most of the year than we had the year before. But the good thing about it being back-end loaded is those crews are now available as we start the first quarter, and we have a front end plan for '04, and you can see that we are expecting to go up by about 25%. All in all, we will have about 4% more train crews next year than we had in '03.

And then, finally, we brought a lot of capacity online. Three primary areas of potential constraints. First in terms of the line itself, we have done double tracking on our southern transcon, our Chicago to southern L.A. route, most significant single track segment, meaning the place where we have just one track so that trains going both directions have to meet in there, about 200 miles that runs from Amarillo to Wellington, Kansas. Was about 200 miles of single track. We bought 50 miles lof double track last year, that combined with the maintenance program we had on the panhandle, is just a different railroad now, and we expect to take full advantage of that as '04 unfolds.

We also spent some money for line capacity on Cajone, another one of our significant bottlenecks, site at the top of the pass which gives us more flexibility, and at Barstow we have a connection to get to northern California without interfering with the traffic that goes to southern California. The second area, blocking capacity, as you know when we have large international business or double stack business, those require large trains for our economics to work. But if we balance that with our need to turn equipment quickly at the ports, particularly in the Pacific southwest, we need to get those trains out of there quickly. So what we do is build the trains so they are big without necessarily regard to destinations so we can fill all the cars of the trains out and then we move them part way, in most cases to New Mexico and then we bundle the trains up to where they need to be to make eastern connections and we spent some money making some improvement in our capacity at [Clovis].

And finally we need to store our intermodal cars we need to flip them quickly they need to be in position, several of our intermodel facilities especially in northern California we added



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

storage capacity there as well. Finally, as we turn to productivity measures, we have kept our ongoing emphasis on productivity. On improvements, over the four-year period from 2000 to 2003 we have seen a 6% improvement in compound employee productivity with the best improvement being in '03. That ran throughout the year so if we look at how our cost controlled played in 2003 we had record measure of performance about 6% improvement for the year. We improved our cost per GTM if we normalize for fuel, which is one of our operating targets each year, made an improvement on that. We did that by offsegment inflation.

The best thing all -- of all as we look to '04, we think we can do it again. We continue to make improvements with our employee productivity, off 5 to 6%, off a little bit potentially but we still think solid, impressive numbers, and will improve cost for GTM as we once again normalize for fuel as we once again cover for inflation. The way we do that, as we talked about -- before, we manage our expenses, we set up a series of initiatives that link to our financial plan, we have on going measures scheduled with how we will do with that against those programs. We do periodic reviews to make sure we are on track, make adjustments as we need to.

We have about 30 initiatives that go across all of our disciplines, and we think as we balance those with the volume that we will continue to leverage our fixed base and show leverage in our cost control. So to wrap up, if we look at operations for the year, we will continue to emphasize cost control, that is ever important and we will look to make improvement in service to regain some of what we lost last year. Thank you .

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Okay, thanks, Carl. Turning to our outlook for the first quarter, as John said, we believe, we will see revenue growth about 7%. John went through the specific drivers for this growth. Tom reviewed our current outlook for each expense category, which would result in total operating expenses increasing between 6 and 7% driven primarily by higher volumes, inflation and the depreciation adjustment that Tom talked about. We are currently looking for double-digit increase in earnings per share to the mid 40s.

Taking a look at full year, though, we showed you this slide in November during our annual analyst meeting in Chicago. The only change we have made since then is to increase the top end of the revenue growth range to about 7%. We are obviously feeling a little more optimistic about both the economy and the outlook for AG exports. On the expense since we are 67% hedged for the full year and we have an effective program to cap capture fuel charges but fuel volatility will continue to be a very long term concern. We continue to have a goal of offsetting inflation and some of our volume increases with the productivity initiatives that Carl mentioned.

This year we have an additional head wind in the form of higher depreciation expense due to a noncash purchase accounting adjustment which Tom has explained. If everything continues on course, we will see double-digit growth in earnings per share. For the time being, we won't be any more specific than that. There are variables out there, including the strength of the economy recovery, fuel volatility, export grain markets and the potential of diesel fuel tax. For now I will say we feel very very good about our prospects for the year.

Turning to cash flow, as Tom said potential range is exceptionally wide since we have not made the decision on financing versus leasing of about $500 million of locomotives. We will continue to focus on returning value to shareholders in our share repurchase program. Longer term, with modest growth in the economy and a continued emphasis on pricing our services to reflect their market value, we believe that 3 to 5% revenue growth is sustainable. With that on going productivity initiatives and moderating fuel prices we should be able to realize double-digit growth in earnings per share. We will continue to focus on generating free cash flow and using our cash to improve returns for our our shareholders through both dividends and share repurchases.

And to the last point on the slide, we know we have to manage the company to continuously improve our return on invested capital. Tom described the outlook for our capital spending for both this year and next year. The reason we are highlighting our outlook for 2005 is to under score the fact that there were very specific reasons why we felt that additional spending this year made sense for us financially and operationally. It obviously does not indicate that we have any change in our commitment to take a very disciplined approach to capital spending.

With that, I think it's now time to open it up for questions and comments. We are going to get you a mic, so we will give you a hand, if you can -- if you can identify yourself.

---



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

## QUESTIONS AND ANSWERS

**Tom Wadewitz** - *Bear Stearns* -

Good morning, Tom Wadewitz from Bear Stearns. I have two questions. First is on the pricing side, you had very strong volumes, impressive revenue growth in the fourth quarter and some constraints on your system, and railroads and others as well. I am wondering if you see opportunity to be more aggressive on pricing as a function of some of those constraints and the strong volumes, and you can give me any examples of that and also kind of the strategy, are you looking to do that in terms of asking for more, and then I will come back with a second question.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Okay. John, do you want?

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

We certainly see some opportunities for stronger price improvement. In fact we closed on a couple of international contracts in the fourth quarter where price was double or even triple what we showed on the screen. We have to be opportunistic in some of those -- because of the length of the contract, we have some of a limited field of opportunity to improve price but but I can tell you the entire sales force is energized to continue improving pricing at every and one of the drivers in anything that looks like conversion from road to rail is the fact that the trucking companies are out there asking for significant increases to cover the hours of service issue, which certainly helps our pricing environment as well.

---

**Tom Wadewitz** - *Bear Stearns* -

Just to follow on that. On the grain side, does the anomaly in the fourth quarter disappear and you get increases in gain yields for wheat and corn in first quarter? Or what, what does that look like?

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

It should be better in the first quarter just because the demand, the absolute level of demand has moderated somewhat even though there is still very, very strong demand but we caught -- got caught in that cycle of the fourth quarter of really huge harvest in addition to the export demand. Now that is evening out a bit although staying very strong. So some of those impacts of having that strong demand that we couldn't handle all at one time will moderate in the first quarter.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Tom, I would just add in terms of AG prices, AG prices were actually up, it was a mix issue, commodity mix issue of -- that drove down what you look at, in terms of what happened soybean, less wheat, we covered -- discovered in year over year year comp much that is why the revenue per ton mile per car was down but AG prices are up and you continue to all read that we discuss that a lot publicly with various constituents.

---

**Tom Wadewitz** - *Bear Stearns* -

Okay, great, and just one more question. In terms of your guidance, to me it feels like it is reasonably conservative, especially given the really strong revenue momentum in the fourth quarter, and outlook for first. I was wondering if there is any place where you you could see that things are maybe better than your expectation side if you run the network particularly well or even on the revenue side.

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

Tom, do you want to?

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

Sure. I mean, I think especially, early in the year, it is very difficult to predict all the things that will happen, you know, as we move through the entire year. There's obviously, you know, there could be upside on the revenue front especially with what happens in the AG market, things like that. I think on the expense side, you know, some of that is dependent upon a lot of factors. Weather, you know, things like that can either play havoc or not play havoc, there is also a chance that the 4.3 deficit reduction passes and obviously that would be a big boost to us. So, you know, between the economy, fuel prices, and legislation and everything else, weather, I mean, I think there's both risk and upside to what we are saying here.



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

The one head wind we do know Tom is accounting cost of purchase change, you know we would like to not have that but it is what it is.

---

**Tom Wadewitz** - *Bear Stearns -*

Thank you for your time.

---

**Jason** - *Avondell Partners -*

Yes, Jason, Avondell Partners. In terms of coal and the outlook for 2004, I know you will loose a contract, do you think you will more then make up for that contract in terms of increased demand for coal or are there steps being taken to gain additional contracts?

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

Yes, you know, I would, first off, we we are not going to get into specific coal contracts. Of what we are going to lose and what we are not. But I think clearly when we think out 2005, which is way out there, we view the environment to be very positive for coal. We think there is more new capacity that is further along in this development than we have seen in a number of years, gas prices are not going back to the $2, $2.50 range. We don't think that the economy will absorb these new higher energy prices. We think that the coal outlook is very positive.

Certainly, the coal, the minds that we serve and the utilities that we serve have the ability to ramp up several percentage points in terms of their utilization to grow organically to offset a specific contract here or there.

---

**Jason** - *Avondell Partners -*

Fair enough. Two more questions here. You mentioned your on time performance in January at 92.3%. That is lower than any of the previous four-years that you have. Are you projecting to be, your on time percentage for the full year for '04 to be below '03?

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - VP and COO*

No.

Actually, I am not sure we -- if you have got a chart that showed January, I am not sure that we always report that. We are actually, I would say slightly better right now than we were last year at this time. Last year, our difficulties began early with some maintenance programs. And we had a similar program this year that is now concluded in northern California that went, really, pretty well as reflected by these numbers. So we certainly don't expect them to be to be worse than '03. We expect to make improvement.

---

**Jason** - *Avondell Partners -*

In terms of your fuel surcharge recovery. What percentage do you guys anticipate recovering in '04? When do you think that they said they could ramp it up to at about 50 .

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

John.

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

Yes, we will be at least at the 50% mark with improvements we made last year, contracts that are not expiring with fuel surcharge, which we do have a few this year, will move that position up slightly. Also overtime the decoupling of fuel surcharge because of the expiration of those contracts but that is a multi-year process because of the expiration of those contracts.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Mike in the back, yes.

---

**Greg Burns** - *JP Morgan -*

Greg Burns, JP Morgan. A couple of questions. I guess first on intermodal.



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

How does the fuel surcharge protection look there relative to to your other business lines and also, could you you speak to what lag if any you have in that arising fuel surcharge environment and also intermodal it looks like we should expect price to increase more than last year given hours of service?

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - VP and COO*

Fuel surcharge intermodal is actually higher than any of our business unit, that's driven primarily because we do so much business with trucking companies and trucking has been way ahead in the fuel surcharge area. We follow them and they are generally more amenable to fuel surcharges programs because they are benefiting from fuel surchage programs as well. As far as pure pricing goes we feel that we have every opportunity to be even more successful this year then last year from a pure price standpoint. Some of that is driven by what the trucking companies are doing in the network related to pricing increases related to the hours of service productivity declines they are seeing.

---

**Greg Burns** - *JP Morgan -*

Same question question relates to Capex, small pieces of budgeted but doubling the expansion, Capex dollars. My question is should we assume that the marginal returns on those dollars are higher than the existing corporate average, so it is actually higher return Capex, or is it just something that you need to spend to sort of grow the account base?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Tom.

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

Yes, absolutely.

Anything that is labeled as expansion, those are the types of projects that we would demand a, you know, a solid, I will say a 15% or more, you know, type of return on investment, which is obviously higher than our return on invested capital overall, as a matter of fact, more than double that. So, yes, you should expect a higher return on that and we expect a higher return on that.

---

**Greg Burns** - *JP Morgan -*

One final question, Matt, macro question, are you guys seeing the full effects of the weak dollar. Does it matter to the business and if it does matter, you know, could we see more benefit, assuming no change going forward?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Yes, you know, I am not dealing with weak dollar deficit interest rates. We are just dealing with the weak dollar on the railroad. I think it's a great news story. What it does, it makes our goods and services more competitive, specifically AG and our export industrials.

And the reverse doesn't hurt us, everybody says a weak dollar will hurt imports. Well, all of this stuff that we are importing, we were up 30% in terms of units last quarter, half of that was due to the pork strike comps and half of that was-- say we were up 15% in terms of growth. That production, even if the dollar falls significantly, that production is still going to come in because we don't have the production capability any more in the United States to produce this stuff that's coming in from Asia.

And so, I think you would have to have a, you know, significant change in the macroeconomics, which I don't see, to impact our imports, and yet we know that a weaker dollar is really helping our exports and making our agricultural commodities wells our other commodities much more competitive. Where is the microphone? Here. Then we will bring it back to Scott and Dick.

---

**Analyst**

Hi, two questions, John could you give us a little more color on the utility that decided to switch to natural gas. I was surprised to hear that given where gas prices are. I am hoping there are reasons behind there and others don't make switch to natural gas.

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

It was Tampa Electric.

---



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Analyst**

Uh-huh.

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

You know, when a utility makes a decision to convert, that's a multi-year process. They don't just flip a switch overnight. It was a situation that we had known about for a fewer years and they executed that plan overtime. So, you know, obviously in the current environment of natural gas, it would be tough to, tough to understand any utility making that decision going forward today. But we are not aware of any others that are out there in our network, any way.

---

**Analyst**

Okay, great. And my second question is on the decoupling on the R cap, is that something you guys are going out alone or are all the railroads talking together about the AAR about doing this?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

We don't know what the other railroads are doing. The AAR publishes various stats for us. We have asked them to do this one on one with us.

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - VP and COO*

If I could jump in, when Greg asked a question about doubling of expansion, it did make me think, I am not sure that that is right. And when I flipped to the color graph, I think we actually may have the locomotive and the expansion colors reversed. It is locomotive that is going up and expansion staying pretty constant. I think that's the way it looks to me.

I think we have a color coding error there.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Expansion dollars, Carl, we are looking at couple of hundred million dollars, which is fairly consistent with with where we have been.

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - VP and COO*

Right.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

What that gets us, that gets us probably 60 to 70 miles of double track or triple track, gives us some terminal expansions and we have been on that pace for at least the last three- or four-years. Where did the Mike go, Scott.

---

**Scott** - - *Analyst*

Yes, couple of questions. You alluded to the energy bill a couple of times. I am wondering what your prognosis is or what your Washington folks may be telling you at this time and then another couple of quick followup.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Yes, I mean, I think the good news is we have convinced everybody that this is an unfair tax on the railroad industry, and that when you look at the public policy makers of how do you get more business on rail, they say this as one way to help the railroad industry without, you know, direct money coming in. As far as the actual process of getting the bill passed, I mean, we are missing two Senators in the Senate, I really do believe, you know, when people up here in New York and the northeast specifically start opening up their little utility bills and seeing what the effect of $6 and $7 gas is and heating oil, I think there's going to be a lot of pressure to do something.

And, you know, if the outlook with high energy prices, I think I think it really bodes well for doing something on the energy bill. If we don't get it flew the energy bill, we are going to, we are going to continue to push, because we have got -- is the the -- this is the right thing to do. It's the right thing to get the money back into the railroad industry to put the money back into the railroad instead of to the general funds. So I am very optimistic that something is going to happen long term.

---

**Scott** - - *Analyst*

Then a couple of questions for John Lanigan. Could you give us the order of magnitude in terms of cotton penalty for the



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

fourth quarter, what you experienced, and also in terms of customers, do you have to specify coal or other legacy contracts that are not renewed for '04, I don't even know the customer, but do we have coal contracts that have yet to rollover or legacy based?

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

The penalties were about $10 million, right in that ballpark on the legacy coal contracts we actually have a pretty quiet year from our standpoint role over on legacy.

---

**Scott** - - *Analyst*

Not much of anything.

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

No.

---

**Scott** - - *Analyst*

One other quick question, understanding the purchase accounting adjustment and understanding that in your guidance I still come up with a low double- digit increase on 6 to 7% revenue increase, to not be more unfair unfair shouldn't there be more leveraged of fixed cost on a railroad, if you have 6 or 7% revenue growth you shouldn't see you see triple or double revenue growth?

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

Tom.

---

**Tom Hund** - *Burlington Northern Santa Fee Corporation - Executive Vice President and CFO*

I think, generally, what we have said, is due to the leverage, whatever percent you see in revenue growth, you should see about 2 X that in the operating income growth, and I think you see that, you know, we are in the range, absent depreciation accounting adjustment I would make one comment in depreciation accounting adjustment. Most depreciation is related to capital decisions, ones in the past, this is not. This is related to simply accountant's writing up based upon stock values in 1995. There was no real adjustment is was a accounting that had to get applied at that time. This was not paying for the acquisitions of the past. But any way, I think to answer your question directly, you know, it is more or less in line with the types of things that we expect.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

The microphone, where is it. Tony? Go ahead.

---

**Ken Hoexter** - *Merill Lynch* -

Hi, Ken Hoexter from Merrill Lynch.

Just a couple of quick questions, on Capex, you talked about 1.6 billion on your run rate, increasing that to 1.9 billion for increased locomotives, I am wondering why we don't see that build out to 1.3 billion, what is the extra 150 200 million in '05 and coming for. John, I think you had mentioned briefly, maybe Matt, in the overview of maybe seeing 2% real price increases, and then with the slide we saw it was actually 1% real price increases. Did I miss something or is that your target to increase another 2%--

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

The target has been to increase.

---

**Ken Hoexter** - *Merill Lynch* -

The target.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Sure.

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

I will start with the Capex first, and then Carl can add a few if he wants. First of all, I think it's probably more than just a two-year deal, if you look at the locomotives we've added, the ones we have accelerated this year, plus the ones, approximately



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

345 we are getting next the year, bringing those down to the one, 450.

Then I think if you go beyond, it is hard not to prognosticate out to '06 and '07, but I think we probably say that we'll be in the locomotive market, I don't think we will be back up to our normal replacement run rate, which will probably be 200. Probably look at, absent if the economy expands, we have a tremendous amount of business, great top line growth, we might have to get more. But we would probably have to be looking at a somewhat, you know, somewhat muted plan in the '06 time frame. But it's probably more than a two-year average, if you will.

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - VP and COO*

Is that fair, Carl? Yes, I think actually 1.6 is on the low end of the range, depending on how much expansion we are doing, but I think we have suggested 1.6 to 1.7.

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

Yes, if you will remember earlier this year, there was an accounting change promulgated which I think pushed our Capex up about $50 million.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Again, in the quarter, I would add whatever the number is, we have got a couple of commitments that we have stood by. We are going to generate a lot of free cash flow in this company, and we will take that free cash flow and reward shareholders with it. And the second piece is, there's been a couple of questions around the capital, we are committed to getting our returns on invested capital to exceed our cost of capital, and I think that's a fairly simple premise, and I know there's been a lot of, you know, people up high about the intermodal business and, you know, can it return its cost of capital?

The answer is, it it will return its cost of capital. We have a little bit of pathway as we develop our network and develop enough customers to it and density but it is our full intention is to have each of these businesses stand on their own and we are making business investments to require them to be able to exceed their cost of capital. And we see a path to be able to do that. We really do.

Where is the Mike? Tony.

---

**Analyst**

My question was on the return on invested capital, specifically within intermodal. Did you close the gap or narrow the gap, to fit, year over year, do you expect to in the future. I guess should we be watching the future your expansion capital program plan as a sign of how bullish you are? I mean if you can get those kinds of returns, we don't want to see that number go down, we want to see it go up, a assume, correct?

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

Sure. I think that's a fair statement, looking at the capital program, looking at the expansion capital is an indication of how bullish we are, that those returns are exceeding the cost of capital. And I think, clearly, that when we look at all of our data for 2003, intermodal improved in its contribution. It's a multifaceted, number of a lot of different inputs, one is that real prices actually went up.

Year ago I told you that I thought real prices went up in the railroad industry in 2002 for the first time in probably a decade. We clearly saw that in 2003, and we clearly know that we have got a huge opportunity to continue to lower, to lessen the gap between truck and rail, and we are going to take advantage of that. But it's also the operating part of the operating leverage in intermodal intermodal as we get more density on th trains, the trains are better profiled, we get better train length all of those things are causing us to our contribution in that segment. And, you know, if the person who leads our intermodal consumer business unit Steve [Branskin] were here today, he would stand up and tell you that his pathway is to allow intermodal, to get intermodal to return its cost of capital. We see the path to do that and that's why we are so bullish on it.

Otherwise it is kind of an interesting business but why would you be in it long term?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Where is Dan?

---



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Dan Hemme** - *Prudential Equity -*

Dan Hemme Prudential Equity. Where do plans stand for divesting track? I think we last learned there were some 3,000 miles targeted for the near intermediate term.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Yes, we rolled out that kind of first piece in 2004. Our goal is to get all 3,000 miles, and, you know, we will be, we will be on that plan. It may not exactly be 3,000, a little more, a little less but in that order of magnitude, and then we have an on going program that looks at the profitability and long term strategic nature of our franchise, and, you know, we will continue to evaluate that. Dick.

---

**Dick** - - *Analyst*

Matt, to follow up on this question about capital employed with the cost of capital. How far apart are you right now and when do you think you could exceed that cost of capital?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

I think, you know, we are probably a couple of points, a couple of points away, Tom.

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

Yes. I would say that, right now, as we would calculate our return, including leases and everything else, you know, trying to take it all in, encompassing, we are probably in the mid 6s, 6.6, 6.7, like that something like that.

Cost of capital is probably 8, something like that. About a couple of hundred basis points away from it. As far as time, because -- I think because it's a big asset base that is not something that will turn in a year but certainly something within the near-term horizon of four or five years, that is within striking distance of exceeding that.

---

**Dick** - - *Analyst*

The other question, Matt, is that use of free cash flow and discretionary cash flow, how do you set the priority between stock buy back, dividends and expansion capital, etc?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Well, you know, there's a little more art and science, Dick, last year, you know, when the dividend policy passed, we went to our shareholders, and it wasn't. There was a lot of differences in what shareholders thought they wanted. You and I have talked about this specifically, and and so we made a very significant increase on our dividend at that time, and I committed at that time that we want to be more regular in our dividend increases, you know, given the view of the business that we have, given the tax policy and given our shareholders base, what we have heard is, you know, don't -- they would love to have the big increases but do, be a more regular, consistent, every year, do something.

So that's going to to be our goal there. And on the share repurchase, we have always said we were opportunistic, and we continue to do that, but we have also committed that the majority of our free cash flow will be spent on share repurchases. That's what I think we did. I think we spent $288 million on share repurchases last year.

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

That was free cash flow. 217.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

So the majority of it went to share repurchases. That kind of lines up. And as far as capital, we won't hesitate to spend the capital if we can see the clear path to making sure that it exceeds the cost of capital and for incremental capital fairly significantly.

---

**Dick** - - *Analyst*

Finally, the one question I remember a few years ago talked about free cash flow getting up to $1 billion. I don't know whether we will see that or not and what's the time table?

---



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Yes, you know, when we think about what we had then versus today, I mean, first off, there's, you can't, you can't help but to look at a couple of major issues, and the first one was fuel.

You know, if you think about fuel at $20 a barrel, which you don't have to go back that far to where everybody thought it was going to be versus today at $34, that costs this railroad $400 million now, offsetting that is fuel surcharges over long time but you know, that's $400 million, you think about what has happened with our coal legacy contracts, which we have repeatedly said is not really the market, because coal is becoming more valuable, but you know in that last five year period coal has probably cost us $250 million in terms of legacy contracts.

And we believe that as we have said repeatedly, that coal needs to be more market base, and we are going to continue to focus on that. And, then, general inflation has hurt us with that. So, you know, we think that some of those things we control, some of them we don't control, and we will play the hand that's dealt us. And at the end of the day, you know, we still have the ability to generate significant free cash flow and that's what we are going to focus on.

---

**Dick** - - *Analyst*

Great.

---

**Greg Burns** - *JP Morgan* -

Just to focus back on the intermodal piece from the strategy perspective, why not set a goal and say we are just going to manage from 5 to 6% volume growth and we are going to make price the variable and and if price has to go up 4 or 5% to scare enough shippers off to get us to 6% volume growth, that's what we are going to do. Why wouldn't that strategy be viable, number one, maybe this is the answer, do you have so much excess capacity on the intermodal so that incremental car is sort of all profit and you have to take it. I guess guess that's my question why, why not control for slower volume and higher price?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Yes.

Well, the first point I have to add to is revenue per car, revenue per trailer is significantly lower than revenue per car on industrial or AG. But, guess what, so is cost per car, cost per trailer, it's a relative issue our cost to move an intermodal trailer is significantly less than our cost to move a car. So you have to look at -- you know, that's why we look at contribution.

As far as, you know, constricting the flow, in terms of just a yield management, Greg, I think that, you know, if you think about the way that intermodal started, it really was to fill in excess capacity.

That, over the decade, has really changed to where now, as our railroad has filled up and I think the railroad network find of fills up, you do then begin to manage into a period where you manage more for more margins and contributions, and what I will tell you is that we are taking more risks today in this market than we have ever taken, and the reason why we are able to do it is we are seeing that kind of growth.

We are not going to restrict it to 5% because we think that quite frankly that incremental growth can be helpful in terms of the overall returns. We know we have got trained capacity still out there. We know that as the train capacity fills out the network, we can improve our overall margin on those trains. On the other hand, we clearly have, by our pricing actions, we clearly reflected that the network is a lot closer to being filled up and we expect those yields to improve significantly. Yes, Gordon or we have Mike.

Let's go down to Jordan and Roy.

---

**Mike** - - *Analyst*

Just a quick question, give us a sense of the timing you'll be making--versus the leasing of the locomotives, when we may have a sense for havoc free cash flow will roll in over the year, thanks?

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Tom?

---

**Tom Hund** - *Burlington Northern Santa Fe Corporation - Executive Vice President and CFO*

That's going to be a series of decisions because the locomotives come in throughout the year and the markets change. I would



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

certainly say by no later than mid year, I think we will know what we are doing with, say, the first half or more of the locomotives and then the rest of it, you know, we may not make a decision until later in the year.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Roy.

---

**Roy** - - *Analyst*

Yes. I just got back from the Pacific northwest, Matt, and continue to see indications of customers buying very much on price, and business switching back and forth between you and the other guy. And what I am concerned about is the continued downward pressure on prices out there, particularly some of the agricultural commodities, processed food, that kind of stuff. I wonder if maybe, John, you can tell me a little bit about what your plans are to keep the margins up and kind of fend off this business of buying the business back or shifting the business back and forth between carriers?

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

Well, Roy, we had not seen, obviously, prices going down as we have demonstrated throughout 2003 on an overall basis and we are very bullish about pricing in 2004. I am not sure, I would be glad to talk to you separately about what customers you might have been talking to, but we plan to maintain our discipline, and part of that resolves around, you know, those tipping points on capacity versus demand and what we see in the marketplace, and network balance and all sorts of things, but we are going to be very aggressive on pricing this year and continue to improve yield as we did last year.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Well, I think, you know, when you are faced with 6, 7, 8% growth, your options multiply, and when you are at 0 growth or 1 or 2% growth dealing with recession and manufacturing change, you know, merger integration, all of those things that our industry has dealt with over the last couple of years, you know, every load of freight is a good looking load of freight. That's not the case when you've got 6, 7, 8% type growth opportunities, and, you know, we, quite frankly, one of the litmus tests is us losing business is, you know, a good sign. I know that is kind of counter intuitive, but it's okay, with that type of growth opportunity.

---

**Roy** - - *Analyst*

What you are saying then is not every car load is created equal.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Absolutely not.

---

**John Lanigan** - *Burlington Northern Santa Fee Corporation - VP & CMO*

Roy, if you look the the one chart I had or two charts, compare them with the 10% growth in industrial, on the revenue side, with a 4.7 increase in units, I think that's an indication of discipline.

---

**Matt Rose** - *Burlington Northern Santa Fe Group - Chairman, President, and CEO*

Okay.

Are we done? I want to thank you for your interest. Thank you for coming, and we will talk to you in April. Thank you very much

---

**Operator**

Ladies and gentlemen this conference will be available for replay beginning today at 2pm eastern time until Friday, January 30th, 2004 at midnight eastern time. You may access the AT&T replay service by dialing 1-800-475-6701. Our International participants may dial 320-365-6844 and enter the access code 715698. That number again is 1-800-475-6701. International participants dial 320-365-3844, entering in the access code 715698. That does conclude your conference for today, thank you for your participation for using AT&T Executrive Teleconvernce Service. You may now disconnect.

---



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

# FINAL TRANSCRIPT

**BNI - 4th Quarter 2003 Financial Presentation**

**DISCLAIMER**

CCBN reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES CCBN OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2004, CCBN, Inc. All Rights Reserved.



© 2004 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

# PX0044-PX0055

# Filed Under Seal

# EXHIBIT PX0056

# [Intentionally Omitted]

# PX0057-PX0058

Filed Under Seal

# EXHIBIT PX0059

# [Intentionally Omitted]

# PX0060-PX0065

Filed Under Seal

# EXHIBIT PX0066

# [Intentionally Omitted]

# PX0067-PX0070

# Filed Under Seal

# EXHIBIT PX0071

# [Intentionally Omitted]

# PX0072-PX0107

# Filed Under Seal

# EXHIBIT PX0108

# [Intentionally Omitted]

# PX0109-PX0114

# Filed Under Seal

# EXHIBIT PX0115

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
BNSF RULES BOOK 6100-A
(Cancels BNSF Rules Book 6100))

CONTAINING
RULES, REGULATIONS AND SPECIAL CHARGES
GOVERNING
THE TRANSPORTATION OF FREIGHT
ON
THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY
IN
THE UNITED STATES AND CANADA
AND
REGULATIONS GOVERNING CURRENCY EXCHANGE ON TRAFFIC
FROM, TO AND BETWEEN STATIONS IN CANADA
AND
CAR HIRE ON TRAFFIC TO OR FROM MEXICO

For explanation of abbreviations / reference marks, see Item 110

ALSO APPLICABLE ON INTRASTATE TRAFFIC

ISSUED DECEMBER 29, 2000 EFFECTIVE JANUARY 1, 2001

Issued by J. C. Engstrom, P. O. Box 961069, Ft. Worth, TX 76161-0069

Table of Contents

Item 100 - BNSF Web Site 4
Item 110 - Explanation of Abbreviations and Reference Marks 4
Item 120 - Method of Canceling Items 5
Item 130 - Notification of Changes 5

**SECTION 1 - General Rules And Regulations 6**
Item 1000 - Description of Governing Classification 6
Item 1020 - Station Lists and Conditions 6
Item 1040 - Explosives and Dangerous Articles 6
Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc 6
Item 1080 - Omnibus Clause 6
Item 1100 - Application of Items to Non-Regulated Traffic 7
Item 1120 - Consecutive Numbers 7
Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001 7

**SECTION 2 - Specific Rules And Regulations - Without Charges 8**
Item 2000 - Charges Payable in United States Funds 8
Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap 8
Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In 8
Item 2060 - Definition of "Intrastate" and "Interstate" Traffic 8
Item 2080 - Distance, Method of Obtaining 8
Item 2100 - Emergency Routing 9
Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP 9
Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic 9
Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic 9
Item 2180 - Mileage Allowance Application 9
Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico 10
Item 2220 - Receipt and Delivery of Freight, Restrictions On 10
Item 2240 - Refused or Unclaimed Freight 10
Item 2250A – Rule Governing Security-Type Seals Application, Issued January 31, 2002 – Effective March 1, 2002 10
Item 2260 - Return of Refused or Rejected Shipments 11
Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restriction - Issued April 04, 2002 – Effective April 05, 2002 11
Item 2280 - Rules Governing Transportation of Railway Passenger Cars 13
Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001 13
Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated) 14
Item 2360 – Electronic Movement Instructions for Scrap Paper, (Issued May 7, 2003 – Effective July 1, 2003) (New Item) (Increase) 14

**SECTION 3 - Specific Rules and Regulations - With Charges 15**
Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002 15
Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001 15
Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, 15
Cancelled Effective October 31, 2001 15
Item 3060 - Charge - Detention on Heavy Duty Flat Cars 15
Item 3080C - Charge – Detention on Mechanical Refrigerator Cars, Issued November 15, 2002 – Effective December 1, 2002 16
Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments 17
Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight 18

Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico, Issued November 29, 2001 – Effective December 24, 2001 ..... 18
Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001 ..... 19
Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand, ..... 19
Cancelled Effective October 31, 2001 ..... 19
Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC ..... 20
Item 3240 - Charge - Hazardous Materials Destined to Canada ..... 20
Item 3250 – Failure to Complete Unloading of Railcars, ..... 20
Issued October 10, 2001 – Effective November 1, 2001 ..... 20
Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003 ..... 21
Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets ..... 21
Cancelled Effective October 31, 2001 ..... 21
Item 3280 - Charge - Shipments Held for Orders ..... 21
Item 3300C - Charge - Special Freight Train Service – Issued February 28, 2003 – Effective March 21, 2003 23
Item 3320 - Charge - Turning of Empty Unit Train Cars ..... 24
Item 3340 - Charge - Destination Detention on Sugar Cars ..... 24
Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001 ..... 24
Item 3375C - Charge – Fuel Surcharge, (Issued May 7, 2003 – Effective June 1, 2003) (Increase) ..... 25
Item 3400D – Credit Terms, Issued February 24, 2003 – Effective February 25, 2003 ..... 26

**SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada ..... 28**
Item 4000 - Application ..... 28
Item 4020 - Basis Rate of Exchange ..... 28
Item 4040 - Governing Date for Application of Surcharge or Discount ..... 28
Item 4060 - Surcharge or Discount to be Shown on Freight Bills ..... 28

**SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001) ..... 29**
Item 4100 - Surcharge ..... 29
Item 4120 - Domestic Traffic ..... 29

**SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001) ..... 30**
Item 4200 - Discount or Surcharge ..... 30
Item 4220 - Domestic Traffic ..... 30

**SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001 ..... 31**
Item 5000 – Item Cancelled Account Obsolete ..... 31
Item 5040 – Item Cancelled Account Obsolete ..... 32
Item 5060 – Item Cancelled Account Obsolete ..... 33
Item 5080 – Item Cancelled Account Obsolete ..... 34
Item 5100 – Item Cancelled Account Obsolete ..... 35

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001 ..... 36**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1. ..... 36**
Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier ..... 36

Issued January 16, 2001 – Effective January 17, 2001 ........ 36
Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment ........ 36
Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002 ........ 36
Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001 ........ 37
Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002 ........ 38
Item 6080 - Empty Movement Of Privately Owned Cars ........ 38
Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc. ........ 38
Item 6120 - Offer Of Section 11706 ('Carmack') Liability ........ 38
Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded) ........ 39
Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001 ........ 39
Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001 ........ 41
Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car ........ 43
Item 6200 - Stopping ........ 44
Item 6220 - Mexico ........ 44
Item 6240A - Cleaning Fees, Issued November 12, 2002 – Effective January 1, 2003 ........ 44

---

*Item 100 - BNSF Web Site*

This Book is now available on the Internet for viewing or sending directly to your printer. The BNSF Home Page address is http://www.bnsf.com. BNSF has provided a link to the Adobe Homepage so that Acrobat Reader software can be downloaded onto your computer allowing you to print a copy, on your Personal Computer, that will mirror the hard copy you now get via mail. BNSF is also exploring ways to send interested parties an EMail message whenever an amendment or reissue of this Book takes place. Our ultimate goal is to have you, the user of this Book, obtain your copy of the printed information contained in this Book directly from the BNSF web site. **Beginning January 1, 2001 an annual $100 subscription fee will be assessed for those who wish to receive a hard copy through the mail.**

If, at this time, you are not prepared to obtain a copy of this Book directly from the BNSF web site, then a hard copy of this Book will be mailed to you, provided you furnish, to the address shown below, a formal written request for a printed copy. This formal request is required on an annual basis in accordance with the Surface Transportation Board's recent policy decision under Ex Parte 528, Disclosure, Publication, and Notice of Change of Rates and Other Service Terms for Rail Common Carriage.

If your company is already using the Internet and you visit the BNSF web site, your comments regarding access to the Book would be appreciated. If you are not currently using the Internet, your comments regarding the above concept would also be appreciated. All comments should be directed to:

Manager Auxiliary Prices
The Burlington Northern and Santa Fe Railway Company
P. O. Box 961069
Ft. Worth, TX 76161-0069

---

*Item 110 - Explanation of Abbreviations and Reference Marks*

| ABBREVIATION | EXPLANATION |
|---|---|
| BNSF | Burlington Northern and Santa Fe Railway Company, The |
| BOE | Bureau of Explosives |
| CFR | Code of Federal Regulations |
| CSP | Camas Prairie Railnet, Inc |
| OPSL | Official List of Open and Prepay Stations |
| NSRQ | Norfolk Southern Rate Quotation |
| RER | Official Railway Equipment Register |
| TM | The Texas Mexican Railway Company |
| UFC | Uniform Freight Classification |
| US | United States |

| REFERENCE MARK | EXPLANATION |
|---|---|
| (A) | Denotes increase. |
| (B) | Denotes reduction. |
| (C) | Denotes changes in wording which result in neither increases nor reductions in charges. |

---

---

*Item 120 - Method of Canceling Items*

As this book is revised, numbered items with letter suffixes will be used in alphabetical sequence starting with A. Example: Item 3000-A cancels item 3000, and item 3000-B cancels item 3000-A in a prior revision, which in turn cancelled item 3000.

---

*Item 130 - Notification of Changes*

1. As items in this book are revised, the remarks "Increase, Reduction or Change in Wording" will be shown in parenthesis to the right of the effective date of the item.

   Example:

   **Item 1000 – Description of Governing Classification**
   Issued March 1, 2001 – Effective April 1, 2001 **(Change in Wording)**

2. In addition, the effective date of the revised item will be added in parenthesis to the Table of Contents on page 1 to identify which item(s) have been changed.

   Example:

   Item 1000 – Description of Governing Classification **(Effective April 1, 2001)**

3. The paragraph that has been changed within the item will contain one of the following reference marks placed at the end of the paragraph.

   (A) Denotes Increase.
   (B) Denotes reduction.
   (C) Denotes changes in wording which result in neither increases nor reductions in charges.

   Example:

   The term "Uniform Freight Classification", when used herein, means UFC 6000-Series. **(C)**

---

## SECTION 1 - General Rules And Regulations

### *Item 1000 - Description of Governing Classification*

The term "Uniform Freight Classification", when used herein, means UFC 6000-Series.

### *Item 1020 - Station Lists and Conditions*

This Book is governed by OPSL 6000-Series to the extent shown below:

A. For additions and abandonments of stations, and, except as otherwise shown herein, for prepay requirements, changes in names of stations, restrictions as to acceptance or delivery of freight, and changes in station facilities. When a station is abandoned as of a date specified in OPSL 6000-Series, the rates from and to such station are inapplicable on and after that date.

B. For geographical locations of stations.

C. For the identification of stations when stations are shown or referred to by numbers.

### *Item 1040 - Explosives and Dangerous Articles*

For rules and regulations governing the transportation of explosives and other dangerous articles, also specifications for shipping containers, and restrictions governing the acceptance and transportation of explosives and other dangerous articles, see BOE 6000-Series.

### *Item 1060 - Reference to Tariffs, Items, Notes, Rules, etc.*

Where reference is made in this Book to tariffs, items, notes, rules, etc., such references are continuous and include supplements to and successive issues of such tariffs and reissues of such items, notes, rules, etc.

### *Item 1080 - Omnibus Clause*

Except as otherwise provided, shipments made under rates referring to this Book are entitled to the following services: Car service, demurrage, drayage, diversion, inspection, reconsignment, stopping, storing, switching, transfer, weighing and other Terminal Services, and are subject to the charges therefor, if any, of the carrier performing the service.

*Item 1100 - Application of Items to Non-Regulated Traffic*

On non-regulated rail traffic, such as that transported under an exempt transportation contract, under an exempt rate quotation, or under an exempt rate memorandum, except to the extent that special provisions for accessorial services to be provided by BNSF are stated within the transportation contract, exempt rate quotation or exempt rate memorandum, the rules, regulations and charges for such accessorial services will be as set forth in tariffs or books to which BNSF is a party and shall apply to the same extent and in the same manner as if the subject transportation had been regulated.

As a partial listing of the accessorial services described herein, and not in limitation thereof, accessorial services are defined to include demurrage, detention of freight cars, diversion, holding cars, inspection, protective service, reconsignment, reweighing, special freight train service, spotting, stoppage to complete loading or partly unload, storage, switching, transit, weighing, and other services not specified above.

*Item 1120 - Consecutive Numbers*

Where consecutive numbers are represented in this Book by the first and last numbers connected by the work "to" or a hyphen, they will be understood to include both of the numbers shown and all numbers in between the first and last numbers.

If the first number only bears a reference mark, such reference mark also applies to the last number shown and to all numbers between the first and last numbers.

*Item 1130 – Car Capacity, Issued August 10, 2001 – Effective September 1, 2001*

Car capacity parameters, formerly based on Nominal Capacity, are now based on Load Limit. For marked capacities, lengths, dimensions and cubical capacities of cars, see Equipment Characteristics at http://www.bnsf.com/cws/eqpumler/index.html.

## SECTION 2 - Specific Rules And Regulations - Without Charges

### *Item 2000 - Charges Payable in United States Funds*

Except as otherwise provided, rates and charges in this Book, and those making reference to this Book, are stated in money of the United States and are payable in United States' dollars or its equivalent.

---

### *Item 2020 - Deductible on Loss or Damage of Iron or Steel Scrap*

No claim or suit for the physical loss or damage to any shipment of Iron or Steel Scrap, transported via BNSF, shall be made or filed by a Customer for amounts of $250.00 or less (Minimum Claim Amount). If customer's proven loss or damage is in excess of the Minimum Claim Amount, the Minimum Claim Amount shall be deducted from any claim made against carrier(s) for any shipments transported by the carrier(s).

---

### *Item 2040 - Defective Cars, Minimum Weights on Shipments Loaded In*

If, by reason of the character, construction, or age of equipment furnished, the minimum carload weight, as specified in the tariffs or classifications, cannot be loaded, the minimum weight to be charged for on shipments loaded therein shall not exceed the safe loading capacity as determined by the Operating, Transportation or Inspection Departments.

---

### *Item 2060 - Definition of "Intrastate" and "Interstate" Traffic*

A. The term "Intrastate Traffic" applies to traffic having origin, destination and entire transportation within the same state.

B. The term "Interstate Traffic" applies to:

   1. Traffic having origin in one state and destination in another state; or

   2. Traffic having origin and destination within the same state when transported via a route operating through another state.

---

### *Item 2080 - Distance, Method of Obtaining*

Various charges in documents referring to this Book are based on mileages. To determine miles refer to BNSF Internet Public Rate Retrieval or BNSF Rail Mileage Inquiry at BNSF.com. When rates are not shown for exact distances, use rates for next greater distance.

---

*Item 2100 - Emergency Routing*

Rates in documents referring to this Book will apply only via the routes and junction points authorized therein, except that when in the case of pronounced traffic congestion (not an embargo), washout, wreck, or other similar emergency, or through carrier's error, carriers forward shipment via other junction points of the same carriers, the rate to apply will be that specified in the document referring to this Book but not higher than the rate applicable via the route of movement.

*Item 2120 - Freight Damaged in Transit Between Stations on BNSF and CSP*

The following applies on freight shipments that are damaged in transit when moving via the BNSF from or to stations on the CSP.

1. Shipments damaged in transit and refused by consignees, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers via the route and line over which such shipments moved, free of any charges, or, at carrier's option, be forwarded to such point on its lines that offer the best facilities or opportunities for advantageous disposal.

2. Shipments refused by consignees owing to causes for which the carrier is wholly responsible, will, upon order of the Director, Freight Claims, Topeka, KS, be returned to shippers free of any charges, in the same manner as provided for shipments damaged in transit.

*Item 2140 - Transaction Privileges and Educational Excise Taxes on Arizona Intrastate Traffic*

All carload rates and charges in connection with Arizona intrastate traffic are subject to the Arizona transaction privileges and educational excise taxes in effect at the time of shipment.

*Item 2160 - Gross Receipts Tax on New Mexico Intrastate Traffic*

All carload rates and charges in connection with New Mexico intrastate traffic are subject to the New Mexico Gross Receipts Tax in effect at the time of shipment.

*Item 2180 - Mileage Allowance Application*

By use of rates making reference to this Book, shipper warrants that its interest in the equipment used under rates subject to this Book is sufficient to permit it to waive full payment of mileage allowance. Shipper will, and BNSF will not, be liable for mileage allowances in excess of the above obligation. In the event that a party other than the shipper using these rates submits a claim to railroad for mileage allowance payments in excess of BNSF's obligation under this tariff, shipper shall, at BNSF's option, either (1) release, defend and indemnify BNSF from said claim including attorney's fees and cost of litigation, or (2) reimburse BNSF for excess mileage allowances paid by BNSF within thirty (30) days of notice by BNSF.

*Item 2200 - Order Bills of Lading, Non-Acceptance on Grain to Mexico*

Shipments of Grain and Grain Products, as defined in Tariff BNSF 4022-4023 Series, from BNSF origins to destinations in Mexico may only be made under a Straight Bill of Lading. Order Bills of Lading for shipments of Grain and Grain Products billed to destinations in Mexico will not be accepted by the BNSF.

*Item 2220 - Receipt and Delivery of Freight, Restrictions On*

Nothing in tariffs to which BNSF is a party shall require BNSF to receive or deliver any carload or less than carload shipment when such receipt or delivery is impracticable because of any riot, strike, picketing or other labor disturbance.

*Item 2240 - Refused or Unclaimed Freight*

The following practice will be followed in the handling of freight which is refused or unclaimed.

A. Non-Perishable Freight Consignee, as described in the waybill, will be notified promptly of the arrival of shipments at destination. In case of refusal by consignee to accept the freight, or if freight is unclaimed five days after notice of arrival has been duly sent or given, consignor will be sent a notice showing:

    Name of consignee
    Description of freight
    Point of origin and date of shipment whether property has been refused or remains unclaimed;

    which notice should also state substantially that if disposition is not arranged for, the property will be subject to sale as provided in Section 4, Paragraph (b) of the Uniform Bill of Lading as published in Tariff UFC 6000-Scrics.

B. Perishable Freight Consignee will be notified promptly of the arrival of perishable freight, but whenever necessary to prevent loss or waste, perishable freight which is refused, unclaimed or undelivered may be sold at the discretion of the carrier, without advertising and without further notice, as provided in Section 4, Paragraph (c) of the Uniform Bill of Lading as published in Tariff UFC 6000-Series.

*Item 2250A – Rule Governing Security-Type Seals Application, Issued January 31, 2002 – Effective March 1, 2002*

It is the shipper's responsibility to protect the safety and integrity of their lading, including but not limited to, the application of sccurity-typc scals to shipmcnts for prcvcntion of unauthorizcd acccss to lading. Whilc in its custody, BNSF acknowledges its responsibility to maintain the integrity of the lading commensurate with its applicable common carrier or contract carrier obligation. However, the mere presence of a broken seal or missing seal, alone does not deem the lading to be contaminated or adulterated. Accordingly, BNSF will not acknowledge responsibility for alleged contamination or adulteration unless there is evidence to support same. Likewise, the shipper is responsible to provide documentary evidence that each shipment is properly protected with security seals prior to release at origin.

*Item 2260 - Return of Refused or Rejected Shipments*

A. When a shipment has reached destination but is refused or rejected and not unloaded and is returned to the original point or a directly intermediate point, the return movement will be subject to (1) the rate, minimum weight and route from the original point in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applicable for such return movement, if lower.

B. When the refused or rejected shipment moved to destination from a transit station on a reshipping or transit balance rate, the return movement to the transit station will be subject to (1) the local or joint carload rate, minimum weight and route from the transit station to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

C. When a refused or rejected car was part of a shipment subject to multiple car or unit train rates, the return movement will be subject to (1) the applicable single car rate, minimum weight and route from the original shipping point to destination in effect on date shipment is tendered for return, or (2) to the rate, minimum weight and route applied for such return movement, if lower.

D. The provision of this item do not apply to Coal (STCC 11).

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restriction - Issued April 04, 2002 – Effective April 05, 2002*

The provisions of 49 U.S. C. § 11706 do NOT apply to shipments which are governed by the terms of this Rule Book.

Carrier* will not be liable for loss, damage or delay to lading caused by an Act of God, a public enemy, the authority of law, labor strikes, acts of civil disobedience, the inherent nature or character of the lading, natural shrinkage, an act or default of the shipper/consignor, owner or consignee/receiver, or from any cause whatsoever which occurs while the lading is not in the actual physical custody and control of Carrier.

Shipper is responsible for proper and lawful packaging, loading, stacking, blocking, bracing and ventilation of the cargo. Shifting of a load enroute is, of itself, not evidence of Carrier mishandling. If other than a vehicle** with mechanical protection against heat and cold is requested by the shipper/consignor, Carrier is not responsible for the deterioration of the product which may occur because of temperature within the vehicle. Shipper is responsible for affixing a seal to each vehicle door or hatch.

Shipper acknowledges and accepts the inherent tendency of perishable goods to deteriorate or decay. Carrier is not liable for the decline of goods as is reasonably expected to occur while enroute. Carrier is not liable for the decline of goods attributable to disease or decay within the goods when loaded.

Carrier is not liable for shortage of lading unless there is physical evidence of unauthorized forced entry into the vehicle while in Carrier's possession. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. Origin and destination seal records must be furnished.

Carrier agrees to transport shipments with reasonable dispatch. Carrier does not guarantee rail service within any particular time frame. Carriers maximum liability for cargo is the lower of its original cost or the cost of replacement. Carrier is not liable for special or consequential damages or for damages due to market decline. Carrier will not be responsible for any loss, damage or delay to cargo that occurs outside of the United States or Canada.

(Item continued on next page)

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Continued)*

A claimant must mitigate its damage by acceptance of damaged cargo unless the goods are totally worthless. A claimant may not abandon damaged goods to Carrier when the damaged lading retains more than minimal value. Product that is abandoned to Carrier in an undamaged condition will be sold and the salvage proceeds only, less salvage expenses, will be remitted to the owner.

There shall be no presumption of carrier fault for the loss, damage or delay of cargo. The burden of proof to establish the culpability of Carrier is upon the claimant. Carrier is not liable for any loss, damage or delay of cargo, except where Carrier's intentional act or omission, gross negligence or simple negligence is the direct and proximate cause of the injury. If Carrier's act or omission is not the sole cause of the injury but contributes to the loss, damage or delay to the cargo, then Carrier will be liable only for that portion of the injury as corresponds to its comparative culpability.

Carrier's maximum liability per vehicle is $ 250,000.00. BNSF will not be liable for damage where BNSF's liability is determined to be $250.00 or less per vehicle. No claim will be filed or paid for injury to lading of less than $ 250.00 per vehicle. (Not applicable when in conflict with Item 6160 of this Rules Book.) (C)

**Filing of Claim**

As a condition precedent to the recovery on any claim, Carrier and shipper/consignor must be notified promptly upon discovery of the injury to cargo and Carrier must be allowed to inspect the lading. Failure of Carrier to inspect the cargo will not constitute an admission of liability by Carrier or alter the burden of proof on claimant to establish the liability of Carrier.

If the location of the loss, damage or delay to the cargo is known to the claimant, the claim must be filed with that rail carrier on whose line the injury occurred. Otherwise, the claim may be filed with any linehaul rail carrier in the route of movement.

As a condition precedent for recovery against Carrier, a claim for loss, damage or delay to the cargo must be filed within nine months of the date of delivery of nine months of the reasonably anticipated date of delivery if delivery is not made. Should Carrier decline a claim, suit thereon may not be brought more than nine months after the date of Carrier's written declination. Federal carrier law governs the determination of liability; no State or common law causes of action will be recognized. A lawsuit against Carrier based on indemnification must satisfy the aforestated time limitations for filing a claim and for initiating a lawsuit.

A claim must be in writing and must include the following documentation:

Information identifying the rail shipment, including vehicle initial and number, shipper's/consignor's and consignee's/receiver's name, address and telephone number, shipping date, and commodity.

Origin records or certification on the condition and quantity of the lading at the time the goods were tendered to the origin carrier.

Destination records or certification on the condition and quantity of the lading at the time the goods were received from the destination carrier.

A demand for payment of a specific amount, with a statement of the formula or basis on which the damages are calculated, plus evidence in support of the calculation.

Documentation as to disposition of damaged lading and the salvage proceeds therefrom.

On a fresh fruit or vegetable claim, origin and destination USDA inspection reports or the Canadian government equivalent.

(Item continued on next page)

*Item 2270 – Cargo Loss, Damage and Delay Provisions/Liability Restrictions (Concluded)*

A freight loss, damage or delay claim filed with BNSF is to be mailed to:

Director, Freight Claims
Burlington Northern Santa Fe Railway
Post Office Box 1738
Topeka, Kansas 66601

**Full Liability Transportation Service**

As an alternative to the foregoing Restricted Liability provisions, Carrier offers Full Liability transportation subject to the terms and conditions of 49 U.S.C.§ 11706 (Carmack Amendment) at a rate or charge higher than that applicable to transportation under restricted liability terms. If the shipper elects the Carmack Amendment alternative, it must: (a) not later than the time that the railcar is ordered for loading, notify Carrier of its intention to subject the shipment to 49 U.S.C. § 11706 and obtain from the Carrier the applicable transportation rate or charge; (b) place on the bill of lading or shipping order the notation "Shipment is subject to 49 U.S.C. § 11706"; and acknowledge that the linehaul transportation charge will be billed 'prepaid'. The shipper's failure to comply strictly with all of the requirements for transportation subject to 49 U.S.C. § 11706 shall create a conclusive presumption that the shipment is intended for transport on the Restricted Liability terms of this Item.

* "Carrier" includes BNSF Railway and all of its connecting linehaul and switching railroads on any shipment for which this Rule Book applies.
** "Vehicle" includes a railcar of any description, a trailer, or a container.

---

*Item 2280 - Rules Governing Transportation of Railway Passenger Cars*

Except as otherwise provided, BNSF will not accept for transportation over its line or for placement or storage on its tracks or in its yards any railway passenger car or railroad business car, with or without passengers.

---

*Item 2320 – Prices Required Prior to Shipment, Issued October 10, 2001 – Effective November 1, 2001*

BNSF will issue freight bills based on rates that are in effect at the time shipments are tendered to us for movement. Please show the applicable price authority number on your bills of lading (e.g., BNSFQ 12345).

BNSF will not allow backdated pricing to cover carload shipments where the customer tendered a shipment prior to a price agreement or after a price agreement has expired. If no other price is in place at the time of movement, existing public prices will be used. For joint line shipments, if an existing through price is not in place, then BNSF will rate and bill these as Rule 11 shipments. This means each line haul railroad will bill the customer for their portion of the shipment

---

---

*Item 2340 – Method of Calculating Rail Cost Adjustment Factor Based Price Adjustments, Issued March 22, 2002 – Effective March 23, 2002 (Item Eliminated)*

---

*Item 2360 – Electronic Movement Instructions for Scrap Paper, (Issued May 7, 2003 – Effective July 1, 2003) (New Item) (Increase)*

BNSF will no longer accept or process movement instructions (bill of lading, switch instructions) for scrap paper other than by the electronic methods listed below:

a. System to System Electronic Data Interchange (EDI).
b. BNSF Shipping Instruction tool on the Internet.
c. Rail Industry Shipping Instructions tool on the Internet.
d. Agilink – PC – based billing package.
e. Fax to Third Party billing service.

BNSF will also require complete billing prior to the movement in order to ensure efficient handling of the shipment. If a car is released from the loading facility without billing instructions, the standard demurrage charge per Item 1100-Series of BNSF Demurrage Book 6004-Series will apply plus $75 per day for holding charges until billing is provided by an appropriate method. Consignor / Loader will also be subject to switching charges as outlined in BNSF Switching Book 8005-Series.

---

## SECTION 3 - Specific Rules and Regulations - With Charges

*Item 3000B - Charge - Cancellation of Car Order, Issued July 11, 2002 – Effective August 1, 2002*

A. The provisions of this paragraph are no longer applicable.

B. A cancellation charge of $75.00 per car, except Mechanical Refrigerator cars a charge of $300.00 per car, will be applied whenever a car that is already applied to a car order and that car order is canceled, reduced or changed. One of the following conditions must be met before charges are applicable:

1. If order is for equipment furnished by BNSF, cars must be spotted at industry at the time the order is canceled, reduced, or changed (See EXCEPTION); or

2. If order is for equipment furnished by a foreign carrier, cars must be placed on interchange track, already received by BNSF, or spotted at industry at the time the order is canceled, reduced or changed.

3. If order is for equipment ordered by foreign carrier from BNSF, cars must be placed on interchange track or already delivered to foreign carrier at time the order is canceled, reduced or changed (See NOTE).

EXCEPTION: The cancellation charge does not apply to BNSF owned or leased equipment ordered to load commodities covered by Tariff BNSF 4022-Series and BNSF 4023-Series. For provisions to apply see Item 12163 of BNSF 4022-Series and BNSF 4023-Series.

NOTE: BNSF will not absorb any charges assessed by a foreign carrier for the handling of a car ordered and not used in transportation service. Any charges assessed by the foreign carrier will be billed to the party canceling the order.

---

*Item 3020A - Charge - Cleaning and Disinfecting Cars, Cancelled Effective October 31, 2001*

When BNSF is required to disinfect or clean a box car under State, Federal, County, or Municipal regulations, a charge of $234.00 per car will be assessed against the freight payor of the shipment for which such cleaning and disinfecting is made. This charge will be in addition to any applicable charge for fumigation.

---

*Item 3040A - Charge - Sugar Covered Hopper Cars Rejected for Cleaning, Cancelled Effective October 31, 2001*

Empty Covered Hopper Cars, last containing Sugar (STCC 20-621 and 20-629), rejected for cleaning will be subject to a charge of $800 when the prior load was originated by the current shipper rejecting the car.

---

*Item 3060 - Charge - Detention on Heavy Duty Flat Cars*

For detention and use charges on heavy duty flat cars, see Tariff RPS 6740-Series.

---

*Item 3080C - Charge – Detention on Mechanical Refrigerator Cars, Issued November 15, 2002 – Effective December 1, 2002*

This item applies only on railroad owned or railroad controlled Mechanical Refrigerator Cars. The charges herein apply whether or not the refrigeration unit is running. In determining the assessment of charges, Sundays will be considered chargeable days and the 12 Holidays as listed in BNSF Demurrage Book 6004, Item 140 series will be considered free days. (See Exception 1)

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed at destination, or are constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After three days, detention charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the party unloading the railcars. Also, detention will be calculated from the first 12:01 a.m. after empty cars are actually placed at origin, or are constructively placed either short of origin or at origin, or if actually placed prior to the date ordered from the first 12:01 of the order date, and will continue until such time as cars are released as a load with proper billing. After three days, detention charges of $50.00 per day per car for cars with inside length of 63 feet or less and $100.00 per day per car for cars with inside length greater than 63 feet will be assessed against the party loading the railcars.

All detention charges will be issued by BNSF and are payable to BNSF whether the loader or unloader is located on the BNSF, served through reciprocal switching or is located offline from the BNSF.

Exception:

1. This exception applies to mechanical refrigerator cars moving in BNSF revenue line haul service. When actual placement for loading or unloading is on Friday or Saturday, the Saturday preceding the first Sunday is non-chargeable and the first Sunday is non-chargeable. All subsequent Saturdays and Sundays are chargeable.

*Item 3100 - Charge - Attendants/Riders Accompanying Freight Shipments*

A. This item applies for transportation in freight service of each attendant/rider accompanying freight shipments where such transportation is reasonably required. This item will apply only when advance arrangements have been made between the party to accompany freight shipment and BNSF. Each attendant/rider accompanying a shipment under the provisions of this item must execute a BNSF Release Form in accordance with Rule 43 of the Uniform Freight Classification Tariff UFC 6000-Series prior to movement of shipment. Bill of lading covering shipment must indicate when attendant/rider will accompany the shipment, number of such attendants/riders, and points between which they are to accompany the shipment. BNSF is not required to furnish special accommodations for person(s) riding freight trains.

B. The one-way charge for each attendant/rider accompanying freight shipments is as follows:

BNSF Charge Per Attendant/Rider

| BNSF Mileage | Charge Per Attendant/Rider |
| --- | --- |
| 1000 or less | $250.00 |
| 1001 to 2000 | $400.00 |
| 2000 and over | $650.00 |

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF6003 Rail Mileage Inquiry at www. BNSF.com.

*Item 3120 - Charge - On Traffic of Exceptional Dimensions or Weight*

Traffic of exceptional dimensions or weight, which can only be handled subject to restrictions when accompanied by representatives of the Track and Signal Departments to remove and replace switch stands, targets, and dwarf signals, reinforcing of bridges or track or any extra work required to be done over and above normal handling by representatives of Car or Engineering Department to accompany load for safety reasons, will be subject to additional charges over and above the freight charges based on actual cost incurred by BNSF for services performed.

*Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico, Issued November 29, 2001 – Effective December 24, 2001*

Carload shipments moving from the United States to Mexico via any Texas-Mexico border crossing points are subject to the following provisions when held on the BNSF awaiting clearance of Mexican Customs and release for entry into Mexico.

A. Calculations of Charges:

1. Seventy-two (72) hours free time will be allowed for the surrender of all documentation necessary for the clearance of Mexican Customs and release for entry into Mexico.

2. Free time will be computed from the first 12:01 a.m. after "Despacho Previo" (See Note) notification. Saturdays, Sundays, and holidays will be excluded in the computation of free time except as noted below.

   Note: "Despacho Previo" is a Mexican Customs' program to pre-document exports from the United States into Mexico prior to the interchange of cars to a Mexican railroad.

3. Following the expiration of free time, a Document Delay charge of $50.00 per car, per day, or fraction thereof, will be assessed until the car is released for entry into Mexico.

4. Saturdays, Sundays, and holidays, occurring subsequent to any chargeable day, will be considered chargeable days.

B. Notification and Release:

1. "Despacho Previo" notification will be sent or given by the BNSF to the consignee, or party designated by the shipper to receive same, when unit enters the BNSF computer system through customer shipping instructions or interchange receipt from connections carriers.

2. Cars will be considered to be "released" for entry into Mexico when all of the following requirements have been met:

   (a) All freight and accessorial charges due the BNSF have been paid; and

   (b) All requirements to legally export the shipment from the United States to Mexico have been met, and the required documents are furnished to the BNSF; and

(continued on next page)

*Item 3140A - Charge - Document Delay Charges on Export Traffic to Mexico (concluded)*

(c) All requirements to legally import the shipments into Mexico have been met and proof furnished to the BNSF.
(d) Shipping instructions have been received by the Mexican rail carrier.

C. Holidays:

The following United States and Mexican holidays will be recognized as holidays in the calculation of charges:

New Year's Day – January 1
Martin Luther King Day – Third Monday of January
Constitution Day - February 5
Presidents Birthday – Third Monday of February
Birthday of Benito Juarez - March 21
Good Friday – Friday before Easter Sunday
Labor Day - May 1
Memorial Day – Last Monday of May
Independence Day – July 4
Labor Day – First Monday of September
Independence Day – September 16
Anniversary of Mexican Revolution - November 20
Thanksgiving Day – Fourth Thursday of November
Christmas Day – December 25

*Item 3180A - Charge - Failure to Complete Unloading of Bentonite Clay, Cancelled Effective October 31, 2001*

Open-top or covered hopper cars of Bentonite Clay (STCC 14-511-10 and 32-952-32), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rules 14 and 27 in Tariff UFC 6000-Series.

*Item 3200A - Charge - Failure to Complete Unloading of Industrial Sand, Cancelled Effective October 31, 2001*

Covered hopper cars of Industrial Sand (STCC 14-413), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge for any material over 1,000 pounds at a rate of $75.00 for each 2,000 pounds of material over the first 1,000 pounds. Such charge will be assessed against the consignee or party responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

*Item 3220 - Charge - Free Time and Detention on Cars Delivered to Water Carriers at Vancouver, BC*

This item applies on all railroad and railroad controlled cars for which BNSF pays or receives per diem, including BNSF owned or leased cars.

A. Seven (7) days free time will be allowed from the arrival of loaded or the availability of empty cars for delivery to a water carrier at the BNSF terminal yard in Vancouver, BC, and shall be considered delivered following notification.

B. Free time will begin at the first 12:01 a.m. following telephone notification, confirmed by Fax transmission of the arrival of loaded cars; or the telephone notification of empty cars available at the BNSF terminal yard in Vancouver, BC.

C. After expiration of the free time, the following detention charges apply:

$20.00 per car per day for each of the first fourteen (14) days; and
$60.00 per car per day for each subsequent day.

D. Once detention charges commence, charges are applicable until cars are returned to BNSF tracks in Vancouver, BC.

E. Traffic subject to the provisions of this item are not subject to the provisions of BNSF Demurrage Book 6004-Series, except that the provisions of Item 110 (Charges on Cars Containing Explosives or Hazardous Materials) to BNSF Demurrage Book 6004-Series will apply.

*Item 3240 - Charge - Hazardous Materials Destined to Canada*

When a shipment of Hazardous Materials arrives at a border crossing between the United States and Canada without proper documentation in compliance with Canadian Transport Commission Regulations, including the Canadian Hazardous Materials Description and proper Canadian Hazardous Materials Placards attached to the car, and the shipment must be held by BNSF at the border crossing, a charge of $88.00 per day, or portion of a day, will be assessed from the first 7:00 a.m. following notice to the consignor that the shipment is being held awaiting proper documentation and/or placards.

Demurrage and storage charges named in BNSF Demurrage Book 6004-Series will also apply.

*Item 3250 – Failure to Complete Unloading of Railcars,*
*Issued October 10, 2001 – Effective November 1, 2001*

Upon arrival and placement of railcars for unloading at destination, unloader will be responsible for unloading equipment in a manner which does not damage equipment, and for releasing equipment in a condition suitable for reloading by another shipper. Customers who refuse or fail to remove all lading, dunnage blocking, bracing, strapping, debris or other material that was part of the inbound shipment, secure interior loading devices, and close doors will be subject to a penalty charge of $500.00 per car plus the actual cost incurred by BNSF to remedy this situation.

*Item 3260B - Charge - Failure to Complete Unloading of Sugar, Issued December 11, 2002 – Effective January 1, 2003*

When Covered Hopper Cars of sugar, which are released from unloading, but have not been completely unloaded, are returned to the original shipping point for reasons other than carrier's error, the return will be subject to one of the following conditions, whichever is lower, with a minimum charge of $750: (1) to the rate, minimum weight, and route applicable for such return movement; or (2) the rate, minimum weight, and route from the original point in effect on the date shipment is tendered for return, to the actual weight of the return movement.

Cars will be considered as completely unloaded if the sugar remaining in the car does note exceed three (3) percent of the weight of the last loaded movement.

Cars originating at Billings, MT; Lovell, WY; Longmont, CO; Sterling, CO; Rocky Ford, CO; Ft. Morgan, CO; Bayard, NE; Mitchell, NE; or Scottsbluff, NE may be returned to Billings, MT; Scottsbluff, NE; or Sterling, CO in lieu of the original shipping point. The return will be subject to the rate, minimum weight, and route as though Billings, MT, Scottsbluff, NE, or Sterling, CO was the original shipping point.

Cars originating in Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN,; Wilds, MN; Bingham, MN or Moorehead, MN may be returned to Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN in lieu of the original shipping point. The return will be subject to the rate, minimum weight and route as though Sidney, MT, Drayton, ND; East Grand Forks, MN; Hillsboro, ND; Redco, ND; Crookston, MN; Wilds, MN; Bingham, MN or Moorehead, MN were the original shipping point.

*Item 3265A – Charge – Failure to Complete Unloading of Sugar Beet Pulp Pellets Cancelled Effective October 31, 2001*

Covered Hopper Cars of Sugar Beet Pulp Pellets (STCC 20-619), which are released from unloading, but have not been completely unloaded, will incur a cleaning charge of $350.00 per car. Such charge will be assessed against the Unloader of the car responsible for releasing the car before all of the lading has been removed. Refer to Rule 27 in Tariff UFC 6000-Series.

*Item 3280 - Charge - Shipments Held for Orders*

A. Carload shipments covered by "Order" or "Order Notify" Bills of Lading, or carload shipments covered by "Straight" Bills of Lading showing consignment to one party with instructions therein, or on which instructions are otherwise given to:

   1. Notify or advise another party and deliver only upon surrender of written order; or

   2. Deliver only upon surrender of original bill of lading; or

(continued on next page)

*Item 3280 - Charge - Shipments Held for Orders (concluded)*

3. When consigned in any other manner which imposes upon the carrier the obligation not to make delivery except upon surrender of original bill of lading or written order;

will not be moved to the designated place of delivery until bill of lading or written order has been surrendered or indemnity bond or other substitute security therefore as defined in Rule 7 of Uniform Freight Classification is given, subject to the provisions in this item and Exceptions 1 and 2 named below.

B. When the place of delivery is designated in the bill of lading or otherwise designated, prior to the arrival of car at destination, and delivery is made to such designated place of delivery, provided a shipment is actually held for surrender of the bill of lading or written order or substitute security as defined in Rule 7 of Uniform Freight Classification, the following charges will apply:

1. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given to an authorized representative of the line-haul delivering carrier prior to arrival at destination, there is no charge.

2. When bill of lading or written order is surrendered or indemnity bond or other substitute security is given..

   (a) To the line-haul delivering carrier at other than destination, after car has arrived at billed destination; or

   (b) To the line-haul delivering carrier at destination or first available hold point prior to destination after notice of arrival is sent or given consignee or party entitled to receive same. If notice of arrival is sent or given consignee or party entitled to receive same on a Sunday or Holiday, as described in Item 1010 of BNSF Demurrage Book 6004-series, the bill of lading or written order does not have to be surrendered or indemnity bond or other substitute security does not have to be given until the first business day following the Sunday or Holiday; or

   (c) To any participating line-haul carrier, other than delivering carrier:

   Charge is $150.00 per car, not to exceed $600.00 per bill of lading, and is in addition to any other charges that may accrue (i.e., switching, demurrage, storage, etc.)

EXCEPTIONS:

1. Surrender of bills of lading, written orders or other required documents by means of U.S. Mail will be allowed. When mail service is used, the time of mailing by the party which undertakes to surrender such bill of lading, written order or other required document shall be deemed to be the time of surrender. In the case of dispute as to the time of mailing, the postmark date shall govern.

2. When the original bill of lading or written order covering a shipment is not available, the shipment may be delivered in advance of the surrender of the bill of lading or written order as provided in Rule 7 of the Uniform Freight Classification.

*Item 3300C - Charge - Special Freight Train Service – Issued February 28, 2003 – Effective March 21, 2003*

A. Definition of Special Freight Train Service.

1. A train which is operated on an expedited schedule or under special service or transportation requirements specified by the consignor, consignee or the agent of either.
2. A train which is assembled in accordance with instructions given to a rail carrier by the consignor, consignee or the agent of either.
3. A train which is necessary in order to comply with service or other transportation requirements specified by any party to the movement
4. If the special train has cars for more than one destination, each stop will constitute a special run and charges for the special movement will be assessed from shipping point to first destination, from first destination to second destination, each as a separate and complete transaction.

B. Requirements for Special Freight Train Service.

Consignee, consignor or the agent of either must request this service in writing or by electronic device to BNSF Marketing/Sales Representative. Requests must be made in sufficient time to enable this carrier and all other carriers to consummate whatever arrangement or agreement which may be necessary to facilitate the movement of such trains. Requests should include, but are not limited to the following information: Date service is required or service window, if applicable; Routing, including origin and destination; Car initial(s) and number(s); Letter of authorization to bill charges, including appropriate patron codes, etc.

C. Furnishing of Special Freight Train Service.

Upon request, service will be provided at the convenience of all carriers involved in the movement.

D. . Charges for Special Freight Train Service.

BNSF charges are as follows and will be calculated over the actual distance (route) operated by the special train at a charge of $62.00 per mile subject to a minimum charge of $9,000.00. This charge is in addition to published or contract freight rates. Charges for other carriers involved in joint line or local movements will be handled under the provisions of Accounting Rule 11. BNSF will assess a $2,500 surcharge to any requesting party that cancels a special train once BNSF has officially assigned crew and power.

E. Switching Charges for Special Freight Train Service.

Switching charges will be assessed as outlined in Special Switching Service items in applicable BNSF switching tariffs.

F. Distances.

To determine miles, refer to BNSF Internet Public Rate Retrieval or BNSF mileage Inquiry at BNSF.Com using the actual route of the movement.

*Item 3320 - Charge - Turning of Empty Unit Train Cars*

Upon request of the car owner or lessee, BNSF will turn an entire unit train of empty cars on railroad owned tracks or privately owned loop tracks at a time and place convenient for normal carrier operations, subject to a charge of $1,575.00 per turn. This charge will not apply in connection with cars for loading of Grain or Grain Products moving under rates in Tariff BNSF 4022-Series.

*Item 3340 - Charge - Destination Detention on Sugar Cars*

This item to apply to shipments of Sugar (STCC 20-621 and 20-629) moving in Covered Hopper Cars which are railroad owned or railroad controlled.

Detention will be calculated from the first 12:01 a.m. after loaded cars are actually placed, constructively placed either short of destination or at destination, and will continue until such time as cars are released empty back to the railroad. After five days, detention charges of $50 per day per car will be assessed against the Consignor of the railcars. These charges are in addition to any demurrage charges which may also apply.

*Item 3350 – Charge – Ride Quality Testing or Monitoring Equipment, Issued November 9, 2001 – Effective December 1, 2001*

When customers request ride quality testing or monitoring of shipments to satisfy their own internal objectives apart from any joint effort with BNSF Damage Prevention, BNSF will, for a charge, provide test equipment to customers along with instructions for the proper activation, placement and recovery of the device(s). BNSF will also download test data from the device(s) and provide a written report of the results. Customers will be responsible for the activation, placement and recovery of the test device(s), thus meeting the requirements of their particular shipping schedules.

Devices currently available from BNSF Damage Prevention for testing and the per trip cost (for one device and report) are:

| | |
|---|---|
| Snap Shock Plus single axis | $165.00 |
| Snap Shock Plus triple axis | $250.00 |

BNSF will use its best efforts to provide a reliable device for the test(s); however, due to the inherent nature of the device, a failure may occur in route. BNSF is not responsible for any failure(s) of the device(s) or the consequences either direct or indirect caused by the failure(s). In the event that a complete recording of the trip is not produced as a result of the failure of the device (excluding improper activation, placement or recovery), charges will be waived. In the event that any device(s) are lost, missing or not recovered during the course of the test(s), the customer agrees to reimburse BNSF for the list price of the device(s).

For further information please call your BNSF Marketing Representative at 1-888-428-2673, option 3, or the Damage Prevention Team at 1-785-435-3082.

*Item 3375C - Charge – Fuel Surcharge, (Issued May 7, 2003 – Effective June 1, 2003) (Increase)*

Shipments made under pricing documents referring hereto may be subject to a fuel surcharge, if applicable. When the U. S. Average Price of Retail On-Highway Diesel Fuel (HDF) for the month (Time Period) equals or exceeds $1.25 per gallon a surcharge may be applied to the total freight charges for each shipment waybill dated on or after the 1st of the second following month. Such fuel surcharge shall be included on the bill for freight charges for each shipment. Miscellaneous and accessorial charges shall not be subject to the fuel surcharge.

Fuel Surcharge Rates (FSR) will be adjusted monthly. The Fuel Surcharge Table will be subject to periodic review.

FSR = See Table Below.
Where FSR = Fuel Surcharge Rate.
HDF = prior Time Periods U. S. Average monthly price of Retail On-Highway Diesel Fuel.
Time Period = second prior month.

The source for the price of HDF will be the U. S. Department of Energy's, EIA Retail On-Highway Diesel Prices Report, whose weekly average price is available on their WebPages at: "http://www/eia.doe.gov". Select "Gasoline and Diesel Fuel Update". Then select "On Highway Diesel Prices" and the HDF prices are displayed.

**Fuel Surcharge Table**

| Time Periods Average Price of HDF Between | Applicable Fuel Surcharge |
|---|---|
| $1.25 to $1.299 | 0.5% |
| $1.30 to $1.349 | 1.0% |
| $1.35 to $1.399 | 1.5% |
| $1.40 to $1.449 | 2.0% |
| $1.45 to $1.499 | 2.5% |
| $1.50 to $1.549 | 3.0% |
| $1.55 to $1.599 | 3.5% |
| $1.60 to $1.649 | 4.0% |
| $1.65 to $1.699 | 4.5% |
| $1.70 to $1.749 | 5.0% |
| $1.75 to $1.799 | 5.5% |
| $1.80 to $1.849 | 6.0% |
| $1.85 to $1.899 | 6.5% |
| $1.90 to $1.949 | 7.0% |

Each $0.05 per gallon increase thereafter, apply an additional 0.5%

*Example:*

For a Fuel Surcharge applied for shipments in the month of July, assuming the prior Time Period's (May) average monthly price of HDF was $1.556 Per Gallon. Therefore, July's FSR would be 3.5%.

Thus, for each $10.00 of freight charges applicable to a shipment referring hereto the Fuel Surcharge would be $0.35.

*Item 3400D – Credit Terms, Issued February 24, 2003 – Effective February 25, 2003*

If credit is extended to Applicant for the payment of transportation charges, Applicant agrees to pay such transportation charges within the following time periods:

(a) Freight Charges – 15 Calendar days from the date of the freight bill.
(b) Miscellaneous charges (e.g. demurrage, switching, weighing) – 30 calendar days from the date of the miscellaneous bill.
(c) Additional charges for freight transportation and related services (e.g. balance due bills) – 30 calendar days from the date of bill for additional charges.

NOTE: Errors discovered in bills by customers should be corrected by them and paid accordingly. Payment of all bills, including those corrected by customers, must be made within the credit period. Payment of bills alleged to be incorrect will not prejudice patron's claims, filed within the statutory period, for refund of overcharges. If customers receive bills that they feel they are not responsible for paying, they must notify the carrier within the credit terms that they are not responsible for paying the bills.

Payment of an amount less than stated on a BNSF invoice will be considered as payment on account and not as payment in full, not withstanding any notation to the contrary as payment on the payor's remittance. Acceptance by BNSF of the lesser amount will not constitute an accord and satisfaction. The payor will be advised of any remaining balance deemed due after application of the remitted funds.

FINANCE CHARGES: **(See Exceptions 1 and 2)**
The Burlington Northern and Santa Fe Railway will assess a finance charge of .033% per day (12% per annum) on unpaid bills for freight and miscellaneous charges, including demurrage, switching and weighing, which are past our credit terms. The finance charge continues to accrue daily until the date payment is received by BNSF, not the date payment is made or the date postmarked on the payment.

Customers with past due amounts will receive a finance charge invoice each month. Finance charges will be assessed on delinquent bills for freight or miscellaneous charges as of the end of the month reduced by amounts in dispute and any payments received by month end but not posted.

Exception 1: Assessment of Finance charges on Demurrage & private car storage charges only will be extended to 60 calendar days from the bill date.
Exception 2: Each month the Burlington Northern Santa Fe Railway will calculate an average Weighted Days To Pay (WDTP) on all freight and miscellaneous charges for each customer. The WDTP will be determined by calculating the average number of days a customer has taken to pay freight and miscellaneous charges over a preceding three-month period. If the WDTP does not exceed established credit terms then no finance charges will be applied for the month in which finance charges would have otherwise applied. If the WDTP exceeds the credit terms, the finance charges will accrue as stated above.

Item continued on next page

*Item 3400D – Credit Terms (Concluded)*

DISCOUNT FOR ELECTRONIC PAYMENT OF DEMURRAGE AND PRIVATE CAR STORAGE CHANGES:

A twenty percent (20%) discount will be given if all monthly bills at a single location are paid within 30 days of the billing date if the following conditions are met:

1. BNSF web-enabled tools are used to suitably manage equipment orders and any demurrage disputes where applicable.
2. All demurrage and private car storage bills as defined in BNSF Demurrage Book 6004 and BNSF Private Car Storage Book 6005 for a single location must be paid in full less the discount within 30 days of billed date.
3. Payments must be received electronically.

The following is a link to Customer Tools at BNSF's web site: http://www.bnsf.com/business/

## SECTION 4 - Regulations Governing Currency Exchange On Traffic From, To, And Between Stations In Canada

*Item 4000 - Application*

Except as provided for in the EXCEPTION below, the provisions of this Section and Sections 4A and 4B, apply only when specific reference is made to this Section in individual rate documents.

The regulations in this Section, and Sections 4A and 4B, governing the assessment and collection of charges on international freight traffic, in either direction between points in Canada and points in the United States, must be observed.

EXCEPTION: When traffic is moving under NSRQ 4401-Series, the provisions of this Section, and Sections 4A and 4B will apply.

*Item 4020 - Basis Rate of Exchange*

For the purpose of determining the rate of surcharge and discount, as referred to in this Section, and Sections 4A and 4B, the following will apply:

The rate of exchange quoted for New York funds by the Wall Street Journal on the last day of each month will govern from the first to the fourteenth (inclusive) of the following month. Similarly, such quotation on the fourteenth will govern from the fifteenth to the last day (inclusive) of such month. Should the governing date fall on a Saturday, Sunday or United States legal holiday, the quotation of the preceding day will govern.

*Item 4040 - Governing Date for Application of Surcharge or Discount*

The governing date for the application of surcharge or discount will be the date of the bill of lading.

*Item 4060 - Surcharge or Discount to be Shown on Freight Bills*

The surcharge or discount will be shown as a separate item on the freight bill

## SECTION 4A - Applicable when United States Currency Is At A *Premium* In Relation To Canadian Currency (Effective January 4, 2001)

*Item 4100 - Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply when converting Canadian Currency to U.S. Currency on traffic and to the extent indicated in Item 4120.

| When Rate of Exchange is: (See Item 4020) | Amount of surcharge or Additional collection |
|---|---|
| 1. Less than 7/8 of 1%. | None. |
| 2. Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| 3. Over 1%. | 60% of rate of exchange |

In determining the surcharge, when the rate of exchange is more than 1%, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

*Item 4120 - Domestic Traffic*

The following will apply between Canada and the United States in both directions including advanced charges payable to United States Carriers.

| Application | Amount of surcharge on Additional collection |
|---|---|
| 1. On all shipments including advanced charges payable to United States carriers when such charges are payable and collected in Canada. | As per Paragraphs 2 (See NOTE). and 3 of Item 4100. |
| The surcharge should be added to the total through charges and must be assessed in all cases where the charges are collected at points in Canada, whether paid in Canadian or United States currency. | |
| Such surcharge will accrue entirely to the Canadian carrier. | |
| NOTE: Advanced charges, including customs duty and customs entry fees, payable entirely in the United States when such charges are payable and collected in 100% of rate of Canada Exchange. | 100% of Rate of Exchange |
| 2. When all charges are paid in United States Points in United States currency. | None |

## SECTION 4B - Applicable when United States Currency is at a *Discount* in relation to Canadian Currency (Effective January 4, 2001)

*Item 4200 - Discount or Surcharge*

Issued January 3, 2001 – Effective January 4, 2001

The following will apply to the extent indicated in Item 4220.

| When Rate of Exchange is: (See Item 4020) | Surcharge or Additional collection |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1.25%. | 1/2 of 1%. |
| Over 1.25%. | 40% of rate of exchange |

| | DISCOUNT (Allowance) |
|---|---|
| Less than 7/8 of 1%. | None. |
| Not less than 7/8 of 1% and not more than 1%. | 1/2 of 1%. |
| Over 1%. | 60% of rate of exchange |

In determining the rate of surcharge and the rate of discount, when the rate of exchange is more than shown in this item, fractions less than 1/2 will be disregarded and fractions of 1/2 or over will be counted as 1%.

*Item 4220 - Domestic Traffic*

A. The following will apply on traffic from Canada to the United States.

| Application | Discount Allowance |
|---|---|
| All charges, when prepaid, must be paid in Canadian Currency. | As per Paragraph 2 of Item 4200. |
| | **Surcharge or additional Collection to be prepaid** |
| All charges when billed "collect". | As per Paragraph 1 of Item 4200 |

B. The following will apply on traffic from the United States to Canada.

| Application | Surcharge or additional Collection |
|---|---|
| All charges, when "prepaid" | As per Paragraph 1 of Item 4200. |
| | **Discount Allowance** |
| All charges when billed "collect". | As per Paragraph 2 of Item 4200 |

## SECTION 5 – Section Cancelled in Last Revision with an Effective Date of December 24, 2001

*Item 5000 – Item Cancelled Account Obsolete*

*Item 5040 – Item Cancelled Account Obsolete*

*Item 5060 – Item Cancelled Account Obsolete*

*Item 5080 – Item Cancelled Account Obsolete*

*Item 5100 – Item Cancelled Account Obsolete*

**SECTION 6 – Rules And Other Governing Provisions Specific Rules and Regulations Governing Frozen And Non-Frozen Commodities Requiring Mechanical Protective Service (transferred from BNERM 1), Issued January 16, 2001 – Effective January 17, 2001**

**Rules in Section 6 Take Precedence Over Any Conflicting Rules In This Book, Or In Section 1 of BNERM 1.**

*Item 6000 - Mechanical Refrigerated Equipment Furnished By Carrier*
*Issued January 16, 2001 – Effective January 17, 2001*

Mechanical refrigerated equipment furnished by railroads will not be required to maintain a temperature of lower than minus 5 degrees Fahrenheit. Shipper shall indemnify and hold harmless the railroads involved for any damage to commodity if a lower temperature is required.

Responsibility for adequate blocking, bracing, packaging and loading of the shipment lies entirely with the shipper. Shipper has responsibility for starting the refrigeration unit, setting thermostat to the billed temperature and ensuring proper cooling prior to releasing the shipment for movement. Carriers will not be responsible for damages resulting from non-compliance.

*Item 6020 - Private Owned Or Leased Cryogenic (CO2) Equipment*

When movements are in cryogenic cars (CO2), shipper will be responsible for the cost of supplying the proper amount of carbon dioxide (CO2) for any car used in conjunction with rates published in this section. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in cryogenic cars.

When empty, cars are subject to the provisions of Tariff and ICC RPS 6007-Series Tariff.

*Item 6030 – Private Owned or Leased Mechanical Refrigerated Equipment, Issued March 6, 2002 – Effective April 1, 2002*

When movements are in privately owned or controlled Mechanical Refrigerated Cars, shipper will be responsible for all aspects of Mechanical Protective Service including but not limited to fueling, monitoring, preventative maintenance and running repairs on refrigeration unit and all costs associated with same. Shipper shall indemnify and hold harmless the railroad(s) involved for damage to commodity due to temperature variation in privately owned or controlled mechanical refrigerated cars.

When empty, cars are subject to the provisions of Tariff and ICC RIC 6007-Series Tariff.

*Item 6040A - Rules Governing Mechanical Protective Service or (MPS), Issued May 25, 2001 – Effective June 15, 2001*

1. Rule 705 - Frozen commodities

(a) Frozen commodities transported under mechanical protective service in BNSF owned or controlled mechanical refrigerator cars are subject to charges shown in item 6180 herein. Applicable charges in mechanical cars other than BNSF shall be governed by the rules and provisions of car owner.

(b) Shipper must place on bill of lading and shipping order, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE - RULE 705"

(c) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill with the following notation:
"RATE PER CAR INCLUDES MPS CHARGE"

2. Rule 710 - Non-frozen commodities

(a) Charges as published herein will apply on non-frozen commodities transported under mechanical protective service.

(b) Shipper must indicate on the exempt bill of lading, shipping order and freight waybill, the following notation:

"MECHANICAL PROTECTIVE SERVICE - NON-FROZEN COMMODITY, RULE 710. PRECOOLED LOAD, OPTIMUM TEMPERATURE INSIDE CAR _____ DEGREES."

(c) Prior to loading, all commodities must be precooled to the temperature desired for shipping. Any claim for lading loss or damage will be subject to compromise or declination if lading was not pre-cooled prior to loading. The burden of proof will be on the shipper to provide evidence of origin temperature of lading at time of loading.

(d) When shipments are moving under rates that include mechanical protective service, agent must endorse the waybill as follows:
BNSF cars: "RATE PER CAR INCLUDES BNSF MPS CHARGE."
Foreign cars: "RATE PER CAR INCLUDES FOREIGN MPS CHARGE."

3. Rule 720 - Mechanical car used for shipments where MPS not ordered

When a mechanical refrigerator car is furnished for railroad's convenience and shipper does not order MPS, the mechanical unit will not be operated and MPS will not apply. Shipper must specify on bill lading, and agent must place on waybill, the following notation:
"MECHANICAL PROTECTIVE SERVICE NOT ORDERED - RULE 720. DO NOT OPERATE MECHANICAL."

*Item 6060A - Operation Of BNSF Owned Or Controlled Mechanical Units, Issued March 8, 2002 – Effective April 1, 2002*

While mechanical units are being used by railroad, railroad shall perform such in transit temperature inspections as may be necessary and proper, at its expense. Railroad shall also perform routine servicing and running repairs to units. Railroad shall bill car owner, and car owner shall pay railroad, for services performed (other than inspection) and supplies furnished on the following basis:

1. Bills for fuel supplied or lube oil furnished mechanical cars should show equipment reference, service date, service location, gallons of fuel supplied and should be supported by information stating whether equipment was empty or loaded when service was performed and/or waybill date and number.

2. Bills for the pretrip inspection made prior to okaying car for loading, for the purpose of testing unit to determine that it is functioning satisfactorily or in need or repairs, will be rendered on the basis of $25.00 per car.

3. Refrigerant, antifreeze, supplies and repairs to units shall be billed as provided for in the field and office manuals of the code of interchange rules promulgated by the Association of American Railroads.

---

*Item 6080 - Empty Movement Of Privately Owned Cars*

The provisions of this item apply to rates published on shipments in cars of private ownership with the provision that the use of such cars is not subject to the payment of mileage allowances or to the provisions of Mileage Tariff and ICC RPS 6007-Series. Except as may otherwise be specifically provided in the Exempt rate quote, circular or memorandum, such rates include the movement of the empty car or cars to the point of prior loading via the reverse of the loaded route. Any other empty movement by the BNSF will be subject to charges provided in the applicable BNSF Tariff.

*Item 6100 - Return Of Pallets, Pallet Sides, Platforms, Skids, Dunnage, Etc.*

Return of Pallets, Pallet Sides, Platforms, Skids, Dunnage, etc. shall not be included in rates for temperature controlled shipments (Rules 705 and 710).

---

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability*

BNSF offers the opportunity to ship temperature controlled commodities (Rules 705 and 710) pursuant to the terms and conditions of 49 U.S.C. Section 11706 (Carmack) liability, as an alternative to the claims provisions in this BNSF Rules Book, BNSF-6100 Series. Shipments made pursuant to the claim provisions of Section 11706 (Carmack) will be charged a higher rate, and the following conditions must be met in full:

(1) Not later than the time a car is ordered for loading the shipper must notify BNSF or its designated representative of the intention to make the shipment subject to the claim provision of 49 U.S.C. Section 11706 (Carmack). At that time the shipper must advise BNSF where and when the car will be available for BNSF representatives to inspect the loading and the loading method.

(Item continued on next page)

*Item 6120 - Offer Of Section 11706 ('Carmack') Liability (Concluded)*

(2) The shipping order and receipt must be endorsed prior to the shipment, "The Shipment is subject to the Claim Terms of 49 U.S.C. Section 11706."

(3) Transportation charges must be prepaid.

Unless the shipper complies in full with the conditions stated above for application of Section 11706 liability, the shipment will be conclusively deemed to move under the 'alternate liability' terms and conditions of BNSF Rules Book, BNSF-6100 Series, and there will be a conclusive presumption that the shipper has given his written declaration and/or that the shipper and carrier have entered into a written agreement to this effect.

*Item 6140A - Loss And Damage Provisions/Liability Restrictions, Issued May 25, 2001 – Effective June 15, 2001*

A. Upon tender of a shipment of exempt commodities as described in this contract. accompanied by the verbal shipping order (phone transmittal) and/or Electronic Data Interchange (EDI) transfer completed by shipper, BNSF will give its receipt for the goods and its acceptance of said billing instruction. to be performed in accordance with the contract. Acceptance of the shipping order by BNSF shall also be by verbal acceptance and/or confirmation of EDI transfer. In all matters described herein, BNSF acts as principal only with respect to transportation over its own line.

B. Carriers will not be liable for loss, damage or delay caused in whole or in part by an Act of God, a public enemy, the authority of law, riots, strikes, acts of civil disobedience, inherent quality or characteristic of the commodity, natural shrinkage, an act or default of the shipper, owner or receiver or from shipments stopped and held in-transit at the request of the shipper, owner, or receiver.

C. BNSF agrees to transport shipment over its line with reasonable dispatch. BNSF and connecting carrier do not guarantee rail service on any scheduled time frame.

D. BNSF and connecting carrier shall not be liable for breakage or bruising damage to lading unless shipper provides physical evidence of railroad negligence. Shifting of a load, alone, shall not be considered as evidence of such negligence

E. BNSF and connecting carrier shall not be liable for deterioration resulting from improper loading or overloading of the equipment or from the use of containers or stacking methods which do not permit the adequate flow of air throughout the load.

F. BNSF and connecting carriers shall not be liable for market decline.

G. BNSF and connecting carriers shall not be liable for shortage unless there is physical evidence of forced entry to the transportation equipment. Shortage claims must be verified and supported by an actual tally of packages loaded at origin and an actual tally of packages unloaded at destination. In addition, origin and destination seal records must be furnished.

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (continued)*

H. In no event shall BNSF and connecting carriers be liable for lading replacement costs or for special or consequential damages.

I. Shippers and/or consignee must mitigate damage situations by accepting the damaged cargo unless it is totally worthless. Shippers and/or consignees may not abandon damaged or partially damaged shipments to the railroad when the damaged shipments retain substantial value. Product that is abandoned to the carrier in an undamaged condition shall be sold for the account of whom concerned and salvage proceeds only, less any salvaging expenses incurred shall be remitted to the beneficial owner.

J. Carriers do not undertake to overcome the inherent tendencies of perishable goods to deteriorate or decay. Carrier has no liability for deterioration when the amount of deterioration could reasonably be expected to occur during normal rail transport. When the amount of deterioration is intensified due to diseases or due to decayed or damaged condition of the perishable goods at rail origin, rail carrier has no liability for this intensified deterioration.

K. In the event an act or omission of any party involved in the transportation process (shipper, carrier, receiver) is not the sole cause but contributes to any loss or damage, each party will be liable for only that portion of the loss or damage which was reasonably caused by its negligence. If the loss or damage results from the concurrence of an act or omission by BNSF and an act of God, then the liability of BNSF shall be no greater than the percentage of proven causal negligence of BNSF.

L. Carrier has no liability for deterioration of perishable goods when carrier refrigeration equipment functions properly within 10 degrees of the billed instruction (as monitored and recorded from the railcar's thermometer) and shipment is handled with reasonable dispatch.

M. On shipments where it is determined that the commodity pulp (body) temperature is something other than the billed temperature, it will not be BNSF's responsibility to bring said commodity's pulp temperature down to conform to billing temperature. When records indicate that the mechanical refrigeration unit was properly operating, carrier(s) will not be responsible for lading off condition.

N. Carrier shall not be liable for product loss arising from any cause, including temperature, after notice of constructive placement availability at the billed destination. Subsequent to such notice carriers will not be responsible for temperature monitoring, fuel, etc.

O. When handling perishable boxcar shipments in foreign line marked equipment, BNSF will be extended its longest line haul. Longest line haul shall mean BNSF's nearest point of interchange to the foreign carrier's billed origin location. Point of interchange shall be as identified in the Official Railroad Station List (OPSL 6000 including supplements) and subject to BNSF operating convenience. When BNSF is by necessity a switch carrier only, or does not receive its longest haul, BNSF will not be liable in full or part for any product claim. It will be shipper's responsibility to ensure that proper rate and route authorities are published.

Any Mechanical Protective Service performed by BNSF when handling perishable boxcar shipments in foreign line marked equipment shall be billed to the car owner in accordance with AAR interchange rules. If the shipment is in non-compliance of this section, and BNSF performs proper MPS service, BNSF will not participate in any freight claim payment. In the event that BNSF fails to exercise due diligence in the correction of an off-temperature condition than BNSF will participate in the distribution of any freight claim payment in accordance with AAR freight claim rules.

(Item continued on next page)

*Item 6140A - Loss And Damage Provisions/Liability Restrictions (concluded)*

P. The shipper and consignee shall indemnify and hold harmless the carrier from any loss, damage, personal injuries and/or death resulting from failure to comply with the provisions contained herein. Acceptance of shipment by the carrier for transportation shall not be a waiver of this liability.

*Item 6160 - Claim Procedures, Issued January 16, 2001 – Effective January 17, 2001*

A. The rates and charges agreed upon for the shipment and the terms, conditions and provisions herein stated require that the shipper only, whether acting as principal or agent, must file any claim for loss and damage exclusively with BNSF or carrier on whose line the loss, damage, injury or delay occurred.

B. As a precedent to recovery for any loss or damage to lading, claims must be received by BNSF or carrier on whose line the loss, damage, injury or delay occurred, in writing from the shipper within three months after delivery of the shipment at its final railroad destination or, in the case of failure to make delivery, then within three months after a reasonable time for delivery has elapsed. BNSF shall pay, decline or offer to compromise claims within three months from the date received.

C. As a condition precedent to recovery of any claim, the consignee must immediately notify the destination carrier, shipper and BNSF upon discovery of any damage and allow destination carrier or its agent to inspect. Such notification to carrier and shipper must be made within 24 hours of notification of shipment's arrival. Failure of the rail carrier to inspect damaged cargo for whatever reason will not relieve the burden of the claiming party to establish that cargo was received in a damaged condition nor will it be considered an admission of liability by the rail carrier.

D. All written claims must include the following documentation:

1. A demand for payment of a specific amount.

2. Information identifying the rail shipment including equipment initials and number, shipper and receiver's name, shipping date and commodity.

3. Origin records or certification as to the condition and quantity of the lading at the time tendered to the origin rail carrier.

4. Destination records as to the condition and quantity of the lading at the time received from the destination rail carrier.

5. Verification of the amount claimed including original invoices, repair bills and account of sales.

6. Evidence as to the disposition of the damaged lading.

7. On fresh fruits and vegetables, origin and destination USDA inspections or Canadian government equivalent

(Item continued on next page)

*Item 6160 - Claim Procedures, (Concluded)*

E. All loss and damage lading claims filed with BNSF must be mailed to:
Director, Freight Claims
Burlington Northern Santa Fe Railway Company
PO Box 1738
Topeka, KS 66601

F. Carrier's liability will not exceed the actual amount of physical loss or damage sustained to the lading including proven costs through mitigating the loss or damage. Claim calculation as well as any claim payment shall not exceed the delivered value of FOB origin invoice plus freight to destination, less the gross account of sales, plus a reasonable commission on those sales.

G. Claims or lawsuits for less than $1000.00 shall not be filed and no claim shall be paid if the amount of loss or damage is found to be under $1000.00 per carload.

H. Any suit against BNSF or its connecting carriers based on transportation provided under the terms of this circular shall be commenced within one year from the date of delivery, or in the case of failure to make delivery then within one year after a reasonable time for delivery has elapsed. Such suit shall be filed in the state or province of origin on or interchange to BNSF.

I. Any claim or suit not filed in strict accordance with the terms and conditions of this circular shall be void.

*Item 6180 - Mechanical Protective Service Charges BNSF Owned Or Controlled Mechanical Refrigerated Cars Charges In Dollars Per Car*

FRESH AND FROZEN COMMODITIES

| GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|
| ARIZONA | ARKANSAS | ALABAMA | DISTRICT OF COLUMBIA |
| ALBERTA | ILLINOIS | GEORGIA | CONNECTICUT |
| BRITISH COLUMBIA | IOWA | INDIANA | DELAWARE |
| CALIFORNIA | KANSAS | KENTUCKY | FLORIDA |
| COLORADO | LOUISIANA | MICHIGAN | MAINE |
| IDAHO | MANITOBA | MISSISSIPPI | MARYLAND |
| MONTANA | MINNESOTA | OHIO | MASSACHUESETTS |
| NEVADA | MISSOURI | ONTARIO | NEW BRUNSWICK |
| NEW MEXICO | NEBRASKA | TENESSEE | NEW HAMPSHIRE |
| OREGON | NORTH DAKOTA | WEST VIRGINIA | NEW JERSEY |
| UTAH | OKLAHOMA | | NEW YORK |
| WASHINGTON | SASKATCHEWAN | | NORTH CAROLINA |
| WYOMING | SOUTH DAKOTA | | NOVA SCOTIA |
| | TEXAS | | PENNSYLVANIA |
| | WISCONSIN | | PRINCE EDWARD ISLAND |
| | | | RHODE ISLAND |
| | | | SOUTH CAROLINA |
| | | | VERMONT |
| | | | VIRGINIA |

| TO GROUP \ FROM GROUP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| 1 | 500 | 550 | 600 | 650 |
| 2 | 550 | 500 | 550 | 600 |
| 3 | 600 | 550 | 500 | 550 |
| 4 | 650 | 600 | 550 | 500 |

SEATTLE, WA TO ALASKA = $650 PER CAR

INTRASTATE MECHANICAL PROTECTIVE SERVICE CHARGES = $250 PER CAR

MPS charges for all shipments in BNSF owned or controlled mechanical refrigerated cars where BNSF does not appear as a linehaul carrier in the route, will be $2000.

# PX0116

# Filed Under Seal

# EXHIBIT PX0117

# [Intentionally Omitted]

# PX0118-PX0120

Filed Under Seal

# EXHIBIT PX0121

# [Intentionally Omitted]

# PX0122-PX0142

# Filed Under Seal

# EXHIBIT PX0143

# [Intentionally Omitted]

# EXHIBIT PX0144

# [Intentionally Omitted]

# PX0145

# Filed Under Seal

# EXHIBIT PX0146

# Intentionally Omitted

# EXHIBIT PX0147

# [Intentionally Omitted]

# EXHIBIT PX0148

# [Intentionally Omitted]

# PX0149-PX0150

# Filed Under Seal

# EXHIBIT PX0151

# [Intentionally Omitted]

# PX0152-PX0157

# Filed Under Seal

# EXHIBIT PX0158

DRAFT CUSTOMER LETTER
September XX, 2000
Dear Customer:

Due to spiraling increases in the cost of fuel, CSXT must join others in the transportation industry in implementing a fuel cost recovery charge.

The recovery charge will apply to local as well as interline freight movements. The recovery charge will be effected by an amendment to appropriate tariffs of general applicability and will be applied to all traffic moving under tariffs, private price quotes
and certain contracts that incorporate, those general tariffs, except for contracts that
contain a price escalator index published by a government entity, such as RCAF.

The recovery charge will become effective October 25. The charge will be calculated to
increase or decrease in accordance with the price of fuel. The initial fuel recovery
charge will be 4 percent.

CSXT is reluctant to take this action, but. the fuel costs we are incurring are extraordinary. In 1999, our fuel bill was $320 million. This year, it will be more than
$580 million. We simply can not absorb all of the fuel cost increases.

The following is the formula that will be used to calculate the fuel cost recovery charge:

For every five dollars the price of West Texas Intermediate oil (the industry standard for
tracking oil prices, also know as WTI) goes above $23 a barrel (for 30 consecutive days), a 2% recovery charge will be added.

| Oil Price | Recovery Charge |
|---|---|
| $23-$27/barrel | No recovery charge |
| $28-$32/barrel | 2% |
| $33-$37/barrel | 4% |
| $38-$42/barrel | 6% |

Currently, the WTI price of oil is $37/barrel, which translates into a 4% recovery charge.
Should the price reach $38/barrel, another 2% charge would be added to make 6%.
On the other hand, the recovery charge can also be adjusted downward. For example, if the price of oil drops back to $28/bairel, the recovery charge would be lowered back
to 2%. At $27/barrel, the charge would be zero. Remember, the price of oil has to

be
at a new level for 30 consecutive days for the recovery charge to change (up or down).
If the price of oil increases above $42/barrel, the recovery charge would continue to increase, as described above.

I appreciate your understanding in this matter. We remain committed to serving you well and helping your company succeed.

Sincerely,
Mike Giftos

Highly Confidential

CSXFSC000000060
CSX000222

# PX0159-PX0201

# Filed Under Seal

# EXHIBIT PX0202

# [Intentionally Omitted]

# PX0203-PX0205

# Filed Under Seal

# EXHIBIT PX0206

# [Intentionally Omitted]

# PX0207

# Filed Under Seal

# EXHIBIT PX0208

# [Intentionally Omitted]

# PX0209-PX0237

Filed Under Seal

# EXHIBIT PX0238

# [Intentionally Omitted]

# EXHIBIT PX0239

# Intentionally Omitted

# EXHIBIT PX0240

# [Intentionally Omitted]

# PX0241-PX0244

Filed Under Seal

# EXHIBIT PX0245

# [Intentionally Omitted]

# EXHIBIT PX0246

# [Intentionally Omitted]

# EXHIBIT PX0247

# [Intentionally Omitted]

# EXHIBIT PX0248

# [Intentionally Omitted]

# PX0249

Filed Under Seal

# EXHIBIT PX0250

216317

APR 20 2006
RECEIVED

BEFORE THE
SURFACE TRANSPORTATION BOARD

---

STB Ex Parte No. 661

RAIL FUEL SURCHARGES

---

# NORFOLK SOUTHERN RAILWAY COMPANY'S NOTICE OF INTENT TO PARTICIPATE

Norfolk Southern Railway Company ("NSR") hereby provides notice of its intent to participate as a party of record in the above-captioned proceeding. NSR respectfully requests an allotment of 10 minutes for its witness, Donald W. Seale, Executive Vice President and Chief Marketing Officer, to address the Board during its public hearing in this matter on May 11, 2006.

Respectfully submitted,

G. Paul Moates

James A. Hixon
William A. Galanko
Joseph C. Dimino
George A. Aspatore
John M. Scheib
Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510
(757) 629-2657

G. Paul Moates
Paul A. Hemmersbaugh
Donald H. Smith
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (Fax)

*Attorneys for Norfolk Southern Railway Company*

ENTERED
Office of Proceedings
APR 20 2006
Part of
Public Record

Dated: April 20, 2006

SIDLEY AUSTIN LLP
SIDLEY

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
202 736 8000
202 736 8711 FAX

phemmersbaugh@sidley.com
(202) 736-8538

BEIJING
BRUSSELS
CHICAGO
DALLAS
GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, DC

FOUNDED 1866

April 27, 2006

**HAND DELIVERY**

The Honorable Vernon A. Williams
Secretary
Surface Transportation Board
1925 K Street, N.W.
Washington, D.C. 20423-0001

Re: Ex Parte No. 661 - Railroad Fuel Surcharges

Dear Secretary Williams:

Enclosed for filing in the above-referenced proceeding are an original and ten copies of the Written Statement of Norfolk Southern Corporation in the above-referenced proceeding. A diskette containing an electronic version of the Written Statement is also enclosed.

Please acknowledge receipt of the enclosed Written Statement for filing by date-stamping the enclosed extra copies and returning them via our messenger. If you have any questions, please contact the undersigned counsel.

Sincerely,

Paul A. Hemmersbaugh

Counsel to Norfolk Southern Corporation

Enclosures

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

**BEFORE THE**
**SURFACE TRANSPORTATION BOARD**

---

**EX PARTE 661**

---

# RAIL FUEL SURCHARGES

---

**WRITTEN STATEMENT OF**
**NORFOLK SOUTHERN CORPORATION**

---

James A. Hixon
William A. Galanko
George A. Aspatore
John M. Scheib
Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510
(757) 629-2657

G. Paul Moates
Paul A. Hemmersbaugh
Matthew J. Warren
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (Fax)

*Attorneys for Norfolk Southern Railway Company*

Dated: April 27, 2006

## WRITTEN STATEMENT OF NORFOLK SOUTHERN CORPORATION

I am Donald W. Seale, and I serve as Executive Vice-President and Chief Marketing Officer of Norfolk Southern Corporation. In 1976, I started my career with the Norfolk and Western Railway Company, a Norfolk Southern predecessor company, and have served in numerous positions primarily in marketing and sales over the past 30 years.

In this testimony, I will provide an overview of what Norfolk Southern has experienced in the fuel market and the ways in which Norfolk Southern has tried to respond to the shift in the fuel market, including implementation of fuel surcharge programs – which we have always viewed as an energy surcharge. I will then review Norfolk Southern's original and modified fuel surcharge programs for public rate authorities for non-intermodal traffic and explain our recently announced new fuel surcharge program for such public rate authorities.[1] Additionally, I will discuss the expected ramifications in the transportation marketplace from implementation of this new program.

As with many rail issues, the best place to start is with an understanding of the commercial realities. The marketplace for fuel has dramatically changed and Norfolk Southern has responded by adopting, and now twice refining, a fuel surcharge program to respond to that change. That dramatic increase in the price of oil, has given Norfolk Southern a competitive advantage against other modes of transportation that we recognize in our total price of transportation – transportation rate plus other charges, including a fuel surcharge. At the same time, we have continued to see the traffic levels

[1] "Public rate authorities" are tariff prices for customers who have not entered into a contract with Norfolk Southern.

on our railroad grow and to increase capital investment as we work to have the capacity needed to serve our customers.

## I. The Fuel Market Has Dramatically Changed and the Days of $20 Per Barrel Oil Appear to Be Gone For Good.

From 1987 until early 2003, the oil markets were generally stable and predictable. Oil for the most part fluctuated around $20 per barrel for most of the period and between $20 and $30 per barrel since 2000. Norfolk Southern thought – indeed hoped—that the oil price increases we began to see as 2003 progressed were temporary. Many others did as well. For example, in May 2004, UBS Investment Research forecasted declines in the price of West Texas Intermediate Crude Oil ("WTI") to $26 per barrel in 2005.[2] In November 2004, James Mulva, Chief Executive Officer of ConocoPhillips, the third largest U.S. oil company, predicted that the price of WTI would slide to an average of $26 per barrel in 2006.[3] Likewise, the federal government's Energy Information Agency ("EIA") predicted on multiple occasions in 2004 and 2005 that oil prices would decline. It now appears that there has been a fundamental and structural change in this market. The old baseline of about $20-$25 per barrel is no more.

It is our best guess – and I emphasize that it is only a guess – that most of the time from this point forward we will see oil at $60 per barrel or more. Like many other companies, Norfolk Southern monitors the oil market as a proxy for the expected price of its fuel and has attempted to adjust to the shift in the oil market and to the resulting

2 *Lower Energy Prices? Fall from High Prices Is Forecast*, Industry Week, at 73 (May 2004).

3 *Around the Region*, Houston Chronicle News Service, at 3 (Nov. 18, 2004).

changes in the transportation market. But it has been challenging to keep up with the dramatic and rapid shift.

Prior to early 2003, the oil market was relatively predictable. While there were spikes and troughs in the market, generally the price of WTI ranged between $20 and $30 per barrel range. Chart 1 below shows the price of WTI from 1987 to the present.[4]

**CHART 1: HISTORIC PRICE OF WTI**




This stability through 2003 meant that forecasters were generally able to predict the fuel market. For example, the EIA's oil price forecast was generally accurate even at the end of this period of stability. Although in 1999 it incorrectly estimated the timing of the impact of a new Organization of Petroleum Exporting Countries agreement that restricted oil production, its other predictions during this period were very good. Indeed, EIA's predictions from 1999 to early 2003 were generally correct. For example:

[4] Data source is http://tonto.eia.doe.gov/dnav/pet/hist/rwtcM.htm.

- In January 2000, EIA accurately predicted a $5 per barrel increase in the price of WTI.
- In July 2000, EIA accurately forecasted the price of WTI to end 2000 above $25 per barrel and to decline to $22 per barrel in 2001.
- In January 2001, EIA accurately predicted the price of WTI at $27 per barrel in 2001 with a decline to around $22 per barrel in 2002.
- In July 2001, EIA forecasted that the price of WTI would be around $28 per barrel for 2001 and 2002, which was generally correct except for the decline in price of WTI to about $20 per barrel in late 2001 and early 2002.
- In January 2002, EIA accurately predicted an increase in the price of WTI by the end of 2002.
- In July 2002, EIA predicted that the price of WTI would be around $26 per barrel in 2002, which was generally correct except at the end of the year when there was a strike by oil workers in Venezuela. It also accurately forecasted that the price of WTI would increase to about $29 per barrel in 2003.
- In March 2003, EIA accurately forecasted a decline in the price of WTI to around $27 by the end of 2003.

In part, EIA was so accurate because the price of WTI fluctuated, based on events, between $20 and $30 per barrel.

This relatively stable and predictable period of fuel prices ended in mid-2003. From that point until today, oil prices climbed significantly and the fuel market appears to have undergone a fundamental and structural shift. That upward shift in the market was unpredictable – ruining the previously good track record of EIA and some of the leading private sector experts on oil.

For example, in July 2003, EIA predicted that the price of WTI would be $26 per barrel by the end of 2004, which represented a decline of about $5 per barrel from the

price of WTI at the time of the prediction. Instead, the price of WTI skyrocketed by about $13 per barrel over that period.

Moreover, in subsequent EIA forecasts, its predictions were consistently wrong as the price of WTI continued to climb. For example:

- In April 2004, it forecasted the price of WTI to be $30 per barrel in 2004. Instead it rose through the high $40s and even went above $50 per barrel. It also predicted that the price of WTI would decline from $30 per barrel during 2005. (Instead the price of WTI shot through the $50 per barrel range.)

- In January 2005, EIA forecasted $42 to $43 per barrel throughout 2005 and 2006. (But we are now seeing prices over $70 per barrel.)

- In May 2005, EIA predicated that the price of WTI would be $50 per barrel throughout 2005 and 2006. (Again, we are now seeing prices over $70 per barrel.)

Only in its more recent forecasts has EIA begun to recognize that higher oil prices appear to be here to stay. In September 2005 and in January 2006, it estimated that the price of WTI for 2005 through 2007 would be between $61 and $62 per barrel. The idea that fuel prices will remain at this high level is also supported by the forward curve – which shows the price buyers are willing to pay at a specific time in the future – for light sweet crude oil, which shows prices between $69 and $76 per barrel through 2012.[5] However, the oil prices we are hoping for as well as EIA's predictions of $61-62 per barrel through 2007 may be too low.

EIA data are helpful to illustrate the fundamental change in the marketplace that has occurred since January 2003, although it is only one source of data that Norfolk

---

[5] Forward curve available at http://www.nymex.com/. Data referenced in the text is as of April 26, 2006. Even now there are ambiguities about what will happen in the fuel market in the future. Even as EIA and the future curve for light sweet crude oil show prices going higher, some private forecasting companies, such as Moody's and Global Insight, predict declines of varying degrees between now and the end of 2008.

Southern uses to understand the fuel market. This government agency has access to supply and demand information that is available to few others. Yet, even it has struggled since January 2003 to understand and to forecast accurately the transition in the fuel market. Like EIA and others, Norfolk Southern has closely monitored the fuel market and has struggled to adapt to the change. As explained in the next section, Norfolk Southern has responded on several occasions to the effects on its business and in the transportation marketplace that have resulted from increases in oil prices.

## II. Norfolk Southern Has Continually Monitored and Responded to the Changing Fuel Market.

Fuel is a major expense for Norfolk Southern. Norfolk Southern consumes over 500 million gallons per year. Last year, Norfolk Southern incurred $875 million in operating expense for fuel.[6] This level of expense was 47% higher than the prior year, although Norfolk Southern consumed only 2% more fuel than the prior year.

Like other railroads and other transportation companies, Norfolk Southern looks for ways to limit the impact of fluctuations in the price of fuel. As the upward shift in the oil market began, Norfolk Southern realized it had to act. Although Norfolk Southern had hoped oil prices were climbing only temporarily, it adopted its first fuel surcharge program on non-intermodal public rate authorities in 2000, which I will refer to as the "original fuel surcharge." In March 2004, Norfolk Southern refined its fuel surcharge to

6 This figure excludes any hedge benefits.

be more responsive to fluctuations in the price of oil, which at that time was continuing to rise. I will refer to this fuel surcharge program as the "modified fuel surcharge."[7]

### A. Norfolk Southern Adopted and Refined a Fuel Surcharge Program.

Norfolk Southern's original fuel surcharge applied whenever the price of WTI was greater than $28.00 for 30 consecutive Wall Street Journal publication days. At that point, the applicable fuel surcharge percentage was 2% of the line-haul rate.

The applicable fuel surcharge percentage would change after the daily price of WTI, as published in the Wall Street Journal, was higher than the next higher or lower trigger point for 30 consecutive days. The trigger points increased from $28.00 in $5.00 increments, while the applicable fuel surcharge percentage increased in increments of 2%. The following tables illustrate the WTI trigger points and applicable fuel surcharge percentages:

| WTI price for 30 consecutive days above . . . | Fuel Surcharge Percentage |
|---|---|
| $28.00 | 2% |
| $33.00 | 4% |
| $38.00 | 6% |
| $43.00 | 8% |
| $48.00 | 10% |

[7] The fuel surcharges described herein apply to regulated and exempt traffic, except intermodal, that is not under contract. Norfolk Southern also includes fuel surcharges in contracts, which by statute are outside the regulatory regime pursuant to 49 USC 10709.

| WTI price for 30 consecutive days below . . . | Fuel Surcharge Percentage |
|---|---|
| $28.00 | 0% |
| $33.00 | 2% |
| $38.00 | 4% |
| $43.00 | 6% |
| $48.00 | 8% |

Thus, if the fuel surcharge percentage was 8% and for 30 consecutive publication days the Wall Street Journal reported the WTI price at less than $43.00 per barrel (but greater than $38), then the applicable fuel surcharge percentage would decline to 6%. Conversely if the Wall Street Journal reported the WTI price for 30 consecutive days was greater than $48.00 per barrel (but less than $53), then the applicable fuel surcharge percentage would rise to 10%.

Because the fuel surcharge changed only after 30 consecutive days of the price of WTI being above or below a trigger point, it was less reflective of the fuel market. The $5.00 increments for the trigger points and the larger spread in the applicable percentages also made this fuel surcharge less reflective of the fuel market. For example, on January 13, 2003, the price of WTI had been below $48 per barrel for 29 consecutive days as reported in the Wall Street Journal. But on the 30th day, the price was reported at $48.38. Accordingly, the customers did not get a reduction in the fuel surcharge.

In addition, the change could occur at any time during the month, which made it hard for customers to plan.

On March 1, 2004, Norfolk Southern began using its modified fuel surcharge program, which addressed many of the weaknesses in its original fuel surcharge. This modified fuel surcharge program remains applicable to many of the rates published before July 1, 2006.

The modified fuel surcharge is based on the monthly average price of WTI. The average monthly WTI price for a given calendar month is determined by adding the daily WTI prices published in the Wall Street Journal during a calendar month,[8] and dividing the result by the number of days so published. The result is rounded to the nearest cent.

A fuel surcharge applies when the monthly average WTI price exceeds $23.00. Norfolk Southern assesses a fuel surcharge two calendar months later. Thus, if the WTI Average Price exceeds $23.00 in January, Norfolk Southern assesses the applicable fuel surcharge percentage to all bills of lading dated in the month of March. The applicable fuel surcharge percentage, if any, changes monthly.

The applicable fuel surcharge equals 0.4% of the line-haul freight rate for every $1.00, or portion thereof, in excess of $23.00. A few examples illustrate the way the fuel surcharge works:

| WTI Average Monthly Price Per Barrel | Fuel Surcharge Percentage |
|---|---|
| $23.00 and below | No Surcharge |
| $23.01-$24.00 | 0.4% |
| $24.01-$25.00 | 0.8% |
| $25.01-$26.00 | 1.2% |

For April 2006, Norfolk Southern's fuel surcharge is 15.6%.

This program had important benefits over the original fuel surcharge program. First, the fuel surcharge changed every month, which meant it was more closely tied to the fuel markets. Second, the fuel charge was also more closely tied to the fuel markets because it changed in smaller increments (0.4%) and with smaller fluctuations in the monthly average WTI price (every $1.00). Third, it provided additional lead time for

[8] If the Wall Street Journal ceases publication of the price of WTI, Norfolk Southern would employ a suitable substitute source of price.

customers to prepare for a change in the fuel surcharge. Fourth, it was easier to administer because customers knew the fuel surcharge would be recalculated monthly and would not change during the month.

### B. The Fuel Market Has Made the Original and Modified Fuel Surcharge Programs Outdated.

Norfolk Southern's fuel surcharge programs were a response to the rising oil prices described above. They were consistent with what other railroads were doing at the time. They were also consistent with the fuel surcharge mechanisms approved by the Interstate Commerce Commission during the oil crisis of the 1970s in that they applied as a percentage of the line-haul rate.[9]

When Norfolk Southern adopted its original and modified fuel surcharges it established trigger points in the $20s, which is where the market generally had been in the recent past and was then-forecasted to be. While these fuel surcharges were in effect, Norfolk Southern became more successful at recovering its fuel costs. In several earlier years, the increase in Norfolk Southern's fuel surcharge revenue was less, sometimes substantially less, than its increased diesel fuel, gasoline, and lubricant expenses. But, in 2005 with the highest oil prices since we adopted a fuel surcharge program, Norfolk Southern's increase in fuel surcharge revenue exceeded the increase in its diesel fuel, gasoline, and lubricants expenses.

Norfolk Southern's 2005 experience is similar to other transportation companies. For example, Federal Express reported in its 2005 Annual Report that its "fuel surcharge

[9] Fuel Related Increases, X-305-A, Investigation and Suspension Docket No. 8968, 349 I.C.C. 173 (Feb. 26, 1975).

revenue more than offset higher jet fuel prices in 2005." In addition, in 2005, Swift Transportation had year-over-year revenues from fuel surcharges that were greater than its year-over-year increase in fuel costs, whereas it had not in 2004.[10]

Although we do not believe that a year-over-year comparison is the proper way to analyze fuel surcharge recovery, the fuel prices that we saw in 2005 caused us to look harder at what sustained higher oil prices would mean for Norfolk Southern and our customers. For some time, Norfolk Southern has been examining the fuel markets and evaluating possible responses. The ongoing dialogue with the Board, which includes this hearing, over issues related to fuel have helped sharpen our focus and crystallize our thinking. We now believe a new baseline is appropriate in light of the trend in oil prices over the last 12 to 24 months. We hold this belief despite the fact that there are still uncertainties about the price of oil and its impacts on Norfolk Southern. Recognizing that no fuel surcharge will ever be perfect, we decided to refine our fuel surcharge program a second time

## III. Norfolk Southern's New Fuel Surcharge Program Responds to Change in Fuel Market.

On April 24, 2006, Norfolk Southern announced a new fuel surcharge program for public rate authorities for non-intermodal traffic in response to what it perceives as persistently higher oil prices. Norfolk Southern's new fuel surcharge program is based on the monthly average price of WTI, which is calculated in the same way as under the

---

[10] According to its 2005 10-K, Swift's fuel costs were $164 million more than in 2004 while its fuel surcharge revenue was $202 million more than in 2004. Comparatively, Swift's fuel costs in 2004 were $120 million more than in 2003 while its fuel surcharge revenue in 2004 was $101 million more than in 2003. Based on data in Securities and Exchange Commission Form 10-K filed by Swift Transportation on March 6, 2006, available at www.sec.gov.

old fuel surcharge program. The applicable fuel surcharge, if any, will change monthly and will still apply two calendar months later.

However, a fuel surcharge will apply when the monthly average WTI price exceeds $64.00, rather than when it exceeds $23.00. In addition, the applicable fuel surcharge will be 0.3%, rather than 0.4%, of the line-haul freight rate for every $1.00, or portion thereof, in excess of $64.00.

Norfolk Southern's decision to reduce its fuel surcharge percentage is consistent with what other transportation companies have done. Last year, Federal Express lowered its fuel surcharge index by 2%.[11] Canadian National also reduced its fuel surcharge last year on two occasions.[12] Similarly, United Parcel Service also reduced its fuel surcharge index by 2% on domestic and international air traffic effective January 2006.[13] A few examples illustrate the way the new fuel surcharge will work:

| WTI Average Price Per Barrel | Fuel Surcharge Percentage |
|---|---|
| $64.00 and below | No Surcharge |
| $64.01-$65.00 | 0.3% |
| $65.01-$66.00 | 0.6% |
| $66.01-$67.00 | 0.9% |

During the period in which we considered and planned to make this refinement, we thought it would result in customers paying no fuel surcharge. For example, based on the average price of WTI in February and March, shippers subject to this fuel surcharge would have paid no fuel surcharge at all.

11 Securities and Exchange Commission Form 10-K filed by Federal Express Corporation on July 14, 2005, at 23, available at www.sec.gov.

12 Canadian National Railway Company CN 7401-A Fuel Surcharge Notice, available at http://www.cn.ca/customer_centre/services_support/supp_services_tariffs/en_KFChargeableServices.shtml

13 Securities and Exchange Commission Form 10-K filed by United Parcel Service on Mar. 14, 2006, at 26-27, available at www.sec.gov.

But fuel prices remain volatile for a variety of reasons including what is happening in Iran, the growing consumption in China, and a host of other factors. For example, since the Board announced this hearing, the price of WTI has increased from $61.78 per barrel (March 14, 2006) to $68.38 per barrel (April 26, 2006), and was almost $74 per barrel at one point during this period. In light of the continued volatility and uncertainty in the oil market, Norfolk Southern will continue to monitor the oil market and will consider further refinements to its fuel surcharges as appropriate.

We are aware that some parties to this hearing have expressed concerns over the fairness of how fuel surcharges are applied in the rail industry. Norfolk Southern has looked and continues to look at ways to address this problem, including creating a mileage-based fuel surcharge program. However, any solution to this issue is complex and would result in some shippers paying more than they currently pay in fuel surcharges.

In addition, attempting to tailor a fuel surcharge to each individual movement, of which there are hundreds of thousands on Norfolk Southern, would be expensive, time consuming and, at the end of the day, most likely impossible. There are too many variables that determine how much fuel is needed for each individual movement. Those variables include the weight of the loaded car, the grade over which the car must travel, the total number of miles the car must be transported, whether the car is moved in a unit train, how many locomotives are on the train, and how many times the car must be switched. As a result Norfolk Southern would have to calculate and bill thousands of different fuel surcharges for each of the movements. This would be no small task given the 64,000 lanes in which our traffic moves and the 1,925 commodities (excluding

intermodal) different STCC codes of commodities we carry. Accordingly, it is nearly impossible – given the number of customers Norfolk Southern has and the even larger number of individual movements it handles – to calibrate any fuel surcharge program to recover the incremental cost of fuel.

## IV. Demand Continues to Grow, and Norfolk Southern's Total Price for Transportation Will Remain at Market Levels So That It Can Continue to Aggressively Invest In Capacity.

Since we adopted our original fuel surcharge, traffic on Norfolk Southern has grown steadily. Between 2000 and 2005, our traffic volume is up 14%, which compares to 1.1% growth in the Low Tech Industrial Production Index over the same period. And our volumes continue to grow. Traffic volumes were up 5% in the first quarter of 2006 compared to the first quarter of 2005.

We strive to set our overall prices at market levels, and we will continue to do so. We use the market as our gauge when negotiating contract arrangements and when determining the appropriate level of our public rate authorities.

We will continue to set our rates at market levels. Accordingly, a lower fuel surcharge will often mean a higher base transportation rate as we set our prices at the optimal market level. So a different fuel surcharge does not necessarily mean that customers' transportation bills will decline, which is not unusual when demand is so strong. For example, when Federal Express lowered its fuel surcharge index by 2% last year, it increased its average list price by 4.6%.[14] Similarly, when United Parcel Service

[14] Securities and Exchange Commission Form 10-K filed by Federal Express Corporation on July 14, 2005, at 23, available at www.sec.gov.

reduced its fuel surcharge index by 2% on domestic and international air effective January 2006, it did so only after taking a 5.5% rate increase.[15]

Maintaining rates at market levels is critically important in these times of increasing freight transportation demand. We all know that the U.S Department of Transportation has estimated that the demand for freight transportation will increase by 55 percent by 2020 and that the American Association of State Highway and Transportation Officials projected that freight tonnage will grow by almost 57 percent between 2000 and 2020. Norfolk Southern is seeing that growth. Last year our intermodal volume was up 9% in units, coal volume was up 3% in carloads, and construction materials and metals, forest products, and agriculture shipments were each up 2% in carloads. This year has started with similarly robust demand.

At the Board's Hearing on the 25th Anniversary of the Staggers Rail Act of 1980: A Review and Look Ahead, Mr. Stephen C. Tobias, Vice Chairman and Chief Operating Officer of Norfolk Southern Corporation, testified to the capacity needs of our railroad – not just to meet the increasing demand we are facing but to be able to respond to the events that affect our ability to serve our customers, such as Hurricane Katrina.[16] Those needs include expanded infrastructure as well as investments in technology – not to mention simply maintaining our existing network.

For 2006, our capital budget is about $1.2 billion – almost one-half a billion dollars, or 65 percent, more than in 2002. Norfolk Southern is purchasing 120 new locomotives and is rehabilitating 420 locomotives this year in addition to the 491

---

[15] Securities and Exchange Commission Form 10-K filed by United Parcel Service on Mar. 14, 2006, at 26-27, available at www.sec.gov.

[16] Written Testimony of Stephen C. Tobias, Ex Parte 658, Hearing on the 25th Anniversary of the Staggers Rail Act of 1980: A Review and Look Ahead (submitted Oct. 12, 2005).

locomotives it rehabilitated last year. We are also investing heavily in some of the corridors on which we see further growth, including the Heartland Corridor project, which when completed will permit double-stack intermodal service from the Port of Norfolk to Columbus, Ohio. Maintaining market rates will help us to grow our capacity to meet this nation's transportation needs.

## V. Reporting Requirements.

The Board's order regarding this hearing asked the parties to address "whether and how [the Board's reporting requirements] should be adjusted to provide rail customers with better information on a carrier's fuel costs and the revenues collected through fuel surcharges."

NS already provides public information in response to the requirements of the Board. Each year, Norfolk Southern files its R-1 with the Board. It also files with the Board quarterly data. Moreover, Norfolk Southern also provides a considerable amount of financial information to the public through its filings with the Securities Exchange Commission. Accordingly, Norfolk Southern does not think additional reporting would serve much purpose.

Nevertheless, if the Board determined that there was some value in adding yet further reporting requirements, Norfolk Southern asks that any reporting obligation be prospective only and that the Board allow us at least 90 days to modify our systems to minimize the cost of compliance.

## VI. Conclusion

Like so many other companies, Norfolk Southern has had to conduct its business in the face of dramatic increases in the price of oil and has struggled to understand and respond to those increases. At the same time, it has faced unprecedented demand for its rail services – a demand that shows no signs of abating and that requires us to continue aggressively to invest in capacity on our railroad.

Our new fuel surcharge program responds to what we believe is a fundamental and structural shift in the oil market to sustained higher fuel prices. However, our latest announcement is only the most recent in a series of actions Norfolk Southern has taken during this shift in the fuel market and the resulting changes in the transportation marketplace. As events warrant, we will continue to respond to the oil market and the changes it produces in the transportation marketplace.

**CERTIFICATE OF SERVICE**

I verify that on this day, April 27, 2006, I have caused copies of the Written Statement of Norfolk Southern Corporation to be served upon all parties of record in this proceeding by first-class mail or more expeditious method of delivery.

Matthew J. Warren

# PX0251-PX0270

Filed Under Seal

# EXHIBIT PX0271

# [Intentionally Omitted]

# PX0272-PX0294

# Filed Under Seal

# EXHIBIT PX0295

# Intentionally Omitted

# PX0296-PX0333

# Filed Under Seal

# EXHIBIT PX0334

# Intentionally Omitted

# EXHIBIT PX0335

# Intentionally Omitted

# PX0336-PX0342

Filed Under Seal

# EXHIBIT PX0343

# Intentionally Omitted

# PX0344-PX0379

# Filed Under Seal

# EXHIBIT PX0380

# Intentionally Omitted

# PX0381-PX0427

# Filed Under Seal

# EXHIBIT PX0428

# Intentionally Omitted

# PX0429-PX0464

# Filed Under Seal

# EXHIBIT PX0465

FOR IMMEDIATE RELEASE:

OMAHA, October 31 – Union Pacific Railroad announced today that due to the rapidly rising cost of fuel, it is joining others in the transportation industry in implementing a fuel cost recovery charge. The fuel charge, which is based on the West Texas Intermediate (WTI) crude oil price, will initially be two percent. The surcharge will apply to local as well as interline freight movement and will become effective on December 1, 2002.
"Since the beginning of the year, fuel prices have gone up almost 50 percent. This action will allow us to continue to make the necessary investments to maintain a strong rail network and meet the needs of our customers, as well as the financial obligations to our investors," said UP President Ike Evans.

Union Pacific operates the nation's largest fleet of diesel locomotives, which consume about 1.3 billion gallons annually.

More detailed information about the fuel charge is available on Union Pacific's web site at www.uprr.com/customers.

# PX0466

Filed Under Seal

# EXHIBIT PX0467

# Intentionally Omitted

# EXHIBIT PX0468

# [Intentionally Omitted]

# PX0469

# Filed Under Seal

# EXHIBIT PX0470

# Intentionally Omitted

# EXHIBIT PX0471

# Intentionally Omitted

# EXHIBIT PX0472

# [Intentionally Omitted]

# PX0473-PX0474

Filed Under Seal

# EXHIBIT PX0475

# Intentionally Omitted

# EXHIBIT PX0476

# [Intentionally Omitted]

# PX0477

# Filed Under Seal

# EXHIBIT PX0478

# Intentionally Omitted

# EXHIBIT PX0479

# [Intentionally Omitted]

# PX0480-PX0550

# Filed Under Seal

# EXHIBIT PX0551

*Union Pacific Corporation*

# 2005 ANALYST FACT BOOK



DEPOSITION EXHIBIT 7 8-4-10 Kt

BUILDING AMERICA®

UNION PACIFIC

# TABLE OF CONTENTS

***Our Vision***

*Union Pacific is committed to be a railroad where our Customers want to do business, our Employees are proud to work, Shareholder value is created and the safety of the public and our employees is our top priority.*


**Overview**
- System Map and Facts ..... 3
- Company Overview ..... 4
- Year in Review ..... 5
- Investing in Our People ..... 7
- Track and Terminal Density ..... 9

**Markets**
- Revenue Overview and Outlook ..... 10
- Agricultural ..... 12
- Automotive ..... 14
- Chemicals ..... 17
- Energy ..... 19
- Industrial Products ..... 21
- Intermodal ..... 23
- Mexico ..... 26

**Operations**
- Network Management ..... 28
- Capacity Improvements ..... 30

**Financials**
- Income Statement ..... 31
- Financial Position ..... 32
- Cash Flow Statement ..... 33
- Financial and Operating Statistics ..... 34

**Cautionary Information** ..... 35





### *Investor Inquiries*

Union Pacific's analyst relations are co-ordinated through the Corporate Treasurer. Requests for interviews, investor packages and general information should be directed to:


(402) 544-4227 or (877) 547-7261

investor.relations@up.com


### *Web Site Information*

For immediate receipt of new information as it becomes available, we invite you to regularly visit www.up.com. In the Investor Relations section, you can view on-line or download a variety of informative documents, including annual reports, proxy statements, SEC filings, quarterly earnings, press releases, company presentations and corporate governance information.

# SYSTEM MAP & FACTS




## TRACK MILES (As of 12/31/05)

| | |
|---|---|
| Main Line | 27,301 |
| Branch Line | 5,125 |
| Yards, Sidings, & Other Main Lines | 20,241 |
| **Total** | **52,667** |
| Track Miles of Rail Installed and Replaced | |
| New | 661 |
| Used | 312 |
| Track Miles of Continuous Welded Rail | 27,390 |
| Track Miles Under Centralized Traffic Control | 18,736 |
| Track Miles Ballasted | 9,216 |
| Ties Installed & Replaced (000) | 4,690 |

## EQUIPMENT OWNED OR LEASED AT YEAR END

| | |
|---|---|
| Locomotives | 8,226 |
| Freight Cars: | |
| Covered Hoppers | 38,553 |
| Boxcars | 16,505 |
| Open-Top Hoppers | 19,950 |
| Gondolas | 15,037 |
| Other | 16,698 |
| Average Age of Equipment (Years) | |
| All Locomotives | 15.4 |
| Road Locomotives - Core Fleet | 10.9 |
| Freight Cars | 26.0 |

# COMPANY OVERVIEW

Headquartered in Omaha, Nebraska, Union Pacific Corporation owns one of America's leading transportation companies, Union Pacific Railroad Company (Company, UP or Railroad). The Railroad is the largest in North America, covering more than 32,400 route miles in 23 states across the western two-thirds of the United States. Union Pacific's strategically advantageous route structure supports the nation's economy, linking every major West Coast and Gulf Coast port to some of the fastest growing U.S. population centers. The Railroad serves the East through major gateways in Chicago, St. Louis, Memphis and New Orleans. In addition, UP is the only railroad serving all six major Mexican gateways and operating key north/south corridors for interchange traffic with the Canadian and Mexican rail systems. UP reaches north into Canada through the Eastport gateway in Idaho, as well as through exchange points in Minnesota, Wisconsin and Illinois. That network, combined with a well-balanced and diverse traffic mix, makes UP the premier rail franchise in North America.

Union Pacific's freight traffic consists of bulk, manifest and premium business. Bulk traffic is primarily the shipment of coal, grain, rock and soda ash in unit trains. A key franchise strength is access to the Southern Powder River Basin (SPRB) coal fields of northeastern Wyoming. UP also provides direct routes from major grain-producing areas in the Midwest to domestic markets, Mexico and export ports in the Gulf Coast and Pacific Northwest.

Manifest traffic is individual carload or less than train-load business, including commodities such as lumber, steel, paper and food, transported from thousands of locations on Union Pacific's vast network. Union Pacific also has broad coverage in the large chemical-producing areas along the Gulf Coast.

The Railroad's premium business is the transportation of finished vehicles, intermodal containers and truck trailers. UP's extensive automotive network facilitates delivery of more than 75 percent of the finished vehicles sold west of the Mississippi River. The Railroad also serves the fast-growing market for international imports with its competitive long-haul routes connecting the West Coast ports and eastern gateways, particularly along the Sunset Corridor from Los Angeles to El Paso.

The strength of this diverse franchise and efficient utilization of the Railroad's capacity should enable the Company to provide its customers with a reliable and valuable service product that drives improved financial returns.

***2005 Commodity Revenue Mix***
***$13 Billion***




***2005 Traffic Classification***
(By Carload)



# YEAR IN REVIEW

## *2005 Recap*

Union Pacific combined record revenue with improved operating performance to produce operating income growth of 18 percent* in 2005. For the year, Union Pacific reported revenue of $13.6 billion, an 11 percent year-over-year increase. Continuing strong demand for rail service drove revenue gains from increased fuel surcharges, higher yields and a 1 percent volume increase. All six business groups hit "best ever" annual revenue levels.




Operations improved during 2005 in a very challenging environment. During the year, UP improved average freight car terminal dwell by 6 percent, freight car utilization improved 2 percent, and average rail car inventory decreased 1 percent while carloads increased 1 percent. Implementation of the Unified Plan, one of the Company's network management initiatives, began in 2005. The Plan reduced the rate of mainline work events by 16 percent and achieved a 12 percent reduction in UP's car switching rate. In addition, the Company began implementing the Customer Inventory Management System (CIMS), a real-time terminal management system designed to increase terminal throughput with existing capacity.

The Railroad faced significant weather-related challenges throughout the year. In early January, a massive storm hit California and Nevada, temporarily closing five of six routes in and out of Los Angeles. In August and September, Hurricanes Katrina and Rita hit the New Orleans and Houston areas. Hurricane Katrina caused minimal damage to UP's customers or rail lines. Hurricane Rita, however, resulted in lost revenue and higher operating expenses as more than 150 customers in the Houston area shut down and UP halted South Texas rail

### FINANCIAL SUMMARY

| *Union Pacific Corporation* | 2005 | 2004 | 2003 |
|---|---|---|---|
| Operating Revenues (millions) | $13,578 | $12,215 | $11,551 |
| Operating Income (millions) | $1,795 | $1,295(a) | $2,133 |
| Operating Margin | 13.2% | 10.6%(a) | 18.5% |
| Revenue Carloads (thousands) | 9,544 | 9,458 | 9,239 |
| Average Employees | 49,747 | 48,329 | 46,371 |
| Average Diesel Fuel Price (per gallon) | $1.77 | $1.22 | $0.92 |
| Capital Expenditures (millions) | $2,169 | $1,876 | $1,940(b) |
| Long-Term & Flexible Operating Leases (millions)(c) | $690 | $526 | $131 |

(a) Includes a $247 million pre-tax ($154 million after-tax) charge for unasserted asbestos-related claims.
(b) Includes non-cash capital lease financings of $188 million in 2003.
(c) Represents the net present value of long-term operating leases for new equipment.

*Excludes a $247 million pre-tax ($154 million after-tax) charge for unasserted asbestos-related claims in 2004.

operations in advance of the storm. On October 1, a severe rainstorm hit northeastern Kansas with 10 to 12 inches of rain in one day, causing track and bridge washouts as well as erosion damage to four main lines.

Two derailments occurred on the SPRB Joint Line in mid-May. Union Pacific and BNSF Railway own the Joint Line, located in Wyoming. Unprecedented rainfall and snow during the previous winter season, combined with accumulated coal dust in the roadbed, created track instability. Following the derailments, an extensive and ongoing maintenance and restoration program reduced shipments throughout most of the year. Despite these constraints, UP hauled a record 179 million tons of SPRB coal.

Energy prices continued to rise throughout the year. Union Pacific's average annual fuel price rose 45 percent versus 2004 to $1.77 per gallon. The Company utilized fuel surcharge programs to help mitigate rising prices. In addition, fuel conservation efforts enabled UP to handle a 1 percent increase in volume while consuming 2 percent less fuel.

During 2005, Union Pacific spent $2.17 billion in cash capital for track, facility and terminal maintenance, capacity expansion, equipment upgrades and additions, as well as the development and implementation of new technologies. The Company also acquired 317 locomotives and approximately 2,900 freight cars under long-term operating leases with a net present value of $690 million. Free cash flow, after dividends, totaled $234 million. Lease adjusted debt to capital was 43.6 percent, the lowest level since 1985.

## 2006 Outlook

The Company expects another year of record business levels in 2006 as demand for rail services remains strong. The Railroad will continue to manage network volumes and expects yield increases across all six business groups. Volume growth should come primarily from Energy, Intermodal and Industrial Products. UP is targeting year-over-year commodity revenue growth of at least 12 percent.

On April 20, 2006, Union Pacific reported diluted earnings per share of $1.15 on revenue growth of 18 percent during the first quarter of 2006. For the full year, the Company is targeting diluted earnings per share of $5.00 to $5.20 and expects operating ratio improvement of approximately 4 percentage points compared to 2005.

The Railroad will continue to refine its transportation plan to simplify operations and improve network efficiency. Cash capital expenditures in 2006 should total approximately $2.25 billion, focused primarily on track maintenance and capacity expansion in constrained corridors. The Company will also acquire equipment under long-term operating leases with a net present value of approximately $500 million.

Double-digit revenue growth and improved rail operations should generate stronger cash flow from operations in 2006. A higher cash tax rate in 2006 is expected to increase tax liabilities approximately $450 to $500 million. Despite higher taxes, coupled with a $2.25 billion cash capital budget, the Company is targeting free cash flow after dividends of $350 to $400 million.

**Lease Adjusted Debt to Capital**




**2005 Commodity Revenue Growth**



# INVESTING IN OUR PEOPLE

## *Vital Role*

The nearly 50,000 men and women of Union Pacific play a critical role in the success of the Railroad and their communities. The Railroad transports the raw materials and finished goods that keep the economy and the country moving. One of the Company's human resource focuses is to hire a talented, diverse workforce with the Union Pacific values of safety, quality, respect, commitment and accountability. During 2005, GI Jobs magazine named UP the nation's top Military Friendly Employer and Working Mother and LATINA Style magazines honored UP as a top employer. In early 2006, Fortune magazine named Union Pacific America's most admired railroad.

## *Changing Environment*

Increased demand for the Company's services and higher attrition and retirement rates required UP to hire more than 13,000 employees over the last two years. The extensive hiring is in stark contrast to the years of railroad mergers and excess resources that enabled UP to maintain an experienced workforce without hiring many new workers. A challenge for the Company will be to continue to attract, hire and retain quality people. Knowledge transfer from current employees to the next generation of railroaders is another vital aspect of UP's workforce transition.

## *New Opportunities*

Large scale hiring also presents an opportunity. This recent railroad hiring boom is likely to persist, making hiring and training an important part of UP's ongoing success. By seeking the right people for the right jobs, the Railroad will be able to merge new ideas and skill sets with the experience of current railroaders.

Since 2004, over 7,000 conductors and more than 2,300 locomotive engineers graduated from UP training programs. In 2006, Union Pacific plans on training an additional 2,500 conductors and over 1,100 locomotive engineers. These programs typically last three to four months for conductors and six months for engineers. During this time, conductors and engineers learn safety rules, operating practices, federal regulations and lifestyle preparedness such as alertness management, diversity and communication skills. Locomotive simulators (as shown in the photo below) allow new and current employees to become familiar with their operating territory more rapidly. Simulators also allow operators to identify and adjust to different train sizes and weights and understand the impact of their actions on the train's fuel consumption. Currently, UP has 34 simulators at 23 locations throughout the network.

### *Demographics & Attrition*

Age Distribution of all Employees - 2005






## *Management Training*

In 2005, the Company formally began a robust Operating Management Training Program in anticipation of accelerated attrition. This tailored six-month, entry-level management program trains recent college graduates, current employees and experienced people from other industries to become leaders within the Railroad's Operating Department. Participants spend several months learning UP's values, the basics of railroading and fundamental leadership principles and management practices. After the first phase of the training, hands-on experience begins at one of many field locations with each participant assigned a mentor to continue development.

The Company also has a program taking high potential employees and furthering their development into successful leaders of Union Pacific. The Leadership Development Program is a 12-month curriculum where employees, in addition to their current jobs, spend three weeks in classroom training. The balance of the time employees are working on a team project using the Company's quality principles to solve a strategic problem within the organization.

## *Full Year Average Employees*

Full Time Equivalents




## *Safety*

Safety is a core value at Union Pacific. All employees are responsible for maintaining safe working conditions and preventing personal injuries and incidents. In 2005, the number of rail equipment incidents decreased 8 percent and the associated costs decreased 12 percent. Union Pacific's commitment to safety extends beyond its own employees and includes both customers and the communities in which they operate. During 2005, the Railroad closed 400 grade crossings and installed 750 video cameras on locomotives. The cameras allow better analysis of grade crossing incidents. In 2006, Union Pacific will continue to focus on employee safety education and training, public awareness and derailment prevention.

### *Environment*

Union Pacific is committed to protecting the environment for its customers, employees and the communities in which it operates. Railroads are one of the most environmentally friendly and fuel efficient modes of freight transportation. To learn more about the Company's environmental efforts, please visit Union Pacific's Web site at: http://www.uprr.com/she/emg/index.shtml

## *UP Labor Organizations*

| | |
|---|---|
| United Transportation Union | UTU |
| Brotherhood of Locomotive Engineers & Trainmen | BLET |
| Int'l. Assoc. of Machinists & Aerospace | IAM |
| Brotherhood of Maintenance of Way Employees Div. | BMWED |
| Int'l. Brotherhood of Boilermakers | IBBB |
| Transportation Communications International Union | TCU |
| Brotherhood of Railway Carmen | BRC |
| Brotherhood of Railroad Signalmen | BRS |
| Int'l. Brotherhood of Electrical Workers | IBEW |
| Sheet Metal Workers International Assoc. | SMWIA |
| National Conference Fireman & Oilers | NCFO |
| Int'l. Assoc. of Bridge Structural & Iron Workers | IAofBSOIR |
| Assoc. of Railway & Airway Supervisors | ARASA |
| Int'l. Union of Operating Engineers | IUOE |
| United Supervisors Council of America | USCA |

# TRACK & TERMINAL DENSITY




## 2005 Terminal Volumes

| Major Classification Yards | Avg. Daily Volume/Cars | Major Intermodal Terminals | Annual Lifts |
|---|---|---|---|
| North Platte, Nebraska | 2,900 | ICTF (Los Angeles) | 626,000 |
| North Little Rock, Arkansas | 1,800 | Marion (Memphis) | 387,000 |
| Proviso (Chicago), Illinois | 1,600 | East Los Angeles | 345,000 |
| Englewood (Houston), Texas | 1,500 | Global 1 (Chicago) | 323,000 |
| Roseville, California | 1,450 | Global 2 (Chicago) | 300,000 |
| Pine Bluff, Arkansas | 1,400 | Oakland | 279,000 |
| West Colton, California | 1,300 | Seattle | 244,000 |
| Livonia, Louisiana | 1,300 | Yard Center (Chicago) | 231,000 |
| Fort Worth, Texas | 1,300 | Lathrop (Northern California) | 202,000 |
| Neff (Kansas City), Missouri | 1,050 | City of Industry (Los Angeles) | 200,000 |

# REVENUE OVERVIEW & OUTLOOK

## *2005 Recap*

Strong demand continued throughout 2005. Union Pacific set year-over-year carloading records every quarter in 2005 continuing a string of 10 consecutive quarters of year-over-year increases. The Railroad achieved these records despite an unprecedented series of weather events that impacted not only the network, but, in the case of Hurricanes Katrina and Rita, the lives of UP employees and customers as well. Along the way to record carloads, the Railroad achieved an all-time high for carloads during any seven-day period in September. That seven-day mark was reset again on November 23 at 198,416 cars. For the year, overall volume grew 1 percent, driven primarily by a 4 percent increase in Intermodal volumes. However, with strong demand across all groups, commercial strategy focused on price improvement and products designed to drive velocity improvements.

Commodity revenue grew 11 percent in 2005 to a record $13 billion. The primary driver of the growth was a 10 percent gain in average revenue per car (ARC). All six business groups experienced solid ARC growth, ranging from 6 to 19 percent. Improved fuel surcharges, reflecting the Company's continued implementation of mechanisms to offset rising fuel costs and increased prices, led to the growth. Core pricing grew 5 percent in 2005.




Over the past two years, the Railroad has repriced approximately 55 percent of commodity revenue. New contract and tariff rates better reflect today's market conditions and are closer to levels that support continued capacity expansion and necessary investment in the franchise. Repriced contracts also contain fuel surcharge provisions, market escalation clauses and volume caps to ensure future profitability. In addition, the Company continues to move more business to tariffs and shorter-term contracts. The remaining 45 percent are long-term contracts that expire over the next several years, representing an opportunity for further price improvement through renegotiation. Although these longer-term contracts may include some type of escalator and fuel surcharge, they generally are not reflective of today's market.




With strong demand, velocity improvement becomes an important consideration in product design. While the unit train concept has been around for years, the Railroad is expanding its use in traditional markets, like grain, as well as utilizing the concept in new markets. During 2005, UP implemented a Portland to Phoenix unit lumber train, resulting in higher volumes and faster transit times without additional resources. Similarly, the Railroad's "Rocktimization™" product on the Southern Rock Network created a tiered rate level based on train sizes. Since its inception, customers have increased their 24 x 7

operations and rock shipments have grown 12 percent with the same number of train starts.

The Customer Inventory Management System (CIMS), developed jointly by the Marketing and Operating organizations, is another velocity initiative. Originally piloted in Phoenix, CIMS allows the Railroad to proactively manage terminal inventory and increase asset utilization. The success in Phoenix led to the rollout in major terminals such as Los Angeles, Las Vegas, San Antonio and Houston. During 2006, the Railroad plans to implement CIMS at additional terminals.

Projects such as CIMS enabled UP to work together with its customers to improve overall service levels. Customer satisfaction grew through 2005 as the Company moved record volumes and faced numerous weather-related operating challenges.




## 2006 Outlook

Leading economic indicators point to ongoing economic expansion in 2006. From that demand growth, the Company expects another record business year. The Railroad is targeting revenue growth of at least 12 percent, driven by continued yield improvements and increased volumes. To meet these targets, UP's 2006 commercial strategy centers around yield improvements, customer satisfaction, efficiency and return on invested capital.

For the year, Union Pacific expects a strong pricing environment similar to 2005. In 2006, approximately 13 percent of the remaining 45 percent of long-term contracts will be available for repricing. As Union Pacific renegotiates this business to market rates, it will also include Union Pacific's standard fuel surcharge. In addition, many of the tariffs and shorter-term contracts that make up the 55 percent of business repriced by year-end 2005 will be available for further escalation as market conditions allow.

On a daily basis, UP is communicating with its customers to explain the network management initiatives that are underway, and help them understand the increasing value of rail capacity. The Company is committed to improving service consistency and investing in additional capacity where returns warrant it.

One of the ways Marketing is improving efficiency is by working with Operating on forecast accuracy. The foundation of the Railroad's annual planning process starts with an accurate market forecast. The forecast drives many decisions within the organization such as determining the right number of locomotives, freight cars and employees. It allows the Operating group to determine if UP's capacity can meet the expected demand. In cases where projected demand exceeds supply, alternatives are considered. These options include different routing, transloading, or in some cases, volume management.

# AGRICULTURAL

## *Commodity Profile*

Agricultural products transportation, including whole grains, commodities produced from these grains, and food and beverage products, provided 15 percent of the Railroad's 2005 commodity revenue. With access to most major grain markets, the Railroad provides a critical link between the Midwest and western producing areas and export terminals in the Pacific Northwest (PNW) and Gulf ports, as well as Mexico. Unit shuttle trains transport a single commodity efficiently between producers and export terminals or domestic markets. UP also serves significant domestic markets, including grain processors, animal feeders and ethanol producers in the Midwest, West, South and Rocky Mountain states.

Union Pacific ships food commodities to major U.S. population centers for consumption. Express Lane and Wine Connection are UP's premium perishables services moving dairy products, fresh and frozen fruits and vegetables and wine from the PNW and California to destinations in the East. The Railroad transports frozen meat and poultry to the West Coast ports for export, while beverages, primarily beer, enter the U.S. from Mexico.

Through its alliances, UP considers Canada and Mexico important extensions of its domestic markets. In 2005, agricultural carloads to and from Mexico grew 12 percent and revenue increased 30 percent. Shipments of soybean meal, beer, whole cottonseed and the ethanol co-product, dried distiller grains (DDGs), into Mexico grew along with shipments of Mexican beer into the Eastern U.S. This growth offset declines in feed grains and wheat into Mexico due to competitive pressure and service challenges.

Domestic and foreign crop production, grain prices, currency fluctuations and shipping rate spreads between the Gulf Coast and the PNW are primary factors affecting export grain traffic. Consistent service performance is a large driver of UP's domestic traffic. In 2005, whole grain volumes declined nearly 4 percent versus the prior year. Weaker market conditions contributed to declines in both domestic and Gulf port shipments, offset somewhat by modest increases to PNW markets.

The ethanol market continues to grow and change. Industry experts predict ethanol production will double during the next six years. To date, 25 states have mandated the elimination of the chemical compound, MTBE, and companies are examining opportunities to shift more production to consumption points. UP's ethanol shipments grew 16 percent in 2005.

During 2005, the Company added 1,700 new and refurbished refrigeration cars (reefers) to the Express Lane and Wine Connection fleet. Benefits from the updated equipment include the ability to handle more perishable freight, improved customer satisfaction, revenue and price growth, a reduction in customer damage claims and increased fuel efficiency.

## *2005 CARLOADS*




***Whole Grain***

| | |
|---|---|
| Corn & Feed Grains | 31% |
| Wheat & Food Grains | 13% |

***Food & Beverage***

| | |
|---|---|
| Brewers & Food | 10% |
| Frozen & Refrigerated | 5% |
| Barley & Malt | 3% |

***Grain Products***

| | |
|---|---|
| Meals/Oils/DDGs/Feed Ingredients | 20% |
| Corn Milling & Ethanol | 7% |
| Sugar & Liquid Feed | 4% |
| Flour Mill Products | 4% |
| Rice | 3% |

## *Agricultural Density Map*



Lane density based on carloadings.
Line thickness depicts traffic density.

# Agricultural

## Network Management

The Agricultural Products group continues to focus on introducing more efficient services. The Produce Unit Train, a new concept in the transportation of perishable goods, will commence in 2006. The initial phase of this high-speed, efficient service will shuttle fresh and frozen commodities from a single origin in the West to a single destination in the East.

UP began working with its customers in 2005 to develop strategies for unit train conversions. Unit train service for grain product commodities (ethanol, soybean meal, DDGs and corn sweeteners) improves velocity and asset utilization. This will be a continued focus in 2006.

During 2005, the Company added 600 new high-capacity, covered hoppers to the grain fleet. Most grain customers prefer these cars and the Railroad plans to add 1,000 more to the fleet for use in shuttle service in 2006. Efficiency enhancements and increased train size should result as the shuttle network grows.

## 2006 Outlook

As rail demand remains strong, competition for UP's capacity becomes more intense. The Agricultural Products group is moving more of its business to public pricing documents in an effort to enhance profitability, make every carload reinvestable and minimize customers' administrative burden. In addition, all public documents, new contracts and renewed contracts are subject to UP's standard fuel surcharge.

The Company is expecting another year of dramatic ethanol and DDG growth in 2006. Millions of capital dollars are already committed and will continue to be committed for origin infrastructure as well as forward ethanol plants in the western United States.

## Ethanol Infrastructure




Perishable shipments remain a focus in 2006. Throughout the year, the Company will refurbish 800 reefers, which includes the installation of remote diagnostic and temperature change alert capability. Building on our success with Express Lane and Wine Connection, the Produce Unit Train service will kick off late in the summer.

Although the export grain market changes continually, the Company's expectation in 2006 is for PNW exports of U.S. corn to remain strong. Soybean exports may decline as South America continues to gain share in world soybean markets. When export demand arises, UP expects to take advantage of it by leveraging the Railroad's shuttle train network. UP will also work with the Mexican railroads to expand the shuttle train network into Mexico.

## Annual Summaries

| 2003 | | | | | 2004 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUARTERS | | | | | | | | | | | | | | |
| 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL |
| Commodity Revenue *(millions of dollars)* | | | | | | | | | | | | | | |
| 373 | 374 | 411 | 420 | 1,578 | 411 | 398 | 394 | 472 | 1,675 | 448 | 463 | 502 | 558 | 1,971 |
| Revenue Ton-Miles *(millions)* | | | | | | | | | | | | | | |
| 18,209 | 17,515 | 19,297 | 19,759 | 74,780 | 19,964 | 18,862 | 18,218 | 20,053 | 77,097 | 19,373 | 19,213 | 19,609 | 19,821 | 78,016 |
| Revenue Carloads *(thousands)* | | | | | | | | | | | | | | |
| 214 | 206 | 225 | 238 | 883 | 231 | 215 | 209 | 229 | 884 | 216 | 215 | 224 | 228 | 883 |
| Average Commodity Revenue Per Car *(dollars)* | | | | | | | | | | | | | | |
| 1,741 | 1,816 | 1,828 | 1,763 | 1,786 | 1,783 | 1,854 | 1,883 | 2,059 | 1,895 | 2,076 | 2,152 | 2,236 | 2,455 | 2,233 |

# AUTOMOTIVE

## *Commodity Profile*

Transportation of finished vehicles and automotive parts and materials represented 10 percent of Union Pacific's total commodity revenue in 2005. Carload movements of primarily new vehicles were responsible for 80 percent of the commodity revenue. Revenue associated with automotive parts and materials moving in various rail transportation modes compose the remaining portion.

Vehicle shipments move from U.S., Canada and Mexico assembly plants or import processing facilities on the West and Gulf Coasts to vehicle distribution facilities on the Union Pacific system or facilities on connecting railroads in Mexico, Canada and the U.S. Union Pacific is the largest automotive carrier west of the Mississippi River, serving six assembly plants and distributing imported vehicles from six West Coast ports and Houston. UP will serve a new Toyota assembly plant in San Antonio, Texas, which should begin operating during the fourth quarter of 2006. The Railroad provides service to 40 vehicle distribution centers where finished vehicles are off-loaded for truck delivery to all major western U. S. cities. UP also provides expedited handling of automotive parts and materials in intermodal containers, boxcars and flatcars to several assembly plants in Mexico, the U.S. and Canada.

## *Automotive Density Map*



Lane density based on carloadings.
Line thickness depicts traffic density.




U.S. new light vehicle sales totaled nearly 17 million in 2005, with significant vehicle purchase incentives propelling the one-half percent increase over 2004 sales. Although total automotive shipments were down 4 percent, yield improvements and fuel surcharges drove revenue growth of 3 percent. Finished vehicle and auto parts volumes decreased 5 percent and 2 percent, respectively. Shipments declined due to market share shifts from traditional domestic manufacturers to vehicles imported or produced by transplanted international manufacturers. Another factor contributing to this decline is the Company's continued efforts to improve the overall profitability of the Railroad.

Demand for automotive parts and materials shipments remained strong in 2005, despite market share losses incurred by key rail-served domestic manufacturers. To offset reduced shipments, the Railroad continues to focus on nontraditional customers such as international manufacturers and Tier I and II parts suppliers. Since the 2002 inception of the automotive materials truck-to-rail conversion initiative, UP has shifted an annualized equivalent of approximately 115,000 truckloads to rail service.

# Automotive

Mexican automotive shipments, for both vehicles and parts, make up 25 percent of the Railroad's total auto revenue. During 2005, Union Pacific handled over 92 percent of all automotive rail traffic between the U.S. and Mexico. The volume of finished vehicles from Mexico grew 2 percent on increases from Ford and Volkswagon. In addition, retooling for new product lines took place at several Mexican plants, including the Ford Hermosillo and General Motors Silao and Ramos Arizpe assembly plants.

Technology enhancements continued to improve handling and monitoring of vehicles enroute to and at large automotive distribution centers. Union Pacific's Automotive Management System now has a Network Alert Map that provides a real-time vehicle traffic map. This system allows the Railroad to improve asset utilization by monitoring railcar flow, facility capacity and vehicle dwell.

*Automotive Transition*

Domestic Big 3 vs. Transplant Carloads

**% change in carloads since 2002**




## Network Management

Unified Plan changes to the automotive network began in April 2005. Shifting westbound automotive traffic to Cheyenne, Wyoming created additional manifest capacity in the North Platte classification yard. Efficient handling of automotive traffic in Cheyenne reduced dwell times by 15 hours.

In addition, UP consolidated automotive facilities in Salt Lake City, Utah and Mira Loma, California to improve asset utilization and train operations. The Railroad also expanded vehicle distribution centers in Phoenix, Arizona and Gavin, Arkansas (West Memphis) to handle increased traffic in these locations.

## 2006 Outlook

During 2006, expectations are for U.S. light vehicle sales to decrease 1 to 2 percent compared to 2005 levels. The Railroad is well positioned with a diverse customer base that includes domestic, transplant and import manufacturers. The Company will, however, monitor and evaluate the potential impact of new automotive assembly plants and shutdowns of existing plants.

During 2006, the Railroad expects volumes and market share similar to 2005 levels. Volume increases should come from the retooled Ford plant in Hermosillo, Mexico, the retooled Nissan plant at Aquascalientes, Mexico, the retooling and new product offering from DaimlerChrysler's Belvidere, Illinois plant and the new Toyota plant in San Antonio, Texas. However, volumes will be reduced for the remainder of the year due to the February 2006 closure of General Motors' assembly plant in Oklahoma City, Oklahoma. The Railroad will make infrastructure improvements at locations experiencing traffic growth.

UP will pursue additional finished vehicle opportunities that are economically justified and fit within existing capacity. An important element in pursuing new business is ensuring seamless interchanges with all Eastern U.S., Mexican and Canadian railroads. UP is leading industry efforts to improve vehicle transit times, which should drive greater overall fleet capacity, decrease in-transit inventory and reduce network congestion.

The Company will continue to identify and pursue automotive parts growth and truck-to-rail conversion opportunities. One element of this growth strategy is to capitalize on strong interline carrier alliances. UP is developing new bundled products to expand the use of boxcar assets through cross-dock truck-to-rail conversions. In addition, the Railroad will expand sales channel relationships to the tier supplier and logistics provider communities.

Additional growth opportunities exist with Railroad subsidiaries, Insight Network Logistics and Union Pacific Distribution Services. These companies offer supply chain logistic services for major automotive manufacturers. Marketed jointly with UP's rail services, they assist manufacturers in meeting customers' changing inventory needs and provide continued growth opportunities.

# *Automotive*




## *Annual Summaries*

| 2003 | | | | | 2004 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | QUARTERS | | | | | | | |
| 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL |
| Commodity Revenue *(millions of dollars)* | | | | | | | | | | | | | | |
| 302 | 320 | 276 | 318 | 1,216 | 297 | 326 | 288 | 324 | 1,235 | 293 | 329 | 299 | 352 | 1,273 |
| Revenue Ton-Miles *(millions)* | | | | | | | | | | | | | | |
| 4,255 | 4,549 | 4,041 | 4,579 | 17,424 | 4,402 | 4,736 | 4,247 | 4,602 | 17,987 | 4,182 | 4,596 | 4,150 | 4,679 | 17,607 |
| Revenue Carloads *(thousands)* | | | | | | | | | | | | | | |
| 207 | 214 | 190 | 209 | 820 | 203 | 217 | 195 | 211 | 826 | 192 | 210 | 186 | 209 | 797 |
| Average Commodity Revenue Per Car *(dollars)* | | | | | | | | | | | | | | |
| 1,462 | 1,494 | 1,455 | 1,521 | 1,484 | 1,461 | 1,503 | 1,474 | 1,543 | 1,496 | 1,524 | 1,565 | 1,611 | 1,689 | 1,598 |

# CHEMICALS

## *Commodity Profile*

Transporting chemicals provided 14 percent of Union Pacific's 2005 commodity revenue. The Railroad's franchise enables it to serve the large chemical megaplex along the Gulf Coast, as well as chemical producers in the Rocky Mountains and on the West Coast. The Company classifies chemical shipments into three broad categories: Petrochemicals, Fertilizer and Soda Ash.

More than two-thirds of UP's chemicals business is considered "Petrochemicals" including liquid and dry chemicals, plastics, petroleum and liquid petroleum products. Fertilizer movements originate primarily in the Gulf Coast region, as well as the West and Canada, bound for major agricultural users in the Midwest and western U.S. These shipments account for 18 percent of the Railroad's chemical business. Soda ash shipments, contributing 11 percent of chemical volumes, originate in southwestern Wyoming and California destined for glass producing markets in the East, West and abroad.

Natural gas prices have a dual impact on chemical production. Natural gas is a feedstock in a variety of chemical production processes and is an energy source for many production plants.

Petrochemicals move primarily to and from the Gulf Coast region. Barges, and to a lesser extent trucks, provide transportation alternatives for some of these commodities. The liquid and dry market consists of several dozen segments of basic, intermediate and specialty chemicals produced by, and shipped to, large and small customers. Strong demand from industrial manufacturers is key to this market segment. Plastics shipments support many vital sectors of the U.S. economy, including the automobile, housing and durable and disposable consumer goods markets.

UP is a vital link in the plastics supply chain through its ownership and operation of storage-in-transit (SIT) facilities. Plastics customers utilize railroad SIT yards for intermediate storage of their plastic resins, and UP has more SIT capacity than any other railroad. In 2005, UP moved nearly 220,000 carloads of plastics, a 4 percent decrease. Producers maintained less inventory and less SIT than in previous years due to the reduction in plastic shipments.

UP's fertilizer demand is largely driven by U.S. agricultural expectations versus world demand. Global market conditions resulted in a 4 percent increase in fertilizer carloadings in 2005 versus 2004. Domestic nitrogen and phosphate shipments were up and Canadian potash movements were generally strong.

UP directly serves Green River, Wyoming, the world's largest soda ash reserve and producing region. Soda ash carloadings were flat year-over-year as export markets had a slight increase and domestic soda ash demand remained relatively constant.

## *2005 CARLOADS*




| | |
|---|---|
| *Liquid & Dry* | *31%* |
| *Plastics* | *24%* |
| *LPG/Petroleum Products* | *16%* |
| *Fertilizer* | *18%* |
| *Soda Ash* | *11%* |

## *Chemicals Density Map*



Lane density based on carloadings.
Line thickness depicts traffic density.

# Chemicals

The Railroad's chemicals transloading network, TRANSFLO, continued to expand in 2005 with the addition of four new sites including Houston and Kansas City. TRANSFLO is an ISO-9001:2000 registered transloader that allows UP to deliver the economics of rail transportation to non-rail served customers. During 2005, TRANSFLO shipments grew 14 percent.

In total, UP's 2005 chemical volumes declined 2 percent in part due to the business interruptions caused by Hurricane Rita. Chemical revenue grew 8 percent, driven largely by price increases and fuel surcharges.




## Network Management

During 2005, the Railroad initiated several train operation improvements to increase the speed of chemical carloading throughput. Working with customers, UP implemented switching and train velocity process refinements that have helped de-bottleneck the Freeport, Texas megaplex and improve service. Other changes include the establishment of inventory control mechanisms for plastics repackagers and a process to reduce fertilizer car cycle times. These shippers are experiencing less congestion by controlling volume flows.

## 2006 Outlook

Continuing demand for North American chemical production directly correlates to the relatively strong 2006 U.S. economy. The petrochemicals business should be strong throughout 2006 as demand for liquid and dry chemicals and plastics remains brisk. Positive trends in liquefied petroleum gas (LPG) and petroleum products shipments established over the past two years should continue through further development of the Mexican petrochemical industry. In addition, lower natural gas prices relative to global crude oil prices generally favor North American chemical producers.

Fertilizer demand should be strong throughout 2006. Soda ash shipments should increase versus 2005 as demand for both domestic and export products will exceed the levels achieved in previous years. Continued implementation of the TRANSFLO network will progress in 2006 as the Railroad improves existing facilities and opens new ones.

Given the maturity of these markets, share growth is largely dependent upon faster, more reliable service. Chemical shippers continue to focus on transportation products that eliminate unnecessary terminal stops, reduce transit times and significantly improve asset utilization. These goals are consistent with UP's ongoing efforts to reduce network congestion, promote system fluidity and increase velocity.

### *Annual Summaries*

| 2003 | | | | | 2004 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | QUARTERS | | | | | | | |
| 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL |
| **Commodity Revenue** *(millions of dollars)* | | | | | | | | | | | | | | |
| 394 | 393 | 400 | 402 | 1,589 | 410 | 429 | 433 | 447 | 1,719 | 441 | 459 | 474 | 476 | 1,850 |
| **Revenue Ton-Miles** *(millions)* | | | | | | | | | | | | | | |
| 13,482 | 13,499 | 13,464 | 13,572 | 54,017 | 14,072 | 14,829 | 14,892 | 14,743 | 58,536 | 14,410 | 14,473 | 14,241 | 13,816 | 56,940 |
| **Revenue Carloads** *(thousands)* | | | | | | | | | | | | | | |
| 219 | 226 | 225 | 218 | 888 | 224 | 238 | 240 | 233 | 935 | 228 | 236 | 231 | 218 | 913 |
| **Average Commodity Revenue Per Car** *(dollars)* | | | | | | | | | | | | | | |
| 1,796 | 1,743 | 1,780 | 1,836 | 1,788 | 1,833 | 1,799 | 1,803 | 1,921 | 1,839 | 1,936 | 1,945 | 2,055 | 2,178 | 2,026 |

# ENERGY




## *Commodity Profile*

Coal and petroleum coke transportation accounted for 20 percent of Union Pacific's 2005 commodity revenue. UP serves mines in the Southern Powder River Basin (SPRB) of Wyoming in addition to Colorado, Utah, southern Wyoming and southern Illinois. The Railroad's geographic footprint positions it to transport coal destined for utilities and industrial facilities in 27 states. In addition, coal is transported to rail, barge and ship facilities on the Gulf Coast, the Mississippi and Ohio Rivers, the Great Lakes and is interchanged with eastern railroads.

SPRB coal is the largest segment of UP's coal/coke franchise, making up 72 percent of the total tons originated in 2005. Utilities favor the lower cost and low-sulfur content of SPRB coal. The opportunities for SPRB continue to grow as Eastern markets open due to declines in Central Appalachian coal production and more stringent environmental regulations.

The Railroad also moves high-BTU low-sulfur coal from Colorado and Utah to domestic utilities and industries. UP exports Colorado coal to Mexico via Eagle Pass, Texas.

In 2005, energy revenue grew 7 percent on yield improvements and fuel surcharges. Total Energy carloads were flat versus 2004, but tonnage increased nearly 2 percent to 250 million tons by operating longer, heavier trains. Although SPRB coal volumes grew 10 percent in the first quarter, maintenance and restoration work on the SPRB Joint Line during the second, third and fourth quarters limited throughput. In May, unprecedented rainfall and snow, combined with accumulated coal dust in the roadbed, created track instability on the SPRB Joint Line. The extensive and ongoing maintenance and restoration program disrupted and reduced shipments beginning in mid-May, which continued throughout the year. Between May and November, BNSF maintenance-of-way gangs undercut over 60 miles of ballast and installed/replaced over 30,000 concrete ties and approximately 16 miles of rail.

In addition, Hurricane Rita, the Kansas washouts and temporary mine outages in Colorado and Utah restricted loadings during the second half of the year. Colorado/Utah volume was essentially flat in 2005 at 45.5 million tons due to production interruptions at two Colorado coal mines.

Petroleum coke shipments originate primarily in the Gulf Coast, in addition to several other key areas including Oklahoma, Kansas, Wyoming and California. Industrial customers in Texas, California and Louisiana use petroleum coke in the production of aluminum, steel and cement, as well as generating electricity. Shipments of coke were slightly down from 2004 at 3.4 million tons as UP focused on yield improvements over volumes.

## *Energy Density Map*



Lane density based on carloadings.
Line thickness depicts traffic density.

# Energy

## Network Management

Union Pacific continues to increase SPRB Joint Line capacity by participating in the addition of 14 miles of third mainline track south of Bill, Wyoming between Walker and Shawnee. In addition, projects in UP's North Platte, Nebraska yard, along the Iowa corridor, in southern Illinois and at Marysville, Kansas continue to support growth of SPRB coal shipments. Capacity expansion for Colorado coal growth continued in 2005 with the completion of a siding on the Colorado North Fork branch.

Expansion in 2006 will continue to focus on increasing the overall fluidity of the coal network. Another 18 miles of third mainline will be added to the SPRB Joint Line between Nacco and Reno Junction. The Company is expecting completion of the Marysville, Kansas Bypass in various phases throughout the year. UP will also add a third main line in North Platte along with projects between Kansas City and St. Louis to accommodate the additional SPRB coal growth. To accommodate the increased traffic on the Moffat Tunnel subdivision resulting from Colorado coal growth, the Railroad is increasing capacity in 2006.

## 2006 Outlook

The Company is targeting approximately 10 percent growth in total coal tonnage for 2006 driven by continued strong demand. UP will use Circular 111, the SPRB pricing mechanism introduced in 2004, in place of expiring contracts. By year-end, the Company expects to have approximately 20 percent of SPRB tonnage priced under the circular. In addition, UP's coal fuel surcharge will be included on all repriced business.




## Annual Summaries

| | 2003 | | | | | 2004 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUARTERS | 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL |
| Commodity Revenue *(millions of dollars)* | 561 | 601 | 628 | 622 | 2,412 | 586 | 597 | 629 | 593 | 2,405 | 668 | 629 | 651 | 630 | 2,578 |
| Revenue Ton-Miles *(millions)* | 54,756 | 58,268 | 60,907 | 60,743 | 234,674 | 57,632 | 57,750 | 60,765 | 57,498 | 233,645 | 62,075 | 57,483 | 59,029 | 56,807 | 235,394 |
| Revenue Carloads *(thousands)* | 521 | 537 | 563 | 566 | 2,187 | 541 | 540 | 561 | 530 | 2,172 | 574 | 525 | 546 | 533 | 2,178 |
| Average Commodity Revenue Per Car *(dollars)* | 1,077 | 1,120 | 1,116 | 1,096 | 1,103 | 1,084 | 1,106 | 1,120 | 1,119 | 1,107 | 1,163 | 1,198 | 1,192 | 1,182 | 1,184 |

# INDUSTRIAL PRODUCTS

## *Commodity Profile*

The Railroad's extensive network enables the industrial products group to move numerous commodities between thousands of shippers and customers throughout North America. In 2005, industrial products provided 22 percent of total commodity revenue for Union Pacific.

Lumber shipments originate primarily in the PNW and Canada for destinations throughout the U.S. for new home construction and repair and remodeling markets. Commercial and highway construction drive shipments of steel and construction products, consisting of rock, cement and roofing. Shipments of paper and consumer goods, including furniture and appliances, move to major metropolitan areas for consumers. Industrial manufacturing plants receive shipments of nonferrous metals and industrial minerals. In addition, the Railroad provides efficient and safe transportation for government entities and waste companies.

Macro-economic conditions such as industrial production and housing starts, with seasonal peaks, drive demand. In 2005, U.S. industrial production grew a solid 3 percent, while industrial products carloads were flat. Similar to 2004, rail demand exceeded supply for the year. Through the effective use of rail and customer assets, this strong demand enabled the industrial products group to achieve yield improvement through pricing actions, selective business growth and overall profitability gains. In total, industrial products revenue grew 17 percent due to price increases and fuel surcharges.

**2005 CARLOADS**




A 6 percent increase in housing starts in 2005 and continuing low interest rates drove strong lumber demand. Price increases, fuel surcharges and a profit improvement focus in the business mix produced record lumber revenue, up 19 percent on flat volumes. During 2005, the Railroad began offering dedicated train service to customers shipping lumber from the PNW to Phoenix, Arizona. This new service increased volumes through better asset utilization, cycling centerbeam flatcars faster and eliminating intermediate terminal switches.

Steel and scrap steel carloadings decreased 4 percent in 2005 versus 2004. High inventory levels at service centers and other end-user locations dampened this market in the first half of 2005. Price increases, fuel surcharges and improved business mix increased revenue 13 percent over 2004 levels, on an 18 percent increase in average revenue per car.

Robust demand in the Texas, Arkansas and Louisiana markets, combined with increased train sizes and improved cycle times, enabled stone volume growth of 12 percent above 2004. Price increases, fuel surcharges and the increased volume produced a 32 percent revenue increase.

## *Industrial Products Density Map*



Lane density based on carloadings.
Line thickness depicts traffic density.

# Industrial Products

## Network Management

During 2005, the Company transformed its Southern Rock operations to increase efficiency and enhance our ability to meet marketplace demand. The program, called Rocktimization™, offers the best shipping value for the largest and shortest cycling trains. It is designed to optimize network efficiencies, support locomotive and capacity allocation, promote 24 x 7 customer operations, increase train velocity and minimize terminal congestion.

*Rocktimization™ Results*

| | Jul-Dec 2004 | Jul-Dec 2005 | Improvements |
|---|---|---|---|
| Carloads | 134,241 | 149,916 | 12% |
| Train Size | 59.8 cars | 65.3 cars | 9% |
| Cycle Time | 9.11 days | 8.46 days | 7% |

The focus in 2006 is to improve efficiency in the manifest network, with particular emphasis on origin and destination points. Ongoing implementation of CIMS across Union Pacific's system will allow real-time management of customers' inventory. CIMS promotes less congestion, more effective asset utilization, quicker turn times and improved on-time customer delivery. The Company will adhere to the business planning process to ensure incremental volume fits in the network profitably while meeting and exceeding customer expectations.

## 2006 Outlook

Global Insight is predicting U.S. industrial production growth of 3.3 percent in 2006, which should again benefit Union Pacific's industrial products business. Against that backdrop and with limited network capacity, the Company is targeting low single-digit volume growth and continued yield improvements.

Shipments of construction materials, including lumber, steel and aggregates, should be strong in 2006 as Union Pacific's rail network serves key U.S. population growth areas. Although expectations are for U.S. housing starts to decrease 8 percent to 1.9 million, demand for the Railroad's centerbeam flatcars will continue to exceed supply. UP markets in Phoenix and Las Vegas will continue to expand, and a robust remodeling market will persist. Expected rebounds in non-residential construction and highway infrastructure spending should spur growth in many steel markets during the upcoming year. Chinese steelmaking capacity will continue to be a wild card for import/export demand. Ongoing highway construction projects in the Southwest and mid-South should create growth opportunities in the stone, sand and gravel business.

### Annual Summaries

| 2003 | | | | | 2004 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUARTERS | | | | | | | | | | | | | | |
| 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL |
| **Commodity Revenue (millions of dollars)** | | | | | | | | | | | | | | |
| 510 | 561 | 572 | 537 | 2,180 | 563 | 607 | 622 | 627 | 2,419 | 630 | 719 | 724 | 746 | 2,819 |
| **Revenue Ton-Miles (millions)** | | | | | | | | | | | | | | |
| 19,142 | 20,821 | 21,180 | 20,326 | 81,469 | 20,825 | 21,704 | 21,942 | 21,196 | 85,667 | 20,827 | 22,475 | 21,717 | 21,383 | 86,402 |
| **Revenue Carloads (thousands)** | | | | | | | | | | | | | | |
| 340 | 382 | 390 | 366 | 1,478 | 364 | 387 | 394 | 369 | 1,514 | 359 | 397 | 385 | 368 | 1,509 |
| **Average Commodity Revenue Per Car (dollars)** | | | | | | | | | | | | | | |
| 1,499 | 1,466 | 1,467 | 1,473 | 1,476 | 1,544 | 1,566 | 1,578 | 1,703 | 1,597 | 1,758 | 1,809 | 1,881 | 2,026 | 1,868 |

# INTERMODAL

## Commodity Profile

Union Pacific's intermodal business represents 19 percent of 2005 commodity revenue and is composed of three segments — international, domestic and premium. The Railroad's intermodal service is sold primarily by third and even fourth party intermediaries including ocean carriers (international), intermodal marketing companies (international and domestic), truckload carriers (domestic) and less-than-truckload and parcel carriers (premium).

International business consists of imports and exports of goods moving in steel shipping containers through ports on the West and Gulf coasts. The domestic business segment consists of freight moving in 48 or 53-foot containers or trailers to and from points within the U.S., Canada and Mexico. Premium business is freight handled for less-than-truckload and parcel carriers with more time-sensitive business requirements.

Union Pacific's key intermodal lanes run between Southern California and Texas, Memphis, Chicago, New Orleans, Kansas City and the PNW. The Railroad also serves these corridors from origin/destination points in Northern California and the PNW. The Railroad accesses all major Mexico gateways and serves most of the major metropolitan areas in the western two-thirds of the U.S. Nearly all of the Railroad's routes are competitive to other railroads and are comparable from a distance standpoint to the highway network.

### Intermodal Density Map



Lane density based on carloadings.
Line thickness depicts traffic density.

### 2005 CARLOADS




Behind a strong economy and a rapidly growing international trade market, the Company's 2005 intermodal volume grew 4 percent. Volume growth was constrained in 2005 by significant weather events including a massive storm in Southern California and Nevada in January and hurricanes in the Gulf region during August and September. Overall, revenue grew 10 percent as average revenue per unit increased 6 percent on the strength of yield improvements and fuel surcharges.

In 2005, international revenue grew 17 percent on volume growth of 10 percent. Import shipments from China to U.S. ports were the primary growth drivers. The Company's strategy to limit domestic volume growth while bringing on business that is more profitable continued with revenue growth of 3 percent on a decline of 3 percent in volume. A significant amount of the freight moved in the domestic segment is transloaded imports. Freight is unloaded from marine containers and reloaded directly into domestic containers and trailers or processed through warehouses and distribution centers. Most transloading activity occurs in Southern California. In addition, the Company's Blue Streak shipments grew 79 percent during 2005.

Revenue for the premium segment grew 4 percent as yield improvements and fuel surcharges offset a 1 percent decrease in volumes. Union Pacific offers truck-competitive, priority rail service in key lanes to encourage the conversion of highway business to intermodal.

# *Intermodal*

## *Network Management*

Union Pacific continues to focus on improving operational efficiencies that may allow for volume growth in an environment of tight rail capacity. In 2005, efforts to improve asset utilization led to a 2 percent increase of loaded containers per train. In addition, the Railroad began implementing Unified Plan intermodal changes during August in major lanes between Chicago and the West Coast. These changes involve operating more single destination trains and, where possible, designating terminals to handle either domestic or international shipments.

The Railroad also began implementing its Gate Reservation System in 2005. This online tool allows UP to meter traffic at the gate, avoiding congestion at terminals and better managing line capacity. To date, Union Pacific has rolled the system out to 12 facilities, primarily on the West Coast.

## *2006 Outlook*

Union Pacific expects intermodal volume increases and pricing opportunities to continue in 2006, driven in part by general economic growth. Continued expansion of trade with Asia should result in another strong year of international volume growth on the Railroad. In addition, the Railroad's Blue Streak product could grow by nearly 40% in 2006 as shippers increasingly look to rails as a capacity alternative versus trucks. The domestic segment continues to grow as truckload carriers are more frequently utilizing railroads to handle their longer line-haul business.

Union Pacific has several operating initiatives planned for 2006 to support this expected growth. Additional Unified Plan changes will focus on Texas and Southeastern markets as well as shorter-haul intermediate routes. In conjunction with the Unified Plan changes, the Company is establishing international and domestic train cycle sets in key lanes. There are plans to expand the Gate Reservation System in 2006 as well as ongoing initiatives to improve train length, units per train and equipment balance between origins and destinations. In addition, capital investments will expand terminal capacity at facilities in Northern and Southern California, Memphis and San Antonio, along with the addition of rail line capacity over key intermodal routes.

### *International East/West Balance*

Due to the high volume of West Coast imports, loaded container movements flow primarily from west to east. This flow creates container imbalances, resulting in significant repositioning costs to the Railroad. In June 2005, the Company began imposing a surcharge to improve loaded container utilization returning to the West Coast. The surcharge encourages customers to have a balanced container flow between locations. The provision will be included in all new and renegotiated contracts.



# Intermodal




## Annual Summaries

| 2003 | | | | | 2004 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | QUARTERS | | | | | | | |
| 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL | 1st | 2nd | 3rd | 4th | TOTAL |
| Commodity Revenue *(millions of dollars)* | | | | | | | | | | | | | | |
| 467 | 515 | 540 | 544 | 2,066 | 510 | 544 | 579 | 607 | 2,240 | 524 | 597 | 652 | 693 | 2,466 |
| Revenue Ton-Miles *(millions)* | | | | | | | | | | | | | | |
| 16,524 | 17,702 | 18,107 | 18,184 | 70,517 | 17,717 | 18,182 | 18,589 | 18,901 | 73,389 | 16,604 | 18,624 | 19,408 | 19,766 | 74,402 |
| Revenue Carloads *(thousands)* | | | | | | | | | | | | | | |
| 693 | 753 | 775 | 762 | 2,983 | 725 | 770 | 808 | 824 | 3,127 | 732 | 807 | 861 | 864 | 3,264 |
| Average Commodity Revenue Per Unit *(dollars)* | | | | | | | | | | | | | | |
| 674 | 684 | 697 | 714 | 693 | 704 | 706 | 716 | 737 | 716 | 716 | 740 | 757 | 802 | 755 |

# MEXICO

## Commodity Profile

Union Pacific's franchise provides the most efficient rail route between markets in Mexico, the U.S. and Canada. UP serves all six major gateways to Mexico, connecting directly to the two largest Mexican railroads. The Company exchanges approximately 63 percent of shipments to and from Mexico with Kansas City Southern de Mexico, formerly known as Transportacion Ferroviaria Mexicana (TFM), and the remaining 37 percent with Ferrocarril Mexicano (Ferromex or FXE). Union Pacific has a 26 percent ownership interest in Ferromex. Trucks are the dominant transportation mode in Mexico's estimated $6 billion annual land transportation market. This market includes a broad range of commodities from raw materials to finished goods.

Union Pacific works closely with the Mexican railroads to capture opportunities created by the North American Free Trade Agreement (NAFTA). The Mexican railroads continue making substantial investments in track structure, equipment and facilities to improve service, equipment utilization, safety and damage prevention.

Revenue from shipments to and from Mexico increased 15 percent over 2004 to a record $1.1 billion on flat volume.

### Revenue Growth and Carloads




### 2005 CARLOADS



| | |
|---|---|
| *Automotive* | *39%* |
| *Intermodal* | *19%* |
| *Agricultural Products* | *18%* |
| *Industrial Products* | *17%* |
| *Chemicals* | *6%* |
| *Energy* | *1%* |

Increased fuel surcharge revenue and higher yields drove the 2005 revenue growth. This revenue is included in the reporting for UP's six commodity groups. Agricultural Products revenue grew 30 percent on a 12 percent increase in volume while Industrial Products revenue grew 26 percent on a 7 percent volume increase. Shipments of soybean meal, beer and feed grains led the Agricultural Products growth, while nearly all segments of the Industrial Products group generated double-digit revenue growth.

## 2006 Outlook

During 2006, the Railroad will focus on continued bottom line improvement. Strong demand across all Mexican market segments and rail service improvements should allow the Company to enhance the profitability and reinvestability of its Mexico business. Revenue growth should come primarily from the Automotive and Industrial Products groups mostly driven by auto parts, non-metallic minerals, non-ferrous metals and cements.

## Mexico

The Company will continue to make the border process seamless and improve velocity through Unified Plan initiatives. An important part of that effort is working with Customs to increase their hours of operation at the borders. UP expects to continue development of commercial relationships with the Mexican railroads in 2006. On the political front, the Mexico Presidential election is an important 2006 event.



**2005 CARLOADS**
(By Gateway)




**MEXICO RAIL SYSTEMS**



# NETWORK MANAGEMENT

In 2005, Union Pacific increased network capacity to meet record demand by hiring new employees, adding locomotives and investing capital in key corridors. The Company reduced network workload and complexity through implementation of the Unified Plan and eliminated chokepoints in terminals utilizing industrial engineering concepts. The Marketing and Operating departments also worked together to create the Customer Inventory Management System (CIMS) and improve the overall business planning process. Each of these initiatives are "evergreen," setting the stage in 2006 and beyond for further operating improvements in the face of record volume growth.

## *Unified Plan*

In the second half of 2004, the Railroad began analyzing the rail network; taking a "clean sheet" approach to redesign the transportation plan. The goals of this ongoing effort, called the Unified Plan, are to increase system velocity, decrease terminal dwell and improve asset utilization. Key elements of the plan were the elimination of more than 10 percent of mainline work events and a 5 percent reduction in intermediate switch events. In April 2005, the Company began implementation of the first phase of the Unified Plan by modifying shipments in the Automotive network. Over the next several months, the Railroad made changes to its vast manifest network. In August, the Company implemented changes to the Intermodal network. Intermodal terminals in Chicago and on the West Coast now handle either domestic or international freight, simplifying both terminal and train operations.

These operating changes directly link to improvements in terminal dwell time and freight car inventory achieved in 2005. The Unified Plan process continues as the Railroad strives to match demand with capacity and identify opportunities to improve operational efficiency through network design.

## *Industrial Engineering*

Over the last two years, Union Pacific expanded its in-house industrial engineering capabilities and applied Toyota's Lean management techniques to improve operations. The Lean process is a specialized part of industrial engineering that focuses on opportunities to improve efficiency by reducing movements, inventories, defects and rework. The process has been applied at major terminals and is continuing to be expanded. The results of these projects increase capacity with little or no capital investment.

As an example, during 2005 the Lean team began a project to improve locomotive utilization at six of the Railroad's largest terminals - North Platte, Los Angeles, Houston, Chicago, Fort Worth and Roseville. The project focused on reducing locomotive terminal dwell time by analyzing movements and decision points between locomotive arrival and departure. Since May 2005, North Platte dwell times decreased an average of 15 percent, freeing over 40 locomotives to serve customers and haul freight.




During 2005, the Railroad spent nearly $2.4 billion on over 1.3 billion gallons of diesel fuel. In order to control this cost and improve consumption rates, the industrial engineering group studied ways to conserve fuel use. Past Company efforts included increasing the number of trains utilizing Distributed Power, adding Automatic Engine Start/Stop technology to locomotives, acquiring new more fuel-efficient locomotives and expanding locomotive engineer training. In 2004, the Railroad piloted a fuel conservation program called "Fuel Masters" on the 175-

mile run between North Platte and South Morrill, Nebraska. The program rewards the fuel-saving efforts of locomotive engineers with fuel gift cards to offset their rising personal fuel costs. Results of the pilot showed a 6 percent decrease in fuel consumption. The program has been expanded to more than 3,000 locomotive engineers and the Company is targeting system-wide implementation by year-end 2007.

## CIMS

Complementing the Lean initiatives, the Marketing and Operating organizations jointly developed CIMS in 2005. The system is used to proactively manage terminal inventory, creating terminal fluidity and increased asset utilization. CIMS matches rail and customer capacity by monitoring customer inventory and storage capabilities, freight cars enroute and freight cars awaiting final delivery to customers. The Railroad conducted the initial pilot in Phoenix and subsequently rolled out the system to major terminals in Los Angeles, Las Vegas, San Antonio and Houston. Results include significant reductions in terminal inventory of 25 to 40 percent, dwell time reductions of 20 to 25 percent and improved customer switching performance. During 2006, the Railroad plans to implement CIMS in additional terminals including Salt Lake City, Roseville, Portland, Seattle, Fort Worth, Kansas City and Little Rock.

## Business Planning Process

During 2005, the Company enhanced its business planning process to better match demand forecasts with network capacity. The process starts in the Marketing and Sales organization with accurate and detailed shipment forecasts. The Operating department models the forecasts to determine if the proposed business levels fit the capacity of the specified lanes. Where projected demand exceeds supply, the Operating and Marketing organizations develop and review alternatives and apply contingencies. In 2006, the Company is implementing a new software program to improve volume forecasts. This application will utilize statistical models to generate volume forecasts from historical volumes, economic assumptions and final input from the Marketing and Sales organization.






# CAPITAL INVESTMENTS

Union Pacific's 2006 cash capital budget is $2.25 billion. Annual track improvements across the Railroad's system will total roughly $1.5 billion. The Company plans to remove and install 4.2 million ties, spread 5.7 million tons of rock ballast, replace 970 miles of rail and surface 9,250 miles.

The Railroad also plans to invest $305 million on growth capacity projects, targeting areas where volume growth exceeds current capacity or where future growth expectations are greatest. UP will add approximately 52 miles of double track to the Sunset route in 2006, bringing this key route between Los Angeles and El Paso to nearly 50 percent double tracked. The budget also includes siding extensions in Iowa and South Texas, as well as in routes between Las Vegas and Salt Lake City, and Denver and Grand Junction. Four new sidings in Iowa, Missouri, and Texas will further increase capacity and efficiency.

Coal operations will benefit from capacity expansion on the Southern Powder River Basin Joint Line with 18 miles of triple track added during 2006. Signal upgrades across Iowa, Nebraska and Texas will enhance train dispatching and terminal expansions in key locations should increase throughput.

Union Pacific is investing $180 million during 2006 on commercial facilities. Support track construction for ethanol plants in Iowa and Minnesota is in the second year of a multi-year project. In addition, improvements are planned for intermodal facilities in Chicago and West Memphis, Arkansas and automotive unloading facilities in Salt Lake City and Houston.

The Company plans to acquire 200 new high-horsepower long-haul locomotives and 2,700 freight cars through various operating lease arrangements.



# CONSOLIDATED STATEMENTS OF INCOME

**Union Pacific Corporation** (millions except per share, unaudited)

| For the year ended December 31, 2005 | 1 | 2 | 3 | 4 | Total Year |
|---|---|---|---|---|---|
| **Operating Revenues** | $3,152 | $3,344 | $3,461 | $3,621 | **$13,578** |
| **Operating Expenses** | | | | | |
| Salaries, Wages and Employee Benefits | 1,099 | 1,075 | 1,093 | 1,108 | **4,375** |
| Equipment and Other Rents | 353 | 340 | 356 | 353 | **1,402** |
| Depreciation | 289 | 292 | 294 | 300 | **1,175** |
| Fuel and Utilities | 539 | 597 | 673 | 753 | **2,562** |
| Materials and Supplies | 135 | 128 | 140 | 143 | **546** |
| Casualty Costs | 95 | 104 | 109 | 103 | **411** |
| Purchased Services and Other Costs | 329 | 340 | 315 | 328 | **1,312** |
| **Total Operating Expenses** | 2,839 | 2,876 | 2,980 | 3,088 | **11,783** |
| **Operating Income** | 313 | 468 | 481 | 533 | **1,795** |
| Other Income - Net | 20 | 29 | 42 | 54 | **145** |
| Interest Expense | (132) | (128) | (124) | (120) | **(504)** |
| **Income Before Income Taxes** | 201 | 369 | 399 | 467 | **1,436** |
| Income Taxes | (73) | (136) | (30) (a) | (171) | **(410)** |
| **Net Income** | **$ 128** | **$ 233** | **$ 369** | **$ 296** | **$ 1,026** |
| Basic Earnings Per Share | $ 0.49 | $ 0.89 | $ 1.40 | $ 1.11 | **$ 3.89** |
| Diluted Earnings Per Share | $ 0.48 | $ 0.88 | $ 1.38 | $ 1.10 | **$ 3.85** |
| Average Basic Shares Outstanding | 261.4 | 262.8 | 264.0 | 265.6 | **263.4** |
| Average Diluted Shares Outstanding | 264.3 | 265.6 | 267.1 | 268.9 | **266.5** |

| For the year ended December 31, 2004 | 1 | 2 | 3 | 4 | Total Year |
|---|---|---|---|---|---|
| **Operating Revenues** | $2,893 | $3,029 | $3,076 | $3,217 | **$12,215** |
| **Operating Expenses** | | | | | |
| Salaries, Wages and Employee Benefits | 1,011 | 1,048 | 1,057 | 1,051 | **4,167** |
| Equipment and Other Rents | 327 | 362 | 354 | 331 | **1,374** |
| Depreciation | 274 | 277 | 278 | 282 | **1,111** |
| Fuel and Utilities | 389 | 435 | 459 | 533 | **1,816** |
| Materials and Supplies | 123 | 114 | 122 | 129 | **488** |
| Casualty Costs | 148 | 117 | 71 | 358(b) | **694** |
| Purchased Services and Other Costs | 307 | 317 | 317 | 329 | **1,270** |
| **Total Operating Expenses** | 2,579 | 2,670 | 2,658 | 3,013 | **10,920** |
| **Operating Income** | 314 | 359 | 418 | 204 | **1,295** |
| Other Income - Net | 28 | 8 | 30 | 22 | **88** |
| Interest Expense | (135) | (130) | (132) | (130) | **(527)** |
| **Income Before Income Taxes** | 207 | 237 | 316 | 96 | **856** |
| Income Taxes | (42) | (79) | (114) | (17) | **(252)** |
| **Net Income** | **$ 165** | **$ 158** | **$ 202** | **$ 79** | **$ 604** |
| Basic Earnings Per Share | $ 0.64 | $ 0.61 | $ 0.78 | $ 0.30 | **$ 2.33** |
| Diluted Earnings Per Share | $ 0.63 | $ 0.60 | $ 0.77 | $ 0.30 | **$ 2.30** |
| Average Basic Shares Outstanding | 258.7 | 258.9 | 259.0 | 259.8 | **259.1** |
| Average Diluted Shares Outstanding | 262.5 | 261.6 | 261.6 | 263.1 | **262.2** |

Refer to the Unon Pacific Corporation 2005 Annual Report for additional information.

(a) Includes a $118 million tax expense reduction in the estimated deferred income tax liability.
(b) Includes a $247 million pre-tax ($154 million after-tax) charge for unasserted asbestos-related claims.

# CONSOLIDATED STATEMENTS OF FINANCIAL POSITION

**Union Pacific Corporation** (millions of dollars, unaudited)

| As of December 31 | **2005** | 2004 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | $ 773 | $ 977 |
| Accounts Receivable, Net | 747 | 545 |
| Materials and Supplies | 331 | 309 |
| Current Deferred Income Taxes | 304 | 288 |
| Other Current Assets | 170 | 178 |
| **Total Current Assets** | 2,325 | 2,297 |
| **Investments** | 806 | 767 |
| **Properties** | | |
| Total Cost | 41,697 | 39,907 |
| Accumulated Depreciation | (9,722) | (8,893) |
| Net Properties | 31,975 | 31,014 |
| **Other Assets** | 514 | 518 |
| **Total Assets** | $35,620 | $34,596 |
| **Liabilities and Common Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts Payable | $ 783 | $ 590 |
| Accrued Wages and Vacation | 415 | 384 |
| Accrued Casualty Costs | 478 | 419 |
| Income and Other Taxes | 212 | 208 |
| Dividends and Interest | 252 | 256 |
| Debt Due Within One Year | 656 | 150 |
| Equipment Rents Payable | 130 | 130 |
| Other Current Liabilities | 458 | 394 |
| **Total Current Liabilities** | 3,384 | 2,531 |
| **Other Liabilities and Shareholders' Equity** | | |
| Debt Due After One Year | 6,760 | 7,981 |
| Deferred Income Taxes | 9,482 | 9,180 |
| Accrued Casualty Costs | 876 | 884 |
| Retiree Benefits Obligations | 855 | 885 |
| Other Long-Term Liabilities | 556 | 480 |
| Commitments and Contingencies | | |
| Common Shareholders' Equity | 13,707 | 12,655 |
| **Total Liabilities and Common Shareholders' Equity** | $35,620 | $34,596 |

Refer to the Union Pacific Corporation 2005 Annual Report for additional information.

# CONSOLIDATED STATEMENTS OF CASH FLOWS

**Union Pacific Corporation** (millions of dollars, unaudited)

| For the years ended December 31 | 2005 | 2004 |
|---|---|---|
| **Operating Activities** | | |
| Net Income | $1,026 | $ 604 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation | 1,175 | 1,111 |
| Deferred Income Taxes | 320 | 359 |
| Net Gain from Asset Sales | (135) | (69) |
| Other, Net | 58 | 156 |
| Changes in Current Assets and Liabilities, Net | 151 | 96 |
| **Cash Provided by Operating Activities** | 2,595 | 2,257 |
| **Investing Activities** | | |
| Capital Investments | (2,169) | (1,876) |
| Proceeds from Asset Sales | 185 | 145 |
| Other Investing Activities, Net | (63) | (1) |
| **Cash Used in Investing Activities** | (2,047) | (1,732) |
| **Financing Activities** | | |
| Dividends Paid | (314) | (310) |
| Debt Repaid | (699) | (588) |
| Debt Issued | - | 745 |
| Net Proceeds from Equity Compensation Plans | 262 | 80 |
| Financings, Net | (1) | (2) |
| **Cash Used in Financing Activities** | (752) | (75) |
| Net Change in Cash and Cash Equivalents | (204) | 450 |
| Cash and Cash Equivalents at the Beginning of Year | 977 | 527 |
| **Cash and Cash Equivalents at the End of Year** | $ 773 | $ 977 |
| **Changes in Current Assets and Liabilities, Net** | | |
| Accounts Receivable, Net | $ (201) | $ (40) |
| Materials and Supplies | (22) | (42) |
| Other Current Assets | 12 | 101 |
| Accounts, Wages, and Vacation Payable | 224 | 100 |
| Other Current Liabilities | 138 | (23) |
| **Changes In Current Assets And Liabilities, Net** | $ 151 | $ 96 |
| **Supplemental Cash Flow Information** | | |
| Non-Cash Capital Lease Financings | $ - | $ - |
| Non-Cash Financing Activities, Cash Dividends Declared but not yet Paid | 78 | 76 |
| Cash (Paid) Received During the Year For: | | |
| Interest | (510) | (517) |
| Income Taxes, Net | (29) | 187 |

Refer to the Union Pacific Corporation 2005 Annual Report for additional information.

**Note:** Free cash flow is considered a non-GAAP financial measure by SEC Regulation G. We believe free cash flow is important in evaluating our financial performance and measures our ability to generate cash without additional external financings. Free cash flow should be in addition to, rather than a substitute for, cash provided by operating activities. The following table reconciles cash provided by operating activities (GAAP measure) to free cash flow (non-GAAP measure):

| | 2005 | 2004 |
|---|---|---|
| Cash Provided By Operating Activities | $ 2,595 | $ 2,257 |
| Cash Used In Investing Activities | (2,047) | (1,732) |
| Dividends Paid | (314) | (310) |
| Free Cash Flow | 234 | 215 |

# FINANCIAL & OPERATING STATISTICS

**Union Pacific Corporation** (unaudited)

| For the years ended December 31 | 2005 | | | | | 2004 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Financial and Revenue Statistics** | 1 | 2 | 3 | 4 | **Full Year** | 1 | 2 | 3 | 4 | **Full Year** |
| Operating Revenues (millions) | $3,152 | $3,344 | $3,461 | $3,621 | **$13,578** | $2,893 | $3,029 | $3,076 | $3,217 | **$12,215** |
| Operating Expenses (millions) | $2,839 | $2,876 | $2,980 | $3,088 | **$11,783** | $2,579 | $2,670 | $2,658 | $3,013(a) | **$10,920** |
| Operating Margin (%) | 9.9 | 14.0 | 13.9 | 14.7 | **13.2** | 10.9 | 11.9 | 13.6 | 6.3(a) | **10.6** |
| Salaries and Benefits (millions) | $1,099 | $1,075 | $1,093 | $1,108 | **$ 4,375** | $1,011 | $1,048 | $1,057 | $1,051 | **$ 4,167** |
| Salaries and Benefits/Op. Rev. (%) | 34.9 | 32.1 | 31.6 | 30.6 | **32.2** | 34.9 | 34.6 | 34.4 | 32.7 | **34.1** |
| Commodity Revenue/Employee (thousands) | $ 60.9 | $ 63.8 | $ 65.9 | $ 69.8 | **$ 260.5** | $ 59.3 | $ 60.0 | $ 60.1 | $ 62.6 | **$ 241.9** |
| Fuel Expense (millions) | $ 498 | $ 558 | $ 629 | $ 708 | **$ 2,393** | $ 354 | $ 403 | $ 426 | $ 501 | **$ 1,684** |
| Avg. Fuel Price Per Gallon (b) | $1.45 | $ 1.67 | $ 1.88 | $ 2.08 | **$ 1.77** | $ 1.02 | $ 1.16 | $ 1.25 | $ 1.46 | **$ 1.22** |
| Commodity Revenue (millions) | $3,004 | $3,196 | $3,301 | $3,456 | **$12,957** | $2,777 | $2,901 | $2,944 | $3,070 | **$11,692** |
| Average Revenue Per Car | $1,306 | $1,337 | $1,357 | $1,428 | **$ 1,358** | $1,214 | $1,225 | $1,223 | $1,282 | **$ 1,236** |
| Commodity Revenue/ Revenue Ton-Mile (cents) | 2.19 | 2.34 | 2.39 | 2.54 | **2.36** | 2.06 | 2.13 | 2.12 | 2.24 | **2.14** |
| Effective Tax Rate (%) | 36.3 | 36.9 | 7.5(c) | 36.6 | **28.6** | 20.3 | 33.3 | 36.1 | 17.7 | **29.4** |
| Debt to Capital (%) (d) | | | | | **35.1** | | | | | **39.1** |
| Lease Adjusted Debt to Capital % (e) | | | | | **43.6** | | | | | **45.1** |
| **Operating Statistics** | | | | | | | | | | |
| Revenue Carloads (thousands) | 2,300 | 2,391 | 2,433 | 2,419 | **9,543** | 2,288 | 2,368 | 2,408 | 2,394 | **9,458** |
| Revenue Ton-Miles (billions) | 138 | 137 | 138 | 136 | **549** | 134 | 136 | 139 | 137 | **546** |
| Gross Ton-Miles (billions) | 258 | 260 | 263 | 263 | **1,044** | 252 | 261 | 263 | 262 | **1,038** |
| Average Train Speed (miles per hour) (f) | 21.1 | 21.2 | 21.6 | 20.5 | **21.1** | 21.9 | 21.3 | 21.8 | 20.5 | **21.4** |
| Average System Dwell (hours)(f) | 29.5 | 27.4 | 28.1 | 29.8 | **28.7** | 29.8 | 30.9 | 30.1 | 31.2 | **30.5** |
| Average Rail Car Inventory (f) | | | | 326,486 | | | | | | |
| Fuel Consumed (millions of gallons) | 344 | 335 | 334 | 340 | **1,353** | 348 | 346 | 340 | 343 | **1,377** |
| Average Employees | 49,294 | 50,093 | 50,106 | 49,494 | **49,747** | 46,838 | 48,383 | 49,021 | 49,067 | **48,329** |
| GTMs per Employee (millions) | 5.24 | 5.19 | 5.26 | 5.30 | **20.98** | 5.38 | 5.39 | 5.36 | 5.34 | **21.47** |

Refer to the Union Pacfiic Corporation 2005 Annual Report for additional information.

(a) Includes a $247 million pre-tax ($154 million after-tax) charge for unasserted asbestos-related claims.
(b) Including taxes and transportation costs.
(c) Includes a $118 million tax expense reduction in the estimated deferred income tax liability.
(d) Debt to capital is computed as follows: total debt divided by total debt plus equity.
(e) Lease adjusted debt to capital is computed as follows: total debt plus net present value of operating leases divided by total debt plus equity plus net present value of operating leases.
(f) As reported to the Association of American Railroads. On October 1, 2005, the rail car inventory measurement was standardized for all reporting railroads. Rail car inventory for prior periods was not recalculated.

# CAUTIONARY INFORMATION

The 2005 Analyst Fact Book provides additional explanatory information regarding Union Pacific that may not be available in the Company's Annual Report. The information provided is supplemental in nature and is not, and should not be construed as, better than that available in the Company's publicly available reports filed with the SEC. Additionally, some of the information in the Fact Book is derived from the Company's audited financial statements, but the Fact Book and its contents have not been, and should not be considered, audited.

This report may contain statements about future expectations or results of the Company that are not statements of historical fact. These statements are, or will be, forward-looking statements as defined by the federal securities laws and include, without limitation, expectations as to operational or service improvements; statements concerning expectations of the effectiveness of steps taken or to be taken to improve operations, service, or to stabilize the rail system, including infrastructure improvements, transportation plan modifications, and management of customer traffic on the system to meet demand; expectations as to cost savings, revenue growth, and earnings; the time by which certain objectives will be achieved; statements or information concerning projections, predictions, expectations, estimates, or forecasts as to our business, financial and operational results, future economic performance, and general economic conditions; statements describing management's goals and objectives; expectations and descriptions of proposed new products and services; and any other similar expressions concerning matters that are not historical facts. Forward-looking statements should not be read as a guarantee of future performance or results and will not necessarily be accurate indications of the times that, or by which, such performance or results will be achieved. Forward-looking information is subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in the statements. More detailed information regarding forward-looking information and such risks and uncertainties is contained in the filings made by the Corporation with the Securities and Exchange Commission, which are available on the Company's web site. The Company assumes no duty to update any statements or information provided in this report.

# EXHIBIT PX0552

NewsRoom

1/19/06 Fin. Disclosure Wire 13:45:00

FD Wire
Copyright © 2006 CCBN, Inc. and FDCH e-Media, Inc.

January 19, 2006

Q4 2005 **Union Pacific Earnings Conference Call** - Final

UNIDENTIFIED SPEAKER, **UNION PACIFIC** CORP: Thank you for accessing the**Union Pacific** Corporation fourth quarter **earnings conference call**held at 7:45 am eastern time on January 19, 2006 in Omaha. Thispresentation and the accompanying materials may contain statementsabout future expectations or results of the Corporation that are notstatements of historical fact. These statements are and will beforward-looking statements as defined by the federal securities lawsand include, without limitation, expectations as to increasedreturns, revenue growth, cost savings and earnings, and similarprojections. Estimates or forecasts relating to the Corporation'sbusiness, operations or performance, expectations as to continued orincreasing demand for rail transportation in excess of supply,expectations regarding operational improvements including the networkmanagement initiatives that have been or will be implemented toimprove system velocity, customer service and shareholder return,expectations regarding fuel price and the time by which certainobjectives will be achieved.

Forward-looking statements should not be read as a guarantee offuture performance or results and will not necessarily be accurateindications at the times that or by which such performance or resultswill be achieved. Forward-looking information is subject to risks anduncertainties that could cause actual performance or results todiffer materially from those expressed in the statement. Moredetailed information regarding forward-looking information and suchrisks and uncertainties is contained in the materials accompanyingthis presentation and in the filings made by the Corporation with theSecurities and Exchange Commission, which are available on theCorporation's website. Corporation assumes no duty to update anystatements or information provided in this presentation or theaccompanying materials. In addition, during the course of thepresentation, the Corporation will refer to certain non-GAAPmeasures.

Management believes these measures provide an alternate presentationof results that more accurately reflects ongoing operation. Thesemeasures should be considered in addition to, not as a substitutefor, the reported GAAP results. Please refer to our website forreconciliation of these measures to GAAP.

OPERATOR: Good morning, ladies and gentlemen, and thank you forholding. Welcome to the **Union Pacific** fourth quarter earnings releaseconference call. At this time, all participants are in a listen-onlymode. A brief question and answer session will follow the formalpresentation. If anyone should require operator assistance during theconference, please press star, zero on your telephone keypad. As areminder, this conference is being recorded. It is now my pleasure tointroduce your host, Mr. Dick Davidson, Chairman of **Union Pacific**.Thank you, Mr. Davidson. You may begin.

DICK DAVIDSON, CHAIRMAN, **UNION PACIFIC** CORP: Thank you, Dan. Goodmorning and welcome to our fourth quarter **earnings conference call**.Joining us today here in Omaha are Jim Young, our newly elected CEOand President of the Corporation; Rob Knight, our CFO; JackKoraleski, Executive Vice President of Marketing and Sales; andDennis Duffy, Executive Vice President of Operations. Before Jimwalks you through the results, I wanted to take a moment to outlineour new management structure. As of January 1st, Jim has taken overthe reigns of CEO and President. He's now in charge of theCorporation's operations and I'll be Chairman of the Board. It's beena real privilege for me to serve as our Company's Chief

Executive forthe past nine years, but I know I'm leaving the Company in verycapable hands with Jim and the senior management team. In fact, Ibelieve that one of the legacies that I will leave here at **UnionPacific** is a solid team with great experience and depth. In my newrole, I'll be available to the team at any time, in any way that Ican be helpful.

Looking ahead, I've got great optimism for this Company. We expectstrong demand to continue for the foreseeable future, which willchallenge the capacity of the entire transportation industry.Learning to operate in this constrained environment has been a newexperience for us, but our unified plan and lean managementinitiatives will enable us to handle that demand more efficiently andmore profitably in the years ahead. My commitment to the Company'ssuccess has never been greater and I plan to spend my remaining timehere supporting that effort. As we close the books on '05, it willcertainly be one to remember, with the West Coast storm kicking off'05 and then followed by hurricanes and washouts. After battling suchadversity, it's very encouraging to see us end the year on such ahigh note, with strong demand and improved profitability. So withthat, I officially hand it over to Jim. Jim?

JIM YOUNG, CEO & PRESIDENT, **UNION PACIFIC** CORP: Thanks, Dick, andgood morning, everyone. Before we jump into the results, I would liketo echo Dick's comment about the year. We were challenged in everyquarter by some type of catastrophe. But thanks to the dedicated menand women of **Union Pacific**, we persevered and finished strong. I'mgoing to start off today with a few comments on the fourth quarterand full year. Then I'll turn it over to Rob to provide the financialdetail. Jack will give you the customer perspective and Dennis ishere for an operating update. I'll wrap it up at the end with somethoughts on 2006. So with that, let's look at fourth quarter. Ourearnings were $1.10 per share. Last year's reported earnings were$0.30 per share, but that included a pretax charge of $247 millionfor unasserted asbestos claims. For a more apples to applescomparison, we would add back the asbestos charge to get an adjustedearnings number of $0.88 per share a year ago versus today's $1.10per share, a 25% increase.

As we told you in October, the Kansas washouts took about $0.05 pershare out of our quarterly earnings. The impact of that event can beseen in our fourth quarter car loads. October loadings were downabout a thousand cars compared to the prior year, but in bothNovember and December we experienced solid growth. And as you knowfrom looking at our weekly metrics, those months had challenges too,with the Thanksgiving blizzard and a record cold spell. We also hadto battle another quarter of record high diesel fuel prices. Onaverage, we paid $2.08 per gallon, a 42% increase from last year.Although we're doing a better job of offsetting fuel's negativeimpact through fuel surcharges, we still have work ahead of us toeliminate fuel as an earnings variable. The positive in the quarterwas strong demand, which resulted in record car loadings and revenue.Just before Thanksgiving we had our highest ever weekly volume,moving more than 198,000 cars per week. Operating revenue of 3.6billion was also a best. The key take-away is our conversion ofrevenue growth into an 18% increase in operating income.

We're continuing the positive trend started in the second quarter,operating more efficiently and improving profitability. Now, lookingback for a minute at the full year, despite a number of significantchallenges, we did have some success. At a high level, there are afew things that really define the year for us. The first one isrecord revenue. The demand for rail was strong all year andchallenged our capacity. The second is yields. The value of a trainslot on our network has increased substantially over the past 18months. We clearly have more work to do here, but we made a verypositive step in 2005. Third, we gained momentum operationally. Ifyou look at the metrics alone, it's a little hard to see, but whenyou consider how we recovered from the various weather issues wefaced and moved record volume across our system, we did seeimprovement. Finally, we were able to combine strong revenue, improveyields and better productivity into earnings per share growth.

Taken together, our 2005 results show a trend of improvement andbuilding momentum. Last year's weather clearly impacted us, bothfinancially and operationally. We know that every year we'll havesome weather events, but we feel we're better positioned today torespond and recover. With that, let's start off with Rob to take youthrough the financials. Rob?

ROB KNIGHT, CFO, **UNION PACIFIC** CORP: Thanks, Jim, and good morning.I'll start off today by looking at the components of our commodityrevenue growth, up nearly 13% to a record $3.5 billion. Jack's goingto walk you through the individual commodity groups, but in total ourvolume grew 1% for the quarter. The majority of that growth came fromour

intermodal business, which is up 5%, resulting in a slightlynegative mix for us overall in the quarter. The railroad's focusedefforts to improve returns netted nearly a 6% yield improvement, ourstrongest of the year. And fuel cost recovery added 7% to the totalgrowth. As Jim mentioned, it was a great quarterly revenueperformance, especially when you consider some of the missedopportunities associated with the Kansas washouts and the PowderRiver Basin coal challenges. Now let's turn to operating expenses, up12% in the quarter to just under $3.1 billion.

Before I get into the details, I need to remind you that the fourthquarter of 2004 had a 247 million pretax charge for unassertedasbestos claims recorded in the purchased services and othercategory. In order to provide a better year-over-year comparison, wehave excluded that charge from the 2004 numbers. We have provided anon-GAAP reconciliation for these items on our investor relationswebsite, which you can call up. Similar to the third quarter,salaries and benefits is our largest expense category, accounting forabout 36% of our total operating expenses. But fuel and utilitiesexpense is becoming a larger and larger percentage of the total,representing a full 24% of our fourth quarter expenses. I'll take aminute now to walk you through some of the key drivers of eachexpense line. Salaries and benefits expense totaled 1.1 billion inthe quarter, up 5%. The good news in the quarter came in the form ofbetter train crew productivity and lower training costs. Costpressures came from labor inflation, up about 3% in the quarter. Inaddition, you'll recall that in the fourth quarter of 2004, weeliminated the provision for executive incentive compensation.Another driver of the increased expense was a 1% increase in ouraverage fourth quarter work force. For the full year, our averagework force levels were actually up 2.9% versus the 2% we hadprojected in October. During the quarter, we straightened out a minorsystem glitch, which had caused us to previously miss about 400full-time equivalent train and engine employees in our calculationsduring the course of the year. Of course we were paying the peopleand reporting expenses correctly. The revised numbers are availableon our investor website. From a workforce standpoint, we have caughtup on the backlog of hiring that we faced in 2004 and 2005. So for2006, we'd expect to see our workforce levels more closely linked tovolume with some productivity offsets. From a cost perspective, we'reforecasting labor inflation of around 3%.

I should also mention that we'll start expensing options this year.This should cost us about 10 to $15 million or reduce earnings byabout $0.02 to $0.03 per share during the course of '06. For '06we're targeting an increase in this category of between 4 and 6%. Thedrivers will be labor inflation, volume growth, and operatingefficiencies. Fourth quarter rent expense came in at $353 million, up7% versus 2004. Long-term locomotive leases, as well as other car andequipment lease expense, were higher year-over-year. We did offsetsome of these increases through better car cycle times and fewershort-term locomotive leases. Our outlook for 2006 would be forincreases around 5% or so. The drivers are primarily increasedlocomotive and freight car leases and other volume-related costs,offset with productivity. Depreciation expense in the fourth quarterwas up 18 million or 6%. As you know, this line moves in step withour capital spending, so looking out to 2006, we would expect somehigher cost level increasing 5 to 6%, reflecting 2005's capitalprogram.

Quarterly fuel and utilities expense increased $220 million, or 41%,driven primarily by higher diesel fuel prices. In the wake of thehurricanes, we paid our highest ever quarterly diesel fuel price,$2.08 per gallon in the quarter. Although crude oil prices actuallydeclined a few dollars in the fourth quarter, refining andtransportation spreads were at historically high rates. Our fourthquarter fuel consumption rate was a positive in the quarter, a 1%improvement, saving roughly $5 million. Better consumption can beattributed to our fuel conservation initiatives, which Dennis willtalk in more detail about in a moment. Our outlook for 2006 assumeslittle change in crude prices from around the $60 per barrel range wesee today. On a per gallon basis, and with spreads at more moderatelevels, we're currently paying around $1.80 per gallon for diesel.

Although we have reduced our exposure to high fuel prices through ourfuel cost recovery programs, we're not at 100% yet. Until we are,fuel will remain a wild card for us. Materials and supplies expensegrew 11% in the quarter to $143 million. The drivers of the increasewere maintenance costs associated with a larger locomotive fleet andhigher material prices. Similar to 2005, we're expecting double-digitincreases this year due to continued inflationary pressures onlocomotive and freight car material prices, as well as strongermaintenance programs. In the category of purchase services and other,our cost performance was a little better than anticipated, down 2%year-over-year, to $431 million. Cost increases for such items asjoint facilities, state and local taxes and contract services, weremore than offset by an insurance reimbursement and better costperformance.

In December, we received a partial imbursement on the insurancerelated to last January's West Coast storm, offsetting a little morethan $10 million in this category for the quarter. Our outlook for2006 is for cost increases in the 4 to 5% range. This is an areawhere there's opportunity for better performance with increasedproductivity. Looking in total at how our revenue and expenses linedup, we reported just under a 1-point improvement in our reportedoperating ratio, as shown on the left, from 86% to 85.3%. We're notyet satisfied with where we are, but we are pleased with theimprovement. Even in the face of weather challenges and rising fuelprices, we've made gains. This slide also illustrates our fueladjusted operating ratio at 80.7% for the fourth quarter. And as youcan see, we had an improving trend throughout the year.

Turning now to the full income statement, the net result of operatingrevenue and expenses is our operating income, which was up 18% to$533 million. As with our operating ratio, this is a solid indicatorof our improved performance. Other income increased by $32 million inthe quarter to $54 million, in line with our previous guidance.Consistent with prior quarters, strong real estate sales were adriver. Interest expense was down $10 million in the quarter to $120million. This decline was driven by lower debt levels, averaging 7.4billion in the fourth quarter of 2005, versus 8.1 billion in 2004.Income tax expense increased $61 million, driven primarily by higherincome. Our effective tax rate for the quarter was 36.6%. The endresult is net income of $296 million or quarterly earnings per shareof $1.10. That's a 25% increase year-over-year and a strong close tothe year.

So let me give you a quick wrap up of the full year. Strong revenuegrowth was a real plus for us, up 11% or $1.4 billion. We translatedthat growth into a 16% increase in our operating income to $1.8billion. The transition to double-digit growth is especiallysignificant when you consider that the year started with a decreasein first quarter operating income due to the West Coast storm. As Ijust mentioned, we experienced strong real estate sales throughout'05, driving other income to $145 million, in line with our guidance.For 2006, we would look to be in the 75 to $100 million range.Interest expense improved by $23 million on a full year basis due tolower average debt levels. For 2006 this should again improve some,although moderating. Our full year effective tax rate was 36.8 versus31.3% in '04. Higher earnings and less tax credits, related to our2004 headquarters consolidation, were the drivers of this change. Ishould mention that the 2005 taxes do not include the tax reductionwe reported in the third quarter. The reconciliation for that changeis also available on our website.

Going forward, we would anticipate a tax rate of between 37 and 38%.For the full year, net income was $908 million, up 20%. On anearnings per share basis, we increased from $2.89 per share in 2004to $3.41 per share in 2005, a solid performance in a year filled withchallenges. It's clearly not where we should or could be, but it's agood starting point as we head into 2006. Looking at our full yearcapital, we ended the year with total spending of 2.86 billion, aboutin the middle of the updated outlook we provided you in October. Cashcapital totaled nearly $2.17 billion and the remainder, 691 million,is the cash equivalent of our locomotive and freight car leaseprograms. For 2006, we're looking at an all-in capital program of 2.7billion or so. We haven't yet finalized the budget with our board. Aswe work through the year and firm up our plans, we will update you.

From the standpoint of free cash flow after dividends, we ended theyear at $234 million, up about $20 million from 2004. Cash fromoperations increased $338 million in 2005. Much of that increase wasused to fund cash capital spending and as we discussed back inOctober, our cash capital was higher due to the weather and PowderRiver Basin challenges. Our cash tax rate also increased in 2005.Over the past several years, we have used up our AMT and NOL creditswith our earnings. And for 2006, our cash tax rate should take aneven larger step up, as our higher expected earnings are likely to beaccompanied by higher taxes. At this point, we're forecasting thatcash taxes would reduce our 2006 free cash flow by an additional 450to $500 million. Beyond this year, we should see cash tax ratesstaying in this neighborhood. So we did a bit of a one-time jump in2006 with more normalized rates going forward.

Another factor will be cash generated from our core business.Expectations for 2006 are that we will see strong growth in our cashfrom operations, driven by higher revenue and overall improvedefficiencies. Even with the higher taxes, we'll likely keep free cashflow after dividends in the 300 million plus range. So let me closethe books on 2005 with a quick look at our balance sheet. We finishedthe year with our lease adjusted debt to cap ratio of 43.6%, a 1.5point improvement over 2004 and the best we've seen in 20 years.Despite some of our challenges over the last couple of years, we'vemaintained and strengthened our

overall balance sheet. Going forward,we would expect continued improvement driven by improved financialreturns. With that, let me turn it over to Jack to talk about ourrecord revenue growth. Jack?

JACK KORALESKI, EVP MARKETING & SALES, UNION PACIFIC RAILROAD:Thanks, Rob, and good morning. Well, our fourth quarter continued toshow the strength of demand in today's transportation marketplace.And that strength has really bridged the holidays quite well andshows no signs of letting up in 2006. While overall volume grew justover 1%, five of our six business groups, the Ag products team,automotive, chemicals, industrial products and intermodal posted alltime revenue records for any quarter. Four of those groupsaccomplished those records on the strength of all time recordquarters for average revenue per car. And while our energy businessdidn't set an all time record, they did have their best fourthquarter ever for both revenue and average revenue per car. Thisstrong performance was also reflected in our business to and fromMexico, where we finished the year with revenue of a little over $1.1billion. That was up 15% on basically flat volume.

At the same time, customer satisfaction improved as the unified plan,our lean management projects and our business planning processbrought improved fluidity to the network, even as we were handlingrecord volumes in the wake of hurricanes and floods and blizzards. Agproducts is a great place to start for us. Yield improvement helpedus manage volume, which was down 1%, while driving revenue growth of18% on a 19% improvement in average revenue per car. Demand was verystrong for dry feed ingredients for meals and for ethanol. And inaddition to dry feeds, we had very strong volume for beer. It was up66% and contributed to our increase in Mexico business. In total, Agtook the lead in pushing Mexico revenues past the $1 billion mark,growing 31% for the year compared to 2004.

Looking ahead to 2006, our yield is going to continue to improve.Better service will allow us to reinvigorate our express lane productfor perishables and roll out our new produce train, which will allowus to ship unit trains of perishables from a single origin in thePacific Northwest to a single destination in the east with nointermediate switching or work events. These products will improvevelocity, as well as provide costs efficiencies and that's anobjective that we're pursuing across each of our businesses on thecommercial side. Other opportunities in Ag will come from theexpansion and improvement of our shuttle and unit train programs, butnot just in our whole grain business. This year we'll also beimplementing ethanol unit trains as well. Our automotive businessrepresents one of our best long-term opportunities for yieldimprovement. As Legacy agreements come up for renewal, we will movethose rates to levels that represent the realities of today's market.

Our fourth quarter results highlight that we're also taking advantageof opportunities to make some gains in the near-term. Our vehiclerevenues were up 11% on just 1% volume growth, helped by end of yearstrength and production of the Ford Fusion at Hermosillo, whichstarted in the third quarter and ramped up during the fourth. Lowerproduction for some of our manufacturers led to a decline in partsvolumes, but we were able to mitigate that impact with strongeryield. Looking ahead to 2006, the industry forecast is for productionto be down slightly. However, we're expecting a relatively good year,driven by yield gains and the fact that we're well positioned withthe fastest growing manufacturers. Chrysler's Belvedere plant cameback online late last year with their new crossover vehicle. We alsoexpect to see continued growth with Ford at Hermosillo and thestartup of production at Toyota's new facility in San Antonio.

Although the chemicals market was softer this quarter than last year,yield improvement produced record revenues. Nowhere was this moreevident than in our fertilizer markets. Our revenues grew 18%, evenas softer potash exports helped produce a 12% volume decline. We sawweaker plastics volumes, driven by a number of factors, including thehurricanes and the softer export demand. Looking ahead, chemicalswill hold its position as a key element of our franchise. We expectto see further revenue growth in 2006 and expect also that volumesare going to be held relatively flat for the year. Despite the repairwork on the joint line, the Kansas washouts in early October, mineproduction issues in Colorado and Utah, and an early blast of winterthat slowed operations from late November to early December, energyvolumes still managed to grow 1% over last year.

Energy is another long-term yield opportunity that had some near-termsuccess. Average revenue per car set a fourth quarter record anddrove commodity revenue for our energy business to a fourth quarterrecord as well. Both of those were up 6% over 2004. Growth inelectricity demand, supply constraints for eastern coal, and PowderRiver Basin makeup tonnage from 2005

will increase volumes, which,along with our continued yield improvements, will drive morerecord-setting performances for us in 2006. Industrial products heldvolume growth flat in the fourth quarter, but grew average revenueper car in revenue 19%. Even though overall volume growth was flat,we did have growth in some individual commodity lines. A few notableexamples, for instance, are lumber, where growth in the housingmarket fueled demand.

Our rock business grew 12%, reflecting not only strong demand inTexas, Oklahoma and Louisiana, but also our success at increasing thetrain size and improving cycle times year-over-year by working withour customers. Steel volumes also showed relatively strong growth atthe end of the year. We're off to a good start in 2006, as demand forlumber, steel, rock and construction products hasn't missed a beat.We expect this year to be similar to 2005. We'll be leveraging strongdemand to drive our yield improvement. Last, but not least, isintermodal, where, again, long-term yield improvement is in theoffing as Legacy contracts expire. October set a new record forloadings and continued strong demand through November and Decembermade intermodal the real driver of our overall volume increase in thefourth quarter. The volumes were up 5%. At the same time, yield gainsfrom fuel surcharges, the RCAP base contract escalators and someselective price increases produced our best ever average revenue perunit and revenue results.

Growth in international business drove both volumes and revenuegains, while our domestic volume declined slightly. The improveddomestic revenue was entirely the result of our yield improvementefforts. We also made significant progress this year in ourinternational east-west balance, now reaching up to about 84% withthe implementation of our unified plan and the use of our newbalanced surcharge. Looking to 2006, international growth willcontinue to be strong. We also expect moderate domestic growth,which, coupled with our efforts to drive our business towardsreinvestable levels, will continue to increase revenues. We'reencouraged by the increasing trend in our customer satisfactionresults. This is perhaps our best indicator that customers arerecognizing our efforts to improve our service, even as we handledrecord volumes, improved our yield under some very tough operatingconditions.

We know service consistency isn't where we want it to be or ourcustomers want it to be. But the steady improvement in satisfactionand that jump in the second half of the year points to the success ofthe unified plan, along with all of our other operating initiativesand the added resources to create fluidity, as well as our continuedfocus on our customer relationships. So I hit some of the highlightsfor 2006 as we went through the business groups. Here's how we seethe year shaping up. Looks like the strong demand environment isgoing to continue. We expect our volumes are going to grow in the 3%range with a potential for higher growth actually driven by thestrength of our network. All six of our commodity groups are going togrow their revenue, but we expect only three to see stronger carloadings, as we continue to manage volume across the railroad.

Most significant growth is going to be in our energy business. Weanticipate another year of yield improvement, as we continue ourefforts to bring all of our businesses to reinvestable levels. Piechart on the left shows you that in 2006 we'll get a chance to touchanother 13% of our business for the first time in this new demandenvironment. That opportunity, combined with continued yield gains onthe 55% that we've already touched and extending our fuel surchargecoverage, should result in a revenue growth of 10% or higher, withthat upside, again, driven by our network fluidity and our ability totake on more profitable growth. So with that, I'll turn it over toDennis.

DENNIS DUFFY, EVP OPERATIONS, **UNION PACIFIC** RAILROAD: Thank you,Jack, and good morning. Today I'd like to spend a few minutes goingover our fourth quarter and our '05 operating performance and talkabout our key capital projects in '06 and our operating initiativesfor the year. Let me first start with velocity. This chart showsmonthly velocity in 2005. As Jim and Rob have already said, we hadseveral weather events hit us during the year. I don't want to dwellon the past, but looking back at the year, it was truly a challengefrom January all the way through to December. But there are a fewtakeaways. Despite these unprecedented operating challenges, wemanaged to handle record volumes and at least maintain velocity. Infact, during much of the year, we actually ran at improved velocitiesover 2004. We did this by strengthening our operationalrecoverability. Although our network was clearly strained by theseevents, it didn't break. Our employees worked tirelessly to restoreservice, clear off the backlogs and minimize the impact felt by ourcustomers. This highlights both the strength of our franchise andalso the capacity we can unlock with velocity improvements.

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

Since about mid-December we have seen good improvement in ourvelocity. Yesterday we reported a seven-day average speed of 21.7miles per hour. Our coal operations were similarly impacted byexternal events in the fourth quarter of '05, particularly in thePowder River Basin. We had some challenges at the start of thequarter with the Kansas storm, but as we put that event behind us, weincreased November production by three trains per day. Decemberstarted slow, with the weather Jack mentioned, but we strengthened inthe second half of December to a 35 per day train rate. Through thefirst two weeks of January, we've had good winter operatingconditions, but our loadings had been impacted by a conversion BNSFmade to a new dispatching system. BNSF has temporarily restored theprior dispatching system and operations have returned to a morenormal state. In fact, loading performance has improved the past fewdays, so absent any other significant issues, the daily averageshould increase through the balance of the month.

Looking ahead to 2006, we have another strong hiring and trainingprogram planned. As Rob mentioned, much of this year is to backfillthe ongoing attrition that we have in our work force. As we discussedwith you back in May, the attrition rate within our train and enginepersonnel has been around 7 to 10% and that's expected to continue.In terms of locomotives and freight cars, we have planned for asmaller program in 2006. Our emphasis is to improve the overallproductivity of these acquisitions and existing assets. With thesignificant resource investment, it's critical we stay focused onproductivity. The principals listed here are really a summary of thelessons we've learned over the past couple of years regarding ourability to increase productivity. This flag gives a couple of proofstatements on our '05 progress. Freight car utilization, whichmeasures the load/unload cycle time, had a 3% improvement. That mightseem small, but it equates to 8000 fewer cars on our network, or 100miles of additional capacity.

Fuel conservation has always been important to us, but with therecord high diesel fuel prices, it's critical. Last year we consumed1.35 billion gallons of diesel. So there is tremendous leverage onthe bottom-line. Our improved consumption rate in 2005 saved morethan 35 million gallons of fuel, or roughly $40 million plus. We willcontinue with our education efforts and use of technology to improveour efficiencies further in '06. The principle of design forachievability is epitomized by the unified plan that we began rollingout in the second quarter. The goal of the unified plan is toincrease velocity and improve customer service by reducing the workload on the network. We achieved that by reducing 16% of the in-routework events and 12% of the connections cars made at intermediateterminals. That ties directly to the gains we saw throughout 2005,with our dwell, inventory, and car cycle time improvements.

The unified plan implementation really laid the foundational stepsfor continuous improvement in our network operations. It is anevergreen process that we will leverage in 2006 and beyond to ensurethat we are managing our network more efficiently. Anotheroperational productivity initiative is our customer inventorymanagement system, or CIMS. CIMS combines three factors. First theinventory pipeline for individual customers, second, the localswitching capability, and, third, the customer load/unload behaviors.The objective is to reduce inventory and create capacity in majorindustrial areas. CIMS was piloted in Phoenix and subsequently rolledout to the locations shown in white, representing 40% of dailyindustry switching. The results in those terminals fully cutover hasbeen very encouraging. A 25 to 40% decrease in inventory, 12 timesimproved by 20 to 25% and our customer switching performance improvedby 35 to 50%. In 2006 we will expand CIMS to cover 75% of ourindustry switching.

Here's a look at some of our major '06 capital projects. As noted onthe map, our capital dollars are focused on the areas where we haveexperienced some of our greatest volume growth and operationalchallenges over the past few years. At the end of 2005 we had about42% of the Sunset corridor double tracked. Our plan for 2006 is toadd about 50 more miles, as well as improve or expand some of ourterminal infrastructure on the corridor. In addition to increasingthe Sunset capacity, we will also be adding siding capacity along oursouth central corridor from Los Angeles to Salt Lake City. This workfacilitates the bidirectional running and provides further surgecapacity for the Sunset. Along our southern tier, we are alsoimproving our terminal infrastructure in San Antonio, Dallas-FortWorth and Houston. In the central corridor, across the Midwest, wewill continue to invest for coal growth and improved cycle times. TheUP/BNSF joint line is being expanded again in 2006.

We're adding processing capacity at North Platte and through theKansas City/St Louis corridor into southern Illinois. We will alsoadd another 60 miles of centralized traffic control across Iowa.Finally, we're adding facilities to accommodate the fast-

growingethanol business in Iowa, Minnesota and Nebraska. So let me wrapthings up with the four key drivers that our operating team isfocused on for 2006. One, we must operate a safe railroad. Thisbenefits our employees, our customers and the public. Althoughrailroading is one of the safest industries in America, we take azero tolerance approach to safety and believe that every incident canbe prevented. Two, continue to simplify our operations and driveabsolute plan compliance. Three, create capacity through productivityand move more volume with our existing assets. And four, invest ourcapital dollars wisely to de-bottleneck constrained parts of thenetwork. Together this will translate into better customer service,increased asset utilization and improved financial returns. Withthat, let me turn it back to Jim.

JIM YOUNG: Thanks, Dennis. Now, let me take a minute to give you alittle perspective on 2006. As we look ahead this year, there areseveral factors to consider. One driver is the economy and we'reassuming continued strength. We expect demand will continue to bestrong, particularly in areas such as intermodal and coal. We moved arecord 179 million tons of coal last year out of the southern PowderRiver Basin. For 2006, we know our customer's demand is fordouble-digit growth. The challenge will be for every member of thesupply chain to meet their commitments and maximize loadings. We havea solid plan to do our part and we're focused on executing it. Wealso expect good yield improvement, as we have an opportunity toreprice 13% of our revenue this year and improve our financialreturns. Operational efficiency is at the core of our overallperformance. We have substantial opportunity for improving ourefficiency. Bottom-line, we will focus on providing better service toour customers, improving the efficiency of our network, andincreasing the financial returns on our business.

With that in mind, our first quarter expectations include commodityrevenue to grow 15% or more in the first quarter. About 3% of thegrowth should be from volume gains and the balance from yieldimprovements and fuel surcharge recovery. Last year at this time wewere working to restore service in California and Nevada followingthe West Coast storm. So our comparison in the quarter is easier.That storm subtracted roughly 55 million in operating income or $0.13per share from the quarter. Our operating ratio should also improveat least 3 points. Again, we have the storm comparison, but we wouldalso expect better core operating efficiency. This combination ofrevenue growth and operating ratio improvement should result in firstquarter earnings in the range of $0.80 to $0.90 per share, which isnearly double what we earned in the first quarter of 2005 followingthe West Coast storm. Now, if you adjust for the storm, it's reallymore in the order of a 30 to 45% increase, very strong.

This year weather has been cooperative so far, but we know therecould still be challenges ahead. We have the majority of the firstquarter ahead of us, but we are getting off to a strong start. On afull-year basis, we would expect revenue to grow at least 10%. As Ijust mentioned, this growth is closely tied to our coal operation,but also anticipates solid yield improvement. Our full year operatingratio should improve by 2.5 to 3 points through a combination ofyield growth, more efficient operations, improved fuel surchargerecovery, and hopefully more normal weather. On an earnings basis,this should translate into a range of 4.60 to 4.80 per share. At thispoint, we're targeting the top end of the range, which would be abouta 40% increase over 2005. With only 18 days of 2006 under our belt,we need to consider that a lot could happen over the course of theyear. Although we haven't reviewed our capital plan or full yearbudget with the board of directors yet, we're currently looking at atotal capital spend, including lease equivalent, around 2.7 billion.

The bottom-line on capital is that it must be supported by higherreturns. Finally, we look for a minimum free cash flow afterdividends of 300-plus million. As Rob just told you, our cash flow isbeing impacted by higher cash tax rates. The key here is we'reabsorbing 400 to $500 million of cash tax increase and still growingour free cash flow after dividends. To summarize, we're lookingforward to very profitable 2006, with strong demand, more efficientoperations, higher yields and improving returns for our shareholders.With that, let me open it up for your questions.

OPERATOR: Ladies and gentlemen, at this time, we will be conducting aquestion and answer session. [OPERATOR INSTRUCTIONS] Our firstquestion is coming from John Barnes of BB&T Capital Markets.Please proceed with your question.

JOHN BARNES, ANALYST, BB&T CAPITAL MARKETS: Hi, Jim, good morning.How are you?

JIM YOUNG: Good. Thank you.

JOHN BARNES: On the capital spend, could you break it down for mejust a little bit in terms of the buckets? I just want to get a feelfor how much you're allocating towards tracking infrastructure andthen how much to rolling stock. And then the question I have alongwith that is giving all the difficulties you had during the '05, isthe '06 budget being inflated some as catch up on some of that CapExin '05 of repairing infrastructure and that type of thing? Or is the2.7 kind of a consistent number we should be looking at goingforward?

JIM YOUNG: Well, John, if you think of 2.7 billion, I always kind ofstart with what do you think is kind of maintenance capital, kind ofthe core spend. This would include where you have a locomotive that'sworn out that we replace. Of that 2.7, you've got about 1.7 to 1.8falls into what I would call maintenance capital. So the rest goes inthe categories of technology improvement, productivity initiatives,our locomotive acquisitions above replacement for growth, and thencapacity into the railroad. Overall, the capacity piece in track andinfrastructure is going to probably be in that 300-plus range whenyou look at it next year. But we still have a long ways to go. Theother part of your question, looking backwards, there really isn'tany catch-up here from our issues last year. We spent over $100million in '05 for issues with the weather. But right now that's --we're in pretty good shape there.

JOHN BARNES: Okay, and then as I'm looking at fuel, the surchargeseems to be working. You're recouping some of that, but fuel is stillup I guess, what, 40 something percent year-over-year. As you'relooking at kind of a $60 a barrel range in your forecast goingforward through '06, outside of the fuel recovery mechanisms, are youlooking at anything else to try to mitigate? I know you talked alittle bit about your fuel conservation plan, but are you looking atanything else to mitigate the impact of fuel? Are you re-evaluatinghedging from here? What are you doing just on in terms of trying toget a grasp on fuel from here?

JIM YOUNG: Well, the key is, Dennis talked about, is our fuelconservation program. That really covers training. It's newinvestment in terms of your locomotives. We said a long time ago thatmajor upgrade of our fleet, looking backward today, I'm very happy wedid that. Those locomotives we replaced at a minimum had a 10 to 15%fuel efficiency compared to what we retired. So training. Trackstructure, having good, solid base for track is important and thentechnology. There's no magic here, solution in terms of solving thechallenges all of us have with energy. But we feel pretty good aboutthe programs we have going. In terms of hedging, our view here iswe've got to continue to focus on our fuel surcharge program, gettingit -- getting up to 100% over time here. If things dip significantly,we might take a shot at it here in terms of fuel, but right now thefuel surcharges are key.

JOHN BARNES: Okay. All right, very good. Guys, nice quarter andthanks for your time.

JIM YOUNG: Thanks, John.

OPERATOR: Our next question is coming from James Valentine at MorganStanley. Please proceed with your question.

JAMES VALENTINE, ANALYST, MORGAN STANLEY: Great, thanks. Congrats onan impressive quarter here.

JIM YOUNG: Thanks, Jim.

JAMES VALENTINE: Can you give us some color on the types of revenuethat are in that 13% of the long-term contracts you expect to reopenin '06? What I'm trying to understand is that coal, because it'sdense, heavy weight, by not getting a fuel surcharge there, that'sgoing to have more impact then not getting it in lighter commoditieslike merchandise or intermodal. Can you give us some feel for whatthat mix of 13% looks like?

JIM YOUNG: I'll let Jack take than one.

JACK KORALESKI: Jim, it actually is pretty dispersed across thecommodity lines. It has some greater emphasis in intermodal. We havesome Ag contracts. There is a little bit of everything in there andnot very heavily weighted towards any one issue.

JAMES VALENTINE: Okay. That's helpful to know that probably won'tchange, the mix won't change much in '06. Then the second part of thequestion on that is for the 55% of the revenue that has beenrepriced, historically railroads didn't do a real good job of puttingescalators in contracts. I know you and others have said you're doinga better job of that. Going forward, '06, potentially even '07,should we look for the standard rate escalator in those contracts tobe something better than we've seen in the past, mainly nothing.Could we see something as high as 2 or even 3% across the overall mixof the 55% of the business?

JACK KORALESKI: I think, again, Jim, there are some, like forinstance business that renews in circa 1/11 has a very specificescalator that is actually a fixed percentage over the life of thecontract. So those things are pretty well defined. We're moving a lotmore towards an escalation factor for contracts that is -- it's theRCAP excluding fuel and then using the full fuel surcharge. So itwould be a full 100% cost escalation kind of a process going forward.We are not discounting -- in some of our contracts we would in thepast do discounts of RCAPs and things like that. We are no longerdoing any of those things. We are looking for fuel at complete fuelcost recovery and equally on our other escalating components as well.And that's really all baked into our 10% plus for next year.

JIM YOUNG: Jim, when you think about yield going forward here, Ithink it's important long-term we think two pieces. We know where themarket is for the service we provide today. We've got a lot of upsidethere when you look at the contracts, but there's another componenthere that I think is very important. As our customer serviceimproves, we know there's more price in the market. Again, that Ithink we've got very good upside. So you got two components, pricefor the market that the service you're providing today, which we knowhave upside. And then price opportunity for better service. Andthat's when we think long-term here, next three or four years, wethink we've got upside in both areas.

JAMES VALENTINE: Okay, great. If I could ask one last question ofJim. The one that I get most often from investors is when we get tothe end of 2006 and we look back, what do you think we'll see as thebiggest changes as a result of you becoming the CEO?

JIM YOUNG: Well, we're going to continue to focus on the plan that weput in place couple years ago, Dick, myself, the team here. We knewwe were in a new world. We challenged everything we're doing andwe've had a plan we've focused on that -- what I'm real excited aboutis I think 2006 is going to really show the results of that plan. Itwas masked this year with all the challenges we had. I'm reallyexcited about it, but every year we're rethinking where we need togo. What was good this year, what do we have to do different nextyear. So we've got a great team here and I'm really looking forwardto this year.

JAMES VALENTINE: Okay, great. Thanks, guys. Appreciate it.

JIM YOUNG: Thank you.

OPERATOR: Our next question is coming from Tom Wadewitz of JP Morgan.Please proceed with your question.

TOM WADEWITZ, ANALYST, JP MORGAN: Yes, good morning.

JIM YOUNG: Good morning, Tom.

TOM WADEWITZ: I have two questions for you. A little furtherfollow-up on the pricing. You've got the buckets listed, I guess 13%in '06 and then 32% in '07. '07 and beyond, is there a specificnumber for how much comes up in '07?

JACK KORALESKI: Yes, there is. I think the number is somewhere in theneighborhood of like 7% in '07.

TOM WADEWITZ: Okay, and can you give us any thoughts in terms of theprogression, the magnitude of price increases that you're getting? Itseems that the rail pricing environment really picked up at thebeginning of 2004, but there's been a further

acceleration in'04-'05. Do you think that you are now getting about the most thatyou're going to get or is there room for that to further increase?And can you give us any kind of broad sense of what kind of rateincreases you can get as you reprice some of these pieces of businessyou haven't touched for a while?

JIM YOUNG: Tom, this is Jim. Again, I think when you think ofpricing, there's a wide range that we see. Part of it is a functionof where the return is today and what we have to do to get thosereturns to what we believe is the minimum return level. Sometimesthey can be pretty substantial. Even areas where you may have feltcomfortable a year ago at pricing, the market has run away quite abit in terms of demand. There's smaller upside there, but still priceopportunity. I think the key for us is sorting through, as we havedone, all of the different businesses we have, looking at what therequired returns are, and continue to make certain we are in a returnon capital going forward.

TOM WADEWITZ: So do you think it's possible that the pace of yieldgrowth we see in '06 and '07 looks reasonably similar than to whatwe've seen in '05?

JIM YOUNG: Tom, I think we've got the best upside in the industry forpricing. And part of it is when you look, again, at our mix ofbusiness that's under contract, a lot of it depends on the strengthof the economy, what's happening in the truck sector, what'shappening in the energy market. All of those are variables. I thinkwe've got very, very good opportunity on pricing for return andpricing for improved service.

TOM WADEWITZ: If I can move to a question on capacity. When you lookat your Sunset line, are you able to -- you're making someinvestments in capacity. Is that giving you a meaningful increase, Imean in terms of peak trains per day are you moving from 50 to 55trains a day, that type of thing? Or given that there's still apretty significant stretch that is single track, is it really prettymarginal the increase in total capacity there? And then I waswondering if you can give a comment on the central corridor as well.Are you close to being tapped out on capacity on the central corridoror is there room for pretty meaningful growth in the trains runningacross that corridor?

JIM YOUNG: I'm going have Dennis take that one on.

DENNIS DUFFY: Well, Tom, on the Sunset, first of all, we are makingincremental improvements on our trains per day through there. It ismarginal at this point, but capacity is that way until you reach astep level when you get the preponderance of it. We'll have over 50%of it double tracked at the end of this year and we're evaluating itevery year. In fact, every month we look at do we need to acceleratethat and we have a plan to do so, providing the returns are there. Sowe are making incremental step-- incremental improvements in sometrains per day. On the central corridor, obviously with the coalgrowth up there, but we're continuing to make investments to staywith that, with that demand and we expect to be able to handle thatdemand coming through there. But the big thing that we're doing, too,along with the incremental capacity, is take out failure costs. Andwe think we have a huge opportunity on both those corridors to drivethat to the bottom-line through failure cost reduction. So right withthe investments in terms of growth, accommodating growth, we'relooking for a significant contribution to the returns from failurecost reductions.

JIM YOUNG: Tom, I think when -- this is Jim -- when you thinklong-term here, for you **Union Pacific** how fast we go on the doubletrack is a real key strategic question. You can -- we're running50,60 miles a year. You do the math, that's a seven, eight-year kindof program to complete it. We know the demand today, in terms oftrains we can run, exceeds the capability. What we're taking a hardlook at here is our confidence and our ability to continue to improvethe returns. And I think, again, strategically, some of the decisionswe have to make is should we accelerate that? Right now we're kind ofon the seven, eight-year plan. We're seeing returns improve in thatbusiness. But it to me is one of the biggest capacity strategicquestions we have facing us here next couple of years.

OPERATOR: Our next question is coming from Jordan Alliger of DeutscheBank. Please proceed with your question.

JORDAN ALLIGER, ANALYST, DEUTSCHE BANK: Given the level of coaldemand that is expected by the customers in part because inventoriesare continue to be well below normal, I guess my question is sort ofthat double-digit customer demand, given what you know about yournetwork and how much progress you've made, is there any way to sortof translate that to what type of incremental coal demand or how muchof that growth will translate to your network?

JIM YOUNG: Jordan, if you look at last year the joint line produced325 million tons. It's substantial growth when you look historicallyfrom where we started. Customer demand out there, I think, is aminimum 40 to 50 million tons next year, between both UP and BN. Wehave made progress in terms of throughput on the joint lineinvestment in our properties. You have really--when you think aboutit, you have the core electricity demand that will drive it. You havemakeup capability from this year that we have to look at. You haveconversion from eastern coal that's moved out. We're well positioned.We expect double-digit growth. My concern, again, is the wholelogistics change from the mine, railroad, utility on the capabilitythere to deliver. You missed a slot today, you don't make it up, forwhatever reason. And we're working very hard with all three of theparties there to make certain we get everything done. But it's goingto be a very, very strong year.

JORDAN ALLIGER: So sort of translates to sort of 12 to 15% customerdemand growth. I know a lot of it depends on the supply chain. Butall things equal, we could see coal volumes -- I mean could it eventrack as high as that or would that be asking for too much?

JIM YOUNG: Well, that's the demand. The growth key will be if thewhole chain executes perfectly, that's the potential.

JORDAN ALLIGER: Thank you.

OPERATOR: Our next question is coming from Jason Seidl of CreditSuisse. Please proceed with your question.

JASON SEIDL, ANALYST, CREDIT SUISSE: Good morning, gentlemen. If Icould stay on the Powder River Basin a little bit. We've heard somenews that one of your competitors is having a little bit of troublehere early in January. It seems like you guys actually are improvingsome of the operations. Can you sort of give us an outlook in termsof 2006 for where you expect trains to be other than just the firstpart of January?

JIM YOUNG: Well, to, as we've said, to get double-digit growth intonnage coming out for UP, we need to execute and we're off to a goodstart this year. Weather's been kind, but we still have a lot ofwinter left. We're healthier with resources in terms of crews,particularly you think of locomotive engineers come out of traininglocomotives. We completed capacity work from a year ago. When youthink about our central corridor, business move to Chicago, orbusiness moving to St. Louis. So we're feeling better about ourcapability to deliver a nice increase in tonnage and so far we'reperforming. But there's a lot of year left. I'm confident that we'vegot the right tools in place.

JASON SEIDL: And you mentioned that there's a demand for double-digittonnage out of the PRB. You also before that some of this, however,is going to be makeup from some of the construction work in '05. Ifyou stripped out the makeup, what do you think the demand, the coredemand is?

JIM YOUNG: Jack, do you want to take that one?

JACK KORALESKI: I think that the core demand is probably in the 8, 9,10% range.

JASON SEIDL: Okay. That's helpful, gentlemen. If we also look interms of pricing, the comment I believe was made on the call that asyou improve service, it should be easier to get pricing. How linkeddo you think your ability to price is to your service level?

JIM YOUNG: Well, we look at every -- again, what's important here isunderstanding your customers' markets and then also your competitiveposition in the route you're looking at. We know clearly in theintermodal area there is very good upside in terms of service. Andthat's the way they sell on cycle times. What we have to do is lookat these markets in terms of what makes most sense in terms of ourcapabilities. Intermodal, the industrial products area, again, lookat cycles there, how much business might be moving highway that mightmove on the railroad given consistent service. It's really a case bycase basis in the markets. But being in front of customers quite abit the last year, it's clearly there.

JASON SEIDL: Okay. Thank you for the time, gentlemen. Nice quarter.

JIM YOUNG: Thank you.

OPERATOR: Our next question is coming from Edward Wolfe of BearStearns. Please proceed with your question.

EDWARD WOLFE, ANALYST, BEAR STEARNS: Thanks, good morning. And, guys,sorry, I'm just looking for a little more clarifications on some ofthe questions. You gave guidance volume around 3%. What are youexpecting for coal in that 3% of total volume growth, give or take?

JIM YOUNG: Well, Ed, we said coal is going to be double-digit. I knowthat's a wide range, but it's-- it will be our strongest growth.

EDWARD WOLFE: Okay. I had heard you say that was demand. I didn'trealize that's what you were projecting to produce.

JIM YOUNG: Right.

EDWARD WOLFE: And in the PRB, do you expect that to be a double-digitas well?

JIM YOUNG: Yes. If you step back and look at the groups, as Jack hadmentioned, you have coal will be your strongest growth. Intermodalwill have good growth. Key for intermodal -- again, what you have todo here, we know we could grow faster if you had the capacity, if ourservice is there. But we've got to be very careful that we do what'sbest for our network. You look at our industrial products group, wesee -- I think you could grow faster than what we have in our planhere. But we've got to make certain that we manage our networkeffectively, that we handle that revenue and have good operations andconvert it to the bottom-line.

EDWARD WOLFE: What's the timing for the finish-up of the heavymaintenance on the joint line and how long does that take?

JIM YOUNG: Dennis, do you want to take that one?

DENNIS DUFFY: Well, what's going to happen here is that we willfinalize the maintenance plan with the BNSF here later this month,but I think you can expect maintenance to go on continuously throughthe year here. The question's going to be is how effectively we andthe BNSF manage the maintenance and still continue to get theloadings. That's the challenge and that's the objective and that'swhat we intend to do this year, is do the maintenance and still meetour demand in terms of moving the tonnage out of the basin.

EDWARD WOLFE: I was under the impression, though, there's someheavier than normal kind of maintenance, maybe another four to sixweeks, something like that, that's left. Is that incorrect?

DENNIS DUFFY: Well, there is some heavy maintenance left, but it'sgoing to be done -- almost all of it where there is triple track inexistence today. And that that isn't in the triple track territory,as I mentioned, there's going to be about 20 more miles of tripletrack added up there. That maintenance for that particular territorywill be performed when the triple track is finished.

Case 1:07-mc-00489-BAH Document 1229-4 Filed 11/22/24 Page 316 of 446

EDWARD WOLFE: Okay. So pretty consistent through the year. It's notgoing to be greater in one part of the year or the other as you seeit?

DENNIS DUFFY: That's the objective.

EDWARD WOLFE: Okay. Just switching gears for a second, you talkedabout the amount of revenue being repriced, that's about 13% in '06,and I think in Tom's question you said 7% in '07. What was thepercentage, give or take, in '05 that was repriced?

JIM YOUNG: Jack?

JACK KORALESKI: It was about 8%.

EDWARD WOLFE: Okay. And when you look at pricing, the pricing yousaid in one of your slides was up about 5.9% in the quarter. If youhad to guess, and I know there's a lot of variabilities and certainlyno one's going to hold you to it, but if you had to look out a yearfrom now and you looked at underlying price, do you think it'sgreater than 5.9, less than 5.9, flat with 5.9? Directionally, wheredo you see that going?

JACK KORALESKI: I would say my core yield is probably in that 5%range.

EDWARD WOLFE: Okay.

JACK KORALESKI: For '06.

EDWARD WOLFE: And then just one last final question, property gainsfor the year. I think your guidance was something like 75 to 100million. Is that correct?

ROB KNIGHT: Ed, in other income, 75 to 100 range, yes.

EDWARD WOLFE: Anything for the first quarter in terms of guidance?

ROB KNIGHT: No, it's ratable generally.

EDWARD WOLFE: Okay. Thanks a lot, guys, for the time.

OPERATOR: Our next question is coming from John Larkin of StifelNicolaus. Please proceed with your question.

JOHN LARKIN, ANALYST, STIFEL NICOLAUS: Good morning, everyone.

JIM YOUNG: Good morning, John.

JOHN LARKIN: Just wanted to bore in a little bit on the agriculturaland industrial products area, both of which had terrific revenue percar performance, up 19% each, I think, really extraordinary. Is thatbecause those contracts come up for renewal more frequently or isthere some sort of change in mix going on within those segments?

JIM YOUNG: Jack?

JACK KORALESKI: The majority of the business in those two commoditygroups, John, are in either one-year letter quotes or tariffs. Thoseare two of the areas where we do not have a high preponderance oflong-term contracts. We've moved a lot of that

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works.

Case 1:07-mc-00489-BAH Document 1229-4 Filed 11/22/24 Page 317 of 446

into a public pricingenvironment. So we have greater flexibility there. And it alsohappens to be places that when you look at the marketplace, that'swhat market pricing is like in those two areas.

JOHN LARKIN: Would you characterize any of that pricing as what Iwould refer to as kind of volume management or de-marketing?

JACK KORALESKI: We actually did manage volumes down. If you looked atit in both of those two areas, the preponderance of the revenuegrowth that we had there was yield improvement. And we were verycareful as to how much business we added to the railroad, given theamount of work that we were performing.

JOHN LARKIN: And a question on the fuel surcharge, you may havealready mentioned this and I may have missed it. But did you mentionwhat percentage of the business is currently on a fuel surcharge?

JIM YOUNG: Rob, do you want to take that?

ROB KNIGHT: We did not mention that, John. But it's about 90% of ourrevenue base has some sort of a fuel recovery component or another.

JOHN LARKIN: Okay. What would you expect that to be, let's say, atthe end of '06?

ROB KNIGHT: It continues to grow. We're not going to be satisfiedtill is gets to 100% coverage, which won't happen at the end of '06.So we'd make some improvement as Jack reprices that business that hetalked about. Some of that has a component already, some of itdoesn't, so it should walk up.

JOHN LARKIN: And then just one final coal question. We understandthat there's a lot of demand in the east for PRB coal. I would beinterested in knowing what percentage of the growth that you see in'06 and perhaps beyond is going to be due to increased demand in theeast.

JIM YOUNG: Our first challenge right now is to serve our existingcustomers. We've got substantial demand out here and that's ourprimary target right now. The eastern market is a great opportunityfor us. I don't recall, Jack, unless you do, what that split is atthis point. We could do more in the east. There's clearly more demandthan we have in our plan for eastern coal. But our primary focusright now, the majority is going to be serving existing customers.

JACK KORALESKI: Yes, the majority of 2006 will go to all existingcustomers and we are really at this point in time not taking onadditional test burns and things like that. We want to take care ofthe business that we have contractually committed right now. That'sour first priority.

JOHN LARKIN: So the customer demand that you quoted, which I thinkwas up in the 12, 13, 14% range, that really doesn't include any ofthis activity in the east?

JACK KORALESKI: Only to the extent that we have existing customers inthe east.

JOHN LARKIN: Thank you very much.

OPERATOR: Our next question is coming from Scott Flower of Citigroup.Please proceed with your question.

SCOTT FLOWER, ANALYST, CITIGROUP: Yes, good morning, all.

JIM YOUNG: Good morning, Scott.

SCOTT FLOWER: Just a couple of questions to different folks. I knowthat, and these are rough numbers that you talked about, 3% volumegrowth and 10% plus revenue growth, which obviously implies the 7%RPU type of gain. Given that you expect fuel to more or less stay inthe area it is, I would presume then most of that ARC improvementthen is core price. Obviously there's somewhat further penetration,but it doesn't sound like there's huge further penetration relativeto the fuel surcharge versus what coverage you currently got. Am Ithinking about that correctly or am I missing something in the math?

JIM YOUNG: Scott, the majority of that increase is going to be inyour core price.

SCOTT FLOWER: Right, right. So I mean that would sort of argue thatJack's 5% number may be conservative when you talked about core priceearlier.

JACK KORALESKI: I said in the 5% range.

SCOTT FLOWER: And then a couple other things. I know that you hadtalked earlier about a question just to get a little more color aboutescalations and doing better on that. Order of magnitude, I'm nottrying to get a precise number, but what is the range of whatescalators are doing? Is it just totally RCAP based ex-fuel and thenyou lay a surcharge on it? Is that a reasonable number when I thinkabout the book of business that isn't being repriced or are theresome other nuance to that when I am thinking about a range of what --what is the escalator actually giving you on your core business thatisn't necessarily rolling over?

JIM YOUNG: That is very situational for us, Scott. It depends on thecompetitive marketplace, it depends on the business, thereinvestability of the existing business as we roll those contracts.And even to some extent, our decision as to whether we want to keepthat business under a contract basis or move it to public pricing.So, again, as I said earlier, we're kind of focused on the RCAP indexfor a lot of our standard kind of contracts where we basically cutthe fuel out and use a full fuel surcharge in addition to thenon-fuel components of RCAP.

SCOTT FLOWER: So then you're getting a fairly substantial escalatoron your normal book of business?

JIM YOUNG: We're getting a better escalator than what we've evergotten in the past.

SCOTT FLOWER: And then one last quick one on the revenue side. How isthe recovery going in the Gulf Coast terms of some of the chemicalplants shutdowns and maintenance and et cetera from Katrina, Rita?

JIM YOUNG: Jack.

JACK KORALESKI: We're really in good shape there. At one point intime we had over 100 customers that were impacted by the hurricane.But we are, for all intents and purposes, got everybody back up andrunning now.

SCOTT FLOWER: Okay, and then just a couple other quick questions. Iknow that Rob had mentioned that there was some slight insurancerecovery in this quarter. Do you anticipate, as we look through '06,that there's some further substantive recovery in the insurance sideand if so, could you give us some order of magnitude, understandingthe vagaries of dealing with an insurance company. But is there someorder of magnitude of insurance recovery that's built into yourthoughts as you look at '06?

JIM YOUNG: Do you want to take that one, Rob?

ROB KNIGHT: Yes, Scott, you're right. We will continue to work withthe insurance carriers to recover the balance of the January '05storm issue. Order of magnitude, probably comparable to what we sawthis year in the $0.03 range kind of number on an earnings basis.

SCOTT FLOWER: Okay, and then just the last quick question that I had,and I know that Dennis gave us a lot of focus and detail on thedifferent parts of the operating plan, but maybe stepping back, whenwe think about the unified plan, what fine tunings or additionalthings are you working on in terms of major conceptual changes in howyou're running the network today? Or is it basically more or less inplace and it's really trying to work through the implementation andfine tune it?

JIM YOUNG: Dennis will answer part of this here, but I just want tostart out with unified plan. The key for us is starting with theoverall forecast for demand and you work that from top to bottom herein terms of your detailed plans. So we're spending a lot of timeevery year here looking at what markets fit best, what products doyou put into the market, what are the customer demands. You startwith that, then, when you look at your network and, Duff, you cantalk about the individual operating initiatives that are in there.

DENNIS DUFFY: I think the thing that you can see here, expect to seegoing forward, Scott, is more of what I showed you, and that issimplifying our network. We have a complex network and the key to usis to do what we have been doing. Do more of origin and destinationtrains, take out intermediate work events, take out intermediateswitches and we're going to continue to do more of that. One otherarea that we are focusing on in the next, what we'll call, phase ofthe unified plan is the to and from industry piece. That CIMS chartthat I showed you offers us an opportunity to totally redo the way wedo industry switching.

As you know, we have the largest industrial base in the industrialproducts and chemicals and Ag products of anybody and we want it tobe a core competency in operational excellence. CIMS offers us thatopportunity. So we are totally relooking at the way we do to and fromindustry piece and CIMS is the way we're going to go. By controllingin route inventory, on hand inventory, customer inventory, matchingtheir capabilities to our capabilities and then increasing our dwellin our operational performance there. So we're very encouraged aboutit. I think you'll see more of those aspects going forward.

JIM YOUNG: Scott, I think there's one piece there, and this may seemoverly simplified when you think about the network, but we areworking with many of our customers where our customers recognize thisis a new world. And just the concept of loading/unloading seven daysa week or 24 hours a day, we've got a lot of our industry that it'sMonday through Friday and so all of a sudden you're sitting therewith capacity that's not used. And we've got some great examples withour customers where we sit down together, work through how do we getmore throughput with existing assets and had some great success. Ithink fundamentally for us, for UP, when you think about our manifestnetwork, that's a substantial piece of progress we can make goingforward.

SCOTT FLOWER: Thank you.

OPERATOR: Our next question is coming from Ken Hoexter of MerrillLynch. Please proceed with your question.

CHRIS WEATHERBY, ANALYST, MERRILL LYNCH: Good morning, it's ChrisWeatherby in for Ken.

JIM YOUNG: Hi, Chris.

CHRIS WEATHERBY: Just wanted to touch on intermodal for a second. Youhad mentioned that could be the driver of volume increases next yearand with 5% volumes in the quarter. Just wanted to get an idea offluidity of the network and where you see any bottlenecks potentiallyoccurring. I know you're making some capital improvements on theSunset corridor, but can you maybe comment a little bit on portfluidity and see how that is tracking?

JIM YOUNG: Well, let me start with kind of the overall demand. As Isaid earlier, volume was up 5% in the fourth quarter. In fact, Ithink it was an all time record for us in our volumes when you lookat it. You've got substantial demand if you just step back and lookat the customer base and what they like to move. What we have to do,though, in my mind is what business makes sense, what businessgenerates the financial return. This isn't to me a volume game here.It's a return game. We have sorted through what customers will get uswhere we need to go on the return piece and fit our network best.Dennis can cover,

as he talked about some of the capacity investmentsthat we're looking at on that map. That shows you some of the areas,but, Duff, is there any more you want -- ?

DENNIS DUFFY: I think the map is representative, Chris, on where wesee those challenges and where we're putting our money, on theSunset, the central corridor and our terminal infrastructure down inthe south.

CHRIS WEATHERBY: And you mentioned 84% east-west balance and howthat's improved. Do you have any -- can you give any clarity on whereyou see that going? Is there substantial improvement to that or doyou think you've gotten a lot already?

JACK KORALESKI: We really want to keep moving that forward to -- on acontinuous improvement track. We would like to see it get to 100%.

CHRIS WEATHERBY: Okay. And then switching gears a little bit, if youcould-- I missed a little bit of the discussion earlier on the cashtax details, but if you could run through a little bit of what weshould be expecting for '06 again.

JIM YOUNG: Rob?

ROB KNIGHT: Yes, what I mentioned there, Chris, is that '06, we'verun through the AMTs and NOLs that we've had for the last severalyears and our cash tax rate we would anticipate being up about 450 to$500 million in '06 over '05. And that puts us at a cash tax rate ofaround 25%-ish and that's what we would expect a more normalized rategoing forward.

CHRIS WEATHERBY: That's a go-forward rate?

ROB KNIGHT: Yes.

CHRIS WEATHERBY: And then just finally you had mentioned thesubstantial growth in Mexican opportunity you have from beer goingnorth. Just wanted to see if you could elaborate a little bit furtheron what we can expect as far as growth there on a revenue perspectivefor 2006.

JIM YOUNG: I think it's substantial. The key for us, though, issorting through the business, what business generates the return thatwe need, working with the partners in Mexico, both Ferromex and theTFM, and making certain that the growth fits our network.

DICK DAVIDSON: I don't think you'll see another 66%, though,year-over-year. It will be far, far lower than that. But we willstill have good growth, as Jim said.

CHRIS WEATHERBY: Okay, great. Thank you very much, gentlemen.

OPERATOR: Due to time constraints, our last question today is comingfrom Randy Cousins of BMO Nesbitt Burns. Please proceed with yourquestion.

RANDY COUSINS, ANALYST, BMO NESBIT BURNS: Rob, I think you mentionedthat you gave guidance for salary and benefits of 4 to 6%. I guesswhat I'm trying to understand here is salary and benefits still thelargest cost component that you've got? I think you suggested thatheadcount would kind of match volume. I would have thought with theproductivity initiatives, the benefits of the unified plan that wewould be looking at fairly significant labor productivity gains sothat you would see a situation where conceivably headcount could comedown.

ROB KNIGHT: The headcount will be tied more directly to volume. Andwith the strong volume plan of 3%-ish, we'll see -- we will haveproductivity, clearly, but we'll see how it plays out. I wouldanticipate that it will be flat to slightly up rather than down,based on the strong volume for '06.

JIM YOUNG: Randy, there is-- as I said earlier, for us to get towhere we need to be, the productivity piece is really a big part ofthe equation. We know what we can do on the market with yields. Weknow the demand is there in terms of volume. And for our railroadefficiency is the key to really substantially growing our yield here.You'll see productivity when it comes to '06 when we look at labor. Iwill also tell you, though, there's a balance we look at when youlook at resources in our Company. We don't want to be short here. Welearned a lesson where you get behind on your manpower resources, ittakes you so long to get caught up, the failure costs of thatshortage is substantial. So we're being a little cautious there. Ithink that there's great opportunities going forward, but together,when you look at all the resources we have between manpower,locomotives, our terminal capacity, freight cars, that's your leastcostly investment in terms of when you think about failure costs outhere. We'll see a good year in '06.

RANDY COUSINS: Okay, and then final thing, this is a big year forlabor negotiations. Do you guys see a resolution to the negotiationsof this year and how much is the negotiation process going to be afactor in terms of your ability to drive productivity growth on thelabor front?

JIM YOUNG: Well, as you know, we're in negotiations right now.We've-- with the BLE coalition we've asked for release fromnegotiations. That's still pending at this point. We're still talkingwith UTU. I hope we get it resolved this year. That's our goal. Wearen't -- in our plan here, we don't have a substantial change in ouragreements in terms of looking at our financials going forward. Butnegotiations, this is an important year.

RANDY COUSINS: Okay, thank you.

JIM YOUNG: Okay.

OPERATOR: At this time, I would like to turn the floor back over tomanagement for any further comments.

JIM YOUNG: Well, thank you for attending the call this morning. Ihope you see we're feeling good about the year and we all know wehave great opportunity here and we look forward to seeing you herewith our first quarter release. Thanks.

OPERATOR: Ladies and gentlemen, this does conclude today'steleconference. You may disconnect your lines at this time. Thank youfor your participation.

[Thomson Financial reserves the right to make changes to documents,content, or other information on this web site without obligation tonotify any person of such changes.

In the conference calls upon which Event Transcripts are based,companies may make projections or other forward-looking statementsregarding a variety of items. Such forward-looking statements arebased upon current expectations and involve risks and uncertainties.Actual results may differ materially from those stated in anyforward-looking statement based on a number of important factors andrisks, which are more specifically identified in the companies' mostrecent SEC filings. Although the companies may indicate and believethat the assumptions underlying the forward-looking statements arereasonable, any of the assumptions could prove inaccurate orincorrect and, therefore, there can be no assurance that the resultscontemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUALREPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILEEFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BEMATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THESUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON

FINANCIALOR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANYRESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPONTHE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT.USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALLITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANYINVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2006 Thomson Financial. ALL RIGHTSRESERVED. Electronic format, layout and metadata, copyright 2006Voxant, Inc. (www.voxant.com) ALL RIGHTS RESERVED. No license isgranted to the user of this material other than for research. Usermay not reproduce or redistribute the material except for user'spersonal or internal use and, in such case, only one copy may beprinted, nor shall user use any material for commercial purposes orin any fashion that may infringe upon Thomson Financial's or Voxant'scopyright or other proprietary rights or interests in the material;provided, however, that members of the news media may redistributelimited portions (less than 250 words) of this material without aspecific license from Thomson Financial and Voxant so long as theyprovide conspicuous attribution to Thomson Financial and Voxant asthe originators and copyright holders of such material. This is not alegal transcript for purposes of litigation.]

**---- Index References ----**

Company: **UNION** **PACIFIC** CORP; CITIGROUP INC; DEUTSCHE BANK AG; BEAR STEARNS COMPANIES INC; MORGAN STANLEY; DAIMLERCHRYSLER AG; AMICA VERLAG GMBH AND CO KG

News Subject: (Corporate Performance (1XO12); Corporate Financial Data (1XO59); Business Management (1BU42); Management Tools & Methods (1MA50))

Industry: (Enterprise Performance Management (1EN49); Theoretical Analysis (1TH79); Freight Transportation (1FR88); Railroads (1RA98); Retail Banking Services (1RE38); Transportation (1TR48); Banking (1BA20); Freight Railroads (1FR84); Financial Services (1FI37); Accounting, Consulting & Legal Services (1AC73); Construction Financing (1CO12); Consulting Services (1CO47); Construction (1CO11); Land Transportation (1LA43); Insurance Liability (1IN26); Lead Paint & Asbestos (1LE49); Railroad Equipment (1RA68); Passenger Transportation (1PA35); Science & Engineering (1SC33); Passenger Railroads (1PA89); Insurance (1IN97); Business Theory (1BU14); Consumer Finance (1CO55))

Region: (North America (1NO39); California (1CA98); Americas (1AM92); USA (1US73))

Language: EN

Other Indexing: (ARC; BB; BEAR STEARNS; BLE; BMO; BNSF; CFO; CHRYSLER; CIMS; CITIGROUP; CORPORATION; DEUTSCHE BANK; FINANCIAL; FORD FUSION; GAAP; JACK; JACK KORALESKI; JP; KANSAS; MARKETING; MERRILL LYNCH; MORGAN STANLEY; OPERATOR; PRB; RCAP; ROB; ROB KNIGHT; SECURITIES AND EXCHANGE COMMISSION; SITE; TFM; TRANSCRIPTION; TRANSCRIPTS; **UNION** **PACIFIC**; **UNION** **PACIFIC** CORP; **UNION** **PACIFIC** EARNINGS CONFERENCE; USERS; VOXANT) (Ag; CHRIS; Chris Weatherby; Davidson; Dennis; Dennis Duffy; Depreciation; Dick; Dick Davidson; Duff; EDWARD; EDWARD WOLFE; Estimates; Ferromex; JAMES VALENTINE; Jim; Jim Young; John; John Barnes; John Larkin; Joining; Jordan; JORDAN ALLIGER; Legacy; Louisiana; Nebraska; Nevada; Pie; SEC FILINGS; Tom; Tom Wadewitz; Utah; Yesterday)

Word Count: 15842

**End of Document**

© 2013 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT PX0553

*Union Pacific Corporation*

# 2006 ANALYST FACT BOOK




PENGAD 800-631-6989
DEPOSITION EXHIBIT
8
8-4-10KT

# Table of Contents

## Company Vision Statement

Union Pacific is committed to be a railroad where:

- our customers want to do business,
- our employees are proud to work,
- shareholder value is created, and
- the safety of the public and our employees is our top priority.

## Company Overview

Union Pacific Corporation (NYSE:UNP) owns one of America's leading transportation companies. Its principal operating company, Union Pacific Railroad, links 23 states in the western two-thirds of the country and serves the fastest-growing U.S. population centers.

## Investor Inquiries

Union Pacific's analyst relations are coordinated through the Corporate Treasurer. Requests for interviews, investor packages and general information should be directed to:
(402)544-4227 or (877)547-7261 or investor.relations@up.com

## Web Site Information

For immediate receipt of new information as it becomes available, we invite you to regularly visit www.up.com. In the Investors section, you can view on-line or download a variety of informative documents, including SEC filings, annual reports, proxy statements, quarterly earnings, press releases, company presentations and corporate governance information. For automatic updates, please subscribe to the Company's RSS (Really Simple Syndication) feed which provides links to new headlines and summaries through your news reader.

## Overview

System Map and Facts . . . . 2
Company Overview . . . . 3
The Year in Review . . . . 4
Safety and the Environment . . . . 6

## Operations

Network Management . . . . 8
Investing in Our Future . . . . 10
Track and Terminal Density . . . . 12

## Markets

Revenue Overview and Outlook . . . . 13
Agricultural Products . . . . 15
Automotive . . . . 17
Chemicals . . . . 20
Energy . . . . 22
Industrial Products . . . . 24
Intermodal . . . . 26
Mexico . . . . 29

## Financials

Consolidated Statements of Income . . . . 31
Consolidated Statements of Financial Position . . 32
Consolidated Statements of Cash Flow . . . . 33
Financial and Operating Statistics . . . . 34
Non-GAAP Definitions . . . . 35
Non-GAAP Reconciliations . . . . 36
Cautionary Information . . . . 39

## System Map and Facts




## 2006 Facts

### Track Miles (As of 12/31/06)

| | |
|---|---|
| Main Line | 27,318 |
| Branch Line | 5,021 |
| Yards, sidings and other main lines | 19,257 |
| Total Track Miles | 51,596 |
| **Track Miles of Rail Installed and Replaced** | |
| New | 632 |
| Used | 361 |
| Total | 993 |
| Track Miles of Continuous Welded Rail | 27,567 |
| Track Miles Under Centralized Traffic-Control | 19,191 |
| Track Miles Ballasted | 8,239 |
| Ties Installed and Replaced (thousands) | 4,670 |

### Equipment Owned Or Leased At Year End

| | |
|---|---|
| Locomotives | 8,475 |
| Covered hoppers | 38,785 |
| Boxcars | 24,342 |
| Open-Top hoppers | 19,012 |
| Gondolas | 14,884 |
| Other | 7,702 |
| Total | 104,725 |
| **Average Age of Equipment (Years)** | |
| All Locomotives | 15.54 |
| Road Locomotives - Core Fleet | 11.53 |
| Freight Cars | 18.4 |

## Company Overview

Headquartered in Omaha, Nebraska, Union Pacific Corporation owns one of America's leading transportation companies, the Union Pacific Railroad Company (Company, UP or Railroad). The Railroad links 23 states in the western two-thirds of the country and serves the fastest-growing U.S. population centers. Union Pacific's strategically advantageous route structure supports the nation's economy, linking every major West Coast and Gulf Coast port to some of the largest and fastest growing U.S. population centers. The Railroad serves the East through major gateways in Chicago, St. Louis, Memphis and New Orleans. In addition, UP is the only railroad serving all six major Mexican gateways and operates key north/south corridors for interchange traffic with the Canadian and Mexican rail systems. UP reaches north into Canada through the Eastport gateway in Idaho, as well as through exchange points in Minnesota, Wisconsin and Illinois. That network, combined with a well-balanced and diverse traffic mix, makes UP the premier rail franchise in North America.

Union Pacific's freight traffic consists of bulk, manifest and premium business. Bulk traffic is primarily the shipment of coal, grain, rock and soda ash in unit trains. A key franchise strength is access to the Southern Powder River Basin (SPRB) coal fields of northeastern Wyoming. Growth of SPRB coal tonnage hauled by UP is expected to continue, reflecting the growing energy needs of the U.S. UP also provides direct routes from major grain-producing areas in the Midwest to domestic markets, Mexico and export ports in the Gulf Coast and Pacific Northwest.

Manifest traffic is individual carload or less than-train-load business, including commodities such as lumber, steel, paper and food, transported from thousands of locations on Union Pacific's vast network. Union Pacific also has broad coverage in the large chemical-producing areas along the Gulf Coast.

The Railroad's premium business is the transportation of finished vehicles, intermodal containers and truck trailers. UP's extensive automotive network facilitates delivery of approximately 77 percent of the rail shipped finished vehicles sold west of the Mississippi River. The Railroad also serves the fast-growing market for international imports with its competitive long-haul routes connecting the West Coast ports and eastern gateways, particularly along the Sunset Corridor from Los Angeles to El Paso.

The strength of this diverse franchise and efficient utilization of the Railroad's capacity enables the Company to provide its customers with a reliable and valuable service product that drives growing financial returns for our shareholders.

TRAFFIC CLASSIFICATION




FREIGHT TRAFFIC




BUSINESS MIX



# The Year in Review

## 2006 Recap

Union Pacific's strategy to enhance the long-term value of the Company through profitable revenue growth and improved operating efficiency resulted in a "best ever" performance in nearly every key financial measure during 2006. For the year, Union Pacific reported revenue of $15.6 billion, a $2 billion increase from record 2005 levels. All six business groups achieved record annual revenue levels in 2006. Core price improvement, fuel surcharges, and a 3 percent volume increase drove revenue gains. Improved operating efficiency and greater service reliability also contributed to the Company's operating income growth, which increased more than 60 percent to $2.9 billion. The Company's operating ratio improved 5.3 points versus 2005, to 81.5 percent.

Operating performance improved in 2006 while moving record volume. Network fluidity measurements for 2006 show increased efficiency as average freight car dwell improved 5 percent and system velocity improved 0.3 mph. Strategic initiatives aimed at network simplification aided operational improvement.

Customer satisfaction ratings in 2006 reflected UP's improved operations. Customers rated the Company 8 points higher on customer satisfaction surveys than the previous year. Customers also benefited from the Customer Inventory Management System (CIMS), which was nearly 80 percent implemented throughout the system by the end of the year. This technology solution increases terminal processing without adding physical capacity, by aiding in the reliability of shipments through reduced congestion and increased predictability.

Energy prices rose through most of the year, before falling during the fourth quarter. Union Pacific's average annual fuel price increased 16 percent to $2.06 per gallon. At the end of 2006, about 90 percent of UP's customers were covered by some type of fuel surcharge program. Fuel conservation efforts also enabled UP to handle 3 percent volume growth while consuming only 1 percent more fuel.




* Please refer to page 36 for a reconciliation to GAAP.

## Financial Summary

| Union Pacific Corporation | 2006 | 2005 | 2004 |
|---|---|---|---|
| Operating Revenues (millions) | $15,578 | $13,578 | $12,215 |
| Operating Income (millions) | $2,884 | $1,795 | $1,295 *(a)* |
| Operating Ratio | 81.5% | 86.8% | 87.4% *(a)* |
| Operating Margin | 18.5% | 13.2% | 10.6% *(a)* |
| Revenue Carloads (thousands) | 9,852 | 9,544 | 9,458 |
| Average Employees | 50,739 | 49,747 | 48,329 |
| Average Diesel Fuel Price (per gallon) | 2.06 | 1.77 | 1.22 |
| Capital Expenditures (millions) | $2,242 | $2,169 | $1,876 |
| Long-Term & Flexible Operating Leases (millions) (b) | $443 | $691 | $526 |

*(a) Includes a $247 million pre-tax ($154 million after-tax) charge for unasserted asbestos-related claims.*
*(b) Represents the net present value of long-term operating leases for new equipment.*

## The Year in Review

During 2006, Union Pacific spent $2.24 billion in cash capital for track, facility and terminal maintenance, capacity expansion, equipment upgrades and additions, as well as the development and implementation of new technologies. The Company also acquired 200 locomotives and approximately 2,100 freight cars under long-term operating leases with a net present value of around $427 million. Additionally, UP contributed $150 million to the employee retirement plan during 2006. Free cash flow, after dividends, increased $282 million to $516 million[1]. Lease adjusted debt to capital improved 3.4 points, to 40.2 percent[1]. Return on invested capital increased 2.5 points, to 8.2 percent[1].




### 2007 Outlook

The Company expects another year of improving operating efficiency gains will translate into strong financial performance and enhanced shareholder value. Despite mixed economic signals to start 2007, the Company remains confident in the demand for rail services. Union Pacific expects volume growth in coal, international intermodal, and ethanol shipments to continue throughout the year. Slower housing and auto markets could partially offset growth in those areas. The Railroad will continue to manage network volumes and strive to increase returns across all six business groups. UP is targeting year-over-year commodity revenue growth of 4 to 6 percent, with flat volume or growth of up to 2 percent.

The Company took additional steps in January to further enhance shareholder value by increasing the dividend and implementing a share repurchase program. Quarterly dividends were increased 17 percent to $0.35 per share. The Company also authorized the purchase of up to 20 million shares, about 7 percent of the total outstanding, by year-end 2009.

On April 19, 2007, Union Pacific reported diluted earnings per share of $1.41 with revenue growth of 4 percent during the first quarter of 2007. For the full year, the Company is targeting diluted earnings per share growth of 10 to 15 percent from 2006. Union Pacific anticipates improving its operating ratio for the full year to below 80 percent.

The Railroad will continue to simplify operations and improve network efficiency. In addition, capacity expansion programs are needed to support long-term volume growth expectations as well as enhance overall network fluidity and throughput. Total capital (cash and leasing) spending in 2007 should total around $3.2 billion, focused primarily on track maintenance and capacity expansion in targeted growth areas, specifically coal and intermodal. The Company is confident of the financial returns in this investment, and continues to target improvement in return on invested capital.

[1] *Please see the non-GAAP reconciliation section of this book beginning on page 35.*

# Safety and the Environment

## Safety

Safety is a core value at Union Pacific. All employees are responsible for maintaining safe working conditions and preventing personal injuries and accidents. UP's commitment to safety extends beyond its own employees and includes both customers and the communities in which UP operates. In 2006, the safety of our employees improved as the number of incidents was reduced 13 percent. Rail equipment incidents decreased 17 percent and the associated costs fell 13 percent.




Crossing accidents have increased nationwide in recent years with the growth in rail and highway traffic. Union Pacific is working to reverse that trend through improved crossings, technology and education. In 2006, UP closed 409 crossings to reduce exposure to possible grade crossing accidents. Technology such as locomotive simulators and track image recorders (TIRs) are being utilized to improve crossing safety. Simulators help teach and reinforce safe operating practices for employees and TIRs assist in the analysis of crossing accidents. At year end 2006, Union Pacific had TIRs in roughly 30 percent of its road locomotive fleet. In addition, driver behavior is addressed through public education classes and initiatives with local police agencies to promote greater crossing safety.

Union Pacific is partnering with Dow Chemical, Union Tank Car and the Federal Railroad Administration on the "Next Generation Tank Car Project" to further improve the safety of chemical transportation through better tank car design. The Company is also testing Communications-Based Train Control, a technology that enhances train safety through the use of global positioning satellites and onboard computer technology. In 2007, UP will continue its multifaceted approach to safety through employee education and training, public awareness and derailment prevention.

## Environment

Union Pacific is committed to protecting the nation's environment. As one of America's largest transportation companies, UP's role is critical to the U.S. economy. It is also critical that this service is provided in a manner that protects the country's natural resources.

One area where railroads offer a significant advantage over other forms of freight transportation is fuel efficiency. For example, railroads are generally three times more fuel efficient than trucks. Union Pacific is continually improving its fuel efficiency through better locomotive technology, engineer training and employee involvement. One of the most successful initiatives has been the innovative Fuel Masters program, which rewards locomotive engineers for efficiently operating trains. Increased asset utilization and network efficiency also has enabled the Company to improve its fuel consumption. For example, improved efficiency versus 2005 allowed UP to save more than 50 million gallons of diesel fuel in 2006. Since 1995, the Company has achieved a more than 12 percent improvement in fuel efficiency.

Union Pacific is aggressively working to become even "cleaner and greener" through the reduction of locomotive emissions. There are three sets, or tiers, of emission standards provided by the U.S. Environmental Protection Agency (EPA), which are progressively more stringent. Over time, these standards require continuing reductions in locomotive exhaust emissions of nitrogen oxides and particulate matter. With approximately 50 percent of its nearly 8,500 locomotives certified under the applicable EPA tier standards, UP owns the most environmentally friendly fleet in the nation. Further improvements are on the horizon as the Company works with manufacturers to field-test new, high-horsepower locomotives that surpass the EPA's most stringent standards and older locomotives are retrofitted with new emission-reduction equipment.

UNION PACIFIC ENVIRONMENTAL MANAGEMENT

To help reduce emissions in train yards, UP tested the world's first "Green Goat" hybrid switching locomotives. These locomotives combine diesel engines with battery-powered electric motors, and are estimated to reduce emissions 80 percent and improve fuel consumption 16 percent versus conventional switching locomotives. The Company has more than 20 of these units in service today, in major urban areas such as Houston and Los Angeles. Along with the "Green Goat" hybrids, UP is also pioneering another low emissions switch locomotive, the "Genset Switcher". These units utilize "off-road" truck-style diesel engines that are expected to reduce emissions and fuel consumption at similar levels to the "Green Goat" units. Both of these new switching locomotives are significantly "cleaner and greener" than required by current EPA requirements. The California Air Resources Board has designated both types as "ultra-low-emitting locomotives."



*"Green Goat" hybrid yard locomotive*

Union Pacific has a comprehensive waste reduction and recycling program that touches nearly every part of the company. Concerted efforts are made to address high-volume items such as wooden track ties and used oil. When possible, wooden track ties are refurbished for use elsewhere on the UP system or sold to landscaping or recycling companies. The Company is installing more-durable concrete ties, which require lower maintenance and generate less waste than wooden ties.

UP's standard operating equipment for fueling and locomotive maintenance activities is designed to prevent overflows and spills. On-board retention tanks capture residual oil from locomotives for proper disposal. Recycling used oil is a high priority at Union Pacific, and 100 percent of oil captured is recycled.

UP is also actively working to recycle one of the fastest growing sources of waste, "e-waste". This is generally characterized as old, out-dated computers and other electronic devices. UP evaluates any electronic equipment no longer needed to determine if it can be recycled, reused or rebuilt. Since 2003, the Company has recycled more than 293,000 pounds of electronic equipment and nearly 6 million pounds of batteries.

## *Did you know...?*

- In 2006, on average, Union Pacific hauled one ton of freight over 780 miles on a single gallon of diesel fuel
- One double stack intermodal train equals up to 280 trucks traveling on the highway
- In terms of noxious emissions, trains are 3 times cleaner than trucks on a per ton-mile basis
- If 25 percent of truck freight was diverted to rail transportation, nearly 800,000 fewer tons of air pollution would be created by 2025.

## Network Management

Operating strategies aimed at network simplification, technology, and capital investments resulted in better service reliability and efficiency throughout 2006. Ongoing Unified Plan initiatives reduced the overall workload on the network and improved transportation planning. Continuous improvement initiatives simplified terminal operations, increased throughput and reduced traffic bottlenecks at key locations throughout the network. The Customer Inventory Management System (CIMS) rollout accelerated across the system in 2006. This technology solution proactively manages terminal inventories, matching rail and customer capacity by monitoring customer inventory and storage capabilities along with freight cars enroute and freight cars awaiting delivery. System implementation should be complete in 2007.

The Company's Network Planning function utilizes the business planning process to strengthen the vital link between the Market and Sales and Operating departments. Marketing and Sales provides detailed shipment forecasts to Network Planning personnel who model the forecast against network capacity. Where constraints are identified, Operating management works with Marketing and Sales to prioritize new business opportunities by profitability, evaluate process improvement initiatives (to increase capacity) and review alternative transportation routes. In an environment of growing rail demand and limited capacity, this increased organizational linkage is crucial to optimize network coordination and efficiency.

### Unified Plan

The Unified Plan effort takes a "clean sheet" approach to Union Pacific's transportation plan, simplifying network complexity while increasing system velocity and asset utilization. Key plan elements include the elimination of mainline work events and the reduction of intermediate switching events. In 2006, the Company's work event rate improved 11 percent versus 2005, and the switch rate fell by nearly 5 percent. UP purchased network modeling software to improve the planning process by forecasting network impacts of various traffic scenarios. This increased forecasting capability, combined with greater "network" awareness at the local operating manager level, is driving better operational efficiency and balance.

UNIFIED PLAN BUSINESS PROCESS




Unified Plan initiatives will continue to be implemented in 2007 and beyond. The process is considered "evergreen", as the growing demand for rail service offers new challenges from those faced at plan inception. Our on-going focus will be better planning tools, balanced traffic flows, further work and switch event reductions and overall system congestion relief.

### Continuous Improvement Efforts

Union Pacific uses a variety of management processes to further enhance network productivity and efficiency, particularly at the terminal level. The Company has a core team of personnel who combine industrial engineering training and familiarity with railroad knowledge and experience. This group applies techniques like Lean management to improve operations at key points throughout the network. The Lean concept focuses on opportunities to improve efficiency by reducing movements, inventories, defects and rework. The goal of these projects is to increase capacity without capital investment, by streamlining operational processes and reducing complexity.

Improved flow processing in our locomotive repair facilities resulted in reduced cycle times, freeing additional locomotives to serve customers and haul freight. Terminal operations, which have been a primary focus in the past year, are also more efficient. Congestion related delays have been reduced by up to 90 percent following implementation at key system areas such as Roseville and Chicago. The team's work is now expanding to other critical service units and routes that have maximum leverage on the network.

## Project Houston

The Houston service unit is a key part of the Union Pacific network. Large volumes of diverse traffic originate and pass through this area every day, both for shipment to other points on the system and for interchange with rail carriers in the East. The Houston metropolitan area is operationally complex, as a series of railroad terminal locations are separated by the business and housing developments that make up this large population center. Traffic is often required to be interchanged between the various area facilities, depending on destination and capacity limitations of the individual locations. Early in 2006, a multi-faceted effort began to improve train flow and velocity in and around Houston.

A cross-functional team, composed of personnel from continuous improvement, network planning, local operating managers, and the mechanical department, all took part in the project. Unified Plan changes reduced car inventories and internal workload, trimming work events and more effectively flowing traffic. For example, Settegast and Englewood, the two largest classification facilities in the Houston complex previously handled traffic moving in all directions out of Houston. Project Houston changed the transportation plan to have each facility handle traffic based on their geographic location. Settegast, which is located in northeast Houston, now handles traffic destined for the North and East. Englewood, located in southwest Houston, handles traffic to the South and West. This flow process eliminated interchanges between the two yards, removing congestion and switch events.







Additional efforts involving corridor management teams focused on leveraging the existing asset base to improve velocity and traffic flow in the key corridors into and out of Houston. The locomotive group revised the servicing network for the 250 yard and local locomotives to reduce servicing time and improve availability. The local terminal operations personnel took responsibility for daily execution of the transportation plan and service reliability.

Houston-area operations have clearly improved. Service unit velocity increased nearly 10 percent from 2005, indicating better fluidity and throughput. Industry spot/pull percentage, which measures the first and last customer interface, also increased nearly 10 points to 86 percent overall for the service unit. On time train departures improved 19 percent. The initiatives put in place will remain "evergreen", evolving as Houston's business mix grows and changes in the years to come.

## Investing in Our Future

Union Pacific's 32,000 plus mile network requires a large capital commitment each and every year in order to maintain safe operations, support the transportation needs of our current and future customers and improve operational efficiency. The Company expects to make capital investments totaling $3.2 billion in 2007. Annual track maintenance across the Railroad's system will make up nearly half, at approximately $1.5 billion. The Company plans to replace 4.3 million ties, spread 6.6 million tons of rock ballast, replace 870 miles of rail and surface 8,200 miles. UP also plans to acquire 300 new high-horsepower long-haul locomotives and 800 freight cars. New freight cars and environmentally-friendly locomotives are added to our fleet annually to replace older, less efficient equipment and support growth.

### Sunset Corridor Expansion

One of Union Pacific's key routes is the Sunset Corridor, which runs between Los Angeles and El Paso. This heavily traveled corridor carries about 20 percent of all traffic operated by the Railroad. UP added 56 miles of double track to the 760 mile route in 2006, making it approximately 50 percent double tracked.

Current Sunset Corridor capacity is roughly 50 to 52 trains per day. UP's freight demand in that corridor exceeds capacity today and future growth expectations will further increase demand. In particular, international intermodal shipments are expected to annually grow at least 6 percent over the next several years. Although the Company was on a pace to completely double track the route in the next seven or eight years, strong demand has led to the Company's decision to accelerate the project. UP now plans to complete the double track over the next 4 years.

Terminals along the Sunset Corridor are also being expanded and upgraded to support the rising traffic levels anticipated with the route expansion. Construction of a new intermodal facility in San Antonio, TX will begin during 2007 to accommodate the projected traffic growth flowing from the corridor in addition to providing operational flexibility for the Company upon completion in 2008. Additional track construction and facility upgrades are planned at terminals in Los Angeles, Yuma, Tucson, and El Paso over the course of the project.

Once completed, capacity on the Sunset Corridor will nearly double to 90 plus trains per day. The added capacity also helps network efficiency, providing an alternate route during maintenance on other system areas, and improving system service recoverability.

SUNSET CORRIDOR



### Joint Line Expansion

A key strength of Union Pacific is its access to the Southern Powder River Basin (SPRB) coal fields of northeastern Wyoming. Coal currently powers approximately 50 percent of U.S. electrical generation, and with the electricity needs of the country continuing to build, strong demand growth is expected to continue. SPRB coal is particularly attractive due to its relatively low cost and reduced sulfur content. Capacity expansion is underway on the UP/BNSF Joint Line (the Joint Line) serving the SPRB. Approximately 25 miles of third main track and 31 miles of fourth main track will be added during the expansion. When these projects are complete in 2008, the Joint Line will be 100 percent triple mainline with quadruple mainline in key areas. This expansion should support expected SPRB coal growth as well as improve the ability to perform Joint Line maintenance while reducing train delay and congestion. Signal and capacity upgrades across Nebraska and Iowa are also planned, which will help train dispatching and the flow of coal traffic across the Midwest.






## Track and Terminal Density




### 2006 Terminal Volumes

| Major Classification Yards | Average Daily Volume/Cars | Major Intermodal Terminals | Annual Lifts |
|---|---|---|---|
| North Platte | 2,900 | ICTF (Los Angeles) | 725,000 |
| Proviso (Chicago) | 1,700 | Marion (Memphis) | 406,000 |
| North Little Rock | 1,600 | East Los Angeles | 329,000 |
| Englewood (Houston) | 1,400 | Global I (Chicago) | 321,000 |
| Roseville | 1,400 | Global II (Chicago) | 297,000 |
| Livonia | 1,400 | Dallas | 284,000 |
| Pine Bluff | 1,300 | Oakland | 268,000 |
| West Colton | 1,300 | Yard Center (Chicago) | 248,000 |
| Fort Worth | 1,300 | Seattle | 238,000 |
| Neff (Kansas City) | 1,000 | Englewood (Houston) | 206,000 |

# Revenue Overview and Outlook

## 2006 Recap

With strong demand and improving service, Union Pacific again set volume records for every quarter in 2006, continuing a string of 14 consecutive quarters of year-over-year improvement. Volumes peaked in June, as seven-day carloadings averaged over 198,000 for the month and topped 200,000 for the first time ever for a 7-day period, ultimately peaking at 201,467 on June 17. This marked the first time that the seven-day records had ever been set outside of the traditional fall peak season. With the strong June volume, anticipation of a record peak season was high. A slowdown in the construction and automotive markets, however, kept volumes relatively flat in the third quarter before tailing off slightly in the fourth quarter. For the year, overall volume grew 3 percent, led by record years in Intermodal, Energy and Automotive.

Commodity revenue grew to a record $14.9 billion, a 15 percent increase driven by an 11 percent gain in average revenue per car (ARC) combined with the volume growth. With a continued focus on yield improvement, all six business groups experienced solid ARC growth, ranging from 8 to 17 percent, with Industrial Products leading the way. As in 2005, continued improvement in fuel cost recovery through our fuel surcharge mechanisms and increased prices led to the growth. Core prices increased 7 percent in 2006.

CORE PRICE IMPROVEMENT




Over the last four years, UP repriced approximately 68 percent of commodity revenue. This repriced business better reflects market conditions and our focus on ensuring that prices support continued capacity expansion and necessary investment. The remaining 32 percent represent long-term contracts that expire over the next several years. Expiration of these legacy contracts will provide an opportunity for further price improvement through negotiation and to ensure that price escalators and fuel surcharges reflect market conditions. Five percent of our legacy revenue contracts expire in 2007.

PRICING OPPORTUNITIES




Resource additions over the past few years and ongoing process improvements, such as the Customer Inventory Management System (CIMS), allowed network velocity to improve even as the system handled record volumes. As some markets softened, velocity increased even more. Customers recognized the stronger network with higher customer satisfaction scores throughout the year, led by solid improvement in satisfaction with transit times and service consistency.

Capitalizing on improved service, the Railroad rolled out new products that open up market opportunities. Two examples are produce unit train service and Pipeline Express. The Produce Railexpress, from Washington State to New York, provides shippers with a high speed, cost effective alternative to truck in the agricultural perishables market. Pipeline Express streamlined steel pipeline movements to increase efficiency and enhance our ability to meet marketplace demand. Both of these products also drove further operating improvement by utilizing efficient unit train service.

## 2007 Outlook

Although leading economic indicators project a less robust economy in 2007, the Railroad expects flat volume or growth of up to 2 percent. The Union Pacific franchise serves the fastest growing regions of the country, positioning the Company to outperform the national outlook for such key indicators as housing starts and light vehicle sales. UP's automotive business also benefits from our coverage of plants producing the fastest-selling models. Energy demand and Trans-Pacific trade remain strong, while continued velocity improvements should allow the Company to capitalize on other growth opportunities. UP's expectation is that the economy will strengthen as it moves into the second half of the year.




With continued focus on yield improvement, the Railroad is targeting revenue growth of 4 to 6 percent for the year. As market conditions allow, business that has previously been repriced will be available for further escalation and legacy contracts that expire in 2007 will be renegotiated.



## Agricultural Products

### Commodity Profile

Agricultural products transportation, including whole grains, commodities produced from these grains, and food and beverage products, provided 16 percent of the Railroad's 2006 commodity revenue. With access to most major grain markets, the Railroad provides a critical link between the Midwest and western producing areas and export terminals in the Pacific Northwest (PNW) and Gulf ports, as well as Mexico. Unit shuttle trains transport a single commodity efficiently between producers and export terminals or domestic markets. UP also serves significant domestic markets, including grain processors, animal feeders and ethanol producers in the Midwest, West, South and Rocky Mountain states.

Union Pacific ships food commodities to major U.S. population centers for consumption. Express Lane and Wine Connection are UP's premium perishables services moving dairy products, fresh and frozen fruits and vegetables and wine from the PNW and California to destinations in the East and Southeast. The Railroad transports frozen meat and poultry to the West Coast ports for export, while beverages, primarily beer, enter the U.S. from Mexico. During the fourth quarter of 2006, Union Pacific launched the first Produce Railexpress train. This highly-efficient unit train service shuttles refrigerated cars from a single shipper in the West to a single receiver in the East.

Through its alliances, UP considers Canada and Mexico important extensions of its domestic markets. In 2006, agricultural carloads to and from Mexico grew 14 percent and revenue increased 33 percent. Growth commodities include Mexican beer moving northbound into the U.S., southbound soybean meal, whole cottonseed, dried distiller grain with solubles (DDGS, an ethanol co-product) and northbound sugar. Feed grain shipments were fairly flat in 2006 driven by competitive pressure and a strong local crop in western Mexico.

AGRICULTURAL PRODUCTS LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

2006 CARLOADS




| | | | |
|---|---|---|---|
| **Whole Grains** | **43%** | **Grain Products** | **39%** |
| Domestic Feed Grains | 22% | Meals & Oils | 15% |
| Export Feed Grains | 11% | Dry Feed Ingredients | 6% |
| Wheat | 10% | Flour Mill Products | 4% |
| | | Sugar & Liquid Feed | 4% |
| | | Rice | 2% |
| | | Wet Corn Milling & Ethanol | 8% |
| | | **Food & Beverage** | **18%** |
| | | Brewers & Food | 13% |
| | | Frozen & Refrigerated | 5% |

Domestic and foreign crop production, grain prices, currency fluctuations and shipping rate spreads between the Gulf Coast and the PNW are primary factors affecting export grain traffic. Consistent service performance is a large driver of UP's domestic traffic. In 2006, whole grain volumes grew nearly 2 percent versus the prior year. Both domestic and export feed grain shipments were stronger in 2006 but were offset slightly by declining shipments of wheat, due to soft production in UP served states and lower U.S. exports of wheat.

### 2007 Outlook

The Agricultural Products group will enhance profitability by ensuring that every carload is reinvestable and customers' receive quality service. In addition, all published prices, new contracts and renewed contracts are subject to UP's standard mileage-based fuel surcharge.

In 2007, the Agricultural Products group expects continued growth in ethanol and DDGS. Corn shipments to forward ethanol plants in the western United States should ramp up mid-year as new plants begin production in Arizona and Oregon.

Union Pacific maintains the largest, most modern refrigerated boxcar fleet in the industry. This competitive advantage enables the Company to capitalize on strong rail capabilities, matching major production areas with growing population centers. In the last half of 2007, a second Produce Railexpress train is expected to be added to UP's service offering.

Although the export grain market changes continually, the Company's expectation is for exports of U.S. corn to be strong in the last half of 2007. Soybean exports may decline as South America continues to gain share in world soybean markets. When export demand arises, UP expects to take advantage of it by leveraging the Railroad's shuttle train network. UP will also work with the Mexican railroads to expand the shuttle train network into Mexico.




### Ethanol and DDGs

The ethanol market is expected to continue its strong growth pattern in 2007. Nine new ethanol plants will come on line in UP's service territory during 2007 with an estimated production capacity of 500 million gallons of ethanol and 1 million tons of DDGs. This will give UP access to 58 ethanol plants and over 4 billion gallons of production and 8 million tons of DDGs.

The strategic focus in this market will be the consolidation of single car manifest shipments into more efficient unit trains. To facilitate this conversion, UP is working with its customers to develop destination infrastructure for the unloading of unit trains in various receiving markets. Additionally, origin rail capacity will continue to be reviewed and constraints identified to ensure consistent, reliable delivery to market.

### Annual Summary by Quarter - Agricultural Products

| | 2004 | | | | | 2005 | | | | | 2006 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Commodity Revenue (millions of dollars)* | 411 | 398 | 394 | 472 | 1,675 | 448 | 463 | 502 | 558 | 1,971 | 563 | 566 | 596 | 670 | 2,395 |
| *Revenue Ton-Miles (millions)* | 19,960 | 18,863 | 18,219 | 20,052 | 77,094 | 19,374 | 19,215 | 19,610 | 19,820 | 78,019 | 20,085 | 19,756 | 19,793 | 21,378 | 81,012 |
| *Revenue Carloads (thousands)* | 231 | 215 | 209 | 229 | 884 | 216 | 215 | 224 | 228 | 883 | 234 | 226 | 226 | 237 | 923 |
| *Average Commodity Revenue Per Car (dollars)* | 1,783 | 1,854 | 1,883 | 2,059 | 1,895 | 2,076 | 2,152 | 2,236 | 2,455 | 2,233 | 2,405 | 2,510 | 2,635 | 2,825 | 2,595 |

## Automotive

### Commodity Profile

Ten percent of Union Pacific's 2006 commodity revenue consisted of automotive moves for finished vehicles and automotive parts and materials. Carload movements of primarily new vehicles accounted for 80 percent of the commodity revenue. Movements of automotive parts and materials in various rail transportation modes made up the remaining 20 percent.

Finished vehicle shipments move from assembly plants or import processing facilities to distribution facilities where vehicles are off-loaded for truck delivery to dealer showrooms across the UP network. Union Pacific is the largest automotive carrier west of the Mississippi River, directly serving seven vehicle assembly plants, six West Coast ports, the Port of Houston and 38 automotive distribution facilities. UP also receives and delivers finished vehicles to and from connecting railroads in Mexico, Canada and the U.S. Automotive parts and materials are delivered to assembly plants in Mexico, Canada and the U.S. UP provides expedited handling of these shipments in intermodal containers, boxcars and flat cars.

U.S. new light vehicle sales totaled 16.5 million vehicles in 2006, a decrease of 2.6 percent versus 2005 levels and the lowest sales level since 1998. Although lower sales levels were reflected in less U.S. light vehicle production, Union Pacific experienced more than a 4 percent increase in finished vehicle shipments, and a 6 percent increase of automotive parts and materials versus 2005. Automotive revenue grew 13 percent driven by total volume gains of 4.7 percent, yield improvements and fuel price recapture.

AUTOMOTIVE LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

2006 CARLOADS




Changing dynamics in the automotive industry are reflected in Union Pacific's 2006 shipments. Volumes to and from Mexico for assembled vehicles, parts and materials increased 15 percent versus 2005 as manufacturers retooled and rationalized production capabilities and capacity. Similarly, international assembled vehicle volumes increased nearly 29 percent. This increase corresponds to significant market share improvements enjoyed by international manufacturers in 2006. Parts and materials revenue gains from increased international and tier supplier shipments, coupled with positive pricing actions, offset domestic share loss.

Automotive manufacturers are heavily utilizing Mexican resources to meet production requirements. As a result, shipments for vehicles, parts and materials moving to or from Mexico make up nearly 29 percent of Union Pacific's total automotive revenue. The nearly 33 percent vehicle volume growth from Mexico came primarily from Ford, General Motors (GM), and Nissan increases. Both GM and Nissan produced new and updated models at retooled plants, and Ford increased production at its Hermosillo plant. Continued sourcing shifts contributed to the nearly 12 percent increase for parts and materials moving northbound from Mexico, predominately via intermodal service.

Union Pacific's Automotive Management System with the Network Alert Map allows the Railroad to proactively identify potential trouble spots by providing a "real time" view of current enroute rail car volumes, vehicle dwell times and inventory. Early identification of potential issues enables the Railroad to take positive corrective actions, avoiding or

minimizing significant issues later. Additionally, UP has implemented a new inventory management system at six distribution facilities to monitor vehicle dwell. This process assists customers and the Railroad by expediting vehicles to the ultimate dealer and releasing facility staging bays for additional traffic. These systems facilitate expedited dealer deliveries, improving both asset utilization and customer satisfaction.

DOMESTIC BIG 3 VS. TRANSPLANT CARLOADS
*Percent Change in Carloads Since 2002*




### Automotive Industry Transition

Since 2002, the Domestic Big 3 (GM, Ford and DaimlerChrysler) have sold nearly 14 percent fewer U.S. light vehicles, losing 8 percent market share to other manufacturers. Consumer preferences, vehicle delivered price, additional luxury products, sport utility vehicles, crossover vehicles, fuel prices and fuel efficiency have all contributed to this change. Since 2002, Union Pacific has experienced a shift in its traffic mix, including a 12 percent reduction in finished vehicle carloads for the Domestic Big 3. At the same time transplant companies, including international imports and "new domestic", have grown U.S. sales by 20 percent. Union Pacific's business with these manufacturers has grown 40 percent since 2002. UP's vast network of automotive distribution facilities in the Western U.S. and equipment supply have been key in meeting changing customer requirements.

### 2007 Outlook

U.S. light vehicle sales for 2007 are expected to be slightly lower than 2006 levels. The Railroad continues to be well-positioned with a diverse customer base, including the still dominant Domestic Big 3, and quickly growing import and transplant manufacturers. Additionally, imports from India and China will be monitored and evaluated as their export plans to the U.S. develop. Growth by these international manufacturers could impact overall automotive rationalization efforts.

The Railroad expects similar volume and market share to 2006 levels. The new Toyota plant at San Antonio, TX is in its first full year of production, and plants recently retooled, both UP-served and in Mexico, should drive volume. Import business via mini-landbridge shipments also presents incremental opportunities as ship lines look to avoid transportation delays through the Panama Canal.

Infrastructure improvements will be made at locations experiencing profitable traffic growth. An additional twenty-seven locations are expected to have the new vehicle dwell inventory management system implemented during 2007.

Automotive parts and materials growth will focus on opportunities to pursue truck-to-rail conversions. UP will capitalize on its strong interline carrier alliances to secure these opportunities. Past efforts to expand sales and channel relationships with the tier suppliers and logistic providers have positioned UP to pursue parts growth initiatives. Opportunities to utilize direct boxcar service combined with cross dock truck-to-rail and rail-to-truck are being pursued.

Additional growth opportunities exist with Railroad subsidiaries, Insight Network Logistics and Union Pacific Distribution Services. These companies offer supply chain logistic services for major automotive manufacturers. Marketed jointly with UP's rail services, they assist manufacturers in meeting customers' changing inventory needs and provide continued growth opportunities.

## Automotive Facilities and Assembly Centers




### Annual Summary by Quarter - Automotive

| | 2004 | | | | | 2005 | | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Commodity Revenue (millions of dollars)* | | | | | | | | | | | | | | |
| 297 | 326 | 288 | 324 | 1,235 | 293 | 329 | 299 | 352 | 1,273 | 361 | 390 | 328 | 359 | 1,438 |
| *Revenue Ton-Miles (millions)* | | | | | | | | | | | | | | |
| 4,402 | 4,736 | 4,247 | 4,602 | 17,987 | 4,182 | 4,596 | 4,150 | 4,679 | 17,607 | 4,661 | 4,994 | 4,143 | 4,521 | 18,319 |
| *Revenue Carloads (thousands)* | | | | | | | | | | | | | | |
| 203 | 217 | 195 | 211 | 826 | 192 | 210 | 186 | 209 | 797 | 210 | 225 | 191 | 208 | 834 |
| *Average Commodity Revenue Per Car (dollars)* | | | | | | | | | | | | | | |
| 1,461 | 1,503 | 1,474 | 1,543 | 1,496 | 1,524 | 1,565 | 1,611 | 1,689 | 1,598 | 1,722 | 1,735 | 1,715 | 1,722 | 1,724 |

# Chemicals

### Commodity Profile

Transporting chemicals provided 14 percent of Union Pacific's 2006 commodity revenue. The Railroad's franchise enables it to serve the large chemical megaplex along the Gulf Coast as roughly two-thirds of the Company's chemical business originates, terminates or travels through this area. UP's chemical franchise also accesses chemical producers in the Rocky Mountains and on the West Coast. The Company classifies chemical shipments into three broad categories: Petrochemicals, Fertilizer and Soda Ash.

More than two-thirds of UP's chemicals business is considered "Petrochemicals" including liquid and dry chemicals, plastics, petroleum and liquid petroleum products. Fertilizer movements originate in the Gulf Coast region, as well as the West and Canada, bound for major agricultural users in the Midwest, western U.S. and for export. These shipments account for 16 percent of the Railroad's chemical business. Soda ash shipments, contributing 15 percent of chemical volumes, originate in southwestern Wyoming and California destined for glass producing markets in the East, West and abroad. Natural gas prices have a dual impact on chemical production. Natural gas is a feedstock in a variety of chemical production processes and is an energy source for many production plants.

Petrochemicals move primarily to and from the Gulf Coast region. Pipelines, barges, and to a lesser extent trucks, provide transportation alternatives for some of these commodities. The liquid and dry market consists of several dozen segments of basic, intermediate and specialty chemicals produced by, and shipped to, large and small customers. Strong demand from industrial manufacturers is key to this market segment. Plastics shipments support many vital sectors of the U.S. economy, including the automobile, housing and durable and disposable consumer goods markets. In 2006, UP's Petrochemicals volume remained constant.







*Lane density based on carloadings. Line thickness depicts traffic density.*

UP is a vital link in the plastics supply chain through its ownership and operation of storage-in-transit (SIT) facilities. Plastics customers utilize railroad SIT yards for intermediate storage of their plastic resins, and UP's SIT capacity exceeds that of any other railroad.

UP's fertilizer demand is largely driven by U.S. agricultural expectations and world demand. Softer global markets as well as wet weather conditions in the Company's served markets during the normally busy fall application season resulted in a 12 percent decrease in fertilizer carloads in 2006 versus 2005.

UP directly serves Green River, Wyoming, the world's largest soda ash reserve and producing region. Soda ash carloads increased 1 percent year-over-year as export markets grew slightly and domestic soda ash demand remained relatively stable.

## 2007 Outlook

Demand for North American chemical production is expected to match 2006 levels. Overall demand for plastics is expected to grow modestly in 2007. UP expects some stronger growth related to the projected fourth quarter 2007 start-up of two new plastic production facilities served by the Company. Similarly, liquid and dry commodities are expected to increase at modest levels with 1 percent overall volume growth expected. Basic and intermediate chemicals should grow more slowly with specialty chemicals growing at a slightly higher rate. Stable North American gas prices remain a fundamental factor in the growth of chemical production.

Fertilizer demand should be strong in 2007, driven by higher crop prices and increased corn production required to support the growing ethanol market. Soda ash shipments are expected to increase over 2006 levels as demand remains strong for both domestic and export production.

Given the maturity of these markets, share growth is largely dependent upon faster, more reliable service. Chemical shippers continue to focus on transportation products that eliminate unnecessary terminal stops, reduce transit times and significantly improve asset utilization. These goals are consistent with UP's ongoing efforts to reduce network congestion, promote system fluidity and increase velocity.




## Union Pacific Franchise Strength

The Company's Gulf Coast franchise includes five large classification yards, 10 major terminals, and six SIT facilities.

In 2006, UP implemented several key process initiatives to improve service in this critical region. As a result, significant progress has been made toward realizing service objectives in the Gulf Coast region. System velocity, terminal dwell and industry spot and pull metrics all indicate strong year over year service improvements approaching best ever levels. With these demonstrated results, UP is positioned to take advantage of additional market opportunities in 2007 as customers realize increased value from UP's service.

## Annual Summary by Quarter - Chemicals

| | 2004 | | | | | 2005 | | | | | 2006 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Commodity Revenue (millions of dollars)* | | | | | | | | | | | | | | | |
| | 410 | 429 | 433 | 447 | 1,719 | 441 | 459 | 474 | 476 | 1,850 | 502 | 536 | 540 | 520 | 2,098 |
| *Revenue Ton-Miles (millions)* | | | | | | | | | | | | | | | |
| | 14,071 | 14,828 | 14,893 | 14,742 | 58,534 | 14,393 | 14,461 | 14,227 | 13,798 | 56,879 | 14,037 | 14,583 | 13,927 | 13,371 | 55,918 |
| *Revenue Carloads (thousands)* | | | | | | | | | | | | | | | |
| | 224 | 238 | 240 | 233 | 935 | 228 | 236 | 231 | 218 | 913 | 218 | 235 | 228 | 215 | 896 |
| *Average Commodity Revenue Per Car (dollars)* | | | | | | | | | | | | | | | |
| | 1,833 | 1,799 | 1,803 | 1,921 | 1,839 | 1,936 | 1,945 | 2,055 | 2,178 | 2,026 | 2,303 | 2,285 | 2,366 | 2,415 | 2,342 |

# Energy

### Commodity Profile

Coal and petroleum coke transportation accounted for 20 percent of Union Pacific's 2006 commodity revenue. The Railroad franchise supports the transportation of coal and coke to utilities, industrial facilities, interchange point and water terminals. The water terminals provide access to the Gulf Coast and rail/barge/ship facilities on the Mississippi and Ohio Rivers and the Great Lakes.

SPRB coal is the largest segment of UP's coal / coke franchise. The SPRB represents 72 percent of the energy carloadings UP originates, primarily due to the favorable economics and low sulfur content relative to eastern coals. The Railroad also moves high-BTU (British Thermal Unit) low sulfur coal from Colorado and Utah to domestic utilities and industries. Colorado / Utah originated traffic represents 17 percent of total carloadings. The remaining volume is comprised of coke loadings originating in Southern Wyoming's Hanna Basin, Southern Illinois coal, and SPRB coal originating on other rail carriers and forwarded to UP.

In 2006, Energy volume increased 15.5 million tons to 265 million tons. The 6 percent annual growth was largely due to strong demand for SPRB coal. SPRB volume increased 15 million tons, or 8 percent, over 2005 levels. The increase partially reflects lower volume in 2005 due to the Joint Line repair program, network disruptions resulting from Hurricane Rita, and the October Kansas washouts. This growth offset Colorado / Utah's nearly 3 million ton decrease in year-over-year volume. This decline was largely the result of production



*Lane density based on carloadings. Line thickness depicts traffic density.*




problems at the Colorado mines. Southern Illinois originated tonnage grew nearly 3 million tons while the other origin regions were flat to slightly positive.

Petroleum coke traffic originates primarily in the Gulf Coast with other key areas being Oklahoma, Kansas, Wyoming and California and is transported to destinations including Texas, California and Louisiana. Petroleum coke is a source of high sulfur fuel for electricity generation, and is used by industrial customers in the production of aluminum, steel and cement. Coke shipments were flat versus 2005.

SPRB average train size increased 1 percent to 15,060 tons per train. The improvement was the result of increasing average tons per car along with a 1.5 car increase in train size.

Speed restrictions imposed during the major Joint Line repair program, conducted from April to November, impeded tonnage growth. Capacity improvements on the Joint Line were also completed during 2006 with 18 miles of third main line added between Reno Junction and West Nacco Junction.

### SPRB Economic Advantage

On a cost per million BTU basis, the SPRB continues to be one of the lowest cost energy alternatives in North America. Among the domestic coal regions, SPRB coal is less than one third as expensive and is tied with Colorado / Utah coal for the lowest sulfur content. While natural gas prices have dropped from relatively high levels, SPRB coal remains only a small fraction of the cost of natural gas.




Source: Energy Information Administration

### 2007 Outlook

On March 27, 2007, Union Pacific lifted its embargo of new service for SPRB coal business, which began in July 2005. Completion of track and roadbed repair on the Joint Line in addition to capacity improvements and increased operational efficiency are expected to allow movement of increased tonnage from the region to help supply the growing U.S. electrical demand. Growth from existing SPRB customers should drive a 4 percent increase for that region in 2007. Colorado / Utah growth is expected to return in 2007 with a 5 percent improvement, despite production problems which limited first quarter loadings. SPRB coal received from BNSF should grow about one million tons in 2007 and Southern Wyoming coke should increase roughly 0.5 million tons. Southern Illinois coal and coke loadings are expected to be flat year-over-year.

The Railroad is expecting to see additional revenue growth in 2007 resulting from past capacity enhancements and further growth investments. Continued focus on train size improvements will drive productivity in 2007. The train size improvements will be aided by a new wheel repair process implemented in late 2006. This process allows a car in need of repair to be changed-out while the car remains in the train consist reducing train dwell and increasing velocity. Capital investments will focus on improving fluidity on the Joint Line as well as in the North Platte rail yard, the Iowa East-West main line, and on lines near St. Louis.

### Annual Summary by Quarter - Energy

| | 2004 | | | | | 2005 | | | | | 2006 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Commodity Revenue (millions of dollars)* | 586 | 597 | 629 | 593 | 2,405 | 668 | 629 | 651 | 629 | 2,577 | 699 | 732 | 764 | 757 | 2,952 |
| *Revenue Ton-Miles (millions)* | 57,632 | 57,750 | 60,765 | 57,500 | 233,647 | 62,075 | 57,484 | 59,028 | 56,808 | 235,395 | 60,075 | 62,426 | 62,982 | 63,669 | 249,152 |
| *Revenue Carloads (thousands)* | 541 | 540 | 561 | 530 | 2,172 | 574 | 525 | 546 | 533 | 2,178 | 550 | 575 | 584 | 586 | 2,295 |
| *Average Commodity Revenue Per Car (dollars)* | 1,084 | 1,106 | 1,120 | 1,119 | 1,107 | 1,163 | 1,198 | 1,192 | 1,182 | 1,184 | 1,271 | 1,273 | 1,308 | 1,292 | 1,286 |

## Industrial Products

### Commodity Profile

The Railroad's extensive network enables the Industrial Products group to move numerous commodities between thousands of shippers and customers throughout North America. In 2006, Industrial Products provided 21 percent of total commodity revenue for Union Pacific.

Lumber shipments originate primarily in the PNW and Canada for destinations throughout the U.S. for new home construction and repair and remodeling markets. Commercial and highway construction drive shipments of steel and construction products, consisting of rock, cement and roofing. Shipments of paper and consumer goods, including furniture and appliances, move to major metropolitan areas for consumers. Industrial manufacturing plants receive shipments of nonferrous metals and industrial minerals. In addition, the Railroad provides efficient and safe transportation for government entities and waste companies.

Macro-economic conditions such as industrial production and housing starts, with seasonal peaks, drive demand. In 2006, U.S. industrial production grew 4 percent and housing starts decreased 12 percent, while industrial products carloads decreased 4 percent. Through the effective use of rail and customer assets, pricing actions, selective business growth, and overall profitability gains, the industrial products group achieved yield improvement in 2006. Price increases and fuel surcharges outpaced volume declines, driving industrial products revenue up 13 percent in 2006.

2006 CARLOADS




INDUSTRIAL PRODUCTS LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

Fewer housing starts in 2006 and increasing interest rates drove weak lumber demand in the second half of the year. First half volume remained flat with 2005, while second half carloadings decreased 21 percent year-over-year. Price increases, fuel surcharges and a profit improvement focus in the business mix produced record lumber revenue, up 3 percent on 10 percent less volume.

Steel and scrap steel carloadings increased 5 percent in 2006 versus 2005. Strong domestic markets in construction related steel material and pipe, particularly for materials used in oil and gas drilling, drove the increase. Price increases, fuel surcharges, and improved business mix increased revenue 25 percent over 2005 levels.

Sluggish demand related to the economic and housing slowdown in the second half of the year held stone volume flat in 2006 versus 2005. First half volumes surged 5 percent over 2005, while second half volumes then reduced 5 percent. Price increases and fuel surcharges increased average revenue per car and total revenue 16 percent.

### 2007 Outlook

Global Insight, a leading global economic analysis provider, is predicting U.S. industrial production growth of around 2 percent in 2007, with housing starts forecast to drop more than 20 percent. Against that backdrop, the Industrial

Products group is targeting flat volume and continued yield improvement. Union Pacific's rail network serves key U.S. population growth areas, which should mitigate some of the negative impact seen in the overall market.

Ongoing highway construction projects in the Southwest and mid-South should create growth opportunities in the stone and gravel business. Abundant oil and gas exploration activity should drive a strong market for frac sand used in drilling. With expectations for fewer U.S. housing starts, lumber volumes will likely decrease versus 2006 levels, with a gradual recovery expected in the second half of the year. Steel volumes should be flat year-over-year as strength in non-residential construction could be offset by a decline in auto production. Volumes related to hazardous waste shipments are expected to decline in 2007 as a result of fewer Department of Energy environmental management projects.

### Pipeline Express

During 2006, the Company streamlined steel pipeline movements to increase efficiency and enhance our ability to meet marketplace demand. The program, Pipeline Express, creates customer value through project management, site selection assistance, equipment support and daily logistics updates while simplifying operations through unit train efficiencies.

The Federal Energy Information Administration (EIA) forecasts substantial growth in pipeline construction for natural gas distribution. The EIA estimates 3,195 miles of natural gas pipelines will be installed in 2007, trailing only the 3,571 miles produced in 2002 over the last ten years. 2008 is expected to better that mark, with 4,761 miles forecasted.

The Pipeline Express program handled 6,000 carloads in 2006 resulting in 200 percent plus carload growth versus 2005. The Railroad handled nearly 90 percent of this 2006 pipeline traffic in unit train service compared to roughly 40 percent in 2005. For 2007, customer value should see further gains from added logistic services and greater unit train efficiencies.




*Source: Federal Energy Information Administration*

### Annual Summary by Quarter - Industrial Products

| 2004 | | | | | 2005 | | | | | 2006 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Commodity Revenue (millions of dollars)* | | | | | | | | | | | | | | |
| 563 | 607 | 622 | 627 | 2,419 | 630 | 719 | 724 | 746 | 2,819 | 775 | 824 | 830 | 744 | 3,173 |
| *Revenue Ton-Miles (millions)* | | | | | | | | | | | | | | |
| 20,831 | 21,705 | 21,942 | 21,199 | 85,677 | 20,846 | 22,486 | 21,736 | 21,407 | 86,475 | 21,740 | 22,055 | 20,785 | 18,428 | 83,008 |
| *Revenue Carloads (thousands)* | | | | | | | | | | | | | | |
| 364 | 387 | 394 | 369 | 1,514 | 359 | 397 | 385 | 368 | 1,509 | 366 | 387 | 371 | 327 | 1,451 |
| *Average Commodity Revenue Per Car (dollars)* | | | | | | | | | | | | | | |
| 1,544 | 1,566 | 1,578 | 1,703 | 1,597 | 1,758 | 1,809 | 1,881 | 2,026 | 1,868 | 2,115 | 2,131 | 2,237 | 2,278 | 2,187 |

## Intermodal

### Commodity Profile

Union Pacific's intermodal business represents 19 percent of 2006 commodity revenue and is composed of three segments — international, domestic and premium. The Railroad's intermodal service is sold primarily by third and even fourth party intermediaries including ocean carriers (international), intermodal marketing companies (international and domestic), truckload carriers (domestic) and less-than-truckload and parcel carriers (premium).

International business consists of imports and exports of goods moving in 20 foot to 45 foot shipping containers through ports on the West and Gulf coasts. The domestic business segment consists of freight moving in 48 foot or 53 foot containers or trailers to and from points within the U.S., Canada and Mexico. Premium business is freight handled for less-than-truckload and parcel carriers with more time-sensitive business requirements.

Union Pacific's key intermodal lanes run between Southern California and Texas, Memphis, Chicago, New Orleans, Kansas City and the PNW. The Railroad also serves these corridors from origin/destination points in Northern California and the PNW. The Railroad accesses all major Mexico gateways and serves most of the major metropolitan areas in the western two-thirds of the U.S. Nearly all of the Railroad's routes are competitive with other railroads and are comparable from a distance standpoint to the highway network.




*Lane density based on carloadings. Line thickness depicts traffic density.*




Behind a strong economy and a rapidly growing international trade market, the Company's 2006 intermodal volume grew 6 percent. Overall, revenue grew 14 percent as average revenue per unit increased 8 percent on the strength of yield improvements and fuel surcharges.

In 2006, international revenue grew 21 percent on volume growth of 10 percent. Import shipments from China to U.S. ports were the primary growth drivers. The Company's strategy to limit domestic volume growth while bringing on business that is more profitable continued with revenue growth of 4 percent on a decline of 1 percent in volume. A significant amount of the freight moved in the domestic segment is transloaded imports. Freight is unloaded from marine containers and reloaded directly into domestic containers and trailers or processed through warehouses and distribution centers. Most transloading activity occurs in Southern California. The Company's BlueStreak priority domestic product shipments grew 75 percent during 2006, and surpassed the $100 million revenue mark.

Revenue for the premium segment grew 12 percent as yield improvements and fuel surcharges offset a 1 percent decrease in volumes. Union Pacific offers truck-competitive, priority rail service in key lanes to encourage the conversion of highway business to intermodal.

Union Pacific continues to focus on improving operational efficiencies that allow for volume growth in an environment of tight rail capacity. In 2006, these efforts included improvements in train length, slot utilization, and double-stack percentage which led to a 4 percent increase in the number of loaded containers per train. This allowed the railroad to handle the 6 percent volume growth in 2006 with virtually no increase in the number of trains run.




*Source: Journal of Commerce PIERS*

## 2007 Outlook

Union Pacific expects intermodal volume increases and pricing opportunities to continue in 2007. First quarter volumes show only modest growth as excess retail inventories and truck capacity bought in advance of tighter emissions regulations are consumed. Starting in the second quarter, volumes are expected to pick up as the economy gains steam and normal seasonal demand takes hold. Continued expansion of trade with Asia is expected to drive another strong year of international volume growth. In addition, the Railroad's BlueStreak product could grow by nearly 25 percent in 2007 as shippers increasingly look to rails as a high service capacity alternative versus trucks.

The domestic segment is also expected to experience growth from a renewed focus on transloading international containers to larger domestic containers for movement further inland. In January, UP announced it was expanding its service offerings with the Norfolk Southern by adding train capacity and speeding transit times. New service will now include a 6th morning product between Los Angeles and Atlanta with improved 4th evening BlueStreak service that is one-half day faster than the previous service.

Further service improvements will be available later in the year when the traffic shifts to the Shreveport Gateway and Meridian Speedway, shortening the current route by 130 miles. This product offering, as well as expanded service offerings in the I-5 corridor between Southern California and the Pacific Northwest will help UP penetrate the truckload market. Other important marketing initiatives include expansion of service offerings in the Chicago – Laredo corridor which provides service to and from Mexico and conversion of premium trailer business to Union Pacific's EMP container product, which facilitates double-stacking and frees up train capacity on some of our most popular domestic trains.

In addition, significant productivity gains are expected from a variety of initiatives designed to further increase units per train, improve velocity and boost asset utilization. Additional Unified Plan changes will focus on Texas and Southeastern markets as well as shorter-haul intermediate routes. Finally, continued commitment of capital dollars will further increase line and terminal capacity through construction of more doubletrack on the Sunset and expansion of terminal facilities in Northern California, Southern California, and Memphis along with progression of a new greenfield terminal at San Antonio.



## Intermodal Terminals




### Annual Summary by Quarter - Intermodal

| | 2004 | | | | | 2005 | | | | | 2006 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Commodity Revenue (millions of dollars)* | | | | | | | | | | | | | | | |
| | 510 | 544 | 579 | 607 | 2,240 | 524 | 597 | 652 | 694 | 2,467 | 644 | 694 | 743 | 724 | 2,805 |
| *Revenue Ton-Miles (millions)* | | | | | | | | | | | | | | | |
| | 17,717 | 18,183 | 18,588 | 18,900 | 73,388 | 16,600 | 18,625 | 19,404 | 19,764 | 74,394 | 18,689 | 19,630 | 20,014 | 19,469 | 77,802 |
| *Revenue Carloads (thousands)* | | | | | | | | | | | | | | | |
| | 725 | 770 | 808 | 824 | 3,127 | 732 | 807 | 861 | 865 | 3,265 | 815 | 864 | 908 | 866 | 3,453 |
| *Average Commodity Revenue Per Car (dollars)* | | | | | | | | | | | | | | | |
| | 704 | 706 | 716 | 737 | 716 | 716 | 740 | 757 | 802 | 755 | 790 | 803 | 819 | 836 | 813 |

## Mexico

### Commodity Profile

Union Pacific's franchise provides the most efficient rail route between markets in Mexico, the U.S. and Canada. UP serves all six major gateways to Mexico, connecting directly to the two largest Mexican railroads. The Company exchanges approximately 63 percent of shipments to and from Mexico with Kansas City Southern de Mexico and the remaining 37 percent with Ferrocarril Mexicano (Ferromex or FXE). Union Pacific has a 26 percent ownership interest in Ferromex. Trucks are the dominant transportation mode in Mexico's land transportation market estimated to exceed $6 billion annually. This market includes a broad range of commodities from raw materials to finished goods. The largest commodity group by both revenue and volume is automotive. Second place for revenue is held by agricultural products, while intermodal is second by volume. Union Pacific works closely with both Mexican railroads to capture opportunities created by the North American Free Trade Agreement (NAFTA). The Mexican railroads continue making substantial investments in track structure, equipment and facilities to improve service, equipment utilization, safety and damage prevention.

Revenue from shipments in 2006 to and from Mexico increased 23 percent over 2005 to a record $1.4 billion. Volume grew nearly 9 percent. Automotive revenue grew 28 percent on 15 percent stronger volume due to increased sales of Mexico produced automobiles and parts. DDGs and meals grew 51 percent, corn increased 23 percent and beer revenues surged 38 percent. Intermodal grew 16 percent on 10 percent higher volume.

MEXICO LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

2006 CARLOADS




Increased northbound shipments from Mexico grew substantially in 2006, up 14 percent versus 2005. These shipments now make up about 49 percent of revenue from Mexico operations, reflecting the increased manufacturing now located there. Assembled autos and auto parts, beer and food products, intermodal, steel, cement and consumer goods like appliances were the largest commodities shipped from Mexico in 2006. These six commodities represented approximately 90 percent of northbound revenue. Southbound traffic from the U.S. to Mexico is much more diversified. Corn, dry feed ingredients, autos and auto parts, newsprint and wood fiber and intermodal shipments make up about 57 percent of southbound revenue with the remainder spread across the Company's six commodity groups.

### 2007 Outlook

Although volume should be relatively flat year-over-year, revenue is expected to grow moderately in 2007. Strong growth should continue in markets for DDGs and meals, as well as intermodal and northbound Mexican beer. Profitability improvements are focused on enhancing lower profitability segments and improving the reinvestability of Mexico business.

## Mexico

The Company will continue to streamline Mexican operations in 2007, focusing on border processing and interchange terminals to improve velocity and asset utilization. Business development will be key in 2007, as UP looks to develop new products and markets in Mexico. Technological advances by both U.S and Mexican Customs will also help, continuing to make paper processes electronic. Mexico's economic and political progress will influence transportation issues in 2007, following a presidential change in 2006.

In February 2007, the Department of Transportation announced the "Cross Border Truck Safety Inspection Program" that would allow Mexican trucking companies to make deliveries beyond the 20 to 25 mile commercial zones currently in place along the Southwest border. The program will also allow U.S. trucks to make deliveries into Mexico for the first time ever. Although this program increases competitive options for shippers moving goods to and from Mexico, the impact to UP business is expected to be minimal as efficiencies of rail transportation remain attractive to customers.

CARLOAD TRAFFIC BY DIRECTION




PERCENT OF CARLOADS AT BORDER CROSSINGS



## CONSOLIDATED STATEMENTS OF INCOME

*Union Pacific Corporation*

*In millions (except per share), (unaudited), for the year ended December 31, 2006*

| | 1 | 2 | 3 | 4 | Total Year |
|---|---|---|---|---|---|
| **Operating Revenues** | $3,710 | $3,923 | $3,983 | $3,962 | **$15,578** |
| **Operating Expenses** | | | | | |
| Salaries, Wages, and Employee Benefits | 1,129 | 1,140 | 1,161 | 1,169 | **4,599** |
| Fuel and Utilities | 692 | 794 | 821 | 705 | **3,012** |
| Equipment and Other Rents | 367 | 371 | 371 | 346 | **1,455** |
| Depreciation | 303 | 308 | 311 | 315 | **1,237** |
| Materials and Supplies | 164 | 178 | 178 | 171 | **691** |
| Casualty Costs | 110 | 110 | 83 | 107 | **410** |
| Purchased Services and Other Costs | 340 | 305 | 306 | 339 | **1,290** |
| **Total Operating Expenses** | 3,105 | 3,206 | 3,231 | 3,152 | **12,694** |
| **Operating Income** | 605 | 717 | 752 | 810 | **2,884** |
| Other Income - Net | 10 | 29 | 22 | 57 | **118** |
| Interest Expense | (120) | (120) | (119) | (118) | **(477)** |
| **Income Before Income Taxes** | 495 | 626 | 655 | 749 | **2,525** |
| Income Taxes | (184) | (236) | (235) | (264) | **(919)** |
| **Net Income** | **311** | **390** | **420** | **485** | **1,606** |
| Basic Earnings Per Share | $1.16 | $1.45 | $1.56 | $1.79 | **$5.96** |
| Diluted Earnings Per Share | $1.15 | $1.44 | $1.54 | $1.78 | **$5.91** |
| Average Basic Shares Outstanding | 268.3 | 269.3 | 269.8 | 270.3 | **269.4** |
| Average Diluted Shares Outstanding | 271.0 | 272.1 | 271.9 | 272.7 | **272.0** |

*In millions (except per share), (unaudited), for the year ended December 31, 2005*

| | 1 | 2 | 3 | 4 | Total Year |
|---|---|---|---|---|---|
| **Operating Revenues** | $3,152 | $3,344 | $3,461 | $3,621 | **$13,578** |
| **Operating Expenses** | | | | | |
| Salaries, Wages, and Employee Benefits | 1,099 | 1,075 | 1,093 | 1,108 | **4,375** |
| Fuel and Utilities | 539 | 597 | 673 | 753 | **2,562** |
| Equipment and Other Rents | 353 | 340 | 356 | 353 | **1,402** |
| Depreciation | 289 | 292 | 294 | 300 | **1,175** |
| Materials and Supplies | 135 | 128 | 140 | 143 | **546** |
| Casualty Costs | 95 | 104 | 109 | 103 | **411** |
| Purchased Services and Other Costs | 329 | 340 | 315 | 328 | **1,312** |
| **Total Operating Expenses** | 2,839 | 2,876 | 2,980 | 3,088 | **11,783** |
| **Operating Income** | 313 | 468 | 481 | 533 | **1,795** |
| Other Income - Net | 20 | 29 | 42 | 54 | **145** |
| Interest Expense | (132) | (128) | (124) | (120) | **(504)** |
| **Income Before Income Taxes** | 201 | 369 | 399 | 467 | **1,436** |
| Income Taxes | (73) | (136) | (30)*(a)* | (171) | **(410)** |
| **Net Income** | **128** | **233** | **369** | **296** | **1,026** |
| Basic Earnings Per Share | $0.49 | $0.89 | $1.40 | $1.11 | **$3.89** |
| Diluted Earnings Per Share | $0.48 | $0.88 | $1.38 | $1.10 | **$3.85** |
| Average Basic Shares Outstanding | 261.4 | 262.8 | 264.0 | 265.6 | **263.4** |
| Average Diluted Shares Outstanding | 264.3 | 265.6 | 267.1 | 268.9 | **266.5** |

*Refer to the Union Pacific Corporation 2006 Annual Report for additional information*
*(a) Includes a $118 million tax expense reduction in the estimated deferred income tax liability.*

## CONSOLIDATED STATEMENTS OF FINANCIAL POSITION

*Union Pacific Corporation*

| *In millions of dollars (unaudited), as of December 31,* | ***2006*** | *2005* |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | $827 | $773 |
| Accounts Receivable, Net | 679 | 747 |
| Materials and Supplies | 395 | 331 |
| Current Deferred Income Taxes | 319 | 304 |
| Other Current Assets | 191 | 170 |
| **Total Current Assets** | **2,411** | 2,325 |
| **Investments** | **877** | 806 |
| **Properties** | | |
| Total Cost | 43,448 | 41,697 |
| Accumulated Depreciation | (10,575) | (9,722) |
| Net Properties | 32,873 | 31,975 |
| **Other Assets** | **354** | 514 |
| **Total Assets** | **$36,515** | $35,620 |

| **Liabilities and Common Shareholders' Equity** | | |
|---|---|---|
| **Current Liabilities** | | |
| Accounts Payable | $684 | $783 |
| Accrued Wages and Vacation | 412 | 415 |
| Accrued Casualty Costs | 409 | 478 |
| Income and Other Taxes | 279 | 212 |
| Dividends and Interest | 238 | 252 |
| Debt Due Within One Year | 780 | 656 |
| Equipment Rents Payable | 108 | 130 |
| Other Current Liabilities | 629 | 458 |
| **Total Current Liabilities** | **3,539** | 3,384 |
| **Other Liabilities and Shareholders' Equity** | | |
| Debt Due After One Year | 6,000 | 6,760 |
| Deferred Income Taxes | 9,696 | 9,482 |
| Accrued Casualty Costs | 868 | 876 |
| Retiree Benefits Obligations | 504 | 855 |
| Other Long-Term Liabilities | 596 | 556 |
| Commitments and Contingencies | | |
| Common Shareholders' Equity | 15,312 | 13,707 |
| **Total Liabilities and Common Shareholders' Equity** | **$36,515** | $35,620 |

*Refer to the 2006 Union Pacific Corporation Annual Report for additional information.*

## CONSOLIDATED STATEMENTS OF CASH FLOW

*Union Pacific Corporation*

| *In millions of dollars (unaudited), for the year ended December 31,* | ***2006*** | *2005* |
|---|---|---|
| **Operating Activities** | | |
| Net Income | $1,606 | $1,026 |
| Adjustments to reconcile net income to net cash provided by operating activities; | | |
| Depreciation | 1,237 | 1,175 |
| Deferred Income Taxes | 235 | 320 |
| Stock-based compensation expense | 35 | 21 |
| Net Gain from Asset Sales | (72) | (135) |
| Other operating activities, Net | (175) | 37 |
| Changes in Current Assets and Liabilities, Net | 14 | 151 |
| **Cash Provided by Operating Activities** | **2,880** | **2,595** |
| **Investing Activities** | | |
| Capital Investments | (2,242) | (2,169) |
| Proceeds from Asset Sales | 133 | 185 |
| Acquisition of equipment pending financing | (536) | (872) |
| Proceeds from completed equipment financings | 536 | 872 |
| Other Investing Activities, Net | 67 | (63) |
| **Cash Used in Investing Activities** | **(2,042)** | **(2,047)** |
| **Financing Activities** | | |
| Dividends Paid | (322) | (314) |
| Debt Repaid | (657) | (699) |
| Debt Issued | - | - |
| Net Proceeds from Equity Compensation Plans | 160 | 262 |
| Excess Tax Benefits from Equity Compensation Plans | 29 | - |
| Other Financing Activities, Net | 6 | (1) |
| **Cash Used in Financing Activities** | **(784)** | **(752)** |
| Net Change in Cash and Cash Equivalents | 54 | (204) |
| Cash and Cash Equivalents at the Beginning of Year | 773 | 977 |
| **Cash and Cash Equivalents at the End of Year** | **$827** | **$773** |
| **Changes in Current Assets and Liabilities, Net** | | |
| Accounts Receivable, Net | $68 | $(201) |
| Materials and Supplies | (64) | (22) |
| Other Current Assets | (21) | 12 |
| Accounts, Wages, and Vacation Payable | (102) | 224 |
| Other Current Liabilities | 133 | 138 |
| **Changes In Current Assets and Liabilities, Net** | **$14** | **$151** |
| **Supplemental Cash Flow Information** | | |
| Non Cash Investing Activities: | | |
| Capital Investments Accrued but not yet Paid | $106 | $103 |
| Non-Cash Financing Activities, Cash Dividends Declared but not yet Paid | 80 | 78 |
| Cash (Paid) Received During the Year For: | | |
| Interest | (492) | (510) |
| Income Taxes, Net | (549) | (29) |

*Refer to the Union Pacific Corporation 2006 Annual Report for additional information.*

# FINANCIAL AND OPERATING STATISTICS

*Union Pacific Corporation*

| *(unaudited), for periods ended December 31,* | ***2006*** | | | | | ***2005*** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Financial and Revenue Statistics** | 1 | 2 | 3 | 4 | **Full Year** | 1 | 2 | 3 | 4 | **Full Year** |
| Operating Revenues *(millions)* | $3,710 | $3,923 | $3,983 | $3,962 | **$15,578** | $3,152 | $3,344 | $3,461 | $3,621 | **$13,578** |
| Operating Expenses *(millions)* | $3,105 | $3,206 | $3,231 | $3,152 | **$12,694** | $2,839 | $2,876 | $2,980 | $3,088 | **$11,783** |
| Operating Ratio *(%)* | 83.7 | 81.7 | 81.1 | 79.6 | 81.5 | 90.1 | 86.0 | 86.1 | 85.3 | 86.8 |
| Operating Margin *(%)* | 16.3 | 18.3 | 18.9 | 20.4 | **18.5** | 9.9 | 14.0 | 13.9 | 14.7 | **13.2** |
| Salaries and Benefits *(millions)* | $1,129 | $1,140 | $1,161 | $1,169 | **$4,599** | $1,099 | $1,075 | $1,093 | $1,108 | **$4,375** |
| Salaries and Benefits/Op. Rev. *(%)* | 30.4 | 29.1 | 29.1 | 29.5 | **29.5** | 34.9 | 32.1 | 31.6 | 30.6 | **32.2** |
| Commodity Revenue/ Employee *(thousands)* | $70.5 | $73.3 | $74.1 | $75.0 | **$292.9** | $60.9 | $63.8 | $65.9 | $69.8 | **$260.5** |
| Fuel Expense *(millions)* | $644 | $744 | $772 | $662 | **$2,822** | $498 | $558 | $629 | $708 | **$2,393** |
| Avg. Fuel Price Per Gallon *(a)* | $1.87 | $2.15 | $2.27 | $1.94 | **$2.06** | $1.45 | $1.67 | $1.88 | $2.08 | **$1.77** |
| Commodity Revenue *(millions)* | $3,543 | $3,742 | $3,802 | $3,775 | **$14,862** | $3,004 | $3,196 | $3,302 | $3,455 | **$12,957** |
| Average Revenue Per Car | $1,481 | $1,490 | $1,515 | $1,547 | **$1,509** | $1,306 | $1,337 | $1,357 | $1,428 | **$1,358** |
| Commodity Revenue/ Revenue Ton-Mile *(cents)* | 2.54 | 2.61 | 2.68 | 2.68 | **2.63** | 2.19 | 2.34 | 2.39 | 2.54 | **2.36** |
| Effective Tax Rate *(%)* | 37.2 | 37.7 | 35.9 | 35.2 | **36.4** | 36.3 | 36.9 | 7.5*(b)* | 36.6 | **28.6** |
| Debt to Capital *(%) (c)* | | | | | **30.7** | | | | | **35.1** |
| Lease Adjusted Debt to Capital *(%) (d)* | | | | | **40.2** | | | | | **43.6** |
| **Operating Statistics** | | | | | | | | | | |
| Revenue Carloads *(thousands)* | 2,393 | 2,510 | 2,509 | 2,440 | **9,852** | 2,300 | 2,391 | 2,433 | 2,419 | **9,543** |
| Revenue Ton-Miles *(billions)* | 139 | 143 | 142 | 141 | **565** | 138 | 137 | 138 | 136 | **549** |
| Gross Ton-Miles *(billions)* | 263 | 272 | 270 | 268 | **1,073** | 258 | 260 | 263 | 263 | **1,044** |
| Average Train Speed *(mph) (e)* | 21.3 | 21.2 | 21.3 | 22 | **21.4** | 21.1 | 21.2 | 21.6 | 20.5 | **21.1** |
| Average System Dwell *(hours) (e)* | 29.0 | 27.6 | 26.2 | 25.9 | **27.2** | 29.5 | 27.4 | 28.1 | 29.8 | **28.7** |
| Average Rail Car Inventory *(e)* | 327,571 | 324,833 | 319,846 | 313,991 | **321,566** | | | | 326,486 | |
| Fuel Consumed *(millions of gallons)* | 345 | 346 | 341 | 340 | **1,372** | 344 | 335 | 334 | 340 | **1,353** |
| Average employees | 50,262 | 51,077 | 51,278 | 50,328 | **50,739** | 49,294 | 50,093 | 50,106 | 49,494 | **49,747** |
| GTMs per Employee *(millions)* | 5.23 | 5.33 | 5.27 | 5.31 | **21.14** | 5.24 | 5.19 | 5.26 | 5.30 | **20.98** |

*Refer to the Union Pacific Corporation 2006 Annual Report for additional information.*

*(a) Including taxes and transportation costs*
*(b) Includes a $118 million tax expense reduction in the estimated deferred income tax liability.*
*(c) Debt to capital is computed as follows: total debt divided by total debt plus equity.*
*(d) Lease adjusted debt to capital is computed as follows: total debt plus net present value of operating leases divided by total debt plus equity plus net present value of operating leases.*
*(e) As reported to the Association of American Railroads. On October 1, 2005, the rail car inventory measurement was standardized for all reporting railroads. Rail car inventory for prior periods was not recalculated.*

## NON-GAAP DEFINITIONS

Management believes certain non-GAAP measures provide an alternative presentation of the results that more accurately reflect on-going Company operations. These measures should be considered in addition to, not a substitute for, the reported GAAP results.

### Free Cash Flow

Cash provided by operating activities, less cash used in investing activities, less dividends paid. Management believes this is an important measure in evaluating our financial performance and measures our ability to generate cash without incurring additional external financings.

### Return on Invested Capital

Net income plus interest expense, plus sale of receivables fees, plus interest on present value of leases, less taxes on interest divided by average equity plus average debt plus average sale of receivables plus average present value of leases. Management believes this is an important measure for evaluating the efficiency and effectiveness of the Corporation's long term capital investments, and we currently use ROIC as a performance criteria in determining certain elements of compensation for our executive officers and senior management.

### Debt to Capital

Total debt plus convertible preferred securities divided by total debt plus equity plus convertible preferred securities. Management believes this is an important measure in evaluating our balance sheet strength and is important in managing our credit ratios and financing relationships.

### Lease-Adjusted Debt to Capital

Total debt plus convertible preferred securities plus net present value of leases divided by total debt plus equity plus convertible preferred securities plus net present value of operating leases. Management believes this is an important measure in evaluating the total amount of leverage in our capital structure including off-balance sheet obligations.

## FREE CASH FLOW AND CONSOLIDATED STATEMENT OF CASH FLOWS

*Reconciliation to GAAP*

*(In millions of dollars)*

| | 2006 | 2005 |
|---|---|---|
| Cash Provided by Operating Activities | $2,880 | $2,595 |
| Cash Used in Investing Activities | (2,042) | (2,047) |
| Dividends Paid | (322) | (314) |
| **Free Cash Flow** | **$516** | **$234** |

**Consolidated Statement of Cash Flows *(in millions of dollars)***

| | 2006 | 2005 |
|---|---|---|
| **Operating Activities:** | | |
| Net Income | $1,606 | $1,026 |
| Depreciation | 1,237 | 1,175 |
| Deferred Income Taxes | 235 | 320 |
| Other - Net | (198) | 74 |
| **Cash Provided by Operating Activities** | **2,880** | **2,595** |
| **Investing Activities:** | | |
| Capital Investments | (2,242) | (2,169) |
| Other - Net | 200 | 122 |
| **Cash Used in Investing Activities** | **(2,042)** | **(2,047)** |
| **Financing Activities:** | | |
| Dividends Paid | (322) | (314) |
| Debt Repaid | (657) | (699) |
| Other - Net | 195 | 261 |
| **Cash Used in Financing Activities** | **(784)** | **(752)** |
| **Net Change in Cash and Cash Equivalents** | **$54** | **$(204)** |

## RETURN ON INVESTED CAPITAL (ROIC)

*Reconciliation to GAAP*

*(In millions except percentages)*

| | 2006 | Reported 2005 | Adjusted 2005* | 2004 |
|---|---|---|---|---|
| Net Income | $1,606 | $1,026 | $908 | $604 |
| Add: Interest Expense | $477 | $504 | $504 | $527 |
| Add: Sale of Receivables Fees | 33 | 23 | 23 | 11 |
| Add: Interest on present value of operating leases | 268 | 218 | 218 | 172 |
| Less: Taxes on Interest and fees | (283) | (213) | (274) | (209) |
| Net Operating Profit After Tax As Adjusted *(a)* | $2,101 | $1,558 | $1,379 | $1,105 |
| Average Equity | $14,510 | $13,181 | $13,122 | $12,505 |
| Add: Average Debt | 7,098 | 7,774 | 7,774 | 8,060 |
| Add: Average Value of Sold Receivables | 600 | 595 | 595 | 590 |
| Add: Average Present Value of Operating Leases | 3,349 | 2,729 | 2,729 | 2,147 |
| Average Invested Capital As Adjusted *(b)* | $25,557 | $24,279 | $24,220 | $23,302 |
| **Return on Invested Capital As Adjusted *(a/b)*** | **8.2%** | **6.4%** | **5.7%** | **4.7%** |

** Please refer to 2005 Income Tax Adjustment Reconciliation to GAAP.*

## DEBT TO CAPITAL/LEASE ADJUSTED DEBT TO CAPITAL

*Reconciliation to GAAP*

*(In millions of dollars except percentages)*

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Debt (a) | $6,780 | $7,416 | $8,131 |
| Equity | 15,312 | 13,707 | 12,655 |
| Capital (b) | $22,092 | $21,123 | $20,786 |
| **Debt to Capital (a/b)** | **30.7%** | **35.1%** | **39.1%** |

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| Debt | $6,780 | $7,416 | $8,131 |
| Net Present Value of Operating Leases | 3,513 | 3,185 | 2,273 |
| **Lease Adjusted Debt (a)** | **$10,293** | **$10,601** | **$10,404** |
| Equity | 15,312 | 13,707 | 12,655 |
| **Lease Adjusted Capital (b)** | **$25,605** | **$24,308** | **$23,059** |
| **Lease Adjusted Debt to Capital (a/b)** | **40.2%** | **43.6%** | **45.1%** |

## 2005 INCOME TAX ADJUSTMENT

*Reconciliation to GAAP*

*(In millions of dollars except earnings per share)*

Management believes certain non-GAAP measures provide an alternative presentation of the results that more accurately reflect on-going Company operations. The full year 2005 net income of $908 million and earnings per diluted share of $3.41, which excluded the income tax expense reduction item reported in the third quarter of 2005, are non-GAAP measures. Management believes these measures provide an alternative presentation of results that more accurately reflects on-going Company operations, without the distorting effects of the income tax expense reduction item. These measures should be considered in addition to, not a substitute for, the reported GAAP results.

| **Full Year 2005 Results** | **As Reported** | **Income Tax Adjustment** |
|---|---|---|
| Operating Revenue | $13,578 | $13,578 |
| Operating Expenses | 11,783 | 11,783 |
| Operating Income | 1,795 | 1,795 |
| Operating Margin | 13.2% | 13.2% |
| Operating Ratio | 86.8% | 86.8% |
| Other Income - Net | 145 | 145 |
| Interest Expense | (504) | (504) |
| Income Before Income Taxes | 1,436 | 1,436 |
| Income Tax Expense | (410) | (528) *(a)* |
| Net Income | $1,026 | $908 |
| **Diluted Earnings Per Share** | **$3.85** | **$3.41** |

| **Third Quarter 2005 Results** | **As Reported** | **Income Tax Adjustment** |
|---|---|---|
| Operating Revenue | $3,461 | $3,461 |
| Operating Expenses | 2,980 | 2,980 |
| Operating Income | 481 | 481 |
| Operating Margin | 13.9% | 13.9% |
| Operating Ratio | 86.1% | 86.1% |
| Other Income - Net | 42 | 42 |
| Interest Expense | (124) | (124) |
| Income Before Income Taxes | 399 | 399 |
| Income Tax Expense | (30) | (148) *(a)* |
| Net Income | $369 | $251 |
| **Diluted Earnings Per Share** | **$1.38** | **$0.94** |

*(a) Income tax expense reduction of $118 million after-tax taken in third quarter 2005*
*Note: Totals may not foot due to rounding*

## Cautionary Information

The 2006 Analyst "Fact Book" provides additional explanatory information regarding Union Pacific that may not be available in the Company's Annual Report. The information provided is supplemental in nature and is not, and should not be construed as, better than that available in the Company's publicly available reports filed with the SEC. Additionally, some of the information in the Fact Book is derived from the Company's audited financial statements, but the Fact Book and its contents have not been, and should not be considered, audited.

This Fact Book includes statements and information regarding future expectations or results of the Company that are not historical facts. These statements and information are, or will be, forward looking as defined by the federal securities laws. Forward looking statements and information can be identified by use of forward looking terminology ((and derivations thereof), such as "believes", "expects", "may", "should", "will", "would", "intends", "plans", "estimates", "anticipates", "projects" and other words or phrases of similar intent. Forward looking statements and information generally include statements and information included under sections of this Fact Book entitled "2007 Outlook" and specifically include statements and information regarding: the Company's expectations or forecasts with respect to general economic conditions; the Company's financial and operational performance; increases of the Company's earnings; demand for the Company's rail service; the continued ability of the Company to increase prices to reflect the then current demand environment; improving customer service; enhancing profitability of our commodities; volume and revenue growth; efficiency improvements and increasing returns; improving asset utilization; the effectiveness or growth of new and newer services; management of network volumes; increasing shareholder value; total amount of capital investments; completion and effectiveness of capacity expansion and other capital investments, including expansion of the Sunset Corridor, expansion and maintenance of the Joint Line in the SPRB, and other investments in upgrading or adding signals and facilities; returns on capital investments; improvements regarding safety of our operations and equipment; and effectiveness of the Unified Plan and other initiatives, such as projects involving the Lean management process.

Forward-looking statements and information should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will be achieved. Forward-looking statements and information are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in the statements.

Forward-looking statements and information reflect the good faith consideration by management of currently available information, and may be based on underlying assumptions believed to be reasonable under the circumstances. However, such information and assumptions (and, therefore, such forward-looking statements and information) are or may be subject to variables or unknown or unforeseeable events or circumstances over which management has little or no influence or control. The Risk Factors in Item 1A of the Company's Annual Report on Form 10-K, filed on February 23, 2007, could affect our future results and could cause those results or other outcomes to differ materially from those expressed or implied in the forward-looking statements and information. This Fact Book should be read in consideration of these Risk Factors. To the extent circumstances require or the Company deems it otherwise necessary, the Company will update or amend these Risk Factors in subsequent Annual Reports, periodic reports on Form 10-Q or current reports on Form 8-K.

Forward-looking statements speak only as of the date the statement was made. We assume no obligation to update forward-looking information to reflect actual results, changes in assumptions or changes in other factors affecting forward-looking information. If we do update one or more forward-looking statements, no inference should be drawn that we will make additional updates with respect thereto or with respect to other forward-looking statements.

# EXHIBIT PX0554

NewsRoom

4/20/06 Fin. Disclosure Wire 12:45:00

FD Wire
Copyright © 2006 CCBN, Inc. and FDCH e-Media, Inc.

April 20, 2006

Q1 2006 **Union Pacific Earnings Conference Call** - Final

OPERATOR: Good day, ladies and gentlemen and thank you for holding.Welcome to the **Union Pacific's** first quarter earnings releaseconference call. At this time all participants are in a listen-onlymode. A brief question-and-answer session will follow the formalpresentation. (OPERATOR INSTRUCTIONS).

As a reminder this conference is being recorded. It is now mypleasure to introduce your host, Mr. Jim Young - President and CEO of**Union Pacific**. Thank you, Mr. Young; you may begin.

JIM YOUNG, PRESIDENT AND CEO, **UNION PACIFIC**: Good morning, everyone.Welcome to our first quarter **earnings conference call**. With me todayto discuss the results are Rob Knight, our CFO; Jack Koraleski,Executive Vice President of Marketing and Sales; and Dennis Duffy,Executive Vice President of Operations.

When we spoke to you back in January, we were optimistic aboutstarting 2006 with a solid first quarter and, to date, we'vedelivered just that. For the first quarter our earnings more thandoubled to $1.15 per share versus last year's reported earnings of$0.48 per share. You'll recall that a year ago our numbers includedthe impact of the West Coast storm which was about $0.13 per share;but even adjusting for the storm, our growth was significant.

First quarter operating income grew 93% versus 2005 to 605 million.In fact our first quarter operating income, which is generally theslowest quarter of the year, was the second highest ever in thehistory of the railroad. We have been challenged over the lastseveral quarters converting topline growth into bottom-line resultsso I am most pleased with our operating ratio improvement of 6.4points. Operating ratio is a key efficiency measure and Rob willdiscuss the details in a moment.

We made great progress in the quarter but we have a long way to go toreach our long-term targets. If you step back and look at thequarter's key drivers, it really boils down to three things. First wemoved record volume and achieved the best-ever quarterly operatingrevenue of 3.7 billion. This performance highlights the strength ofour franchise as total volume and revenue growth more than offset ashortfall in coal loadings.

Second, our operations did improve in the quarter allowing us toexhibit better cost control while moving record volume. Our networkmanagement initiatives, mild winter weather and capacity investmentsall played a role in helping us provide better service to ourcustomers and operate more efficiently.

And, third, while our coal volume declined 4%, the opportunity isstill there going forward. The decline was entirely in our ColoradoUtah coal franchise with a 20% year-over-year tonnage decrease. Jackwill provide you with more information; but the good news are themines are back in operation and there is upside with strong demandfor Powder River Basin coal.

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

Overall, we again made progress with our first quarter results. Thereis still a great deal of work ahead for us to achieve our fullpotential but we believe we are moving in the right direction. Sowith that let me turn it over to Rob for the financial discussion.Rob.

ROB KNIGHT, CFO, **UNION PACIFIC**: Thanks, Jim, and good morning. BeforeI get started I'd like to let everyone know that our 2005 fact bookis now available. As we have in the past the book is available onlineunder the Investor Relations page of UP's website.

I will begin today with a quick look at our income statement.

The headline here is a 93% increase in operating income generatedfrom an 18% increase in operating revenues and a 9% increase inoperating expense. Looking at the components of our revenue growth,commodity revenue increased more than $500 million to 3.5 billion inthe first quarter. Jack will take you through the individualcommodity groups. But in total, volume grew 4% for the quarter withfour groups - inter-modal, agricultural, automotive and industrialproducts, gaining year-over-year.

Our business mix added another point and a half of growth in thequarter due to strong ag and industrial products shipments whichcarry a higher average revenue per car. Yield improvement netted sixpoints of growth - another solid quarterly gain and fuel costrecovery added 6.4 points to the total commodity revenue growth.

Overall, it was a record quarterly revenue performance and is anindication of both our franchise strength and the strong demandenvironment.

Turning now to operating expenses, we will start off with salariesand benefits up 3% in the quarter to $1.1 billion. As we discussedback in January, the drivers in this category are wage inflation,volume growth and operating efficiencies. In the first quarter weachieved a 4% volume increase with a 2% increase in our workforce,allowing us to offset a portion of wage inflation with greaterproductivity.

Primary drivers in the quarter were increased volume costs with someoffset for lower training expense. We also had an increase of $4million associated with the new stock options expensing requirementsof FAS 123' and as you may recall last year we incurred $6 million inhigher costs due to the West Coast storm.

Looking out to the second quarter, force level increases of about 2%,wage inflation, volume growth and stock option expense will likelypush year-over-year quarterly costs up about 5%. Quarterly fuel andutilities expense increased $150 million or 28%. Diesel fuel pricesaveraged $1.87 per gallon compared to $1.45 a year ago.

In addition to higher crude prices we also experienced significantincreases in refining and regional spread. As we've discussed before,the focus here is on fuel conservation and on our fuel surchargerecovery programs. We are doing a better job with our surcharges tomitigate the earnings impact but we are not at our objective of 100%recovery of the diesel fuel cost above our benchmark price of $0.75per gallon. Volume costs added 8 million to the quarter but a 2%improvement in our consumption rate saved us roughly $7 million.

Looking out to the second quarter, prices have again increaseddramatically. Today, we are currently paying close to $2.10 pergallon for diesel. There's quite a bit of volatility in the markettoday, making it difficult to predict where fuel could end up. Thisvolatility also creates a timing issue for us as our surchargemechanisms have roughly a two-month lag so we won't recover forApril's high prices until the month of June. And if prices remainhigh our recovery gets pushed out to the second half of the year.Higher fuel prices could be a headwind to both our operating ratioand earnings improvement.

First quarter rent expense came in at $367 million, up 4% versus2005. This growth is consistent with our expectations for the year.Volume costs increased due to our 4% quarterly carload growth; inaddition, long-term locomotive and freight car lease expensesincreased year-over-year. Productivity gains did offset a portion ofthis increase in the form of better car cycle time.

Looking to the second quarter we'd expect the drivers to the volumegrowth with some productivity offset. (technical difficulties) Excuseus. We've got an alarm going off here.

You might recall that a delay in deliveries last year pushed costsfrom the second to third quarter. So in 2006, we would expect greatersecond quarter increases with expenses up about 6 to 8%. On a fullyear basis, however increases are still likely to be around 5%.Quarterly depreciation expense grew $14 million or 5% to $303million. Again this is in line with our expectations for the year andreflects our higher capital spending.

Materials and supplies expense increased 21% in the quarter to $164million. Most of the cost increases in this category can be tied tothree things. Each contributing about one-third of the higherexpense. They are higher material costs, increased maintenanceactivity and a cost shift between expense categories. We moved somecontract work in-house, shifting some expense from purchase servicesand other to this category. For the balance of the year we wouldexpect further double-digit increases. Similar to the first quarter,inflation, volume and the shift in expense categories will be thedrivers.

Our last expense category, purchase services and other, grew to $450million in the quarter - a 6% increase. One driver was the 11% growthin inter-modal volumes and the related drayage expense. This categoryalso includes higher state and local taxes and personal injury costs.

On the positive side this category experienced lower contract expensefor equipment repairs, better freight claims experience as well as a$5 million year-over-year decrease from last year's West Coast stormcomparison.

For the balance of the year we'd expect this category to be flat toup slightly as we gain further operating efficiency. That's a quicklook at our operating expenses. Let's turn now to our operatingratio.

Jim gave you a preview of this slide in his opening commentsillustrating our 6.4 point improvement in the quarter to 83.7 in '06.This is our best quarterly operating ratio in over two years.Although roughly a point and a half of the decline can be attributedto last year's West Coast storm, the remainder is evidence of ourhigher revenue and operational efficiencies. We are converting recordrevenue growth into bottom-line gains.

Looking now at the full income statement, Other Income declined 50%in the quarter to $10 million. First quarter real estate sales werelower year-over-year but we still anticipate full year Other Incomein the $75 to $100 million range. Interest expense was down $12million in the quarter to $120 million. Lowered quarterly debt levelsdrove the decline.

The one downside to higher earnings is a larger tax bill. Income taxexpense more than doubled in the quarter to $184 million; oureffective tax rate was 37.2%, about a point higher than last year'srate. Our expectation is for a 37 to 38% tax rate for the balance ofthe year.

First quarter net income totaled $311 million or $1.15 per share,more than double last year's $0.48 per share. Of course as Jimmentioned, last year's results included the $0.13 per share impactfrom the West Coast storm.

Turning now to capital. Dennis will provide you with the details in aminute. In terms of the amounts our plans call for an all-in budgetof 2.75 billion. This amount is about $100 million less than lastyear's (technical difficulties). Which you will recall was increaseddue to weather and joint line charges. Cash capital is targeted atthe 2.25 billion; and the remainder is equipment lease financing. Weremain focused on improving the overall returns of the Company as weinvest for future growth and efficiencies.

Let me wrap up with a look at our balance sheet. This slide shows ourdebt to cap ratios both adjusted and unadjusted for leases. As youcan see, we continue to strengthen our balance sheet as we grow ourbusiness and increase our profitability. The bottom line, we madegreat progress in the first quarter and are off to a good start. Ourtask going forward is to build on that and improve throughout theyear.

With that let me turn it over to Jack to talk to you about our recordrevenue growth.

JIM YOUNG: Jack, hold on a minute. I want to apologize to everybodyfor the fire alarm. I want to assure you that the fire alarm or thefalse alarm has nothing to do with our first quarter results here.

So what we can do here is after we are done with the pitches here ifwe need to go back on a couple of these slides and let Rob walkthrough them, please ask and we will do that. How about it, Jack?

JACK KORALESKI, EVP - MARKETING AND SALES, **UNION PACIFIC**: Okay. Ourfirst quarter volume increased 4% over last year, set a new recordwith significant increases in our inter-modal, automotive and agproducts businesses leading the way. Our strong yield enabled us totranslate those volumes into all-time record revenue and averagerevenue per car per any quarter.

Our total revenue grew 18% as five of our six business groups postedall-time revenue records; and our inter-modal business set a newfirst quarter record. We set new all-time average revenue per carrecords in chemicals and energy and industrial products, while our agand inter-modal businesses set new first quarter records.

In addition to our improving yield, customer satisfaction reached atwo-year high, posting its fourth consecutive quarter of improvementsas our customers are seeing slow but steady progress in the health ofour network.

In our ag products business, we were able to create someopportunities for our grain customers to move more freight to offseta significant shortfall that we were experiencing in our Coloradocoal business. Two of our coal mines were basically shut down formost of the quarter so we redeployed the locomotives to grain to takeadvantage of a very strong demand we had for feed grain.

The market drove those shipments into Gulf exports which were up over200% in the quarter. Domestic demand for [meals] and oils resulted ina 9% increase in volume while the ethanol market continued to expandwith shipments up 22% over last year. Although the strength in Gulfexport demand cut into our Mexico volume somewhat, import beerincreased 30% over first quarter last year.

In addition increased volumes of cottonseed, and meals and(indiscernible) which is the ethanol byproduct pushed our grainproducts 37% higher year over year. When it was all said and done weoffset a little negative mix in our ag business and the combinationof yield improvement actions and fuel cost recovery resulted in a[60%] growth in average revenue per car.

Our automotive revenues were up 23% as a result of higher volumescombined with yield improvement and fuel surcharges. Finished vehiclevolume was stronger than anticipated, up 12% as heavy ground comps atyear-end translated into strong demand for transportation in thefirst quarter. The launch of GM's new 900 Series, the continued rampup in production of the Ford Fusion (indiscernible), and higherimport volumes for Toyota also contributed to the increase.

Our parts business increased volume 4% accompanied by an 11%improvement in average revenue per car.

So looking ahead in our automobile business, we expect that the firsttwo quarters of 2006 are going to be the strongest in terms offinished vehicle move and we expect volumes will probably soften alittle bit from that pace during the second half of the year.

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

Our chemical revenues climbed 14% even as volume declined 4%. Softerthan expected potash export demand and some trimming of low marginbusiness drove a 15% decline in fertilizer volume. Plastics were alsodown with fewer moves to the export market. Those declines werepartially offset by growth and petroleum products as mild weatherallowed for more road construction. With a continued focus on yieldimprovement, the chemicals soon delivered a 19% improvement inaverage revenue per car. Despite a 4% decline in volume, a 9%improvement in average revenue per car allowed energy to grow revenue5%.

We expected coal volumes to be the biggest growth driver in the firstquarter but issues with the mines on the SPRB joint line kept thatfrom panning out. The good news is that the diversity of our trafficmix - combined with strong demand across the board - allowed us toshift some resources out of the coal and into other opportunitiesthat we have in the marketplace like I mentioned before in our agproducts business.

Here's a look at how the mine and rail issues impacted first quartervolume.

The chart shows the sorts of missed volume for Colorado, Utah and thesouthern Powder River Basin. For example in Colorado Utah, the entireshortfall of 21% was attributable to problems in two of our Coloradomines that significantly impacted loading. One mine suffered a roofcollapse and another encountered persistent heat and gas problems.Now while these problems originated late last year the impactcontinued through most of the first quarter; and the result was a 2.2million ton shortfall versus last year in this business segment. Thegood news is both mines are now back in full operation.

In the Powder River Basin, tonnage was slightly ahead of the firstquarter record we set last year. Unfortunately, we missed the 140trains because of operational problems at the mines and 114 missesdue to joint line issues and rail operations. So our performance forthe quarter could have been much, much better.

What this data reinforces is that there's just very little slack inthe Powder River basin supply chain. And if a trainload is missed,whether it's because of a rail or a mine or a utility issue,, it'salmost impossible for us to make it up. That's why we're activelyworking with the BNSF, the mines and the utilities on a number ofinitiatives to ensure that we take advantage of every available trainslot.

In addition we're continuing our capital investment as Dennis willshow you because we're confident, with the progress we're making, thereturns on our coal business will certainly justify thoseinvestments. So we're off to a little slower start than what we hadexpected but the demand is still there; and we think we can stillachieve a 10% growth in our coal business for the full year and we'redoing everything we can to move that coal.

A 20% improvement in the industrial (technical difficulty) per carcoupled with a moderate increase in volume resulted in a 23% growthin revenue. Stone, sand, and gravel volumes grew 8% as increasedtrain sizes and cycle time improvements allowed us to capitalize onthe strong rock demand in Texas, Arkansas, and Louisiana. In additionthe mild weather especially in January drove year-over-year growth inour lumber, cement and steel businesses. Average revenues per carimprovement was driven by continued movement of prices to marketlevels and the opportunity to mix up substituting higher marginbusiness in place of business that would not allow us to reinvest inthe future.

Our largest volume growth for the quarter was in inter-modal whichwas up 11% with strong demand in all three segments - internationaldomestic and premium. All three segments also saw double-digitaverage revenue per car improvement. The year-over-year comparisonwas helped somewhat by the flooding that occurred in the firstquarter of 2005. We are making good progress in our inter-modalbusiness; the balance in our network between L.A. and the East hasimproved from 66% to 74% resulting in reducing empty positioningmoves, improving asset utilization and lowering their costs. In lightof a relatively high proportion of legacy contracts in ourinter-modal business, we're pleased with the progress we're making inyield improvement as well.

It was a great quarter in terms of transporting strong demand and toyield and revenue growth and we are equally pleased with theimprovement that we saw in our customer satisfaction. Customersatisfaction index increased to 70 with the highest level that we hadseen in two years. To help put that in perspective our seven-day carloadings were up 7000 cars per week. So we are encouraged that thesatisfaction improvements we're seeing reflect the customer's senseof the stronger network. Clearly these satisfaction scores aren't atan acceptable level and we are focused on driving further improvementin our performance to better meet customer requirements.

Dennis is going to take you through these things, the things thatwe're doing that we believe will help continue to drive improvementin customer satisfaction. But before he does let me just wrap up withone more slide on the commodity outlook.

For the second quarter we are looking for commodity revenue growth of14 to 15% with about 3% coming from volume gains and the balance fromcontinued yield improvement in fuel recovery. The chart on the leftshows the core price improvement for the first quarter was 6%,reflecting a continued strong market demand. A key part of our secondquarter revenue plan will be double-digit coal loading growth. Nowyou'll recall May of last year was when the joint line issuessurfaced so the year-over-year comparison is a little easier.

However the 2006 joint line repair program began on April 3rd; andalthough we don't expect a significant impact on loadings that repairwork does add variability to an already complex operation. On a fullyear basis, we have updated the revenue outlook we gave you back inJanuary. We now expect our revenue growth to be in excess of 12%.

So with that I'll turn it over to Dennis.

DENNIS DUFFY, EVO - OPERATIONS, **UNION PACIFIC**: Thanks, Jack, and goodmorning. Today I will spend a few minutes discussing our firstquarter operating performance and provide some additional Technicoloron our 2006 capital budget and share a few of our second quarter andfull year initiatives.

Let me start out with a safety update. This chart shows thethree-year safety trend for personal injuries and rail equipmentincidents which are primarily derailments. As you can see we haveshown improvement in both of these measures over the last couple ofyears. The bars on the left show our employee incident rate improving7% versus last year and nearly 19% over the two-year period. On areportable basis 2006 rates were slightly higher than 2005. We havemaintained a rate, however, that is well below the 2005 industryaverage of nearly 2.3.

The chart on the right shows rail equipment incidents over the lastthree years. In both measures total incidents and reportables, wehave seen year-over-year improvement. Our strategy is zero toleranceand we work in all facets - employee, customer and public safety - todrive performance improvement.

Turning to service. The story for the quarter is really volumeleverage. You have heard both GM and Rob talk about it. This chartillustrates its impact. On a weekly basis we handle nearly 4% morevolume. Our velocity increased 2/10 of a mile per hour over the sameperiod. It illustrates that we have created capacity through ournetwork initiatives; and we are generating more throughput across thesystems. In addition to the velocity we have improved serviceconsistency, which I will talk about more in a moment.

Our daily focus remains velocity improvement; driving greater assetutilization; and increasing our capacity. Let me update you on acouple of the initiatives.

One of our goals has been to simplify our network by reducing carhandlings and in route work events. The major initiative is theunified plan. We actually just passed the one-year mark since webegan making some of our network adjustments. So comparing the firstquarters of '05 and '06 really shows that the before and after impactof the unified plan.

A 12% reduction in the rate of car handlings or switches atintermediate terminals and a 16% reduction in the rate of in routework events. Over the next several weeks we will be concentrating ourunified plan efforts in the Southern and Western regions where wehave our greatest pieces of industrial business plus our Mexicangateways. The unified plan benefit can also be seen in otherproductivity measures.

It translates directly to our improved to our improvement in terminaldrill time which decreased by half an hour in the first quarter of'05 versus '06 and while that decrease may seem small it results intoless car higher expense, saving us nearly $9 million annually. Thereduced dwell time drive improves car cycle that Rob mentioned.

We continue to make solid improvements in this measure shortening thecycle, reducing congestion and creating additional capacities. Robalso mentioned we continue to move more freight and burn less fuel.Our first quarter sheet rate was the best ever first quarter allowingus to move a 2% increase and goes 10 miles with virtually no increasein fuel consumption.

This slide shows you a few different ways of measuring deployedproductivity by (indiscernible) mile, carloads or freight train milesper employee. We are not satisfied with where we stand today onproductivity but we are seeing signs of improvement. Particularly intwo of the measures.

As we worked through our training bubble over the last couple ofyears and moved employees into productive service, those newemployees have given as the capacity to grow and we'll continue tofocus our efforts on driving additional productivity, particularly inthese areas. Bottom line is our velocity increases we will seecontinued improvement in these areas.

As Jack showed you, our customers are telling us that service isimproving. Two measures that we look at internally to gauge ourcustomer service are car connection performance and industry slotspots and pull. Our connections which improved two points in thequarter measures the percent of time outbound cars make theirscheduled departure objectives. An increase in this measurecorrelates to more consistent service and on-time arrivals. In the 3spot in full which jumped 10 points in the quarter measures oftimeliness of our customer pickups and deliveries, this gain can beattributed at least in part to the roll out of our customer inventorymanagement system or CIMS. Through better management of our terminalworkload and inventory on hand. we are delivering a more reliableservice product to our customers.

In January, I shared some of our high level capital projects for2006. Taking a more granular look at the work plan for this year itbreaks down as follows. We will spend roughly 1.5 billion for trackmaintenance - that is slightly more than the work we did in 2005. Ourcapacity spending will total nearly 305 million. A portion of thiswill go to additional mainline staff capacity such as another 52miles of double track on the Sunset corridor, 18 miles of tripletrack in the Southern Powder River Basin with the BNSF and in anadditional mainline through North Platte to accommodate run-throughbusiness such as coal.

Other capacity projects include new sightings and extensions as wellas signal system enhancements to help drive velocity andproductivity. An additional $180 million is being spent on commercialfacilities. This includes such items as support track in the Midwestfor our ongoing growing ethanol business as well as inter-modal andautomotive facility upgrades.

We will also acquire 200 new high horsepower locomotives and roughly2700 freight cars for both replacement of older equipment andbusiness growth.

We are off to a good start on our 2006 capital plan, completingseveral projects in the first quarter. I will just highlight acouple. Our Sunset Corridor double track work is progressing nicely.We've already completed 20 miles and we are on track to completeanother 22 miles by August.

In mid-February we completed our bypass project in Marysville,Kansas. This was a multiyear project and moved our double mainlineout of downtown, added six passing tracks and closed 11 gradecrossings. We are improving public safety and enabling a speedincrease for our roughly 70 trains per day from 20 to 50 mph. We'recontinuing to make infrastructure enhancements at

San Antonio inanticipation of the new Toyota plant opening this fall. And we alsorealize solid productivity with our maintenance capital takingadvantage of the warm weather in California, Arizona and even theMidwest.

In the second quarter and for the balance of the year our capitalprograms will continue to positively influence our operatingimprovement initiatives.

Looking ahead to the remainder of '06, we remain focused on our coredisciplines. Operating a safe railroad, simplifying operations,increasing productivity across our critical resources, and investinga critical part of our network for efficiency and capacity. The endresult will be further network simplification, reduced car handlings,and overall service improvements for our customers. With that let meturn it back to Jim.

JIM YOUNG: Thanks Dennis. Let me close here with an outlook on therest of the year. As Jack had mentioned, our second quarter revenueoutlook is growth of about 14 to 15%. About three points of thatgrowth should come from volume; the rest from yield. The real keyhere will be our coal business obviously going forward here. Thestrong operating revenue growth should combine with continuedimprovement in our operations, which should drive a three-pointimprovement in our operating ratio year-over-year.

All in, we would expect our second quarter to be in the range of$1.20 to $1.30 per share. That's an increase of 36 to 48%. Obviouslythe major wild-card in this estimate is the price of diesel fuel.While we have substantially improved our fuel surcharge recovery overthe past several years, rise in crude oil prices can still impact ouroperating ratio in earnings especially in the short-term.

For the full year, we expect revenue growth to be at least 12%. Nowwhen you think about a full year (indiscernible) outlook given we hadan 18% growth in first quarter, we are predicting 14 to 15% in secondquarter. That equates to a lower growth rate in the second half ofthe year.

Our outlook here for volume and yield continues to be very strong.That slow growth rate really falls in what we will see in the growthrate for fuel surcharge recovery. You'll recall last year we had avery strong run-up in our fuel surcharge recovery in second half. Weobviously won't see that kind of run-up here in the second half thisyear.

The strong revenue growth for the year should combine with betteroperating efficiency to produce a 4 point improvement in the fullyear operating ratio; and and earnings basis, this translates into arange of $5.00 to $5.20 per share and we are also raising (technicaldifficulties) of free cash flow after dividends to the 350 to 400million range.

So, to wrap it up we are off to a good start in 2006, but have a lotof year ahead of us. We are being somewhat cautious in our overalloutlook but we continue to see solid demand which should supportfuture volume and yield growth. Our challenge is to handle the growthmore efficiently. We have a long way to go before we are satisfiedwith our service velocity and financial returns; but we are confidentin our plans for improvement.

With that let me open it up to questions.

OPERATOR: (OPERATOR INSTRUCTIONS) Jason Seidl with Credit Suisse.

JASON SEIDL, ANALYST, CREDIT SUISSE: Good morning, everybody.Impressive results for the quarter. I was wondering if you could --you teased out on the OR a little bit in terms of what the West Coastwashouts did last year and sort of the gains this year. In some ofthe slides when you give your productivity improvements could youtease out the West Coast from that as well and let us know where youstand?

JIM YOUNG: Well let me start here. On the operating ratio the stormslast year cost us about 1.5 points. And on the operating income Ithink we said it was about $50 million of operating income, kind ofsplit evenly between revenue and operating cost. It's tough in termsof looking at the overall productivity numbers. Clearly we had theimpact last year. On the other hand okay, the way coal really didn'tflow as well. It had really a kind of negative impact this year.

So I think it's all those as I said, earlier, the unified plant, mildweather this year really all helped.

JASON SEIDL: I guess what I'm trying to get at, if you said that likea half an hour improvement terminal dwells about $9 million on anannual basis, but if I just think about it conceptually, I wouldimagine that you probably were almost on par with last year given thewashup. So there is a little bit of room to grow there the remainderof the year in terminal [dwell] time.

JIM YOUNG: Actually you're not hearing -- I hope you don't hear fromthis team here that we are doing a high five over our productivityright now. We are -- we've made I would call it some progress with 4%increase in volume but there's clearly a significant amount of upsidehere going forward.

JASON SEIDL: Fair enough. If we look out on the inter-modal segment,given where fuel is now, are you seeing an increased demand from alot of customers given the spread between pure truckload and fueljust gone up due to the fuel surcharge recovers?

JACK KORALESKI: You know right now, international demand is verystrong and the premium and domestic markets are a little softer butit's really just the seasonal demand kind of situation you see in thefirst quarter of every year. Now I'm going to say that on one hand;on the other hand they are both a little stronger than what we hadthought they were going to be.

So yes, we are probably seeing some impact of the higher fuel pricesbut it's not pushing us to any extreme.

JASON SEIDL: I'll give one more here and I will turn it over tosomebody else. If we look at your fuel surcharge recovery rate, yousay it's improved but you think they're going to get better. Couldyou give us some numbers behind that and I apologize if I missed it.In terms of what percentage?

ROB KNIGHT: What we've always said is we are not at our objective ofrecovering 100% of the run-off in fuel. We've made progress on thatyear-over-year we are still not where we want to be but we aresubsidizing the customers less this year than we did last year. Wedidn't give the exact percent but we made progress; and in our totalrevenue growth just over six points of that revenue growth wasattributable this quarter to the fuel surcharge recoveries.

JASON SEIDL: Thanks for the time, everyone.

OPERATOR: Ken Hoexter of Merrill Lynch.

KEN HOEXTER, ANALYST, MERRILL LYNCH: Good morning. Just want to talkto you about the salaries and benefits. Obviously showing up a bitbetter improvement than we anticipated. It's a very solid costcontrol. Is that something you've got specific initiatives or is itjust an offshoot from the unified plan? I just want to kind ofunderstand what is sustainable on an annual basis when we startlooking at these ongoing improvements?

JIM YOUNG: I think there are a lot of things that apply here.Productivity, your unified plan, a lot of the industrial engineeringwork we're doing in the terminals, a reduction in some of thetraining bubble that Dennis had mentioned where we are getting caughtup. All are really contributing to that. I don't -- going forwardhere I still believe that 3 to 5% productivity is very real for uswhen you look at going forward here.

KEN HOEXTER: So there's no time frame on that kind of productivity.You can see that for a couple more years?

JIM YOUNG: No time frame. My goals -- I'm -- we're going to haveproductivity this year and continue it going forward.

KEN HOEXTER: Secondly, the capacity issues. You talked about addingcapacity in the PRB. How about the mainline surrounding it? Are thereany congestion issues once you actually leave the ERP for the workaround it?

DENNIS DUFFY: Ken, in the past we talked to you about three corridorsthat we focus on really to increase our capacity. Obviously theSunset, you know what we are doing down there, continuing to adddouble track. The Central Corridor which would be basically fromGranger, Wyoming through to Chicago and onto Kansas City. We areworking on that. We've had a four-year progress or project there toadd signal capacity and additional capacity.

I mentioned to you the additional mainline in and around NorthPlatte. We continue to improve our infrastructure in there toincrease velocity and throughput there. And then the north-southroute where we are working on our terminal infrastructure - primarilyHouston, Dallas-Fort Worth and San Antonio.

So those are the three key areas that we are focusing on from acapacity perspective.

KEN HOEXTER: Just a real quick one. In the quarter, wondering(indiscernible) announced that they've leased containers from you? Doyou have anything left to lease out? Or is this a full commitmentprogram?

JACK KORALESKI: We have a healthy fleet of VMP boxes that we haveretained. Those are just some one-off deals that we thought wereappropriate.

KEN HOEXTER: Did you want to give numbers around

JACK KORALESKI: You know it wasn't all that much.

KEN HOEXTER: Thanks a lot.

OPERATOR: James Valentine of Morgan Stanley.

JAMES VALENTINE, ANALYST, MORGAN STANLEY: Thank you. Great quarter.Can I just ask about the guidance here in the, sequentially if I goback a few years ago before we had fuel inflation you would see abouta 30% step up from your first to second quarters. And if we did thatthis year, we made about $1.50. If we take out let's say a dime or$50 million in fuel inflation sequentially, we would be at $1.40. AndI'm just trying to understand are you being just incredibly cautioushere or is there something else out there that you see beyond fuelthat is starting to creep back into the cost structure?

JIM YOUNG: I think most of it goes into kind of your outlook here onfuel. It's very tough. You look at where the numbers have been movinghere quickly. There's a lag. There is a minimum 60-day lag in ourfuel recovery so I -- and I did say we were being cautious. But thatreally kind of is an outlook for the whole year here.

So a lot of things have to go right here. I mean we are -- ouroutlook on coal. We should have a strong quarter but as Jack said,you know you've got maintenance work going on. We saw about half ofthe misses as Jack had mentioned go back to the mines points. So Ithink there's upside there; but a lot of things have to click for us.

JAMES VALENTINE: Can I just ask Rob, you may have given this, what isyour fuel assumption for the second quarter and full year guidance?

ROB KNIGHT: We didn't give that, Jim. Really when we gave theguidance we take into consideration that fuel is very volatile hereand if fuel stays where it is today, that gives us a headwind on ourearnings and our operating ratios. If it moderates, that

puts usprobably at the higher end of that guidance. If it goes above whereit is today, then that puts pressure on us and puts us(indiscernible) .

JAMES VALENTINE: Did you say you are paying $2.10 a gallon right now?

ROB KNIGHT: Currently we are paying $2.10 as we speak.

JAMES VALENTINE: And that means as of like today or yesterday that(MULTIPLE SPEAKERS)

ROB KNIGHT: Last few days. Right.

JAMES VALENTINE: Great. One other question I have and maybe, Denny,you want to think about this or help us with this. Relates to thewhole schedule railroad program and what I've been starting towitness now or over the years is that would schedule railroad whenthey get implemented can take kind of 18, 24 months before theyreally start to kick in and generating earnings leverage and we sawthat at Canadian National. We saw that at Norfolk Southern.

Now here, this quarter we are starting to see this in CSX. You guysare about, I guess while you said a year into your program, can yougive us some kind of feel if you are starting to see I guess I'llcall it a step function into that acceleration we've seen from othercarriers, where it really starts to kick in and everything falls intoplace? Or do you think that is probably still late this year or evena 2007 event?

JIM YOUNG: I would expect to see certainly continuous improvement andI think there is that [step level] opportunities to be made here.Volume creates opportunities for us in terms of creating additionalbypass trains, which we are trying to build and reduce our workevent.

So I think the expectation would be obviously continuous improvementand in certain locations and certain quarters and volume level. Lotto play with that. But we will continue to drive productivity andcontinuous improvement. You'll see it in our terminals and ourvelocity and all of our metrics.

JAMES VALENTINE: Thanks so much.

OPERATOR: Tom Wadewitz of J.P. Morgan.

TOM WADEWITZ, ANALYST, J.P. MORGAN: Good morning and strong quarter;nice quarter. Let's see. Two questions for you - one on capacity, oneon pricing. It seems like you are making a lot of good investments,smart investments in capacity. You are probably -- you know you arebehind a bit. At the same time you've got some pent-up demand in acouple of business units.

Is there a point where you think you actually catch up in terms ofthe pace of investments you're making? Or is it more likely that, ifwe still have good demand in the coal inter-modals, you don't seenecessarily an inflection point where you've got the capacity addedand you really get that strong improvement fluidity?

JIM YOUNG: You know there is some catch-ups you're doing here but Iwill also tell you when you look at the demand right now, you know,we've got some great opportunities out here. The key for me at theend of the day is our ability to continue to improve the returnswhere we have got a lot of business opportunities out here when yougo forward. It's not clear to me whether all of those businesses aregoing to meet the kind of financial return we want; and I'm not goingto invest in that line of business if it doesn't get there.

So you know I don't -- if you are asking the the question are wegoing to fall off to $2.2 billion of capital or two, three real quickI just don't see it right now. And the economy will play a role herein terms of the man but we are seeing pretty significant demand hereacross most of our business lines.

TOM WADEWITZ: So put another way, given the demand you see youinvested a pace to keep things relatively tight. And that probablyprovide (technical difficulties) support on the pricing story asopposed to really kind of massively investing to get ahead of things?

JIM YOUNG: There is no quick fix here in terms of capacity. I thinkin the whole rail network that that is going to magically developexcess capacity here. I think, again, one of the nice things aboutrailroad investment you can kind of put it in an inch at a time andyou look at our investment in the Sunset quarter. Dennis has got agoal of 50 miles this year. We turn 20 miles over top rations infirst quarter and we really can meet it.

TOM WADEWITZ: Then on the pricing side, there continues to be upsideversus our expectations at what you're going to get on yield andprice in general. Is it possible that when you look to '07 you cansustain kind of a all in price number which is 5, 6, 7%? Excludingfuel surcharge but just looking at affected price across theportfolio. You think that's possible? Or do you think that it's --would be likely to have the pace of price fall off meaningfully in'07?

JIM YOUNG: You know I think, again, it is going to be a function ofhow long and sustainable you believe the demand is, the economy.Although I really do believe there is a structural shift here indemand in our business here. We are going to be aggressive. We havegot a long ways to go when you look at it in terms of getting thisbusiness to where you can look at it's (indiscernible) and earn yourcost of capital and I also have several businesses that (technicaldifficulties) really are a long ways off of reinvest ability. So we(technical difficulties) -- gressive. I'm not going to confirm thenumbers for next year but right now pricing is pretty strong.

TOM WADEWITZ: Thank you for the time.

OPERATOR: Edward Wolfe of Bear Stearns.

EDWARD WOLFE, ANALYST, BEAR STEARNS: Good morning. Can you take us alittle through the coal? When did the two Colorado mines open upagain?

JACK KORALESKI: In mid to late March is when they opened up again.

EDWARD WOLFE: Both of them at about the same time?

JACK KORALESKI: Yes. Pretty much.

EDWARD WOLFE: And when you look at 10% volume for the year, how do wethink about that as we go out sequentially? I'm guessing some of thatis back-ended, given the heavy maintenance and the comps get easierlater on, but how should we look at that kind of quarter-over-quarteras we go out?

JACK KORALESKI: As you recall second quarter is when the Powder RiverBasin joint line last year really struggled. And in fact, I think,for the second quarter we averaged about what was it 31, 32 trainsoff to PRB. We are running 35 or so right now. 35. 36. So you aregoing to have -- you should see a strong increase this year and infact if you looked at the PRB challenges last year they went all awaythrough I think September, October.

So you are going to see the stronger growth right now starting here,really, in May through probably September. And again though, youknow, there is a challenge out here with the whole logistics chain.And we are working very hard with the mines, our customers the(indiscernible) to make certain we get every train stop we can offthe -- out of the Basin.

EDWARD WOLFE: So we should be about 10% this quarter is what you'resaying to get to 10% for the year?

JACK KORALESKI: That's right.

EDWARD WOLFE: And Jack you mentioned potash export, potash beingsoft. Can you talk a little bit about what you are seeing in trendsthere? And how much of that is negotiating price versus real softnessthat you see sustaining?

JACK KORALESKI: You know at this point in time, Ed, we are kind oflooking at it that you've got kind of a lull right now. There is someprobably pricing negotiations going on in the potash marketsthemselves. The exports, the Chinese markets haven't been quite sostrong. But we actually think that over the course of the year wemight have a shot of getting that back.

EDWARD WOLFE: In other words, recovery?

JACK KORALESKI: Yes.

EDWARD WOLFE: Okay and when do you get a sense for that? Is it amonth from now, two months from now?

JACK KORALESKI: I wish I knew the answer to that question. But Iwould say, yes, over the next month to two months we should probablyhave a much better read on what is happening and whether it is goingto be a sustained softness or whether things are going to perk uphere.

EDWARD WOLFE: And, Jim, just one thought on fuel. We are starting toseek a little bit more publicity as fuel gets higher at the pump foreverybody. And the STV holding hearings and all those kinds ofthings. Is there any thought of UP of changing the way you collectyour surcharge?

JIM YOUNG: You know, Ed, we -- if you think about the surcharge, howit originally went in. That was based on a lot of conversations withcustomers. They wanted to keep it ticket simple. Ability to manageit. It followed -- if you really looked kind of a lot of thetraditional fuel surcharge methodologies. The key point for me we arenot at 100%. Our goal is to be 100%. No more than that.

We will always take a look at what makes most sense going forwardhere. I think when fuel surcharges went in most people believed itwas kind of a one off deal. You had a blip in crude; it would comeback down and we would go from there.

And obviously I don't think anybody believed crude is going back tothe $26 barrel we had when we put that fuel surcharge in so -- or isthe base. So we will take a look at it going forward. Right now Idon't have any plans to change it.

EDWARD WOLFE: Thanks a lot for the time.

OPERATOR: Jordan Alliger of Deutsche Bank.

JORDAN ALLIGER, ANALYST, DEUTSCHE BANK: Good morning. What stood outto me was - and you talked about this a little - is that your fuelconsumption, your gallons were basically flat even with the volumeincrease of 4%. I'm just curious if you could talk a little bit moreabout that and how you are doing that and how that might look afterthe future?

JIM YOUNG: Sure. I'm going to have Dennis take that one.

DENNIS DUFFY: It's a multifaceted approach to it. Obviously whatwe've done a lot with our simulator training on our engineers andthat is really starting to pay dividends for us. Obviously our newlocomotives that we purchased over the last few years are veryefficient and have delivered us a substantial savings there. We --our put had new technology on all of our locomotives. The automaticstart stop that allows us to take advantage of idling time. Our fuelconservation policies that we have with our shutdowns.

And then the other thing that we have our employees started aninitiative called Fuel Masters where they actually incent and competewith each other on good train handling and have just done anexcellent job. And it's saved us literally millions of gallons amonth by their good train handling and their great fuel conservation.

So it's a multifaceted approach which we are very serious about andcontinue to reinforce at all levels of our Company.

JORDAN ALLIGER: So generally would you say the pattern, even withincreased volumes, could -- I mean, obviously, it will depend on whatfuel cost per gallon does (technical difficulties) being equal sortof the general trend where gallons increase less than the volumeshould persist?

JIM YOUNG: I think within a reasonable range. We are -- again, ourfocus is fuel conservation efficiency. How business mix comes intoplay clearly can have an impact and so you have to be careful aboutkind of making it linear off of the first quarter. But my expectationevery year is we are going to see better fuel efficiency.

JORDAN ALLIGER: Just a quick follow-up on the coal side of things. Iguess just I'm sort of wondering, I know a few months ago before thecoal production issues in Colorado, the thought was that coal demandcould be up like 12 to 15%. And now it's looking at 10% and coal,obviously, is a critical commodity to you guys.

I am just wondering - I know we talked about fuel expense and thewildcard to earnings. I'm wondering on the coal volume side, how muchcan that play or not play in to the second quarter and full yearearnings outlook you are relative to sort of that 10% bogey?

ROB KNIGHT: Our outlook on volume and demand are two different thingshere. The demand is higher right now when you look at the totaldemand for PRB. In fact, I think the numbers when you look backwardshere are up near 15% year-over-year in terms of tonnage. The realquestion is the ability of the supply chain to deliver that kind ofdemand.

So we, right now our outlook is what we think we can deliver. But Idon't see demand falling off right now. It is going to continue and,again, I think that's why it's so important for us to focus on thewhole logistics chain. Our capital investments we are making. BecauseI don't see that falling off in the near-term.

JORDAN ALLIGER: So the 10% though. Just to make sure, that is whatyou expect to be able to deliver?

ROB KNIGHT: That's right.

JORDAN ALLIGER: Thank you very much.

OPERATOR: Gary Chase of Lehman Brothers.

GARY CHASE, ANALYST, LEHMAN BROTHERS: Good morning. I admire yourtenacity in reporting your results through the fire alarm there. Justa quick question. You've held coal out as something that's criticalfor the quarter. Obviously, you face your share of challenges alongthose lines. This quarter you had the flexibility to offset thatelsewhere in the network.

In the event that you run into difficulties again in the secondquarter, do you think you have the operational flexibility and thedemand to do what you did this time and offset that impact elsewhere?

JIM YOUNG: Yes, I believe we do. You know we are -- you look acrossthe six business groups that we have, there's good demand reallyacross most of them right now. We do have some ability if productionhas fallen off on the mines that we can shift some resources. Grainis an example. Where you can put locomotives and so I don't -- youknow, I want to handle the coal at the end of the day.

That's our goal is handle the coal and we meet our other commitmentshere to our other customers but we do have some flexibility onlooking at mix.

GARY CHASE: But we should read that as you'll have an ability tooffset some of that if -- for whatever reason?

JIM YOUNG: Right now, I'd say yes.

GARY CHASE: Great. Thanks a lot.

OPERATOR: Rick Paterson of UBS.

RICK PATERSON, ANALYST, UBS: Good morning. Jim, I would just like toget your latest thinking on the price of (technical difficulty) youare going to be doing this for years and by the time you get it doneit's probably time to triple track it. Any interest in dramaticallyaccelerating the program?

JIM YOUNG: As you know, we are 50 miles (indiscernible) put you onabout an eight-year curve to finish it and with demand, you areright. You will be at capacity that is done. But what supports meright now is looking at the financial returns in the inter-modalbusiness. That will drive any decisions to accelerate spending onthat line.

And I tell you every time we cut it it looks like demand is going tostay very strong. But we've got to work in the financial returnsside. I don't -- you know (indiscernible) assessing where we get thebest capacity expansion here. We have got to protect our network.Double tracking Sunset, you have to look at the double networks hereand demands on coal, landing spots etc.

So we are sticking to our guns here in terms of what we've got ouroutlook for capital this year and (technical difficulties) how thingsgo when we put our plan together for '07.

RICK PATERSON: And speaking with inter-modal, the (technicaldifficulties) 400 with a little bit of upside. Are you stillcommitted to maintain those boxes in-house?

JIM YOUNG: Yes we are.

RICK PATERSON: Thank you.

OPERATOR: Randy Cousins of BMO Nesbitt Burns.

RANDY COUSINS, ANALYST, BMO NESBITT BURNS: Good morning. Withreference to slides 12 and 13, Rob, wonder if you could give us alittle bit more clarity in terms of this stuff that you've broughtback into the firm and the context for the guidance you are givingfor the balance of the year? In other words, how much of the guidanceas in accounting is a swing in terms of allocation between thematerials and supplies and purchase services?

ROB KNIGHT: About a third of that increase was a result of ourdecision to move locomotive overhauls that we had previously beencontracting outside work to do in their different locomotives, etc.But for various good reasons we moved those overhauls into ourin-house and, really, what that does is move it from purchasedservices expense category to our materials and supplies.

RANDY COUSINS: So if we were to rip out that reallocation, in termsof starting to think about Purchase Services and Other, it's actualorganic escalation rate in terms of sort of cost would be what? Andthe same thing on material supplies, again, stripping out thisreallocation issue?

ROB KNIGHT: That was in the guidance I gave. That's been taken intoconsideration, Randy.

RANDY COUSINS: Rob, but I'm just trying to think from our perspectivein terms of sort of trying to understand underlying cost increases,both in Purchase Services and the material supplies. What would yousay is sort of the organic rate of cost increase independent of thisreallocation issue?

ROB KNIGHT: Rough numbers, material supplies. More like a 15percent-ish rather than a 21 percent-ish.

JIM YOUNG: That includes, there are several components there thatincludes increased locomotive overhauls which you can attribute tovolume and larger fleet going forward. Obviously you have coreinflation going on in some of these categories here. So you know whenyou say organic it's not quite clear to me what you mean there.Because that also includes volume in some of these categories.

RANDY COUSINS: I was thinking about more in the context of both thatsort of volume and sort of the inflation component because you givehighlighted inflation as kind of one of the issues for materials andsupplies.

ROB KNIGHT: Yes, again, I would say about a 15% kind of numberinstead of the 21 issue you saw here.

RANDY COUSINS: And then for purchase services, the kind of base rateincrease would be what? Excluding this reallocation issue.

ROB KNIGHT: Would have been roughly 8 percent-ish.

RANDY COUSINS: Great. Thank you. And the other thing I wanted to getinto was just the issue of the fuel lag. Can you give us in terms ofyour surcharge, can you give us some sense as to sort of how weshould model up a lag, so if we got higher fuel costs today then wehad sort of on average for the first quarter through the fourth andthat is going to cost some squeeze in Q2, how does that reverseitself in Q3? Can you give us kind of some sort of sensitivitymeasure that we could use?

ROB KNIGHT: That's kind of a tough one. I guess a rough rule of thumbmay be that you've got almost a two-thirds lag and you'd think secondquarter a run-up in fuel.

(MULTIPLE SPEAKERS)

JACK KORALESKI: An April price increase in fuel, our April cost willdetermine what our June surcharge is. So any run-up that you see inMay or June will actually -- the recovery for that is moved into Julyand August.

RANDY COUSINS: So let's assume for argument's sake that you've got$100 million worth of fuel price increase; and you've got a 70%recovery rate. That is $70 million worth of increase. That kind oftwo-thirds of it falls under the following quarter. Is that a way tothink about this?

JIM YOUNG: It's a two-month lag to implement the (MULTIPLE SPEAKERS).

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

JACK KORALESKI: That's not out of line.

RANDY COUSINS: Great. And then the last thing just (indiscernible) Iwant to get some sense of sort of what you guys actually think thereal underlying organic demand is for your business? Becauseobviously you are constrained on network capabilities, on [positions]that you have to deal with in terms of sort of returns in certainbusinesses, but if the pricing was right and the system was there,the availability of the system was there. What do you actually thinkis the underlying growth and demand for your book -- for servicesfrom **Union Pacific**?

JACK KORALESKI: That's a tough one. It's more than what we arehandling right now and, again, we are trying to be selective. We aretrying to look at returns. We are looking at what makes most sense inthe network. We are working with customers on improving throughput.

But I will tell you right now it's -- you know there are very few ofmy customers -- they all want to give us more business and we --again I felt good about first quarter. We had 4% increase in volumeand did a pretty good job of handling it. I'm concerned long-term.You know the question becomes you've got interest rates up, you'vegot fuel over $70 a barrel.

You know we will hit another cycle at some point, but you know Ithink it's, again, a function of what we can officially handle. Weare not adding capacity fast enough that will guarantee 100% of the-- we are going to handle 100% of volume and we won't do that. We'vegot to really look at the returns and what business makes more sense.

RANDY COUSINS: Could you say, just shooting from the hip, that realunderlying demand is actually probably 2 or 3% higher than you areactually capable of accommodating?

JIM YOUNG: I don't think that's unreasonable.

RANDY COUSINS: Great. Thank you.

OPERATOR: Jon Kress of European Investors.

JON KRESS, ANALYST, EUROPEAN INVESTORS: Unit three obviously isregulated. You hear a lot of noise about your customers complainingabout the increases in the fuel charge and the regulators listen tothe customers, I guess. What is your, what is the risk here and whatis your strategy, with respect to dealing with the regulators andproviding the customers with something other than lower pricesbasically that would make them basically happy? I mean, can you -- isthere other service elements or capital spending that you could do tosort of switch the heat from prices to service performance?

JIM YOUNG: I spend a lot of time in front of our customers. You arenever going to find a customer that is happy with the price increase.You can understand that; but I will tell you if every one of themthat are concerned about, are we going to be there for the growth andare we putting capacity in to handle the business. The fuelsurcharge, I think that will eventually be worked through. To me,it's kind of a secondary issue.

The fact of the matter is, with all the talk of re-regulation, thecurrent business model is working. We have got the highest singlecapital spend in the industry in many, many years. We've started tosee some real capacity going to ground for growth and you know we'vealready you had the regulated model. And we know what happened there.You would see capital investment - in my mind - dry up very quickly.

So service, we need to improve. I commit to that with our customersand in fact, you know one of my commitments is if they put price in,if I get price I get the returns up, I'm committed to service and I'malso committed to capacity growth. So the strategy

in my mind isworking with each customer and helping them understand what we needto do to continue to be successful in the industry.

JON KRESS: I think we would agree with that but do you think that theregulators see it that way? Or the regulator?

JIM YOUNG: You know, the question is what is the regulated solution?Where is the capacity and capital investment going to come from? It'snot going to come from the shareholders at **Union** **Pacific** when youlook at re-regulating this industry. So that the question is does itcome from private industry or does it come from the government? Idon't see that -- the latter as the solution.

JON KRESS: What do the think is the most -- this is the lastquestion. What do you think would be the most important investmentthat the industry could make to improve service? What would have thebiggest bang for the buck? Not that **Union** **Pacific** would make but thatthe **union** industry as a whole would make or its parts?

JIM YOUNG: The solution for service really covers a lot of differentareas, but track infrastructure, track capacity - whether you'retalking terminal - you are talking your mainlines is really the key.And those are the highways out there that we have to build andmaintain and to me that's where you get the biggest bang for thebuck. It's not the only solution, though.

We cannot buy our way or spend our way out of the challenges here. Wehave got to look at working with our customers, unified plan, workingwith customers to work more than Monday through Friday. Load. Unload.Really taking a hard look at really the whole processes here.

JON KRESS: Thank you.

OPERATOR: Due to time constraints our last question today will becoming from Scott Flower of Golden State Research.

SCOTT FLOWER, ANALYST, GOLDEN STATE RESEARCH: Good morning. A coupleof quick questions. I know, Jack, you've mentioned -- are you makingany progress on some of the customers be it in inter-modal orautomotive or as we may have legacy contracts that stretch out forseveral years working in advance of those deadlines to work withthose customers to perhaps avoid a step function later? In otherwords working with them to say, real world prices are here and yourprices are dramatically below market? Just wondering have you had anysuccess in that kind of dialogue?

JIM YOUNG: Depending on the situation, the customer, the economics ofthe deal and where we are, we have worked with customers and we areworking with customers on some of those deals and (technicaldifficulties)

SCOTT FLOWER: -- other operating line and I'm assuming the timingissue on working capital; otherwise I'm just wondering what that wasbecause it was a big enough number to be meaningful? If you look atother, I guess net in terms of your operating cash flows? What isthat?

ROB KNIGHT: You are exactly right. It is timing and it's pension,it's inventory payments. You know for the full year, we wereexpecting that other category to be, the change to be in the $50 to$100 million range rather than what you saw.

SCOTT FLOWER: You mean in terms of the deficit.

JACK KORALESKI: Yes.

SCOTT FLOWER: Thank you very much.

JIM YOUNG: Thank you, everyone, for being on the call this morning.We will see you here in about three months. Thanks.

OPERATOR: Ladies and gentlemen, this does conclude today'steleconference.

[Thomson Financial reserves the right to make changes to documents,content, or other information on this web site without obligation tonotify any person of such changes.

In the conference calls upon which Event Transcripts are based,companies may make projections or other forward-looking statementsregarding a variety of items. Such forward-looking statements arebased upon current expectations and involve risks and uncertainties.Actual results may differ materially from those stated in anyforward-looking statement based on a number of important factors andrisks, which are more specifically identified in the companies' mostrecent SEC filings. Although the companies may indicate and believethat the assumptions underlying the forward-looking statements arereasonable, any of the assumptions could prove inaccurate orincorrect and, therefore, there can be no assurance that the resultscontemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUALREPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILEEFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BEMATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THESUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIALOR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANYRESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPONTHE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT.USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALLITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANYINVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2006 Thomson Financial. ALL RIGHTSRESERVED. Electronic format, layout and metadata, copyright 2006Voxant, Inc. (www.voxant.com) ALL RIGHTS RESERVED. No license isgranted to the user of this material other than for research. Usermay not reproduce or redistribute the material except for user'spersonal or internal use and, in such case, only one copy may beprinted, nor shall user use any material for commercial purposes orin any fashion that may infringe upon Thomson Financial's or Voxant'scopyright or other proprietary rights or interests in the material;provided, however, that members of the news media may redistributelimited portions (less than 250 words) of this material without aspecific license from Thomson Financial and Voxant so long as theyprovide conspicuous attribution to Thomson Financial and Voxant asthe originators and copyright holders of such material. This is not alegal transcript for purposes of litigation.]

**---- Index References ----**

Company: **UNION PACIFIC** CORP; DEUTSCHE BANK AG; BEAR STEARNS COMPANIES INC; MORGAN STANLEY; STV

News Subject: (Corporate Performance (1XO12); Corporate Financial Data (1XO59); Business Management (1BU42); Corporate Strategy & Strategic Planning (1XO03); Business Strategy (1BU97); Conventions, Conferences & Trade Shows (1CO42); Prices (1PR65); Economics & Trade (1EC26); Economic Indicators (1EC19))

Industry: (Consulting Services (1CO47); Enterprise Performance Management (1EN49); Freight Transportation (1FR88); Theoretical Analysis (1TH79); Retail Banking Services (1RE38); Banking (1BA20); Transportation (1TR48); Science & Engineering (1SC33); Financial Services (1FI37); Accounting, Consulting & Legal Services (1AC73); Business Theory (1BU14); Consumer Finance (1CO55))

Language: EN

Other Indexing: (BEAR STEARNS; BMO; BNSF; CFO; COLORADO; COLORADO UTAH; DEUTSCHE BANK; ERP; FINANCIAL; FORD FUSION; GM; GOLDEN STATE RESEARCH; HOEXTER; JACK; JACK KORALESKI; KEN HOEXTER; MARKETING; MERRILL LYNCH; MERRILL LYNCH KEN; MORGAN STANLEY; PRB; PURCHASE SERVICES; SITE; SPRB; STV; TRANSCRIPTION; TRANSCRIPTS; **UNION PACIFIC**; **UNION PACIFIC** EARNINGS CONFERENCE; USERS; UTAH; VOXANT) (ALLIGER; Dennis; Dennis Duffy; J.P. MORGAN; J.P. Morgan.; James Valentine; Jim; Jim Young; JORDAN; JORDAN ALLIGER; Primary; Rob; Rob Knight; SEC FILINGS; Similar; Stone; Sunset; Young)

Word Count: 13136

**End of Document**

© 2013 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom

# EXHIBIT PX0555

*Union Pacific Corporation*

# 2007 ANALYST FACT BOOK



# Table of Contents

## Company Vision Statement

**The Men and Women of Union Pacific Are Dedicated to Serve.** Union Pacific works for the good of our customers, our shareholders and one another. Our commitment defines us and drives the economic strength of our company and our country.

## Company Overview

Union Pacific Corporation (NYSE:UNP) owns one of America's leading transportation companies. Its principal operating company, Union Pacific Railroad, links 23 states in the western two-thirds of the country and serves the fastest-growing U.S. population centers.

## Investor Inquiries

Union Pacific's analyst relations are coordinated through the Corporate Treasurer. Requests for interviews, investor packages and general information should be directed to:
(402)544-4227 or (877)547-7261 or investor.relations@up.com

## Web Site Information

For immediate receipt of new information as it becomes available, we invite you to regularly visit www.up.com. In the Investors section, you can view on-line or download a variety of informative documents, including SEC filings, annual reports, proxy statements, quarterly earnings, press releases, company presentations and corporate governance information. For automatic updates, please subscribe to the Company's RSS (Really Simple Syndication) feed which provides links to new headlines and summaries through your news reader.

## Overview


System Map and Facts . . . . . 2
Company Overview . . . . . 3
The Year in Review
- Financial Results . . . . . 4
- Operations. . . . . 5
- Marketing . . . . . 6

2008 Outlook . . . . . 7


## Operations & Productivity


Safety and the Environment . . . . . 8
Investing in Our Future. . . . . 10
Track and Terminal Density . . . . . 11
Project Operating Ratio . . . . . 12


## Markets


Agricultural . . . . . 13
Automotive. . . . . 15
Chemicals . . . . . 18
Energy . . . . . 20
Industrial Products . . . . . 22
Intermodal . . . . . 24
Mexico. . . . . 27


## Financials


Selected Financial Data . . . . . 29
Consolidated Statements of Income . . . . . 30
Consolidated Statements of Financial Position . . 31
Consolidated Statements of Cash Flow . . . . . 32
Financial and Operating Statistics . . . . . 33
Non-GAAP Definitions. . . . . 34
Non-GAAP Reconciliations . . . . . 35
- Free Cash Flow . . . . . 35
- Return on Invested Capital (ROIC) . . . . . 35
- Debt to Capital/Adjusted Debt to Capital . . . 36
- 2005 Income Tax Adjustment . . . . . 37

Cautionary Information . . . . . 38

# System Map and Facts




## 2007 Facts

### Track Miles (As of 12/31/07)

| | |
|---|---|
| Route Miles | 32,205 |
| Other Main Line | 6,404 |
| Passing Lines and Turnouts | 3,021 |
| Switching and Classification Yard Lines | 9,270 |
| Total Track Miles | 50,900 |

**Track Miles of Rail Installed and Replaced**

| | |
|---|---|
| New | 1,286 |
| Used | 468 |
| Total | 1,754 |

| | |
|---|---|
| Track Miles of Continuous Welded Rail | 27,800 |
| Track Miles Under Centralized Traffic-Control | 19,443 |
| Track Miles Ballasted | 12,495 |
| Ties Installed and Replaced (thousands) | 4,300 |

### Equipment Owned Or Leased At Year End

| | |
|---|---|
| Locomotives | 8,721 |
| Covered Hoppers | 35,437 |
| Open Hoppers | 18,647 |
| Gondolas | 13,780 |
| Boxcars | 12,272 |
| Other | 14,148 |

**Average Age of Equipment (Years)**

| | |
|---|---|
| Road Locomotives | 14.8 |
| Switch Locomotives | 30.5 |
| Covered Hoppers | 28.7 |
| Open Hoppers | 28.6 |
| Gondolas | 26.6 |
| Boxcars | 27.1 |
| Mechanical Refrigerated | 22.3 |
| Flat Cars | 30.2 |

# Company Overview

Headquartered in Omaha, Nebraska, Union Pacific Corporation owns one of America's leading transportation companies, the Union Pacific Railroad Company (Company, UP or Railroad). The Railroad links 23 states in the western two-thirds of the country and serves the fastest-growing U.S. population centers. The Company maintains coordinated schedules with other rail carriers to move freight to and from the Atlantic Coast, the Pacific Coast, the Southeast, the Southwest, Canada, and Mexico. The Railroad serves the East through major gateways in Chicago, St. Louis, Memphis and New Orleans. In addition, UP is the only railroad serving all six major Mexican gateways and operates key north/south corridors for interchange traffic with the Canadian and Mexican rail systems. UP reaches north into Canada through the Eastport gateway in Idaho, as well as through exchange points in Minnesota, Wisconsin and Illinois. That network, combined with a well-balanced and diverse traffic mix, makes UP the premier rail franchise in North America, generating $15.5 billion in freight revenue in 2007.

Union Pacific's freight traffic consists of bulk, manifest and premium business. Bulk traffic is primarily the shipment of coal, grain, rock and soda ash in unit trains. A key franchise strength is access to the Southern Powder River Basin (SPRB) coal fields of northeastern Wyoming. Growth of SPRB coal tonnage hauled by UP is expected to continue, reflecting growing worldwide energy needs. UP also provides direct routes from major grain-producing areas in the Midwest to domestic markets, Mexico and export ports in the Gulf Coast and Pacific Northwest.

Manifest traffic is individual carload or less-than-trainload business, including commodities such as lumber, steel, paper and food, transported from thousands of locations on Union Pacific's vast network. Union Pacific also has broad coverage in the large chemical-producing areas along the Gulf Coast.

The Railroad's premium business is the transportation of finished vehicles, intermodal containers and truck trailers. UP's extensive automotive network facilitates delivery of approximately 78 percent of the rail shipped finished vehicles sold west of the Mississippi River. The Railroad also serves the fast-growing market for international imports with its competitive long-haul routes connecting the West Coast ports and eastern gateways, particularly along the Sunset Corridor from Los Angeles to El Paso.

The strength of this diverse franchise and efficient utilization of the Railroad's capacity enables the Company to provide its customers with a reliable and valuable service product that drives growing financial returns for our shareholders.

TRAFFIC CLASSIFICATION - 2007 CARLOADS




Local = UP Origin + UP Destination
Forwarded = UP Origin + Other Destination
UP Destination = Other Origin + UP Destination
Bridged = Other Origin + UP Intermediate + Other Destination

FREIGHT TRAFFIC - 2007 CARLOADS




BUSINESS MIX - 2007 FREIGHT REVENUE



# The Year in Review - Financial Results

By nearly every measure, Union Pacific enjoyed one of the best years in the long history of the Company in 2007. Despite a softer U.S. economy and record fuel prices, Union Pacific combined continued core price improvement with significant operating efficiency gains to set "best ever" levels in many measures of financial performance. The Company also continued its commitment to increasing returns for its shareholders, using a balanced approach to increase value through targeted growth capital investments, higher dividend payments and a new share repurchase program.

Union Pacific reported record operating revenue of $16.3 billion, a 5 percent increase over 2006 despite lower year-over-year volumes. Five of the Company's six business groups achieved record annual revenue levels in 2007. Increased operating efficiency allowed UP to improve its operating ratio by 2.2 points, finishing the year at a post-merger record level of 79.3 percent. Net income increased 16 percent to $1.9 billion, an all-time record. Earnings per share grew to $6.91 in 2007, up 17 percent from $5.91 in 2006. Return on invested capital improved 0.5 points from 2006 to 8.7 percent. (1)

Union Pacific achieved these financial results despite lower volume, which was down 1 percent during the year. Major drivers were a weak housing market, decreased auto production, lower intermodal volumes at West Coast ports, and increased competition from trucks in certain markets. Fuel prices rose steadily through most of the year, before sharply spiking during the fourth quarter. Union Pacific's average diesel fuel price increased 9 percent to $2.27 per gallon, adding $247 million in operating expense versus 2006. UP's fuel surcharge programs help offset the impact of higher fuel prices. The Company does not completely recover its fuel expense. Fuel surcharge programs covered approximately 85% of our business in 2007.

Union Pacific increased dividends to shareholders twice during 2007, for a total increase of 47 percent to $.44 per share. The Company also announced a 20 million share repurchase program. During 2007, Union Pacific repurchased 12.6 million shares under this authority, returning $1.5 billion to shareholders.




### Financial Summary

| **Union Pacific Corporation** | **2007** | **2006** | **2005** |
|---|---|---|---|
| Operating Revenues *(millions)* | $16,283 | $15,578 | $13,578 |
| Operating Income *(millions)* | $3,375 | $2,884 | $1,795 |
| Operating Ratio | 79.3% | 81.5% | 86.8% |
| Operating Margin | 20.7% | 18.5% | 13.2% |
| Employees *(average)* | 50,089 | 50,739 | 49,747 |
| Average Fuel Price Per Gallon Consumed | $2.27 | $2.09 | $1.80 |
| Cash Capital Expenditures *(millions)* | $2,496 | $2,242 | $2,169 |
| Long-Term Leases *(millions) (a)* | $516 | $443 | $691 |

*(a) Represents the net present value of long-term operating leases for new equipment.*

*(1) Please refer to page 35 for a reconciliation to GAAP.*

## The Year in Review - Operations

Improving operational efficiency was a critical goal for Union Pacific in 2007, and will continue to be a priority in years to come. The Company continues to focus on simplifying and streamlining rail operations across its vast network, encompassing varying geographies and operating complexities. The efficient use of resources throughout the system is critical to improving service and shareholder value.

Union Pacific focused on process improvement, organizational effectiveness, technology and capacity investment in 2007 to improve network fluidity and increase customer satisfaction. System velocity increased 2 percent from 2006, as greater operational flexibility helped the Company's 1,500 plus daily trains reach their destinations faster. This more efficient asset utilization reduced terminal dwell times for each carload and lowered overall car inventory. Terminal dwell times decreased 8 percent and overall rail car inventories fell 4 percent, reducing equipment usage expenses and increasing service reliability.

Workforce productivity is key at Union Pacific, and in 2007 the Company correlated its staffing levels with volume. UP moved 1 percent fewer carloads and had 1 percent fewer employees than 2006. The Company's high attrition rate due to its aging workforce combined with increased efficiency and technology made staffing reductions possible.

The Company's Unified Plan initiative took a "clean sheet" approach to Union Pacific's transportation plan, with the goal of eliminating mainline work events and intermediate switching of cars. The initiative is an ongoing process, and the Company continues to modify its transportation plans to reflect traffic patterns, customer demand and take advantage of new opportunities to improve efficiency. Field managers also increased productivity by using new technology, such as the Customer Inventory Management System (CIMS) and the Operating Income Statement (OIS). CIMS, which proactively manages terminal inventories for both system and customer facilities, was completely implemented across the system in 2007. OIS focuses on accountability in the field through an income statement analysis of local operations, providing revenue credit for volumes in addition to expense control responsibility. Revenue credit is also allocated based on customer service, performance and safety metrics helping produce a "network view" of local operations.




### Operations Summary

| Union Pacific Corporation | 2007 | 2006 | 2005 |
|---|---|---|---|
| Revenue Carloads *(thousands)* | 9,733 | 9,852 | 9,544 |
| Revenue Ton-Miles *(billions)* | 562 | 565 | 549 |
| Gross Ton-Miles *(billions)* | 1,052 | 1,073 | 1,044 |
| Average Train Speed *(miles per hour) (a)* | 21.8 | 21.4 | 21.1 |
| Average System Dwell *(hours) (a)* | 25.1 | 27.2 | 28.7 |
| Average Rail Car Inventory *(a)* | 309,912 | 321,566 | n/a |
| Fuel Consumed *(millions of gallons)* | 1,326 | 1,372 | 1,353 |
| GTMs per Employee *(millions)* | 21.01 | 21.14 | 20.98 |

*(a) As reported to the Association of American Railroads. On October 1, 2005, the rail car inventory measurement was standardized for all reporting railroads. Rail car inventory for prior periods was not recalculated.*

## The Year in Review - Marketing

Although volume declined slightly in 2007, improved service and a focus on yield produced record freight revenue of $15.5 billion.

The much publicized troubles in the housing market and a weakening economy directly affected volume, but the diversity of our franchise allowed us to largely offset soft demand. Economic impacts were greatest in our Industrial Products and Automotive businesses. Despite a slowdown in West Coast imports, our Intermodal group posted record volume for the year and Energy also set a carloading record, overcoming weather and production-related challenges that impacted the supply chain. Our Chemicals business posted the largest growth, up 4 percent, while Agricultural saw near-record wheat shipments and almost 30 percent growth for ethanol and DDGS (an ethanol co-product).

Although volumes were generally lower than 2006 levels, there were surprising periods of strength. With a seven-day carloading average over 200,000, September was an all-time record month, with the 7-days ended October 1 setting a record at 205,455.

Improved service supported continued yield gains, even with softer demand. All six business groups set records for Average Revenue per Car, with core prices increasing an average of 6 percent. Between 2004 and the end of 2007, Union Pacific re-priced 74 percent of its business. During 2007, the Company renegotiated legacy contracts responsible for 6 percent of revenue. These new agreements include rate levels, annual escalators and fuel surcharges that now reflect the current transportation environment. The 26 percent of revenue that remains in legacy contracts represents a great opportunity for yield improvement in 2008 and beyond.

Customer satisfaction, measured by the Company's monthly survey, climbed to a post-SP merger record. Pricing gains over the past few years have improved financial returns, making possible targeted capital investments in infrastructure and resource additions. Along with operating initiatives, these investments support business growth and improve service, providing value for customers and driving higher levels of satisfaction.

PRICING OPPORTUNITIES
*(Percentage of Revenue)*




### Annual Summary by Quarter - Total Freight Revenue

| | 2007 | | | | | 2006 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Freight Revenue (millions of dollars)* | 3,655 | 3,853 | 3,990 | 3,988 | 15,486 | 3,514 | 3,721 | 3,789 | 3,767 | 14,791 | 2,981 | 3,176 | 3,281 | 3,418 | 12,856 |
| *Revenue Ton-Miles (millions)* | 135,138 | 139,200 | 144,035 | 143,472 | 561,845 | 139,287 | 143,444 | 141,644 | 140,836 | 565,211 | 137,469 | 136,868 | 138,155 | 136,276 | 548,768 |
| *Revenue Carloads (thousands)* | 2,334 | 2,433 | 2,522 | 2,444 | 9,733 | 2,393 | 2,510 | 2,509 | 2,440 | 9,852 | 2,300 | 2,391 | 2,433 | 2,420 | 9,544 |
| *Average Revenue Per Car (dollars)* | 1,566 | 1,584 | 1,582 | 1,632 | 1,591 | 1,469 | 1,482 | 1,510 | 1,544 | 1,501 | 1,296 | 1,328 | 1,349 | 1,413 | 1,347 |

## 2008 Outlook

Union Pacific expects a record year in 2008. Despite external challenges posed by a soft U.S. economy, record high diesel fuel prices and ongoing regulatory pressures, UP has numerous opportunities to improve performance. The Company plans to build on the momentum created in 2007 with respect to safety and efficiency, customer service, profitability, and returns for shareholders.

Safety remains a top priority for Union Pacific. The Company uses a multi-faceted approach utilizing technology, risk assessment, quality control and training to operate as safely as possible. The Railroad expects to continue improving network efficiency, leveraging both technology and past capacity additions to increase operating flexibility. Capacity expansion programs will continue in 2008, supporting long-term volume growth and enhancing overall network fluidity and throughput. Total capital spending in 2008 should total around $3.1 billion, approximately the same level as 2007.

Volume growth in energy and agricultural carloads is expected in 2008, driven by the growing electrical needs in the U.S., strong worldwide demand for U.S. grain, and continued expansion of ethanol production. UP currently expects Chemicals and Intermodal shipments will likely remain similar to 2007 levels. Automotive and Industrial Products volumes should decrease, as the effects of the soft economy on the housing market and finished vehicle sales continue through the year. Overall, the Company expects that volume in 2008 will be 1 percent higher to 1 percent lower than 2007.




Despite economic uncertainty, Union Pacific anticipates record revenue in 2008 based on forecasted demand, improved customer service, and opportunities to reprice portions of its business. Core price should grow by 5 to 6 percent in 2008, reflecting the ability to re-price outstanding legacy contracts representing approximately 6 percent of the Company's revenue.

On April 24, 2008, Union Pacific reported First Quarter diluted earnings per share of $1.70, a 21 percent increase versus 2007. Freight revenue grew 11 percent from 2007, to nearly $4.1 billion. For the full year, the Company expects diluted earnings per share of $7.75 to $8.25, or growth of 12 to 19 percent from 2007. High fuel prices likely will challenge the Company's ability to improve its operating ratio in 2008. Despite the fuel headwind, Union Pacific expects ongoing initiatives to improve profitability and drive efficiency that will produce earnings growth.



# Safety and the Environment

## Safety

Safety is a core value at Union Pacific. All employees are responsible for maintaining safe working conditions and preventing personal injuries and accidents. UP's commitment to safety extends beyond its own employees and includes both customers and the communities in which UP operates. In 2007, derailments decreased 14 percent and crossing accidents declined 9 percent. The Company closed 482 crossings during 2007, reducing contact points between freight trains and highway traffic. Employee incidents decreased 2 percent to the lowest level ever. This progress in safety results from enhanced employee training, increased public education, capital investments and proactive efforts to reduce the Company's risk factors.



REPORTABLE EQUIPMENT INCIDENTS PER MILLION TRAIN MILES

Union Pacific looks to make further safety gains by expansion of Total Safety Culture (TSC) across the Company. TSC is an employee-owned process where employees are empowered to support safe behavior and correct at-risk behaviors by actively caring for one another. TSC has been successfully implemented in select departments at UP, connecting employees with ways to make their working lives safer.

Public education is also critical to rail safety. Increasing awareness of freight train operations and safe public behavior is paramount, with nationwide increases in both highway and rail traffic. Driver behavior is addressed through public education classes and initiatives to promote greater crossing safety. During 2007, Union Pacific educated over 400,000 citizens who live in communities where the Company operates. Track image recorders (TIRs) are being utilized to improve crossing safety, assisting in the analysis of crossing accidents. By the end of 2007, Union Pacific had TIRs in the lead position of 85 percent of its road locomotive fleet.

## Environment

Union Pacific is committed to protecting the nation's environment. As one of America's largest transportation companies, UP's role is critical to the U. S. economy. It is also critical that this service be provided in a manner that protects the country's natural resources.

Railroads are already the most fuel efficient, environmentally friendly mode of ground freight transportation, and Union Pacific is committed to becoming even "greener". Rails are generally three times more fuel efficient than trucks, and Union Pacific is working to further improve fuel efficiency. Better locomotive technology, engineer train handling education, and employee involvement are all being utilized to decrease fuel consumption in concert with operational improvements that improve asset utilization and network simplicity. Improved efficiency in 2007 enabled the company to save more than 21 million gallons of diesel fuel versus 2006.

Union Pacific is also aggressively working to reduce locomotive emissions. There are three sets, or tiers, of emission standards set by the U.S. Environmental Protection Agency (EPA), which are progressively more stringent. These standards require reductions in locomotive exhaust emissions of nitrogen oxides and particulate matter. With nearly 60 percent of its locomotives certified under the existing EPA tier standards, UP owns the cleanest fleet in the nation. Further improvements are on the horizon as the Company works with manufacturers to field-test new, high-horsepower locomotives that surpass the EPA's most stringent standards. UP is also retrofitting older locomotives with new emission-reduction equipment.

UP is pioneering a low emissions switch locomotive, the "Genset Switcher". These units utilize "off-road" truck-style diesel engines that reduce nitrogen oxide emissions 80 percent, particulate matter 90 percent and are 16 percent more fuel-efficient. This program was recognized in May by the Society of Automotive Engineers when they awarded the Genset their Environmental Excellence in Transportation award for mobility and engine emissions. Today, Union Pacific is operating 184

UNION PACIFIC
ENVIRONMENTAL
MANAGEMENT

low emission locomotives in California and Texas. In addition, we are partnering with the EPA on one-of-a-kind field testing to reduce emissions on older road and switch locomotives.

Union Pacific has a comprehensive waste reduction and recycling program that touches nearly every part of the company. Concerted efforts are made to address high-volume items such as wooden track ties and used oil. When possible, wooden track ties are refurbished for use elsewhere on the UP system or sold to landscaping or recycling companies. The Company is installing more durable concrete ties which require lower maintenance and generate less waste than wooden ties.

In October, UP received the Energy Innovators Award from the U.S. Department of Energy for making energy efficiency a priority and incorporating technological innovations that make Union Pacific's headquarters one of the nation's most energy efficient buildings. The building was also recognized in 2007 with the Energy Star from the EPA as an environmentally responsible structure.

## *Did you know...?*

- On average, Union Pacific hauls one ton 790 miles on a single gallon of diesel fuel
- One double stack intermodal train takes up to 280 trucks off the highway
- In terms of noxious emissions, trains are 3 times cleaner than trucks on a per ton-mile basis
- If 25 percent of truck freight was diverted to rail transportation, nearly 800,000 fewer tons of air pollution would be created by 2025



# Investing in Our Future

Union Pacific's vast network requires large capital commitments each and every year in order to enhance the safety of operations, expand to meet the transportation needs of our current and future customers and improve operational efficiency. Capital investments encompass not only replacing and improving track and facilities, but also acquisition of new locomotives and freight cars. In 2007, UP's total capital investments were $3.1 billion, including cash spending of $2.5 billion. The Company's capital can be broadly classified into two categories, replacement capital and growth capital. Replacement capital can be defined as spending required to enhance safety or replace current infrastructure, including track, facilities and equipment. Growth capital is targeted at future needs of the Company and its customers, supporting both volume expansion and efficiency. Included within both of these capital categories are equipment acquisitions. New equipment is needed to both add capacity to our network as well as to replace older, less efficient assets.




## Replacement Capital

The Company spent approximately $1.6 billion replacing track and facilities in 2007. UP installed nearly 4.1 million ties and 841 miles of rail, providing safer operations through capital investments. All together, UP spent approximately $2.2 billion in 2007 on replacement capital.

In 2008, Union Pacific expects to spend around the same level, $1.6 billion, on annual replacement of track and facilities. The Company plans to install nearly 4 million ties and over 700 miles of rail during the year. Annual replacement of locomotives and freight cars also continues in 2008. Total replacement capital spending for 2008 should total approximately $2.1 billion.

## Growth Capital

Union Pacific spent approximately $900 million on growth capital in 2007. One of the Company's key routes is the Sunset Corridor, which runs between Los Angeles and El Paso. This heavily traveled corridor carries about 20 percent of all traffic operated by the Railroad. UP added 33 miles of double track to the corridor in 2007, making it approximately 54 percent double tracked at year end. The Company plans to completely double track the route, supporting anticipated growth.

An important part of Union Pacific's franchise is its access to the SPRB coal fields of northeastern Wyoming through a joint line, which we own with the BNSF (the Joint Line). Joint Line capacity expansion is underway, and in 2007 approximately 25 miles of third main track were added, making the line completely triple tracked. Portions of quadruple track were also added to the Joint Line in 2007, and continue in 2008.

The Company also spent approximately $45 million on technology to support growth during the year. Telecommunications upgrades, replacement of mainframe software systems, a new crew dispatching system and advancement of positive train control were the major technology spending initiatives during 2007.

In 2008, UP expects to spend approximately $1.0 billion for growth capital. Expansion of the Sunset Corridor and the Joint Line will continue during the year, and locomotives and freight cars will be added to support anticipated growth. Technology spending will continue, primarily to upgrade information technology systems and for testing of new operational technology such as positive train control.

## Equipment Acquisitions

Union Pacific acquires locomotives and freight cars each year, replacing older units at the end of their useful life and positioning the company to handle growing customer volumes. Capital expenditures for equipment in a given year will typically fall into both replacement and growth capital, depending on network demand and fluidity. UP added 300 new high-horsepower road locomotives, 149 switch locomotives and 860 freight cars in 2007. The new locomotives are more fuel efficient and produce fewer emissions than older locomotive units, helping the company become continually more environmentally friendly. In 2008 UP plans to acquire approximately 175 road locomotives and 300 freight cars.

## Track and Terminal Density




### 2007 Terminal Volumes

| Major Classification Yards | Average Daily Volume/Cars | Major Intermodal Terminals | Annual Lifts |
|---|---|---|---|
| North Platte | 2,700 | ICTF (Los Angeles) | 719,000 |
| North Little Rock | 1,600 | Marion (Memphis) | 414,000 |
| Proviso (Chicago) | 1,600 | East Los Angeles | 360,000 |
| Roseville | 1,400 | Global II (Chicago) | 353,000 |
| Englewood (Houston) | 1,300 | Global I (Chicago) | 310,000 |
| West Colton | 1,300 | Dallas | 292,000 |
| Livonia | 1,300 | Seattle | 250,000 |
| Pine Bluff | 1,300 | Yard Center (Chicago) | 238,000 |
| Fort Worth | 1,200 | Oakland | 236,000 |
| Neff (Kansas City) | 1,000 | Englewood (Houston) | 214,000 |

# Project Operating Ratio

## Project Operating Ratio

A key measure used within the rail industry to benchmark relative efficiency is operating ratio; operating expense divided by operating revenue. Operating ratio helps quantify a company's profitability, reflecting its ability to grow revenue, improve productivity and control costs. Union Pacific has made great progress in recent years in improving its operating ratio, but much more improvement is needed to be competitive with other Class I railroads. As a result, UP launched a company-wide initiative to make the organization more efficient, more effective, and safer.

The initiative focuses on improving three key areas: revenue growth, operating productivity and organizational effectiveness. Each of these areas target operating ratio from both sides of the equation, building revenue to improve top line growth while improving efficiency and implementing cost controls for more profitable bottom line results.

## Profitable Revenue Growth

Union Pacific follows a disciplined approach to understand its markets, competition, and the economy when establishing goals for revenue growth. To properly position itself in the marketplace, the Company works closely with customers to understand their current and future needs. By understanding near and long term customer needs, UP can improve service and create value for its customers. UP closely monitors global macroeconomic factors to understand their external impact on the markets the Company serves.

Union Pacific re-priced 74 percent of its freight revenue from the beginning of 2004 to the end of 2007. In today's environment of limited rail capacity, pricing dynamics have changed significantly from the time when the Company entered into many of its long term agreements. As the remaining 26 percent of contracts expire over the next several years, Union Pacific has a great opportunity to improve the profitability of this business by obtaining rates that reflect current and future market conditions and including fuel surcharge provisions in new agreements to recover costs from higher fuel prices.

In addition to these opportunities, revenue growth and efficiency initiatives seek to create value for customers by improving problem-solving processes and streamlining billing and collection activities. Union Pacific strives to be an efficient and responsive business partner for all current and future customers.

## Operating Productivity

The Company's Operating Productivity Council (OPC) focuses on increasing the efficiency of operations, improving customer service and removing unnecessary costs from the network. Performance benchmarks are identified to gauge progress. Specific action plans are created to address each area of opportunity, while improving safety and service. Regular review and monitoring of progress is mandated throughout the implementation period, followed by extensive post-completion auditing and analysis. This improvement cycle is iterative or "ever-green" as we continue to identify new opportunities to enhance efficiency. Areas of focus include network performance metrics, asset utilization, fuel conservation and engineering processes.

## Organizational Effectiveness

Union Pacific evaluates organizational and process efficiency in addition to operational productivity initiatives. The Company's high attrition rates due to an aging workforce offer a significant opportunity to continually evaluate structure and plan for the business of tomorrow. Administration and other support functions offer opportunities for streamlining through standardization of practices and industry benchmarking.

One example of the Company's efforts involves its Supply Department. The Company procured about $7.5 billion dollars of goods in 2007 from locomotives and rail to computers and office supplies. To maximize its spending efficiency, Union Pacific seeks to think more strategically about sourcing goods and services by understanding the total cost of ownership rather than just the purchase price. The total cost of ownership of a particular item includes internal and external costs such as the installation, distribution, service and removal of that item from the organization. Standardizing sizes and specifications, understanding purchasing options and partnering with producer supply chains to achieve better economies of scale can all significantly decrease expenses.

# Agricultural

### Commodity Profile

Agricultural transportation, including whole grains, commodities produced from these grains, and food and beverage products, provided 17 percent of the Railroad's 2007 freight revenue. With access to most major grain markets, the Railroad provides a critical link between the Midwest and western producing areas and export terminals in the Pacific Northwest (PNW) and Gulf ports, as well as Mexico. Unit shuttle trains transport a single commodity efficiently between producers and export terminals or domestic markets. UP also serves significant domestic markets, including grain processors, animal feeders and ethanol producers in the Midwest, West, South and Rocky Mountain states.

2007 CARLOADS




Union Pacific maintains the largest, most modern refrigerated boxcar fleet in the industry. This competitive advantage enables the Company to capitalize on strong rail capabilities, matching major production areas with growing population centers. Produce Railexpress, first introduced in late 2006, and Express Lane, UP's premium perishables service offerings, move dairy products, fresh and frozen fruits and vegetables and wine from the PNW and California to destinations in the East and Southeast. The Railroad transports frozen meat and poultry to the West Coast ports for export, while beverages, primarily beer, enter the U.S. from Mexico.

Through its alliances, UP considers Canada and Mexico important extensions of its domestic markets. In 2007, agricultural carloads to and from Mexico declined 5 percent as revenue increased 4 percent. Fewer northbound beer shipments from Mexico drove the decline for the group. Declines were slightly offset by growth in southbound soybean meal and dried distiller grain with solubles (DDGS, an ethanol co-product). Feed grain shipments were fairly flat in 2007 primarily driven by competitive pressure and local Mexican crops.

AGRICULTURAL LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

Domestic and foreign crop production, grain prices, currency fluctuations and shipping rate spreads between the Gulf Coast and the PNW are primary factors affecting export grain traffic. Consistent service performance is a large driver of UP's domestic traffic. Whole grain volumes varied significantly between the two halves of the year, falling 9 percent in the first half, while growing 11 percent in the second half driven by very strong Gulf exports of wheat.

### 2008 Outlook

In 2008, the ethanol market will provide the largest opportunity for growth in Agricultural. Total U.S. production is expected to reach 13 billion gallons by the end of the year, up from eight billion gallons in 2007. Six origin plants will start up or expand, shipping both ethanol and DDGS. In addition, four forward ethanol plants will open. The forward plants are closer to the consumptive areas for ethanol and will receive unit trains of corn from UP served areas in the Midwest. These plants are a volume driver for corn in 2008, as they require three loaded cars of corn to produce one loaded ethanol car. By the end of 2008, UP will serve 69 ethanol plants and nine forward ethanol plants.

Strong grain demand is also expected to continue into 2008. While corn acreage is estimated to decline in the new crop year, expected higher yields will help keep supply close to 2007 levels. The strong grain supply, expected favorable growing conditions, a weaker U.S. dollar and increased shuttle capacity should drive increased grain volumes over 2007. The Company is well positioned to handle increased demand by leveraging its efficient shuttle train network. Throughout the year, the operating and marketing departments will work closely with our soybean meal, ethanol and DDGS customers to convert existing single car manifest shipments to more efficient unit trains.






**Paul Hammes,**
***VP & GM Agricultural***

**How is your team prepared for a soft economic climate in 2008?**

*The Agricultural group is less sensitive to economic weakness because a large portion of our traffic is directly related to necessities like food & food production. While some downside risk exists in 2008 for more discretionary food items like beer & wine, this may be offset by strong exports of meat and grain due to the weaker U.S. dollar in international markets. Shuttle train capacity has been added to handle increased grain exports, while refrigerated cars have been removed from storage to service meat exports. A weak economy may also drive decreased fuel consumption, pressuring ethanol margins and potentially limiting ethanol growth in 2008. We work closely with our ethanol customers to ensure adjustments can be made to required resources based on plant start up dates and production forecasts.*

**What is the biggest opportunity in your business group over the next 2-3 years?**

*The biggest opportunity for Agricultural over the next 2 to 3 years is growth and development of ethanol production and distribution. Six origin and four forward plants are expected to come on line in 2008 and we are actively working with partners to develop unit train ethanol unloading terminals in California and Texas. With a strong origination base and destination infrastructure that supports unit trains, Union Pacific is well positioned to capture future ethanol growth.*

## Annual Summary by Quarter - Agricultural

| | 2007 | | | | | 2006 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Freight Revenue (millions of dollars)* | | | | | | | | | | | | | | | |
| | 611 | 605 | 670 | 719 | 2,605 | 558 | 562 | 595 | 670 | 2,385 | 445 | 461 | 497 | 553 | 1,956 |
| *Revenue Ton-Miles (millions)* | | | | | | | | | | | | | | | |
| | 19,249 | 18,935 | 20,613 | 21,735 | 80,532 | 20,085 | 19,756 | 19,793 | 21,378 | 81,012 | 19374 | 19215 | 19610 | 19820 | 78,019 |
| *Revenue Carloads (thousands)* | | | | | | | | | | | | | | | |
| | 219 | 212 | 232 | 239 | 902 | 234 | 225 | 227 | 237 | 923 | 216 | 215 | 224 | 228 | 883 |
| *Average Revenue Per Car (dollars)* | | | | | | | | | | | | | | | |
| | 2,793 | 2,855 | 2,888 | 3,006 | 2,888 | 2,386 | 2,494 | 2,626 | 2,825 | 2,584 | 2,063 | 2,140 | 2,215 | 2,432 | 2,216 |

# Automotive

## Commodity Profile

Shipments of finished vehicles and automotive parts and materials accounted for 9 percent of Union Pacific's 2007 freight revenue. Finished vehicles accounted for 79 percent of this revenue with the remaining 21 percent coming from the movement of automotive parts and materials.




Union Pacific's franchise provides excellent accessibility to essentially all major markets west of the Mississippi River for delivery of finished vehicles to the manufacturers' dealer networks. UP continues to be the largest automotive carrier in the Western U.S. directly serving seven vehicle assembly plants and providing service to 38 automotive distribution facilities directly or to serving shortline railroads. Service to six West Coast ports and the Port of Houston accommodates both imported vehicles and vehicles moving to or from Hawaii and Alaska. Union Pacific also receives and delivers a significant number of vehicles to and from connecting railroads in Mexico, Canada, and the U.S.

U.S. new light vehicle sales declined for the second straight year to 16.1 million vehicles, the lowest level since 1998. This reflects a 2 percent reduction versus 2006 levels. UP's finished vehicle shipment revenue grew 1 percent while carloads were off nearly 5 percent in 2007. Despite the weakening economy and strong truck competition, UP had its fifth consecutive year of auto parts and materials volume growth. Volume grew 6 percent over 2006 levels and revenue increased nearly 8 percent, bolstered by positive pricing actions.

Union Pacific handled nearly 78 percent of the automotive carload business in the western U.S. in each of the last two years. Changing dynamics among manufacturers in the industry will continue to affect finished vehicle shipments as the manufacturers struggle to keep or gain market share. The Domestic Big Three incurred a market share loss again during 2007, although collectively they still hold more than 52 percent of the new light vehicle market share in the U.S. Toyota, Nissan, and other non-Detroit manufacturers have domestic manufacturing capabilities in addition to importing a significant number of vehicles via West Coast ports. Union Pacific faces competition from trucks for finished vehicles imported through the West Coast, destined for Western automotive dealerships.




*Lane density based on carloadings. Line thickness depicts traffic density.*

A key component of Union Pacific's 2007 automotive parts and materials success was the implementation in March of an improved North/South service plan to utilize intermodal service between Detroit (via UP's Salem gateway), Laredo and Mexico. This improved service allowed customers to shift selected traffic previously originating in Chicago on UP lines to a Detroit origin with a connecting rail carrier. This provided shippers a lower cost option for some traffic and created additional growth capacity at Union Pacific's Yard Center Chicago terminal. This North/South corridor continues to be a high priority for automotive manufacturers that are heavily utilizing Mexican resources to meet production requirements. Over 39 percent of UP's automotive shipments move either to or from Mexico, including both finished vehicle carloads and parts and materials moving in either intermodal or boxcar service. During 2007, Mexico parts and materials shipments moderately increased while finished vehicle moves were slightly down due to plants retooling for model changes and/or inventory adjustments.

Union Pacific's Automotive Management System now includes the Automotive Network Pipeline Management Tool in addition to the Network Alert Map. The pipeline management tool allows the Railroad to proactively identify trouble spots by providing a "real time" view of current enroute railcar volumes, vehicle dwell times and inventory. Early identification of potential issues enables the Railroad to take corrective actions, which avoids further problems. Additionally, UP has implemented a new inventory management system at all distribution facilities to monitor vehicle dwell. These systems facilitate expedited dealer deliveries, improving both asset utilization and customer satisfaction.

## 2008 Outlook

U.S. light vehicle sales are expected to decline again in 2008, as a result of a slowing U.S. economy. UP's diverse customer base, including the growing import and transplant manufacturers and the still dominant Domestic Big Three, helps mitigate affects of lower U.S. vehicle sales on volumes. In addition, imports from China and India will be monitored as their distribution plans continue to develop.

Mexico traffic, both to and from, is expected to remain stable and possibly grow as additional opportunities with finished vehicles, parts and materials develop. With ship lines continuing to look for opportunities to improve their asset utilization, UP will develop import business via mini-landbridge opportunities, bypassing use of the Panama Canal.

UP is making infrastructure improvements across its system to handle profitable traffic growth, including track improvements for automotive business at Portland, OR; Houston, TX; and Chicago, IL. Continued roll-out of the vehicle inventory dwell system will help ensure a very high level of inventory accuracy. UP is exploring the use of passive RFID (radio frequency identification) tags to replace manual inventory processes. RFID offers increased accuracy while significantly reducing the time associated with tracking, inventorying, auditing, and monitoring the location of the vehicles.

UP will capitalize on its strong interline carrier alliances to pursue and secure automotive parts and materials opportunities. These opportunities include boxcar direct and moves bundled with cross dock truck-to-rail and rail-to-truck shipments.

Additional growth opportunities exist with Railroad subsidiaries, Insight Network Logistics and Union Pacific Distribution Services. These companies offer supply chain logistic services for major automotive manufacturers. Marketed jointly with UP's rail services, they assist manufacturers in meeting customers' changing inventory needs and provide continued growth opportunities. Another subsidiary, Insight Network Transport, is developing used car shipment opportunities by providing management and coordination services for vehicle auction companies and rental car firms.



**Julie Krehbiel,**
***VP & GM Automotive***

**How is your team prepared for a soft economic climate in 2008?**

*Although economic conditions will affect automotive carloads, UP is well positioned with a broad base of customers. With a softer economy in 2008, we believe that it will be very important to strengthen the automotive service network by improving transit times, ensuring consistency, and incorporating transportation efficiencies into our delivered product. This will improve our economics and provide many benefits to our customers.*

**What is the biggest opportunity in your business group over the next 2-3 years?**

*Many of our opportunities are associated with the existing traffic base. Union Pacific is fortunate to hold over a 75 percent share of all vehicles that move in the western U.S. Our unparalleled automotive ramp network, including facilities in 8 of the 12 fastest growing states will provide market growth. Parts opportunities continued in 2007 and are expected to help offset any vehicle softness in 2008, as production parts convert from over-the-road to intermodal and boxcar rail service. Significant opportunities associated with vehicles assembled in China and India exist in the future, and we are positioning our network accordingly.*



## Automotive Facilities and Assembly Centers




### Annual Summary by Quarter - Automotive

| | 2007 | | | | | 2006 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Freight Revenue (millions of dollars)* | 354 | 387 | 348 | 369 | 1,458 | 358 | 390 | 325 | 354 | 1,427 | 288 | 324 | 294 | 345 | 1,251 |
| *Revenue Ton-Miles (millions)* | 4,330 | 4,685 | 4,250 | 4,217 | 17,482 | 4,661 | 4,994 | 4,143 | 4,521 | 18,319 | 4,182 | 4,596 | 4,150 | 4,679 | 17,607 |
| *Revenue Carloads (thousands)* | 201 | 221 | 201 | 203 | 826 | 210 | 225 | 191 | 208 | 834 | 192 | 211 | 186 | 208 | 797 |
| *Average Revenue Per Car (dollars)* | 1,759 | 1,754 | 1,729 | 1,823 | 1,766 | 1,705 | 1,737 | 1,697 | 1,698 | 1,710 | 1,496 | 1,544 | 1,581 | 1,657 | 1,571 |

# Chemicals

## Commodity Profile

Transporting chemicals provided 15 percent of Union Pacific's freight revenue in 2007. The Railroad's franchise enables it to serve the large chemical megaplex along the Gulf Coast, as roughly two-thirds of the Company's chemical business originates, terminates or travels through this area. UP's chemical franchise also accesses chemical producers in the Rocky Mountains and on the West Coast. The Company classifies chemical shipments into three broad categories: Petrochemicals, Fertilizer and Soda Ash.

2007 CARLOADS




"Petrochemicals" including liquid and dry chemicals, plastics, petroleum and liquid petroleum products, makes up more than two-thirds of UP's chemical business. Fertilizer movements originate in the Gulf Coast region, as well as the West and Canada, bound for major agricultural users in the Midwest, western U.S. and abroad. These shipments account for 19 percent of the Railroad's chemical business. Soda ash shipments, contributing 13 percent of chemical volumes, originate in southwestern Wyoming and California destined for glass producing markets in the East, West and abroad.

Petrochemicals move primarily to and from the Gulf Coast region. Barges, pipelines, and to a lesser extent trucks, provide transportation alternatives for some of these commodities. The liquid and dry market consists of several dozen segments of basic, intermediate and specialty chemicals produced by, and shipped to, large and small customers. Strong demand from industrial manufacturers is key to this market segment. Plastics shipments support many vital sectors of the U.S. economy, including the automobile, housing and durable and disposable consumer goods markets. In 2007, strong pricing drove UP's petrochemicals' average revenue per car up 7 percent, while volume during this same period grew 3 percent with new plastics business acquired mid-year.

CHEMICALS LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

UP is a vital link in the plastics supply-chain through its ownership and operation of storage-in-transit (SIT) facilities. Plastics customers utilize railroad SIT yards for intermediate storage of their plastic resins, and UP's SIT capacity exceeds that of any other railroad.

UP's fertilizer demand is largely driven by U.S. agricultural expectations and world demand. Strong export demand for potash shipments through the PNW and a robust planting season for corn to supply ethanol producers increased UP's fertilizer shipments by 7 percent in 2007. The average revenue per car for fertilizer increased slightly more than 6 percent.

UP directly serves Green River, Wyoming, the world's largest soda ash reserve and producing region. Soda ash carloads increased 4 percent year-over-year as export markets grew and domestic soda ash demand remained relatively stable.

## 2008 Outlook

Demand for North American chemical production is expected to match 2007 levels. While overall demand for plastics is likely to soften in parallel with the economy, UP expects modest growth associated with two plastic production capacity additions on its line, one is a new facility build and the other a significant expansion. Similarly, liquid and dry commodities are expected to increase at modest levels with some overall

volume growth expected. Basic and intermediate chemicals should grow more slowly with specialty chemicals also expecting growth. Stable North American natural gas prices will remain a fundamental factor in the growth of chemical production. Natural gas prices have a dual impact on chemical production. Natural gas is a feedstock in a variety of chemical production processes and is an energy source for many production plants.

Fertilizer demand should be strong in 2008, driven by higher crop prices and strong corn production required to support the growing ethanol market. UP expects strong growth in 2008, for both volume and average revenue per car, fueled by ongoing strength in export potash, as well as new inbound potash business to support a plant conversion. Soda ash shipments are expected to increase modestly over 2007 levels as demand remains strong for both domestic and export production.

Significant progress has been made toward achieving service objectives in the Gulf Coast region. Network metrics including velocity, terminal dwell and industry spot and pull are at, or exceed, best ever performance levels. Additionally, transit performance in many key lanes has increased and consistency improved. Chemical customers benefit directly from faster asset turns, as many customers own their own car fleets. With these demonstrated results increasing customer value, UP is positioned to take advantage of additional market opportunities in 2008.



**Diane Duren,**
***VP & GM Chemicals***

**How is your team prepared for a soft economic climate in 2008?**

*Certain aspects of our business, particularly those related to agriculture, energy or soda ash, will likely see limited impact from an economic slow down. However, for those markets more sensitive to the economy, such as plastics and various liquid and dry chemicals, lower demand will likely result in customers redirecting their production to more efficient mega production facilities in the Gulf Coast from other outlying locations. It is therefore critical that UP continues to deliver on service and sells customers on the strength of the value proposition in the Gulf Coast.*

**What is the biggest opportunity in your business group over the next 2-3 years?**

*In the years ahead, as North American chemical production is further rationalized and international markets develop, both import and export, Union Pacific's chemical franchise is well positioned to capitalize on new business opportunities. A case in point is the PVC production expansions occurring on our line in 2008 and the infrastructure UP is putting in place to support future growth.*

*Additionally, we are focusing efforts on achieving breakthrough operational efficiencies at Green River, WY and in the Portland area, driven by both capital investments and process changes that will lower UP's costs and add value for our customers.*

## Annual Summary by Quarter - Chemicals

| | 2007 | | | | | 2006 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Freight Revenue (millions of dollars)* | 544 | 574 | 586 | 583 | 2,287 | 496 | 532 | 536 | 520 | 2,084 | 438 | 457 | 475 | 472 | 1,842 |
| *Revenue Ton-Miles (millions)* | 14,044 | 14,406 | 14,107 | 13,964 | 56,521 | 14,037 | 14,583 | 13,927 | 13,371 | 55,918 | 14,393 | 14,461 | 14,227 | 13,798 | 56,879 |
| *Revenue Carloads (thousands)* | 224 | 239 | 238 | 227 | 928 | 218 | 234 | 228 | 216 | 896 | 228 | 235 | 230 | 219 | 912 |
| *Average Revenue Per Car (dollars)* | 2,430 | 2,395 | 2,469 | 2,564 | 2,464 | 2,280 | 2,265 | 2,351 | 2,414 | 2,326 | 1,925 | 1,939 | 2,060 | 2,167 | 2,021 |

# Energy

## Commodity Profile

Coal and petroleum coke transportation accounted for 20 percent of Union Pacific's freight revenue in 2007. The Railroad's franchise supports the transportation of coal and coke to utilities, industrial facilities, interchange points, and water terminals. The water terminals provide access to the West and Gulf Coasts for export, and rail/barge/ship facilities on the Mississippi and Ohio Rivers and the Great Lakes.




SPRB coal represents the largest segment of UP's energy business. The SPRB represents 72 percent of the carloadings UP originates, primarily due to the favorable economics and low sulphur relative to eastern coals. The Railroad also moves high-BTU (British Thermal Unit) low-sulfur coal from Colorado and Utah to domestic utilities and industries. Coal traffic from Colorado and Utah represents 17 percent of total carloadings. The remaining volume is comprised of coal loadings originating in Southern Wyoming's Hanna Basin, Southern Illinois coal, and SPRB coal originating on other rail carriers and forwarded to UP.

Strong demand levels for western coal in 2006 continued through 2007, as Energy volume increased by 1.2 million tons to 266.5 million tons. The first six months of the year differed significantly from the second half, as shipments slipped below 2006 levels with severe weather and coal production problems disrupting the supply chain. The second half produced significant year-over-year improvement with numerous all-time records established. First quarter coal tonnage was flat year-over-year due to severe weather throughout the West and Midwest. Second quarter volumes declined more than 3 percent as a result of mine flooding and production shortfalls. Volumes surged in the third quarter, gaining more than 3 percent over 2006 as coal production improved. Volumes in the fourth quarter increased nearly 2 percent despite severe winter weather in December.




*Lane density based on carloadings. Line thickness depicts traffic density.*

Petroleum coke traffic originates primarily on the Gulf Coast with other key areas including Oklahoma, Kansas, Wyoming and California. Shipments are transported to destinations that include Texas, California and Louisiana. Petroleum coke is a source of high sulfur fuel for electricity generation, and is used by industrial customers in the production of aluminum, steel and cement. Coke shipments were off 1 percent versus 2006, while average revenue per car increased.

SPRB average train size increased nearly 2 percent to 15,325 tons per train during 2007. An increase in average tons per car, as well as a two car increase in train size, drove the improvement. The train size improvements are aided by a new wheel repair process implemented in North Platte. This process allows a car in need of repair to be changed-out while the car remains in the train consist, reducing train dwell and increasing velocity.

UP set numerous loading records on the Joint Line in the second half of 2007, with four consecutive months exceeding 1,100 coal trains loaded. In November 2007, "best-ever" records were established for monthly trains (1,159), average trains per day (38.6) and single-day coal train loadings (46).

Capacity improvements on the Joint Line during 2007 included the completion of a multi-year project which installed triple track on the entire 102-mile Joint Line from Caballo Junction on the north end to Shawnee Junction on the south end and increased capacity to over 400 million tons. UP and BNSF together moved 359 million tons of coal off the Joint Line in

2007. Portions of quadruple track are being added to the south end of the Joint Line, with incremental crossover switches scheduled for installation by Fall 2008.

### PRB Economic Advantage

On a cost per million BTU basis, the Powder River Basin (PRB) continues to be one of the lowest cost energy alternatives in North America. Among the domestic coal regions, PRB coal is about one-third as expensive as eastern options and is tied with Rocky Mountain coal for the lowest sulphur content. While domestic natural gas prices have dropped from historically high levels in 2004-05, PRB coal remains a fraction of the cost of natural gas.

### 2008 Outlook

The Railroad will see additional revenue growth in 2008 as it leverages past capacity enhancements with new growth investments. Continued focus on train size improvements will drive productivity in 2008. Capital investments will focus on improving fluidity on the Joint Line as well as North Platte, the Iowa East-West main line, and the St. Louis network south, feeding the Mississippi and Ohio river systems.

Capacity improvements and increased operational efficiency, in addition to ongoing track and roadbed repair, will allow movement of increased tonnage from the region to help supply the growing coal-based electrical demand of the U.S. Growth from SPRB customers should drive an estimated five percent tonnage growth in 2008. Demand for Colorado/Utah coal is gaining strength, as the world's appetite for high BTU/low sulphur coal has increased dramatically in the last several months. PRB coal received from BNSF, and coal from Southern Wyoming and Southern Illinois is expected to be flat to slightly down year-over-year due to scheduled utility outages. Coke loadings should increase in 2008 based upon the increased supplies associated with high sulphur crude oil.



**Doug Glass,**
***VP & GM Energy***

**How is your team prepared for a soft economic climate in 2008?**

*The Energy Team is somewhat insulated from the impact of slower U.S. economic growth. While overall electricity demand may soften with less economic activity, higher natural gas prices and strong international demand for coal should support our growth forecast for the remainder of the year. We have also secured and continue to pursue numerous export opportunities to move Colorado/Utah coal to Mexico, Asia, and Europe to help satisfy the growing world-wide demand for high BTU, low sulphur coal. This demand is driving more robust growth from the Colorado/Utah producing region in 2008.*

**What is the biggest opportunity in your business group over the next 2-3 years?**

*New power plants will come on-line over the next few years with the potential for significant additional coal demand. These new plants will utilize the latest emission containment technology to reduce carbon emissions and will be capable of retrofitting carbon capture technology that will be available in the future. The continuation and expansion of export opportunities are also critical. With rapid economic development occurring in India and China, the world's coal supply/demand balance is forcing many countries to find alternative coal sources.*

### Annual Summary by Quarter - Energy

| | 2007 | | | | | 2006 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Freight Revenue (millions of dollars)* | | | | | | | | | | | | | | | |
| | 731 | 761 | 824 | 818 | 3,134 | 697 | 729 | 766 | 757 | 2,949 | 665 | 628 | 648 | 624 | 2,565 |
| *Revenue Ton-Miles (millions)* | | | | | | | | | | | | | | | |
| | 60,005 | 60,657 | 65,133 | 65,613 | 251,408 | 60,075 | 62,426 | 62,982 | 63,669 | 249,152 | 62,075 | 57,484 | 59,028 | 56,808 | 235,395 |
| *Revenue Carloads (thousands)* | | | | | | | | | | | | | | | |
| | 551 | 551 | 600 | 597 | 2,299 | 550 | 575 | 584 | 587 | 2,296 | 574 | 525 | 546 | 533 | 2,178 |
| *Average Revenue Per Car (dollars)* | | | | | | | | | | | | | | | |
| | 1,326 | 1,381 | 1,374 | 1,368 | 1,363 | 1,266 | 1,268 | 1,312 | 1,291 | 1,285 | 1,160 | 1,193 | 1,188 | 1,173 | 1,178 |

# Industrial Products

## Commodity Profile

The Railroad's extensive network enables the Industrial Products group to move numerous commodities between thousands of shippers and customers throughout North America. In 2007, Industrial Products provided 20 percent of Union Pacific's total freight revenue.

Lumber shipments originate primarily in the PNW and Canada for destinations throughout the U.S. for new home construction and repair and remodeling markets. Commercial and highway construction drive shipments of steel and construction products, consisting of rock, cement and roofing. Shipments of paper and consumer goods, including furniture and appliances, move to major metropolitan areas for consumers. Industrial manufacturing plants receive shipments of nonferrous metals and industrial minerals. In addition, the Railroad provides efficient and safe transportation for government entities and waste companies.

Macro-economic factors such as industrial production and housing starts, with seasonal peaks, drive demand. In 2007, U.S. industrial production grew 2 percent and housing starts fell 25 percent, while Industrial Products carloads decreased 8 percent. Pricing actions drove average revenue per car growth of 3 percent in 2007, while greater asset utilization helped drive increased profitability of shipments. Volume declines more than offset price increases, however, driving Industrial Products revenue down 2 percent in 2007.

Fewer housing starts, surplus production, and general market uncertainty in 2007 drove weak lumber volumes, as carloadings decreased by 20 percent and revenue fell by 17 percent year-over-year.

INDUSTRIAL PRODUCTS LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

2007 CARLOADS




Steel and scrap steel carloadings decreased 3 percent in 2007 versus 2006, due to soft market conditions driven by lower residential construction and auto production. Price increases and improved business mix increased revenue 9 percent year-over-year.

Delays in expansion projects, customer production issues, unfavorable weather, and a weak residential construction market reduced stone volume by 10 percent in 2007 versus 2006. Price increases offset some of the volume decrease, resulting in a total revenue reduction of 8 percent.

Non-metallic minerals and non-hazardous waste volumes grew in 2007. Ongoing increases in natural gas drilling activity presented business opportunities in frac sand and barite, driving a 3 percent increase in non-metallic mineral volume. Price and mix pushed average revenue per car up 12 percent, resulting in revenue growth of 15 percent. UP also began moving non-hazardous contaminated soil from West Coast dredging projects in 2007. Waste volume increased by 12 percent, with price and mix adding another 13 percent, resulting in revenue growth of 27 percent for this business line.

## 2008 Outlook

Global Insight, a leading global economic analysis provider, is predicting U.S. industrial production growth of around 0.6 percent in 2008, with housing starts forecast to drop 33 percent. Against that backdrop, the Industrial Products group is targeting continued profitability improvement by maintaining

pricing discipline and increasing operational efficiency. Union Pacific's rail network serves key U.S. population growth areas, which should mitigate some of the negative impact from overall market weakness.

Abundant oil and gas exploration activity should drive a strong market for frac sand used in drilling. With expectations for fewer U.S. housing starts, lumber volumes will likely decrease further versus 2007 levels. Steel volumes should be flat year-over-year, as strength in pipe and non-residential construction could be offset by a decline in auto production and residential construction. Volumes related to hazardous waste shipments are expected to increase in 2008 as a result of the start up of new Department of Energy environmental management projects.



**Eric Butler,**
***VP & GM Industrial Products***

**How is your team prepared for a soft economic climate in 2008?**

*Our goal is to ensure that our operational costs remain closely correlated with volume variability, and we will adjust our transportation plan to match the volume levels associated with a softer economic climate.*

**What is the biggest opportunity in your business group over the next 2-3 years?**

*We believe the demographic growth and shift in the U.S. population to our primary serving areas in the Southwest and West, will continue to allow us volume and revenue growth opportunities in the majority of our business lines.*



## Annual Summary by Quarter - Industrial Products

| | 2007 | | | | | 2006 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Freight Revenue (millions of dollars)* | 741 | 805 | 789 | 742 | 3,077 | 762 | 813 | 820 | 740 | 3,135 | 622 | 710 | 713 | 733 | 2,778 |
| *Revenue Ton-Miles (millions)* | 18,516 | 19,974 | 18,907 | 17,711 | 75,109 | 21,740 | 22,055 | 20,785 | 18,428 | 83,008 | 20,846 | 22,486 | 21,736 | 21,407 | 86,475 |
| *Revenue Carloads (thousands)* | 318 | 349 | 339 | 319 | 1,325 | 365 | 386 | 370 | 325 | 1,446 | 357 | 396 | 384 | 366 | 1,503 |
| *Average Revenue Per Car (dollars)* | 2,331 | 2,308 | 2,327 | 2,324 | 2,322 | 2,084 | 2,110 | 2,215 | 2,273 | 2,167 | 1,742 | 1,793 | 1,859 | 1,997 | 1,847 |

# Intermodal

## Commodity Profile

UP's Intermodal business, which represented 19 percent of freight revenue in 2007, includes international and domestic shipments. International business consists of imported container traffic that arrives at West Coast ports via ocean carriers for destinations throughout the United States. Domestic business includes domestic container and trailer traffic for intermodal marketing companies (primarily shipper agents and logistics companies), as well as truckload carriers. Less-than-truckload and package carriers with time-sensitive business requirements are also an important part of our domestic shipments.




International imports and exports move in 20, 40 or 45 foot shipping containers through ports on the West Coast. The majority of domestic shipments move in 48 or 53 foot containers or trailers to and from points within the U.S., Canada and Mexico.

Union Pacific's key East/West intermodal lanes run between the West Coast and Chicago, Texas, and interchange connections to the eastern U.S. Union Pacific's key North/South intermodal lanes are operated between Los Angeles and the Pacific Northwest, as well as Chicago or the upper Midwest and points south in Texas or Mexico. The Railroad accesses all Mexican gateways and serves most of the major metropolitan areas in the western two-thirds of the U.S. Nearly all of the Railroad's routes are competitive with other railroads and are comparable to the highway network in shipping distances.

In 2007, with a slowing economy and fragile international market, total Intermodal volumes were flat while revenue increased 4 percent. International intermodal revenue grew 5 percent with flat volume. Domestic intermodal revenue grew 2 percent on a volume increase of 1 percent.




*Lane density based on carloadings. Line thickness depicts traffic density.*

Total Intermodal average revenue per car increased 4 percent in 2007. Domestic average revenue per car improved 2 percent, while international increased 5 percent per car. The international increase was driven by repricing of legacy contracts and, to some extent, fuel surcharges.

Union Pacific continues to offer truck-competitive, priority rail service in key lanes to encourage the conversion of highway business to intermodal. In a period of rising fuel cost, shippers increasingly look to rail as a low cost, environmentally friendly alternative to over-the-road trucks.

Union Pacific's service dramatically improved across key segments of the network in 2007, providing customers consistent and reliable transit. A key project for Union Pacific is the double tracking of the Sunset Corridor, which already has improved service and adds capacity for growth in the coming years. By the end of 2007, the route was 54 percent double tracked. UP completed rehabilitating railroad tunnels between Los Angeles and Seattle, making the I-5 corridor capable of handling doublestack container trains. These capital investments provide the Company with growth capacity, as well as added network flexibility.

## 2008 Outlook

The Company is moving forward with initiatives and capital expenditures supporting current volumes and providing for future growth beyond the economic uncertainty of a softer U.S. economy in 2008. Network service improvements, additional capacity projects and close communication with ocean carriers and interchange partners will enable UP to efficiently operate current volumes, while continued expansion of trade with Asia is expected to drive long term growth opportunities. The domestic segment expects growth through the transloading of international containers to larger domestic containers for movement further inland, providing another alternative to trucks.

The Company will continue the double track project along the Sunset Corridor and also within the Los Angeles Basin. A new intermodal facility will be completed in San Antonio, Texas by the end of the year. The Company broke ground at this greenfield site in 2007, and development of a logistics park next to this facility offers further opportunity.






**John Kaiser,**
***VP & GM Intermodal***

**How is your team prepared for a soft economic climate in 2008?**

*In response to the softer economic climate in 2008, Union Pacific Intermodal continues to add to and expand service offerings that provide reliable, truck competitive service. Growth is expected to result from continued improvement in service reliability while providing customers with competitive transit performance to both rail and over-the-highway transportation options. Successful examples include the "BlueStreak" service between Los Angeles and the Southeast, initiated with Norfolk Southern, over the Shreveport, LA gateway in 2007. This service provides the shortest and fastest route between Los Angeles and the Southeast. The reliability of the truck competitive "Blue Streak" service has proved to be popular with customers since its introduction to the market in May 2007.*

*Union Pacific is also finding domestic opportunities in the I-5 corridor serving West Coast population centers and the Midwest to Mexico service lanes. For example, UP has increased the frequency and number of locations serviced between the upper Midwest and Mexico. In so doing, the railroad's ability to compete with the motor carriers in target markets along the Mexican/U.S. border and within the interior of Mexico has been enhanced. The new train service continues to capture market share from trucks to/from Mexico and the Chicago and Detroit/Canadian market areas.*

**What is the biggest opportunity in your business group over the next 2-3 years?**

*The biggest opportunity over the next few years comes from moving legacy contract volumes to market rates. This pricing opportunity provides Union Pacific with the returns required to continue to expand capacity and support future growth. Long term investments to expand track and terminal capacity serving the Sunset Corridor will allow Union Pacific to capitalize on the fast growing markets across the Sunbelt.*

## Intermodal Terminals




### Annual Summary by Quarter - Intermodal

| | 2007 | | | | | 2006 | | | | | 2005 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total | 1st | 2nd | 3rd | 4th | Total |
| *Freight Revenue (millions of dollars)* | | | | | | | | | | | | | | | |
| | 674 | 721 | 773 | 757 | 2,925 | 643 | 695 | 747 | 726 | 2,811 | 523 | 596 | 654 | 691 | 2,464 |
| *Revenue Ton-Miles (millions)* | | | | | | | | | | | | | | | |
| | 18,994 | 20,543 | 21,024 | 20,232 | 80,793 | 18,689 | 19,630 | 20,014 | 19,469 | 77,802 | 16,600 | 18,625 | 19,404 | 19,764 | 74,394 |
| *Revenue Carloads (thousands)* | | | | | | | | | | | | | | | |
| | 821 | 861 | 912 | 859 | 3,453 | 816 | 865 | 909 | 867 | 3,457 | 733 | 809 | 863 | 866 | 3,271 |
| *Average Revenue Per Car (dollars)* | | | | | | | | | | | | | | | |
| | 821 | 838 | 846 | 883 | 847 | 789 | 803 | 821 | 838 | 813 | 713 | 737 | 758 | 797 | 753 |

# Mexico

## Commodity Profile

Union Pacific's franchise provides the most efficient rail route between markets in Mexico, the U.S. and Canada. UP serves all six major gateways to Mexico, connecting directly to the two largest Mexican railroads. The Company exchanges approximately 63 percent of shipments to and from Mexico with Kansas City Southern de Mexico (KCSM) and the remaining 37 percent with Ferrocarril Mexicano (Ferromex or FXE). Union Pacific has a 26 percent ownership interest in Ferromex. Trucks are the dominant transportation mode in Mexico's freight transportation market, which exceeds $6 billion annually. This market includes a broad range of commodities from raw materials to finished goods. Historically, the largest commodity group by both revenue and volume has been Automotive. In 2007, Agricultural Products grew to first place in revenue while Automotive remained largest by volume. Union Pacific works closely with both Mexican railroads to capture opportunities created by the North American Free Trade Agreement (NAFTA). The Mexican railroads continue making substantial investments in track structure, equipment and facilities to improve service, equipment utilization, safety and damage prevention.

2007 CARLOADS



| | |
|---|---|
| Automotive | 42% |
| Intermodal | 20% |
| Agricultural Products | 18% |
| Industrial Products | 14% |
| Chemicals | 6% |

Revenue from shipments in 2007 to and from Mexico increased 5 percent over 2006 to a record $1.44 billion, while volume grew 2 percent. All business groups increased revenue versus 2006. Agricultural Products revenue grew 5 percent despite a 3 percent volume decline. Driving this revenue increase was DDGS with 19 percent revenue and 7 percent volume increases, along with beer revenue increasing 6 percent in contrast to a 13 percent volume drop. Revenue for Industrial Products grew 5 percent driven by growth in clay, sand, brown paper and steel, despite a 8 percent decline in overall volume. Automotive revenue grew 4 percent on 5 percent stronger volume due largely to increased automobile parts business. Chemicals revenue grew 12 percent with a 5 percent growth in volume pushed by growth in sulphur, petroleum products, and liquid/dry chemicals. Intermodal revenue grew 5 percent on 6 percent higher volume.

MEXICO LINE DENSITY MAP



*Lane density based on carloadings. Line thickness depicts traffic density.*

Southbound shipments to Mexico have historically made up the majority of the business, however in the last two years northbound shipments from Mexico grew 14 percent. Northbound shipments make up about 48 percent of revenue from Mexico operations, reflecting the increased manufacturing now located there. The largest volume of commodities shipped from Mexico in 2007 were assembled autos and auto parts, beer and food products, intermodal, steel, cement and consumer goods like appliances. These six commodities represented approximately 90 percent of northbound revenue. Southbound traffic from the U.S. to Mexico is much more diversified. Corn, dry feed ingredients, autos and auto parts, intermodal, clay and sand, steel and newsprint shipments make up about 67 percent of southbound revenue with the remainder spread across the Company's six business groups.

## 2008 Outlook

Although volume should be relatively flat year-over-year, revenue growth is expected in 2008. Strong revenue and volume growth is expected in automotive parts, coal, intermodal, copper and sugar. The strong market demand for DDGS and meals should continue, as well as for Mexican beer heading north.



## Mexico

The Company will continue to improve the efficiency of Mexican operations in 2008, focusing on border processing and interchange terminals to improve velocity and asset utilization to help create a seamless border. Business development will be key in 2008, as UP develops new products and markets in Mexico especially for Industrial Products. Technological advances by both U.S. and Mexican Customs will again be a focus as the two agencies strive to move all paper processes to an electronic format. Economic growth in Mexico is expected to parallel that of the U.S. in 2008.



**Drew Collier,**
***VP Mexico Markets***

**How is your team prepared for a soft economic climate in 2008?**

*The Mexican economy is in a much better position to face a U.S. recession than it was in 2001. While it will feel the effect of economic slowdown in the U.S., the high price of oil and the proposed government infrastructure projects should help. In the second half of 2007, the Mexican GDP grew by 3.7 percent as the Mexican economy strengthened. Another encouraging sign was Foreign Direct Investment, a measure of foreign ownership of productive Mexican assets, which posted a historic high last year at $23 billion.*

**What is the biggest opportunity in your business group over the next 2-3 years?**

*We expect to see continued growth in volume across all the business segments, particularly if the U.S. economy rebounds in this time frame. Additionally, we expect to capture improved pricing as we increase the value we are delivering to our customers through improved service.*

PERCENT OF CARLOADS AT BORDER CROSSINGS



## SELECTED FINANCIAL DATA

*Union Pacific Corporation*

*Millions of dollars, except per share amounts, carloads, employee statistics and ratios for the year ended December 31,*

| | 2007 | 2006 | 2005 (a) | 2004 (b) | 2003 (c) |
|---|---|---|---|---|---|
| Operating revenue *(d)* | **$16,283** | $15,578 | $13,578 | $12,215 | $11,551 |
| Operating income | **3,375** | 2,884 | 1,795 | 1,295 | 2,133 |
| Income from continuing operations | **1,855** | 1,606 | 1,026 | 604 | 1,056 |
| Net income | **1,855** | 1,606 | 1,026 | 604 | 1,585 |
| Per share - basic: | | | | | |
| Income from continuing operations | **6.97** | 5.96 | 3.89 | 2.33 | 4.15 |
| Net income | **6.97** | 5.96 | 3.89 | 2.33 | 6.23 |
| Per share - diluted: | | | | | |
| Income from continuing operations | **6.91** | 5.91 | 3.85 | 2.30 | 4.07 |
| Net income | **6.91** | 5.91 | 3.85 | 2.30 | 6.04 |
| Dividends per declared share | **1.49** | 1.20 | 1.20 | 1.20 | 0.99 |
| Cash provided by operating activities | **3,277** | 2,880 | 2,595 | 2,257 | 2,443 |
| At December 31 | | | | | |
| Total Assets | **$38,033** | $36,515 | $35,620 | $34,596 | $33,496 |
| Debt due after one year | **7,543** | 6,000 | 6,760 | 7,981 | 7,822 |
| Common shareholders' equity | **15,585** | 15,312 | 13,707 | 12,655 | 12,354 |
| Equity per common share *(e)* | **59.74** | 56.68 | 51.41 | 48.58 | 47.85 |
| Additonal Data | | | | | |
| Freight revenue *(d)* | **$15,486** | $14,791 | $12,856 | $11,575 | $10,936 |
| Carloads *(000)* | **9,733** | 9,852 | 9,544 | 9,458 | 9,239 |
| Operating margin *(%) (f)* | **20.7** | 18.5 | 13.2 | 10.6 | 18.5 |
| Operating ratio *(%) (f)* | **79.3** | 81.5 | 86.8 | 89.4 | 81.5 |
| Employees *(average 000)* | **50.1** | 50.7 | 49.7 | 48.3 | 46.4 |
| Operating revenue per employee *(000)* | **$325.0** | $307.2 | $273.2 | $252.9 | $248.9 |
| Financial Ratios *(%)* | | | | | |
| Debt to capital *(g)* | **33.0** | 30.7 | 35.1 | 39.1 | 39.3 |
| Return on average common shareholders' equity | **12.0** | 11.1 | 7.8 | 4.8 | 13.8 |

*(a) 2005 net income includes a $118 million tax expense reduction to reflect a reduction in the estimated deferred income tax liability.*

*(b) 2004 operating income and net income includes a $247 million pre-tax ($154 million after-tax) charge for unasserted asbestos-related claims.*

*(c) Net income and total assets include the effects of the disposition of all of our trucking interests in 2003.*

*(d) Includes fuel surcharge revenue which partially offsets increased operating expenses for fuel. See 2007 SEC Form 10-K for more information.*

*(e) Equity per common share is calculated as follows: common shareholders' equity divided by common shares issued less treasury shares outstanding.*

*(f) Operating margin defined as operating income divided by operating revenue. Operating ratio is defined as operating expenses divided by operating revenue.*

*(g) Debt to capital is determined as follows: total debt divided by total debt plus equity.*

# CONSOLIDATED STATEMENTS OF INCOME

*Union Pacific Corporation*

*In millions (except per share), (unaudited), for the year ended December 31, 2007*

| | 1 | 2 | 3 | 4 | Total Year |
|---|---|---|---|---|---|
| Operating Revenues | | | | | |
| Freight Revenues | $3,655 | $3,853 | $3,990 | $3,988 | $15,486 |
| Operating Revenues | 194 | 193 | 201 | 209 | 797 |
| Total Operating Revenues | $3,849 | $4,046 | $4,191 | $4,197 | $16,283 |
| Operating Expenses | | | | | |
| Compensation and Benefits | 1,165 | 1,145 | 1,095 | 1,121 | 4,526 |
| Fuel | 662 | 753 | 786 | 903 | 3,104 |
| Purchased Services and Materials | 443 | 478 | 479 | 456 | 1,856 |
| Equipment and Other Rents | 339 | 354 | 342 | 333 | 1,368 |
| Depreciation | 325 | 327 | 332 | 337 | 1,321 |
| Other | 196 | 202 | 152 | 183 | 733 |
| Total Operating Expenses | 3,130 | 3,259 | 3,186 | 3,333 | 12,908 |
| Operating Income | 719 | 787 | 1,005 | 864 | 3,375 |
| Other Income - Net | 15 | 36 | 25 | 40 | 116 |
| Interest Expense | (113) | (120) | (124) | (125) | (482) |
| Income Before Income Taxes | 621 | 703 | 906 | 779 | 3,009 |
| Income Tax Expense | (235) | (257) | (374) | (288) | (1,154) |
| Net Income | $386 | $446 | $532 | $491 | $1,855 |
| Basic Earnings Per Share | $1.43 | $1.66 | $2.02 | $1.88 | $6.97 |
| Diluted Earnings Per Share | $1.41 | $1.65 | $2.00 | $1.86 | $6.91 |
| Weighted Average Number of Shares - Basic | 270.6 | 268.2 | 263.2 | 261.8 | 265.9 |
| Weighted Average Number of Shares - Diluted | 272.8 | 270.7 | 265.7 | 264.3 | 268.4 |
| Dividends Declared per Share | $0.35 | $0.35 | $0.35 | $0.44 | $1.49 |
| Operating Ratio | 81.3% | 80.5% | 76.0% | 79.4% | 79.3% |
| Effective Tax Rate | 37.8% | 36.6% | 41.3% | 37.0% | 38.4% |

*In millions (except per share), (unaudited), for the year ended December 31, 2006*

| | 1 | 2 | 3 | 4 | Total Year |
|---|---|---|---|---|---|
| Operating Revenues | | | | | |
| Freight Revenues | $3,514 | $3,721 | $3,789 | $3,767 | $14,791 |
| Operating Revenues | 196 | 202 | 194 | 195 | 787 |
| Total Operating Revenues | $3,710 | $3,923 | $3,983 | $3,962 | $15,578 |
| Operating Expenses | | | | | |
| Compensation and Benefits | 1,112 | 1,123 | 1,143 | 1,157 | 4,535 |
| Fuel | 676 | 785 | 811 | 696 | 2,968 |
| Purchased Services and Materials | 428 | 445 | 451 | 432 | 1,756 |
| Equipment and Other Rents | 353 | 356 | 354 | 333 | 1,396 |
| Depreciation | 303 | 308 | 311 | 315 | 1,237 |
| Other | 233 | 189 | 161 | 219 | 802 |
| Total Operating Expenses | 3,105 | 3,206 | 3,231 | 3,152 | 12,694 |
| Operating Income | 605 | 717 | 752 | 810 | 2,884 |
| Other Income - Net | 10 | 29 | 22 | 57 | 118 |
| Interest Expense | (120) | (120) | (119) | (118) | (477) |
| Income Before Income Taxes | 495 | 626 | 655 | 749 | 2,525 |
| Income Tax Expense | (184) | (236) | (235) | (264) | (919) |
| Net Income | $311 | $390 | $420 | $485 | $1,606 |
| Basic Earnings Per Share | $1.16 | $1.45 | $1.56 | $1.79 | $5.96 |
| Diluted Earnings Per Share | $1.15 | $1.44 | $1.54 | $1.78 | $5.91 |
| Weighted Average Number of Shares - Basic | 268.3 | 269.3 | 269.8 | 270.3 | 269.4 |
| Weighted Average Number of Shares - Diluted | 271.0 | 272.1 | 271.9 | 272.7 | 272.0 |
| Dividends Declared per Share | $0.30 | $0.30 | $0.30 | $0.30 | $1.20 |
| Operating Ratio | 83.7% | 81.7% | 81.1% | 79.6% | 81.5% |
| Effective Tax Rate | 37.2% | 37.7% | 35.9% | 35.2% | 36.4% |

*Refer to the Union Pacific Corporation 2007 SEC Form 10-K for additional information, including audited financial statements and related footnotes.*

## CONSOLIDATED STATEMENTS OF FINANCIAL POSITION

*Union Pacific Corporation*

| *In millions of dollars, as of December 31,* | ***2007*** | *2006* |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and Cash Equivalents | $878 | $827 |
| Accounts Receivable, Net | 632 | 679 |
| Materials and Supplies | 453 | 395 |
| Current Deferred Income Taxes | 336 | 319 |
| Other Current Assets | 295 | 191 |
| **Total Current Assets** | **2,594** | 2,411 |
| **Investments** | | |
| Investments in and advances to affiliated companies | 912 | 865 |
| Other Investments | 11 | 12 |
| **Total Investments** | **923** | 877 |
| **Properties** | | |
| Road | 37,661 | 35,634 |
| Equipment | 7,818 | 7,637 |
| Other | 175 | 177 |
| Total Cost | 45,654 | 43,448 |
| Accumulated Depreciation | (11,496) | (10,575) |
| **Net Properties** | **34,158** | 32,873 |
| **Other Assets** | **358** | 354 |
| **Total Assets** | **$38,033** | $36,515 |
| | | |
| **Liabilities and Common Shareholders' Equity** | | |
| **Current Liabilities** | | |
| Accounts Payable | $732 | $684 |
| Accrued Wages and Vacation | 394 | 412 |
| Accrued Casualty Costs | 371 | 409 |
| Income and Other Taxes | 343 | 279 |
| Dividends and Interest | 284 | 238 |
| Debt Due Within One Year | 139 | 780 |
| Equipment Rents Payable | 103 | 108 |
| Other Current Liabilities | 675 | 629 |
| **Total Current Liabilities** | **3,041** | 3,539 |
| **Other Liabilities and Shareholders' Equity** | | |
| Debt Due After One Year | 7,543 | 6,000 |
| Deferred Income Taxes | 10,050 | 9,696 |
| Accrued Casualty Costs | 799 | 868 |
| Retiree Benefits Obligations | 462 | 504 |
| Other Long-Term Liabilities | 553 | 596 |
| Commitments and Contingencies | | |
| **Total Liabilities** | **$22,448** | $21,203 |
| **Common Shareholders' Equity** | | |
| Common Shares, $2.50 par value, 500,000,000 authorized; *276,162,141 and 275,962,411 issued; 260,869,647 and 270,172,290 outstanding, respectively* | 690 | 690 |
| Paid-In-Surplus | 3,926 | 3,943 |
| Retained Earnings | 12,667 | 11,215 |
| Treasury Stock | (1,624) | (394) |
| Accumulated Other Comprehensive Loss | (74) | (142) |
| **Total Common Shareholders' Equity** | 15,585 | 15,312 |
| **Total Liabilities and Common Shareholders' Equity** | **$38,033** | $36,515 |



*Refer to the 2007 Union Pacific Corporation SEC Form 10-K for additional information.*

## CONSOLIDATED STATEMENTS OF CASH FLOW

*Union Pacific Corporation*

| *In millions of dollars, for the year ended December 31,* | ***2007*** | *2006* |
|---|---|---|
| **Operating Activities** | | |
| Net Income | $1,855 | $1,606 |
| Adjustments to Reconcile Net Income to Cash Provided by Operating Activities: | | |
| Depreciation | 1,321 | 1,237 |
| Deferred Income Taxes and Unrecognized Tax Benefits | 332 | 235 |
| Stock-based Compensation Expense | 44 | 35 |
| Net Gain from Asset Sales | (52) | (72) |
| Other Operating Activities, Net | (251) | (175) |
| Changes in Current Assets and Liabilities, Net | 28 | 14 |
| **Cash Provided by Operating Activities** | **3,277** | **2,880** |
| **Investing Activities** | | |
| Capital Investments | (2,496) | (2,242) |
| Proceeds from Asset Sales | 122 | 133 |
| Acquisition of Equipment Pending Financing | (621) | (536) |
| Proceeds from Sale of Assets Financed | 621 | 536 |
| Other Investing Activities, Net | (52) | 67 |
| **Cash Used in Investing Activities** | **(2,426)** | **(2,042)** |
| **Financing Activities** | | |
| Common Share Repurchases | (1,375) | - |
| Dividends Paid | (364) | (322) |
| Debt Repaid | (792) | (657) |
| Debt Issued | 1,581 | - |
| Net Proceeds from Equity Compensation Plans | 71 | 160 |
| Excess Tax Benefits from Equity Compensation Plans | 76 | 29 |
| Other Financing Activities, Net | 3 | 6 |
| **Cash Used in Financing Activities** | **(800)** | **(784)** |
| Net Change in Cash and Cash Equivalents | 51 | 54 |
| Cash and Cash Equivalents at the Beginning of Year | 827 | 773 |
| **Cash and Cash Equivalents at the End of Year** | **$878** | **$827** |
| **Changes in Current Assets and Liabilities** | | |
| Accounts Receivable, Net | $47 | $68 |
| Materials and Supplies | (58) | (64) |
| Other Current Assets | (104) | (21) |
| Accounts, Wages, and Vacation Payable | 30 | (102) |
| Other Current Liabilities | 113 | 133 |
| **Changes In Current Assets and Liabilities** | **$28** | **$14** |
| **Supplemental Cash Flow Information** | | |
| Non-Cash Investing and Financing Activities: | | |
| Capital Investments Accrued but not yet Paid | $126 | $106 |
| Capital Lease Financings | 82 | 16 |
| Common Shares Repurchased but not yet Paid | 82 | - |
| Cash Dividends Declared but not yet Paid | 112 | 80 |
| Cash (Paid) / Received During the Year For: | | |
| Interest | (467) | (492) |
| Income Taxes, Net | (839) | (549) |

*Refer to the Union Pacific Corporation 2007 SEC Form 10-K for more information.*

## FINANCIAL AND OPERATING STATISTICS

*Union Pacific Corporation*

| *(unaudited), for periods ended December 31,* | ***2007*** | | | | | *2006* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Financial and Revenue Statistics** | 1 | 2 | 3 | 4 | **Full Year** | 1 | 2 | 3 | 4 | **Full Year** |
| Operating Revenues *(millions)* | $3,849 | $4,046 | $4,191 | $4,197 | **$16,283** | $3,710 | $3,923 | $3,983 | $3,962 | **$15,578** |
| Operating Expenses *(millions)* | $3,130 | $3,259 | $3,186 | $3,333 | **$12,908** | $3,105 | $3,206 | $3,231 | $3,152 | **$12,694** |
| Operating Ratio *(%)* | 81.3 | 80.5 | 76.0 | 79.4 | **79.3** | 83.7 | 81.7 | 81.1 | 79.6 | **81.5** |
| Operating Margin *(%)* | 18.7 | 19.5 | 24.0 | 20.6 | **20.7** | 16.3 | 18.3 | 18.9 | 20.4 | **18.5** |
| Compensation and Benefits *(millions)* | $1,165 | $1,145 | $1,095 | $1,121 | **$4,526** | $1,112 | $1,123 | $1,143 | $1,157 | **$4,535** |
| Compensation and Benefits/Op. Rev. *(%)* | 30.3 | 28.3 | 26.1 | 26.7 | **27.8** | 30.0 | 28.6 | 28.7 | 29.2 | **29.1** |
| Freight Revenues/ Employee *(thousands)* | $72.0 | $75.9 | $79.7 | $81.8 | **$309.2** | $69.9 | $72.9 | $73.9 | $74.8 | **$291.5** |
| Fuel Expense *(millions)* | $662 | $753 | $786 | $903 | **$3,104** | $676 | $785 | $811 | $696 | **$2,968** |
| Avg. Fuel Price Per Gallon *(a)* | $1.93 | $2.20 | $2.32 | $2.62 | **$2.27** | $1.90 | $2.18 | $2.30 | $1.97 | **$2.09** |
| Freight Revenues *(millions)* | $3,655 | $3,853 | $3,990 | $3,988 | **$15,486** | $3,514 | $3,721 | $3,789 | $3,767 | **$14,791** |
| Average Revenue Per Car | $1,566 | $1,583 | $1,582 | $1,632 | **$1,591** | $1,469 | $1,482 | $1,510 | $1,544 | **$1,501** |
| Freight Revenues/ Revenue Ton-Mile *(cents)* | 2.71 | 2.77 | 2.77 | 2.79 | **2.76** | 2.53 | 2.60 | 2.67 | 2.67 | **2.62** |
| Effective Tax Rate *(%)* | 37.8 | 36.6 | 41.3 | 37.0 | **38.4** | 37.2 | 37.7 | 35.9 | 35.2 | **36.4** |
| Debt to Capital *(%) (b)* | | | | | **33.0** | | | | | **30.7** |
| Adjusted Debt to Capital *(%) (c)* | | | | | **43.6** | | | | | **41.6** |
| **Operating Statistics** | | | | | | | | | | |
| Revenue Carloads *(thousands)* | 2,334 | 2,433 | 2,522 | 2,444 | **9,733** | 2,393 | 2,510 | 2,509 | 2,440 | **9,852** |
| Revenue Ton-Miles *(billions)* | 135 | 139 | 144 | 143 | **562** | 139 | 143 | 142 | 141 | **565** |
| Gross Ton-Miles *(billions)* | 255 | 261 | 270 | 267 | **1,052** | 263 | 272 | 270 | 268 | **1,073** |
| Average Train Speed *(mph) (d)* | 21.7 | 21.6 | 21.5 | 22.3 | **21.8** | 21.3 | 21.2 | 21.3 | 22 | **21.4** |
| Average System Dwell *(hours) (d)* | 25.3 | 24.7 | 25.2 | 25.4 | **25.1** | 29.0 | 27.6 | 26.2 | 25.9 | **27.2** |
| Average Rail Car Inventory *(d)* | 309,579 | 310,663 | 311,791 | 307,682 | **309,912** | 327,571 | 324,833 | 319,846 | 313,991 | **321,566** |
| Fuel Consumed *(millions of gallons)* | 332 | 332 | 329 | 333 | **1,326** | 345 | 346 | 341 | 340 | **1,372** |
| Employees (Average) | 50,771 | 50,755 | 50,060 | 48,770 | **50,089** | 50,262 | 51,085 | 51,278 | 50,328 | **50,739** |
| GTMs per Employee *(millions)* | 5.02 | 5.14 | 5.38 | 5.48 | **21.01** | 5.23 | 5.33 | 5.27 | 5.31 | **21.14** |

*Refer to the Union Pacific Corporation 2007 SEC Form 10-K for additional information.*

*(a) Including taxes and transportation costs.*
*(b) Debt to capital is computed as follows: total debt divided by total debt plus equity.*
*(c) Adjusted debt to capital is computed as follows: total debt plus net present value of operating leases plus sale of receivables divided by total debt plus equity plus net present value of operating leases plus sale of receivables.*
*(d) As reported to the Association of American Railroads. On October 1, 2005, the rail car inventory measurement was standardized for all reporting railroads. Rail car inventory for prior periods was not recalculated.*

## NON-GAAP DEFINITIONS

Management believes certain non-GAAP measures provide an alternative presentation of the results that more accurately reflect ongoing Company operations. These measures should be considered in addition to, not a substitute for, the reported GAAP results.

### Free Cash Flow

Cash provided by operating activities, less cash used in investing activities, less dividends paid. Management believes this is an important measure in evaluating our financial performance and measures our ability to generate cash without incurring additional external financings.

### Return on Invested Capital

Net income plus interest expense, plus sale of receivables fees, plus interest on present value of leases, less taxes on interest divided by average equity plus average debt plus average sale of receivables plus average present value of leases. Management believes this is an important measure for evaluating the efficiency and effectiveness of the Corporation's long term capital investments, and we currently use ROIC as a performance criteria in determining certain elements of compensation for our executive officers and senior management.

### Debt to Capital

Total debt divided by total debt plus equity. Management believes this is an important measure in evaluating our balance sheet strength and is important in managing our credit ratios and financing relationships.

### Adjusted Debt to Capital

Total debt plus net present value of operating leases plus value of sold receivables divided by total debt plus net present value of operating leases plus value of sold receivables plus equity. Management believes this is an important measure in evaluating the total amount of leverage in our capital structure including off-balance sheet obligations.

## FREE CASH FLOW AND CONSOLIDATED STATEMENT OF CASH FLOWS

*Reconciliation to GAAP*

*(In millions of dollars, unaudited, except for percentages)*

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Cash Provided by Operating Activities | $3,227 | $2,880 | $2,595 |
| Cash Used in Investing Activities | (2,426) | (2,042) | (2,047) |
| Dividends Paid | (364) | (322) | (314) |
| Free Cash Flow | $437 | $516 | $234 |

## CONSOLIDATED STATEMENTS OF CASH FLOW

| | | | |
|---|---|---|---|
| Operating Activities: | | | |
| Net Income | $1,855 | $1,606 | $1,026 |
| Depreciation | 1,321 | 1,237 | 1,175 |
| Deferred Income Taxes | 332 | 235 | 320 |
| Other - Net | (231) | (198) | 74 |
| Cash Provided by Operating Activities | 3,277 | 2,880 | 2,595 |
| Investing Activities: | | | |
| Capital Investments | (2,496) | (2,242) | (2,169) |
| Other - Net | 70 | 200 | 122 |
| Cash Used in Investing Activities | (2,426) | (2,042) | (2,047) |
| Financing Activities: | | | |
| Common Shares Repurchased | (1,375) | - | - |
| Dividends Paid | (364) | (322) | (314) |
| Debt Repaid | (792) | (657) | (699) |
| Debt Issued | 1,581 | - | - |
| Other - Net | 150 | 195 | 261 |
| Cash Used in Financing Activities | (800) | (784) | (752) |
| Net Change in Cash and Cash Equivalents | $51 | $54 | $(204) |

## RETURN ON INVESTED CAPITAL (ROIC)

| | | | |
|---|---|---|---|
| Net Income | $1,855 | $1,606 | $1,026 |
| Add: Interest Expense | $482 | $477 | $504 |
| Add: Sale of Receivables Fees | 35 | 33 | 23 |
| Add: Interest on present value of operating leases | 292 | 268 | 218 |
| Less: Taxes on Interest and fees | (310) | (283) | (213) |
| Net Operating Profit After Tax As Adjusted *(a)* | $2,354 | $2,101 | $1,558 |
| Average Equity | $15,448 | $14,510 | $13,181 |
| Add: Average Debt | 7,232 | 7,098 | 7,774 |
| Add: Average Value of Sold Receivables | 600 | 600 | 595 |
| Add: Average Present Value of Operating Leases | 3,648 | 3,349 | 2,729 |
| Average Invested Capital As Adjusted *(b)* | $26,928 | $25,557 | $24,279 |
| Return on Invested Capital As Adjusted *(a/b)* | 8.7% | 8.2% | 6.4% |

## DEBT TO CAPITAL/ADJUSTED DEBT TO CAPITAL

*Reconciliation to GAAP*

*(In millions of dollars except percentages)*

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Debt *(a)* | $7,682 | $6,780 | $7,416 |
| Equity | 15,585 | 15,312 | 13,707 |
| Capital *(b)* | $23,267 | $22,092 | $21,123 |
| Debt to Capital *(a/b)* | 33.0% | 30.7% | 35.1% |

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Debt | $7,682 | $6,780 | $7,416 |
| Value of Sold Receivables | 600 | 600 | 600 |
| Net Present Value of Operating Leases | 3,783 | 3,513 | 3,185 |
| Total Adjusted Debt | $12,065 | $10,893 | $11,201 |
| Adjusted Debt *(a)* | $12,065 | $10,893 | $11,201 |
| Equity | 15,585 | 15,312 | 13,707 |
| Adjusted Capital *(b)* | $27,650 | $26,205 | $24,908 |
| Adjusted Debt to Capital *(a/b)* | 43.6% | 41.6% | 45.0% |

## 2005 INCOME TAX ADJUSTMENT

*Reconciliation to GAAP*

*(In millions of dollars except earnings per share)*

Management believes certain non-GAAP measures provide an alternative presentation of the results that more accurately reflect ongoing Company operations. The full year 2005 net income of $908 million and earnings per diluted share of $3.41, which excluded the income tax expense reduction item reported in the third quarter of 2005, are non-GAAP measures. Management believes these measures provide an alternative presentation of results that more accurately reflects ongoing Company operations, without the distorting effects of the income tax expense reduction item. These measures should be considered in addition to, not a substitute for, the reported GAAP results.

| **Full Year 2005 Results** | **As Reported** | **Income Tax Adjustment** |
|---|---|---|
| Operating Revenue | $13,578 | $13,578 |
| Operating Expenses | 11,783 | 11,783 |
| Operating Income | 1,795 | 1,795 |
| Operating Margin | 13.2% | 13.2% |
| Operating Ratio | 86.8% | 86.8% |
| Other Income - Net | 145 | 145 |
| Interest Expense | (504) | (504) |
| Income Before Income Taxes | 1,436 | 1,436 |
| Income Tax Expense | (410) | (528) *(a)* |
| Net Income | $1,026 | $908 |
| **Diluted Earnings Per Share** | **$3.85** | **$3.41** |

| **Third Quarter 2005 Results** | **As Reported** | **Income Tax Adjustment** |
|---|---|---|
| Operating Revenue | $3,461 | $3,461 |
| Operating Expenses | 2,980 | 2,980 |
| Operating Income | 481 | 481 |
| Operating Margin | 13.9% | 13.9% |
| Operating Ratio | 86.1% | 86.1% |
| Other Income - Net | 42 | 42 |
| Interest Expense | (124) | (124) |
| Income Before Income Taxes | 399 | 399 |
| Income Tax Expense | (30) | (148) *(a)* |
| Net Income | $369 | $251 |
| **Diluted Earnings Per Share** | **$1.38** | **$0.94** |

*(a) Income tax expense reduction of $118 million after-tax taken in third quarter 2005*
*Note: Totals may not foot due to rounding*

## Cautionary Information

The 2007 Analyst "Fact Book" provides additional explanatory information regarding Union Pacific that may not be available in the Company's Annual Report. The information provided is supplemental in nature and is not, and should not be construed as, better than that available in the Company's publicly available reports filed with the SEC. Additionally, some of the information in the Fact Book is derived from the Company's audited financial statements, but the Fact Book and its contents have not been, and should not be considered, audited.

This Fact Book includes statements and information regarding future expectations or results of the Company that are not historical facts. These statements and information are, or will be, forward-looking as defined by the federal securities laws. Forward-looking statements and information can be identified by use of forward-looking terminology (and derivations thereof), such as "believes", "expects", "may", "should", "will", "would", "intends", "plans", "estimates", "anticipates", "projects" and other words or phrases of similar intent. Forward-looking statements and information generally include statements and information included under sections of this Fact Book entitled "2008 Outlook" and specifically include statements and information regarding: the Company's expectations or forecasts with respect to general economic conditions and fuel prices; the Company's financial and operational performance; increases of the Company's earnings; demand for the Company's rail service and the commodities we carry, including, specifically, demand for coal, ethanol and grain; the continued ability of the Company to increase prices to reflect the then current demand environment; improving customer service; enhancing profitability of our commodities; expected volume and revenue growth; efficiency improvements and increasing returns; improving asset utilization; the effectiveness or growth of new and newer services; management of network volumes; increasing shareholder value; total amount of capital investments; completion and effectiveness of capacity expansion and other capital investments, including equipment acquisitions, expansion of the Sunset Corridor, expansion of the Joint Line in the SPRB, and other investments to upgrade or add signals and facilities; returns on capital investments; improvements regarding safety of our operations and equipment; and effectiveness of the Unified Plan, Project Operating Ratio and other initiatives.

Forward-looking statements and information should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will be achieved. Forward-looking statements and information are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in the statements.

Forward-looking statements and information reflect the good faith consideration by management of currently available information, and may be based on underlying assumptions believed to be reasonable under the circumstances. However, such information and assumptions (and, therefore, such forward-looking statements and information) are or may be subject to variables or unknown or unforeseeable events or circumstances over which management has little or no influence or control. The Risk Factors in Item 1A of the Company's Annual Report on Form 10-K, filed on February 28, 2008, could affect our future results and could cause those results or other outcomes to differ materially from those expressed or implied in the forward-looking statements and information. This Fact Book should be read in consideration of these Risk Factors. To the extent circumstances require or the Company deems it otherwise necessary, the Company will update or amend these Risk Factors in subsequent Annual Reports, periodic reports on Form 10-Q or current reports on Form 8-K.

Forward-looking statements speak only as of the date the statement was made. We assume no obligation to update forward-looking information to reflect actual results, changes in assumptions or changes in other factors affecting forward-looking information. If we do update one or more forward-looking statements, no inference should be drawn that we will make additional updates with respect thereto or with respect to other forward-looking statements.

# EXHIBIT PX0556

Close

***Surface Transportation Board***
***1925 K Street, N.W.***
***Washington, D.C. 20423-0001***

# News

FOR RELEASE
06/11/2001 (Monday)
No. 01-24

Contact: Dennis Watson
(202) 565-1596
FIRS 1 (800) 877-8339
www.stb.gov

**Surface Transportation Board Issues New Rules Governing Major Railroad Mergers & Consolidations**

Surface Transportation Board (Board) Chairman Linda J. Morgan announced today that the Board has issued new rules for major railroad mergers and consolidations involving two or more "Class I" railroads (railroads with annual revenues of at least $250 million, as indexed for inflation). The new rules substantially increase the burden on rail merger and consolidation applicants to demonstrate that a proposed transaction would be in the public interest. The new rules require applicants to demonstrate that, among other things, a proposed transaction would enhance competition where necessary to offset negative effects of the transaction, such as competitive harm, and to address fully the impact of the transaction on service, including plans for service reliability.

**Overall Approach.** The new rules reflect a significant change in the way the Board will apply the statutory public interest test to any major rail merger application. The Board stated that, because of the small number of remaining Class I railroads, the fact that rail mergers are no longer needed to address excess capacity in the rail industry, and the transitional service problems that have accompanied recent rail mergers, future merger applicants will be required to bear a heavier burden to show that a major rail combination is consistent with the public interest. This shift in policy, the Board noted, will place greater emphasis in the public interest assessment on enhancing competition, while ensuring a stable, balanced, and reliable rail transportation system

in a way that accounts for smaller railroads, ports, and passenger and commuter services.

**Enhancement of Competition.** The new rules reflect the Board's intent to offset, through the adoption of proposals made by merger applicants and as necessary through adoption of conditions for competitive enhancements, merger-related harms that cannot be directly or effectively mitigated. The Board indicated that such competitive enhancements could include, but would not be limited to, reciprocal switching arrangements, trackage rights, and efforts to eliminate restrictions on interchanges by shortline railroads. The Board also indicated that the quantity and quality of competitive enhancements that would be required relative to a particular transaction would depend upon a variety of factors, such as merger-related competitive harms for which feasible and effective remedies could not be devised, and the amount of public benefits that could be expected to flow from a particular transaction.

**Benefit Assessment.** The new rules also reflect the Board's view that, because the realization of benefits in recent mergers has been delayed or frustrated by transitional service problems, future merger proposals should be met with a more skeptical, "show me" attitude towards claims of merger benefits and towards claims that transitional service problems will not occur. The Board said that it will also consider the extent to which various claimed merger benefits can be achieved, short of merger, through cooperative agreements among railroads. The Board further indicated that, given the size of the transactions that may be proposed in the future, and, given the dangers involved should such transactions fail, the benefits claimed by future merger applicants will be very closely scrutinized.

**Service Assurance Plans.** The Board's new rules require merger applicants to submit a Service Assurance Plan with their initial application and operating plan. The Board stated that, given the importance of service to shippers and that implementation of any merger plan necessarily has an element of uncertainty, applicants' Service Assurance Plan for each major merger proposal must provide certain essential information, such as plans to deal with any potential adverse service effects during implementation and plans to accommodate such less-than-optimum operations. The Board indicated that, in particular, a Service Assurance Plan must include information about proposed operational integration, training, information technology systems, customer service, freight and passenger operations coordination, yard and terminal operations management, service disruption contingency plans, how traffic-level changes or increases will be accommodated by the combined system, infrastructure improvement, labor issues, service benchmarking, and timetables for the completion of implementation activities, as appropriate. The Board stated further that the Service Assurance Plan must provide for the establishment of problem resolution teams and describe specific procedures to be used towards problem resolution.

**Downstream Effects.** The new rules reflect the Board's determination to "look down the road" to ascertain whether approving not just the immediate proposal that may be before the Board, but also others like it, would ultimately result in a rail industry structure that would continue to provide at least the existing level of competitive options for shippers. The Board stated that merger applicants will not be required to present alternative benefit calculations based on specific alternative possible responses that could be filed by other railroads; yet, merger applicants will be required to initiate a commentary, to which other parties may respond, that would give the Board the information needed to rule on what would likely be the first step in an end-game situation in which only two or three competing transcontinental railroads would remain in North America. The Board made clear that it is also prepared to use its power to apply conditions to a transaction to repair conditions previously imposed on rail mergers that might be substantially impaired by a new major rail merger.

**Employee Concerns.** The Board indicated that it is extremely pleased with the privately negotiated "historic settlement agreement" on the issue of collective bargaining agreement (CBA) overrides recently signed by most of the Class I railroads and by unions representing most rail employees. The Board stated that, to the extent there is still any live issue relative to CBA overrides, the new rules, which reaffirm that the Board supports negotiated agreements wherever possible, respects the sanctity of CBAs, and looks with disfavor on overrides, properly implement the Board's statutory mandate concerning overrides.

**Transnational Issues.** The Board stated that, because future major transnational mergers are likely to raise novel jurisdictional, national interest, and public interest issues, it will be necessary to gather information about relevant facts, laws, and policies important to an accurate and comprehensive understanding of such merger applications. The new rules therefore provide that, in addition to full-system competitive analyses and operating plans required of applicants with transnational operations, all applicants will be required to address any ownership restrictions (by law or corporate initiative) and any pertinent governmental restrictions or preferences.

**Kansas City Southern.** The Board, with Chairman Morgan dissenting, granted a waiver to The Kansas City Southern Railway Company from the application of the new major rail merger rules. Parties may attempt to show in a particular case that this waiver should not be allowed.

**Oversight and Monitoring.** The new rules codify the Board's recent practice of formal oversight for a period of no fewer than 5 years following each merger. With respect to operational monitoring, the Board noted that, because its monitoring of previous transactions has proven vital to identifying and correcting operating deficiencies during implementation, the new rules also provide for expanded post-approval monitoring of the implementation of mergers to help ensure

that adequate service is provided during the crucial transitional period, and beyond. The Board further indicated that, if substantial service disruptions occur as the result of a merger's implementation, the Board will consider alternative service arrangements.

The Board issued its new rules today in the case entitled *Major Rail Consolidation Procedures*, STB Ex Parte No. 582 (Sub-No. 1). Chairman Morgan issued a separate expression commenting and dissenting in part, and Vice Chairman Clyburn and Commissioner Burkes also issued separate expressions. A printed copy of the decision is available for a fee by contacting D~-To-D~ Office Solutions, Room 405, 1925 K Street, NW, Washington, DC 20006, telephone **(202) 293-7776**, or via **http://Da_To_Da@Hotmail.com**. The decision also is available for viewing and downloading via the Board's website at **http://www.stb.dot.gov.**

###

# EXHIBIT PX0557

NewsRoom

11/7/03 Fin. Disclosure Wire 00:00:00

FD WIRE
Copyright © 2004 FDCH eMedia, Inc. All rights reserved.

November 7, 2003

Q3 2003 **CSX Earnings Conference Call** - Final

PETER MILLS, INVESTOR RELATIONS, **CSX** CORPORATION: Good morning, I think we're ready to get started. I'm Peter Mills with **CSX**, and I welcome you today to our third-quarter earnings presentation and call. First thing I need to remind you of is that our presentations today may include forward-looking statements and that results may differ from those statements in the future. I would refer you to the note in the presentation handout that you have, as well as the disclaimer here on the screen. And with that, here's our Chairman, Michael Ward.

MICHAEL WARD, PRESIDENT & CEO, **CSX** CORPORATION: Thank you, Peter. Good morning and welcome to **CSX's** third-quarter earnings release. With me here today I have Oscar Munoz, who is our Chief Financial Officer, and Michael Giftos who is our Chief Commercial Officer. As you can tell, we had a difficult and disappointing third quarter in our core operations, with year-over-year increases in expenses eclipsing our year-over-year gain in revenues. And I'd like to discuss that in some detail shortly, but first I'd like to note two items up front that I'm sure you saw in our press release. One, this quarter did include an after-tax expense of $145 million, reflecting a change in **CSX's** estimate of occupational and personal injury liabilities. Given the heightened interest in the asbestos issue, we thought it was prudent to undertake a review of our overall methodology and consistent with recent trends by companies with asbestos exposure, including other railroads, **CSX** decided to accrue for incurred but not reported asbestos and other occupational claims.

What that really means is that the company is going to accrue on future expected claims, and we use the seven-year horizon for that, in addition to those that are already filed. These estimates were reviewed by third- party experts and will continue to be so in the future. In addition, we took an after-tax charge of $67 million in the quarter to account for the expected settlement of disputes in connection with the 1999 sale of **CSX's** international container shipping company. We don't expect either of these to have material impacts on our cash flow targets, and Oscar will discuss these in some high-level detail -- greater detail later. So combined, these two items resulted in a net loss of 48 cents per share for the quarter. Excluding these items our EPS would have been 51 cents on net earnings of 109 million.

What I'd like to do now, though, is turn to the results of our Surface Transportation which is a combination as you know of our **CSX** transportation and **CSX** intermodal. For the quarter our revenues were up $37 million, 10 percent versus 2002, which is good solid results. Unfortunately, though, our expenses were up $51 million or 3 percent versus the prior year. The result of that was our operating income came in at $213 million which was $14 million and 6 percent below last year. I'm very unhappy with that performance. Our expenses were way too high in the quarter, and while we did have some external factors during the quarter that impacted us to some extent, fuel prices, blackouts, hurricanes, we didn't deliver on the things that we can control, the controllable items. The overall lack of network fluidity and discipline drove increased costs in our employee cost, equipment rents, fuel-related service cost, so really running a poor, poor railroad did cost us some money. As you are aware, this did cause me to make some tough but necessary decisions at the end of the quarter. And I want to once again assume leadership responsibility for the operations. I will discuss the operating side of our business in detail in a few minutes.

On the revenue that, we are pleased with our revenue growth efforts, they continued to produce solid results in the quarter with a 2 percent year-over-year increase. WE saw growth in all of our merchandise markets which were up 5 percent, and this growth really reinforces the long-term importance and vitality of our industry. The coal, automotive and intermodal businesses are basically flat on a year-over-year basis, but as Mike Giftos will discuss our modal conversions and our yield improvement initiatives remain vibrant.

As our operations return to higher levels of efficiency, and resulting lower-cost structure we will deliver more of this revenue to the bottom line. So what I like to do at this point is switch hats, put on my operating hat and talk a little about where we are heading on the operating side. As you are aware, and I'm very aware, our service and the resulting cost structures have not been what they should be or need be this year. You can see our three years service trends in the packet of information that we give out, and its pretty obvious if you looked this is not been our best year for service. When we started the year we were pretty hard hit with the winter, and that really caused us to get into a tactical mode, a lot of tactical decisions had to be made and that was the appropriate and necessary thing to do at the time. However, we never got out of that tactical mode. We really lost our discipline, we lost our focus on executing to our plan and it's really hurt us on our service, on our efficiency and on our cost. That lack of discipline and lack of focus continued into the third-quarter and resulted in the disappointing results Oscar will detail for you soon.

You may recall at the second-quarter earnings release, we told you we had done some benchmarking of the CN and the MS and what their operating structure was, because clearly they are two of the better performing service entities within our industry. And what we found when we did the benchmarking is that they had very clear goals and responsibility within the operating department. They had a group responsible for service planning, and that was their responsibility. They had a second group that was really the resource providers, our operations center that provides the locomotives, the crews, the track time and they held the field responsible for execution of the plan. This is the right structure for us and we have put that in place at **CSX**.

The key though, what we have to do is drive execution. As we think about execution, the way we are going to attack this is with a three phase approach, the first phase is to improve our service, get back to the high levels of performance that we've had in the recent past. As we do that, that will also improve our efficiency and our cost structure. And we are going to use a lot of the same techniques I used in our last service recovery in the year 2000. A sort of back to the basics approach. I sat down with our operating leaders in mid-September and we defined a limited number of key measures to focus on. That's really helpful to our managers in the field; there is many, many things you can measure on a railroad having some key measures, this is important, this is what we want you to focus on helps them focus and helps them deliver improvement, and drive improvement. So we defined those measures and then we set short-term improvement goals on those. Thirty-day improvement goals that once we achieved those we've set some new goals and gradually incrementally move ourselves back to where we were before. I'm very confident this will work for us, and we will do this phase 1 very well. We've done it before, and the results so far in the fourth quarter are encouraging. And I'll show you those shortly.

However, this won't be an overnight recovery. As you are well aware big networks take time to turn around. But as we do improve our efficiency will increase and our costs will decrease. The second phase is really sustaining that improvement. Obviously we didn't do this well the last time. We will do it well this time. How are we going to sustain it? It is really going to be a mindset change, a different way to manage our operations bringing you discipline, focus and a process orientation toward it. It will be managing trends with leading indicators versus reacting to daily events. It will be establishing standard best practice processes and it will be about setting upper and lower control limits on key processes to force corrective action in a timely manner and clearer accountability.

Phase III is really taking service to the next level. And what we will do there is use a lot of root cause analysis to define what are our causes of service failures, where are the places that we have cost inefficiencies and put in long-term process improvement to fix those. So if I had to look at that what would be my rough timing around this? I think phase I as I said it won't be overnight, but I would say toward the end of the fourth quarter or sometime in the first quarter, it will be likely we would see the kind of performance we've had in the past. As we do improve that obviously our cost will begin to improve as well. Phase II, will

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

be enjoying the better cost from accomplishing phase I and I envision we can have that completed sometime midyear. And then finally Phase III we would engage mid to late '04. So we will get them stabilized in phase I prior historical levels, get the benefits of that, then start moving toward changing the mindset of how we operate and then taking it to higher levels.

What I would like to do now is briefly discuss the key eight measures that we did define it in the operating team. I put them into some buckets, obviously accountability is the foundation to success and we will have clear roles and responsibilities around each of these. Four of the measures really relate to our network fluidity and our cost structure. You are very familiar with many of these the velocity, dwell, recrews and cars online. Two of the measures really relate primarily to our service to our customers. One time origination of the trains, one time arrival of the trains. And two relate to safety, one of our core values, personal injuries and derailments. What I like to do now is show you a where we are on three of the measures that you watch pretty closely, the first one is velocity. As you know this displays our year 2003 trend. As you can see it's a downward trend throughout the year. On a year-over-year basis our velocity is down about 6.6 percent. If we look at the fourth quarter to date, we do see some early signs of improvement. You will note that it has been trending up about 2 percent so far in this quarter so good early signs of progress. The last seven days on velocity we've averaged 21.9 mph -- to put that in some perspective, last year in the fourth quarter we averaged 22.4 mph. So we are still running in that last 7 day period about half a mile slower than last year but closing the gap and there's more to do.

If we look at recrews, obviously recrews is a costly item for us. Year-to-date we are up about 131 percent through the third quarter as you can see a strong upward trend line. For the last seven days we've been averaging 41 per day, comparatively against last year in the fourth quarter we averaged 30 per day. So while we are making some improvement in the fourth quarter today, and you can see the trend line heading down about 18 percent improvement, quarter to date, we are still running above last year's level.

And then finally, if we look at system dwell, for the year we are slightly up about 8/10 of a percent, up being more time in the yard is not favorable. So far if we look at this quarter -- I'll call it a very slight improvement, maybe about 4/10 better, I more or less call this basically flat and I think the does tend to lag a little bit some of the other key measurements. On a 7 day basis we are running at 25.1, versus the fourth quarter of last year we were at 24.2. So while we are making some progress, and there's early encouraging signs, this has only been a few weeks into the quarter, there's a lot more to do. But I believe we are on the right path to get our service back and our costs right.

I like to move just one final thing on the operations side, move a little bit from the macro to the micro. You may recall in our second-quarter earnings release we noted some issues on our Atlanta division. It's one of our most complex and most challenging divisions and you may recall part of what we did there is we bought some new leadership into that, we brought Mike Peterson from our Western region who was one of our best regional vice presidents in both safety, service and cost. In addition we brought Jimmy Newell (ph) in to run the Atlanta division, a seasoned pro. To me as an example if we bring the right people into the right process, the kind of results we can achieve. So I would like to give you a little glimpse of what we've done on those same through measures in Atlanta. The second quarter, third quarter and fourth quarter to date, in the second quarter we were running at 14.9 mph improving to 16 in the third quarter and 18.6 so far in the fourth, about a 25 percent improvement. On dwell, improved from 30.1 hours down to 27.2 about a 10 percent improvement and recrews have basically been halved over that period. So clearly bringing right process right people helps us improve our operations. While not displayed, one of our challenges this year has been on our safety side. And better operations do promote better safety. And during that same period, second-quarter versus third-quarter, the personal injuries went down 32 percent and the train accidents went down 29 percent. So as we run a better more efficient more fluid network we also get improvements there.

Finally, in summary on operations, I think the accountability and the discipline have increased. We have some encouraging signs fourth quarter to date but they are still at unacceptable levels and our costs are still too high. WE are going to take some time to turn around these big networks, but acknowledging that shouldn't be confused with my impatience. And I have the impatience to restore the service, to improve our costs and I will take decisive action when required to achieve the results. So with that I like to turn it over to Oscar to give you our financial report.

OSCAR MUNOZ, CFO, CSX CORPORATION: Thanks, Michael. Good morning. Most of you have seen the numbers for a couple of days now at least on a high level. We determined that it was prudent to release some of that information as some of the special charges became documented and known to us. It will generally be our direction to do that for any items of that kind of magnitude. I know one day at 8 is not the optimal time for that and so we are working on that timing aspect of it. But generally it's initial on clarity, transparency and sort of speed to market if you will. In addition, we do have some investors who are holders of our convertible bond that are due for a decision next week and it was very important for us to make sure that they had ample time to review information that was obvious to the management team. So that is the reason behind that and hope you will bear with us.

If we could let's turn to the numbers. You will have to be incredibly flexible, we have a lot of people on the phone today and I will try to keep you all in mind. I do have a few charts that need us to walk from reported results including all of the different items and then taken us down to eventually the Surface Transportation which I believe is the area most people are most interested in. So here are the results as reported; as Michael said you can see the three charges created reported loss of 103 million or 48 cents negative per share.

Let me talk about the charges real quick; I think Michael did a pretty good job, but the actuarial issue is a change in accounting estimate and we booked a charge of 232 million to reflect that impact of claims to be received over the next years. Very simply put and we have had a lot of questions with this, the former method which in essence was reserving for claims as they were filed against CSX, is an absolutely appropriate measure as you heard from other railroads and a lot of different people do it. For the reasons Michael mentioned earlier we've made a determination, management decision to do that. So that we now employ these third party professionals or experts to evaluate our reserves. Now these claims that we are talking about is mostly asbestos-related but there are other occupational issues carpel tunnel and such that are included in that and also personal injury as you can see. And again as Michael also mentioned we do not have any material cash impact now or into the future or either on our P&L.

This is an approach that not only more companies are using but I know where I come from and all the industries I have been to, this is a very accepted norm with regards to that. There is no nefarious reason for us doing this; we have had questions with regards to are you expecting any large claims in the future? In fact, our history on claims is not only decreasing so the frequency is down, but also the cost per claim has been declining through some good work from our legal team. There is no reason other than management's decision to move forward on a more comparable and certainly a measure of less volatility if you will with regards to this issue.

The next issue is I guess for about four years we've been working through to resolve the dispute stemming from the sale of our Sea-Land properties back in 1999. So we are happy to report that major progress and putting this issue behind us. Most significant of those issues are included here on this sheet, the working capital, the container terminal contract as well as some outstanding claim issues. One of these settlements is conditional; we expect that to be resolved shortly maybe in the first part of the year. Again, this will not constitute a major or material cash impact to the Corporation. The charge is 108 million, the largest component for us is a $70 million receivable and if anybody is looking for that on balance sheet, it's not on receivables, it is other current assets, so if you're looking for its former home it won't be where you normally would think it would be.

So those are the two issues behind that; just to quickly sum, occupational charge 232, arbitration 108, you can do the math 340. Our normal tax rate of 212, for an approximate specific impact on a per share basis of 99 cents. So, let me walk you through this slide adjusts our reported financials to exclude the impact of the charges we just reviewed. The first column reflects the results as reported, the second column removes those charges the ones I just summarized, or the 99 cents there, and the third column as we move forward in this presentation will focus on this third column which shows that we earned 51 cents per share and highlighting on the presentation so you know that from this point forward the special charges are absent with obviously a few issues with regard to tax. But nevertheless this is what we will be talking about just to get a sense of where north is with regard to our normal results.

Comparison of our consolidated '02 results to the adjusted Q3 column carried forward from the prior slide which I show highlighted there. Let me talk about this then. On the operating income line, I'm going to talk about that at length in the next chart, so let's exclude the topline portion of this for now, and let's concentrate on the issues below the line, because there are a few moving parts. First, with regards to the other income variance of -7, a couple of combination of issues. The most prominent is some significant realty sales that we had last year that were not repeated in equal magnitude this year, having a pretty significant impact. That negative was offset by we had an accounts receivable financing arrangement, and some of the associated discount expense with that we're not cycling, so that offset that cost to create roughly that number.

The next line, interest expense, pretty self-explanatory with regards to the favorable interest rate environment that we've been experiencing, so that explains that number. And in the last one with taxes, clearly all of the issues that we booked this quarter impacted that. I think probably the best thing to look at; the first is 18 million variance is a combination of just two basic things. One is clearly less operating income, and then number two, we did have an event in two of our Southern states, Alabama specifically, some legislative issues that resulted in our ability to adjust some of our income tax rates for a tune of about 6 million. So those were the two -- the one major event that occurred.

But generally, for all of you doing the calculations, I think just to boil it down for your future look, I'd use around 35 percent for the fourth quarter, and I think that can boil all the questions down to that. I think that would be simple enough. And so you've got the net earnings there of -18, and then you've got a 9-cent variance with regards to earnings per share. Those below the line items that we just talked net to about a plus 2 percent -- I'm sorry, plus two earnings per share cents on there.

Now let's talk about the consolidated operating income component. Surface Transportation 213 versus 227 a year ago or -14; we will obviously spend a lot of time on that. The second, international terminals, the quick story there is tough, tough operating environment from a topline perspective, but they've had some great productive capability and have offset some of those revenue shortfalls with expense, creating a slight positive in operating income over prior year.

Other reflects the sale of our domestic shipping business a while back and the 22 million variance is roughly that operating income that we are cycling year-over-year. So if you equated this back to the 9 cents earnings per share that we saw in the previous page, the 22 reflects obviously roughly 7 cents and with the surface trends number accounting for probably 4. Now let's go to be Surface Transportation detail.

You see for '03 adjusted for all of the issues revenue of 1.8, expenses of 1.6, for an operating 213 or an operating ratio of 88 3 (ph) versus prior year the topline continues to be a bright spot for us with a growth of roughly 2 percent. As usual Mike Giftos will talk you through the details behind that but I do want to say that there is a growing amount of optimism within the industry with regards to our topline capabilities. There are several factors that Mike will talk about that I think are very positive for us. And of course as Michael Ward said the issue for us is how do we get our operating costs in line. As you can see from the chart the year-over-year basis their expense grew by 3 percent affecting our operating ratio by a full point, so clearly our focus needs to be with regards to the productive use of our assets.

Let me talk about the expenses a little bit more detail so the year-over-year change as listed at the top, total expenses grew by 3 percent or 51 million, the components are listed below. Let me talk about each one of these because we've been very busy with a lot of different issues within the company and so there is a lot of moving parts within each of these areas. Most are highlighted in the flash we give you but I think it is important for me to walk through that. So let's take labor and benefits for instance. A 2 percent increase only 2 million dollar which on the surface looks not overly bad given our recent results. Let me tell you what's involved in those numbers -- if you're taking notes I will try to talk as slowly as I can.

First, on any given on apples-to-apples basis year-over-year the inflationary impact costs of our labor and benefits is roughly 20 million dollars. Just north of that. We have reduced headcount year over year to the tune of approximately financial impact 20 million dollars as well. So again all things being equal, we have an inflationary increase, we have done some headcount staff reduction to offset it, so normally we'd be in a good stage. But again as Michael mentioned, our business has not been

running as fluid as you would like. So also in the quarter we incurred approximately north of $20 million and sort of lack of fluidity, the recrews, overtime, all those different issues that you get into when you run a business you run the network as we have. So it is a negative -22 million. So one of the things one additional thing we did in the quarter is we issued a note just a few weeks ago to our management team informing everyone that given the year we were having that we would not be paying out a bonus this year. And so you have an accrual reversal if you will for expected payout that will not happen; again we thought that was the prudent thing to do given the year that we were having. And it was not so much to counteract any of this; it was just a separate management decision.

So again if you take the four numbers I just mentioned we are still kind of at even versus prior year if you will. The remainder impact and which is reflected here is largely the severance costs for the folks that we changed over in the last couple of months. So that is an approximately 10, 11 million dollar charge and that's what's reflected here. So lots of puts and takes, lot of good movement in some areas with regards to productivity and the continued inefficiency that we are trying to counteract, but I think it is important you understand all of these moving parts rather than just have this number. So that is labor and fringe.

The second line is much cleaner, it is what it is, it reflects a good deal of our inefficiency this is a cost of running our business and therefore impactful. In addition, our cost of safety and accidents is included in this line which impacted us year-over-year. And again that's really be story behind that. The next four items are roughly equal to last year so not on surface much to talk about. But I will anyway. Conrail is up and that's just really an increased activity in that area that we share together. So more volume driven if you will and not overly concerned that needs to be adjusted. With regards to the next line of building and equipment rents, while positive 3 percent versus last year, we did we are cycling what I believe to be a 10 or 11 million dollar cost last year, so a bit stated differently we are cycling a number that's probably higher than it should have been. So I'd move that number slightly negative if I was doing that math.

And then inland transportation which is our purchased rail and our trucking and components, a lot of volume driven issues, we've had some trade-offs between different sectors in our business and so that number is again more of a volume issue than anything. Depreciation, we finished our life study and took a couple of adjustments there. We also had some asset reclass work that we have been doing on our balance sheet, nothing major but it did some effect on depreciation. I think if you take it from a full year perspective we are probably going to be in the 24 to 25 full incremental year-over-year depreciation expense. I think we are 17 year-to-date so you can expect in the next quarter normal depreciation if you will now that we are finished with all these studies.

And last but certainly not least, and something you hear about from everyone, fuel, huge increase of 21 percent. The good news is that the majority of that increase is offset by the fuel surcharge and of course our hedging program is in full swing. In fact up to, I think for '04, roughly 11 percent of '04 we already got under long term contracts so the hedging program is well in play and we will look forward to updating you with regard to that.

So, you know expenses again as Michael said, continues to be our issue in the areas that we are going to focus on. As we look forward, and just to borrow Michael's chart, that he used, the quarter was disappointing. The improvements in the fluidity of the network have not yet materialized fully. And the inefficiencies of the costs that affect our network really since the start of the year with the weather issues kind of continues so are trying to put that behind us. We took some actions in the third quarter and offset by some other issues but it will take some time. And although we are seeing these recent improvements in the metrics, it would be premature to assume that it will have a drastic financial drastic improvement in the financial measures of us. It takes a while to work through these things. So there is the old vision of crawl, walk and then run. This phase I is really getting after some of the basic things, we have great issues in our productivity pipeline, we call it but we can't introduce them yet either to you or to the organization until we get on a solid footing. And I think that's the collective wisdom and decision of the senior management team that we've gone around back and forth on this and that is how we are focusing on this.

The chart from my perspective within the finance with regards to the things that we are doing is clearly in phase I is just getting accountability, the measures in the performance metrics, all linked to the bottom line in essence. We have a lot of logistical operational measures that we use in this business and how do we link them eventually to the finance world I think is an important

thing and an educational process for all of us, so that's kind of the phase I. Phase II is again that Michael said once we get it working the right way do we know what we've done and how do we sustain it and then move it on to Phase III of the levels of performance. We've got a lot of work to do and clearly have fallen short of our operating income goals. However, we aren't completely off base, we will deliver on the short-term commitments that we've made to you. The free cash flow will continue into 300 million range, we've taken several bits of action on different areas to assure that we get to that number.

With regards to the all in debt ratio is at 55 and improving year-over-year. And we still continue we are on a long-term target of 50 so I mean that is a big issue for us. And of course the staffing reduction of 900 that we previously mentioned is nearly complete we are nearly there. And working towards more decisions with regards to that area. So as we move forward, we continue to develop these detailed action plans that we will share over probably the next quarter or two. Lots of different involvements that we have working and we're excited about but just not quite ready to unveil. And a key to improving our performance long-term is getting this network fluidly as Michael has said. So in addition to the fluidity our top line is something that we continue to have a lot of great optimism for. So with that, we will welcome Mike Giftos to stand to talk a little bit about that.

MICHAEL GIFTOS, CHIEF COMMERCIAL OFFICER, **CSX** CORPORATION: Good morning, thank you, Oscar. As both Michael and Oscar have indicated we did enjoy our sixth consecutive quarter wherevenue was up some $37 million at 2 percent. For the year we are up a little better than that, about 3 percent, $175 million. And we are reasonably pleased with that and considering the challenges we've had. In this past quarter we had essentially three markets that were flat, our coal, intermodal and auto businesses were essentially flat, we will talk more about those in a second. I would say that if it wasn't for the hurricane, the blackout, the virus that hit us in the last part of the quarter, we probably would have had modest year-over-year improvements in each of those areas as well. The merchandise sector as a whole though was up nicely, its sixth competitive quarter we enjoyed year-over-year revenue growth.

Looking at our second slide one that you're familiar with, one that I've used for the past 14 quarters, we again see that our revenue outperformed our car loads. This is a trend that we are quite proud of at **CSX**, our revenues are up as I have said 2 percent on a 1/2 percent gain in car loads and revenue per car improved a nice 1.5 percent. We all know there are lots of factors that go into this; we all know that we have to look at the details and if you look at page 6 of your flash you can see this aggregation of this and the specific commodities you will again see that we enjoyed nice yield pick up in many, many of our commodities sectors. This positive yield we all know is a function of several factors mix is one of them, our fuel surcharge is one of them but also importantly our continued focus on price is an important contributor there.

Let's look at the three markets that were essentially flat for us. Coal, our coal business our revenue was down 3 million dollars, a little less than 400 million dollars of at revenue generated a quarter. Down slightly less than 1 percent on a 2.2 percent decline in car loads. Utility business, as you know I believe about 75 percent of that revenue, the utility business was essentially flat in the quarter. Our steel related revenue sectors our metallurgical coal, our Coke and our iron ores were all down in the quarter that is essentially what counted the year-over-year decline. Our export story was quite interesting, our export volumes are up 15 percent, our revenue was flat. That's a function of some new pieces of business we got in an interesting export environment today. We moved some DNO calls to the Baltimore port. This is relatively short haul business it moved at revenue per car that's about half of the traditional export coal revenue, it was up some 521 percent year-over-year. And that's what's accounting for the mixed revenue per car exchange. We also enjoyed some movement of our Alabama coals to the Port of New Orleans; we took that traffic off the highway and from trucks. It moved there to revenue per car rate well below the traditional export coal rates and that also contributed to the deterioration revenue per car but it was attractive business by itself. The fundamentals in the coal business are interesting today; we know that spot prices of gas are very, very high, gas prices today are around $4 to 5 a million BTU in the shoulder (ph) season. We know that our utilities stockpiles are slightly below target levels, we know that there's an interesting probably short-term export opportunity because of the demand for vessel capacity going into the China steel market that's tending to take some of the Columbia coals into Europe. But we also know that the Central Appalachian produces a challenge and the spot price of coal is up to 35 to $37 a ton. What does all this mean? Well we know that since 50 percent of the electricity east of the Mississippi River is generated by coal and we are going to move coal to meet this demand

and I do think where it comes from is a long-term challenge and opportunity to **CSX**. We are confident we are going to be moving it, we are confident it continues to present a pricing and attractive revenue opportunity for us.

Let's look at our auto sector. Again a relatively flat market for the quarter, revenues down 10 (ph) million dollars or about 1 percent on a 3 percent decline in car loads. As you all know we move light vehicles that are produced, light vehicle production year-over-year was down about 200,000 units and that is essentially what accounts for the year-over-year change in revenue. Field inventories are slightly higher than they were a year ago; we continue to see our manufacturers incenting buyers. How long that will continue is anybody's guess, it is still very attractive business for us. The revenue per car chain is a function of a couple of things, we enjoyed some longer halls and from our major customer, one of our major customers and we had a couple of very modest price increases from some of our smaller customers.

Finally, our other third-market sector that was essentially flat year-over-year, that's our intermodal business, this has been as we all know a major growth sector. The intermodal revenues for the quarter were essentially flat, car loads were down slightly. And what has been going on in the intermodal sector. Well we all know that last year the comparisons were quite challenging, last year in the third quarter we had a lot of pre-shipping and this year's comparisons against last year's comparisons are essentially why the revenues and volumes were flat. Additionally, the pre-shipping as you know is because of the anticipated West Coast strike. As a result of the West Coast strike we saw some business that was previously coming into the West Coast that is now moving into the East Coast ports.

Finally we have seen the effects of some transloading of the international business and domestic containers affecting our volumes and revenues. If we look at a little more deeply into the intermodal two sectors the domestic and international business lines, we have two very, very different stories. The international business is down about 9.8 percent, some $13 million, and that is entirely because of the phenomenon I just described. Largely the pre-shipping last year gave us accelerated revenues so it made our year-over-year comparisons difficult.

We also have seen a relatively modest fall peak so far this year in the third quarter and the transloading phenomena tended to move some of the international business into the domestic sector. So international down about 9.8 percent, and on the other hand the domestic revenue is up a corresponding amount or 9.6 percent. As its enjoyed the revenue that was moving in international line item moving over to the domestic sector we have also enjoyed some nice revenue pick up from our new 53 foot container program that we've introduced with the Union Pacific.

In addition we have caused the low board initiative that we shared with you, our trucking initiative continues to grow quite nicely and contributing to the domestic line item as well. So our international business, our intermodal business was flat for the quarter. For the year its up a healthy 6.6 percent, and as I think many as you follow the public available data know the fourth quarter is starting out quite strongly as its enjoying the favorable comparisons because of last year's West Coast strike. Intermodal will continue to be an attractive driver of our revenue growth.

Let's turn to our merchandise sector. Our merchandise sector had a very healthy 5.3 percent improvement in revenues for the quarter on a car load growth of about 3.5 percent. It's sixth consecutive quarter of year-over-year revenue growth. Revenue growth in virtually all of our commodity lines, let me highlight just a couple of them for you. Our emerging markets unit the EMU unit, another terrific quarter up $19 million, at 17.9 percent. That is a number of specific commodity items in there that are continuing to do quite nicely. Our aggregates business as we continue to encourage the location of aggregate facilities on our railroad was up 10 percent. Our waste business another market that we've been working on to develop at **CSX** that will by the end of this year be a $100 million line of business that virtually did not exist a few years ago, up over 57 percent since 2000. And that business itself was up 36 percent in the quarter.

And again a modest increase in year-over-year revenue would be because of the military deployment in the Middle East, the revenue from our military line item which is included in EMU group was up 4 million dollars. Our forest and industrial products line items are up attractively some 5 percent, that's because as you know the strong construction industry that we've enjoyed

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

participating in this year, as well as some inventory replenishment in our paper business as well. And our chemical sector enjoyed 4 percent revenue growth in the third quarter this year up to $249 million, again a lot of plastics inventory replenishment that we enjoyed in the latter part of the quarter. The other sectors did reasonably well and you can see the detail in the flash report.

So as we move forward, into the fourth quarter and into the future, we always take a stab at how we see our businesses and how we see them performing and we are reasonably optimistic as you can see from this chart. The auto sector is probably going to trend on the unfavorable side, slightly so. We are wondering how long consumers will continue to purchase automobiles at these very, very high levels and that essentially is what drives our auto sector revenue. Chemicals and ag products, we think are essentially going to be flat as we move forward. Chemical feedstocks are still quite high. It's hard to tell exactly whether we will continue this inventory replenishment reflects strong fundamental underlying demand, or whether it's more inventory replenishment. We are looking for feedstocks to get lower before we get quite a bit more encouraged in the chemical sector.

On the favorable column we have several of our commodity sectors, the coal fundamentals are strong. The cola fundamentals are strong. Inventories are low, the spot price for coal is high, we know that our domestic utilities need the coal. Where it is going to come from remains a bit of a challenge as production levels are challenged because we simply haven't seen the reinvestment in the Central Appalachian coalfields because of environmental challenges and historic low prices. But the coal comes from someplace and we know that year-over-year comparisons are relatively easy in the fourth quarter and we expect as we move forward our coal revenues will be attractive.

Our emerging market units is going to continue to perform well for all the reasons it performed well for the past several quarters. Our metals business, we expect to continue to do quite well. A lot of the scrap metal that is on the eastern part of the United States is moving into the China market. As a result we are enjoying some longer haul moves to some of our typical scrap receivers. Our modal conversion initiatives in the finished steel area continue, and we expect that business to perform favorably as we move forward.

The forest and industrial sectors we think are going to do reasonably well moving forward, again because of the strength in the construction industry. That should be quite attractive there. The phosphate business, our fertilizer business, we expect the domestic application this year will be reasonably strong and that sector should do quite well. And, of course, the intermodal business is one of our key growth engines. And with the attractive year-over-year comparisons coupled with the fundamental comparison of railroad and trucking economics, we see that sector growing quite well as well.

So finally, in conclusion, we remain optimistic. Our railroad is improving, the service levels are improving, and I have terrific confidence in our operating team, our operating partners, that we are going to get that service level back up to where it was a year ago. And that's the foundation upon which all of our modal conversion initiatives, our repricing initiative is based. We also remained guardedly optimistic about the economy. We all know that we've been waiting for a second-half recovery for the past several years. There are some who think we're in one. We remain cautious about that. We are watching some signs, but the direction of the economy can clearly affect us. I've already shared with you my thoughts on the fundamentals of our coal business. That should provide a nice year-over-year pickup in revenue as we move forward.

Of course, we will at **CSX** continue our focus on yield improvement, a critical strategic initiative of ours, one that we've been talking about for the past several quarters and one that we look forward to talking about for the foreseeable future. In that regard, I think, and you all know this, that the trucking economics, the trucking challenges that are being faced today with driver shortage issues, with new work rest rule requirements that will go into effect for truckers beginning in the first of the year, with the high cost of insurance that the trucking industry has faced, that the comparative economics for railroad and trucking are trending favorably for our industry.

The result of that will be multi-folded. I think that we will see the intermodal sector benefit from that. We already see companies like J.B Hunt; their intermodal revenues today have better margins than their truckload revenues. Their intermodal business is larger than their trucking revenue sector. That's going to be benefit us. Those trucking competitors are also our trucking

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

partners. It also will give us additional opportunities as our service improves to continue our focus on yield improvement. I think with the improved service, the strength of the economy, the comparative railroad trucking economics, that we can begin to again think about the type of yield improvement that we were enjoying a few years ago where the pricing environment will be even stronger for railroads as we move forward, and I'm looking forward to that as well.

So thank you very much. I look forward to answering your questions, and we look forward to continuing to grow the revenues at **CSX**.

MICHAEL WARD: So, as you can see, we have some good continued growth in our revenues and actually an optimistic outlook going toward, and I think that will continue. We're going to bring the proper focus to our service side, which I think will help us with our cost base in that, as well as some of the other ideas that Oscar mentioned that we will be rolling out here in the next quarter or two, we will get that second piece right. Because, as I've said before, to really create high shareholder wealth, we have to pull both levers. We have to grow the revenue and we have to have the productivity. I think we've been doing well on the growing of revenue side.

We're intently focused now on the productivity side, and we will get this thing turned. So with that, I would like to open it for questions. I would ask before you ask your question if you would identify yourself and your affiliation for those that are on the conference call, please. Scott?

SCOTT FLOWER, ANALYST, SMITH BARNEY CITIGROUP: Scott Flower, Smith Barney Citigroup. Just a couple of questions, one was operational. A couple things, has 3060 had any impact on you and the operations in terms of seeing attrition on the crew side in the wrong places and having newbies coming on and having training classes? Has that contributed at all? And also, has that at all affected your implementation of remote control applications in the yards?

MICHAEL WARD: Scott, we were either very smart or very lucky, and probably a combination of both. But as we went into this year, we tried to project where we would see the 3060 attrition and put in hiring plans to allow us not to have crew issues. Fortunately, our projections are pretty close to what actually happened. So we're really not seeing crew issues impact us. The only place we've had a modest impact on the crew side is in some of our former L&N properties where we thought we were going to have a labor agreement to change some of the manning there that would have saved us roughly 80 or 90 jobs. Unfortunately, when that went out for vote, it was turned down, but we are managing to live through that. But overall on our system, I think we're in good shape on crews and it's not hurting either the operations or our RCL implementation.

SCOTT FLOWER: One other operational question, and then I had one for Mike Giftos. Obviously, you explained in detail what has happened with some of the operations. That happened in an environment where you really didn't have that much volume growth. What I'm wondering is, as you're making steps to rectify things, if the economy strengthens is that potentially a problem? Do you have maybe the good news on the revenue side, but it makes your challenge on getting where you want to get to operationally perhaps a little bit more tricky?

MICHAEL WARD: Actually, Scott, you notice some of the improvements we're making here so far in the fourth quarter; we are in the middle of our fall peak right now. The grain is running strong; coal that's out there we're moving. We're seeing in the merchandise markets good demand, so we are actually at a high level of demand at this point. And the fact that we're able to turn some of these key measures while we're in that, to me, is actually very encouraging. Because probably this past month and the next couple of months will be our highest demand period. So even within that, we're able to, by bringing the proper focus, turn and improve the operations.

SCOTT FLOWER: Two quick yield questions for Mike Giftos. When you look at the average yield, and I know it's difficult, how much of the revenue per car was mix versus what you would view as price? And then the question related to that, if I look at intermodal when you talked about the trucking industry dynamics, is that a mix effect by revenue per car is not up that much? But I would expect that you would be able to on a value basis be able to share in some of the gains and the pricing of

the truckload market. So I'm just trying to get a sense of overall how much is mix versus price in the aggregate, and it may vary by market? Secondly, why perhaps revenue per car is not more?

MICHAEL GIFTOS: Good questions, Scott. As we talked before about this, it's tough to answer in the aggregate. What we do know is that mix has a significant effect. We could see that in the export coal arena where our volume is up 15 percent but revenue is flat. So our revenue per car had to virtually overcome all of that significant mix effects in there. The way I look at it, Scott, is I measure our contract changes every single quarter.

What we do know in the third quarter, our merchandise contracts, we had about $250 million worth of business that came up for repricing that quarter, and we averaged a 3.2 percent increase on those. We had a small amount of coal business that came up for repricing in the third quarter, and there we had a little over a 5 percent increase. Modest price changes in the intermodal sector. I think moving forward, because of the truck rail dynamics, I'm optimistic that we can begin to improve the margins on that business through some pricing.

So, overall, it's been a tough environment on the pricing front for the last several quarters, frankly, with our service challenges, the weak economy, and the high fuel surcharges that our customers have been exposed to. That has made pricing overall a challenge. We are still on track to achieve our pricing goals. What we're not particularly optimistic about is the service improvements that we are seeing today. But I know our operating team is going to deliver with that competitive environment that we just talked about, that the pricing environment is going to get stronger, and we intend to take advantage of that.

THOMAS WADEWITZ, ANALYST, BEAR STEARNS: Thomas Wadewitz from Bear Stearns. I have a question for you, Mike, then one for either Mike or Oscar. In terms of drilling down more on the service impact and what you are trying to do on the growth side, one of the compelling reasons to convert truck business to the rail was the last couple years the rail was running a lot better. So the converse, do you actually lose some service-sensitive business given the issues? Or you've given us from truckload conversion numbers in the past; have you actually seen an impact or have your customers been pretty immune to what they do in the short-term in terms of whether they go truck or rail?

MICHAEL GIFTOS: Well, I'm always amazed, Tom, at the resiliency of our customer base and pleased with them. But there's been no question that with the service challenges we've had, our modal conversion initiatives have been challenged a bit. There is no question that our service sensitive sectors, that it has had an impact, and you all I think would expected that. On the other hand, some of our other opportunities are proceeding well at the pace that -- well above the pace I would have expected.

In the emerging markets unit, we're finding one of our waste partners is continuing to invest capital on our railroad and transloading trash, municipal solid waste facilities; that business is growing. We continue to take advantage of the difficult economy that some of our industrial customers have in moving their product. It was moving by truck in rail, so they can enjoy lower logistics costs. So the environment has continued to help us somewhat, but there is no question that the overall pace of modal conversion slowed a bit as we move through this year.

MICHAEL WARD: The one thing I would add to that, Tom, is 6.6 percent decline year-over-year in velocity, that is probably more of a cost issue from our productivity perspective than it is a huge issue for a lot of our customers. So a few of them, it may make a difference on, but for the majority I don't think they've seen dramatic differences. It may slow down a little bit the new attractions, but I think on the existing customers we have converted, I think the impact has not been overly dramatic. It's been more on our cost base and the cost of running an efficient operation.

THOMAS WADEWITZ: Do you have those specific numbers, maybe truckload conversions in second quarter and then truckload conversions in third quarter?

UNIDENTIFIED SPEAKER: Actually, I do have those. In the merchandise area, we converted 65,000 truckloads in the second quarter and 62,400 in the third quarter in the merchandise area. Coal, that's taking that coal traffic off the river and off of barges.

In the second quarter it was at 28,530. The way I do those conversions, folks, I think you know, is we look at the revenue and we use three trucks for a railroad car, and that's how we calculate that. In the third quarter, the coal conversions were 24,000, so slightly below. For the whole second quarter including auto and intermodal, we had in the second quarter about 141,000 trucks; in the third quarter it was 128,000 trucks. So you can see some slight downward trend there. Still pretty pleased with that.

THOMAS WADEWITZ: One question for Oscar. I think you have had some time now at the company and you've been looking at some of these programs. You said earlier you were reluctant to give us too much detail. But I'm wondering if you can give us any kind of a directional sense, where the biggest opportunity is? Is there a big opportunity in non-union employees for reduction; is it on the headcount side where we should expect some acceleration; or is outside of the headcount side where you really see the cost opportunities? Whatever you can give us on that side, kind of broad-brush.

OSCAR MUNOZ: Clearly, if we could share more, we would. And then by being so specific as to where is one of the sensitivities. So I'd answer it this way. We have lots of opportunity in lots of different areas, inclusive of all the ones that you've mentioned. I'd add to that with regards to our efficiency and capital spending, productivity in a lot of different areas, and so the opportunities to manage our business in a more integrated fashion, to use better tools. And so, yes, it's the normal productive issues with regards to staffing, is clearly one of the areas that we look at, but it's broader than that. It's almost a cultural revolution of sorts in the way we get after some of this stuff. So it's fairly broad, and again until we get to that point, we'd just hold off on that.

THOMAS WADEWITZ: One simple point on that. Headcount reduction about 2.5 percent year-over-year in third quarter. Should we model that going up, do you think, next year year-over-year reduction, or kind of the same or what is your sense?

OSCAR MUNOZ: Again, we are in the process of doing so many things in building our long-term plans that I would really prefer to have all of that worked out and so that we can lay very specific guidelines. It's a bit too early to give you that kind of guidance.

THOMAS WADEWITZ: Okay, thanks.

JENNIFER RITTER, ANALYST, LEHMAN BROTHERS: Jennifer Ritter from Lehman Brothers. Two questions. First, Oscar, are you hedged for fuel at all in Q4?

OSCAR MUNOZ: No, we have future contracts, with our normal forward buying that we do, but our actual hedging program begins in I think February of '04, the first strip we buy.

JENNIFER RITTER: What is the average price that you're hedged at for '04?

OSCAR MUNOZ: I had that question last night. I don't have that answer. If I did, I don't know if I'd tell you. To be honest, I don't have it.

JENNIFER RITTER: The other rails give that.

OSCAR MUNOZ: You know what, we're just getting -- I don't have the answer.

JENNIFER RITTER: Just getting started, that makes sense. Just thinking about kind of -- it sounds a little bit like a new plan and then a little bit not like a new plan in terms of really streamlining the railroad, getting operations in order, that sort of thing. Mike, we've talked before about how you've done several quarters in a row of solid results and then you have a little bit of a faltering, and it feels like this is another quarter of faltering. What makes us comfortable, what makes you comfortable that this is going to go for the next ten quarters of solid improving results?

MICHAEL WARD: Unfortunately, Jennifer, there are no words I can say to make you comfortable about that. I think delivering that is what will make you comfortable about that. If you think about the phases we've laid out, we're going to bring a high focus to once we do turn it in Phase I to ensuring that we have that sustainability. Looking at upper and lower control limits on key processes, looking forward on trends improving process, I think will give us the sustainability over time. But the only way I can convince you of that is actually to do that. I wish there were some magic words I could say, but we just have to deliver.

JENNIFER RITTER: We'll wait for Q4, right?

MICHAEL WARD: Yes.

JENNIFER RITTER: Thanks.

GARY YABLON, ANALYST, CSFB: Gary Yablon, First Boston. Mike, could you talk a little bit about terminal capacity in the system; how does that feel?

MICHAEL WARD: Actually, Gary, our terminals are running pretty well. We struggled a little bit as we came through the hurricane, because obviously that was disruptive to our system. But I would say our terminals have been in good shape for the last two to three weeks. We see good fluidity through them. The dwell hasn't moved down quite as quickly as some of the other measures, but that's normally a lagging result. But at this time, we're feeling pretty comfortable. Most of the terminals have good fluidity and that's really not so much an issue for us.

GARY YABLON: A couple more if I could. In terms of 2004, how should we look at 2004? Is it a rebuilding year? What are management's goals? We've been rebuilding for a while here. What should we expect from '04? Along with that, can you talk a little bit to, what is your goal with regards to how long you want to hold onto that title of chief operating officer, and just talk to that a little bit.

MICHAEL WARD: The question on 2004, Gary, I think that actually we would be much better equipped to talk with you about that in our fourth-quarter earnings release. As you know, this time of the year is when we are building our annual plan. We're in the middle of that process now, and I think really to try to detail it at this point would probably be a little premature. I don't see it as another rebuilding. I think we will get our service up, as I said, sometime late fourth or in the first quarter. I think we'll continue to see the good revenue growth. So I expect when we get done with our planning, we will have a reasonably solid year. But I think we will be better able to address that in the fourth.

Your other question relating to how long I'll keep two hats, at this point, I don't know. I know this is not the long-term solution, but I also know it's the right short-term solution to bring the proper focus to get our service to support Mike's efforts in the pricing modal and to get our cost structure where it needs to be. I really -- I'll tell you the same thing I told the board which is, give me three to six months and I'll determine where we're going from there. Again, not the long-term answer, but certainly the answer that's right for now.

GARY YABLON: Just one more if I could. This might be for both you and Oscar. Financial goals, bogeys to get bonuses and whatnot, how might that change, Oscar? This is probably the first time you get a chance to really get your hands into that process. When we see the proxy next spring or so, will we see what kind of specifics; what measures do you think are really going to get it going here?

OSCAR MUNOZ: We are in the process of having the multiple -- many debates on multiple points of view with regards to both long-term and short-term compensation with regards to that. Clearly, our principles, if you will, are first and foremost management. The vast management that we have in our organization has to have a line of sight into what the measure is. It can't be some sophisticated technical metric than the one has any clue to. So how you take, for instance, a ROIC, which would be a terrific measure for this corporation, how you bring that down to the operational person.

So I've had some good experience with that back at Coca-Cola with the EBA and breaking those components down into very usable, workable pieces for the line operations and then moving up that. I think rather than talk about all the different measures from free cash to ROIC to operating ratio to just plain old budgets and such, it's a combination of different issues. I would like to introduce things more in an integrated fashion, so as we talk about volume, we're talking about margin and bottom-line contribution at the same time. So th I guess the other issue with regards to compensation is it is important that we set goals that people can achieve and that we do compensate folks for the hard work that they are doing, and at the same time reward our shareowners. So that's the other balance that we're trading off with regard to that. So, again, a lot of debates, a lot of conversation. We are very, very focused on ensuring that our external metrics, in a way you all view them, will be in line with how we compensate our folks.

GARY YABLON: That might ask people for a significant increase in the next year or two, because the base this year is so low. Can you that balance? Some folks on the field might look at some of those bogeys and say, wow, that's asking a whole lot. I just wonder how doable that is?

OSCAR MUNOZ: It's not an easy task, and clearly there's not going to be any free money given, but at the same time we will have to balance different issues with regard to our people and their motivation. We've got to capture people's hearts and minds around us, and reward them to some point while not disappointing our shareowners.

GARY YABLON: Thank you.

DAN HEMME, ANALYST, PRUDENTIAL SECURITIES: Dan Hemme, Prudential Securities. Mike, I guess I want clarification to understand timing. Is it fair to assume that what benchmarking you did in looking at other railroads is now in place from an operational change standpoint?

MICHAEL WARD: Yes, it was more of the structure side, Dan. They were very clean and clear on a good separation of clear roles and responsibility around the group that did the planning, the group that provided the resources in the field, and executing. Yes, that is in place now. I think we did put that in place late second quarter, so I think it's starting now to get some of its vibrance. And the real issue is how do we make sure that we're delivering and executing within that.

DAN HEMME: The second question is, you talked about Jimmy Newell. I think I've got the name right. Are there enough Jimmy Newells out there; is the bench deep enough to get the type of results that you saw in Atlanta across the broader enterprise?

MICHAEL WARD: I believe so. I mean, we have a lot of Jimmy Newells out there in the sense of seasoned professionals that have been at this for many, many years and know how to make things work, and I think the real key for us as the last time we did a service recovery is providing good focus and discipline around what is it we want to drive, so there are a number of Jimmy Newells out there, fortunately, for us.

OSCAR MUNOZ: If I could add a little something to that, probably something we're focused on as well to a degree is ensuring that the Jimmy Newells and that vast experience and knowledge also transcends to the next generation of folks. So more a bit of a science associated with the knowledge of the industry, how do we translate it to something that's passable to the next person. So kind of introducing some of that as well.

MICHAEL WARD: With that, I thank you for your attendance today.

(CCBN reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

WestlawNext © 2013 Thomson Reuters. No claim to original U.S. Government Works. 

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES CCBN ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS. Copyright 2003, CCBN, Inc. All Rights Reserved.)

(Copyright: Content copyright 2003 CCBN, Inc. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2003 FDCH e-Media, Inc. (f/k /a Federal Document Clearing House, Inc.) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon CCBN's or FDCH e-Media's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from CCBN and FDCH e-Media so long as they provide conspicuous attribution to CCBN and FDCH e-Media as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.)

Copyright © 2003 FDCH-eMedia

**---- Index References ----**

Company: UNION PACIFIC CORP; LEHMAN BROTHERS HOLDINGS INC; BEAR STEARNS COMPANIES INC; **CSX** CORP; LEHMAN BROTHERS INC

News Subject: (Corporate Financial Data (1XO59); Corporate Performance (1XO12); Business Management (1BU42); Business Strategy (1BU97); Major Corporations (1MA93); Corporate Strategy & Strategic Planning (1XO03); Economics & Trade (1EC26); Economic Indicators (1EC19))

Industry: (Enterprise Performance Management (1EN49); Freight Transportation (1FR88); Theoretical Analysis (1TH79); Railroads (1RA98); Trucking (1TR88); Transportation (1TR48); Aerospace & Defense (1AE96); Freight Railroads (1FR84); Celebrities (1CE65); Water Transportation (1WA23); Financial Services (1FI37); Defense (1DE43); Entertainment (1EN08); Land Transportation (1LA43); Insurance Liability (1IN26); Lead Paint & Asbestos (1LE49); Ports & Harbors (1PO28); Passenger Railroads (1PA89); Military Forces (1MI37); Science & Engineering (1SC33); Insurance (1IN97); Business Theory (1BU14))

Region: (North America (1NO39); Georgia (1GE15); Americas (1AM92); USA (1US73); Alabama (1AL90))

Language: EN

Other Indexing: (213; BEAR STEARNS; CCBN; CCBN INC; CENTRAL APPALACHIAN; CN; COCA COLA; COKE; **CSX**; **CSX** CORP; **CSX** EARNINGS CONFERENCE; **CSX** TRANSPORTATION; EBA; EMU; FEDERAL DOCUMENT

CLEARING HOUSE; LEHMAN BROTHERS; SITE; SURFACE TRANSPORTATION; SURFACE TRANSPORTATION 213; TRANSCRIPTION; TRANSCRIPTS; UNION PACIFIC; USERS) (Alabama; Along; Conrail; Dan; FDCH e-Media; Gary; J.B Hunt; Jennifer; Jimmy Newell; Jimmy Newells; MICHAEL; Michael Giftos; Michael Ward; Mike; Mike Giftos; Mike Peterson; Munoz; Newells; Oscar; Peter; Peter Mills; Scott; SEC FILINGS; Smith Barney; Thirty; Tom)

Word Count: 13517

**End of Document**

© 2013 Thomson Reuters. No claim to original U.S. Government Works.

NewsRoom