**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br>Plaintiffs,<br>v.<br>UNION PACIFIC RAILROAD CO., et al.,<br>Defendants. | Civil Action No. 11-1049<br>(BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH/GMH) |

**[PROPOSED] Order Denying Defendants' Joint and Individual Motions for Summary Judgment**

Upon consideration of Defendants' Joint and Individual Motions for Summary Judgment, Plaintiffs' opposition thereto, and any oral argument on the motion, and for the reasons set forth in the Opinion issued this same day, it is hereby ORDERED that Defendants' Joint and Individual Motions for Summary Judgment are DENIED.

SO ORDERED.

DATE: ______________________

______________________________
BERYL A. HOWELL
United States District Judge