**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br>Plaintiffs,<br>v.<br>UNION PACIFIC RAILROAD COMPANY, et al.,<br>Defendants. | No. 11-cv-1049 (BAH/GMH)<br>**Public Version** |

**Declaration of Luna Barrington in Further Support of Plaintiffs' Motion to Strike the Declarations of Eric Fanchiang and Kelsey Bryan**

I, Luna Barrington, declare as follows:

1. I am an attorney licensed to practice law in the State of New York. I am a partner at Weil, Gotshal & Manges LLP and counsel of record for Plaintiffs Cleveland-Cliffs Steel LLC (f/k/a ArcelorMittal USA LLC) and ArcelorMittal Dofasco G.P in *MDL II*. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them, I could testify competently thereto.

2. I make this declaration in further support of Plaintiffs' Motion to Strike the Declarations of Eric Fanchiang and Kelsey Bryan.

3. Attached hereto as Exhibit A is a true and correct copy of pages 262-66 and 390 of the deposition testimony of Leslie M. Marx, taken in *MDL II* on June 13, 2023.

4. Attached hereto as Exhibit B is a true and correct copy of Defendant Union Pacific Railroad Company's Objections and Responses to Plaintiff The General Electric Company's Second Set of Interrogatories, dated August 19, 2022, and introduced as Exhibit 20 at the deposition of Brad Thrasher conducted on November 30, 2022.

5. Attached hereto as Exhibit C is a true and correct copy of pages 1 and 190-93 of the deposition testimony of Brad Thrasher, taken in *MDL II* on November 30, 2022.

6. Attached hereto as Exhibit D is a true and correct copy of Defendant Union Pacific Railroad Company's Amended Responses and Objections to Plaintiff The General Electric Company's Second Set of Interrogatories, dated December 16, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 6, 2024, in New York, New York.

Luna Barrington
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007

**Certificate of Service**

The undersigned certifies that on December 6, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic filing system and was served by secure transfer on all counsel of record in the above-captioned matters.

*/s/ Sami H. Rashid*
Sami H. Rashid