# Exhibit B
# (Fully Redacted)