# Exhibit C
# (Fully Redacted)