# Exhibit D
# (Fully Redacted)