**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**Public Version**<br><br>**Oral Argument Requested** |

**Declaration of Raj Mathur**

I, Raj Mathur, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the State of New York and an associate at Susman Godfrey LLP. I submit this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Motion to Exclude Avram S. Tucker.

2. Attached hereto as **Exhibit 20** is a true and correct copy of the transcript of the deposition of Leslie M. Marx, Ph.D, dated January 25, 2024, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)* (excerpted).

3. Attached hereto as **Exhibit 21** is a true and correct copy of the Expert Report of Dennis W. Carlton, Ph.D, dated August 15, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)* (excerpted).

4. Attached hereto as **Exhibit 22** is a true and correct copy of the Expert Report of B. Douglas Bernheim, Ph.D & Leslie M. Marx, Ph.D (Honda), dated March 1, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)* (excerpted).

5. Attached hereto as **Exhibit 23** is a true and correct copy of the Revised Reply Expert Report of E. Allen Jacobs, Ph.D., dated December 21, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)* (excerpted).

6. Attached hereto as **Exhibit 24** is a true and correct copy of the Expert Report of E. Allen Jacobs, Ph.D., dated March 1, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)* (excerpted).

7. Attached hereto as **Exhibit 25** is a true and correct copy of the Expert Report of James T. McClave, Ph.D, dated March 1, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)* (excerpted).

8. Attached hereto as **Exhibit 26** is a true and correct copy of Appendix B for Plaintiff ABF Freight System Inc. (as corrected), appended to the Expert Rebuttal Report of Avram S. Tucker, dated August 15, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

9. Attached hereto as **Exhibit 27** is a true and correct copy of Appendix B for Plaintiff Air Products and Chemicals, Inc. (as corrected), appended to the Expert Rebuttal Report of Avram S. Tucker, dated August 15, 2023, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)*.

10. Attached hereto as **Exhibit 28** is a true and correct copy of the transcript and errata of the 30(b)(6) deposition of Stephen J. Trombetta (Arkema & ArrMaz), dated October 28, 2022, submitted in *In re Rail Freight Surcharge Antitrust Litigation (No. II)* (excerpted).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed December 19, 2024 in New York, New York.

*/s/ Raj Mathur*

Raj Mathur

**Certificate of Service**

I certify that on December 19, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic filing system and was served by secure transfer on all counsel of record in the above-captioned matters.

*/s/ Raj Mathur*