# EXHIBIT 20

[Redacted]