# EXHIBIT 21

[Redacted]