# EXHIBIT 22

[Redacted]