# EXHIBIT 23

[Redacted]