# EXHIBIT 24

[Redacted]