# EXHIBIT 25

[Redacted]