# EXHIBIT 26

[Redacted]