# EXHIBIT 27

[Redacted]