# EXHIBIT 28

[Redacted]