**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to: ALL CASES | MDL Docket No. 1869<br>Misc. No. 07-0489 (BAH/GMH) |
| OXBOW CARBON & MINERALS LLC, et al.,<br>Plaintiffs,<br>v.<br>UNION PACIFIC RAILROAD CO., et al.,<br>Defendants. | Civil Action No. 11-1049 (BAH) |
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br>This document relates to: ALL CASES | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH)<br><br>**PUBLICLY FILED VERSION**<br><br>**Oral Argument Requested** |

**SUPPLEMENTAL DEFENDANTS' APPENDIX IN SUPPORT OF DEFENDANTS' JOINT AND INDIVIDUAL MOTIONS FOR SUMMARY JUDGMENT AND DEFENDANTS' JOINT MOTIONS TO EXCLUDE IMPROPER EXPERT EVIDENCE AND OPINIONS**

**TABLE OF CONTENTS**

**Volume 41**

Excerpts from Alberto Abadie, Alexis Diamond & Jens Hainmueller, Synthetic control methods for comparative case studies: Estimating the effect of California's tobacco control program, Journal of the American Statistical Association 105.490 (2010)...........DA25901

Excerpts from Guido W. Imbens & Donald B. Rubin, Causal Inference in Statistics, Social, and Biomedical Sciences (2015) ....................................................................DA25908

Excerpts from Susan Athey & Guido W. Imbens, The state of applied econometrics: Causality and policy evaluation, Journal of Economic Perspectives 31.2 (2017) ................DA25916

Calendar invite for BNSF/CSX Meeting dated October 1, 2003 (BNSF_CAL-0007200, native) ....................................................................................................DA25923

Transcripts of BNSF Q3 2003 Earnings Call, dated October 21, 2003 (BNSF-0022394) DA25924

Morgan Stanley Air Freight and Surface Transportation Analyst Report, dated September 20, 2002 (BNSF-0482227)..........................................................................DA25946

Bear Stearns Railroads Analyst Report, dated September 16, 2002 (BNSF-0641545).....DA25953

Email from John Couch to Frank Onimus III re Escalators 2004 Discussion and attachment, dated May 17, 2004 (CSXFSC000036481-86)...................................................DA25960

Email from Kyle Hancock, Jr. to Dwight Price et al. re FW: Fuel Surcharge Comparision - CSXT and Class I Carrier, dated September 7, 2004 ...........................................DA25967

Email from Dan Gregson to Al. Auzmendi re Untitled.ppt, dated January 6, 2003 (CSXFSC000671731)...........................................................................DA25969

Notes re November 13, 2000 BNSF/NS Meeting (NS_026002715-19)..........................DA25970

Morgan Stanley Air Freight and Surface Transportation Analyst Report, dated February 12, 2003 (NS_037002162)..............................................................................DA25975

Morgan Stanley Air Freight and Surface Transportation Analyst Report, dated February 18, 2003 (NS_062007132)..............................................................................DA25987

Norfolk Southern/Union Pacific, Omaha Alliance Meeting Notes, dated March 28, 2001 (UPFSC 0002564-66)........................................................................................DA26023

Email from Max Connealy to Mary Mcardle, et al. re Fuel Price Estimates, dated January 13, 2003 (UPFSC 0014986)...................................................................DA26026

Email from Chuck Adams to Jack Koraleski, et al. re Fuel Recovery and Security Analysts, dated January 17, 2004 (UPFSC 0380567) ...................................................DA26028

Email from Chuck Adams to Clyde Crimmel, et al. re All-Inclusive Index Minus Fuel, dated November 16, 2004 (UPFSC 0494148) ........ DA26051

CSX Transportation and Union Pacific, Previous Agendas and Meeting Minutes (UPFSC 0596431-38) ........ DA26053

[redacted]

Morgan Stanley Air Freight and Surface Transportation Analyst Report, dated November 4, 2002 (AAR-E-00028862) ........ DA26081

Emails between Steig Olsen, Hausfeld LLP and David Cross, Crowell & Moring LLP, dated May 21 to July 8, 2010 ........ DA26114

Email from S. Rashi, Quinn Emanuel to Various Recipients, dated February 1, 2021 ........ DA26117

Letter from Defendants' counsel to Plaintiffs' counsel, dated August 3, 2021 ........ DA26120

Letter from Defendants' counsel to Plaintiffs' counsel, dated August 5, 2022 ........ DA26124

**Volume 42**

Defendants' Memorandum of Law in Opposition to Plaintiffs' Renewed Motion for Class Certification, dated March 31, 2014, ECF 707 ........ DA26128

