# Supplemental Defendants' Appendix Volume 41

# DA25901 - DA26127

Case 1:07-mc-00489-BAH Document 1258-1 Filed 01/13/25 Page 2 of 209



and Gardeazabal (2003). Data-driven procedures reduce discretion in the choice of the comparison control units, forcing researchers to demonstrate the affinities between the affected and unaffected units using observed quantifiable characteristics. In practice, it is often difficult to find a single unexposed unit that approximates the most relevant characteristics of the unit(s) exposed to the event of interest. The idea behind the synthetic control approach is that a combination of units often provides a better comparison for the unit exposed to the intervention than any single unit alone. For example, in their study of the economic impact of terrorism in the Basque Country, Abadie and Gardeazabal (2003) use a combination of two Spanish regions to approximate the economic growth that the Basque Country would have experienced in the absence of terrorism. Card (1990) implicitly uses a combination of cities in the southern United States to approximate the evolution that the Miami labor market would have experienced in the absence of the Mariel Boatlift.

Relative to traditional regression methods, transparency and safeguard against extrapolation are two attractive features of the synthetic control method. Because a synthetic control is a weighted average of the available control units, the synthetic control method makes explicit: (1) the relative contribution of each control unit to the counterfactual of interest; and (2) the similarities (or lack thereof) between the unit affected by the event or intervention of interest and the synthetic control, in terms of preintervention outcomes and other predictors of postintervention outcomes. Because the weights can be restricted to be positive and sum to one, the synthetic control method provides a safeguard against extrapolation.

In addition, because the choice of a synthetic control does not require access to postintervention outcomes, the synthetic control method allows researchers to decide on study design without knowing how those decisions will affect the conclusions of their studies. Rubin (2001) and others have advocated that the ability to make decisions on research design while remaining blind to how each particular decision affects the conclusions of the study is an important device for promoting research honesty in observational studies.

We describe a simple model that justifies the synthetic control approach. The model extends the traditional linear panel data (difference-in-differences) framework, allowing that the effects of unobserved variables on the outcome vary with time. In addition, we propose a new method to perform inferential exercises in comparative case studies that produce potentially informative inference regardless of the number of available comparison units and the level of aggregation of the data.

We apply the synthetic control method to study the effects of California's Proposition 99, a large-scale tobacco control program implemented in California in 1988. We demonstrate that following the passage of Proposition 99 tobacco consumption fell markedly in California relative to a comparable synthetic control region. We estimate that by the year 2000 annual per capita cigarette sales in California were about 26 packs lower than what they would have been in the absence of Proposition 99. Using new inferential methods proposed in this article, we demonstrate the significance of our estimates.

The rest of the article is organized as follows. Section 2 describes the main ideas behind the synthetic control approach to comparative case studies of aggregate events. In Section 3 we apply synthetic control methods to estimate the effect of California's Proposition 99. Section 4 concludes. **Appendix A** lists the data sources for the application in Section 3. **Appendix B** contains technical details.

## 2. SYNTHETIC CONTROL METHODS FOR COMPARATIVE CASE STUDIES

### 2.1 Comparative Case Studies

Case studies focus on particular occurrences of events or interventions of interest. Often, the motivation behind case studies is to detect the effects of an event or policy intervention on some outcome of interest by focusing on a particular instance in which the magnitude of the event or intervention is large relative to other determinants of the outcome, or in which identification of the effects of interest is facilitated by some other characteristic of the intervention. In comparative case studies, researchers compare one or more units exposed to the event or intervention of interest to one or more unexposed units. Therefore, comparative case studies are only feasible when some units are exposed and others are not (or when their levels of exposure differ notably).

To simplify the exposition, we proceed as if only one unit or region is subject to the intervention of interest (otherwise, we could first aggregate the data from the regions exposed to the intervention). In addition, we adopt the terms "region" or "unit" and "intervention" or "treatment," which can be substituted for "country," "state," "city," etc. and "event," "shock," "law," etc., respectively for specific applications.

### 2.2 A Motivating Model

The following simple model provides a rationale for the use of synthetic control methods in comparative case study research. Suppose that we observe $J+1$ regions. Without loss of generality, suppose also that only the first region is exposed to the intervention of interest, so that we have $J$ remaining regions as potential controls. Borrowing from the statistical matching literature, we refer to the set of potential controls as the "donor pool." Also without loss of generality and to simplify notation, assume that the first region is uninterruptedly exposed to the intervention of interest after some initial intervention period.

Let $Y_{it}^N$ be the outcome that would be observed for region $i$ at time $t$ in the absence of the intervention, for units $i = 1, \dots, J+1$, and time periods $t = 1, \dots, T$. Let $T_0$ be the number of preintervention periods, with $1 \leq T_0 < T$. Let $Y_{it}^I$ be the outcome that would be observed for unit $i$ at time $t$ if unit $i$ is exposed to the intervention in periods $T_0 + 1$ to $T$. We assume that the intervention has no effect on the outcome before the implementation period, so for $t \in \{1, \dots, T_0\}$ and all $i \in \{1, \dots, N\}$, we have that $Y_{it}^I = Y_{it}^N$. In practice, interventions may have an impact prior to their implementation (e.g., via anticipation effects). In those cases, $T_0$ could be redefined to be the first period in which the outcome may possibly react to the intervention. Implicit in our notation is the usual assumption of no interference between units (see Rosenbaum 2007 for a detailed discussion of the assumption of no interference between units). That is, we assume that outcomes of the untreated units are not affected by the intervention implemented in the treated

unit. In Section 3 we discuss this assumption in the context of our empirical investigation.

Let $\alpha_{it} = Y_{it}^I - Y_{it}^N$ be the effect of the intervention for unit $i$ at time $t$, and let $D_{it}$ be an indicator that takes value one if unit $i$ is exposed to the intervention at time $t$, and value zero otherwise. The observed outcome for unit $i$ at time $t$ is

$$Y_{it} = Y_{it}^N + \alpha_{it} D_{it}.$$

Because only the first region (region "one") is exposed to the intervention and only after period $T_0$ (with $1 \leq T_0 < T$), we have that

$$D_{it} = \begin{cases} 1 & \text{if } i = 1 \text{ and } t > T_0, \\ 0 & \text{otherwise.} \end{cases}$$

We aim to estimate $(\alpha_{1T_0+1}, \ldots, \alpha_{1T})$. For $t > T_0$,

$$\alpha_{1t} = Y_{1t}^I - Y_{1t}^N = Y_{1t} - Y_{1t}^N.$$

Because $Y_{1t}^I$ is observed, to estimate $\alpha_{1t}$ we just need to estimate $Y_{1t}^N$. Suppose that $Y_{it}^N$ is given by a factor model

$$Y_{it}^N = \delta_t + \boldsymbol{\theta}_t \mathbf{Z}_i + \boldsymbol{\lambda}_t \boldsymbol{\mu}_i + \varepsilon_{it}, \qquad (1)$$

where $\delta_t$ is an unknown common factor with constant factor loadings across units, $\mathbf{Z}_i$ is a $(r \times 1)$ vector of observed covariates (not affected by the intervention), $\boldsymbol{\theta}_t$ is a $(1 \times r)$ vector of unknown parameters, $\boldsymbol{\lambda}_t$ is a $(1 \times F)$ vector of unobserved common factors, $\boldsymbol{\mu}_i$ is an $(F \times 1)$ vector of unknown factor loadings, and the error terms $\varepsilon_{it}$ are unobserved transitory shocks at the region level with zero mean.

Consider a $(J \times 1)$ vector of weights $\mathbf{W} = (w_2, \ldots, w_{J+1})'$ such that $w_j \geq 0$ for $j = 2, \ldots, J+1$ and $w_2 + \cdots + w_{J+1} = 1$. Each particular value of the vector $\mathbf{W}$ represents a potential synthetic control, that is, a particular weighted average of control regions. The value of the outcome variable for each synthetic control indexed by $\mathbf{W}$ is

$$\sum_{j=2}^{J+1} w_j Y_{jt} = \delta_t + \boldsymbol{\theta}_t \sum_{j=2}^{J+1} w_j \mathbf{Z}_j + \boldsymbol{\lambda}_t \sum_{j=2}^{J+1} w_j \boldsymbol{\mu}_j + \sum_{j=2}^{J+1} w_j \varepsilon_{jt}.$$

Suppose that there are $(w_2^*, \ldots, w_{J+1}^*)$ such that

$$\sum_{j=2}^{J+1} w_j^* Y_{j1} = Y_{11}, \quad \sum_{j=2}^{J+1} w_j^* Y_{j2} = Y_{12}, \quad \ldots,$$
$$\sum_{j=2}^{J+1} w_j^* Y_{jT_0} = Y_{1T_0}, \quad \text{and} \quad \sum_{j=2}^{J+1} w_j^* \mathbf{Z}_j = \mathbf{Z}_1. \qquad (2)$$

In Appendix B, we prove that if $\sum_{t=1}^{T_0} \boldsymbol{\lambda}_t' \boldsymbol{\lambda}_t$ is nonsingular, then,

$$Y_{1t}^N - \sum_{j=2}^{J+1} w_j^* Y_{jt} = \sum_{j=2}^{J+1} w_j^* \sum_{s=1}^{T_0} \boldsymbol{\lambda}_t \left( \sum_{n=1}^{T_0} \boldsymbol{\lambda}_n' \boldsymbol{\lambda}_n \right)^{-1} \boldsymbol{\lambda}_s' (\varepsilon_{js} - \varepsilon_{1s})$$
$$- \sum_{j=2}^{J+1} w_j^* (\varepsilon_{jt} - \varepsilon_{1t}). \qquad (3)$$

In Appendix B we prove also that, under standard conditions, the mean of the right-hand side of Equation (3) will be close to zero if the number of preintervention periods is large relative to the scale of the transitory shocks. This suggests using

$$\widehat{\alpha}_{1t} = Y_{1t} - \sum_{j=2}^{J+1} w_j^* Y_{jt}$$

for $t \in \{T_0 + 1, \ldots, T\}$ as an estimator of $\alpha_{1t}$.

Equation (2) can hold exactly only if $(Y_{11}, \ldots, Y_{1T_0}, \mathbf{Z}_1')$ belongs to the convex hull of $\{(Y_{21}, \ldots, Y_{2T_0}, \mathbf{Z}_2'), \ldots, (Y_{J+11}, \ldots, Y_{J+1T_0}, \mathbf{Z}_{J+1}')\}$. In practice, it is often the case that no set of weights exists such that Equation (2) holds exactly in the data. Then, the synthetic control region is selected so that Equation (2) holds approximately. In some cases, it may not even be possible to obtain a weighted combination of untreated units such that Equation (3) holds approximately. This would be the case if $(Y_{11}, \ldots, Y_{1T_0}, \mathbf{Z}_1')$ falls far from the convex hull of $\{(Y_{21}, \ldots, Y_{2T_0}, \mathbf{Z}_2'), \ldots, (Y_{J+11}, \ldots, Y_{J+1T_0}, \mathbf{Z}_{J+1}')\}$. Notice, however, that the magnitude of such discrepancy can be calculated for each particular application. So for each particular application, the analyst can decide if the characteristics of the treated unit are sufficiently matched by the synthetic control. In some instances, the fit may be poor and then we would not recommend using a synthetic control.

Even if there is a synthetic control that provides a good fit for the treated units, interpolation biases may be large if the simple linear model presented in this section does not hold over the entire set of regions in any particular sample. Researchers trying to minimize biases caused by interpolating across regions with very different characteristics may restrict the donor pool to regions with similar characteristics to the region exposed to the event or intervention of interest.

Notice that, even if taken at face value, Equation (1) generalizes the usual difference-in-differences (fixed-effects) model that is often applied in empirical studies in the social sciences. The traditional difference-in-differences (fixed-effects) model can be obtained if we impose that $\boldsymbol{\lambda}_t$ in Equation (1) is constant for all $t$. That is, the difference-in-differences model allows for the presence of unobserved confounders but restricts the effect of those confounders to be constant in time, so they can be eliminated by taking time differences. In contrast, the factor model presented in this section allows the effects of confounding unobserved characteristics to vary with time. Under this model, taking time differences does not eliminate the unobserved confounders, $\boldsymbol{\mu}_j$. However, a synthetic control such that

$$\sum_{j=2}^{J+1} w_j^* \mathbf{Z}_j = \mathbf{Z}_1 \quad \text{and} \quad \sum_{j=2}^{J+1} w_j^* \boldsymbol{\mu}_j = \boldsymbol{\mu}_1, \qquad (4)$$

would provide an unbiased estimator of $Y_{1t}^N$. Choosing a synthetic control in this manner is, of course, not feasible because $\boldsymbol{\mu}_1, \ldots, \boldsymbol{\mu}_{J+1}$ are not observed. However, under fairly standard conditions (see Appendix B), the factor model in Equation (1) implies that a synthetic control can fit $\mathbf{Z}_1$ and a long set of preintervention outcomes, $Y_{11}, \ldots, Y_{1T_0}$, only as long as it fits $\mathbf{Z}_1$ and $\boldsymbol{\mu}_1$, so Equation (4) holds approximately.

Synthetic controls can provide useful estimates in more general contexts than the factor model considered thus far. Consider, for example, the following autoregressive model with

time-varying coefficients:

$$Y_{it+1}^N = \alpha_t Y_{it}^N + \boldsymbol{\beta}_{t+1}\mathbf{Z}_{it+1} + u_{it+1},$$
$$\mathbf{Z}_{it+1} = \gamma_t Y_{it}^N + \boldsymbol{\Pi}_t \mathbf{Z}_{it} + \mathbf{v}_{it+1}, \quad (5)$$

where $u_{it+1}$ and $\mathbf{v}_{it+1}$ have mean zero conditional on $\mathcal{F}_t = \{Y_{js}, \mathbf{Z}_{js}\}_{1\le j\le N, s\le t}$. Suppose that we can choose $\{w_j^*\}_{2\le j\le N}$ such that

$$\sum_{j=2}^{J+1} w_j^* Y_{jT_0} = Y_{1T_0} \quad \text{and} \quad \sum_{j=2}^{J+1} w_j^* \mathbf{Z}_{jT_0} = \mathbf{Z}_{1T_0}. \quad (6)$$

Then, the synthetic control estimator is unbiased even if data for only a single pretreatment period are available. See Appendix B for details.

## 2.3 Implementation

Let $\mathbf{W}$ be a $(J \times 1)$ vector of positive weights that sum to one. That is, $\mathbf{W} = (w_2, \ldots, w_{J+1})'$ with $w_j \ge 0$ for $j = 2, \ldots, J+1$ and $w_2 + \cdots + w_{J+1} = 1$. Each value of $\mathbf{W}$ represents a weighted average of the available control regions and, therefore, a synthetic control. Notice that, although we define our synthetic controls as convex combinations of unexposed units, negative weights or weights larger than one can be used at the cost of allowing extrapolation.

The outcome variable of interest is observed for $T$ periods, $t = 1, \ldots, T$, for the region affected by the intervention, $Y_{1t}$, and the unaffected regions, $Y_{jt}$, where $j = 2, \ldots, J+1$. Let the $(T_0 \times 1)$ vector $\mathbf{K} = (k_1, \ldots, k_{T_0})'$ define a linear combination of preintervention outcomes: $\bar{Y}_i^{\mathbf{K}} = \sum_{s=1}^{T_0} k_s Y_{is}$. For example, if $k_1 = k_2 = \cdots = k_{T_0-1} = 0$ and $k_{T_0} = 1$, then $\bar{Y}^{\mathbf{K}} = Y_{iT_0}$, the value of the outcome variable in the period immediately prior to the intervention. If $k_1 = k_2 = \cdots = k_{T_0} = 1/T_0$, then $\bar{Y}_i^{\mathbf{K}} = T_0^{-1}\sum_{s=1}^{T_0} Y_{is}$, the simple average of the outcome variable for the preintervention periods. Consider $M$ of such linear combinations defined by the vectors $\mathbf{K}_1, \ldots, \mathbf{K}_M$. Let $\mathbf{X}_1 = (\mathbf{Z}_1', \bar{Y}_1^{\mathbf{K}_1}, \ldots, \bar{Y}_1^{\mathbf{K}_M})'$ be a $(k \times 1)$ vector of preintervention characteristics for the exposed region, with $k = r + M$. Similarly, $\mathbf{X}_0$ is a $(k \times J)$ matrix that contains the same variables for the unaffected regions. That is, the $j$th column of $\mathbf{X}_0$ is $(\mathbf{Z}_j', \bar{Y}_j^{\mathbf{K}_1}, \ldots, \bar{Y}_j^{\mathbf{K}_M})'$. The vector $\mathbf{W}^*$ is chosen to minimize some distance, $\|\mathbf{X}_1 - \mathbf{X}_0\mathbf{W}\|$, between $\mathbf{X}_1$ and $\mathbf{X}_0\mathbf{W}$, subject to $w_2 \ge 0, \ldots, w_{J+1} \ge 0$, $w_2 + \cdots + w_{J+1} = 1$. One obvious choice for $\bar{Y}_i^{\mathbf{K}_1}, \ldots, \bar{Y}_i^{\mathbf{K}_M}$ is $\bar{Y}_i^{\mathbf{K}_1} = Y_{i1}, \ldots, \bar{Y}_i^{\mathbf{K}_{T_0}} = Y_{iT_0}$, that is, the values of the outcome variable for all the available preintervention periods. In practice, however, the computation of the weights $w_2^*, \ldots, w_{J+1}^*$ can be simplified by considering only a few linear combination of preintervention outcomes and checking whether Equation (2) holds approximately for the resulting weights.

To measure the discrepancy between $\mathbf{X}_1$ and $\mathbf{X}_0\mathbf{W}$, we will employ $\|\mathbf{X}_1 - \mathbf{X}_0\mathbf{W}\|_{\mathbf{V}} = \sqrt{(\mathbf{X}_1 - \mathbf{X}_0\mathbf{W})'\mathbf{V}(\mathbf{X}_1 - \mathbf{X}_0\mathbf{W})}$, where $\mathbf{V}$ is some $(k \times k)$ symmetric and positive semidefinite matrix, although other choices are also possible. If the relationship between the outcome variable and the explanatory variables in $\mathbf{X}_1$ and $\mathbf{X}_0$ is highly nonlinear and the support of the explanatory variables is large, interpolation biases may be severe. (For instance, an equally weighted combination of a 65%-White 35%-Nonwhite state and a 95%-White 5%-Nonwhite state will approximate the outcome of a 80%-White 20%-Nonwhite state if that outcome is approximately linear in the racial composition of the states. However, if the outcome is highly nonlinear in racial composition, the quality of the approximation may be poor.) In that case, $\mathbf{W}^*$ can be chosen to minimize $\|\mathbf{X}_1 - \mathbf{X}_0\mathbf{W}\|$ plus a set of penalty terms specified as increasing functions of the distances between $\mathbf{X}_1$ and the corresponding values for the control units with positive weights in $\mathbf{W}$. Alternatively, as mentioned in Section 2.2, interpolation biases can be reduced by restricting the comparison group to units that are similar to the exposed units in term of the values of $\mathbf{X}_1$.

Although our inferential procedures are valid for any choice of $\mathbf{V}$, the choice of $\mathbf{V}$ influences the mean square error of the estimator. An optimal choice of $\mathbf{V}$ assigns weights to linear combinations of the variables in $\mathbf{X}_0$ and $\mathbf{X}_1$ to minimize the mean square error of the synthetic control estimator. Sometimes this choice can be based on subjective assessments of the predictive power of the variables in $\mathbf{X}_1$ and $\mathbf{X}_0$. The choice of $\mathbf{V}$ can also be data-driven. One possibility is to choose $\mathbf{V}$ such that the resulting synthetic control region approximates the trajectory of the outcome variable of the affected region in the preintervention periods. Following Abadie and Gardeazabal (2003), in the empirical section of this article we choose $\mathbf{V}$ among positive definite and diagonal matrices such that the mean squared prediction error of the outcome variable is minimized for the preintervention periods (see Abadie and Gardeazabal 2003, appendix B, for details). Alternatively, if the number of available preintervention periods in the sample is large enough, researchers may divide them into an initial training period and a subsequent validation period. Given a $\mathbf{V}$, $\mathbf{W}^*(\mathbf{V})$ can be computed using data from the training period. Then, the matrix $\mathbf{V}$ can be chosen to minimize the mean squared prediction error produced by the weights $\mathbf{W}^*(\mathbf{V})$ during the validation period.

## 2.4 Inference

The standard errors commonly reported in regression-based comparative case studies measure uncertainty about aggregate data. For example, Card (1990) uses data from the U.S. Current Population Survey to estimate native employment rates in Miami and a set of comparison cities around the time of the Mariel Boatlift. Card and Krueger (1994) use data on a sample of fast food restaurants in New Jersey and Pennsylvania to estimate the average number of employees in fast food restaurants in these two states around the time when the minimum wage was increased in New Jersey. The standard errors reported in these studies reflect only the unavailability of aggregate data on employment (for native workers in Miami and other cities, and in fast food restaurants in New Jersey and Pennsylvania, respectively). This mode of inference would logically produce zero standard errors if aggregate data were used for estimation. However, perfect knowledge of aggregate data does not eliminate all uncertainty about the parameters of interest. That is, even if aggregate data are used for estimation, in most cases researchers would not believe that there is no remaining uncertainty about the value of the parameters of interest. The reason is that not all uncertainty about the value of the estimated parameters comes from lack of knowledge of aggregate data. In comparative case studies, an additional source of uncertainty derives from ignorance about the ability of the control group to

reproduce the counterfactual of how the treated unit would have evolved in the absence of the treatment. This type of uncertainty is present regardless of whether aggregate data are used for estimation or not. The use of individual micro data, as opposed to aggregate data, only increases the total amount of uncertainty if the outcome of interest is an aggregate.

Large sample inferential techniques are not well suited to comparative case studies when the number of units in the comparison group is small. In this article, we propose exact inferential techniques, akin to permutation tests, to perform inference in comparative case studies. The methods proposed here can be used whether data are individual (micro) or aggregate (macro), and do not require a large number of comparison units in the donor pool.

The inferential techniques proposed in this article are related to Abadie and Gardeazabal (2003). In their study of the economic effects of terrorism, Abadie and Gardeazabal (2003) use a synthetic control region to estimate the economic growth that the Basque Country would have experienced in the absence of terrorism. To assess the ability of the synthetic control method to reproduce the evolution of a counterfactual Basque Country without terrorism, Abadie and Gardeazabal (2003) introduce a placebo study, applying the same techniques to Catalonia, a region similar to the Basque Country but with a much lower exposure to terrorism. Similar falsification tests have been used to assess the effects of computers on the distribution of wages (DiNardo and Pischke 1997), the effect of the Mariel Boatlift on native unemployment in Miami (Angrist and Krueger 1999), and the validity of the rational addiction model for cigarette consumption (Auld and Grootendorst 2004). This type of "placebo test" or "falsification test" appears under different names in the literature. Angrist and Krueger (1999) discuss empirical tests of this type under the heading "refutability" tests. Rosenbaum (2002a) discusses the use of outcomes "known to be unaffected by the treatment" to evaluate the presence of hidden biases. Placebo studies are also closely related to uniformity trials in agricultural research (Cochran 1937).

In this paper, we extend the idea of a placebo study to produce quantitative inference in comparative case studies. The idea of the placebo test proposed here is akin to the classic framework for permutation inference, where the distribution of a test statistic is computed under random permutations of the sample units' assignments to the intervention and nonintervention groups. As in permutation tests, we apply the synthetic control method to every potential control in our sample. This allows us to assess whether the effect estimated by the synthetic control for the region affected by the intervention is large relative to the effect estimated for a region chosen at random. This inferential exercise is exact in the sense that, regardless of the number of available comparison regions, time periods, and whether the data are individual or aggregate, it is always possible to calculate the exact distribution of the estimated effect of the placebo interventions. Notice also that the inferential exercise proposed here produces classical randomization inference for the case where the intervention is indeed randomized across regions, a rather restrictive condition. More generally, our inferential exercise examines whether or not the estimated effect of the actual intervention is large relative to the distribution of the effects estimated for the regions not exposed to the intervention. This is informative inference if under the hypothesis of no intervention effect the estimated effect of the intervention is not expected to be abnormal relative to the distribution of the placebo effects. In this sense, our inferential procedure is related to that of DiNardo and Pischke (1997) and Auld and Grootendorst (2004). DiNardo and Pischke (1997) compare the wage differential associated with computer skills (as reflected in the on-the-job computer use) to the wage differentials associated with the use of other tools (pencils, telephones, calculators) that do not proxy for skills that are scarce in the job market. Similarly, to assess the validity of the rational addiction model, Auld and Grootendorst (2004) compare the result of a test of rational addiction for cigarette consumption to the results of the same test applied to substances that are not considered addictive (milk, eggs, oranges, apples).

For cases in which the number of available comparison regions is very small, one can use the longitudinal dimension of the data to produce placebo studies, as in Bertrand, Duflo, and Mullainathan (2004) where the dates of the placebo interventions are set at random. Heckman and Hotz (1989) provide an earlier application of in-time placebos.

Our approach to inference in comparative case studies is related to recent developments in inferential methods for difference-in-differences models (see Wooldridge 2003; Athey and Imbens 2006; Donald and Lang 2007). Section 6.5 in Wooldridge and Imbens (2008) provides a survey of this literature. Also closely related to our work, Conley and Taber (2008) propose an alternative method to do inference in comparative cases studies based on consistent estimation of the distribution of regression residuals for the case where the number of regions in the control group is large. Rosenbaum (2002a, 2002b) provides a detailed discussion of the use of permutation inference in randomized experiments and observational studies.

## 3. ESTIMATING THE EFFECTS OF CALIFORNIA'S PROPOSITION 99

### 3.1 Background

Anti-tobacco legislation has a long history in the United States, dating back at least as far as 1893, when Washington became the first state to ban the sale of cigarettes. Over the next 30 years 15 other states followed with similar anti-smoking measures (Dinan and Heckelman 2005). These early anti-tobacco laws were primarily motivated by moral concerns; health issues were secondary (Tate 1999). Almost 100 years later, after these early laws had long since been repealed, widespread awareness of smoking's health risks launched a new wave of state and federal anti-tobacco laws across the United States and, ultimately, overseas. Leading this wave, in 1988, was a voter initiative in California known as Proposition 99, the first modern-time large-scale tobacco control program in the United States.

Proposition 99 increased California's cigarette excise tax by 25 cents per pack, earmarked the tax revenues to health and anti-smoking education budgets, funded anti-smoking media campaigns, and spurred local clean indoor-air ordinances throughout the state (Siegel 2002). Upon initial implementation, Proposition 99 produced more than $100 million per year in anti-tobacco projects for schools, communities, counties, and at the state level. Almost $20 million a year became available

for tobacco-related research. As Glantz and Balbach (2000) put it, "[t]hese programs dwarfed anything that any other state or the federal government had ever done on tobacco."

Proposition 99 triggered a wave of local clean-air ordinances in California. Before Proposition 99 no city or town in California required restaurants to be 100% smoke-free. From 1989 to 2000 approximately 140 such laws were passed (Siegel 2002). By 1993 local ordinances prohibiting smoking in the workplace protected nearly two-thirds of the workers in California (Glantz and Balbach 2000). In 1994 the State of California passed additional legislation that banned smoking in enclosed workplaces. By 1996 more than 90% of California workers were covered by a smoke-free workplace policy (Siegel 2002). Nonsmokers' rights advocates view the wave of local ordinances passed under the impetus of Proposition 99 as an important step in the effort to undercut the then-existing social support network for tobacco use in California (Glantz and Balbach 2000).

The tobacco industry responded to Proposition 99 and the spread of clean-air ordinances by increasing its political activity in California at both the state and local levels. Tobacco lobby groups spent 10 times as much money in California in 1991–1992 as they had spent in 1985–1986 (Begay, Traynor, and Glantz 1993). In addition, after the passage of Proposition 99, tobacco companies increased promotional expenditures in California (Siegel 2002).

In 1991 California passed Assembly Bill 99, a new piece of legislation implementing Proposition 99. Contrary to the original mandate of Proposition 99, Assembly Bill 99 diverted a significant fraction of Proposition 99 tobacco tax revenues into medical services with little or no connection to tobacco (Glantz and Balbach 2000). In 1992 Governor Pete Wilson halted the media campaign, which provoked a lawsuit by the American Lung Association (ALA). The ALA won the suit and the campaign was back by the end of 1992, although with a reduced budget (Siegel 2002).

Even so, Proposition 99 was widely perceived to have successfully cut smoking in California. From the passage of Proposition 99 through 1999 adult smoking prevalence fell in California by more than 30%, youth smoking levels dropped to the lowest in the country, and per capita cigarette consumption more than halved (California Department of Health Services 2006). Prior to 1988 per capita cigarette consumption in California trailed the national average by 22.5 packs; ten years later per capita consumption was 40.4 packs lower than the national average (Siegel 2002).

Following early reports of California's success with Proposition 99, other states adopted similar policies. In 1993 Massachusetts raised taxes on cigarettes from 26 to 51 cents per pack to fund a Health Protection Fund for smoking prevention and cessation programs. Similar laws passed in Arizona in 1994, with a 50-cent tax increase, and Oregon in 1996, where the tax on cigarettes rose from 38 to 68 cents per pack (Siegel 2002). In November 1998 the tobacco companies signed a $206 billion Master Settlement Agreement that led the industry to impose an immediate 45-cent increase in cigarette prices nationwide (Capehart 2001). As of April 20, 2009, 30 states, the District of Columbia, and 792 municipalities across the country had laws in effect requiring 100% smoke-free workplaces, bars, or restaurants (ANRF 2009).

Previous studies have investigated the impact of Proposition 99 on smoking prevalence using a variety of methods. Breslow and Johnson (1993), Glantz (1993), and Pierce et al. (1998) show that cigarette consumption in California after the passage of Proposition 99 in 1988 was lower than the average national trend and lower than the linearly extrapolated preprogram trend in California. Hu, Sung, and Keeler (1995) use time-series regression to disaggregate the effects of Proposition 99's tax hike and media campaign on per capita cigarette sales.

A related literature has studied the effect of smoking bans on smoking prevalence. Woodruff et al. (1993) show that smoking prevalence in California in 1990 was lower among workers affected by workplace smoking restrictions than among unaffected workers. More generally, Evans, Farrelly, and Montgomery (1999), Farrelly, Evans, and Sfekas (1999), and Longo et al. (2001) have provided evidence on the effectiveness of workplace smoking bans.

In a study closely related to the analysis in this section, Fichtenberg and Glantz (2000) use least-squares regression to predict smoking rates in California as a function of the smoking rate for the rest of the United States. The regressions in Fichtenberg and Glantz (2000) estimate the effect of Proposition 99 as a time trend in per capita cigarette consumption starting after the implementation of Proposition 99 in 1989. Fichtenberg and Glantz (2000) allow also for a change in this trend after 1992, when the anti-tobacco media campaign was first temporally eliminated and then reestablished but with reduced funds. Using this regression specification, Fichtenberg and Glantz (2000) estimate that during the period 1989–1992 Proposition 99 accelerated the rate of decline of per capita cigarette consumption in California by 2.72 packs per year. Due to program cut-backs after 1992, Fichtenberg and Glantz (2000) estimate that during the period 1993–1997 Proposition 99 accelerated the rate of decline of per capita cigarette consumption in California by only 0.67 packs per year.

### 3.2 Data and Sample

We use annual state-level panel data for the period 1970–2000. Proposition 99 was passed in November 1988 and went into effect in January 1989, giving us 19 years of preintervention data. Our sample period begins in 1970 because it is the first year for which data on cigarette sales are available for all our control states. It ends in 2000 because at about this time anti-tobacco measures were implemented across many states, invalidating them as potential control units. Moreover, a decade-long period after the passage of Proposition 99 seems like a reasonable limit on the span of plausible prediction of the effect of this intervention.

Recall that the synthetic California is constructed as a weighted average of potential control states, with weights chosen so that the resulting synthetic California best reproduces the values of a set of predictors of cigarette consumption in California before the passage of Proposition 99. Because the synthetic California is meant to reproduce the smoking rates that would have been observed for California in the absence of Proposition 99, we discard from the donor pool states that adopted some other large-scale tobacco control program during our sample period. Four states (Massachusetts, Arizona, Oregon, and Florida) introduced formal statewide tobacco control

programs in the 1989–2000 period and they are excluded from the donor pool. We also discard all states that raised their state cigarette taxes by 50 cents or more over the 1989 to 2000 period (Alaska, Hawaii, Maryland, Michigan, New Jersey, New York, Washington). Notice that, even if smaller tax increases substantially reduced smoking in any of the control states that gets assigned a positive weight in the synthetic control, this should if anything attenuate the treatment effect estimate that we obtain for California. Finally, we also exclude the District of Columbia from our sample. Our donor pool includes the remaining 38 states. Our results are robust, however, to the inclusion of the discarded states.

Our outcome variable of interest is annual per capita cigarette consumption at the state level, measured in our dataset as per capita cigarette sales in packs. We obtained these data from Orzechowski and Walker (2005) where they are constructed using information on state-level tax revenues on cigarettes sales. This is the most widely used indicator in the tobacco research literature, available for a much longer time period than survey-based measures of smoking prevalence. A disadvantage of tax-revenue-based data relative to survey data on smoking prevalence is that the former are affected by cigarette smuggling across tax jurisdictions. We discuss this issue later in this section. We include in $\mathbf{X}_1$ and $\mathbf{X}_0$ the values of predictors of smoking prevalence for California and the 38 potential controls, respectively. Our predictors of smoking prevalence are: average retail price of cigarettes, per capita state personal income (logged), the percentage of the population age 15–24, and per capita beer consumption. These variables are averaged over the 1980–1988 period and augmented by adding three years of lagged smoking consumption (1975, 1980, and 1988). Appendix A provides data sources.

Using the techniques described in Section 2, we construct a synthetic California that mirrors the values of the predictors of cigarette consumption in California before the passage of Proposition 99. We estimate the effect of Proposition 99 on per capita cigarette consumption as the difference in cigarette consumption levels between California and its synthetic versions in the years after Proposition 99 was passed. We then perform a series of placebo studies that confirm that our estimated effects for California are unusually large relative to the distribution of the estimate that we obtain when we apply the same analysis to the states in the donor pool.

### 3.3 Results

Figure 1 plots the trends in per capita cigarette consumption in California and the rest of the United States. As this figure suggests, the rest of the United States may not provide a suitable comparison group for California to study the effects of Proposition 99 on per capita smoking. Even before the passage of Proposition 99 the time series of cigarette consumption in California and in the rest of the United States differed notably. Levels of cigarette consumption were similar in California and the rest of the United States in the early 1970s. Trends began to diverge in the late 1970s, when California's cigarette consumption peaked and began to decline while consumption in the rest of the United States was still rising. Cigarette sales declined in the 1980s, but with larger decreases in California than in the rest of the United States. In 1988, the year Proposition 99 passed, cigarette consumption was about 27% higher in the rest of the




Figure 1. Trends in per-capita cigarette sales: California vs. the rest of the United States.

United States relative to California. Following the law's passage, cigarette consumption in California continued to decline. To evaluate the effect of Proposition 99 on cigarette smoking in California, the central question is how cigarette consumption would have evolved in California after 1988 in the absence of Proposition 99. The synthetic control method provides a systematic way to estimate this counterfactual.

As explained above, we construct the synthetic California as the convex combination of states in the donor pool that most closely resembled California in terms of pre-Proposition 99 values of smoking prevalence predictors. The results are displayed in Table 1, which compares the pretreatment characteristics of the actual California with that of the synthetic California, as well as with the population-weighted average of the 38 states in the donor pool. We see that the average of states that did not implement a large-scale tobacco-control program in 1989–2000 does not seem to provide a suitable control group for California. In particular, prior to the passage of Proposition 99 average beer consumption and cigarette retail prices were lower in the average of the 38 control states than in California. Moreover, prior to the passage of Proposition 99 average cigarette sales per capita were substantially higher on average in the 38 con-

Table 1. Cigarette sales predictor means

| Variables | California Real | California Synthetic | Average of 38 control states |
|---|---|---|---|
| Ln(GDP per capita) | 10.08 | 9.86 | 9.86 |
| Percent aged 15–24 | 17.40 | 17.40 | 17.29 |
| Retail price | 89.42 | 89.41 | 87.27 |
| Beer consumption per capita | 24.28 | 24.20 | 23.75 |
| Cigarette sales per capita 1988 | 90.10 | 91.62 | 114.20 |
| Cigarette sales per capita 1980 | 120.20 | 120.43 | 136.58 |
| Cigarette sales per capita 1975 | 127.10 | 126.99 | 132.81 |

NOTE: All variables except lagged cigarette sales are averaged for the 1980–1988 period (beer consumption is averaged 1984–1988). GDP per capita is measured in 1997 dollars, retail prices are measured in cents, beer consumption is measured in gallons, and cigarette sales are measured in packs.

trol states than in California. In contrast, the synthetic California accurately reproduces the values that smoking prevalence and smoking prevalence predictor variables had in California prior to the passage of Proposition 99.

Table 1 highlights an important feature of synthetic control estimators. Similar to matching estimators, the synthetic control method forces the researcher to demonstrate the affinity between the region exposed to the intervention of interest and its synthetic counterpart, that is, the weighted average of regions chosen from the donor pool. As a result, the synthetic control method safeguards against estimation of "extreme counterfactuals," that is, those counterfactuals that fall far outside the convex hull of the data (King and Zheng 2006). As explained in Section 2.3, we chose **V** among all positive definite and diagonal matrices to minimize the mean squared prediction error of per capita cigarette sales in California during the pre-Proposition 99 period. The resulting value of the diagonal element of **V** associated to the log GDP per capita variable is very small, which indicates that, given the other variables in Table 1, log GDP per capita does not have substantial power predicting the per capita cigarette consumption in California before the passage of Proposition 99. This explains the discrepancy between California and its synthetic version in terms of log GDP per capita.

Table 2 displays the weights of each control state in the synthetic California. The weights reported in Table 2 indicate that smoking trends in California prior to the passage of Proposition 99 is best reproduced by a combination of Colorado, Connecticut, Montana, Nevada, and Utah. All other states in the donor pool are assigned zero **W**-weights.

Figure 2 displays per capita cigarette sales for California and its synthetic counterpart during the period 1970–2000. Notice

Table 2. State weights in the synthetic California

| State | Weight | State | Weight |
|---|---|---|---|
| Alabama | 0 | Montana | 0.199 |
| Alaska | – | Nebraska | 0 |
| Arizona | – | Nevada | 0.234 |
| Arkansas | 0 | New Hampshire | 0 |
| Colorado | 0.164 | New Jersey | – |
| Connecticut | 0.069 | New Mexico | 0 |
| Delaware | 0 | New York | – |
| District of Columbia | – | North Carolina | 0 |
| Florida | – | North Dakota | 0 |
| Georgia | 0 | Ohio | 0 |
| Hawaii | – | Oklahoma | 0 |
| Idaho | 0 | Oregon | – |
| Illinois | 0 | Pennsylvania | 0 |
| Indiana | 0 | Rhode Island | 0 |
| Iowa | 0 | South Carolina | 0 |
| Kansas | 0 | South Dakota | 0 |
| Kentucky | 0 | Tennessee | 0 |
| Louisiana | 0 | Texas | 0 |
| Maine | 0 | Utah | 0.334 |
| Maryland | – | Vermont | 0 |
| Massachusetts | – | Virginia | 0 |
| Michigan | – | Washington | – |
| Minnesota | 0 | West Virginia | 0 |
| Mississippi | 0 | Wisconsin | 0 |
| Missouri | 0 | Wyoming | 0 |




Figure 2. Trends in per-capita cigarette sales: California vs. synthetic California.

that, in contrast to per capita sales in other U.S. states (shown in Figure 1), per capita sales in the synthetic California very closely track the trajectory of this variable in California for the entire pre-Proposition 99 period. Combined with the high degree of balance on all smoking predictors (Table 1), this suggests that the synthetic California provides a sensible approximation to the number of cigarette packs per capita that would have been sold in California in 1989–2000 in the absence of Proposition 99.

Our estimate of the effect of Proposition 99 on cigarette consumption in California is the difference between per capita cigarette sales in California and in its synthetic version after the passage of Proposition 99. Immediately after the law's passage, the two lines begin to diverge noticeably. While cigarette consumption in the synthetic California continued on its moderate downward trend, the real California experienced a sharp decline. The discrepancy between the two lines suggests a large negative effect of Proposition 99 on per capita cigarette sales. Figure 3 plots the yearly estimates of the impacts of Proposition 99, that is, the yearly gaps in per capita cigarette consumption between California and its synthetic counterpart. Figure 3 suggests that Proposition 99 had a large effect on per capita cigarette sales, and that this effect increased in time. The magnitude of the estimated impact of Proposition 99 in Figure 3 is substantial. Our results suggest that for the entire 1989–2000 period cigarette consumption was reduced by an average of almost 20 packs per capita, a decline of approximately 25%.

In order to assess the robustness of our results, we included additional predictors of smoking prevalence among the variables used to construct the synthetic control. Our results stayed virtually unaffected regardless of which and how many predictor variables we included. The list of predictors used for robustness checks included state-level measures of unemployment, income inequality, poverty, welfare transfers, crime rates, drug related arrest rates, cigarette taxes, population density, and numerous variables to capture the demographic, racial, and social structure of states.

estimate the finite-sample average effect in subclass $j$, $\tau_{fs}(j)$, by $\hat{\tau}^{dif}(j)$, the difference in the average outcome for treated and control units in this subclass:

$$\hat{\tau}^{dif}(j) = \frac{\sum_{i:B_i(j)=1} Y_i \cdot W_i}{\sum_{i:B_i(j)=1} W_i} - \frac{\sum_{i:B_i(j)=1} Y_i \cdot (1 - W_i)}{\sum_{i:B_i(j)=1} (1 - W_i)}.$$

To estimate the overall finite-sample average effect of the treatment, $\tau_{fs}$, we average these within-block differences $\hat{\tau}^{dif}(j)$,

$$\hat{\tau}^{strat} = \sum_{j=1}^{J} \frac{N(j)}{N} \cdot \hat{\tau}^{dif}(j),$$

where $N(j) = \sum_{i=1}^{N} B_i(j)$, and the label "strat" is used to stress the connection with the estimators used in the stratified randomized experiments discussed in Chapter 9. Although this method is more robust than the weighting estimator to the presence of units with extreme values of the estimated propensity score, we still do not recommend it without some modifications. In particular, we recommend reducing the bias and increasing the precision further by using covariance adjustment within the subclasses. In Chapter 17 we describe our specific approach to combining subclassification and covariance adjustment in detail.

### *Matching Estimators*

Unlike model-based imputation and weighting and blocking methods, the fourth approach, matching, does not always rely on estimating an unknown function. Instead it relies on finding direct comparisons, that is, matches, for each unit. For a given treated unit with a particular set of values for the covariates, one looks for a control unit with as similar a set of covariates as possible. This approach has great intuitive appeal. Suppose we wish to assess the effect of a job-training program on the labor market outcomes for a particular person, say a thirty-year-old woman with two children under the age of six, with a high school education and four months of work experience in the past twelve months, who went through this training program. In the matching approach we look for a thirty-year-old woman with two children under the age of six, with a high school education and four months of work experience in the past twelve months, who did *not* attend the training program. If exact matches can be found, this is a particularly attractive and simple strategy. If no exact matches can be found, which is typically the case if the number of covariates is large compared to the number of units, this approach becomes more unwieldy. In that case one needs to assess the trade-offs of different violations of exact matching. Who should we use as a match for the thirty-year-old woman with two children and four months of work experiments who went through the training program? One possibility may be a woman from the control group who is four years older, with two months more work experience. A second possibility might be a woman who is two years younger with only one child and two months fewer work experience in the past twelve months. Assessing the relative merits of such matches requires careful inspection of the joint distribution of the covariates and substantive knowledge of the relative importance of the different characteristics for predicting outcomes. Clearly, as soon as

such compromises need to be made, matching is more difficult to implement. Difficulties in dealing with many covariates show up here in a different form than in the model-based imputation methods, but they do not disappear. With many covariates, the quality of the matching, measured by some metric of the typical distance between covariates of units and the covariates of their matches, decreases. To implement the matching approach, one needs to be able to assess the trade-offs in choosing between different controls, and this requires a distance metric. We discuss in Chapter 18 some of the choices that have been used in the literature.

***Mixed Estimators***

In addition to the four basic approaches, there are a number of estimation methods that combine features of two or more of these basic methods in an attempt to combine the benefits of each of them. Regression (i.e., covariance adjustment), for example, is a powerful and effective method for adjusting for modest between-group differences, but it is less effective when the covariate distributions differ substantially between treatment and control groups. Using regression, not globally, but only within blocks with similar covariate distributions for treated and control units – for example, defined by the estimated propensity score – may therefore combine attractive properties of regression adjustment in relatively well-balanced samples with the robustness of subclassification methods across different distributions. Similarly one can combine matching with regression, again exploiting the strengths of both methods. We view these two combinations, subclassification with covariate adjustment within subclasses, and matching with covariance adjustment, as two of the more attractive methods in practice for estimating treatment effects with regular assignment mechanisms, especially when flexibly implemented. We discuss these approaches, and specific methods for implementing them, in more detail in Chapters 17 and 18.

## 12.5 DESIGN PHASE

Prior to implementing any of the methods for estimating causal effects in settings with regular assignment mechanisms, it is important to conduct what we call the *design phase* of an observational study. In this stage, we recommend investigating the extent of overlap in the covariate distributions. This, in turn, may lead to the construction of a subsample more suitable for estimating causal estimands, in the sense of being better balanced in terms of covariate distributions. There is one important feature of this initial analysis: this stage does not involve the outcome data, which need not be available at this stage, or even collected yet. As a result, this analysis cannot be "contaminated" by knowledge of estimated outcome distributions, or by preferences, conscious or unconcious, for particular results.

### 12.5.1 Assessing Balance

The first part of the design stage is to assess the degree of balance in the covariate distributions between treated and control units, which involves comparing the distributions of

covariates in the treated and control samples. We focus on a couple of specific statistics that are useful in assessing the imbalance. First is the difference in average covariate values by treatment status, scaled by their sample standard deviation. This provides a scale-free way to assess the differences. As a rule-of-thumb, when treatment groups have important covariates that are more than one-quarter or one-half of a standard deviation apart, simple regression methods are unreliable for removing biases associated with differences in covariates, a message that goes back to the early 1970s but is often ignored.

Beyond looking at simple differences in average covariate values, we focus on the distributions of the propensity score. If the super-population covariate distributions are identical in the two treatment groups, then the true propensity score must be constant, and vice versa. Variation in the estimated propensity score is therefore a simple way to assess differences between two multivariate distributions. In practice we rarely know the propensity score *ex ante*, and so we typically have to estimate it, which involves choosing a specification for the propensity score and estimating the unknown parameters of that specification. In Chapter 13 we discuss flexible methods for doing so.

We discuss the specific methods for comparing covariate distributions and assessing balance in detail in Chapter 14.

### 12.5.2 Subsample Selection Using Matching on the Propensity Score

If the basic sample exhibits a substantial amount of imbalance, we may wish to construct a subsample that is characterized by better balance. Such a subsample leads to more robust and thus more credible causal inferences. In Chapter 15 we provide details for one method of implementing this approach that relies on having a relatively large number of controls and is appropriate for settings where we are interested in the effect of the treatment on the subpopulation of treated units. The proposed procedure consists of two steps. First we estimate the propensity score. Then we sequentially match each treated unit to the closest control unit in terms of the estimated propensity score, typically with the treated units ordered by decreasing estimated propensity score, although the order rarely matters much in practice. We match here without replacement, leading to matched samples with an equal number of treated and control units. We do not simply estimate the average effect of the treatment by taking the difference in average outcomes for the matched sample. Rather, within this matched sample, we apply some of the adjustment methods introduced previously, including those that allow for estimation of more general causal estimands than average effects, with the expectation that, because this sample has better covariate balance, the estimators for the matched sample will be more robust than the corresponding estimators applied to the original, full sample.

### 12.5.3 Subsample Selection through Trimming Using the Propensity Score

In Chapter 16 of the text, we discuss in more detail a second method for constructing balanced samples that also uses the estimated propensity score. The idea here is that for units with covariate values such that the propensity score is close to zero or one, it is difficult to obtain precise estimates of the typical effect of the treatment

because, for such units, there are few controls relative to the number of treated units, or the other way around. We therefore propose putting aside such units and focusing on estimating causal effects in the subpopulation of units with propensity score values bounded away from zero and one. More precisely, we discard all units with estimated propensity scores outside an interval, and we propose a specific way to chose the interval.

## 12.6 ASSESSING UNCONFOUNDEDNESS

In Chapter 21, in Part V of the text, we discuss methods for assessing the unconfoundedness assumption. We purposely use the term "assess" here rather than "test," because unconfoundedness has no directly testable implications. Nevertheless, there are a number of stastistical analyses that we can conduct that can shed light on its plausibility. Some of these analyses, like the analyses assessing balance, do not involve the outcome data, and so are part of the design stage. The conclusion from such analyses can be that one may deem unconfoundedness an unattractive assumption for the specific data at hand and decide not to pursue further analyses with the outcome data; or it can be that one decides that unconfoundedness is plausible, and analyses based on this assumption are credible. Here we briefly introduce three of these analyses.

### 12.6.1 Estimating the Effect of the Treatment on an Unaffected Outcome

The first set of assessments focuses on estimating the causal effect of the treatment on a variable that is known *a priori* not to be affected by the treatment, typically because its value is determined prior to the treatment itself. Such a variable can be a time-invariant covariate, but the most interesting case is where this is a lagged outcome. In this case, one uses all the covariates except the single covariate that is being assessed, say the lagged outcome. One estimates the pseudo-treatment effects on the lagged outcome. If these estimated effects are near zero, it is deemed more plausible that the unconfoundedness assumption holds than if the estimated effects are large. Of course, the assessment is not directly testing the unconfoundedness assumption, and so, no matter what the p-value of the null hypothesis of no effect, it does not directly reflect on the assumption of interest, unconfoundedness. Nevertheless, if the variables used in this proxy test are closely related to the outcome of interest, the assessment has arguably more force than if the variables are unrelated to the outcome of interest. For these analyses, it is clearly helpful to have a number of lagged outcomes. This approach is a *design* approach, not using any outcome data.

### 12.6.2 Estimating the Effect of a Pseudo-Treatment on the Outcome

The second set of assessments focuses on estimating the causal effect of a different treatment on the original outcome, and in particular a pseudo-treatment that is known *a priori* not to have an effect. This approach relies on the presence of multiple control groups and uses actual outcome data, but only for the control units. Suppose one has two possible control groups. One interpretation of the assessment is that one compares estimated treatment effects calculated using one control with average treatment effects calculated using the other control group. This procedure can also be interpreted

as estimating an average treatment effect using only the two control groups, with the treatment indicator redefined as an indicator for one of the two control groups. In that case, the pseudo-treatment effect is known to be zero, and statistical evidence of a non-zero estimated treatment effect suggests that, for at least one of the control groups, the unconfoundedness assumption is violated. Again, failure to reject this "test" does not mean the unconfoundedness assumption is valid because it could be that both control groups have similar biases, but non-rejection in the case where the two control groups are *a priori* likely to have different biases makes it more plausible that the unconfoundness assumption holds. The key for the value of this assessment is to have control groups that are likely to have different biases, if at all. One may use different geographic control groups, for example on either side of the treatment group. This approach is a *semi-design* approach, using only outcome data for the control units.

### 12.6.3 Assessing Sensitivity of Estimates to the Choice of Pre-Treatment Variables

The last approach for assessing the unconfoundedness assumption uses outcome data for all units. The idea is to partition the covariates again into two parts. Now the assessment involves comparing estimates for treatment effects using only a subset of the covariates to those for the full set of covariates. Substantial differences suggest that either unconfoundedness relies critically on all covariates, or it does not hold. Because this approach uses outcome data for all units, it is not a (semi-)design approach.

## 12.7 CONCLUSION

In this chapter we discussed the assumptions underlying regular assignment mechanisms and provided a brief overview of Parts III through V of this text. We focused primarily on the generally most controversial of these assumptions, unconfoundedness, and provided motivation for the central role this assumption plays in the third and fourth parts of this book. We then described briefly how estimation and inference may proceed with regular assignment mechanisms. In settings where the pre-treatment variables take on few distinct values in the sample, the analysis is simple and follows exactly the same path as that under stratified randomized experiments. The more challenging setting is that where the covariates take on too many distinct values in the sample to allow for exact stratification on the covariates with each stratum having both treated and control units. It is this setting that is the focus of a large theoretical literature in statistics and related disciplines. In Chapters 13–22 we provide details on the methods we view as most promising in practice in this setting.

## NOTES

The term "unconfoundedness" was introduced in Rubin (1990a, p. 284). Other terms have been used to describe the same, or closely related, assumptions. Rosenbaum and Rubin (1983a) refer to the combination of unconfoundedness and the assumption that

assignment is probabilistic as "strong ignorability." Lechner (1999) and Angrist and Pischke (2008) use the term "conditional independence assumption" for the unconfoundedness assumption. The concept of unconfoundedness is closely related to what in the econometrics literature is called "exogeneity." There are no widely agreed upon definitions of exogeneity, although some authors do view it as synonymous with unconfoundedness. Manski, Sandefur, McLanahan, and Powers (1992, p. 28) describe the treatment indicator in this setting as "'exogenous,' or synomymously, 'strongly ignorable.'" Imbens (2004) discusses the link with definitions of exogeneity in parametric regression models. Following the work by Barnow, Cain, and Goldberger (1980) in a regression setting, it is also referred to as "selection on observables." For a standard discussion of exogeneity in the econometric literature, see Engle, Hendry, and Richard (1974). For general discussions of unconfoundedness in the econometrics literature, with different perspectives, see Blundell and Costa-Dias (2000, 2002), Imbens (2004), and Heckman and Vytlacil (2007ab)

Hirano and Imbens (2001), Huber, Lechner, and Wunsch (2012), and Belloni, Chernozhukov, and Hansen (2014) discuss methods for variable selection in the context of estimating the propensity score. Rosenbaum (1984b) discusses the concerns when adjusting for covariates that are affected by the treatment.

Early applications in economics include Ashenfelter (1978), Ashenfelter and Card (1985), and Card and Sullivan (1988). The semiparametric efficiency bound for $\tau_{sp}$ is derived in Hahn (1998). See also Hirano, Imbens, and Ridder (2003).

The merits of and concerns with regression (covariance) adjustments in settings where the covariate distributions differ substantially between treatment and control groups are discussed in Cochran (1965, 1968), Rubin (1973b, 1979, 2006), and Cochran and Rubin (1973).

Rosenbaum (2009) and Rubin (2007, 2008) discuss the importance of the design stage of an observational study. The discussion in Section 12.6.2 is closely related to Rosenbaum's (1987) notion of multiple control groups. An early application of these ideas is in Lalonde (1986).

There is also a literature concerned with the difficulties of adjusting for many covariates. See Angrist and Hahn (2004), Robins and Ritov (1997), Robins and Rotnitzky (1995), and Belloni, Chernozhukov, and Hansen (2014).

There is now much software available for implementing these methods. Software includes STATA programs by Becker and Ichino (2002), Abadie, Drukker, Herr, and Imbens (2003), and Sianesi (2001), and R-programs by Sekhon (2004–2013) and Hansen (2006).

CHAPTER 13

# Estimating the Propensity Score

## 13.1 INTRODUCTION

Many of the procedures for estimating and assessing causal effects under unconfoundedness involve the propensity score. In practice it is rare that we know the propensity score *a priori* in settings other than those involving randomized experiments. Such practical settings could have complex designs where the unit-level probabilities differ in known ways. An example is the allocation of admissions to students applying for medical school in The Netherlands in the 1980s and 1990s. Based on high school grades, applicants would be assigned a priority score that determined their *probability* of getting admitted to medical school. The actual admission to medical school was then based on a (random) lottery. Such settings are rare, however, and a more common situation is where, given the pre-treatment variables available, a researcher views unconfoundedness as a reasonable approximation to the actual assignment mechanism, with only vague *a priori* information about the form of the dependence of the propensity score on the observed pre-treatment variables. For example, in many medical settings, decisions are based on a set of clinically relevant patient characteristics observed by doctors and entered in patients' medical records. However, there is typically no explicit rule that requires physicians to choose a specific treatment based on particular values of the pre-treatment variables. In light of this degree of physician discretion, there is no explicitly known form for the propensity score. In such cases, for at least some of the methods for estimating and assessing treatment effects discussed in this part of the book, the researcher needs to estimate the propensity score. In this chapter we discuss some specific methods for doing so.

It is important to note that the various methods that will be discussed in the chapters following this one, specifically Chapters 14–17, use the propensity score in different ways. Some of these methods rely more heavily than others on an accurate approximation of the true propensity score by the estimated propensity score. As a consequence, estimators for the treatment effects may be more or less sensitive to the decisions made in the specification of the propensity score. For example, one way in which we can use the propensity score is to construct strata or subclasses, within which further adjustment methods can be used. In that case, the exact specification will likely matter less than when using methods where we rely solely on weighting by the inverse of the estimated propensity score to eliminate all biases in estimated treatment effects arising

from differences in covariates distributions. Such "Horvitz-Thompson" type weighting methods, briefly discussed in Chapter 12, are therefore not emphasized in this text.

In the basic problem we study in this chapter, we have a sample of $N$ units, viewed as a random sample from an infinite super-population. Each unit in this super-population is either exposed to, or not exposed to, the treatment. In the sample, $N_c$ units are exposed to the control treatment and $N_t$ units are exposed to the active treatment, with $N = N_c + N_t$. As usual, the observed treatment indicator is denoted by $W_i \in \{0, 1\}$ for unit $i$. For each unit in the sample, we also observe a $K$-component row vector of pre-treatment variables, denoted by $X_i$ for unit $i$. Although many of the uses for the propensity score described in later chapters are motivated by the assumption of unconfoundedness, we do not explicitly use this assumption in the current chapter. In this chapter, the sole focus is on the statistical problem of estimating the conditional probability of receiving the treatment given the observed covariates,

$$\Pr(W_i = 1|X_i = x) = \mathbb{E}[W_i|X_i = x], \tag{13.1}$$

which is equal to the super-population propensity score, $e(x)$, and we will use that notation here. (Here, for ease of notation we continue to omit the conditioning on the parameters governing these distributions.) If the covariate $X_i$ is a binary scalar, or more generally takes on only a few values, the statistical problem of estimating the propensity score is straightforward: we can simply partition the sample into subsamples that are homogeneous in the values of the covariates, and estimate the propensity score for each subsample as the proportion of treated units in that subsample. Using such a fully saturated model is not feasible in many realistic settings. Often we find that many strata defined by unique values of the covariates in the sample contain only a single unit, so that the proportion of treated units within the stratum is either zero or one. Such an occurence makes many of the methods that rely on the estimated propensity score discussed in this text infeasible, and therefore we explicitly focus in this chapter on settings where the covariates take on too many values to allow for a fully saturated model, so that some form of smoothing is essential.

The goal is to obtain estimates of the propensity score that balance the covariates between treated and control subsamples. More precisely, we would like to have an estimate of the propensity score such that, within subsamples with similar values of the estimated propensity score, the distribution of covariates among the treated units is similar to the distribution of covariates among the control units. This criterion is somewhat vague, and we elaborate on its implementation later. First, it is important to note, however, that the goal is *not* simply to get the best estimate of the propensity score in terms of mean-integrated-squared-error, or a similar criterion based on minimizing the difference between the estimated and true propensity score. Such a criterion would always suggest that using the true propensity score is preferable to using an estimated propensity score. In contrast, for our purposes, it is often preferable to use the estimated propensity score. The reason is that using the estimated score may lead to superior covariate balance in the sample compared to that achieved when using the true super-population propensity score. For example, in a completely randomized experiment with a single binary covariate (but the assignment probability free of dependence on that covariate),

alternative null hypotheses: for example, hypotheses restricting higher order peer effects (peer effects from friends-of-friends) while allowing for the presence of peer effects from friends; hypotheses about whether a dense network can be represented by a simplified or *sparsified* set of rules; and hypotheses about whether peers are exchangeable, or whether some peers have larger or different effects. To test such hypotheses, in Athey, Eckles, and Imbens (forthcoming), we introduce the notion of an artificial experiment, in which some units have their treatment assignments held fixed, and we randomize over the remaining units. The artificial experiment starts by designating an arbitrary set of units to be focal. The test statistics considered depend only on outcomes for these focal units. Given the focal units, one derives the set of assignments that does not change the outcomes for the focal units. The exact distribution of the test statistic can then be inferred despite the original null hypothesis not being sharp. This approach allows us to test hypotheses about, for example, the effect of friends-of-friends, without making additional assumptions about the network structure and without resorting to asymptotics in the size of the network.

**External Validity**

Even when a causal study is done carefully, both in analysis and design, there is often little assurance that the causal effects are valid for populations or settings other than those studied. This concern has been raised particularly forcefully in experimental studies (for examples, see the discussions in Deaton 2010; Imbens 2010; Manski 2013). Some have emphasized that without internal validity, little can be learned from a study (Shadish, Cook, and Cambell 2002; Imbens 2013). However, Deaton (2010), Manski (2013), and Banerjee, Chassang, and Snowberg (2016) have argued that external validity should receive more emphasis.

In some recent work, approaches have been proposed that allow researchers to directly assess the external validity of estimators for causal effects. A leading example concerns settings with instrumental variables (for example, Angrist 2004; Angrist and Fernandez-Val 2010; Dong and Lewbel 2015; Angrist and Rokkanen 2015; Bertanha and Imbens 2014; Kowalski 2016; Brinch, Mogstad, and Wiswall 2015). An instrumental variables estimator is often interpreted as an estimator of the local average treatment effect, that is, the average effect of the treatment for individuals whose treatment status is affected by the instrument. So under what conditions can these estimates be considered representative for the entire sample? In this context, one can partition the sample into several groups, depending on the effect of the instrumental variable on the receipt of the treatment. There are two groups that are unaffected by the instrumental variable: *always-takers*, who always receive the treatment, and *never-takers,* who never receive the treatment, no matter the value of the instrumental variable. *Compliers* are those whose treatment status is affected by the instrumental variable. In that context, Angrist (2004) suggests testing whether the difference in average outcomes for always-takers and never-takers is equal to the average effect for compliers. Bertanha and Imbens (2014) suggest testing a combination of two equalities: whether the average outcome for untreated compliers is equal to the average outcome for never-takers; and whether the average outcome

for treated compliers is equal to the average outcome for always-takers. Angrist and Fernandez-Val (2010) seek to exploit the presence of other exogenous covariates using *conditional effect ignorability*, which is that, conditional on these additional covariates, the average effect for compliers is identical to the average effect for never-takers and always-takers.

In the context of regression discontinuity designs, concerns about external validity are especially salient. In that setting, the estimates are in principle valid only for individuals with values of the forcing variable near the threshold. There have been a number of approaches to assess the plausibility of generalizing those local estimates to other parts of the population. Some of them apply to both sharp and fuzzy regression discontinuity designs, and some apply only to fuzzy designs. Some require the presence of additional exogenous covariates, and others rely only on the presence of the forcing variable. For example, Dong and Lewbel (2015) observe that in general, in regression discontinuity designs with a continuous forcing variable, one can estimate the magnitude of the discontinuity as well as the magnitude of the change in the first derivative of the regression function, or even higher-order derivatives, which allows one to extrapolate away from values of the forcing variable close to the threshold. In another approach, Angrist and Rokkanen (2015) suggest testing whether conditional on additional covariates, the correlation between the forcing variable and the outcome vanishes. Such a finding would imply that the treatment assignment can be thought of as unconfounded conditional on the additional covariates, which again allows for extrapolation away from the threshold. Finally, Bertanha and Imbens (2014) propose an approach based on a fuzzy regression discontinuity design. They suggest testing for continuity of the conditional expectation of the outcome conditional on the treatment and the forcing variable at the threshold, adjusted for differences in the covariates.

**Leveraging Experiments**

In some cases, we wish to exploit the benefits of the experimental results, in particular the high degree of internal validity, in combination with the external validity and precision from large-scale representative observational studies. Here we discuss three settings in which experimental studies can be leveraged in combination with observational studies to provide richer answers than either design could provide on its own. In the first example, the surrogate variables case, the primary outcome was not observed in the experiment, but an intermediate outcome was observed. In a second case, both the intermediate outcome and the primary outcome were observed. In the third case, multiple experiments bear on a common outcome. These examples do not exhaust the settings in which researchers can leverage experimental data more effectively, and more research in this area is likely to be fruitful.

In the case of surrogate variables, studied in Athey, Chetty, Imbens, and Kang (2016), the researcher uses an intermediate variable as a surrogate for the treatment variable. For example, in medical trials there is a long history of attempts to use intermediate health measures as surrogates (Prentice 1989). The key condition for an intermediate variable to be a valid surrogate is that, in the experimental sample,

conditional on the surrogate and observed covariates, the (primary) outcomes and the treatment are independent (Prentice 1989; Begg and Leung 2000; Frangakis and Rubin 2002). In medical settings, where researchers often used single surrogates, this condition was often not satisfied in settings where it could be tested. But it may be more plausible in other settings. For example, suppose an internet company is considering a change to the user experience on the company's website. It is interested in the effect of that change on the user's purchases over a year-long period. The firm carries out a randomized experiment over a month, during which it measures details concerning the customer's engagement like the number of visits, webpages visited, and the length of time spent on the various webpages. The firm may also have historical records on user characteristics, including past engagement. The combination of the pretreatment variables and the surrogates may be sufficiently rich so that, conditional on the combination, the primary outcome is independent of the treatment.

In administrative and survey research databases used in economics, a large number of intermediate variables are often recorded that lie on or close to the causal path between the treatment and the primary outcome. In such cases, it may be plausible that the full set of surrogate variables satisfies at least approximately the independence condition. In this setting, in Athey, Chetty, Imbens, and Kang (2016), we develop multiple methods for estimating the average effect. One method corresponds to estimating the relation between the outcome and the surrogates in the observational data and using that to impute the missing outcomes in the experimental sample. Another corresponds to estimating the relation between the treatment and the surrogates in the experimental sample and using that to impute the treatment indicator in the observational sample. Yet another exploits both methods, using the efficient influence function. In the same paper, we also derive the biases from violations of the surrogacy assumption.

In the second setting for leveraging experiments, studied in Athey, Chetty, and Imbens (2016), the researcher has data from a randomized experiment, in this case containing information on the treatment and the intermediate variables, as well as pretreatment variables. In an observational study, the researcher observes the same variables plus the primary outcome. One can then compare the estimates of the average effect on the intermediate outcomes based on the observational sample, after adjusting for pretreatment variables, with those from the experimental sample. The latter are known to be consistent, and so if one finds substantial and statistically significant differences, then unconfoundedness need not hold. For that case, in Athey, Chetty, and Imbens (2016), we develop methods for adjusting for selection on unobservables, exploiting the observations on the intermediate variables.

The third setting, involving the use of multiple experiments, has not received as much attention, but provides fertile ground for future work. Consider a setting in which a number of experiments were conducted that vary in terms of the population from which the sample is drawn or in the exact nature of the treatments included. The researcher may be interested in combining these experiments to obtain more efficient estimates, perhaps for predicting the effect of a treatment in another population or estimating the effect of a treatment with different characteristics. These

issues are related to external validity concerns but include more general efforts to decompose the effects from experiments into components that can inform decisions on related treatments. In the treatment effects literature, aspects of these problems have been studied in Hotz, Imbens, and Mortimer (2005), Imbens (2010), and Allcott (2015). They have also received some attention in the literature on structural modeling, where experimental data are used to anchor aspects of the structural model (for example, Todd and Wolpin 2006).

## Supplementary Analyses

Primary analyses focus on point estimates of the primary estimands along with standard errors. In contrast, supplementary analyses seek to shed light on the credibility of the primary analyses. These supplementary analyses do not seek a better estimate of the effect of primary interest, nor do they (necessarily) assist in selecting among competing statistical models. Instead, the analyses exploit the fact that the assumptions behind the identification strategy often have implications for the data beyond those exploited in the primary analyses. Supplementary analyses can take on a variety of forms, and we are not aware of a comprehensive survey to date. This literature is very active, both in theoretical and empirical studies and likely to be growing in importance in the future. Here, we discuss some examples from the empirical and theoretical literatures, which we hope provide some guidance for future work.

We will discuss four forms of supplementary analysis: 1) placebo analysis, where pseudo-causal effects are estimated that are known to be equal to zero based on a priori knowledge; 2) sensitivity and robustness analyses that assess how much estimates of the primary estimands can change if we weaken the critical assumptions underlying the primary analyses; 3) identification and sensitivity analyses that highlight what features of the data identify the parameters of interest; and 4) a supplementary analysis that is specific to regression discontinuity analyses, in which the focus is on whether the density of the forcing variable is discontinuous at the threshold, which would suggest that the forcing variable is being manipulated.

### Placebo Analyses

In a placebo analysis, the most widely used of the supplementary analyses, the researcher replicates the primary analysis with the outcome replaced by a pseudo-outcome that is known not to be affected by the treatment. Thus, the true value of the estimand for this pseudo-outcome is zero, and the goal of the supplementary analysis is to assess whether the adjustment methods employed in the primary analysis, when applied to the pseudo-outcome, lead to estimates that are close to zero. These are not standard specification tests that suggest alternative specifications when the null hypothesis is rejected. The implication of rejection here is that it is possible the original analysis was not credible at all.

One type of placebo test relies on treating lagged outcomes as pseudo-outcomes. Consider, for example, the dataset assembled by Imbens, Rubin, and Sacerdote

(2001), which studies participants in the Massachusetts state lottery. The treatment of interest is an indicator for winning a big prize in the lottery (with these prizes paid out over a 20-year period), with the control group consisting of individuals who won one small, one-time prize. The estimates of the average treatment effect rely on an unconfoundedness assumption, namely that the lottery prize is as good as randomly assigned after taking out associations with some pre-lottery variables: for example, these variables include six years of lagged earnings, education measures, gender, and other individual characteristics. Unconfoundedness is certainly a plausible assumption here, given that the winning lottery ticket is randomly drawn. But there is no guarantee that unconfoundedness holds. The two primary reasons are: 1) there is only a 50 percent response rate for the survey; and 2) there may be differences in the rate at which individuals buy lottery tickets. To assess unconfoundedness, it is useful to estimate the average causal effect with pre-lottery earnings as the outcome. Using the actual outcome, we estimate that winning the lottery (with on average a $20,000 yearly prize), reduces average post-lottery earnings by $5,740, with a standard error of $1,400. Using the pseudo-outcome we obtain an estimate of minus $530, with a standard error of $780. This finding, along with additional analyses, strongly suggests that nonconfoundedness holds.

However, using the same placebo analysis approach with the LaLonde (1986) data on job market training that are widely used in the econometric evaluation literature (for example, Heckman and Hotz 1989; Dehejia and Wahba 1999; Imbens 2015), the results are quite different. Imbens (2015) uses 1975 (pretreatment) earnings as the pseudo-outcome, leaving only a single pretreatment year of earnings to adjust for the substantial difference between the trainees and comparison group from the Current Population Survey. Imbens first tests whether the simple average difference in adjusted 1975 earnings is zero. Then he tests whether both the level of 1975 earnings and the indicator for positive 1975 earnings are different in the trainees and the control groups, using separate tests for individuals with zero and positive 1974 earnings. The null is clearly rejected, casting doubt on the unconfoundedness assumption.

Placebo approaches can also be used in other contexts, like regression discontinuity design. Covariates typically play only a minor role in the primary analyses there, although they can improve precision (Imbens and Lemieux 2008; Calonico, Cattaneo, and Titiunik 2014a, b). However, these exogenous covariates can play an important role in assessing the plausibility of the regression discontinuity design. According to the identification strategy, they should be uncorrelated with the treatment when the forcing variable is close to the threshold. We can test this assumption, for example by using a covariate as the pseudo-outcome in a regression discontinuity analysis. If we were to find that the conditional expectation of one of the covariates is discontinuous at the threshold, such a discontinuity might be interpreted as evidence for an unobserved confounder whose distribution changes at the boundary, one which might also be correlated with the outcome of interest. We can illustrate this application with the election data from Lee (2008), who is interested in estimating the effect of incumbency on electoral outcomes. The treatment is a Democrat winning a congressional election, and the forcing variable is the

Democratic vote share minus the Republication vote share in the current election, and so the threshold is zero. We look at an indicator for winning the next election as the outcome. As a pretreatment variable, we consider an indicator for winning the previous election to the one that defines the forcing variable. Our estimates for the actual outcome (winning the next election) are substantially larger than those for the pseudo-outcome (winning the previous election), where we cannot reject the null hypothesis that the effect on the pseudo-outcome is zero.

One final example of the use of placebo regressions is Rosenbaum (1987), who is interested in the causal effect of a binary treatment and focuses on a setting with multiple comparison groups (see also Heckman and Hotz 1989; Imbens and Rubin 2015). In Rosenbaum's case, there is no strong reason to believe that one of the comparison groups is superior to another. Rosenbaum proposes testing equality of the average outcomes in the two comparison groups after adjusting for pretreatment variables. If one finds that there are substantial differences left after such adjustments, it shows that at least one of the comparison groups is not valid, which makes the use of either of them less credible. In applications to evaluations of labor market programs, one might implement such methods by comparing a control group of individuals who are eligible but choose not to participate with another control group of individuals who are not eligible, as in Heckman and Hotz (1989). The biases from evaluations based on the first control group might correspond to differences in motivation, whereas evaluations based on the second control group could be biased because of direct associations between eligibility criteria and outcomes.

**Robustness and Sensitivity**

The classical frequentist statistical paradigm suggests that a researcher specifies a single statistical model, estimates this model on the data, and reports estimates and standard errors. This is of course far from common practice, as pointed out, for example, in Leamer (1978, 1983). In practice, researchers consider many specifications and perform various specification tests before settling on a preferred model. Standard practice in modern empirical work is to present in the final paper estimates of the preferred specification of the model in combination with assessments of the robustness of the findings from this preferred specification. These alternative specifications are intended to convey that the substantive results of the preferred specification are not sensitive to some of the choices in that specification, like using different functional forms of the regression function or alternative ways of controlling for differences in subpopulations.

Some recent work has sought to make these efforts at assessing robustness more systematic. In Athey and Imbens (2015), we propose one approach to this problem, which we illustrate here in the context of regression analyses, although it can also be applied to more complex nonlinear or structural models. In the regression context, suppose that the object of interest is a particular regression coefficient that has an interpretation as a causal effect. We suggest considering a set of different specifications based on splitting the sample into two subsamples, and estimating them separately. (Specifically, we suggest splitting the original sample once for each

of the elements of the original covariate vector $Z_i$, and splitting at a threshold that optimizes fit by minimizing the sum of squared residuals.) The original causal effect is then estimated as a weighted average of the estimates from the two split specifications. If the original model is correct, the augmented model still leads to a consistent estimator for the estimand. Notice that the focus is *not* on finding an alternative specification that may provide a better fit; rather, it is on assessing whether the estimate in the original specification is robust to a range of alternative specifications. This approach has some weaknesses. For example, adding irrelevant covariates to the procedure might decrease the standard deviation of estimates. If there are many covariates, some form of dimensionality reduction may be appropriate prior to estimating the robustness measure. Refining and improving this approach is an interesting direction for future work. For example, the theoretical literature has developed many estimators in the setting with unconfoundedness. Some rely on estimating the conditional mean, others rely on estimating the propensity score, and still others rely on matching on the covariates or the propensity score (for a review of this literature, see Imbens and Wooldridge 2009). We recommend that researchers should report estimates based on a variety of methods to assess robustness, rather than estimates based on a single preferred method.

In combination with reporting estimates based on the preferred specification, it may be useful to report ranges of estimates based on substantially weaker assumptions. For example, Rosenbaum and Rubin (1983b, see also Rosenbam 2002) suggest starting with a restrictive specification, and then assessing the changes in the estimates that result from small to modest relaxations of the key identifying assumptions such as unconfoundedness. In the context Rosenbaum and Rubin consider, that of estimating average treatment effects under selection on observables, they allow for the presence of an unobserved covariate that should have been adjusted for in order to estimate the average effect of interest. They explore how strong the correlation between this unobserved covariate and the treatment, and the correlation between the unobserved covariate and the potential outcomes, would have to be in order to substantially change the estimate for the average effect of interest. Imbens (2003) builds on the Rosenbaum and Rubin approach by developing a data-driven way to obtain a set of correlations between the unobserved covariates and treatment and outcome.

In other work along these lines, Arkhangelskiy and Drynkin (2016) study sensitivity of the estimates of the parameters of interest to misspecification of the model governing the nuisance parameters. Tamer (2010) reviews how to assess robustness based on the partial indentification or bounds literature originating with Manski (1990).

Altonji, Elder, and Taber (2008) and Oster (2015) focus on the correlation between the unobserved component in the relation between the outcome and the treatment and observed covariates, and the unobserved component in the relation between the treatment and the observed covariates. In the absence of functional form assumptions, this correlation is not identified. These papers therefore explore the sensitivity to fixed values for this correlation, ranging from the case where the correlation is zero (and the treatment is exogenous), to an upper limit chosen to match

| | |
|---|---|
| **From:** | Turner, Barbara R[/O=BNSF/OU=RAILS/CN=RECIPIENTS/CN=B802507] |
| **Location:** | Refreshments and lunch ordered 9.29 |
| **Subject:** | BNSF/CSX mtg. - Board Room ~ Business casual |
| **Importance:** | Normal |
| **Start Time:** | Wed 10/1/2003 3:00:00 PM (UTC) |
| **End Time:** | Wed 10/1/2003 6:15:00 PM (UTC) |

BNSF attendees: MKR, JPL, CRI, PJR, Rich Stroot, RDB, Denis Smith, Tom Kraemer ~ [TNH not attending--on vacation in Italy, per TNH 9.04]
CSX attendees: Mike Ward, Les Passa, Mike Giftos, Frank Pursley, Clarence Gooden

# FINAL TRANSCRIPT

CCBNStreetEvents™

## Event Transcript

### BNI - Burlington Northern Santa Fe Corporation 3rd Quarter 2003 Financial Presentation

Event Date/Time: Oct. 21. 2003 / 8:45AM ET



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

# FINAL TRANSCRIPT

**BNI - Burlington Northern Santa Fe Corporation 3rd Quarter 2003 Financial Presentation**

## CORPORATE PARTICIPANTS

**Matthew Rose**
*Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

**Thomas Hund**
*Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

**John Lanigan**
*Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

**Carl Ice**
*Burlington Northern Santa Fe Corporation - Chief Operating Officer, Executive Vice President*

## CONFERENCE CALL PARTICIPANTS

**Thomas Wadewitz**
*Bear Stearns - Analyst*

**James Valentine**
*Morgan Stanley - Analyst*

**Scott Flower**
*Salomon Smith Barney - Analyst*

**Ken Hoexter**
*Merrill Lynch - Analyst*

**John Barns**
*Deutsche Banc - Analyst*

**Gary Yablon**
*Credit Suisse First Boston - Analyst*

**Greg Burns (ph)**
*J.P. Morgan - Analyst*

**Jeff Kaufman (ph)**
*Fulcrum Global Partners - Analyst*

**Jason Seidel (ph)**
*Avondale Partners - Analyst*

**Daniel Hemme**
*Prudential Securities - Analyst*

**Jennifer Ritter (ph)**
*Lehman Brothers - Analyst*

## PRESENTATION

**Operator**

Welcome to the BNSF Railway conference call. At this time all participants are in a listen-only mode. Later there will be an opportunity for questions and comments, instructions will be given at the time. For a question press star one and remove your self-from queue by pressing the pound key. If you're using a speakerphone, please pick up the handset before pressing any numbers. If you should require any assist APS during the call press star 0 and an AT&T operator will assist you.

I would like to turn the cone freeness over to the host, BNSF Chairman, President, Chief Executive Officer, Matthew Rose.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Good morning and welcome to the third quarter financial presentation. With me here today in Fort Worth is Tom Hund, E.V.P. and Chief Financial Officer, Carl Ice, E.V.P.and Chief Operating Officer and John Lanigan, E.V.P. and Chief Marketing Officer.

Our presentation this morning is a available by webcast, so I will start by directing everyone's attention to the first slide regarding forward-looking statements. This statement cautions anyone that any forward-looking information presented here today could be affected by a number of factors including economic conditions fuel prices and of course weather.

Taking a look at the results of the third quarter, freight revenue increased 3.6% with 1% coming from fuel surcharges compared to the guidance in July, in terms of our guidance for 3 to 4% for freight revenues. The primary drivers f revenue growth were international and truck load, where we achieved 17 and 20% respectively as well as a nice pickup in the agricultural products business. We realized almost 2% in real price increases in industrial products and a little less than 1 and one and a half percent increase in consumer and Ag. John will give you an update for each of the business segments.

On the expense side we told you last quarter operating expenses up 3% due to fuel and separation costs of about $15 million. Actual operating expenses up 4% so came in a little higher than we anticipated which was primarily driven by higher volumes, unit miles were actually up 5 5%, and this resulted in crew costs being higher than we expected. Tom and Carl will be covering the expense components in more detail. Looking at the operating ratio of 81.8% for the quarter, if we exclude the net impact of higher fuel prices and employee separation cost, the operating ratio would have been about 80%. Finally, earnings per share was 55 cents per share.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

Now I will turn it over to Tom for a more detailed review of the third quarter financial results and specific guidance on expense levels for the fourth quarter.

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Thanks Matt. Good morning to everyone.

As Matt said, our earnings per share was 55 cents for the third, quarter compared to 51 cents last year. Operating income in the third quarter was $430 million, 11 million higher than 2002. Freight revenue growth at 3.6%, including 1% of surcharges was off set by higher fuel expense primarily due to fuel prices. We also in incurred the $15 million employee severance and separation cost. The third quarter operating ratio was 81.8% compared with the 81.6 in 2002, and as Matt mentioned, if you exclude higher fuel prices and employee separation, the operating ratio would have been 80 and I will give you a summary of expense results next and John will cover revenue.

Turn to expenses here is a composition of the expenses, which is generally in line with what we is seen before. For the quarter, expenses up 4% primarily drive bin the higher fuel prices and excluding fuel expenses up 2% on 3% higher gross ton and 5% higher fuel miles. Looking at the individual components of expense, starting with compensation and benefits, it was $764 million for the third quarter, up about 4% or 32 million from the same period in 2002. While head count down 2.5%, compensation and benefits for employee up 7%, primarily due to higher volumes, crew training costs, lower than planned productivity, which Carl will address later. As well as wage inflation and higher wage and welfare costs. Looking forward to the fourth quarter, we expect compensation and benefits expense to be around 1% higher than the $764 million we incurred in the third quarter of 2003, primarily due to higher fourth quarter volumes versus the third quarter. Also higher vacation costs for maintenance employees, and lower capitalized overhead credit through the timing of our capital program.

Purchase service expense was $314 million up 4% or $12 million from the same period in 2002 and below the guidance from last quarter. The increase it primarily driven by due to the volume related intermodal ramp cost and locomotive contract maintenance, in the fourth quarter expect services to be flat with the third quarter of 2003.

Depreciation expense, $232 million with $3 million lower than a year-ago, primarily due to the accounting change associated with FAS 143 and we expect depreciation expense to be in this range during the fourth quarter.

Equipment rents in the third quarter was $180 million, $2 million below the same period 2002 and lower than the guidance provided last time. The decrease is primarily due to lower rates and equipment mix off set by the volume growth. Looking to the fourth quarter, we expect equipment rents to be 3% lower than third quarter of 2003 primarily due to favorable lease rates.

Material and other expense was $215 million in the third quarter slightly lower than the guidance we provided last time. The includes the $15 million of employee separation costs Matt and I referred to earlier. We expect fourth quarter material and other to be at about the same level as third quarter of 2003, as the reduced separation costs offset by a comparable decrease in capitalized overheads in the fourth quarter, primarily due to the overhead program.

Finally fuel expense of $260 million was $45 million or 21% higher than the third quarter of 2002, primarily driven by a 13 cent increase in the price per gallon. And at current prices, we expect fourth quarter to be $282 million, $20 million higher than third quarter of 2003 and half driven by price and half by increased volume.

So in summary we expect expenses in the fourth quarter to be about 1% or $20 million higher than the third quarter of 2003, primarily driven by the increase in fuel. Here is a look at the fuel price over the last several quarters in of the third quarter average fuel price per gallon was 91 cents before hedge and 86 cents after hedge. In the fourth quarter, we're hedged at about 60% level primarily using collars. And also looking to the out years 2004 is currently 67% hedge 2005 42% and 9% hedged in 2006. Now, you will note that we converted the majority of the 2002 collars into heating oil swaps to remove the volatility as we get closer to the start of 2004.

Next is the capital commitments for the past five years and you will notice the 2003 is $100 million higher than we showed you last time. This results from our tap take advantage of an opportunity to receive 65 additional locomotives in the fourth quarter on favorable economic terms, including not incurring any ownership costs until next year and these locomotives were originally planned to be acquired in the first quarter of 2004.

Even though we are not reviewing the entire 2004 plan today, we are including a view of capital -- of the capital plan for '04 and '05 reflecting the 65 locomotives drawn forward to 2003. We plan to accelerate the locomotive acquisitions by acquiring



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

a total of 350 units in 2004. This accelerated plan is due to emission standards effective 1/1/05 which requires new models with unproven liability and also to take advantage of bonus depreciation, which sunsets on the same date. As you can see our plan for 2005 is to be on a significantly reduced capital program which includes fro locomotive acquisitions.

Third quarter other income includes a one-time recovery of approximately $7 million. In the fourth quarter we expect other to be an expense of about $10 million, which includes a $7 million charge related to the call of $150 million of high coupon debt which we are going to refinance at more favorable rates. The third quarter tax rate was 38.1% and expect the fourth quarter to be 37.5, so slightly lower. The debt cap capitalization ratio for the third quarter was 47.5%. Current estimate of free cash flow is 150 to $250 million and this is after payment of 150 million for locomotive acquisitions which in prior years have been leased and also after the increased dividend.

Turning to share repurchases, we bought back about 2 million shares in the third quarter for a total of $55 million. The program to date as of September 30th, 2003 purchases were 122 million shares at an average price slightly above $26 or $3.2 billion. Outstanding shares more than 20% lower since the repurchase program began in 1998.

With that, I'll turn it over John to cover revenues.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

Thanks, John, good morning, everybody. The good news is third quarter revenues grew by 3.6% or $83 million from a year ago, including fuel surcharge. Consumer continues to be the growth engine. It represented 39% of the revenues during the quarter, up almost a percentage point from a year earlier. Ag and industrial products also improved the percent of total revenues.

I'll talk about the component is of the revenue growth and how mix impacts that growth. The analysis of revenue changes year-over-year begins with three important positive factors. Ongoing success with price increases and creating value for the customers. Overall price levels up over 1%. In the industrial and consumer groups, we consistently maintained the price levels at close to 2% over the last couple of years despite the recession and near depreciation in some producer markets. Two, the fuel price recovery. We collected fuel surcharges of $28 million or 1% of revenues and three, volume as measured in revenue ton miles up 3.2% despite the 2% decline in manufacturing production. This leaves a negative mix of 2% and I will address each of the drivers of the growth in detail later.

Again, the good news is that third quarter freight revenues grew by 3.6% and fuel surcharge was about 1% of that. Our third quarter results continue the positive top line revenue growth we have shown all year. After flat performances in last year's third and the fourth quarters, our first quarter revenue was up 3% and second and third quarters were up almost 4% respectively. International intermodal revenues up 17% and growth would have been stronger without the impact of preshipping last year in anticipation of the West Coast Port Strike and the mobile partnering initiative contributed to the truck load group 20% increase for the quarter. I will cover the intermodal partnering performance in detail later.

Ag and industrial also grew. In Ag benefited from the record grain crops with strong performances in wheat and barley and our ethanol business showed over 100% growth in revenue. Industrial benefited from the strong price perform command and growth in building products chemicals and clay. Unfortunately, mine production problems in three plants that either closed or switched to natural gas impacted our coal year-over-year performance.

From a unit volume standpoint, our 3.3% increase in units was driven by the strong intermodal growth. International volume growth was over 17%. And both Ag and industrial products registered volume increases as well. However, the mine problems in the powder river basin continue to impact the coal sector reducing traffic by 4% on a year-over-year basis. As you can see the differences in the growth in units compared with the growth in revenues was favorable and this translates into revenue quality improvement, which I will address in the next few slides.

Over all the revenue per RTM slightly higher than a year-ago and this reflects strong third quarter price increases of 1.3% and 1% from fuel cost recovery. These price increases off set negative mix in the major sectors. In coal, revenue per RTM yields were down 1.2% due primarily to a favorable litigation reversal a year-ago and mix from the higher capacity aluminum sets by a Texas customer. Coal prices were up 1% reflecting R-cap unadjusted escalation of about 3%, offset by legacy contracts from three plants of about 2%. In Ag, products revenue per RTM down 4.3% due to negative mix from increased corn exports increased longer haul wheat shipments to the Gulf, increased ethanol shipments to California, which is also longer haul traffic. Ag prices levels were up about 1.3%, reflecting strong general price increases the almost 3% in several sectors.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

Industrial products revenues for RTM flat for the quarter and price increases including fuel recovery of 3% offset by negative mix in the decline in plastics, one of the highest rated commodities in this sector. Lower rated machinery and building products traffic increased as well as longer haul tack night shipments.

In intermodal and consumer revenue per RTM down a little less than a percent reflecting price increases of about 1.4% and fuel surcharges of 1.7%, offset by the negative mix. International loads and revenues empty increased while the higher rated direct business remains soft. In automotive, revenues per RTM was up 1.7% due to positive mix from shorter haul Ford southwest traffic and changing of sources in Honda CRV model from the West Coast to Baltimore.

The over all price increase is 1.3% versus a year-ago on a same store basis. As we have told you previously, we continue to maintain pricing initiatives across the product lines. This strong performance is led by the industrial products group with price increases of close to 2%, excluding fuel surcharge. This pricing initiative should continue to benefit us as recovery gains momentum in 2004.

The price levels changed versus the year-ago on a same store basis. As we told you previously we continue to maintain pricing -- sorry, had the same sheet twice.

Fuel surcharges for the third quarter showed a year-over-year increase of $22 million. These fuel surcharges cover the approximately two thirds of the impact of higher fuel prices. As we said in the past, we are committed to increasing our over all few surcharge coverage so that we are prepared for the future.

Moving on to the individual segments; in the coal market July loadings negatively impacted by mine production problems caused by heavy rains and flooding in June. In addition mine staging problems negatively impacted September loadings but we saw strengthening demands beginning in September. Comparing July to September, the set counts and utility forecast increased 5%. As I mentioned earlier, coal price levels up about 1% as R-cap increases partially offset by legacy contracts and favorable litigation reversals a year-ago. It was announced earlier this year that we lost the Omaha public power contract and that same week we were notified we were losing another contract in 2005 worth 9 million-tons per year. As a result, we have been working aggressively to fill the capacity created by the loss of this business. In our Ag products market a strong wheat crop this year combined with a poor crop last year drove significant growth in bulk wheat exports, bulk driven by the ramp up of ethanol to California. Increased shipments of DDGs, a byproduct on ethanol. Corn revenues grew 1.7% due to strength from PNW exports and domestic traffic. Soybean traffic, however, was down 15.4% due to a shift in Chinese imports, to cheaper South American products.

Industrial products, with a record quarter, was up almost 6%, driven by strong demand and price increases in the building products and construction products sector. Building products led by record lumber and strong paper revenues increased 8.4%. Lumber, which was up 14%, set a record for the third quarter as a result of strong housing starts. Paper experienced increase of 10% due to increased demand in some new business. Construction products driven by record clay and aggregate revenues and stronger demand for steel, taconite and minerals increased. Chemical and plastics up 2.3% due to a slide increase in demand and new business. Petroleum products revenues up only slightly as demand remained weak.

In consumer products, this quarter was a record quarter in both volumes and revenue. We saw double digit growth in truck load, international and perishables and they also posted record quarters in volumes and revenue. For the first time this year truck loads growth surpassed international with over a 20% increase for the quarter. We saw strong growth with JB Hunt and Schneider. Modal partnering was also a key driver with 85% growth from the initiative to broaden the penetration of the truck load market. International up over 17% for the quarter versus a year-ago. Again, a record high. Two third is of the revenue growth comes from two new accounts moving traffic mostly from the Pacific southwest to our logistics park Chicago and the rest is organic growth from existing accounts.

Perishables revenue grew almost 19%. Peak Logistics continues to drive the double digit growth and a significant portion of this new car load business continues to be produced for Wal-Mart.

Our domestic intermodal growth is driven largely by a focus with truing companies and I will talk about that next. I mentioned that our modal partnering initiative resulted in strong growth in the truck load and perishable during the third quarter and we continue to see strength with the initiative over the next few years. This year we anticipate growing the modal parer inning revenue by over $100 million and this growth is primarily driven by truck load carriers accelerating use of rail services. Performance by the modal partners up by a phenomenal 85% versus third quarter last year.

In summary, the IPI manufacturing excluding tech index which broadly tracks our business should show gradual improvement



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

over the third quarter but will still lag last year. Although we face a tough year-over-year in the fourth quarter we should see strengthening demand for coal and Ag will benefit again from strong grain exports. Industrial products will compare favorably to 2002's weak fourth quarter, due to recent strong demand in building products and construction products, as well as some new business. We expect to see continued strong growth in the intermodal sector led by international and truck loads. So, all over all we expect another positive quarter with revenue growth between 5 and 6%.

And I will now turn it over to Carl Ice for a review of operation.

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - Chief Operating Officer, Executive Vice President*

Okay, thanks, John, good morning, everyone.

This morning in the operations segment we will cover service and productivity. First to start with service for the quarter we ended at 88% on time. That is about a 3% drop from the performance in 2002. So let me start by saying very clearly we are not satisfied with those results. On the other hand, at same time, we don't want this to be construed that our network is in dire shape because if you look at a longer period of time, back to 2000, 2001 where we are is similar to where we were in those years. So effectively what has happened is that we have given up the gains we made last year. Now, again, we are concerned about this and don't believe it has to be that way as well as all the recent discussions that have occurred about network congestion and capacity problems and velocity win the industry, we thought it was beneficial to spend time to talk about how all that pertains to BNSF.

First we believe we should begin the discussion with the volume impacts. John has described the volume increases we had year-over-year. This chart shows it a little different way showing increases in gross ton miles and in train miles and in both those cases you see large increases for this year and over a longer period of time over multiple years increases as well. As significantly that -- those volume increases didn't come consistently across the network when John showed you the slides by business group you could see some differences by region of what the impact is. What that did to us was strained the capacity in some of of our lanes and that really began then with impacts in our online meets or delays online and we saw about a 20% increase in the third quarter year-over-year in that.

That by itself drove a slowing of the network. But as importantly then trains got out of their slots in terms of when they at this time the terminals and the terminals had more volume to handle as well so eventually we saw crew impacts because of that and the online delays and so forth caused us to have some additional hours of service crews, crews that we had to relieve because they worked too long. All of which then created some crew short shortages in spots across the network and then eventually locomotive shortages as well as the network slowed a little more and now we are seeing some locomotive shortages associated with volume but that is really a fourth quarter story.

So to put that all in context the velocity measures show the impacts. We saw a slowing in car and locomotive velocity of a couple percent, which is again about where we were in terms of the overall service performance. Again, want to put in context that is not dissimilar from what we have seen in previous years. So that leaves to a question what does that mean about productivity on the network and did all that mean that we have given up a lot in terms of cost performance and we turn to the productivity when measure for employees and we continue to have a reduction in employees and combined with the increase in gross ton miles a nice improvement in employees or gross ton miles per employee and unit miles per employee. The employee reductions were fueled by major decreases in mechanical engineering and administrative function and our train service employees stayed virtually flat.

So the next question of course then is what happened to the compensation expense as per employee went up, as Tom described earlier. That happened in the transportation area and was driven by several factors. First, even though the employees were relatively flat the volume drove additional screw starts and we add about 4% than more crew starts than we did in 2002. And about $5 million in additional expenses. As we look on a per employee basis we saw the base compensation being higher. Still a good thing that we were able to control the number of employees because we didn't pick up the benefit loads and so forth, to drive increased cost per employee and then the network issues increased over time. The hours of service crews or DOLs, as we call them, were each up about $3 million, $2 million respectively and penalty payments additional million or so led to an impact about the same size as volume increases and lastly a couple conscious decisions of how to adjust the plan as we had the impacts on crews and first slowed the RCL program down. What we didn't believe we could afford was letting the crew shortages be aggravated by taking people out and having them be trained so slowed that down for this back half of the year and we expect to fully pick back up again early next year.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

Then secondly we had new hire training to bring more employees on and that was about a $3 million expense as well. So the three buckets are what drove some of the increases in the cost per employee again primarily the train service employee area.

Extension of that then is what does that mean about over all expenses for our transportation employees and how do those compare with how volume and revenue change and this chart speaks to that. First on the left you can see a 2002 to 2003 comparison. We did see transportation expense go up about 5.5% on a volume increase, measured in unit miles, by 5.1%. We did have inflationary increases of 2.7% so we did offset most of inflation virtually all of inflation by only going up 4 tenths of a percent, but we weren't able to drive more profit productivity and offset volume gains. On the chart on the right comparing '01 to '02 you see a better story with transportation expense up 6.4% and unit miles up 7.5%. So we offset all of inflation the two years and showed some productivity on top of that.

So again, as we look at this, we're not where we would expect to be. We expect to continue to make improvements but it is not a cause for alarm. Even if we take the chart on the left, if where what we do over a long period of time in the most variable expense is offset inflation and match the expense increases with volume increases and that is a situation that could be tolerated and we don't expect to do that. We expect to do better than that.

To wrap up, we are not satisfied with where we we are and we have actions in place and we think we will make short term and long term improvements. First in the short term, as Tom described locomotives to you and we've advanced locomotives and we expect those to help and as I mentioned we have some acceleration of crew hiring then this year. We went up to about 1200 which is over a 50% increase from where we expected to be. And we have 250 or so that are still in the pipeline that will help us throughout the fourth quarter. And we expect a little more hiring next year than this year, although not greatly different. Those two factors we expect to be less of an impact and we don't think they were the primary drivers but not in a situation weigh can let them be an impact. And then in terms of the network itself, we continue to drive the reliability initiatives and that eliminates the time of any impact itself but also then helps our capacity in that we are not straining it further by having to work around an unplanned event and then longer term we are continuing with the capacity plans that we described to you earlier in the year.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Thanks, Carl. So summarize that you have been hearing from Tom, John and Carl, we're finally seeing positive revenue growth if spite what I think most of us agree is a sign of recovery in the industrial economy but also faced with some expense challenges as it created short-term crew issues that Carl detailed for you.

We are continuing to realize more value for the services in the form of higher prices and continue to focus on productivity improvements and resolving the short term operating issues so that our franchise will be well positioned for growth as the economy continues that recovery and we believe freight revenue for the fourth quarter will be up 5-6%. That is driven by the growth in intermodal in both international and truck load segments as well as strong performance in agricultural products and modest industrial products, some what offset bay decline in coal. Tom it is a provided specific guidance but once again we caution that fuel could be volatile and that environment estimate is based on the current outlook. If fuel stays where it is earnings per share should be in the mid 50s.

Longer term with modest economic recovery and continued emphasis on pricing are services to reflect the marker value, we believe that 3-5% revenue growth is sustainable with ongoing productivity initiatives and moderating fuel prices should be able to realize significant growth in earnings per share and continue to focus on generating free cash flow and using the cash to improve the returns both through dividends and share repurchases and to the last point we know we have to manage the capital and continue usually improve the return on investment capital. We will see a substantial increase in the capital due to the accelerated acquisitions of locomotives. As Tom also explained, we feel like two very compelling reasons to go forward with the plan, the unproven reliability of the locomotives to meet the the new emissions standards. And the fact that bonus depreciation expires at the end of next year as well so we feel this is something that makes a lot of sense for us to do financially and operationally and does not indicate any change in the commitment to take a disciplined approach to capital spending which is why we went ahead and provided a detail of the spending flan plans for 2005.

With that Tom, I think we're ready to open it up for questions.

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

## QUESTIONS AND ANSWERS

**Operator**

If you have a question or comment press star one at this time. And our first question today comes from the line of Thomas Wadewitz representing Bear Stearns. Please go ahead.

---

**Thomas Wadewitz** - *Bear Stearns - Analyst*

Yeah, good morning everybody. I have got two different lines of questions here. First one, when I look at the earnings guidance you have given for fourth quarter is looks to be a bit conservative and I want to get a sense of whether that is the approach or whether there is something I'm not seeing. I see an easy intermodal with the West Coast last year and feels like grain is going to continue to be strong and possibly an improvement in coal fourth quarter versus third and that leads me to believe you could see a bit of acceleration in earnings fourth quarter compared to third but your guidance mid 50s similar to third quarter so give me some sense is that conner conservative or is there something that I'm missing in there.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Tom, why don't you --

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Sure, thanks, Tom, good morning. Maybe there is a little bit of conservativism in there but we have to consider a couple other things and revenues will be up a fair amount year-over-year. But as I mentioned in my comments we do have because of the timing of the capital program lower capitalized overhead credits that hits us for at least a penny and debt call a hits us for a penny and fuel up and I think at the end of that I don't think the guidance we have given in unrealistic in our view at this point.

---

**Thomas Wadewitz** - *Bear Stearns - Analyst*

Would you see some of those factors becoming less of an issue as we go into 2004 and see a bit more of earnings acceleration as we go into '04 assuming the revenue side continues to be strong.

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

I think the biggest think thing is the fuel outlook as we roll off of this year and fuel for next year. Two things. One is just the high prices of this year will then give, you know a more favorable comparisons and as I mentioned in my comments we have hedged a fair amount of fuel for next year and converted what were collars into swaps so we've locked those in to remove the variability so I think the fuel increase the revenue pictures to I agree with the comments you made.

---

**Thomas Wadewitz** - *Bear Stearns - Analyst*

Great,. One other question for you then. As we look at the market share shifts going back and forth with some different big contracts, can you give us a sense of you have got some gains in coal next year and there has been some intermodal business in the direct area that you have lost. Can you give us any kind of a sense of maybe where you net out in terms of net contracts gains next year and that revenue impact when you maybe look at both coal and intermodal?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Tom, let me make a couple comments and I will ask John to make the specifics. Again, our real focus on market share is to bring additional business to the railroad, not to simply change rail contracts and we have just had significant success in our truck load business growth from modaling partners that John talked about. When railroads talk about taking trucks off the highway, that is truly new growth to the railroad industry and so our primary focus is to grow outside of the rail network and bring additional business to the railroad and we are seeing I would call it significant success in that. The issue with the, you know, the larger contracts and coal, as you are aware, we announced a customer retention strategy early last year and unfortunately, you know, we had a couple of significant losses, one being the OPPD that was announced publicly in, I believe it was in July and then that same week we heard a much large coal contract that we lost starting in 2005. So our focus that the point in time turned solely to replacing that lost business to fill up the capacity which is what we have said we will do every time we lose a large piece of business like that.

John, why don't you go through the puts and takes on the rest of the businesses.

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

So when you look at it from an over all stand point, Tom, we will gain some share in coal next year primarily driven by the Georgia power business which comes on in January which was announced over a year-ago and intermodal in general will continue to grow because of the strong growth in the mobile partnering initiatives. We really really have seemed to hit a real sweet spot in working with the truck load carriers that are below the Hunt and Schneider levels, the kind of the number five through number X, and have brought on is a new truck load carriers this year so see continued strong growth in that area.

---

**Thomas Wadewitz** - *Bear Stearns - Analyst*

Okay. So if I throw out some rough numbers maybe you can give me a sense and looks like with my analysis, looks like maybe as much as $200 million in new coal business next year from contract wins if you net things out and maybe kind of $60 million loss of direct intermodal in terms of share. Is that the right order of magnitude for those two different segments?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Well, as we said, Tom, we're aggressively working to replace the loss of the Omaha power as well as other significant loss that we were informed of. So, assuming that we do that which we are committed to doing you will actually see a little higher increase in coal on a net net basis in 2004. Then you will see as John and announced the loss in 2005 of roughly 9 million-tons. As far as the intermodal loss, John, it is in the order of magnitude of 25 million.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

We basically made up the intermodal loss, Tom and will continue to accelerate past that so I think it is all about coal.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Yeah.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

I mean we will have a net gain in intermodal next year as well.

---

**Thomas Wadewitz** - *Bear Stearns - Analyst*

Great, thanks very much for the time.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

You bet.

---

**Operator**

Our next question comes from the line of James Valentine with Morgan Stanley. Please go ahead.

---

**James Valentine** - *Morgan Stanley - Analyst*

My first question has to do with pricing versus labor inflation. Walk us through here and you guys are making good strides in the fact that pricing is starting to go up for you and for the industry which is long over due but talking about 1.3% for the quarter and labor costs up 7%. That is the benefit of 60-30 lowering the payroll taxes and maybe some from remote control I don't know if that lowered the crew costs. But the point is this has been a possible for the industry for a few years and seems to be possibly supply chain accelerating here and labor costs going up at multiples of what the price increase to the customers is going up. Can you walk us through I guess how much of a risk this is going forward and what you can do to stop this? Because I mean we know that the in the labor contracts they are going to get paid four or five percent for employee inflation going forward and going to share some of the healthcare costs still going to go up so trying to get my hands around the two die diverging trends.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Tom, take it.

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

I'll start and then maybe John or Matt will chime in on the pricing side. But I think you have got it fairly correct and we have to remember that comp and benefits is about 40% of the expense pie while the revenue increases are, you know, relate more to a larger number if, if you will. So but I think we are looking at labor costs probably going up as you said in the 4-5%. I didn't disagree with that because got probably 3% give or take on wages. With the health and welfare reform got some help there but that is still probably going to increase at a high single digits and the last piece coming in next year so that helps on the payroll taxes, but I think when you blend it all the 4-5% is something that is clearly we agree with. I think besides the fact that we do get rate increases productivity improvements and Carl talked about offsetting inflation with productivity and that is something that we continually take on as a challenge. Year-over-year. That it one of the things that we always try and do is make sure we have enough productivity initiatives to offset inflation generally in our cost structure, and we think we can continue to do that. We are clearly a little disappointed with the rise in the third quarter that we saw in comp and benefits but as Carl explained some of that is due to the fact that we are actually not bringing on as many people but actually getting more productivity out of some of the people we have on the property. So I think that is probably the other thing we have to remember.

---

**James Valentine** - *Morgan Stanley - Analyst*

Do you think you can keep taking 2-3% of the head count out each year, because that seems to be slowing?

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Three might be on the high side but as technology continues to improve and find new and better ways to do things and look at business process outsourcing and things like that on everything but the transportation employees we can still make improvements.

---

**James Valentine** - *Morgan Stanley - Analyst*

Okay.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I don't think the 2-3% has really slowed if you couple the volume increases in.

---

**James Valentine** - *Morgan Stanley - Analyst*

I guess I'm looking at across the industry we are seeing the big head count reducts of the 90s are over with and a question of how much more can come out without a lot of revenue growth.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Understood but for us in the third quarter Q3 took employees down and had units and gross ton miles both up.

---

**James Valentine** - *Morgan Stanley - Analyst*

Right, right.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

On the price increase side we are focused on price increases and you know it is always difficult to predict with the environment will be but with the strengthening economy we will be right on top of that whole issue in the coming year and hope to accelerate those past the numbers you have seen this year.

---

**James Valentine** - *Morgan Stanley - Analyst*

Can we go a little deeper in the whole pricing for next year in terms of coal. You mentioned that you know getting the benefits of R-cap in the most recent quarter and R-cap up 6.5% so that is great but I want to say over half of that is simply just a fuel pass threw. So assuming that R-cap doesn't get another boost like that and the fourth quarter is up 2% or 1 and a half. How else do you offset the fact that your mentioning that the legacy contracts are rolling over? Is there a way to get better margins in coal because it seems like each new contract rolling over at lower pricing and I don't know if R-cap is going to, can you change that somehow so more of it recovery or make coal more profitable with the two trends working against you?

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

That is a tough proposition obviously when you're shifting share back and forth between the two major players. It is obvious that what that has resulted in is prices going down over a period of time and so probably just as obviously a lot of our emphasis on pricing is in the other market segments that we have as a business and coal makes up a little bit over 28% of the total revenue so 78% of the revenue we are focused on the whole price increase program and those are different markets because there is different market forces and in many cases other competing modes of transportation as well. So it is not that you ever give up on an individual mode at all or individual market at all. But, you know, we do have opportunities in the other market segments to continue to push price and in coal with the very long contracts they there just aren't the opportunities to open those contracts up for pricing discussions on an intermittent basis.

---

**James Valentine** - *Morgan Stanley - Analyst*

And one last question on the UPS or if you don't want to talk about specific customers say a large high margin intermodal customer that seems to be switching business away from you and to a competitor, they traditional any will move only based on very poor service which I don't sense is the case or a better price and I'm trying to get my hands around what may have caused them to leave the BNSF here recently at least part of the business.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

The bullet train business which I think we talked about extensively certainly it was not a service issue.

---

**James Valentine** - *Morgan Stanley - Analyst*

Right, right.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

So you can -- you just laid it out if it's not service it is something else so I'll let you fill in the blank there. On the other piece of piece to the southeast, UPS came to us with a requirement for a shorter schedule and we looked at the tradeoffs and what would do to the railroad in terms of causing more congestion and eating more capacity and looked at the size of the business and we felt like that instead of putting the operation on its end and not being able to get greatly higher margins for that, we literally told UPS that we wanted to give the business up. And that is the tradeoff we are going to make. When you run a premium service you got to get premium rates and when you run expedited premium service better get higher margins and we weren't able to and we felt like it overall for the network quite frankly would help and not hurt to give that business of business up and then we able to quickly replace that with expedited truck load business, which we have done and I was very, very comfortable with that decision.

---

**James Valentine** - *Morgan Stanley - Analyst*

Great, thanks so much, Matt. I appreciate it.

---

**Operator**

Next we will go to the line of Scott Flower with Smith Barney. Please go ahead.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

Good morning, all.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Good morning, Scot.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

Hay, hey, just a couple of questions and I understand the comments that you laid out op the capital side and emissions and what you are doing with locomotives but average '03, '04 and '05 I'm coming to a run rate and I'm trying to take out of the timing issue of what you have done with the emission standards as well as capital credits et cetera and still looks like there is a pressure for the cap ex-number to keep rising despite obviously, the cash flow generation of the company is not necessarily I guess improving with the same rate capital is going up and hence the free cash is declining. I'm trying to get a sense of how you look at the tradeoffs and trying to take the short term timing issue out and looking at a situation in getting squeezed in how much cash you can generate out of this company?

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

A couple things Scott. I think within a $50 million range we are exactly where we said we would be. Certainly, when we -- if you look at the last couple of years, we have not brought as many locomotives on when you make that comparison for the next several years because of the ramp up in the large locomotive programs in '99 and 2000 and so we had an ebb and flow issue that quick frankly we would like to get rid of and it is going to take us a little bit of time to do that.

That is point one and point two at the end of the day this thing is going to be about earnings and free cash flow and we had said to ourselves a couple things. One is go ahead and make the investments like we did in the late 90s and continue to fine tune this thing like we have done this year, in terms of hitting where the high growth areas are in term was of some double track capacity and things like that. But get the business and then continue to rationalize up the over all margins and income profitability and I think that is where we are now. We have got our network is running well, regardless of you know a temporary service setback we have and some new products out there that are bringing new business to the railroads a lot of new market, a lot of new customers and we will continue now to ring out some operating expenses and most importantly raise yields to be able to pay for the investments that we have made in the past.

And I think while it -- you know, next year the optics of having a capital number of what it going to be like if you think about what the trucking industry did on this emission standard everybody in the trucking industry did it and quite frankly I think it is a great move on our part and we had the forethought to have the ability to do that by having the reservations of capacity for 2004 to bring on new locomotives. And as we have said in the past and I think if you look at our track record we have made -- we have made statements and we have lived to those as commitments. And I don't think you have to worry that, you know, we're going up to a 1.9 or 2.0 type run rate. That is not what we are doing and we are taking advantage of what we think is a very unique issue in terms of the new locomotives as well as the bonus depreciation.

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

I will make a couple of comments, too, Scott, this is Tom. If we try to adjust for the changes year to year and sort of put last year and this year on a reasonable level playing field, if you will, pick the mid point of the guidance I gave, between 150 and 250 for estimated free cash flow. Pick 200. And then figure that there is $150 million of locomotive purchases because of the state of the lease market, where in prior years they have been leased to that would put us back to 350 and then increased dividends by 40 million year-over-year but about 10 million this year so that puts us as 360 which is lower than we have been but that is fuel net of surcharge and and tax is costing us more this year. So I'm not seeing the growth he would would like to see in free cash flow but not seeing a significant deterioration here either.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

Two other quick questions and think these will probably be for John Lanigan and a couple of them are informational and when do the intermodal steam ship when do those contracts lap? Is that sometime in the fourth quarter?

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

One contract that is coming up for renewal before the end of this year and after that one is settled not another contract.

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - Chief Operating Officer, Executive Vice President*

He is talking to Honda shipping they lapped now, Scott.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

Got it, got it. Two other quick questions for John. How do you view the hours of service implementation relative to the trucking industry and what that will on won't do relative to the economics of that business versus intermodal? Do you have any thought and from your background at Schneider I would think you would have a take on that.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

If I had a crystal ball I would have come here early to get ready for that because it has been huge and we have spent a lot of time talking to the likes of Schneider and Hunt and Swift and others, and they are very nervous of service and implement the mobile partnering initiative into next year. We are going to be holding a meeting with a number of key shippers and trucking companies



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

in the fourth quarter as a prelude to make sure everybody is aware of our capabilities and do some brain storming and how to work in kind of a triparty arrangement between shippers and motor carries and BNSF to help the carriers through the issue but also to bring additional business to BNSF.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

Have they actually said they will move more business to intermodal or still trying to get their arms around it.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

Some are definitely going to move more to intermodal because of it and the ones that are starting to play in the game and we are getting inquiries and had two months ago an invitational meeting to truck load carriers and a had over 50 carriers come down to Fort Worth to learn more about intermodal so a tremendous amount of interest right now.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

And then, last question and maybe this is just a one off but you mentioned relative to coal om some of the production problems and clarify actually switching to natural gas relative to the coal usage and were those specific circumstances committed well in advance of where gas prices are and trying to understand the dynamics of that because that would seem counter intuitive.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

Yeah, that happened way late last year. Tampa Electric was one of those that it committed way in advance to a switch to natural gas and in spite of it just execute the the strategy.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

So basically those of sort of one off situations and nothing that is sort of counter intuitive going on in the marketplace.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

Definitely.

---

**Scott Flower** - *Salomon Smith Barney - Analyst*

Thanks very much.

---

**Operator**

Next we go phot line of Ken Hoexter with Merrill Lynch, please go ahead.

---

**Ken Hoexter** - *Merrill Lynch - Analyst*

Good morning, just two questions. One for Carl talking about as we have seen the volumes increase and velocity slow down come back to the issue of what kind of hiring have you had to do to adjust for the productivity slowdowns. And then a followup for John would be just on we heard from some of the truckers a sizeable price increase on intermodal pricing Arkansas Best noted they are seeing rates go up and then some of the other truck load carriers have seen huge rate increases year-over-year, over 5%. I just want to know what kind of same store sales you were seeing on the truck load side as far as rate increases for the intermodal business there?

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - Chief Operating Officer, Executive Vice President*

Okay. First, on the hiring, we need to separate into a couple of groups. Let me do train service people first. We are going to wind up hiring about 1200 people this year. Now, most of that is already reflected in the numbers you have seen already because they are on board being trained and and so forth and that primarily is a replacement of attrition. I'm sorry, yes, for attrition, excuse me and that is only a couple hundred higher than what the ongoing run rate is and we expected this year to be lower because of the RCL programs and installing RCL at places that we knew we would have shortages of people and therefore wouldn't have to hire. About 1200 people brought on and that more or less offset inflation and up about 50 people in the third quarter and going forward probably a little bigger number than that next year in terms of TY and E but a lot that will go towards offsetting inflation, we wouldn't expect the total number of employees to grow very much.

All the other areas we have had virtually no hiring. We have done some spot hiring where we had shortages for specific skills and so forth but that is with fuel dropping another thousand people or so this quarter and we will expect to continue to make



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

productivity gains in those area so we wouldn't expect a lot of hiring to happen this.

John?

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

On the price increase front. We clearly believe that the price increases that we are getting today are not high enough and we will continue to push those to higher levels. I would caution, though, when you hear some of these four and five and six percent trucking increases a lot of those are on the tariff business only which is in many cases 10% or less of the over all business because most tied up in longer term contracts, as ours is. But certainly as the market continues to warm up we are going to -- we will continue to push price and if we have clear evidence that we have customers or trucking clients and partners getting those kinds of increases we will be right there with them as well.

---

**Ken Hoexter** - *Merrill Lynch - Analyst*

Great. And John I was taking that from their average revenue per mile over all seeing some 4-5% price increases and a follow up for Carl if I may, can you talk about how well the rollout of the remote control technology is going within the yards?

---

**Carl Ice** - *Burlington Northern Santa Fe Corporation - Chief Operating Officer, Executive Vice President*

Sure. When I said RCL a moment ago that is what I was referencing. We have done I think well against our plan. You recall if we went back a couple of year is ago we were -- we thought prudent in terms of where we started with only launching about 30 and ramped up last year to a bigger number and our plan had always been to be done and fully implemented by the end of next year and we have had no real barriers in terms of technology or how any of that has worked. As with anything like this, it is a major change and we have localized impact when we first installed something but then we have over come that and in fact we don't believe there is any reason that over all productivity should go down and we have seen seen one or two places that have set all time records using RCL not just for RCL but over all all-time records for productivity.

As I mentioned earlier, we have consciously slowed -- significantly slowed the implementation for the rest of this year. The reason for that was not to tie up people in training, while we were experiencing the crew shortages in various locations and naturally we want to take RCL to places that were short because that has us avoid the hiring expenses and being able to have the most impact in terms of expense savings so didn't believe that was the right thing to do right now and we will start back up again as we catch up here with people coming on line and volumes slowing a little bit as a naturally does through the first of the year. No reason we can't be done by the end of '04, have to continue to watch and balance whether or not what we did this year is the right thing again next year that not to hire people, so we can train people so that we don't need them so have to balance that throughout next year.

---

**Ken Hoexter** - *Merrill Lynch - Analyst*

Great, thank you.

---

**Operator**

Next we go to the line of John Barns with Deutsche Banc. Please go ahead.

---

**John Barns** - *Deutsche Banc - Analyst*

Good morning, guys. John, in terms of your fuel surcharge, can you comment a little bit as to your success at penetrating the customer base and what percent is paying a fuel surcharge in the various commodities held?

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

In an over all basis 80% of revenue covered by some form of fuel charge which includes either R-cap or a straight contractual fuel surcharge and than that coverage gives us about 60% over all coverage on fuel surcharge because there is different puts and takes on contracts and different coverage levels and those sorts of things. So we've raised that about 25 basis points this year and continue to push on that over the next couple of years and it is depends upon contracts and able to have the discussion as we go into contract negotiations.

---

**John Barns** - *Deutsche Banc - Analyst*

In terms of the 80% is there kind of a theoretical maximum, 10% of the business you don't have a chance at all of getting a fuel surcharge on and 10 percentage points more improvement on those and then kind of exhaust the opportunity?



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

I think the theoretical limit and my benchmark is the trucking industry which has a ten year head start on us is probably in the 90% range of over all contracted business that is under some sort of a fuel surcharge and close to that coverage level as well between 85-90% is kind of the theoretical limit.

**John Barns** - *Deutsche Banc - Analyst*

Okay.

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

The other issue when we think about R-cap or the fuel component we are not happy with the way the fuel component covers us in the short term, so we will be looking at ways to split out that for the bulk businesses going forward.

**John Barns** - *Deutsche Banc - Analyst*

Do you see an opportunity to eliminate R-cap entirely and go to a pure fuel surcharge or is there a desire to do is so.

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

I think R-cap is a good basket for labor increases and health and welfare and offsets productivity. What it doesn't do, it doesn't properly reflect spikes -- immediate spikes like we have seen in the fuel markets over the last couple of year okay. So we are going to be looking at ways to restructure that in terms of carving that out of the R-cap basket and inserting a pure fuel surcharge.

**John Barns** - *Deutsche Banc - Analyst*

Okay. And John just a followup on the question, not to beat this to death but if you take your comment that the trucking industry has got a ten year head start in terms of fuel surcharge and looking at what a lot of the companies have reported in terms of just pure percentage increase in revenue per loaded mile in the last couple of quarters and seems like they are making some strides and improving pricing in the truck load industry, it appears to us that the gap between truck pricing and rail pricing has never been greater than it is today. What is preventing you from taking an opportunity now, you know, to one, reverse commoditization of the product offering and two to close the gap and still be viewed as cost effective versus truck?

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

A lot of it has to do, John, with just the length of the contracts that we have and our ability to go back into the contracts and effect price changes. What I found in coming to the rail industry is we tend to have much longer term contracts than the trucking industry. A long contract in the trucking industry is two or three years and short in the rail is five years, so a bit of a disconnect between the length of contracts and ability of trucking companies to go back in and re-establish pricing, so some of it is just a matter of timing. But I can assure you we are focused on the issue and we will continue to push the prices closer to close the gap because we believe the value is there.

**John Barns** - *Deutsche Banc - Analyst*

And then last question I guess Tom, in terms of the capital side, you know, I agree with the accelerated locomotive purchase, you know, from the standpoint that it is unproven technology, but given things like bonus depreciation is there an opportunity to take advantage of anything else or is there something else out there on the horizon that maybe is attractive to do and go ahead and accelerate? And then as that applies, you know, your use of capital for the infrastructure certainly inhibits your ability or constrains your ability in the near term to do much on increasing dividends and things like that and I'm curious as to what we should expect in terms of a sustainable dividend growth rate while you are dealing in the capital environment and then as things begin to taper off should we see that accelerate?

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

I guess a couple of questions in there. First of all other equipment and other things we could buy that might be beneficial for bonus depreciation and we have to look at that but the vast majority of the capital program is in the lines itself and a lot that we described as maintenance capital and we tend to have similar programs year-over-year and a lot of issues there with keeping labor and making sure we don't have to pay protection so can't write a bobble way up and way down so we haven't found anything significant other than the locomotives that makes sense.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

Turning to the question of dividends and cash flow and sustainable rate we have to remember what we are talking about here is a sort of a jump up in 2004, we just increased the dividends 25% this year. So I think long term and we will continue to re evaluate the dividend policy with the Board and obviously increasing dividends need to be driven by earnings and free cash flow increases but long term we are optimistic about the ability to both first of all increase cash flow and earnings and then following, you know, that making the decision about dividends but the dividend is going to be on the radar screen and it something that I think long term is something we will see move up in line with earnings.

---

**John Barns** - *Deutsche Banc - Analyst*

All right, thanks that for your time.

---

**Operator**

Next go to the line of Gary Yablon with Credit Suisse First Boston Corporation.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Good morning, how are you?

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Good morning, Gary.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Tom, just on a knit picky item, what was the ending share count in the third quarter?

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Let me see. I think we have that in the investors' report that should be out there for everybody. Give me one second to just flip to the states. 371 million.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

371, okay. And for '04, in term terms are free cash flow, on this capital budget, is it fair to say that it will be minimal?

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Yeah, I think that is fair and actually could be modestly negative depending on how things turn out but, you know, you have got it framed right.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Right. Should we think about -- I'm guessing we should think about pace of buyback slowing?

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Yeah, I think that is fair.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Okay. Does it -- does it turn off for some period of time?

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Don't know yet. And if it would it would just be for a brief period of time. But, you know, we're optimistic we will be able to find a way to at least be in the market you know in some way next year but right now in the process of working through the 2004 plan. You know have gone through discussions with the rating agencies about the increased capital and things like that so still working on that.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Okay. This one I guess is for Matt. In terms of operating leverage, Matt, when do you think does it happen maybe next year where you know five and six percent increases in revenue for a railroad are pretty good numbers. Where you start to see rev up 5% and operating profit up 15% or something such like that, that has not been the case and you haven't been able to bring it down to the operating line. When do you think you can start to see some some of that breakout?

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I think a little bit you have to go back a couple years where we have been flat for so long and look at what we did this quarter up 4% in revenue and 8% in EPS and next year we certainly expect to be up in revenue and you know we think that we will see significant improvements in EPS. And our goal is to get back to you know double digit type EPS increases and so I -- I define that as operating leverage.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

If you had to name two things, Matt, we have talked about a lot of things this morning and if you had to name two things that will give you the comfort that EPS grow at let's say 2X the growth rate of revenue just to make up a rough number, what are the one or two things that would happen or give you comfort that it is working?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I mean I feel pretty comfortable with the -- our ability to control operating expenses and to run the network. I think that one of the challenges we have is that the network is a little uneven in terms of where the growth rates are coming. You know we would like to see a 4% increase spread across the whole network this obviously would be a lot easier but that is not what we are seeing and we are seeing huge increases in international so we have a little bit of spreading that we need to do.

And then again, I don't -- I don't really have a lot of concern about that but we are planning to continue to raise your yields. And raise margins and we are going to see how elastic some of the markets are. So, I'm not -- you know Gary, I don't really sit here and I'm not really concerned a lot about next year because I think we are seeing gradual move up. And we believe that fuel prices are not going to drop significantly, but I think that you know we will look back to -- to in a year from now we will look back and say we did a stand-up job on what we had to do with the hedging strategy and also our fuel coverage strategy and I just, you know know, we always kind of pressure test this. If we would have had fuel prices back where we think at least the long-term curve shows, our EPS would have been significantly double digit this quarter.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Let me just one more quickie and if I can ask John a question. Just so I make sure I understand it in your opinion good operating leverage would be something like earnings growing at 2X revenue is that a reasonable ball park?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Yeah, I think that's fair.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Okay. John, just want to ask you a quick question. You talked a little bit about coal when you lose a few contracts you got to try and replace that and did I understand it correctly that coal is a bit of a different animal because we are having some of the issues in coal doesn't necessarily mean pricing issue is not intense across the remainder of the railroad? Did I hear that correctly?

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

That's correct. Obviously with coal there is no competing mode of transportation and such a narrowly defined market and the growth opportunities in coal organically are relatively small. Just the coal burn this this country does not increase dramatically on a year-over-year basis.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Is it fair then to say that we might have to play the game with the other guy a little bit as it relates to coal to fill out that capacity and it is profitable but in certain other commodities if we don't have the right price equipment will sit?

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

Ask the question again.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

I guess it sounds like in coal, that you know to some degree if we have to get caught up in the pricing game a bit it is too valuable and too profitable a commodity to have a lot of sets sitting. Ex-the coal business we are willing to interest assets



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

sitting if we can't get the price that makes sense? For us in am I reading that right?

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

I would say it a little differently and I got to come back to when we announced the customer retention strategy that was because we know that the costs of every time we transfer one of the coal contracts it is as a lower margin and the cost of transferring and changing the network to accommodate a big new coal move is expensive. So our focus is going to be to provide the service and economics to the coal customers and a compelling enough reason to we don't have the large share shifts.

That given, that being said, when we have a large share shift like when we lost the utility that will remain nameless at 9 million-tons, when we had that much capacity that is going to be freed up, we're going to fill it up and we will let the markets dictate over the short-term the direction of all that. I think over the long-term it is crazy and over the long-term markets will settle in and you will see railroads provide service to utilities that best fits their franchise. And then at the end of the day, there is tremendous upside in terms of getting more value for coal transportation. And that is really what we are focused on because we know that we are leaving significant shareholder value on the table when we look at the chain of coal and gas and power, in general, we just think that there is just a lot of opportunity to provide more value for our shareholders.

---

**Gary Yablon** - *Credit Suisse First Boston - Analyst*

Right, understood, okay, thank you very much.

---

**Operator**

Our next question is from the line of Greg Burns representing J.P. Morgan. Please go ahead.

---

**Greg Burns** - *J.P. Morgan - Analyst*

Hi, guys. A couple of quick questions and Matt following up on the coal is your strategy to replace that? I mean should we think of it as long as marginal revenue exceeds marginal costs that it makes sense in other words, how aggressive can you be when you look at the fill and the extra capacity and it has got a fixed cost. I mean will you go right up to the line where marginal revenue equals marginal cost?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I don't — I guess that is a theoretical question Greg and we have not been faced with that reality so I'm not sure what would happen. I mean we're not anywhere close to that right now. And we would have to just you know look at this if we were faced with that but I don't see why we would do that quite frankly.

---

**Greg Burns** - *J.P. Morgan - Analyst*

Okay. And then switching to the truck pricing on intermodal, John, from your comments if I heard you, you're getting over 1% price in intermodal on a blended way basis which includes contract is so is it fair to assume in the spot market as contracts roll up you are getting significantly in excess of 1%?

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

We don't really have a lot of spot market pricing in any of our businesses Greg in some regards unfortunately but because of the infrastructure that we have historically we tend to get into longer contracts but actually in intermodal the prices are up 1.7% in the third quarter so we are starting to ratchet price up some what. But generally 95 to 98% of that is contract rollovers and things along those lines versus spot market. One of the things that we are really thinking through is the whole spot market within the intermodal world and we have not played in that market and there has hasn't been a spot market in the intermodal other than what comes from the IMCs and nonasset guys so we are thinking through how we present ourselves to that market and what that market opportunity is.

---

**Greg Burns** - *J.P. Morgan - Analyst*

I guess then just to so I understand it from my standpoint would you have a percentage in your mind of intermodal business that was repriced in the quarter in, is it 10%, 5% or.

---

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

Probably more like 5% in in past quarter.

---



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Greg Burns** - *J.P. Morgan - Analyst*

Okay. Thanks a lot.

---

**Operator**

Our next question is from the line of Jeff Kaufman with Fulcrum Global Partners, please go ahead.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

Thanks, guys. Just a real quick question and kind of looking beyond the timing issues that you are seeing in terms of train velocity and in terms of the Cap Ex program what is the general level of Cap Ex spending over time in? Right now about 20% of revenue spending on Cap Ex for '04 and I understand it as timing issue and what do you think you need to spend? 14%, 15%, 16%?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

We haven't been in the 14 percent, I think we're -- Jeff let me make a couple comment.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

Okay.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I will let Tom put the actual number on it and one ever the things that we have been talking to our shareholders on over the last couple of years is this some what balancing act where we think we have got too much franchise in terms of long-term burden. And if you, you know if you look at what is happening in the industrial USA we talked to our shareholders in the street about the line rationalization program, which we are implementing. We have been talking about in the last couple of years and now are in implementation stage and a basket of 3,000-miles that we have narrowed down on that we are going to be disposing of preferably in a short-line time agreement, where we can be fed that same business by another railroad. And that is long term. Takes the burden off that piece of that capital equation.

Now, short term we are not spending a lot of money on the lines to begin with but over the long term have to alleviate ourselves of the burden of the capital program for our railroad and I think in the industry in general. And then have to balance that with some of the high growth lanes, so we don't really look at that time as percent of revenue.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

Let me simplify it a different way, take me a couple years out and let's say you got a 10 billion, 11 billion revenue base give me a sense because there is a followup to this. What do you think you need to spend?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I think, you know if we are in an $11 billion base we will be at about, you know, a billion 8 or a billion 9 in that range for $11 billion.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

So let's say you're spending 17% on Cap Ex, when we're in that $11 billion range, where would you like to see operating ratio, where would you like to see the business?

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I think if we are in that type of growth probably going to be fueled by intermodal and I don't think we will have a -- a low 70s operating hey show, I think it this will be high 70s and that is okay. We will continue to improve the yields on this business.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

Let's say for argument sake on an a 77 add to that 9.5 and 10% of revenue to go to depreciation which is pretty consistent over time and subtract roughly 4.5 and 5% to interest expense which is where you are in a little bit to taxes and you are looking at roughly 23% brought down to free cash, depending on Cap Ex and dividends. Now, your Cap Ex is about 17%, leaving 6%, and your dividends based on your percentage of net income is about 2% of revenue. So, net net we're talking in a steady state perfect normalized world, you're only returning about 4-5% on revenues and free cash was just only about $500 million. Now, you were talking a few years ago on how you thought the



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

railroad might be capable of something in the 7, 8, $900 million free cash range, but base on the numbers we have thrown out, we are in the $500 million range and what do you do to get yourself up to the free cash level?

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Well, I mean I think first of all when we talk about returning you know we have got you subtract dividends and when we look at what we are able to return to shareholders to DVDs I would include that in there but your point is right about what do we do to increase free cash flow and I think as we go out a couple of years, its not unreasonable and we neat need to run through the malt math.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

It is my math and I am springing it on you, but you've been spending 17% on Cap Ex and generally only returning 3-4% in free cash.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

I guess we would want to take it offline and look at the model and we don't have your model in front of us --

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

I'm just thinking out loud and seems like the numbers are coming in below where you advertised you would like to be.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Again, I mean a couple things we are seeing is we are seeing more of a shift towards intermodal and that is okay and that is just the industrial manufacturing side of the economy is changing and we can either dig our heels in and say we are not going to change with it or we can structure services and products to allow that change to occur and this is what we are doing and at end of the day, if we are spending, you know, a billion 8 or 9 on capital you can bet that we are going to get a return on the capital otherwise there is no reason to do it. And you can also bet that we are going to be very attentive to the shareholders through a variety of things, share repurchase, dividend increases and we're going to make sure that we are a company that investors want to invest in.

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Jeff, one other element that I think you have not factored in this because you're bringing it down to EPS but in our industry we will always have a significant amount of our taxes in deferred taxes. And a significant amount I think long-term in once bonus faces out probably get into a third of the taxes are deferred.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

Point well taken which would add maybe 150 150 basis points to the 4% to still in the 5-6% range and I think to hit the free cash numbers you envisioned that needs to be in the 8% range.

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

We will look at it.

---

**Jeff Kaufman** - *Fulcrum Global Partners - Analyst*

Enough said. I'll leave it alone, guys, thanks a lot.

---

**Thomas Hund** - *Burlington Northern Santa Fe Corporation - Chief Financial Officer, Executive Vice President*

Thank you.

---

**Operator**

We have a question from the line of Jason Seidel with Avondale partners, please go ahead.

---

**Jason Seidel** - *Avondale Partners - Analyst*

Good morning, guys, quick ones here. Your EPS guide guidance in the fourth quarter of mid 50s I'm assuming that includes the penny charge for the prepayment of high coupon bonds.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Yes, it does.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

**Jason Seidel** - *Avondale Partners - Analyst*

If I could go quick Matt on something you said about selling off about 3,000-miles of line, the short lines I guess timing issues on that and also would you be looking more of a direct sale or more of a lease?

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

We haven't decided fully. There will be a combination of sale and lease and we want to have it done in 2004.

**Jason Seidel** - *Avondale Partners - Analyst*

Have it done in 2004? Okay. Perfect, thank you. One more quick one. Looks like '05 you have that contract loss for coal. How do you make that up other than just the natural growth in demand? Are there any more utilities coming online that use coal by that time, any expanding by that time?

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

We are as I said earlier we are aggressively working to replace that with another utility to replace that capacity and hopefully in a couple weeks we will make an announcement on that.

**Jason Seidel** - *Avondale Partners - Analyst*

Fair enough, thanks, guys.

**Operator**

Our next question is from the line of Dan Hemme with Prudential, go ahead.

**Daniel Hemme** - *Prudential Securities - Analyst*

Good morning. I'll keep it quick. Matt ,on a follow on your comment about the network being slightly even when I look through what Carl presented what is the negative impact if any really of mix on over all system velocity and if there is does some of this heal as volumes come back in bulk commodities for example coal?

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

Not only bulk but car load and we have the coal network and Ag network and that is a lot like the industrial network. Then the transcontinental that is growing to 20% and that is what a causing a little bit of the unevenness and causing the assets to approximate. The other thing that is hurting us still is that as this international trade continues to grow and it is growing and it is growing significantly, without exports growing rapidly to bring the balance up, we are still seeing a very unbalanced international network which is causing a lot of operating challenges and last quarter we took you through what is happening with the $3.5 million national boxes that come through the ports of L.A. and Long Beach we are seeing more and more of them want to go empty out to the Pacific Northwest. Once those boxes go out then you have empty rail cars and locomotives that then have to go south to matchup with the outbound demand going back east and that is a leg that quite frankly was never intended. In fact, if you go back 7 years ago when we had the two railroads you couldn't even do it physically so an unintended consequence of strong Pacific trans-Pacific trade and we have got to adjust ourselves from a margin stand point and operating standpoint to accommodate that change.

**Daniel Hemme** - *Prudential Securities - Analyst*

Great, thank you very much.

**Operator**

Our next question is from the line of Jennifer Ritter with Lehman Brothers. Please go ahead.

**Jennifer Ritter** - *Lehman Brothers - Analyst*

Good morning, guys. Just a quick thought on your fuel surcharge and how it is boosting your revenue growth a bit this quarter and looking into 2004, when we hope fuel prices fall. How do we think about the fuel surcharges, is it a 4-6 week lag the way the air freight guys is and should we think about revenue growth for '04 we being on the low end of the guidance range if fuel prices fall because you won't have the fuel surcharge helping you out on that end.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

# FINAL TRANSCRIPT

**BNI - Burlington Northern Santa Fe Corporation 3rd Quarter 2003 Financial Presentation**

**John Lanigan** - *Burlington Northern Santa Fe Corporation - Chief Marketing Officer, Executive Vice President*

Fuel surcharge is about a point of the growth over the last couple of quarters so obviously if fuel drops dramatically it would have an impact on the growth rate because as we planned for '04 some fuel charge built into the growth rate so we will keep an eye on it and we lagged probably a little longer than the air freight guys and at a minimum in the 4-6 week range but more likely in the quarter range and some businesses that lag almost a year depending upon the contract.

---

**Jennifer Ritter** - *Lehman Brothers - Analyst*

Great, thanks.

---

**Operator**

And there are no further questions at this time.

---

**Matthew Rose** - *Burlington Northern Santa Fe Corporation - Chairman, President, Chief Executive Officer*

All right, thank you all very much and we will see you live and in person in New York in January.

---

**Operator**

Ladies and gentlemen this conference is available for replay beginning today, Tuesday, October 21 at 1:00 p.m. central until Friday October 24 at midnight central and access the play playback service at any time by dialing (800)475-6701 domestic or (320)365-3844 national callers. And please enter the access code of 699392. Those numbers once again are (800)475-6701 domestic. And (320)365-3844 for international callers. And once again enter the access code of 699392. That does conclude our conference for today. Thank you for your participation and for using the AT&T executive teleconference service. You may now disconnect.

---

**DISCLAIMER**

CCBN reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES CCBN OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2003, CCBN, Inc. All Rights Reserved.



© 2003 CCBN.com, Inc. Republished with permission. No part of this publication may be reproduced or transmitted in any form or by any means without the prior written consent of CCBN.com, Inc.

MorganStanley

Comment Page 1

Equity Research
North America

Industry

# Air Freight and Surface Transportation

James J. Valentine, CFA
+1 (1)312 706 4600
James.Valentine@morganstanley.com
J. Christopher Leshock
+1 (1)312 706 4602
Chris.Leshock@morganstanley.com

Industry Overview

September 20, 2002

## *Examining Railroad Exposure to Higher Fuel*

| MSCI SECTOR | INDUSTRIALS |
|---|---|
| US Strategist Weight | 12.8% |
| S&P 500 Weight | 12.0% |

| KEY STOCK RATINGS | |
|---|---|
| Burlington Northern SF (BNI $26) | Underweight |
| Canadian National (CNI US$40) | Overweight |
| Canadian Pacific (CP US$18) | Overweight |
| CSX Corp. (CSX $29) | Equal-weight |
| Kansas City Southern (KSU $13) | Underweight |
| Norfolk Southern (NSC $21) | Equal-weight |
| Union Pacific (UNP $58) | Overweight |

RECENT REPORTS

Rails to Benefit from Catch Up in Contract Escalator
*James J. Valentine* September 17, 2002
Analyzing Pension Issues of Freight Transportation Stocks
*James J. Valentine* August 15, 2002
Mid-year Railroad Outlook & 2Q02 Review
*James J. Valentine* August 7, 2002
Railroads Get an Agreement w/ Their Largest Union
*James J. Valentine* August 5, 2002
Grain Crop Forecast Going from Bad to Worse
*James J. Valentine* July 18, 2002
Freight Pulse III:Insights from our Shipper Survey
*James J. Valentine* May 21, 2002
Costlier Labor Contract Has EPS Implications
*James J. Valentine* May 7, 2002
Ground Transportation: Raising Industry View from Cautious to In-Line
*James J. Valentine* April 26, 2002

- **Starting to Take a Look at the impact of $30/bbl of oil on the railroads**
While we are not quite ready to assume oil prices remain at their currently-high levels for all of next year, in this report we begin to examine each carrier's sensitivity to such an event. Among the major modes of freight transportation, railroads have historically done the worst job of passing along fuel inflation to their customers.
- **$30/bbl oil would trim 2003 EPS by 2% to 6% for the railroads**
We estimate that $30/bbl oil prices for all of 2003 would push prices 20% above our current model assumptions of $25/bbl WTI or $0.75 per gallon and have the greatest impact on those rails with little or no fuel hedges and higher amounts of leverage.
- **BNI is the most exposed to higher oil prices**
Only 8% of BNI's 2003 consumption is hedged and fuel is a higher percentage of costs given its longer haul distances, leading to a potential 5.6% reduction in our $2.45 EPS estimate if oil prices don't return to more historical levels.
- **NSC and the Canadian rails are the least exposed to higher oil prices**
NSC has 41% of its 2003 fuel needs hedged at a price nearly a dime below current spot prices, limiting its EPS impact to only -2.2%. Due to their significant hedge positions and industry leading margins, CNI and CP would also see less EPS impact, down 1.5% and 3.3% respectively.
- **We view the Air Freight and Surface Transportation industry "In-Line"**
With current stock valuations largely in-line with historical levels, we believe the group will perform in-line with the broader-based market over the next 12-18 months.

Please see the important disclosures at the end of this report.

# *Examining Railroad Exposure to Higher Fuel*

**Summary and Investment Conclusion**

Given the recent rise in global oil prices, we have begun to consider the negative earnings impact on the major North American railroads. Although we are not yet lowering our EPS estimates, as we believe oil prices will settle back down to more historical levels by year-end, in this report we calculate the sensitivity to higher fuel for each of the major carriers. In the event that oil prices average $30/bbl WTI throughout 2003, we calculate that our 2003 EPS estimates would need to come down by 2% to 6%. By our calculations, BNI and CSX would see downward revisions near 5% due to their limited hedge positions and greater leverage, whereas as CNI, CP and NSC would see less of an impact (EPS down 2% to 3%) due to hedge positions covering 35% to 50% of their consumption in 2003.

We are not adjusting our 2002 estimates at this time, since most of the railroads have nearly 50% of their 2002 fuel consumption hedged at favorable prices and 3Q02 will only see 4 to 5 weeks of higher prices due to inventory lags. Our 4Q02 EPS estimates may need to come down by 2% to 3% if oil prices remain at current levels through the quarter. It's worth noting that Morgan Stanley's Energy team expects oil prices to peak in 3Q02, before subsiding to an average price of $23/bbl. in 2003.

**Quantifying 2003 Fuel Price Exposure**

Based on 2Q02 10-Q filings and recent updates from certain railroads, CSX, UNP and BNI have less than 10% of their projected 2003 fuel requirements hedged (see Exhibit 1). Conversely CNI, CP and NSC have 35% or more of their 2003 requirements hedged, which yields a lower level of exposure. Moreover, the two Canadian railroads will see less of an impact due to their relatively higher operating margins and lower level of leverage. In calculating the EPS impact, we use our current base price of $25/bbl. of oil or $0.75/gallon for diesel and assume that 50% of a change in fuel price will be offset by fuel surcharge provisions or fuel-related escalators at each railroad.

Exhibit 1

**Percent of Fuel Consumption Hedged, by Railroad**

| | 2002 | | 2003 | |
|---|---|---|---|---|
| | % Hedged | $/gal | % Hedged | $/gal |
| BNI | 58% | $0.75 | 8% | $0.75 |
| CNI | 45% | $0.75 | 45% | $0.72 |
| CP | 50% | $0.86 | 35% | $0.85 |
| CSX | 50% | $0.78 | 0% | $0.78 |
| NSC | 52% | $0.67 | 41% | $0.67 |
| UNP | 21% | $0.72 | 5% | $0.71 |

*Note: all figures in $US dollars. CP's price per gallon includes additional provincial taxes of approximately US$0.10 per gallon.*

*Source: Morgan Stanley Research, Company Reports*

Exhibit 2

**2003 Railroad EPS Impact from Higher Oil Prices**

| Summary | BNI | CSX | NSC | UNP | CNI | CP* |
|---|---|---|---|---|---|---|
| 2003 EPS | $2.45 | $2.70 | $1.60 | $5.17 | $3.65 | $2.01 |
| 2003 EPS Change Assuming $20 WTI Oil | $0.14 | $0.13 | $0.04 | $0.23 | $0.06 | $0.07 |
| % Change from Base Assumption | 5.6% | 4.9% | 2.2% | 4.5% | 1.5% | 3.3% |
| 2003 EPS Change Assuming $25 WTI Oil | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BASE CASE ASSUMPTION | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 2003 EPS Change Assuming $30 WTI Oil | -$0.14 | -$0.13 | -$0.04 | -$0.23 | -$0.06 | -$0.07 |
| % Change from Base Assumption | -5.6% | -4.9% | -2.2% | -4.5% | -1.5% | -3.3% |
| 2003 EPS Change Assuming $35 WTI Oil | -$0.28 | -$0.27 | -$0.07 | -$0.46 | -$0.11 | -$0.13 |
| % Change from Base Assumption | -11.3% | -9.9% | -4.5% | -8.9% | -3.0% | -6.7% |

*Note: all figures in $US dollars. CP's price per gallon includes additional provincial taxes of approximately US$0.10 per gallon*

*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Confidential BNSF-0482228

DA25947

Exhibit 3

**Calculating the Impact of $30/bbl. Oil on 2003 Railroad's Earnings**

| | | | | | | |
|---|---|---|---|---|---|---|
| Base 2003 price per gallon assumption | **$0.75** | **$25.00** | **Base WTI** | | | |
| Change in fuel price assumption | **20%** | | | | | |
| New Fuel Assumption ($/gallon) | **$0.90** | **$30.00** | **NEW WTI** | | | |
| Fuel inflation not collected from shipper | **50%** | | | | | |
| | **BNI** | **CSX** | **NSC** | **UNP** | **CNI** | **CP*** |
| 2003E Price per Gallon (including hedges) | $0.74 | $0.76 | $0.75 | $0.72 | $0.77 | $0.89 |
| 2003E Gallons to be Consumed | 1,193 | 584 | 494 | 1,348 | 368 | 268 |
| Percent of 2003 Fuel currently hedged (Sept. 02) | 8% | 0% | 41% | 5% | 45% | 35% |
| Base Case '03 Fuel Expense Assumption | $889 | $446 | $371 | $1,073 | $477 | $376 |
| New Scenario Fuel Assumption | $971 | $490 | $393 | $1,175 | $504 | $400 |
| **Difference from base 2003E fuel expense** | **$82** | **$45** | **$22** | **$102** | **$26** | **$24** |
| Current 2003 EPS (assumes $25/bbl) | $2.45 | $2.70 | $1.60 | $5.17 | $3.65 | $2.01 |
| Impact from change in oil price | -$0.14 | -$0.13 | -$0.04 | -$0.23 | -$0.06 | -$0.07 |
| 2003 EPS under new scenario | $2.31 | $2.57 | $1.56 | $4.94 | $3.60 | $1.94 |
| **As a Percentage of Current 2003 EPS** | **-5.6%** | **-4.9%** | **-2.2%** | **-4.5%** | **-1.5%** | **-3.3%** |

*Source: Morgan Stanley Research*

Exhibit 4

**Net Railroad Diesel Fuel Price per Gallon (less road taxes of approximately $0.55/gallon)**




*Source: Morgan Stanley Research, Energy Information Administration*



Please see the important disclosures at the end of this report.

Exhibit 5

**Railroad Stock Valuations**

| | | | | | EPS | | | | P/E Ratio | | | 10-Year Historical P/E Ratio | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Railroad | Ticker | Stock Rating | Market Cap ($M) | 19-Sep Price | 2001A | 2002E | 2003E | 12-month forward | 2002E | 2003E | 12-month forward | Avg | Peak | Trough |
| Bringtn Nrthrn SF | BNI | Underweight | $10,178 | $26 | $2.08 | $2.06 | $2.45 | $2.35 | 12.6 | 10.6 | 11.1 | 11.0 | 13.5 | 8.0 |
| Canadian National | CNI | Overweight | $7,952 | $40 | $3.36 | $3.32 | $3.65 | $3.57 | 11.9 | 10.8 | 11.1 | 12.0 | 14.0 | 8.0 |
| Canadian Pacific | CP | Overweight | $2,901 | $18 | $1.56 | $1.68 | $2.01 | $1.92 | 10.9 | 9.1 | 9.5 | 11.5 | 13.0 | 8.0 |
| CSX Corp. | CSX | Equal-weight | $6,060 | $29 | $1.56 | $2.00 | $2.70 | $2.52 | 14.3 | 10.6 | 11.3 | 11.8 | 14.0 | 9.0 |
| Kansas City So. | KSU | Underweight | $815 | $13 | $0.45 | $0.85 | $1.00 | $0.97 | 15.6 | 13.3 | 13.8 | 17.8 | 25.8 | 10.5 |
| Norfolk Southern | NSC | Equal-weight | $8,141 | $21 | $0.91 | $1.23 | $1.60 | $1.51 | 17.2 | 13.2 | 14.0 | 12.0 | 14.0 | 9.0 |
| Union Pacific | UNP | Overweight | $15,868 | $58 | $3.77 | $4.67 | $5.17 | $5.05 | 12.5 | 11.3 | 11.6 | 12.5 | 14.0 | 8.5 |
| **BNI, CNI, CP & UNP Avg** | | | | | | | | | 12.0 | 10.5 | 10.8 | 11.8 | 13.6 | 8.1 |
| **Railroad Avg (excl KSU)** | | | | | | | | | 13.2 | 10.9 | 11.4 | 11.8 | 13.8 | 8.4 |
| **S&P 500** | | | | 843.3 | $45.16 | $48.81 | $54.75 | $53.27 | 17.3 | 15.4 | 15.8 | 22.8 | 28.1 | 16.8 |

*Source: Morgan Stanley Research. Price targets for Overweight-rated stocks CNI $54, CP $25, and UNP $70.*

*For a discussion, if applicable, of the valuation methods used to determine the price targets included in this report and the risks related to achieving these targets, please refer to the latest published research on these stocks. Research is available through your sales representative or on Client Link at www.morganstanley.com and other electronic systems.*



**Please see the important disclosures at the end of this report.**

Confidential BNSF-0482230

DA25949

**Global Stock Ratings Distribution**

*(as of Aug 31, 2002)*

| | Coverage Universe | | Investment Banking Clients (IBC) | | |
|---|---|---|---|---|---|
| Stock Rating Category | Count | % of Total | Count | % of Total IBC | % of Rating Category |
| **Overweight** | 695 | 34% | 288 | 43% | 41% |
| **Equalweight** | 935 | 46% | 284 | 42% | 30% |
| **Underweight** | 411 | 20% | 104 | 15% | 25% |
| **Total** | 2,041 | | 676 | | |

*Data include common stock and ADRs currently assigned ratings. For disclosure purposes (in accordance with NASD and NYSE requirements), we note that Overweight, our most positive stock rating, most closely corresponds to a buy recommendation; Equal-weight and Underweight most closely correspond to neutral and sell recommendations, respectively. However, Overweight, Equal-weight, and Underweight are not the equivalent of buy, neutral, and sell but represent recommended relative weightings (see definitions below). An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.*

## ANALYST STOCK RATINGS

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

More volatile (V). We estimate that this stock has more than a 25% chance of a price move (up or down) of more than 25% in a month, based on a quantitative assessment of historical data, or in the analyst's view, it is likely to become materially more volatile over the next 1-12 months compared with the past three years. Stocks with less than one year of trading history are automatically rated as more volatile (unless otherwise noted). We note that securities that we do not currently consider "more volatile" can still perform in that manner.

*Ratings prior to March 18, 2002: SB=Strong Buy; OP=Outperform; N=Neutral; UP=Underperform. For definitions, please go to www.morganstanley.com/companycharts.*

## ANALYST INDUSTRY VIEWS

Attractive (A). The analyst expects the performance of his or her industry coverage universe to be attractive vs. the relevant broad market benchmark over the next 12-18 months.

In-Line (I). The analyst expects the performance of his or her industry coverage universe to be in line with the relevant broad market benchmark over the next 12-18 months.

Cautious (C). The analyst views the performance of his or her industry coverage universe with caution vs. the relevant broad market benchmark over the next 12-18 months.

*Stock price charts and rating histories for companies discussed in this report are available at www.morganstanley.com/companycharts. You may also request this information by writing to Morgan Stanley at 1585 Broadway, 14th Floor (Attention: Research Disclosures), New York, NY, 10036 USA.*

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The securities discussed in this report may not be suitable for all investors. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives.

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley").

This report is not an offer to buy or sell any security or to participate in any trading strategy. Morgan Stanley, Morgan Stanley DW Inc., affiliate companies and/or their employees may have investments in securities or derivatives of securities of companies mentioned in this report, and may trade them in ways different from those discussed in this report. Derivatives may be issued by Morgan Stanley or associated persons.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate managed or co-managed a public offering of securities of CSX Corporation and Union Pacific.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate has received compensation for investment banking services from Burlington Northern SF, CSX Corporation, Kansas City Southern, Norfolk Southern and Union Pacific.

In the next 3 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

Morgan Stanley, Morgan Stanley DW Inc. and/or their affiliate companies make a market in the securities of Union Pacific.

The research analysts, strategists, or research associates principally responsible for the preparation of this research report have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and investment banking revenues.

Morgan Stanley has no obligation to tell you when opinions or information in this report change. Morgan Stanley and its affiliate companies are involved in many businesses that may relate to companies mentioned in this report. These businesses include market making and specialized trading, risk arbitrage and other proprietary trading, fund management, investment services and investment banking.

This report is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete.

The value of and income from your investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in your securities transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized.

This publication is disseminated in Japan by Morgan Stanley Japan Limited; in Hong Kong by Morgan Stanley Dean Witter Asia Limited; in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte., regulated by the Monetary Authority of Singapore; in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, a licensed dealer, which accepts responsibility for its contents; in certain provinces of Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of this publication in Canada; in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc., which accept responsibility for its contents; and in the United Kingdom, this publication is approved by Morgan Stanley & Co. International Limited, solely for the purposes of section 21 of the Financial Services and Markets Act 2000 and is distributed in the European Union by Morgan Stanley & Co. International Limited, except as provided above. Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned. In Australia, this report, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data. The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

**Additional information on recommended securities is available on request.**

MorganStanley

**The Americas**
1585 Broadway
New York, NY 10036-8293
United States
Tel: +1 (1)212 761 4000

**Europe**
25 Cabot Square, Canary Wharf
London E14 4QA
United Kingdom
Tel: +44 (0)20 7513 8000

**Japan**
20-3, Ebisu 4-chome
Shibuya-ku,
Tokyo 150-6008, Japan
Tel: +81 (0)3 5424 5000

**Asia/Pacific**
Three Exchange Square
Central
Hong Kong
Tel: +852 2848 5200

©2002 Morgan Stanley

BEAR STEARNS

**Thomas R. Wadewitz**
(212) 272-3169
twadewitz@bear.com
**Edward M. Wolfe**
(212) 272-7048
ewolfe@bear.com
**Christopher D. Tessin**
(212) 272-6637
ctessin@bear.com

**Equity Research**
Railroads / Rated:
*September 16, 2002*

# Cautious on Railroads due to War Risk and Fuel Risk.

**Key Points**

- **Railroads Likely to Underperform in a War Scenario.** Due to both perception and to what we believe is real EPS sensitivity to fuel prices, we sense that the railroad group is likely to underperform the broader market if the US goes to war with Iraq. In 1990/1991 the railroads underperformed the market prior to and during the war.
- **Little 03 hedging in place for group; NSC better positioned.** Looking to 2003, with only 0%-10% of fuel consumption hedged and spot prices hanging around at prices around $0.15/gallon above the 1Q levels, our sense is that the group has significant risk to a rise in prices in 03. With around 50% of consumption hedged in the low $0.70s/gal NSC has significantly less risk than the group.
- **Relatively Greater Exposure Than Other Transports.** Compared to the other transport groups we believe that the railroads have greater net exposure to fuel prices. The truckload carriers have greater absolute exposure but net of fuel surcharge revenue the exposure appears to be less. For railroads, fuel expense accounts for 8%-11% of revenue.
- **Lowering 03 EPS for the Group.** While we have little visibility to the average diesel fuel price in 2003, we sense that there is a greater chance of fuel prices staying around current levels or modestly increasing than falling sharply. We are adjusting our 2003 models to reflect roughly $0.80/gallon fuel prices on average which is still roughly $0.05/gallon below the current spot price.
- **Cautious on Group; West has Relatively Greater Risk.** While current railroad stock prices appear to reflect some of the risk of war and high fuel prices, we believe that the group has further downside risk. While we believe that their 3Q results are likely to be solid, we sense greater risk to current 03 EPS consensus estimates and to the stock prices for the Western railroads UNP and BNI.

**PLEASE REFER TO THE LAST PAGE OF THIS REPORT FOR IMPORTANT DISCLOSURE INFORMATION

INVESTMENT CONCLUSION: Historically, the Class I (mid and large cap railroads) have traded in an average one year forward P/E range of 11x-15x. At the present time, on our downwardly revised 2003 EPS estimates, the group is trading in a range of 12.1x-14.4x. With the exception of NSC where we are basically in line with the Street, our EPS estimates are generally 7%-10% below Consensus 03 EPS estimates. We believe that a war with Iraq is increasingly likely and although there appears to be some war risk premium in the current near $30 /barrel crude oil price, we expect that an actual war would probably drive prices higher. In a war scenario, we believe that the railroads would most likely be hurt by a spike in diesel fuel prices and our sense is that there might also be a softer demand for some of the economically sensitive commodities and manufactured goods they transport. The railroad group has greater absolute exposure to fuel prices compared to the parcel carriers and less-than-truckload companies and net of fuel surcharges, we believe the railroads have a greater exposure to higher fuel prices than the truckload carriers. In the 1990/1991 time

Any recommendation contained in this report may not be suitable for all investors. Moreover, although the information con-tained herein has been obtained from sources believed to be reliable, its accuracy and [illegible] options with respect thereto) and may also have performed investment banking services for the issuers of such securities. In addition, employees of Bear Stearns may have positions and effect transactions in the securities or options of the issuers mentioned herein and may serve as directors of such issuers. Copyright © 2001. All rights reserved by Bear, Stearns & Co. Inc.

period, the railroads underperformed the market during the period of increased crude oil prices and continued to underperform through the end of the ground war. While the 1990/1991 time period does not provide a perfect comparison, we believe it does provide a meaningful framework for viewing how the railroad stocks might respond if the US goes to war against Iraq. Setting aside perception and sentiment, we believe that the railroads have significant exposure to higher fuel prices and our modeling indicates downside to 03 EPS even if prices don't rise any further from the current mid $0.80s /gallon level for diesel fuel. We have refined our 03 EPS estimates to reflect $0.79-$0.80/gal average fuel prices in 2003. In contrast to their position in 2002 in which roughly 50% of fuel consumption was hedged, most of the railroads have only 5%-10% of 2003 consumption hedged and some of the carriers don't have any hedges in place for 2003. Given the backdrop of how the railroad group performed prior to and during the war in 1990/1991 and their largely unhedged position in 2003, we believe that risk is greater than potential reward for the railroad stocks at the present time. In the near term we recommend staying away from the railroads stocks. Because it has about 50% of its 2003 fuel consumption hedged at prices well below the current spot price, we believe that NSC is likely to perform better than the railroad group in a war scenario. CNI and CSX stocks have pulled back sharply recently as a result of 3Q pre-reports and the implications these pre-reports have for their 2003 earnings performance. We see the greatest risk to both BNI and UNP stocks from war and fuel price risk and also sense that consensus 2003 EPS estimates are likely to come down for these two carries. Although we see near term risk, we continue to rate the group Sector Perform.

KEY POINTS:

- **Rails likely to underperform in a war scenario.** During the 1990/ 1991 time period, the railroad group underperformed the broader market both at the peak of oil prices and through the decline in oil prices which took place before Desert Storm had even begun. Fuel expense is one of the largest expense line items for the railroad group and fuel expense generally is in the range of 7%-12% of revenues for the railroads depending on the average length of haul for the carrier and the level of fuel prices. While the railroads have significant revenues (25%-40%) in the coal and agriculture segments which we view as less economically sensitive, aside from these two categories, their revenues are sensitive to economic growth. As a result, the railroads could be negatively impacted by a war both on the expense side from higher fuel prices and on the revenue side if the economy slowed. In a scenario where the war was completed quickly, we would still expect relatively greater pressure on the railroad stocks, but it probably be for a short period of time. In the following chart we show a line graph of the rail index, S&P 500 (indexed to the rail index level on Jan 1, 1989), and the WTI crude oil price. After the chart, we show a table with the rail index, S&P 500, and crude oil price along with the timing of specific events including Iraq's invasion of Kuwait, the US response, and the peak in oil prices. From the chart and table, we can see that the peak in oil prices of about $41/barrel took place about 2.5 months after the invasion of Kuwait on August 2, 1990. By the time the US first began dropping bombs, WTI had fallen to about $32/barrel, and when the actual ground war began crude prices had further plummeted to between $17 and $18/barrel. While we believe the 1990/1991 data provides a useful framework for understanding what could take place this time, we also expect some meaningful differences that could affect the magnitude and period of spike in crude prices. For perspective, prior to Iraq's invasion in August, crude oil prices had been trading at relatively low levels and had bottomed at just over $15/barrel in June 1990. At the present time, crude prices are already at an elevated level of roughly $30/barrel and it appears that a significant war risk premium is already in the crude oil price. Nevertheless, we believe that a US / UN decision to go to war with Iraq would most likely prompt a further spike up in oil prices. In addition, there appears to be a real possibility that an invasion of Iraq would be more complicated and longer lasting than the amazingly quick expulsion of Iraq from Kuwait in 1991, and a longer lasting conflict could lead to a more sustained increase in crude prices.

**Chart 1: Rail Index, S&P 500, WTI Crude Oil Price**




Source: Bear, Stearns & Co., Factset Research Systems, Bloomberg

During the 1990/1991 timeframe, the railroad stock index underperformed the broader stock market as measured by the S&P 500. Prior to the invasion of Kuwait on August 2, 1990, the railroad index had actually outperformed the market by about 2.3 percentage points. At the peak of the spike in crude oil prices ($41/barrel up about 80% of the low), the railroad index was off about -23% for the year compared to a -16% decline for the S&P 500. By the end of the war, the rail index was off -10% (compared to Jan 1, 1990) while the S&P 500 had bounced back to an increase of 2.7%. However, after the war had ended, the railroad group began again to outperform the market. Six months after the end of the war, the rail index was up 10.8% and by year end it was up 27.6% compared to a rise of 8.2% and 13.0% for the S&P 500 with all returns relative to the January 1, 1990 starting point. During the war, the Federal Reserve continued to be in an easing mode which brought the Federal Funds target rate from 8.25% prior to the war down to 4.0% by year end 1991. In a war scenario, we anticipate a similar pattern of performance for the railroad group in which the group would probably underperform going into the war and during the war but then potentially outperform following the end of the war. Given that interest rates are already at a low 1.75% (Fed Funds target), we see less room for a favorable monetary policy to provide a boost to the rail group which tends to do well in a declining interest rate environment.

**Table 1: 1990/ 1991 Timeline of Events, Stock Performance, and Oil Prices**

| | | | Fed Funds | Returns Relative to 1/2/90 | | |
|---|---|---|---|---|---|---|
| Date | Comment | Oil Price | Rate | Rail Index | S&P 500 | Oil Price |
| 1/2/90 | | $22.89 | 8.25% | | | |
| 6/20/90 | Bottom for Crude Price | 15.30 | 8.25% | 1.4% | -0.2% | -33.2% |
| 8/2/90 | Invasion of Kuwait | 23.11 | 8.00% | 0.0% | -2.3% | 1.0% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/15/90 | Peak Crude Price | 41.02 | 8.00% | -22.9% | -15.7% | 79.2% |
| 1/16/91 | US Air Strikes Commence | 32.25 | 6.75% | -21.7% | -12.1% | 40.9% |
| 2/25/91 | Ground War Begins | 17.59 | 6.25% | -11.9% | 2.1% | -23.2% |
| 3/4/91 | Iraq Accepts Cease Fire Terms | 20.28 | 6.25% | -10.2% | 2.7% | -11.4% |
| 9/6/91 | 6 months out | 21.57 | 5.5% | 10.8% | 8.2% | -5.8% |
| 12/27/91 | year end | 19.12 | 4.0% | 27.6% | 13.0% | -16.5% |

Source: Bear, Steams & Co., Factset Research Systems, Bloomberg

- **Greater Sensitivity to Fuel Prices.** With few exceptions, almost all transport companies have either direct or indirect exposure to fuel prices. While asset based transports have more direct exposure because they purchase and consume the fuel, non-asset based transport companies have the risk that they may be unable to fully or in a timely fashion pass on fuel surcharges from the asset based transport companies to the shippers who are customers of the non-asset based companies. Of the freight transport companies that we follow, the railroads and truckload carriers have the greatest absolute exposure to fuel prices based on the level of fuel expense as a percentage of revenue (see the following table). Depending on the average length of haul for a given railroad and the price of diesel, fuel expense makes up in the range of 8%-12% of revenue for the Class I railroads. Although the truckload sector has the greatest exposure to fuel prices on an absolute basis, we believe that the larger TL providers have shown an increasing ability to recapture the impact from rising fuel expense through floating fuel surcharge mechanisms which bring their net exposure well below that of the railroad group. For the TL names, the regional providers tend to be better protected than the long haul TL providers. The Less than Truckload companies (LTL) have demonstrated the most success, in our view, in using a floating fuel surcharge (based on the weekly nationwide DOE average price) to minimize their exposure to fuel prices. Over the past year, the parcel carriers have also made a move towards floating fuel surcharges which should provide more consistent protection against fuel price increases. Within some of their business segments, most notably intermodal, the railroads have demonstrated an ability to impose fuel surcharges, but we believe that they tend to have the least ability to recover increased fuel expense across their total revenue base. In business which is tied to RCAF (the railroad cost adjustment factor) which accounts for anywhere from 10% -30% of business for the Class I group, there is some recovery of revenue related to the increased fuel expense but the recovery generally lags by one to two quarters.

**Table 2: Fuel Expense as a % of Revenue for Asset Based Transport Groups**

| | Gross Exposure Fuel Exp. As % of Revenue | Prior Fuel Surcharges (Average) (1) | Net Exposure to Fuel Prices |
|---|---|---|---|
| Railroads | 8%-12% | 1% | 7%-11% |
| Truckload Carriers | 11%-16% | floating (2) | 2%-3% |
| Less-than-truckload | 5%-6% | floating | limited |
| Parcel | 3%-6% | floating | limited |

(1) Estimate of fuel surcharges on average that were applied during the last period of elevated fuel prices
(2) Larger TL carriers have implemented floating fuel surcharges while some smaller carriers are still using fixed fuel surcharges which tend to provide less complete coverage.
Source: Bear, Steams & Co. Estimates and company reports

At the present time, the railroads are paying in the range of $0.83- $0.87/gallon for their diesel fuel (including $0.10-$0.14/gallon for tax and other charges). In table 3, we show the impact on fuel expense and EPS from a $0.10/gallon increase in the average price of fuel for the Class I railroads. This analysis shows only the impact on the expense side and does not factor in any potential increase in revenues which would arise from fuel surcharges and other recovery mechanisms. Of the Class I group, our analysis indicates the greatest EPS impact at BNI and CSX with a detrimental impact of about 8.5% for BNI and 7% for CSX. A greater average length of haul (BNI, UNP, CNI) would tend to make one carrier more sensitive to fuel prices while a higher operating margin tends to reduce the earnings impact (as a % of total EPS) of higher fuel prices (CNI, NSC, UNP).

**Table 3: Impact of a $0.10/gallon Increase in Fuel Prices**

| | Increase in Fuel Price | 2003E Est. Fuel Consumption (MM gal) | Added Fuel Expense ($ MM) | EPS Impact | % of '03 Estimate |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BNI | $0.10 | 1,155 | $116 | ($0.19) | -8.5% |
| CNI | $0.10 | 363 | $36 | ($0.12) | -3.6% |
| CSX | $0.10 | 568 | $57 | ($0.17) | -7.0% |
| NSC | $0.10 | 474 | $47 | ($0.08) | -5.2% |
| UNP | $0.10 | 1332 | $133 | ($0.30) | -6.6% |

Source: Bear, Stearns & Co. Estimates and company reports

- **Limited ability to utilize direct fuel surcharges.** For the railroads, recovering increases in fuel expense through revenue mechanisms is not as simple as implementing a single, all encompassing fuel surcharge. With the exception of the domestic intermodal segment, it is not common for the railroads to implement a broad fuel surcharge on a business segment. Within their long term contracts (most notably on coal contracts), the railroads often use a price escalator called the Railroad Cost Adjustment Factor (RCAF) which is based on measuring the inflation within the railroads cost bases (labor, fuel, materials, etc). A rise in fuel prices contributes to an increase in RCAF and a potential rise in pricing. However, if other railroad cost elements, such as railcar rental costs, are falling, the railroads may not actually see an increase in revenue through RCAF despite rising fuel prices. In addition, a rise in RCAF could lag the increase in fuel prices by one to two quarters. We estimate that the Class I railroads have between 10% and 30% of their revenue in contracts with RCAF pricing escalators. Within their multiyear contract business, we beleieve that the railroads generally do not have provisions for implementing fuel surcharges. On their tariff and short term (<1 year) business, our sense is that the railroads could take price actions to offset increased fuel expense on a much more timely basis (relative to their multi-year contracts). In the table below we show our estimates of the relative exposure of the railroads to each type of pricing mechanism. The remaining % of business not shown in the table is multi-year contract business which we believe has little flexibility for fuel expense recovery. In total, we estimate the railroads have anywhere from 50% to 65% of their business in which they could increase pricing in one form or another (fuel surcharge, RCAF, repricing) within one year or less.

**Table 4: Pricing Mechanisms and Ability to implement surcharges**

| | Direct Fuel Surcharge | | RCAF Contracts | | Tariff or ST Contract | | % of Rev. Available | Effective Total |
|---|---|---|---|---|---|---|---|---|
| | % of Revenue | Surcharge | % of Revenue | Fuel Adjust. | % of Revenue | Increase | for Surcharge | Recovery (1) |
| BNI | 15% | 2% | 25% | 0.8% | 25% | 1% | 65% | 0.7% |
| CNI | 15% | 2% | 10% | 0.8% | 30% | 1% | 55% | 0.7% |
| CSX | 12% | 2% | 15% | 0.8% | 30% | 1% | 57% | 0.7% |
| NSC | 15% | 2% | 10% | 0.8% | 25% | 1% | 50% | 0.6% |
| UNP | 10% | 2% | 30% | 0.8% | 25% | 1% | 65% | 0.7% |

(1) Recovery as a % of total revenues; assumes no recovery on multi-year contract business

Source: Bear, Stearns & Co. Estimates and company reports

- **Revenue Recovery Mechanisms should dampen fuel price impact to some extent.** In the two preceding paragraphs we discussed the direct expense side impact of a $0.10/gallon increase in fuel prices and then we looked at the estimated revenue the railroads may collect to offset increased fuel expense. In the table below we combine these two analyses and show a net effect from a $0.10/gallon increase in fuel prices. Because the railroads report both gallons of fuel consumed and average fuel price, it is straightforward to show the impact on fuel expense from an increase in fuel prices. In contrast, our analysis regarding revenue collected to offset increased fuel prices is based on our estimates and relatively little hard numbers. If anything, our sense is that the revenue side benefit we show may be on the optimistic side or it may take several quarters to begin collecting all of the additional revenue we estimate. In the table below, we show our estimate of the net impact on 03 EPS from a 0.10/gallon increase in the average fuel price versus the prior year. The impact is greatest for BNI and UNP.

**Table 4: Pricing Mechanisms and Ability to implement surcharges**

| | Added Fuel Expense | 03 Railroad Revenue Est. (1) | Est. Effective Fuel Surcharge | Fuel Surcharge Revenue | Net Operating Impact | 03 EPS Impact |
|---|---|---|---|---|---|---|
| BNI | $116 | $9,014 | 0.7% | $66.5 | ($49) | ($0.08) |
| CNI | $36 | $3,777 | 0.7% | $25.5 | ($11) | ($0.04) |
| CSX | $57 | $7,352 | 0.7% | $48.0 | ($9) | ($0.03) |
| NSC | $47 | $6,436 | 0.6% | $40.2 | ($7) | ($0.01) |
| UNP | $133 | $10,923 | 0.7% | $73.7 | ($59) | ($0.13) |

(1) Excludes "other" railroad revenue (demurrage, car hire, etc)
Source: Bear, Stearns & Co. Estimates and company reports

- **Rails mostly unhedged in 2003 except for NSC.** During 2002, the railroad group has been protected from rising fuel prices on a significant portion of their exposure as a result of hedges for 45%-60% of consumption. Most of the Class I carriers were aggressive in putting on fuel hedges during the period of depressed diesel fuel prices in the fall of 2001 (post Sept 11). As a result, the railroads have benefited from a significant year-over-year decline in fuel expense in 2002. We expect this benefit to be fall off sharply in 4Q as both comparison prices are more difficult and current spot prices appear likely to remain at levels well above the fall 2001 prices. In contrast to 2002, the railroad group generally has little fuel hedging in place and appears to have a much greater exposure to higher fuel prices. Most of the railroads have only 5%-10% of their 2002 fuel consumption hedged. The one notable exception is NSC. As a result of the new fuel hedging policy they began to implement in the spring of 2002, NSC has continued to hedge 50% or more of its fuel consumption on a rolling 12 month basis. We believe it has about 50% of its 2003 fuel needs hedged at prices in the low $0.70/gallon range ($0.72-$0.73). **In our view, NSC has much less risk to a spike in fuel prices in 2003 compared to the Class I group because of the fuel hedges (~50% of 03 consumption) that it currently has in place.** In the table below, we show our estimate of the impact of fuel hedges on the average fuel price during 2002 and our projection of an average fuel price in 2003 based on a spot price of $0.85/gallon and given the current fuel hedges in place for the carriers.

**Table 4: Fuel Hedges and Impact in 2002 and 2003**

| | 2002 Fuel Assumptions | | | 2003 Fuel Assumptions | | | |
|---|---|---|---|---|---|---|---|
| | Est Average Diesel Price | % Hedged | Hedge Price | % Hedged | Hedge Price | Ave. Diesel Spot Price | All In Ave. Price |
| BNI | $0.73 | 50% | $0.72 | **10%** | $0.73 | $0.85 | $0.84 |
| CNI | $0.77 | 50% | $0.80 | **5%** | $0.75 | $0.85 | $0.85 |
| CSX | $0.76 | 55% | $0.78 | **0%** | --- | $0.85 | $0.85 |
| NSC | $0.73 | 67% | $0.71 | **50%** | $0.73 | $0.85 | $0.79 |
| UNP | $0.71 | 45% | $0.69 | **5%** | $0.69 | $0.85 | $0.84 |

Source: Bear, Stearns & Co. Estimates and company reports

- **Lowering 03 EPS to reflect increased fuel price assumption.** We have little visibility to the level of fuel prices in 2003. However, given the current level of prices in the mid $0.80s/gallon, and our sense that a war with Iraq is better than a 50/50 proposition at this point, we believe that the average fuel price for most of the railroads is more likely to be at or above $0.80/gallon than below this level (this assumes a decline from the current level of spot prices in the mid $0.80s). We have elected to adjust our models and 2003 EPS estimates for most of the Class I carriers to reflect an average fuel price of $0.79-$0.80/gallon. For NSC we have assumed an average fuel price in 2003 of $0.75/gallon which included the benefit from its current hedge position, and we have left our 2003 EPS estimate of $1.48 unchanged. The details of our old and new 2003 EPS estimates, current First Call Consensus, our revised fuel price assumptions for 2003 are listed in the table below. The modest revisions in our 03 EPS estimates put us even further below consensus. Our 2003 EPS estimates are now 7%-10% below consensus with the exception of NSC where our $1.48/share estimate is only $0.01/share below the First Call Consensus estimate.

**Table 5: Revised 2003 EPS Estimates and Fuel Assumptions; FC Consensus**

| | Revised 03 Fuel Price Assumption | Prior 03 EPS Estimate | Revised 03 EPS Estimate | FC Consensus 03 EPS |
|---|---|---|---|---|
| BNI | $0.79 | $2.25 | **$2.19** | $2.44 |
| CNI | $0.80 | $3.32 | **$3.30** | $3.58 |
| CSX | $0.80 | $2.45 | **$2.40** | $2.65 |
| NSC | $0.75 | $1.48 | **$1.48** | $1.49 |
| UNP | $0.79 | $4.60 | **$4.51** | $4.86 |

Source: Bear, Stearns & Co. Estimates and company reports

GNWR: Within the past twelve months, Bear, Stearns & Co. Inc. or one of its affiliates was the manager or co-manager of a public offering of securities for this company.
GNWR: Within the past twelve months, Bear, Stearns & Co. Inc. or one of its affiliates has performed, or is performing, investment banking services for which it has received a fee from this company.
GNWR: Bear, Stearns & Co. Inc. is a market maker in this company's equity securities.
BNI: Bear Stearns is associated with the specialist that makes a market in the common stock of this issuer, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock.
Bear, Stearns & Co. Equity Research Rating System:
Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.
Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

This report has been prepared by Bear, Stearns & Co. Inc, Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, Bear Stearns), as indicated on the cover page hereof. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is regulated by the United Kingdom Financial Services Authority. This report is not intended for private customers in the United Kingdom. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request. Bear Stearns may be associated with the specialist that makes a market in the common stock or options of an issuer in this report, and Bear Stearns or such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock or options. Bear Stearns and its employees, officers and directors may have positions and deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including positions and transactions contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein. This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained herein has been obtained from sources we believe to be reliable, its accuracy and completeness cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information contained herein. This publication is being furnished to you for informational purposes only and on the condition that it will not form a primary basis for any investment decision. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on the legal, tax and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, none of Bear Stearns or any of its employees shall be responsible for any investment decision. (c) 2002. All rights reserved by Bear Stearns. This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states.
NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX or NASDAQ National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

Bear, Stearns Ratings Distribution as of 9/9/02:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC clients in the last 12 months.
Buy (Outperform): 37 / 34.1
Neutral (Peer Perform): 42.8 / 16.9
Sell (Underperform): 19.7 / 10.4
Not Rated: 0.5 / 0

For important information regarding the companies in this report, please contact your registered representative at 1-800-371-0978, or write to Uzi Rosha, Equity Research Compliance, Bear Stearns & Co. Inc., 383 Madison Avenue, New York, NY 10179.

**From:** Couch, John
**Sent:** Monday, May 17, 2004 6:56 PM
**To:** Onimus, Frank III
**Subject:** Escalators 2004 Discussion.ppt

**Attachments:** Escalators 2004 Discussion.ppt

Escalators 2004 Discussion.ppt...

Here is what I prepared so far. I would have to go to Finance to get payments actually received and actual year over year fuel costs. Let me know if you want me to do so.

# Commercial Prices – Escalators
May 2004

CSX TRANSPORTATION

DA25961

CSXFSC000036483

# Merchandise by class of traffic

| Class | 2002 Merch Rev $M | | % |
|---|---|---|---|
| Forwarded | $ | 505 | 14% |
| Local | $ | 1,708 | 48% |
| Overhead | $ | 82 | 2% |
| Received | $ | 1,283 | 36% |
| Grand Total | $ | 3,579 | 100% |



Highly Confidential

DA25962

CSXFSC000036484

## Current Fuel surcharge policy

- All freight moving under tariffs and private price quotes
- All contracts (most now include a fuel surcharge clause)
- Contracts with fixed increases
- The fuel cost recovery charge does not apply on contracts that have 100% of the RCAF(u) or CPI or other index
- The policy was changed last year to provide fuel surcharge application if the escalator is capped or only a portion of the escalator applies



Highly Confidential

DA25963

CSXFSC000036485

# Options to expand application rate

- Need a written policy
- Data suggests the NS applies FS to all business
- Review contracts that received an exception

| Category | % of Merchandise revenue |
|---|---|
| • Fuel surcharge application | 50% |
| • Indexed contracts RCAF(u) | 10% |
| • Billed by other RR – no FS | 30% |
| • Exempted traffic | 10% |



Highly Confidential

DA25964

CSXFSC000036486

# Escalation strategy

| | 2000 | 2001 | 2002 | 2003 | 2004(e) |
|---|---|---|---|---|---|
| *Gross Domestic Product* | 3.7 | 0.5 | 2.2 | 3.1 | 4.7 |
| *Consumer Prices* | 3.4 | 2.8 | 1.6 | 2.3 | 1.7 |
| *Producer Prices, Finished Goods* | 3.9 | 2.0 | -1.3 | 3.2 | 1.8 |
| *Oil - WTI ($ per barrel)* | 30.35 | 25.96 | 26.11 | 31.12 | 31.80 |
| *Industrial Production (%change)* | 4.4 | -3.4 | -0.6 | 0.3 | 4.8 |
| *RCAF(u) annualized* | 94.8 | 97.3 | 97.1 | 101.3 | 102.9 |
| *RCAF(u) change* | 4.6 | 2.5 | -0.2 | 4.3 | 1.6 |
| *All, LF annualized* | 94.9 | 97.5 | 98.8 | 101.5 | 102.9 |
| *All, LF change* | 2.8 | 2.6 | 1.3 | 2.7 | 1.4 |
| | | | | | |
| *Estimated Fuel Surcharge* | 3.2% | 1.6% | 1.6% | 3.6% | 4.0% |
| | | | | | |
| *Gross Domestic Product* | S 1,036,598 | $ 1,041,849 | $ 1,064,695 | $ 1,097,926 | $ 1,149,984 |
| *Consumer Prices* | S 1,033,617 | $ 1,062,781 | $ 1,079,740 | $ 1,104,252 | $ 1,123,354 |
| *Producer Prices, Finished Goods* | S 1,039,024 | $ 1,059,414 | $ 1,045,549 | $ 1,078,989 | $ 1,098,334 |
| *Industrial Production (%change)* | S 1,043,877 | $ 1,008,494 | $ 1,002,708 | $ 1,005,585 | $ 1,053,784 |
| *RCAF(u) annualized* | S 1,046,000 | $ 1,072,412 | $ 1,069,999 | $ 1,115,474 | $ 1,133,042 |
| *All, LF annualized* | S 1,027,750 | $ 1,054,728 | $ 1,068,176 | $ 1,097,284 | $ 1,112,372 |
| | | | | | |
| *All Annualized plus CSX Fuel Surcharge* | S 1,060,638 | $ 1,071,604 | $ 1,085,267 | $ 1,136,786 | $ 1,156,867 |



Highly Confidential

DA25965

CSXFSC000036487

## Changes to the policy

- Everything is subject to fuel surcharge
- Long term contracts can have RCAF(u), AII LF, or fixed increases of at least 5%/year - plus fuel surcharge
- Exceptions elevated



Highly Confidential

DA25966

**From:** Hancock, Kyle Jr.
**Sent:** Tuesday, September 07, 2004 9:47 PM
**To:** Price, Dwight; McNulty, Tim; Flynn, Wayne; Cerwonka, Donna; Hofmann, Bill; Piccione, Lou Jr.; Stanyard, Darrell; Van Cleave, Jim; Hall, Brad; Ohorodnik, Mike; Pokorny, Susan
**Subject:** FW: Fuel Surcharge Comparison - CSXT and Class I Carrier

**Attachments:** Picture (Metafile)

For your information. Please ensure your teams have the benefit of this comparison. However, this is for internal use only so I would ask that this not be directly emailed to customers.

Kyle

---

**From:** McIntyre, Clyde Jr.
**Sent:** Tuesday, September 07, 2004 5:40 PM
**To:** Gooden, Clarence; Jenkins, Chris; Hancock, Kyle Jr.; Smith, Derrick; Piacente, Dean
**Cc:** Onimus, Frank III; Jenkins, Ed; Couch, John
**Subject:** Fuel Surcharge Comparison - CSXT and Class I Carrier

Following is a chart comparing each Class I carrier's fuel surcharge percentages by month during 2004:

- CSXT and NS became similar March 1, 2004 (0.4% for each dollar above $23 in WTI monthly average).
- BNSF and UP are similar (0.5% for each $0.05 above $1.25 in Retail On-Highway Diesel Fuel (HDF). BNSF initiated a separate program for unit trains of coal July 1, 2004.
- CP initiated a new program June 1, 2004. (When the WTI monthly average price equals or exceeds $24.00, the fuel surcharge will be 2%. When the WTI equals or exceeds $27.00, the fuel surcharge will be 4%. For each additional $1 of WTI above $27.00, the fuel surcharge will increase an incremental 0.4%). Prior to June 1st, CP used the same program as CN.
- CN sets its fuel surcharge quarterly based on the WTI average during the prior quarter (2% $24 - $26.99; 4% $27 - $31.99; 6% $32 - $36.99; 8% $37 - $41.99 and an additional 2% for each $5 U.S. increase).
- KCS uses a program similar to CSXT's former program (2% when WTI over $28 for 30 consecutive days and an additional 2% for each $5 above $28 for 30 consecutive days).

Hopefully you find the information useful and will pass to your teams. Let me know if you have any questions.

Clyde McIntyre

| | 2004 Fuel Surcharge | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| CSXT | 8.8% | 7.2% | 6.4% | 7.2% | 5.6% | 5.6% | 4.8% | 4.8% | 4.0% | 3.6% |
| NS | 8.8% | 7.2% | 6.4% | 7.2% | 5.6% | 5.6% | 4.8% | 4.8% | 2.0% | 2.0% Eff 1/29<br>0% |
| BNSF | 6.0%<br>7.5%[1] | 5.0%<br>6.5%[1] | 5.0%<br>6.0%[1] | 5.0%<br>6.5%[1] | 4.5% | 4.0% | 3.5% | 3.5% | 2.5% | 2.5% |
| UP | 6.0% | 5.0% | 5.0% | 5.0% | 4.5% | 4.0% | 3.5% | 3.5% | 2.5% | 2.5% |
| CN | TBD | 8.0% | 8.0% | 8.0% | 6.0% | 6.0% | 6.0% | 4.0% | 4.0% | 4.0% |
| CP | 10.8%[2] | 9.2%[2] | 8.0%[2] | 9.2%[2] | 7.6%[2] | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| KCS | 6.0% | 6.0% | 6.0% Eff 8/13<br>4.0% | 4.0% | 4.0% | 4.0% | 4.0% | 4.0% Eff 3/24<br>2.0% | 2.0% | 2.0% Eff. 1/29<br>0% |

[1] BNSF Coal Unit Train Surcharge Effective 7/1/2004

[2] CP phasing out old program. Surcharge remains 6% on older Price Authorities.

**From:** Gregson, Dan
**Sent:** Monday, January 06, 2003 6:55 PM
**To:** Auzmendi, Al
**Subject:** RE: UNTITLED.PPT

Al, can you give me the fuel price by Period for 2003?

Thanks Dan

-----Original Message-----
**From:** Stephens, Greg
**Sent:** Monday, January 06, 2003 1:12 PM
**To:** Gregson, Dan; Peck, Alan
**Cc:** Gutman, Bob
**Subject:** FW: UNTITLED.PPT
**Importance:** High

Alan and Dan: There is indication that fuel price may substantially exceed plan this year, especially early on. Given the price per gallon assumptions in the attached file could you make an assessment of the change in fuel surcharge vs plan implied by the fuel price assumptions? This does not need to be an extended or thorough study. Just assume the price of highway diesel varies with the price of railroad diesel. Send your assessment to Bob G. by tomorrow COB. If you feel that is not possible, let Bob and I know.

Thanks
Greg

-----Original Message-----
**From:** Gutman, Bob
**Sent:** Monday, January 06, 2003 11:05 AM
**To:** Stephens, Greg
**Subject:** UNTITLED.PPT

<< File: UNTITLED.PPT >>
Greg: Per our conversation, please develop quick & dirty estimate of additional CSXI fuel surcharge that could help offset the attached fuel price plan variances by quarter. Thanks.

Bob



Highly Confidential

**11/13/00 BNSF/ NS Meeting**

**Attending**:

NS: Ike Prillaman, Don Seale, Mike McClellan, Dave Childers, Gary Wendorf, Jim Bolander, Bob Huffman

BNSF: Chuck Schultz, Dave Garin, Steve Branscum, Russ Smitley, Steve Bobb, Pete Rickershauser, Todd Olsen, George Duggan, Denis Smith

**Forest Products**

D. Childers - NS having difficulty understanding when they have participated in LOGS, when they are participating in rates.

1) ***Denis to provide quarterly report re: LOGs activity to NS.***

Denis wanting to take rates up 4% to 6%. Would like NS participation.
Paper - industry consolidation negatively impacting BNSF/NS initiatives.
**Both Don and Chuck noted the need to look at big picture re: watershed opportunities. Look across all commodities.**
Scrap paper - simplified pricing.

2) ***Continue to refine joint line rates - getting ready for new interline rates 3/1/00.***
3) ***Identify rule 11 moves still moving freight - see if they can be eliminated - do by December 4.***
4) ***Need to quantify paper potential - identify tonnages by O/D - truck and rail. Are we getting the IP truck potential or not (should have had by 11/3, need to get on a disk)? Get truckload potential from customers other than IP, quantify interline opportunities on a spreadsheet, design necessary new service offerings, look at bundling rather than point-to-point. Denis and Dave to set timelines. Dave and Don to follow up.***
5) ***Share information regarding CH Robinson - what role they may play as 3PL for paper.***

**Minerals and Machinery**

Russ Smitley - concern re: NS closing Birmingham gateway for kaolin clay - NS prefers Memphis over B'ham. Potlach (receiver) not happy, using in political rhetoric concerning railroad competition, feels they are being disadvantaged economically. Volume is less than 200 cars per year destined Minnesota.

6) ***NS/BNSF to find solution of best gateway and rate, possibly financial, that makes Potlach indifferent – service capabilities Memphis versus Birmingham gateway. Dave to check w/ NS ops.***

Intellitrans proposal - to trace 50 cars and show how they can improve turns. Asking RR's to fund test. Conference call is being set up. If you micro-manage 50 cars - of course, you'll find improvement. So we give them data for free, they use, and we fund! Car location data is proprietary, not free. We need a solution from the rail industry, possibly a joint BNSF/NS Customer Solutions team. Fleet management. 3PL's take our data - put into model - and tell customer the size that their fleet needs to be.

Could we use Steelroads as an alternative versus supporting a third party effort. Pro-active trace, etc. Need industry solution for customers. We don't need a third party and we need a much larger sample.

**Chemicals**

G. Duggan: Industrial chemicals price simplification - progressing well. Plan to have something in place by year end. Mileage or state-to-state pricing. Bigger picture involves BNSF Franchise disadvantages. Discussed fuel-by-rail initiative.

*7) **BNSF/CN to finalize and give price simplification update by year-end.***

Pipeline study - neither have progressed account resources. Some pipelines at capacity.

Mount Belvieu, TX - short term opportunity re: LPG. New contracts coming up. Competitive origin (UP and BNSF) to NS closed destinations.

*8) **Duggan to fund pipeline study using outside resources to determine where opportunities are, focus on nearterm winter opportunities, quantification – how much business potential are we talking about? – LPG Spot Market Analysis. Develop LPG plan in next 30 days for "quick hit", scorecard by 12/1.***

Plastics storage - site location - are there some NS facilities that could be used in the Northeast? Plastics transloading - locate forward storage facility.

Industrial chemicals: How much is moving truckload, barge pipeline that we can attack? What are the flows? Goal to reduce price authorities, put into tariffs.

9) ***NS to identify possible sites for Plastic Express storage/transloading.***

NS capacity exists at Conway - possibility for advanced storage. Also Enola, PA near Harrisburg may be possibility. NS to look in to.

Need to communicate to LPG industry describing price and service.
Plastics express - BNSF's business directory - visibility of all plastic transloaders.

***10) George to work w/ NS to get NS site info on BNSF B2B Chemicals site populated. On NS website?***

***11) BNSF/CN to do price simplification on Petroleum/Plastics next year.***

Come up with new list of targeted customers, Oxy is off the table now. What contracts are coming up?

**Metals**

Alcoa testing BNSF 60' web strap car, BNSF wants to encourage all tinplate loaders to use this process. Continue to look at where we can cross-supply each other with equipment.
May require some new pooling definitions to make cars less restrictive - BNSF and NS.

12) ***NS to look into turning back leases and using surplus BNSF equipment. Both BNSF and NS to follow up on opportunities to share equipment. Concerning coil cars, in particular, where does it make sense for NS to have BNSF provide equipment?***

NS advised biggest steel volumes move to California, Mexico – NS has concerns in Mexico on utilization of equipment; current opportunities total 3,691 carloads of BNSF-NS opportunities identified by NS. How much steel moves west, by commodity: coil, tinplate, rebar, tube and pipe? Need to quantify origin-destination pairs.

13) ***Todd to due a complete Truck flow study - East to West, West to east. Document tonnages - by commodity - tin plate, structurals/rebar, etc. A lot of steel going west in steamship boxes and Canadian lumber cars.***

Tube and pipe - oil drilling activity - moving into Houston area. A lot moves over team track - then truck. Sheldon business/North Star - we didn't get. We'd like to understand better. Maverick Tube – BNSF to put track in at plant site, what opportunities will result?

14) ***Public pricing - NS hasn't joined mileage scale/simplified pricing the way CSX has. NS says they are working on some price matrices. Target for closure - end of January for pricing matrix/rate scale on coil. (Have one on tube and pipe now.)***

BNSF ability to market NS transloads and vice versa. Once price matrices on place we should be good to go.

15) ***We need a comprehensive plan as to how we can both market BNSF and NS transloads. Involve communications. We may want a joint web applications to help market and sell. Effort already underway. Possibly a joint usage terminal approach - BNSF and NS. BNSF and NS marketing to identify targets and forward to each other's distribution services groups.***

16) ***Metals = take primary commodities and identify primary flows. BNSF and NS marketing to ask for truck traffic from mills. Quantify flows by ID. BNSF and NS metals teams to meet quarterly.***

*17) Rate scale for noncoil products to be completed by year end.*

**Ag Products**

Steve Bobb - biggest increase in corn/soybean production is in NS territory.
Developing more efficient interline moves - being progressed.

BNSF would like NS to look at launching a solid wheat train into eastern destination cities, which can be exploded out to smaller units, with incentives for fast equipment turns, to complete with CP.

*18) What size of trains does NS like? We're grouping flour mills to share train. NS to identify which destination city/receiver groups best fit their operation. Pat Simonic, NS working on – owes BNSF response?*

*19) NS looking more at public pricing, which can change with labor, fuel cost changes.*

Need Marc Allen at these meetings going forward. Marc's counterpart is Ken Yopp, NS.
NS is "not too excited" about the perishables business.

**Intermodal**

33% of NS intermodal is w/ BNSF. 75% of their interline business is w/ BNSF. Channel changes coming up. We need more of stack train network like Pacer. Then replicate a premium network. Different areas of thrust into retail world. Triplecrown and Freightwise opportunity. Don't cede premium segments to Amtrak. Need to integrate our BNSF and NS services.

CH Robinson controls $3 B in traffic. Railvan and Maersk could be an issue.

*20) Meeting last week of November - focus on refining the network. Alliance gateway deal - OK but not going great or as expected. BNSF/KCS both struggling. Alliance gateway - we need 4th day afternoon, we're selling 5th day, but it's typically 6th day. If we can't fix by end of 1st quarter - we'll need a new plan. Will NS' new Austell, GA intermodal facility permit this service to be put on when it opens Q2 2000?*

*21) We also need to integrate products in NE.*

*22) Continue dialogue re: approach to the market (i.e. retail/door-to-door.)*

*23) Redefinition of stack train - first qtr 2001 - go public and then attack market place at same time Pacer rolls out IPO. Now is the time to do so.*

Joliet - up 2nd quarter 2002. Many International contracts up for bid in 2002.

Premium product - B'ham will be the gateway.

***24) If we develop partnership and network - we need to think about high level of coordination and how we can help each other when there are problems on either road. e.g. sharing or swapping Chicago facilities to improve interchanges, which may not be easy operationally.***

***25) Network design - implemented by 4/1/2001. Pieces earlier if possible.***

**Network Development - Pete Rickershauser**

CSX new intermodal, auto, consumer (perishable) train to Baltimore and Philadelphia - traffic from West off of UP.

**Ex Parte 582**

1) Timeline is left uncovered. We're recommending tightening and less than 1 year.
2) Rules they proposed are not rules, there are concepts and need clarification.
3) We'll challenge their assertion that class 1's can't merge without service problems (an assumptions made by definition).

BNSF Themes:

Define rules however tight.
Shorten time.



Highly Confidential 

Industry

# Air Freight and Surface Transportation

James J. Valentine, CFA
+1 (1)312 706 4600
James.Valentine@morganstanley.com
Chad A. Bruso, CFA
J. Christopher Leshock
Michael Manelli

Industry Overview

February 12, 2003

## *Lowering 1Q03 Estimates Due to Rising Fuel Prices*

| GICS SECTOR | INDUSTRIALS |
|---|---|
| US Strategist Weight | 12.1% |
| S&P 500 Weight | 11.4% |

| COMPANIES FEATURED | |
|---|---|
| Arkansas Best (ABFS, $25) | Equal-weight |
| Burlington Northern SF (BNI, $25) | Equal-weight |
| C.H. Robinson (CHRW, $30) | Equal-weight |
| CNF, Inc. (CNF, $30) | Overweight |
| Canadian National (CNI, US$41) | Overweight |
| Canadian Pacific (CP, US$20) | Overweight |
| CSX Corp (CSX $27) | Overweight |
| FedEx Corp. (FDX, $52) | Equal-weight |
| J.B. Hunt Transportation (JBHT, $27) | Underweight |
| Kansas City Southern (KSU $12) | Equal-weight |
| Norfolk Southern (NSC $19) | Equal-weight |
| Ryder System (R, $22) | Equal-weight |
| Swift Transportation (SWFT, $17) | Equal-weight |
| CP Ships (TEU, $13) | Overweight |
| Union Pacific (UNP, $56) | Overweight |
| United Parcel Service (UPS, $59) | Underweight |
| USFreightways (USFC, $26) | Equal-weight |
| Werner Enterprise (WERN, $19) | Equal-weight |

RECENT REPORTS

Revisiting Pension Exposure for Freight Transports
*James J. Valentine* January 17, 2003
Freight Pulse IV: Insights From Our Shipper Survey
*James J. Valentine* January 14, 2003
Regional LTLs Gain More Ground on the Nationals
*James J. Valentine* January 14, 2003
Priority Air Insights: A Ho-Hum Holiday Season
*James J. Valentine* January 2, 2003
Implications of Higher Fuel Prices
*James J. Valentine* December 18, 2002
Priority Air Insights:Postal Volumes in Flux for FDX
*James J. Valentine* December 13, 2002
Reiterate Optimism for '03 Railroad Coal Volumes
*James J. Valentine* December 11, 2002
Revising Down 2003 EPS Due to Weak Autos
*James J. Valentine* November 18, 2002
Rails to Benefit from Catch Up in Contract Escalator
*James J. Valentine* September 17, 2002

- **Recent spike in fuel prices causes us to revisit our fuel price assumptions**
  Given the recent jump in fuel prices we have raised our 1Q03 fuel assumption to $35/bbl WTI ($1.60 on-highway diesel), and our full year fuel assumption to $31/bbl WTI. In this report we quantify the EPS impact of this change on the freight transportation stocks in our universe.
- **CSX and UNP see lower EPS, however our 2004 based valuations remain firm**
  We are lowering 1Q03 EPS at the hedged railroads (BNI, CNI, CP, KSU and NSC) by 2% to 3%, and CSX and UNP by 7% and 8% respectively. However we look for lagging fuel recovery mechanisms to yield better traction in 2Q03, allowing the hedged railroads to recover most of the 1Q03 reduction.
- **Lowering TL EPS due to higher fuel, LTLs passing higher costs on to customers**
  TL carriers have exposure to rising fuel prices. Lowering 1Q03 EPS estimates for JBHT by $0.02 to $0.21, and 2003 estimates by $0.03 to $1.72. Reducing 1Q03 estimates for WERN by $0.02 to $0.19 and 2003 estimates by $0.02 to $1.13. Making no changes to our SWFT estimates as higher fuel prices are already reflected in our published estimates. LTL carriers have virtually no exposure to rising fuel costs and thus we are making no changes to our earnings estimates.
- **UPS and FDX to feel near-term pinch, but immune over the long-term**
  We are lowering FDX's F3Q03 EPS from $0.51 to $0.49 and UPS's 1Q03 EPS from $0.51 to $0.50 due to the timing of fuel surcharge increases. UPS and FDX are among the best transportation companies at collecting fuel surcharges and once surcharges catch up (approx. 2 months), fuel should have no impact on the earnings power of either company.
- **We view the Air Freight and Surface Transportation industry as In-Line**
  With current valuations largely in-line with historical levels, we believe the Air Freight & Surface Transportation industry will perform in-line with the broader-based markets over the next 12-18 months.

Please see the important disclosures at the end of this report.

# *Lowering 1Q03 Estimates Due to Rising Fuel Prices*

With WTI oil prices currently in excess of $35/bbl, on-highway diesel prices climbing a staggering $0.12 last week, to $1.66 per gallon (the highest level in over two years) and jet fuel prices double year-ago levels, we are increasing our 1Q03 fuel prices assumption from $32.50/bbl ($1.53 on-highway diesel) to $35/bbl ($1.60 on-highway diesel). As a result, we have made downward earnings revisions to our 1Q03 estimates for a number of the stocks in our universe (see Exhibit 1), as the railroads and Truckload (TL) carriers generally do not pass along all fuel inflation to their customers, and the express/parcel carriers experience a lag in their customer fuel surcharges by about two months. We have made no changes to our earnings estimates for the LTL carriers, non-asset based players, and Ryder as these companies either have no exposure to fuel prices or pass higher costs on to customers on a near real-time basis.

**Limited fuel hedges leave CSX and UNP the most exposed rails in 1Q03, but our longer-term investment thesis remains intact.** Despite the downward revisions to our 1H03 EPS estimates for CSX and UNP (most of the reduction is to our 1Q03 EPS - see Exhibit 1), we remain bullish towards both names, as we do not expect high oil prices to cloud the horizon for our entire one-year investment horizon. Our one-year prices targets, which are based on our 2004 EPS estimates, have not changed and continue to yield 25% upside ($34 for CSX and $68 for UNP - see our catalyst and risk tables later in this report). We continue to believe that oil prices will ease in 2H03 and eventually revert towards its 20-year mean price of $22/bbl. To be conservative, our 2004 EPS estimates (used for valuation purposes) use a price of $25/bbl.

We expect the railroads with substantial fuel hedges (BNI, CNI, CP, and NSC have near 50% hedges in place, whereas KSU has 32% hedged) to see a 2% to 3% reduction in 1Q03 EPS, as the sharp spike in oil prices will likely outstrip the fuel surcharge and recovery mechanisms that most railroads currently have in place. Because of the lag in recovery mechanisms, we look for improved fuel-related recoveries in 2Q03 that will largely offset the minor 1Q03 EPS reductions, and thus we are not changing our full-year 2003 estimates for BNI, CNI, CP or NSC.

Exhibit 1

**1Q03 and Full Year 2003 Earning Estimates Revisions (Ranked by Downward Revision to 1Q03 EPS)**

| | 1Q03 EPS Estimates | | | Full Year 2003 EPS Estimates | | |
|---|---|---|---|---|---|---|
| | Previous | New | % Change | Previous | New | % Change |
| WERN | $0.21 | $0.19 | -10% | $1.15 | $1.13 | -2% |
| JBHT | $0.23 | $0.21 | -9% | $1.75 | $1.72 | -2% |
| CSX | $0.25 | $0.23 | -8% | $2.35 | $2.32 | -2% |
| UNP | $0.72 | $0.67 | -7% | $4.55 | $4.50 | -1% |
| FDX* | $0.50 | $0.48 | -4% | $2.70 | $2.68 | -1% |
| CP | $0.25 | $0.24 | -3% | $1.76 | $1.76 | 0% |
| CNI | $0.69 | $0.68 | -3% | $3.50 | $3.50 | 0% |
| KSU | $0.15 | $0.14 | -3% | $0.90 | $0.89 | -1% |
| BNI | $0.43 | $0.42 | -2% | $2.20 | $2.20 | 0% |
| NSC | $0.24 | $0.24 | -2% | $1.35 | $1.35 | 0% |
| UPS | $0.51 | $0.50 | -2% | $2.35 | $2.34 | 0% |
| ABFS | $0.44 | $0.44 | 0% | $2.60 | $2.60 | 0% |
| CHRW | $0.29 | $0.29 | 0% | $1.32 | $1.32 | 0% |
| CNF | $0.28 | $0.28 | 0% | $2.25 | $2.25 | 0% |
| R | $0.29 | $0.29 | 0% | $2.05 | $2.05 | 0% |
| SWFT* | $0.16 | $0.16 | 0% | $1.10 | $1.10 | 0% |
| TEU | -$0.08 | -$0.08 | 0% | $0.90 | $0.90 | 0% |
| USFC | $0.30 | $0.30 | 0% | $2.25 | $2.25 | 0% |

**For FDX, 1Q03 = F3Q03 and 2003 = FY03 ending May 2003. We lowered SWFT's EPS in report dated 2/11/03. Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

**LTL carriers likely to feel no effect from rise in diesel prices, while TL carriers likely to feel near-term pain.** Among Trucking stocks, the Truckload (TL) carriers we follow (JBHT, SWFT and WERN) have exposure to rising fuel prices, while the LTL carriers (ABFS, CNF, and USFC) are virtually immune to fluctuations in fuel prices as they have historically passed along nearly 100% of the increased cost of fuel to their customers in the form of a fuel surcharge. Given that LTL surcharges adjust on a weekly basis, the LTL carriers recover nearly 100% of the increased cost on a real-time basis.

With regards to the TL carriers, they clearly improved their ability to collect fuel surcharges from their customers over the past three years (we believe most TL carriers are now recovering close to 90% of the increased cost of fuel on all loaded miles). That said, when fuel prices change rapidly TL fuel surcharges generally lag by a couple of weeks, and thus it is likely that the TL carriers will be absorbing much of the recent increase in fuel costs themselves until their fuel surcharges catch up. Additionally, TL carriers also must absorb the increased cost of fuel on all empty miles, which generally average between 7-15% of total miles driven depending on the carrier, and thus the TL carriers still have relatively significant exposure to changes in fuel prices, especially when they change rapidly.

Based on this, we expect fuel comparisons to be a major drag on earnings for the TL carriers in 1Q03 as we believe they are presently absorbing much of the increased costs, and thus we have lowered our 1Q03 EPS estimates for WERN and JBHT (we are leaving our 1Q03 estimates unchanged for SWFT as our new estimates published yesterday already assume higher fuel prices). Assuming fuel prices stabilize at current levels we expect fuel to be less of a negative impact in 2Q03 and beyond, as the TL fuel surcharges should have adequate time to "catch up". If fuel prices decline in the 2H03, as we are currently assuming in our models, fuel comparisons should benefit the earnings power to the TL carriers whereas it should have minimal impact on the LTLs.

**UPS and FDX mostly immune to rising fuel prices over time**

As a result of the recent spike in fuel prices, we are lowering EPS estimates for FDX and UPS by $0.02/share and $0.01/share, respectively, for the current quarter and current year. With that said, keep in mind that FDX and UPS should be mostly unaffected by fluctuations in fuel prices ***over the long term***, as both carriers have implemented variable fuel surcharges designed to recapture 100% of cost increases. These surcharges lag changes in fuel price by about two months causing a slight pinch as fuel prices rise and surcharges catch up (and benefit the companies on the way down). Both companies have been steadily raising fuel surcharges in recent months with current surcharges of 4.0% on FedEx Express domestic shipments, 1.25% on FedEx Ground shipments and 1.25% on all UPS domestic shipments (both ground and air).



**Please see the important disclosures at the end of this report.**

Exhibit 2

**National On-Highway Diesel Fuel Price versus WTI Spot Price**




*Source: US Department of Energy and Morgan Stanley Research*

Exhibit 3

**Year-Over-Year New York Harbor 54-Grade Jet Fuel Comparison**




*Note: Prices per gallon do not include approximately $0.12-$0.14/gallon in handling charges. Source: Bloomberg*

Exhibit 4

**Canadian National Stock Catalysts, Risks, and Valuation**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Highly levered to Canadian grain exports | **Mixed.** CNI's grain revenues declined by C$220 million in 2002 as the Canadian prairies experienced the worst drought in 30 years. A rebound to 2001 levels would increase EPS by US$0.22 to US$0.24 in 2004 if the next crop is near normal. |
| Solid free cash flow | **Positive.** We expect CNI's free cash flow to near C$500 million after dividends in 2003, or approximately 8% of revenues, an industry best. |
| Returning cash to shareholders | **Positive.** CNI commenced a share buy-back program with the intent to purchase 6.5% of its stock over the next 12 months. It also increased its dividend by 10% in 2002, and 16% in 2003, increasing the dividend yield to 1.6%. |
| Intense focus on improving margins | **Positive.** The best management in the industry not surprisingly has the best margins in the industry, 32% in 2002. Numerous projects in the pipeline give us the confidence that margins can continue to improve in 2003 and beyond. |
| Higher pension expense in 2003 | **Negative.** CNI lowered its expected rate of return on plan assets to 8% that will increase its pension expense by C$50 million in 2003. |
| Double-dip economic scenarios | **Negative.** Another slowdown in the North American economy would obviously hurt CNI given that 56% of its shipments are economically-sensitive, however the weak Canadian dollar has helped fuel strong shipments of Canadian goods to US consumption markets during the last recession. |
| Higher oil prices | **Largely Neutral.** CNI has 47% of its 2003 fuel needs hedged, and approximately 50% of its revenues are linked to fuel prices, leaving it with a lower level of price exposure than most railroads. We currently assume an oil price of $35/bbl or $1.05 per gallon of diesel in 1Q03, $34/bbl or $1.02/gallon in 2Q03, and $27.50/bbl or $0.825/gallon in 2H03. |
| | |
| **Management Targets** | **Who/When?** |
| 1% to 2% revenue growth in 2003 | Senior member of management, January 2003 |
| Modest operating ratio improvement in 2003 | Senior member of management, November 2002 |
| 0% to 5% EPS growth in 2003 | Senior member of management, November 2002 |
| C$1 billion in capital expenditures in 2003 | Senior member of management, January 2003 |
| 4% to 6% revenue growth in 2004/05 | Senior member of management, November 2002 |
| 10% to 15% EPS growth in 2004/05 | Senior member of management, November 2002 |
| | |
| **Valuation Methodology** | |
| We derive our one-year US$52 price target by applying an average p/e of 12.0x on our twelve-month forward earnings estimate one-year from now ($4.29) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research*

Exhibit 5

**Canadian Pacific Stock Catalysts, Risks, and Valuation**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Highly levered to Canadian grain exports | **Mixed.** CP's grain revenues declined by C$118 million in 2002 as the Canadian prairies experienced the worst drought in 30 years. A rebound to 2001 levels would increase EPS by US$0.16 or 9% in 2004 if the next crop is near normal. |
| Levered to Canadian coal exports | **Mixed.** CP's coal revenues declined by C$31 million in 2002 as global coal demand softened. A rebound to 2001 levels would increase EPS by US$0.04 or 2% in 2004. |
| Focus on improving margins | **Positive.** CP continues to reduce its annual operating ratio despite having the second best margins in the industry. Numerous projects in the pipeline give us the confidence that margins can continue to improve in 2003 and beyond. |
| Higher 2003 pension expense | **Negative** Although CP has the most conservative rate of plan asset return and discount rate assumptions of any North American railroad (8% and 6.75% respectively), we anticipate C$22 million in higher pension expense in 2003 (C$0.10 per share). |
| Double-dip economic scenarios | **Negative.** Another slowdown in the North American economy would obviously hurt CP given that 44% of its shipments are economically-sensitive, however the weak Canadian dollar has helped fuel strong shipments of Canadian goods to US consumption markets during the last recession. |
| Higher oil prices | **Largely Neutral.** CP has 38% of its 2003 fuel needs hedged, and approximately 90% of its revenues are linked to fuel prices, leaving it with a lower level of price exposure than most railroads. We currently assume an oil price of $35/bbl or $1.05 per gallon of diesel in 1Q03, $34/bbl or $1.02/gallon in 2Q03, and $27.50/bbl or $0.825/gallon in 2H03. |
| | |
| **Management Targets** | **Who/When?** |
| 3% to 4% revenue growth in 2003. Growth comprised of 1% yield improvement (same store sales), 1% new initiatives, and 2% organic volumes. | Senior member of management, January 2003 |
| 1% to 3% EPS growth in 2003 | Senior member of management, January 2003 |
| C$700 to C$725 million in capital expenditures in 2003 | Senior member of management, January 2003 |
| 7% to 10% revenue growth in 2004 assuming 2003/04 grain crop is 85% of normal | Senior member of management, November 2002 |
| 2004 coal revenue to return to 2001 levels (C$474 million) | Senior member of management, November 2002 |
| 2004 operating ratio of 73% (assuming US$22/bbl oil and a return to normal grain volumes) | Senior member of management, November 2002 |
| 2004 return on capital employed (assuming US$22/bbl oil and a return to normal grain volumes) | Senior member of management, November 2002 |
| 2004 cash flow before dividends of C$200 million (assuming US$22/bbl oil and a return to normal grain volumes) | Senior member of management, November 2002 |
| | |
| **Valuation Methodology** | |
| We derive our one-year US$25 price target by applying an industry average p/e of 11.5x on our twelve-month forward earnings estimate one-year from now (US$2.18) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Exhibit 6

**CSX Stock Catalysts, Risks, and Valuation**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Most levered railroad | **Positive.** CSX has the most operating leverage and financial leverage of any North American railroad, suggesting greater upside potential as economy improves. |
| Levered to the Rail Cost Adjustment Factor | **Positive.** Approximately 15% of CSX revenues are adjusted quarterly by the RCAF factor, which increased 3% yoy in 4Q02 and 1Q03 after three consecutive quarters of yoy declines in 2002. |
| Improving free cash flow/Debt Paydown | **Positive.** We expect CSX's free cash flow to exceed $300 million after dividends in 2003 as it continues to grow its revenues and expand its margins. |
| Levered to rebounding utility coal volumes | **Positive.** Nearly 25% of CSX's revenues are from its coal business that has operating margins in the range of 25% to 35%. We expect shipment volumes to improve sometime in 1H03 as utility stockpiles have been largely worked down and electricity demand remains robust (+4% year-over-year in recent months). |
| Double-dip economic scenario | **Negative.** Another slowdown in the US economy would obviously hurt CSX given that 43% of its shipments are economically-sensitive. We already assume an auto production decline of 6%, to 15.5 million units in 2003. |
| Higher oil prices | **Negative.** CSX does not have any of its 2003 fuel needs hedged, however just under 50% of its revenues has a fuel surcharge component, leaving it with exposure to changing fuel prices. We currently assume an oil price of $35/bbl or $1.05 per gallon of diesel in 1Q03, $34/bbl or $1.02/gallon in 2Q03, and $27.50/bbl or $0.825/gallon in 2H03. |
| | |
| **2003 Management Targets** | **Who/When?** |
| Implementation of additional 190 beltpack units | Senior member of management, January 2003 |
| 900 headcount reduction | Senior member of management, January 2003 |
| $100 million of same-store price increases | Senior member of management, January 2003 |
| $200 million of truck conversions | Senior member of management, January 2003 |
| Free cash flow (after dividend) in excess of $300 million in 2003 | Senior member of management, January 2003 |
| All-in debt-to-capital ratio of 54% by year-end | Senior member of management, January 2003 |
| **Longer-term Targets** | |
| $8 billion in railroad revenue in 2004 | Senior member of management, October 2002 |
| 80% operating ratio in 2004 | Senior member of management, October 2002 |
| 80% operating ratio on $8 billion implies 2004 EPS near $4.00 | Senior member of management, October 2002 |
| | |
| **Valuation Methodology** | |
| We derive our one-year $34 price target by applying an below industry average p/e of 11.0x on our twelve-month forward earnings estimate one-year from now ($3.13) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Exhibit 7

**Union Pacific Stock Catalysts, Risks, and Valuation**

| Stock Catalyst/Risks | Impact on Fundamentals/Stock |
|---|---|
| Growing revenues at a faster rate than the industry | **Positive.** UNP's superior route franchise, access to fast growing population centers in the West, and dominance over rail shipments to and from Mexico suggests that it can consistently grow its revenues 3% to 5% annually. |
| Most levered to the Rail Cost Adjustment Factor | **Positive.** Over 30% of UNP revenues are adjusted quarterly by the RCAF factor, which increased 3% yoy in 4Q02 after three consecutive quarters of yoy declines |
| Improving free cash flow | **Positive.** We expect UNP's free cash flow to exceed $500 million after dividends in 2002, allowing it to pay down its debt to the point that its debt-to-capital ratio drops to 48% (including off balance sheet leases) |
| Returning more cash to shareholders | **Positive.** UNP recently increased its dividend by 15%, improving its yield to 1.5%. We believe a stock buy-back program or further dividend increase is likely in 2003. |
| Double-dip economic scenario | **Negative.** Another slowdown in the US economy would obviously hurt UNP given that 60% of its shipments are economically-sensitive, however our expectations for improving coal volumes and better contract pricing would cushion against such a scenario. |
| Higher oil prices | **Negative.** UNP only has 7% of its 2003 fuel needs hedged, leaving it exposed to price spikes. We currently assume an oil price of $35/bbl or $1.05 per gallon of diesel in 1Q03, $34/bbl or $1.02/gallon in 2Q03, and $27.50/bbl or $0.825/gallon in 2H03. |
| | |
| **Management Targets** | **Who/When?** |
| The company anticipates a potential 1Q03 EPS shortfall of $0.15 to $0.12 per share compared to a year ago (assumes oil prices near $33/bbl and a $0.10 severance charge). | Senior member of UNP management, January 22, 2003 |
| Assuming 2% to 3% GDP growth and oil moderating to $25/bbl by year-end, core 2003 earnings growth should range between 5% and 10% ($4.51-$4.73), including the $0.10 severance charge. | Senior member of UNP management, January 22, 2003 |
| Revenue growth of 2% to 4% in 2003 and 3% to 5% longer-term | Senior member of UNP management, December 3, 2002 |
| Modest improvement in its 2003 operating ratio, and a 75% operating ratio in 2006 | Senior member of UNP management, December 3, 2002 |
| Free cash flow (after dividends) of $400 to $600 million in 2003, and a range of $500 million to $1 billion longer-term | Senior member of UNP management, December 3, 2002 |
| Continued improvement on mid-7% return on capital in 2003, and beat cost of capital longer-term (8% to 9%). | Senior member of UNP management, December 3, 2002 |
| Cumulative 3-year EPS of $13.50 between 2001 and 2003. Implies 2003 EPS of $4.68 in order to reach $100 million payout for top 200 managers in early 2004. | UNP 2000 10-K filing |
| | |
| **Valuation Methodology** | |
| We derive our one-year $68 price target by applying UNP's historical average p/e of 12.5x on our twelve-month forward earnings estimate one-year from now ($5.45) | |

*Source: Morgan Stanley Research*

*For a discussion, if applicable, of the valuation methods used to determine the price targets included in this note and the risks related to achieving these targets, please refer to the latest published research on these stocks. Research is available through your sales representative or on Client Link at www.morganstanley.com and other electronic systems.*

**Global Stock Ratings Distribution**

*(as of Jan 31, 2003)*

| | Coverage Universe | | Investment Banking Clients (IBC) | | |
|---|---|---|---|---|---|
| Stock Rating Category | Count | % of Total | Count | % of Total IBC | % of Rating Category |
| **Overweight** | 607 | 32% | 240 | 38% | 40% |
| **Equal-weight** | 891 | 47% | 286 | 45% | 32% |
| **Underweight** | 396 | 21% | 105 | 17% | 27% |
| **Total** | 1,894 | | 631 | | |

*Data include common stock and ADRs currently assigned ratings. For disclosure purposes (in accordance with NASD and NYSE requirements), we note that Overweight, our most positive stock rating, most closely corresponds to a buy recommendation; Equal-weight and Underweight most closely correspond to neutral and sell recommendations, respectively. However, Overweight, Equal-weight, and Underweight are not the equivalent of buy, neutral, and sell but represent recommended relative weightings (see definitions below). An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations. Investment Banking Clients are companies from whom Morgan Stanley or an affiliate received investment banking compensation in the last 12 months.*

ANALYST STOCK RATINGS

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

More volatile (V). We estimate that this stock has more than a 25% chance of a price move (up or down) of more than 25% in a month, based on a quantitative assessment of historical data, or in the analyst's view, it is likely to become materially more volatile over the next 1-12 months compared with the past three years. Stocks with less than one year of trading history are automatically rated as more volatile (unless otherwise noted). We note that securities that we do not currently consider "more volatile" can still perform in that manner.

*Ratings prior to March 18, 2002: SB–Strong Buy; OP–Outperform; N–Neutral; UP–Underperform. For definitions, please go to www.morganstanley.com/companycharts.*

ANALYST INDUSTRY VIEWS

Attractive (A). The analyst expects the performance of his or her industry coverage universe to be attractive vs. the relevant broad market benchmark over the next 12-18 months.

In-Line (I). The analyst expects the performance of his or her industry coverage universe to be in line with the relevant broad market benchmark over the next 12-18 months.

Cautious (C). The analyst views the performance of his or her industry coverage universe with caution vs. the relevant broad market benchmark over the next 12-18 months.

*Stock price charts and rating histories for companies discussed in this report are available at www.morganstanley.com/companycharts. You may also request this information by writing to Morgan Stanley at 1585 Broadway, 14th Floor (Attention: Research Disclosures), New York, NY, 10036 USA.*

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley").

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The securities discussed in this report may not be suitable for all investors. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives.

This report is not an offer to buy or sell any security or to participate in any trading strategy. Morgan Stanley, Morgan Stanley DW Inc., affiliate companies and/or their employees may have investments in securities or derivatives of securities of companies mentioned in this report, and may trade them in ways different from those discussed in this report. Derivatives may be issued by Morgan Stanley or associated persons.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate managed or co-managed a public offering of securities of CP Ships LTD, Ryder System and Union Pacific.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate has received compensation for investment banking services from Burlington Northern SF, CNF Inc., CP Ships LTD, CSX Corporation, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern, Ryder System, US Freightways, Union Pacific, United Parcel Service and Werner Enterprises.

In the next 3 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from Arkansas Best, Burlington Northern SF, C.H. Robinson Worldwide, CNF Inc., CP Ships LTD, CSX Corporation, Canadian National, Canadian Pacific Railway, FedEx Corp., J.B. Hunt Transport, Kansas City Southern, Norfolk Southern, Ryder System, Swift Transportation, US Freightways, Union Pacific, United Parcel Service and Werner Enterprises.

As of January 31, 2003, Morgan Stanley, Morgan Stanley DW Inc. and/or their affiliate companies beneficially owned 1% or more of a class of common equity securities of the following companies covered in this report: Arkansas Best, Burlington Northern SF, CNF Inc., CSX Corporation, Norfolk Southern and US Freightways.

Morgan Stanley, Morgan Stanley DW Inc. and/or their affiliate companies make a market in the securities of Arkansas Best, Swift Transportation, Union Pacific and Werner Enterprises.

The research analysts, strategists, or research associates principally responsible for the preparation of this research report have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and investment banking revenues.

Morgan Stanley has no obligation to tell you when opinions or information in this report change. Morgan Stanley and its affiliate companies are involved in many businesses that may relate to companies mentioned in this report. These businesses include market making and specialized trading, risk arbitrage and other proprietary trading, fund management, investment services and investment banking.

This report is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete.

This report has been prepared by Morgan Stanley research personnel. Facts and views presented in this report have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

The value of and income from your investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in your securities transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized.

This publication is disseminated in Japan by Morgan Stanley Japan Limited; in Hong Kong by Morgan Stanley Dean Witter Asia Limited; in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte., regulated by the Monetary Authority of Singapore; in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, a licensed dealer, which accepts responsibility for its contents; in certain provinces of Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of this publication in Canada; in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc., which accept responsibility for its contents; and in the United Kingdom, this publication is approved by Morgan Stanley & Co. International Limited, solely for the purposes of section 21 of the Financial Services and Markets Act 2000 and is distributed in the European Union by Morgan Stanley & Co. International Limited, except as provided above. Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned. In Australia, this report, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data. The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

**Additional information on recommended securities is available on request.**

Morgan Stanley

**The Americas**
1585 Broadway
New York, NY 10036-8293
United States
Tel: +1 (1)212 761 4000

**Europe**
25 Cabot Square, Canary Wharf
London E14 4QA
United Kingdom
Tel: +44 (0)20 7513 8000

**Japan**
20-3, Ebisu 4-chome
Shibuya-ku,
Tokyo 150-6008, Japan
Tel: −81 (0)3 5424 5000

**Asia/Pacific**
Three Exchange Square
Central
Hong Kong
Tel: +852 2848 5200

©2003 Morgan Stanley

**Equity Research**
North America

Industry

# Air Freight and Surface Transportation

James J. Valentine, CFA
-1 (1)312 706 4600
James.Valentine@morganstanley.com
J. Christopher Leshock
-1 (1)312 706 4602
Chris.Leshock@morganstanley.com

Industry Overview

February 18, 2003

## *2003 Railroad Outlook and 4Q02 Review*

| GICS SECTOR | INDUSTRIALS |
|---|---|
| US Strategist Weight | 12.0% |
| S&P 500 Weight | 11.3% |

| COMPANIES FEATURED | |
|---|---|
| Burlington Northern SF (BNI $25) | Equal-weight |
| Canadian National (CNI US$41) | Overweight |
| Canadian Pacific (CP US$20) | Overweight |
| CSX Corp (CSX $26) | Overweight |
| Kansas City Southern (KSU $12) | Equal-weight |
| Norfolk Southern (NSC $19) | Equal-weight |
| Union Pacific (UNP $55) | Overweight |

| RECENT REPORTS | |
|---|---|
| Revisiting Pension Exposure for Freight Transports | |
| *James J. Valentine* | January 17, 2003 |
| Freight Pulse IV: Insights from our Shipper Survey | |
| *James J. Valentine* | January 14, 2003 |
| Implications of Higher Fuel Prices | |
| *James J. Valentine* | December 23, 2002 |
| Upgrading to Overweight as CSX Gets Back on Track | |
| *James J. Valentine* | December 16, 2002 |
| Reiterate Optimism for '03 Railroad Coal Volumes | |
| *James J. Valentine* | December 11, 2002 |
| Railroad Shipper Conference Offers New Insights | |
| *James J. Valentine* | November 20, 2002 |

- **Selected railroads attractive for longer-term investors**
  Although the industry is not near historical-low P/E ratios, some railroads should have good absolute performance over the next year, including our overweight rated stocks, CNI, CP, CSX and UNP.
- **First quarter outlook is mixed**
  Despite the uncertain economic and geopolitical conditions, total Class I railroad traffic is up 3.2% quarter-to-date and all-important coal demand is showing signs of a positive turn. Unfortunately $35/bbl oil is likely to keep a lid on 1Q03 earnings growth for most companies.
- **4Q02 again was marked by an unfavorable mix shift to lower margin business**
  Despite the West Coast port lock-out at the start of 4Q02, low-margin intermodal volumes increased 3% while high-margin bulk coal and grain volumes fell by 4% which hurt operating margins by 50 to 100 basis points. Despite the unfavorable shift, CSX and NSC overcame the challenges and improved their operating margins.
- **As expected, average yields improved due to better contract escalation**
  Thanks to the signing of a new labor contract, higher costs are now being passed through to the customer in the form of higher RCAF escalation. The average rate per carload increased 1% in 4Q02, and we expect higher pricing to accelerate as fuel pass-throughs push rates higher.
- **Labor costs rise in 4Q but in check for 2003**
  Most railroads reduced 4Q02 headcount by 3% to 6% over last year, well above the 2.5% 10-year annual average, but this wasn't enough to offset the 6.1% increase in the average labor cost per person. We anticipate the US railroads should come close to offsetting wage and benefit inflation in 2003, due to the implementation of beltpack remote control and a step-down in the retirement tax rate the railroads pay.
- **Fuel costs to drag on 1Q03 EPS**
  Even with fortuitous hedging, most railroads are looking at 20% to 50% higher fuel expense in 1Q03 due to unfavorable comparisons with a year ago and near record prices today. This will hold back earnings until oil prices ease, which we expect to occur in 2H03 and 2004.
- **We view the Air Freight and Surface Transportation industry as In-Line**
  With current stock valuations largely in line with historical levels, we believe the Freight Transportation industry will perform in line with the broader-based market over the next 12-18 months.

**Please see the important disclosures at the end of this report.**

# 2003 Railroad Outlook and 4Q02 Review

Exhibit 1
**Key Economic Indicators**

| Indicator | What's Going On | Implications for Rails |
|---|---|---|
| *NEW ECONOMIC INDICATORS* | | |
| *Macro Economy* | January retail sales came in better-than-expected, especially the ex-auto segment, rising 1.3% versus expectations of 0.2%. The composite ISM manufacturing index fell a less than expected 1.3 points in January to 53.9. The key orders gauge fell only three points to an elevated 59.7 after posting its largest gain in twenty years in December. Construction spending jumped a larger than expected 1.2% in December, and November was revised up to +0.9% from +0.3%. | **Positive:** economic indicators continue to send positive messages lately, and weekly railroad loadings of economically-sensitive goods are showing noticeable improvement since early December. |
| *Investor Sentiment* | For the week ended 2/5/03, all equity funds had a $4.3 billion **outflow** vs. the 4-week average **outflow** of $860 million. Year-to date the S&P Rail index is down 6.2% while the S&P 500 is down 7.1%. | **Mixed:** Fund flows were negative in the latest week, however the rails have outperformed the broader market year-to-date. |
| *Automotive* | January vehicle sales came in at a slightly stronger-than-expected rate of 16.2mm compared to expectations for a 16.0mm unit rate, but below the 18.3mm rate in Dec. Big 3 vehicle inventories ended Jan. at an estimated at 98 days, well above the 82 day average. Morgan Stanley's auto analyst expects a 6% decline in production for full year 2003, to 15.5 million units. | **Mixed:** solid sales rate reduces the likelihood of 1Q03 production cuts, however 2Q03 production schedules now have a negative bias given the higher-than-average inventories. |
| *Housing/ Construction* | **Existing** home sales increased a greater-than-expected 5.2% in Dec. to 5.86 million. Dec. **new home sales** came in higher-than-expected, at 1.082 mm units, up 10.5% yoy and 3.5% higher than Nov. Dec. home **starts** jumped a stronger-than expected 5.0% on top of an upwardly revised 5.2% gain in Nov., sending the level of overall starts (1.835 million) to the highest level in fifteen years. | **Very Positive:** Low interest rates continue to fuel housing demand and many of the new-home construction materials move by rail. |
| *KEY ASSOCIATED INDUSTRY VARIABLES* | | |
| *Steel/Metals* | Domestic steel production for the week ended 2/8/03 totaled 2.0 mm tons, **up** 6% year-over-year and 9.8% on a year-to-date basis. | **Positive:** Steel production continues to increase, driving inbound raw materials and outbound product. |
| *Electricity Generation* | Electricity generation **increased** 4.0% (year-over-year), for the week ended 2/8/03, and is up 7.0% year-to-date. | **Positive**: higher electricity demand translates to higher coal burn |
| *Heating Degree Days* | For the week ended February 8, 2003, heating degree-day demand **decreased** 4% from last year due to one-week break from colder temperatures. Season-to-date demand is **up** 15% from a year ago. | **Mixed:** Temperatures moderated in the latest week, however season-to-date totals are supportive of increased utility coal consumption. |
| *Diesel Fuel* | The average on-highway diesel fuel price for the week ended 2/10/03 **increased 12 cents**, rising to $1.66/gallon (equivalent to $1.11/gallon for the rails). | **Negative:** 1Q03 spot prices are up nearly 50% over year-ago prices. |
| *US/Canadian Exchange Rate* | The Canadian dollar **weakened** slightly over the past seven days, ending at an exchange rate of 1.53 to the US dollar. On a year-over-year basis the Canadian dollar has strengthened 4.0%. | **Near-term negative:** for US investors owning CNI and CP as a US$-denominated investment, but positive for Canadian exports hauled by rail. |

*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

# Introduction

**Introduction**
This report is segmented into five sections:

- **Valuation and Outlook for Railroad Stocks**, where we discuss our favorite stocks
- **Railroad Industry Catalysts and Risks**, where we discuss the most salient industry issues that investors should understand before investing in the sector
- **First Quarter Railroad Traffic Outlook**, where we highlight our traffic volume forecasts, by commodity
- **Review of Fourth Quarter Winners and Losers**, where we analyze the operating and financial performance from the quarter that was just reported.
- **Appendix**, where we highlight the catalysts, risks and management targets for the stocks we are currently recommending.

# Valuation and Outlook for the Railroads

**Investment Conclusion**
Recapping 2002 performance for the railroad stocks, after hitting all-time high P/E ratios during the first half of the year (based on 12-month forward consensus earnings expectations), rail stocks traded off 20% as expectations for a rapid recovery proved overly optimistic (compared to the S&P 500 that is off 30% from its one-year high). And while the economy has yet to surge, railroad stocks have been good relative performers, as their stable earnings, proven business model, and diverse revenue base have made them a safer play than other sectors during the down market of late, despite the fact that oil prices continue to skyrocket higher.

We are selectively recommending certain rail stocks for investors looking to build a position with an eye towards a 2H03 recovery in the economy and lower oil prices, while maintaining some downside protection. We continue to anticipate that rebounding coal volumes and improved customer pricing will go a long way towards offsetting any potential weakness in economically-sensitive shipments in 2003, weakness that we have not seen thus far, as railroad volumes continue to defy conventional wisdom and register quarter-to-date mid-single digit gains. We believe that the business cycle clock has largely been reset, and much bad news in the form of sky high fuel prices, higher pension expense, higher health care expense and geopolitical risks is already in the stocks, giving investors the potential opportunity to enjoy expanding p/e multiples when geopolitical risks subside, oil prices return to more historical levels and the economy regains its momentum.

We caution that railroad stocks are not deep cyclicals, as their diverse revenue base tends to insulate them against sharp swings in earnings, which limits their upside, as well as downside price movements. Even during the depth of the recent recession, railroad earnings at most companies were flat to down only 10%, as strong coal shipments largely offset weak economically-sensitive shipments for most railroads. As such, do not expect massive upward earnings revisions once the economy recovers.

The drop in the railroad stocks over the past 6 months (as part of the overall market collapse) is making the group much more attractive from an absolute valuation perspective, in our view. Price-to-earnings ratios are starting to look attractive again (most rails are at, or slightly below historical p/e levels), which allows us to justify one-year price targets that are 20% to 30% above current stock prices. The risk to this investment style is that the railroads may not be as good *relative* performers over the next year as they have been on a relative basis recently, as their P/E ratios have not contracted as much as other sectors and, therefore, they may not expand as much if the market recovers (see Exhibit 7).

The rail industry is currently trading at 11.7x 12-month forward consensus earnings, which is in-line with its historical average of 11.8x forward earnings, and within its general trading range of 10x to 13x forward earnings (see Exhibits 2 to 6). On a relative basis, rail stocks are now trading at 77% of the S&P 500, which is in line with the level that the rails traded during much of the early 1990s (before the tech boom distorted the S&P market multiple). While rail stocks are not necessarily inexpensive, we believe that select names hold significant upside potential that is not priced into the stock prices, including our favorite S&P rail stocks CSX Corp. (CSX) and Union Pacific (UNP).



**Please see the important disclosures at the end of this report.**

Highly Confidential

NS_062007134

DA25989

CSX is trading at 10.7x our 12-month forward earnings estimate, and 8.5x our 2004 EPS estimate of $3.10, which puts it well below its average p/e multiple of 11.8x and makes it the cheapest railroad in our universe. We derive a one-year, $34 price target by applying a conservative (below-average) 11.0x multiple on our twelve-month forward EPS estimate one-year from now ($3.14). After a run in its stock price to the low $40s in early 2002, a run that we thought was pre-mature at the time, we now believe that the company is back on track following two highly publicized Amtrak accidents on its line in the summer of 2002 and a disastrous earnings shortfall in 3Q02 (we upgraded CSX to Overweight in December after a meeting with management at its headquarters). Our conviction in its recovery is bolstered by positive comments from the Federal Railroad Administration during a recent meeting in Washington, much-improved customer service rankings in our latest shipper survey, and comments from the United Transportation Union leadership that CSX is the most aggressive railroad in the implementation of cost saving beltpack remote control units to its switching yards (see our February 12, 2003 report *"More Good News for Overweight Rated CSX"*). These factors along with better-than-expected 4Q02 financial results (CSX reported the best cost takeout, margin improvement, and second best improvement in average revenue per carload), suggests to us that the company is well on its way to earning north of $3 per share in 2004 if the economy continues to chug ahead and fuel prices moderate.

UNP is trading at 11.8x our 12-month forward earnings estimate, and 10.1x our 2004 EPS estimate of $5.45, which is below its average p/e multiple of 12.5x. We believe that UNP is just now beginning to realize meaningful, SP-merger-related revenue synergy that we expect will drive better-than-average revenue growth over the near- and long-term. As we've discussed previously, quality revenue growth is perhaps the most critical ingredient to above-average earnings growth. UNP reported the best revenue growth of any railroad, increasing 3.7% in 4Q02 despite a decline in coal revenues. We derive a 12-month price target of $68 by applying a 12.5x multiple (a slight, but well-deserve premium to the historic group average of 11.7x) to our 12 month forward earnings estimate one-year from now. The key risks to our CSX and UNP price targets are a double-dip economic scenario, or a sustained increase in fuel prices.

Beyond CSX and UNP we are also recommending Canadian National (CNI) and Canadian Pacific (CP), in part for the same macro reasons mentioned above (recovering economy and dropping oil prices), but also on the basis of a grain recovery in late 2003 and into 2004. Grain shipments, especially export shipments, are vital to both railroads as they derive in excess of C$1 billion annually from agricultural shipments. We believe that even a return to 85% of a normal grain crop for the 2003/04 crop year could by itself grow earnings 5% to 8% at both railroads. Beyond the grain recovery, CNI and CP are the most efficient railroads in North America, posting operating ratios that are 5% to 15% better than their US counterparts. Both carriers are benefiting from increased demand for Canadian products by the US as well as their continued efficiency gains and cost take-out during the current period of weak grain volumes. **See our "Stock Catalysts/Risks and Targets" exhibits in the appendix of this report for the railroads discussed in this section.**

Exhibit 2

**Railroad Industry - One Year Stock Price Changes (02/13/02 - 02/13/03)**




*Source: FactSet*



**Please see the important disclosures at the end of this report.**

Exhibit 3

**Railroad Stock Performance — Change in Value Year to Date (through 2/13/03)**




*Source: FactSet*

Exhibit 4

**Railroad Industry — Stock Price Performance (US$)**

| Rail Stocks | Price 2/13/2002 | Price 2/13/2003 | Percent Change | 52-Week High | Date | % Change From Hi | 52 Week Low | Date | % Change From Low |
|---|---|---|---|---|---|---|---|---|---|
| Burlington Northern Santa Fe | $27.52 | $24.98 | -9% | $31.75 | 3/07/02 | -21% | $23.18 | 9/30/02 | 8% |
| Canadian National | $48.98 | $41.00 | -16% | $53.75 | 3/04/02 | -24% | $35.96 | 10/04/02 | 14% |
| Canadian Pacific | $18.91 | $20.20 | 7% | $24.99 | 7/01/02 | -19% | $16.99 | 10/02/02 | 19% |
| CSX Corporation | $37.84 | $26.37 | -30% | $41.40 | 3/07/02 | -36% | $25.09 | 10/08/02 | 5% |
| Kansas City Southern | $13.43 | $12.07 | -10% | $17.50 | 8/15/02 | -31% | $11.70 | 10/08/02 | 3% |
| Norfolk Southern | $21.33 | $18.93 | -11% | $26.98 | 3/07/02 | -30% | $17.20 | 7/24/02 | 10% |
| Union Pacific | $60.03 | $55.10 | -8% | $65.15 | 3/04/02 | -15% | $53.00 | 7/24/02 | 4% |
| **S&P Rail Index** | **$175.02** | **$151.68** | **-13%** | **$197.21** | **3/07/02** | **-23%** | **$150.30** | **10/09/02** | **1%** |
| **S&P 500** | **1,118.51** | **817.37** | **-27%** | **1,173.89** | **3/19/02** | **-30%** | **768.67** | **10/10/02** | **6%** |

*Note: 52 week high and low prices include intra-day pricing.* *Source: Morgan Stanley Research, FactSet.*

Exhibit 5

**Railroads— Relative P/E Valuation Based on Morgan Stanley's EPS Estimates (US$)**

| Stock | Rating | Market Cap-$M | 14-Feb Price | EPS Estimates 2002E | 2003E | 2004E | 12-Mo. Fwrd. | Absolute P/E Ratio 2003E | 2004E | 12-Mo. Fwrd. | 5-Yr Hist.* Absolute P/E on 12-Mo. Fwrd EPS Trough | Avg. | Peak | Relative P/E Ratio 2003E | 2004E | 12-Mo. Fwrd. | 5-Yr Hist.* Relative P/E on 12-Mo. Fwrd EPS Trough | Avg. | Peak |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BNI | E | $9,456 | $25 | $2.00 | $2.20 | $2.60 | $2.26 | 11.4 | 9.6 | 11.0 | 8.0 | 11.4 | 13.5 | 73% | 66% | 72% | 30% | 68% | 76% |
| CNI | O | $8,098 | $41 | $3.33 | $3.50 | $4.25 | $3.62 | 11.7 | 9.7 | 11.3 | 8.0 | 12.5 | 14.0 | 75% | 67% | 73% | 33% | 70% | 78% |
| CP | O | $3,202 | $20 | $1.63 | $1.76 | $2.15 | $1.82 | 11.5 | 9.4 | 11.1 | 8.0 | 11.5 | 13.0 | 74% | 65% | 72% | 33% | 65% | 78% |
| CSX | O | $5,618 | $26 | $2.16 | $2.32 | $3.10 | $2.45 | 11.3 | 8.5 | 10.7 | 9.0 | 11.8 | 14.0 | 73% | 59% | 70% | 35% | 71% | 95% |
| KSU | E | $736 | $12 | $0.91 | $0.89 | $1.10 | $0.93 | 13.5 | 11.0 | 13.0 | 10.5 | 17.8 | 25.8 | 87% | 76% | 85% | 39% | 82% | 120% |
| NSC | E | $7,361 | $19 | $1.18 | $1.35 | $1.55 | $1.39 | 14.0 | 12.2 | 13.7 | 9.0 | 12.5 | 14.0 | 90% | 84% | 89% | 45% | 79% | 97% |
| UNP | O | $13,944 | $55 | $4.30 | $4.50 | $5.45 | $4.66 | 12.3 | 10.1 | 11.8 | 8.5 | 12.5 | 14.0 | 79% | 70% | 77% | 36% | 73% | 131% |
| TOTAL: | | $48,413 | Average (excl. KSU): | | | | | 12.0 | 9.9 | 11.6 | 8.4 | 12.0 | 13.8 | 77% | 68% | 75% | 36% | 71% | 92% |

*TMF = 12-Month Forward. E = Estimates. Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Exhibit 6

**Railroad Industry — Absolute P/E Ratios versus Economic Activity 1982–2002E**




*Source: Morgan Stanley Research*

Exhibit 7

**Railroad Industry — Relative P/E Ratios versus Economic Activity 1982–2002E**




*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

## Rail Industry Catalysts & Risks

### Catalysts and Risks

Below, we highlight the most investment-significant issues from the fourth quarter and those most likely to affect 2003 earnings:

**Revenue prospects**. The industry's 4Q02 revenues increased 1.9% on a year-over-year basis as *economically-sensitive* and *intermodal* volumes increased 2.1% and 2.6% respectively, but *coal* volumes decreased 3.5% as utilities continued to reduce their inventories. The Western and Canadian railroads also suffered from a sharp downturn in *grain* exports due to lower global demand and lower production levels. **The higher total revenues disguised an unfavorable mix shift away from high-margin commodities that hurt the overall profitability of the industry**. As we move into 2003 we look for this to reverse as intermodal comes up against tough year-over-year comparisons, and all-important coal volumes begin to enjoy easy comparisons towards the end of 1Q03. We anticipate that the better-than-expected improvement in 4Q02 customer rates to carry-over into 2003, which in combination with higher contract escalation and improving coal volumes should largely offset rising oil prices.

**Cost control prospects**. Average *cost per carload* increased 1.6% in 4Q02 largely due to higher *labor inflation* and increased *pension expense* in the quarter (we discuss pension in more detail later in this section). Although most of the railroads will continue to face rising pension expense and labor inflation in 2003, we expect a lower benefit inflation rate (8% in 2003 versus 18% in 2002), new union health care cost sharing mechanisms, and beltpack remote control implementation to hold labor cost inflation flat. In our opinion, the major near-term challenge for the rails will be their management of the surge in oil prices through hedging programs and revenue recovery mechanisms.

### Higher Oil Costs To Pressure 1H03 Earnings

After fuel rose a modest 1.5% year-over-year in 4Q02, we see up to a 50% increase in 1Q03 for the railroads with little or no price hedges in place. We expect the railroads with substantial fuel hedges (BNI, CNI, CP and NSC have near 50% hedges in place, whereas KSU has 32% hedged - see Exhibit 8) to have limited exposure fuel price exposure in 1Q03 EPS should oil prices go north of our recently revised spot price assumption of $35/bbl. (we are assuming $34/bbl in 2Q03 and $27.50/bbl. in 2H03). Keep in mind that most railroads now employ fuel surcharges on approximately 50% of their revenue base, but because of the lag in the recovery mechanisms, some of the cost recovery could fall into 2Q03 or even 2H03.

Limited fuel hedges leave CSX and UNP the most exposed in 1Q03, but if there is a positive aspect, it means that they will have the largest upward revision to earnings if oil prices should return to more historical levels. Despite the recent downward revisions to our 1H03 EPS estimates for the railroads (most of the reduction is to our 1Q03 EPS - See our February 12th report for additional details), we remain bullish towards both names, as we do not expect high oil prices to cloud the horizon for our entire one-year investment horizon. Our one-year prices targets, which are based on our 2004 EPS estimates, have not changed (as we are still using $25/bbl for oil in '04) and continue to yield 25% upside ($34 for CSX and $68 for UNP). We continue to believe that oil prices will ease in 2H03 and eventually revert towards its 20-year mean price of $22/bbl.

Exhibit 8

**Percentage of 2003 Fuel Needs Hedged**

| | % Hedged | $/gallon |
|---|---|---|
| BNI | 50% | $0.80 |
| CNI | 47% | $0.73 |
| CP | 38% | $0.74 |
| CSX | 0% | $0.78 |
| KSU | 26% | $0.76 |
| NSC | 62% | $0.73 |
| UNP | 7% | $0.72 |

*Source: Morgan Stanley, Company Reports*

### Revenue Mix Shift Hurts Margins

Although industry revenues increased 1.9% in 4Q02, there was a substantial shift towards merchandise and intermodal business, and away from bulk commodity, unit-train volumes that negatively impacted railroad earnings. Intermodal volumes increased 3% in the quarter, and economically-sensitive merchandise volumes grew 2%, two traffic types that have generally higher costs and lower margins (15% to 20%) than unit-train movements of coal and grain (25% to 40%+ margins) which both saw volume declines of 4%. For some carriers, like BNI, CNI and CP the unfavorable change in revenue mix alone negatively impacted operating margins by 50 to 100 basis points. When unit-train commodities of coal and grain return to more normal levels (we expect coal to turn positive in the US by 2Q03), the reversal of this issue should provide a meaningful boost to margins and earnings.



**Please see the important disclosures at the end of this report.**

Exhibit 9

**2003 Railroad EPS Impact from Higher Oil Prices**

| Summary | BNI | CSX | NSC | UNP | CNI | CP* |
|---|---|---|---|---|---|---|
| 2003 EPS (assumes **$31.00** WTI Oil) | $2.20 | $2.32 | $1.35 | $4.50 | $3.50 | $1.76 |
| 2003 EPS Change Assuming **$20** WTI Oil | $0.06 | $0.35 | $0.00 | $0.56 | $0.05 | $0.08 |
| % Change from Base Assumption | 2.8% | 15.0% | -0.3% | 12.5% | 1.5% | 4.7% |
| 2003 EPS Change Assuming **$25** WTI Oil | $0.03 | $0.19 | $0.00 | $0.31 | $0.03 | $0.04 |
| % Change from Base Assumption | 1.5% | 8.2% | -0.2% | 6.8% | 0.8% | 2.6% |
| 2003 EPS Change Assuming **$30** WTI Oil | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| % Change from Base Assumption | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 2003 EPS Change Assuming **$35** WTI Oil | -$0.02 | -$0.13 | $0.00 | -$0.20 | -$0.02 | -$0.03 |
| % Change from Base Assumption | -1.0% | -5.4% | 0.1% | -4.5% | -0.6% | -1.7% |
| 2003 EPS Change Assuming **$40** WTI Oil | -$0.05 | -$0.28 | $0.00 | -$0.46 | -$0.04 | -$0.07 |
| % Change from Base Assumption | -2.3% | -12.2% | 0.3% | -10.2% | -1.2% | -3.8% |

*Note: all figures in $US dollars. CP's price per gallon includes additional provincial taxes of approximately US$0.10 per gallon. Source: Morgan Stanley Research*

**Yield Improvement Returns**

Although revenue per unit (otherwise known as "yield") is not a perfect proxy to measure customer pricing (due to mix and length of haul impacts), average railroad yields increased 0.9% in 4Q02, with most railroads reporting between 1% and 2% price increases on a same-store basis (see Exhibit 24). The 0.9% *increase* is a substantial improvement from the 1.1% *decline* posted in 3Q02. We believe that better pricing is being driven by 1) stronger long-term contract escalation (the Rail Cost Adjustment Factor - RCAF) which posted a 2.4% year-over-year increase, and continued focus by the rails to improve the quality of their revenues by culling their customer lists of low yield business and taking rates up on captive business. In 1Q03, the RCAF index will drive contract rates **up** 2.8% on average as the index has already been published. Moreover, most railroad fuel surcharge triggers were broached in December, leading us to look for surcharge-related revenue in 1Q03. All of these revenue improvements will be needed in 1H03 when we expect fuel prices to rise 40% to 50% over the year ago period.

**Higher Contract Pricing Expected in 4Q02 and 2003**

During the first three quarters of 2002, two factors contributed to a declining RCAF index that lead to very unusual downward pressure on contract rates in 2002:

- lower year-over-year fuel prices, and
- limited recognition of higher labor costs.

Both factors have since turned sharply in favor of the rails and are likely to contribute to higher contract escalation (pricing of existing contracts) in 2003.

Prior to the ratification of the new labor agreement with the railroads largest union (the United Transportation workers Union - UTU), the RCAF index only recognized meager cost of living adjustments that ranged between flat and 2% increases, well below the 5% to 7% wage and benefit inflation being accrued by the railroads in anticipation of a new agreement. Thus, the rails were recognizing higher costs, but were unable to pass those costs along to its customers via the RCAF index. Now that a new agreement has been ratified, the RCAF is reflecting the new costs (and some amounts of back-pay), **the railroads will see a substantial increase in contract rate escalation in 2003 as opposed to the 1% to 2% contract rate de-escalation observed in the first three-quarters of 2002** Our research indicates UNP should see its 2003 EBIT increase 3.3% due to this factor alone, the greatest amount of any railroad (see Exhibit 10 - this is one reason why we expect better revenue growth at UNP in the near-term - see our September 17th report, *"Rails to Benefit from Catch-up in Contract Escalator"*).



**Please see the important disclosures at the end of this report.**

Exhibit 10

**YOY Change in Rail Cost Adjustment Factor-U**




*Source: Association of American Railroads*

**Working to Keep Labor Costs in Check**

Over the past 12 years the railroad industry has seen its average compensation cost increase from $54,500 per employee in 1989 to an estimated $86,500 in 2002, a 3.6% CAGR increase (see Exhibit 12). Wage inflation has ranged between 2.5% and 3.5% annually, whereas health and welfare benefit inflation has raged as high as 20% in recent years (see Exhibit 13). The industry has offset total compensation inflation largely through productivity initiatives that has enabled it to reduce the total number of employees from 228,000 to 156,000 which is a 2.9% compound annual rate of reduction over the 12-year period. We anticipate the US railroads should come very close to offsetting wage and benefit inflation in 2003, thanks largely due to the implementation of beltpack remote control and a step-down in the retirement tax rate the railroads pay (two items worth approximately $125 million each in incremental savings - see Exhibit 11).

In mid-January, as part of multi-year negotiations between the major US railroads and the Transportation Communications Union (TCU - which represent 25,000 or approximately 16% of the 145,000 blue collar employees that work for US Class I railroads), an arbitrator ruled for cost sharing of health and welfare premiums, similar to the arrangement already in place with the BMWE, the first railroad union to agree to cost sharing of health care premiums (in 2002). **In our view, the health care cost sharing provision is critical for the railroads, as it re-affirms the precedent set by the BMWE agreement, and increases the likelihood of a similar cost sharing provision with other unions.**

In order to put the cost sharing benefit from the TCU agreement into perspective, we anticipate that the TCU contributions for one year at the $81/employee/month rate will total $23 million benefit to the US railroads. Total inflation for *benefits* across all US railroad unions in 2003 will likely be near $175 million, and thus the new agreement will only offset 16% of the expected benefit inflation, or put another way, it will offset one-year's worth of benefit inflation for each TCU employee. By itself the TCU agreement will have limited earnings impact, however should several other unions agree to, or receive arbitration rulings with similar health care sharing provisions within the next few months, it could have a greater positive impact on year-over-year earnings growth late in 2003 and into 2004.

Exhibit 11

**2003 US Rail Industry Labor Cost Drivers and Initiatives**

| Labor Cost Drivers | Estimated Increase |
|---|---|
| Base wage inflation (3.5% per person) | $325mm |
| Benefit inflation (8% per person) | $90mm |
| Higher pension expense | $90mm to $110mm |
| **Estimated total cost drivers** | **$505mm to $525mm** |
| **Labor Cost Offsets** | **Estimated Reduction** |
| Beltpack Remote Locomotive Control | $100mm to $125mm |
| Other Headcount Reduction | $135mm to $270mm |
| Lower Retirement Tax | $135 million |
| Union Healthcare contribution | $25 million |
| **Estimated total cost offsets** | **$395 mm to $555mm** |

*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Exhibit 12

**Total US Railroad Industry Employees and Average Compensation per Person, 1989-2002E**




*Note: 2002 figures are estimates* *Source: Morgan Stanley Research, Association of American Railroad*

Exhibit 13

**Monthly, Per Union Employee Health and Welfare Premiums**




*Source: Association of American Railroads.*

**Pension Issues**

Given the large declines in stock market investments over the past 2 years, most companies with pension exposure, including the railroads, have re-examined their pension plan assumptions. Five of the six major North American railroads have lowered their expected rate of pension plan returns over the last 6 months, which increases their pension expense that flows through most labor expense lines, typically by $20 to $30 million annually (see Exhibit 14). Unlike some other heavily industrialized companies, pension exposure for US railroads is limited to non-union employees that typically comprise 15% of all employees. Therefore, changes in return assumptions are expected to impact 2003 EPS only by a few percentage points. Additionally, a number of railroads, including CSX and UNP, have recently opted to make voluntary cash contributions to their pension plans. For a further analysis of pension exposure, see our January 17, 2002 report *"Revisiting Pension Exposure of Freight Transports"*.

Exhibit 14

**Pension Plan Return on Asset Assumptions**




*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Highly Confidential NS_062007141

DA25996

## First-Quarter Railroad Traffic Outlook

Now that we are six weeks into the first quarter, we can draw some conclusions about how railroad traffic trends will likely affect 1Q03 earnings. We believe that in the end, 1Q03 will turn out to be a better-than-expected quarter for railroad traffic, primarily due to good intermodal, solid economically-sensitive volumes, and slowly improving coal demand. Even with down grain volumes, and currently soft coal traffic, we anticipate total volumes to rise 2% to 4% at most railroads.

### Specific Commodity Analysis

**Coal volumes** (33% of total US traffic) declined 3.5% in 4Q02, as electric utilities continued to draw down their inventories. As we have stated in the past, we expect coal volumes to improve dramatically over the course of 1Q03, with weekly coal volumes going from double-digit year-over-year declines seen early in the quarter, to posting modest improvement by the end of the quarter. Utilities are nearly four quarters into an inventory reduction program whereby they under shipped actual demand by 3% to 4% through 2002 to reduce stockpiles that were bloated as the result of a very mild 2001/02 winter season. Compounding the long inventory drawdown has been the liquidity crunch gripping the energy sector that is encouraging power plant operators to reduce inventories to below-normal levels in an effort to improve near-term working capital. Our coal and utility research indicates that approximately 25% to 40% of the coal burning utilities are taking inventories to new, lower levels. This has only delayed the eventual turn in volumes, and could spark a jump in coal prices later in 2003 should the beleaguered coal industry be unable to meet higher demand levels. **The underlying driver for domestic coal demand, electric utility generation, remains strong, with electric demand up 7.0% through the first six weeks of 2003**. We look for coal traffic to improve through the year, with volumes rising 3% to 6% for most railroads, significantly contributing to earnings after acting as a drag on earnings through most of 2002.

**Intermodal** (22% of total US traffic) volumes continued to be a source of strength in the fourth quarter, increasing 2.6% despite a shutdown of the US West Coast ports early in the quarter. The International Longshoremen and Warehouse workers Union (ILWU) began a work slowdown very late in 3Q02 that was followed by an 11-day management lockout into 4Q02. Intermodal volumes were negatively impacted for two weeks, however railroad shipments returned to pre-lockout levels following the implementation of the Taft-Hartley act by the Bush Administration, which forced both sides back to work. The ILWU and the ports subsequently reached a new 6 year agreement that preserved union job protection but allowed for the implementation of productivity enhancing technologies at the ports. Intermodal volumes have remained impressive through the first 6 weeks of 1Q03, rising 11% over the same period a year ago. Numerous industry participants, including several trucking companies, have commented that intermodal *service levels* have never been better for the railroads, a factor that is important for sustained growth. While intermodal volumes remain strong, we anticipate the very favorable year-over-year comparisons to slow in 2Q03 and 3Q03 as the industry laps the period last year when many shippers opted to pre-ship in advance of the West Coast labor situation.

**Chemical** shipments (7% of total US rail traffic) started 4Q02 off slowly due to two hurricanes that moved through the Gulf Coast states and temporarily shutdown the petrochemical complex in the region. Chemical volumes remained sluggish until early December, and finished the quarter with strength, lifting full quarter volumes to a 4.1% increase. We expect the growth in chemical volumes to taper in 1H03 as we anticipate lower auto production in 2Q03 and the high feedstock costs for oil and natural gas to crimp US exports.

**Grain** (5% of total US traffic) loadings declined 4.1% in the fourth quarter as supplies remained low, prices stayed high, and global consumers shifted to cheaper alternatives in lieu of high cost US and Canadian grains. Severe drought conditions curtailed grain volumes across much of the Canadian prairies and US grain belt, leading to substantial volume declines for CNI and CP in Canada, and BNI and UNP in the US. (see our report dated July 18, 2002 "*Grain Crop Going From Bad to Worse*" for additional details). **Although there are supplies of most grains in storage, we expect the lower production volumes to eventually lead to lower railroad volumes in 2003**. We anticipate that BNI will bear the brunt of the volume declines, given that it has the greatest exposure to wheat exports and production (volumes across its service territory are down 10% to 20%). We expect UNP to offset some of the expected wheat declines with a small pick-up in corn volumes (corn is the only grain crop that the USDA expects to show an increase in exports during the 2002-–2003 crop year, up to 4%). On a positive note, we look for rail



**Please see the important disclosures at the end of this report.**

movement of Midwest grain to replace drought impacted Southeastern crops as feedstock for feedlots. This should benefit both CSX and NSC into 2003, although their grain franchises are a fraction the size of the Western and Canadian railroads.

**Automotive** traffic on the railroads (6% of total rail traffic) increased 2.5% in 4Q02 as the auto industry surprised many by increasing production 5.9% to 16.4 million units in North America for full-year 2002. The Big 3 automakers opted to discount prices and run higher production volumes largely a result of restrictive labor agreements that hampered their ability to close in excess capacity. Steven Girsky, Morgan Stanley's auto analyst, forecasts Big 3 auto production to decrease 5.3% in 2003, with most of the declines realized in the latter 3 quarters. We anticipate that NSC and CSX will realize the greatest negative impact given their high exposure to the auto assembly plants that are concentrated in the Eastern US. In conjunction with Girsky's 15.5 million-unit forecast for 2003 we lowered our EPS estimates for all of the railroads in November (see our November 18, 2002 report *"Revising Down 2003 EPS Due to Weaker Auto Forecast"*). We expect UNP to see much less of an impact as it did not begin shipping vehicles from GM's Oklahoma City plant until late spring of 2002, which should provide for easier comparisons. Additionally, UNP is having success in penetrating the large flow of auto parts between parts facilities in the upper Midwest and assembly plants in Mexico, which could offset reductions of finished vehicles.

Exhibit 15

**Year-over-Year Change in Key Railroad Commodities through February 8, 2002 (Week 6)**




*Source: Association of American Railroads*



**Please see the important disclosures at the end of this report.**

Highly Confidential

NS_062007143

DA25998

Exhibit 16

Year-over-Year Change in Weekly Class I Railcar Loadings (Through February 8, 2003 - Week 6)

| CARLOADS ORIGINATED BY COMMODITY: | % of traffic | Q1TD | 4 Week Trend | Week 6 |
|---|---|---|---|---|
| Grain | 5.5% | -4.5% | -5.3% | -4.2% |
| Other Farm Products | 0.4% | 29.1% | 8.9% | 0.7% |
| Metallic Ores | 1.2% | 11.9% | 10.3% | 38.0% |
| Coal | 32.5% | -5.8% | -8.3% | -1.8% |
| Crushed Stone, Sand | 3.3% | -4.4% | -9.2% | -3.5% |
| Nonmetallic Minerals | 1.7% | -0.8% | -1.5% | 7.4% |
| Grain Mill Products | 2.4% | -2.9% | -3.4% | -0.3% |
| Food & Kindred Products | 2.1% | -2.5% | -2.3% | -3.7% |
| Primary Forest Products | 0.9% | -5.4% | -5.4% | -5.2% |
| Lumber & Wood | 1.3% | 2.9% | 0.5% | 2.8% |
| Pulp & Paper | 2.2% | 4.4% | 3.3% | 4.1% |
| Chemicals | 7.4% | 5.9% | 5.1% | 5.4% |
| Petroleum | 1.4% | 1.2% | 0.0% | 8.5% |
| Stone, Clay, Glass | 2.2% | 5.7% | 3.1% | 9.6% |
| Coke | 1.0% | 17.4% | 14.8% | 10.8% |
| Metals | 3.0% | 13.1% | 11.3% | 8.7% |
| Motor Vehicles | 5.5% | 1.7% | 4.8% | 10.7% |
| Waste & Scrap | 2.1% | 5.6% | 6.3% | 5.8% |
| All Other | 1.3% | 37.1% | 35.7% | 45.4% |
| TOTAL COMMODITY CARLOADS | 77.4% | -0.9% | -2.4% | 2.2% |
| | | | | |
| Excluding Coal | 44.9% | 3.1% | 2.2% | 5.2% |
| Excluding Coal & Ag. | 34.6% | 5.0% | 4.1% | 7.8% |
| | | | | |
| INTERMODAL | | | | |
| Trailers | 5.3% | -2.6% | -3.7% | -3.7% |
| Containers | 17.3% | 16.1% | 17.5% | 14.7% |
| TOTAL INTERMODAL | 22.6% | 11.1% | 11.7% | 9.7% |
| | | | | |
| **TOTAL VOLUME** | **100.0%** | **3.2%** | **2.5%** | **4.8%** |

*Source: Association of American Railroads*



**Please see the important disclosures at the end of this report.**

Exhibit 17

**Class I Railroad Carloadings, Through February 8, 2003**

| | % of traffic | Q1TD | YTD | 4 Week Trend | Week 6 |
|---|---|---|---|---|---|
| **BURLINGTON NORTHERN SANTA FE** | | | | | |
| Grain | 7.2% | -8.4% | -8.4% | -8.4% | -11.9% |
| Coal | 32.0% | -8.0% | -8.0% | -8.2% | -4.7% |
| Chemicals | 5.4% | 4.3% | 4.3% | 3.9% | 6.3% |
| Motor Vehicles | 2.3% | 8.6% | 8.6% | 8.5% | 1.7% |
| TOTAL BNI COMMODITY | 69.7% | -3.6% | -3.6% | -3.3% | -0.4% |
| TOTAL BNI INTERMODAL | 30.3% | 17.0% | 17.0% | 17.1% | 16.5% |
| **TOTAL BNSF VOLUME** | **100.0%** | **5.0%** | **5.0%** | **5.4%** | **7.0%** |
| **CANADIAN NATIONAL** | | | | | |
| Chemicals | 18.5% | 5.9% | 5.9% | 4.8% | 4.1% |
| Motor Vehicles | 8.1% | -1.5% | -1.5% | -0.8% | -3.1% |
| Coal | 13.8% | 6.7% | 6.7% | 11.6% | 21.8% |
| Grain | 7.4% | -8.5% | -8.5% | -6.4% | -17.2% |
| Pulp & Paper | 8.6% | 1.7% | 1.7% | -0.8% | 3.7% |
| TOTAL CN COMMODITY | 82.8% | 1.3% | 1.3% | -2.5% | 1.9% |
| TOTAL CN INTERMODAL | 17.2% | 19.7% | 19.7% | 17.5% | 16.2% |
| **TOTAL CN VOLUME** | **100.0%** | **6.1%** | **6.1%** | **2.7%** | **5.6%** |
| **CANADIAN PACIFIC** | | | | | |
| Coal | 16.9% | -5.3% | -5.3% | 0.7% | -8.7% |
| Chemicals | 15.3% | 7.0% | 7.0% | 10.4% | 22.7% |
| Grain | 10.3% | -5.9% | -5.9% | -7.8% | 9.0% |
| Motor Vehicles | 7.9% | 9.7% | 9.7% | 11.2% | 5.0% |
| TOTAL CP COMMODITY | 76.2% | -1.0% | -1.0% | 0.8% | 0.4% |
| TOTAL CP INTERMODAL | 23.8% | 14.8% | 14.8% | 14.4% | 14.0% |
| **TOTAL CP VOLUME** | **100.0%** | **4.5%** | **4.5%** | **5.5%** | **5.3%** |
| **CSXT** | | | | | |
| Coal | 21.4% | -8.8% | -8.8% | -13.5% | -3.1% |
| Chemicals | 9.4% | 6.0% | 6.0% | 4.7% | 6.3% |
| Motor Vehicles | 7.0% | 3.6% | 3.6% | 5.8% | 9.7% |
| TOTAL CSXT COMMODITY | 71.1% | 0.1% | 0.1% | -2.1% | 4.4% |
| TOTAL CSXT INTERMODAL | 28.9% | 11.1% | 11.1% | 11.5% | 11.9% |
| **TOTAL CSX VOLUME** | **100.0%** | **3.0%** | **3.0%** | **1.6%** | **6.4%** |

*Source: Association of American Railroads*

Exhibit 17 continued

**Class I Railroad Carloadings, Through February 8, 2003**

| | % of traffic | Q1TD | YTD | 4 Week Trend | Week 6 |
|---|---|---|---|---|---|
| **KANSAS CITY SOUTHERN** | | | | | |
| Grain | 7.5% | -8.4% | -8.4% | -13.1% | -25.9% |
| Coal | 26.6% | -15.6% | -15.6% | -16.7% | -15.5% |
| Chemicals | 11.1% | -4.6% | -4.6% | -7.0% | -9.8% |
| Pulp & Paper | 12.1% | 8.3% | 8.3% | 8.0% | 18.7% |
| TOTAL KSU COMMODITY | 85.2% | -5.5% | -5.5% | -6.8% | -6.3% |
| TOTAL KSU INTERMODAL | 14.8% | 0.3% | 0.3% | 1.7% | 12.5% |
| **TOTAL KSU VOLUME** | **100.0%** | **-4.0%** | **-4.0%** | **-4.7%** | **-1.2%** |
| **NORFOLK SOUTHERN** | | | | | |
| Coal | 34.5% | -5.8% | -5.8% | -7.7% | -2.2% |
| Chemicals | 8.5% | 3.1% | 3.1% | 1.2% | -1.1% |
| Motor Vehicles | 13.8% | -0.6% | -0.6% | 3.5% | 6.8% |
| Metals | 7.3% | 4.7% | 4.7% | 2.6% | 4.5% |
| TOTAL NS COMMODITY | 78.8% | -0.6% | -0.6% | -1.8% | 2.0% |
| TOTAL NS INTERMODAL | 21.2% | 5.5% | 5.5% | 6.5% | 5.9% |
| **TOTAL NS VOLUME** | **100.0%** | **1.4%** | **1.4%** | **1.0%** | **3.3%** |
| **TFM** | | | | | |
| Motor Vehicles | 16.2% | -15.2% | -15.2% | 10.6% | 81.7% |
| Grain | 12.5% | 19.3% | 19.3% | 25.3% | -15.9% |
| Metals | 11.1% | 14.6% | 14.6% | -0.3% | 0.4% |
| Chemicals | 8.3% | 17.6% | 17.6% | 18.8% | 26.4% |
| TOTAL TFM COMMODITY | 85.4% | 2.6% | 2.6% | 10.5% | 19.6% |
| TOTAL TFM INTERMODAL | 14.6% | 20.6% | 20.6% | 32.6% | 59.2% |
| **TOTAL TFM VOLUME** | **100.0%** | **6.7%** | **6.7%** | **15.8%** | **28.5%** |
| **UNION PACIFIC** | | | | | |
| Grain | 5.4% | -0.1% | -0.1% | 0.4% | 8.0% |
| Coal | 29.5% | -2.9% | -2.9% | -5.8% | 3.8% |
| Chemicals | 10.8% | 3.8% | 3.8% | 4.1% | 5.6% |
| Motor Vehicles | 7.5% | 4.9% | 4.9% | 8.0% | 9.1% |
| TOTAL UP COMMODITY | 79.3% | 1.3% | 1.3% | -0.2% | 4.6% |
| TOTAL UP INTERMODAL | 20.7% | 5.9% | 5.9% | 8.7% | 6.1% |
| **TOTAL UP VOLUME** | **100.0%** | **2.8%** | **2.8%** | **2.8%** | **5.1%** |

*Source: Association of American Railroads*

Exhibit 18

**Railroad Industry — Weekly US Carloadings for Class 1 Railroads Through February 8, 2003**




*Source: Association of American Railroads*



**Please see the important disclosures at the end of this report.**

## Review of Fourth Quarter Winners and Losers

**Earnings.** Fourth-quarter net income for the railroads in our universe increased 4.9% to $1.03 billion. The bulk of the increase came from a $35 million rise in earnings at CSX and a $24 million increase at Norfolk Southern, two companies that continued to post solid post-Conrail merger improvement. The 34% increase in CSX's earnings was a strong rebound from the earnings shortfall it experienced in 3Q02 after seeing its costs spiral higher following two high profile Amtrak accidents on its lines. Unlike prior quarters, lower fuel costs did not help drive higher rail industry earnings, as fuel costs actually rose for the first time in four quarters. Earnings were also negatively impacted by a change in traffic mix away from higher margin bulk commodities of coal and grain, which were supplanted by higher volumes of lower-margin intermodal shipments.

**Operating ratios.** The industry's 4Q02 operating ratio deteriorated by 60 basis points to 80.1%, when compared with 4Q01 (see Exhibit 21), driven in large part by the unfavorable shift to lower-margin intermodal shipments and labor costs that escalated at a near double-digit pace on a per person basis for many carriers. CSX and NSC more than offset those issues as they continued to pare excess costs from their systems that became bloated during the Conrail merger process. The industry best improvement by CSX increases our confidence that the company is again headed in the right direction. Canadian National and Canadian Pacific saw their operating ratios deteriorate by 210 and 250 basis points respectively as these carriers could not offset a sizable mix shift away from high-profit coal and grain shipments, towards cost-intensive intermodal units. That impact was also visible at BNI as it traded high-profit auto, coal and grain volumes for growth in lower-margin intermodal volumes, seeing its operating ratio rise by 160 basis points. Despite its 210 basis point deterioration, the most efficient railway, in terms of margins, was again Canadian National, whose 67.8% operating ratio was 670 basis points ahead of second-best CP, and nearly 1,200 basis points ahead of third-best Union Pacific.

Exhibit 19

**Railroads: 4Q Earnings Per Share Comparisons***

| | Reported 4Q02 | Adjusted 4Q01 | Adjusted 4Q02 | Pct. Change |
|---|---|---|---|---|
| Kansas City Southern | $0.28 | $0.18 | $0.28 | 53% |
| CSX Corp | $0.64 | $0.48 | $0.64 | 34% |
| Norfolk Southern | $0.33 | $0.27 | $0.33 | 22% |
| Union Pacific | $1.06 | $1.06 | $1.10 | 3% |
| Canadian Pacific | C$0.75 | C$0.78 | C$0.75 | -4% |
| Burlington Northern Santa Fe | $0.54 | $0.57 | $0.54 | -5% |
| Canadian National | C$1.36 | C$1.49 | C$1.36 | -9% |

**Ranked by percent increase in EPS. Figures in U.S. dollars unless noted. Canadian dollar exchange rate = 1.585 in 4Q01 and 1.57 in 4Q02.*

*CNI includes pro-forma WCLX results*

*Source: Company Reports, Morgan Stanley.*

Exhibit 20

**Railroads: 4Q Adj. Net Income Comparison (US$mm)***

| | 4Q01 | 4Q02 | % Change |
|---|---|---|---|
| Kansas City Southern | $11.1 | $17.4 | 57% |
| CSX Corp | $102.0 | $137.1 | 34% |
| Norfolk Southern | $105.0 | $129.0 | 23% |
| Union Pacific | $275.0 | $289.8 | 5% |
| Canadian Pacific | $78.1 | $76.4 | -2% |
| Burlington Northern Santa Fe | $219.0 | $202.0 | -8% |
| Canadian National | $187.7 | $174.5 | -7% |
| **Total** | **977.9** | **1,026.2** | **4.9%** |

**Ranked by percent increase in Net Income. CNI includes pro-forma WCLX results. Canadian dollar exchange rate = 1.585 in 4Q01 and 1.57 in 4Q02.*

*Source: Company Reports, Morgan Stanley*

Exhibit 21

**Railroads: 4Q Operating Ratio Comparisons***

| | 4Q01 | 4Q02 | Point Change |
|---|---|---|---|
| CSXT and CSXI | 86.2% | 84.5% | -1.7 |
| Norfolk Southern | 82.0% | 81.8% | -0.2 |
| Union Pacific Railroad | 79.7% | 80.1% | 0.4 |
| Burlington Northern Santa Fe | 79.2% | 80.8% | 1.6 |
| Canadian National | 66.2% | 68.3% | 2.1 |
| Canadian Pacific Railway | 72.5% | 75.0% | 2.5 |
| Kansas City Southern Railway | 86.1% | 90.4% | 4.3 |
| **Weighted Avg/Total** | **79.5%** | **80.1%** | **0.6** |

**Ranked by improvement in operating ratio. A negative change is favorable.*

*CNI includes pro-forma WCLX results*

*Source: Company reports, Morgan Stanley.*

Exhibit 22

**Railroads: 4Q Operating Income Comparisons (US$mm)**

| | 4Q01 | 4Q02 | % Change |
|---|---|---|---|
| CSXT and CSXI | $246 | $281 | 14.2% |
| Norfolk Southern | $275 | $288 | 4.7% |
| Union Pacific Railroad | $554 | $562 | 1.4% |
| Burlington Northern Santa Fe | $473 | $436 | -7.9% |
| Canadian National | $331 | $312 | -5.7% |
| Canadian Pacific Railway | $164 | $152 | -7.8% |
| Kansas City Southern Railway | $20 | $14 | -32.0% |
| **Weighted Avg/Total** | **$2,064** | **$2,045** | **-0.9%** |

**Ranked by improvement in operating income CNI includes pro-forma WCLX results. Canadian dollar exchange rate = 1.585 in 4Q01 and 1.57 in 4Q02.*

*Source: Company reports, Morgan Stanley.*



**Please see the important disclosures at the end of this report.**

Exhibit 23

**Railroads: 4Q Revenue and Traffic Comparisons***

| | Revenue (mil. US$) | | | Volume (000s) | | |
|---|---|---|---|---|---|---|
| | 4Q01 | 4Q02 | % Change | 4Q01 | 4Q02 | % Change |
| Union Pacific Railroad | $2,725 | $2,825 | 3.7% | 2,252 | 2,268 | 0.7% |
| Norfolk Southern | $1,530 | $1,581 | 3.3% | 1,661 | 1,662 | 0.1% |
| CSXT and CSXI | $1,784 | $1,815 | 1.7% | 1,774 | 1,771 | -0.2% |
| Canadian Pacific Railway | $598 | $605 | 1.3% | 609 | 635 | 4.2% |
| Canadian National | $980 | $985 | 0.5% | 1,015 | 1,063 | 4.7% |
| Burlington Northern Santa Fe | $2,301 | $2,301 | 0.0% | 2,065 | 2,081 | 0.8% |
| Kansas City Southern Railway | $147 | $144 | -1.9% | 245 | 236 | -3.8% |
| **TOTAL** | **$10,065** | **$10,257** | **1.9%** | **9,621** | **9,715** | **1.0%** |

**Ranked by improvement in revenue. Canadian dollar exchange rate = 1.585 in 4Q01 and 1.57 in 4Q02.. CNI includes pro-forma WCLX results.*
*KSU volumes include haulage amounts. Source: Company reports, Morgan Stanley.*

Exhibit 24

**Railroads: 4Q Per Carload Comparisons (US$)***

| | Revenue per Carload | | | Costs per Carload | | | Operating Profit per Carload | | |
|---|---|---|---|---|---|---|---|---|---|
| | 4Q01 | 4Q02 | % Change | 4Q01 | 4Q02 | % Change | 4Q01 | 4Q02 | % Change |
| CSXT and CSXI | $1,006 | $1,025 | 1.9% | $867 | $866 | -0.1% | $139 | $159 | 14.4% |
| Norfolk Southern | $921 | $951 | 3.3% | $756 | $778 | 3.0% | $166 | $173 | 4.7% |
| Union Pacific | $1,163 | $1,186 | 2.0% | $964 | $998 | 3.5% | $199 | $188 | -5.2% |
| Burlington Northern Santa Fe | $1,100 | $1,091 | -0.9% | $885 | $896 | 1.3% | $215 | $195 | -9.5% |
| Canadian National | $931 | $896 | -3.8% | $639 | $633 | -0.9% | $292 | $262 | -10.1% |
| Canadian Pacific Railway | $911 | $890 | -2.2% | $712 | $715 | 0.5% | $199 | $175 | -11.9% |
| Kansas City Southern Railway | $562 | $568 | 1.1% | $516 | $553 | 7.1% | $46 | $15 | -66.3% |
| **Weighted Average** | **$1,046** | **$1,056** | **0.9%** | **$832** | **$845** | **1.6%** | **$215** | **$210** | **-1.9%** |

**Ranked by improvement in operating profit per carload. KSU revenue per carload does not include "other" railroad revenues.*
*Canadian dollar exchange rate = 1.585 in 4Q01 and 1.57 in 4Q02. CNI includes pro-forma WCLX results*
*Source: Company reports, Morgan Stanley.*

**Revenues.** Total railroad industry revenue increased 1.9% year-over-year, to $10.3 billion(see Exhibit 23), which is the second best year-over-year improvement since early 2000. Union Pacific saw the greatest revenue increase on a percentage (+3.7%) basis, followed by Norfolk Southern (+3.3%). KSU experienced revenue loss in the quarter as it suffered from the expiration of an above-market, high margin-coal contract and the loss of revenues due to system congestion from a problematic transition to its new MCS computer system.

**Yields.** Revenue per carload (yield) increased 0.9% or $10 per carload to $1,056 per carload in 4Q02 despite an unfavorable shift to lower revenue intermodal volumes. We believe that a 2.8% increase in a common contract escalator (RCAF), and continued improvement in raising customer rates more than offset the impact of the mix shift. In mid-December, WTI oil prices crossed above the $28/bbl. price threshold that triggers fuel surcharges in some railroad contracts, and thus most railroads did not enjoy fuel surcharges for most of the quarter (but they will see the surcharge revenues in 1Q03). Offsetting the improvement in average yield was an 1.6% increase in operating cost per carload, due primarily to higher labor costs at most carriers. Operating profit per carload decreased 1.9% or $5 per car, as the higher costs more than offset the improvement in average yields. CSX and NSC were the only railroads to report improved levels of operating profit per carload CSX did a better job on cost control whereas NSC realized a better improvement in average yields.

**Headcount.** In Exhibit 23, we break down the labor cost components for each major North American railroad. Overall headcount in the industry declined by 3.5%, with every railroad reporting lower employment levels from last year except for CP and KSU. Most railroads reduced headcount by 3% to 6% over last year, which is well above the 10-year annual average of a 2.5% reduction. We attribute a significant portion of the greater-than-average drop to the passage of the 60/30 railroad retirement legislation and the introduction of beltpack remote control units. In addition to decreasing employment taxes, the program is allowing up to two additional-years worth of retirements this year, since the retirement age was reduced



**Please see the important disclosures at the end of this report.**

from 62 to age 60 (for individuals with 30 years of service). More than offsetting the sharp headcount decline was a 6.1% increase in the average labor cost per person. The increase is greater than the 10-year average of 3.1% largely due to 15% to 20% increase in *health and welfare* benefit premiums being realized over the past three years. **Until the drivers of benefit inflation are arrested, such inflation is likely to consume most of the benefit of premium cost sharing with the unions and the better pricing being realized from the industry's customers.**

**Fuel.** With the exception of BNI and NSC, all of the railroads experienced higher fuel expenses in 4Q02 ranging from a 0.7% increase at UNP to a 14% increase at CNI (CNI's year-over-year comparison was distorted by a favorable fuel cost recovery in the year ago period) with the average fuel expense rising 1.9%. The modest increase was driven primarily by higher price levels (+ 1.5%) and an increase in volumes (+0.5%). Most of the railroads engaged in some form of fuel hedging in the quarter that had a beneficial effect on net prices, given the upward price movement during the quarter. BNI saw the most benefit, as a low-$0.70s/gallon hedge price allowed it to post the lowest overall price per gallon of the industry ($0.78). On the other hand, CSX realized only a modest benefit due to a $0.78/gallon advance purchase price that lowered its average price to $0.85 per gallon.

Exhibit 25

**Railroads: 4Q Headcount Statistics**

| | Total Labor Expense | | | Headcount | | | Cost Per Person (US$) | | |
|---|---|---|---|---|---|---|---|---|---|
| Labor Statistics | 4Q01 | 4Q02 | % Change | 4Q01 | 4Q02 | % Change | 4Q01 | 4Q02 | % Change |
| Canadian National | $279 | $272 | -2.4% | 22,868 | 22,114 | -3.3% | 12.2 | 12.3 | 0.9% |
| Norfolk Southern | $515 | $513 | -0.4% | 29,828 | 28,306 | -5.1% | 17.3 | 18.1 | 5.0% |
| CSXT and CSXI | $661 | $659 | -0.3% | 36,201 | 35,290 | -2.5% | 18.3 | 18.7 | 2.3% |
| Burlington Northern Santa Fe | $713 | $739 | 3.6% | 39,253 | 36,882 | -6.0% | 18.2 | 20.0 | 10.3% |
| Union Pacific | $898 | $949 | 5.7% | 47,435 | 46,276 | -2.4% | 18.9 | 20.5 | 8.3% |
| Canadian Pacific Railway | $169 | $178 | 5.8% | 15,840 | 15,860 | 0.1% | 10.6 | 11.3 | 5.7% |
| Kansas City Southern | $48 | $51 | 6.7% | 2,636 | 2,653 | 0.6% | 18.0 | 19.1 | 6.1% |
| TOTAL | $3,282 | $3,361 | 2.4% | 195,710 | 188,828 | -3.5% | $16.91 | $17.94 | 6.1% |

*Canadian dollar exchange rate = 1.585 in 4Q01 and 1.57 in 4Q02. CNI includes pro-forma WCLX results*

*Source: Company reports*

Exhibit 26

**Railroads: 4Q Fuel Statistics (US$)***

| | Fuel Expense ($M) | | | Gallons per Carload | | | Avg Price Per Gallon | | | Gal. Consumed (M) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4Q01 | 4Q02 | % Chg. | 4Q01 | 4Q02 | % Chg. | 4Q01 | 4Q02 | % Chg. | 4Q01 | 4Q02 | % Chg. |
| Burlington Northern Santa Fe | $230 | $227 | -1.3% | 143.3 | 140.3 | -2.1% | $0.78 | $0.78 | 0.0% | 296 | 292 | -1.4% |
| Norfolk Southern | $96 | $96 | 0.0% | 73.6 | 71.7 | -2.6% | $0.79 | $0.81 | 2.6% | 122 | 119 | -2.5% |
| Union Pacific | $293 | $295 | 0.7% | 145.7 | 145.1 | -0.4% | $0.84 | $0.81 | -3.6% | 328 | 329 | 0.3% |
| Canadian Pacific Railway | $61 | $63 | 2.1% | 110.4 | 107.7 | -2.5% | $0.82 | $0.82 | 0.0% | 67 | 68 | 1.6% |
| CSXT & CSXI | $117 | $124 | 6.0% | 81.6 | 82.6 | 1.2% | $0.81 | $0.85 | 4.9% | 145 | 146 | 1.0% |
| Canadian National | $70 | $79 | 13.6% | 88.7 | 92.2 | 4.0% | $0.77 | $0.81 | 4.3% | 90 | 98 | 8.9% |

**Ranked by percentage increase in fuel expense. Canadian dollar exchange rate = 1.585 in 4Q01 and 1.57 in 4Q02. CNI includes pro-forma WCLX results*

*Source: Company reports . Canadian railroad cost per gallon measure does not include provincial or state fuel taxes. US railroads include all fuel taxes and all railroads are reported net of hedges. CNI includes pro-forma WCLX result*

*Source: Company reports, Morgan Stanley.*



**Please see the important disclosures at the end of this report.**

Exhibit 27

**Railroads: Fourth Quarter 2002 Income Statement Summary**

| | BNI | CSX | KSU | NSC | UNP | U.S. Average | CNI (Cdn $) | CNI (US$) | CP (Cdn $) | CP (US$) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Railroad Operating Revenue** | **$2,301** | **$1,815** | **$144** | **$1,581** | **$2,825** | | **C$1,547** | **$985** | **C$950** | **$605** |
| Year to Year Change | 0.0% | 1.7% | -1.9% | 3.3% | 3.7% | 1.4% | -0.3% | | 0.0% | |
| **Railroad Operating Expenses** | **$1,865** | **$1,534** | **$130** | **$1,293** | **$2,263** | | **C$1,057** | **$673** | **C$712** | **$454** |
| Year to Year Change | 2.0% | -0.3% | 3.0% | 3.0% | 4.2% | 2.4% | 2.9% | | 3.4% | |
| **Railroad Operating Income** | **$436** | **$281** | **$14** | **$288** | **$562** | | **C$490** | **$312** | **C$238** | **$152** |
| Year to Year Change | -7.9% | 14.2% | -32.0% | 4.7% | 1.4% | | -6.5% | | -9.0% | |
| **Railroad Operating Ratio** | **80.8%** | **84.5%** | **90.4%** | **81.8%** | **80.1%** | **83.5%** | **68.3%** | | **75.0%** | |
| Year to Year Point Change | 1.6 | -1.7 | 4.3 | -0.2 | 0.4 | 0.9 | 2.1 | | 2.5 | |
| Other Operating Revenue | | $245 | | | $346 | | | | | |
| Year to Year Change | | -94.3% | | | 27.8% | | | | | |
| Other Operating Expenses | | $208 | | | $330 | | | | | |
| Year to Year Change | | -95.0% | | | 26.7% | | | | | |
| Other Operating Income | | $37 | | | $17 | | | | | |
| Year to Year Change | | -61.5% | | | 52.7% | | | | | |
| **Total Operating Revenue** | | **2,060** | | | **3,171** | | | | | |
| **Total Operating Expenses** | | **1,742** | | | **2,593** | | | | | |
| **Total Operating Income** | **$436** | **$318** | **$14** | **$288** | **$579** | | **C$490** | **$312** | **C$238** | **$152** |
| Year to Year Change | -7.9% | 13.2% | -32.0% | 4.7% | 2.4% | | -6.5% | | -9.0% | |
| Interest Expense | $107 | $107 | $12 | $128 | $154 | | C$85 | $54 | C$58 | $37 |
| Other Income/(Expense) | ($5) | $0 | $2 | $26 | $35 | | C$7 | $4 | C$8 | $5 |
| Pretax Income | $324 | $211 | $4 | $186 | $460 | | C$412 | $262 | C$173 | $110 |
| Tax Rate | 37.7% | 35.1% | 9.4% | 30.6% | 37.0% | | 33.5% | | 30.6% | |
| Provision for Taxes | $122 | $74 | $2 | $57 | $170 | | C$138 | $88 | C$53 | $34 |
| Equity from Affiliates | | | $15 | | | | | | | $0 |
| **Net Income** | **$202** | **$137** | **$17** | **$129** | **$290** | | **C$274** | **$175** | **C$120** | **$76** |
| Average Shares Outstanding | 376.1 | 213.7 | 62.6 | 388.9 | 277.8 | | 202.0 | 202.0 | 159.3 | 159.3 |
| **Earnings per Share** | **$0.54** | **$0.64** | **$0.28** | **$0.33** | **$1.10** | | **C$1.36** | **$0.86** | **C$0.75** | **$0.48** |
| Year to Year Change | -5.2% | 33.7% | 52.8% | 21.9% | 3.1% | 21.3% | -8.7% | | -4.0% | |

*NMF: Not Meaningful. Source: Company reports. Figures in U.S. dollars unless noted. Canadian dollar exchange rate – 1.585 in 4Q01 and 1.57 in 4Q02.*



**Please see the important disclosures at the end of this report.**

Exhibit 28

**Railroads: 2003E Summary Income Statement**

| | BNI | CSX | KSU | NSC | UNP | U.S. Average | CNI (Cdn $) | CNI (US$) | CP (Cdn $) | CP (US$) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Railroad Operating Revenue** | $9,396 | $7,493 | $577 | $6,520 | $11,703 | | C$6,180 | $4,039 | C$3,772 | $2,465 |
| Year to Year Change | 4.6% | 4.3% | 2.7% | 4.0% | 4.9% | 4.1% | 1.1% | | 2.9% | |
| **Railroad Operating Expenses** | $7,642 | $6,420 | $520 | $5,251 | $9,342 | | C$4,306 | $2,815 | C$2,894 | $1,892 |
| Year to Year Change | 4.4% | 3.6% | 1.1% | 2.7% | 4.9% | 3.3% | 1.6% | | 3.0% | |
| **Railroad Operating Income** | $1,754 | $1,073 | $58 | $1,269 | $2,360 | | C$1,874 | $1,225 | C$878 | $574 |
| Year to Year Change | 5.9% | 9.0% | 20.0% | 9.6% | 4.7% | | 0.2% | | 2.4% | |
| **Railroad Operating Ratio** | 81.1% | 85.7% | 90.0% | 80.5% | 79.8% | 83.4% | 69.7% | | 76.7% | |
| Year to Year Point Change | -0.2 | -0.6 | 0.4 | -1.0 | 0.0 | -0.3 | 0.3 | | 0.1 | |
| Other Operating Revenue | | $238 | | | $1,432 | | | | | |
| Year to Year Change | | -94.5% | | | 7.5% | | | | | |
| Other Operating Expenses | | $143 | | | $1,347 | | | | | |
| Year to Year Change | | -96.6% | | | 6.7% | | | | | |
| Other Operating Income | | $95 | | | $85 | | | | | |
| Year to Year Change | | -1.2% | | | 19.5% | | | | | |
| **Total Operating Revenue** | | 7,731 | | | 13,135 | | | | | |
| **Total Operating Expenses** | | 6,563 | | | 10,689 | | | | | |
| **Total Operating Income** | $1,754 | $1,167 | $58 | $1,269 | $2,446 | | C$1,874 | $1,225 | C$878 | $574 |
| Year to Year Change | 5.9% | 4.6% | 20.0% | 9.6% | 5.2% | | 0.2% | | 2.4% | |
| Interest Expense | $422 | $406 | $50 | $508 | $593 | | C$344 | $225 | C$223 | $146 |
| Other Income/(Expense) | ($39) | $19 | $4 | $61 | $60 | | C$45 | $29 | C$24 | $16 |
| Pretax Income | $1,293 | $780 | $12 | $821 | $1,913 | | C$1,575 | $1,029 | C$631 | $412 |
| Tax Rate | 38.0% | 36.0% | 14.1% | 36.0% | 37.5% | | 32.5% | | 31.5% | |
| Provision for Taxes | $491 | $281 | $9 | $296 | $717 | | C$512 | $334 | C$198 | $130 |
| Equity from Affiliates | | | $54 | | | | | | | $0 |
| **Net Income** | $801 | $499 | $57 | $526 | $1,195 | | C$1,063 | $695 | C$432 | $283 |
| Average Shares Outstanding | 366.1 | 214.7 | 63.4 | 388.3 | 279.1 | | 198.9 | 198.9 | 160.8 | 160.8 |
| **Earnings per Share** | $2.20 | $2.32 | $0.89 | $1.35 | $4.50 | | C$5.35 | $3.50 | C$2.69 | $1.76 |
| Year to Year Change | 9.8% | 7.8% | -2.1% | 14.2% | 4.6% | 6.9% | 2.6% | | 5.0% | |

*Source: Morgan Stanley Research. Figures in U.S. dollars unless otherwise noted. Canadian dollar exchange rate – 1.585 in 4Q01 and 1.57 in 4Q02.*



**Please see the important disclosures at the end of this report.**

## Salient 4Q02 Company-Specific Comments

*In this section of the report, we highlight the comments from individual company reports published after each company reported 4Q02 results, and significant reports published since that time. For more details, see those individual reports.*

**Burlington Northern Santa Fe (BNI, Equal-weight, $25)**
**Labor Inflation and Mix Shift Overshadows Strong Pricing**
***January 22, 2003***

**BNI reported above-consensus 4Q02 EPS of $0.54.** EPS came in a penny better than our $0.53 estimate, two cents better than consensus at $0.52, but three cents below the $0.57 reported a year ago.

**Solid pricing gains more than offset by labor inflation and mix shift.** As we expected, higher customer contract escalation (due to high fuel and labor costs) and better-than-expected general pricing (near 2% on average) drove average rates higher in 4Q02. A shift towards lower-margin intermodal business and a startling 10% increase in per-person labor costs led to a 160 basis point decline in BNI's operating margin.

**Lower long-term margins keep us Equal-weight.** Although we are encouraged by the customer pricing success in the quarter, the continual labor cost inflation and subsequent operating margin degradation keep us on the sidelines in terms of our Equal-weight rating.

**Canadian National (CNI, Overweight, US$41, price target US$51)**
**Detailed Review of CNI's Solid 4Q02 Results**
***January 27, 2003***

**CNI beat previously lowered expectations with 4Q02 EPS of C$1.36 (US$0.86).** This report includes our review of CNI's 4Q02 results, including detailed discussions with management after its quarterly meeting. In a difficult environment where profitable grain revenues declined by 20%, CNI beat expectations, but nonetheless posted its first yoy earnings drop in five years.

**The** only railroad earning its cost of capital is not standing still. CNI is aggressively reducing headcount, continuing to drive costs out of its network, and buying back 6.5% of its shares, which should drive higher EPS growth when grain volumes return. Our recent Freight Pulse survey again found shippers giving CNI the best service marks in the industry which we expect will lead to further rate improvement.

**Maintain our Overweight rating for longer-term investors.** We see a tough earnings environment until 2H03, when we expect the prospects of lower fuel prices, improving grain volumes, and a stronger economy to drive 20%+ EPS growth in 2004.

**Canadian Pacific (CP, Overweight, US$20, price target US$25)**
**Solid 4Q But Tough 1H03 Looms Before Grain Pick Up**
***January 29, 2003***

**Despite unfavorable mix shift, CP solidly beat our and consensus expectations.** CP's adjusted 4Q02 EPS of C$0.75 (US$0.49) beat our expectations and that of the Street by C$0.04 (US$0.04), but compares to C$0.78 (US$0.49) earned a year ago.

**Maintain Overweight-rating, as longer-term story remains intact.** Our thesis towards a grain-driven earnings surge in late 2003 and 2004 remains on track as three month precipitation levels in the Southern Canadian prairies are near-, to above-normal, improving the likelihood of higher 2003/04 grain crop volumes and 20%+ EPS growth.

**More long-term catalysts than near-term.** We caution that we expect coal and grain volumes to trough in 1H03 before improving, and therefore do not look for significant earnings growth until 4Q03. In the interim we are taking a more conservative position towards our productivity assumptions and are trimming our '03 and '04 estimates by C$0.10 and C$0.09 respectively.

**CSX Corp. (CSX, Overweight, $26, price target $34)**
**Impressive 4Q Cost Control but Oil Prices on the Rise**
***January 31, 2003***

**As we expected, CSX sliced through 4Q02 consensus estimates.** CSX reported 4Q02 EPS of $0.64, which included $0.04 for favorable state and local tax adjustments, and a federal tax rate slightly below our expectations. Nonetheless, the adjusted $0.60 compares to our $0.58, consensus of $0.57, and $0.48 a year ago.



**Please see the important disclosures at the end of this report.**

Highly Confidential NS_062007153

DA26008

**Solid cost cutting and better-than-expected yields provide the upside.** CSX grew railroad revenues by $31 million year-over-year, $17 million more than expected due to better yields, and took all of it (and then some) to the bottom line, as it grew operating income by 14% or $35 million thanks to excellent cost take-out.

**High oil and Snow's pay package set up for tough 1Q03.** Higher oil prices and John Snow's pay package cause us to trim our 2003 EPS by $0.15, with much of it in 1Q03. We see no reason to change our 2004 estimates, given the great cost control in 4Q02 and our assumptions for oil prices to return to the $25/bbl by then. We reiterate our Overweight rating and $34 one-year price target.

**Norfolk Southern (NSC, Equal-weight, $19)**
**Lack of Cost Cutting May Bring Valuation Down**
***January 30, 2003***

**NSC printed $0.33 EPS, but fell short of our operating income forecast.** NSC's 4Q02 $0.33 included higher-than-normal "other" income ($0.02/share) and a lower-than-expected tax rate (30.6% - $0.03/share). Operating income fell $7 million ($0.01/share) short of our low-on-the-Street expectations, suggesting underlying earnings power closer to $0.28 to $0.29.

**Customer rate improvement overshadowed by higher costs.** Average revenue per carload increased an impressive 3.3% due to better customer pricing and improved revenue mix, but higher costs offset much of this, suggesting that the easy cost cutting may be over.

**Not overpriced, but the one-year upside is more appealing elsewhere.** We value NSC's stock near $20 one year from now, which yields 5% upside from yesterday's close (before a 1.5% dividend yield), but we see more appealing risk-adjusting returns in several other railroads at this time, and thus maintain our Equal-weight rating.

**Union Pacific (UNP, Overweight, $55, price target $68)**
**Longer-Term Opportunity Created By Short-term Focus**
***January 23, 2003***

**UNP slightly beat our 4Q02 operating income forecast.** UNP's 4Q02 results had numerous one-time items, but in the final analysis it beat our operating income forecast by about a penny per share. We strongly reiterate our Overweight rating and would use yesterday's weakness as a buying opportunity.

**UNP guided down for 1Q03 due to higher fuel, but stood firm to its '03 goal.** A charge for a 1Q03 severance plan and higher fuel costs caused UNP to guide 1Q03 EPS to "$0.15 to $0.20" below its $0.86 in 1Q02; however UNP increased its full-year revenue outlook (to +3% to 5%) and stood behind its prior goal of 5% to 10% EPS growth.

**We see the pullback overdone, creating a buying opportunity.** The market's intense focus on UNP's 1Q03 guidance, which includes exceptionally high oil prices and a one-time charge, fails to capture the true earnings potential of UNP over the next 12 to 24 months, offering a good buying opportunity for investors who can look beyond the current quarter.



**Please see the important disclosures at the end of this report.**

Highly Confidential

NS_062007154

DA26009

# Key Railroad Performance Metrics

Exhibit 29

**Average System Train Speed By Carrier (in miles per hour) — through February 8, 2003**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 29 continued

**Average System Train Speed by Carrier (in miles per hour) — through February 8, 2003**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 30

**Freight Cars On Line By Carrier — through February 8, 2003**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Highly Confidential

NS_062007157

DA26012

Exhibit 30 (continued)

**Freight Cars On Line By Carrier — through February 8, 2003**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 31

**Average Reported Terminal Dwell Time by Carrier (measured in hours) — through February 8, 2003**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Exhibit 31 continued

**Average Reported Terminal Dwell Time by Carrier (measured in hours) — through February 8, 2003**




*Source: Association of American Railroads, Morgan Stanley Research*

# Appendix - Overweight Rated Stock Catalyst, Risks, and Targets Tables

Exhibit 32

**Canadian National Stock Catalysts, Risks, and Targets**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Highly levered to Canadian grain exports | **Mixed.** CNI's grain revenues declined by C$220 million in 2002 as the Canadian prairies experienced the worst drought in 30 years. A rebound to 2001 levels would increase EPS by US$0.22 to US$0.24 in 2004 if the next crop is near normal. |
| Solid free cash flow | **Positive.** We expect CNI's free cash flow to near C$500 million after dividends in 2003, or approximately 8% of revenues, an industry best. |
| Returning cash to shareholders | **Positive.** CNI commenced a share buy-back program with the intent to purchase 6.5% of its stock over the next 12 months. It also increased its dividend by 10% in 2002, and 16% in 2003, increasing the dividend yield to 1.6%. |
| Intense focus on improving margins | **Positive.** The best management in the industry not surprisingly has the best margins in the industry, 32% in 2002. Numerous projects in the pipeline give us the confidence that its impressive multi-year cost cutting efforts are not over. |
| Higher pension expense in 2003 | **Negative.** CNI lowered its expected rate of return on plan assets to 8%, a decision that will increase its pension expense by C$50 million in 2003. |
| Double-dip economic scenarios | **Negative.** Another slowdown in the North American economy would obviously hurt CNI given that 56% of its shipments are economically-sensitive, however the weak Canadian dollar helped fuel strong shipments of Canadian goods to US consumption markets during the last recession. |
| Higher oil prices | **Largely Neutral.** CNI has 47% of its 2003 fuel needs hedged, and approximately 50% of its revenues are linked to fuel prices, leaving it with a lower level of price exposure than most railroads. We currently assume a WTI oil price of US$35/bbl or US$1.05 per gallon of diesel in 1Q03, US$34/bbl or US$1.02/gallon in 2Q03, and US$27.50/bbl or US$0.825/gallon in 2H03. |
| | |
| **Management Targets** | **Who/When?** |
| 1% to 2% revenue growth in 2003 | Senior member of management, January 2003 |
| Modest operating ratio improvement in 2003 | Senior member of management, November 2002 |
| 0% to 5% EPS growth in 2003 | Senior member of management, November 2002 |
| C$1 billion in capital expenditures in 2003 | Senior member of management, January 2003 |
| 4% to 6% revenue growth in 2004/05 | Senior member of management, November 2002 |
| 10% to 15% EPS growth in 2004/05 | Senior member of management, November 2002 |
| | |
| **Valuation Methodology** | |
| We derive our one-year US$52 price target by applying an average p/e of 12.0x on our twelve-month forward earnings estimate one-year from now US($4.29) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research and Company presentations*

Exhibit 33

**Canadian Pacific Stock Catalysts, Risks, and Targets**

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Highly levered to Canadian grain exports | **Mixed.** CP's grain revenues declined by C$118 million in 2002 as the Canadian prairies experienced the worst drought in 30 years. A rebound to 2001 levels would increase EPS by US$0.16 or 9% in 2004 if the next crop is near normal. |
| Levered to Canadian metallurgical coal exports | **Mixed.** CP's coal revenues declined by C$31 million in 2002 as global metallurgical coal demand softened. A rebound to 2001 levels would increase EPS by US$0.04 or 2% in 2004. |
| Focus on improving margins | **Positive.** CP continues to improve its annual operating ratio despite already having the second best margins in the industry. Numerous projects in the pipeline give us the confidence that margins can continue to improve in 2003 and beyond. |
| Higher 2003 pension expense | **Negative** Although CP has the most conservative pension plan return on asset and discount rate assumptions of any North American railroad (8% and 6.75% respectively), we anticipate C$22 million in higher pension expense in 2003 (C$0.10 per share). |
| Double-dip economic scenarios | **Negative.** Another slowdown in the North American economy would obviously hurt CP given that 44% of its shipments are economically-sensitive, however the weak Canadian dollar helped fuel strong shipments of Canadian goods to US consumption markets during the last recession. |
| Higher oil prices | **Largely Neutral.** CP has 38% of its 2003 fuel needs hedged, and approximately 60% of its revenues are linked to fuel prices, leaving it with a lower level of price exposure than most railroads. We currently assume a WTI oil price of US$35/bbl in 1Q03, US$34/bbl in 2Q03, and US$27.50/bbl in 2H03. |
| | |
| **Management Targets** | **Who/When?** |
| 3% to 4% revenue growth in 2003. Growth comprised of 1% yield improvement (same store sales), 1% new initiatives, and 2% organic volumes. | Senior member of management, January 2003 |
| 1% to 3% EPS growth in 2003 | Senior member of management, January 2003 |
| C$700 to C$725 million in capital expenditures in 2003 | Senior member of management, January 2003 |
| 7% to 10% revenue growth in 2004 assuming 2003/04 grain crop is 85% of normal | Senior member of management, November 2002 |
| 2004 coal revenue to return to 2001 levels (C$474 million) | Senior member of management, November 2002 |
| 2004 operating ratio of 73% (assuming US$22/bbl oil and a return to normal grain volumes) | Senior member of management, November 2002 |
| 2004 cash flow before dividends of C$200 million (assuming US$22/bbl oil and a return to normal grain volumes) | Senior member of management, November 2002 |
| | |
| **Valuation Methodology** | |
| We derive our one-year US$25 price target by applying an industry average p/e of 11.5x on our twelve-month forward earnings estimate one-year from now (US$2.18) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research and Company presentations*



**Please see the important disclosures at the end of this report.**

Highly Confidential NS_062007162

DA26017

Exhibit 34

### CSX Stock Catalysts, Risks, and Targets

| Stock Catalyst/Risk | Impact on Fundamentals/Stock |
|---|---|
| Most levered railroad | **Positive.** CSX has the most operating leverage and financial leverage of any North American railroad, suggesting greater upside potential as the economy improves, coal volumes recover and oil prices return to more normal levels. |
| Levered to the Rail Cost Adjustment Factor | **Positive.** Approximately 15% of CSX revenues are adjusted quarterly by the RCAF factor, which increased 3% yoy in 4Q02 and 1Q03 after three consecutive quarters of yoy declines in 2002. |
| Improving free cash flow/Debt Paydown | **Positive.** We expect CSX's free cash flow to exceed $300 million after dividends in 2003 (including its portion of Conrail's cash) as it continues to grow its revenues and expand its margins. |
| Levered to rebounding utility coal volumes | **Positive.** Nearly 25% of CSX's revenues are from its coal business that has operating margins in the range of 25% to 35%. We expect shipment volumes to improve in 1H03 as utility stockpiles have been largely worked down and electricity demand remains robust (+4% year-over-year in recent months). |
| Double-dip economic scenario | **Negative.** Another slowdown in the US economy would obviously hurt CSX given that 43% of its shipments are economically-sensitive. We already assume an auto production decline of 6%, to 15.5 million units in 2003. |
| Higher oil prices | **Negative.** CSX does not have any of its 2003 fuel needs hedged, however just under 50% of its revenues has a fuel surcharge component, leaving it with some protection to changing fuel prices. We currently assume an oil price of $35/bbl or $1.05 per gallon of diesel in 1Q03, $34/bbl or $1.02/gallon in 2Q03, and $27.50/bbl or $0.825/gallon in 2H03. |
| | |
| **2003 Management Targets** | **Who/When?** |
| Implementation of additional 190 beltpack units | Senior member of management, January 2003 |
| 900 headcount reduction | Senior member of management, January 2003 |
| $100 million of same-store price increases | Senior member of management, January 2003 |
| $200 million of truck conversions | Senior member of management, January 2003 |
| Free cash flow (after dividend) in excess of $300 million in 2003 | Senior member of management, January 2003 |
| All-in debt-to-capital ratio of 54% by year-end | Senior member of management, January 2003 |
| **Longer-term Targets** | |
| $8 billion in railroad revenue in 2004 | Senior member of management, October 2002 |
| 80% operating ratio in 2004 | Senior member of management, October 2002 |
| 80% operating ratio on $8 billion implies 2004 EPS near $4.00 | Senior member of management, October 2002 |
| | |
| **Valuation Methodology** | |
| We derive our one-year $34 price target by applying a conservative (below industry average) p/e of 11.0x on our twelve-month forward EPS estimate one-year from now ($3.13) | Morgan Stanley Equity Research |

*Source: Morgan Stanley Research and Company presentations*



**Please see the important disclosures at the end of this report.**

Highly Confidential

NS_062007163

DA26018

Exhibit 35

**Union Pacific Stock Catalysts, Risks, and Targets**

| Stock Catalyst/Risks | Impact on Fundamentals/Stock |
|---|---|
| Growing revenues at a faster rate than the industry | **Positive.** UNP's superior route franchise, access to fast growing population centers in the West, and dominance over rail shipments to and from Mexico suggests that it can consistently grow its revenues 3% to 5% annually. |
| Most levered to the Rail Cost Adjustment Factor | **Positive.** Over 30% of UNP revenues are adjusted quarterly by the RCAF factor, which increased 3% yoy in 4Q02 after three consecutive quarters of yoy declines |
| Improving free cash flow | **Positive.** We expect UNP's free cash flow to exceed $500 million after dividends in 2002, allowing it to pay down its debt to the point that its debt-to-capital ratio drops to 48% (including off balance sheet leases) |
| Returning more cash to shareholders | **Positive.** UNP recently increased its dividend by 15%, improving its yield to 1.5%. We believe a stock buy-back program or further dividend increase is likely in 2003. |
| Double-dip economic scenario | **Negative.** Another slowdown in the US economy would obviously hurt UNP given that 60% of its shipments are economically-sensitive, however our expectations for improving coal volumes and better contract pricing should cushion against such a scenario. |
| Higher oil prices | **Negative.** UNP only has 7% of its 2003 fuel needs hedged, leaving it exposed to price spikes. We currently assume an oil price of $35/bbl or $1.05 per gallon of diesel in 1Q03, $34/bbl or $1.02/gallon in 2Q03, and $27.50/bbl or $0.825/gallon in 2H03. |
| | |
| **Management Targets** | **Who/When?** |
| The company anticipates a potential 1Q03 EPS shortfall of $0.15 to $0.12 per share compared to a year ago (assumes oil prices near $33/bbl and a $0.10 severance charge). | Senior member of UNP management, January 22, 2003 |
| Assuming 2% to 3% GDP growth and oil moderating to $25/bbl by year-end, core 2003 earnings growth should range between 5% and 10% ($4.51-$4.73), including the $0.10 severance charge. | Senior member of UNP management, January 22, 2003 |
| Revenue growth of 3% to 5% in 2003 and over the longer-term | Senior member of UNP management, January 22, 2003 |
| Modest improvement in its 2003 operating ratio, and a 75% operating ratio in 2006 | Senior member of UNP management, December 3, 2002 |
| Capital expenditures of $1.8 to $2.0 billion in 2003 | Senior member of UNP management, January 22, 2003 |
| Free cash flow (after dividends) of $400 to $600 million in 2003, and a range of $500 million to $1 billion longer-term | Senior member of UNP management, December 3, 2002 |
| Continued improvement on mid-7% return on capital in 2003, and beat cost of capital longer-term (8% to 9%). | Senior member of UNP management, December 3, 2002 |
| Cumulative 3-year EPS of $13.50 between 2001 and 2003. Implies 2003 EPS of $4.68 in order to reach $100 million payout for top 200 managers in early 2004. | UNP 2000 10-K filing |
| | |
| **Valuation Methodology** | |
| We derive our one-year $68 price target by applying UNP's historical average p/e of 12.5x on our twelve-month forward EPS estimate one-year from now ($5.45) | |

*Source: Morgan Stanley Research and Company presentations*

**Global Stock Ratings Distribution**

*(as of Jan 31, 2003)*

| Stock Rating Category | Coverage Universe Count | % of Total | Investment Banking Clients (IBC) Count | % of Total IBC | % of Rating Category |
|---|---|---|---|---|---|
| **Overweight** | 607 | 32% | 240 | 38% | 40% |
| **Equal-weight** | 891 | 47% | 286 | 45% | 32% |
| **Underweight** | 396 | 21% | 105 | 17% | 27% |
| **Total** | 1,894 | | 631 | | |

*Data include common stock and ADRs currently assigned ratings. For disclosure purposes (in accordance with NASD and NYSE requirements), we note that Overweight, our most positive stock rating, most closely corresponds to a buy recommendation; Equal-weight and Underweight most closely correspond to neutral and sell recommendations, respectively. However, Overweight, Equal-weight, and Underweight are not the equivalent of buy, neutral, and sell but represent recommended relative weightings (see definitions below). An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations. Investment Banking Clients are companies from whom Morgan Stanley or an affiliate received investment banking compensation in the last 12 months.*

## ANALYST STOCK RATINGS

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

More volatile (V). We estimate that this stock has more than a 25% chance of a price move (up or down) of more than 25% in a month, based on a quantitative assessment of historical data, or in the analyst's view, it is likely to become materially more volatile over the next 1-12 months compared with the past three years. Stocks with less than one year of trading history are automatically rated as more volatile (unless otherwise noted). We note that securities that we do not currently consider "more volatile" can still perform in that manner.

*Ratings prior to March 18, 2002: SB=Strong Buy; OP=Outperform; N=Neutral; UP=Underperform. For definitions, please go to www.morganstanley.com/companycharts.*

## ANALYST INDUSTRY VIEWS

Attractive (A). The analyst expects the performance of his or her industry coverage universe to be attractive vs. the relevant broad market benchmark over the next 12-18 months.

In-Line (I). The analyst expects the performance of his or her industry coverage universe to be in line with the relevant broad market benchmark over the next 12-18 months.

Cautious (C). The analyst views the performance of his or her industry coverage universe with caution vs. the relevant broad market benchmark over the next 12-18 months.

*Stock price charts and rating histories for companies discussed in this report are available at www.morganstanley.com/companycharts. You may also request this information by writing to Morgan Stanley at 1585 Broadway, 14th Floor (Attention: Research Disclosures), New York, NY, 10036 USA.*

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley").

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The securities discussed in this report may not be suitable for all investors. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives.

This report is not an offer to buy or sell any security or to participate in any trading strategy. Morgan Stanley, Morgan Stanley DW Inc., affiliate companies and/or their employees may have investments in securities or derivatives of securities of companies mentioned in this report, and may trade them in ways different from those discussed in this report. Derivatives may be issued by Morgan Stanley or associated persons.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate managed or co-managed a public offering of securities of Union Pacific.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate has received compensation for investment banking services from Burlington Northern SF, CSX Corporation, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

In the next 3 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

As of January 31, 2003, Morgan Stanley, Morgan Stanley DW Inc. and/or their affiliate companies beneficially owned 1% or more of a class of common equity securities of the following companies covered in this report: Burlington Northern SF, CSX Corporation and Norfolk Southern.

Morgan Stanley, Morgan Stanley DW Inc. and/or their affiliate companies make a market in the securities of Union Pacific.

The research analysts, strategists, or research associates principally responsible for the preparation of this research report have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and investment banking revenues.

Morgan Stanley has no obligation to tell you when opinions or information in this report change. Morgan Stanley and its affiliate companies are involved in many businesses that may relate to companies mentioned in this report. These businesses include market making and specialized trading, risk arbitrage and other proprietary trading, fund management, investment services and investment banking.

This report is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete.

This report has been prepared by Morgan Stanley research personnel. Facts and views presented in this report have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

The value of and income from your investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in your securities transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized.

This publication is disseminated in Japan by Morgan Stanley Japan Limited; in Hong Kong by Morgan Stanley Dean Witter Asia Limited; in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte., regulated by the Monetary Authority of Singapore; in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, a licensed dealer, which accepts responsibility for its contents; in certain provinces of Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of this publication in Canada; in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc., which accept responsibility for its contents; and in the United Kingdom, this publication is approved by Morgan Stanley & Co. International Limited, solely for the purposes of section 21 of the Financial Services and Markets Act 2000 and is distributed in the European Union by Morgan Stanley & Co. International Limited, except as provided above. Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned. In Australia, this report, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data. The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

**Additional information on recommended securities is available on request.**

MorganStanley

**The Americas**
1585 Broadway
New York, NY 10036-8293
United States
Tel: +1 (1)212 761 4000

**Europe**
25 Cabot Square, Canary Wharf
London E14 4QA
United Kingdom
Tel: +44 (0)20 7513 8000

**Japan**
20-3, Ebisu 4-chome
Shibuya-ku,
Tokyo 150-6008, Japan
Tel: +81 (0)3 5424 5000

**Asia/Pacific**
Three Exchange Square
Central
Hong Kong
Tel: +852 2848 5200

©2003 Morgan Stanley

Norfolk Southern / Union Pacific
Alliance Meeting – Omaha
March 28, 2001

Attendance:

NS – David Goode, Steve Tobias, Hank Wolf, Ike Prillaman, Don Seale, Mike McClellan, Wick Moorman

UP – Dick Davidson, Ike Evans, Dennis Duffy, Jack Koraleski, John Gray, Brad King

I. Intermodal

A) Los Angeles / Columbus Service -
Service planning between NS and UP still 8 to 10 hrs. apart
Not a priority issue for NS over next 12 to 24 months.
**Accountability: Mike McClellan – NS; Joe Leppert – UP**

B) Memphis Gateway –
Consolidate existing New Orleans through traffic (intermodal) into Memphis gateway flows.
Focus efforts on building volume on existing premium train product as well as new potential service offerings.
(NS new ramp outside Atlanta opens July 1, 2001; also new facility in Savannah)
**Accountability: Mike McClellan – NS; Joe Leppert – UP**

C) Formalize teams to develop market opportunities Southeast to Southwest (LA) via Memphis. Up share study with NS done in conjunction with McKinsey.
**Accountability: Mike McClellan – NS; Jack Koraleski & Joe Leppert – UP**

D) Intermodal Joint Pricing –
Follow up that UP and NS are together in joint rates.
**Accountability: Mike McClellan – NS; Jack Koraleski & Joe Leppert – UP**

II. Mexico –

A) Greatest Market Potential – Southeast to Mexico
Work together to size potential and service offerings – example: Roadrailer, EMP, etc.
**Accountability: Mike McClellan – NS; Joe Leppert – UP**

B) JIT centers in conjunction with Mexico – auto parts – or to domestic assembly plants.
**Accountability: David Julian - NS; Rob Knight – UP**

III. Auto –

A) VIN Systems –
NOTE: Toyota has selected a third party for their logistics service.
ISSUE: How do UP and NS achieve an independent assessment of our two tracking systems?
**Accountability: Don Seale – NS; Jack Koraleski – UP**

B) Equipment Management –
Establish forward-looking dialogue on car utilization and manufacturers' desire for new technology equipment; example: Q2, Automax.
**Accountability: David Julian - NS; Rob Knight – UP**

C) General Motors – OTD –
Update on status and need to stay with present plans. Decide whether timing is right for CEO discussion with Rick Wagner.
**Accountability: Don Seale, David Julian – NS; Jack Koraleski, Rob Knight - UP**

IV. Merchandise –

A) Chemicals
1) Dow Pilot – Flow and Car Management
**Accountability: Don Seale, Joe Osborne – NS; Jack Koraleski, Ed Sims – UP**

2) Forward SIT for plastic –
**Accountability: Don Seale, Joe Osborne – NS; Jack Koraleski, Ed Sims – UP**

3) Evaluate Present Chemical product service offerings via New Orleans gateway to determine need or potential for additional service offerings.
**Accountability: Don Seale, Steve Tobias - NS; Brad King, Jack Koraleski – UP**

4) Chemical risk assessment and potential industry position through AAR.
**Accountability: CEO Review**

B) Watershed –
Evaluate offerings and potential for Watershed Business – primary focus – Paper
**Accountability: David Lawson – NS; Greg Barbe, John Gray – UP**

C) Owner cooperation in IHB price simplification-
UP will provide proposal for simplified rating that preserves IHB revenue stream
**Accountability: Steve Tobias – NS; John Gray - UP**

V. Information Technology –

A) Continue joint efforts on combining NS / UP / BNSF in joint data centers.

B) Future look at: 1) Data warehousing, 2) Common Applications
**Accountability: Hank Wolf – NS; Ike Evans – UP**

C) Does NS have any interest in owning part of Transcentric?
**Accountability: Hank Wolf - NS; Jim Young – UP**

VI. Insurance –

Potential risk / exposure with chemical shipments.
Each company get proper people together to formulate plan for CEO's – potential audience CEO's meeting at AAR and CMA.
**Accountability: Hank Wolf – NS; Jim Young, Ike Evans – UP**

VII. Arzoon –

Assess progress made with Arzoon and Weyerhauser as the pilot project. Establish parameters of railroad involvement.
**Accountability: Don Seale – NS; Jack Koraleski - UP**

VIII. Topics discussed – no follow-up required:
- Chicago
- Rate Simplification
- E-procurement
- Freightwise

Next meeting will be scheduled for 2nd Quarter 2001.

**From:** CN=Max I. Connealy/O=UPC
**To:** Mary E. McArdle@UP;Chandra R. Henley@UP;Mark J. Draper@UP
**Sent:** 01/13/2003 10:09:55 AM
**Cc:** Kwaku Oti-prempeh@UP
**Subject:** Fuel Price Estimates
As info.

Attached are Larry Ahart's estimates for Fuel Prices. You will note that the current hedged estimates are somewhat higher than the current budget. However, with the uncertainty of World Events, the price of fuel will likely continue to jump around frequently.

Max

---- Forwarded by Max I. Connealy on 01/13/03 10:04 AM ----

Kwaku Oti-prempeh
01/13/03 09:50 AM

To: Max I. Connealy@UP
cc:
Subject: Re: January 2003 Fuel Forecast as of 01/10/03

Max,

Max here is Larry's response. I think the call to change fuel price to 90 cents was a good one, even the quarterly estimates have changed. I will keep a close eye on it.

Kwaku B. Oti-Prempeh
Snr. Project Manager - (Cost and Profit Systems)
Finance Department
Union Pacific Rail Road
Tel: (402) 271 3125
Fax:(402) 271 5955
----- Forwarded by Kwaku Oti-prempeh on 01/13/2003 09:46 AM -----

Larry D. Ahart
01/13/2003 09:44 AM

To: Kwaku Oti-prempeh@UP
cc:
Subject: Re: January 2003 Fuel Forecast as of 01/10/03

| | Unhedged | Hedged |
|---|---|---|
| Current Month - January 2003 | 91.6 | 90.0 |
| 1st Quarter 2003 | 90.0 | 88.7 |
| 2nd Quarter 2003 | 80.5 | 80.0 |
| 4th Quarter 2003 | 75.5 | 75.2 |
| Total Year 2003 | 79.2 | 78.7 |

There is much uncertainty with the Venezuela strike and the the prospect of war with Iraq and the

duration of both items. The above prices are based on current information from Supply. As information, for budget purposes, we have used quarterly hedged prices of 85¢, 75¢, 70¢, and 70¢ for 2003 with a total year price of 75¢. Please let me know if you have any questions.
Thanks.

Kwaku Oti-prempeh
01/10/2003 02:37 PM

To: Larry D. Ahart@UP
cc:
Subject: Re: January 2003 Fuel Forecast as of 01/10/03

Larry,

I will like to verify fuel price for the following periods. There seems to be a significant rise in fuel price, I suspect that the sudden spike in fuel may have something to do with Venezuelan crisis and the possibility of war in Iraq and Korea.

| | Unhedged | Hedged |
|---|---|---|
| Current Month - January 2003 | | |
| 1st Quarter 2003 | | |
| 2nd Quarter 2003 | | |
| 4th Quarter 2003 | | |
| Total Year 2003 | | |

Kwaku B. Oti-Prempeh
Snr. Project Manager - (Cost and Profit Systems)
Finance Department
Union Pacific Rail Road
Tel: (402) 271 3125
Fax:(402) 271 5955



Chuck Adams
01/17/04 04:26 PM

To: Jack J. Koraleski@UP, John E. Kaiser@UP, Randy S. Blackburn@UP, Eric L. Butler@UP, Greg Barbe@UP, Lance M. Fritz@UP, Diane D. Knutson@UP, Ed Sims@UP, Drew R. Collier@UP, Rick Turner@UP, Doug J. Glass@UP, Greg H. Sovey@UP
cc: Mary E. McArdle@UP, Martin J. Matukewicz@UP, Michael D. Boone@UP, Kent D. Boettger@UP, James F. Lusk@UP, Edna Oakman@UP, Mary E. Wright@UP, Ann M. Fitzgerald@UP, Rita L. Byrnes@UP, Becky J. Hines@UP, Sherri L. Carlsen@UP, Laurie L. Wilson@UP, Louise M. Campbell@UP, Kurt E. Wilhelm@UP
Subject: FUEL RECOVERY AND SECURITY ANALYSTS

This Fuel Recovery Analysis is in response to Jack Koraleski's request that a Fuel Surcharge Analysis be updated on 2003 data and furnished to the business groups.

Fuel Cost 1Q comments were made by Jerry Adams at Bear Stearns in Atlanta Georgia, as addressed in the series of notes below. There was a question raised as to why UP's fuel surcharge recovery is less than the BNSF. To respond to this question Kurt Wilhelm has updated a Fuel Surcharge Analysis conducted earlier in the year. The data below provides an analysis on 2003 shipments rated by RSP.

The key driver for the analysis is based on whether the pricing document for the rated shipment included a Fuel Surcharge Provision. If a document did not contain a Fuel Surcharge Provision another analysis was conducted to review the Adjustments Type indicator as captured by the price maker in the Genesis System. For each Price Document captured in Genesis, the user cannot activate the document without stating one of the following Adjustments Type indicators on the price document:

- RCAU RCAF - Unadjusted For Productivity
- FIXE - Fixed Adjustments
- SELE - Subject to Selective Adjustment
- NONE - Not Subject to Selective Adjustments (This Wording Will Print in Customer's Document)
- NOPE - Not Subject to Selective Adjustments (The Document is Silent and Nothing Will Print in Customer's Document)

Some Price Documents have complex rate adjustment provisions and are captured in Genesis with a NOPE indicator PLUS a Rate Escalation Provision that defines the escalation adjustment provision. These rates are adjusted manually. Where these exist, they were counted as having a cost recovery feature. Also, we have identified Public Tariff Prices that do not have a fuel surcharge provision. This analysis is contained in the following spreadsheet.

FUEL SURCHARGE ANALYSIS 2003_v4

The summary findings of this selected 2003 data is as follows (See First Tab):

| | Units (000) | | Net Revenue (Billions) |
|---|---|---|---|
| Total | 8,621 | $ | 10.46 |
| No Surcharge | 5,226 | $ | 5.44 |
| Percentage | 61% | | 52% |
| Includes Surcharge | 3,394 | $ | 5.02 |
| Percentage | 39% | | 48% |

The additional analysis of UP issued documents with no fuel surcharge provisions was conducted (See Tab 2). The breakout for this business segment is as follows:

| Adjustment Type | Units (000) | Net Revenue (Billions) | % of Total Net Rev. $10.46 |
|---|---|---|---|
| FIXED | 1,020 | $1.09 | 10% |
| RCAF | 677 | $0.71 | 7% |
| NOPE with Rate Adj. | 1,705 | $1.72 | 16% |
| SELECTIVE | 31 | $0.05 | 0% |
| TARIFF | 288 | $0.29 | 3% |
| NOPE wo Rate Adj | 664 | $0.80 | 8% |
| NONE | 751 | $0.65 | 6% |

The detail of documents by Business Group listing price documents without a fuel surcharge provision is also attached.

FUEL SURCHARGE ANALYSIS DETAIL 2003_v:

Looking at 2003 shipments rated by RSP and adjusting the percentage to total Net Revenue of $11.04 Billion, the Bear Stearns assessment that UP has 40-45% of its business covered with a fuel surcharge or fuel escalator is low.

| TYPE | Net Revenue | Adj % of Total Net Rev. $11.04 Billion |
|---|---|---|
| FIXED | $1.09 | 9.9% |
| RCAF | $0.71 | 6.5% |
| NOPE with Rate Adj. | $1.72 | 15.6% |
| FUEL SURCHARGE | $ 5.02 | 45.5% |
| TOTAL | $8.55 | 77.5% |

*Chuck Adams*
*Union Pacific Railroad*
*1416 Dodge Street, Room 1110*
*Omaha, Nebraska, 68179*
*Phone: 402-271-5866*
*Fax: 402-271-2438*
*e-mail: ChuckAdams@UP.com*
*Web: WWW.UPRR.COM*
----- Forwarded by Chuck Adams on 01/16/04 01:11 PM -----

**Greg H. Sovey**
01/16/04 08:20 AM

To: Chuck Adams@UP
cc:
Subject: Railroads: Fuel Costs 1Q from Jerry Adams at Bear Stearns in Atlanta, GA - Thursday, Jan. 15th

Chuck,

Reference our discussions.

----- Forwarded by Greg H. Sovey on 01/16/04 08:19 AM -----

**Jack J. Koraleski**

To: Greg Sovey
cc: Nancy L. Brantley@UP

01/15/04 01:59 PM

Subject: Railroads: Fuel Costs 1Q from Jerry Adams at Bear Stearns in Atlanta, GA - Thursday, Jan. 15th

Greg,

I'm heading out of town. Can you help me on this?

Thanks so much!!!

Jack

----- Forwarded by Jack J. Koraleski on 01/15/04 01:58 PM -----

Jim R. Young
01/15/04 01:23 PM

To: Jack J. Koraleski@UP
cc:
Subject: Railroads: Fuel Costs 1Q from Jerry Adams at Bear Stearns in Atlanta, GA - Thursday, Jan. 15th

We may get a question on this next week - - why is UP's fuel surcharge recovery less than BN's?

----- Forwarded by Jim R. Young on 01/15/04 01:22 PM -----

"Adams, Gerard - PCS (Exchange)" <gtadams@bear.com>
01/15/04 09:32 AM

To:
cc:
Subject: Railroads: Fuel Costs 1Q from Jerry Adams at Bear Stearns in Atlanta, GA - Thursday, Jan. 15th

Thought you all would be interested. Any questions, let us know. Take Care !!

<<Railroads and Fuel - Jan. 15th.pdf>>

Jerry Adams
Account Executive
Bear Stearns & Co.
Monarch Tower
3424 Peachtree Road
Suite #1700
Atlanta, GA 30326
Email: gtadams@bear.com
Phone: (404) 842-4160
Fax: (404) 995-4864

Railroads and Fuel - Jan. 15th.p

**********************************************************************

Notice Regarding Entry of Orders, Instructions and Confirmation of trades:

Electronic mail sent through the Internet is not secure and could be intercepted by a third party. Please do not transmit orders, instructions or identifying information regarding your Bear Stearns account(s) by email. Action oriented messages, transaction orders, fund transfer

instructions or check stop payments should not be transmitted by E-mail to Bear Stearns employees. Bear Stearns can not be held responsible for carrying out such orders and/or instructions. Your Bear Stearns confirmation and monthly account statement are the official records of the firm and should be the documents that you conclusively rely upon.

Notice regarding Transmission of Research reports, Newswires, Publications, and Financial Data prepared by Outside Sources:

While the information contained herein has been obtained from sources believed to be reliable, its accuracy and completeness cannot be guaranteed. Bear Stearns has not independently verified the facts, assumptions, and estimates contained in this report. Accordingly, no representation or warranty, express or implied, is made as to, and no reliance should be placed on the fairness, accuracy, or completeness of the information and opinions contained in this report. Consequently, Bear Stearns assumes no liability for the accompanying information, which is being provided to you solely for evaluation and general information.

***************************************************************************

BEAR STEARNS

**Thomas R. Wadewitz**
212 272-3169
twadewitz@bear.com

**Edward M. Wolfe**
212 272-7048
ewolfe@bear.com

**Gregory R. Ryan**
212 272-0692
gryanl@bear.com

**Equity Research**
**Railroads / Rated: Market Overweight**
***January 15, 2004***

# Railroads: Fuel Cost Frictions in 1Q?

[redacted]

**Key Points**

*** HIGH FUEL PRICES MAY DAMPEN 1Q RAIL EPS. We believe that the recent spike in oil prices to the mid $30s may prompt the rails to be cautious in their 1Q EPS guidance when they report 4Q results at the end of January. While we don't expect a repeat of the weak 1Q:03 results this year, we do see risk of some pressure on 1Q EPS expectations for some of the rails who have less fuel heding in place.

*** RELATIVE HEDGE POSITIONS. UNP and CSX appear to have the greatest risk with only about 5% and 19% hedged in 2004 respectively. BNI and NSC appear to be the best protected with 66% and 60% of fuel consumption hedged in 2004 while the Canadian rails CNI and CP fall in the middle with 50% and 23% hedged.

*** WHY RAILS ARE BETTER POSITIONED IN 04. Even if fuel prices remain high throughout 1Q:04 we anticipate less impact on EPS performance because the rails generally have somewhat higher fuel surcharge coverage. Also, on a year-over-year basis the fuel price comparison is much easier throughout 2004 compared to 2003.

*** REMAIN FAVORABLE ON RAIL GROUP. Despite the near term risk we see from high fuel prices, we continue to favor the rail group as we expect a strong industrial economy and solid rail revenue growth to drive strong EPS performance in 2004. If pressure from high fuel prices causes a pullback in certain rail stocks, we would generally view this as a buying opportunity.

**INVESTMENT CONCLUSION:** At yesterday's closing prices, the six large North American rails are trading at 14.3x on our 2004 EPS estimates and 12.3x on our 2005 EPS estimates compared to an average historical one year forward range of 11x-15x. At the present time the rails are trading towards the upper end of their average historical valuation on our 04 EPS estimates. However, based on our expectations of continued strength in the industrial economy, we believe that the rails are likely to realize significant EPS growth in 2004 and we see further upside for the group. We believe that looking back to 1993 provides a reasonable framework for viewing rail stock performance in an environment of growing industrial production. In 1993 the rails moved up from a roughly 13-14x P/E valuation at the beginning of the year to a high end 16x valuation for the group at year end in the midst of a period of sustained growth in the industrial economy. In the near term, we suspect that the current high level of fuel prices may have a modest dampening effect on expectations for 1Q EPS performance for the railroads that have relatively less hedging in place. We see the greatest risk of sluggish EPS growth in 1Q and a near term pullback in the stocks for UNP and CSX given their fairly light hedge positions in 2004. We continue to believe that the rails are positioned for a period of strong revenue growth in 2004 driven by growth in the US industrial economy, strong grain transport revenues, and continued secular growth in Intermodal volumes. We also see a generally strong pricing environment (with the usual exceptions of coal for the Western US rails BNI and UNP). In our view, the favorable revenue environment in conjunction with modest improvement in rail network operation should drive strong rail EPS growth and provide a favorable environment for the rail stocks in 2004. Factored into our current 2004 EPS estimates are gradually declining fuel prices throughout 2004. Implicit in our favorable view on the rail

Bear Stearns does and seeks to do business with companies covered in its research reports. As a result investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please refer to the last page of this report for important disclosure and certification information

stocks is a view that the Federal Reserve is unlikely to embark on a quick, sharp process of raising rates as the rails performed poorly in 1994 during the last round of a sharp, sustained series of rate hikes. In the near term, we believe that BNI, which has 66% of its 2004 fuel consumption hedged and is trading at a roughly 1 P/E multiple point discount to the rail group, provides the best reward to risk profile among the major railroads. If near term concern about high fuel prices causes a pullback in the group, we would generally view this as presenting a buying opportunity.

**Exhibit 1. Class I and Small Cap Railroads**

| Class I Railroads | Symbol | Price | Rating |
|---|---|---|---|
| Burlington Northern | BNI | $31.97 | Outperform |
| Canadian National | CNI | $62.77 | Outperform |
| Canadian Pacific | CP | $27.74 | Outperform |
| CSX | CSX | $34.45 | Outperform |
| Norfolk Southern | NSC | $22.95 | Peer Perform |
| Union Pacific | UNP | $67.35 | Outperform |

Source: Reuters; Bear, Stearns & Co. Inc.

- **High Fuel Costs a Potential Drag on Rail EPS.** The recent upward trend in fuel prices suggests that high fuel costs will likely continue to have a meaningful impact on the Class I rails' earnings through 1H:04. In the following chart we show Gulf Coast diesel prices for 2002 and 2003. In 4Q:03 diesel prices were up about 14% year-over-year which is similar to the 15% and 13% increases in 2Q and 3Q:03. We suspect that average fuel prices in 1Q:04 are likely to be modestly below year ago prices but the recent spike suggests that fuel may be a meaningful drag on 1Q EPS.

**Exhibit 2. Average Weekly Gulf Coast Diesel Fuel Prices, 2001 - Present (% changes - year-over-year)**




Source: DRI; Bear, Stearns & Co. Inc.

- **Hedges Supportive to NSC, BNI, CNI.** However, our sense is that the rails continue to improve their ability to recoup on higher fuel costs through fuel surcharges which, combined with varying degrees of fuel hedges among the Class I rails, will help to offset the effect of higher fuel costs in the quarter. The chart below depicts the fuel hedges for the Class I rails for both 4Q:03 and 2004 and suggests that that NSC, BNI and CNI will likely benefit the most from hedges in 4Q and 2004. CP should achieve a more modest benefit from its hedges, as will UNP but only in 4Q:03. CSX is not hedged in the quarter, while CSX and UNP will be the most exposed to fuel costs in 2004 since both companies have hedges on only a small percentage of total fuel costs next year. This is likely more significant for UNP, which is the largest consumer of fuel among the Class I rails.

**Exhibit 3. Fuel Hedges and Fuel Consumption for the Class I Rails, 4Q:03 & 2004**

| | 4Q:03 | | 2004 | | |
|---|---|---|---|---|---|
| | % Hedged | Hedge Price | % Hedged | Hedge Price | Fuel Consumption* |
| BNI | 58% | 0.82 | 66% | 0.83 | 1,219 |
| CNI | 47% | 0.75 | 50% | 0.80 | 388 |
| CP | 24% | 0.80 | 23% | 0.78 | 283 |
| CSX | 0% | -- | 19% | 0.88 | 604 |
| NSC | 77% | 0.79 | 60% | 0.77 | 474 |
| UNP | 30% | 0.90 | 5% | 0.91 | 1,324 |

**Estimate - millions of gallons*

Source: Company Reports; Bear, Stearns & Co. Inc. estimates.

- **What is different this time?** The rails increased the coverage of their fuel surcharge programs throughout 2003 and we believe they generally have more surcharge type of recovery protection in place in 1Q:04 compared to the prior year quarter. As such, our sense is that fuel surcharges are more likely to temper higher fuel costs in 4Q:03 and in 2004 than was the case in prior quarters. By our estimation, as detailed below in Exhibit 4, most of the Class I rails appear to be recovering a portion of higher fuel costs on roughly 30% of their business through fuel surcharges while a combination of surcharges and contract escalators cover roughly 35% (CNI) to 50%-60% (BNI) of total business. The US rails all set surcharge rates monthly while the Canadian rails set surcharges quarterly and most use different mechanisms for calculating the surcharge escalation rate. As two examples, CP sets its surcharge base on the prior quarterly WTI average while BNI's surcharge is based off of two months' prior average monthly diesel price. While all of the rails had surcharge programs in place in 2003, UNP's program only started near the beginning of 2003, which was later than the other Class I rails. The historical surcharge percentages detailed below represent the percentage rate increase that the rails charge on top of base transport prices to recover higher fuel costs. In 2003 the Canadian rails, which recorded average surcharge rates ranging from 3.0%-6.0%, pushed through the largest surcharges. The US rails were generally more effective in recovering higher fuel costs from their customers later in the year, which is evidenced by the higher surcharges that were recorded in 2H:03. NSC's surcharge rate remained at 2.0% throughout 2003, but the company recently changed the way that it calculates its fuel surcharge which will likely increase the surcharge rate to an estimated 4.4% in March 2004 from 2.0% throughout 2003.

**Exhibit 4. Fuel Surcharge Estimates for the Class I Rails**

| | Surcharge Set Monthly | | | |
|---|---|---|---|---|
| | BNI | CSX | NSC (2) | UNP (2) |
| *Fuel Surcharge-Covered Business* | *30%* | *30%* | *25%* | *30%* |
| *Total Fuel Inflation-Covered Business (1)* | *50-60%* | *45%* | *45%* | *40-45%* |
| Jan-03 | 2.0% | 0.0% | 2.0% | - |
| Feb-03 | 2.0% | 2.0% | 2.0% | 2.0% |
| Mar-03 | 2.5% | 2.0% | 2.0% | 2.0% |
| Apr-03 | 4.5% | 2.0% | 2.0% | 2.0% |
| May-03 | 2.0% | 2.0% | 2.0% | 2.0% |
| Jun-03 | 3.0% | 2.4% | 2.0% | 2.0% |
| Jul-03 | 2.5% | 2.4% | 2.0% | 2.5% |
| Aug-03 | 2.0% | 3.2% | 2.0% | 2.0% |
| Sep-03 | 2.0% | 3.2% | 2.0% | 2.0% |
| Oct-03 | 2.5% | 3.6% | 2.0% | 2.5% |
| Nov-03 | 2.5% | 2.4% | 2.0% | 2.5% |
| Dec-03 | 2.5% | 3.2% | 2.0% | 2.5% |
| Jan-04 | 2.5% | 3.6% | 2.0% | 2.5% |
| Feb-04 | 2.5% | 4.0% | 2.0% | 2.5% |
| Mar-04 | NA | 4.8% | 4.4% | NA |
| *Average 2003* | *2.5%* | *2.6%* | *2.0%* | *2.2%* |

| | Surcharge Set Quarterly | |
|---|---|---|
| | CNI | CP |
| *Fuel Surcharge Covered Business* | *25%* | *35%* |
| *Fuel Inflation Covered Business (1)* | *35%* | *50%* |
| 1Q:03 | 4.0% | 6.0% |
| 2Q:03 | 6.0% | 3.0% |
| 3Q:03 | 4.0% | 6.0% |
| 4Q:03 | 4.0% | 6.0% |
| 1Q:04E | 4.0% | 6.0% |
| *Average 2003* | *4.5%* | *5.3%* |

*(1) Includes fuel escalators and fuel surcharges.*
*(2) NSC changed the terms of its fuel surcharge program effective March 2004. March surcharge is a company estimate.*
*(3) UNP initiated fuel surcharge program early in 2003.*

Source: Company Reports; Bear, Stearns & Co. Inc estimates.

- **Surcharges Soften EPS Impact of Higher Fuel Costs.** Our analysis suggests that a $0.10/gallon (a roughly $4-$5/barrel oil price move) increase in diesel prices would have a gross EPS impact for the Class I rails that ranges from $0.08 (NSC) to $0.32/share (UNP). Factoring in the impact of surcharges and escalators generally reduces the impact of an uptick in fuel costs by 45% on average for the rails. On a net basis, this would reduce the EPS impact of a $0.10/gallon increase in fuel costs to $0.04 to $0.19/share as detailed in the exhibit below. This sensitivity does not, however, factor in the favorable impact of fuel hedges which would significantly offset the impact of higher fuel costs for several of the rails.

**Exhibit 5. 2004 Estimated EPS Impact of $0.10/Gal Change in Diesel Price for the Class I Rails**

| | 2004 Consumption (MM gal) | Fuel Expense ↑ $0.10/gal | Gross EPS Impact | Fuel Inflation Offset | Net EPS Impact | % of 2004 EPS Estimate |
|---|---|---|---|---|---|---|
| BNI | 1,219 | $121.9 | $0.21 | 50% | $0.10 | 4.4% |
| CNI | 388 | $38.8 | 0.14 | 35% | 0.09 | 2.1% |
| CP | 284 | $28.4 | 0.12 | 50% | 0.06 | 3.1% |
| CSX | 604 | $60.4 | 0.18 | 45% | 0.10 | 4.0% |
| NSC | 474 | $47.4 | 0.08 | 45% | 0.04 | 3.0% |
| UNP | 1,324 | $132.4 | 0.32 | 40% | 0.19 | 4.1% |

Source: Company Reports; Bear, Stearns & Co. Inc estimates.

**Exhibit 6. Estimates, Ratings and Reporting Details for 4Q:03 Earnings Season**

| | 4Q:03E | First Call | 4Q:02 | Y-o-Y Change | C02A | C03E | C04E | C05E | Rating | Report Date (All Times ET) | Conference Call |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNP | $1.17 | $1.18 | $1.10 | 6.4% | $4.30 | $4.05 | $4.75 | $5.45 | Outperform | January 21 - before market opens | 1/21 - 8:45am - 888-560-1989 |
| BNI | $0.57 | $0.57 | $0.54 | 5.8% | $2.00 | $2.04 | $2.38 | $2.65 | Outperform | January 27 - 8:00am | 1/27 - 8:45am - 888-428-4480 |
| CSX | $0.60 | $0.60 | $0.64 | (6.8%) | $2.16 | $1.90 | $2.50 | $3.00 | Outperform | January 27 - 9:00am | 1/27 - 11:00am - 212-271-4562 |
| CP | $0.57 | $0.59 | $0.48 | 18.5% | $1.64 | $1.56 | $1.95 | $2.40 | Outperform | January 27 - 7:00am | 1/27 - 2:00pm - 800-273-9672 |
| NSC | $0.38 | $0.37 | $0.33 | 15.2% | $1.18 | $1.30 | $1.48 | $1.72 | Peer Perform | January 28 - before market opens | 1/28 - 9:00am - 973-582-2713 |
| CNI | $1.11 | $1.12 | $0.87 | 28.2% | $3.33 | $3.69 | $4.24 | $4.75 | Outperform | January 28 - 7:30am | 1/28 - 11:00am - 888-575-8232 |
| KSU | $0.10 | $0.10 | $0.32 | (68.5%) | $0.91 | $0.16 | $0.50 | $0.68 | Peer Perform | January 29 - before market opens | 1/29 - 1:00pm - 800-955-1795 |
| GWR | $0.44 | $0.42 | $0.35 | 26.5% | $1.50 | $1.59 | $2.00 | $2.20 | Peer Perform | Early February - date n/a | n/a |
| RRA | $0.22 | $0.20 | $0.13 | 69.3% | $0.70 | $0.71 | $0.80 | $0.95 | Peer Perform | February 19 - before market opens | 2/19 - time n/a |

(1) All estimates for continuing EPS
(2) CP and CNI estimates are in $US.

Source: Bear, Stearns & Co. Inc estimates.

***Companies Mentioned***

Canadian National ( CNI - $62.77 ) - Outperform
Canadian Pacific Railways ( CP - $27.74 ) - Outperform
Union Pacific ( UNP - $67.35 ) - Outperform
Burlington Northern Santa Fe ( BNI - $31.97 ) - Outperform
Norfolk Southern ( NSC - $22.95 ) - Peer Perform
CSX Corporation ( CSX - $34.45 ) - Outperform
Kansas City Southern ( KSU - $14.50 ) - Peer Perform
Genesee & Wyoming ( GWR - $36.95 ) - Peer Perform
RailAmerica ( RRA - $12.98 ) - Peer Perform

The Research Analyst(s) who prepared the research report hereby certify that the views expressed in this research report accurately reflect the analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.
Thomas R. Wadewitz, Edward M. Wolfe

## *DISCLOSURES*

This report has been prepared by Bear, Stearns & Co. Inc., Bear, Stearns International Limited or Bear Stearns Asia Limited (together with their affiliates, "Bear Stearns"), as indicated on the cover page hereof. This report has been adopted and approved for distribution in the United States by Bear, Stearns & Co. Inc. If you are a recipient of this publication in the United States, orders in any securities referred to herein should be placed with Bear, Stearns & Co. Inc. This report has been approved for publication in the United Kingdom by Bear, Stearns International Limited, which is regulated by the United Kingdom Financial Services Authority. Private Customers in the U.K. should contact their Bear, Stearns International Limited representatives about the investments concerned. This report is distributed in Hong Kong by Bear Stearns Asia Limited, which is regulated by the Securities and Futures Commission of Hong Kong. Additional information is available upon request.

Bear Stearns and its employees, officers, and directors deal as principal in transactions involving the securities referred to herein (or options or other instruments related thereto), including transactions contrary to any recommendations contained herein. Bear Stearns and its employees may also have engaged in transactions with issuers identified herein.

This publication does not constitute an offer or solicitation of any transaction in any securities referred to herein. Any recommendation contained herein may not be suitable for all investors. Although the information contained in the subject report has been obtained from sources we believe to be reliable, its accuracy and completeness cannot be guaranteed. This publication and any recommendation contained herein speak only as of the date hereof and are subject to change without notice. Bear Stearns and its affiliated companies and employees shall have no obligation to update or amend any information contained herein.

This publication is being furnished to you for informational purposes only and on the condition that it will not form a primary basis for any investment decision. Each investor must make its own determination of the appropriateness of an investment in any securities referred to herein based on the legal, tax, and accounting considerations applicable to such investor and its own investment strategy. By virtue of this publication, none of Bear Stearns or any of its employees shall be responsible for any investment decision. This report may not be reproduced, distributed, or published without the prior consent of Bear Stearns. @ 2004. All rights reserved by Bear Stearns.

This report may discuss numerous securities, some of which may not be qualified for sale in certain states and may therefore not be offered to investors in such states.

NOTE TO ACCOUNT EXECUTIVES: For securities that are not listed on the NYSE, AMEX, or Nasdaq National Market System, check the Compliance page of the Bear Stearns Intranet site for State Blue Sky data prior to soliciting or accepting orders from clients.

Bear, Stearns & Co. Equity Research Rating System:
Ratings for Stocks (vs. analyst coverage universe):
Outperform (O) - Stock is projected to outperform analyst's industry coverage universe over the next 12 months.
Peer Perform (P) - Stock is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months.
Underperform (U) - Stock is projected to underperform analyst's industry coverage universe over the next 12 months.

Ratings for Sectors (vs. regional broader market index):
Market Overweight (MO) - Expect the industry to perform better than the primary market index for the region over the next 12 months.
Market Weight (MW) - Expect the industry to perform approximately in line with the primary market index for the region over the next 12 months.
Market Underweight (MU) - Expect the industry to underperform the primary market index for the region over the next 12 months.

FOR INDUSTRY COVERAGE DATA, PLEASE CONTACT YOUR ACCOUNT EXECUTIVE OR VISIT www.BEARSTEARNS.com

Bear, Stearns & Co. Ratings Distribution as of December 31, 2003:
Percentage of BSC universe with this rating / Percentage of these companies which were BSC investment banking clients in the last 12 months.
Outperform (Buy): 34.3 / 17.6
Peer Perform (Neutral): 49.6 / 10.4
Underperform (Sell): 16.0 / 5.7

The costs and expenses of Equity Research, including the compensation of the analyst(s) that prepared this report, are paid out of the Firm's total revenues, a portion of which is generated through investment banking activities.

Canadian National(CNI), Burlington Northern Santa Fe(BNI), Genesee & Wyoming(GWR): Bear Stearns is affiliated with the specialist that makes a market in the common stock of this issuer, and such specialist may have a position (long or short) and may be on the opposite side of public orders in such common stock.

For important information regarding the companies in this report, please contact your registered representative at 1-888-473-3819, or write to Lyndsay Marano, Equity Research Compliance, Bear Stearns & Co. Inc., 383 Madison Avenue, New York, NY 10179.

## UP FUEL SURCHARGE
## TRAFFIC ANALYSIS
## 1/1/2003 TO 12/31/2003
## TOTAL

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 8,620,531 | $ | 11,076,207,207 | $ | 10,460,451,398 |
| Volume with No Surcharge Provision Linkage | 5,226,158 | $ | 5,673,996,861 | $ | 5,438,016,773 |
| Percentage with No Surcharge Provision Linkage | 61% | | 51% | | 52% |
| Volume with Surcharge Provision Linkage | 3,394,373 | $ | 5,402,210,346 | $ | 5,022,434,625 |
| Percentage with Surcharge Provision Linkage | 39% | | 49% | | 48% |

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

## ADJUSTMENT TYPE FOR DOCUMENTS WITH NO FUEL SURCHANGE

| GROUP | ADJUSTMENT TYPE | UNITS | | GROSS REVENUE | | NET REVENUE | |
|---|---|---|---|---|---|---|---|
| Total | NONE | 1,020,130 | 20% | $1,161,934,046 | 21% | $1,091,533,697 | 21% |
| | NOPE with Rate Adj. | 676,720 | 13% | $754,350,212 | 14% | $714,832,058 | 13% |
| | NOPE wo Rate Adj | 1,704,814 | 33% | $1,753,335,776 | 32% | $1,724,746,369 | 32% |
| | TARIFF | 31,396 | 1% | $62,769,106 | 1% | $47,234,951 | 1% |
| | FIXED | 288,427 | 6% | $298,304,792 | 5% | $293,581,749 | 6% |
| | RCAF | 663,891 | 13% | $828,450,419 | 15% | $798,919,313 | 15% |
| | SELECTIVE | 751,329 | 15% | $683,209,645 | 12% | $646,105,566 | 12% |
| | | 5,136,707 | | 5,542,353,996 | | 5,316,953,703 | |
| Agricultural Products | NONE | 30,822 | 38% | $43,694,155 | 31% | $42,188,858 | 32% |
| | NOPE with Rate Adj. | 1,288 | 2% | $3,372,389 | 2% | $3,356,516 | 3% |
| | NOPE wo Rate Adj | 22,692 | 28% | $39,484,467 | 28% | $32,993,799 | 25% |
| | TARIFF | 500 | 1% | $1,211,976 | 1% | $1,191,596 | 1% |
| | FIXED | 18,074 | 22% | $38,060,652 | 27% | $37,012,365 | 28% |
| | RCAF | 6,863 | 8% | $10,024,527 | 7% | $9,499,478 | 7% |
| | SELECTIVE | 1,939 | 2% | $5,774,747 | 4% | $5,525,002 | 4% |
| | | 82,178 | | | | | |
| Automctive | NONE | 227,148 | 41% | $448,311,094 | 42% | $401,783,697 | 40% |
| | NOPE with Rate Adj. | 56,807 | 10% | $80,800,377 | 8% | $67,310,767 | 7% |
| | NOPE wo Rate Adj | 263,823 | 47% | $514,424,654 | 48% | $511,200,140 | 51% |
| | TARIFF | 0 | 0% | $0 | 0% | $0 | 0% |
| | FIXED | 5,113 | 1% | $8,403,042 | 1% | $8,627,705 | 1% |
| | RCAF | 99 | 0% | $323,852 | 0% | $323,040 | 0% |
| | SELECTIVE | 4,248 | 1% | $10,523,510 | 1% | $10,299,740 | 1% |
| | | 557,238 | | | | | |
| Chemicals | NONE | 63,987 | 17% | $101,850,406 | 15% | $90,706,020 | 15% |
| | NOPE with Rate Adj. | 18,580 | 5% | $49,920,695 | 7% | $44,042,612 | 7% |
| | NOPE wo Rate Adj | 108,825 | 29% | $194,068,729 | 29% | $182,167,875 | 30% |
| | TARIFF | 626 | 0% | $1,848,952 | 0% | $1,527,835 | 0% |
| | FIXED | 37,546 | 10% | $53,683,786 | 8% | $52,087,090 | 9% |
| | RCAF | 131,228 | 35% | $224,099,355 | 33% | $206,113,475 | 34% |
| | SELECTIVE | 16,310 | 4% | $46,432,339 | 7% | $32,532,230 | 5% |
| | | 377,102 | | | | | |
| Energy | NONE | 224,703 | 12% | $256,390,303 | 12% | $254,920,851 | 13% |
| | NOPE with Rate Adj. | 559,889 | 30% | $600,797,992 | 29% | $581,187,388 | 29% |
| | NOPE wo Rate Adj | 234,210 | 13% | $285,581,962 | 14% | $284,639,984 | 14% |
| | TARIFF | 29,873 | 2% | $59,043,297 | 3% | $43,893,657 | 2% |
| | FIXED | 132,022 | 7% | $118,133,213 | 6% | $117,480,460 | 6% |
| | RCAF | 517,030 | 28% | $586,300,844 | 28% | $575,376,666 | 28% |
| | SELECTIVE | 149,706 | 8% | $165,915,537 | 8% | $165,608,007 | 8% |
| | | 1,847,433 | | | | | |
| Industrial Products | NONE | 245,417 | 65% | $158,490,366 | 51% | $152,555,963 | 51% |
| | NOPE with Rate Adj. | 40,156 | 11% | $19,458,759 | 6% | $18,934,776 | 6% |
| | NOPE wo Rate Adj | 56,148 | 15% | $74,312,291 | 24% | $71,898,023 | 24% |
| | TARIFF | 138 | 0% | $378,094 | 0% | $340,008 | 0% |
| | FIXED | 1,029 | 0% | $1,828,854 | 1% | $1,662,113 | 1% |
| | RCAF | 8,379 | 2% | $7,197,690 | 2% | $7,180,063 | 2% |
| | SELECTIVE | 28,066 | 7% | $48,520,293 | 16% | $44,034,528 | 15% |
| | | 379,333 | | | | | |
| Intermodal | NONE | 226,553 | 12% | $150,962,894 | 12% | $147,195,686 | 12% |
| | NOPE with Rate Adj. | 0 | 0% | $0 | 0% | $0 | 0% |
| | NOPE wo Rate Adj | 1,017,203 | 54% | $647,201,860 | 50% | $639,673,649 | 51% |
| | TARIFF | 259 | 0% | $286,787 | 0% | $281,855 | 0% |
| | FIXED | 94,635 | 5% | $78,170,526 | 6% | $76,687,296 | 6% |
| | RCAF | 0 | 0% | $0 | 0% | $0 | 0% |
| | SELECTIVE | 550,970 | 29% | $405,833,877 | 32% | $387,911,833 | 31% |
| | | 1,889,620 | | | | | |
| MDSC | NONE | 1,464 | 49% | $2,211,019 | 43% | $2,162,276 | 44% |
| | NOPE with Rate Adj. | 0 | 0% | $0 | 0% | $0 | 0% |
| | NOPE wo Rate Adj | 1,159 | 39% | $2,246,330 | 43% | $2,157,416 | 43% |
| | TARIFF | 0 | 0% | $0 | 0% | $0 | 0% |
| | FIXED | 8 | 0% | $24,720 | 0% | $24,720 | 0% |
| | RCAF | 286 | 10% | $500,374 | 10% | $423,350 | 9% |
| | SELECTIVE | 86 | 3% | $194,046 | 4% | $193,730 | 4% |

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**
**AGRICULTURAL PRODUCTS**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 781,238 | $ | 1,571,364,149 | $ | 1,422,236,930 |
| Volume with No Surcharge Provision Linkage | 82,178 | $ | 141,352,913 | $ | 131,767,615 |
| Percentage with No Surcharge Provision Linkage | 11% | | 9% | | 9% |
| Volume with Surcharge Provision Linkage | 699,060 | $ | 1,430,011,236 | $ | 1,290,469,315 |
| Percentage with Surcharge Provision Linkage | 89% | | 91% | | 91% |

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**AUTOS**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 594,215 | $ | 1,123,443,163 | $ | 1,058,477,275 |
| Volume with No Surcharge Provision Linkage | 557,238 | $ | 1,062,786,530 | $ | 999,545,089 |
| Percentage with No Surcharge Provision Linkage | 94% | | 95% | | 94% |
| Volume with Surcharge Provision Linkage | 36,977 | $ | 60,656,633 | $ | 58,932,186 |
| Percentage with Surcharge Provision Linkage | 6% | | 5% | | 6% |

UPFSC 0380581
Highly Confidential

DA26042

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**CHEMICALS**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 716,561 | $ | 1,412,102,847 | $ | 1,294,507,852 |
| Volume with No Surcharge Provision Linkage | 377,102 | $ | 671,904,261 | $ | 609,177,139 |
| Percentage with No Surcharge Provision Linkage | 53% | | 48% | | 47% |
| Volume with Surcharge Provision Linkage | 339,459 | $ | 740,198,586 | $ | 685,330,713 |
| Percentage with Surcharge Provision Linkage | 47% | | 52% | | 53% |

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**ENERGY**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 2,001,375 | $ | 2,322,805,587 | $ | 2,254,992,231 |
| Volume with No Surcharge Provision Linkage | 1,848,179 | $ | 2,065,813,149 | $ | 2,017,738,013 |
| Percentage with No Surcharge Provision Linkage | 92% | | 89% | | 89% |
| Volume with Surcharge Provision Linkage | 153,196 | $ | 256,992,438 | $ | 237,254,218 |
| Percentage with Surcharge Provision Linkage | 8% | | 11% | | 11% |

UPFSC 0380583
Highly Confidential

DA26044

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**INDUSTRIAL PRODUCTS**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 1,176,029 | $ | 1,791,889,541 | $ | 1,667,380,534 |
| Volume with No Surcharge Provision Linkage | 379,333 | $ | 310,200,347 | $ | 296,605,472 |
| Percentage with No Surcharge Provision Linkage | 32% | | 17% | | 18% |
| Volume with Surcharge Provision Linkage | 796,696 | $ | 1,481,689,194 | $ | 1,370,775,062 |
| Percentage with Surcharge Provision Linkage | 68% | | 83% | | 82% |

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**INTERMODAL**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 3,052,520 | $ | 2,175,371,503 | $ | 2,111,434,047 |
| Volume with No Surcharge Provision Linkage | 1,889,620 | $ | 1,282,455,942 | $ | 1,251,750,320 |
| Percentage with No Surcharge Provision Linkage | 62% | | 59% | | 59% |
| Volume with Surcharge Provision Linkage | 1,162,900 | $ | 892,915,561 | $ | 859,683,727 |
| Percentage with Surcharge Provision Linkage | 38% | | 41% | | 41% |

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**MDSC**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 39,613 | $ | 84,862,791 | $ | 81,759,759 |
| | | | | | |
| Volume with No Surcharge Provision Linkage | 3,003 | $ | 5,176,486 | $ | 4,961,491 |
| Percentage with No Surcharge Provision Linkage | 8% | | 6% | | 6% |
| | | | | | |
| Volume with Surcharge Provision Linkage | 36,610 | $ | 79,686,305 | $ | 76,798,268 |
| Percentage with Surcharge Provision Linkage | 92% | | 94% | | 94% |

UPFSC 0380586
Highly Confidential

DA26047

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**REN PRICES**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 220,490 | $ | 535,443,384 | $ | 514,211,295 |
| Volume with No Surcharge Provision Linkage | 82,401 | $ | 123,302,115 | $ | 116,358,734 |
| Percentage with No Surcharge Provision Linkage | 37% | | 23% | | 23% |
| Volume with Surcharge Provision Linkage | 138,089 | $ | 412,141,269 | $ | 397,852,561 |
| Percentage with Surcharge Provision Linkage | 63% | | 77% | | 77% |

UPFSC 0380587
Highly Confidential

**UP FUEL SURCHARGE**
**TRAFFIC ANALYSIS**
**1/1/2003 TO 12/31/2003**

**ACCOUNTING MADE PRICES**

| Period | Units | | Gross Revenue | | Net Revenue |
|---|---|---|---|---|---|
| Total - Units / Revenue / Net Revenue | 38,490 | $ | 58,924,242 | $ | 55,451,475 |
| | | | | | |
| Volume with No Surcharge Provision Linkage | 7,104 | $ | 11,005,118 | $ | 10,112,900 |
| Percentage with No Surcharge Provision Linkage | 18% | | 19% | | 18% |
| | | | | | |
| Volume with Surcharge Provision Linkage | 31,386 | $ | 47,919,124 | $ | 45,338,575 |
| Percentage with Surcharge Provision Linkage | 82% | | 81% | | 82% |

UPFSC 0380588
Highly Confidential

# UP FUEL SURCHARGE
# TRAFFIC ANALYSIS
# 1/1/2003 TO 12/31/2003

**Types of Traffic not included**

Overhead Traffic

Prepaid Received Traffic

Collect Forwarded Traffic

Any other Traffic not Rated in RSP

UPFSC 0380589
Highly Confidential

**From:** Chuck Adams
**To:** "Rockey, Craig" <CRockey@aar.org>
**Sent:** 11/16/2004 09:49:44 AM
**Cc:** "Crimmel, Clyde" <CCrimmel@aar.org>;"Jack Koraleski (E-mail)" <jackkoraleski@up.com>
**Bcc:** Michael N. Drelicharz@UP;Trena K. Bryan@UP
**Subject:** Re: All-Inclusive Index Minus Fuel
**Attachments:** RCR200409.pdf, All-inclusive Index Less Fuel (AIILF).doc

Craig, here is what I would offer regarding the publication of the All-Inclusive Index Minus Fuel on your web site.

1. Publish on the RailCostIndexes.asp page
2. Insert it between the Rail Cost Adjustment Factor (RCAF) and the Index of Monthly Railroad Fuel Prices
3. Suggested Layout in the attachment. I support any word changes you or team would recommend. All-inclusive Index Less Fuel (AIILF)
4. I would insert under Current Index, the contents of Table AD. However, I would remove the label "Table AD" as it suggests other tables are missing. I am trying to Keep It Simple, by not publishing Tables AA, AB, and AC. We can always reassess following feedback fom customers.
5. I would recommend the AIILF be published the same day the AAR posts the "AAR Filing" for the RCAF.
6. In keeping with the "low key" discussions with NEMC, I would not put out a "What is new on the Site" announcement. I would just advise the NEMC carriers that it is available. The carriers can advise their customers as appropriate.

Craig, If you have any issues or questions about this approach and deployment, please advise.

*Chuck Adams*
*Union Pacific Railroad*
*1400 Douglas Street, STOP 1340*
*Omaha, Nebraska, 68179*
*Phone: 402-544-5866*
*Fax: 402-233-2798*
*e-mail: ChuckAdams@UP.com*
*Web: WWW.UPRR.COM*

**"Rockey, Craig" <CRockey@aar.org>**
11/12/2004 09:32 AM

To: "Chuck Adams (E-mail)" <chuckadams@up.com>
cc: "Jack Koraleski (E-mail)" <jackkoraleski@up.com>, "Crimmel, Clyde" <CCrimmel@aar.org>
Subject: All-Inclusive Index Minus Fuel

Chuck -- We'll see that the index gets posted on the AAR web site asap. What exactly do you want us to publish? Table AD (from the AAR Railroad Cost Index publication, see attachment) is a must. You may also want to include Tables AA and AB if you are interested in answering questions regarding exactly what is causing the index to increase or decrease. Table AC is not recommended for inclusion, since it is a place-holder and will not have any significant value until 2008 when a third column is added. Let me know.

<<RCR200409.pdf>>

Craig F. Rockey
VP - Policy & Economics
Association of American Railroads
50 F Street, N.W.
Washington, D.C. 20001
Phone - (202) 639-2319
Fax - (202) 639-2499
Cell - (202) 236-9644
CRockey@aar.org

RCR200409.pdf

Previous
Meetings / Agendas

UNION PACIFIC

CSX TRANSPORTATION

# Previous Agendas and Meetings Minutes

CSX TRANSPORTATION

UNION PACIFIC

Linda L. Waller
01/31/2002 02:36 PM

To: Dick Davidson@UP, Ike J. Evans@UP, Jack J. Koraleski@UP, Dennis J. Duffy@UP, Brad King@UP, Jim R. Young@UP, John T. Gray@UP, Merill Bryan@UP, Woody F. Sutton@UP
cc: Maureen E. Reininger@UP, Nancy L. Brantley@UP, Diane Kostszewa@UP, Peggy Ruiz@UP, Carol F. Muhle@UP, Shirley J. Bear@UP, Rebecca A. Cummings@UP, Penny Meyen@UP

Subject: RE: CSX/UP Strategy Meeting- Tuesday, February 5

FYI.

--------------------- Forwarded by Linda L. Waller on 01/31/2002 02:34 PM ---------------------------

"Grubbs, Debbie " <Debbie_Grubbs@CSX.com> on 01/31/2002 02:04:37 PM

To: "'LLWALLER@up.com'" <LLWALLER@up.com>
cc:

Subject: RE: CSX/UP Strategy Meeting- Tuesday, February 5

Attending from CSX will be:

John Snow
Les Passa, SVP Strategic Planning
Bill Flynn, SVP Merchandise Service
Clarence Gooden, President CSX Intermodal
Mike Giftos, EVP and Chief Commercial Officer
Al Crown, EVP Transportation
Frank Pursley, SVP Service Design
Chuck Wodehouse, President, CSX Technology

Paul Goodwin, our CFO, may or may not be there.

As we discussed, we will have someone pick up your folks when they arrive and we will provide lunch.

-----Original Message-----
From: LLWALLER@up.com [mailto:LLWALLER@up.com]
Sent: Thursday, January 31, 2002 2:54 PM
To: Grubbs, Debbie
Subject: RE: CSX/UP Strategy Meeting- Tuesday, February 5

Hi Debbie! You may know this, but Jack Koraleski and members of his staff will already be in Jacksonville for a meeting so Jack will not be arriving with Messrs. Davidson and Evans. He will meet them at your offices and depart when they do. Mr. Davidson, Dennis Duffy, Brad King and Merill Bryan will arrive on N746UP about noon. Ike Evans, Jim Young and John Gray will arrive on N601UP about noon. Are you buying lunch or should I have it on the plane? Also, would you please let me know who is coming from your side.
---------------------- Forwarded by Linda L. Waller on 01/31/2002 01:14 PM ---------------------------

Linda L. Waller

01/21/2002 03:11 PM

To: "Grubbs, Debbie " <Debbie_Grubbs@CSX.com> @ INTERNET
cc:

Subject: RE: CSX/UP Strategy Meeting- Tuesday, February 5

Our planes should arrive your CSX Hangar about 12:05 p.m. The tail numbers will be N844UP and N601UP. Do you want to have lunch for the group when they arrive? If not, I can easily arrange to have an early lunch on the plane.
Our attendees will be:
Dick Davidson
Ike Evans
Jack Koraleski, EVP-Marketing and Sales
Dennis Duffy, EVP-Operations
Brad King, EVP-Network Design and Integration
Jim Young, EVP-Finance
John Gray, VP and General Manager-Business Development
Merill Bryan, Sr. VP-Information Technology
I know they are currently developing the agenda, but I think they will probably finish about 3:30 p.m. at the latest.
Thanks.

"Grubbs, Debbie " <Debbie_Grubbs@CSX.com> on 01/21/2002 02:35:37 PM

To: "'LLWALLER@up.com'" <LLWALLER@up.com>
cc:

Subject: RE: CSX/UP Strategy Meeting

Just checking with you on the February 5 meeting. I think at one point you indicated your folks would arrive around noon that day. Is that still the plan?

-----Original Message-----
From: LLWALLER@up.com [mailto:LLWALLER@up.com]
Sent: Thursday, January 03, 2002 10:58 AM
To: Grubbs, Debbie
Subject: RE: CSX/UP Strategy Meeting

Yes - February 5 is still good. You and I are on the same wave length - back from the holidays and trying to get with the program. I'm going to check with my people today to get a firm list of attendees and will advise you. Happy New Year!

"Grubbs, Debbie " <Debbie_Grubbs@CSX.com> on 01/03/2002 09:53:30 AM

To: "'LLWALLER@up.com'" <LLWALLER@up.com>
cc:

Subject: RE: CSX/UP Strategy Meeting

UNION PACIFIC

CSX

# AGENDA
## CSX – UP Alliance Meeting
## October 31, 2001

| | |
|---|---|
| **State of the Economy / Industry** | *Davidson / Snow* |
| Heightened Security Measures | |
| UP Motor Cargo Question | *Davidson* |
| **Current Operations / Service Design** | |
| Gateway Optimization | *King / Pursely* |
| ▪ Status Review | |
| - Update | |
| - Internal Promotion - Roadside | |
| - External Promotion - Press Release | |
| - Measurements | |
| ▪ Performance Review | |
| - Quarterly ISM / AAR Processes | |
| - Express Lane Performance and Score Card | |
| - Car Management, Interaction | |
| **Marketing Initiatives** | |
| Status - Premium / Auto / OTD | *Koraleski / Gooden* |
| - Auto / Intermodal | |
| - Parts | |
| - Chrysler Insight | |
| - Mexico / Detroit | |
| - Intermodal – New Container Program | |
| Watershed | *Koraleski / Flynn* |
| Mexico | *Koraleski / Flynn* |
| Western Coal / Eastern Market | *Koraleski / Flynn* |
| Transflow Update / Status | *Koraleski / Flynn* |
| Rate Simplification | *Koraleski / Flynn* |
| CSX New merchandise Organization | *Flynn* |
| Seals on Rail Cars | *Giftos* |
| **New / Other Initatives** | |
| ▪ E-Rail Market Place | *Evans* |
| ▪ Six Sigma Deployment | *Evans* |
| ▪ Technology | *Wodehouse / Bryan* |
| - Industry Coordinations | |
| - Technology Bartering | |
| ▪ Passenger Issues | *All* |

CSX

UNION PACIFIC

# AGENDA
## CSX/UP ALLIANCE MEETING
## JUNE 13, 2001

I. State of the Economy/Industry

II. Intermodal

Growth Strategy –

1) Growth between southeast and southwest
2) Gibson Yard – future intermodal?

III. Watershed Opportunities

IV. Mexico

Merchandise Opportunities / Transflo

V. Western Coal – Eastern Markets

VI. Gateway Optimization

VII. Joint Data Center

Data Center, Common Applications

VIII. Other Subjects

- Dow Chemical Network Solution
- Joint Performance Scorecard
- Perishable – Current / CSXI
- E-Rail Market Place – Eric Butler
- Engineering Standardization / Supply
- KCS to Mexico
- GM update – OTD Gibson
- Transflo Network
- New Merger Rules

**MINUTES**
**CSX/UP ALLIANCE MEETING**
**JUNE 13, 2001**

Attendees from CSX: John Snow, Michael Ward, Al Crown, Mike Giftos, Andy Fogarty, Les Passa, Frank Pursley

Attendees from UP: Dick Davidson, Ike Evans, Jack Koraleski, Dennis Duffy, Brad King, John Gray, Merill Bryan

**I. State of the Economy/Industry**

General discussion held on this subject.

**II. Intermodal**

**Growth Strategy –**

**1) Growth between southeast and southwest**

Current situation between UP and CSXI has the intermodal discussion somewhat in limbo pending the outcome of that process.

**2) Gibson Yard – future intermodal?**

This item will be dropped from the agenda in the future as the CSX is now looking at expanding Bedford Park.

**III. Watershed Opportunities**

Much discussion was held on this subject. Some concerns about the process – too much focus on short haul to short haul and not enough on short haul to long haul or long haul to short haul. Also some concerns about the amount of screens applied to the data.

UP and CSX will step up the efforts of this process to answer all those questions and have a more detailed presentation for the next meeting.

**IV. Mexico**

**Merchandise Opportunities / Transflo**

There has been quite a bit of activity between the Marketing groups regarding Mexico on various movements and future sharing of Mexico McKinsey project. UP assignment would be to Drew Collier, VP-Mexico.

Transflo was discussed and follow-up was assigned to Jack Koraleski and Drew Collier. CSX feels they have a very good product in their Transflo and UP will continue to work with CSX on opportunities.

**V. Western Coal-Eastern Markets**

Lance Fritz and Bill Nock joined the group for a brief discussion. CSX and UP do not have a systematic approach to market opportunities. Lance and Bill will work with Chris Jenkins of CSX on those opportunities and John Holm from the NDI Department will be part of the team.

VI. **Gateway Optimization**

An excellent presentation was given by Brad King and Frank Pursley. Good progress is being made, and an August 1 target for implementation was agreed upon. Primary follow-up items are Marketing review in each company, resolution of joint facility issues, and working on a joint measurement system of effectiveness.

VII. **Joint Data Center**

**Data Center, Common Applications**

CSX had agreed in the future to have their Vice President of Information Technologies included in discussions. Al Crown and Brad King have been assigned to get the groups from each railroad together before the next meeting to look at common applications and what is the value of such proposals.

VIII. **Other Subjects**

**- Dow Chemical Network Solution**

Efforts between UP and Dow are continuing. Dow will agree to other roads coming into this process at a later date.

**- Joint Performance Scorecard**

Covered in Gateway Optimization – target date of August 1.

**- Perishable – Current / CSXI**

Jack Koraleski and Mike Giftos to verify that new CSXI product is not going after same markets as current Express Lane service. Present Express Lane service is working well.

**- E-Rail Market Place**

Eric Butler gave update on current status.

**- Engineering Standardization / Supply**

Discussion was held on this and UP and eastern roads' joint efforts and possibilities in the future.

**- KCS to Mexico**

CSX indicates that they are not finding their present moves using KCS to be very attractive. At some point they would like to market CSX/UP intermodal product.

**- GM Update – OTD Gibson**

Jack Koraleski and Ike Evans gave update of current situation and all players are still in the game.

**- Transflo Network (dropped as separate subject – included in Mexico discussion)**

**- New Merger Rules**

Group discussion was held on new merger rules.

# Redacted in Full

# DA26061 - DA26080

Equity Research
North America

Industry

# Air Freight and Surface Transportation

James J. Valentine, CFA
1 (1)312 706 4600
James.Valentine@morganstanley.com
J. Christopher Leshock
-1 (1)312 706 4602
Chris.Leshock@morganstanley.com

Industry Overview

November 4, 2002

## *Our Railroad Outlook and 3Q02 Review*

| MSCI SECTOR | INDUSTRIALS |
|---|---|
| US Strategist Weight | 12.1% |
| S&P 500 Weight | 11.3% |

| KEY STOCK RATINGS | |
|---|---|
| Burlington Northern SF (BNI $27) | Equal-weight |
| Canadian National (CNI US$43) | Overweight |
| Canadian Pacific (CP US$20) | Overweight |
| CSX Corp. (CSX $29) | Equal-weight |
| Kansas City Southern (KSU $15) | Equal-weight |
| Norfolk Southern (NSC $21) | Equal-weight |
| Union Pacific (UNP $61) | Overweight |

| RECENT REPORTS | |
|---|---|
| West Coast Labor Issue a Temporary Event | |
| *James J. Valentine* | October 2, 2002 |
| Examing Railroad Exposure to Higher Fuel | |
| *James J. Valentine* | September 20, 2002 |
| Rails to Benefit from Catch Up in Contract Escalator | |
| *James J. Valentine* | September 17, 2002 |
| Analyzing Pension Issues of Freight Transportation Stocks | |
| *James J. Valentine* | August 15, 2002 |
| Mid-year Railroad Outlook & 2Q02 Review | |
| *James J. Valentine* | August 7, 2002 |
| Railroads Get an Agreement w/ Their Largest Union | |
| *James J. Valentine* | August 5, 2002 |
| Grain Crop Forecast Going from Bad to Worse | |
| *James J. Valentine* | July 18, 2002 |
| Freight Pulse III:Insights from our Shipper Survey | |
| *James J. Valentine* | May 21, 2002 |

- Selected railroads still attractive for longer-term investors
  While the industry is not near historical-low P/E ratios, some railroads should have good absolute performance over the next year, including our favorites CNI, CP and UNP.
- Fourth quarter volume outlook is solid
  Despite the West Coast port disruption, intermodal volumes have returned to very strong levels, and chemical and auto shipments remain robust which, at present, is offsetting coal and grain declines.
- 3Q02 mix shift was tough to overcome for some railroads
  In 3Q02, most of the railroads exchanged increased intermodal volumes for lower coal and grain volumes which hurt operating margins by 50 to 100 basis points due to the unfavorable margin shift between the commodity groups. UNP and NSC were successful in overcoming the shifts while BNI and CSX were not.
- Fuel cost reductions drove much of 3Q02 cost savings but won't in 4Q02
  An 11% decline in fuel prices drove much of the margin improvement in the quarter. Given our expectation for higher year-over-year fuel prices in 4Q02, non-fuel cost cutting and profitable revenue growth will become paramount.
- 4Q02 contract rates to rise
  Our thesis for a sharp turnaround in rail customer's contract rate escalation is set to unfold in 4Q02 and 2003 as the recent published RCAF rate index showed a 2.8% yoy increase, compared to the 1.6% decline that restrained rates in 3Q02.
- Air Freight and Surface Transportation industry view: In-Line
  With current stock valuations largely in line with historical levels, we believe the Freight Transportation industry will perform in line with the broader-based market over the next 12-18 months.

Please see the important disclosures at the end of this report.

# Our Railroad Outlook and 3Q02 Review

Exhibit 1

Key Economic Indicators

| Mkt/Indicator | What's Going On | Implications for Rails |
|---|---|---|
| *NEW ECONOMIC INDICATORS* | | |
| *Macro Economy* | Durable goods orders fell a much larger-than-expected 5.9% in September. Consumer confidence posted a much sharper-than-anticipated decline -- dropping fourteen points to its lowest level (79.4) since November 1993. | **Negative:** economic indicators have been sending negative messages lately, however economically sensitive railroad volumes continue to post positive year-over-year comparisons. |
| *Investor Sentiment* | For the week ended 10/23/02, all equity funds had a $0.4B **inflow** vs. the 4-week average **outflow** of $2.8B. The S&P Rail index finished down 0.7% for the seven day period ended October 30, 2002 while the S&P 500 fell 0.6%. | **Mixed:** Fund flows turned slightly positive, and the rails were market performers. |
| *Automotive* | Based strictly on anecdotal information, Morgan Stanley's auto analyst Steve Girsky expects October vehicle sales to come in at 16.0 million unit sales rate versus his original expectation of 16.2 million units. | **Mixed:** 4Q02 rail shipments of vehicles should remain strong, however it will likely not be a source of rail volume strength in 2003. |
| *Housing/ Construction* | New home sales rose 0.4% in September to 1.021 million, a second straight record. Existing home sales rose 1.9% in September to 5.40 million units, a four-month high, but well below peak levels seen earlier in the year. | **Positive:** Low interest rates continue to fuel positive housing demand. Many of the new-home construction materials move by rail. |
| *KEY ASSOCIATED INDUSTRY VARIABLES* | | |
| *Steel/Metals* | Domestic steel production for the week ended 10/28/02 totaled 2.0 mm tons, up 32% year-over-year. YTD steel production is up 3.2%, and current capacity utilization is 91.3%. | **Positive:** Steel production is operating close to its current capacity. |
| *U.S. Natural Gas* | Spot natural gas prices **increased** $0.11 compared to a week ago, closing at $4.35/mcf on 10/30/02. | **Little Impact:** As gas north of $2.50 mcf is usually too expensive to infringe on Eastern utility coal burn. |
| *Electricity Generation* | Electricity generation **increased** 1.9% (year-over-year), for the week ended 10/19/02. YTD generation has increased a very solid 3.5%. | **Positive**: Higher generation should lead to reductions of utility coal stockpiles |
| *Heating Degree Days* | For the week ended October 26, 2002, heating degree-day demand **increased** 43% from last year, and 18% from the historic average. Season-to-date demand is flat with last year, and down 13% from the historical average. We caution readers from inferring too much from early season heating demand as it does not become significant until November. | **Positive:** Higher heating degree-day demand translates into higher coal burn during the winter season. |
| *Diesel Fuel* | The average on-highway diesel fuel price for the week ended 10/28/02 **decreased** 1 cent, falling to $1.46/gallon (equivalent to $0.91/gallon for the rails). **This was the first year-over-year decline in fuel prices since June.** | **Positive near-term trend:** but fuel prices are up over last year levels, making for tough comparisons. |
| *US/Canadian Exchange Rate* | The Canadian dollar strengthened slightly over the seven days, ending at an exchange rate of 1.564 to the US dollar. | **Positive:** for US investors owning CNI and CP as a US$-denominated investment, but negative for Canadian exports hauled by rail. |

*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

# Introduction

**Introduction**

This report is segmented into four sections:

- **Valuation and Outlook for Railroad Stocks**, where we discuss our favorite stocks
- **Railroad Industry Catalysts and Risks**, where we discuss the most salient industry issues that investors should understand before investing in the sector
- **Fourth Quarter Railroad Traffic Outlook**, where we highlight our traffic volume forecasts
- **Third Quarter Financial and Operating Performance**, where we analyze the winners and losers from the quarter that just ended.

# Valuation and Outlook for the Railroad Stocks

**Investment Conclusion**

After hitting all-time high P/E ratios earlier this year (based on 12-month forward consensus earnings expectations), rail stocks have traded off nearly 20%, as expectations for a rapid recovery proved overly optimistic. And while the economy has yet to surge, railroad stocks have been very good relative performers, as their stable earnings and proven business model have made them a safer play than other sectors during the turbulent times of late. We are selectively recommending specific rail stocks for investors looking to build a position with an eye towards a recovery in the economy. We believe that the business cycle clock has largely been reset, giving investors another opportunity to enjoy expanding p/e multiples as the economy reignites and cyclicals gain favor. We caution that railroad stocks are not deep cyclicals, as their diverse revenue base tends to insulate them against sharp swings in earnings, which limits their upside, as well as downside price movements. Even during the depth of the recent recession, railroad earnings at most companies were flat to down only 10%, as strong coal shipments largely offset weak economically sensitive shipments.

The drop in the railroad stocks over the past 6 months (as part of the overall market collapse) is making the sector much more attractive from an absolute valuation perspective, in our view. Price-to-earnings ratios are starting to look attractive again (most rails are at, or slightly below historical p/e levels), which allows us to justify one-year price targets as high as 20% to 35% above current stock prices. The risk to this investment style is that the railroads may not be as good *relative* performers over the next year as they have been on a relative basis recently, as their P/E ratios have not contracted as much as other sectors and, therefore, they may not expand as much if the market recovers (see Exhibit 7).

The rail industry is currently trading at 12.1x 12-month forward consensus earnings, which is still a slight premium to the historical average of 11.8x forward earnings, but within its general trading range of 10x to 13x forward earnings (see Exhibits 2 to 6). On a relative basis, rail stocks are now trading at 77% of the S&P 500, which is in line with the level that the rails traded during much of the early 1990s. While rail stocks are not necessarily inexpensive, we believe that select names hold significant upside potential that is not priced into the stock prices, including our favorite S&P rail stock **Union Pacific** (UNP, $61, Overweight).

UNP is trading at 12.4x our 12-month forward earnings estimate, and 12.3x our 2003 EPS estimate of $4.95, which puts it just below its average p/e multiple of 12.5x. During 3Q02, UNP posted the second best revenue growth and margin improvement of any railroad in North America, an impressive feat considering that it is not being assisted by easy merger-inflated comparisons. We believe that UNP is just now beginning to realize meaningful, SP-merger-related revenue synergy that we expect will drive better-than-average revenue growth over the near-term. As we discuss further in this report, **quality revenue growth is perhaps the most critical ingredient to above-average earnings growth** (this may seem like common sense but much of the industry's earnings growth over the years has been through cost cutting, a benefit that is clearly slowing). We derive UNP's 12-month price target of $70 by applying a 12.5x multiple (a slight, but well-deserve premium to the historic group average of 11.5x) to our 12 month forward earnings estimate one-year from now. The



Please see the important disclosures at the end of this report.

key risks to our price target are a double-dip economic scenario, or oil prices above $27.50/bbl for 2003.

For investors who can own companies domiciled outside of the US, we are recommending Canadian National (CNI) and Canadian Pacific (CP) on the basis of a grain recovery in late 2003 and into 2004. Grain shipments, especially export shipments, are vital to both railroads as they derive in excess of C$1 billion annually from agricultural shipments. We believe that even a return to 85% of an historic average grain crop for the 2003/04 crop year could by itself grow earnings 5% to 8% at both railroads, but we note that this is still a year off and so it is not a near-term catalyst. Beyond the grain recovery, CNI and CP are the most efficient railroads in North America, posting operating ratios that are 5% to 15% better than their US counterparts. Both carriers are intently focused on continued efficiency gains and cost take-out during the current period of weak grain volumes, which should lead to additional leverage when grain volumes improve. In the interim CNI's and CP's earnings will have greater exposure to economically sensitive shipments that are experiencing better-than average growth due to the continued weakness of the Canadian dollar that lowers the effective cost of Canadian goods in the US.

We analyze 3Q02 industry and company results in the last section of this report, but it's worth highlighting some of the issues here as they have investment-significant implications that may influence valuations:

- **Revenue prospects.** In 3Q02, the railroad industry's revenue increased 2.2% on a year-over-year basis as economically sensitive and intermodal volumes increased 3.3% and 8.0% respectively, while coal revenues improved from 1H02 doldrums to post near flat yoy comparisons. The Western and Canadian railroads also suffered from a sharp downturn in grain exports due to lower global demand and lower production levels. Economically sensitive shipments softened early in 4Q02 as two hurricanes hampered Gulf Coast petrochemical production and the West Coast port lockout caused some industrial production curtailments. However we anticipate a 6% increase in auto production schedules and continued strength in home starts to drive economically sensitive railroad volumes higher in 4Q02. Railroad coal shipments face tougher comparisons in 4Q02 which should lead to a 2% to 4% decline, before turning sharply positive in early 2003.

- **Customer Rates Not Going Up As Much As Costs.** The railroad industry's revenue per carload (yield) dropped 1.1% to $1,028 per carload in 3Q02, putting into question a thesis made by others on the Street that exceptionally strong customer rates would boost earnings (a year ago, we highlighted that much of the newfound pricing power was simply cost pass throughs). Some of the lower yield was brought about by the elimination of fuel surcharges and a lower Rail Cost Adjustment Factor (RCAF is a contract escalator used in rail contracts), as well as a substantial mix shift toward lower-rated intermodal traffic. Adjusting for all of this, railroads did experience modest rate increases in some commodities, but as we've said for some time, this will be necessary to maintain margins, as labor costs per employee rose at an unprecedented 6.4% in the quarter, due in part to much higher benefit costs. The railroads should be applauded for their labor productivity efforts, we think, which allowed the industry to lower its headcount by 3.6% while simultaneously handling 3.3% more volume.



**Please see the important disclosures at the end of this report.**

Exhibit 2

**Railroad Industry - One Year Stock Price Changes (10/31/01 - 11/1/02)**




*Source: FactSet*

Exhibit 3

**Railroad Stock Performance — Change in Value Year to Date (through 11/01/02)**




*Source: FactSet*



**Please see the important disclosures at the end of this report.**

Exhibit 4

**Railroad Industry — Stock Price Performance (US$)**

| Rail Stocks | Price 10/31/2001 | Price 11/01/2002 | Percent Change | 52-Week High | Date | % Change From Hi | 52 Week Low | Date | % Change From Low |
|---|---|---|---|---|---|---|---|---|---|
| Burlington Northern Santa Fe | $26.87 | $26.59 | -1% | $31.75 | 3/07/02 | -16% | $23.18 | 9/30/02 | 15% |
| Canadian National | $39.60 | $42.80 | 8% | $53.75 | 3/04/02 | -20% | $35.96 | 10/04/02 | 19% |
| Canadian Pacific | $16.86 | $19.95 | 18% | $24.99 | 7/01/02 | -20% | $16.45 | 10/31/01 | 21% |
| CSX Corporation | $33.70 | $28.58 | -15% | $41.40 | 3/07/02 | -31% | $25.09 | 10/08/02 | 14% |
| Kansas City Southern | $12.50 | $15.00 | 20% | $17.50 | 8/15/02 | -14% | $11.45 | 11/13/01 | 31% |
| Norfolk Southern | $16.75 | $21.15 | 26% | $26.98 | 3/07/02 | -22% | $16.36 | 11/01/01 | 29% |
| Union Pacific | $52.01 | $60.71 | 17% | $65.15 | 3/04/02 | -7% | $50.55 | 10/31/01 | 20% |
| **S&P 500** | **1,059.78** | **900.96** | **-15%** | **1,176.97** | **1/07/02** | **-23%** | **768.67** | **10/10/02** | **17%** |

*Note: 52 week high and low prices include intra-day pricing. Source: Morgan Stanley Research, FactSet.*

Exhibit 5

**Railroads— Relative P/E Valuation Based on Morgan Stanley's EPS Estimates (US$)**

| | | | EPS Estimates | | | | P/E Ratio | | | | Historical P/E Ratio | | | EV/EBITDA | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Railroad | Market Cap | 1-Nov Price | 2001A | 2002E | 2003E | 12 month forward | 2001E | 2002E | 2003E | 12 month forward | Avg | Peak | Trough | 2001E | 2002E | 2003E | TMF |
| Brlngtn Nrthrn SF | $10,133 | $26.60 | $2.08 | $2.00 | $2.25 | $2.23 | 12.8 | 13.3 | 11.8 | 12.0 | 11.0 | 13.5 | 8.0 | 6.3 | 6.4 | 6.0 | 6.0 |
| Canadian National | $8,676 | $42.80 | $3.36 | $3.31 | $3.46 | $3.45 | 12.7 | 12.9 | 12.4 | 12.4 | 12.0 | 14.0 | 8.0 | 7.5 | 7.6 | 7.4 | 7.4 |
| Canadian Pacific | $3,177 | $19.95 | $1.56 | $1.66 | $1.88 | $1.86 | 12.8 | 12.0 | 10.6 | 10.7 | 11.5 | 13.0 | 8.0 | 6.3 | 6.4 | 5.8 | 5.8 |
| CSX Corp. | $6,112 | $28.58 | $1.56 | $2.11 | $2.75 | $2.70 | 18.4 | 13.5 | 10.4 | 10.7 | 11.8 | 14.0 | 9.0 | 7.5 | 7.0 | 6.2 | 6.3 |
| Kansas City South. | $933 | $14.95 | $0.45 | $0.82 | $0.90 | $0.89 | 33.2 | 18.2 | 16.6 | 16.7 | 17.8 | 25.8 | 10.5 | 12.1 | 12.7 | 11.4 | 11.5 |
| Norfolk Southern | $8,186 | $21.08 | $0.91 | $1.18 | $1.50 | $1.48 | 23.1 | 17.8 | 14.0 | 14.3 | 12.0 | 14.0 | 9.0 | 9.3 | 8.5 | 7.5 | 7.6 |
| Union Pacific | $16,824 | $60.76 | $3.77 | $4.62 | $4.95 | $4.92 | 16.1 | 13.1 | 12.3 | 12.4 | 12.5 | 14.0 | 8.5 | 7.1 | 6.4 | 6.1 | 6.1 |
| | **BNI, CNI, CP & UNP Avg** | | | | | | **13.6** | **12.9** | **11.8** | **11.9** | | | | **6.8** | **6.7** | **6.3** | **6.3** |
| | **Railroad Avg (excl KSU)** | | | | | | **16.0** | **13.8** | **11.9** | **12.1** | **11.8** | **13.8** | **8.4** | **7.3** | **7.0** | **6.5** | **7.5** |

*TMF = 12-Month Forward. E = Estimates. Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Exhibit 6

**Railroad Industry — Absolute P/E Ratios versus Economic Activity 1982–2002E**




*Source: Morgan Stanley Research*

Exhibit 7

**Railroad Industry — Relative P/E Ratios versus Economic Activity 1982–2002E**




*Source: Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

# Railroad Industry Catalysts and Risks

**Catalysts and Risks**
Below, we highlight the most investment-significant issues from the third quarter and those most likely to affect near-term earnings:

**Revenue Growth Is a Key Earnings Driver**
Although revenue growth may seem like a fundamental component for earnings growth, it is paramount in the railroad industry given its high fixed-cost nature and unionized labor force that enjoys near automatic 3% to 4% annual base wage increases and a near-100% company-sponsored health care plan. Put simply, one cannot cut enough costs to grow margins in a flat to declining revenue environment as was demonstrated again this quarter. NSC and UNP posted the two best revenue growth rates in the quarter and also reported the best operating income improvement. Conversely BNI and KSU saw their revenues decline the most in the quarter, and not so coincidentally posted the worst operating income deterioration.

**Revenue Mix Shift Hurts Margins**
Although industry revenues increased 2.2% in 3Q02, there was a substantial shift towards merchandise and intermodal business, and away from unit-train bulk commodities that negatively impacted railroad earnings. Intermodal volumes increased 8% in the quarter, and economically-sensitive merchandise volumes grew 3.3%, two traffic types that have generally higher costs and lower margins (15% to 20%) than efficient unit-train movements of coal and grain (25% to 40%+ margins). For some carriers, like BNI, CNI and CP, the unfavorable change in revenue mix alone negatively affected operating margins by 50 to 100 basis points. **When unit-train commodities of coal and grain return to more normal levels, the reversal of this issue should provide a meaningful boost to margins and earnings.**

**Yield Growth Temporarily Turns Negative**
Several factors conspired to push average railroad yields down 1.1% in 3Q02. As previously noted, in 3Q the industry experienced an unfavorable revenue mix shift, the primary rail industry contract escalator (the Rail Cost Adjustment Factor - RCAF) posted its sharpest year-over-year drop in recent memory (-1.8%), and fuel surcharges were largely not as high as they were a year ago. In 4Q02, the RCAF index will likely drive contract rates **up** 2.4% on average as the index has already been published.

Moreover most railroad fuel surcharge triggers were broached in October, leading us to look for surcharge-related revenue in 4Q02 unless fuel prices fall and remain lower than $28/bbl. for 30 consecutive days before the end of the quarter. Longer term, we expect coal and grain volumes to recover and drive margin improvement through a better mix of revenues; however, we do not anticipate such a recovery before 1Q03.

**Higher Contract Pricing Expected in 4Q02 and 2003**
During the first three quarters of 2002, two factors contributed to a declining RCAF index which lead to very unusual downward pressure on customer contract rates in 2002:

- lower year-over-year fuel prices, and
- limited recognition of higher labor costs.

Both factors have since turned sharply in favor of the rails and will likely contribute to higher contract escalation (pricing of existing customer contracts) in 4Q02 and 2003.

Exhibit 8
**YOY Change in Rail Cost Adjustment Factor-U**




*Source: Association of American Railroads*

Prior to the ratification of the new labor agreement with the railroads largest union (the United Transportation workers Union - UTU), the RCAF index only recognized meager cost of living adjustments that ranged between flat and 2%, well below the 5% to 7% wage and benefit inflation being accrued by the railroads in anticipation of a new agreement. Thus the rails were recognizing higher



**Please see the important disclosures at the end of this report.**

costs, but were unable to pass those costs along to its customers via the RCAF index. Now that a new agreement has been ratified, the RCAF is reflecting the new costs (and some amounts of back-pay), **the railroads will see a substantial increase in customer contract rate escalation in 4Q02 and 2003 as opposed to the 1% to 2% de-escalation observed in the first three-quarters of 2001.** Our research indicates UNP should see its 2003 EBIT increase 3.3% due to this factor, the greatest amount of any railroad (see Exhibit 9 - this is one reason why we expect better revenue growth at UNP in the near term - see our September 17th report, *"Rails to Benefit from Catch-up in Contract Escalator"*).

The additional revenue provided by the higher contract escalation will provide a welcome offset against wage and benefit inflation that continues to grow at annual rates of 3% to 4% and 15% to 20%, respectively. **The incessant wage and benefit inflation experienced by the industry is by far the greatest issue facing railroad management today.** Fortunately for management (and railroad investors), a number of clearly visible productivity measures and a lower retirement tax rate are being implemented that should go most of the way towards keeping total labor costs in check for the next two years.

#### Working to Keep Labor Costs in Check

The US railroads and US subsidiaries of Canadian railroads stand to benefit from three programs that should go a long way towards offsetting labor cost inflation. Late in 2001, the US Congress passed significant changes to the government-controlled railroad retirement system that helped the railroads by allowing for a stairstep decline in the employer-paid retirement tax rate. The lower tax rates are equivalent to an incremental decline of 1% of total wage expense in 2002, 2003 and 2004. The change in the retirement program also lowered the retirement age from 62 years to 60 years for employees with 30 years of service. The lower retirement age will likely result is a higher rate of retirements over the next few years which should fit well with efforts to improve productivity and lower headcount.

US railroads are in the process of rapidly implementing remote locomotive control technology for use in railyard switching applications (a.k.a. "beltpack"), similar to what we saw in Canada in the late 1990s. Beltpack allows for the reduction of the rail car switching crew from 2 to 3 employees, to 1 or 2, resulting in significant labor cost savings. We previously estimated the annual savings from beltpack implementation at $250 million (approximately 2% of annual labor cost - see our June 25, 2001 report *"Remote Control Locomotives Could Save the Railroad Industry $250 mm")* however in subsequent discussions most railroad executives believe they will comfortably exceed our initial cost savings estimate. The US railroads began rolling out the technology to their properties in 2001, and expect full implementation by the end of 2004.

The third labor cost control effort is in the area of health and welfare benefits that have escalated at nearly 20% annually over the past three years (see Exhibit 10) Unlike most other industries, the railroads typically cover 100% of the insurance premium cost for unionized employees which has led to high rates of employee utilization. In an effort rein in the runaway premium inflation and modify treatment behavior, the railroads are trying to move some of the premium cost to their employees. The US railroads were successful in this effort during their contract negotiations with the Brotherhood of Maintenance of Way Employes (BMWE), and are currently researching health care cost reduction measures with the its largest union, the UTU. We believe that the UTU discussions will likely end up in arbitration in mid-2003. We are optimistic that future changes can reduce benefit inflation closer to that of overall cost inflation.

Exhibit 9

**Projected Impact on 2003 EBIT and EPS Due to Year-over-Year Change in RCAF Index**

| | BNI | CSX | NSC | UNP |
|---|---|---|---|---|
| 2003 Estimated Revenues ($mm) | $9,373 | $7,622 | $6,625 | $11,593 |
| Percent of revenues subject to RCAF | 25% | 15% | 10% | 30% |
| 2003 Revenues subject to RCAF ($mm) | $2,343 | $1,143 | $662 | $3,478 |
| **Projected 2003 Index Change (YOY)** | **3.0%** | **3.0%** | **3.0%** | **3.0%** |
| 80% of Year-over-year change | 2.4% | 2.4% | 2.4% | 2.4% |
| 2003 RCAF Impact ($mm) | $56 | $27 | $16 | $83 |
| 2003 estimated EBIT ($mm) | $1,924 | $1,212 | $1,423 | $2,539 |
| **% Increase in 2003 EBIT due to RCAF** | **2.9%** | **2.3%** | **1.1%** | **3.3%** |
| **2003 EPS Impact** | **$ 0.10** | **$ 0.08** | **$ 0.03** | **$ 0.20** |
| **% Increase in 2003 EPS due to RCAF** | **4.0%** | **3.1%** | **1.7%** | **3.8%** |

*Note: Percent of revenues subject to RCAF figures provided by company management. Source: Morgan Stanley Research*

Exhibit 10

**Monthly, Per Union Employee Health and Welfare Premiums**




*Source: Association of American Railroads. The carriers provide guidance to the AAR in arriving at the 2002 estimate.*

**Fuel Costs Deliver Large Initial Savings**

For 3Q02, the railroads benefited from lower diesel fuel prices that fell 11.5% from average prices paid in 3Q01. This produced $87 million in fuel cost savings, which when adjusted for the fuel surcharge revenues received in 3Q01, results in approximately $50 million of savings or 50 basis points of improvement in the industry operating ratio in 3Q02. In October we increased our fuel price assumptions to $30/bbl. for 4Q02, and $27.50/bbl. for 2003 which reduced our 2003 EPS estimates by 2% to 6% for most railroads (see Exhibit 11). The fourth quarter will likely be the first one in the last four where the railroads do not benefit from year-over-year lower fuel prices, **which will place a greater importance on non-fuel cost cutting and productivity improvements.**

**Pension Issues**

Given the large declines in stock market investments over the past 2 years, most companies with pension exposure, including the railroads, are re-examining their pension plan assumptions. Five of the six major North American railroads have lowered their expected rate of pension plan returns in the last 4 months, which flows through most labor expense lines (see Exhibit 12). Unlike some other heavy industrial companies, **pension exposure for US railroads is limited to non-union employees that typically comprise only 15%-20% of all employees. Therefore changes in return assumptions are expected to impact 2003 EPS only by a few percentage points.** For a further analysis of pension exposure, see our August 15, 2002 report *"Analyzing Pension Issues of Freight Transportation Stocks"*.



**Please see the important disclosures at the end of this report.**

Exhibit 11

**2003 Railroad EPS Impact from Changes in Oil Prices**

| Summary | BNI | CSX | NSC | UNP | CNI | CP* |
|---|---|---|---|---|---|---|
| 2003 EPS (assumes $27.50 WTI Oil) | $2.25 | $2.75 | $1.50 | $4.95 | $3.46 | $1.88 |
| 2003 EPS Change Assuming $20 WTI Oil | $0.19 | $0.18 | $0.05 | $0.31 | $0.07 | $0.09 |
| % Change from Base Assumption | 7.7% | 6.7% | 3.0% | 6.1% | 2.1% | 4.6% |
| 2003 EPS Change Assuming $25 WTI Oil | $0.06 | $0.06 | $0.02 | $0.10 | $0.02 | $0.03 |
| % Change from Base Assumption | 2.5% | 2.2% | 1.0% | 2.0% | 0.7% | 1.5% |
| 2003 EPS Change Assuming $30 WTI Oil | -$0.06 | -$0.06 | -$0.02 | -$0.10 | -$0.02 | -$0.03 |
| % Change from Base Assumption | -2.5% | -2.2% | -1.0% | -2.0% | -0.7% | -1.5% |
| 2003 EPS Change Assuming $35 WTI Oil | -$0.19 | -$0.18 | -$0.05 | -$0.32 | -$0.08 | -$0.09 |
| % Change from Base Assumption | -7.7% | -6.7% | -3.1% | -6.1% | -2.1% | -4.6% |

*Note: all figures in $US dollars.*

*Source: Morgan Stanley Research*

Exhibit 12

**Pension Plan Return on Asset Assumptions**




*Source: Morgan Stanley Research*

**West Coast Port Labor Unrest Settled**

The much-publicized closure of the US West Coast ports delayed shipments for 11 days and created a backlog of loaded vessels that will likely take the entire quarter to resolve. While it disrupted shipping patterns and created some additional costs for the railroads during the shutdown, we anticipate that most or all of the volumes will be shipped by quarter-end, thus minimizing the potential impact of the shutdown. Only UNP has stated that it expects to see a possible earnings impact from the issue in 4Q02, in the range of a nickel to dime (4% to 8%) depending on the amount of intermodal shipments eventually shipped in the quarter. We expect to see little to no impact to 2003 earnings, or long-term railroad valuations from the events.



**Please see the important disclosures at the end of this report.**

# Fourth Quarter Railroad Traffic Outlook

Now that we are four weeks into the fourth quarter, we can draw some conclusions about the railroad traffic trends that will likely affect 4Q02 earnings. We believe that in the end, 4Q02 will turn out to be a mixed quarter for railroad traffic, primarily due good intermodal volumes, solid economically sensitive volumes, but poor bulk commodity volumes of coal and grain. Even with the weak coal and grain volumes, we anticipate total volumes to rise 1% to 2% at most railroads.

### Specific Commodity Analysis

**Coal.** As we've stated in the past, we expect coal (33% of total traffic) volumes to decrease between 3% and 5% in 4Q, as coal volumes surged 5% in the year-ago period. Summer temperatures across the country increased 17% versus 2001 and year-to-date electricity demand is up 3.5% which is promoting healthy coal-fired power generation and **helping to burn down excessive utility coal inventories**. Normally we would have expected a pick-up in coal shipments by now, however the liquidity crunch enveloping the energy sector is encouraging many utilities to burn coal inventories to below-average levels as a cash conservation measure. Therefore we **expect a sharp turn in coal shipments volumes sometime over the next quarter or two assuming normal winter-time temperatures** (after a mild fall, temperatures in the second-half of October were 15% below normal, a positive development for coal consumption as the heating season has started off strong). Looking to 2003, **we expect coal volumes to rise 4% to 7% at most railroads**, providing a key source of strength given that coal comprises 33% of US volumes and a slightly higher percentage of profits.

**Intermodal** (22% of total traffic) volumes continued to be a source railroad volume strength in the third quarter, increasing 8.0% after an 8.8% increase in 2Q02. Volumes suffered a tail-off late in the quarter as the International Longshoremen and Warehouse workers Union (ILWU) began a work slowdown late in the quarter which was followed by an 11-day management lock-out. Intermodal volumes were negatively impacted for two weeks, however railroad shipment levels returned to pre-lockout following the implementation of the Taft-Hartley act by the Administration, which forced both sides back to work for 80 days. Even though port productivity levels are well below historical averages (which impacts port efficiency) **railroad intermodal volumes are back to near-record levels,** giving support to our thesis that much or all of the backlog of vessels will be unloaded by quarter-end. We do not expect the West Coast port labor dispute to have an impact on long-term railroad valuations (see our report "*West Coast Labor Issue a Temporary Event*" published October 2, 2002 for additional insights).

**Chemicals** (7% of total rail traffic) was one of the first commodities to show year-over-year volume declines back in 2000, turning south in July 2000, and somewhat uncharacteristically has been one of the first commodities to show sustained strength in 2002. After seeing 1Q02 yoy volumes slide 2.6%, chemicals shipments increased 5.6% in 2Q02 and 3.1% in 3Q02. Chemical shipments got off to a slow 4Q02 start due to the two hurricanes that disrupted normal Gulf Coast production processes in late September and early October; however volumes in the last week of October have recovered to show a 3.0% year-over-year increase. Given the continued strength in auto production schedules and new home starts, we look for chemical shipments to rise near 3% for the quarter, which should benefit UNP, CNI and NSC, the railroads with the greatest chemical exposure.

**Grain** (5% of total traffic) loadings are down 9% fourth quarter-to-date, however, we anticipate volumes to improve sequentially in the coming weeks due to harvest delays being resolved in the Midwest, but still post a negative year-over-year figures for 4Q02. Very high global grain prices and reduced US supplies (especially in wheat) is contributing to lower railroad shipment volumes of grain (see our report dated July 18, 2002 "*Grain Crop Going From Bad to Worse*"). Although there are supplies of most grains in storage, **we expect the lower production volumes to eventually contribute to lower railroad volumes in 2003.** We anticipate that BNI, CNI and CP will bear the brunt of the volume declines, given that they have the greatest exposure to wheat exports and production are down 20% to 40%. We expect UNP to offset some of the expected wheat declines with a small pick up in corn volumes (corn is the only grain crop that the USDA expects to show an increase in the 2002—2003 crop year, up to 4%). On a positive note, we look for rail movement of Midwest grain to replace drought-impacted Southeastern crops as feedstock for feedlots. This should benefit CSX and NSC in 4Q02 and into 2003, although their grain franchises are a fraction the size of the Western US and Canadian railroads.

**Automotive** traffic on the railroads (6% of total rail traffic) increased 4.9% in 1Q02, 2.7% in 2Q02, and 4.9% in 3Q02. Steven Girsky, Morgan Stanley's auto analyst, forecasts Big



**Please see the important disclosures at the end of this report.**

3 auto production to increase 5.8% in 4Q02. We anticipate that UNP and CSX will realize the greatest volume improvement as those railroads have the greatest exposure to GM, which Girsky expects to see a slightly higher, 6.7% production increase. **UNP also has the benefit of GM's Oklahoma City plant returning to production earlier this spring following an extended model switchover**, which is contributing to favorable year-over-year comparison. Looking ahead to 2003, **Girsky anticipates auto production declining by 2.8%** as the impact of sales incentives diminishes. This suggests that motor vehicles will not be one of the sources of railroad volume strength next year, as it was in 2002.

Exhibit 13

**Year-over-Year Change in Key Railroad Commodities through October 26, 2002 (Week 43)**




*Source: Association of American Railroads*



**Please see the important disclosures at the end of this report.**

Exhibit 14

**Year-over-Year Change in Weekly Class I Railcar Loadings (Through October 26, 2002 - Week 43)**

| CARLOADS ORIG. BY COMMODITY: | % of total | Q1 | Q2 | Q3 | 4QTD | YTD | 4 Week Trend | Week 43 |
|---|---|---|---|---|---|---|---|---|
| Grain | 5.1% | -4.7% | -1.0% | -3.3% | -9.1% | -3.8% | -9.1% | -1.3% |
| Other Farm Prod | 0.3% | -0.8% | 13.2% | 14.5% | -0.7% | 6.9% | -0.7% | -19.4% |
| Metallic Ores | 1.3% | 14.8% | 1.8% | 24.4% | 8.8% | 12.4% | 8.8% | 17.5% |
| Coal | 32.5% | -4.6% | -5.3% | -0.7% | -2.6% | -3.5% | -2.6% | -3.5% |
| Stone, Sand | 4.3% | 0.7% | 3.5% | -1.3% | -5.9% | 0.2% | -5.9% | -9.8% |
| Nonmetal. Mins | 1.8% | -1.3% | 10.2% | 10.8% | -5.8% | 5.3% | -5.8% | -17.1% |
| Grain Mill Prd | 2.3% | 5.1% | 2.1% | 1.9% | -0.3% | 2.8% | -0.3% | -2.0% |
| Food & Kindred | 2.1% | -1.3% | -3.0% | 0.6% | -0.8% | -1.2% | -0.8% | -0.2% |
| Primary Forest | 0.9% | -11.6% | -8.6% | -13.2% | -13.2% | -11.3% | -13.2% | -10.1% |
| Lumber & Wood | 1.4% | 8.1% | 1.5% | 2.9% | 7.5% | 4.4% | 7.5% | 5.8% |
| Pulp & Paper | 2.0% | -8.6% | 0.3% | 3.4% | 3.9% | -1.2% | 3.9% | -0.5% |
| Chemicals | 7.0% | -2.6% | 5.6% | 3.1% | 1.1% | 1.9% | 1.1% | 3.0% |
| Petroleum | 1.4% | -0.7% | 1.2% | -2.8% | -9.3% | -1.6% | -9.3% | -2.6% |
| Stone Clay Gls | 2.4% | -1.7% | 2.1% | 3.3% | 2.3% | 1.4% | 2.3% | -2.3% |
| Coke | 0.9% | -17.6% | -16.1% | -0.4% | -1.3% | -10.9% | -1.3% | -4.5% |
| Metals | 3.0% | -5.7% | -1.3% | 7.9% | 9.1% | 1.0% | 9.1% | 1.6% |
| Motor Vehicles | 6.0% | 4.9% | 2.7% | 4.9% | 6.8% | 4.3% | 6.8% | 9.0% |
| Waste & Scrap | 2.2% | -5.4% | 1.8% | 4.5% | 7.8% | 1.0% | 7.8% | 8.8% |
| All Other | 1.1% | -20.3% | -6.5% | -3.4% | -18.2% | -10.9% | -18.2% | -8.6% |
| TOTAL COMMODITY | 78.0% | -3.2% | -1.4% | 1.1% | -1.4% | -1.2% | -1.4% | -1.6% |
| Excluding Coal | 45.5% | -2.1% | 1.4% | 2.4% | -0.5% | 0.5% | -0.5% | -0.3% |
| Excl Coal & Ag | 35.6% | -2.2% | 1.8% | 3.3% | 1.0% | 1.0% | 1.0% | 0.3% |
| INTERMODAL | | | | | | | | |
| Trailers | 5.7% | -7.2% | -2.4% | -1.3% | -1.3% | -3.4% | -1.3% | -1.4% |
| Containers | 16.3% | 2.4% | 13.3% | 11.5% | -11.1% | 7.1% | -11.1% | 10.3% |
| INTERMODAL | 22.0% | -0.3% | 8.8% | 8.0% | -8.4% | 4.1% | -8.4% | 7.1% |
| **TOTAL VOLUME** | **100.0%** | **-2.2%** | **2.1%** | **3.6%** | **-3.9%** | **0.7%** | **-3.9%** | **1.5%** |

*Source: Association of American Railroads*



**Please see the important disclosures at the end of this report.**

Exhibit 15

**Class I Railroad Carloadings, Through October 26, 2002**

| | % of total | Q1 | Q2 | Q3 | 4QTD | YTD | 4 Week Trend | Week 43 |
|---|---|---|---|---|---|---|---|---|
| BNI | | | | | | | | |
| Grain | 6.8% | -10.3% | -6.6% | -9.7% | -7.8% | -8.9% | -7.8% | 3.2% |
| Coal | 33.1% | -1.0% | -5.0% | 1.9% | -2.3% | -1.5% | -2.3% | 0.2% |
| Chemicals | 5.3% | -3.0% | 5.8% | 1.6% | -1.5% | 1.1% | -1.5% | 5.5% |
| Motor Vehicles | 2.4% | -30.8% | -28.9% | -20.7% | -4.3% | -25.5% | -4.3% | -4.1% |
| BNI COMMODITY | 70.9% | -4.8% | -4.7% | -1.8% | -3.8% | -3.8% | -3.8% | -0.8% |
| BNI INTERMODAL | 29.1% | -0.1% | 8.4% | 7.9% | -13.3% | 3.6% | -13.3% | 8.8% |
| **BNI VOLUME** | **100.0%** | **-2.8%** | **0.9%** | **2.5%** | **-8.0%** | **-0.6%** | **-8.0%** | **3.5%** |
| CNI | | | | | | | | |
| Chemicals | 18.6% | 4.6% | 10.2% | 5.3% | 9.3% | 6.9% | 9.3% | 9.8% |
| Motor Vehicles | 10.1% | 10.3% | 11.7% | 6.9% | 10.6% | 9.9% | 10.6% | 14.4% |
| Coal | 14.0% | -15.3% | -7.9% | -2.9% | -3.1% | -8.4% | -3.1% | 5.9% |
| Grain | 7.3% | -13.0% | -12.7% | -19.6% | -16.6% | -15.2% | -16.6% | -12.8% |
| Pulp & Paper | 7.2% | -2.0% | 1.8% | 5.6% | 4.3% | 2.0% | 4.3% | 0.3% |
| CN COMMODITY | 82.1% | -3.6% | -0.1% | -0.5% | 2.6% | -1.0% | -1.8% | 5.0% |
| CN INTERMODAL | 17.9% | -4.6% | 5.5% | 10.9% | 18.0% | 5.2% | 18.0% | 15.4% |
| **TOTAL CN VOLUME** | **100.0%** | **-3.9%** | **1.5%** | **2.8%** | **7.1%** | **0.8%** | **3.8%** | **8.1%** |
| CANADIAN PACIFIC | | | | | | | | |
| Coal | 17.5% | -10.1% | -6.8% | -7.8% | -21.8% | -9.6% | -21.8% | -14.9% |
| Chemicals | 13.5% | -4.4% | 0.2% | 13.5% | 12.5% | 3.1% | 12.5% | 7.8% |
| Grain | 10.5% | -24.5% | -19.0% | -14.9% | 3.1% | -17.4% | 3.1% | 10.7% |
| Motor Vehicles | 8.6% | 5.6% | 9.4% | 4.0% | 7.9% | 6.6% | 7.9% | 25.0% |
| CP COMMODITY | 76.3% | -8.7% | -4.4% | -3.2% | -4.0% | -5.3% | -4.0% | -2.2% |
| CP INTERMODAL | 23.7% | 0.5% | 10.0% | 13.2% | 10.8% | 8.3% | 10.8% | 13.1% |
| **TOTAL CP VOLUME** | **100.0%** | **-5.6%** | **0.6%** | **2.8%** | **1.3%** | **-0.5%** | **1.3%** | **3.4%** |
| CSXT | | | | | | | | |
| Coal | 22.4% | -11.4% | -9.7% | -7.0% | -7.1% | -9.2% | -7.1% | -3.0% |
| Chemicals | 8.7% | -5.1% | 5.2% | 2.5% | -0.8% | 0.6% | -0.8% | 0.0% |
| Motor Vehicles | 7.7% | 1.5% | 5.7% | 4.2% | 9.1% | 4.3% | 9.1% | 14.6% |
| CSXT COMMODITY | 71.6% | -5.7% | -2.0% | -0.5% | -1.3% | -2.6% | -1.3% | 0.2% |
| CSXT INTERMODAL | 28.4% | 0.1% | 7.3% | 6.7% | -2.7% | 4.0% | -2.7% | 7.2% |
| **TOTAL CSX VOLUME** | **100.0%** | **-4.2%** | **0.5%** | **1.6%** | **-1.7%** | **-0.8%** | **-1.7%** | **2.2%** |

*Source: Association of American Railroads*



**Please see the important disclosures at the end of this report.**

Exhibit 15 continued

Class I Railroad Carloadings, Through October 26, 2002

| | % of total | Q1 | Q2 | Q3 | 4QTD | YTD | 4 Week Trend | Week 43 |
|---|---|---|---|---|---|---|---|---|
| **KSU** | | | | | | | | |
| Grain | 6.7% | 16.5% | 6.1% | -11.0% | -1.6% | 3.1% | -1.6% | 17.8% |
| Coal | 26.2% | 26.8% | -2.9% | -5.4% | -8.4% | 4.1% | -8.4% | -12.0% |
| Chemicals | 11.6% | 2.1% | 10.4% | 6.4% | -0.7% | 5.6% | -0.7% | 1.6% |
| Pulp & Paper | 11.0% | -0.2% | 7.6% | 2.7% | 1.5% | 3.1% | 1.5% | -2.7% |
| KSU COMMODITY | 83.4% | 2.7% | -2.1% | -3.4% | -3.3% | -1.1% | -3.3% | -9.7% |
| KSU INTERMODAL | 16.6% | -7.0% | 8.9% | 10.5% | -10.5% | 2.5% | -10.5% | -5.7% |
| **KSU VOLUME** | **100.0%** | **0.0%** | **0.9%** | **0.5%** | **-5.4%** | **-0.1%** | **-5.4%** | **-8.6%** |
| **NSC** | | | | | | | | |
| Coal | 33.6% | -11.3% | -10.7% | 0.4% | -2.8% | -7.1% | -2.8% | -6.2% |
| Chemicals | 8.1% | -5.3% | 3.8% | 4.8% | 5.4% | 1.3% | 5.4% | 8.9% |
| Motor Vehicles | 14.9% | 6.5% | 4.7% | 12.2% | 11.0% | 7.8% | 11.0% | 9.5% |
| Metals | 7.5% | -1.7% | 4.9% | 6.3% | 9.5% | 3.8% | 9.5% | 7.4% |
| NS COMMODITY | 78.8% | -5.0% | -3.1% | 3.5% | 0.7% | -1.4% | 0.7% | 0.4% |
| NS INTERMODAL | 21.2% | 1.1% | 11.2% | 11.7% | -3.7% | 6.8% | -3.7% | 5.0% |
| **TOTAL NS VOLUME** | **100.0%** | **-3.0%** | **1.5%** | **6.3%** | **-0.9%** | **1.3%** | **-0.9%** | **2.0%** |
| **TFM** | | | | | | | | |
| Motor Vehicles | 20.6% | -1.1% | 8.3% | 3.9% | 31.6% | 5.9% | 31.6% | -5.6% |
| Grain | 9.9% | 11.1% | 0.2% | -27.8% | -18.0% | -8.9% | -18.0% | 16.8% |
| Metals | 10.6% | -14.8% | 29.1% | 57.6% | 59.6% | 24.0% | 59.6% | 114.1% |
| TFM COMMODITY | 85.1% | -8.7% | 4.7% | 10.3% | 11.7% | 2.6% | 11.7% | 17.3% |
| TFM INTERMODAL | 14.9% | -6.3% | 17.7% | 10.8% | 10.7% | 7.7% | 10.7% | -5.5% |
| **TFM VOLUME** | **100.0%** | **-8.1%** | **7.9%** | **10.4%** | **11.4%** | **3.9%** | **11.4%** | **10.5%** |
| **UNION PACIFIC** | | | | | | | | |
| Grain | 5.1% | 2.2% | 1.4% | -4.3% | -7.9% | -1.1% | -7.9% | 7.5% |
| Coal | 27.9% | 1.9% | 0.4% | -1.8% | 0.3% | 0.2% | 0.3% | -5.1% |
| Chemicals | 10.2% | -0.5% | 3.4% | 2.0% | -0.1% | 1.4% | -0.1% | 2.4% |
| Motor Vehicles | 8.5% | 7.9% | 12.2% | 12.6% | 10.6% | 10.9% | 10.6% | 17.5% |
| UP COMMODITY | 78.7% | 0.6% | 2.0% | 1.3% | 0.8% | 1.3% | 0.8% | -1.3% |
| UP INTERMODAL | 21.3% | -1.0% | 10.9% | 7.9% | -13.5% | 4.0% | -13.5% | 8.3% |
| **TOTAL UP VOLUME** | **100.0%** | **0.1%** | **5.0%** | **3.6%** | **-4.3%** | **2.2%** | **-4.3%** | **2.1%** |
| **WISCONSIN CENT.** | | | | | | | | |
| Pulp & Paper | 21.1% | -8.8% | -0.6% | -1.4% | -0.5% | -3.5% | -0.5% | -2.7% |
| Metallic Ores | 17.5% | -35.3% | -38.4% | -32.4% | -35.1% | -35.4% | -35.1% | -19.7% |
| WC COMMODITY | 92.7% | -15.0% | -5.3% | -8.4% | -12.5% | -9.8% | -12.5% | -4.1% |
| WC INTERMODAL | 7.3% | 5.1% | 13.3% | 0.9% | -6.1% | 4.9% | -6.1% | 10.6% |
| **TOTAL WC VOLUME** | **100.0%** | **-12.6%** | **-3.1%** | **-7.3%** | **-11.7%** | **-8.1%** | **-11.7%** | **-2.2%** |

*Source: Association of American Railroads*



**Please see the important disclosures at the end of this report.**

Exhibit 16

**Railroad Industry — Weekly US Carloadings for Class 1 Railroads Through October 26, 2002**




*Source: Association of American Railroads*

# Third Quarter Financial and Operating Performance

**Earnings.** Third-quarter net income for the railroads in our universe increased 11.6% to $1.01 billion. The bulk of the increase came from a $45 million rise in earnings at Norfolk Southern, which grew its total revenues by the greatest percentage (+6%) while also reducing its per-carload cost the most (-4.7%). Other earnings improvement came primarily from lower fuel costs at every railroad, which collectively saved the industry $87 million on a year-over-year basis. Union Pacific succeeded in growing its revenues by 4.0%, lowering its per car costs by 1.4% and increasing its adjusted EPS by 14%. The key takeaway here is that much of the industry's earnings growth came from lower fuel prices and easy post-merger comparisons, although UNP demonstrated that EPS growth can be achieved without the benefit of a high, merger-related cost base.

**Operating ratios.** The industry's operating ratio (1 minus the operating margin) improved in 3Q02 by 10 basis points to 80.1%, when compared with 3Q01 (see Exhibit 18), driven in large part by a 12% year-over-year decline in fuel prices and non-fuel margin improvement at NSC and UNP. BNI, CNI, CP, CSX and KSU saw their operating ratios rise as these carriers were unable to offset a sizable mix shift away from high profitability coal and grain shipments, towards cost-intensive intermodal units. That impact is most visible at BNI as it exchanged highly profitable auto, coal and grain volumes for lower-margin intermodal volumes and saw its operating ratio rise by a sharp 210 basis points. The most efficient railway, in terms of margins, was again Canadian National, but its operating ratio deteriorated by 90 basis points to 67.8%, hurt in part by 20% drop in unit-grain shipments.

Exhibit 17

**Railroads: 3Q Earnings Per Share Comparisons***

| | Reported | Adjusted | | Pct. |
|---|---|---|---|---|
| | 3Q02 | 3Q01 | 3Q02 | Change |
| Norfolk Southern | $0.32 | $0.20 | $0.32 | 58% |
| CSX Corp | $0.60 | $0.47 | $0.60 | 27% |
| Kansas City Southern | $0.17 | $0.15 | $0.17 | 16% |
| Union Pacific | $1.63 | $1.04 | $1.19 | 14% |
| Canadian Pacific | C$0.41 | C$0.62 | C$0.68 | 10% |
| Canadian National | C$1.32 | C$1.32 | C$1.32 | 0% |
| Burlington Northern Santa Fe | $0.51 | $0.56 | $0.51 | -9% |

**Ranked by percent increase in EPS. Figures in U.S. dollars unless noted. Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02.*

*CNI's 2001 results include pro-forma WCLX results*

*Source: Company Reports, Morgan Stanley*

Exhibit 19

**Railroads: 3Q Adj. Net Income Comparison (US$mm)***

| | 3Q01 | 3Q02 | % Change |
|---|---|---|---|
| Norfolk Southern | $79.0 | $126.0 | 59% |
| CSX Corp | $100.0 | $127.5 | 28% |
| Kansas City Southern | $9.0 | $10.6 | 18% |
| Union Pacific | $267.4 | $315.0 | 18% |
| Canadian Pacific | $63.3 | $69.3 | 10% |
| Canadian National | $171.0 | $171.5 | 0% |
| Burlington Northern Santa Fe | $217.0 | $192.0 | -12% |
| **Weighted Average** | **906.7** | **1,011.9** | **11.6%** |

**Ranked by percent increase in Net Income. CNI's 2001 results includes pro-forma WCLX results. Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02.*

*Source: Company Reports, Morgan Stanley*

Exhibit 18

**Railroads: 3Q Operating Ratio Comparisons***

| | 3Q01 | 3Q02 | Point Change |
|---|---|---|---|
| Norfolk Southern | 83.8% | 80.5% | -3.2 |
| Union Pacific Railroad | 79.7% | 78.3% | -1.4 |
| Canadian Pacific Railway | 75.3% | 75.6% | 0.3 |
| CSXT and CSXI | 86.7% | 87.3% | 0.6 |
| Canadian National | 66.9% | 67.8% | 0.9 |
| Burlington Northern Santa Fe | 79.4% | 81.6% | 2.1 |
| Kansas City Southern Railway | 85.9% | 94.2% | 8.3 |
| **Weighted Avg/Total** | **80.2%** | **80.1%** | **-0.1** |

**Ranked by improvement in operating ratio. A negative change is favorable. CNI's 2001 results includes pro-forma WCLX results*

*Source: Company Reports, Morgan Stanley*

Exhibit 20

**Railroads: 3Q Operating Income Comparisons (US$mm)***

| | 3Q01 | 3Q02 | % Change |
|---|---|---|---|
| Norfolk Southern | $245 | $311 | 26.9% |
| Union Pacific Railroad | $556 | $619 | 11.3% |
| Canadian Pacific Railway | $143 | $143 | -0.1% |
| Canadian National | $317 | $310 | -2.1% |
| CSXT and CSXI | $237 | $227 | -4.2% |
| Burlington Northern Santa Fe | $470 | $421 | -10.4% |
| Kansas City Southern Railway | $20 | $8 | -61.1% |
| Weighted Avg/Total | $1,988 | $2,040 | 2.7% |

**Ranked by improvement in operating income CNI's 2001 results includes pro-forma WCLX results*

*Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02*

*Source: Company reports, Morgan Stanley.*



**Please see the important disclosures at the end of this report.**

Exhibit 21

**Railroads: 3Q Revenue and Traffic Comparisons***

| | Revenue (mil. US$) | | | Volume (000s) | | |
|---|---|---|---|---|---|---|
| | 3Q01 | 3Q02 | % Change | 3Q01 | 3Q02 | % Change |
| Norfolk Southern | $1,508 | $1,598 | 6.0% | 1,624 | 1,736 | 6.9% |
| Union Pacific Railroad | $2,734 | $2,850 | 4.2% | 2,274 | 2,359 | 3.7% |
| Canadian Pacific Railway | $579 | $587 | 1.3% | 590 | 615 | 4.2% |
| Canadian National | $956 | $962 | 0.7% | 1,038 | 1,043 | 0.5% |
| CSXT and CSXI | $1,781 | $1,786 | 0.3% | 1,774 | 1,812 | 2.1% |
| Burlington Northern Santa Fe | $2,311 | $2,308 | -0.1% | 2,088 | 2,142 | 2.6% |
| Kansas City Southern Railway | $143 | $136 | -4.5% | 243 | 243 | 0.2% |
| TOTAL | $10,014 | $10,229 | 2.1% | 9,631 | 9,950 | 3.3% |

**Ranked by improvement in revenue. Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02. CNI's 2001 results includes pro-forma WCLX results. KSU volumes include haulage amounts. Source: Company reports, Morgan Stanley.*

Exhibit 22

**Railroads: 3Q Per Carload Comparisons (US$)***

| | Revenue per Carload | | | Costs per Carload | | | Operating Profit per Carload | | |
|---|---|---|---|---|---|---|---|---|---|
| | 3Q01 | 3Q02 | % Change | 3Q01 | 3Q02 | % Change | 3Q01 | 3Q02 | % Change |
| Norfolk Southern | $929 | $921 | -0.9% | $778 | $741 | -4.7% | $151 | $179 | 18.7% |
| Union Pacific | $1,155 | $1,156 | 0.0% | $958 | $946 | -1.3% | $198 | $210 | 6.3% |
| Canadian National | $895 | $893 | -0.3% | $616 | $625 | 1.6% | $280 | $268 | -4.4% |
| CSXT and CSXI | $1,004 | $986 | -1.8% | $870 | $860 | -1.1% | $134 | $125 | -6.2% |
| Canadian Pacific | $939 | $907 | -3.4% | $739 | $722 | -2.4% | $200 | $185 | -7.3% |
| Burlington Northern SF | $1,093 | $1,065 | -2.5% | $882 | $881 | -0.1% | $211 | $184 | -12.7% |
| Kansas City Southern | $587 | $560 | -4.6% | $504 | $528 | 4.6% | $83 | $32 | -60.7% |
| **Weighted Average** | **$1,040** | **$1,028** | **-1.1%** | **$834** | **$823** | **-1.3%** | **$206** | **$205** | **-0.6%** |

**Ranked by improvement in operating profit per carload. KSU revenue per carload includes "other" railroad revenues. Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02. CNI's 2001 results includes pro-forma WCLX results Source: Company reports, Morgan Stanley.*

**Revenues.** Total railroad industry revenue increased 2.1% year-over-year, to $10.2 billion, which is the best year-over-year improvement since early 2000 (see Exhibit 21). Norfolk Southern saw the greatest revenue increase on a percentage basis (+6.0%), followed by Union Pacific (+4.2%) that also grew its revenues by the greatest absolute amount ($116 million). Note that these two carriers also saw the greatest amount of operating income and operating ratio improvement, **underscoring the need for high fixed-cost, unionized operations to grow their revenues**. BNI and KSU experienced revenue loss in the quarter as both suffered from the expiration of above-market, high margin coal contracts and KSU also experienced the loss of $4.5 million in revenues due to system congestion from a problematic transition to its new MCS computer system. Reinforcing our previous comment, both BNI and KSU also saw the greatest degradation in their operating income and operating margins.

**Yields.** Revenue per carload (yield) declined 1.1%, or $14, to $1,028 in 3Q02. Customer rates were negatively affected by the elimination of fuel surcharges at most carriers, a 1.8% drop in a common contract escalator (RCAF), and a mix shift toward lower-rated intermodal traffic. In early October, WTI oil prices crossed above the $28/bbl. price threshold that triggers fuel surcharges in some railroad contracts, and thus most railroads did not enjoy fuel surcharges for most of the third quarter as they did a year ago. A 1.8% year-over-year decline in the Rail Cost Adjustment Factor (RCAF-the most common rail contract escalator) was another significant contributor to the decline in yield; however, we expect that situation to reverse itself in 4Q02 as **the recently published index shows a 2.8% year-over-year increase**. The good news is that operating cost per carload decreased by 1.3% for the industry due primarily to sharply lower fuel costs at most carriers, which was partially offset by higher labor rates. Operating profit per carload declined 0.6% to $205 per car, as the combination of the unfavorable mix shift and lower average yields offset lower fuel costs.

**Headcount.** In Exhibit 23, we break down the labor cost components for each major North American railroad. Overall headcount in the industry declined by 3.6% year-



**Please see the important disclosures at the end of this report.**

over-year, with every railroad reporting lower employment levels from last year. **Most railroads reduced headcount by 3% to 4% over last year, which is well above the 10-year annual average of a 2.5% reduction.** We attribute a significant portion of the greater-than-average drop to the passage of the 60/30 railroad retirement legislation (discussed earlier). In addition to decreasing employment taxes, the program is allowing up to two additional-years of retirements this year, since the retirement age was reduced from 62 to age 60 (for individuals with 30 years of service). **Offsetting the sharp headcount decline was a 6.4% increase in the average labor cost per person.** The increase is greater than the 10-year average of 3.1% largely due to 15% to 20% increase in health and welfare benefit premiums being realized over the past three years. Until the inflation rate of health and welfare premiums is arrested, it is likely to consume most of the savings from the 60/30 retirement program and some of the Beltpack remote control program.

**Fuel.** All of the railroads experienced lower fuel expenses in 3Q02 ranging from a 13% decline at NSC to a 5% reduction at CP (CP and CNI saw a 2% weakening in the Canadian dollar, which hurt year-over-year comparisons in US dollars), with the average fuel expense declining 9.8%. The decrease was driven primarily by an average 11.5% drop in fuel price per gallon in 3Q02 over 3Q01 (to $0.79). Since October 1st fuel prices have stabilized near $0.90/gallon, suggesting that the very favorable fuel comparisons realized in 3Q02 will be the last for a while. Most of the railroads engaged in some form of fuel hedging in the quarter that had a beneficial effect on net prices, given the upward price movement. NSC saw the most benefit, as a mid-$0.60s/gallon hedge price allowed it to post the lowest overall price per gallon in the industry ($0.71). On the other hand, CSX realized only a modest benefit due to a $0.78/gallon advance purchase price that lowered its average price to $0.80 per gallon.

Exhibit 23

**Railroads: 3Q Headcount Statistics**

| | Total Labor Expense | | | Headcount | | | Cost Per Person (US$) | | |
|---|---|---|---|---|---|---|---|---|---|
| Labor Statistics | 3Q01 | 3Q02 | % Change | 3Q01 | 3Q02 | % Change | 3Q01 | 3Q02 | % Change |
| CSXT and CSXI | $639 | $645 | 0.9% | 36,853 | 35,838 | -2.8% | 17.3 | 18.0 | 3.8% |
| Canadian National | $257 | $262 | 2.2% | 24,561 | 23,484 | -4.4% | 10.5 | 11.2 | 6.9% |
| Burlington Northern Santa Fe | $714 | $730 | 2.2% | 39,597 | 37,733 | -4.7% | 18.0 | 19.3 | 7.3% |
| Norfolk Southern | $478 | $489 | 2.3% | 30,290 | 28,456 | -6.1% | 15.8 | 17.2 | 8.9% |
| Union Pacific | $886 | $919 | 3.7% | 48,842 | 47,906 | -1.9% | 18.1 | 19.2 | 5.8% |
| Canadian Pacific Railway | $175 | $182 | 4.1% | 16,906 | 16,504 | -2.4% | 10.3 | 11.0 | 6.6% |
| Kansas City Southern | $48 | $50 | 5.7% | 2,672 | 2,576 | -3.6% | 17.8 | 19.5 | 9.6% |
| TOTAL | $3,196 | $3,278 | 2.6% | 199,721 | 192,497 | -3.6% | $16.00 | $17.03 | 6.4% |

*Note: Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02. CNI's 2001 results includes pro-forma WCLX results*

*Source: Company reports*

Exhibit 24

**Railroads: 3Q Fuel Statistics (US$)***

| | Fuel Expense ($M) | | | Gallons per Carload | | | Avg Price Per Gallon | | | Gal. Consumed (M) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2Q01 | 2Q02 | % Chg. | 2Q01 | 2Q02 | % Chg. | 2Q01 | 2Q02 | % Chg. | 2Q01 | 2Q02 | % Chg. |
| Norfolk Southern | $93 | $81 | -12.9% | 65.7 | 65.4 | -0.4% | $0.87 | $0.71 | -18.2% | 107 | 113 | 6.4% |
| Canadian National | $79 | $70 | -12.0% | 84.1 | 85.3 | 1.5% | $0.91 | $0.78 | -13.7% | 87 | 89 | 1.9% |
| CSXT & CSXI | $123 | $109 | -11.4% | 77.1 | 75.2 | -2.5% | $0.90 | $0.80 | -11.1% | 137 | 136 | -0.4% |
| Burlington Northern SF | $240 | $215 | -10.4% | 139.4 | 135.9 | -2.5% | $0.82 | $0.74 | -10.4% | 291 | 291 | 0.0% |
| Union Pacific | $301 | $277 | -8.0% | 140.3 | 140.3 | 0.0% | $0.86 | $0.75 | -12.8% | 319 | 331 | 3.8% |
| Canadian Pacific | $57 | $54 | -4.5% | 103.4 | 100.4 | -2.9% | $0.83 | $0.78 | -6.0% | 61 | 62 | 1.2% |

**Ranked by percentage increase in fuel expense. Canadian dollar exchange rate – 1.545 in 3Q01 and 1.56 in 3Q02. CNI's 2001 results includes pro-forma WCLX results Canadian railroad cost per gallon measure does not include provincial or state fuel taxes. US railroads include all fuel taxes and all railroads are reported net of hedges.*

*Source: Company reports, Morgan Stanley.*



**Please see the important disclosures at the end of this report.**

Exhibit 25

**Railroads: Third Quarter 2002 Income Statement Summary**

| | BNI | CSX | KSU | NSC | UNP | U.S. Average | CNI (Cdn $) | CNI (US$) | CP (Cdn $) | CP (US$) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Railroad Operating Revenue** | **$2,308** | **$1,786** | **$138** | **$1,598** | **$2,850** | | **C$1,503** | **$962** | **C$917** | **$587** |
| Year to Year Change | -0.1% | 0.3% | -4.8% | 6.0% | 4.2% | 1.1% | 2.2% | | 2.1% | |
| **Railroad Operating Expenses** | **$1,887** | **$1,559** | **$131** | **$1,287** | **$2,231** | | **C$1,019** | **$652** | **C$694** | **$444** |
| Year to Year Change | 2.5% | 1.0% | 2.2% | 1.9% | 2.4% | 2.0% | 3.7% | | 2.6% | |
| **Railroad Operating Income** | **$421** | **$227** | **$6** | **$311** | **$619** | | **C$484** | **$310** | **C$224** | **$143** |
| Year to Year Change | -10.4% | -4.2% | -61.1% | 26.9% | 11.3% | | -0.6% | | 0.7% | |
| **Railroad Operating Ratio** | **81.6%** | **87.3%** | **94.2%** | **80.5%** | **78.3%** | **84.4%** | **67.8%** | | **75.6%** | |
| Year to Year Point Change | 2.1 | 0.6 | 8.3 | -3.2 | -1.4 | 1.3 | 0.9 | | 0.3 | |
| Other Operating Revenue | | $269 | | | $350 | | | | | |
| Year to Year Change | | -93.7% | | | 19.7% | | | | | |
| Other Operating Expenses | | $220 | | | $325 | | | | | |
| Year to Year Change | | -94.8% | | | 18.6% | | | | | |
| Other Operating Income | | $49 | | | $26 | | | | | |
| Year to Year Change | | -49.0% | | | 41.7% | | | | | |
| **Total Operating Revenue** | | **2,055** | | | **3,200** | | | | | |
| **Total Operating Expenses** | | **1,779** | | | **2,555** | | | | | |
| **Total Operating Income** | **$421** | **$276** | **$6** | **$311** | **$644** | | **C$484** | **$310** | **C$224** | **$143** |
| Year to Year Change | -10.4% | -2.1% | -61.1% | 26.9% | 12.1% | | -0.6% | | 0.7% | |
| Interest Expense | $107 | $108 | $12 | $126 | $157 | | C$89 | $57 | C$59 | $38 |
| Other Income/(Expense) | ($7) | $28 | $7 | $4 | $161 | | C$8 | $5 | C$7 | $4 |
| **Pretax Income** | **$307** | **$196** | **$1** | **$189** | **$648** | | **C$403** | **$258** | **C$158** | **$101** |
| Tax Rate | 37.5% | 34.9% | -2.9% | 33.3% | 37.6% | | 33.5% | | 31.6% | |
| Provision for Taxes | $115 | $69 | ($0) | $63 | $244 | | C$135 | $86 | C$50 | $32 |
| Equity from Affiliates | | | $9 | | | | | | | $0 |
| **Net Income** | **$192** | **$128** | **$11** | **$126** | **$404** | | **C$268** | **$172** | **C$108** | **$69** |
| Average Shares Outstanding | 379.5 | 213.6 | 62.5 | 388.6 | 277.3 | | 203.0 | 203.0 | 159.0 | 159.0 |
| **Earnings per Share** | **$0.51** | **$0.60** | **$0.17** | **$0.32** | **$1.51** | | **C$1.32** | **$0.84** | **C$0.68** | **$0.44** |
| Year to Year Change | -9.0% | 26.9% | 15.7% | 58.2% | 45.4% | 27.4% | 0.1% | | 10.2% | |

*NMF: Not Meaningful. Source: Company reports. Figures in U.S. dollars unless noted. Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02.*



**Please see the important disclosures at the end of this report.**

Exhibit 26

**Railroads: 2002E Summary Income Statement**

| | BNI | CSX | KSU | NSC | UNP | U.S. Average | CNI (Cdn $) | CNI (US$) | CP (Cdn $) | CP (US$) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Railroad Operating Revenue** | $8,972 | $7,195 | $560 | $6,285 | $11,151 | | C$6,155 | $3,926 | C$3,668 | $2,340 |
| Year to Year Change | -2.2% | 0.0% | -3.0% | 1.9% | 3.0% | -0.1% | 1.1% | | -0.8% | |
| **Railroad Operating Expenses** | $7,344 | $6,221 | $511 | $5,105 | $8,879 | | C$4,292 | $2,738 | C$2,797 | $1,784 |
| Year to Year Change | -0.6% | -1.0% | -0.4% | -1.1% | 0.8% | | 2.8% | | -2.1% | |
| **Railroad Operating Income** | $1,628 | $974 | $48 | $1,180 | $2,271 | | C$1,863 | $1,188 | C$872 | $556 |
| Year to Year Change | -9.1% | 7.4% | -24.3% | 17.2% | 12.6% | | -2.7% | | 3.7% | |
| **Railroad Operating Ratio** | 81.6% | 86.5% | 88.8% | 81.2% | 79.6% | 83.6% | 69.7% | | 76.2% | |
| Year to Year Point Change | 1.4 | -0.9 | 2.1 | -2.5 | -1.7 | | 1.2 | | -1.0 | |
| Other Operating Revenue | | $972 | | | $1,339 | | | | | |
| Year to Year Change | | -77.4% | | | 18.1% | | | | | |
| Other Operating Expenses | | $839 | | | $1,263 | | | | | |
| Year to Year Change | | -80.0% | | | 17.0% | | | | | |
| Other Operating Income | | $133 | | | $76 | | | | | |
| Year to Year Change | | 38.2% | | | 41.6% | | | | | |
| **Total Operating Revenue** | | 8,167 | | | 12,489 | | | | | |
| **Total Operating Expenses** | | 7,060 | | | 10,142 | | | | | |
| **Total Operating Income** | $1,628 | $1,106 | $48 | $1,180 | $2,347 | | C$1,863 | $1,188 | C$872 | $556 |
| Year to Year Change | -9.1% | 8.8% | -24.3% | 17.2% | 13.3% | | -2.7% | | 3.7% | |
| Interest Expense | $424 | $444 | $45 | $512 | $631 | | C$367 | $234 | C$241 | $154 |
| Other Income/(Expense) | $10 | $39 | $22 | $55 | $228 | | C$82 | $52 | C$26 | $17 |
| **Pretax Income** | $1,214 | $701 | $25 | $723 | $1,944 | | C$1,578 | $1,007 | C$605 | $386 |
| Tax Rate | 37.5% | 35.6% | 14.3% | 36.5% | 37.2% | | 33.6% | | 31.5% | |
| Provision for Taxes | $455 | $250 | $9 | $264 | $724 | | C$531 | $339 | C$191 | $122 |
| Equity from Affiliates | | | $35 | | | | | | | $0 |
| **Net Income** | $759 | $451 | $51 | $459 | $1,220 | | C$1,047 | $668 | C$414 | $264 |
| Average Shares Outstanding | 381.0 | 213.8 | 62.4 | 388.3 | 276.9 | | 202.7 | 202.7 | 159.2 | 159.2 |
| **Earnings per Share** | $2.00 | $2.11 | $0.82 | $1.18 | $4.62 | | C$5.19 | $3.31 | C$2.60 | $1.66 |
| Year to Year Change | -4.0% | 35.8% | 82.5% | 29.4% | 22.5% | 33.3% | 0.3% | | 8.1% | |

*Source: Morgan Stanley Research. Figures in U.S. dollars unless otherwise noted. Canadian dollar exchange rate = 1.545 in 3Q01 and 1.56 in 3Q02.*

## Salient 3Q02 Company-Specific Comments

*In this section of the report, we highlight the comments from individual company reports published after each company reported 3Q02 results, and significant reports published since that time. For more details see those individual reports.*

**Burlington Northern Santa Fe (BNI, Equal-weight, $26)**
***Still No Catalysts on the Near-term Horizon***
***October 23, 2002***

**BNI reports 3Q02 EPS in line with previously lowered guidance.** EPS came in at $0.51 which was in line with our estimate and that of the Street, compared to $0.57 in earnings a year ago

**Operating margins deteriorated 210 basis points, leaving us unenthusiastic.** As long as volume growth remains challenged, BNI will have a tough time growing its margins and earnings. We are reducing our 2003 EPS by seven cents, taking us to $2.25 on account of higher fuel expectations.

**Few catalysts and lower long-term margin expectations keep us Equal-weight.** Although we forecast double-digit EPS growth as the economy picks back up in 2003, we see greater amounts of upside over the next 12 to 18 months in other railroad stocks within our universe..

**Industry view is In-Line.** With current stock valuations largely in-line with historical levels, we believe the group will perform in-line with the broader-based market over the next 12-18 months..

**Canadian National (CNI, Overweight, US$42)**
***Building the Foundation for Very Strong '04 EPS Growth***
***October 24, 2002***

**Higher pension costs and oil assumptions cause us to lower 2003 by 5%.** CNI is lowering its pension asset return assumption to the lowest among the freight transportation stocks we follow. This factor, combined with the higher oil assumption that we are now using for all of our companies ($27.50/bbl in 2003 vs. $25 in our former estimate) causes us to trim our 2003 EPS estimate by 5%.

**Compressing the rebound spring tighter.** Long term, patient investors have two very big potential wins to look for at this time next year: as much as a C$300 million increase of high-margin grain revenues (assuming a normal Canadian grain crop) and the full EPS benefit from the repurchase of 13 million shares (6.5% of its shares), which is to begin immediately.

**Maintain our Overweight rating for longer-term investors.** Despite the reduction in near-term estimates, we believe CNI has above-average upside potential over the next 12 to 18 months for those investors willing to look out to '04 earnings potential. In our view, CNI remains the best-run railroad in North America.

**Our industry view is In-Line.** With current stock valuations largely in-line with historical levels, we believe the group will perform in-line with the broader-based market over the next 12-18 months..

**Canadian Pacific (CP, Overweight, US$20)**
***Impressive Cost Control Offsets Weak Revenues***
***October 23, 2002***

**Maintaining our Overweight rating.** Despite our near-term concerns over grain volume weakness, we see CP as having some of the best one-year upside among the freight transportation stocks we follow, driven by an improving the economy and an eventual recovery of the Canadian grain harvest to near-normal levels.

**Fine tuning our 4Q02 and 2003 EPS for higher fuel and lower grain.** We are lowering our 2002 EPS estimate by C$0.03 (US$0.02) and our 2003 EPS by C$0.20 (US$0.13) due to lower grain expectations and somewhat higher oil price assumptions.

**Management is making all of the right moves.** Continued focus on cost takeout and productivity improvement is making CP a leaner railroad, which should provide additional upside leverage when bulk commodity volumes return in 2H03.

**Air Freight and Surface Transportation industry view is In-Line.** With current stock valuations largely in line with historical levels, we believe the group will perform in line with the broader-based market over the next 12-18 months.



Please see the important disclosures at the end of this report.

**CSX Corp. (CSX, Equal-weight, $28)**
***Starting the Long Path of Regaining Confidence***
***October 25, 2002***

**CSX posted 3Q02 EPS of $0.60, including a few cents of non-recurring benefits.** After adjusting for a large real estate gain in the quarter, CSX's 3Q02 earnings were in line with our reduced expectations and those of the Street. We are more confident that management is heading back in the right direction with its cost cutting efforts in the near term, leading us to nudge our estimates higher.

**Maintain our Equal-weight rating.** CSX is currently the cheapest railroad in our universe, trading at a meager 10.4x our twelve-month forward earnings. Although attractive on that basis, we see greater amounts of risk-adjusted upside in other railroad stocks at this juncture.

**We view the Air Freight and Surface Transportation industry as In-Line.** With current stock valuations largely in line with historical levels, we believe the group will perform in line with the broader-based market over the next 12-18 months.

**Norfolk Southern (NSC, Equal-weight, $21)**
***Still a Long Way to Go to Get Back to "Normal"***
***October 24, 2002***

**NSC posts 3Q02 EPS of $0.32, three cents short of our estimate.** Higher-than-expected costs in the areas of labor, materials, and casualties and insurance crept up in the quarter, muting what should have been substantial operating leverage on its impressive 6% surge in revenues.

**Solid results yes, but not a breakout quarter.** Excluding the impact of lower fuel, NSC realized approximately 50% incremental margins, which would be respectable for a railroad near its peak margins, but NSC is still almost 1,000 bps away from that historical target. We are lowering our 2003 EPS forecast as it appears the low-hanging Conrail-efficiency fruit has been picked.

**Maintain our Equal-weight rating.** NSC is currently trading at 14.5x our downward-revised twelve-month forward estimates, which puts it on the high end of current railroad valuations. We see greater amounts of upside in other railroad stocks at this juncture.

**We view the Air Freight and Surface Transportation industry as In-Line.** With current stock valuations largely in line with historical levels, we believe the group will perform in line with the broader-based market over the next 12-18 months.

**Union Pacific (UNP, Overweight, $62)**
***Setting Itself Apart from the Rest of the Pack***
***October 25, 2002***

**Overweight-rated UNP shows why it is our favorite S&P railroad.** UNP handedly beat 3Q02 consensus EPS of $1.10 and our high-on-the-Street estimate of $1.17 with a $1.19 in high quality 3Q02 earnings, excluding a real estate sale and tax settlement.

**No excuses here, real top line growth makes its way to the bottom line.** Despite droughts, hurricanes, port lockouts, and rising fuel prices, UNP grew its rail revenues 4.2% translated it to 14% EPS growth.

**Reiterate our Overweight rating.** Although we are trimming our estimates for higher fuel prices and higher pension expense, we believe the 14% upside to our conservative $70 one-year price target makes for a compelling risk-adjusted investment.

**We view the Air Freight and Surface Transportation industry as In-Line.** With current stock valuations largely in line with historical levels, we believe the group will perform in line with the broader-based market over the next 12-18 months.



**Please see the important disclosures at the end of this report.**

# Key Railroad Performance Metrics

Exhibit 27

**Average System Train Speed By Carrier (in miles per hour) — through October 25, 2002**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

AAR-E-00028886

DA26105

Exhibit 27 continued

**Average System Train Speed by Carrier (in miles per hour) — through October 25, 2002**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 28

**Freight Cars On Line By Carrier — through October 25, 2002**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

Exhibit 28 (continued)

**Freight Cars On Line By Carrier — through October 25, 2002**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 29

**Average Reported Terminal Dwell Time by Carrier (measured in hours) — through October 25, 2002**




*Source: Association of American Railroads, Morgan Stanley Research*

Exhibit 29 continued

**Average Reported Terminal Dwell Time by Carrier (measured in hours) — through October 25, 2002**




*Source: Association of American Railroads, Morgan Stanley Research*



**Please see the important disclosures at the end of this report.**

**Global Stock Ratings Distribution**

*(as of Oct 31, 2002)*

| | Coverage Universe | | Investment Banking Clients (IBC) | | |
|---|---|---|---|---|---|
| Stock Rating Category | Count | % of Total | Count | % of Total IBC | % of Rating Category |
| **Overweight** | 660 | 32% | 249 | 37% | 38% |
| **Equalweight** | 980 | 47% | 315 | 47% | 32% |
| **Underweight** | 434 | 21% | 105 | 16% | 24% |
| **Total** | 2,074 | | 669 | | |

*Data include common stock and ADRs currently assigned ratings. For disclosure purposes (in accordance with NASD and NYSE requirements), we note that Overweight, our most positive stock rating, most closely corresponds to a buy recommendation; Equal-weight and Underweight most closely correspond to neutral and sell recommendations, respectively. However, Overweight, Equal-weight, and Underweight are not the equivalent of buy, neutral, and sell but represent recommended relative weightings (see definitions below). An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.*

ANALYST STOCK RATINGS

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

More volatile (V). We estimate that this stock has more than a 25% chance of a price move (up or down) of more than 25% in a month, based on a quantitative assessment of historical data, or in the analyst's view, it is likely to become materially more volatile over the next 1-12 months compared with the past three years. Stocks with less than one year of trading history are automatically rated as more volatile (unless otherwise noted). We note that securities that we do not currently consider "more volatile" can still perform in that manner.

*Ratings prior to March 18, 2002: SB–Strong Buy; OP–Outperform; N–Neutral; UP–Underperform. For definitions, please go to www.morganstanley.com/companycharts.*

ANALYST INDUSTRY VIEWS

Attractive (A). The analyst expects the performance of his or her industry coverage universe to be attractive vs. the relevant broad market benchmark over the next 12-18 months.

In-Line (I). The analyst expects the performance of his or her industry coverage universe to be in line with the relevant broad market benchmark over the next 12-18 months.

Cautious (C). The analyst views the performance of his or her industry coverage universe with caution vs. the relevant broad market benchmark over the next 12-18 months.

*Stock price charts and rating histories for companies discussed in this report are available at www.morganstanley.com/companycharts. You may also request this information by writing to Morgan Stanley at 1585 Broadway, 14th Floor (Attention: Research Disclosures), New York, NY, 10036 USA.*

This report does not provide individually tailored investment advice. It has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The securities discussed in this report may not be suitable for all investors. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of a particular investment or strategy will depend on an investor's individual circumstances and objectives.

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley").

This report is not an offer to buy or sell any security or to participate in any trading strategy. Morgan Stanley, Morgan Stanley DW Inc., affiliate companies and/or their employees may have investments in securities or derivatives of securities of companies mentioned in this report, and may trade them in ways different from those discussed in this report. Derivatives may be issued by Morgan Stanley or associated persons.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate managed or co-managed a public offering of securities of Union Pacific.

Within the last 12 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate has received compensation for investment banking services from Burlington Northern SF, CSX Corporation, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

In the next 3 months, Morgan Stanley, Morgan Stanley DW Inc. or an affiliate expects to receive or intends to seek compensation for investment banking services from Burlington Northern SF, CSX Corporation, Canadian National, Canadian Pacific Railway, Kansas City Southern, Norfolk Southern and Union Pacific.

As of September 30, 2002, Morgan Stanley, Morgan Stanley DW Inc. and/or their affiliate companies beneficially owned 1% or more of a class of common equity securities of the following companies covered in this report: Burlington Northern SF, CSX Corporation, Norfolk Southern and Union Pacific.

Morgan Stanley, Morgan Stanley DW Inc. and/or their affiliate companies make a market in the securities of Union Pacific.

The research analysts, strategists, or research associates principally responsible for the preparation of this research report have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and investment banking revenues.

Morgan Stanley has no obligation to tell you when opinions or information in this report change. Morgan Stanley and its affiliate companies are involved in many businesses that may relate to companies mentioned in this report. These businesses include market making and specialized trading, risk arbitrage and other proprietary trading, fund management, investment services and investment banking.

This report is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete.

This report has been prepared by Morgan Stanley research personnel. Facts and views presented in this report have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

The value of and income from your investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in your securities transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized.

This publication is disseminated in Japan by Morgan Stanley Japan Limited; in Hong Kong by Morgan Stanley Dean Witter Asia Limited; in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte., regulated by the Monetary Authority of Singapore; in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, a licensed dealer, which accepts responsibility for its contents; in certain provinces of Canada by Morgan Stanley Canada Limited, which has approved of, and has agreed to take responsibility for, the contents of this publication in Canada; in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the United States by Morgan Stanley & Co. Incorporated and Morgan Stanley DW Inc., which accept responsibility for its contents; and in the United Kingdom, this publication is approved by Morgan Stanley & Co. International Limited, solely for the purposes of section 21 of the Financial Services and Markets Act 2000 and is distributed in the European Union by Morgan Stanley & Co. International Limited, except as provided above. Private U.K. investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned. In Australia, this report, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages of any kind relating to such data. The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property of MSCI and S&P.

This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

**Additional information on recommended securities is available on request.**

Morgan Stanley

**The Americas**
1585 Broadway
New York, NY 10036-8293
United States
Tel: +1 (1)212 761 4000

**Europe**
25 Cabot Square, Canary Wharf
London E14 4QA
United Kingdom
Tel: +44 (0)20 7513 8000

**Japan**
20-3, Ebisu 4-chome
Shibuya-ku,
Tokyo 150-6008, Japan
Tel: +81 (0)3 5424 5000

**Asia/Pacific**
Three Exchange Square
Central
Hong Kong
Tel: +852 2848 5200

©2002 Morgan Stanley

**From:** Cross, David
**Sent:** Thursday, July 8, 2010 9:43 PM
**To:** 'solson@hausfeldllp.com'
**Cc:** 'mhausfeld@hausfeldllp.com'; 'sgosselin@hausfeldllp.com'; 'stephenneuwirth@quinnemanuel.com'; 'samirashid@quinnemanuel.com'
**Subject:** Custodian Protocol - Hart and Munoz

Steig -

Without waiving any rights or objections, and without agreeing to any of your arguments below, CSXT withdraws its objection to Mr. Hart in the interest of compromise and agrees to add him as a document custodian. CSXT maintains its objection to Mr. Munoz, however. Plaintiffs have not complied with the parties' stipulation and shown that he is reasonably likely to have new, relevant, non-duplicative documents. As you know, CSXT has produced documents from his direct reports and many others with far greater involvement in CSXT's fuel surcharge program. Even assuming Mr. Munoz were to have any relevant documents at all, you have not shown that such documents would not be merely duplicative of those already produced, nor is there any reasonable basis to assume they would be.

Best regards,
David

---

**From:** Steig Olson
**To:** Cross, David
**Cc:** Michael Hausfeld ; Sathya Gosselin ; Stephen Neuwirth ; Sami Rashid
**Sent:** Thu Jul 01 12:23:12 2010
**Subject:** RE: In re Rail Freight Fuel Surcharge Antitrust Litigation
Dear David,

Without agreeing that further discussion or justification is required under the parties' custodian protocol, plaintiffs hereby respond to your letter dated June 24, 2010, in which CSX rejected our request to add Oscar Munoz and John Hart as document custodians.

**Oscar Munoz:** As Executive Vice President and Chief Financial Officer, Mr. Munoz had primary responsibility for overseeing CSX's finances and financial reporting. And in this capacity, Mr. Munoz was clearly involved with CSX's fuel surcharge program, including involvement with CSX's analysis of fuel costs, the collection of fuel surcharges as it relates to CSX's profitability and financial performance, and fuel surcharge strategy and policies (CSXFSC000070438-459, CSXFSC000267462-511, CSXFSC000086184-85, CSXFSC000256069, and CSXFSC000091070). These considerations, coupled with his contacts with other defendants' executives (CSXFSC000090946), more than establish that Mr. Munoz is "reasonably likely" to possess new, relevant, and responsive documents.

Although your letter notes that two of Mr. Munoz's reports are already document custodians, this fact sheds little light on whether Mr. Munoz should be a document custodian, especially in view of his relatively large number of direct and indirect reports (CSXFSC000001106-1113 (CSX organizational chart)), and because he is differently-situated from any of his reports as one of the highest-ranking CSX executives. On a related point, your suggestion that a heightened showing is required for a search of Mr. Munoz's documents in view of his high-ranking position within CSX is entirely unfounded under the parties' protocol.

**John Hart:** Your letter ignores the central reason for adding Mr. Hart as a custodian, namely, his involvement with surcharge issues for CSX's intermodal business. Whether other custodians "were far more involved with CSXT's fuel

surcharge program," as you contend in your letter, is irrelevant to the question of whether Mr. Hart is likely to have non-duplicative information concerning fuel surcharges as they relate to CSX's intermodal business. His role in this regard is well-established in the documents. (*See* CSXFSC000040558-59; CSXFSC000280326-27; CSXFSC000091082; CSXFSC000025924-26; CSXFSC000091405; CSXFSC000040290; CSXFSC000011514-15.)

If CSX will not agree to add Mr. Munoz and Mr. Hart as production custodians, we ask that you let us know no later than July 8, 2010.

Thank you,

Steig

**Steig D. Olson, Partner**
solson@hausfeldllp.com
**212.830.9850 ph**

HAUSFELD LLP

11 Broadway, Suite 615, New York, NY 10004
212.830.9850 main / 212.480.8560 fax / www.hausfeldllp.com

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information.
If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Cross, David [mailto:DCross@crowell.com]
**Sent:** Thursday, June 24, 2010 2:42 PM
**To:** Steig Olson
**Cc:** Michael Hausfeld; Sathya Gosselin; Stephen Neuwirth; Sami Rashid
**Subject:** RE: In re Rail Freight Fuel Surcharge Antitrust Litigation

Steig -

Please see the attached letter.

Thank you.
David

**David D. Cross | Crowell & Moring LLP**

Tel: 202.624.2774 | Fax: 202.628.5116
1001 Pennsylvania Avenue, NW, Washington, D.C. 20004
www.crowell.com

---

**From:** Steig Olson [mailto:solson@hausfeldllp.com]
**Sent:** Friday, May 21, 2010 3:57 PM
**To:** Cross, David

**Cc:** Michael Hausfeld; Sathya Gosselin; Stephen Neuwirth; Sami Rashid
**Subject:** In re Rail Freight Fuel Surcharge Antitrust Litigation

Dear David,

Pursuant to the custodian protocol, as set forth in Section III of the parties' Rule 26(f) Stipulation and Order Regarding Discovery Protocols at 21-26 (Dkt No. 312) and Exhibits A and B thereto, Plaintiffs hereby identify the following production custodians which, based on Plaintiffs' assessment of discovery to date, are reasonably likely to have non-duplicative, relevant, and responsive information, for the reasons noted:

1. **Oscar Munoz**: Aside from the significance of Mr. Munoz's position alone (EVP & CFO), Mr. Munoz had significant involvement with CSX's fuel surcharge program. In addition, Mr. Munoz was involved with and attended "alliance" meetings during the conspiracy period.

2. **John Hart**: Mr. Hart was involved with CSX's March 2003 decision to change its fuel surcharge program/formula and had continuing involvement with fuel surcharges thereafter. Mr. Hart also appears to have served as the point person for surcharge issues for CSX's intermodal business.

By identifying these additional production custodians now, Plaintiffs do not waive any rights to identify additional production custodians later, pursuant to the custodian protocol. Please confirm that CSX will agree to these additional production custodians and will produce their materials pursuant to the search and production protocol agreed to by the parties.

Thank you,

Steig

**Steig D. Olson, Partner**
solson@hausfeldllp.com
**212.830.9850 ph**

HAUSFELD LLP

11 Broadway, Suite 615, New York, NY 10004
212.830.9850 main / 212.480.8560 fax / www.hausfeldllp.com

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information.
If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

**From:** Sami Rashid <samirashid@quinnemanuel.com>
**Sent:** Monday, February 1, 2021 1:42 PM
**To:** van Houwelingen, Luke; Atkins, Alden L.; Pomerantz, Glenn; Olasa, Kuruvilla; van der Ven, Cobus; tara.reinhart@skadden.com; lstein@steptoe.com; mbfox@steptoe.com; jsoven@wsgr.com; dwells@gunster.com; amesrobian@gunster.com; dan.wall@lw.com; tim.o'mara@lw.com; allyson.maltas@lw.com; jmmajoras@jonesday.com; Childress, Tyrone R.; kbryan@jonesday.com; saul.morgenstern@arnoldporter.com; jennifer.patterson@arnoldporter.com; lgail@masseygail.com; Matt Collette; Gardiner, Kent; Lieber, Mara; Arteaga, Juan; rwray@GWBlawfirm.com
**Cc:** Stephen Neuwirth; Hausfeld, Michael (Hausfeld LLC); 'wblechman@knpa.com'; Eimer ,Nate (Eimer Stahl LLP); Brown, Sandra (Thompson Hine); Gosselin, Sathya (Hausfeld LLC); Bojedla, Swathi (Hausfeld LLC); Viola Trebicka; Patton, Douglas (Kenny Nachwalter); Vaala, Lindsey; Jennifer English; Jaffe, Dan (Slover & Loftus); Wheeler, Travis (Nexsen Pruet); Ware, Rob (Thompson Hine); Braun, Robert (Cohen Milstein Sellers & Toll PLLC)
**Subject:** RE: Rail Freight - correspondence re discovery

External Email

Luke,

Plaintiffs are still evaluating the points and issues raised in the letter you sent on Friday afternoon. We will be conferring as a group to see if there are ways to potentially avoid or narrow the dispute, and will get back to you later this week or early next week with our thoughts. As such, we will not be in a position to raise this issue with the Court tomorrow.

Thank you
Sami

**Sami H. Rashid** | Partner
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7237 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
SamiRashid@QuinnEmanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** van Houwelingen, Luke [mailto:LVanHouwelingen@crowell.com]
**Sent:** Friday, January 29, 2021 3:38 PM
**To:** Atkins, Alden L. <AAtkins@velaw.com>; Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; van der Ven, Cobus <Jacobus.VanderVen@mto.com>; tara.reinhart@skadden.com; lstein@steptoe.com; mbfox@steptoe.com; jsoven@wsgr.com; dwells@gunster.com; amesrobian@gunster.com; dan.wall@lw.com; tim.o'mara@lw.com; allyson.maltas@lw.com; jmmajoras@jonesday.com; Childress, Tyrone R. <tchildress@jonesday.com>; kbryan@jonesday.com; saul.morgenstern@arnoldporter.com; jennifer.patterson@arnoldporter.com; lgail@masseygail.com; Matt Collette <mcollette@masseygail.com>; Gardiner, Kent <KGardiner@crowell.com>; Lieber, Mara <MLieber@crowell.com>; Arteaga, Juan <JArteaga@crowell.com>;

rwray@GWBlawfirm.com
**Cc:** Stephen Neuwirth <stephenneuwirth@quinnemanuel.com>; Hausfeld, Michael (Hausfeld LLC) <mhausfeld@hausfeld.com>; 'wblechman@knpa.com' <wblechman@knpa.com>; Eimer ,Nate (Eimer Stahl LLP) <neimer@EimerStahl.com>; Brown, Sandra (Thompson Hine) <sandra.brown@ThompsonHine.com>; Gosselin, Sathya (Hausfeld LLC) <sgosselin@hausfeld.com>; Sami Rashid <samirashid@quinnemanuel.com>; Bojedla, Swathi (Hausfeld LLC) <sbojedla@hausfeld.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Patton, Douglas (Kenny Nachwalter) <dpatton@kennynachwalter.com>; Vaala, Lindsey <lvaala@velaw.com>; Jennifer English <jenniferenglish@quinnemanuel.com>; Jaffe, Dan (Slover & Loftus) <dmj@sloverandloftus.com>; Wheeler, Travis (Nexsen Pruet) <TWheeler@nexsenpruet.com>; Ware, Rob (Thompson Hine) <Rob.Ware@ThompsonHine.com>; Braun, Robert (Cohen Milstein Sellers & Toll PLLC) <rbraun@cohenmilstein.com>
**Subject:** RE: Rail Freight - correspondence re discovery

**[EXTERNAL EMAIL]**

---

Counsel – please see the attached letter, which responds to Plaintiffs' January 19 proposal concerning CSXI discovery. On the assumption that Plaintiffs do not intend to withdraw their request, CSXT agrees the parties are at impasse and therefore intends to seek a protective order from the Court.

We propose we raise the issue consistent with Plaintiffs' approach for their request for post-2008 data, exchanging submissions on Monday at 6 PM EST, with a simultaneous exchange of updated submissions on Tuesday at 6 PM EST, at which point we will forward the joint submission to the Court with no further editing. A proposed joint statement is below:

> Plaintiffs have requested from Defendant CSX Transportation, Inc. ("CSXT") seven former employees of CSX Intermodal ("CSXI") as document custodians in MDL II, in addition to the MDL II custodians previously agreed to for CSXT.
>
> CSXT and Plaintiffs disagree about the appropriateness of these additional custodians, which Plaintiffs seek to support claims for damages related to CSXI, claims which CSXT contends are untimely. CSXT seeks a protective order precluding the addition of these custodians.

Please confirm that this works for Plaintiffs.

Thanks,
Luke

---

**From:** Atkins, Alden L. <AAtkins@velaw.com>
**Sent:** Tuesday, January 19, 2021 9:50 PM
**To:** Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; van der Ven, Cobus <Jacobus.VanderVen@mto.com>; tara.reinhart@skadden.com; lstein@steptoe.com; mbfox@steptoe.com; jsoven@wsgr.com; dwells@gunster.com; amesrobian@gunster.com; dan.wall@lw.com; tim.o'mara@lw.com; christopher.campbell@lw.com; allyson.maltas@lw.com; jmmajoras@jonesday.com; Childress, Tyrone R. <tchildress@jonesday.com>; kbryan@jonesday.com; saul.morgenstern@arnoldporter.com; jennifer.patterson@arnoldporter.com; lgail@masseygail.com; Matt Collette <mcollette@masseygail.com>; Gardiner, Kent <KGardiner@crowell.com>; van Houwelingen, Luke <LVanHouwelingen@crowell.com>; Lieber, Mara <MLieber@crowell.com>; Arteaga, Juan <JArteaga@crowell.com>; rwray@GWBlawfirm.com
**Cc:** Neuwirth, Stephen (Quinn Emanuel Urquhart & Sullivan) <stephenneuwirth@quinnemanuel.com>; Hausfeld, Michael (Hausfeld LLC) <mhausfeld@hausfeld.com>; 'wblechman@knpa.com' <wblechman@knpa.com>; Eimer ,Nate (Eimer Stahl LLP) <neimer@EimerStahl.com>; Brown, Sandra (Thompson Hine) <sandra.brown@ThompsonHine.com>; Gosselin, Sathya (Hausfeld LLC) <sgosselin@hausfeld.com>; Rashid, Sami (Quinn Emanuel Urquhart & Sullivan) <SamiRashid@QuinnEmanuel.com>; Bojedla, Swathi (Hausfeld LLC) <sbojedla@hausfeld.com>; Trebicka, Viola (Quinn

Emanuel Urquhart & Sullivan) <violatrebicka@quinnemanuel.com>; Patton, Douglas (Kenny Nachwalter) <dpatton@kennynachwalter.com>; Vaala, Lindsey <lvaala@velaw.com>; English, Jennifer (Quinn Emanuel Urquhart & Sullivan) <jenniferenglish@quinnemanuel.com>; Jaffe, Dan (Slover & Loftus) <dmj@sloverandloftus.com>; Wheeler, Travis (Nexsen Pruet) <TWheeler@nexsenpruet.com>; Ware, Rob (Thompson Hine) <Rob.Ware@ThompsonHine.com>; Braun, Robert (Cohen Milstein Sellers & Toll PLLC) <rbraun@cohenmilstein.com>
**Subject:** Rail Freight - correspondence re discovery

External Email

Please see the attached correspondence.

**Alden L. Atkins**
Partner

E AAtkins@velaw.com
W +1.202.639.6613
F +1.202.879.8813

Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037

bio | vcard | velaw.com

---

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.

August 3, 2021

**Via E-Mail**

Michael D. Hausfeld
Sathya S. Gosselin
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
mhausfeld@hausfeld.com
sgosselin@hausfeld.com

Stephen R. Neuwirth
Sami H. Rashid
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com

William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
wblechman@knpa.com

Alden L. Atkins
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW, Suite 500W
Washington, DC 20037
aatkins@velaw.com

Nathan P. Eimer
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com

Sandra L. Brown
THOMPSON HINE LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
sandra.brown@thompsonhine.com

**Re: *In re: Rail Freight Fuel Surcharge Antitrust Litigation (Nos. I and II)*, MDL Nos. 1869 and 2925 – Production in MDL II of MDL I Plaintiffs' Expert Disclosures**

Dear Counsel:

Consistent with Defendants' Notice and related correspondence of July 6 and 20, 2021, Defendants now produce MDL I Plaintiffs' expert disclosure to MDL II Plaintiffs.

The materials are bates-numbered JDG_FSC_MDLII_00000001 through JDG_FSC_MDLII_00010843 and include: (1) Dr. Rausser's expert reports of March and August 2010, October 2012 and June 2013, December 2013 and May 2014, supporting backup material, and associated deposition transcripts; (2) James McClave's expert reports of June 2013, May 2014, and September 2020, backup, and associated deposition transcripts; (3) Jeffrey Leitzinger's expert reports of April 2015 and September 2020, backup, and associated deposition transcripts; (4) Douglas Bernheim's expert report of September 2020, backup, and associated deposition transcript; and (5) Leslie Marx's expert report of September 2020, backup, and associated deposition transcript.

These materials have been designated as Highly Confidential under the governing protective order(s) in MDL I and are produced here with that same designation.

You will receive instructions on how to access the production in a separate e-mail. Please let us know if you have any questions or difficulties accessing the production.

Regards,

*/s/ Juan A. Arteaga*
Kent A. Gardiner (D.C. Bar No. 432081)
Luke van Houwelingen (D.C. Bar No. 989950)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2500
Fax: (202) 628-5116
Primary Email: KGardiner@crowell.com
Primary Email:
LvanHouwelingen@crowell.com

Juan A. Arteaga
Mara R. Lieber
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
Primary Email: JArteaga@crowell.com
Primary Email: MLieber@crowell.com

*/s/ David M. Wells*
David M. Wells
Anne Coxe Mesrobian
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Phone: (904) 354-1980
Primary Email: dwells@gunster.com
Primary Email: amesrobian@gunster.com
Secondary Email: dculmer@gunster.com
Secondary Email: awinsor@gunster.com

*Counsel for Defendant CSX Transportation, Inc. pursuant to the Notices of Appearance entered in each case*

*/s/ Tyrone R. Childress*
Tyrone R. Childress
Kelsey S. Bryan (D.C. Bar No. 1034352)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
tchildress@jonesday.com
kbryan@jonesday.com

John M. Majoras (D.C. Bar # 474267)
Kristen Lejnieks (D.C. Bar # 502136)
JONES DAY
51 Louisiana Avenue, NW

*/s/ Allyson M. Maltas*
Daniel M. Wall
Timothy L. O'Mara
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
dan.wall@lw.com
tim.o'mara@lw.com

Allyson M. Maltas (D.C. Bar No. 494566)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW
Suite 1000

Washington, D.C. 20001-2113
Telephone: (202) 879-3939
jmmajoras@jonesday.com
kalejnieks@jonesday.com

Washington, D.C. 20004-1304
Telephone: (202) 637-2200
allyson.maltas@lw.com

*/s/ Matthew M. Collette*
Matthew M. Collette (D.C. Bar No. 427167)
Kathryn A. Robinette (D.C. Bar No. 165928)
MASSEY & GAIL LLP
1000 Maine Ave. SW, Suite 450
Washington, DC 20024
Telephone: (202) 795-3326
Facsimile: (312) 379-0467
mcollette@masseygail.com
krobinette@masseygail.com

Leonard A. Gail
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Facsimile: (312) 379-0467
lgail@masseygail.com

*Counsel for Defendant Union Pacific Railroad Company pursuant to the Notices of Appearance entered in each case*

*/s/ Tara L. Reinhart*
Tara L. Reinhart (D.C. Bar. No. 462106)
John R. Thornburgh II (D.C. Bar No. 1044137)
Thomas R. Gentry (D.C. Bar No. 1617060)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7630
tara.reinhart@skadden.com
john.thornburgh@skadden.com
thomas.gentry@skadden.om

Ronald K. Wray II
GALLIVAN, WHITE & BOYD P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29601
Telephone: (864) 271-5362
rwray@GWBlawfirm.com

*Counsel for Defendant Norfolk Southern Railway Company*

*/s/ Glenn D. Pomerantz*
Glenn D. Pomerantz
Kuruvilla J. Olasa
Anne K. Conley
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Glenn.Pomerantz@mto.com
Martin.Estrada@mto.com

*/s/ Linda S. Stein*
Linda S. Stein (D.C. Bar No. 376217)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
lstein@steptoe.com
mbfox@steptoe.com

Kuruvilla.Olasa@mto.com
Anne.Conley@mto.com

Benjamin J. Horwich
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Ben.Horwich@mto.com

Jacobus P. van der Ven (D.C. Bar No. 1644774)
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW, 7th Floor
Washington, DC 20004
Telephone: (202) 220-1100
Jacobus.vanderven@mto.com

*Counsel for Defendant BNSF Railway Company pursuant to the Notices of Appearance entered in each case*

**From:** Brown, Sandra <Sandra.Brown@thompsonhine.com>
**Sent:** Friday, August 5, 2022 10:18 AM
**To:** van Houwelingen, Luke; Anne Conley; Kuruvilla Olasa; Kelsey Bryan; Pomerantz, Glenn; Ron Wray; Reinhart, Tara L (WAS); Stein, Linda; Fox, Molly Bruder; jsoven@wsgr.com; David Wells; Anne Mesrobian; Gardiner, Kent; dan.wall@lw.com; OMara Tim; Maltas Allyson; Majoras, John M.; Ty Childress; saul.morgenstern@arnoldporter.com; jennifer.patterson@arnoldporter.com; LGail@masseygail.com; Matt Collette; Mara Lieber; Juan Arteaga; Gentry, Thomas R (WAS); York, Julia K (WAS)
**Cc:** Michael Ponzoli; Jennifer English; Sami Rashid; Viola Trebicka; Swathi Bojedla; Atkins, Alden L.; Stephen Neuwirth; Michael D. Hausfeld; wjb@kennynachwalter.com; Nathan P. Eimer; Sathya S. Gosselin; Douglas H. Patton; Waldin,Benjamin E. (Eimer Stahl LLP); Ware, Robert
**Subject:** RE: Rail Freight Fuel Surcharge Litigation, MDL I Defendants Expert Surrebuttal Reports

Luke,

This is to confirm that we have received the MDL I Plaintiff reports that you referenced below. Thank you.

**Regards, Sandy**
**O:** 202.263.4101 | **M:** 202.841.0067

---

**From:** van Houwelingen, Luke <LVanHouwelingen@crowell.com>
**Sent:** Friday, August 5, 2022 10:03 AM
**To:** Brown, Sandra <Sandra.Brown@thompsonhine.com>; Conley, Anne <Anne.Conley@mto.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Bryan, Kelsey S. <kbryan@jonesday.com>; Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Rwray@gwblawfirm.com; tara.reinhart@skadden.com; lstein@steptoe.com; mbfox@steptoe.com; jsoven@wsgr.com; dwells@gunster.com; amesrobian@gunster.com; Gardiner, Kent <KGardiner@crowell.com>; dan.wall@lw.com; tim.o'mara@lw.com; Allyson Maltas <allyson.maltas@lw.com>; Majoras, John M. <jmmajoras@jonesday.com>; Childress, Tyrone R. <tchildress@jonesday.com>; saul.morgenstern@arnoldporter.com; jennifer.patterson@arnoldporter.com; LGail@masseygail.com; Matt Collette <mcollette@masseygail.com>; Lieber, Mara <MLieber@crowell.com>; Arteaga, Juan <JArteaga@crowell.com>; Thomas.Gentry@skadden.com; York, Julia K <Julia.York@skadden.com>
**Cc:** Michael Ponzoli <mponzoli@kennynachwalter.com>; Jennifer English <jenniferenglish@quinnemanuel.com>; Sami Rashid <samirashid@quinnemanuel.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Swathi Bojedla <sbojedla@hausfeld.com>; Atkins, Alden L. <AAtkins@velaw.com>; Stephen Neuwirth <stephenneuwirth@quinnemanuel.com>; Michael D. Hausfeld <mhausfeld@hausfeld.com>; wjb@kennynachwalter.com; Nathan P. Eimer <neimer@eimerstahl.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Douglas H. Patton <dpatton@kennynachwalter.com>; Waldin,Benjamin E. (Eimer Stahl LLP) <bwaldin@eimerstahl.com>; Ware, Robert <Rob.Ware@thompsonhine.com>
**Subject:** [Not Virus Scanned] RE: Rail Freight Fuel Surcharge Litigation, MDL I Defendants Expert Surrebuttal Reports

**CAUTION EXTERNAL EMAIL**
This attachment contains password protected data that has not being scanned for virus. Open only if you are expecting this file.

Sandy – please find attached the two May 2022 supplemental reports and backup. I'll forward the passwords to access the backup separately. Please confirm receipt of the attached materials.

Please also confirm when you can that MDL I Plaintiffs have also produced all of their reports/backup to MDL II Plaintiffs.

Thanks, and enjoy your weekend.

Luke

**Luke van Houwelingen**
Crowell & Moring LLP
lvanhouwelingen@crowell.com
+1.202.624.2583 direct

---

**From:** van Houwelingen, Luke <>
**Sent:** Wednesday, August 3, 2022 5:40 PM
**To:** 'Brown, Sandra' <Sandra.Brown@thompsonhine.com>; Conley, Anne <Anne.Conley@mto.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Bryan, Kelsey S. <kbryan@jonesday.com>; Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Rwray@gwblawfirm.com; tara.reinhart@skadden.com; lstein@steptoe.com; mbfox@steptoe.com; jsoven@wsgr.com; dwells@gunster.com; amesrobian@gunster.com; Gardiner, Kent <KGardiner@crowell.com>; dan.wall@lw.com; tim.o'mara@lw.com; Allyson Maltas <allyson.maltas@lw.com>; Majoras, John M. <jmmajoras@jonesday.com>; Childress, Tyrone R. <tchildress@jonesday.com>; saul.morgenstern@arnoldporter.com; jennifer.patterson@arnoldporter.com; LGail@masseygail.com; Matt Collette <mcollette@masseygail.com>; Lieber, Mara <MLieber@crowell.com>; Arteaga, Juan <JArteaga@crowell.com>; Thomas.Gentry@skadden.com; York, Julia K <Julia.York@skadden.com>
**Cc:** Michael Ponzoli <mponzoli@kennynachwalter.com>; Jennifer English <jenniferenglish@quinnemanuel.com>; Sami Rashid <samirashid@quinnemanuel.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Swathi Bojedla <sbojedla@hausfeld.com>; Atkins, Alden L. <AAtkins@velaw.com>; Stephen Neuwirth <stephenneuwirth@quinnemanuel.com>; Michael D. Hausfeld <mhausfeld@hausfeld.com>; wjb@kennynachwalter.com; Nathan P. Eimer <neimer@eimerstahl.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Douglas H. Patton <dpatton@kennynachwalter.com>; Waldin,Benjamin E. (Eimer Stahl LLP) <bwaldin@eimerstahl.com>; Ware, Robert <Rob.Ware@thompsonhine.com>
**Subject:** RE: Rail Freight Fuel Surcharge Litigation, MDL I Defendants Expert Surrebuttal Reports

Hi Sandy – yes, that's right. I am working to make sure I have live versions of the backup materials and will then get them to you along with the reports. I understand from MDL I Plaintiffs' counsel that they are providing MDL II Plaintiffs with the reports and backup from December 2021 to which Defendants' May 2022 supplemental reports respond, consistent with the parties' discussion last year about the production of all MDL I reports in MDL II. Can you confirm that they have provided MDL II Plaintiffs with those reports (from Drs. McClave and Bernheim), along with the other reports/backup from December 2021 (from Drs. Leitzinger and Marx), as well as the recent sur-reply report from Dr. Bernheim from last month?

Thanks,
Luke

**Luke van Houwelingen**
Crowell & Moring LLP

lvanhouwelingen@crowell.com
+1.202.624.2583 direct

**From:** Brown, Sandra <Sandra.Brown@thompsonhine.com>
**Sent:** Tuesday, August 2, 2022 5:37 PM
**To:** Conley, Anne <Anne.Conley@mto.com>; Olasa, Kuruvilla <Kuruvilla.Olasa@mto.com>; Bryan, Kelsey S. <kbryan@jonesday.com>; Pomerantz, Glenn <Glenn.Pomerantz@mto.com>; Rwray@gwblawfirm.com; tara.reinhart@skadden.com; lstein@steptoe.com; mbfox@steptoe.com; jsoven@wsgr.com; dwells@gunster.com; amesrobian@gunster.com; Gardiner, Kent <KGardiner@crowell.com>; van Houwelingen, Luke <LVanHouwelingen@crowell.com>; dan.wall@lw.com; tim.o'mara@lw.com; Allyson Maltas <allyson.maltas@lw.com>; Majoras, John M. <jmmajoras@jonesday.com>; Childress, Tyrone R. <tchildress@jonesday.com>; saul.morgenstern@arnoldporter.com; jennifer.patterson@arnoldporter.com; LGail@masseygail.com; Matt Collette <mcollette@masseygail.com>; Lieber, Mara <MLieber@crowell.com>; Arteaga, Juan <JArteaga@crowell.com>; Thomas.Gentry@skadden.com; York, Julia K <Julia.York@skadden.com>
**Cc:** Michael Ponzoli <mponzoli@kennynachwalter.com>; Jennifer English <jenniferenglish@quinnemanuel.com>; Sami Rashid <samirashid@quinnemanuel.com>; Viola Trebicka <violatrebicka@quinnemanuel.com>; Swathi Bojedla <sbojedla@hausfeld.com>; Atkins, Alden L. <AAtkins@velaw.com>; Stephen Neuwirth <stephenneuwirth@quinnemanuel.com>; Michael D. Hausfeld <mhausfeld@hausfeld.com>; wjb@kennynachwalter.com; Nathan P. Eimer <neimer@eimerstahl.com>; Sathya S. Gosselin <sgosselin@hausfeld.com>; Douglas H. Patton <dpatton@kennynachwalter.com>; Waldin,Benjamin E. (Eimer Stahl LLP) <bwaldin@eimerstahl.com>; Ware, Robert <Rob.Ware@thompsonhine.com>; Brown, Sandra <Sandra.Brown@thompsonhine.com>
**Subject:** Rail Freight Fuel Surcharge Litigation, MDL I Defendants Expert Surrebuttal Reports

External Email

Counsel,

I understand that Defendants disclosed expert surrebuttal reports, dated May 2022, in MDL I. I am writing to request a copy of those reports by Prof. Carlton and Dr. Israel so that the liaison counsel may share them with the MDL II Plaintiffs. We understand these reports and backup materials will be designated Highly Confidential under the Consolidated Protective Order. Thank you.

**Regards, Sandy**

**Sandra Brown** | Partner | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-1600
**O:** 202.263.4101 | **M:** 202.841.0067
**F:** 202.331.8330 | www.ThompsonHine.com
Sandra.Brown@ThompsonHine.com

**Click here for information from our COVID-19 Task Force and updates on business and legal issues related to the coronavirus.**

Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

THOMPSON HINE