**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. I) | **MDL Dkt. No. 1869**<br>Miscellaneous No. 07-489<br>*(MDL I)*<br>**Judge Beryl A. Howell** |
| IN RE RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II) | **MDL Dkt. No. 2925**<br>Miscellaneous No. 20-008<br>*(MDL II)*<br>**Judge Beryl A. Howell** |
| OXBOW CARBON & MINERALS LLC, *et al.*,<br>Plaintiffs,<br>v.<br>UNION PACIFIC RAILROAD CO., *et al.*,<br>Defendants. | **Civil Action No. 11-1049**<br>**Judge Beryl A. Howell** |

**ORDER**

Upon consideration of the motions for summary judgment—filed across all three dockets but referenced by the numbers in *In re Rail Freight Fuel Surcharge Antitrust Litigation (No. I)* ("*MDL I*"), MDL Dkt. No. 1869, 7-mc-489—ECF Nos. 1155, 1157, 1158, and 1160, by defendants CSX Transportation, Inc., Norfolk Southern Railway Co., Union Pacific Railroad Co., and BNSF Railway Co. (collectively, "defendants"), the joint and individual memoranda

filed in support, the combined memorandum filed in opposition, the exhibits filed in support and opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendants' motions for summary judgment, *MDL I*, ECF Nos. 1155, 1157, 1158, and 1160 are **GRANTED**; it is further

**ORDERED** that defendants' partial motion for summary judgment based on allegedly time-barred damages claims, filed in *In re Rail Freight Fuel Surcharge Antitrust Litigation (No. II)* ("*MDL II*"), MDL Dkt. No. 2925, 20-mc-8, ECF No. 983, is **DENIED as MOOT**; it is further

**ORDERED** that defendants' evidentiary motions filed across all three dockets, *MDL I*, ECF Nos. 1165 and 1167, and motion filed on the two *MDL* dockets, *MDL I*, ECF No. 1169, are **DENIED** as **MOOT**; it is further

**ORDERED** that plaintiffs' evidentiary motion filed across all three dockets, *MDL I*, ECF No. 1197, motions filed on the two MDL dockets, *MDL I*, ECF Nos. 1171 and 1175, and motion filed in *Oxbow v. Union Pacific*, 11-cv-1049, ECF No. 309, are **DENIED** as **MOOT**; it is further

**ORDERED** that judgment is entered in favor of defendants; it is further

**ORDERED** that the parties are directed to submit jointly by 2:00 PM on June 27, 2025, any proposed and anticipated to be minimal redactions of confidential business information contained in the Memorandum Opinion, initially filed under seal, supported by analysis applying the factors set out in *United States v. Hubbard*, 650 F.3d 293 (D.C. Cir. 1980); and it is further

**ORDERED** that the Clerk of Court is directed to close these cases.

**SO ORDERED.**

*This is a final and appealable order.*

Date: June 24, 2025

**BERYL A. HOWELL**
United States District Judge