Joint Status Report, MDL II, ECF 936, dated December 1, 2023 ........ DA26217

STB Ex Parte No. 661 Docket – Comments (May 8, 2006 – Oct. 6, 2006 (last accessed Nov. 13, 2024) ........ DA26267

Excerpts from In re Vitamins Antitrust Litigation, MDL No. 1285 (D.D.C.), Expert Report of B. Douglas Bernheim, dated May 24, 2002 ........ DA26273

Excerpts from In re Urethane Antitrust Litigation, No. 2:08-cv-05169 (D. Kansas), Revised Expert Report of Matthew E. Raiff, Ph.D, dated Apr. 15, 2011, ECF 285-3 ........ DA26278

Excerpts from In re TFT-LCD (Flat Panel) Antitrust Litigation, MDL No. 1927 (N.D. Cal.), Expert Report of Leslie M. Marx Ph.D., concerning Target Corp., Seaars, Roebuck and Co., Kmart Corp., Old Comp Inc., Good Guys, Inc., RadioShack Corp. and NewEgg Inc., dated December 15, 2011 ........ DA26284

U.S. Bureau of Economic Analysis, What to Know About GDP (https://www.bea.gov/resources/learning-center/what-to-know-gdp) ........ DA26294

Excerpt from the Deposition Transcript of John Lanigan (BNSF), dated June 22, 2010 ........ DA26296

Excerpt from the Deposition Transcript of Matt Rose (BNSF), dated July 16, 2010 ........ DA26300

Excerpts from the Deposition Transcript of Clyde McIntyre (CSXT), dated February 18, 2010 ............ DA26304

Excerpts from the Deposition Transcript of Michael Ward (CSXT), dated February 10, 2011 ............ DA26307

Excerpts from the Deposition Transcript of Mike Crawford (CSX), dated July 27, 2011 DA26311

[redacted]

Excerpts from Expert Report of Kevin M. Murphy, dated August 15, 2023 (revised pursuant to October 6, 2023 errata) ............ DA26349

Email from George Pacocha to Sherrie Washburn, et al. re FSC for Period 09/14/2005 - 09/20/2005, dated September 13, 2005 (BNSF_II_03997312-14) ............ DA26352

Dated: December 19, 2024

Respectfully submitted,

/s/ Benjamin J. Horwich
Glenn D. Pomerantz
Kuruvilla J. Olasa
Wesley T.L. Burrell
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Linda S. Stein (D.C. Bar No. 376217)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com

Benjamin J. Horwich
Gabriel M. Bronshteyn
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Lauren Ross (D.C. Bar No. 1659620)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500 East
Washington, DC 20001
Telephone: (202) 220-1100
Lauren.Ross@mto.com

*Counsel for Defendant BNSF Railway Company*
*pursuant to the Notices of Appearance entered in each case*

/s/ John M. Majoras
John M. Majoras (D.C. Bar No. 474267)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
jmmajoras@jonesday.com

Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

*Counsel for Defendant Union Pacific Railroad Company*

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
tim.o'mara@lw.com

*Counsel for Defendant Union Pacific Railroad Company in MDL I and MDL II*

*/s/ Matthew M. Collette*
Matthew M. Collette (D.C. Bar No. 427167)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Phone: (202) 795-3326
Fax: (312) 379-0467
mcollette@masseygail.com

Leonard A. Gail
Suyash Agrawal
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Fax: (312) 379-0467
lgail@masseygail.com
sagrawal@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company in MDL II*

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
Julia K. York (D.C. Bar No. 478001)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7630
tara.reinhart@skadden.com
julia.york@skadden.com
thomas.gentry@skadden.com

Jennifer B. Patterson
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, NY 10151
Telephone: (212) 588-0800
jpatterson@haugpartners.com

Ronald K. Wray II
GALLIVAN, WHITE & BOYD P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
Phone: (864) 271-5362
rwray@GWBlawfirm.com

*Counsel for Defendant Norfolk Southern Railway Company pursuant to the Notices of Appearance entered in each case*

/s/ Kent Gardiner
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
KGardiner@crowell.com
LvanHouwelingen@crowell.com

Juan A. Arteaga
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: (212) 223-4000
Fax: (212) 223-4134
JArteaga@crowell.com

/s/ David Wells
David M. Wells
Julia M.I. Holden Davis
Derek K. Mountford
GUNSTER, YOAKLEY & STEWART, P.A.
One Independent Drive, Suite 2300
Jacksonville, Florida 32202
Phone: (904) 354-1980
dwells@gunster.com
jholdendavis@gunster.com
dmountford@gunster.com

*Counsel for Defendant CSX Transportation, Inc.*
*pursuant to the Notices of Appearance entered in each case*